IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

        Plaintiff,

v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER,

        Defendants.

Civil Case No.

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441, 1446 and 1332(2), THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, ("Defendants") removes this action from the Superior Court of the State of Washington for the County of Pierce to the United States District Court for the Western District of Washington in Tacoma, Washington.

<strong>RELEVANT FACTS</strong>

    On April 14, 2025, Plaintiff filed a Complaint in the Superior Court of Pierce County, Washington. Copies of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. *See* Declaration of Sarah Tuthill-Kveton (hereinafter "Tuthill-Kveton Dec."), ¶2.

NOTICE OF REMOVAL OF ACTION - 1

On April 15, 2025, Plaintiff served The Kroger Co. with a Summons and Complaint, captioned *Linda Larocque v. The Kroger Co., a foreign corporation doing business in Washington state; and Fred Meyer Stores, Inc., a foreign corporation doing business in Washington state a/k/a Tacoma-Stevens Fred Meyer*, Case No: 25-2-07770-1, filed in the Superior Court for the State of Washington for the County of Pierce. *See* Tuthill-Kveton Dec., ¶3, Ex. C. On April 15, 2025, Plaintiff served Defendants with Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Fred Meyer Stores, Inc. as well as the Order Setting Case Schedule, attached hereto as Exhibits D and E respectively. Tuthill-Kveton Dec., ¶3, Ex. D and E. On April 21, 2025, Defendants filed Notice of Appearance. Tuthill-Kveton Dec. ¶4, Ex. F. These documents, taken together, constitute all process, pleadings and orders served on The Kroger Co. in that action up to the present date. Tuthill-Kveton Dec., ¶6.

**GROUNDS FOR REMOVAL**

Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court to the United States District Court if the district court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1). If the case started by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1441(b)(3).

Based on the allegations in Plaintiff's Complaint, alleging Plaintiff required multiple surgeries as a result of the alleged incident, Defendants reasonably believe that the Plaintiff's claims for relief as alleged against Defendants exceed $75,000. Tuthill-Kveton Dec., ¶5. That confirmation was within 30-days of filing Defendant's Notice of Removal. Additionally, Plaintiff and Defendants reside in different states. According to the Complaint, Plaintiff resides in Pierce County, Washington. Complaint, ¶ 1. Defendants are a corporation organized under the laws of Ohio with its principal place of business in Cincinnati, Ohio. Tuthill-Kveton Dec., ¶7.

This is an action over which the United States District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

/ / /

NOTICE OF REMOVAL OF ACTION - 2

## TIMELINESS AND PROCEDURE

This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as less than 30 days have elapsed since copies of the Summons and Complaint were served on The Kroger Co.. A copy of the Service of Process/Declaration of Service is attached to the Tuthill-Kveton Dec. as Ex. C.

No further proceedings have occurred in the Superior Court of the State of Washington for the County of Pierce as of the date of this removal other than outlined herein.

Counsel for Defendants will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Washington for the County of Pierce and will give notice of same to Plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that this action be removed from the Superior Court for the County of Pierce and placed on the docket of the United States District Court for the Western District of Washington in the Tacoma Division.

Dated this 5th day of May 2025.

**CHOCK BARHOUM** LLP

John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Attorney for Defendants

Dated this 5th day of May, 2025.

**CHOCK BARHOUM** LLP

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Attorney for Defendants

NOTICE OF REMOVAL OF ACTION - 3

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

               Plaintiff,

v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER,

               Defendants.

Civil Case No.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.

/ / /

/ / /

/ / /

/ / /

/ / /

CERTIFICATE OF SERVICE

KRO224.0010

Additionally, I hereby certify that a true copy of the foregoing **NOTICE OF REMOVAL**

**OF ACTION** was served as stated below on:

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
*Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
   Fax #: (253) 620-6565
☒ By e-mail:
   rwilke@gth-law.com
   ileifer@gth-law.com
   sishii-huffer@gth-law.com
   sweger@gth-law.com
☒ By court eFiling Application

**\*With first-class postage prepaid and deposited in Portland, Oregon.**

Dated this 5th day of May 2025.

**CHOCK BARHOUM LLP**

_____

John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
   Attorney for Defendants

Dated this 5th day of May, 2025.

**CHOCK BARHOUM LLP**

_____

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
   Attorney for Defendants

CERTIFICATE OF SERVICE