1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA LAROCQUE, | CASE NO. C25-5380 MJP |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND |
| v. | |
| THE KROGER CO., et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion to Amend. (Dkt. No. 12.) Having reviewed the Motion and all supporting materials, and noting the lack of opposition, the Court GRANTS the Motion. The Court finds that the request for leave to amend is proper, given that the Court set a July 14, 2025 deadline for filing amended pleadings (Dkt. No. 14), and Plaintiff complied with Local Civil Rule 15(a). The Court ORDERS Plaintiff to file her amended complaint within seven days of entry of this Order.

\\

\\

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated June 25, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge