**IN THE UNITED STATES BANKRUPTCY COURT IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| Plaintiff / Petitioner:<br>LINDA LAROCQUE | Case No:<br>2:25-cv-05380 |
|---|---|
| Defendant / Respondent:<br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on Mon, Jul 07 2025 at 10:24 AM, at the address of 300 DESCHUTES WAY SOUTHWEST Suite 208, MC-CSC1, within TUMWATER, WA, the undersigned duly served the following document(s): SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT in the above entitled action upon Gatekeeper Systems, Inc. c/o Corporation Service Company, by then and there, at the usual place of business of said person(s), personally delivering true and correct copy(ies) of the above documents into the hands of and leaving same with Ellen Jones .

**Additional Comments:**
1) Successful Attempt: Jul 7, 2025, 10:24 am PDT at 300 DESCHUTES WAY SOUTHWEST Suite 208, MC-CSC1, TUMWATER, WA 98501 received by for Ellen Jones . Age: 50s; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'5"; Hair: Brown; Eyes: Amber;
Upon arriving at the premises, I delivered the documents to Miss Allen Jones' office associate — a Caucasian female, approximately 5'5" in height, weighing around 140 pounds, with brown eyes and short, shoulder-length brown hair.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

**Date:** 07/07/2025, Lakewood WA.

STONE RIVERT

GreyhoundLegal.com
9508 Front St S
Lakewood, WA 98499
(253) 230-9675