Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                        Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state,<br><br>                        Defendants. | NO.  3:25-cv-05380<br><br>STIPULATED MOTION TO CONTINUE CASE SCHEDULE AND TRIAL DATE<br><br>NOTED: JULY 22, 2025 |

### I.     INTRODUCTION AND SUMMARY

All Parties stipulate and move for a new trial date and an extension of remaining case deadline as set forth below. This motion is based on the Parties' agreed factual statement and the records and pleadings on file in this matter.

### II.     AGREED STATEMENT OF FACTS

This case concerns injuries Plaintiff Linda Larocque suffered after the anti-theft mechanism activated on a shopping cart at a Fred Meyer grocery store, locking its wheels

JOINT AND STIPULATED MOTION TO CONTINUE CASE
SCHEDULE AND TRIAL SCHEDULE - 1 of 6
(2:25-cv-05380)
[4930-8673-0326]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

and causing Ms. Larocque's left knee to strike the back of the shopping cart. Initially, Ms. LaRocque asserted claims against The Kroger Co. and Fred Meyer Stores, Inc. ("Fred Meyer Defendants").

In their answer to the complaint, Fred Meyer Defendants assert third-party fault as an affirmative defense against Gatekeeper Systems, Inc. (*See* Dkt. No. 10, Fred Meyer Defendants' Affirmative Defense No. 1). Gatekeeper Systems manufactures, sells, installs, and/or maintains the anti-theft shopping cart locking system at issue in this lawsuit. The Court granted Ms. LaRocque's motion for leave to amend the complaint to assert claims against Gatekeeper Systems, Inc. Ms. LaRocque filed her amended complaint on June 26, 2025. (Dkt. No. 16). Gatekeeper System's counsel filed a notice of appearance on July 10, 2025. (Dkt. No. 18).

The current Order Setting Trial Date sets the trial date for May 26, 2026. Expert reports are due October 28, 2025. Discovery is currently scheduled to be completed by December 29, 2025. Given the addition of a new defendant requiring additional discovery, the Parties are unable to meet the current deadlines.

Therefore, the parties request an extension of the Case Schedule by at least three (3) months. The parties have no conflict with a trial date in August or September 2026.

### III.    AUTHORITY AND ARGUMENT

A case "schedule may be modified only for cause and with the judge's consent." Fed. R. Civ. P. 16(b)(2). Here, there is good cause because, despite diligently pursuing discovery and preparing their case, the Parties need additional time to complete discovery given the addition of a new defendant to this lawsuit.

The Parties believe good cause exists to adjust all remaining deadlines by approximately three months as shown below.

JOINT AND STIPULATED MOTION TO CONTINUE CASE SCHEDULE AND TRIAL SCHEDULE - 2 of 6
(2:25-cv-05380)
[4930-8673-0326]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

|  | Current Deadline | New Deadline |
|---|---|---|
| JURY TRIAL DATE | MAY 26, 2026 | August 3, 2026 |
| Deadline for joining additional parties | July 2, 2025 | November 7, 2025 |
| Deadline for filing amended pleadings | July 14, 2025 | December 15, 2025 |
| Reports from expert witness under FRCP 26(a)(2) due | October 28, 2025 | March 2, 2026 |
| All motions related to discovery must be filed by and noted on the motion calendar in compliance with Local Civil Rule (LCR) 7(d) | November 28, 2025 | March 13, 2026 |
| Discovery completed by | December 29, 2025 | April 3, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar in compliance with LCR 7(d) | January 26, 2026 | May 1, 2026 |
| All motions in limine must be filed by and noted on the motion calendar in compliance with LCR 7(d)(5) | April 21, 2026 | July 3, 2026 |
| Agreed pretrial order due | May 13, 2026 | July 17, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | May 13, 2026 | July 17, 2026 |
| Pretrial conference | May 15, 2026 At 1:30 PM | July 24, 2026 At 1:30 PM |
| Length of Trial: | 6 days | 6 days |

Dated this 22nd day of July 2025.

GORDON THOMAS HONEYWELL LLP

By: _____
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for Plaintiff Linda LaRocque

JOINT AND STIPULATED MOTION TO CONTINUE CASE SCHEDULE AND TRIAL SCHEDULE - 3 of 6
(2:25-cv-05380)
[4930-8673-0326]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

CHOCK BARHOUM LLP

By: s/Hanna Lukes
　　John R. Barhoum, WSBA No. 42776
　　john.barhoum@chockbarhoum.com
　　Sarah Tuthill-Kveton, WSBA No. 51801
　　sarah@chockbarhoum.com
　　Hanna R. Lukes, WSBA No. 62610
　　hanna.lukes@chockbarhoum.com
　　Attorneys for Defendants Kroger and Fred Meyer

FLOYD, PFLUEGER, KEARNS, NEDDERMAN, & GRESS, P.S.

By: s/Skyler Urban
　　Francis S. Floyd, WSBA No. 10642
　　ffloyd@nwtrialattorneys.com
　　Skyler P. Urban, WSBA No. 58761
　　surban@nwtrialattorneys.com
　　Attorneys for Defendant Gatekeeper Systems, Inc.

JOINT AND STIPULATED MOTION TO CONTINUE CASE SCHEDULE AND TRIAL SCHEDULE - 4 of 6
(2:25-cv-05380)
[4930-8673-0326]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED that the parties' Joint and Stipulated Motion to Continue Case Schedule and Trial is GRANTED. The Court hereby sets the following new deadlines.

| | NEW DEADLINE |
|---|---|
| **JURY TRIAL DATE** | **October 26, 2026** |
| Deadline for joining additional parties | December 2, 2025 |
| Deadline for filing amended pleadings | December 15, 2025 |
| Reports from expert witness under FRCP 26(a)(2) due | March 30, 2026 |
| All motions related to discovery must be filed by and noted on the motion calendar in compliance with Local Civil Rule (LCR) 7(d) | April 28, 2026 |
| Discovery completed by | May 29, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar in compliance with LCR 7(d) | June 26, 2026 |
| All motions in limine must be filed by and noted on the motion calendar in compliance with LCR 7(d)(5) | October 21, 2026 |
| Agreed pretrial order due | November 13, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | November 13, 2026 |
| Pretrial conference | November 16, 2026 At 1:30 PM |
| Length of Trial: | 6 days |

DATED July 22, 2025            .

_____
HONORABLE MARSHA J. PECHMAN

JOINT AND STIPULATED MOTION TO CONTINUE CASE SCHEDULE AND TRIAL SCHEDULE - 5 of 6
(2:25-cv-05380)
[4930-8673-0326]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565