HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA LAROCQUE,

                    Plaintiff,

v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state

                    Defendants.

NO.  3:25-cv-05380

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AGAINST FRED MEYER DEFENDANTS

NOTED: THURSDAY, AUGUST 14, 2025

The Court has considered Plaintiff Linda LaRocque's Motion to Compel against Defendants The Kroger Co. and Fred Meyer Stores, Inc. (collectively, "Fred Meyer Defendants"). Based upon those materials, and any oral arguments that took place, the Court finds that Ms. LaRocque is entitled to the identity of the Fred Meyer customer injured by a shopping cart that the Fred Meyer Defendants redacted in the Fred Meyer Incident

[PROPOSED] ORDER GRANTING PLTF'S MOTION TO COMPEL - 1 of 3
[4871-5472-8598]

Report Log, as well as the identity of Fred Meyer employee(s) who recorded Ms. LaRocque's incident in the Fred Meyer Incident Report Log.  Accordingly, it is

ORDERED that Plaintiff Linda LaRocque's Motion to Compel Against Fred Meyer Defendants is granted. Fred Meyer Defendants shall provide to Ms. LaRocque the following information within 7 calendar days of entry of this Order:

- An unredacted version of the Incident Report Log, Bates Number DEF KROGER_00108.

- A supplemental response to Interrogatory Nos. 3 and 4 identifying all employees who were involved in preparing the Incident Report Log entry for Ms. LaRocque, inserted below, as well as any other employees who provided statements to Fred Meyer Defendants at or near the time of the incident relating to the incident:

| Clmt Name (Last_First) | File Num | Line and ( | Date of Loss | Litigation | Cause Cd Desc | Event Desc |
|---|---|---|---|---|---|---|
| LAROCQUE, LINDA | C530012495-0001-01 | GL-BI | 05-06-2023 | Yes | CLAIMANT STRUCK AGAINST OBJECT | CART LOCKED UP ON CM CAUSING HER TO STRIKE HER KNEE ON THE BACK OF THE CART |

It is further ORDERED that Ms. LaRocque should be awarded her fees and costs in bringing this motion to be paid directly to Plaintiff's counsel's law firm, Gordon Thomas Honeywell, by the Fred Meyer Defendants. Ms. LaRocque should submit a brief motion for fees and costs and include a declaration identifying the attorney's fees and costs incurred.

DONE IN OPEN COURT this _____ day of August, 2025.

_____
HONORABLE MARSHA J. PECHMAN

[PROPOSED] ORDER GRANTING PLTF'S MOTION TO COMPEL - 2 of 3
[4871-5472-8598]

Presented by:

GORDON THOMAS HONEYWELL LLP

By _____
    Robert C. Wilke, WSBA No. 49937
    rwilke@gthlaw.com
    Ian M. Leifer, WSBA No. 56670
    ileifer@gth-law.com
    Attorneys for Plaintiff

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565