UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                    Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                    Defendants. | NO.  3:25-cv-05380<br><br>DECLARATION OF ROBERT C. WILKE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AGAINST FRED MEYER DEFENDANTS<br><br><br>NOTED: THURSDAY, AUGUST 14, 2025 |

I, Robert C. Wilke, declare under penalty of perjury as follows:

1.      I am one of the attorneys representing Plaintiff Linda LaRocque.

2.      Attached as **Exhibit 1** is a true and correct copy of email communications between counsel regarding the Fred Meyer Defendants' deficient discovery responses.

WILKE DECL ISO PLTF'S MOTION TO COMPEL - 1 of 3
[4871-5472-8598]

3.      Attached as **Exhibit 2** is a true and correct copy of Defendant Fred Meyer Stores, Inc.'s Amended Response to Plaintiff's First Request for Interrogatories and First Request for Production.

4.      Attached as **Exhibit 3** is a true and correct copy of Defendant The Kroger Co. Amended Responses to Plaintiff's First Request for Interrogatories and First Request for Production.

5.      Attached as **Exhibit 4** is a true and correct copy of Defendant Fred Meyer Stores Responses to Plaintiff's First Request for Interrogatories and First Request for Production.

6.      Attached as **Exhibit 5** is a true and correct copy of Defendant The Kroger Co. Responses to Plaintiff's First Request for Interrogatories and First Request for Production.

7.      Attached as **Exhibit 6** is a true and correct copy of Kroger's Incident Report Log Bates Labeled 000108.

Dated this 24th day of July, 2025 in Tacoma, Washington.

_____
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

# DECLARATION OF SERVICE

I hereby declare that on July 24, 2025, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

John R. Barhoum, WSBA #42776
Sarah Tuthill-Kveton, WSBA #51801
Hanna R. Lukes, WSBA #62610
Chock Barhoum LLP
121 SW Morrison Street, Suite 500
Portland, OR 97204
john.barhoum@chockbarhoum.com
sarah@chockbarhoum.com
hanna.lukes@chockbarhoum.com
michelle.heilbrun@chockbarhoum.com
devon.haggart@chockbarhoum.com
e-service@chockbarhoum.com

☐ Via Legal Messenger
☐ Via U.S. Mail
☒ Via CM/ECF E-Filing
☒ Via Email

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Sarah M. Weger, Legal Assistant
sweger@gth-law.com

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565