UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                 Plaintiff,<br><br>    v.<br><br>THE KROGER CO., et al.,<br><br>                 Defendants. | CASE NO. C25-5380 MJP<br><br>ORDER CORRECTING CASE SCHEDULING ORDER |

The Court issues this Order after the Parties notified the Court of a ministerial error in its Order Granting the Parties' Stipulated Motion. (Dkt. No. 24.) In that Order, the Court signed off on the proposed order submitted by Parties, but the dates did not track the Parties' stipulation. Accordingly, the Court issues this Order to correct the case schedule to track the dates and deadlines agreed to by the Parties. The Court hereby sets the following remaining case deadlines and trial date:

| Event | New Deadline |
|---|---|
| JURY TRIAL DATE | August 3, 2026 at 9:00 AM |

ORDER CORRECTING CASE SCHEDULING ORDER - 1

| | | |
|---|---|---|
| 1 | Deadline for joining additional parties | November 7, 2025 |
| 2 | Deadline for filing amended pleadings | December 15, 2025 |
| 3 | Reports from expert witness under FRCP 26(a)(2) due | March 2, 2026 |
| 4, 5 | All motions related to discovery must be filed and noted on the motion calendar in compliance with Local Civil Rule (LCR) 7(d) | March 13, 2026 |
| 6 | Discovery completed by | April 3, 2026 |
| 7 | All dispositive motions must be filed by and noted on the motion calendar in compliance with LCR 7(d) | May 1, 2026 |
| 8, 9 | All motions in limine must be filed by and noted on the motion calendar in compliance with LCR 7(d)(5) | July 3, 2026 |
| 10 | Agreed pretrial order due | July 17, 2026 |
| 11 | Trial briefs, proposed voir dire questions, and proposed jury instructions due | July 17, 2026 |
| 12 | Pretrial Conference | July 24, 2026 at 1:30 PM |
| 13 | Length of Jury Trial | 6 days |

All other requirements set forth in the Court' initial Case Scheduling Order (Dkt. No. 14) shall remain unaffected by this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 30, 2025.

Marsha J. Pechman
United States Senior District Judge