UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                    Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                    Defendants. | NO.  3:25-cv-05380<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION TO COMPEL AGAINST FRED MEYER DEFENDANTS<br><br><br>NOTED: SEPTEMBER 2, 2025 |

The Court has considered Plaintiff Linda LaRocque's Renewed Motion to Compel against Defendants The Kroger Co. and Fred Meyer Stores, Inc. (collectively, "Fred Meyer Defendants"). Based upon those materials, and any oral arguments that took place, the Court finds that Ms. LaRocque is entitled to the identity of the Fred Meyer customer injured by a shopping cart that the Fred Meyer Defendants redacted in the Fred Meyer Incident Report Log,.  Accordingly, it is

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

ORDERED that Plaintiff Linda LaRocque's Motion to Compel Against Fred Meyer Defendants is granted. The Fred Meyer Defendants shall provide to Ms. LaRocque the following information within 7 calendar days of entry of this Order:

- An unredacted version of the Incident Report Log, Bates Number DEF KROGER_00108.

It is further ORDERED that Ms. LaRocque should be awarded her fees and costs in bringing this motion to be paid directly to Plaintiff's counsel's law firm, Gordon Thomas Honeywell, by the Fred Meyer Defendants. Ms. LaRocque should submit a brief motion for fees and costs and include a declaration identifying the attorney's fees and costs incurred.

DONE IN OPEN COURT this _____ day of September, 2025.

_____
HONORABLE MARSHA J. PECHMAN

Presented by:

GORDON THOMAS HONEYWELL LLP

By _____
Robert C. Wilke, WSBA No. 49937
rwilke@gthlaw.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for Plaintiff

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565