UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT  TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                            Plaintiff,<br><br>        v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                            Defendants. | NO.  3:25-cv-05380<br><br>CORRECTED DECLARATION OF ROBERT C. WILKE IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO COMPEL AGAINST FRED MEYER DEFENDANTS<br><br>NOTED: SEPTEMBER 2, 2025 |

I, Robert C. Wilke, declare under penalty of perjury as follows:

1.      I am one of the attorneys representing Plaintiff Linda LaRocque.

2.      Attached as **Exhibit 1** is a true and correct copy of email communications between counsel documenting the discovery conference following the Court's Order, Dkt No. 27.

        //

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

Dated this 12th day of August, 2025 in Tacoma, Washington.

_____
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

# DECLARATION OF SERVICE

I hereby declare that on August 12, 2025, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

John R. Barhoum, WSBA No. 42776
Sarah Tuthill-Kveton, WSBA No. 51801    ☐ Via Legal Messenger
Hanna R. Lukes, WSBA No. 62610    ☐ Via U.S. Mail
Chock Barhoum LLP    ☒ Via CM/ECF E-Filing
121 SW Morrison Street, Suite 500    ☒ Via Email
Portland, OR 97204
john.barhoum@chockbarhoum.com
sarah@chockbarhoum.com
hanna.lukes@chockbarhoum.com
michelle.heilbrun@chockbarhoum.com
devon.haggart@chockbarhoum.com
e-service@chockbarhoum.com

Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761    ☐ Via Legal Messenger
Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S.    ☐ Via U.S. Mail
3101 Western Avenue, Suite 400    ☒ Via CM/ECF E-Filing
Seattle, WA 98121    ☒ Via Email
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
ecampbell@nwtrialattorneys.com
skatinas@nwtrialattorneys.com

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Sarah M. Weger, Legal Assistant
sweger@gth-law.com

WILKE DECL ISO PLTF'S RENEWED MOTION TO COMPEL - 3 of 3
[4871-5472-8598]