IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                Plaintiff,<br><br>      v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state;<br><br>                Defendants. | Civil Case No. 3:25-cv-05380-TMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer ("Defendants") Motion for Summary Judgment has come before the Court and the Court has considered the submissions and arguments of Defendants' counsel and counsel for Plaintiff, including:

1. Defendants' Motion for Summary Judgment;

2. Declaration of Sarah Tuthill-Kveton in support of Defendants The Kroger Co. and Fred Meyer Stores, Inc.'s Motion for Summary Judgment, with Exhibits included;

3. Plaintiff's Response to Defendants The Kroger Co. and Fred Meyer Stores, Inc.'s Motion

ORDER GRANTING DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT - 1

KRO224.0010

for Summary Judgment; if any

4. Defendants' Reply in Support of Defendants The Kroger Co. and Fred Meyer Stores, Inc.'s Motion for Summary Judgment, if any,

5. Oral Argument, if any; and

6. The files and pleadings herewith.

THE COURT NOW RULES AS FOLLOWS:

1. IT IS HEREBY ORDERED that Defendants The Kroger Co. and Fred Meyer Stores, Inc.'s Motion for Summary Judgment is GRANTED.

2. All claims against Defendants The Kroger Co. and Fred Meyer Stores, Inc. are DISMISSED WITH PREJUDICE; and

3. Defendants The Kroger Co. and Fred Meyer Stores, Inc. are DISMISSED as defendants in this action.

DATED this ___ day of _____, 2026.

_____
Honorable Tiffany M. Cartwright

PREPARED AND SUBMITTED BY:
**CHOCK BARHOUM LLP**

/s/*Sarah Tuthill-Kveton*
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison Street, Suite 500
Portland, OR 97204
503-223-3000
Attorney for Defendant The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

ORDER GRANTING DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT - 2

KRO224.0010