IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| LINDA LAROCQUE, | ) | Civil Case No. 3:25-cv-05380-TMC |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF SARAH** |
| | ) | **TUTHILL-KVETON IN SUPPORT** |
| v. | ) | **OF DEFENDANTS THE KROGER** |
| | ) | **CO. AND FRED MEYER STORES,** |
| THE KROGER CO., a foreign corporation | ) | **INC.'S MOTION FOR SUMMARY** |
| doing business in Washington state; and, | ) | **JUDGMENT** |
| FRED MEYER STORES, INC., a foreign | ) | |
| corporation doing business in Washington | ) | |
| state, a/k/a TACOMA-STEVENS FRED | ) | |
| MEYER, GATEKEEPER SYSTEMS, INC., a | ) | |
| foreign corporation doing business in | ) | |
| Washington state, | ) | |
| | ) | |
| Defendants. | ) | |

I, Sarah Tuthill-Kveton, declare as follows:

1.    I am one of the attorneys representing Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer ("Defendants") in the above-entitled matter. I submit this declaration in support of Defendants Motion for Summary Judgment.

2.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the deposition of Plaintiff Linda LaRocque, taken on September 12, 2025.

3.    Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the deposition of Steven Larocque taken September 11, 2025.

4.    Attached hereto as **Exhibit C** is a true and correct copy of photographs of the

DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT - 1
KRO224.0010

warnings provided to Plaintiff, including but not limited to, the sides of the shopping cart and the entrances to the store.

5. Attached hereto as **Exhibit D** is a true and correct copy of an article published on February 22, 2026, titled "Laws Across the Nation Promise a Shopping Cart Crackdown." Retrieved from: https://www.usatoday.com/story/news/nation/2026/02/22/shopping-cart-crackdown-laws/88479792007/

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THIS DECLARATION IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 11th day of March, 2026.

**CHOCK BARHOUM LLP**

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison St, Suite 500
Portland, OR 97204
(503) 223-3000
Attorneys for Defendant The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT - 2
KRO224.0010