

Exhibit C - Page 1 of 6

DEF KROGER_000096



Exhibit C - Page 2 of 6

DEF KROGER_000097



# WARNING!
# ¡ADVERTENCIA!
## Attention Shoppers!
Shopping cart wheels may lock unexpectedly if removed from the store. Shopping cart wheels will lock if taken beyond the parking lot.

## ¡Aviso a Los Clientes!
Las llantas de los carros de la tienda se bloquearán, si éstos son removidos de la tienda. Las llantas de los carros de la tienda se bloquearán, si éstos son llevados más allá del área del estacionamiento.

A/N M-8002WC-EUSSSA V1.1  2016.02

Exhibit C - Page 3 of 6
DEF KROGER_000098



Exhibit C - Page 4 of 6

DEF KROGER_000099



Exhibit C - Page 5 of 6

DEF KROGER_000100



Exhibit C - Page 6 of 6 DEF KROGER_000101