UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| LINDA LAROCQUE, | NO. 3:25-cv-05380 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state | ORAL ARGUMENT REQUESTED NOTED: MAY 4, 2026 |
| Defendants. | |

The Court has considered Defendants The Kroger Co. and Fred Meyer Stores, Inc.'s Motion for Summary Judgment, together with the material provided by counsel. Based upon those materials, and any oral arguments that took place, it is

ORDERED that Defendants The Kroger Co. and Fred Meyer Stores, Inc.'s Motion for Summary Judgment is DENIED.

[PROPOSED] ORDER DENYING FRED MEYER DEFS' MSJ - 1 of 2
[4871-5472-8598]

DONE IN OPEN COURT this _____ day of April, 2026.


_____
HONORABLE TIFFANY M. CARTWRIGHT


Presented by:

GORDON THOMAS HONEYWELL LLP


By _____
    Robert C. Wilke, WSBA No. 49937
    rwilke@gthlaw.com
    Ian M. Leifer, WSBA No. 56670
    ileifer@gth-law.com
    Attorneys for Plaintiff

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565