UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>               Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>               Defendants. | NO.  3:25-cv-05380<br><br>DECLARATION OF ROBERT C. WILKE IN SUPPORT OF PLAINTIFF LINDA LAROCQUE'S OPPOSITION TO DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br><br>ORAL ARGUMENT REQUESTED<br><br>NOTED: MAY 4, 2026 |

I, Robert C. Wilke, declare under penalty of perjury as follows:

1.      I am one of the attorneys representing Plaintiff Linda LaRocque.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Linda LaRocque.

3.      Attached as **Exhibit 2** are true and correct copies of photographs I took of the Tacoma Stevens Fred Meyer Store, its grocery carts, some of which are missing warning

WILKE DECL ISO PLTF'S OPP TO FRED MEYER DEFS' MSJ  - 1 of 5
[4871-5472-8598]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

signs, and the warning signs that are obstructed by the open sliding doors and other signage.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the 30(b)(6) deposition of Gatekeeper Systems, Inc.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Brenton Wheeler.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the 30(b)(6) deposition of the Kroger Co. and Fred Meyer Stores, Inc.

7. Attached as **Exhibit 6** is a true and correct copy of the Second Amended Notice of 30(b)(6) Deposition of the Kroger Co. and Fred Meyer Stores, Inc.

8. Attached as **Exhibit 7** is a true and correct copy of Fred Meyer's response to Plaintiff's First Requests for Admission.

9. Attached as **Exhibit 8** is a true and correct copy of the Declaration of Plaintiff's human factors expert Levi Dixon, with his expert report and CV attached.

10. Attached as **Exhibit 9** are true and correct copies of the Incident Reports produced by Fred Meyer Defendants for all incidents from 2020 to the present at Washington Fred Meyer stores involving the anti-theft wheel locking mechanism.

11. Attached as **Exhibit 10** is a true and correct copy of an excerpt from Gatekeeper's May 6, 2022 webinar video, also provided on a USB drive. This video details the SmartExit product that is designed to prevent the empty cart scenario and confirm the product existed as early as the date of this video. *See* Ms. LaRocque's Notice of Physical Filing filed contemporaneously with this pleading. I obtained a copy of this video from Gatekeeper's YouTube channel, and confirmed with the 30(b)(6) deponent for Gatekeeper that it is Gatekeeper's YouTube channel.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

12.     Attached as **Exhibit 11** is a true and correct copy of Gatekeeper's July 2, 2024 Theft Technology video demonstrating how abruptly carts equipped with the wheel locking technology stop when activated. *See* Ms. LaRocque's Notice of Physical Filing filed contemporaneously with this pleading.  I obtained a copy of this video from Gatekeeper's YouTube channel, and confirmed with the 30(b)(6) deponent for Gatekeeper that it is Gatekeeper's YouTube channel.

13.     Attached as **Exhibit 12** is a true and correct copy of emails with Fred Meyer's counsel attempting to schedule a discovery conference to discuss Fred Meyer's failure to produce incident logs identifying when a cart activation is caused by an actual theft vs. an activation caused by an empty cart scenario.  Fred Meyer has not produced any of the Video Classification Logs, but Ms. LaRocque expects those logs are consistent with Gatekeeper's statements that a significant percentage of anti-theft cart activations are due to empty cart activations, thus subjecting legitimate customers to an unreasonably dangerous harm of a shopping cart abruptly and suddenly locking up.

14.     Attached as **Exhibit 13** is a true and correct copy of emails with Gatekeeper's asking Gatekeeper to produce incident logs related to Ms. LaRocque's incident. Gatekeeper's counsel responded to indicate he requested the wheel event log for Ms. LaRocque's incident from Gatekeeper. It has not yet been produced.

15.     On April 21, 2026, I took the deposition of the Store security guard, Alexander Beltran Fugueroa, who was working on the date of Ms. LaRocque's incident. While he had no memory of Ms. LaRocque's incident, he testified he found a pile of cart warning signs that had been removed and discarded in the parking lot.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

Dated this 22nd day of April, 2026 in Tacoma, Washington.

_____
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

DECLARATION OF SERVICE

I hereby declare that on April 22, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

| John R. Barhoum, WSBA #42776 | ☐ | Via Legal Messenger |
|---|---|---|
| Sarah Tuthill-Kveton, WSBA #51801 | ☐ | Via U.S. Mail |
| Hanna R. Lukes, WSBA #62610 | ☒ | Via CM/ECF E-Filing |
| Chock Barhoum LLP | ☒ | Via Email |
| 121 SW Morrison Street, Suite 500 | | |
| Portland, OR 97204 | | |

john.barhoum@chockbarhoum.com
sarah@chockbarhoum.com
hanna.lukes@chockbarhoum.com
michelle.heilbrun@chockbarhoum.com
devon.haggart@chockbarhoum.com
e-service@chockbarhoum.com

| Francis S. Floyd, WSBA No. 10642 | ☐ | Via Legal Messenger |
|---|---|---|
| Skyler P. Urban, WSBA No. 58761 | ☐ | Via U.S. Mail |
| Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S. | ☒ | Via CM/ECF E-Filing |
| 3101 Western Avenue, Suite 400 | ☒ | Via Email |
| Seattle, WA 98121 | | |

ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
ecampbell@nwtrialattorneys.com
skatinas@nwtrialattorneys.com

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Sarah M. Weger, Legal Assistant
sweger@gth-law.com

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565