# EXHIBIT 2



LAROCQUE 000067



LAROCQUE 000068



All Customers

**We Scan IDs**

**We Card**
LAW PROHIBITS TOBACCO & VAPOR SALES TO UNDER AGE 21

**Please Have ID Ready**

LOWER PRICES
ON OVER 1,000

**because we care**
We utilize digital C.C.T.V. and biometric technology to enhance the level of safety and security for our customers and associates.

AUTOM
CAUTI
DOOR

FREE Wi-Fi
Download **digital coupons** while you shop.

Washington State
Liquor and Cannabis Board

The Washington State Liquor and Cannabis Board
CERTIFIES

**FRED MEYER #390**

LIQUOR LICENSE No. 359559
AS A MEMBER OF THE
SPIRITS AND BEER/WINE
RESPONSIBLE VENDOR PROGRAMS

A PROGRAM TO PROMOTE PUBLIC SAFETY IN WASHINGTON STATE BY SELLING
ALCOHOL LEGALLY AND RESPONSIBLY

ISSUED: 09/28/20

Responsible Vendor Program
Washington State Liquor and Cannabis Board
1025 Union Avenue SE/PO Box 43098
Olympia, WA 98504
lcb.wa.gov

STATUTORY AUTHORITY: RCW 66.24.630 (B)

**STORE HOURS**
OPEN EVERY DAY
**6:00 AM**
TO
**10:00 PM**

**FredMeyer**
Pharmacy
MONDAY - FRIDAY:
9:00 AM - 8:00 PM
SATURDAY:
9:00 AM - 6:00 PM
SUNDAY:
10:00 AM - 5:00 PM
WILL BE CLOSED FOR LUNCH DAILY
1:00 PM TO 1:30 PM

Fred Meyer Jew
MONDAY - SATUR
9:00 AM - 9:00 P
SUNDAY:
10:00 AM - 6:00

CODE*ADAM

WIC
Accepted Here

Under 21
No Tobacco

We Welcome
SNAP
Benefits

**We Card**
All Customers
Please Have ID Ready

Good To

*Pregnancy & Alcohol*
*DO NOT MIX*
Drinking alcoholic beverages, including wine, coolers and beer during pregnancy can cause birth defects.

Smoking of traditional cigarettes, cigarettes, and vaporizers within 25 feet of all building
Thank you for not smok

IT'S THE LAW
If you appear intoxicated, we CANNOT sell you liquor.
UNDER AGE?
Don't ask us to sell you Alcohol or Tobacco

ATTENTION MINORS
PROPER IDENTIFICATION IS REQUIRED

SERVICE ANIMALS
WELCOME

As of January 1, 2019, claiming an untrained animal as a service animal may result in a civil infraction with a penalty of up to $500.*

A service animal is a "Dog" that is individually trained to perform tasks for people with disabilities.
Dogs whose function is to provide comfort or emotional DO NOT qualify as a service animal according to the AD

Please Contact Store Management with any question

LAROCQUE 000069



LAROCQUE 000070



LAROCQUE 000071



LAROCQUE 000072



LAROCQUE 000073



LAROCQUE 000074



LAROCQUE 000075



LAROCQUE 000076



LAROCQUE 000077



LAROCQUE 000078



LAROCQUE 000079



LAROCQUE 000080



LAROCQUE 000081



LAROCQUE 000082



LAROCQUE 000083



LAROCQUE 000084



LAROCQUE 000085



LAROCQUE 000086



LAROCQUE 000087



LAROCQUE 000088



LAROCQUE 000089



LAROCQUE 000090



LAROCQUE 000091



LAROCQUE 000092



LAROCQUE 000093



LAROCQUE 000094



LAROCQUE 000095



LAROCQUE 000096



LAROCQUE 000097



LAROCQUE 000098



LAROCQUE 000099



LAROCQUE 000100



LAROCQUE 000101



LAROCQUE 000102



LAROCQUE 000103



LAROCQUE 000104



LAROCQUE 000105



LAROCQUE 000106



EARN **4X** FUEL POINTS
On any Home, Apparel or Electronics purchase with your digital coupon.

## RECEIPT REQUIRED
### WHEN YOU EXIT THE STORE

THE FOLLOWING ITEMS ARE
**NOT PERMITTED** INSIDE:

- Suitcases
- Duffel Bags
- Roller Bags

WE RESERVE THE RIGHT TO SEARCH
BACKPACKS, BAGS AND CONTAINERS.

**Fred Meyer**

LAROCQUE 000107



LAROCQUE 000108



EAR **4X** FUEL POINTS

On any Home, Apparel or Electronics purchase with your digital coupon.

# RECEIPT REQUIRED

## WHEN YOU EXIT THE STORE

### THE FOLLOWING ITEMS ARE NOT PERMITTED INSIDE:

- Suitcases
- Duffel Bags
- Roller Bags

WE RESERVE THE RIGHT TO SEARCH BACKPACKS, BAGS AND CONTAINERS.

**Fred Meyer**

LAROCQUE 000109



LAROCQUE 000110



LAROCQUE 000111



LAROCQUE 000112



LAROCQUE 000113



LAROCQUE 000114