EXHIBIT 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE, | NO. 2:25-cv-05380 |
| Plaintiff, | SECOND AMENDED NOTICE OF VIDEOTAPED COMBINED 30(b)(6) DEPOSITION OF FRED MEYER STORES, INC. AND THE KROGER CO. |
| v. | |
| THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state, | |
| Defendants. | |

TO:          Defendants Fred Meyer Stores, Inc. and The Kroger Co.
AND TO:      Counsel for Defendants

Please take notice that the videotaped 30(b)(6) deposition of Fred Meyer Stores, Inc.'s

and The Kroger Co.'s designated representative(s) will be taken on behalf of Plaintiff Linda

LaRocque and will be recorded by a stenographic certified court reporter authorized to

administer oaths at the date, time and location listed below:

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

**WITNESS:** 30(b)(6) Representative(s) of Fred Meyer Stores, Inc. and The Kroger Co.

**DATE AND TIME:** April 2, 2026
9:00 a.m.

**LOCATION:** Via Zoom

The designated person or persons are to appear and testify at the request of Plaintiff and are to remain in attendance until they have given their testimony or have been dismissed. The videotaped deposition is subject to continuance or adjournment from time to time or place until completed.

Pursuant to FRCP 30(b)(6), Defendants Fred Meyer Stores, Inc. and The Kroger Co. are directed to present person(s) competent and able to fully testify regarding the following topics:

## DESIGNATED TOPICS

1.      The installation of the anti-theft shopping cart mechanism at the Fred Meyer store located at 4505 S. 19th St., Tacoma, WA 98405 ("Premises").

2.      The maintenance of the anti-theft shopping cart mechanism at the Premises.

3.      The maintenance of all Premises shopping carts with the anti-theft shopping cart mechanism. The temporal scope of this topic is January 1, 2020 to the present.

4.      The placement, location, content, and maintenance of all warning signs related to the anti-theft shopping cart mechanism from the time of placement of warning signs to the date of the incident at issue in this lawsuit.

5.      The number of shopping carts at the Premises with the anti-theft shopping cart mechanism and the number of shopping carts without the anti-theft shopping cart mechanism at the time of the incident at issue in this lawsuit.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

6. Your knowledge of all incidents occurring between January 1, 2020 to the present at the Premises in which the anti-theft shopping cart mechanism locked and caused injury to a Fred Meyer customer or employee.

7. Your knowledge of all incidents occurring between January 1, 2020 to the present at any Fred Meyer and/or Kroger store in Washington State in which the anti-theft shopping cart mechanism locked and caused injury to a Fred Meyer and/or Kroger customer or employee.

8. The number of locking wheels on a shopping cart at the Premises that has the anti-theft shopping cart mechanism installed.

9. How the anti-theft shopping cart mechanism generally functions when it locks.

10. Your knowledge of what causes the anti-theft shopping cart mechanism to lock, including but not limited to routes customers take in the Premises that may cause the mechanism to lock, or the time it takes to exit the checkout stand before the mechanism will lock.

11. Your knowledge of how store shopping carts at the Premises are used by customers and what circumstances may cause the anti-theft shopping cart mechanism to lock.

12. All maintenance and/or service performed in service of the anti-theft shopping cart mechanism from January 1, 2020 from January 1, 2020 to the date of the incident at issue in this lawsuit at the Premises.

13. Circumstances that would cause Fred Meyer and/or Kroger to service the anti-theft shopping cart mechanism.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

14. Your knowledge of the incident involving Ms. LaRocque at issue in this lawsuit.

15. The identify of the Fred Meyer security guard(s) working at the time of the incident at issue in this lawsuit, their knowledge of the incident, and their actions, if any, in response to the incident.

16. The role of Fred Meyer security guards and their location at the store on the date of the incident at the Premises.

17. The identify of the Fred Meyer manager(s) working at the time of the incident at issue in this lawsuit, their knowledge of the incident, and their actions, if any, in response to the incident.

18. Why video surveillance footage was not maintained showing the incident at issue in this lawsuit.

19. Your knowledge of the tool used to unlock the anti-theft shopping cart mechanism at the Premises.

20. Employees who were responsible for completing an incident report and/or accident report at the time of the incident at issue in this lawsuit.

21. Policies and procedures in place at the time of the incident regarding when a customer is injured by the anti-theft shopping cart mechanism at any Washington Fred Meyer and/or Kroger store.

22. Your knowledge of any cost-benefit analysis of the cost of litigation for customers injured by the anti-theft shopping cart mechanism in comparison to the cost saving from preventing theft of items and/or theft of shopping carts. The temporal scope of this topic is January 1, 2020 to the present.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

23.  Fred Meyer and Kroger's responses to interrogatories and requests for production in this lawsuit and the factual basis for its responses to interrogatories.

Dated this 27th day of March, 2026.

GORDON THOMAS HONEYWELL LLP

By _____
  Robert C. Wilke, WSBA No. 49937
  rwilke@gth-law.com
  Ian M. Leifer, WSBA No. 56670
  ileifer@gth-law.com
  Attorneys for Plaintiff

DECLARATION OF SERVICE

I hereby declare that on March 27, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

**Counsel for Defendants Kroger and Fred Meyer**     ☒     Via Email
John R. Barhoum, WSBA #42776
Sarah Tuthill-Kveton, WSBA #51801
Hanna R. Lukes, WSBA #62610
Chock Barhoum LLP
121 SW Morrison Street, Suite 500
Portland, OR 97204
john.barhoum@chockbarhoum.com
sarah@chockbarhoum.com
hanna.lukes@chockbarhoum.com
michelle.heilbrun@chockbarhoum.com
devon.haggart@chockbarhoum.com
e-service@chockbarhoum.com

**Counsel for Defendant Gatekeeper Systems, Inc.**     ☒     Via Email
Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761
Floyd Pflueger Kearns, Nedderman & Gress, P.S.
3101 Western Ave, Suite 400
Seattle, WA 98121
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
ecampbell@nwtrialattorneys.com
skatinas@nwtrialattorneys.com

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Shane A. Ishii-Huffer, Paralegal
GORDON THOMAS HONEYWELL LLP

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565