# EXHIBIT 7

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT TACOMA

LINDA LAROCQUE,

Plaintiff,

v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state

Defendants.

Case No.: 3:25-cv-05380-MJP

**DEFENDANT FRED MEYER STORES, INC.'S RESPONSES TO FIRST REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF LINDA LAROCQUE**

**TO:    Plaintiff Linda Larocque**

**AND TO:    Robert C. Wilke and Ian M. Leifer, Attorneys for Plaintiffs**

Pursuant to the provisions of Civil Rule 36 of the Washington Superior Court Rules of Civil Procedure, Defendant The Kroger Co. (hereinafter "Defendant") hereby responds to

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR  97204
t: 503.223.3000 | f: 503.954.3321

the First Requests for Admission propounded by Plaintiff Linda Larocque as follows:

**GENERAL OBJECTIONS**

1. Defendant objects to each request for admission to the extent that it purports to impose obligations exceeding the scope of the requirements of the Washington Superior Court Rules.

2. Defendant reserves the right to supplement and/or amend these responses should additional information become available.

3. Defendant objects to any request that seeks an admission as to more than one matter.

4. Defendant objects to any request that seeks information subject to the work product doctrine, attorney client privilege, or expert discovery.

5. Defendant objects to any request that seeks a legal conclusion.

6. By responding to these requests for admission, Defendant does not concede the relevancy or admissibility of the information provided.

7. Defendant's responses below are all subject to these general objections.

Subject to all the foregoing general objections, which apply to each and every request, Defendant responds below.

**RESPONSE TO REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1**: Admit that the shopping cart locking system warning signs are obscured when the interior doors are open at the east entrance to the Fred Meyer located at 4505 S. 19th Street, Tacoma, WA 98405 as depicted in the photo below. "Obscured" is defined as kept from being completely visible.

/ / /

/ / /

DEFENDANT FRED MEYER STORES INC.'S RESPONSES TO
REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF - 2

KRO224.0010



LAROCQUE 000108

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

KRO224.0010

**RESPONSE**:  Defendant admits the sign is partially and momentarily obscured when the door is completely open.

**REQUEST FOR ADMISSION NO. 2**: Admit that the shopping cart locking system warning signs are obscured when the interior doors are open at the west entrance to the Fred Meyer located at 4505 S. 19th Street, Tacoma, WA 98405 as depicted in the photos below. "Obscured" is defined as kept from being completely visible.



DEFENDANT FRED MEYER STORES INC.'S RESPONSES TO
REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF - 4

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR  97204
t: 503.223.3000 | f: 503.954.3321

KRO224.0010



DEFENDANT FRED MEYER STORES INC.'S RESPONSES TO
REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF - 5

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

KRO224.0010

**RESPONSE**: Defendant admits that the sign is momentarily obscured when the door is completely open.

**REQUEST FOR ADMISSION NO. 3**: Admit that the east and west entrances to the Fred Meyer located at 4505 S. 19th Street, Tacoma, WA 98405 have automatic doors that open when customers approach to enter or leave the store during business hours.

**RESPONSE**: Admit.

**REQUEST FOR ADMISSION NO. 4:** Admit that there are no other shopping cart locking system warning signs affixed to either the east or west entrances to the Fred Meyer located at 4505 S. 19th Street, Tacoma, WA 98405 other than the two signs depicted in the photographs cited in Request for Admission No. 1 and Request for Admission No. 2.

**RESPONSE:** Admit.

///
///
///
///
///
///
///

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

KRO224.0010

**REQUEST FOR ADMISSION NO. 5:** Admit that not all of the Fred Meyer shopping carts have warning signs regarding the shopping cart locking system at the Fred Meyer located at 4505 S. 19th Street, Tacoma, WA 98405 as depicted in the photos below.



**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

KRO224.0010



**RESPONSE:** Defendant admits that the shopping cart in photograph one does not appear to have a warning sign, but cannot determine from the photograph whether the

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

KRO224.0010

shopping cart in the photograph is equipped with a Gatekeeper wheel lock system. Defendant cannot admit or deny the allegations as they pertain to the second photograph because it is not clear if the carts in the second photograph are equipped with a wheel lock system and because the second photograph obscures the portion of the cart to which the warning sign is typically affixed.

**REQUEST FOR ADMISSION NO. 6:** Admit there are no shopping cart locking system warning signs warning systems visible when exiting the store at the Fred Meyer located at 4505 S. 19th Street, Tacoma, WA 98405 from either the east or west entrances.

**RESPONSE:** Deny, there is generally a sign on the shopping cart, itself, which would be visible to the person exiting with the cart.

Dated this 24th day of July, 2025.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Attorneys for Defendants The Kroger Co. and
Fred Meyer Stores, Inc. dba Tacoma-Stevens
Fred Meyer

Dated this 24th day of July, 2025.

**CHOCK BARHOUM LLP**

_____
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Attorneys for Defendants The Kroger Co. and
Fred Meyer Stores, Inc. dba Tacoma-Stevens
Fred Meyer

DEFENDANT FRED MEYER STORES INC.'S RESPONSES TO
REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF - 9

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR  97204
t: 503.223.3000 | f: 503.954.3321

KRO224.0010

## IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| LINDA LAROCQUE, | ) | Civil Case No. 2:25-cv-05380-MJP |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington State | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

I hereby certify that on this 24th day of July, 2025, a true copy of the foregoing **DEFENDANT FRED MEYER STORES INC.'S RESPONSES TO REQUESTS FOR ADMISSION PROPOUNDED BY PLAINTIFF** was served as stated below on:

/ / /

/ / /

/ / /

CERTIFICATE OF SERVICE - 1

**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

| | |
|---|---|
| Robert C. Wilke<br>Gordon Thomas Honeywell, LLP<br>1201 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402<br>    *Attorneys for Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>☐ Fax #: (253) 620-6565<br>☒ By e-mail:<br>rwilke@gth-law.com<br>ileifer@gth-law.com<br>sishii-huffer@gth-law.com<br>sweger@gth-law.com<br>☒ By court eFiling Application |
| Francis S. Floyd<br>Skyler P. Urban<br>Floyd Pflueger, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>    *Attorneys for Defendant Gatekeeper Systems, Inc.* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>☐ Fax #:<br>☒ By e-mail:<br>ffloyd@nwtrialattorneys.com<br>surban@nwtrialattorneys.com<br>ecampbell@nwtrialattorneys.com<br>skatinas@nwtrialattorneys.com<br>☒ By court eFiling Application |

**\*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 24th day of July, 2025.

**CHOCK BARHOUM LLP**

_____

John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
    Attorneys for Defendants The Kroger Co. and
    Fred Meyer Stores, Inc. dba Tacoma-Stevens
    Fred Meyer

Dated this 24th day of July, 2025.

**CHOCK BARHOUM LLP**

_____

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
    Attorneys for Defendants The Kroger Co. and
    Fred Meyer Stores, Inc. dba Tacoma-Stevens
    Fred Meyer

CERTIFICATE OF SERVICE - 2

KRO224.0010