# EXHIBIT 9

(see Dkt. 81 - Plaintiff's Notice of Physical Filing)