# EXHIBIT 11

(see Dkt. 79 - Plaintiff's Notice of Physical Filing)