# EXHIBIT 12

| | |
|---|---|
| **From:** | Sarah Tuthill-Kveton |
| **To:** | Rob Wilke; Hanna Lukes |
| **Cc:** | Zach Santos; Michelle Heilbrun; Shane Ishii-Huffer; Sarah Weger; Luna Raddix; Ian Leifer |
| **Subject:** | RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer"s 5th RROGs & RRFPs to Pltf - Service |
| **Date:** | Monday, April 20, 2026 4:12:26 PM |
| **Attachments:** | image002.png |
| | image003.png |

Hi Rob,

Hanna is covering the deposition, but I am looking into the issues you brought up, so I'd like to be the one to do the conference. I am also drafting a responsive letter and touching base with my clients. One of the people that I need to talk to is out of town, so I am expanding my reach in efforts to find this out sooner rather than later, but I am not likely going to have answers by then. I am hopeful that we can discuss these issues artfully and at minimum narrow the issues. I am not ignoring you, but trying to assess when the best time would be for the conference when I can be equip with relevant answers for you.

I am available as follows:

4/23: 1:30 – 2:00 p.m.; 3:30 – 4:30 p.m.
4/24: 10:00 a.m. – 1:00 p.m.; 2:00 p.m. – 4:00 p.m.

## Sarah Tuthill-Kveton
**Partner**
**Direct:** (971) 302-6426
**Mobile:** (503) 812-3073
**Email:** sarah@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com



**Mailing/Location:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Main:** (503) 223-3000 | **Fax:** (503) 954-3321

**PORTLAND | TACOMA**

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

 please consider the environment before printing this email

**From:** Rob Wilke <rwilke@gth-law.com>
**Sent:** Monday, April 20, 2026 3:53 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun

<michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Hanna and Sarah:

I haven't heard back on this, let's plan to conference immediately following tomorrow's deposition.

Thanks,

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

---

**From:** Rob Wilke
**Sent:** Friday, April 17, 2026 4:00 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <SIshii-Huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Counsel: please let us know your availability for a discovery conference. We learned through Gatekeeper's deposition that Tacoma Stevens Fred Meyer purchased a system from Gatekeeper, the Video Classification System, that logs each cart activation as either a push out, empty cart scenario, etc. Those records or logs are responsive to a number of Requests for Production in the Fifth Requests for Production.

Specifically, we'd like to discuss Fred Meyer Defendants' responses to Interrogatory No. 23, RFP Nos. 24, 25, 26, 27, 28, 29, 30, 31, 33, and 36.

Please provide some potential dates and times for a conference next week.

Thanks,

**Robert Wilke**
Attorney at Law
T 206 676 7536

**From:** Luna Raddix <luna@chockbarhoum.com>
**Sent:** Friday, April 17, 2026 3:06 PM
**To:** Rob Wilke <rwilke@gth-law.com>; Ian Leifer <ileifer@gth-law.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; ffloyd@nwtrialattorneys.com; surban@nwtrialattorneys.com; ecampbell@nwtrialattorneys.com; skatinas@nwtrialattorneys.com; jheld@NWTrialAttorneys.com
**Cc:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Larocque v. The Kroger Co., et al Clio Maildrop KRO224.0010 <a5040417e+matter1805700019@maildrop.clio.com> <a5040417e+matter1805700019@maildrop.clio.com>
**Subject:** Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Good afternoon, Counsel:

Please find attached for service Defendant Fred Meyer's Responses to Plaintiff's 5th ROGs & RFPs, along with production. Please be advised that we will follow with our client's signature page as soon as it has been received.

Warmly,

Luna Raddix
Legal Assistant
**Direct:** (253) 354-6227, Ext 6603
**Email:** luna@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com



**Portland | Tacoma**

Website | vCard | LinkedIn | Facebook

**Mailing/Service:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Location:**
Tacoma, WA
**Main:** (253) 752-1600 | **Fax:** (503) 954-3321

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

please consider the environment before printing this email