EXHIBIT 13

| | | |
|---|---|---|
| **From:** | Rob Wilke | |
| **To:** | Skyler Urban | |
| **Cc:** | Ian Leifer | |
| **Subject:** | RE: LaRocque | |
| **Date:** | Wednesday, April 15, 2026 10:22:21 AM | |
| **Attachments:** | image001.png | |
| | image002.png | |

Good morning, Skyler:

We'd also like the Video Classification Log identifying Ms. LaRocque's incident as an empty cart activation, which is responsive to RFP No. 4.

Please let us know when Gatekeeper will supplement. Please also let us know if you'd like to discuss, I'm happy to hop on a phone call.

Thank you,

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Rob Wilke
**Sent:** Tuesday, April 14, 2026 3:57 PM
**To:** Skyler Urban <surban@nwtrialattorneys.com>
**Cc:** Ian Leifer <ileifer@gth-law.com>
**Subject:** LaRocque

Hi Skyler:

We learned today for the first time that Fred Meyer installed the Gatekeeper Video Classification System at the Tacoma Stevens location. I believe the designee looked up the work order to confirm it was installed in 2019. I believe that work order and any other documents or emails sent to and received by Defendants related to the Video Classification System should be produced as they are responsive to RFP No. 6, RFP No. 8 (and instructions for operating the system would be responsive to RFP No. 7). Please let us know when we will receive those responsive documents.

Thank you,

Rob

**Robert Wilke**
Attorney at Law



1201 Pacific Avenue, Suite 2200

Tacoma, Washington 98402
T 206 676 7536
F 253 620 6565
http://www.gth-law.com

NOTICE: The information contained in this e-mail communication is confidential and may be protected by the attorney/client or work product privileges. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error and delete the copy you received. Thank you.