EXHIBIT 1



# Levi Dixon, M.S., CXLT, CSP, CHFP

10501 South Lambs Lane
Mica, WA 99023
Phone/Fax: (509) 624-3714
Email: Levi@acsciences.com

## CERTIFICATIONS:

*Certified Safety Professional – 2021*
- By the Board of Certified Safety Professionals
- Number: 39014

*Certified Human Factors Professional – 2021*
- By the Board of Certification in Professional Ergonomics
- Number: 2208

*Certified XL Tribometrist – 2015*
- By Excel Tribometers
- Number: 1511574

*Associate Safety Professional – 2015*
- By the Board of Certified Safety Professionals
- Number: 24715

*Associate Human Factors Professional – 2018*
- By the Board of Certification in Professional Ergonomics
- Number: 2208

## EDUCATION:

*San José State University – 2018*
- M.S. in Human Factors & Ergonomics
- Department of Industrial & Systems Engineering
- GPA: 4.0 out of 4.0

_____

*Eastern Washington University – 2015*
- B.S. in Technology – Manufacturing Option
- Department of Engineering
- Graduated Cum Laude

## PROFESSIONAL EXPERIENCE:

*Applied Cognitive Sciences – 2014 to Present*
I was initially hired as an intern and shortly thereafter appointed to a full time permanent position as an Assistant Engineer followed by an Associate Engineer, wherein I took on a broader area of responsibilities including: reading and generating summaries of discovery material, accident case file material, and depositions; conducting research in the field of safety and risk management; and conducting accident scene site inspections which involves making relevant field observations, taking measurements and photographs, documenting all relevant information, as well as conducting both on scene and laboratory testing. As an Associate Engineer, I was involved in the investigation and analysis of over 1,000 legal cases, for both the plaintiff and defense, nationwide. I am currently a Senior Engineer wherein the focus of my work is in Human Factors Engineering and Safety and Risk Management. My areas of expertise include, but are not limited to: facility design and fall incidents (falls from elevation and falls at elevation), workplace injuries, warnings and hazard communications, and automotive incidents.

*Davenport Hotels – 2009 to 2016*
I was originally hired as part of the Banquet Setup staff, and shortly thereafter was promoted to a supervisory position. As a supervisor, I was responsible to ensure a large and diverse team worked together effectively and efficiently to provide excellent service to all guests. One of the largest responsibilities I had was maintaining a high level of safety for guests and employees alike, by ensuring the safety protocols were properly implemented and enforced. By working with a small team of supervisors and management, we would work to minimize the risk of workplace injuries by ensuring that the entire staff knew the proper safety protocols for various situations.

## HONORS AND AWARDS:

*San José State University*
- Nominated by Faculty for the "Bertha Kalm" Scholarship

_____

*Eastern Washington University*
- College of Science, Technology, Engineering, and Mathematics "Outstanding Student" Award

- Dean's List Winter 2012, Spring 2012, Fall 2012, Winter 2013, Fall 2013, Spring 2014, Fall 2014, and Winter 2015

- "High Demand Student" Scholarship for 2014-2015 academic year

- "High Demand Student" Scholarship for 2013-2014 academic year

*Davenport Hotels*
- "Guest Worthy" Award in February 2015

- "Superstar of the Quarter" Award in Fall 2012

## PUBLICATIONS:

- Dixon, L., DeBusk, H., Fenley, E., Gill, J. (2024). Evaluating the Slip Resistance of Various Walkway Surface Contaminants. *Proceedings of the 68th HFES International Meeting.*

- DeBusk, H., Dixon, L., Gill, J., Gill, R. (2019). Measuring the Static Coefficient of Friction of Non-Fluid Contaminants. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting,* (63)1, 537-541.

- Dixon, L., and Nathan-Roberts, D. (2017). Watch Out! Or do we? A Review of Literature on Human Locomotion, Visual Gaze, and Expectation of Trip Hazards. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, (61)1, 1252-1256.

## PRESENTATIONS:

- Dixon, L., and Nathan-Roberts, D. Watch Out! Or do we? A Review of Literature on Human Locomotion, Visual Gaze, and Expectation of Trip Hazards. Presented at the Human Factors and Ergonomics Society 2017 Annual Meeting, October 2017.

- Gill, R., and Dixon, L. Human Factors Engineering. Invited Presentation by the Rotary Club of Spokane, November 2015.

_____

## PROFESSIONAL MEMBERSHIPS:

- American Society of Safety Professionals
  - Inland Northwest Chapter

- Human Factors and Ergonomics Society
  - Puget Sound Chapter

- American Society for Testing and Materials
  - F13 Committee

## CONSULTING PROJECTS:

- Slip Resistance Testing of Tiles with Various Treatments; Fireclay Tiles; Co-Consultant; 2024

- Evaluation of Warnings and Instruction Manual for Gantry Crane; Spanco; Co-Consultant; 2023

- Preliminary Hazard Analysis and Evaluation of Warnings and Safety Instructions; Tipke Manufacturing Inc.; Co-Consultant; 2021

- Slip Resistance Testing of Pool Deck and Alternative Flooring Treatments; Kahala Nui; Principal Consultant; 2018 - 2019

- Evaluation of Product Disclaimer, Packaging, and Product Insert for Single-use Pass/Fail BAC Testers; Think Twice; Co-Consultant; 2018.

- Evaluation of Product Label and Safety Instructions for Multi-Plug; Davis Company; Principal Consultant; 2018

- Slip Resistance Testing of Alternative Flooring Treatments; Four Seasons Hotel, Ko Olina; Co-Consultant; 2016

## PEER REVIEWER:

- The Human Factors and Ergonomics Society's 2025 Annual Meeting Proposal Reviewer. Technical Groups: Forensics Professional, Occupational Ergonomics, and General Sessions.

- The Human Factors and Ergonomics Society's 2024 Annual Meeting Proposal Reviewer. Technical Groups: Forensics Professional, Safety, Product Design, Occupational Ergonomics, and Perception & Performance.

- The Human Factors and Ergonomics Society's 2023 Annual Meeting Proposal Reviewer for the Safety Technical Group

- The Human Factors and Ergonomics Society's 2019 Annual Meeting Proposal Reviewer. Technical Groups: Forensics Professional and Safety.

## CONTINUING EDUCATION:

- The Role of Architects in Slip, Trip, and Fall accidents: Bad Design or Careless Behavior?; Live Webinar Through the Human Factors and Ergonomics Society; October 2023

- Slips, Trips, and Falls International Conference; June 2023

- Human Factors and Ergonomics Society 65th Annual Meeting Virtual Edition; October 2021

- Human Factors and Ergonomics Society, Puget Sound Chapter's Virtual Symposium; October 2021.

- Human Factors and Ergonomics Society's Annual Meeting; Austin, Texas; October 2017.

- Institute of Police Technology and Management (IPTM) "At-Scene Traffic Crash/Traffic Homicide Investigation" 80 Hour Course; Certificate #nA71YIHz8L; August 2017.