IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,                                    )        Civil Case No. 3:25-cv-05380-TMC
                                                   )
                            Plaintiff,             )        **DECLARATION OF SARAH**
                                                   )        **TUTHILL-KVETON IN SUPPORT**
            v.                                     )        **OF DEFENDANTS THE KROGER**
                                                   )        **CO. AND FRED MEYER STORES,**
THE KROGER CO., a foreign corporation              )        **INC.'S REPLY IN SUPPORT OF**
doing business in Washington state; and,           )        **MOTION FOR SUMMARY**
FRED MEYER STORES, INC., a foreign                 )        **JUDGMENT**
corporation doing business in Washington           )
state, a/k/a TACOMA-STEVENS FRED                   )
MEYER, GATEKEEPER SYSTEMS, INC., a                 )
foreign corporation doing business in              )
Washington state,                                  )
                                                   )
                            Defendants.            )

I, Sarah Tuthill-Kveton, declare as follows:

1.      I am one of the attorneys representing Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer ("Defendants") in the above-entitled matter. I submit this declaration in support of Defendant's Reply in support of Defendants Motion for Summary Judgment.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the 30(b)(6) deposition of Chad Peterson from April 2, 2026.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an internal incident description, or Cart Stop Claim, detailing the events Linda Creamer Duncan reported as

DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS THE KROGER CO. AND FRED
MEYER STORES, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - 1        3:25-cv-05380 TMC
KRO224.0010

occurring on September 5, 2020.

**THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THIS DECLARATION IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 30th day of April, 2026.

**CHOCK BARHOUM LLP**

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison St, Suite 500
Portland, OR 97204
(503) 223-3000

Attorneys for Defendant The Kroger Co. and Fred
Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>              Plaintiff,<br><br>   v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington State<br><br>              Defendants. | Civil Case No. 3:25-cv-05380-TMC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 30th day of April, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.

Additionally, I hereby certify that a true copy of the foregoing **DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,** was served as stated below on:

/ / /

/ / /

/ / /

/ / /

CERTIFICATE OF SERVICE - 1                                        KRO224.0010

| Robert C. Wilke<br>Gordon Thomas Honeywell, LLP<br>1201 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402<br>   *Attorneys for Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>   Fax #: (253) 620-6565<br><br>☑ By e-mail:<br>   rwilke@gth-law.com<br>   ileifer@gth-law.com<br>   sishii-huffer@gth-law.com<br>   sweger@gth-law.com<br>☑ By court eFiling Application to the<br>   extent registered |
|---|---|
| Francis S. Floyd<br>Floyd Pflueger, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>   *Attorneys for Defendant Gatekeeper Systems,*<br>   *Inc.* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>   Fax #: (206) 441-8484<br><br>☑ By e-mail:<br>   ffloyd@nwtrialattorneys.com<br>   surban@nwtrialattorneys.com<br>   ecampbell@nwtrialattorneys.com<br>   skatinas@nwtrialattorneys.com<br>☑ By court eFiling Application to the<br>   extent registered |

*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 30th day of April, 2026.

**CHOCK BARHOUM LLP**

_____
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison St, Suite 500
Portland, OR 97204
(503) 223-3000
   Attorneys for Defendant The Kroger Co. and Fred
   Meyer Stores, Inc.

Dated this 30th day of April, 2026.

**CHOCK BARHOUM LLP**

_____
Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
121 SW Morrison St, Suite 500
Portland, OR 97204
(503) 223-3000
   Attorneys for Defendant The Kroger Co. and Fred
   Meyer Stores, Inc.

CERTIFICATE OF SERVICE - 2                                                    KRO224.0010