EXHIBIT 1

| | |
|---|---|
| **From:** | Rob Wilke |
| **To:** | "Skyler Urban" |
| **Cc:** | Ian Leifer; Sophia Katinas |
| **Subject:** | RE: LaRocque |
| **Date:** | Tuesday, April 28, 2026 5:00:59 PM |
| **Attachments:** | image001.png |

Hi Skyler: I would prefer not to push out our conference that far, but I am willing to do so to accommodate your schedule with the understanding that if we have to raise any discovery issues with the Court, you will complete your portion of the joint statement no later than EOD Tuesday, May 5.  Discovery is coming to a close on 5/8 and we will need to resolve this issue prior to that deadline.

Please speak with your client in advance of Friday's call regarding the tender letters, communications, and event log issues so we can have a meaningful conference and if needed raise the issues with the court early next week.

I will call you at 3:30 on Friday – what number is best to call?

Thanks,

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Skyler Urban <surban@nwtrialattorneys.com>
**Sent:** Tuesday, April 28, 2026 4:41 PM
**To:** Rob Wilke <rwilke@gth-law.com>
**Cc:** Ian Leifer <ileifer@gth-law.com>; Sophia Katinas <skatinas@nwtrialattorneys.com>
**Subject:** Re: LaRocque

Hi Rob,

Appreciate your patience. The court's timeline has been fairly sporadic and been going long, but we did confirm a 3:00 PM end time on Friday.

Let me know if you would be available around or after 3:30 for a call on Friday.

Thanks,

**Skyler P. Urban**



Associate Attorney

Floyd, Pflueger, Kearns, Nedderman & Gress, P.S.

3101 Western Avenue, Suite 400

Seattle, WA 98121-3017

206-441-4455

206-441-4331 (Direct)

surban@NWTrialAttorneys.com

www.NWTrialAttorneys.com

---

**From:** Rob Wilke <rwilke@gth-law.com>
**Sent:** Tuesday, April 28, 2026 1:44 PM
**To:** Skyler Urban <surban@nwtrialattorneys.com>
**Cc:** Ian Leifer <ileifer@gth-law.com>
**Subject:** Re: LaRocque

Hi Skyler:

Following up on this, we need to confer this week so that if we don't have agreement we can raise the issue with the court next week. Please let me know.

Thanks,

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

On Apr 27, 2026, at 8:05 AM, Rob Wilke <rwilke@gth-law.com> wrote:

Hi Skyler:

I can make a later call work. Are you free this evening or tomorrow evening at 5:45? Please let me know.

Good luck at trial.

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536

On Apr 27, 2026, at 8:00 AM, Skyler Urban <surban@nwtrialattorneys.com> wrote:

Hi Rob,

Apologies for the delayed response - I am in trial for the next two weeks. If you'd like to chat before I get out, we will likely need to set a time after 5:30. Let me know your preference.

Sincerely,

**Skyler P. Urban**
**<Outlook-signatureI.png>**
Associate Attorney
Floyd, Pflueger, Kearns, Nedderman & Gress, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455
206-441-4331 (Direct)
surban@NWTrialAttorneys.com
www.NWTrialAttorneys.com

---

**From:** Rob Wilke <rwilke@gth-law.com>
**Sent:** Friday, April 24, 2026 5:38 PM
**To:** Skyler Urban <surban@nwtrialattorneys.com>
**Cc:** Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: LaRocque

Hi Skyler: I'm following up on this, please let us know some dates next week that work for a discovery conference.

I hope you have a good weekend.

Rob

**Robert Wilke**
Attorney at Law

**From:** Rob Wilke
**Sent:** Thursday, April 23, 2026 8:53 AM
**To:** Skyler Urban <[surban@nwtrialattorneys.com](mailto:surban@nwtrialattorneys.com)>
**Cc:** Ian Leifer <[ileifer@gth-law.com](mailto:ileifer@gth-law.com)>
**Subject:** LaRocque

Hi Skyler:

We'd like to confer about tender letters, responses to tender letters, and other communications—in this lawsuit, and in other lawsuits—that are responsive to RFP No. 5 that have not been produced. (*See* Dkt. Nos. 51, 52, 64). Please let us know when you are available to confer.

Thanks,

Rob

**Robert Wilke**
Attorney at Law
<image001.png>
<image002.png>

1201 Pacific Avenue, Suite 2200
Tacoma, Washington 98402
T 206 676 7536
F 253 620 6565
[http://www.gth-law.com](http://www.gth-law.com)

NOTICE: The information contained in this e-mail communication is confidential and may be protected by the attorney/client or work product privileges. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error and delete the copy you received. Thank you.

Confidential Attorney Work Product/Attorney-Client Privileged Communication. This message is confidential, attorney work product and subject to the attorney-client communication privilege. It is intended solely for the use of the individual named above. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you are hereby advised that any dissemination, distribution or copying of this communication is prohibited. If you have received this email in error, please immediately notify the sender by reply email or delete and/or destroy the original and all copies of the email message.

<image001.png>
<image002.png>
<Outlook-signature1.png>