EXHIBIT 2

**From:** Hanna Lukes
**To:** Rob Wilke; Sarah Tuthill-Kveton
**Cc:** Michelle Heilbrun; Shane Ishii-Huffer; Sarah Weger; Luna Raddix; Ian Leifer; Samuel ben Behar
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer"s 5th RROGs & RRFPs to Pltf - Service
**Date:** Wednesday, May 6, 2026 11:58:32 AM
**Attachments:** LAROCQUE - Joint Statement re Fred Meyer re Failure to Produce Tender Letters_FM Redlines.docx
2026.04.23 Conferral re Tender.pdf

Hi Rob,

Attached is our statement. We plan to include the April 23, 2026 letter sent after your conferral call with Sarah. It is attached here, as well.

Thanks,

Hanna

**From:** Rob Wilke <rwilke@gth-law.com>
**Sent:** Wednesday, May 6, 2026 6:45 AM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>; Samuel ben Behar <sam.behar@chockbarhoum.com>
**Subject:** Re: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Sarah and Hanna:

We will file the statement at noon today. If we do not receive your portion of the statement before then we will inform the Court you did not respond to our communications and can submit your own portion separately.

Thanks,

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

On May 4, 2026, at 9:44 AM, Rob Wilke <rwilke@gth-law.com> wrote:

Hi Sarah and Hanna:

I hope you enjoyed the weekend. Attached is our portion of the joint statement we intend to file no later than Wednesday, May 6, 2026. Please complete and provide your clients' position by end of day tomorrow so we can submit the joint statement to the Court in

advance of discovery cutoff.

Thank you,

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Rob Wilke
**Sent:** Thursday, April 30, 2026 4:59 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Skyler Urban <surban@nwtrialattorneys.com>
**Cc:** Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <SIshii-Huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>; Samuel ben Behar <sam.behar@chockbarhoum.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Sarah:

As you know, discovery cutoff is May 8—next Friday. Given the limited time we have left, if we do not receive confirmation that Fred Meyer and Kroger intend to provide additional supplementation of all Tender Letters from 2020 – Present in Washington State by end of day tomorrow, we will prepare a Joint Statement to raise the issue with the Court early next week.

We'd appreciate a heads up to confirm whether your clients intend to supplement and provide all responsive items.

Thank you,

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Rob Wilke
**Sent:** Wednesday, April 29, 2026 5:27 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Skyler Urban <surban@nwtrialattorneys.com>

**Cc:** Michelle Heilbrun <[michelle.heilbrun@chockbarhoum.com](mailto:michelle.heilbrun@chockbarhoum.com)>; Shane Ishii-Huffer <[SIshii-Huffer@gth-law.com](mailto:SIshii-Huffer@gth-law.com)>; Sarah Weger <[sweger@gth-law.com](mailto:sweger@gth-law.com)>; Luna Raddix <[luna@chockbarhoum.com](mailto:luna@chockbarhoum.com)>; Ian Leifer <[ileifer@gth-law.com](mailto:ileifer@gth-law.com)>; Samuel ben Behar <[sam.behar@chockbarhoum.com](mailto:sam.behar@chockbarhoum.com)>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Sarah:

Thank you for the supplemental production today. We noticed that none of the tender letters are from 2020, 2021, or 2022. We assume a TPA other than Sedgwick was used during that time period.

Please confirm additional supplementation is in the works.

Thank you,

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

---

**From:** Rob Wilke
**Sent:** Wednesday, April 29, 2026 3:20 PM
**To:** Sarah Tuthill-Kveton <[sarah@chockbarhoum.com](mailto:sarah@chockbarhoum.com)>; Hanna Lukes <[hanna.lukes@chockbarhoum.com](mailto:hanna.lukes@chockbarhoum.com)>; Skyler Urban <[surban@nwtrialattorneys.com](mailto:surban@nwtrialattorneys.com)>
**Cc:** Michelle Heilbrun <[michelle.heilbrun@chockbarhoum.com](mailto:michelle.heilbrun@chockbarhoum.com)>; Shane Ishii-Huffer <[SIshii-Huffer@gth-law.com](mailto:SIshii-Huffer@gth-law.com)>; Sarah Weger <[sweger@gth-law.com](mailto:sweger@gth-law.com)>; Luna Raddix <[luna@chockbarhoum.com](mailto:luna@chockbarhoum.com)>; Ian Leifer <[ileifer@gth-law.com](mailto:ileifer@gth-law.com)>; Samuel ben Behar <[sam.behar@chockbarhoum.com](mailto:sam.behar@chockbarhoum.com)>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Sarah:

Thank you for agreeing to produce tender letters sent by Fred Meyer and/or Kroger to Gatekeeper from January 1, 2020 to present for Washington State.

Do you have an anticipated dated by which responsive items can be produced?

Thank you,

Rob

**Robert Wilke**
Attorney at Law

T 206 676 7536
F 253 620 6565

**From:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>
**Sent:** Wednesday, April 29, 2026 1:22 PM
**To:** Rob Wilke <rwilke@gth-law.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Skyler Urban <surban@nwtrialattorneys.com>
**Cc:** Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>; Samuel ben Behar <sam.behar@chockbarhoum.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Mr. Wilke,

I have been given authority to provide the tenders that we have. Please note, that we can only do a reasonable search for these items because there is no centralized system for collecting specific tenders. Rather, we have to go into each of the files to see if there was a tender sent. As such, it is not an exact science, but Defendant is willing to provide what can be located.

**Sarah Tuthill-Kveton**
**Partner**
**Direct:** (971) 302-6426
**Mobile:** (503) 812-3073
**Email:** sarah@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com


<image001.png>

**Mailing/Location:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Main:** (503) 223-3000 | **Fax:** (503) 954-3321

**PORTLAND | TACOMA**

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

please consider the environment before printing this email

**From:** Rob Wilke <rwilke@gth-law.com>
**Sent:** Tuesday, April 28, 2026 2:26 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>;

Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Sarah:

Thank you, I received your brief update that you are waiting to hear back from your client and you will provide another update tomorrow.

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Rob Wilke
**Sent:** Thursday, April 23, 2026 3:43 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <SIshii-Huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Sarah:

Thank you for the conference today to discuss some of the issues we had regarding Fred Meyer Defendants' Responses to our Fifth Interrogatories and Requests for Production.

On our end, we narrowed our request for supplementation of tender letters sent by Fred Meyer/Kroger to Gatekeeper, which are responsive to Request for Production No. 33. We offered to narrow the temporal scope to January 1, 2020 to present and to narrow the geographic scope to Washington State. The request was sent to both Kroger and Fred Meyer and as such would include both Kroger and Fred Meyer stores.

Given the May 8, discovery cutoff, I requested that you confer with your client and provide an update by Tuesday, April 28 on the status of our request. You agreed to provide an update no later than April 28.

We hope to avoid court involvement. However, given the narrow discovery window we want to make sure we are diligently pursuing these responsive items.

We look forward hearing from you next week. I hope you have a chance to enjoy the weekend.

Thank you,

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Rob Wilke
**Sent:** Monday, April 20, 2026 4:24 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <SIshii-Huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

I'll call you 4/23 at 3:30.

Thanks,

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>
**Sent:** Monday, April 20, 2026 4:12 PM
**To:** Rob Wilke <rwilke@gth-law.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Rob,

Hanna is covering the deposition, but I am looking into the issues you brought up, so I'd like to be the one to do the conference. I am also drafting a responsive letter and touching base with my clients. One of the people that I need to talk to is out of town, so I am expanding my reach in efforts to find this out sooner rather than later, but I am not likely going to have answers by then. I am hopeful that we can discuss these issues artfully and at minimum narrow the issues. I am not ignoring you, but trying to assess when the best time would be for the conference when I

can be equip with relevant answers for you.

I am available as follows:

4/23: 1:30 – 2:00 p.m.; 3:30 – 4:30 p.m.
4/24: 10:00 a.m. – 1:00 p.m.; 2:00 p.m. – 4:00 p.m.

**Sarah Tuthill-Kveton**
**Partner**
**Direct:** (971) 302-6426
**Mobile:** (503) 812-3073
**Email:** sarah@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com



&lt;image001.png&gt;

**Mailing/Location:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Main:** (503) 223-3000 | **Fax:** (503) 954-3321

**PORTLAND | TACOMA**

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

please consider the environment before printing this email

**From:** Rob Wilke <rwilke@gth-law.com>
**Sent:** Monday, April 20, 2026 3:53 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Hi Hanna and Sarah:

I haven't heard back on this, let's plan to conference immediately following tomorrow's deposition.

Thanks,

Rob

**Robert Wilke**

Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Rob Wilke
**Sent:** Friday, April 17, 2026 4:00 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>
**Cc:** Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <SIshii-Huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; Luna Raddix <luna@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>
**Subject:** RE: Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Counsel: please let us know your availability for a discovery conference. We learned through Gatekeeper's deposition that Tacoma Stevens Fred Meyer purchased a system from Gatekeeper, the Video Classification System, that logs each cart activation as either a push out, empty cart scenario, etc. Those records or logs are responsive to a number of Requests for Production in the Fifth Requests for Production.

Specifically, we'd like to discuss Fred Meyer Defendants' responses to Interrogatory No. 23, RFP Nos. 24, 25, 26, 27, 28, 29, 30, 31, 33, and 36.

Please provide some potential dates and times for a conference next week.

Thanks,

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Luna Raddix <luna@chockbarhoum.com>
**Sent:** Friday, April 17, 2026 3:06 PM
**To:** Rob Wilke <rwilke@gth-law.com>; Ian Leifer <ileifer@gth-law.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>; ffloyd@nwtrialattorneys.com; surban@nwtrialattorneys.com; ecampbell@nwtrialattorneys.com; skatinas@nwtrialattorneys.com; jheld@NWTrialAttorneys.com
**Cc:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Zach Santos <zach.santos@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Larocque v. The Kroger Co., et al Clio Maildrop KRO224.0010 <a5040417e+matter1805700019@maildrop.clio.com> <a5040417e+matter1805700019@maildrop.clio.com>
**Subject:** Larocque v. The Kroger Co., et al | Defendant Fred Meyer's 5th RROGs & RRFPs to Pltf - Service

Good afternoon, Counsel:

Please find attached for service Defendant Fred Meyer's Responses to Plaintiff's 5<sup>th</sup> ROGs & RFPs, along with production. Please be advised that we will follow with our client's signature page as soon as it has been received.

Warmly,

**Luna Raddix**
Legal Assistant
**Direct:** (253) 354-6227, Ext 6603
**Email:** luna@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com

 <image002.png>

**Mailing/Service:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Location:**
Tacoma, WA
**Main:** (253) 752-1600 | **Fax:** (503) 954-3321

**Portland | Tacoma**

Website | vCard | LinkedIn | Facebook

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

please consider the environment before printing this email

<LAROCQUE - Joint Statement re Fred Meyer re Failure to Produce Tender Letters.docx>