UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>        Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>        Defendants. | NO.  3:25-cv-05380<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LINDA LAROCQUE'S MOTION TO EXCLUDE FRED MEYER DEFENDANTS' UNTIMELY DISCLOSED EXPERTS<br><br>NOTED: JUNE 2, 2026 |

The Court has considered Plaintiff's Motion to Exclude Fred Meyer Defendants Expert Testimony.  Based upon any oral argument that took place, it is

ORDERED that Plaintiff's Motion to Exclude Fred Meyer Defendants' Untimely Disclosed Experts is GRANTED. Each of Fred Meyer Defendants' late-disclosed experts: (1) Alan Brown, M.D.; (2) Manuel Meza-Arroyo; and (3) Gadir Hazime are excluded and shall not be permitted to offer testimony at trial.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

The Court also GRANTS Larocque's request for attorneys' fees and costs, which it shall be awarded after the Court reviews the declaration of counsel identifying the reasonable fees and costs incurred in filing the motion that shall be filed within ten days of entry of this Order. No additional briefing from either Party shall be filed regarding the fees and costs requested.

DONE IN OPEN COURT this _____ day of May, 2026.

_____
HONORABLE TIFFANY M. CARTWRIGHT

Presented by:

GORDON THOMAS HONEYWELL LLP

By _____
Robert C. Wilke, WSBA No. 49937
rwilke@gthlaw.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for Plaintiff

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565