UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                Defendants. | NO.  3:25-cv-05380<br><br>DECLARATION OF ROBERT C. WILKE IN SUPPORT OF PLAINTIFF LINDA LAROCQUE'S MOTION TO EXCLUDE FRED MEYER DEFENDANTS' UNTIMELY DISCLOSED EXPERTS<br><br><br>NOTED: JUNE 2, 2026 |

I, Robert C. Wilke, declare under penalty of perjury as follows:

1.      I am one of the attorneys representing Plaintiff Linda LaRocque.

2.      Attached as **Exhibit 1** is a true and correct copy of Plaintiff Linda LaRocque's March 2, 2026 expert disclosure.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

3.  Attached as **Exhibit 2** is a true and correct copy of Fred Meyer Defendants' placeholder April 21, 2026 "expert disclosure." It does not contain any of Fred Meyer Defendants' experts' reports.

4.  Attached as **Exhibit 3** is a true and correct copy of Fred Meyer Defendants' May 8, 2026 expert disclosure containing its three experts' reports. Ms. LaRocque received Fred Meyer Defendants' experts' reports for the first time on May 8, 2026, the last day of discovery.

Dated this 12th day of May, 2026 in Tacoma, Washington.

_____
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

## DECLARATION OF SERVICE

I hereby declare that on May 12, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

John R. Barhoum, WSBA #42776
Sarah Tuthill-Kveton, WSBA #51801
Hanna R. Lukes, WSBA #62610
Chock Barhoum LLP
121 SW Morrison Street, Suite 500
Portland, OR 97204
john.barhoum@chockbarhoum.com
sarah@chockbarhoum.com
hanna.lukes@chockbarhoum.com
michelle.heilbrun@chockbarhoum.com
devon.haggart@chockbarhoum.com
e-service@chockbarhoum.com

☐ Via Legal Messenger
☐ Via U.S. Mail
☒ Via CM/ECF E-Filing
☒ Via Email

Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761
Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S.
3101 Western Avenue, Suite 400
Seattle, WA  98121
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
ecampbell@nwtrialattorneys.com
skatinas@nwtrialattorneys.com

☐ Via Legal Messenger
☐ Via U.S. Mail
☒ Via CM/ECF E-Filing
☒ Via Email

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Sarah M. Weger, Legal Assistant
sweger@gth-law.com

WILKE DECL ISO PLTF'S MOTION TO EXCLUDE - 3 of 3
[4871-5472-8598]