# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington State,<br><br>Defendants. | Civil Case No. 2:25-cv-05380-TMC<br><br>**DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY** |

Pursuant to FRCP 26(a)(2), Defendants The Kroger Co and Fred Meyer Stores, Inc., dba Tacoma-Stevens Fred Meyer makes the following expert disclosures, as set forth below:

**Alan Brown, M.D.**
c/o Medconnect Pro, LLC
16100 NW Cornell Rd #100
Beaverton, OR 97006

Dr. Brown is a board-certified orthopedic surgeon. He may testify regarding his background, education and training as such. Attached as Exhibit 1 is Dr. Brown's curriculum vitae, which outlines his qualifications to offer such testimony. Attached as Exhibit 2 is a fee schedule outlining Dr. Brown's rates for his expert services. Attached as Exhibit 3 is Dr. Brown's testimony list.

Dr. Brown will base his opinions on his review of Plaintiff's medical records provided in this case and may perform an IME of Plaintiff and offer testimony as to his findings. Any of the

reviewed materials may be used as exhibits at the time of trial to summarize or support his opinions. Testimony anticipated is regarding Plaintiff's claims of injury, causation of any injuries sustained, the care rendered to Plaintiff, Plaintiff's prognosis/damages, the reasonableness and necessity of the care and treatment received, and the potential future medical treatment needed, if any. Dr. Brown will respond to the testimony offered by Plaintiff's expert and will discuss the accuracy and/or inaccuracy of that expert's testimony.

**Manuel Meza-Arroyo**
c/o ESi
1174 Oak Valley Drive
Ann Arbor, MI 48108

Manuel Meza-Arroyo is a biomechanical engineer and human factors expert. He may testify regarding his opinions based on his background, education and training. Attached as Exhibit 4 is Mr. Meza-Arroyo's curriculum vitae which outlines his qualifications to offer such testimony. Attached as Exhibit 5 is a fee schedule outlining Mr. Meza-Arroyo's rates for his expert services. Attached as Exhibit 6 is Mr. Meza-Arroyo's testimony list.

Testimony anticipated will be based upon his investigation into the facts of this incident, a site visit and inspection of the flooring at the store, review of discovery in this case, and witness deposition testimony. Any of the reviewed materials may be used as exhibits at the time of trial to summarize or support his opinions. In addition, Mr. Meza-Arroyo will respond to the testimony offered by Plaintiff's expert and will discuss the accuracy and/or inaccuracy of that expert's testimony.

**Gadir Hazime**
c/o ESi
1174 Oak Valley Drive
Ann Arbor, MI 48108

Gadir Hazime is a mechanical engineer. She may testify regarding her opinions based on her background, education and training. Attached as Exhibit 7 is Ms. Hazime's curriculum vitae which outlines her qualifications to offer such testimony. Attached as Exhibit 8 is a fee schedule outlining Ms. Hazime's rates for her expert services. Attached as Exhibit 9 is Ms. Hazime's

DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY - 2:25-cv-05380

KRO224.0010

testimony list.

Testimony anticipated will be based upon her investigation into the facts of this incident, a site visit and inspection of the flooring at the store, review of discovery in this case, and witness deposition testimony. Any of the reviewed materials may be used as exhibits at the time of trial to summarize or support her opinions. In addition, Ms. Hazime will respond to the testimony offered by Plaintiff's expert and will discuss the accuracy and/or inaccuracy of that expert's testimony.

Discovery in this case is ongoing. As such, Defendants reserve the right to supplement this disclosure of expert witnesses and to call experts or treating providers who become involved in the care of Plaintiff and/or her subject conditions after the date of this disclosure.

DATED this 21st day of April, 2026.

**CHOCK BARHOUM LLP**

John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Electronic Service: e-service@chockbarhoum.com
Attorneys for Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

      Plaintiff,

  v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington State,

      Defendants.

Civil Case No. 2:25-cv-05380-TMC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2026, a true copy of the foregoing **DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY** was served as stated below on:

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
 *Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (253) 620-6565
☒ By e-mail:
 rwilke@gth-law.com
 ileifer@gth-law.com
 sishii-huffer@gth-law.com
 sweger@gth-law.com
☐ By court eFiling Application

Francis S. Floyd
Skyler P. Urban
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
 *Attorneys for Defendant Gatekeeper Systems, Inc.*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #:
☒ By e-mail:
 ffloyd@nwtrialattorneys.com
 surban@nwtrialattorneys.com
 ecampbell@nwtrialattorneys.com
 skatinas@nwtrialattorneys.com
☐ By court eFiling Application

CERTIFICATE OF SERVICE - 2:25-cv-05380
KRO224.0010

**\*With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 21st day of April, 2026.

**CHOCK BARHOUM LLP**

_Sarah Tuthill-Kveton_
John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Electronic Service: e-service@chockbarhoum.com
  Attorneys for Defendants The Kroger Co. and Fred
  Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

CERTIFICATE OF SERVICE - 2:25-cv-05380
KRO224.0010

# CURRICULUM VITAE
## ALAN B. BROWN, M.D., J.D.

## EDUCATION

**1977-1981**        **University of Utah**
Baccalaureate        Biology

**1981-1985**        **University of Michigan School of Medicine**
Medical Doctor

**1985-1990**        **University of Michigan Hospitals**
Residency        Orthopedic Surgery

**1992-1995**        **University of Michigan School of Law**
Juris Doctor

**1994 (Summer)**        **103rd Congress**
Congressional Fellow, Washington, D.C.

**1998-1999**        **San Francisco Spine Institute**
Fellowship, Spine Surgery

## ADMINISTRATIVE/TEACHING

**2001-2005**        **Utah State Orthopedic Society**
USOS Executive Council, Legal Oversight Committee

**1986-1998**        **University of Michigan Medical School**
Medical School Admissions Committee

**1995-1998**        **University of Michigan Medical School**
Anatomy Teaching Assistant
- First year medical student anatomy

**1995-Present**        **Vail Associates**
Professional Ski Instructor in Vail, Colorado (part time)

**1985-1996**        **Ann Arbor Pioneer High School Guest Lecturer**
Visiting Lecturer on various topics related to Sports Medicine

**1989-1990**        **University of Michigan Medical School**
Medical School Executive Committee on Admissions
- Focus committee on admissions policy and administration

**1989-1990**       **University of Michigan Graduate Medical Education Committee**
Committee formed in response to changing expectations in graduate medical education

**1987-1990**       **Executive Committee on Clinical Affairs**
University of Michigan Hospital Executive Committee
- Elected position, resident representative

**1985-1990**       **AMA-RPS Delegate**
American Medical Association Resident Physician Section
- Representative from the University of Michigan

**1988-1989**       **Medical School Executive Committee on Admissions**
University of Michigan Hospitals
- Focus committee on admissions policy and administration

**1988-1989**       **University of Michigan House Officers Association**
University of Michigan Hospitals
- President, 1700 member organization representing the University of Michigan Hospitals resident
  Physicians

**1987-1988**       **University of Michigan House Officers Association**
University of Michigan Hospitals
- Vice President

**1986-1988**       **University of Michigan House Officers Association**
University of Michigan Hospitals
- Board of Directors


**EMPLOYMENT**

**2007-Present**       **Bellevue Bone and Joint Physicians**
Orthopedic Spine Surgeon
- Private practice in Bellevue, Washington

**2006-2007**       **Eastside Orthopedics**
Orthopedic Spine Surgeon
- Private practice in Bellevue, Washington

**1999-2006**       **The Spine Center**
Orthopedic Spine Surgeon
- Private practice in Salt Lake City, Utah

**1993-1998        Chelsea Orthopedic Surgery**
Orthopedic Surgeon
- Private practice in Chelsea, Michigan

**1990-1992        Kent Medical Center**
Orthopedic surgery in Kent, Washington
- Private practice in a multi-specialty group

## PROFESSIONAL SERVICE

**1996        Atlanta Committee for the Olympic Games**
Medical Staff
- Medical staff physician for the 1996 Olympic Games, gymnastics venue

**1996        United States Olympic Trials**
Medical Staff
- Gymnastics 1996 Olympic Trials for men and women in Boston, Massachusetts

**1995        McDonald's Gymnastics Invitational**
Medical Staff
- International gymnastics competition in Seattle, Washington

**1995        IBM Olympic Test Event**
Medical Staff
- Olympic Test Event in Atlanta, Georgia

**1986-1990        University of Michigan Gymnastics Team**
Team Physician

## ACCREDITATIONS

| | |
|---|---|
| Fellow of the American Academy of Orthopedic Surgeons | (Induction) March, 1998 |
| Utah State Bar | Admitted May, 1997 |
| American Board of Orthopedic Surgery | Board Certified, 1992 |
| North American Spine Society | Member, 1998 |

## PRESENTATIONS AND PUBLICATIONS

The Fallacy of the Same School Rule in Medical Malpractice Testimony, In Progress.

Health Care Reform, Washtenaw County Medical Society Journal, April, 1995.

The Americans With Disabilities Act and the Rehabilitation Act of 1969, Mistakes We Have Made, Legal
memorandum presented to the medical school admissions committee, October, 1997.

Affirmative Action Update, Predictions for Future Litigation at the University of Michigan, Legal
memorandum presented to the medical school admissions committee, June, 1996.

The University of Michigan Trauma Experience, Economic Implications, Presented at the American
Academy of Orthopedic Surgeons, February, 1994.

Law and Medicine, Perspectives, Presented at the University of Michigan Section of Orthopedic Surgery
Grand Rounds, January, 1994.

Health Care Reform on the Hill, Presented at the University of Michigan Section of Orthopedic Surgery
Grand Rounds, September, 1994.

## STATE MEDIAL LICENSING

| | | |
|---|---|---|
| Oregon | 18695 | Good Standing |
| Washington | 27055 | Current |

## PERSONAL INTERESTS

Private Pilot (land and sea), Nordic and Alpine Skiing, Snowboarding, In Line Skating, Travel, Photography, Cooking, Camping, Hiking, Mountain and Road Biking, Water-skiing, Windsurfing, SCUBA Diving, Kayaking, Gymnastics

# Alan Brown, MD
## Orthopedic Surgeon



## MedConnect Pro Rates

| | | |
|---|---|---|
| Independent Medical Exam<br>(includes 1 hour of record review)<br>*Additional service charges such as room rental, interpreter or professional taping fees may apply.* | | $2,400.00 per hour |
| Review of IME Records | | $1,275.00 per hour |
| File Review without an Examination (1 Hour Minimum) | | $1,275.00 per hour |
| Rush Review of Records<br>Records received 10 days or less before exam or due date of report. | | $1,500.00 per hour |
| IME and File Review Addendums | | $1,275.00 per hour |
| Request or Subpoena for Documents | | $500.00 |
| Travel Time | | $875.00 per hour<br>(portal to portal) |
| Preparation Time | | $1,400.00 per hour |
| Conference Time | | $1,400.00 per hour<br>1.0 hour minimum |
| Deposition Testimony* | Reserved Time Prepaid | $2,550.00 first hour<br>$1,600.00 per additional hour<br>1.0 hour minimum |
| Virtual Testimony or Perpetuation Depositions | Reserved Testimony Time +<br>1.0 Hour Prep Prepaid | $2,400.00 per hour<br>1 hour minimum |
| Arbitration/Testimony | Half day prepaid | $12,000.00 half day (min) |

**Prepayments are nonrefundable and are due at time of scheduling.**

- **IME No Show** **(24 hours notice or less)** - The full IME fee, plus file review and travel time will be charged as applicable.
- **IME No Show or Late Cancel** (**10 calendar days or less**) – a fee of $1,400.00 plus file review and travel time will be charged.
- **Prepayments** – due at time of scheduling, event will only be confirmed once prepayment or written guarantee of payment is received.  If cancelled, prepayment will be forfeited.
- **Deposition Testimony**– if subpoenaed for a deposition, date will be confirmed on calendar from the time of receiving the subpoena, and prepayment will be due and payable and nonrefundable. Payment must be received prior to deposition date.
  - *\* There will be a $300.00 scheduling fee applied to all deposition invoices.*

*Processing of records, transcription or other services will be billed on each invoice as applicable to offset admin costs.*

MedConnect Pro
(503) 922-2160
info@medconnectpro.com

Upload records and new requests at
www.medconnectpro.com
*Updated Oct-23*

Exhibit 2 - Page 1 of 1

*Alan B. Brown, MD*

**2004**

9/26/2004 - Danny Clark v. Union Pacific RR  Civil No. 040900208

**2006**

2/7/2006- Steve Apostolope v. Union Pacific RR Civil No. 040900210

**2007**

6/15/2007 Eric Lamoureaux v. American Family Insurance Company Arbitration by Lew Quigley
        Daniel Clift and Terry L. Clift v. Biomet, Inc. Federal Case 2:06DV00703 TS
10/5/2007 Gary Linquist v. American Family Mutual Insurance Arbitration Proceedings

**2008**

3/26/2008 Alvin Mike Matthews
3/25/2008 Sherri Albert v. Quality Food Centers Deposition 06-2-109636-6
5/21/2008 Kimberly Garret v. Allstate Insurance Trial
7/22/2008 Benjamin Canary v Kelly Peterson and Jane Doe King County, WA Civil 07-2-23067-0 SEA
11/24/2008 Patty Areola Deposition Salt Lake City

**2009**

1/7/2010 Mary Carney deposition
5/26/2010 Monica Linger v. Waste Management deposition
6/2/2010 Huijun Gao
9/28/2010 Celeste Anderson v. Kelly J. Eckhardt Weber County, Utah, Trial Civil No. 090900572

**2011**

 3/2/2011 Charles Wynn Everett v. IHC Health Services Inc, Utah Deposition
3/30/2011 Shane Davis v. BNSF Railway Company v. Kimberly Clark Corp Deposition
11/21/2011 Derek Wickstrom v. BNSF deposition

**2012**

1/4/2012 Pierce v. Delisle deposition
2/13/2012 A.Donald Mitchell v. Encompass Indemnity Co. deposition
4/3/2012 Darren Couillard v. Dean Peper and Jane Doe Peper No. 10-2-43759-2 SEA
7/25/2012 Derly Aziz v. Board of Ind Appeals Deposition Docket No. 11 22083
9/21/2012 Knappett v. Safeco Insurance deposition
10/3/2012 Derly Aziz v. Board of Ind Appeals deposition
10/10/2012 Baumgartner v. Oldroyd Deposition – Civil No. 110914694
10/30/2012 Knappett v. Safeco Insurance trial
11/26/2012 Randy Roberts v. Nationwide Agribusiness Ins Co Discovery Deposition- Claim 72 46 20 033917
11/26/2012 Randy Roberts v. Nationwide Agribusiness Ins Co Perpetuation Deposition

Exhibit 3 - Page 1 of 6

## 2013

1/28/2013 P. Welch v. Kelly deposition
3/6/2013 D. Touch v. Board of Ind Appeals Deposition
5/1/2013 P. Welch v. Kelly Deposition
6/12/2013 Pierre v. Gamboa deposition
6/17/2013 Browder v. Walsh deposition Snohomish County Superior Court 11-2-08595-1
12/4/2013 Nelson Gomez deposition
12/20/2013 Randy Simms Deposition

## 2014

5/6/2014 Reece Lamie v State Farm Deposition Workers Compensation Claim: 1356108R704/1243.478
5/15/2014 Rebman v. Garcia Trial Snohomish County Superior Court 12-2-09808-3
7/23/2014 Bendzak v. Starostka Deposition
8/28/2014 Foley v. Deal Deposition King County Superior Court13-2-23557-9
10/6/2014 Young v. Edde deposition King County Superior Court13-2-20440-1 SEA
10/10/2014 Sophon Chak Deposition L&I Claim No. SF 14623
11/3/2014 Noll v. Howard, Belknap Trial King County Superior Court 13-2-28851-6
11/22/2014 Padiernos v. Bollenbeck trial King County Superior Court 13-2-33712-6 SEA

## 2015

4/20/2015  Foley v. Deal Trial Claim # 47-4985-369
4/22/2015 Pin v. Long Deposition King County Superior Court 14-2-05332-1 KNT
6/3/2015 Jeaneen Link Deposition
6/10/2015 Moura v. White Deposition Pierce County Superior Court 13-2-13154-0
6/16/2015 Glenn Games deposition L&I Claim ID SE16244
3/3/2015 Smultea v. Holtmeier Trial King County Superior Court 14-2-00152-5
9/8/2015 Jemaah Jataas deposition
11/3/2015 Zepeda v. Property Investment Specialists et al. Arbitration Yakima County Superior Court 15-2-00190-5

## 2016

2/24/2016 Dupart v. Aakre Trial King County Superior Court 15-2-02763-8
2/29/2016 Steve Fox v. State Farm Deposition Western District of Washington 2:15-CV-00535 RAJ
3/10/2016 Bernadette Schwartz v State Farm Trial King County District Court 153-11141
3/29/2016 Moore vs Poltz Trial Chelan County Superior Court 08-2-01308-6
8/4/2016 Conradi vs Marlene ElyTrial Lewis County Court 435690095034
9/6/2016 Beatrice Jimenez Arbitration Claim number 185-048590

## 2017

1/6/2017 Bonser vs State Farm Trial King County Superior Court 16-2-07008-6
1/16/2017 Sweider v. Farley Deposition Pierce County Superior Court 16-2-06053-1
2/9/2017 Luther v Bloomfield Trial King County Superior Court15-2-28641-2 KNT
2/27/2017 Michael Killion v. Setzler Deposition King County Superior Court 16-2-87998-9 SEA
3/8/2017 Krueger v. Cook Trial King County Superior Court 16-2-0091-6
3/30/2017 Froehling v. Tysdal Trial Pierce County Superior Court 15-2-05371-5
3/25/2017 Shulte v. Tabery-Walker Deposition Pierce County Superior Court 16-2-09776-1
6/8/2017 McGuire v. BNSF Deposition Pierce County Superior Court 16-2-11198-5
6/20/17 Berg v. USAA Deposition King County Superior Court16-2-18240-2 SEA
6/26/2017 Ledgerwood vs. Buxbaum Deposition King County Superior Court 15-2-15411-7 SEA
6/30/2017 Jaeger v. Charlton Deposition King County Superior Court 16-2-20037-1 SEA
7/12/2017 In Re Debbie Neville Deposition Workers Compensation BIIA No. 16 18376 Claim No. AN-35315

Exhibit 3 - Page 2 of 6

7/31/2017 Moura v. United States Automobile Assn. Deposition Pierce County Superior Court 15-2-13025-6
8/11/2017 Link v. Alcoa Deposition King County Superior Court 16-2-16158-8-SEA
8/10/2017 Neece vs. Audycki Trial Snohomish County Superior Court 13-2-02870-9
8/16/2017 Newkirk vs. Foster Trial King County Superior Court15-2-15858-9 KNT
9/28/2017 Jacobs vs. Carlson Deposition King County Superior Court 16-2-19642-0 KNT
10/20/2017 Bigleman vs. State Farm Deposition King County Superior Court 16-2-13566-8 SEA
11/3/2017  In re Lynn Storrs  Deposition Workers Compensation BIIA No. 17 13883
Claim No. BB-02863

## 2018

4/11/2018 Suarez v. Querry Deposition King County Superior Court 17-2-15272-2 KNT
4/11/2018 Smith v. Kalina deposition Kitsap County Superior Court 15-2-02093-7
5/30/2018 Finsrud v. Groen Deposition Whatcom County Superior Court 17-2-00487-8
5/31/2018 Morrison v Kaur Trial King County Superior Court 17-2-07654-6 KNT
6/6/18 Osborn vs Carmichael Trial Snohomish County Superior Court 16-2-20264-31
6/20/2018 Hanis v State Farm Deposition King County Superior Court 17-2-15876-3 KNT
9/18/2018 Holen vs Jozic Deposition 2:17-CV-01147-JLR
10/22/2018 Seth Weedman v Skyjack inc Deposition Grant County 14-2-00866-6
12/14/2018 Dreyer Workers comp deposition
12/14/2018 Joseph Lesser vs Kaitlin Deichert Deposition Kistsap County 17-2-01768-1

## 2019

1/10/2019 Lesser vs Deichert Trial Kitsap County 17-2-01768-1
2/7/2019 Edgar Almonte v Lucas Smith Deposition 18-2-14975-4 SEA
2/15/2019 Patricia Long-Riggs Deposition
9/25/2019 Malinda Truong vs Aerowelding – Bryan Hayes and Jane Doe Hayes Deposition
18-2-09773-8 KNT
4/30/2019 Hipolito Cerros-Marquez Deposition
6/14/2019 Aaron Harris Deposition Western District Civil action no: 2:18-cv-00134-BHS
6/18/2019 Garrick Freeman Deposition
8/2/2019 Gabriel Ladd Deposition
9/12/2019 Eric Behnke Discovery Deposition
9/17/2019 Louis Ramirez Deposition
10/2/2019 Richard Wallingford Arbitration
10/4/2019 Nicholas Meyer Deposition
10/14/2019 Madeline Garza Deposition
10/21/2019 Patrick Hillyer Deposition
10/31/2019 Christin Marshall Trial
11/27/2019 Elizabeth Bostick Trial (pierce county)18-2-05002-8
12/4/2019 Joseph Banchero Trial (king) 18-2-23186-8 SEA
12/12/2019 Joellen Kaden Deposition (king) 18-2-56738-6 SEA
12/18/2019 Charlotte Morris Deposition (Pierce) 19-2-06137-1

## 2020

1/9/2020 Tracie Kerr Deposition
1/15/2020 Christine Huebner Trial (KING)
2/24/2020 Ioulia Alcorn Perp deposition 19-2-00178-0KNT
2/25/2020 Lilian Chochon Deposition 19 2 0011215
3/2/2020 Joellen Kaden Trial SEA 18-2-56738-6
3/2/2020 Joshua Wisneski Deposition 18-2-16952-6SEA
3/3/2020 William Deputy Trial KENT 18-2-27850-3SEA
4/28/2020 Darcy Fox Virtual Deposition 18-2-54882-9 SEA
6/8/2020 Maria Munoz-Preza Virtual Deposition 16-2-00763-8

Exhibit 3 - Page 3 of 6

6/10/2020 David Peterson Zoom Deposition (plaintiff) 2:19-cv-00312-JLR
6/11/2020 Debra Hayes Deposition 18-2-00396-19 Kititas
6/19/2020 Francisco Munson Arbitration 19-2-23061-4 SEA
6/23/2020 Jung-Mee Kim Telephonic Arbitration 94-2-06940-8
7/15/2020 Debra Hayes Trial 18-2-00396-19 Kititas
8/18/2020 Betsy Vincenti Zoom Arbitration
8/19/2020 Randy Johnson AKA the chosen servant Zoom deposition 19-2-09838-4 SEA
8/24/2020 William Britven Zoom Deposition
9/9/2020 Yawnita Bryant Zoom deposition 19-2-01008 SEA
9/11/2020 Amanda Morris Zoom Arbitration Claim no. F32847
10/7/2020 David Walter Trial 18-2-26977-6SEA
10/30/2020 Marci Cook Zoom deposition 19-2-15507-8 SEA
11/10/2020 Majid Janjua Zoom Trial 19-2-29899-5 SEA
12/16/2020Kenneth Houlder Zoom Deposition 19-2-29883-9SEA

## **2021**

2/11/2021 Ioulia Alcorn Zoom trial 19-2-00178-0 KNT
2/12/2021 Sally Reilly Prep Deposition 19-2-29906-1 SEA
3/3/2021 Jagdip Singh Zoom Deposition 17-2-03583-1
4/13/2021 Jake Shreves Zoom Deposition 1:19-CV-03012-SMJ
4/27/2021 Courtney Siebken and Quintin Musgrove Zoom Arbitration 20-2-10658-5 SEA
6/28/2021 Lisa Howard Perpetuation Deposition 20-2-04223-4 KNT
6/29/2021 Riaz Bhimani Perpetuation Deposition 19-2-34160-2 KNT
6/30/2021 Andrew Ferguson Zoom Trial 18-2-27490-7 SEA
7/8/2021 Penny Payne Trial 19-2-25746-6 SEA
9/9/2021 Wayne Ripley Deposition 20-2-06345-8
9/21/2021 Michael Mohandeson Deposition 20-2-03908-31
10/15/2021 Lazaro Rodriguez Zoom deposition 19-2-09925-31
11/16/2021 Eli Wendkos Zoom deposition 20-2-12676-4 SEA
11/30/2021 Eric Behnke Perpetuation Deposition 21 13132, 21 13133
12/6/2021 Keijuaneshia Smith Live trial 18-2-07771-6
12/13/2021 Gerardo Gonzalez Zoom Trial 20-2-16662-6 SEA

## **2022**

1/13/2022 Michael Mohandeson Zoom Trial 47-5453-L37
1/14/2022 Sydney Yates Zoom Arbitration 2020056439
1/25/2022 Amanda Jaramillo Zoom Arbitration 19-2-00067-04
2/16/2022 Jeffrey Templeton Zoom Deposition 20-2-13125-3SEA
2/18/2022 Benjamin Hartz Live Trial 02428-00171 Multnomah County
2/28/2022 Jamie & Edward Walter Deposition 20-2-09642-3SEA
3/14/2022 Jessica Young Deposition 21-2-02169-31
3/15/2022 Suneer Malhotra Perpetuation Deposition 20-2-06925-6 SEA
3/23/2022 Ashley Fawcett Trial H3C2285
4/4/2022 Brittney Fiamengo Perpetuation deposition 21-2-01872-2 SEA
4/21/2022 Jeffrey Templeton Trial 20-2-13125-3SEA
4/27/2022 Joshua Gray Arbitration 448162396002
5/12/2022 Rithika Binu Arbitration 3011664550-1
6/8/2022 Pam & David Julian Zoom deposition 20-2-00472-29
8/2/2022 Nancy Alexander Zoom Deposition 16-2-19181-31
8/18/2022 Gary Hall Zoom Deposition 21-2-12589-8 KNT
9/13/2022 Abdirizak Osman Zoom deposition 21-2-00156-1 KNT
9/21/2022 Misty Marcott Trial 47-7D67-260
10/28/2022 David Wilson Deposition zoom 20-2-17759-8 SEA
11/3/2022 Walter Yi Zoom Trial 19-2-00024-07

Exhibit 3 - Page 4 of 6

## 2023

1/31/2023 Rachel Sambrano Zoom arbitration 20-2-00130-0
2/2/2023 Kurt McDuffie Deposition 22-2-01535-7SEA
2/10/23 Son Krouch deposition 21-2-14359-4SEA
2/15/2023 Michael Mace Trial 18-2-02964-34
2/27/2023 Grace Barthelmess deposition 21-2-00218-32
3/14/2023 Carl Peterson Arbitration 0509144317.1
3/23/2023 Robyn Yates trial 18-2-0074-29
3/24/2023 David Wilson deposition (2nd) 20-2-17759-8 SEA
3/30/2023 Kelly Davis deposition 21-2-04681-5 KNT
4/12/2023 Kristen Moldskred trial 20-2-15695-7SEA
4/20/2023 Mikaela Baldauf deposition 20-2-00772-29
4/28/2023 Miles Boyd deposition 22-2-05242-8
5/16/2023 Lucas Beebout Deposition 22-2-02817-31
5/17/2023 Miles Boyd Trial 22-2-05242-8
5/24/2023 Son Krouch 21-2-14359-4 SEA
6/5/2023 Ana Urias-Rodas deposition 22-2-14682-6 KNT
7/20/2023 Sharon Hurtubise Trial 461405846033
7/26/2023 Mayra Sanchez & Jason Garcia Arbitration 21-2-16227-1
8/15/2023 Montez Morgan Arbitration 22-2-07593-7 King
8/15/2023 Nathan Haskell deposition 18-2-06977-31
8/29/2023 Jagdip Singh Trial 17-2-03583-1
09/5/2023 Jeffrey Allen Trial 22-2-04585-5
09/6/2023 Donald Oglesby deposition 22-2-10635-2 SEA
9/7/2023 Brittany Weiss Deposition 22-2-13100-4SEA
09/12/2023 Wendy Curtis perpetuation deposition 47-c475-5X5
09/12/2023 Joyce Jumawan & Jesse Audije arbitration 22-2-12843-7 KNT
10/12/2023 Brittany Weiss trial 22-2-13100-4SEA
10/13/2023 Marcelles Turner deposition 22-2-01069-32
10/16/2023 Steven Dickson Cace-22-013937
11/1/2023 Benjamin Bankston deposition 22-2-01296-03
11/8/2023 Daljit Kahlon Arb 22-2-04950-2KNT
11/10/2023 Khrystyna Durkan Arb 22-2-00607-29
11/20/2023 Neil Mclver trial 22-2-07751-0
11/21/2023 Donald Oglesby Trial 22-2-10635-2 SEA

## 2024

2/12/2024 Ogilvie, Bonnie Deposition A-21-844840-C
2/22/2024 Vazquez, Victoria deposition 22-2-17192-8 KNT
2/29/2024 Olsen, Ryan deposition 22-2-10635-2 SEA
3/1/2023 Belay, Michael Arbitration 22-2-03239-31
3/5/2024 Kariuki, Cecilia Arbitration 23-2-01954-7 KNT
3/11/2024 Hardaway, Leonard trial 22-2-12965-4 SEA
3/12/2024 Flanary Thomas trial 22-2-07989-4 KNT
3/25/2024 O'Neall, Brandon Trial 22-2-09856-2 KNT
3/28/2024 Olsen, Ryan trial 22-2-10635-2 SEA
5/3/2024 Auld, Lesley deposition 22-2-08004-3 SEA
5/8/2024 Anna Bury deposition 22-2-19812-5 KNT
5/22/2024 Nancy S. Villaluz deposition 22-2-12124-6 KNT
6/13/2024 Auld, Lesley Trial 22-2-08004-3 SEA
8/13/24 Jingyu Du deposition 23-2-00804-9SEA
8/22/2023 Christopher Buchanan Deposition 23-2-08040-31 Snohomish

Exhibit 3 - Page 5 of 6

8/30/2024 Zeyad Taquiaddin plaintiff deposition 22-2-11918-7KNT
10/14/24 Hannah Williams plaintiff deposition 21-2-08423-7KNT
10/23/24 Yillma Betsegaw deposition 23-2-05240-4 SEA
10/29/24 Julian Yuh Coleman Deposition 22-2-10509-7 SEA
11/25/23 Falaniko, Joseph Deposition 23-2-21952-0 SEA

## **2025**

1/14/2025 Michael Meinert deposition 24-2-06518-1
1/29/2025 Andres Mercado deposition 23-2-02682-31
2/6/2025 Robert Beveridge deposition 23-2-08823-9 SEA
2/12/2025 Francisca Charfauros deposition 23-2-05416-0
2/24/2025 Andres Mercado trial 23-2-02682-31
3/11/2025 Zeyad Taquiaddin perpetuation deposition 22-2-11918-7KNT
3/12/2025 Jose Hernandez Martinez deposition 21-2-01444-31
4/4/2025 Jorge Sican Morales deposition 22-2-2049704 SEA
4/10/2025 Laura Mcdonald trial 22-2-00207-15
5/14/2025 Danielson, Sierra deposition 22-2-06715-31
5/14/2025 Summers, Amber deposition 23-2-04418-32
5/28/2025 Kristofer Starks deposition 24-2-14289-4 SEA
6/4/2025 Jose Hernandez Martinez trial 21-2-01444-31
6/12/2025 Allen, Jeffrey deposition 24 20456 & 24 204457
7/10/2025 Abraham, Aklilu Deposition 23-2-24771-1 SEA
7/14/2025 Cao, Thoa perpetuation Deposition 23-2-09823-0
8/6/2025 Harris, Justin deposition 24-2-061340-31
9/9/2025 Dodge, Monty Deposition 23-2-06057-7
9/22/2025 Canaria, Danilo deposition 24-2-20058-31
9/24/2025 Supinski, Stephen deposition 24-2-00353-15
11/3/2025 Hunt, Donlad deposition 22-2-50794-11
12/10/2025 Vincent Schuler Deposition 24-2-15137-1 SEA
12/15/2025 Arguello, Jeannette Deposition 23-2-04541-1

## **2026**

1/23/2026 David Kennedy Deposition 25-2-06267-8 SEA
2/9/2026 Ramos, Jorge Deposition 24-2-03135-39

Exhibit 3 - Page 6 of 6

# Manuel Meza-Arroyo
## PhD, PE, CHFP
## Director, Senior Managing Consultant



Dr. Meza-Arroyo has extensive experience in the field of industrial and human factors engineering. He specializes in human perception and cognition, and occupational biomechanics. He has significant experience in experimental design, the application of statistical analyses, and the implementation of computational modeling for assessing human performance. He has conducted and participated in multiple disciplinary investigations involving automobile and trucking accidents, nighttime or low-illumination incidents; industrial and occupational injuries; slip/fall/trip/misstep incidents; and the analysis of warnings, procedures and instructions.

Dr. Meza-Arroyo's research has included the study of eye movements and visual attention during driving tasks, visual information processing for collision detection, visual perception under low-illumination conditions, occupant kinematics during low-speed impacts, and the photometric characteristics and human factors implications of different headlamp technologies for the transportation industry.

At ESi, Dr. Meza-Arroyo implements human-subject testing to assess human performance and behavior by employing tools such as motion capture technology, calibrated photography and videography, tri-axial accelerometers, binaural microphones, and custom programming for various applications including statistics, biomechanics, and psychophysics.

Dr. Meza-Arroyo has authored multiple technical reports addressing various topics, including low-illumination accidents, visual perception and conspicuity, auditory warnings and perception, trip/fall/slip/misstep incidents, headlamp and street illumination, and statistical analyses for industrial processes.

## Contact Information

mmarroyo@engsys.com

(734) 794-8109

**ESi Ann Arbor**

1174 Oak Valley Drive
Ann Arbor, MI 48108

## Areas of Specialization

- Perception and Attention
- Human Error Analyses
- Night and Daytime Visibility and Conspicuity
- Biomechanics and Human Motion Analysis
- Human Factors Engineering
- Risk Assessment, Experimental Design & Statistical Data Analysis

## Education

PhD, Industrial Engineering. Texas Tech University. Lubbock, TX, 2015

MS, Industrial Engineering. Texas Tech University. Lubbock, TX, 2009

BS, Industrial & System Engineering. Tecnológico de Monterrey. Mexico, 2007

Exhibit 4 - Page 1 of 5


## Licenses & Certifications

- State of Michigan P.E. License 6201310563

- Professional Industrial & Systems Engineer – SEP Cédula: 5456536, Mexico

- Certified Human Factors Professional (CHFP) by the Board of Certification in Professional Ergonomics (BCPE), Certification No. 1973

## Languages

- English, Spanish, Portuguese.

## Positions Held

**Engineering Systems Inc., Ann Arbor, Michigan**

- Director, 2026 - Present

- Senior Managing Consultant, 2023 – Present

- Senior Consultant, 2022 – 2023

- Senior Staff Consultant, 2020 – 2021

- Staff Consultant, 2016 – 2019

- Research Analyst, 2015 – 2016

**University of Texas, Arlington, Texas**

- Adjunct Professor, Summer 2015

**Texas Tech University, Lubbock, Texas**

- Research-Teaching Assistant and Graduate Instructor, 2007 – 2015

**ALSTOM Power, Morelia, Mich. Mexico**

- Tendering Engineer (Intern), January 2007 – May 2007

**CIETec, Tecnológico de Monterrey, Morelia, Mich. Mexico**

- Researcher- Data collection and analysis, 2005 - 2007

## Continuing Education

- **RP-43, Lighting for People in Outdoor Environments** – Certificate of Attendance, IES, 2021

- **Roadway Lighting – Lighting and Health** – Certificate of Attendance, IES, 2020

- **Traffic Signal Timing Records Interpretation and Analysis** – Certificate of Achievement, Traffic Signal Academy, University of Tennessee. October 2020



- **Show Me the Data: Does LED Lighting Influence Roadway Safety?** – Certificate of Attendance, IES, July 2020
- **Germicidal Ultraviolet Disinfection in the Days of COVID-19** – Certificate of Attendance, IES, May 2020
- **Traffic Crash Reconstruction for the Forensic Engineer** – Certificate of Achievement, Northwestern University, March 1, 2019
- **A New Measure of Color Discrimination** – Certificate of Attendance, IES, November 2018
- **Automotive Lighting: Testing and Requirements Seminar**– Certificate of Achievement, SAE International, April 6, 2017
- **Automotive Lighting: Design and Technology Seminar**– Certificate of Achievement, SAE International, April 4, 2017
- **Vehicular Crash Reconstruction Methods Seminar**– Certificate of Achievement, SAE International, Troy, MI, May 2016

## Professional Affiliations/Honors

### Human Factors & Ergonomics Society (HFES)

- Member

### Illuminating Engineering Society (IES)

- Member

### Society of Automotive Engineers (SAE)

- Member

### Alpha Pi Mu (Industrial Engineering Honor Society)

- Awarded

### Raider Rojos National Alumni Scholarship

- Scholarship recipient, 2014

### American-Mexican Waterman Friendship Scholarship

- Recipient, 2008 – 2015

### Virtual Environment & Forensics Professional Technical Groups

- HFES member

## Peer Reviewer

Journal of Failure Analysis and Prevention, **M. Meza-Arroyo**

SAE Manuscript, **M. Meza-Arroyo**

Exhibit 4 - Page 3 of 5


## Publications

"When a Flashlight Looks Like a Threat: A Multifaceted Human Factors Approach in the Accident Reconstruction of a Police Officer Shooting," **M. Meza-Arroyo**, G.A. Hazime, and K.B. Zakutansky, International Society for Occupational Ergonomics & Safety, XXXVIIth Annual Occupational Ergonomics and Safety Conference, Orlando, FL, July 2025.

"Flip-Flops: A Survey of Risk Perception and Acceptance," D. Fortenbaugh, P. Shibata, **M. Meza-Arroyo**, K. Thobe, and T. Welch, In Proceedings of the Human Factors and Ergonomics Society Annual Meeting, Sage CA: Los Angeles, CA: SAGE Publications, Vol. 66, No. 1, pp. 513 - 517, September 2022.

"Final Report: Phase IV of Compliance Testing for Locomotive LED Headlights and Auxiliary Lights," **M. Meza-Arroyo**, P.A. Shibata, J.K. Sprague, and S. Woods, U.S. Department of Transportation, Federal Railroad Administration, Office of Railroad Policy and Development Office of Research and Development, Washington, DC, 20590, 2021.

"Final Report: Phase III of Compliance Testing for Locomotive LED Headlights and Auxiliary Lights," **M. Meza-Arroyo**, P.A. Shibata, and J.K. Sprague, U.S. Department of Transportation, Federal Railroad Administration, Office of Railroad Policy and Development Office of Research and Development, Washington, DC, 20590, 2021.

"Final Report: Phase II of Compliance Testing for Locomotive LED Headlights and Auxiliary Lights," **M. Meza-Arroyo**, P.A. Shibata, J.K. Sprague, and S. Capser, U.S. Department of Transportation, Federal Railroad Administration, Office of Railroad Policy and Development Office of Research and Development, Washington, DC, 20590, 2019.

"Final Report: Phase I of Compliance Testing for Locomotive LED Headlights and Auxiliary Lights," **M. Meza-Arroyo**, P.A. Shibata, and S. Woods, U.S. Department of Transportation, Federal Railroad Administration, Office of Railroad Policy and Development Office of Research and Development, Washington, DC, 20590, 2018.

"Continuous Response Monitoring of Relative Time-to-Conduct Judgments: Does Effective Information Change During an Approach Event?" P.R. DeLucia, **M. Meza-Arroyo**, R. Baurés, M. Ranjit, S. Hsiang, and J.C. Gorman, Ecological Psychology, Vol. 28, No. 1, pp. 1–22, 2016. http://doi.org/10.1080/10407413.2016.1121735

"Analysis of Eye Movements and Collision Judgments in Younger and Older Observers for the Development of a Reinforcement Learning," **M. Meza-Arroyo**, Ph.D. Dissertation, Texas Tech University, Lubbock, TX 2015.

"Comparing Visual Performance & Useful Field of View of Older and Younger Drivers," **M. Meza-Arroyo**, P. Patterson, and H. Nakayasu, Rocky Mountain Bioengineering Symposium, 46th International ISA Biomedical Sciences Instrumentation Symposium, Milwaukee, WI, ISA Vol. 476, pp. 83–85, April 2009.

"Analysis of Visual Attention and Useful Field of View among Experienced, Inexperienced and Older Drivers," **M. Meza-Arroyo**, P. Patterson, and H. Nakayasu, Instrument Society of America, Biomedical Sciences Instrumentation, Vol. 45, pp. 83 - 88, February 2009.


## Presentations

"Enhancing Contrast-Sensitivity Charts for Validating Visual Representations of Low-Illumination Scenes," J.K. Sprague, **M. Meza-Arroyo**, P.A. Shibata, and J. L. Auflick, SAE 2019 World Congress & Exhibition, 2019.

"The Kinematic Analysis of Occupant Excursions and Accelerations During Staged Low Speed Far-Side Lateral Vehicle-to-Vehicle Impacts," P.A. Shibata, J.M. Roberts, J.K. Sprague, A.E. Light, J.A. Stegemann, **M. Meza-Arroyo**, and S. Casper, SAE 2019 World Congress & Exhibition, 2019.

"Head Acceleration Measurements During Vehicle Driving Tasks and Lateral Impacts Relative to Head Accelerations During Activities of Daily Living," P.A. Shibata, A.C. Mathias, A.E. Light, **M. Meza-Arroyo**, J.K. Sprague, and A. Rath Stern, Rocky Mountain Bioengineering Symposium, 2019.

"Comparative Lumbar Spine Acceleration Data During Activities of Daily Living, Tasks of Daily Driving and Low Speed Lateral Vehicle Impacts," P.A. Shibata, A.C. Mathias, A.E. Light, **M. Meza-Arroyo**, J.K. Sprague, and A. Rath Stern, Rocky Mountain Bioengineering Symposium, 2019.

"What's After College?" **M. Meza-Arroyo**, Guest Lecturer, Tecnológico de Monterrey, IE Senior Project Course Morelia, Mich. México, 2014.

"Visual Attention Differences between Younger and Older Drivers," **M. Meza-Arroyo**, Department of Environmental and Occupational Health at Texas A&A HSC, Seminar, College Station, TX, 2013.

"The effect of music genres on oxygen uptake during a cycling exercise," Y.J. Chun and **M. Meza-Arroyo**, Proceedings of 2011 Texas Regional Human Factors & Ergonomics Conference, 2011.

"Useful Field of View of Aging Drivers as a Design Tool for In-Vehicle Visual Aids," **M. Meza-Arroyo**, P. Patterson, and H. Nakayasu, HFES 53rd Annual Meeting, San Antonio, TX, October 2009.

"Analysis of Visual Attention and Useful Field of View among Experienced, Inexperienced and Older Drivers," **M. Meza-Arroyo**, P. Patterson, and H. Nakayasu, Paper presented at the 17th World Congress on Ergonomics, IEA 2009, Beijing, China, August 2009.

"Comparing Visual Performance & Useful Field of View of Older and Younger Drivers," **M. Meza-Arroyo**, M.Sc. Thesis, Texas Tech University, Lubbock, TX, 2009.

"Relationship between Visual Attention and the Surrounding Environment During Driving Tasks: A Cognitive Experiment," **M. Meza-Arroyo**, INFORMS Southwest Regional Conference, Texas A&M University, College Station, TX, April 2008.

Exhibit 4 - Page 5 of 5



# 2026 FEE & EXPENSE SCHEDULE

## PROFESSIONAL RATES *(Hourly)*

| | |
|---|---:|
| • Manuel Meza-Arroyo, Ph.D., P.E., CHFP, Director, Senior Managing Consultant | $425 |
| • Senior Project Analyst | $235 |
| • Project Analyst | $100 - $235 |
| • Visualization Specialist | $170 - $290 |
| • Intern | $100 |

## EXPENSES

| | |
|---|---:|
| • Travel – airfare, hotel, meals, parking, rental car, depositions, etc. | Cost |
| • Mileage (Not billed for rental car use) | Prevailing IRS Rate |
| • Project related publications and special items (with client approval) | Cost |
| • Outsourced services – shipping, reproduction, etc. | Cost |
| • Single Direct Expense Purchases of $500 or more | Cost + 10% |

## ARTIFACT STORAGE FEES (Quarterly*)*

ESi bills for quarterly artifact storage in advance

| | |
|---|---:|
| • Size 1 (sample size) | $85 |
| • Size 2 (approximate size of a shoebox) | $150 |
| • Size 3 (approximate size of a tote bag) | $300 |
| • Size 4 (approximate size of a pallet) | $500 |
| • Size 5 (vehicles) | $1,000 |
| • Custom Size (exceeding capacity of a pallet) | Case-by-Case Basis |
| • Artifact Return | Actual Packaging / Shipping Cost |
| • Artifact Disposal | Cost |

## FACILITY USAGE FEES* (Daily)

| | |
|---|---:|
| • Multi-Party Inspection Fee – Half Day (four hours or less) | $2,415 |
| • Multi-Party Inspection Fee – Full Day | $4,200 |
| • Remote Inspection Fee | $75/hr (4 hr min) |
| • Facility Use | $1,575 |

*For use of the laboratory/inspection bay, conference rooms and paved lot.  Rates do not include an ESi associate to proctor activities.  All Additional staff will be billed at ESi normal rates. A $500 advance deposit is required.



# MANUEL MEZA-ARROYO, PH.D., P.E., CHFP
# SENIOR CONSULTANT
**mmarroyo@engsys.com**

| MATTER | STATE | |
|---|---|---|
| **2026** | | |
| **Robert Binder v. Divco Construction Corp.,** <br> 2024-CA-000091-0001-01 <br> County Court of the Twentieth Judicial Circuit in and for Collier County | FL | (Trial) |
| **Brian M. Douglas v. Wendell Duprey** <br> 24EV002431 <br> State Court of Fulton County | GA | (Deposition) |
| **Pennie Livingston v. Palmetto Goodwill & Chancel Construction, Inc.,** <br> 2023-CP-26-03906 <br> Circuit Court of the 15th Judicial District | SC | (Deposition) |
| **Robert Binder v. Divco Construction Corp. and Pipestone Painting, LLC** <br> 11-2024-CA-000091-0001-01 <br> County Court, in and for Collier County, Florida | FL | (Deposition) |
| **2025** | | |
| **Jason Flores v. Accurpress, Accurpress America, et al.** <br> 2:24-CV-81 <br> District Court for Eastern District of TX <br> Marshall Division | TX | (Deposition) |
| **Elmer Bailey v. Southwest Airlines Company, et al.** <br> 22-001407 <br> Circuit Court of the 17th Judicial District | FL | (Deposition) |
| **Fidencio Carreon Castro v. FlexSteel Pipeline Technologies, et al.** <br> 202459400 <br> District Court of Harris County, TX <br> 281 Judicial District | TX | (Deposition) |
| **Joseph Gillenwater v. Rachelle Moyer and Cintas Corporation No. 2** <br> 49D03-2309-CT-036169 <br> Marion County Superior Court | IN | (Deposition) |


**Preston, et al. v. Waste Connections of Texas, LLC, et al.**          TX          (Deposition)
    471-04499-2023
    District Court, 471st Judicial District, Collin County, TX

**Larry Albright v. West Bend Mutual Insurance Company, et al.**          WI          (Deposition)
    23CV634
    State of Wisconsin, Circuit Court, Eau Claire County

**Mark Coleman v. Benderson Development Company, LLC, et al.**          FL          (Arbitration)
    24-CA-001194
    Circuit Court of the Twentieth Judicial Circuit in and
    For Lee County, Florida

**Rosanne Berman Executrix of the Estate of Martin Berman v.**          CT          (Deposition)
**Essential Medical Supply, Inc., et al.**
    HHD CV 23 6172771-S
    Superior Court, J.D., of Hartford at Hartford

**Juan Carlos Aguilar Salazar v. Oahu Transit Services, Inc.,**          HI          (Deposition)
**a Hawaii nonprofit corporation, dba The Bus, et al.**
    1CC191000715
    In the Circuit Court of the First Circuit,
    State of Hawaii

**Capuchino, et al. and Chapman, et al. v. Edwards, Jr., v.**          TX          (Deposition)
**Brown, Jr., et al.**
    2021-21971 (consolidated with 2021-27727)
    In the District Court, 215th Judicial District,
    Harris County, Texas

**Rebmann v. Astec, et al.**          NY          (Deposition)
    1:21-CV-00879-JLS
    In the United States District Court Western District
    of New York

**Joanna Lookingland and Michael Lookingland v.**          IL          (Deposition)
**Landfill Drilling & Piping, Inc., a foreign corporation;**
**and Scott D. Mazur**
    3:22-cv-50050
    United States District Court, Northern District of
    Illinois, Western Division

<u>**2024**</u>

**Darren Findling, as Personal Representative of the**          MI          (Deposition)
**Estate of Bahman Ashrafi, deceased v. Theodore**
**Lawrence Thiry and Dawn, Incorporated d/b/a Dawn**
**Farm, jointly and severally**
    23-001305-NI
    Circuit Court for the County of Washtenaw, State of Michigan

**Destry Ritch v. CSX Transportation, Inc.**          NY          (Deposition)
    1:22-cv-0863-BKS-CFH
    Northern District of New York

**Jessie Lee Shifflett v. Stephane Routhier and**　　　　　　　　VA　　(Deposition)
**Couture Expressway**
　　5:23-cv-00046-EKD
　　In the United States District Court for the
　　Western District of Virginia Harrisonburg Division

**Lloyd Tyler Fairbanks, v. CSX Transportation, Inc.,**　　　　AL　　(Deposition)
**a corporation**
　　01-CV-903213
　　In the Circuit Court of Jefferson County, Alabama

**Barbara Branes, as Independent Administrator of the**　　IL　　(Deposition)
**Estate of John Bradley Barnes, Deceased, v.**
**Greenwood Motor Lines, Inc. a Foreign Corporation d/b/a**
**R+L Carriers and Michael Christopher Hegger**
　　3:21-cv-03257-SEM-TSH
　　In the United States District Court
　　Central District of Illinois

**Katherine C. Early, Jubal Early, and E2 Mechanical**　　　　NC　　(Deposition)
**and Industrial Refrigeration, LLC v. Quick-Deck, Inc.,**
**United Rentals (North America), Inc., individually and**
**as successor-in-interest to PAC-Van, Inc.,**
**and Craig Katona**
　　22-CVS-17066
　　In the General Court of Justice Superior Court Division
　　County of Mecklenburg, State of North Carolina

**Vale Payton v. Warren Henry Automobiles, Inc.**　　　　　　FL　　(Deposition)
　　22-001606-CA-01
　　In the Circuit Court of the 11th Judicial Circuit in
　　And for Miami-Dade County, Florida

**L.P., a minor, by and through her natural mother**　　　　　MO　　(Trial)
**and Next Friend, Eileen Williams, Elizabeth Perkins,**
**Individually and as the natural mother of Nicholas**
**Perkins, deceased, Summer Tailor, individually and**
**as Next Friend of her natural son, D.T., a minor**
**v. Wabash National Corporation**
　　2022-CC00495
　　In the Circuit Court of the City of St. Louis 22nd Judicial Circuit
　　State of Missouri

**Zachary Martin v. Polaris Inc.; Polaris Industries Inc.;**　　TN　　(Trial)
**Polaris Sales Inc.**
　　3:22-cv-00322
　　In the United States District Court for the
　　Eastern District of Tennessee Northern District

**Jeff Greening v. Johnathan Green and Door Dash, Inc.**　　TX　　(Deposition)
　　2021CI18178
　　285th Judicial District, Bexar County, Texas



**Zachary Martin v. Polaris Inc.; Polaris Industries Inc.;**
**Polaris Sales Inc.**
    3:22-cv-00322
    In the United States District Court for the
    Eastern District of Tennessee Northern District

TN    (Deposition)

**Jeramy Beau Keplinger v. Michael Duane Odom, Jr., et al.**
    25-CV-2022-900156.00
    In the Circuit Court of Cullman County, Alabama

AL    (Deposition)

**Matthew McQuillen and Elizabeth McQuillen, as Limited**
**Co-Guardians and Co-Conservators of**
**Margaret G. McQuillen, and Individually v.**
**West Side Transport, Inc. and Clifford Charles Takes**

    LACV099133
    In the Iowa District Court for Linn County

IO    (Trial)

**Jeffrey Brungart v. Zakaria Awwad, individually,**
**LMZ Transportation, Inc., an Illinois Corporation,**
**I & L Transportation, Inc., an Illinois corporation**
    2021 L 7653
    In the Circuit Court of Cook County, Illinois
    County Department, Law Division

IL    (Trial)

**Lianne Onishi, Individually and as Co-Next Friend for**
**Minor Children M.O. and R.O.; Jason Onishi,**
**Individually and as Co-Next Friend for Minor Children**
**M.O. and R.O. v. Westpac International Inc.;**
**Glenn Langaman; Costco Wholesale Corporation;**
**and Doe Defendants 1-10.**
    1CCV-22-0001638
    In the Circuit Court of the First Circuit
    In the State of Hawaii

HI    (Deposition)

**Jeffrey Brungart v. Zakaria Awwad, et al.**
    2021 L 7653
    In the Circuit Court of Cook County,
    Illinois County Department, Law
    Division

IL    (Deposition)

**Matthew McQuillen and Elizabeth McQuillen, as**
**Limited Co-Guardians and Co-Conservators**
**Of Margaret G. McQuillen, and Individually v.**
**West Side Transport, Inc., and Clifford Charles Takes**
    LACV099133
    In the Iowa District Court for Linn County

IO    (Deposition)

**Michael Powasnick v. Beitzel Corp.,**
**H&H Millwright Services Inc.,**
**Phoenix Pinelands Corp.,**
**Precision Pully & Idler,**
**Carter's International Material**
**Handling Equipment, Metso Outotec f/k/a Metso**

NJ    (Deposition)



**Minerals, Weir Minerals a/k/a
Weir Minerals North America,
John Doe 1-10 (fictitious defendants),
ABC Partnerships 1-10, ABC LLCs 1-10
And ABC Corp. 1-10 (fictitious corporate defendants)**
20-cv-12775
United States District Court
District of New Jersey
Trenton Vicinage

**Ronald Geraci v. Harbor Freight Tools USA, Inc.**
2:23-cv-2006-EFM-GEB
United States District Court
for the District of Kansas

KS    (Deposition)

**Terri Speegle, et. al. v. Arrowhead Environmental Partners, LLC, et.al.**
CV-22-000002
Perry County Circuit Court

AL    (Deposition)

**State of South Dakota v. Kevin Rudloff**
33CRI23-00016
First Judicial Circuit Court, County of Hutchinson

SD    (Trial)

**Sylvia Villalobos v. Wellcome Lodge, LLC, et. al.**
No. 21-2-02207-06
Superior Court for the State of Washington, Clark County

WA    (Deposition)

**Laryssa Larson v. City of Trenton, et. al.**
No. 22-003315-NI
Circuit Court for Wayne County, State of Michigan

MI    (Deposition)

**<u>2023</u>**

**Thomas Goggin, et. al. v. Blythe Construction, Inc., et. al.**
No. 7:21-CV-03157-DCC and 7:21-CV-03158-DCC
United States District Court
for the District of South Carolina Spartanburg Division

SC    (Deposition)

**Nancy Rogers v. Springboard Ventures, LLC**
No. 2031-CC01509
Circuit Court for the County of Greene, Missouri

MO    (Deposition)

**L.P., a Minor, et. al.  v. Wabash National Corporation, et. al.**
No. 2022-CC00495
Circuit Court for the City of St. Louis, State of Missouri

MO    (Deposition)

**L.P., a Minor, et. al.  v. Wabash National Corporation, et. al.**
No. 2022-CC00495
Circuit Court for the City of St. Louis, State of Missouri

MO    (Deposition)

**Brooke Alcantar v. John Retzlaff and David Retzlaff**
No. 2021 L 000785
Circuit Court for Will County, State of Illinois

IL    (Arbitration)

**Jeffrey LeFevre v. Petra Construction Corporation, et. al.**

CT    (Deposition)



No. NNH-CV20-6104985-S
Superior Court Judicial District of New Haven
**Volume II**

**Jeffrey LeFevre v. Petra Construction Corporation, et. al.**          CT          (Deposition)
No. NNH-CV20-6104985-S
Superior Court Judicial District of New Haven
**Volume I**

**Brooke Alcantar v. John Retzlaff and David Retzlaff**          IL          (Deposition)
No. 2021 L 000785
Circuit Court for Will County, State of Illinois

**Barbara Monson v. City of Danville**          IL          (Deposition)
No. 13 L 71
Circuit Court for Vermilion County, State of Illinois

**Floricelda Rodas, by her Guardian, Owen Mazariegos (Plaintiff) and**          MI          (Trial)
**Hilda Mendez and Luis Mendez (Intervening Plaintiffs) v Nathan Secor**
**Frame and West Michigan Dirtworks, LLC**
No. 19-02412-NI
In the Circuit Court
for the County of Kent, State of Michigan

**Jami Geissler, Individually, As Surviving Spouse and**          TX          (Trial)
**Representative of the Estate of Brian Geissler, et. Al. v.**
**BZ Lawn Care, LLC d/b/a BZ Lawn Care & Irrigation, et. al.**
No. 19-1960-362
362nd District Court, County of Denton, State of Texas

**Alexa Peltier and David Paul Spehar v. Suburban Mobility Authority**          MI          (Deposition)
**For Regional Transportation, a regional transportation authority, and**
**Vernon Colists Williams, an individual**
No. 20-006503-NI
Circuit Court for Wayne County, State of Michigan

# Gadir Hazime
## Senior Staff Consultant



Ms. Gadir Hazime is a degreed Mechanical Engineer, Bioengineer and Industrial Engineer specializing in human factors. Ms. Hazime is a Senior Staff Consultant for Engineering Systems Inc. (ESi) and works closely with the human factors, biomechanics, consumer product, automotive, and safety industries. She has experience in visibility, conspicuity, injury analyses, human motion analyses, product testing, failure analysis, and accident reconstruction. Her professional experience also includes scene, vehicle, equipment, and building inspections, data acquisition, and testing.

## Education

MSE, Industrial & Systems Engineering in Human Factors. University of Michigan.

BSE, Mechanical Engineering. University of Michigan.

BSE, Bioengineering. University of Michigan.

## Languages

- English, Arabic.

## Positions Held

**Engineering Systems Inc., Ann Arbor, Michigan**

- Senior Staff Consultant, 2025 – Present

- Staff Consultant, 2022 – 2024

- Engineering Intern, 2021 – 2022

**Michigan Sports Medicine, Dearborn Heights, Michigan**

- Research and Medical Associate, 2018 – 2021

## Continuing Education

- **Traffic Crash Reconstruction for Engineers** – Northwestern University Center for Public Safety, 2024

- **Bosch CDR Tool Technician** – Certification of Training, IPTM, University of North Florida, 2023

### Contact Information

gahazime@engsys.com

(734) 274-8321

**ESi Ann Arbor**

1174 Oak Valley Drive
Ann Arbor, MI 48108

### Areas of Specialization

- Human Factors

- Visibility and Conspicuity

- Accident Investigation and Reconstruction

- Industrial and Occupational Injury Investigation

- Consumer Products

- Safety

- Biomechanical Analysis

- Data Acquisition

Exhibit 7 - Page 1 of 3



- **Mycometer Surface Fungi Sampling & Analysis** – Proficiency Certification Award, 2022

- **FARO Focus 3D Operator** – Certificate of Training, Aurora, IL, 2022

- **Sensation and Perception**

- **Human Factors and Ergonomics**

- **Production & Operation Engineering**

- **Vehicle Ergonomics**

- **Human- Computer Interaction**

- **Advanced Biomechanics**

- **Anatomy & Physiology**

- **Engineering Dynamics**

## Professional Affiliations/Honors

**Society of Automotive Engineers (SAE)**

- Member

**Pi Tau Sigma, Engineering Honor Society**

- Member

## Project Experience

Daytime and Nighttime Visibility Studies

- Evaluation of visibility and conspicuity under varying lighting conditions, including headlamp, ambient, and glare effects on perception.

Auditory Cue Evaluation

- Assessment of warning signals and auditory information in accident reconstruction and safety contexts.

Acceleration and Vibration Analyses

- Testing and data acquisition on accelerations and vibrations affecting human occupants in transportation and consumer product contexts.

Wheelchair Accident Investigations

- Biomechanical and human factors analyses of wheelchair-related incidents, including stability, user motion, and environmental interaction.

Exhibit 7 - Page 2 of 3



Slips, Trips, and Falls

- Analysis of pedestrian kinematics, gait variability, and environmental factors to assess fall mechanisms and potential biomechanical injury mechanisms.

Warnings and Safety Information

- Review and analysis of product labeling, warnings, and instructions for usability and compliance with human factors principles.

Surrogate Testing

- Design and execution of surrogate human testing protocols to replicate real-world movements and responses for accident reconstruction and product safety analysis.

## Publications

"Elevator Passenger Accelerations During Emergency Stops, Normal Elevator Travel, and Everyday Activities," A.C. Mathias, **G.A. Hazime**, H. Chan, J.M. Roberts, M.E. Kelley, Biomedical Sciences Instrumentation, 62nd Annual Rocky Mountain Bioengineering Symposium, St. George, UT. Biomedical Sciences Instrumentation Journal, Vol. 61, No. 1, April 2025.

"When a Flashlight Looks Like a Threat: A Multifaceted Human Factors Approach in the Accident Reconstruction of a Police Officer Shooting," M. Meza-Arroyo, **G.A. Hazime**, and, K.B. Zakutansky, International Society for Occupational Ergonomics & Safety, XXXVIIth Annual Occupational Ergonomics and Safety Conference, Orlando, FL. July, 2025

## Presentations

"Elevator Passenger Accelerations During Emergency Stops, Normal Elevator Travel, and Everyday Activities," Presenter, **G.A. Hazime**, 62nd Annual Rocky Mountain Bioengineering Symposium, St. George, UT. April 10-12, 2025

"When a Flashlight Looks Like a Threat: A Multifaceted Human Factors Approach in the Accident Reconstruction of a Police Officer Shooting," Presenter, **G.A. Hazime**, XXXVIIth Annual Occupational Ergonomics and Safety Conference, Orlando, FL. July 24-25, 2025

Exhibit 7 - Page 3 of 3



1174 Oak Valley Drive
Ann Arbor, MI 48108

# 2026 FEE & EXPENSE SCHEDULE

## PROFESSIONAL RATES *(Hourly)*

- Gadir Hazime, Senior Staff Consultant — $265
- Senior Project Analyst — $235
- Project Analyst — $100 - $235
- Visualization Specialist — $170 - $290
- Intern — $100

## EXPENSES

- Travel – airfare, hotel, meals, parking, rental car, depositions, etc. — Cost
- Mileage (Not billed for rental car use) — Prevailing IRS Rate
- Project related publications and special items (with client approval) — Cost
- Outsourced services – shipping, reproduction, etc. — Cost
- Single Direct Expense Purchases of $500 or more — Cost + 10%

## ARTIFACT STORAGE FEES (Quarterly*)*

ESi bills for quarterly artifact storage in advance
- Size 1 (sample size) — $85
- Size 2 (approximate size of a shoebox) — $150
- Size 3 (approximate size of a tote bag) — $300
- Size 4 (approximate size of a pallet) — $500
- Size 5 (vehicles) — $1,000
- Custom Size (exceeding capacity of a pallet) — Case-by-Case Basis
- Artifact Return — Actual Packaging / Shipping Cost
- Artifact Disposal — Cost

## FACILITY USAGE FEES* (Daily)

- Multi-Party Inspection Fee – Half Day (four hours or less) — $2,415
- Multi-Party Inspection Fee – Full Day — $4,200
- Remote Inspection Fee — $75/hr (4 hr min)
- Facility Use — $1,575

*For use of the laboratory/inspection bay, conference rooms and paved lot.  Rates do not include an ESi associate to proctor activities.  All Additional staff will be billed at ESi normal rates. A $500 advance deposit is required.



Ann Arbor, MI 48108

## GADIR HAZIME
## SENIOR STAFF CONSULTANT
**gahazime@engsys.com**

| MATTER | STATE |
|---|---|
| | |

**2026**

**Sarah Kutz v. Oscar de la Torre and KS Energy Services, LLC**  IL  (Deposition)
 2025L002218
 Circuit Court of Cook County