IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

                Plaintiff,

    v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state,

                Defendants.

Civil Case No. 3:25-cv-05380-TMC

**DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE**

I, Sarah Tuthill-Kveton, declare as follows:

1.     I am one of the attorneys representing Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer ("Defendants") in the above-entitled matter. I submit this declaration to support Defendants' Motion for an Order of Protection.

2.     Plaintiff did not confer regarding the motion to exclude Defendant's expert. I reached out to Plaintiff after the motion was filed and a true and accurate copy of those emails is attached as **Exhibit 1**.

3. Defendants had repeatedly requested the deposition of Levi Dixon, Plaintiff's expert. That deposition was scheduled to take place on May 8, 2026, but had to be moved as a result of a conflict with co-defendant. Defendant ordered a copy of the transcript on a rush basis, but was only able to get a copy of the uncertified transcript prior to the due date of Defendant's response. If the certified transcript is requested and/or available by the time the motion is heard, it will be supplemented. However, true and accurate copies of excerpts of the uncertified transcript are attached as **Exhibit 2**.

4. Attached is a true and accurate copy of the opinion of Dr. Meza-Arroyo as **Exhibit 3**.

5. Attached as **Exhibit 4**, is a true and accurate copy of Defendant's Disclosures from April 21, 2026.

6. Attached as **Exhibit 5**, is a true and accurate copy of Defendant's Disclosures from May 8, 2026.

7. Attached as **Exhibit 6** is a true and accurate copy of Dr. Brown's Expert Report.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THIS DECLARATION IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 27th day of May, 2026.

**CHOCK BARHOUM LLP**

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison Street, Suite 500
Portland, OR 97204
(503) 223-3000
　　Attorneys for Defendant The Kroger Co. and Fred
　　Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

                    Plaintiff,

        v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state

                    Defendants.

Civil Case No. 3:25-cv-05380-TMC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals. Additionally, I hereby certify that a true copy of the foregoing **DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE** was served as stated below on:

/ / /

/ / /

/ / /

/ / /

CERTIFICATE OF SERVICE

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
*Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (253) 620-6565
☒ By e-mail:
rwilke@gth-law.com
ileifer@gth-law.com
sishii-huffer@gth-law.com
sweger@gth-law.com
☒ By court eFiling Application

Francis S. Floyd
Skyler P. Urban
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
*Attorneys for Defendant Gatekeeper Systems, Inc.*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #:
☒ By e-mail:
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
ecampbell@nwtrialattorneys.com
skatinas@nwtrialattorneys.com
☒ By court eFiling Application

**\*With first-class postage prepaid and deposited in Portland, Oregon.**

Dated this 27th day of May, 2026.

**CHOCK BARHOUM LLP**

John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
121 SW Morrison Street, Suite 500
Portland, OR 97204
(503) 223-3000
Attorneys for Defendant The Kroger Co. and Fred
Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

Dated this 27th day of May, 2026.

**CHOCK BARHOUM LLP**

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison Street, Suite 500
Portland, OR 97204
(503) 223-3000
Attorneys for Defendant The Kroger Co. and Fred
Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer