| | |
|---|---|
| **From:** | Sarah Tuthill-Kveton |
| **To:** | Rob Wilke |
| **Cc:** | Skyler Urban; a5040417e+matter1805700019@maildrop.clio.com; Samuel ben Behar; Hanna Lukes; Ian Leifer; Michelle Heilbrun; Shane Ishii-Huffer; Sarah Weger |
| **Subject:** | RE: LaRocque - Expert Depositions |
| **Date:** | Wednesday, May 13, 2026 4:19:00 PM |
| **Attachments:** | image001.png |

Rob,

Only one clarifying factor, I don't know that a 30(b)(6) deposition has to do with experts, so we wouldn't allow that. We are agreeing to be flexible with respect to experts because that is the basis of your motion (while contested, just trying to resolve the issue).

Have a good evening.

## Sarah Tuthill-Kveton
**Partner**
**Direct:** (971) 302-6426
**Mobile:** (503) 812-3073
**Email:** sarah@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com



**Mailing/Location:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Main:** (503) 223-3000 | **Fax:** (503) 954-3321

**PORTLAND | TACOMA**

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

 please consider the environment before printing this email

---

**From:** Sarah Tuthill-Kveton
**Sent:** Wednesday, May 13, 2026 4:15 PM
**To:** 'Rob Wilke' <rwilke@gth-law.com>
**Cc:** Skyler Urban <surban@nwtrialattorneys.com>; a5040417e+matter1805700019@maildrop.clio.com; Samuel ben Behar <sam.behar@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>
**Subject:** RE: LaRocque - Expert Depositions

Hi Rob,

EXHIBIT 1 - Page 1 of 4

Thanks for explaining what you believe is needed. I don't believe any of the below will change the material facts or defenses and thus I have no objection to arranging that now. Just let me know if you would like me to coordinate.

**Sarah Tuthill-Kveton**
**Partner**
**Direct:** (971) 302-6426
**Mobile:** (503) 812-3073
**Email:** sarah@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com



**Mailing/Location:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Main:** (503) 223-3000 | **Fax:** (503) 954-3321

**PORTLAND | TACOMA**

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

 please consider the environment before printing this email

**From:** Rob Wilke <rwilke@gth-law.com>
**Sent:** Wednesday, May 13, 2026 4:12 PM
**To:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>
**Cc:** Skyler Urban <surban@nwtrialattorneys.com>; a5040417e+matter1805700019@maildrop.clio.com; Samuel ben Behar <sam.behar@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Ian Leifer <ileifer@gth-law.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>; Shane Ishii-Huffer <sishii-huffer@gth-law.com>; Sarah Weger <sweger@gth-law.com>
**Subject:** RE: LaRocque - Expert Depositions

Hi Sarah:

We think our motion is meritorious and the proper remedy is exclusion. Our position is that it is prejudicial to disclose experts on the last day of discovery. If the Court decides not to exclude Fred Meyer Defendants' experts, we can discuss taking expert depositions. If the Court decides not to exclude Fred Meyer Defendants' experts, we will also need to re-inspect the property, re-open Fred Meyer Defendants' 30(b)(6) deposition, serve additional written discovery, and retain our own rebuttal experts.

At this time, we will not expend the cost and time of taking untimely and improperly disclosed

EXHIBIT 1 - Page 2 of 4

experts, particularly where Fred Meyer Defendants sought to extend the expert disclosure deadline and that request was denied by the Court and Fred Meyer Defendants took no additional steps to move for reconsideration.

Thank you,

Rob

**Robert Wilke**
Attorney at Law
T 206 676 7536
F 253 620 6565

**From:** Sarah Tuthill-Kveton <sarah@chockbarhoum.com>
**Sent:** Wednesday, May 13, 2026 3:47 PM
**To:** Rob Wilke <rwilke@gth-law.com>; Ian Leifer <ileifer@gth-law.com>
**Cc:** Skyler Urban <surban@nwtrialattorneys.com>; a5040417e+matter1805700019@maildrop.clio.com; Samuel ben Behar <sam.behar@chockbarhoum.com>; Hanna Lukes <hanna.lukes@chockbarhoum.com>; Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com>
**Subject:** LaRocque - Expert Depositions

Hi Rob,

I have not received any requests to depose any of our experts in this case, even though defendants have made that expert to your office. I believe that our experts were timely disclosed and Dixon had what he needed to complete his report and even a rebuttal report. We will address that in our response to your motion.

But, in the spirit of cooperation, I have no objection to you deposing our experts to minimize any alleged prejudice, even though you did not request that before. Let me know if you would like to exercise that option and I can get available dates. Or if you have any alternative proposal if you believe there has been prejudice to Plaintiff. Again, I think we were timely, but I am open to suggestions on how to resolve this and eliminate alleged prejudice.

**Sarah Tuthill-Kveton**
**Partner**
**Direct:** (971) 302-6426
**Mobile:** (503) 812-3073
**Email:** sarah@chockbarhoum.com | **Service Email:** e-service@chockbarhoum.com



**Mailing/Location:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Main:** (503) 223-3000 | **Fax:** (503) 954-3321

EXHIBIT 1 - Page 3 of 4

**Portland | Tacoma**

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@choekbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

please consider the environment before printing this email

EXHIBIT 1 - Page 4 of 4