UNCERTIFIED ROUGH DRAFT

THIS TRANSCRIPT is a rough draft only, not certified in any way, and, therefore, may not be quoted in any pleading or for any other purpose, and may not be filed with any court.

All parties receiving this rough-draft transcript agree that it will not be shared, given, copied, scanned, faxed, emailed, or in any way distributed in any form by any party to anyone except their own experts, co-counsel, or staff, and agree to destroy this rough draft in any form and replace it with the final certified transcript upon its completion.

Please be aware that there will be discrepancies as to page and line numbers when comparing the rough-draft transcript and the final transcript, and that the rough draft transcript may contain untranslated steno, incorrect punctuation, and/or nonsensical English word combinations.  All such entries will be corrected on the final transcript.

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

having first been remotely sworn/affirmed by the

EXHIBIT 2 - Page 1 of 4

anything and having an empty cart is something that is absolutely foreseeable and the evidence indicates is actually happening on a relatively frequent basis.  If you look at the day of this incident alone, there were 12 other empty cart

(((( ROUGH DRAFT--ROUGH DRAFT))))

activations, which illustrates that her behavior is not an anomaly.  It's something that is routinely happening.

Q.   In any part of your opinions that you're going to give today or at trial are you going to be interpreting the law in any way?

A.   No, sir, I don't offer legal conclusions as an expert.

Q.   Did you have a chance to review our experts report?

A.   No.  I understand that experts have been designated but it's my understanding there's a motion to exclude them for not being timely, so I have not reviewed them.

Q.   So you reviewed it because -- you haven't reviewed it because there's a pending motion?  Were

EXHIBIT 2 - Page 2 of 4

you provided it?

A. No, I haven't been provided them.

Q. Do you think it's important that you understand the other expert before you assume that the court's going to rule one way or the other?

/STPHO object to form.

A. With the opinions that I'm offering I don't need to review other expert reports because I'm confident in my opinions based on my education,

109

(((( ROUGH DRAFT--ROUGH DRAFT))))

training, experience and all of the evidence I have reviewed.

Q. So no matter what is in his report, you're not changing your opinions.

STPHAO: Object to form.

A. Unless other evidence comes out. For example, a video showing something completely different than what is all of the evidence indicates, there's nothing that would change my opinion --

Q. Do you think there's any --

A. -- in the defense expert report.

EXHIBIT 2 - Page 3 of 4

Q. Apologize. Do you think there's any additional testing that's needed from your perspective?

A. Nothing comes to mind for the sake of my opinions.

Q. And are you ready to testify at trial as we are here sitting today?

A. You bet I am.

Q. Okay. Go through my notes real quick. I think I got everything.

I think Skyler asked a little about this but I want to go over a couple quick things. Did you ever interview Miss Larocque?

110

(((( ROUGH DRAFT--ROUGH DRAFT))))

A. No, sir.

Q. Have you ever seen Miss Larocque?

A. I believe there was maybe a photograph I saw of who I understood to be Miss Larocque but I haven't seen her in person, for example.

Q. Did you interview any witnesses?

A. No, sir.

Q. Did you interview any of the investigating

EXHIBIT 2 - Page 4 of 4