IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE KROGER CO., a foreign corporation doing ) <br> business in Washington state; and, FRED ) <br> MEYER STORES, INC., a foreign corporation ) <br> doing business in Washington state, a/k/a ) <br> TACOMA-STEVENS FRED MEYER, ) <br> GATEKEEPER SYSTEMS, INC., a foreign ) <br> corporation doing business in Washington ) <br> State, ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 2:25-cv-05380-TMC <br><br> **DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY** |

Pursuant to FRCP 26(a)(2), Defendants The Kroger Co and Fred Meyer Stores, Inc., dba Tacoma-Stevens Fred Meyer makes the following expert disclosures, as set forth below:

**Alan Brown, M.D.**
c/o Medconnect Pro, LLC
16100 NW Cornell Rd #100
Beaverton, OR 97006

Dr. Brown is a board-certified orthopedic surgeon. He may testify regarding his background, education and training as such. Attached as Exhibit 1 is Dr. Brown's curriculum vitae, which outlines his qualifications to offer such testimony. Attached as Exhibit 2 is a fee schedule outlining Dr. Brown's rates for his expert services. Attached as Exhibit 3 is Dr. Brown's testimony list.

Dr. Brown will base his opinions on his review of Plaintiff's medical records provided in this case and may perform an IME of Plaintiff and offer testimony as to his findings. Any of the

DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY - 2:25-cv-05380

KRO224.0010

EXHIBIT 4 - Page 1 of 5

reviewed materials may be used as exhibits at the time of trial to summarize or support his opinions. Testimony anticipated is regarding Plaintiff's claims of injury, causation of any injuries sustained, the care rendered to Plaintiff, Plaintiff's prognosis/damages, the reasonableness and necessity of the care and treatment received, and the potential future medical treatment needed, if any. Dr. Brown will respond to the testimony offered by Plaintiff's expert and will discuss the accuracy and/or inaccuracy of that expert's testimony.

**Manuel Meza-Arroyo**
c/o ESi
1174 Oak Valley Drive
Ann Arbor, MI 48108

Manuel Meza-Arroyo is a biomechanical engineer and human factors expert. He may testify regarding his opinions based on his background, education and training. Attached as Exhibit 4 is Mr. Meza-Arroyo's curriculum vitae which outlines his qualifications to offer such testimony. Attached as Exhibit 5 is a fee schedule outlining Mr. Meza-Arroyo's rates for his expert services. Attached as Exhibit 6 is Mr. Meza-Arroyo's testimony list.

Testimony anticipated will be based upon his investigation into the facts of this incident, a site visit and inspection of the flooring at the store, review of discovery in this case, and witness deposition testimony. Any of the reviewed materials may be used as exhibits at the time of trial to summarize or support his opinions. In addition, Mr. Meza-Arroyo will respond to the testimony offered by Plaintiff's expert and will discuss the accuracy and/or inaccuracy of that expert's testimony.

**Gadir Hazime**
c/o ESi
1174 Oak Valley Drive
Ann Arbor, MI 48108

Gadir Hazime is a mechanical engineer. She may testify regarding her opinions based on her background, education and training. Attached as Exhibit 7 is Ms. Hazime's curriculum vitae which outlines her qualifications to offer such testimony. Attached as Exhibit 8 is a fee schedule outlining Ms. Hazime's rates for her expert services. Attached as Exhibit 9 is Ms. Hazime's

DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY - 2:25-cv-05380

KRO224.0010                    EXHIBIT 4 - Page 2 of 5

testimony list.

Testimony anticipated will be based upon her investigation into the facts of this incident, a site visit and inspection of the flooring at the store, review of discovery in this case, and witness deposition testimony. Any of the reviewed materials may be used as exhibits at the time of trial to summarize or support her opinions. In addition, Ms. Hazime will respond to the testimony offered by Plaintiff's expert and will discuss the accuracy and/or inaccuracy of that expert's testimony.

Discovery in this case is ongoing. As such, Defendants reserve the right to supplement this disclosure of expert witnesses and to call experts or treating providers who become involved in the care of Plaintiff and/or her subject conditions after the date of this disclosure.

DATED this 21st day of April, 2026.

**CHOCK BARHOUM LLP**

John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Electronic Service: e-service@chockbarhoum.com
  Attorneys for Defendants The Kroger Co. and Fred
  Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY - 2:25-cv-05380

KRO224.0010

EXHIBIT 4 - Page 3 of 5

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

                Plaintiff,

      v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington State,

                Defendants.

Civil Case No. 2:25-cv-05380-TMC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2026, a true copy of the foregoing **DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC., DBA TACOMA-STEVENS FRED MEYER'S DISCLOSURE OF EXPERT TESTIMONY** was served as stated below on:

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
    *Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (253) 620-6565
☒ By e-mail:
    rwilke@gth-law.com
    ileifer@gth-law.com
    sishii-huffer@gth-law.com
    sweger@gth-law.com
☐ By court eFiling Application

Francis S. Floyd
Skyler P. Urban
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
    *Attorneys for Defendant Gatekeeper Systems, Inc.*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #:
☒ By e-mail:
    ffloyd@nwtrialattorneys.com
    surban@nwtrialattorneys.com
    ecampbell@nwtrialattorneys.com
    skatinas@nwtrialattorneys.com
☐ By court eFiling Application

CERTIFICATE OF SERVICE - 2:25-cv-05380

KRO224.0010

EXHIBIT 4 - Page 4 of 5

*With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 21st day of April, 2026.

**CHOCK BARHOUM LLP**

_Sarah Tuthill-Kveton_
John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Electronic Service: e-service@chockbarhoum.com
Attorneys for Defendants The Kroger Co. and Fred
Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

CERTIFICATE OF SERVICE - 2:25-cv-05380

KRO224.0010

EXHIBIT 4 - Page 5 of 5