IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>        Plaintiff,<br><br>      v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state;<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 2:25-cv-05380-TMC<br><br>**DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S AMENDED INITIAL DISCLOSURES** |

Comes Now Defendants The Kroger Co. and Fred Meyer Stores, Inc. (hereinafter "Defendants"), by and through its attorneys of record and make its mandatory initial disclosure Pursuant to Fed. R. Civ. P. 26(a)(1) as set forth:

### I.    INDIVIDUALS WITH DISCOVERABLE INFORMATION

Pursuant to FRCP 26(a)(1)(A)(1)(i), Defendants provide the following names, addresses, and telephone numbers of each individual likely to have discoverable information, and the subjects of that information, that Defendants may use to support their defenses, unless the use would solely be for impeachment:

1. Linda LaRocque
   c/o Gordon Thomas Honeywell LLP
   1201 Pacific Ave. Suite 2100
   Tacoma, WA 98402

EXHIBIT 5 - Page 1 of 6

Linda LaRocque is the plaintiff in this matter. She is expected to have discoverable information regarding the facts and circumstances surrounding the incident described in the Complaint.

2.  Steven LaRocque
    c/o Gordon Thomas Honeywell LLP
    1201 Pacific Ave. Suite 2100
    Tacoma, WA 98402

    Steven LaRocque is Plaintiff's husband. He is expected to have discoverable information regarding injuries and damages claimed by Plaintiff Linda LaRocque as a result of the incident; Plaintiff Linda LaRocque's prior and subsequent health, physical condition, and medical treatment; and any prior or subsequent accidents and injuries of Plaintiff Linda LaRocque.

3.  Representatives and employees of Gatekeeper Systems Inc.
    Ryan Harter
    c/o Floyd Pflueger, P.S.
    3101 Western Avenue, Suite 400
    Seattle, WA 98121

    Current and former employees, agents, and/or representatives of Gatekeeper Systems, Inc., may testify regarding the facts, circumstances or defenses pertaining to any matter involving this litigation.

4.  Representatives and employees of Fred Meyer Stores, Inc.
    Brenton Wheeler
    Chad Peterson
    c/o Chock Barhoum LLP
    121 SW Morrison Street, Suite 500
    Portland, OR 97204

    Current and former employees, agents, and/or representatives of Fred Meyer Stores, Inc., may testify regarding the facts, circumstances or defenses pertaining to any matter involving this litigation.

5.  Representatives and employees of The Kroger Co.
    c/o Chock Barhoum LLP
    121 SW Morrison Street, Suite 500
    Portland, OR 97204

    Current and former employees, agents, and/or representatives of The Kroger Co., may testify regarding the facts, circumstances or defenses pertaining to any matter involving this litigation.

6.  Alexander Beltran-Figueroa
    620 100th Street S
    Tacoma, WA 98444

EXHIBIT 5 - Page 2 of 6

Alexander Beltran-Figueroa is a former employee of Off Duty Services. He may testify regarding the facts, circumstances or defenses pertaining to any matter involving this litigation.

Discovery and investigation into the details of this incident as described in Plaintiff's Complaint is ongoing. Defendants incorporate into this Rule 26(a)(1)(A) disclosure of any person identified by the Plaintiff and/or Defendants in their Rule 26(a)(1)(A), past or future, and any person identified in any documents disclosed by Plaintiff or Defendants.

## II.    DOCUMENTS

Defendants are in the process of identifying and classifying documents or evidence as defined by the Federal Rules of Evidence, which it may use to defend against current or future claims and defenses and to support its potential claims or defenses herein. Discovery is ongoing and therefore defendants reserve the right to supplement these disclosures. Pursuant to FRCP 26(a)(1)(A)(1)(ii), defendants will disclose the following category of documents, electronically stored information, and tangible things that defendant has in its possession, custody, or control and which it may use to support its defenses:

1. Photographs of warnings related to shopping cart wheel locking systems;

2. Purchek Program Policies, Procedures, Bulletins and Guides;

3. Contracts and Agreements between The Kroger Co. and GateKeeper Systems;

4. Plaintiff's medical records and bills;

5. All documents produced by other parties to this case; and

6. All documents reviewed or relied upon by any party's expert witness.

## III.    DAMAGES

Pursuant to FRCP 26(a)(1)(A)(1)(iii), Defendants will seek all appropriate remedies under the law as it pertains to any potential claims.

## IV.    INSURANCE

Pursuant to FRCP 26(a)(1)(A)(1)(iv), Defendants have in its possession an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible

EXHIBIT 5 - Page 3 of 6

judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Defendants will provide the foregoing information to all parties during discovery.

Dated this 8th day of May, 2026.

**CHOCK BARHOUM** LLP

John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
E-service: e-service@chockbarhoum.com
Attorneys for Defendants The Kroger Co. and Fred
Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

EXHIBIT 5 - Page 4 of 6

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE KROGER CO., a foreign corporation doing )<br>business in Washington state; and, FRED )<br>MEYER STORES, INC., a foreign corporation )<br>doing business in Washington state, a/k/a )<br>TACOMA-STEVENS FRED MEYER, )<br>)<br>Defendants. ) | Civil Case No. 2:25-cv-05380-TMC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 8th day of May, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.

Additionally, I hereby certify that a true copy of the foregoing **DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S AMENDED INITIAL DISCLOSURES** was served as stated below on:

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
     *Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (253) 620-6565
☒ By e-mail:
     rwilke@gth-law.com
     ileifer@gth-law.com
     sishii-huffer@gth-law.com
     sweger@gth-law.com
☐ By court eFiling Application

Francis S. Floyd
Skyler P. Urban
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
     *Attorneys for Defendant Gatekeeper Systems, Inc.*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #:
☒ By e-mail:
     ffloyd@nwtrialattorneys.com
     surban@nwtrialattorneys.com
     ecampbell@nwtrialattorneys.com
     skatinas@nwtrialattorneys.com
☒ By court eFiling Application

EXHIBIT 5 - Page 5 of 6

**\***With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 8th day of May, 2026.

**CHOCK BARHOUM LLP**

John R. Barhoum, WSBA #42776
Email: john.barhoum@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
E-service: e-service@chockbarhoum.com
      Attorneys for Defendants The Kroger Co. and Fred
      Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

EXHIBIT 5 - Page 6 of 6