MedConnect Pro, LLC
1500 NW Bethany Blvd. #255
Beaverton, OR 97006
www.medconnectpro.com



**Your IME Professionals**

Phone:    (503) 922 – 2160
Fax:      (503) 530 – 8272
Fax 2:    (503) 214 – 8267
info@medconnectpro.com

## MEDICAL RECORD REVIEW

May 7, 2026

Sarah Tuthill-Kveton
Attorney at Law
Chock Barhoum, LLP
121 Southwest Morrison Street, Suite 500
Portland, Oregon  97204

| | |
|---|---|
| **Claimant:** | **Linda Larocque (*Larocque v. The Kroger Co., et al*)** |
| **Court Number:** | **Tacoma Division 2:25-cv-00970** |
| **File Number:** | **KRO224.0010** |
| **Date of Loss:** | **May 6, 2023** |

Dear Ms. Tuthill-Kveton:

An Independent Medical File Review is enclosed for your review.  This review has been performed by Alan B. Brown, MD, JD, Orthopedic Surgeon.

A file of medical records has been furnished for this evaluation.  While not every document in the file is described in detail, all the data thereof has been incorporated into the formulation of my findings and opinions and to a degree sufficient to understand the rationale thereof.  My opinions given in this report are to what I believe is a reasonable degree of medical probability.

The opinions expressed in this report are those of the physician and do not reflect the opinions of MedConnect Pro, LLC.  The opinions are expressed with reasonable medical certainty based on the available data provided.

Please review the following report:

## <u>CHART REVIEW:</u>

I received records, beginning with a cover letter dated April 21, 2026, indicating the date of loss as May 6, 2023.

Index of records.

EXHIBIT 6 - Page 1 of 22

LEGAL RECORDS

Copy of the Complaint for Damages:

Background indicated on May 6, 2023, Ms. Larocque went to Fred Meyer, and upon exiting the door, an anti-theft mechanism engaged on her cart, and her left knee struck the back of the cart.  The complaint indicated that Ms. Larocque was status post a left total knee replacement on February 8, 2023, and that subsequent x-rays showed a patellar shift requiring a 2nd surgery.  The records indicate Ms. Larocque had a 3rd surgery with revision of her total knee replacement.

Depositions:

Deposition transcript of Steven Larocque taken on September 11, 2025.  It begins with some background information and personal information.  He testified she had been retired for six years from the Tacoma Public Library as a maintenance custodian.

He gave a description for subject incident.  He testified that his wife's knee hit a cart when it stopped, and he noticed a red mark just below her kneecap.  He was asked about his wife's prior knee surgery.  He testified that after he and his wife got home from the store, her knee was "more than bothering her."  He testified her knee was swollen.  He testified she also developed bruising in the area that her knee hit the cart.  She had an appointment with her provider within a day or two.  He testified to some of Ms. Larocque's postoperative symptoms from the surgery done after the subject incident.  Then, he testified to the 3rd surgery, or the 2nd surgery after the subject incident.  He testified that she had significant arthritis in her knee, leading to the 1st surgery, which was prior to the subject incident.  He testified to some of the impact on his life as a result of the subject incident and the subsequent knee surgeries.

Examination by Skyler Urban, representing the Defendant, Gatekeeper.  Mr. Larocque was asked about some of his wife's symptoms prior to the 1st surgery, the original total knee replacement.  He was asked about his wife's mobility in the period between the 1st knee replacement surgery and the cart incident.  He was asked about some exhibits.  There is some additional testimony regarding the subject incident.  He was asked about some assistive devices.  The deposition then concluded.

Deposition transcript of Ms. Larocque taken on September 12, 2025.  The deposition begins with some background information and personal information.  She testified she worked as a teacher's assistant in a school before she retired.  She testified to some of her crafting activities.  She was asked about a MultiCare visit from January 12, 2023, where on her active problem list, it included osteoarthritis, which she described as in her lower back.  She was asked about some of her other past medical history.  She testified to some of her prior back pain.  She was asked about her history of depression.  She testified to her history of chronic pain in her back.  She testified to having a handicapped placard prior to her 1st surgery for her lower back pain.  She testified she used a cane for

EXHIBIT 6 - Page 2 of 22

balance prior to her 1st knee surgery. She testified to several activities prior to her original knee replacement surgery. She was asked about some of the risks of the knee replacement surgery and whether she was aware of them. She testified that she started driving approximately three weeks after her 1st knee replacement surgery.

She was asked about some of the exhibits and the area where she had her injury. She gave a general description about the subject incident. She testified to her need to use a shopping cart for mobility. She testified there was some bruising on her knee the following day. She testified that Dr. Bones told her that her patella shifted as a result of the subject incident. She testified to some of her subsequent surgeries. She testified to some of her postsurgical rehabilitation. She gave some additional description of the subject incident. There was some questioning about hypothetical liability issues, and there was an examination by Mr. Wilke. The deposition then concluded.

Interrogatories and Responses:

Set of Interrogatories and Responses. Interrogatory number 4 asks for a list of injuries. Interrogatory number 25 asks for a description of the subject accident.

Plaintiff's responses to Defendant Gatekeeper's Interrogatories.

Rule 26 Expert Disclosure Document:

Named experts included Dr. Rolfe, Cloie Johnson, and Levi Dixon.

Curriculum Vitae:

Curriculum Vitae of Cloie Johnson.

Exhibit:

Exhibit B dated November 22, 2025, which is a review of medical bills for reasonableness of cost.

Supplemental Reports:

Supplemental report for updated medical records and after-consultation with Dr. Rolfe regarding Cloie Johnson's Life Care Plan.

Supplemental report from Cloie Johnson regarding reasonableness of charges.

INDEPENDENT MEDICAL EXAMINATIONS/RECORD REVIEWS:

Curriculum Vitae of Bruce Rolfe.

EXHIBIT 6 - Page 3 of 22

Report from Dr. Rolfe from October 3, 2025.  History included that Ms. Larocque reported that her low back became painful during rehabilitation.  Dr. Rolfe gives a current history indicating pain daily, cooking in a limited fashion while sitting, and limited housework, as well as other difficulties and limitations.  Diagnosis included a left knee patellar tendon rupture, left hip and low back strain, and right knee aggravation as a result of the May 6, 2023, injury.

Copy of Dr. Rolfe's report dated April 2, 2026.  Dr. Rolfe's opinions at the end of the Addendum were left patellar tendon rupture, left hip strain, low back strain, and right knee aggravation, all as a result of the May 6, 2023, accident.

VOCATIONAL REHABILITATION:

November 22, 2025, report from OSC Vocational Systems regarding reasonableness of bills.  This is from Cloie Johnson.

Report from Levi Dixon.

February 23, 2026, Supplement from Cloie Johnson with a list of future medical expenses.

February 23, 2026, note from Cloie Johnson, which is a Supplemental Report.

OTHER DOCUMENTS:

Copy of Dr. Rolfe's October 3, 2025, report.

Copy of the November 22, 2025, report from Cloie Johnson.

Copy of the February 25, 2026, report from Applied Cognitive Sciences.

Additional copy of Levi Dixon's Safety Report.

MEDICAL RECORDS:

May 15, 2018, note from Lakewood Family Practice for chronic pain syndrome, myofascial muscle pain, as well as migraines and depression.

Report of a CT of the abdomen and pelvis from May 16, 2018.

Family practice note from October 18, 2018, for Nancy Minjire, ARNP, indicating Ms. Larocque fell at home while gardening, felt a pop in the lateral aspect of her knee, and was complaining of swelling and inability to fully weightbear.

Family practice note from October 18, 2018, for continued knee pain, onset date October 16, 2018.

EXHIBIT 6 - Page 4 of 22

Family practice note from May 1, 2019, by Dr. Dawson for chief complaint of chronic pain management.  Notes back, knee, and abdominal pain, with three falls onto her left knee.  Assessment included chondromalacia patella on the left side, degeneration of the lumbar spine, and myofascial muscle pain.

Encounter from May 21, 2019, from Dr. Dawson for physical exam.  Ms. Larocque was complaining of leg cramps with no known injury or cause.

May 21, 2019, orthopedic and sports medicine note for complaints of left knee pain.  Impression was grade 4 degenerative joint disease of the left knee and morbid obesity, as well as opioid dependence.  Recommendation was for wellness program and weight loss.

X-ray report of the left knee from May 21, 2019, showing advanced degenerative arthritis.

Index of records.

Note from June 4, 2019, from Dr. Vranna, a chiropractor, for complaints of cervical, thoracic, and lumbar spine symptoms.

Intake forms from Accident & Injury Chiropractic from June 6, 2019, and June 10, 2019.

Chiropractic notes continue through June 2019 and July 2019.

July 23, 2019, Ms. Larocque was reporting pain levels of 4/10 to 5/10, except for the left knee was 8/10.

Additional chiropractic notes through August and September 2019.  They continue through October and November, as well as December 2019.

December 24, 2019, family practice note for pain management follow-up.

Additional chiropractic notes from December 2019 and January 2020.

February 25, 2000, family practice note for chief complaint of diabetes, hypertension, depression, and hoarding disorder.  Patient information forms on Obsessive-Compulsive Disorder.

Additional chiropractic notes from May 2020.

June 11, 2020, family practice note from Dr. Dawson. Ms. Larocque's weight was 264 pounds.  Plan was continuation of Norco for myofascial pain syndrome.

Additional chiropractic notes from June 2020 through August 2020.

EXHIBIT 6 - Page 5 of 22

Family practice note from September 3, 2020, for follow-up of chronic pain syndrome.

Additional chiropractic notes through 2020 from Accident & Injury Chiropractic.  The chiropractic notes continue until 2021.

Intake form from Lakewood Family Practice from February 23, 2021, with an encounter from Dr. Dawson for chronic pain from spinal arthritis and diabetic neuropathy, as well as complaints of depression and hoarding disorder.

Anchor Physical Therapy note from March 10, 2021.

Additional chiropractic notes from 2021 through August 2021.

August 30, 2021, Pulse Heart Institute cardiovascular consult, along with copies of laboratory reports.

Additional chiropractic notes for 2021.

Pulmonology note from September 14, 2021, for obstructive sleep apnea.

Additional chiropractic notes from Accident & Injury Chiropractic through September 2021, additional cardiology notes through 2021, and family practice notes.

On October 14, 2021, Mr. Larocque was seen by her family practitioner for knee pain, as well as Depressive Disorder, obstructive sleep apnea, and heart failure.  Her weight was 261 pounds.

Additional chiropractic notes through October 2021.

Pulse Heart Institute from October 21, 2021.

Additional notes from Pulse Heart Institute from October 21, 2021.

Additional chiropractic notes from October and November 2021.

November 3, 2021, heart catheterization study.

Orthopedic encounter from November 9, 2021, for evaluation of left knee degenerative arthritis and chronic pain.

Encounter from November 10, 2021, from the pulmonary clinic.

Additional chiropractic notes from November 2021.

Additional Pulse Heart Institute cardiology notes through 2021.

EXHIBIT 6 - Page 6 of 22

Chiropractic note from November 30, 2021, from Dr. Bulmer of Accident & Injury Chiropractic.

Encounter from January 4, 2022, a chiropractic note, for cervical, thoracic, and lumbar pain.

Additional chiropractic notes through February 2022 and March 2022.

Chiropractic notes continue through March 2022.

X-ray from April 13, 2022, showing degenerative scoliosis, mild degenerative arthritis of the hip, and spondylolisthesis of L4-5.

Copies of x-ray studies of the cervical spine and thoracic spine.  The thoracic spine shows multilevel degenerative changes and scoliosis.

Additional copies of x-rays in a note from April 19, 2022, a chiropractic note.

Encounter from May 23, 2022, from the Pulse Heart Institute.

Copies of laboratory reports.

Family practice note from May 25, 2022, from Dr. Dawson.  Weight was noted to be 262 pounds.

Additional chiropractic notes from 2022 and notes from the Pulse Heart Institute through June 2022.

Additional chiropractic notes from July 2022.

Family practice note from August 30, 2022, for chief complaint of medications and depression.

Additional chiropractic notes from October 2022.

Note from October 31, 2022, from Pulse Heart Institute.  The primary concern on that visit was leg aching.

Copies of laboratory reports.

Additional family practice notes, including a note from November 29, 2022.

Additional chiropractic notes through 2022, as well as physical therapy notes for bilateral hip and low neck pain.

EXHIBIT 6 - Page 7 of 22

Physical therapy notes continue through December 2022.

Orthopedic note from December 22, 2022, for left knee pain.  Ms. Larocque's weight was 247 pounds.  Plan was consideration for knee replacement surgery.

Additional physical therapy notes from December 2022 and chiropractic notes from December 2022 and January 2023.  The physical therapy and chiropractic notes continue through January 2023.

Office visit with the Orthopedic Clinic from January 12, 2023.  Plan was for a total knee replacement.

Additional physical therapy notes.

January 12, 2023, pulmonary note.

Additional physical therapy and chiropractic notes through January 2023.

Note from February 8, 2023, for admission for chronic left knee pain.  Physical therapy and additional inpatient notes, including nursing notes and flow sheets.

Operative note from February 8, 2023, for left total knee replacement.

Orthopedic note from February 28, 2023, where they continued the use of continuous passive motion.

Additional physical therapy notes through February 2023.

Chiropractic note from March 8, 2023, for cervical, thoracic, and lumbar spine symptoms.

Physical therapy notes continue through March 2023.

Orthopedic note from March 28, 2023, indicating Ms. Larocque was doing "great" following her total knee replacement.  She was still doing physical therapy, and there are additional physical therapy notes through April 2023.

Additional chiropractic and physical therapy notes through April 2023.

Physical therapy note from May 2, 2023, noting Ms. Larocque was having pain on the top of her knee.

Chiropractic note from May 3, 2023.

EXHIBIT 6 - Page 8 of 22

Claimant:  Linda Larocque
Date of Loss:  May 6, 2023

Additional physical therapy note from May 4, 2023, where Ms. Larocque was reporting being tired from running errands.  She felt as if her knee was doing well, but she was complaining of left hip pain.

**Date of Loss:  May 6, 2023.**

Orthopedic note from May 9, 2023, for left knee pain, right shoulder pain, and right knee pain.  Ms. Larocque was reporting increased pain in the left knee after hitting her knee on a shopping cart.

Note from May 9, 2023, where Ms. Larocque was 253 pounds and complaining of pain in the right knee after an incident kneeling and went to her knee.  X-rays show a small avulsion on the tip of the patella on the left, and she was reporting increasing pain since her injury, hitting the knee on the cart.

Various physical therapy notes from May 10, 2023, and May 2023.

Note from May 16, 2023, from MultiCare Orthopedics, where Ms. Larocque was reporting increasing pain and swelling.

Additional chiropractic and physical therapy notes through May 2023.

Orthopedic note from June 1, 2023, for follow-up of left knee pain.

Physical therapy notes continue through June 2023, with continued complaints of left knee pain.

Physical therapy and chiropractic notes continue through June 2023.

Orthopedic note from June 22, 2023, where Ms. Larocque was reporting not making any progress with physical therapy.  She was fitted with a knee immobilizer, and she reported she was unable to lift her left leg.

Cardiovascular follow-up visit note from June 26, 2023.

Operative note from Dr. Thompson from June 26, 2023, for left knee infrapatellar tendon rupture, posttraumatic.

Follow-up note from July 6, 2023.

Additional index of records.

Encounter from August 10, 2023, from the Orthopedic Clinic.  Ms. Larocque reported she was doing worse since her previous visit and that her "leg and hip have been 'on fire'." Plan was for physical therapy.

EXHIBIT 6 - Page 9 of 22

Additional physical therapy notes starting on August 15, 2023, from Anchor Physical Therapy.

Therapy notes continue through August 2023.

Note from the Orthopedic Clinic from August 31, 2023.  X-rays show "concern for patella position with change from initial postoperative films."

Encounter from September 29, 2023, from MultiCare Orthopedic Clinic.  Assessment was a patellar tendon rupture and likely periprosthetic patellar fracture of the inferior pole. Plan was for revision to a hinged component.

Additional chiropractic notes from October 2023.

Chiropractic note from October 14, 2023, noting an upcoming 3rd surgery on the left knee.

Chiropractic notes continue through October 2023.

Family practice note from November 2, 2023, for anxiety and chronic pain management. Plan was referral to Behavioral Health in our Substance Use Disorders Clinic.

Additional chiropractic encounters from November 2023.

Orthopedic note from November 22, 2023, for preoperative evaluation for revision total knee replacement.

December 4, 2023, through December 8, 2023, admission for revision total knee replacement.  Series of inpatient notes, nursing notes, copies of laboratories, and physical therapy notes, as well as flow sheets from the inpatient stay after the revision total knee arthroplasty.

Anesthesia notes and additional inpatient physical therapy notes from December 4, 2023, to December 8, 2023.

Message encounter from December 7, 2023, regarding medication refills.

Additional message encounters and imaging questionnaires.

Note from December 14, 2023, from Lakewood Family Medicine for follow-up after surgery.

Pharmacy notes and additional message encounters regarding prescriptions and prescription refills.

EXHIBIT 6 - Page 10 of 22

Encounter from Shane Turner, PA-C, for follow-up after revision total knee arthroplasty. Ms. Larocque was reportedly doing well.

December 28, 2023, note regarding a cast adjustment.

Encounter from January 5, 2024, from the Orthopedic Clinic for follow-up after revision total knee arthroplasty.  Ms. Larocque was reporting discomfort from the cast rubbing on her foot.  Pain was 2/10.

Additional forms.

Family practice note from February 8, 2024, for follow-up of pain management and medical complaints.

Orthopedic note from February 9, 2024, for a cast check.

March 1, 2024, note from the Orthopedic & Sports Medicine Clinic from Dr. Adler.

Physical therapy note from Anchor Physical Therapy from March 6, 2024.

Additional physical therapy notes through March 2024 and April 2024.

Family practice note from April 2, 2024.  Ms. Larocque was out of her cast and going to physical therapy with a hinged brace, weightbearing as tolerated, and full extension.

Additional physical therapy notes from April 2024.

Encounter from MultiCare Orthopedic Clinic from April 12, 2024.  Ms. Larocque was reporting her knee was doing "much better."  Her pain levels were 1/10.  Recommendation was continued hinged brace, 0 degrees to 70 degrees for two weeks, and then increase 0 degrees to 90 degrees for one month.

Additional physical therapy notes, which continue through April 2024 and May 2024.

Family practice note from May 15, 2024.

Additional physical therapy notes from May 2024.

Encounter from the Orthopedic Clinic from May 24, 2024.  Ms. Larocque was six months out from her revision total knee arthroplasty.  She was noted to be using a walker to ambulate.

Additional physical therapy notes from May and June 2024.

EXHIBIT 6 - Page 11 of 22

In July 2024, there is report of a DEXA bone density study and some additional screening studies.

Orthopedic note from July 10, 2024.  Primary complaint at that time was progressively severe right knee pain.  Assessment included right knee arthritis and status post revision left knee arthroplasty, and Ms. Larocque was given a right knee injection.  Recommendation was that Ms. Larocque would discontinue her hinged knee brace.

Family practice note from August 5, 2024.

Additional physical therapy notes from August 2024.

Physical therapy note from August 8, 2024, indicated that with the left knee, Ms. Larocque could do all of her usual activities in terms of mobility, but due to the right leg, she was unable to drive due to right thigh pain.  She also reported her back was "not good."

Note from Dr. Dawson from November 5, 2024, for follow-up of diabetes and obesity.

Additional notes from November 2024 and December 2024 from Family Practice and Cardiovascular Clinic.

Additional physical therapy notes from 2025.

Note from Dr. Adler's office from January 22, 2025, where an injection had been done.

Another index of records.

Additional physical therapy notes through February 13, 2025.

Additional physical therapy notes, which continue through February and March 2025.

Note from Dr. Dawson from March 25, 2025, for follow-up of chronic pain and depression.

Cardiovascular visit follow-up note from Dr. Guerra.

Additional physical therapy notes, which continue through April 2025.

Physical therapy discharge summary from April 17, 2025.  The physical therapy discharge note indicates overall improvement with exercises helping Ms. Larocque's back, and she was appropriate for discharge.

Report of lumbar spine MRI from May 1, 2025, showing degenerative disk and degenerative joint disease, with moderate stenosis at L4-5 and L5-S1 and a chronic listhesis of L1-2 and L4-5, as well as L5-S1.

EXHIBIT 6 - Page 12 of 22

Claimant:  Linda Larocque
Date of Loss:  May 6, 2023

Refill requests.

Family practice note from October 15, 2025, for left hip and knee pain.

November 7, 2025, note from the Orthopedic Clinic indicating worsening right knee pain and progressively worsening left lower extremity pain.  Plan was for follow-up in four months.

Orthopedic note from November 18, 2025, for left hip injection.

Encounter from December 3, 2025, which is a family practice note, for follow-up of chronic pain and medical problems, including depression.

Orthopedic Clinic note from December 11, 2025, for left ankle injury.

Additional physical therapy notes and forms.

Physical Therapy Plan of Care from January 20, 2026, for left ankle sprain.

Administrative forms.

 SUMMARY:

In summary, Ms. Larocque has a long history of orthopedic complaints.  As early as May 15, 2018, she was being seen by her family practitioner with a visit diagnosis of chronic pain syndrome and myofascial muscle pain, as well as migraines and major depression.  On October 18, 2018, she was seen by her family practitioner reporting a one-day history of right knee pain.  She reported falling while gardening and was having right knee pain and swelling.  At that time, she was noted to be 272 pounds.

On May 1, 2019, she reported a history of left knee pain.  She was also having back pain.  She reported having fallen three times onto her left knee, and she was having pain that was peripatellar, medial and posterior.  On May 21, 2019, she was evaluated at the MultiCare Orthopedic & Sports Medicine Clinic, complaining of left knee pain.  She reported it had been painful since 2015 after a fall at home.  She also reported "back injuries."  X-rays at that time showed degenerative arthritis of the left knee.  She was also noted to have opioid dependence and morbid obesity.  On June 4, 2019, she was evaluated by her chiropractor for pain in the cervical, thoracic, and lumbar spine.  When she was seen on July 23, 2019, at Accident & Injury Chiropractic, she was reporting 3/10 to 5/10 pain in her cervical, thoracic, and low back, and she was having left knee pain, 8/10.  She continued with chiropractic and follow-up for back pain and knee pain.  On February 23, 2021, she was noted to be 272 pounds.

On March 10, 2021, she was evaluated at Anchor Physical Therapy for low back pain and left knee pain.  The note from that visit indicated that she needed assistance with stepping

EXHIBIT 6 - Page 13 of 22

up and down, squatting, etc., with respect to her hip.  For her low back, she was noted to be 65 percent to 85 percent of normal with range of motion.  On October 14, 2021, she was noted to be 261 pounds.  She continued with chiropractic manipulations.

On March 17, 2022, when Ms. Larocque was seen by her chiropractor, she was noted to have cervical, thoracic, and lumbar spine pain.  She was also noted to have left knee pain.  An x-ray done by her chiropractor, which appears to be from 2022, showed scoliosis as well as spondylolisthesis at L4-5.  On December 6, 2022, when she was seen by her therapist, she was reporting fatigue with under five minutes of standing activities.  On December 22, 2022, Ms. Larocque was seen at MultiCare Orthopedic & Sports Medicine Clinic for left knee pain.  Her weight was 247 pounds.  Her diagnosis was chronic left knee pain and osteoarthritis of the left knee.  Surgical options were discussed at that time.

On February 8, 2023, Ms. Larocque had a left total knee arthroplasty done by Dr. W. Frederick Thompson.  Postoperatively, Ms. Larocque started physical therapy.  She was initially evaluated after her surgery on February 20, 2023.  She continued with physical therapy, and on March 28, 2023, she was having difficulty with stepping up and down, rising from a low chair, ascending and descending stairs, and she was unable to squat.  Her knee flexion and extension strength was 3-/5.  She continued with physical therapy, and on April 18, 2023, she was complaining of continued left knee and hip pain and was reporting she was more limited by her left hip and gluteus.  Her knee strength in flexion and extension was 3-/5.

On April 20, 2023, when she was seen by her physical therapist, she was reporting less left knee pain but continued left hip pain.  On April 27, 2023, there is a note from Anchor Physical Therapy where Ms. Larocque reported she had been trying to keep up with her home exercise program and was self-progressing.  She reported hip and piriformis tightness and reported "one incident where she 'took a knee,' but did not have any elevated symptoms."  The note indicated she was progressing well with her ability to walk, stand, and go up and down stairs, and her range of motion was improving.  However, it also reported that she remained deficient with hip and quadriceps recruitment, affecting her capacity to walk or stand for more than 30 to 45 minutes.  She reported being challenged with walking or climbing stairs and needed to use railings to stabilize her stance.  Her knee flexion and extension on that visit was 4-/5.

On May 2, 2023, she was seen at Anchor Physical Therapy, reporting that the top of her knee was bothering her.  It was hurting her at rest and when she was "doing things."  She was using a cane due to lack of confidence in her knee and balance.  She also reported issues with her right knee.  Assessment was improvement in the knee range of motion and strength, but she was having difficulty balancing, and recommendation was for further therapy.  On May 3, 2023, Ms. Larocque saw her chiropractor, and it noted that the left knee was "straight A-P with bolster–only***left knee ligament laxity."  On May 4, 2023, or two days before the subject incident, Ms. Larocque reported she was tired from running errands, her knee was doing well, and she felt like she was stronger.  However, she was still complaining of left hip pain and pain with stairs.  She was able to do terminal knee

EXHIBIT 6 - Page 14 of 22

extension with elastic bands.  The note indicated that visit was her last physical therapy visit, and she had continued improvement in her left knee symptoms.  However, the note indicated she still had some degree of weakness in the quadriceps and was limited in her ability to squat and perform stairs without compensation patterns.

On May 6, 2023, Ms. Larocque was involved in the subject incident.  According to her deposition transcript, she was at Walmart, using a cart to help her ambulate.  She testified it was a full-sized cart.  She testified she did not lean or put her body weight on the cart.  She went into the store, and as she was going out of the store, without putting any items in the cart, the cart stopped due to an anti-theft device.  She testified that she was pushing the cart, and when it stopped, her "knee hit that underneath."  She looked down to see if there was something stuck on the wheel.  She was trying to push the cart, and it would not go.  She testified she left the store.  She testified she was "so upset."  She then testified she was "crying" and walked over to an ATM or Boeing Employees' Credit Union machine.  She testified at the point of the impact with the cart and her knee, there was a red mark and bruising.  She also testified in her deposition that when she was at the Walmart, she was braced.  Very specifically, on page 74 of her deposition, she testified that she had worn a brace.  Very specifically, on page 73, she was asked, "Were you wearing a brace at the time of this incident?" Her answer was, "Yes."  Again, the question was, "Okay.  You were wearing a knee brace at the time of this incident?"  Her answer was again, "Yes."  Her description was of a hinged knee brace.  She gave some additional testimony regarding a description of the incident, and she testified that when she was pushing the cart, it stopped, "The next step [she] took was into the cart."  She testified that her knee hit the back of a plastic component of the cart.  She testified she lifted her knee and walked into the cart.

Three days after the subject incident, Ms. Larocque went in to see the MultiCare Orthopedic and Sports Medicine Clinic.  She reported that her left knee was having increased pain for one week after hitting her knee on a shopping cart.  She was 253 pounds, and she reported that her right knee had become increasingly painful since April 19, when she was kneeling on the floor and felt a pop upon standing.  She felt a shift in her right knee at that time.  On her left knee, she showed moderate sit-to-stand symptoms, noted most significant "to contusion area of impact with trace effusion."  However, there was no note of a bruise or red mark.  Recommendation was for supervised physical therapy.  X-ray examination showed a small avulsion fracture at the inferior tip of the patella, but the patella was located in a satisfactory position.  The following day, she was seen by her physical therapist, again reporting the shopping cart incident.  She was reporting constant pain, having to use a cane, was limited with her standing and walking, and felt her knee was worse than prior to the subject incident.  She was noted to have reduced active and passive range of motion of the left knee.  On May 16, 2023, she was again seen in the MultiCare Orthopedic Clinic for follow-up of her left knee.  She reported it was not getting better since her May 6, 2023, shopping cart incident.  The note indicated limited range of motion secondary to pain, but did not notice any red marks or bruising.  Plan was for follow-up in two weeks.

EXHIBIT 6 - Page 15 of 22

On May 25, 2023, when she was seen by her therapist, Ms. Larocque reported she had seen her chiropractor for the 1st time postoperatively and had a "slight knee adjustment and [felt] she did okay, but did throw up."   When Ms. Larocque was seen by her orthopedist on June 1, 2023, she reported significant pain in her knee and a sensation of her scar "ripping."   She was also seen by her therapist on June 1, 2023, noting some increased ability to bend her knee, and her knee felt a little bit stronger.   On June 26, 2023, there is a note from Dr. Thompson, which is a procedure note for an infrapatellar tendon rupture, posttraumatic following a left total knee arthroplasty.   He did a patellar tendon repair.   On July 6, 2023, when she was seen for a postoperative visit, there were still moderate sit-to-stand symptoms noted, and the leg was maintained in full extension.   On August 10, 2023, in the postoperative follow-up note from the Orthopedic Clinic, Ms. Larocque was reporting increased pain in her hip and groin.

On August 15, 2023, Ms. Larocque was seen by her physical therapist, reporting burning in her left knee and weakness, as well as limited ability to stand.   An x-ray was done on August 31, 2023, showing the patella had shifted from her postoperative films, and on September 29, 2023, recommendation was for a revision total knee arthroplasty with a hinged prosthesis.   This was done on December 4, 2023.   Postoperatively, again, Ms. Larocque was immobilized initially, and on March 1, 2024, Dr. Adler removed her cast.   She continued with physical therapy, and on April 2, 2024, when she was seen by her family practitioner, she was still in a hinged brace.   On May 24, 2024, her orthopedic note indicated she was doing well.   On July 2, 2024, she was reporting a sensation of right thigh pulling or tearing.   Her left knee was "okay."   On July 10, 2024, she again reported her left knee was doing well, and the right knee and low back were her problems.

On August 8, 2024, there is a physical therapy note indicating Ms. Larocque reported she had the mobility to do "all of her usual activities."   However, back was "not good," and she was unable to drive due to right knee pain.   She was given a right knee injection on January 22, 2025, and again continued physical therapy.   On February 13, 2025, there is a physical therapy note indicating Ms. Larocque was planning surgery the following summer.

On March 25, 2025, Ms. Larocque was seen by Dr. Dawson for her chronic pain syndrome and depression.   She reports she was unable to stand for any length of time because of her back.   On April 17, 2025, she was discharged from physical therapy, and on May 1, 2025, an MRI study of the lumbar spine showed multilevel degenerative changes with a spondylolisthesis at L4-5.

She continued with bilateral knee pain, and on November 7, 2025, when she was seen at the Orthopedic Clinic, she reported worsening severe knee pain on the right and progressively worsening pain on the left, which Ms. Larocque attributed to her left hip pain.

On December 11, 2025, there is a note indicating Ms. Larocque had injured her ankle, and on January 20, 2026, she started physical therapy for an ankle sprain.

EXHIBIT 6 - Page 16 of 22

**DIAGNOSTIC STUDIES (PERSONALLY REVIEWED):**

I have received three folders of imaging.

MULTICARE DISC ONE:

January 12, 2023, chest x-ray.

February 8, 2023, left knee x-ray showing the staples are still in place, and there is a well-positioned total knee arthroplasty.  The distal pole of the patella is intact.  On the anteroposterior view, however, there is a superomedial calcification or cement.

May 9, 2023, left knee x-ray showing a small avulsion fracture of the distal patella and slight patella alta.  The distal patellar pole fracture is displaced approximately 5 millimeters.  May 9, 2023, merchant view and tunnel view.  The tunnel view shows the patella is somewhat laterally subluxed.  There is an anteroposterior and lateral of the right knee showing severe degenerative arthritis, tricompartmental of the right knee with subluxation of the patella or dislocation of the patella, and medial joint space narrowing.

June 22, 2023, x-ray of the left knee.  It shows complete disruption of the patellar tendon with the small patellar pole still embedded in the proximal patellar tendon.  The anteroposterior view shows what looks like a superior pole patellar fracture through one of the anchor holes for the patellar button.

June 27, 2023, x-ray of the left knee showing the patellar tendon has been disrupted.  There are still staples in place.

August 31, 2023, x-ray of the left knee showing patella alta, fracture of the patella through one of the anchor holes for the patellar button, and complete disruption of the extensor mechanism.

November 22, 2023, x-ray of the left knee showing complete disruption of the extensor mechanism and fracture of the patella.

December 4, 2023, postoperative x-ray showing a hinged total knee arthroplasty, and the patella has been excised.

December 22, 2023, left knee x-ray, again showing the hinged prosthesis, cemented, well positioned, and Ms. Larocque had a patellectomy.

February 2, 2024, left knee series showing well-positioned hinged total knee arthroplasty, cemented, long stem.

March 1, 2024, and May 24, 2024, knee x-rays showing well-positioned total knee arthroplasty.

EXHIBIT 6 - Page 17 of 22

July 10, 2024, x-ray of the right knee showing subluxation of the patella and tricompartmental degenerative changes, most significant at the patellofemoral joint.

MULTICARE IMAGING DISC TWO:

January 8, 2025, Lumbar spine series showing spondylolisthesis at L4-5 with no apparent instability and a slight scoliosis.

MULTICARE IMAGING DISC THREE:

November 25, 2025, ankle x-ray of the left ankle showing no fracture.

November 25, 2025, foot x-ray showing no foot fracture.

Ultrasound order and ultrasound study from November 18, 2025.

Hip x-ray from November 7, 2025, with an anteroposterior pelvis showing minimal degenerative changes of the hip.  The joint space is relatively well maintained.

November 7, 2025, x-ray of the left knee showing well-positioned long-stem hinged arthroplasty and degenerative arthritis of the right knee.  The hinged arthroplasty is on the left.

November 7, 2025, knee series of the right knee showing severe degenerative arthritis with subluxation or dislocation of the patella.

May 1, 2025, lumbar spine MRI showing a slight spondylolisthesis at L3-4, grade 1 spondylolisthesis at L4-5, and a retrolisthesis at T12-L1 with significant degenerative changes at that level on the axial view.  There is some spinal stenosis, predominantly at L4-5 and L5-S1.

**DISCUSSION:**

Specifically in response to the questions I have been asked to address:

1.   ***What injuries or conditions, if any, are causally related to the incident of May 6, 2023 (the "incident")?***

      On a more-probable-than-not basis, Ms. Larocque was not injured as a result of the subject incident.

2.   ***Did Ms. Larocque suffer any permanent injuries or conditions as a result of the incident?  If so, please comment on the nature and extent of the permanency.***

EXHIBIT 6 - Page 18 of 22

Not applicable.  Ms. Larocque was not injured.

3.      ***Are any of Ms. Larocque's ongoing complaints related to the incident? Please explain.***

Ms. Larocque's ongoing complaints are not related to the subject incident, as she was not injured.

4.      ***Are Ms. Larocque's ongoing complaints supported by objective findings? Please explain.***

Ms. Larocque's ongoing complaints are supported by a multitude of objective findings.  She had a primary total knee arthroplasty complicated by a failure of her patellar tendon or extensor mechanism.  This was unrelated to the subject accident.  Ms. Larocque had two subsequent surgeries after her primary total knee arthroplasty.  The first was a patellar tendon reconstruction.  The second was a hinged total knee arthroplasty with patellectomy.  Given the extent of her surgery, she has significant objective findings to support ongoing complaints.  She also has ongoing complaints from her unrelated right knee degenerative osteoarthritis, and she has degenerative disk and degenerative joint disease of the lumbar spine, which are objectively supported by imaging and are symptomatic.

5.      ***Did Ms. Larocque have any preexisting conditions that are relevant or related to the claims currently being made as a result of the incident?  If so, to what degree, if any, did the incident change the normal course or progression of any preexisting conditions?***

Ms. Larocque has a host of preexisting conditions that are relevant.  She has a history of low back and bilateral knee degenerative changes.  She also has a history of cervical and thoracic symptoms, treated by her chiropractor since at least 2019.  She also has a history of left knee symptoms, as for example was noted by her family practitioner on February 23, 2021, when she reported neck and left low back pain along with left lateral hip pain that had been made "more painful" since a fall in November 2019.  Also, for example, on March 10, 2021, she was noted to have left hip and gluteal pain after she hurt herself.  The note indicated she needed assistance for most dynamic functional activities with her hip.  She also was morbidly obese and had obstructive sleep apnea.  She has a history of significant psychological complaints.  For example, on October 14, 2021, she reported depression, anxiety, and "significant situational stressors."  She had a history of what was described as myofascial muscle pain, noted at least as early as May 15, 2018, by her family practitioner.  When she was seen on May 1, 2019, she reported to her family practitioner that she was caring for a friend with dementia, had a partner who had cancer and needed treatment, and had "ongoing issues w/marriage."  She also reported that her spouse had ongoing issues with his health, and her finances remained "tight."  She reported she was "not sure what she is going to do."  She also reported requiring pain medications to help keep her

EXHIBIT 6 - Page 19 of 22

active, taking four Norco a day.  She reported multiple falls.  She reported she was "determined not to let her pain stop her from doing life activities."

6.      ***Is Ms. Larocque capable of working and/or capable of performing normal daily activities?  Please describe any restrictions if applicable.***

Ms. Larocque is not more or less capable of working or performing normal daily activities than she would have been absent the subject incident.  She was not injured as a result of the subject incident.

7.      ***What is the probability Ms. Larocque will need future medical care for any related injuries or conditions as a result of the incident?  If warranted, what is the nature and extent of the care that may be required?***

It is quite likely that Ms. Larocque will need future medical care for both of her knees and her low back.  However, none of this is related to the subject incident.  She was not injured as a result of the subject incident.

8.      ***How much of the treatment Ms. Larocque received would be reasonable and necessary for the injuries or conditions related to the incident, if any?***

Ms. Larocque needed no medical care as a result of the subject incident, as she was not injured.

9.      ***Is Ms. Larocque medically stationary with regard to the incident?  If so, please indicate when she would have been considered medically stationary. If not, please indicate when she should be expected to become medically stationary.***

Not applicable.  She was not injured.

I have carefully reviewed the deposition testimony of both Mr. Larocque and Ms. Larocque.  There is no plausible mechanism of injury that could reasonably explain how her patellar tendon was ruptured as a result of the subject accident, or, in fact, how she could have had any significant injury as a result of the cart stopping.  Had she had a patellar tendon disruption as a result of the subject incident, I would have expected immediate severe pain or at least immediate severe disability, as her extensor mechanism would have failed.  I have noted that she had a small avulsion fracture inferiorly at the patella, which was not present in the immediate postoperative films.  It was noted on her 1st postoperative films, viewed on May 9, 2023.  On a more-probable-than-not basis, however, given that it only distracted about 4 or 5 millimeters, she did not have a complete disruption of her extensor mechanism, either as a result of the subject incident or by the time she was seen on May 9, 2023.  This is supported by the fact that she could walk to the ATM after the subject incident and was not noted to be bedbound or wheelchair-bound by her providers after the subject incident.  On a more-probable-than-not basis, and to a reasonable degree of medical certainty, Ms. Larocque had a

EXHIBIT 6 - Page 20 of 22

relatively slow failure of the extensor mechanism unrelated to the subject incident. Post-operative failure of the extensor mechanism is a known complication of total knee arthroplasty procedures.  She described hitting her knee on the cart when it stopped, and she also described that she was lifting her leg when this happened.  There would be no reasonable way she could injure the inferior patella if her leg was bent at that time.  Also, she reported in her deposition that she was wearing a brace, which would have been expected to give her additional protection from any impact to her knee.

I have reviewed Dr. Rolfe's report.  I agree that evaluation soon after the subject incident showed not a nondisplaced fracture of the inferior patella but a fracture that was displaced 3 millimeters to 4 millimeters.  This did not even particularly concern her providers as she continued with physical therapy, and although she reported to Dr. Rolfe that she had excruciating pain at that time, the records support that she was having increasing, but not necessarily excruciating pain.  Her pain complaints were more consistent with a slow rupture of the extensor mechanism as a result of her surgery, not as a result of the subject accident.  Ms. Larocque reported that just prior to the accident, she had completed physical therapy, was walking without a cane, and could climb and descend stairs.  She was reporting that her walk endurance was up to 30-plus minutes, and her pain relief after surgery had been dramatic.  The physical therapy notes show that on April 27, 2023, or about a week before the subject incident, she was still reporting pain in her left knee to her physical therapist.  She reported she had an incident where she "took a knee" when her hip and piriformis had become tight.  She did not report any elevated symptoms, but the physical therapist noted deficiencies in the hip and quadriceps recruitment, affecting her capacity to walk or stand for over 30 minutes to 45 minutes.  This is essentially not consistent with her report to Dr. Rolfe that her walk endurance was up to 30-plus minutes.  In fact, her walking endurance was about 30 minutes.  However, the note from just before the accident pointed out that she had been "challenged w/walking/climbing stairs and needs to use railings to stabilize her stance."  She was having balance and hip and quadriceps strength deficits.  This was affecting her shopping, stairs, and navigating over objects or uneven surfaces.  Just two days before the subject incident, she was reporting fatigue from running errands.  She also reported to her therapist that her knee was doing well, and she was feeling stronger, but she was still having left hip pain with motion and doing stairs, and although she was noting continued improvement and that was her last visit with physical therapy, she was still reporting weakness in her quadriceps and limited in her ability to squat and perform stairs without "compensation patterns."

Dr. Rolfe's note indicated that after the May 6, 2023, incident, she required the use of a cane.  However, the note from May 9, 2023, noted that she had actually been having increasing pain for a week, even though the subject incident was only three days prior.  She was 253 pounds, but she was reporting her right knee was also becoming increasingly painful.  She was having moderate sit-to-stand symptoms, which would indicate that she could go from sit to stand using the left knee.  This is also inconsistent with complete patellar tendon disruption.  She was also noted to have the same symptoms, although less so, on the right side.  Recommendation was for physical therapy for the right knee and follow-up.  When she was seen the following day by her physical

EXHIBIT 6 - Page 21 of 22

therapist, at that point in time, she did report that she was using a cane to assist with standing and walking.

Dr. Rolfe's report indicated that Ms. Larocque's low back pain became painful during the rehabilitation process.  However, Ms. Larocque's low back pain had been a problem for her in terms of pain and required chronic pain management and narcotic analgesics, and her symptoms long predated the subject incident.  She had severe right knee arthritis, and although Dr. Rolfe reported that the right knee arthritis flared since the incident, this is not reported by the records.  The records merely show that her right knee pain became progressively worse, as would be expected given the severe nature of her degenerative arthritis in the right knee.  Dr. Rolfe's discussion indicated that the May 6, 2023, incident caused Ms. Larocque's knee to collide with the cart, reinjuring it.  However, he does not give any plausible explanation as to how this could have happened, given Ms. Larocque's description and given the proposed mechanism of injury, which was her left knee hitting the cart when it suddenly stopped.  Again, I note she testified in her deposition that she was able to walk, apparently without any significant difficulty after that, as she reported going to an ATM machine and having discussions with one of the employees of the store.

Thank you for allowing me to assist on this case.  If I can be of further assistance, please do not hesitate to contact me through MedConnect Pro.

I have personal knowledge of and am competent to testify to the following facts:

Dated this 7th day of May 2026.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, THAT THE OPINIONS STATED ARE ACCORDING TO A REASONABLE DEGREE OF MEDICAL CERTAINTY ON A MORE-PROBABLE-THAN-NOT BASIS, AND THAT I UNDERSTAND THAT IT IS MADE FOR SUCH USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Thank you,

_____
Alan B. Brown, MD, JD
Orthopedic Surgeon

ABB:imt25k

EXHIBIT 6 - Page 22 of 22