UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>               Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>               Defendants. | NO. 3:25-cv-05380<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LINDA LAROCQUE'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br><br><br>NOTED: JULY 6, 2026 |

The Court has considered Plaintiff Linda LaRocque's Motion for Summary Judgment together with the material provided by counsel. Based upon those materials, and any oral arguments that took place, it is

ORDERED that Plaintiff's Motion for Partial Summary Judgment is GRANTED. Because Defendants cannot offer any expert medical testimony with which to contradict Dr. Bruce Rolfe's expert opinion identifying the treatment Ms. LaRocque received for her injuries arising out of the May 6, 2023 incident was necessary and related, the Court

determines as a matter of law the medical treatment as set forth in Dr. Bruce Rofle's expert reports was necessary and related. Similarly, Defendants have no expert testimony with which to challenge lifecare planning expert Cloie Johnson's opinion that Ms. LaRocque's medical bills were reasonable. The Court determines as a matter of law that the following charges for medical treatment Ms. LaRocque received related to her May 6, 2023 injuries are reasonable.

### Ms. LaRocque's Medical Costs

| PROVIDER | DATES | TOTAL |
|---|---|---|
| MultiCare Allenmore Hospital | 6/11/2023-12/8/2023 | $274,765.82 |
| Anchor Physical Therapy | 5/10/2023-4/17/2025 | $19,392.50 |
| MultiCare Orthopedics and Sports | 5/9/2023-6/22/2023 | $2,486.00 |
| MultiCare Lakewood Clinic | 11/2/2023-12/3/2025 | $5,620.00 |
| MultiCare Allenmore Building C | 9/29/2023-11/7/2025 | $6,717.00 |
| MultiCare Tacoma General | 11/15/2024-12/5/2025 | $399.00 |
| MultiCare Pulse Heart Institute | 6/6/2023-12/2/2024 | $1,666.00 |
| MultiCare Gig Harbor Medical | 5/1/2025-12/11/2025 | $5,806.00 |
| MultiCare TG Retail/Specialty Pharmacy | 6/27/2023 | $6.17 |
| **Total:** | | **$316,858.49.** |

This case shall proceed to trial on the issues of liability, the necessity and cost of any future related treatment, and the amount of general damages. The jury will be instructed that Ms. LaRocque's past medical treatment, including the two surgeries, was necessary and the resulting medical charges in the amount of $316,858.49 is reasonable.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

DONE IN OPEN COURT this \_\_\_\_ day of April, 2026.

_____
HONORABLE TIFFANY M. CARTWRIGHT

Presented by:

GORDON THOMAS HONEYWELL LLP

By _____
  Robert C. Wilke, WSBA No. 49937
  rwilke@gthlaw.com
  Ian M. Leifer, WSBA No. 56670
  ileifer@gth-law.com
  Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING PLTF'S PARTIAL MSJ - 3 of 3
[4871-5472-8598]