UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                              Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                              Defendants. | NO.  3:25-cv-05380<br><br>DECLARATION OF CLOIE B. JOHNSON, MED, CCM, ABVE-D IN SUPPORT OF PLATINTIFF LINDA LAROCQUE'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON CAUSATION OF INJURIES, NECESSITY OF MEDICAL TREATMENT, AND REASONABLENESS OF MEDICAL EXPENSES |

I, Cloie B. Johnson, declare and state as follows under the penalty of perjury of the laws of the State of Washington:

1.      I am over 18 years of age and competent to testify to the matters in this declaration.  I make the following statements based upon personal knowledge.

2.      Attached as **Exhibit 1** is a true and correct copy of my CV setting forth my qualifications and credentials.

JOHNSON DECL ISO PLTF'S PARTIAL MSJ - 1 of 4
[4871-5472-8598]

3. Attached as **Exhibit 2** is a true and correct copy of my November 22, 2025 report in this matter. The opinions set forth in my report are made on a more probable than not basis and are based on my education, training, and experience.

4. Attached as **Exhibit 3** is a true and correct copy of my February 23, 2026 supplemental report in this matter. The opinions set forth in my supplemental report are made on a more probable than not basis and are based on my education, training, and experience.

5. Attached as **Exhibit 4** is a true and correct copy of my March 16, 2026 supplemental report in this matter. The opinions set forth in my supplemental report are made on a more probable than not basis and are based on my education, training, and experience.

6. As set forth in my reports, I have researched the costs of medical/rehabilitation treatment and services, equipment and other needs described in the bills noted above to determine the reasonableness of the costs of related medical treatment. The table below sets forth the total costs of medical treatment:

| PROVIDER | DATES | TOTAL |
|---|---|---|
| Multicare Allenmore Hospital | 6/11/2023-12/8/2023 | $274,765.82 |
| Anchor Physical Therapy | 5/10/2023-4/17/2025 | $19,392.50 |
| Multicare Orthopedicas and Sports | 5/9/2023-6/22/2023 | $2,486.00 |
| Multicare Lakewood Clinic | 11/2/2023-12/3/2025 | $5,620.00 |
| Multicare Allemore Building C | 9/29/2023-11/7/2025 | $6,717.00 |
| Multicare Tacoma General | 11/15/2024-12/5/2025 | $399.00 |
| Multicare Pulse Heart Institute | 6/6/2023-12/2/2024 | $1,666.00 |
| Multicare Gig Harbor Medical | 5/1/2025-12/11/2025 | $5,806.00 |
| Multicare TG Retail/Specialty Pharmacy | 6/27/2023 | $6.17 |

7. The total of the above is $316,858.49 for Ms. LaRocque's past medical treatment. These charges are reasonable and consistent with the charges of other, similar, medical providers during these same time periods. These charges are consistent with the

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

charges in Life Care Plans coordinated with other clients during these same time periods. As set forth in more detail in my report, my opinion is based on my education, training, and experience.

Dated this 4th day of June, 2026 in Windsor, Ontario, Canada.

Please contact me should you have any comments or questions concerning this information. I reserve the right to revise or amend this report if new or additional information becomes available.

_____
Cloie B. Johnson, MEd, CCM, ABVE-D

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

**DECLARATION OF SERVICE**

I hereby declare that on June 5, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

| John R. Barhoum, WSBA #42776<br>Sarah Tuthill-Kveton, WSBA #51801<br>Hanna R. Lukes, WSBA #62610<br>Chock Barhoum LLP<br>121 SW Morrison Street, Suite 500<br>Portland, OR 97204<br>john.barhoum@chockbarhoum.com<br>sarah@chockbarhoum.com<br>hanna.lukes@chockbarhoum.com<br>michelle.heilbrun@chockbarhoum.com<br>devon.haggart@chockbarhoum.com<br>e-service@chockbarhoum.com | ☐ Via Legal Messenger<br>☐ Via U.S. Mail<br>☒ Via CM/ECF E-Filing<br>☒ Via Email |
|---|---|
| Francis S. Floyd, WSBA No. 10642<br>Skyler P. Urban, WSBA No. 58761<br>Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>ffloyd@nwtrialattorneys.com<br>surban@nwtrialattorneys.com<br>ecampbell@nwtrialattorneys.com<br>skatinas@nwtrialattorneys.com | ☐ Via Legal Messenger<br>☐ Via U.S. Mail<br>☒ Via CM/ECF E-Filing<br>☒ Via Email |

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Sarah M. Weger, Legal Assistant
sweger@gth-law.com

LAW OFFICES
**GORDON THOMAS HONEYWELL LLP**
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565