# EXHIBIT 3



**VOCATIONAL SYSTEMS, INC.**

February 23, 2026

Robert Wilke, Attorney at Law
PO Box 1157
1201 Pacific Ave., Ste. 2100
Tacoma, WA 98401-1157

Re:     Linda Larocque
DOB:  2/9/1958
DOI: 5/6/2023

Dear Mr. Wilke:

This will serve as a Supplement to my report of November 22, 2025. Since that time, I have reviewed updated medical bills and records and have consulted with Bruce Rolfe, MD. This information, in addition to my prior review of medical treatment records, billings and correspondence from Multicare Allenmore Hospital, Anchor Physical Therapy, Multicare Orthopedics and Sports, Multicare Lakewood Clinic, Multicare Allemore Building C, Multicare Tacoma General, Multicare Pulse Heart Institute, Multicare Gig Harbor Medical, and Multicare TG Retail/Specialty Pharmacy have informed my opinion.

It is not my intent to restate these records or consultation in their entirety for purposes of this report.

In performing this work I have followed accepted methodologies and standards of practice. As a Vocational Rehabilitation Counselor, Case Manager and Life Care Planner, I have looked to the medical community to define the nature and extent of impairment. I have then translated those limitations and recommendations to the world of work, independent living, coordination of future medical and rehabilitation services and the costs associated to promote quality of life in the least restrictive environment with respect for independence and human dignity. I have received input for those items prescribed or deemed medically necessary and appropriate from the requisite professional(s); and then provided case management and vocational rehabilitation foundation and expertise for the identification of additional items, as well as costs and replacement rate for the various items identified. I have then ascertained the reasonableness of the costs associated. My opinions are based upon my knowledge, training and experience combined with my clinical judgment.

☐ Main Office (Bothell) • 10132 NE 185ᵗʰ St
Bothell, WA 98011 • (425) 486-4040
Fax: (425) 486-8701
☐ Mount Vernon Office • 205 Stewart Rd Ste 108-7
Mount Vernon, WA 98273 • (360) 424-6239
Fax: (360) 738-9524
☐ Olympia Office • 924 7ᵗʰ Ave SE Suite B
Olympia, WA 98501 • (360) 352-5078
Fax: (253) 779-5486
☐ Wenatchee Office • 200 Palouse St Ste 201-4
Wenatchee, WA 98801 • (509) 665-8382
Fax: (509) 325-7666

☐ Edmonds Office • 7500 212ᵗʰ St SW Suite 216
Edmonds, WA 98026 • (425) 672-9600
Fax: (425) 776-5375
☐ Burien Office • 601 SW 152ⁿᵈ St
Burien, WA 98166• (206) 243-1300
Fax: (206) 243-0366
☐ Kingston Office • 26127 Calvary Lane Suite 300
Kingston, WA 98346 • (360) 633-4252
Fax: (360) 352-5417
☐ Moses Lake Office • 2130 Basin St SW Suite A
Ephrata, WA 98823 • (509) 766-0379
Fax: (509) 325-7666

☐ Bellingham Office • 119 N Commercial Suite 350
Bellingham, WA 98225 • (360) 734-9163
Fax: (360) 738-9524
☐ Tacoma Office • 2607 Bridgeport Way W #2H2
Tacoma, WA 98466 • (253) 779-5485
Fax: (253) 779-5486
☐ Spokane Office • 1814 N Normandie St
Spokane, WA 99205 • (509) 325-7766
Fax: (509) 325-7666
☐ Aberdeen Office • 403 W State Street, Suite 101
Aberdeen, WA 98520 • (360) 637-4024
Fax: (360) 352-5417

Part of my job duties and clinic practice as a Rehabilitation Counselor/Case Manager and Life Care Planner involves the knowledge and assessment of the reasonable value and charges for various medical and life care goods and services. This requires that I keep current on the charges for such goods and services in this region. I use my knowledge and experience when approving or recommending various medical goods and equipment for governmental agencies and private clients. I am also hired to provide my expertise on the reasonable value of medical goods, services and bills in the forensic arena, and have been qualified and accepted as an expert on this subject area by multiple courts.

Experts in my area routinely rely upon our day to day work including clinical communications with the billing departments of local providers, regional data and publications, as well as a particular patient's medical records, bills, bill summaries and testimony of medical personnel in formulating opinions on the reasonable value of medical services in a particular case and time period.

## CONSULTATION:

I had the opportunity to consult with Dr. Rolfe on February 22, 2026 and February 23, 2026. We reviewed the prognosis, treatment recommendations and permanent limitations associated with the injuries sustained. The recommendations for current and future care and services were clarified and are included in the life care plan below.

## ASSESSMENT:

By way of brief summary, I have researched the costs of medical/rehabilitation treatment and services, equipment and other needs described in the bills noted above to determine the reasonableness of the costs. I am commenting on the reasonableness of the costs, not the medical necessity of the treatment. Cost totals are identified as follows:

| PROVIDER | DATES | TOTAL |
|---|---|---|
| Multicare Allenmore Hospital | 6/11/2023-12/8/2023 | $274,765.82 |
| Anchor Physical Therapy | 5/10/2023-4/17/2025 | $19,392.50 |
| Multicare Orthopedics and Sports | 5/9/2023-6/22/2023 | $2,085.00 |
| Multicare Lakewood Clinic | 12/14/2023-12/23/2024 | $3,290.00 |
| Multicare Allemore Building C | 12/22/2023-1/22/2025 | $4,904.00 |
| Multicare Tacoma General | 11/15/2024-6/11/2025 | $296.00 |
| Multicare Pulse Heart Institute | 6/6/2023-12/2/2024 | $1,666.00 |
| Multicare Gig Harbor Medical | 5/1/2025 | $3,548.00 |
| Multicare TG Retail/Specialty Pharmacy | 6/27/2023 | $6.17 |
| Olympic Sports and Spine | 1/20/2026-1/28/2026 | $1,098.00 |

**The total of the above is $310,907.49.** These charges are reasonable and consistent with the charges of other, similar, medical providers during these same time periods. These charges are

consistent with the charges in Life Care Plans coordinated with other clients during these same time periods.

**LIFE CARE PLAN:**

Life Care Planning is a longstanding tool of Case Management used to coordinate current and future medical and rehabilitation needs for people who experience a serious injury or illness. A Life Care Plan is a dynamic document based upon published standards of practice, comprehensive assessment, data analysis, and research which provides an organized, concise plan for current and future needs with associated costs, for individuals who have experienced catastrophic injury or have chronic health care needs.

Ms. Larocque's condition and sequelae will require ongoing medical, rehabilitation, and durable medical equipment needs over her lifetime to enable her to maintain her life roles and responsibilities as an adult.

Based on the recommendations for current and future medical and rehabilitation needs, I have researched and identified providers, costs and frequencies of replacement for the identified equipment and items. I have completed a thorough and comprehensive coordination and facilitation of resources and costs to address medical and rehabilitation needs.

The Life Care Plan is reflective of information obtained from the available medical records, my clinical interview, consultations with Dr. Rolfe and my specialized knowledge, training, experience and clinical judgment.

Per the Life Care Planning Standards of Practice [1] and the Majority and Consensus statements derived from Life Care Planning Summits since 2000[2], the associated costs noted in the Life Care Plan are derived from a combination of costs gathered from my day costs noted in the attached Preliminary Life Care Plan are gathered from my day-to-day clinical practice, including but not limited to: Costs obtained from actual provider bills; and/or a survey of costs from geographically appropriate providers; and/or conservative estimations obtained from resources routinely relied upon within the sub-specialty practice of Life Care Planning. The cost for each item represents a base cost for geographically appropriate resources that are routinely and reliably available, now and in the future. Sales taxes, shipping, handling, and installation fees are not included, unless otherwise specified. All costs reflect the usual and ordinary charge for each item (the average cost) within a specific geographic area.

---

[1] 4th Edition published by the Life Care Planning Section of the International Association of Rehabilitation Professionals, (2022), Journal of Life Care Planning, Vol. 20, No. 3, pp 7-23.

[2] Johnson, C., Williams, C., MacKenzie, A., and Feerick, B., Consensus and Majority Statements since 2000: Updated at the 2025 Life Care Planning Summit. Journal of Life Care Planning, 23(2), 72–79.

| ITEM | FREQUENCY | DURATION | BASE COST | TOTAL COST |
|---|---|---|---|---|
| Orthopedic Evaluation Monitoring and Treatment | Average every two years | Current Age to Life Expectancy | $398.40 | $3,187.20 |
| Cane | Average every 4 years (4 total) | Current Age to Life Expectancy | $35.00 | $140.00 |
| Walker | Average every 4 years (4 total) | Current Age to Life Expectancy | $230.00 | $920.00 |
| Manual Wheelchair | Average every 7 years (3 total) | Current Age to Life Expectancy | $1,100.00 | $3,300.00 |
| Shower Bench | Average every 7 years (3 total) | Current Age to Life Expectancy | $99.95 | $299.85 |
| Hand Held Shower | Average every 7 years (3 total) | Current Age to Life Expectancy | $39.95 | $119.85 |
| Grab bars (2) | Average every 7 years (3 total) | Current Age to Life Expectancy | $40.00 | $240.00 |
| Scooter for mobility | Average every 7 years (3 total) | Current Age to Life Expectancy | $2,315.00 | $6,945.00 |
| Batteries | Average every 2 years | Current Age to Life Expectancy | $600.00 | $4,800.00 |
| Lift for Scooter | Average every 7 years (3 total) | Current Age to Life Expectancy | $2,193.50 | $6,580.50 |
| Maintenance | Average annually | Current Age to Life Expectancy | $200.00 per year | $3,400.00 |
| Household/Chore Services[3] | Average 4 to 6 hours per week | Current Age to Life Expectancy | $48.50 per hour | $171,496.00 to $257,244.00 |

According to the 2020 Washington State Insurance Commissioners Table[4], the life expectancy remaining is an additional 17.45 years. Calculations are made utilizing 17 years. **The total costs associated with the Life Care Plan range from $196,408.70 to $287,176.45.**

---

[3] Household services are those activities which are normally performed to maintain oneself and one's family, and typically consist of such task groups as housecleaning, meal preparation and clean up, laundry, minor maintenance, lawn and garden care, transportation, shopping, and record keeping. Dr. Rolfe indicated the impact of the left knee injury resulted in impaired abilities requiring replacement for household chores, driving, etc..

[4] https://www.insurance.wa.gov/life-expectancy-table

Linda Larocque
February 23, 2026
Page 5

Please contact me should you have any comments or questions concerning this information. I reserve the right to revise or amend this report if new or additional information becomes available.

Sincerely,

Cloie B. Johnson, M.Ed., ABVE, CCM
Vocational Rehabilitation Counselor/Case Manager