# Exhibit 4



February 23, 2026


Robert Wilke, Attorney at Law
PO Box 1157
1201 Pacific Ave., Ste. 2100
Tacoma, WA 98401-1157


Re:    Linda Larocque
DOB:  2/9/1958
DOI: 5/6/2023


Dear Mr. Wilke:

This will serve as a Supplement to my report of November 22, 2025 and February 23, 2026. Since that time, I have reviewed updated medical bills and records from Multicare. This information, in addition to my prior review of medical treatment records, billings and correspondence from Multicare Allenmore Hospital, Anchor Physical Therapy, Multicare Orthopedics and Sports, Multicare Lakewood Clinic, Multicare Allemore Building C, Multicare Tacoma General, Multicare Pulse Heart Institute, Multicare Gig Harbor Medical, and Multicare TG Retail/Specialty Pharmacy have informed my opinion.

It is not my intent to restate these records or consultation in their entirety for purposes of this report.

In performing this work, I have followed accepted methodologies and standards of practice. As a Vocational Rehabilitation Counselor, Case Manager and Life Care Planner, I have looked to the medical community to define the nature and extent of impairment. I have then translated those limitations and recommendations to the world of work, independent living, coordination of future medical and rehabilitation services and the costs associated to promote quality of life in the least restrictive environment with respect for independence and human dignity. I have received input for those items prescribed or deemed medically necessary and appropriate from the requisite professional(s); and then provided case management and vocational rehabilitation foundation and expertise for the identification of additional items, as well as costs and replacement rate for the various items identified. I have then ascertained the reasonableness of the costs associated. My opinions are based upon my knowledge, training and experience combined with my clinical judgment.

☐ Main Office (Bothell) • 10132 NE 185ᵗʰ St
Bothell, WA 98011 • (425) 486-4040
Fax: (425) 486-8701
☐ Mount Vernon Office • 205 Stewart Rd Ste 108-7
Mount Vernon, WA 98273 • (360) 424-6239
Fax: (360) 738-9524
☐ Olympia Office • 924 7ᵗʰ Ave SE Suite B
Olympia, WA 98501 • (360) 352-5078
Fax: (253) 779-5486
☐ Wenatchee Office • 200 Palouse St Ste 201-4
Wenatchee, WA 98801 • (509) 665-8382
Fax: (509) 325-7666

☐ Edmonds Office • 7500 212ᵗʰ St SW Suite 216
Edmonds, WA 98026 • (425) 672-9600
Fax: (360) 738-9524
☐ Burien Office • 601 SW 152ⁿᵈ St
Burien, WA 98166• (206) 243-1300
Fax: (206) 243-0366
☐ Kingston Office • 26127 Calvary Lane Suite 300
Kingston, WA 98346 • (360) 633-4252
Fax: (360) 352-5417
☐ Moses Lake Office • 2130 Basin St SW Suite A
Ephrata, WA 98823 • (509) 766-0379
Fax: (509) 325-7666

☐ Bellingham Office • 119 N Commercial Suite 350
Bellingham, WA 98225 • (360) 734-9163
Fax: (360) 738-9524
☐ Tacoma Office • 2607 Bridgeport Way W #2H2
Tacoma, WA 98466 • (253) 779-5485
Fax: (253) 779-5486
☐ Spokane Office • 1814 N Normandie St
Spokane, WA 99205 • (509) 325-7766
Fax: (509) 325-7666
☐ Aberdeen Office • 403 W State Street, Suite 101
Aberdeen, WA 98520 • (360) 637-4024
Fax: (360) 352-5417

Part of my job duties and clinic practice as a Rehabilitation Counselor/Case Manager and Life Care Planner involves the knowledge and assessment of the reasonable value and charges for various medical and life care goods and services. This requires that I keep current on the charges for such goods and services in this region. I use my knowledge and experience when approving or recommending various medical goods and equipment for governmental agencies and private clients. I am also hired to provide my expertise on the reasonable value of medical goods, services and bills in the forensic arena, and have been qualified and accepted as an expert on this subject area by multiple courts. Experts in my area routinely rely upon our day to day work including clinical communications with the billing departments of local providers, regional data and publications, as well as a particular patient's medical records, bills, bill summaries and testimony of medical personnel in formulating opinions on the reasonable value of medical services in a particular case and time period.

## ASSESSMENT:

By way of brief summary, I have researched the costs of medical/rehabilitation treatment and services, equipment and other needs described in the bills noted above to determine the reasonableness of the costs. I am commenting on the reasonableness of the costs, not the medical necessity of the treatment. Cost totals are identified as follows:

| PROVIDER | DATES | TOTAL |
|---|---|---|
| Multicare Allenmore Hospital | 6/11/2023-12/8/2023 | $274,765.82 |
| Anchor Physical Therapy | 5/10/2023-4/17/2025 | $19,392.50 |
| Multicare Orthopedicas and Sports | 5/9/2023-6/22/2023 | $2,486.00 |
| Multicare Lakewood Clinic | 11/2/2023-12/3/2025 | $5,620.00 |
| Multicare Allemore Building C | 9/29/2023-11/7/2025 | $6,717.00 |
| Multicare Tacoma General | 11/15/2024-12/5/2025 | $399.00 |
| Multicare Pulse Heart Institute | 6/6/2023-12/2/2024 | $1,666.00 |
| Multicare Gig Harbor Medical | 5/1/2025-12/11/2025 | $5,806.00 |
| Multicare TG Retail/Specialty Pharmacy | 6/27/2023 | $6.17 |

**The total of the above is $316,858.49.** These charges are reasonable and consistent with the charges of other, similar, medical providers during these same time periods. These charges are consistent with the charges in Life Care Plans coordinated with other clients during these same time periods.

Please contact me should you have any comments or questions concerning this information. I reserve the right to revise or amend this report if new or additional information becomes available.

Sincerely,

Cloie B. Johnson, M.Ed., ABVE, CCM
Vocational Rehabilitation Counselor/Case Manager