UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA LAROCQUE,

             Plaintiff,

    v.

THE KROGER CO., a foreign corporation doing business in Washington state; and FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state,

             Defendants.

NO. 3:25-cv-05380-MJP

[PROPOSED] ORDER GRANTING GATEKEEPER SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

**ORDER**

THIS MATTER came before the Court on Defendant Gatekeeper Systems, Inc.'s Motion for Summary Judgment. The Court reviewed the records and files herein and the following material submitted by the parties in support of or opposition to Defendant's Motion:

1. Defendant's Motion for Summary Judgment, and supporting declarations and exhibits;

2. Plaintiff's Response to Defendant's Motion for Summary Judgement, and declarations and exhibits in opposition;

[PROPOSED] ORDER GRANTING GATEKEEPER SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT - 1

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

3.  Defendants' Reply; and

4.  _____

HAVING reviewed the foregoing records and files, the Court finds that there are no material issues of fact that precluded summary judgment and Defendant is entitled to summary judgment as a matter of law. The Court therefore grants Defendant's Motion for Summary Judgment.

It is therefore **ORDERED**:

1.  Defendant's Motion for Summary Judgment is **GRANTED**.

2.  Plaintiff's claims and causes of action against Defendant Gatekeeper Systems, Inc. are dismissed with prejudice.

DONE IN OPEN COURT this ___ day of _____ 2026

_____
Honorable Judge Tiffany M. Cartwright

Presented by:

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS, P.S.

By: _____
Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761
3101 Western Ave, Suite 400
Seattle, WA  98121
206-441-4455
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
*Attorneys for Defendant Gatekeeper Systems, Inc.*

[PROPOSED] ORDER GRANTING GATEKEEPER SYSTEMS, INC.'S
MOTION FOR SUMMARY JUDGMENT - 2

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455