# EXHIBIT 4



Sign Mounted Inside Cart facing backwards towards shopper.

!WARNING!

STOP

Shopping Carts may **stop unexpectedly** at exit doors and carts will stop if taken beyond the perimeter of the parking lot.

ASSET PROTECTION DEVICE INSTALLED

M-8033B

GK_0016

Plastic Cart Mount 9"x 2" Includes hardware (three sizes of screws included)