UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                         Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                         Defendants. | NO. 3:25-cv-05380<br><br>DECLARATION OF BRUCE ROLFE MD IN SUPPORT OF PLATINTIFF LINDA LAROCQUE'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON CAUSATION OF INJURIES, NECESSITY OF MEDICAL TREATMENT, AND REASONABLENESS OF MEDICAL EXPENSES |

I, Bruce Rolfe, MD, declare and state as follows under the penalty of perjury of the laws of the State of Washington:

1. I am over 18 years of age and competent to testify to the matters in this declaration. I make the following statements based upon personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of my CV setting forth my qualifications and credentials.

DR. ROLFE DECL ISO PLTF'S PARTIAL MSJ - 1 of 4
[4871-5472-8598]

3. Attached as **Exhibit 2** is a true and correct copy of my February 26, 2026 report in this matter. The opinions set forth in my report are made on a more probable than not basis and are based on my education, training, and experience.

4. Attached as **Exhibit 3** is a true and correct copy of my April 2, 2026 addendum/supplemental report in this matter. The opinions set forth in my addendum/supplemental report are made on a more probable than not basis and are based on my education, training, and experience. (Collectively, "Reports").

5. As discussed in detail in my February 26, 2026 report, on a more probable than not basis and to a reasonable degree of medical certainty, Ms. LaRocque's knee injury was caused by the May 6, 2023 incident in which her left knee struck the back of a Fred Meyer shopping cart. As Ms. LaRocque was leaving the Fred Meyer store, walking back out into the parking area, the cart locked up, and Ms. LaRocque struck her recently operated left knee on the shopping cart.. Evaluation by Ms. LaRocque's medical providers soon after the May 6, 2023 incident showed a nondisplaced fracture of the patella.

6. My conclusion that the shopping cart incident caused a nondisplaced fracture of Ms. LaRocque's patella is based on a number of items, including Ms. LaRocque's treating providers' records. For example, a May 9, 2023 chart note from Alexandria Bones, PA-C confirms that Ms. LaRocque's injury was caused by her left knee striking the shopping cart:

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

7. Similarly, Ms. LaRocque's May 9, 2023 and June 22, 2023 imaging studies demonstrate that her patella shifted following her February 9, 2023 surgery, which is consistent with when Ms. LaRocque's knee came into contact with the shopping cart on May 6, 2023.

8. Additionally, Dr. W. Frederick Thompson, MD, the orthopedic surgeon who performed Ms. LaRocque's first total knee replacement, noted during Ms. LaRocque's Pre-Op Evaluation for her second surgery, that Ms. LaRocque had been healing uneventfully, but then the incident with the shopping cart occurred and ruptured her patella tendon.

9. I also reviewed Ms. LaRocque's deposition testimony, and evaluated Ms. LaRocque in person. Based on my education, training, experience, and all the materials I reviewed as set forth in my reports, on a more probable than not basis and to a reasonable degree of medical certainty, Ms. LaRocque's patellar tendon rupture was caused by the May 6, 2023 shopping cart incident.

10. The medical treatments provided, as documented in the excerpted related medical records, a true and correct copy of which are attached as **Exhibit 4, Exhibit 5, Exhibit 6, and Exhibit 7**, and discussed in my Reports, are necessary and on a more probable than not basis related to the accident of May 6, 2023.

11. I have reviewed Cloie Johnson's reports. Ms. Johnson's totals of Ms. LaRocque's past medical bills in her March 16, 2026 supplemental report are charges for medical treatment that was necessary and related to the May 6, 2023 incident.

Dated this 3rd day of June, 2026 in Bellevue, Washington.



_____

Bruce Rolfe, MD

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

# DECLARATION OF SERVICE

I hereby declare that on June 5, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

John R. Barhoum, WSBA #42776
Sarah Tuthill-Kveton, WSBA #51801
Hanna R. Lukes, WSBA #62610
Chock Barhoum LLP
121 SW Morrison Street, Suite 500
Portland, OR 97204
john.barhoum@chockbarhoum.com
sarah@chockbarhoum.com
hanna.lukes@chockbarhoum.com
michelle.heilbrun@chockbarhoum.com
devon.haggart@chockbarhoum.com
e-service@chockbarhoum.com

☐ Via Legal Messenger
☐ Via U.S. Mail
☒ Via CM/ECF E-Filing
☒ Via Email

Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761
Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
ecampbell@nwtrialattorneys.com
skatinas@nwtrialattorneys.com

☐ Via Legal Messenger
☐ Via U.S. Mail
☒ Via CM/ECF E-Filing
☒ Via Email

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Sarah M. Weger, Legal Assistant
sweger@gth-law.com

DR. ROLFE DECL ISO PLTF'S PARTIAL MSJ - 4 of 4
[4871-5472-8598]