# EXHIBIT 1

# CURRICULUM VITAE

## BRUCE ARTHUR ROLFE, M. D.

**PERSONAL INFORMATION:**

Work address:      Orthopedic Forensic Advisors, LLC
                   11900 NE 1st Street
                   Suite 300
                   Bellevue WA 98005

Phone              Cell: (425) 417 7069

Email              brucerolfe@gmail.com

Birthdate:         December 28th, 1957

Birthplace:        Seattle, Washington

Dependents:        Justin, Sarah, Nathaniel, and John

## EDUCATION:
University of Illinois, Urbana, Illinois, 1976-1977

*Bachelor of Science*
University of Oregon, Eugene, Oregon, 1977-1980

*Medical Degree*
Oregon Health Sciences University, Portland, Oregon, 1980-1984

## POST GRADUATE TRAINING
*Rotational Internship*
Oregon Health Sciences University, Portland, Oregon, 1984-1985.

*Orthopedic Fellowship*
Mount Sinai Medical Center, Miami Beach, Florida, 1985-1986.

*Residency in Orthopedic Surgery*
Montefiore Medical Center/The Albert Einstein College of Medicine, Bronx, New York, 1986-1990.

## FELLOWSHIP
Sports Medicine Fellow, Southern California Orthopedic Institute, Van Nuys, California, 1991-1992.

## BOARD STATUS

## ABOS: Orthopaedics

Initially Certified 07/15/1994-12/31/2004
Recertified 01/01/2005-12/31/2014
Recertified 01/01/2015-12/31/2024
Recertified 01/01/2025-12/31/2034

## LICENSURE TO PRACTICE
California License #G068454 (inactive)
Florida License #ME0047392 (inactive)
New York License #1628080 (inactive)
Washington License #29212 (active)

## HONORS

Top Doctors 2022, Seattle Magazine *"Seattle magazine's 22nd annual list of the best physicians in the Puget Sound region"*

## PROFESSIONAL ACTIVITIES

Current:

| | |
|---|---|
| 2022 – present | Orthopedic Forensic Advisors LLC<br>Bellevue Washington |

Private Practice:

| | |
|---|---|
| 2016 – 2021 | EvergreenHeath<br>Department of Orthopedics<br>Kirkland, Washington |
| 1998 – 2016 | KneeFootAnkleCenter<br>Kirkland, Washington |
| 1991 – 1997 | Orthopedic Surgery and Sports Medicine<br>Washington Orthopedics & Sports Medicine, Kirkland, Washington |
| 1990 – 1991 | Attending Orthopedist, Kaiser Permanente Hospital<br>Oakland, California |

## PROFESSIONAL SOCIETIES

**American Academy Orthopedic Surgeons**

## WOK EXPERIENCE

Sports medicine, Washington Sports Medicine 1992 – 1998
       Especially knee shoulder and trauma
       Support colligate sports teams including soccer, softball and track & field
       Supported hs football Issaquah high school
Lower extremity
       KneeFootAnkleCenter 1998 – 2016
       Sports medicine knee, foot ankle injuries and surgeries.
EvergreenHealth 2016 - 2022
       Hip & Knee replacement surgery

**Clinical Experience:** 30 years in private practice
       Arthroscopic knee surgeries – 4000
       Arthroscopic shoulder surgeries - 300
       Knee replacement surgeries-  600
       Hip replacement surgeries -   300
       Patient examinations-          60,000

## PUBLICATIONS:

Rolfe, B.; Patten, R.; Sullivan, j.: Changes in tibial-femoral alignment, which occur during knee flexion-a study of normal and unicompartmental arthritic knees. <u>Orthopefic Transactions,</u> at press.

Rolfe, B., Bramwell, S., Scurlock, S. and Wallace, K., Outpatient ACL Reconstruction. <u>Orthopedic Transactions,</u> 1993.

Rolfe, B., and Sowa, D.: Mixed gonococcal and mycobacterial sepsis of the wrist. <u>Clin. Orthopedic</u> 257:100, August 1990.

Rolfe, B., Nordt, W., and Sallis, J.: Assessing fibular length using bimalleolar angular measurements. <u>Foot and Ankle,</u> 10(2): 104, October 1989.

Beals, R.K., and Rolfe, B.A.: VATER Association. A unifying concept of multiple anomalies. <u>J. Bone and Joint Surg</u>., 71-A: 948950, July 1989.

Rolfe, B., Rubman, M., Hannafin, J., and Sadler, A.: Fractures and dislocations associated with seizures <u>Orthopedic Transactions</u>, published 1989.

Rosenberg, L. and Rolfe, B.: Femoral allograft reconstruction after trauma. <u>Orthopedic Grand Rounds.</u> 5:10-16, December 1988.

## LECTURES AND PRESENTATIONS:

***National & International:***

Changes In Tibiofemoral Alignment Which Occur Curing Knee Flexion – A study of Normal and Unicompartmental Arthritic Knees accepted for poster presentation Patten, R., Sullivan, J. at AAOS conference, New Orleans, February 1994.

**Outpatient ACL Reconstruction** with Bramwell, S., Scurlock, J. and Wallace K., American Academy of Orthopedic Surgeons Annual Conference. San Francisco, California, February 1992.

**Fibular Shortening in Unstable Ankle Fractures** with Liebermann, G., Distefano, M., and Sallis, J., AOA Residents Conference. Newport California, March 1990.

**Fractures and Dislocations Associated** with Seizures with Rubman, M., Hannafin, J., and Sadler, A., American Orthopedic Foot and Ankle Society Annual Meeting. Canterbury, England, November 1988.

**Seizure Associated Shoulder Injuries** with Rubman, M., Hannafin, J., and Sadler, A., American Orthopedic Foot and Ankle Society Annual Meeting. Sun Valley, Idaho, August 1989.

**Fibular Shortening in Unstable Ankle Fractures** with Liebermann, G., Distefano, M., and Sallis, J., British Foot and Ankle Society Annual Meeting. Canterbury, England, November 1988.

**Assessing Fibular Length Using Bimalleolar Angular Measurements** with Nordt, W., and Sallis, J., American Orthopedic Foot and Ankle Society Annual Meeting. Minneapolis, Minnesota, July 1988.

***Local:***

**Creating Great Throwers,** 8th Annual Coaches Conference, Husky Stadium, August 9, 1993.

**Evaluation and Treatment of Foot Stress Fractures.** Washington Orthopedics & Sports Medicine Continuing Topics in Sports Medicine CME conference, June 1993.

**Young People with Old Knees – Advances in Evaluation and treatment of Acute Injuries,** Eureka, California, May 1993.

**Impingement Syndrome – Path mechanics and Treatment, and Biceps Tendon Problems.** Rainier Medical Imaging Center/ Washington Orthopedics Sports Medicine Joint conference – Recent Advances in Shoulder Disorders, Woodinville, Washington, April 1993

**Pay Me Now… or Pay Me Later –** Exercises and maintenance for Knees Open Community Seminar, Kirkland, Washington, March 1993.

**Operative Treatment of Patellar Instability.** Rainier Medical Imaging Center/Washington Orthopedics & Sports Medicine Joint conference – Advances in Diagnosis & Treatment of Patellofemoral Complaints, Kirkland, Washington, October 1992.

**Upper Extremity Injuries in Athletics – Initial Evaluations.** Seventh Annual Coaches Conference, Washington Sports Medicine/Department of Intercollegiate Athletics – University of Washington, Seattle, Washington, August 1992.

**Vertebral Malformations and Associated Anomalies** with Robbins, J., and beals, R., Oregon Orthopedic Society Annual Meeting, Portland, Oregon, May 1984.


**Hobbies:**
Skiing, Flying and Scuba diving