# EXHIBIT 2

February 26, 2026


Robert C. Wilke, Attorney at Law
Gordon Thomas Honeywell
1201 Pacific Avenue
Suite 2200
Tacoma WA 98402

Claimant Name:     Linda Larocque
Date of Birth:       February 9, 1958
[File/Claim]
Date of Injury:      May 6, 2023

Report prepared by:

Bruce Rolfe, MD
Orthopedic Forensic Advisors, LLC
11900 NE 1st Street, Suite 300
Bellevue, WA  98005

**REASON FOR THE EXAMINATION:**

Left knee injury on May 6, 2023.

**LOCATION OF EXAMINATION:**

Examination is in Bellevue, Washington.

**OTHERS IN ATTENDANCE:**

None.

**DOCTOR/PATIENT RELATIONSHIP:**

Ms. Larocque was informed that a written report would be sent to the requesting agency and that the examination was for evaluative purposes only.  Furthermore, Ms. Larocque was informed that the purpose of the examination was to address specific injuries or conditions as outlined by the requesting party, was not meant to constitute a general medical examination, and is not a substitute for a personal physician(s) or health care.  Ms. Larocque was informed at the time of the examination not to engage in any physical maneuvers beyond what could be tolerated or which were felt to be beyond their personal limits or could cause physical harm or injury.

The opinions formed in this report are based on the provided medical records and the interview and examination of the claimant on the day of the examination.  The opinions formed in this report are given "on a more-probable-than-not" basis. The conclusions of this report are subject to review if additional information is provided

Medicine is both an art and a science.  The recommendations within this report reflect the author's current understanding of medical education, experience and peer-reviewed, medical scientific literature.  Recommendations for a return to work or leisure activities are based on the accepted concepts of risk, capacity, and tolerance.  The opinions in this report do not guarantee that the claimant will not be injured with activity but do represent the assessment of risk according to the findings of this evaluation.

Records Reviewed:

1.  Anchor Physical Therapy:  01/04/2023 – 04/03/2025
2.  MultiCare:  01/12/2023 – 05/01/2025

**CHIEF COMPLAINT:**

Left knee pain.

**HISTORY OF PRESENT INJURY:**

Linda Larocque is a 67-year-old female who recalls an injury she sustained on May 6, 2023.  On that day, she was shopping with her husband.  She was still in the recovery phase

from left total knee replacement and thus, she used a shopping cart for stability.  As she was leaving the store, walking back out into the parking area, the cart locked up, and she ran into the car with her recently operated left knee.  She had immediate pain.  Evaluation soon after showed a nondisplaced fracture of the patella.  She was sent for physical therapy. Several weeks went by, but her pain was excruciating, and she had increased swelling.  She was evaluated by her surgeon and deemed to have a patellar tendon rupture.  Surgery for stabilization was done June 26, 2023.

Prior to the accident, she had just completed her physical therapy.  She was walking without a cane.  She could climb and descend stairs.  Her walking endurance was up to 30-plus minutes.  Her pain relief after surgery had been dramatic.  She was extremely pleased with her improved function. She was walking without a walker or cane. Her physical therapist had noted that her range of motion was quite good at 0 to 125 degrees.  She was released from physical therapy on May 4, 2023.

She has the accident two days later, on May 6th 2023. Following the accident, she required the use of a cane.  She had significant knee swelling and pain.  She made no progress in physical therapy.  Revision surgery to repair her patellar tendon was done on June 26, 2023. Unfortunately, two months later, on August 31, 2023, her patella once again was out of position, indicating that the surgical repair of the patellar tendon had failed.  She had a second opinion by doctor Adler resulting in an extensive total knee revision with patellectomy and a mesh graft on December 4, 2023.    The scar was quite long.  The hospitalization was one week and required an extensive period of bracing with restricted motion and then casting.  The post operative casting was three months.  The cast caused a significant limitation in her mobility.  Also, the cast had suspension issues slipping down against her foot causing pain and abrasions.

Her mobility was quite impaired.  Her weight bearing was restricted to toe-touch. She had limited mobility with a walker and often had to use a wheelchair.

Following her casting, she was braced for another three months.

She completed physical therapy after her patellectomy and knee revision.  However, her functional limitations are significant and persist.

Her low back became painful during the rehabilitation due to restrained left leg weight bearing and casting. Her low back has been treated with physical therapy, but daily and pain persists.

Her right knee arthritis has flared since the accident. The right knee has received several injections. A conversation between Ms. Larocque and her treating physician has started about doing right knee replacement.

**CONDITION PRIOR TO ACCIDENT:**

Condition activities prior to the accident included gardening. She did wedding planning and floral arrangements. She cooked extensively and routinely.  She did housework.  She went shopping, and she would drive.

She was able to help her daughter-in-law, who is a nurse, providing parenting/daycare services for her two year old grand-daughter.  She was sole care provider for the grand-daughter prior to the accident.  She had returned to full parenting capacity following her knee replacement and prior to the accident.

**CURRENT CONDITION:**

Her left knee aches every day.  The aching extends up into the hip and causes a limp.  She requires the use of a cane in her right hand.  She has difficulty sleeping.  She has to ice on and off every day, more or less continuously.  She is unable to drive.  She can do gardening, but it is quite limited.  She has to place seats in certain areas so that she can do some potting, etc., while sitting.

She cooks in a limited fashion while sitting.  She can do some housework, but mostly, it is whatever she can do while sitting.

She has difficulty with stairs, doing them one by one, and requires a railing.

She has low back pain radiating into left posterior hip pain with any walking activity.  Her right knee is also painful, and knee replacement has been recommended on her right knee. She is aware that she puts additional strain on her right knee as a result of protecting her left.

**WORK:**

Semi-retired.  Wedding planning and floral arrangements.

**RECREATION:**

Cooking

**ACTIVITY OF DAILY LIVING:**

Limited in standing, walking, stairs, and lifting.

**PAST MEDICAL HISTORY:**

Past medical history includes hypertension, sleep apnea, depression, and supraventricular tachycardia.  Special procedure:  CPAP.

## REVIEW OF SYSTEMS:

**MEDICATIONS:**   Medications include alprazolam, aspirin, duloxetine (Cymbalta), hydrochlorothiazide, hydroxyzine, lisinopril, Ozempic – currently off, Crestor, tramadol – currently off, and verapamil.

**ALLERGIES:**   Allergies of December 23, 2024, include Effexor, Paxil, pravastatin, Prozac, Zoloft, codeine, Lipitor, metoprolol, Voltaren, and simvastatin.

**HABITS:**  non-smoker

## FAMILY HISTORY:

Non-contributory

## SOCIOECONOMIC HISTORY:

**MARITAL STATUS:**  Married

**MILITARY SERVICE:**  None.

**EDUCATION:**  High school.

**OCCUPATION:**  She previously worked at Nordstrom in Bellevue in housekeeping.  She was a school teacher's assistant and playground supervisor until she retired in 1998.

## RECORD REVIEW:

2019 - 2023    Accident & Injury Chiropractic,  Multiple visits for cervical, thoracic and lumber treatments.

**2021 -2024**    Achor Physical Therapy. 80 + visits addressing low back pain and left knee arthritis before and after surgeries. Several visits discuss right knee pain due to increased stress protecting left knee. Neck pain addressed 2021. Left hip complaints addressed 2021, and 2023 prior to and after surgery.

05/15/2021    Lakewood Family Practice. Treater Rachel Dawson MD. Refill Cymbalta and hydrocodone for chronic pain syndrome due to degenerative spine disease and myofascial pain syndrome.

10/14/2018     Lakewood Family Practice. Chronic pain management with Cymbalta and hydrocodone. Back and knee issues.

10/18/2018     Lakewood Family Practice. 2 day history of right knee pain. Likely sprain or flare of underlying arthritis.

05/01/2019     Lakewood Family Practice. Chronic pain management with Cymbalta and hydrocodone. Back and knee issues.

08/18/2019     Lakewood Family Practice. Chronic pain management with Cymbalta and hydrocodone. Back and knee issues.

12/24/2019     Lakewood Family Practice. Chronic pain management with Cymbalta and hydrocodone. Back and knee issues.

09/03/2020     Lakewood Family Practice. Chronic pain management with Cymbalta and hydrocodone. Back and knee issues.

11/10/2020     Lakewood Family Practice. Chronic pain management with Cymbalta and hydrocodone.

02/08/2021     Lakewood Family Practice. Treater Rachel Dawson MD. Refill Cymbalta and hydrocodone for chronic pain.

02/23/2021     Lakewood Family Practice. Treater Rachel Dawson MD.    Follow-up chronic pain from spinal arthritis myofascial muscle pain. She is going to chiropractor for adjustments and it is helping. Continue to have pain neck and her left low back area and left lateral hip has been more painful since the fall 11/2019.

04/05/2021     Lakewood Family Practice. Treater Rachel Dawson MD. Follow up for chronic pain. Complaints include neck, low back, left knee. Treatment includes Tylenol and hydrocodone.

05/21/2021     MultiCare Orthopedics. Evaluation for left knee pain. Treater was William Thompson MD. Linda presents for evaluation of left knee. She describes a history of multiple falls in 2015 when she landed on her left knee. She had two falls in 2016. She has some chronic low back pain with degenerative disc disease. Physical exam includes body weight at 264 lbs. Height 5 foot 5 inches. Antalgic limp. Left knee range of motion 10 to 100°. Plan is non-surgical at this time. Consider surgery once BMI is approximately 38.

05/25/2022     Lakewood Family Practice. Follow up for management of chronic non cancer pain. Impression: lumbar disc disease, chronic pain syndrome, major

depressive disorder, myofascial pain, obstructive sleep apnea, primary osteoarthritis multiple joints, BMI 45 to 49.9. Treatment: Hydrocodone.

06/03/2021     MultiCare Orthopedics. Evaluation for left knee pain. Treater was William Thompson MD. Continue conservative care with medical optimization and weight loss.

06/14/2021     Lakewood Family Practice. Chronic pain management with narcotic support.

11/09/2021     MultiCare Orthopedics. Evaluation for left knee pain. Treater was William Thompson MD. Follow up on treatment plan for left knee arthritis. She has been working in physical therapy and chiropractic care period she has been losing weight. Diabetes is well controlled with hemoglobin A1C at 6.5. Range of motion 10 to 100° Plan is to evaluate with pulmonologist and cardiologist in preoperative assessment.

11/29/2022     Lakewood Family Practice. Just completed emergency laser eye surgery for retinal tear. Having a hard time with balance due to her knee pain. Can't carry groceries due to fear of falling. Annual exam completed. Treater was Rachel Dawson MD.

01/04/2023     Anchor Physical Therapy.  This is noted to be visit number 10, with an initial treatment date of December 6, 2022, for diagnoses of myalgia, other site, and low back pain.  Ms. Larocque reported she was still having left knee pain, but it was improving.  Chiropractic seemed to be helping her back.  She was performing a home exercise program.

12/22/2022     MultiCare Orthopedics. Evaluation for left knee pain. Treater was William Thompson MD. Exam shows antalgic limp. Various deformity of the left knee. Range of motion 10 to 100°. X-rays show advanced Tri compartmental arthritis, Kellgren Lawrence grade four. Conservative and surgical options discussed. Plan for the left total knee replacement.

01/05/2023 &
01/12/2023     Physical therapy provided on January 5, 2023, and January 12, 2023.

01/12/2023     Anchor Physical Therapy.  Patient Progress Note.  Ms. Larocque had been scheduled for left total knee arthroplasty on February 8, 2023, and she was provided with prerehabilitation material.  She appeared to be responding to physical therapy at a fair level, and the degree of lumbosacral tissue irritation and continued hip/core weakness would be a potential challenge for her after her procedure, and her progression of physical therapy had been limited by this.

01/12/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque was seen for preoperative examination and was cleared for surgery.

01/12/2023    MultiCare Pulmonary Specialists.  Lam-Phuong Nguyen, MD.  Ms. Larocque was seen for sleep apnea follow-up.  She had not been seen since July 2021.  She demonstrated excellent compliance with her APAP.  She would be considered low risk from a pulmonary standpoint for upcoming knee replacement surgery.

01/12/2023    Allenmore Diagnostic Imaging.  Chest x-ray was read by Lawrence Tang, MD.

01/17/2023 –
02/02/2023    Physical therapy provided on January 17, 2023; January 19, 2023; January 24, 2023; January 26, 2023; and February 2, 2023.

01/26/2023    MultiCare Lakewood Family Practice.  Rachel Dawson, MD.  Ms. Larocque was seen for a rash in her groin area.

02/06/2023    Anchor Physical Therapy.  Patient Progress Note.  Ms. Larocque continued to have left knee and lower extremity discomfort.  She had recently traveled to San Diego, which may have flared her symptoms.  She would return three weeks post total knee arthroplasty for physical therapy follow-up.

02/07/2023    Physical therapy provided on February 7, 2023.

02/08/2023    Left knee total knee arthroplasty.  W. Frederick Thompson, MD.  (PDF Multicare – MC_000001-3185, page 1707)

02/15/2023    MultiCare Lakewood Family Practice.  Rachel Dawson, MD.  Ms. Larocque was seen in follow-up from her hospital stay for surgery.  She felt like her chronic pain was better.

02/20/2023    Anchor Physical Therapy.  Patient Evaluation.  Ms. Larocque was feeling less pain than she had prior to surgery but now felt more "surgery pain."  Home exercise program provided by the hospital was reviewed.  She appeared to have a good prognosis.

02/22/2023 –
03/21/2023    Physical therapy provided on February 22, 2023; March 1, 2023; March 7, 2023; March 9, 2023; March 14, 2023; March 16, 2023; and March 21, 2023.

02/28/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque presented for postoperative follow-up.  She stated she was doing very well and was very pleased with her progress thus far.  She stated

she had already noticed pain relief as compared to prior to surgery.  She had begun physical therapy.

03/23/2023    Anchor Physical Therapy.  Patient Progress Note.  Ms. Larocque had been progressing well overall but appeared to have self-progressed too quickly and had developed right knee irritation and walked with more of a limp and limited ability to participate with her daily activities.  She was right on track and meeting her goals.

03/28/2023 –
04/25/2023    Physical therapy provided on March 28, 2023; March 30, 2023; April 4, 2023; April 6, 2023; April 10, 2023; April 13, 2023; April 18, 2023; April 20, 2023; and April 25, 2023.

03/28/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque was very pleased with how she was recovering from her left total knee replacement.  She had made excellent progress on range of motion in physical therapy and was working on strengthening.  Range of motion was 0 to 125 degrees.

04/27/2023    Anchor Physical Therapy.  Patient Progress Note.  Ms. Larocque was trying to keep up with her home exercise program and self-progressing.  She had been progressing well with her ability to walk, stand, and go up and down steps.  Her active knee range of motion was progressing well, and she had diminished level of edema to a mild level.

05/02/2023 –
05/25/2023    Physical therapy provided on May 2, 2023; May 4, 2023; May 10, 2023; May 11, 2023; May 15, 2023; May 18, 2023; May 23, 2023; and May 25, 2023.

05/09/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque reported she had been progressing nicely and had been discharged from physical therapy until a week prior, when she hit her knee on a shopping cart, making her stumble.  She had been using the cart as support when it suddenly locked up, and she was told that the carts do that automatically if they do not go through the register.  She had had pain since then and felt that she had taken steps back in recovery.  Her right knee had also become increasingly painful since April 19, when she was kneeling on the floor and felt a pop upon standing.  She stated it felt like a shift in the knee, and she had difficulty weightbearing initially.

On physical examination, the left knee demonstrated moderate soft tissue swelling, most significantly to the contusion area of impact, with trace effusion.  She had full range of motion with discomfort.  The right knee demonstrated mild soft tissue swelling and diminished range of motion secondary to discomfort, with increased tenderness to joint line.

She was reassured that with some time her knee should return to prior function and comfort.  She would continue conservative measures.  A course of physical therapy was recommended for the right knee.

05/09/2023    MultiCare Orthopedics and Sports Medicine Imaging.  Left knee x-rays were read by W. Frederick Thompson, MD.  Impression: Left total knee arthroplasty with satisfactory position of implants.  Small avulsion fracture at inferior tip of patella with satisfactory patella position, recommend clinical correlation regarding extensor mechanism competence.  Possible osteochondral loose body suprapatellar.

05/16/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque stated she was still experiencing increased left knee pain, which she stated had become radiating down her leg into her shin and also into her left hip.  She had also noted some popping noises.  She stated she had gone significantly backward and was unable to complete her physical therapy session due to pain and had to use her cane at all times.  She had resumed physical therapy, but her therapist had to do limited modalities.  She was encouraged to continue efforts with physical therapy and continue conservative measures and use of an ambulatory aid.

05/25/2023    Anchor Physical Therapy. Progress Note.  Ms. Larocque reported she saw a chiropractor for the first time.  She had a slight knee adjustment and felt she did okay but did throw up.  She indicated the knee remained irritated but was better since the adjustment.  She was walking with a cane at all times, advanced from a walker, and needed to stop after two to three minutes.  She had had a setback, and they were currently addressing her elevated edema and pain and reestablishing motor control to help with her degree of function and safety.

06/01/2023 –
06/08/2023    Physical therapy provided on June 1, 2023; June 6, 2023; and June 8, 2023.

06/01/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque stated her left knee continued to be significantly painful and described a sensation of feeling like her scar is ripping.  Physical therapy had been difficult.  She was increasingly frustrated by her setback and slow progression back to where she was prior to the incident.   Plan was unchanged.  Massage was added to her regimen.

06/08/2023    Anchor Physical Therapy.  Progress Note.  Ms. Larocque stated she had more good than bad days but noted her level of activity remained very limited.  She was frustrated with her progress.  She had an injury with a

shopping cart in early May and returned to physical therapy on May 10, 2023.  She had been making fair progress overall.

06/13/2023 –
06/22/2023    Physical therapy provided on June 13, 2023; June 15, 2023; June 20, 2023; and June 22, 2023.

06/22/2023    MultiCare Orthopedics and Sports Medicine Imaging.  Left knee x-rays were read by W. Frederick Thompson, MD.  Impression:  Left knee total knee replacement with patella alta consistent with infrapatellar tendon rupture.  Osteochondral loose body left knee.

06/22/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque had noticed a worsening of her left knee over the past two to three weeks.  The pain was constant and could be sharp and stabbing to a dull ache.  She was unable to lift the leg and had to have manual assistance to do so.  This was affecting her ability to do her own activities of daily living and also had a significant impact on her mental status.  Her decline could be directly attributed to the incident with the shopping cart.  X-rays findings were consistent with left patellar tendon avulsion/rupture.  They would proceed with emergent surgical intervention.

06/26/2023    MultiCare Interventional Cardiology.  Daniel Guerra, MD.  Ms. Larocque was seen for cardiovascular follow-up for known coronary artery disease, which was stable.

06/26/2023    Left knee repair of infrapatellar tendon – primary without graft.  W. Frederick Thompson, MD.  (PDF Multicare – MC_003214-3474, page 30)

07/06/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque was seen for postoperative follow-up.  She described having intense pain in the recovery room and sensation of deep burning, but her discomfort was now tolerable.  She stated the brace continued to drift down her leg and was causing irritation to the positive leg.   On physical examination, the left leg was maintained in full extension during the visit.  Staples were removed, and knee immobilizer was adjusted and placed.  She was progressing as expected.   The importance was stressed to her of maintaining full extension and wearing the brace at all times except for showering.  She could be weightbearing with the brace in place.

08/03/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque stated she was doing okay but had started to have some mild left hip pain.  She had moderate soft tissue swelling and limited range of motion on examination.  She was healing without complications.  She was placed in a range-of-motion brace and set at 0 to 40 degrees, and she would progressively advance this every week.  She was to continue home exercise

program, and formal physical therapy would be initiated at next follow-up in one week.

08/10/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque was having increased pain, mainly to her hip and groin region, and she stated the discomfort increased as she attempted to lift her leg.  She was still having difficulty with the brace sliding down.  Flexion was 80 degrees.  The brace was readjusted to 0 to 90 degrees, and she was to continue to wear the brace at all times.  Once she was comfortably stabilized at 90 degrees, she could begin weaning from the brace.  She should continue using an ambulatory assistive device.

08/15/2023    Anchor Physical therapy.  Reevaluation Note.  Ms. Larocque returned to physical therapy after having a second surgery on June 22, 2023, in which she had to have her left kneecap repositioned and stabilized.  She had been on nonweightbearing to partial weightbearing and returned walking with a front-wheeled walker and weightbearing as tolerated.

08/18/2023 –
08/30/2023    Physical therapy provided on August 18, 2023; August 21, 2023; August 23, 2023; August 28, 2023; and August 30, 2023.

08/31/2023    MultiCare Orthopedics and Sports Medicine.  Alexandria Bones, PA-C.  Ms. Larocque felt like her knee had stayed the same, despite physical therapy.  She had intermittent shooting and stabbing pain, as well as a burning sensation up to the lateral superior portion of the knee.  She was using the brace for support as well as ambulatory, as she did not feel stable without it.  Range of motion was 5 to 100 degrees.  She was unable to perform straight leg raise.  X-rays were performed and reviewed, and there was concern for patella position with change from initial postoperative films.  She was instructed to continue the brace and hold physical therapy at that time.  Her case would be discussed with her surgeon, and they would contact her with a plan.

09/29/2023    MultiCare Orthopedics and Sports Medicine.  Zachary Adler, MD.  Ms. Larocque was seen in the Adult Reconstruction Clinic for consultation.  She reported that her pain and dysfunction were worsening.  On physical examination, range of motion of the left knee was -48 to 126 active and -2 to 126 passive with crepitus.  She had positive medial and lateral joint line tenderness and 2+ effusion.  Left knee alignment was neutral, and there was flexion contracture present.  She had 4/5 motor strength in the ankle and toes.  She had an antalgic gait.  X-rays were independently reviewed and demonstrated severe patella alta with complete disruption of the extensor mechanism and a likely periprosthetic fracture off the inferior pole.  Assessment was left patella tendon rupture, status post left total knee replacement.  Treatment options were discussed, and she would be scheduled for conversion to a hinged total knee replacement with

reconstruction of the extensor mechanism and patellectomy, which would require two to three months of immobilization in a long-leg cast.

11/02/2023 MultiCare Lakewood Family Practice. Rachel Dawson, MD. Ms. Larocque was seen for chronic pain management follow-up. She had multiple stressors surrounding her left knee issues. Impression included chronic pain syndrome; primary osteoarthritis of left knee; myofascial muscle pain; degeneration of lumbar or lumbosacral intervertebral disk; primary osteoarthritis involving multiple joints; Major Depressive Disorder, recurrent episode, moderate; and obstructive sleep apnea, obesity with BMI 45 to 49.9. Oxycodone and Cymbalta were refilled.

11/22/2023 MultiCare Orthopedics and Sports Medicine Imaging. Left knee x-rays were read by Zachary Adler, MD. Impression: Left total knee arthroplasty in place. Severe patella alta with complete disruption of the extensor mechanism. Likely periprosthetic patella fracture off the inferior pole.

11/22/2023 MultiCare Orthopedics and Sports Medicine. Shane Turner, PA-C. Ms. Larocque was seen for preoperative examination and was cleared for surgery.

12/04/2023 Left revision hinged total knee arthroplasty, extensor mechanism reconstruction, patellectomy, and disposable negative pressure wound therapy. Zachary Adler, MD. (PDF Multicare – MC_003214-3474, page 106)

12/14/2023 MultiCare Lakewood Family Practice. Rachel Dawson, MD. Ms. Larocque presented for follow-up of hospital admission and pain management. They planned to stop morphine and switch over to hydrocodone.

12/22/2023 MultiCare Orthopedics and Sports Medicine Imaging. Left knee x-rays were read by Zachary Adler, MD. Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

12/22/2023 MultiCare Orthopedics and Sports Medicine. Shane Turner, PA-C. Ms. Larocque was doing well postoperatively. She had been wearing the hinged knee brace locked in extension as directed. She otherwise had no new complaints. On examination, she had mild tenderness to palpation throughout the left knee with moderate effusion. Imaging revealed an intact-appearing left total knee arthroplasty. She was placed into a long-leg cylinder fiberglass cast and would be casted for a total of two and a half months. She could continue weightbearing as tolerated in the cast.

12/28/2023 MultiCare Orthopedics and Sports Medicine. Andrea Steele, MA. Ms. Larocque was seen for cast adjustment. The ankle cuff was not protecting the edges as it should be and was starting to rub a sore area. They

were able to provide a fix until her orthopedic follow-up the following week.

01/05/2024      MultiCare Orthopedics and Sports Medicine. Shane Turner, PA-C. Ms. Larocque was doing well. She was placed back into a long-leg fiberglass cast. She could be heel weightbearing for transfers.

02/02/2024      MultiCare Orthopedics and Sports Medicine. Shane Turner, PA-C. Ms. Larocque presented for a cast change. She was doing well. She had minimal tenderness to palpation about the left knee surgery site and minimal effusion. She would return in one month for transition back to her hinged range-of-motion brace.

02/08/2024      MultiCare Lakewood Family Practice. Rachel Dawson, MD. Ms. Larocque presented for pain management follow-up. Her case was rubbing on her Achilles tendon and was very painful. She was changed from Victoza to Ozempic for diabetes and weight loss. Xanax and tramadol were refilled.

02/09/2024      MultiCare Orthopedics and Sports Medicine. Shane Turner, PA-C. Ms. Larocque presented for a cast check. Her cast was modified about the Achilles to relieve pressure.

03/01/2024      MultiCare Orthopedics and Sports Medicine Imaging. Left knee x-rays were read by Zachary Adler, MD. Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

03/01/2024      MultiCare Orthopedics and Sports Medicine. Zachary Adler, MD. Ms. Larocque was doing well postoperatively. She had completed physical therapy and had resumed full activity in keeping with standard restrictions for total joint replacement patients. She had not returned to work or her previous activities and required analgesics for the operative knee. Her cast was removed without complications. On physical examination, she had 0 to 20 degrees of active range of motion of the left knee. She had no hip pain at extreme ranges of motion. There was 1+ effusion. Distal neurovascular examination was normal. A physical therapy prescription was provided to initiate range of motion, and she was placed back into her hinged knee brace set at 0 to 45 degrees, which she would maintain for one month. She would increase to 60 degrees for one month, then to 90 degrees for one month. She could be weightbearing as tolerated in the brace locked in full extension. She would continue activity as tolerated per total knee arthroplasty protocol.

03/06/2024      Anchor Physical Therapy. Initial Evaluation Note. Ms. Larocque was now wearing a left knee brace, with the knee fixed at 0 to 40 degrees. She was having a moderate level of deficits with walking with her front-wheeled

walker.  She had a moderate level of pain/discomfort, and her level of irritation had been more constant.

03/07/2024 –
04/02/2024    Physical therapy provided on March 7, 2024; March 12, 2024; March 14, 2024; March 19, 2024; March 22, 2024; March 26, 2024; March 28, 2024; April 1, 2024; and April 2, 2024.  which

04/02/2024    Anchor Physical Therapy.  Progress Note.  Ms. Larocque stated her left knee pain had declined, but the region along the scar and the gastrocnemius was tender.  She was having more issues with walking and felt that was affecting her back, which was irritating her back and slowing her down.  She had not pushed herself but was not actively not doing anything.  She had been dedicated to her home exercise program and appeared ready to progress more, but they would need the splint restrictions modified to allow additional knee flexion.  Her prognosis was good.

04/02/2024    MultiCare Lakewood Family Practice.  Rachel Dawson, MD.  Ms. Larocque was out of a wheelchair and using a walker.  She was attending physical therapy and doing home exercise program.  She was upset at how much weight she had gained but could now start cooking more appropriate food.  She was sitting comfortably with no pain behaviors on examination and was able to stand up on the first try using her hands.  Gait was slow with walker and knee brace.  Health maintenance issues were discussed.

04/09/2024 –
04/30/2024    Physical therapy provided on April 9, 2024; April 11, 2024; April 16, 2024; April 18, 2024; April 23, 2024; April 25, 2024; and April 30, 2024.

04/12/2024    MultiCare Orthopedics and Sports Medicine.  Zachary Adler, MD.  Ms. Larocque was doing well.  She had returned to work and/or previous activities and was not requiring analgesics for the left knee.  Range of motion was passively to full extension and actively -6 to 72 degrees.  There was no laxity to varus or valgus stress at full extension and midflexion. She was placed back into the hinged knee brace set at 0 to 70 degrees, which she would maintain for two weeks and then increase to 90 degrees for one month.  She could work on active and passive range of motion exercises and begin resisted extension.

04/30/2024    Anchor Physical Therapy.  Progress Note.  Ms. Larocque reported improvement in overall functioning and was 50 percent better in the left knee.  Her back felt about 20 percent better.  She reported constant mild pain in her right knee that got up to 5/10.

05/02/2024 –
05/30/2024    Physical therapy provided on May 2, 2024; May 7, 2024; May 9, 2024; May 14, 2024; May 16, 2024; May 21, 2024; May 23, 2024; and May 30, 2024.

05/15/2024    MultiCare Lakewood Family Practice.  Rachel Dawson, MD.  Ms. Larocque stated that getting over her left knee surgery had been tough.  She was still struggling with mobility issues but was getting better every day.  She really wanted to lose weight and be more mobile.  She would pay the copayment for Ozempic as Victoza was no longer covered.

05/24/2024    MultiCare Orthopedics and Sports Medicine.  Zachary Adler, MD.  Ms. Larocque had not completed physical therapy yet.  She reported lower right back and hip pain.  She had been ambulating with a locked brace and walker.  On examination, active range of motion was to -15 degrees, and active range of motion was 0 to 104 degrees.  She could unlock her hinged knee brace on June 1, 2024, and then wean out of it on June 8, 2024, and wean off her assistive device as function and balance allowed.

05/28/2024    MultiCare Lakewood Family Practice.  Rachel Dawson, MD.  Ms. Larocque reported that she had aggravated her chronic back issues.  She stated on May 4, 2024, one of her grandchildren jumped on her right leg while she was sitting in bed, and she had had pain in her right leg and low back ever since.  The pain shot down her leg from her back, mainly when she was walking.  She would walk with her walker, but it was painful.  She could not do physical therapy currently because of the pain so had put that on hold.  She was overall much better than right after the injury but was still not back to baseline.

On physical examination, her gait was normal without a limp.  She could heel walk and toe walk with discomfort, but there was no discomfort on dorsiflexion or plantarflexion.  Hip range of motion was intact, but there was slight medial groin discomfort to palpation, which she felt was not the joint but her myofascial pain issue.  There was knee discomfort with range of motion, especially medially.  Assessment included right lumbar radiculopathy.  She elected to try chiropractic care first for her pain.

05/30/2024    Anchor Physical Therapy.  Progress Note.  Ms. Larocque stated she had made 85 to 90 percent progress with her left knee in terms of improving functioning.  Her biggest issue at that point was low back pain, which she believed was caused as a result of compensation for her left knee during gait.  She requested to be provided activities to address this.

06/04/2024    Physical therapy provided on June 4, 2024; June 6, 2024; June 11, 2024; June 13, 2024; June 18, 2024; June 20, 2024;June 25, 2024; June 27, 2024; and July 2, 2024.

07/02/2024    Anchor Physical Therapy. Progress Note. Ms. Larocque reported a "pulling/tearing" sensation in her right thigh that was really concerning to her because it had not been improving significantly despite multiple conservative measures. She stated, "My quality of life isn't where it needs to be." The left knee had been doing "pretty good."

07/10/2024    DEXA bone density study. Anand Suresh, MD. Impression: The patient has normal bone mass.

07/10/2024    MultiCare Orthopedics and Sports Medicine. Zachary Adler, MD. Ms. Larocque's primary complaint at that time was progressively severe right knee pain. Left knee range of motion was 0 degrees passive and -18 to 114 degrees actively. Right knee range of motion was 0 to 114 degrees. Examination revealed positive crepitus, joint line tenderness, and 2+ effusion. Assessment was progressively severe right knee degenerative joint disease. She had clinical and/or radiographic findings that supported right total knee arthroplasty, but she would need to get her weight down below 260 pounds before proceeding. Injection was performed in the office. She would continue the hinged knee brace for the left knee and could wean off the walker/cane as she was able.

07/10/2024    Right knee intra-articular injection. Zachary Adler, MD. (PDF Multicare – MC_003214-3474, page 205)

08/05/2024    MultiCare Lakewood Family Practice. Rachel Dawson, MD. Ms. Larocque had not recovered from the injury where her grandchild jumped on her leg. She did not go to the chiropractor, and physical therapy just seemed to make things worse. The injection she received helped for about two weeks. Her back pain continued unchanged. She needed right knee joint replacement surgery but needed to get her weight down to 245 pounds. She was cheerful on examination but discouraged with her mobility limitations due to the right knee. She was to continue chiropractic and increase Ozempic to aid in weight loss.

08/08/2024    Physical therapy provided on August 8, 2024.

08/08/2024    Anchor Physical Therapy. Discharge Summary. Ms. Larocque reported she had the mobility to do all of her usual activities. She stated when she did not do the exercises, things began to feel tight. She was unable to drive due to right thigh pain. She stated her back was not getting any better. Right total knee arthroplasty was awaiting scheduling possibly end of 2024 or beginning of 2025. She was agreeable to discharge from physical therapy to a home exercise program.

11/05/2024    MultiCare Lakewood Family Practice. Rachel Dawson, MD. Ms. Larocque was having worsening back pain and was walking with the aid of a walker or cane. Regarding her depression, the year had been a really

hard one for her, but she had been doing better lately. She had had a really negative attitude. She had responded well to chiropractic in the past, but it was difficult for her to continue care due to finances. She would continue Ozempic.

12/02/2024    MultiCare Interventional Cardiology. David Guerra, MD. Ms. Larocque presented for follow-up and seemed stable from this standpoint. She would continue her cardiac medications.

12/23/2024    MultiCare Lakewood Family Practice. Rachel Dawson, MD. Ms. Larocque presented for six-month pain medication review. She stated her back was the main issue. Her left knee got pain in the anterior portion and electric shocks from time to time. It did not feel stable, but she had not fallen. Her right leg was dragging at times, and she felt off balance when walking. On examination, she had some tenderness to palpation of the anterior knee. Back range of motion was intact but with discomfort. She was nontender to palpation along the spine but had pain in the entire lumbar area otherwise. Gait was normal without limp or foot drop, but she was almost shuffling. No balance issues. Her pain medications were refilled: tramadol and Cymbalta..

01/08/2025    MultiCare. X-rays of the lumbar spine were read by an unknown provider. Impression: No acute findings in the lumbar spine. Multilevel degenerative changes.

01/16/2025    Anchor Physical Therapy. Physical Therapy Initial Evaluation Note. Ms. Larocque noted she had significantly declined since discharge from physical therapy in August 2024 where she was ambulating with a single-point cane. She noted persistent swelling in the left knee with episodes of instability and buckling occasionally. She had been experiencing despondency, with periods of not wanting to get out of bed for the last five to six months. She had not been compliant with her home exercise program due to her physical and emotional state.

01/22/2025    MultiCare Orthopedics and Sports Medicine. Zachary Adler, MD. Ms. Larocque reported the same moderate right knee pain, with no improvement with conservative measures. She experienced instability in both of her knees. Left knee range of motion was -24 degrees passively and 0 to 114 degrees actively with positive crepitus. Right knee range of motion was 0 to 128 degrees with crepitus with medial joint line tenderness and 1+ effusion. She was classified as having Kellgren-Lawrence grade 4 arthritis of the right knee, with degenerative changes most severe in the patellofemoral compartment. Right knee injection was performed in the office. She had met criteria for right total knee arthroplasty, but she did not want surgical intervention at that time and wanted to continue with nonoperative treatments.

01/22/2025    Right knee intra-articular injection.  Zachary Adler, MD.  (PDF Multicare – MC_003214-3474, page 239)

01/23/2025 –
02/13/2025    Physical therapy provided on January 23, 2025; January 28, 2025; January31, 2025; February 4, 2025; February 6, 2025; February 11, 2025; and February 13, 2025.

02/13/2025    Anchor Physical Therapy.  Physical Therapy Progress Note.  Ms. Larocque expressed concern about using up her appointments, especially with potential right knee surgery planned for summer.  She had been adhering to her home exercise program.   She had subjective reports of mild improvement in right knee pain and function.   She still demonstrated significant impairments in bilateral, left greater than right, knee extension strength and gait stability without use of a front-wheeled walker.

02/20/2025 –
04/03/2025    Physical therapy provided on February 20, 2025; February 27, 2025; March 5, 2025; March 13, 2025; March 21, 2025; March 27, 2025; April 10, 2025; and April 3, 2025.

03/25/2025    MultiCare Lakewood Family Practice.   Rachel  Dawson,  MD.   Ms. Larocque did not feel that she was making much progress in physical therapy for strengthening her leg.  She could not walk very far at all and was very disabled.  Although she had knee joint arthritis, she did not feel it was the knee pain that was stopping her from being able to continue walking.   She needed to lose weight to have a knee replacement.  Assessment was that she was failing conservative management with physical therapy.  They recommended a lumbar spine MRI.

04/02/2025    MultiCare Interventional Cardiology.  David Guerra, MD.  Ms. Larocque was seen for follow-up of her chronic coronary artery disease, which seemed stable.

05/01/2025    MultiCare.  MRI of the lumbar spine without contrast was read by an unknown provider. Impression: (1) Suggestion of presence of lumbosacral transitional vertebrae with lumbarized S1.  There are 12 paired thoracic ribs that are confirmed on a chest CT of November 15, 2012.  Numbering is counted from above beginning with the first rib-free vertebra as L1 to be consistent.   Attention recommended if there is any future plans for intervention.  (2) No MRI evidence of acute osseous abnormality of the lumbar spine identified.  (3) Advanced degenerative disk at L1-L2 with obliteration of disc space associated with fusion of the vertebral bodies.  (4) Mild to moderate degenerative disk within the remaining lumbar levels, most prominent at L4-L5 and LS-S1.  (5) Combination of spondylosis, ligamentum flavum complex hypertrophy, and facet nephropathy resulting in moderate spinal canal narrowing and moderate bilateral neural foraminal

stenoses at L4-L5 and L5-S1. (6) Also, mild neural foraminal stenoses at L1-L2, L2-L3, and L3-L4. (7) Chronic degenerative 4-millimeter retrolisthesis of L1 over L2, 3-millimeter anterolisthesis of L4 over L5, and 4-millimeter anterolisthesis of L5 over S1.

12/02/2025     TRA medical imaging, MRI Left ankle. History of left ankle injury, peroneal tendon injury. Impression severe peroneal longus tendinopathy with high grade partial thickness to near full thickness tearing. Fluid in the tendon sheath suggesting potential tenosynovitis. Read by Anand Suresh MD.

01/20/2026     Physical therapy initial assessment. Treater Hardeep Gill PT. Linda Larocque is a 67-year-old female who presents today with left ankle pain due to a turn on stairs. She was on the first set of stairs and turning to go up onto the landing when she heard a pop and felt some felt like immediate pulling. Date of onset November 20th, 2020, five. She saw a doctor on the 25th. The whole bottom of her foot was bruised on the side. X-rays we're done and negative an MRI was ordered. She recently had an injection in her hip for a different pain. She had three knee surgeries on her right including total knee, kneecap replacement, and another total knee she had tendons taken from ankle to anchor her knee. *(Editor's note: the ankle tendon transfer idea was not supported by the op reports).*

Linda Larocque has clinical signs and symptoms consistent with left ankle sprain, possible peroneal tendon tear she is unable to walk to get groceries, stair negotiation requires railing, going to the basement patient walks backwards. Possibly impacting POC (point of care) includes 3 knee surgeries on left knee in the span of 10 months. Complex trauma on knee post total knee replacement. Recommend 12 visits physical therapy.

1/20/26 –     Four visits of Physical Therapy provided
1/30/26

**BILLS:**

Charges for Anchor Physical Therapy, 2023-2025, reviewed.

Charges for MultiCare, 2019, 2021-2025, reviewed.

Charges for Olympic Sports and Spine 2026, reviewed.

**<u>PHYSICAL EXAMINATION</u>:**

On physical exam, she is a healthy-appearing female in no apparent distress. She walks with an obvious limp and requires the use of a crutch in her right hand.

Her control is good.  Her limp is significant.

She demonstrated a few stairs today.  She walks one-by-one using her right side for power.  She turns 45 degrees both for climbing and descending, and she is very stair-rail dependent.

Examination of her cervical spine shows a supple full range of motion with extension of 50 degrees, flexion 40 degrees, right and left rotation 55 degrees without pain.

Both shoulders have a supple full range of motion with forward flexion of 140 degrees.  In the abducted position, she can externally rotate 70 degrees and internally rotate 70 degrees.

Strength testing of the shoulder in abduction, internal, and external rotation is 5/5, normal, and bilaterally symmetric.

Stability testing of the shoulder, apprehension testing, and impingement testing all negative.

Both elbows have a supple full range of motion with normal strength.

Both hands, fingers, and hand intrinsics have grossly normal motor power 5/5 all joints tested.

Light touch sensation is intact bilaterally.

Grip strength is 37 pounds on her right hand (*she is right-handed*) and 39 pounds on her left.

Pinch strength is 8 pounds on her right hand and 8.5 pounds on her left.

Lumbar spine exam shows has limited flexibility with forward flexion to 50 degrees producing posterior left hip pain in and around the sciatic notch, but also to the lateral side of the hip. Lumbar lateral tilts are restricted at 10 degrees bilaterally, extension approximately 10 degrees. Palpation of the lumbar spine shows a vague tenderness deep, primarily on the left, in the lumbar paraspinal musculature.  She has no midline step-offs or tenderness. Straight leg raising is mildly positive on the left, reproducing posterior hip pain. Straight leg raising is negative on the right.

Hip mobility shows posterior hip pain on the left side elicited with flexion and internal rotation (positive FADIR).  Hips have no pain with external rotation. Biliteral hip flexion is approximately 120 degrees, limited by soft tissue. Strength testing of the hips includes 5-/5 in flexion bilaterally.

Left knee has a long incision that measured 28 centimeters.  She has softness of her distal quadriceps, especially her vastus medialis oblique. Circumference testing of the quadriceps shows 52 centimeters bilaterally.  Calf circumference shows 43 centimeters bilaterally. Strength testing of the knees shows the left knee at 3/5 in extension, 4/5 in flexion.  Right knee is 5/5 in flexion and extension. Left knee range of motion 0 to 114 degrees passively,

10 to 115 degrees actively. The right knee has 0 to 120 degrees of motion. Stability testing grossly normal for both knees.

Distal sensation of both lower extremities is normal.

Ankle movement is supple, full.  Stability is normal, and strength is normal.

**<u>DIAGNOSTIC STUDIES</u>:**

01/12/2023     Chest x-ray, unremarkable.  No orthopedic findings.

01/12/2023     Allenmore Building.   Imaging is January 12, 2023, chest x-ray, anteroposterior and lateral films.  No orthopedic issues.

01/12/2023     Chest x-ray unremarkable.  No orthopedic findings.

02/08/2023     Cemented total knee replacement with appropriate position.  Staples noted.

02/08/2023     Cemented total knee replacement with appropriate position.  Staples noted.

02/08/2023     Two-view left knee with staples.  Recent total knee replacement.  Staples noted.  Bone quality normal.  Alignment normal.  Normal postoperative appearance, cemented total knee replacement.

03/09/2023     Two-view left knee x-ray.  Total knee replacement with high-riding patella, patella alta, and a suprapatellar ossicle  Impression:  probable extensor mechanism failures resulting in patella alta.

05/09/2023     Four-view x-ray, right knee.  Advanced osteoarthritis, especially in the patellofemoral compartment, but tricompartmental involvement.  Bone-on-bone findings in patellofemoral compartment.

05/09/2023     two-view x-ray, left knee. Status post total knee replacement. Femoral and tibial components appear appropriately placed and aligned. Patella shows a small minimally displaced inferior pole fracture.

06/22/2023     Three-view left knee shows extremely high patella position, i.e., severe patella alta.  Calcifications are noted in the anterior joint at the level of the prosthesis and also in the suprapatellar space.  Impression:  extensor mechanism failure with fragments or loose bodies. Femoral and tibial components appear to be properly aligned and well fixed.

06/22/2023     Three-view left knee shows advanced patella alta.  Patella now 10 centimeters elevated from usual location.  The x-rays are otherwise normal for a total knee replacement.

06/22/2023     Three-view left knee shows extremely high patellar position, i.e., severe patella alta.  Calcifications noted in the anterior joint at the level of the

prosthesis and in the suprapatellar space. Impression: extensor mechanism failure with fragments or loose bodies. Femoral and tibial components appear to be properly aligned and well fixed.

06/27/2023     X-ray, two view, left knee. Staples in place. Patella alta persists. Bony loose fragments in the anterior knee and suprapatellar region persist.

06/27/2023     X-ray, two-view, left knee. Staples in place. Patella alta persists. Bony loose fragments in the anterior knee and suprapatellar region persist.

06/27/2023     Allenmore Hospital. Anteroposterior and lateral view. Staples in place. Total knee replacement. Patella alta persists, and bone or cement fragment in the suprapatellar pouch still noted. An additional fragment also seen closer to the joint line.

08/31/2023     Three-view of the left knee. Intact total knee replacement with proper alignment and fixation of femur and tibia. Patella alta with bony fragments noted, unchanged from prior studies.

08/31/2023     MultiCare Orthopedics. Three-view of the left knee shows a total knee replacement with high-riding patella, approximately 12 centimeters elevated from normal position. Knee otherwise unremarkable.

08/31/2023     Three-view of the left knee. Intact total knee replacement with proper alignment and fixation of femur and tibia. Patella alta with bony fragments noted, unchanged from prior studies.

11/22/2023     Two-view, left knee. Persistent patella alta. Persistent bony fragments in the anterior joint and the suprapatellar region. Well-fixed femoral and tibial components.

11/22/2023     MultiCare Hospital, anteroposterior and lateral total knee replacement with severe patella alta. The kneecap is displaced 10 to 15 centimeters proximal to the native position.

11/22/2023     Two-view, left knee. Persistent patella alta. Persistent bony fragments in the anterior joint and the suprapatellar region. Well-fixed femoral and tibial components.

12/04/2023     Revision components to femur and tibia with stems. Patella and loose fragments are absent (patellectomy).

12/04/2023     Revision components to femur and tibia with stems. Patella and loose fragments are absent (patellectomy).

12/04/2023     Allenmore Hospital. Two-view, anteroposterior and lateral, status post stemmed cemented knee revision with constrained prosthesis. The patella is now absent (patellectomy).

12/22/2023   Two-view of revision, total knee replacement, cemented with stems hinge type.  Alignment appropriate.

12/22/2023   MultiCare, anteroposterior and lateral, showing a cemented, constrained, revision total knee replacement with no patella.  No change from preoperative position.

12/22/2023   Two-view of revision total knee replacement cemented with stems, hinge-type.  Alignment appropriate.

02/02/2024   X-ray left knee, three views, shows a revision total knee replacement, hinge type with cemented stems.  No significant change.  Patellectomy noted.

02/02/2024   X-ray, left knee, three views, shows a revision total knee replacement, hinge-type, with cemented stems.  No significant change.  Patellectomy noted.

02/02/2024   MultiCare Orthopedics.  X-ray, anteroposterior and lateral (three views), shows a cemented stemmed revision total knee replacement with appropriate alignment and position.  No patella.

03/01/2024   Two-view x-ray, left knee.  Hinged revision, total knee replacement.  Cemented.  No significant change in alignment.

03/01/2024   Four-view x-ray, right knee, shows advanced patellofemoral arthritis with bone-on-bone changes, squaring of condyles, both medially and laterally, but reasonably preserved joint space.  Impression:  tricompartmental arthritis, most advanced in the patellofemoral compartment.

03/01/2024   Anteroposterior and lateral shows postoperative films of a constrained total knee replacement.  Stems, cement, no significant change.  Appropriate position.

03/01/2024   Two-view x-ray, left knee.  Hinged revision total knee replacement, cemented. No significant change in alignment.  Four-view x-ray, right knee, shows advanced patellofemoral arthritis with bone-on-bone changes, squaring of condyles both medially and laterally, but reasonably preserved joint space.  Impression:  tricompartmental arthritis most advanced in the patellofemoral compartment.

05/24/2024   MultiCare Orthopedics.  X-ray of left knee, two-view, shows a stem cemented revision constrained total knee replacement in appropriate position.

05/28/2024   Lakewood family practice. Today patient reports she is aggravated her chronic back issues. "She is very clear that the pain is primarily in her low back going down her right leg to below the knee."

07/10/2024    MultiCare Orthopedics.  X-ray, three-view, right knee, shows advanced patellofemoral arthritis with bone-on-bone changes.  Overall alignment of the limb is normal.  There is an ossicle on the lateral side of the patella, which may be a bipartite patella.  The joint spaces are reasonably well preserved.  Kellgren-Lawrence grade II (however, bone-on-bone in the patellofemoral joint).

08/05/2024    Lakewood family practice. 66 year old with hypertension, diabetes, chronic pain and chronic back pain with osteoarthritis multiple joints. Using Ultram and Tylenol. Discussion of possible right knee joint replacement. Needs to have body weight down prior to surgery.

10/27/2024    Lakewood family practice. Medication refill. Cymbalta, tramadol.

01/08/2025    Three-view, lumbar spine.  Posture shows increased lordosis.  Bone quality appears to be thin, i.e., osteopenia.  Retrolisthesis, L4-5.  There is profound disk loss between T12 and L1.

Impression:  advanced multilevel arthritis, lumbar spine.  Mild degenerative scoliosis with apex of the curve, left, near L2.

01/08/2025    Three-view, lumbar spine.  Posture shows increased lordosis.  Bone quality appears to be thin, i.e., osteopenia.  Retrolisthesis L4-5.  There is profound disk loss between T12 and L1.  Impression:  advanced multilevel arthritis, lumbar spine.  Mild degenerative scoliosis with apex of the curve left near L2.

**DIAGNOSES:**

All of the opinions offered are on a more-probable-than-not basis and to a reasonable degree of medical certainty.

Injuries sustained in the accident of May 6, 2023, include:

1.  Left knee patellar tendon rupture.

2.  Left hip strain.

3.  Low back strain.

4.  Right knee aggravation.


Injuries unrelated to the accident of May 6, 2023, include:

Left ankle injury 2026

**TIME LINE (Left knee):**

02/08/2023    Left knee total knee arthroplasty.  W. Frederick Thompson, MD.

05/06/2023    **Accident**

06/26/2023    Left knee repair of infrapatellar tendon. W. Frederick Thompson, MD.

12/04/2023    Left revision hinged total knee arthroplasty, extensor mechanism reconstruction, patellectomy, and disposable negative pressure wound therapy. Zachary Adler, MD.

03/06/2024-
08/24/2024    Anchor Physical Therapy.


**DISCUSSION:**

Ms. Larocque was doing quite well after a left total knee replacement performed on February 8, 2023.  She had graduated from physical therapy.  She was independent.  She was driving.  She was walking without a cane.  Her walking endurance was up to 30-plus minutes.  Her return of flexibility was full.  She was "extremely pleased."

Unfortunately, on May 6, 2023, she was walking with a shopping cart which locked up colliding with and re-injuring her left knee. This collision caused a patellar tendon rupture first evidenced by x-rays taken May 9, 2023.  Ms. Larocque was treated conservatively but did poorly.  She eventually was diagnosed with a patellar tendon rupture, after x-rays revealed wide separation of the patella from its tendon.

As a result of the injury, she underwent a patellar tendon repair on June 6, 2023.  Unfortunately, this repair failed.  She sought a second opinion and subsequently required an extensive surgery with a total knee revision, removal of her patella (patellectomy), and reconstruction of her extensor mechanism using synthetic mesh performed on December 4, 2024.  This surgery was followed by months of immobilization with a brace and cast.  Her mobility was severely impaired.  Her strength levels went downhill, and the asymmetry caused difficulties with her back and hip. The surgery for repairing the patellar tendon on June 6, 2023, was due to the accident on May 6, 2023. The revision surgery on December 4, 2023, was due to the accident on May 6, 2023.

She has completed physical therapy after her revision surgery.  However, her function is far lower than she was in the days immediately prior to the accident.  She is device-dependent for ambulation.  Her endurance is low.  Her strength levels are low.  Her ability to climb and descend stairs is low.  Even though she was only 10 weeks out from her initial

knee replacement at the time of the accident, she had been in very good condition with excellent function.

The evaluations, the treatments, the patella repair and left total knee revision surgery, and the need for ongoing care in her back and left hip are all related to the shopping cart striking her left knee on May 6, 2023.

Ms. Larocque's right knee, the other knee, has become tender.  The accident has had the effect of temporarily exacerbating her underlying disease because of favoring her injured left knee.  A total knee replacement has been recommended for her right side.  The knee replacement was inevitable.  The accident had the effect of temporarily worsening her symptoms.  The knee replacement will be due to the natural progression of her preexisting disease and not related to the accident. However, she will have to have to have her right knee replacement surgery sooner than if she had not been injured in the shopping cart incident of May 6, 2023.

Ms. Larocque's left knee has received extensive care including two surgeries and courses of physical therapy. Ms. Larocque is on a home exercise program. No current or future treatment is needed. Ms. Larocque's left knee is at maximal medical improvement (MMI). As such, her limitations in strength, flexibility and function are permanent.

The AMA impairment rating for the left knee is 20% whole body impairment due to limp and walker dependance, according to the AMA guides to permanent impairment, 5th edition.

Ms. Larocque had a chronic history of low back and left hip discomfort treated for several years with chiropractic care, physical therapy and with pain management including narcotic support for several years.  However, with additional stress related to her multiple knee surgeries have temporarily exacerbated her back and left hip pain.  The asymmetric demands of multiple knee surgeries caused her back and hip to be temporarily exacerbated for one year following the accident of May 6, 2023. The evaluations and treatments of her low back and hip, including pain management are related to the accident of May 6, 2023. After one year, her back pain and hip issues returned to the normal progression of her pre-existing disease and are no longer related to the accident of May 6, 2023.

These are my opinions based on the information available to date.  My opinions may change if I am provided with additional information.

The treatments provided, as documented in the medical record, are reasonable, necessary, and on a more-probable-than-not basis related to the accident of May 6, 2023. The ankle injury January 2026 in unrelated to the accident of May 6, 2023.

The charges for evaluations and treatments documented in the records provided for all treatment such as left knee patella tendon repair, left knee revision surgery and all subsequent treatment were reasonable, necessary, and on a more-probable-than-not basis related to the accident of May 6, 2023.

This examiner reserves the right to amend these opinions if further information becomes available in the future.

*I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.*

*SIGNED and DATED this 26th day of February 2026 in Bellevue, Washington.*

Bruce Rolfe, MD  
Orthopedic Surgeon

BR/imt23e:imt21:imt19k