EXHIBIT 3

April 2, 2026


Robert C. Wilke, Attorney at Law
Gordon Thomas Honeywell
1201 Pacific Avenue, Suite 2200
Tacoma WA 98402

Claimant Name:   Linda Larocque
Date of Birth:   February 9, 1958
[File/Claim]
Date of Loss:    May 6, 2023

Report prepared by:

Bruce Rolfe, MD
Orthopedic Forensic Advisors, LLC
11900 NE 1st Street, Suite 300
Bellevue, WA  98005

**DOCTOR/PATIENT RELATIONSHIP:**

The opinions formed in this report are based on the provided medical records and cover letter.  The opinions formed in this report are given "on a more-probable-than-not" basis.  The conclusions of this report are subject to review if additional information is provided

Medicine is both an art and a science.  The recommendations within this report reflect the author's current understanding of medical education, experience and peer-reviewed, medical scientific literature.  Recommendations for a return to work or leisure activities are based on the accepted concepts of risk, capacity, and tolerance.  The opinions in this report do not guarantee that the claimant will not be injured with activity but do represent the assessment of risk according to the findings of this evaluation.

Records Reviewed:

1. MultiCare:  05/05/2025 – 01/20/2026
2. Billing:  2025

**RECORD REVIEW:**

**MEDICAL RECORDS:**

10/15/2025    Lakewood Family Practice.  Jing Weng, ARNP.  Chief complaints:  knee pain and hip pain.  She had a history of chronic pain syndrome and osteoarthritis involving multiple joints and was there for a refill of tramadol 100 mg three times daily as needed as well as Xanax as needed three times a day for anxiety attack.  She had three procedures on her left knee since 2023 and was still suffering a lot of pain from it.  She also reported worsening chronic right hip pain.  She reported sharp pain radiating down to her foot.  She stated she was not able to stand on her left leg or put weight on it due to increasing pain and had frequent awakenings due to the pain at night.  On examination, there was general swelling and tenderness present with no deformity.  There was mild swelling noted on her left lateral knee with no erythema or warmth, and there was localized tenderness on left hip as marked.  Assessment:  (1) Chronic left hip pain.  (2) Degeneration of lumbar or lumbosacral intervertebral disk.  (3) Primary osteoarthritis of right knee. (4) Anxiety. (5) Recurrent depression.  Plan was for imaging of left hip and referral to Dr. Adler.  One-time dose of Toradol was given in clinic.

11/07/2025    MultiCare Orthopedics & Sports Medicine.  Zachary Adler, MD.  Chief complaint: arthritis of right knee.  She reported worsening knee pain.  They had been managing right knee arthritis conservatively, and she had no improvement.  She reported progressively worsening pain which she attributed to left hip pain and was unable to bear weight on her left leg.  She reported a "ripping and tearing" feeling in the hip which had been treated

with injections and physical therapy which did not provide any significant relief.  She had increasing pain walking short distances with a cane.

On examination, range of motion of the left hip was painful at the extremes of flexion, adduction, abduction, internal rotation, and external rotation. Palpation of the trochanteric bursa was tender and reproduced pain and symptoms.  Straight leg raise was negative.  Range of motion of the left knee was 0 degrees passively, 20 degrees actively, to 114 degrees.  There was positive crepitus, positive lateral joint line tenderness, and 1+ effusion present.  Range of motion of the right knee was -4 degrees to 114 degrees. There was positive crepitus, positive medial and lateral joint line tenderness, and 1+ effusion present.  Knee alignment was neutral bilaterally. Ligamentous exam revealed no pseudolaxity, and medial collateral ligaments were intact bilaterally.  Foot alignment was neutral bilaterally. She had an antalgic gait.

Assessment:  (1) Arthritis of right knee.  (2) Status post revision of total knee, left.  (3) Patellar tendon rupture, left.  (4) Arthritis of left hip.  X-rays were ordered of the right knee, left knee, and left hip.  A large joint injection/arthrocentesis of the right knee was ordered, and she was referred to Sports Medicine.  She did not want surgical intervention on her right knee at this time because her left hip pain with referred pain to the left knee was currently more symptomatic.  She was to continue conservative management with nonsteroidal anti-inflammatory medications, physical therapy, and injections.  She was to return in four months.

11/07/2025    MultiCare Orthopedics & Sports Medicine.  Zachary Adler, MD.  X-rays of right knee.  Impression:  I personally reviewed and interpreted weightbearing four-view x-rays of the right knee(s) (weightbearing A) dated November 7, 2025.  The Kellgren and Lawrence system is method of classifying the severity of knee osteoarthritis.  This is classified into five grades:  Grade 0 – No radiographic features of osteoarthritis are present.  Grade 1 – Doubtful joint space narrowing and possible osteophytic lipping.  Grade 2 – The presence of definite osteophytes and possible joint space narrowing on anteroposterior weightbearing radiograph.  Grade 3 – Multiple osteophytes, definite joint space narrowing, sclerosis, possible bony deformity.  Grade 4 – Large osteophytes, marked joint space narrowing, severe sclerosis, and definitely bony deformity.  Utilizing this scoring system, Linda J. Larocque has Kellgren-Lawrence Grade 4 knee arthritis.  Degenerative changes most severe in the patellofemoral and medial compartment.

11/07/2025    MultiCare Orthopedics & Sports Medicine.  Zachary Adler, MD.  X-rays of left knee.  Impression:  Stable left revision total knee arthroplasty with associated findings as outlined above.

11/07/2025     MultiCare Orthopedics & Sports Medicine.  Zachary Adler, MD.  X-rays of left hip with pelvis.  Impression:  I personally reviewed and interpreted anteroposterior pelvis weightbearing with lateral x-rays of the left hip dated November 7, 2025.  These reveal mild and moderate degenerative joint disease with mild and moderate osteophyte formation, mild and moderate joint space narrowing, mild subluxation, and deformity.  The contralateral right hip demonstrates mild degenerative joint disease.  Tonnis Classification describes progressive degrees of degenerative changes in the hip.  Grade 0:  No signs of osteoarthritis.  Grade 1:  Slight narrowing of the joint space, slight lipping at the joint margin, and slight sclerosis of the femoral head or acetabulum.  Grade 2:  Small bony cysts, increasing narrowing of the joint space, and moderate loss of femoral head sphericity.  Grade 3:  Large bony cysts, severe narrowing or obliteration of the joint space, severe femoral head deformity, and/or avascular necrosis.  Using this grading system, the patient has Grade 1 to 2 hip degenerative joint disease of the left hip.

11/18/2025     MultiCare Orthopedics & Sports Medicine.  Alex Pittman, PA-C.  Chief complaint:  left hip pain.  She presented for left intra-articular hip injection.  Left hip exam noted sensory intact with brisk capillary refill.  She underwent intra-articular left hip injection.  She reported improvement immediately after the injection.

11/25/2025     MultiCare Orthopedics & Sports Medicine.  Alex Pittman, PA-C.  Chief complaint:  left lateral ankle pain.  She stated she was going up the stairs when she felt a pop in the lateral aspect of her ankle.  Examination noted significant swelling to lateral aspect of the foot and ankle and tenderness to palpation throughout the peroneal area.  Diagnosis:  Possible peroneal tendon injury of left ankle.  Imaging was obtained.  She was to continue home medications, and she was given a boot for ankle immobilization.

11/25/2025     MultiCare Imaging Gig Harbor Medical Park.  Anand Suresh, MD.  X-rays of the left ankle.  Impression:  No acute fracture.  No dislocation.  Mortise is congruent.  No osteochondral defect.  Mild osteoarthritis.  Heel spur.  No significant soft tissue swelling.

11/25/2025     MultiCare Imaging Gig Harbor Medical Park.  Anand Suresh, MD.  X-rays of the left foot.  Impression:  No acute fracture.  No dislocation.  Mild to moderate multifocal arthropathy.  Erosions versus degenerative cysts.  This is nonspecific.  This pattern can be seen with osteoarthritis, inflammatory arthropathy, or crystal deposition disease.  Heel spur.

12/03/2025     Lakewood Family Practice.  Jing Weng, ARNP.  Chief complaint:  leg pain.  She stated that her left leg pain was better.  Chronic midback pain was also discussed.  Left ankle MRI results were pending.  Examination noted orthopedic boot on left lower extremity, nonweightbearing.  Assessment:  (1) Chronic pain syndrome.  (2) Diabetes mellitus without complication.

(3) Major Depressive Disorder.  (4) Need for vaccination.  (5) Injury of left ankle.  She was to continue tramadol 50 mg twice daily as needed, ibuprofen or Tylenol to reduce tramadol use, and duloxetine 60 mg.  Laboratories were obtained.

12/11/2025    MultiCare Orthopedics & Sports Medicine.  Alex Pittman, PA-C.  Chief complaint:  left lateral ankle pain.  The left ankle MRI was reviewed.  Pain was 1/10 at rest and 3/10 with movement.  Examination noted swelling of the lateral aspect of the foot and ankle was improved.  Range of motion was near normal.  Diagnosis:  high-grade partial-thickness to full-thickness tear of peroneus longus left ankle.  Recommendations were to continue conservative management and slowly wean from the boot and begin a course of therapy.

01/20/2026    Physical Therapy Plan of Care.  She presented with left ankle sprain and possible peroneal tendon tear with limited ankle range of motion and reduced lower extremity strength/stability.

**BILLS:**

Charges from MultiCare, 2025, were reviewed.


**DIAGNOSES:**

All of the opinions expressed are on a more-probable-than-not basis and to a reasonable degree of medical certainty.

Injuries sustained in the accident of May 6, 2023, include:

1. Left knee patellar tendon rupture.
2. Left hip strain.
3. Low back strain.
4. Right knee aggravation.

Injuries unrelated to the accident of May 6, 2023, include:

Left ankle injury 2026

**DISCUSSION:**

This is an addendum in support of a previous report sign on February 26, 2026. After review of these new medical records, the opinions in the prior report remain unchanged.

*I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.*

*SIGNED and DATED this 2nd day of April 2026 in Bellevue, Washington.*

Bruce Rolfe, MD  
Orthopedic Surgeon

BR/imt2e