# Exhibit 4

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
     **CSN:** 312439636

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 10/31/2023 | | | No service for | |

**Admitting Physician:**      **Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD      **Employer Phone:**
**Referring Physician:**      **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1335      Printed by 71334 at 8/21/24 10:12 AM

MC_000467

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Visit Diagnosis

- Preoperative clearance (primary) [Z01.818]

### Visit Information

#### Provider Information

##### Encounter Provider

Trisha L Flett, RN

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedics and Sports Medicine - Auburn | 121 N Division St Suite 310 Auburn WA 98001-4931 | 253-792-6555 | 253-372-7296 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 10/31/2023 12:15 PM | Trisha L Flett, RN | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1336

Printed by 71334 at 8/21/24 10:12 AM

MC_000468

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Documents**

Correspondence - Provider and Clinic - Document on 10/31/2023 1224: 172930 Dental Clearance Linda Larocque ADLER.PDF

Document (below)
2023-10-31 10:51                    1 1 >> Multicare Fax Server                    P 1/1

LINDA LAROCQUE (204601)

Image Name:  Multi care form

# MultiCare

Multicare Orthopedics and Sports Medicine - Allenmore
3124 S 19th St, Suite 340 Tacoma. WA 98405
Phone (253) 792-6555   Fax (253) 864 - 2703

### DENTAL CLEARANCE FORM

To:  Dr Mark Kaboshima
Fax Number:  253-472-7645            Phone Number: 253-473-0270
Patient: Linda Larocque              Multicare MRN: 172930
DOB: 2/9/1958

Subject: Dental and Periodontal Evaluation

Acceptable dental health must be confirmed prior to surgery:
Left Total Knee Revision with Dr Z Adler MD

- ☐ Surgery scheduled. Procedure/DOS:
- ☐ Surgery not scheduled at this time - Until Dental Clearance is Gained.

I have examined this patient within the last six months (Date of Exam: 10-12-23) and have found:

Acceptable dental health
   ☒ Current dental health shows no evidence of abscess or other active dental infection
   indicating a minimal risk for infection with everyday activities such as chewing, brushing, and
   flossing.

Unacceptable dental health
   ☐ Current dental health shows evidence of abscess or other active dental infection.
   ☐ Treatment recommended & Patient accepts recommended treatment.
   ☐ Patient declines treatment at this time.

Dentist signature: _____  Date: 10-12-2023

Dentist printed name: Mark Kadoshima

Please complete and fax form to 253.864.2703 Attn: RN Coordinator

Thank you for your assistance, we appreciate the opportunity to provide high quality service to our mutual
patient and getting them back on the road to recovery.

Sincerely,

MultiCare Orthopedics & Sports Medicine

CONFIDENTIALITY NOTICE: This facsimile may contain highly confidential information. It is intended for the exclusive use of the
addressee. It is to be used in a manner compliant with all state and federal regulations. If you are not the intended recipient, you are
hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is
strictly prohibited. If you receive this transmission in error, please notify this office by telephone to arrange for the return of these
documents.
                              multicare.org

PAGE 1/1 * RCVD AT 10/31/2023 11:10:54 AM [Pacific Daylight Time] * SVR:MBVRFAXDTS001/0 * DNIS:2538642703 * CSID:1 * ANI:+12534727645 * DURATION (mm-ss):00-39

MULTICARE AUBURN          Larocque, Linda J
REGIONAL MEDICAL PLAZA    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST         Visit date: 10/31/2023
AUBURN WA 98001-4931

Page 1337                                Printed by 71334 at 8/21/24 10:12 AM

MC_000469

**10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)**

Documents (continued)

Clinical Notes

**Progress Notes by Trisha L Flett, RN at 10/31/2023 1215**

| | | |
|---|---|---|
| Author: Trisha L Flett, RN | Service: —— | Author Type: Registered Nurse |
| Filed: 10/31/23 1225 | Encounter Date: 10/31/2023 | Status: Signed |
| Editor: Trisha L Flett, RN (Registered Nurse) | | |

### Orthopedic Nurse Navigator Fitness for Surgery Note on (10/31/2023)

**PROCEDURE:** Left Total Knee Revision with Dr. Adler

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION | |
| *discovered psvt in pacu* | |
| • Backache, unspecified | |
| *Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites | |
| *Osteoarthritis gen'l chronic pain syndrome Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF | |
| *6/2022 ECHO EF 45-50% Dr Guerra cardiologist* | |
| • History of sleep apnea | |
| *uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) | 10/27/2009 |
| *tx w/ hyst* | |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus | |
| *Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC) | |
| *heart murmur noted on echo* | |
| • Prediabetes | |
| • Snores | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled | |
| *diet controlled* | |
| • Uterine cancer (CMS/HCC) | |

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |

| | |
|---|---|
| MULTICARE AUBURN REGIONAL MEDICAL PLAZA 121 N DIVISION ST AUBURN WA 98001-4931 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 10/31/2023 |

Printed by 71334 at 8/21/24 10:12 AM

MC_000470

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Clinical Notes (continued)**

|  |  |
|---|---|
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |

**Vaping Use**

|  |  |
|---|---|
| • Vaping Use: | Not on file |

**Substance Use Topics**

|  |  |
|---|---|
| • Alcohol use: | Not Currently |
| Comment: 1-2x year | |
| • Drug use: | Never |

### Current Outpatient Medications

| Medication | Instructions |
|---|---|
| • alprazolam (XANAX) | 0.25 mg, Oral, TID PRN |
| • Aspirin Low Dose | 81 mg, Oral, BID |
| • diclofenac (VOLTAREN) | 50 mg, BID |
| • docusate sodium (COLACE) | 100 mg, Oral, BID |
| • duloxetine (CYMBALTA) | 60 mg, Oral, BID |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose <BR>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| • hydrochlorothiazide (MICROZIDE) | 12.5 mg, Oral, DAILY |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • [START ON 11/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrOXYzine hcl (ATARAX) | 25 mg, Oral, TID PRN |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections |
| • lisinopril (PRINIVIL, ZESTRIL) | 20 mg, Oral, DAILY |
| • rosuvastatin (CRESTOR) | 20 mg, Oral, Q PM |
| • senna (SENNA, SENOKOT) | 8.6 mg, Oral, DAILY |
| • verapamil (CALAN SR) | 240 mg, Oral, DAILY |
| • Victoza | 1.8 mg, Subcutaneous, DAILY |

### Surgeon Pre Surgical Clearance Request :

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1339

Printed by 71334 at 8/21/24 10:12 AM

MC_000471

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Clinical Notes (continued)**

Clearance:
PCP: No
Dental: No
Cardiac: No
Pulmonary: No
Rheumatology: No
Diabetic with Hb A1c >8: No
Smoker: No

Total Hip and Knee Fitness for Surgery Clearance

Patient has participated in shared decision-making process and wishes to proceed to surgery?: **Yes.**

X-rays demonstrate moderate to severe osteoarthritis (Kellegren-Lawrence grade 3 or 4 for Knee patient)?: **Yes.**
**Revision case**

3+ month trial of non-operative treatment (within the last 12-18 months): Weight loss if indicated
Activity modification
Assistive devices

Trial of medications management (when appropriate): Acetaminophen
Oral non-steroidal anti-inflammatory drugs

**Opioids**

Is the current BMI equal to or greater than 40 or less than 19?: **No. BMI - 39.56**

Is there a history of diabetes?: **Yes. Last A1C on file 5.8 - 6/23/23**

If yes, has the A1C been at 8.0 or greater in the last 90 days?: **No.**

Is chronic opioid use a concern?: **No.**

Current active nicotine user?: **No.**

Anticipated post-operative discharge location has been identified as (provide comment detail if selecting multiple locations): **Home (outpatient PT).**

Patient has appointed a care partner that will assist in post-operative care and recovery needs? (name care partner in comments if able) Yes. **This patient has identified her care partner as her spouse - Steven.**

Patient length of stay is anticipated to be... **1 night.**

A referral to pre-operative physical therapy has been provided? (if no, please comment) No. **This referral to be given at pre operative apt. This patient is established at Anchor PT in Tacoma.**

Patient requires PCP clearance prior to surgery? No. **PCP - Dr Rachel D Dawson MD - This patient sees her PCP regularly.**

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1340

Printed by 71334 at 8/21/24 10:12 AM

MC_000472

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Clinical Notes (continued)**

Patient requires cardiac clearance prior to surgery? **Yes. Cardiac - Dr Daniel Guerra MD - Cleared - 10/12/23 - PHI risk assessment in media tab.**

Patient requires dental clearance prior to surgery? **Yes. Dental - Dr Mark Kaboshima DDS. Cleared patient . 10/31/23. Placed in media tab.**

Patient requires additional referrals or clearances prior to surgery? **No.**


Special Needs: None
Mental Health: prior history of depression
ETOH Screen: Drinks. No substance abuse concerns.
Illicit Substances Screen : no history of illicit drug use

**Medications Review:**
Anticoagulants: ASPIRIN
DMARDs: NONE

**Pain Management:**
Non-opioid analgesics: acetaminophen (Tylenol), diclofenac (Voltaren)
Opioids: hydrocodone/acetaminophen 10/325
Topical analgesics: NONE

**ED Visits (in last 6 -12 months): none**

**MRSA Test Status: Negative (-) 2/2/2023**

**AMBULATORY RN ORTHO CARE MANAGER DISCHARGE PLAN PRE-OP NOTE on (10/31/2023).**

Is this patient appropriate for Same Day Surgery Discharge: 2359 for revision case. Medical co morbidities - HTN, HLD, CHF, SVT, CAD, DM II, h/o heart cath 2021, OSA.

**Discharge plan: Home**

- Discharge to:  Home
- Post op Care Partner: Spouse - steven
- Verified care partner able to provide appropriate assistance: Yes
- Type of residence: Single-level Home
- Home Stairs: No stairs  Has 5 outdoor stairs with rails
- Stationary Chair and Leg Rest: Yes
- Shower: Tub shower combo
- Toilet Height: Standard
- Equipment: Cane and Front Wheeled Walker
- Physical Therapy: Established OPPT at Anchor located in Tacoma (253) 474- 7474
- ADLs/iADLs functional status:  Independent with ADLs and IADLs at baseline
- Falls in past 3 months:  No
- ETOH &/or Recreational Drugs: Drinks 1- 2 per year  and consumes no recreational drugs
- Transportation at discharge: privately owned vehicle. Spouse - Steven to transport patient to and from hospital.

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1341

Printed by 71334 at 8/21/24 10:12 AM

MC_000473

**10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)**

Clinical Notes (continued)

## Risk Assessment and Prediction Tool (RAPT)
- Age: 65 year old
- Gender: Female
- Assistive device used for ambulation at baseline: Cane
- Walking distance without pain: More than 2 blocks
- Community supports: No
- Will support person be living with you upon return home: Yes, with Family

## Risk Assessment and Prediction Tool (RAPT) Score: 10

| Score | Recommendation |
|-------|----------------|
| Score <6 | Extended Inpatient Rehabilitation Recommended |
| Score 6 -9 | Additional intervention to discharge directly home Recommended (e.g. Rehabilitation in the Home) |
| Score >9 | Discharge directly home |

## RN Concerns:

Fit for surgery chart review completed. No additional clearances needed.. Outbound call made to patient on 10/31/2023 to assess discharge plan. This RN has determined the patient's discharge plan is appropriate for scheduling. Patient reports appropriate home support is arranged at discharge and is aware of medical equipment that is needed and must be obtained prior to surgery. Patient appreciative of call and has been given this RN's direct number if further needs arise prior to surgery. Scheduler notified patient can proceed with surgery scheduling and required pre- and post-op appointments.

**Trish Flett MBA, MSN, RN** | Clinic Ortho-Surgical Nurse Navigator
Ambulatory RN Ortho Care Manager
**Allenmore - Total Joints | MultiCare**
**Phone: 253 - 459-7044 Off on Fridays**
**Fax: 253.864.2703 | Email:** tlflett@multicare.org
**Allenmore - Address:** 3124 South 19th St., Suite340, Tacoma, WA. 98405

Electronically signed by Trisha L Flett, RN at 10/31/23 1225

Medication List

Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

Active at the End of Visit

docusate sodium (COLACE) 100 MG Caps

| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
|---|---|

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1342

Printed by 71334 at 8/21/24 10:12 AM

MC_000474

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

### Medication List (continued)

Instructions: Take 1 Cap by mouth twice daily.
Authorized by: Justine Bucknam, ARNP
Start date: 11/9/2012
Quantity: 60 Cap

Ordered on: 11/9/2012
End date: 12/7/2023
Refill: 0

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

#### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

#### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.

Discontinued on: 12/7/2023

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1343

Printed by 71334 at 8/21/24 10:12 AM

MC_000475

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

**diclofenac (VOLTAREN) 50 MG Tab EC**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1344

Printed by 71334 at 8/21/24 10:12 AM

MC_000476

## 10/31/2023 - Case Management in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

### Medication List (continued)

Authorized by: Rachel D Dawson, MD
Start date: 10/5/2023
Quantity: 160 Tablet

Ordered on: 10/5/2023
End date: 11/2/2023
Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 11/4/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 10/5/2023
End date: 12/7/2023
Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 12/4/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 10/5/2023
End date: 12/7/2023
Refill: No refills remaining

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/23/2023
Quantity: 27 mL

Discontinued on: 1/31/2024

Ordered on: 10/23/2023
End date: 1/31/2024
Refill: No refills remaining

### Stopped in Visit

None

### Results                                                                 (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1345

Printed by 71334 at 8/21/24 10:12 AM

MC_000477

**10/31/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 312441294

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/31/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | |
| | Tacoma WA 98408-5509 | |

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247

**SSN:** xxx-xx-5145
**Age:** 66 year old
**Employer:**
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE AUBURN    Larocque, Linda J
REGIONAL MEDICAL PLAZA    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST    Visit date: 10/31/2023
AUBURN WA 98001-4931

Page 1346      Printed by 71334 at 8/21/24 10:12 AM

MC_000478

## 10/31/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

##### Encounter Provider

Trisha L Flett, RN

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics and Sports Medicine - Auburn | 121 N Division St Suite 310 Auburn WA 98001-4931 | 253-792-6555 | 253-372-7296 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/31/2023 12:26 PM | Trisha L Flett, RN | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

### Results (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Cleared

| From | To | Sent and Delivered |
|---|---|---|
| Trisha L Flett, RN | Larocque, Linda J | 10/31/2023 12:26 PM |

Last Read in MyChart
11/1/2023 12:59 PM by Linda J Larocque

Hi Linda,

I got your dental clearance form today. I placed your clearance note. I sent your chart over to the surgery schedulers. They should be reaching out to you within the next couple days to get you a surgery date!

Good luck on your surgery!

All the best,

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/31/2023

Page 1347

Printed by 71334 at 8/21/24 10:12 AM

MC_000479

## Preferred Pharmacy (continued)

**Messages (continued)**

Trish

**Trish Flett MBA, MSN, RN** | Clinic Ortho-Surgical Nurse Navigator
Ambulatory RN Ortho Care Manager
**Allenmore - Total Joints | MultiCare**
**Phone:** 253 - 459-7044  **Off on Fridays**
**Fax:** 253.864.2703 | **Email:** tlflett@multicare.org
**Allenmore - Address:**  3124 South 19th St., Suite340, Tacoma, WA. 98405

**Patient Instructions**

None

MULTICARE AUBURN          Larocque, Linda J
REGIONAL MEDICAL PLAZA   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST        Visit date: 10/31/2023
AUBURN WA 98001-4931

Page 1348                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000480

## 10/30/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 312306102

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/30/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Follow Up TC
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/30/2023

Page 1349

Printed by 71334 at 8/21/24 10:12 AM

MC_000481

## 10/30/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Follow Up TC, onset date 10/30/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

|  | Provider | Department | Center |
|---|---|---|---|
| 10/30/2023 2:18 PM | Trisha L Flett, RN | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by Trisha L Flett, RN at 10/30/2023 1418

Author: Trisha L Flett, RN          Service: —                          Author Type: Registered Nurse
Filed: 10/30/23 1419               Encounter Date: 10/30/2023           Status: Signed
Editor: Trisha L Flett, RN (Registered Nurse)

## RN TOTAL JOINT NURSE NAVIGATOR NOTE:

Called patient to follow up regarding dental clearance. This patient goes to Dr Mark Koboshima DDS. Had Apt 10/12 and 10/24. Needed extractions and had those done. Has follow up apt 10/31 at 11 am . She hopes to be cleared at that time.

Will continue to follow .

**Trish Flett MBA, MSN, RN** | Clinic Ortho-Surgical Nurse Navigator
Ambulatory RN Ortho Care Manager
**Allenmore - Total Joints | MultiCare**
**Phone:** 253 - 459-7044 **Off on Fridays**
**Fax:** 253.864.2703 | **Email:** tlflett@multicare.org
**Allenmore - Address:** 3124 South 19th St., Suite340, Tacoma, WA. 98405

Electronically signed by Trisha L Flett, RN at 10/30/23 1419

MULTICARE AUBURN          Larocque, Linda J
REGIONAL MEDICAL PLAZA    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST         Visit date: 10/30/2023
AUBURN WA 98001-4931

Page 1350                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000482

## 10/30/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

### Clinical Notes (continued)

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

**senna (SENNA, SENOKOT) 8.6 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**aspirin 81 MG Chew Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/30/2023

Page 1351

Printed by 71334 at 8/21/24 10:12 AM

MC_000483

## 10/30/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 9/4/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Rachel D Dawson, MD
Instructions: 1 Tablet twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 8/10/2023
Quantity: 60 Tablet

Discontinued on: 11/2/2023

Ordered on: 8/10/2023
End date: 11/2/2023
Refill: 2 refills by 8/9/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/30/2023

Page 1352

Printed by 71334 at 8/21/24 10:12 AM

MC_000484

## 10/30/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Medication List (continued)**

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

MULTICARE AUBURN          Larocque, Linda J
REGIONAL MEDICAL PLAZA    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST         Visit date: 10/30/2023
AUBURN WA 98001-4931

MC_000485

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/30/2023

Page 1354

Printed by 71334 at 8/21/24 10:12 AM

MC_000486

## 10/25/2023 - Refill in Lakewood Family Practice

# MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930

                                          **CSN:** 311847655

## Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/25/2023 | | | No service for | |

**Admitting Physician:**                              **Chief Complaint:** Refill Request; Rx Refil*

**Adm Dx:**

Gestational Age: <None>

## Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information:<br>Home Phone      Not on file.<br>Work Phone      Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile             253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD            **Employer Phone:**

**Referring Physician:**                                         **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

## Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

## Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

## Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

## Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/25/2023

Page 1355                                                  Printed by 71334 at 8/21/24 10:12 AM

MC_000487

## 10/25/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints
- Refill Request (Verapamil - safeway 1594 )
- Rx Refill Center - Dose Discrepancy, onset date 10/25/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 10/25/2023 1:10 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Maurita A Liptrot at 10/27/2023 1129

| | | |
|---|---|---|
| Author: Maurita A Liptrot | Service: — | Author Type: — |
| Filed: 10/27/23 1132 | Encounter Date: 10/25/2023 | Status: Signed |
| Editor: Maurita A Liptrot | | |

**Pharmacy Refill Center Support Note**
**Last Rx Authorization by Another Provider**
**Dose Discrepancy**

**Back Office Staff - Clinical Follow Up:**
*Confirm the current dose and last prescribing provider with the patient*
*Direct message to PCP for consideration*

*PRC Case Review*
*Clinical content: Epic has verapamil SR 240mg QD, Pharmacy requesting verapamil SR 240mg every day.* May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist *Please review and advise on refill.*
*Last prescribed by Sarah Kleist, ARNP on 10/7/2022*
*Last dispensed: 7/31/2023*
*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: 11/2/2023*

### Hypertension Rx Labs

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/25/2023

Page 1356

Printed by 71334 at 8/21/24 10:12 AM

MC_000488

## 10/25/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Na**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 143 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 4.1 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 17 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

BP Readings from Last 3 Encounters:
09/29/23    117/65
08/31/23    115/72
08/10/23    128/83

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 70 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 85 | >59 mL/min/1.73 m2 | Final |

 Name from pharmacy: **Verapamil Hydrochloride Er 240 Mg Tab Niva**
Name in chart as: verapamil (CALAN SR) 240 MG Tab CR
Sig: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Disp: 90 Tablet    Refills: 0
Start: 10/25/2023
Class: E-Prescribe
Last ordered: 1 year ago (10/7/2022) by Sarah Kie st ARNP
Last refill: 7/31/2023
Rx = 7061209

MULTICARE LAKEWOOD    Larocque, Linda J
CLINIC                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW      Visit date: 10/25/2023
LAKEWOOD WA 98499-2767

MC_000489

## 10/25/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Electronically signed by Maurita A Liptrot at 10/27/23 1132

### Telephone Encounter by Maurita A Liptrot at 10/27/2023 1132

| | | |
|---|---|---|
| Author: Maurita A Liptrot | Service: — | Author Type: — |
| Filed: 10/27/23 1132 | Encounter Date: 10/25/2023 | Status: Signed |
| Editor: Maurita A Liptrot | | |

Pending Prescriptions:      Disp  Refills
  verapamil (CALAN SR) 240 MG Tab CR [Pharma*90 Tab*
Sig: Take 1 Tablet by mouth once daily. May take a second
     tablet if having paroxysmal ventricular
     tachycardic symptoms per cardiologist

--------------------------------------------------------------------

Electronically signed by Maurita A Liptrot at 10/27/23 1132

### Telephone Encounter by Manpreet K Khehra, PHARM D at 10/27/2023 1421

| | | |
|---|---|---|
| Author: Manpreet K Khehra, PHARM D | Service: — | Author Type: Pharmacist |
| Filed: 10/27/23 1421 | Encounter Date: 10/25/2023 | Status: Signed |
| Editor: Manpreet K Khehra, PHARM D (Pharmacist) | | |

Pending Prescriptions:      Disp  Refills
  verapamil (CALAN SR) 240 MG Tab CR [Pharma*90 Tab*
Sig: Take 1 Tablet by mouth once daily. May take a second
     tablet if having paroxysmal ventricular
     tachycardic symptoms per cardiologist

--------------------------------------------------------------------

Electronically signed by Manpreet K Khehra, PHARM D at 10/27/23 1421

### Telephone Encounter by Amy J Goodwin, MA at 10/27/2023 1622

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 10/27/23 1622 | Encounter Date: 10/25/2023 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

Pending Prescriptions:      Disp  Refills
  verapamil (CALAN SR) 240 MG Tab CR [Pharma*90 Tab*
Sig: Take 1 Tablet by mouth once daily. May take a second
     tablet if having paroxysmal ventricular
     tachycardic symptoms per cardiologist

--------------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 10/27/23 1622

### Telephone Encounter by Maria Christina Dajoyag Mapili, MD at 10/27/2023 1753

| | | |
|---|---|---|
| Author: Maria Christina Dajoyag Mapili, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 10/27/23 1753 | Encounter Date: 10/25/2023 | Status: Signed |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/25/2023

MC_000490

## 10/25/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Editor: Maria Christina Dajoyag Mapili, MD (Physician)
Pending Prescriptions:     Disp  Refills
  verapamil (CALAN SR) 240 MG Tab CR [Pharma*90 Tab*
Sig: Take 1 Tablet by mouth once daily. May take a second
     tablet if having paroxysmal ventricular
     tachycardic symptoms per cardiologist

-----------------------------------------------------------------

Electronically signed by Maria Christina Dajoyag Mapili, MD at 10/27/23 1753

### Telephone Encounter by Daniel Guerra, MD at 11/8/2023 1553

| | | |
|---|---|---|
| Author: Daniel Guerra, MD | Service: Cardiology - Interventional | Author Type: Physician |
| Filed: 11/08/23 1553 | Encounter Date: 10/25/2023 | Status: Signed |

Editor: Daniel Guerra, MD (Physician)
Signed Prescriptions:     Disp  Refills
  verapamil (CALAN SR) 240 MG Tab CR     90 Tab*3
Sig: Take 1 Tablet by mouth once daily. May take a second
     tablet if having paroxysmal ventricular
     tachycardic symptoms per cardiologist
Authorizing Provider: GUERRA, DANIEL

-----------------------------------------------------------------

Electronically signed by Daniel Guerra, MD at 11/08/23 1553

### Telephone Encounter by Daniel Guerra, MD at 11/8/2023 1553

| | | |
|---|---|---|
| Author: Daniel Guerra, MD | Service: Cardiology - Interventional | Author Type: Physician |
| Filed: 11/08/23 1553 | Encounter Date: 10/25/2023 | Status: Signed |

Editor: Daniel Guerra, MD (Physician)
Signed Prescriptions:     Disp  Refills  verapamil (CALAN SR) 240 MG Tab CR     90 Tab*3     Sig: Take 1 Tablet by
mouth once daily. May take a second     tablet if having paroxysmal ventricular     tachycardic symptoms per
cardiologistAuthorizing Provider: GUERRA, DANIEL-----------------------------------------------------------------

Electronically signed by Daniel Guerra, MD at 11/08/23 1553

### Telephone Encounter by Daniel Guerra, MD at 11/8/2023 1553

| | | |
|---|---|---|
| Author: Daniel Guerra, MD | Service: Cardiology - Interventional | Author Type: Physician |
| Filed: 11/08/23 1553 | Encounter Date: 10/25/2023 | Status: Signed |

Editor: Daniel Guerra, MD (Physician)
Signed Prescriptions:     Disp  Refills  verapamil (CALAN SR) 240 MG Tab CR     90 Tab*3     Sig: Take 1 Tablet by
mouth once daily. May take a second     tablet if having paroxysmal ventricular     tachycardic symptoms per
cardiologistAuthorizing Provider: GUERRA, DANIEL-----------------------------------------------------------------

Electronically signed by Daniel Guerra, MD at 11/08/23 1553

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/25/2023

Page 1359

Printed by 71334 at 8/21/24 10:12 AM

MC_000491

## 10/25/2023 - Refill in Lakewood Family Practice (continued)

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                                     Action: Patient taking differently
Quantity: 1 Each                                            Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                                   Quantity: 1 Each
Refill: No refills remaining

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/25/2023

Page 1360

Printed by 71334 at 8/21/24 10:12 AM

MC_000492

## 10/25/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD            Ordered on: 7/6/2023
Start date: 7/6/2023                          End date: 12/7/2023
Quantity: 120 Tablet                          Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C           Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD            Ordered on: 7/6/2023
Start date: 8/5/2023                          End date: 12/7/2023
Quantity: 160 Tablet                          Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D   Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD            Ordered on: 7/11/2023
Start date: 7/11/2023                         End date: 2/13/2024
Quantity: 180 Capsule                         Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD            Ordered on: 9/14/2023
Start date: 9/14/2023                         Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 12/7/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD            Ordered on: 10/5/2023
Start date: 10/5/2023                         End date: 12/7/2023
Quantity: 15 Tablet                           Refill: 2 refills by 4/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C           Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD            Ordered on: 10/5/2023
Start date: 11/4/2023                         End date: 12/7/2023
Quantity: 160 Tablet                          Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C           Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD            Ordered on: 10/5/2023
Start date: 12/4/2023                         End date: 12/7/2023
Quantity: 160 Tablet                          Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD          Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD            Ordered on: 10/23/2023
Start date: 10/23/2023                        End date: 1/31/2024
Quantity: 27 mL                               Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/25/2023

Page 1361                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000493

## 10/25/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

symptoms per cardiologist
Authorized by: Daniel Guerra, MD          Ordered on: 11/8/2023
Start date: 11/8/2023                     Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

**Stopped in Visit**

None

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 10/25/2023
LAKEWOOD WA 98499-2767

Page 1362                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000494

## 10/20/2023 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 311469771

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/20/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | |
| | Tacoma WA 98408-5509 | |

Telephone Information:
Home Phone     Not on file.
Work Phone     Not on file.
Mobile         253-273-7247

**SSN:** xxx-xx-5145
**Age:** 66 year old
**Employer:**
**DOB:** 2/9/1958 (65 yrs)                No address on file.
**Sex:** female
**Marital Status:** Married

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 10/20/2023
LAKEWOOD WA 98499-2767

Page 1363                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000495

## 10/20/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account
Not on file

## Reason for Visit

### Chief Complaint
- Refill Request (Victoza-safeway 1594)

## Visit Information

### Nursing Assessment
No Nursing Assessment available for this encounter.

## Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 10/20/2023 4:53 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Jessica A Ventura at 10/22/2023 1014

Author: Jessica A Ventura          Service: —                        Author Type: —
Filed: 10/23/23 1952              Encounter Date: 10/20/2023        Status: Addendum
Editor: Manpreet K Khehra, PHARM D (Pharmacist)

**Pharmacy Refill Center Support Note**
**Due for Appointment**

**Back Office Staff - Clinical Follow Up:**
*Inform patient they are overdue for f/u appt*
*Schedule a follow up appointment.*

*PRC Case Review*
*Clinical content:*
**Pt due for annual visit.**
*Grace Refill provided on: 10/23/2023*
*Last dispensed: 09/13/23*
*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: 11/2/2023*

**Diabetes Rx Labs**
**No components found for: "HGBA1CPOCT"**
Hemoglobin A1C

| Date | Value | Ref Range | Status |
|---|---|---|---|

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2023

Page 1364                    Printed by 71334 at 8/21/24 10:12 AM

MC_000496

## 10/20/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| 06/23/2023 | 5.8 (H) | <5.7 % | Final |

Comment:

*HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing.*

**Na**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 143 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 4.1 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 17 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 174 (H) | 65 - 120 mg/dL | Final |

*Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 70 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 85 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Manpreet K Khehra, PHARM D at 10/23/23 1952

**Telephone Encounter by Jessica A Ventura at 10/22/2023 1014**

| Author: Jessica A Ventura | Service: — | Author Type: — |
|---|---|---|
| Filed: 10/22/23 1014 | Encounter Date: 10/20/2023 | Status: Signed |
| Editor: Jessica A Ventura | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2023

Page 1365

Printed by 71334 at 8/21/24 10:12 AM

MC_000497

## 10/20/2023 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:          Disp   Refills
  liraglutide (VICTOZA) 18 MG/3ML Solution P*18 mL  1
Sig: Inject 1.8 mg under the skin once daily.

-----------------------------------------------------------------

Electronically signed by Jessica A Ventura at 10/22/23 1014

### Telephone Encounter by Manpreet K Khehra, PHARM D at 10/23/2023 1952

Author: Manpreet K Khehra, PHARM D       Service: —                           Author Type: Pharmacist
Filed: 10/23/23 1952                      Encounter Date: 10/20/2023            Status: Signed
Editor: Manpreet K Khehra, PHARM D (Pharmacist)
Signed Prescriptions:         Disp   Refills  liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL  0     Sig: Inject 1.8 mg under
the skin once daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: KHEHRA, MANPREET K-------------------------------------
-------------------------

Electronically signed by Manpreet K Khehra, PHARM D at 10/23/23 1952

### Telephone Encounter by Robert G Kozu, RPh at 10/24/2023 1322

Author: Robert G Kozu, RPh                Service: —                           Author Type: Pharmacist
Filed: 10/24/23 1322                       Encounter Date: 10/20/2023           Status: Signed
Editor: Robert G Kozu, RPh (Pharmacist)
Signed Prescriptions:         Disp   Refills  liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL  0     Sig: Inject 1.8 mg under
the skin once daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: KHEHRA, MANPREET K-------------------------------------
-------------------------

Electronically signed by Robert G Kozu, RPh at 10/24/23 1322

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2023

Page 1366

Printed by 71334 at 8/21/24 10:12 AM

MC_000498

## 10/20/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP
Start date: 10/7/2022
Quantity: 90 Tablet

Discontinued on: 11/8/2023

Ordered on: 10/7/2022
End date: 10/27/2023
Refill: 3 refills by 10/7/2023

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2023

Page 1367

Printed by 71334 at 8/21/24 10:12 AM

MC_000499

## 10/20/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: 1 Tablet twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |

Refill: 2 refills by 9/13/2024

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

---

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2023

Page 1368

Printed by 71334 at 8/21/24 10:12 AM

MC_000500

## 10/20/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2023

Page 1369

Printed by 71334 at 8/21/24 10:12 AM

MC_000501

## 10/19/2023 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 311282509

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 10/19/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                                    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/19/2023

Page 1370                                              Printed by 71334 at 8/21/24 10:12 AM

MC_000502

## 10/19/2023 - Health Maintenance Letter (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Call Information

| | Department | Center |
|---|---|---|
| 10/19/2023 10:49 AM | | |

| **Results** | | (Order ) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Messages**

**Health Reminders**

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 10/19/2023 10:49 AM |
| Last Read in MyChart | | |
| Not Read | | |

October 19, 2023

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness
and injury in the first place.  In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL      Larocque, Linda J
HOSPITAL             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 10/19/2023
WAY
TACOMA WA 98405-4234

Page 1371                                           Printed by 71334 at 8/21/24 10:12 AM

MC_000503

Larocque, Linda J
MRN: 172930

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Discuss Breast Cancer Screening With Your Provider

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/19/2023

Page 1372

Printed by 71334 at 8/21/24 10:12 AM

MC_000504

**10/17/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
     **CSN:** 311040000

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 10/17/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave Tacoma WA 98408-5509 | Telephone Information: |

Home Phone    Not on file.
Work Phone    Not on file.

**SSN:** xxx-xx-5145     Mobile    253-273-7247
**Age:** 66 year old     **Employer:**
**DOB:** 2/9/1958 (65 yrs)     No address on file.
**Sex:** female
**Marital Status:** Married

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**     **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE AUBURN    Larocque, Linda J
REGIONAL MEDICAL PLAZA    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST    Visit date: 10/17/2023
AUBURN WA 98001-4931

Page 1373      Printed by 71334 at 8/21/24 10:12 AM

MC_000505

## 10/17/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Encounter Provider

Trisha L Flett, RN

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics and Sports Medicine - Auburn | 121 N Division St Suite 310 Auburn WA 98001-4931 | 253-792-6555 | 253-372-7296 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/17/2023 12:54 PM | Trisha L Flett, RN | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/17/2023

Page 1374

Printed by 71334 at 8/21/24 10:12 AM

MC_000506

**10/17/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn (continued)**

**Documents**

Clinical Unknown - Document on 10/17/2023 1251: DME Locations Updated 8 2023

Document

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Messages**

**Medical Equipment Stores**

| From | To | Sent and Delivered |
|------|-----|--------------------|
| Trisha L Flett, RN | Larocque, Linda J | 10/17/2023 12:54 PM |

Last Read in MyChart
11/4/2023 1:38 PM by Linda J Larocque

Hi Linda

I am attaching my list of medical equipment locations that would be helpful to get your equipment.
Just let our office or thompsons office know which you need at your pre op and we will get those DME's Rx's for you.

You are probably going to want something similar to this :
https://www.accessibilitymedical.org/probasics-lightweight-k4-manual-wheelchai-15257247.html

Just look - search - or ask for a wheel chair with straight leg support or elevating leg rests.

All the best.
Trish

**Patient Instructions**

None

MULTICARE AUBURN              Larocque, Linda J
REGIONAL MEDICAL PLAZA       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST            Visit date: 10/17/2023
AUBURN WA 98001-4931

Page 1375                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000507

**10/16/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 310845272

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/16/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/16/2023

Page 1376

Printed by 71334 at 8/21/24 10:12 AM

MC_000508

## 10/16/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Trisha L Flett, RN |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics and Sports Medicine - Auburn | 121 N Division St Suite 310 Auburn WA 98001-4931 | 253-792-6555 | 253-372-7296 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/16/2023 8:18 AM | Trisha L Flett, RN | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

| Results | | (Order ) |
|---|---|---|

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### Update

| From | To | Sent and Delivered |
|---|---|---|
| Trisha L Flett, RN | Larocque, Linda J | 10/16/2023 8:18 AM |

Last Read in MyChart
10/16/2023 6:24 PM by Linda J Larocque

Hi Linda,

I got your Cardiac clearance this am. I am just waiting on your dental clearance then we can get you a surgical date to get your knee fixed.

Just wanted to keep you updated.

All the best,

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/16/2023

Page 1377

Printed by 71334 at 8/21/24 10:12 AM

MC_000509

## Preferred Pharmacy (continued)

**Messages (continued)**

Trish

**Trish Flett MBA, MSN, RN** | Clinic Ortho-Surgical Nurse Navigator
Ambulatory RN Ortho Care Manager
**Allenmore - Total Joints | MultiCare**
**Phone:** 253 - 459-7044 **Off on Fridays**
**Fax:** 253.864.2703 | **Email:** tlflett@multicare.org
**Allenmore - Address:** 3124 South 19th St., Suite340, Tacoma, WA. 98405

**Patient Instructions**

None

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/16/2023

Page 1378

Printed by 71334 at 8/21/24 10:12 AM

MC_000510

## 10/13/2023 - External Document in Pulse Heart Institute Tacoma

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 310679643

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/13/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

Pulse Heart Institute          Larocque, Linda J
1901 SOUTH CEDAR ST          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-2302          Visit date: 10/13/2023

Page 1379                                  Printed by 71334 at 8/21/24 10:12 AM

MC_000511

## 10/13/2023 - External Document in Pulse Heart Institute Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

**Encounter Provider**

New Referring Provider

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Pulse Heart Institute Tacoma | 1901 SOUTH CEDAR ST SUITE 301 Tacoma WA 98405-2302 | 253-572-7320 | 253-779-9879 |

## Call Information

| | Provider | Department | Center |
|------|----------|------------|--------|
| 10/13/2023 9:02 AM | New Referring Provider | PULSE CARDIOLOGY TACOMA | Pulse Tacoma |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2023

Page 1380

Printed by 71334 at 8/21/24 10:12 AM

MC_000512

## 10/13/2023 - External Document in Pulse Heart Institute Tacoma (continued)

**Documents**

### Assessment - Scan on 10/13/2023 0903: PHI RISK ASSESSMENT

Scan (below)



### PERIOPERATIVE CARDIAC RECOMMENDATIONS

(253) 572-7320
www.pulseheartinstitute.com

Auburn · Gig Harbor · Puyallup · Tacoma

Patient: __Linda Larocque__   EPIC Account # __172930__

Date of Birth: __2/9/1958__   Date Last Seen at PHI: __6/26/2023__

Requesting Provider: __Dr. Adler__   PHI Physician: __Dr. Guerra__

Phone # __253-792-6555__   FAX Number: __253-864-2703__

Type of Surgery: __(L) Total Knee Revision__   Date of Surgery: __pending__

**Revised Cardiac Risk Index (RCRI)**

_____ Diabetes Mellitus requiring Insulin

_____ History of ischemic heart disease

__✓__ History of congestive heart failure

_____ History of cerebrovascular disease

_____ Serum creatinine equal or greater than 2 mg/dL

_____ High risk surgery (intraperitoneal, intrathoracic, or suprainguinal vascular)

**RCRI risk and interpretation**

__✓__ 0-1 predictors low risk (< 1% chance) of MACE

_____ 2 or more predictors elevated (1% or greater) risk of MACE

_Major adverse cardiac events (MACE)_

**Perioperative recommendations**

__✓__ The patient may proceed to surgery with the above risk with routine monitoring if the benefits of surgery outweigh the potential risks.

_____ Additional cardiac testing prior to surgery including _____

_____ Risks of surgery are excessively high due to _____

**Antiplatelet and anticoagulation recommendations**

Medication: ____Aspirin____   Days to stop prior to surgery: __7__

Medication: _____   Days to stop prior to surgery: _____

_Resume above medications as soon as safe post-procedure._

**Additional comments**

Signed: _____ , MD/ARNP

Printed: __Sandy Johnson__ , MD/ARNP   Date: __10 13 23__

RN 18.10/6/16

**Results**                                                                 **(Order )**

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2023

Page 1381                                              Printed by 71334 at 8/21/24 10:12 AM

MC_000513

**10/13/2023 - External Document in Pulse Heart Institute Tacoma (continued)**

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Patient Instructions**

None

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000514

Larocque, Linda J
MRN: 172930

## 10/12/2023 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
                                          **CSN:** 310565624

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/12/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Exchange Of Information
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone     Not on file.
Work Phone     Not on file.
Mobile         253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1383                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000515

## 10/12/2023 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Exchange Of Information (Upcoming  knee  surgery  . ), onset date 10/12/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 10/11/2023 9:57 AM | Jasmine Marquez, CMA | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Jasmine Marquez, CMA at 10/12/2023 0957

| | | |
|---|---|---|
| Author: Jasmine Marquez, CMA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 10/12/23 0957 | Encounter Date: 10/12/2023 | Status: Signed |
| Editor: Jasmine Marquez, CMA (CERTIFIED MEDICAL ASSISTANT) | | |

----- Message from Cheryll May N Greenwood sent at 10/11/2023 11:48 AM PDT -----
Pt Name: Linda J Larocque
Name of Caller: Linda J Larocque
Relationship to Patient: self
Contact Number: 253-273-7247
PCP: Rachel D Dawson, MD

Drug name:alprazolam (XANAX) 0.25 MG Tab

Reason for call: Patient called requesting a call back from the office, she stated she is having more anxiety lately, needing to increase the amount of 15/month. She will have reconstructive  knee surgery in the next few weeks, will be in cast for 12 weeks. Please advise.

Duration of concern: n/a
Would you like a response via My Chart: No
Okay to leave a message if voicemail is reached: No
Is patient aware that call backs are made in between patients and after clinic is over and may take up to 24 to 48 hours? No

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1384

Printed by 71334 at 8/21/24 10:12 AM

MC_000516

## 10/12/2023 - Telephone in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Cheryll May N Greenwood.  10/11/2023.  11:48 AM

Electronically signed by Jasmine Marquez, CMA at 10/12/23 0957

#### Telephone Encounter by Sarah A Tryon, LVN/LPN at 10/17/2023 0937

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 10/17/23 0938 | Encounter Date: 10/12/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Called  And  Spoke with patient  She  Will come in and  See  Dr  Dawson  11/2/23.

Electronically signed by Sarah A Tryon, LVN/LPN at 10/17/23 0938

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

###### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1385

Printed by 71334 at 8/21/24 10:12 AM

MC_000517

## 10/12/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/5/2023
Quantity: 18 mL

Discontinued on: 10/23/2023

Ordered on: 7/5/2023
End date: 10/22/2023
Refill: 1 refill by 7/4/2024

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

Discontinued on: 12/7/2023

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1386

Printed by 71334 at 8/21/24 10:12 AM

MC_000518

## 10/12/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1387

Printed by 71334 at 8/21/24 10:12 AM

MC_000519

## 10/12/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

Authorized by: Rachel D Dawson, MD
Start date: 12/4/2023
Quantity: 160 Tablet

Ordered on: 10/5/2023
End date: 12/7/2023
Refill: No refills remaining

**Stopped in Visit**

None

## Results                                                                      (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1388

Printed by 71334 at 8/21/24 10:12 AM

MC_000520

**10/12/2023 - MyChart Secure Pt Message in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**　　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　　**CSN:** 310652528

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 10/12/2023 | | | No service for | |

**Admitting Physician:**　　　　　　　　　　　**Chief Complaint:**
　　　　　　　　　　　　　　　　　　　　　　　**Adm Dx:**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD　　　**Employer Phone:**
**Referring Physician:**　　　　　　　　　　　　　　　**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

MC_000521

## 10/12/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Sarah A Tryon, LVN/LPN |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/12/2023 5:44 PM | Sarah A Tryon, LVN/LPN | LAKEWOOD FP | LWMCC |

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1390

Printed by 71334 at 8/21/24 10:12 AM

MC_000522

## 10/12/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Medication List (continued)**

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1391

Printed by 71334 at 8/21/24 10:12 AM

MC_000523

## 10/12/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: 1 Tablet twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1392

Printed by 71334 at 8/21/24 10:12 AM

MC_000524

## 10/12/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                                      (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

### anxiety

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Lakewood Fp Nurse Pool (supporting Sarah A Tryon, LVN/LPN) | 10/16/2023 6:25 PM |

Sarah,
Could you please call me tomorrow Tuesday 10/17

Thank you

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1393

Printed by 71334 at 8/21/24 10:12 AM

MC_000525

## Preferred Pharmacy (continued)

**Messages (continued)**

# Linda

**anxiety**

| From | To | Sent and Delivered |
|---|---|---|
| Sarah A Tryon, LVN/LPN | Larocque, Linda J | 10/12/2023 5:44 PM |
| Last Read in MyChart | | |
| 10/16/2023 6:24 PM by Linda J Larocque | | |

I received your message , dr dawson is out until 10/30 on mission trip . Are you ok til she returns .Sarah A Tryon, LVN/LPN

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1394

Printed by 71334 at 8/21/24 10:12 AM

MC_000526

Larocque, Linda J
MRN: 172930

## 10/12/2023 - MyChart Secure Pt Message in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          MRN: 172930
                                             CSN: 310596138

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/12/2023 | | | No service for | |

**Admitting Physician:**                     **Chief Complaint:**
                                             **Adm Dx:**
                                             Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | **Employer:** | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:**                               **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1395                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000527

## 10/12/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Encounter Provider

Rachel D Dawson, MD

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 10/12/2023 12:12 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Results                                                                                     (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

## Messages

### anxiety

| From | To | Sent and Delivered |
|------|----|--------------------|
| Rachel D Dawson, MD | Larocque, Linda J | 10/12/2023 12:12 PM |

Last Read in MyChart
10/14/2023 7:34 PM by Linda J Larocque

I do not advocate using more xanax as it interacts with pain medication you will need for the surgery
What other measures of managing anxiety have you tried?
Have you heard of deep breathing exercises?  You tube can show you how to do them
Alternative exercise like swimming or yoga
Pray
Medication
Talking things over with family and friends
Listening to music
Thinking through what is making you anxious and coming up with a plan etc.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1396

Printed by 71334 at 8/21/24 10:12 AM

MC_000528

## Preferred Pharmacy (continued)

**Messages (continued)**

I can refer you to counseling to help
Rachel D Dawson, MD

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1397

Printed by 71334 at 8/21/24 10:12 AM

MC_000529

**10/12/2023 - External Document in Pulse Heart Institute Auburn**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 310695536

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 10/12/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**
                                  Gestational Age: \<None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

**Accident Type:**

MC_000530

## 10/12/2023 - External Document in Pulse Heart Institute Auburn (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

**Encounter Provider**

New Referring Provider

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Pulse Heart Institute Auburn | 202 N DIVISION ST PLAZA 2 STE 201<br>Auburn WA 98001-4939 | 253-572-7320 | 253-779-9879 |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 10/12/2023 10:22 AM | New Referring Provider | PULSE CARDIOLOGY AUBURN | Pulse Auburn |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1399

Printed by 71334 at 8/21/24 10:12 AM

MC_000531

## 10/12/2023 - External Document in Pulse Heart Institute Auburn (continued)

**Documents**

Assessment - Scan on 10/13/2023 1023: PHI RISK ASSESSMENT

Scan (below)

### ·ı|ı· **Pulse**™
**Heart Institute**
(253) 572-7320
www.pulseheartinstitute.com

### PERIOPERATIVE CARDIAC RECOMMENDATIONS

Auburn - Gig Harbor - Puyallup - Tacoma

Patient: Linda Larocque          EPIC Account # 172930

Date of Birth: 2/9/58          Date Last Seen at PHI: 6/26/23

Requesting Provider: Dr. Adler          PHI Physician: Dr. Guerra

Phone # 253-792-6555          FAX Number: 253-864-2703

Type of Surgery: (1) total knee revision   Date of Surgery: pending

**Revised Cardiac Risk Index (RCRI)**

\_\_\_\_\_ Diabetes Mellitus requiring insulin

✓ History of ischemic heart disease

✓ History of congestive heart failure

\_\_\_\_\_ History of cerebrovascular disease

\_\_\_\_\_ Serum creatinine equal or greater than 2 mg/dl. 0.82   6/23/23

\_\_\_\_\_ High risk surgery (intraperitoneal, intrathoracic, or suprainguinal vascular)

**RCRI risk and interpretation**

\_\_\_\_\_ 0-1 predictors low risk (<1% chance) of MACE

✓ 2 or more predictors elevated (1% or greater) risk of MACE

*Major adverse cardiac events (MACE)*

**Perioperative recommendations**

✓ The patient may proceed to surgery with the above risk with routine monitoring if the benefits of surgery outweigh the potential risks.

\_\_\_\_\_ Additional cardiac testing *prior* to surgery including _____

\_\_\_\_\_ Risks of surgery are excessively high due to _____

**Antiplatelet and anticoagulation recommendations**

Medication: Aspirin          Days to stop prior to surgery: 7 days

Medication: _____          Days to stop prior to surgery: _____

*Resume above medications as soon as safe post-procedure.*

**Additional comments**

Signed: _____ , MD/ARNP

Printed: Dr. Guerra          (MD)/ARNP   Date: 10-12-23

**Results**                                                                 (Order)

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023

Page 1400                                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000532

**10/12/2023 - External Document in Pulse Heart Institute Auburn (continued)**

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Patient Instructions**

None

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/12/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000533

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 309669028

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 10/3/2023 | | | No service for | |

**Admitting Physician:**  **Chief Complaint:** Refill Request; Rx Refill*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:**  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1402

Printed by 71334 at 8/21/24 10:12 AM

MC_000534

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaints

- Refill Request (Xanax-safeway1594), onset date 10/3/2023
- Rx Refill Center - Control Medication, onset date 10/3/2023

### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

## Visit Information

### Provider Information

#### Encounter Provider

Rachel D Dawson, MD

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|--|----------|-----------|--------|
| 10/3/2023 4:05 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Kaela W Davidson at 10/4/2023 1240

| | | |
|--|--|--|
| Author: Kaela W Davidson | Service: — | Author Type: — |
| Filed: 10/04/23 1241 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

*PRC Case Review*
*Last dispensed: 08/21/2023*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1403

Printed by 71334 at 8/21/24 10:12 AM

MC_000535

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 70 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 85 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Kaela W Davidson at 10/04/23 1241

### Telephone Encounter by Kaela W Davidson at 10/4/2023 1241

| | | |
|---|---|---|
| Author: Kaela W Davidson | Service: — | Author Type: — |
| Filed: 10/04/23 1241 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

Pending Prescriptions:    Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab    15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

--------------------------------------------------------------

Electronically signed by Kaela W Davidson at 10/04/23 1241

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 10/4/2023 1303

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 10/04/23 1303 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:    Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab    15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

--------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 10/04/23 1303

### Telephone Encounter by Rachel D Dawson, MD at 10/5/2023 1114

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 10/05/23 1114 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1404

Printed by 71334 at 8/21/24 10:12 AM

MC_000536

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Signed Prescriptions:          Disp  Refills
 alprazolam (XANAX) 0.25 MG Tab       15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
   for anxiety.
Authorizing Provider: DAWSON, RACHEL D

---------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 10/05/23 1114

### Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1405

Printed by 71334 at 8/21/24 10:12 AM

MC_000537

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/5/2023
Quantity: 18 mL

Discontinued on: 10/23/2023

Ordered on: 7/5/2023
End date: 10/22/2023
Refill: 1 refill by 7/4/2024

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1406

Printed by 71334 at 8/21/24 10:12 AM

MC_000538

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: 1 Tablet twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1407

Printed by 71334 at 8/21/24 10:12 AM

MC_000539

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

**Stopped in Visit**

None

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 10/3/2023  4:05 PM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1408

Printed by 71334 at 8/21/24 10:12 AM

MC_000540

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 309654995

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 10/3/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request; Rx Refil*
                                   **Adm Dx:**

                                   Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Work Phone | Not on file. |
| **Age:** | 66 year old | | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (65 yrs) | | **Employer:** | |
| **Sex:** | female | | | No address on file. |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 10/3/2023
LAKEWOOD WA 98499-2767

Page 1409          Printed by 71334 at 8/21/24 10:12 AM

MC_000541

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Norco-safeway1594), onset date 10/3/2023
- Rx Refill Center - Control Medication, onset date 10/3/2023

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 10/3/2023 3:02 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 10/4/2023 1216

| | | |
| --- | --- | --- |
| Author: Kaela W Davidson | Service: — | Author Type: — |
| Filed: 10/04/23 1216 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

**PRC Case Review**
*Last dispensed: 09/06/2023*
*Last encounter with Rachel D Dawson, MD: 1/26/2023.*
*Next appointment with PCP: Visit date not found*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1410

Printed by 71334 at 8/21/24 10:12 AM

MC_000542

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### The most relevant results are;

The last BMP result was

**Na**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 143 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 4.1 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 17 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

The last SGOT result was

**SGOT/AST**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/26/2023 | 22 | 5 - 40 IU/L | Final |

The last SGPT result was

**SGPT/ALT**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/26/2023 | 23 | 6 - 60 IU/L | Final |

**Amphetamine scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

**Barbiturate scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

**Benzodiazepin scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

**Cannabinoid scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/03/2020 | Negative     ( <50 ng/mL) | | Final |

**Cocaine metabol ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

**Methadone scr urine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1411

Printed by 71334 at 8/21/24 10:12 AM

MC_000543

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Oxycodone ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Comment**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 09/03/2020 | | | Final |

Comment:

*Negative = no drug detected at defined sensitivity limits. Confirm positives by alternate method if medically indicated. Test results for medical purposes only, not for forensic, evidentiary, employment, criminal prosecution.*

Electronically signed by Kaela W Davidson at 10/04/23 1216

### Telephone Encounter by Kaela W Davidson at 10/4/2023 1216

| | | |
|---|---|---|
| Author: Kaela W Davidson | Service: — | Author Type: — |
| Filed: 10/04/23 1216 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

Pending Prescriptions:       Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
    pain (chronic pain syndrome exempt).

-------------------------------------------------------------------

Electronically signed by Kaela W Davidson at 10/04/23 1216

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 10/4/2023 1303

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 10/04/23 1303 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:       Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
    pain (chronic pain syndrome exempt).

-------------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 10/04/23 1303

### Telephone Encounter by Rachel D Dawson, MD at 10/5/2023 1106

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 10/05/23 1106 | Encounter Date: 10/3/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1412

Printed by 71334 at 8/21/24 10:12 AM

MC_000544

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Signed Prescriptions:          Disp   Refills  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0      Sig: Take 1-2
Tablets by mouth every 6 hours as needed for        pain (chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D
hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0      Sig: Take 1-2 Tablets by mouth every 6 hours as needed for        pain
(chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D  hydrocodone-acetaminophen (NORCO) 10-325 M*160
Ta*0      Sig: Take 1-2 Tablets by mouth every 6 hours as needed for        pain (chronic pain syndrome exempt).Authorizing Provider:
DAWSON, RACHEL D-------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 10/05/23 1106

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD              Ordered on: 5/21/2019
Start date: 5/21/2019                           Action: Patient taking differently
Quantity: 1 Each                                Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an
assistive device.
Authorized by: Rachel D Dawson, MD              Ordered on: 10/14/2021
Start date: 10/14/2021                          Quantity: 1 Each
Refill: No refills remaining

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1413                                                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000545

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1414

Printed by 71334 at 8/21/24 10:12 AM

MC_000546

Larocque, Linda J
MRN: 172930

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Printed by 71334 at 8/21/24 10:12 AM

MC_000547

## 10/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Preferred Pharmacy

**Visit Pharmacy**

| SAFEWAY PHARMACY #1594 - TACOMA, WA |
|---|

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 10/3/2023  3:02 PM |

Refills have been requested for the following medications:

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/3/2023

Page 1416

Printed by 71334 at 8/21/24 10:12 AM

MC_000548

## 10/02/2023 - Telephone in Pulse Heart Institute Tacoma

## MultiCare Health System

**Patient Name:** LAROCQUE, LINDA J        **MRN:** 172930
**CSN:** 309438243

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/2/2023 | | | No service for | |

**Admitting Physician:**       **Chief Complaint:** Surgery Approval
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information: | |
| | | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**       **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

Page 1417

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000549

## 10/02/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Surgery Approval, onset date 10/2/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/2/2023 9:38 AM | Sallica D Mau, NA | PULSE CARDIOLOGY TACOMA | Pulse Tacoma |

### Clinical Notes

#### Telephone Encounter by Sallica D Mau, NA at 10/2/2023 0938

| | | |
|---|---|---|
| Author: Sallica D Mau, NA | Service: — | Author Type: NURSE ASSISTANT |
| Filed: 10/02/23 0939 | Encounter Date: 10/2/2023 | Status: Signed |
| Editor: Sallica D Mau, NA (NURSE ASSISTANT) | | |

**˙ı| Pulse**
Heart Institute

**PATIENT NAME: Linda J Larocque      MRN: 172930**
**DATE OF BIRTH: 2/9/1958**
**Date last seen at PHI: 06/26/2023**

**Type of Clearance: Cardiac**

**Requesting Provider: Dr. Adler     ATTN: RN Coordinator**
**Phone: 253-792-6555          Fax: 253-864-2703**
**Type of procedure: Left total knee revision          Date of procedure: Pending**

Electronically signed by Sallica D Mau, NA at 10/02/23 0939

#### Telephone Encounter by Brooke P Harris, RN at 10/10/2023 1321

| | |
|---|---|
| Pulse Heart Institute | Larocque, Linda J |
| 1901 SOUTH CEDAR ST | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98405-2302 | Visit date: 10/2/2023 |
| | Printed by 71334 at 8/21/24 10:12 AM |

MC_000550

## 10/02/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: Brooke P Harris, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 10/10/23 1322 | Encounter Date: 10/2/2023 | Status: Signed |
| Editor: Brooke P Harris, RN (Registered Nurse) | | |



**᛫ⅠⅠⅠ᛫ Pulse**
Heart Institute

**PATIENT NAME: Linda J Larocque      MRN: 172930**
**DATE OF BIRTH: 2/9/1958**
**Date last seen at PHI: 06/26/2023**

**Type of Clearance: Cardiac**

**Requesting Provider: Dr. Adler      ATTN: RN Coordinator**
**Phone: 253-792-6555      Fax: 253-864-2703**
**Type of procedure: Left total knee revision      Date of procedure: Pending**

**PULSE HEART INSTITUTE PROCEDURE INSTRUCTIONS**

**The instructions for the above procedure are as follows:**

**Perioperative Cardiac Risk Assessment to be processed 10/12/2023 by Dr. Guerra in the Tacoma office. This will be faxed once completed.**

The above recommendations are in accordance with the Pulse Heart Institute physicians directed protocols.

Questions regarding these instructions are directed to 253-572-7320

Pulse Heart Institute Physician: Daniel Guerra, MD

Pulse Heart Institute Nurse: Brooke P Harris, RN

Electronically signed by Brooke P Harris, RN at 10/10/23 1322

**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

MC_000551

## 10/02/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

### Medication List (continued)

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

#### rosuvastatin (CRESTOR) 20 mg Tab

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1420

Printed by 71334 at 8/21/24 10:12 AM

MC_000552

## 10/02/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 9/4/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Rachel D Dawson, MD
Instructions: 1 Tablet twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 8/10/2023
Quantity: 60 Tablet

Discontinued on: 11/2/2023

Ordered on: 8/10/2023
End date: 11/2/2023
Refill: 2 refills by 8/9/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

Discontinued on: 12/7/2023

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1421

Printed by 71334 at 8/21/24 10:12 AM

MC_000553

## 10/02/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                 (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1422

Printed by 71334 at 8/21/24 10:12 AM

MC_000554

## 10/02/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 309431741

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/2/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Medical Clearance
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile        253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

|  | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Accident Information

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1423

Printed by 71334 at 8/21/24 10:12 AM

MC_000555

## 10/02/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Medical Clearance (Cardiac Clearance ), onset date 10/2/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

|  | Provider | Department | Center |
|---|---|---|---|
| 10/2/2023 9:12 AM | Trisha L Flett, RN | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by Trisha L Flett, RN at 10/2/2023 0912

| | | |
|---|---|---|
| Author: Trisha L Flett, RN | Service: — | Author Type: Registered Nurse |
| Filed: 10/02/23 0917 | Encounter Date: 10/2/2023 | Status: Signed |
| Editor: Trisha L Flett, RN (Registered Nurse) | | |

**MultiCare**

BetterConnected
Multicare Orthopedics and Sports Medicine
Allenmore
3124 South 19 th St. , Suite 340. Tacoma, WA. 98405
P: 253-792-6555 F: 253-864-2703

**Patient Preoperative Cardiac Clearance Form**

Date: 10/02/23

To: Dr. Daniel Guerra MD          Our mutual patient: Linda J Larocque
DOB: 2/9/1958          Multicare MRN: 172930

Has decided to go forward with the following surgical procedure: **Left Total Knee Revision with Dr Z Adler MD**

| | MULTICARE AUBURN REGIONAL MEDICAL PLAZA 121 N DIVISION ST AUBURN WA 98001-4931 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 10/2/2023 |
|---|---|---|

Page 1424          Printed by 71334 at 8/21/24 10:12 AM

MC_000556

**10/02/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)**

Clinical Notes (continued)

In order to proceed with scheduling the planned procedure, we require a Preoperative Cardiac Clearance by you.

We will need a signed note, examination report, or check box below clearing the patient for the surgical procedure. Please provide documentation of any requirements or any foreseen medical issues that may arise in the preoperative and/or postoperative care of this patient.

☐ Patient has been optimized for surgery
☐ Patient has not been optimized for surgery

**Anticoagulation Medications:**     OK to Discontinue this medication prior
**to surgery as described below**
☐ **NONE**
☒ Aspirin 81 mg               ☐ 7 days prior to surgery
☐ Eliquis (Apixaban)        ☐ 3 days prior to surgery
☐ Xarelto ( Rivaroxaban)    ☐ 3 days prior to surgery
☐ Plavix (Clopidogrel)       ☐ 7 days prior to surgery
☐ Coumadin (Warfarin)      ☐ 5 days prior to surgery or ☐ Patient
needs bridging

Please reach out to anticoagulation clinic

Additional Comments: _____

Treatment Recommended: _____
Provider Signature: _____ Date: _____

Provider Printed Name: _____

Please complete and fax form to **253.864.2703 Attn: RN Coordinator**

Thank you for your assistance, we appreciate the opportunity to provide high quality service to our mutual patient and getting them back on the road to recovery.

Sincerely,

MultiCare Orthopedics & Sports Medicine

**CONFIDENTIALITY NOTICE:** This message may contain highly confidential information. It is intended for the exclusive use of the addressee. It is to be used in a manner compliant with all state and federal regulations. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you receive this transmission in error, please notify this office by telephone to arrange for the return of these documents.

multicare.org

MULTICARE AUBURN    Larocque, Linda J
REGIONAL MEDICAL PLAZA    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
121 N DIVISION ST    Visit date: 10/2/2023
AUBURN WA 98001-4931

Page 1425                      Printed by 71334 at 8/21/24 10:12 AM

MC_000557

**10/02/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)**

Clinical Notes (continued)

Electronically signed by Trisha L Flett, RN at 10/02/23 0917

**Telephone Encounter by Anna K McPherson, RN at 10/12/2023 1009**

| | | |
|---|---|---|
| Author: Anna K McPherson, RN | Service: — | Author Type: Registered Nurse |
| Filed: 10/12/23 1010 | Encounter Date: 10/2/2023 | Status: Signed |
| Editor: Anna K McPherson, RN (Registered Nurse) | | |

# ᐧ�I᜵ᐧ Pulse
### Heart Institute

PATIENT NAME: Linda J Larocque      MRN: 172930
DATE OF BIRTH: 2/9/1958
Date last seen at PHI: 6/26/2023

Type of Clearance: Cardiac

Requesting Provider: Dr. Adler      ATTN: Trisha, RN
Phone: 253-792-6555          Fax: 253-864-2703
Type of procedure: Left Total Knee Revision          Date of procedure: Pending

**PULSE HEART INSTITUTE PROCEDURE INSTRUCTIONS**

The instructions for the above procedure are as follows:

Perioperative Cardiac Risk Assessment to be processed Thursday October 12, 2023 by ARNP in the Puyallup office. This will be faxed once completed.

The above recommendations are in accordance with the Pulse Heart Institute physicians directed protocols.

Questions regarding these instructions are directed to 253-572-7320

Pulse Heart Institute Physician: Daniel Guerra, MD

Pulse Heart Institute Nurse: Anna K Mcpherson, RN

Electronically signed by Anna K McPherson, RN at 10/12/23 1010

| MULTICARE AUBURN | Larocque, Linda J |
|---|---|
| REGIONAL MEDICAL PLAZA | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| 121 N DIVISION ST | Visit date: 10/2/2023 |
| AUBURN WA 98001-4931 | |

Page 1426

Printed by 71334 at 8/21/24 10:12 AM

MC_000558

## 10/02/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Clinical Notes (continued)**

**Medication List**

### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**verapamil (CALAN SR) 240 MG Tab CR**

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

**senna (SENNA, SENOKOT) 8.6 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

MULTICARE AUBURN REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1427

Printed by 71334 at 8/21/24 10:12 AM

MC_000559

## 10/02/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Medication List (continued)**

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1428

Printed by 71334 at 8/21/24 10:12 AM

MC_000560

## 10/02/2023 - Telephone in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Medication List (continued)**

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

**Stopped in Visit**

None

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1429

Printed by 71334 at 8/21/24 10:12 AM

MC_000561

Larocque, Linda J
MRN: 172930

## 10/02/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 309434690

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/2/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Work Phone | Not on file. |
| | | | Mobile | 253-273-7247 |
| Age: | 66 year old | | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

MC_000562

## 10/02/2023 - MyChart Secure Pt Message in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
| --- |
| Trisha L Flett, RN |

### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedics and Sports Medicine - Auburn | 121 N Division St Suite 310 Auburn WA 98001-4931 | 253-792-6555 | 253-372-7296 |

## Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 10/2/2023 9:24 AM | Trisha L Flett, RN | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

## Results                                                                      (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

## Messages

### Clearance information

| From | To | Sent and Delivered |
| --- | --- | --- |
| Trisha L Flett, RN | Larocque, Linda J | 10/2/2023 9:24 AM |

Last Read in MyChart
10/3/2023 2:58 PM by Linda J Larocque

Hi Linda,

My name is Trish I am the nurse navigator that works to ensure you are cleared medically for surgery. I have a few additional questions before I can clear your chart for surgery and have the surgery schedulers call to schedule you.

Specifically -
You will need a medical clearance. I have sent a clearance request to your Cardiology – Dr D Guerra MD ---

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1431                                                                Printed by 71334 at 8/21/24 10:12 AM

MC_000563

## Preferred Pharmacy (continued)

**Messages (continued)**

Please call the office and see if you need an apt for medical clearance.

I also need to know -

I need to know when was the last time you saw a dentist? And who you saw? So I can send your dentist a dental clearance form.

Do you have a care partner or someone who will help you after surgery? And if so - who?

If you could call me back or reply to this message I would appreciate it.

Thank you,
Trish Flett RN


**Trish Flett MBA, MSN, RN** | Clinic Ortho-Surgical Nurse Navigator
Ambulatory RN Ortho Care Manager
**Allenmore - Total Joints | MultiCare**
**Phone: 253 - 459-7044  Off on Fridays**
**Fax:** 253.864.2703 | **Email:** tlflett@multicare.org
**Allenmore - Address:** 3124 South 19th St., Suite340, Tacoma, WA. 98405


**Patient Instructions**

None

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/2/2023

Page 1432

Printed by 71334 at 8/21/24 10:12 AM

MC_000564

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:**  172930
                                             **CSN:**  306712873

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 9/29/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Consultation
                                  **Adm Dx:**

                                  Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Work Phone | Not on file. |
| **Age:** | 66 year old | | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (65 yrs) | | **Employer:** | |
| **Sex:** | female | | | No address on file. |
| **Marital Status:** | Married | | | |

**Primary Care Physician:**   Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 9/29/2023

Page 1433                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000565

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint
- Consultation (Left knee)

#### Visit Diagnoses
- Status post total left knee replacement [Z96.652]
- **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Zachary B Adler, MD | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

#### Level of Service

| Level of Service | Modifiers |
|---|---|
| PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN | DECISION FOR SURGERY |
| **Log History** | |
| LOS History | |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 9/29/2023 8:15 AM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Kasey J Dycus, MA at 9/29/2023 0815

| | | |
|---|---|---|
| Author: Kasey J Dycus, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 09/29/23 0823 | Encounter Date: 9/29/2023 | Status: Addendum |
| Editor: Kasey J Dycus, MA (Medical Assistant) | | |

## Chief Complaint

Patient presents with

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1434

Printed by 71334 at 8/21/24 10:12 AM

MC_000566

**09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

- Consultation
  *Left knee*

Additional Details: Patient presents for consultation for her left knee. Patient is S/P Left TKA on 2/8/23 and Open Patella Tendon Repair on 6/26/23 by Dr. Thompson. Patient stated she went to the grocery store and the cart stopped suddenly causing patient to hit her knee on the cart and her patella to dislocate. Patient stated she is unable to lift her leg and her left hip is also painful. Patient also mentioned she has balance issues. Patient rates her pain as a 3/10 today and takes Norco for the pain.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

Electronically signed by Kasey J Dycus, MA at 09/29/23 0823

**Progress Notes by Zachary B Adler, MD at 9/29/2023 0815**

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 09/29/23 1213 | Encounter Date: 9/29/2023 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Dear Rachel D Dawson, MD,

I had the pleasure of evaluating Linda J Larocque in the Orthopaedic and Sports Medicine Adult Reconstruction clinic at the Multicare Health System today, at your request. I appreciate the referral very much and thank you for allowing me to participate in your patient's care. As you may recall, Linda J Larocque is a 65 year old female who presents today with a chief complaint of left medial, lateral and anterior knee pain.

She had a left total knee arthroplasty by Dr. Fred Thompson on 2/8/2023 (DePuy Attune Size 5 PS femur, Size 6 RP tibia, 8mm PS poly, 38mm patella). Unfortunately, she sustained a postoperative patella tendon rupture on 5/6/23 for which she returned to the operating room with Dr. Thompson on 6/26/2023 for primary repair. After the surgery she was in a knee immobilizer for 6 weeks.

She can only walk 1 block with a walker secondary to pain.

They do have pain at rest. They do have pain at night.

After the documented attempts at conservative treatments, Linda J Larocque reports their pain and dysfunction are worsening.

Prior treatment modalities have included:

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1435
Printed by 71334 at 8/21/24 10:12 AM

MC_000567

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

- OTC Medications: Yes tylenol
- Prescribed Medications: Yes vicodin (4 pills a day)
- Physical Therapy: Yes
- Steroid Injections: No
- Assistive device: Yes walker
- Brace: Yes

Past medical history, surgical history, allergies, medications, family history, and social history are all reviewed by me on the patient self-assessment/intake form which was signed and dated on this visit. This form is to be scanned into the permanent medical record.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.

PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); and **reconst-recurr disloc patella (Left, 06/26/2023).

Allergies:
**Allergies as of 09/29/2023 - Reviewed 09/29/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Medications: Current Outpatient Medications: lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab, Take 1 Tablet by mouth once daily., Disp: 100 Tablet, Rfl: 2
duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles, Take 1 Capsule by mouth twice daily., Disp: 180 Capsule, Rfl: 1
alprazolam (XANAX) 0.25 MG Tab, Take 1 Tablet by mouth three times a day as needed for anxiety., Disp: 15 Tablet, Rfl: 2
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

MC_000568

**09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

hydrOXYzine hcl (ATARAX) 25 MG Tab, Take 1 Tablet by mouth three times a day as needed for itching/pruritus., Disp: 120 Tablet, Rfl: 11

liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector, Inject 1.8 mg under the skin once daily., Disp: 18 mL, Rfl: 1

rosuvastatin (CRESTOR) 20 mg Tab, Take 1 Tablet by mouth each evening., Disp: 90 Tablet, Rfl: 3

aspirin 81 MG Chew Tab, Chew and swallow 1 Tablet by mouth twice daily., Disp: 84 Tablet, Rfl: 0

Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc, Use With victoza injections, Disp: 100 Each, Rfl: 11

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

hydrochlorothiazide (MICROZIDE) 12.5 MG Caps, Take 1 Capsule by mouth once daily., Disp: 90 Capsule, Rfl: 0

verapamil (CALAN SR) 240 MG Tab CR, Take 1 Tablet by mouth once daily., Disp: 90 Tablet, Rfl: 3

Free Text Medication Entry (OTHER), Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device., Disp: 1 Each, Rfl: 0

Free Text Medication Entry (OTHER), cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria), Disp: 1 Each, Rfl: 0

docusate sodium (COLACE) 100 MG Caps, Take 1 Cap by mouth twice daily., Disp: 60 Cap, Rfl: 0

diclofenac (VOLTAREN) 50 MG Tab EC, 1 Tablet twice daily., Disp: 60 Tablet, Rfl: 2

senna (SENNA, SENOKOT) 8.6 MG Tab, Take 1 Tablet by mouth once daily., Disp: 30 Tablet, Rfl: 1

Family History: family history includes Alcohol abuse in her daughter; Arthritis in her brother; Cancer in her daughter, maternal grandmother, and mother; Coronary Artery Disease in her maternal grandfather and maternal grandmother; Diabetes in her maternal aunt, paternal aunt, and sister; Drug/Alcohol in her daughter; GU in her mother; Heart in her father, mother, and sister; Hypertension in her father, mother, and sister; Neuro in her daughter and sister; Other in her paternal aunt and sister; Seizures in her daughter; Stroke in her father; Uterine cancer in her daughter.

Social History:  reports that she has never smoked. She has never been exposed to tobacco smoke. She has never used smokeless tobacco. She reports that she does not currently use alcohol. She reports that she does not use drugs.

ROS:  A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

Vital Signs: BP 117/65 | Pulse 88 | Temp (Src) 95 (Temporal) | Resp 16 | Ht 5' 6.339"[measured without shoes[ (1.685 m) | Wt 247 lb 9.6 oz (112.311 kg) | LMP 09/14/2009 Body mass index is 39.56 kg/m².

General:  AAOX3, No acute distress, normal affect and disposition, well kept and appearing adult female.
Range of motion of the Left knee was -48 active to 126 and -2 to 126 passive with crepitus.
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive Medial, Lateral joint line tenderenss and 2+ effusion was present.
Knee alignment was neutral and there  was a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact. Foot alignment was neutral.
>5mm anterior drawer
Distal neurovascular exam was normal with 4/5 motor in the ankle and toes and intact sensation within the autogenous

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1437

Printed by 71334 at 8/21/24 10:12 AM

MC_000569

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of gait did reveal an antalgic gait.

Radiographic Data: Current and prior radiographs were personally reviewed and interpreted by me.
3 views left knee dated 8/31/2023 reviewed and interpreted by me. Left total knee arthroplasty in place. Severe patella alta with complete disruption of the extensor mechanism. Likely periprosthetic patella fracture off the inferior pole.

Assessment: Linda J Larocque is a 65 year old female status post left total knee arthroplasty with chronic patellar tendon rupture

|  |  | ICD-10-CM |  |
|---|---|---|---|
| 1. | Patellar tendon rupture, left, initial encounter | S86.812A | CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY |
| 2. | Status post total left knee replacement | Z96.652 | CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY |

Plan:
**Orders Placed This Encounter**
- CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY
  *Adductor canal block*

  *Clearance:*
  *PCP: No*
  *Dental: No*
  *Cardiac: No*
  *Pulmonary: No*
  *Rheumatology: No*
  *Diabetic with Hb A1c >8: No*
  *Smoker: No*

  | | |
  |---|---|
  | Order Specific Question: | Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079? |
  | Answer: | Yes |
  | Order Specific Question: | Special needs |
  | Answer: | Zimmer RHK revision total knee with cones, flexible osteotomes, tamp, power, DeMayo knee positioner, microsag saw, Shukla total knee extractor, 10"x14" marlex mesh graft |
  | Order Specific Question: | Additional procedures/CPT®: |
  | Answer: | P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] |
  | Order Specific Question: | Additional procedures/CPT®: |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1438

Printed by 71334 at 8/21/24 10:12 AM

MC_000570

**09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

| | |
|---|---|
| Answer: | P PART/FULL REMOVAL OF KNEECAP [27350] |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P FIX PATELLA TENDN,SECONDARY [27381] |
| Order Specific Question: | Same Day Discharge? |
| Answer: | No |
| Order Specific Question: | Number of nights staying? |
| Answer: | 2 |
| Order Specific Question: | Tier Level |
| Answer: | Tier 2 [102] |

We discussed the options for treating chronic patellar tendon rupture with extensor mechanism disruption status post left total knee arthroplasty.  Unfortunately, this is a very difficult problem.  I discussed with her historical treatment options for chronic extensor mechanism disruptions have included primary pair, allograft reconstruction, hamstring autograft reconstruction, etc.  Currently, the most successful reconstruction option for chronic extensor mechanism disruption in the presence of total knee arthroplasty is conversion to hinged total knee replacement with Marlex mesh reconstruction of the extensor mechanism and papillectomy.  This will require 2 to 3 months of postoperative immobilization in a long-leg cast.

Linda J Larocque was counseled regarding the risks associated with revision Left total knee arthroplasty with extensor mechanism reconstruction including but not exclusive to: wear, loosening, infection, stiffness, dislocation, leg length discrepancy, persistent extensor mechanism weakness/deficiency, persistent pain, prosthetic clicking or squeaking, periprosthetic fracture, internal bleeding associated with blood thinners to prevent dvt, and PE, the possible need for blood bank blood transfusion, postoperative nausea, vomiting, difficulty with pain control, possible need for a urinary catheter and / or delayed urinary dysfunction or symptoms, possible electrolyte abnormalities or organ dysfunction due to the stress of surgery as well as medical and/or cardiac perioperative complications, possible death, need for revision surgery and they were provided a patient information handbook specific to joint replacement if available to refer to while they consider and await scheduling their reconstructive surgery.

We will schedule the procedure and request appropriate pre-operative optimization if indicated.  They will return to my adult reconstruction clinic and have an appointment with pre-anesthesia clinic one to two weeks prior to their surgery date for a pre-operative evaluation.   Thank you for the referral and the opportunity to participate in the care of your patient.  If you have any questions regarding my treatment recommendations don't hesitate to call.

**As Documented in the Office Visit Note Above, Current Milliman criteria for Total Knee Arthoplasty listed below have been met by LAROCQUE,LINDA J.**

Procedure may be indicated for **1 or more** of the following(1):
Treatment of degenerative joint disease is needed as indicated by **ALL** of the following(4):
Presence of significant radiographic findings, including knee joint destruction, angular deformity, or severe narrowing
Optimal medical management has been tried and failed.
Patient has failed or is not a candidate for more conservative measures (eg, osteotomy, patellofemoral arthroplasty).
Treatment is needed because of **1 or more** of the following:
- Disabling pain
- Functional disability
Failure of a previous proximal tibial or distal femoral osteotomy
Posttraumatic knee joint destruction

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1439
Printed by 71334 at 8/21/24 10:12 AM

MC_000571

**09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

Distal femur fracture repair in an elderly patient with osteoporosis(5)
Revision procedure for a failed prior reconstruction procedure
Limb salvage for malignancy(6)
Replacement (revision) of previous arthroplasty is needed as indicated by **1 or more** of the following(7):
Disabling pain
Functional disability
Progressive and substantial bone loss
Fracture of patella(8)
Dislocation of patella
Aseptic component instability(9)
Infection(10)
Periprosthetic fracture(11)

## Alternatives to Procedure

- Alternatives include(1)(4):
  - Optimal medical management, which may include:
    - Anti-inflammatory medication
    - Analgesics
    - Flexibility and muscle strengthening exercises
    - Physical therapy
    - Reasonable restriction of activities
    - Cane or crutch use
    - Weight reduction
    - Intra-articular steroids(12)(13)
    - Hyaluronic acid derivatives injection
  - Arthroscopy with or without debridement. See Knee Arthroscopy ⤤ ISC.
  - Osteotomy (high tibial, distal femoral). See Tibial Osteotomy, Adult ⤤ ISC.
  - Patellofemoral arthroplasty(14)
  - Arthrodesis(15)

Greater than 45 minutes was spent reviewing records, evaluating films, face-to-face encounter, creating care plan, and documenting.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

DEXA scan is up to date for Linda J Larocque

Electronically signed by Zachary B Adler, MD at 09/29/23 1213

Medication List

Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1440                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000572

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1441

Printed by 71334 at 8/21/24 10:12 AM

MC_000573

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 84 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

ALLENMORE BUILDING C | Larocque, Linda J
3124 S 19TH ST | MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702 | Visit date: 9/29/2023

Page 1442 | Printed by 71334 at 8/21/24 10:12 AM

MC_000574

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

#### Stopped in Visit

None

## Results                                                                (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET | Not open 24 hours |
| TACOMA WA 98408 | |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Other Orders - Procedures

#### Case Request

##### CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY [723646702] (Active)

| | | |
|---|---|---|
| Electronically signed by: **Zachary B Adler, MD on 09/29/23 1209** | | Status: **Active** |
| Ordering user: Zachary B Adler, MD 09/29/23 1209 | Authorized by: Zachary B Adler, MD | |
| Ordering mode: Standard | | |
| Frequency: Routine 09/29/23 - | Class: Normal | |
| Quantity: 1 | | |

Diagnoses
Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]

###### Questionnaire

| Question | Answer |
|---|---|
| Labs, diagnostic tests and NPO status per MHS Preop | Yes |

ALLENMORE BUILDING C        Larocque, Linda J
3124 S 19TH ST              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 9/29/2023

Page 1443                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000575

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | |
|---|---|
| Evaluation Protocol order set #11079? | |
| Special needs | Zimmer RHK revision total knee with cones, flexible osteotomes, tamp, power, DeMayo knee positioner, microsag saw, Shukla total knee extractor, 10"x14" marlex mesh graft |
| Additional procedures/CPT®: | P REVISE KNEE JOINT REPLACE,ALL PARTS<br>P PART/FULL REMOVAL OF KNEECAP<br>P FIX PATELLA TENDN,SECONDARY |
| Same Day Discharge? | No |
| Number of nights staying? | 2 |
| Tier Level | Tier 2 |

Order comments: Adductor canal block  Clearance: PCP: No  Dental: No  Cardiac: No  Pulmonary: No  Rheumatology: No  Diabetic with Hb A1c >8: No  Smoker: No

#### Indications

Status post total left knee replacement [Z96.652 (ICD-10-CM)]
Patellar tendon rupture, left, initial encounter [S86.812A (ICD-10-CM)]

### Flowsheets

#### Custom Formula Data

| Row Name | 09/29/23 0816 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 132.45 lbs -KD | | | | |
| Adjusted Body Weight | 178.51 lbs -KD | | | | |
| % Over/Under Ideal Body Weight | 86.94 -KD | | | | |
| Predicted Body Weight | 60.0797 -KD | | | | |
| Length (cm) | 168.5 cm -KD | | | | |
| IBW/kg (Calculated) Male | 64.58 kg -KD | | | | |
| IBW/kg (Calculated) Female | 60.08 kg -KD | | | | |
| BSA (Calculated - sq m) | 2.29 sq meters -KD | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 82 mmHg -KD | | | | |
| BMI | | | | | |
| BMI (Calculated) | 39.56 -KD | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 60.08 -KD | | | | |
| Low Range Vt 6mL/kg | 360.48 mL/kg -KD | | | | |
| Adult Moderate Range Vt 8mL/kg | 480.64 mL/kg -KD | | | | |
| Adult High Range Vt 10mL/kg | 600.8 mL/kg -KD | | | | |
| Vital Signs | | | | | |
| BMI (Calculated) | 39.56 -KD | | | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/29/2023

Page 1444

Printed by 71334 at 8/21/24 10:12 AM

MC_000576

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 60.08 kg -KD |
| IBW/kg (Calculated) Male | 64.58 kg -KD |

**Encounter Vitals**

| Row Name | 09/29/23 0816 | | | |
|---|---|---|---|---|
| Enc Vitals | | | | |
| BP | 117/65 -KD | | | |
| Pulse | 88 -KD | | | |
| Resp | 16 -KD | | | |
| Temp | 35 °C (95 °F) -KD | | | |
| Temp src | Temporal -KD | | | |
| Weight | 112.3 kg (247 lb 9.6 oz) 📄 measured -KD | | | |
| Height | 1.685 m (5' 6.34") 📄 measured without shoes -KD | | | |
| Pain Score | THREE/TEN -KD | | | |
| Pain Loc | KNEE -KD | | | |
| Pain Education | Yes -KD | | | |

**User Key**                                                   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KD | Kasey J Dycus, MA | Medical Assistant | --- |

**Patient Instructions**

Follow-up with Rachel D Dawson, MD for continuation of therapy

Electronically signed by Zachary B Adler, MD at 09/29/23 0830

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 9/15/2023 2:08 PM |
| Last Read in MyChart | | |
| Not Read | | |

# Appointment Information:
## Visit Type: Follow-up
### Date: 9/29/2023
### Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA

ALLENMORE BUILDING C        Larocque, Linda J
3124 S 19TH ST              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 9/29/2023
Page 1445                                       Printed by 71334 at 8/21/24 10:12 AM

MC_000577

## Preferred Pharmacy (continued)

**Messages (continued)**

Provider: Zachary B Adler
Time: 8:15 AM
Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

Follow-up with Rachel D Dawson, MD for continuation of therapy

MC_000578

## 09/28/2023 - Appointment in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 305915842

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/28/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 9/28/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1447                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000579

## 09/28/2023 - Appointment in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Appointment Information

POST OP                                          Canceled
9/28/2023 10:00 AM

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 10:00 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | 20 min |

Notes:
postop

History

| Made On: | 9/8/2023 11:56 AM | By: | Julie A Lucich | ES |
|----------|-------------------|-----|----------------|-----|
| Canceled: | 9/12/2023 11:17 AM | By: | Julie A Lucich | ES |

Cancel Rsn:    Surgery Canceled (Dr Thompson will be having Dr
Adler do this surgery)

## Results                                                                    (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

## Messages

### Appointment Scheduled

| From | To | Sent and Delivered |
|------|-----|-------------------|
| Bkg, Mychart | Larocque, Linda J | 9/8/2023 11:56 AM |
| Last Read in MyChart | | |
| Not Read | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                     Visit date: 9/28/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1448                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000580

## Preferred Pharmacy (continued)

**Messages (continued)**

Appointment Information:
  Visit Type: POST OP
    Date: 9/28/2023
      Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
      Provider: Alexandria Bones
      Time: 10:00 AM
      Length: 20 min

Appt Status: Scheduled

**Patient Instructions**

  None

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/28/2023

Page 1449

Printed by 71334 at 8/21/24 10:12 AM

MC_000581

## 09/20/2023 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 307444997

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 9/20/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | | **Acct Type:** | |
|---|---|---|---|---|
| **Guarantor Name:** | | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

---

### *Primary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Secondary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2023

Page 1450

Printed by 71334 at 8/21/24 10:12 AM

MC_000582

## 09/20/2023 - Health Maintenance Letter (continued)

**Accident Information**

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Call Information**

| | Department | Center |
|---|---|---|
| 9/20/2023 8:07 PM | | |

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Messages**

**Health Reminders**

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 9/20/2023 8:07 PM |
| Last Read in MyChart | | |
| 10/3/2023 2:57 PM by Linda J Larocque | | |

September 20, 2023

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place. In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2023

Page 1451

Printed by 71334 at 8/21/24 10:12 AM

MC_000583

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Influenza Vaccine

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2023

Page 1452

Printed by 71334 at 8/21/24 10:12 AM

MC_000584

Larocque, Linda J
MRN: 172930

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 306714975

## Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 9/15/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**
                                            Gestational Age: <None>

## Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

## Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

## Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

## Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN   Visit date: 9/15/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1453          Printed by 71334 at 8/21/24 10:12 AM

MC_000585

## 09/15/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

| | Provider | Department | Center |
|---|---|---|---|
| 9/15/2023 2:18 PM | Kevin D Swasey, MA | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by Kevin D Swasey, MA at 9/15/2023 1418

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 09/15/23 1418 | Encounter Date: 9/15/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

----- Message from Karlee J Kelmel sent at 9/15/2023  2:08 PM PDT -----
MTN Location

Who Called: Linda

Patient is being seen for: L knee

Reason for call: Pt wanting to confirm with Dr Thompson that the appointment timeframe with Dr Adler is appropriate. If not appropriate, please call to reschedule. If okay as scheduled, please disregard, no need to call pt if keeping appointment on 9/29.

Preferred Contact #: Telephone Information:
Mobile        253-273-7247

Okay to leave detailed message if voice mail is reached: yes

Caller is aware that call backs can take 24-48 hours.

---

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 9/15/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1454

Printed by 71334 at 8/21/24 10:12 AM

MC_000586

## 09/15/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

Please route all scheduling responses to the MAC ORTHO Pool (17292).

Electronically signed by Kevin D Swasey, MA at 09/15/23 1418

### Telephone Encounter by Kevin D Swasey, MA at 9/15/2023 1600

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 09/15/23 1600 | Encounter Date: 9/15/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

Appt timing ok. This was made by Dr Adler's care team.

wft

Electronically signed by Kevin D Swasey, MA at 09/15/23 1600

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 9/15/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1455                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000587

Larocque, Linda J
MRN: 172930

## 09/15/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/5/2023
Quantity: 18 mL

Discontinued on: 10/23/2023

Ordered on: 7/5/2023
End date: 10/22/2023
Refill: 1 refill by 7/4/2024

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 15 Tablet

Discontinued on: 10/5/2023

Ordered on: 7/6/2023
End date: 10/3/2023
Refill: 2 refills by 1/2/2024

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/15/2023

Page 1456

Printed by 71334 at 8/21/24 10:12 AM

MC_000588

## 09/15/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: 1 Tablet twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

**Stopped in Visit**

None

**Results** (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 9/15/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1457                                 Printed by 71334 at 8/21/24 10:12 AM

MC_000589

## 09/15/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 9/15/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1458                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000590

Larocque, Linda J
MRN: 172930

## 09/14/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 306613522

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/14/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Appointment
                                  **Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:**     6824 S Park Ave
                      Tacoma WA 98408-5509

Telephone Information:
Home Phone     Not on file.
Work Phone     Not on file.
Mobile         253-273-7247

**SSN:**          xxx-xx-5145
**Age:**          66 year old          **Employer:**
**DOB:**          2/9/1958 (65 yrs)
**Sex:**          female                              No address on file.
**Marital Status:** Married

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

|  | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:**     Self          **Acct Type:**
**Guarantor Name:**                                 **Acct ID:**
**Guarantor Address:**          6824 S PARK AVE
                                TACOMA, WA 98408-5509          **DOB:**          2/9/1958
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

**Name of Insurance:**          **Group Name:**
**Subscriber Name:**            **Group #:**
**Subscriber DOB:**             **Ins ID#:**
**Pt Relationship to Sub:**

### Secondary Insurance

**Name of Insurance:**          **Group Name:**
**Subscriber Name:**            **Group #:**
**Subscriber DOB:**             **Ins ID#:**
**Pt Relationship to Sub:**

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 9/14/2023

Page 1459                                         Printed by 71334 at 8/21/24 10:12 AM

MC_000591

## 09/14/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Appointment, onset date 9/14/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 9/14/2023 5:42 PM | Carleen Isabel P Pablo, MA | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by Carleen Isabel P Pablo, MA at 9/14/2023 1742

| Author: Carleen Isabel P Pablo, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 09/14/23 1742 | Encounter Date: 9/14/2023 | Status: Signed |
| Editor: Carleen Isabel P Pablo, MA (Medical Assistant) | | |

----- Message from Zachary B Adler, MD sent at 9/14/2023 11:28 AM PDT -----
Kasey,

Please call this patient to schedule follow up with me to discuss revision knee surgery.

Thank you,
Zach

Electronically signed by Carleen Isabel P Pablo, MA at 09/14/23 1742

#### Telephone Encounter by Carleen Isabel P Pablo, MA at 9/14/2023 1742

| Author: Carleen Isabel P Pablo, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 09/14/23 1744 | Encounter Date: 9/14/2023 | Status: Signed |
| Editor: Carleen Isabel P Pablo, MA (Medical Assistant) | | |

Routing to MAC to schedule patient NA apt with Dr. Adler

Electronically signed by Carleen Isabel P Pablo, MA at 09/14/23 1744

MC_000592

## 09/14/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

#### Telephone Encounter by Karlee J Kelmel at 9/15/2023 1416

| | | |
|---|---|---|
| Author: Karlee J Kelmel | Service: — | Author Type: — |
| Filed: 09/15/23 1416 | Encounter Date: 9/14/2023 | Status: Signed |
| Editor: Karlee J Kelmel | | |

### Called patient and scheduled per encounter

Electronically signed by Karlee J Kelmel at 09/15/23 1416

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/14/2023

Page 1461

Printed by 71334 at 8/21/24 10:12 AM

MC_000593

## 09/14/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/14/2023

Page 1462

Printed by 71334 at 8/21/24 10:12 AM

MC_000594

## 09/14/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Quantity: 160 Tablet          Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: 1 Tablet twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### Stopped in Visit

None

| Results | | (Order) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 9/14/2023

Page 1463          Printed by 71334 at 8/21/24 10:12 AM

MC_000595

## Preferred Pharmacy (continued)

**Patient Instructions**

None

ALLENMORE BUILDING C        Larocque, Linda J
3124 S 19TH ST              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 9/14/2023

Page 1464                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000596

## 09/14/2023 - Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 306525127

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/14/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/14/2023

Page 1465

Printed by 71334 at 8/21/24 10:12 AM

MC_000597

## 09/14/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request, onset date 9/14/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 9/14/2023 10:45 AM | Sarah A Tryon, LVN/LPN | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Rachel D Dawson, MD at 9/14/2023 1106

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 09/14/23 1106 | Encounter Date: 9/14/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Signed Prescriptions: Disp Refills lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab 100 Ta*2 Sig: Take 1 Tablet by mouth once daily.Authorizing Provider: DAWSON, RACHEL D----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 09/14/23 1106

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/14/2023

Page 1466

Printed by 71334 at 8/21/24 10:12 AM

MC_000598

## 09/14/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023
Instructions: Chew and swallow 1 Tablet by mouth twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023
Instructions: Inject 1.8 mg under the skin once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/14/2023

Page 1467

Printed by 71334 at 8/21/24 10:12 AM

MC_000599

## 09/14/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP          Ordered on: 7/3/2023
Start date: 7/3/2023                             Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C              Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD               Ordered on: 7/6/2023
Start date: 7/6/2023                             End date: 12/7/2023
Quantity: 120 Tablet                             Refill: 11 refills by 7/5/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD             Discontinued on: 10/5/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD               Ordered on: 7/6/2023
Start date: 7/6/2023                             End date: 10/3/2023
Quantity: 15 Tablet                              Refill: 2 refills by 1/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD             Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD               Ordered on: 7/6/2023
Start date: 7/6/2023                             End date: 11/2/2023
Quantity: 160 Tablet                             Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C              Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD               Ordered on: 7/6/2023
Start date: 8/5/2023                             End date: 12/7/2023
Quantity: 160 Tablet                             Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD             Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD               Ordered on: 7/6/2023
Start date: 9/4/2023                             End date: 11/2/2023
Quantity: 160 Tablet                             Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D      Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD               Ordered on: 7/11/2023
Start date: 7/11/2023                            End date: 2/13/2024
Quantity: 180 Capsule                            Refill: 1 refill by 7/10/2024

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Rachel D Dawson, MD             Discontinued on: 11/2/2023
Instructions: 1 Tablet twice daily.
Authorized by: Alexandria Bones, PA-C            Ordered on: 8/10/2023
Start date: 8/10/2023                            End date: 11/2/2023
Quantity: 60 Tablet                              Refill: 2 refills by 8/9/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 9/14/2023
LAKEWOOD WA 98499-2767

Page 1468                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000600

## 09/14/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 9/14/2023
Start date: 9/14/2023                                     Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

**Stopped in Visit**

None

| Results | | | (Order) |
| --- | --- | --- | --- |

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                                    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                    Visit date: 9/14/2023
LAKEWOOD WA 98499-2767

Page 1469                                              Printed by 71334 at 8/21/24 10:12 AM

MC_000601

**09/13/2023 - Pre-admit (Canceled) in AH OR**

## ALLENMORE HOSPITAL

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 305492357

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 9/13/2023 1200 | 714310488 | A | Day | |
| **Admitting Physician:** | William Frederick Thomps* | | **Chief Complaint:** | |
| | | | **Adm Dx:** | Left knee recurrent infr* |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**     **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | LAROCQUE,LINDA J | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: —, D/C: —

Page 1470     Printed by 71334 at 8/21/24 10:12 AM

MC_000602

## 09/13/2023 - Pre-admit (Canceled) in AH OR (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 714310488 | Ambulatory | Discharged/Not Billed |

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 09/13/2023 1200 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Day Surgery/ambulatory Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | MULTICARE HEALTH SYSTEM | Unit: | AH OR |
| Admit Provider: | William Frederick Thompson, MD | Attending Provider: | William Frederick Thompson, MD | Referring Provider: | |

### Discharge Information

| | | |
|---|---|---|
| Date/Time: — | Disposition: — | Destination: — |
| Provider: — | Unit: — | |

## Clinical Notes

### Progress Notes by Marie Betcher, RN at 9/11/2023 1405

| | | |
|---|---|---|
| Author: Marie Betcher, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 09/11/23 1416 | Date of Service: 09/11/23 1405 | Status: Signed |
| Editor: Marie Betcher, RN (Registered Nurse) | | |

<div align="center">

**WEST PIERCE REGIONAL PRE ANESTHESIA CLINIC NOTE**
1901 S. Union Ave, 19U-H1-PAC, Tacoma, WA 98405
Phone: 253- 459-6877    Fax: 253-459-6218

</div>

**9/11/2023**

Linda J Larocque is a 65 year old female

**DOS:** 9/13/2023
**Surgeon(s) and Role:**
  * **William Frederick Thompson, MD - Primary**
  * **Alexandria Bones, PA-C - Assisting PA**
**Surgical Procedure(s):**
**Reconstruction patellar tendon left knee including quadricepsplasty, tendon graft harvest (Left)**

**Location: ALLENMORE OR**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1471

Printed by 71334 at 8/21/24 10:12 AM

MC_000603

**09/13/2023 - Pre-admit (Canceled) in AH OR (continued)**

Clinical Notes (continued)

**Summary of Contact(s)9/11/23**
☐ Call completed
    Date/time/initials:
☐ No show
    Date/time/initials:
☒ Cold call
    ☒ Call completed:
        Date/time/initials:9/11/23@1340 MB RN
    ☐ Call not completed:
        Date/time/initials:

**PAC Nursing Communication:**

**Date/time/Initials          Documentation**
**9/11/23@1340** Pre-Anesthesia instructions given verbally & via mychart also discussed expectations for not being alone for at least 24 hr. after surgery & where to pick up and how to use CHG wipes, pt states understanding MB RN

**Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:**

Is patient diabetic?  ☐ Yes ☐ No
    If yes, order FBS DOS
Is patient on Dialysis? ☐ Yes ☐ No
    If yes, order K+ DOS
Does patient have heart failure with reduced EF (systolic HF)? ☐ Yes ☐ No
    If yes, usual labs and workup per pre anesthesia clinic order set indicated.  Please obtain copy of most recent echo.  Cardiac clearance not needed.
Can patient lie flat for 1-2 hours? ☐ Yes ☐ No
    If no, reason:
    If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and workup per pre anesthesia clinic order set indicated.
Does surgeon request general anesthesia? ☐ Yes ☐ No
    If yes, usual labs and workup per pre anesthesia clinic order set indicated.

**\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless specified above.**

**\*Strabismus surgery done with general anesthesia**

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders, and other pre-surgery tasks**

Additional DOS Special Needs (not included in Procedure Pass):

MC_000604

**09/13/2023 - Pre-admit (Canceled) in AH OR (continued)**

Clinical Notes (continued)

☒ TAA Chart review requested
Date/time/initials:

**Communication with TAA**

**Relevant Medical History:** LBBB, CHF, OSA wcpap, HLD, HTN

**Clinical Question or concern:**

| Date/time/Initials | Documentation |
|---|---|
| 9/13/23@1415 MB RN | LBBB/CHF-recent Review 6/26/23, last surgery no issues |

**Recommendations** (date/time/initials):

☐ No further evaluation or testing recommended:
☐ Cardiac clearance:
☐ Medical clearance:
☐ Follow up with specialist or PCP:
☒ Other: **NOTE Dr. Guerra 6/26/23**

**SOB with exercise:** No
**Chest pain with exercise:** No
**Exercise Capacity (≥ 4 METS yes or no):** 3-4 mets R/T pain
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)
- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG:** 2/2/23
**ECHO:** 2022
**Cardiology notes or Clearance:** NOTE>> 6/26/23 Dr Guerra
**Pacemaker or ICD Information/Clearance:**
    **Cardiologist or Device Clinic managing pacemaker/ICD:**
    **Date of last device interrogation (month/year):**
    **Clearance requested:** ☐ Yes ☐ No:
**Other relevant information (Lab, ER visits, etc.):**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1473

Printed by 71334 at 8/21/24 10:12 AM

MC_000605

## 09/13/2023 - Pre-admit (Canceled) in AH OR (continued)

### Clinical Notes (continued)

Electronically signed by Marie Betcher, RN at 09/11/23 1416

### Progress Notes by Sharon K Scott, CNA at 9/11/2023 1429

| | | |
|---|---|---|
| Author: Sharon K Scott, CNA | Service: — | Author Type: Certified Nursing Assistant |
| Filed: 09/11/23 1429 | Date of Service: 09/11/23 1429 | Status: Signed |
| Editor: Sharon K Scott, CNA (Certified Nursing Assistant) | | |

Pt came in to clinic today to pick up CHG wipes. Pt was educated on how to use states no further questions or concerns at this time.

Electronically signed by Sharon K Scott, CNA at 09/11/23 1429

### Medication List

#### Medication List

Cannot display discharge medications because the patient has not yet been admitted.

## Results                                                                                                (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

MULTICARE 003 ALLENMORE OUTPT PHARMACY

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 1901 S. Union<br>TACOMA WA 98405 | 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-459-6746 | 253-459-6251 |

### Other Orders - Procedures

#### Patient Care

NURSING COMMUNICATION (MISC) Please follow bowel prep instructions from your surgeon's office as applicable. In the event that no instructions were given to you by your surgeon, please follow Preoperative Fasting Care Guideline for intake by mouth... [723646699] (Cancel Held)

| | |
|---|---|
| Electronically signed by: **Marie Betcher, RN on 09/11/23 1417** | Status: **Cancel Held** |
| Ordering user: Marie Betcher, RN 09/11/23 1417 | Ordering provider: William Frederick Thompson, MD |
| Authorized by: William Frederick Thompson, MD | Ordering mode: Per Protocol - NO COSIGN needed |
| Frequency: Routine Continuous 09/11/23 1430 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | |
| Canceled by: Julie A Lucich 09/12/23 1059 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1474

Printed by 71334 at 8/21/24 10:12 AM

MC_000606

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Order comments: Please follow bowel prep instructions from your surgeon's office as applicable. In the event that no instructions were given to you by your surgeon, please follow Preoperative Fasting Care Guideline for intake by mouth.

### Other Orders - Orders

#### Nsg Complete

**COLLECT POCT - BLOOD GLUCOSE Preop POCT blood glucose if: • Known diabetic or BMI > 30 (inpatient or outpatient) • Age > 45 AND inpatient / overnight stay Notify anesthesiologist for blood glucose > 180 or < 70. [723646700] (Cancel Held)**

| | |
|---|---|
| Electronically signed by: **Marie Betcher, RN on 09/11/23 1417** | Status: **Cancel Held** |
| Ordering user: Marie Betcher, RN 09/11/23 1417 | Ordering provider: William Frederick Thompson, MD |
| Authorized by: William Frederick Thompson, MD | Ordering mode: Per Protocol - NO COSIGN needed |
| Frequency: STAT Once 09/11/23 1430 - 1 occurrence | Class: MHS IP Normal |

Quantity: 1
Canceled by: Julie A Lucich 09/12/23 1059
Order comments: Preop POCT blood glucose if: • Known diabetic or BMI > 30 (inpatient or outpatient) • Age > 45 AND inpatient / overnight stay Notify anesthesiologist for blood glucose > 180 or < 70.

### Flowsheets

#### Custom Formula Data

| Row Name | 09/11/23 1312 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -MB | | | | |
| Adjusted Body Weight | 174.04 lbs -MB | | | | |
| % Over/Under Ideal Body Weight | 82.82 -MB | | | | |
| Predicted Body Weight | 59.3 -MB | | | | |
| Length (cm) | 167.6 cm -MB | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -MB | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -MB | | | | |
| BSA (Calculated - sq m) | 2.25 sq meters -MB | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 59.3 -MB | | | | |
| Low Range Vt 6mL/kg | 355.8 mL/kg -MB | | | | |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -MB | | | | |
| Adult High Range Vt 10mL/kg | 593 mL/kg -MB | | | | |
| Vital Signs | | | | | |
| BMI (Calculated) | 38.59 -MB | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -MB | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1475

Printed by 71334 at 8/21/24 10:12 AM

MC_000607

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| IBW/kg (Calculated) Male | 63.8 kg -MB |

**Preadmit visit**

| Row Name | 09/11/23 1312 | | | | |
|---|---|---|---|---|---|
| Preadmit visit | | | | | |
| Type Of Contact | Preop Phone Call - MB | | | | |
| Contact made | Yes -MB | | | | |
| Person Interviewed | Self -MB | | | | |
| Surgical Procedure (Include laterality) | Reconstruction patellar tendon left knee including quadricepsplasty, tendon graft harvest (702053) -MB | | | | |
| Date history reviewed last | 09/11/23 -MB | | | | |
| Height and Weight | | | | | |
| Height | 1.676 m (5' 6") -MB | | | | |
| Height Method | Stated -MB | | | | |
| Weight | 108.4 kg (239 lb) - MB | | | | |
| Weight Method | Stated -MB | | | | |
| Neurological | | | | | |
| Hearing Aids | No -MB | | | | |
| Requires Visual Aids | Yes (Comment) -MB | | | | |
| Difficulty Chewing or Swallowing | No -MB | | | | |
| Exercise tolerance | | | | | |
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | Yes -MB | | | | |
| Cardiac | | | | | |
| Pacemaker/AICD | No -MB | | | | |
| Skin | | | | | |
| Do you have any skin breakdown? | No -MB | | | | |
| Ride and Caregiver | | | | | |
| Ride and Caregiver Arranged | Yes -MB | | | | |
| Ride / Caregiver Name | Steve -MB | | | | |
| Relationship of Caregiver | spouse -MB | | | | |
| Phone Number for Ride/Caregiver | 253 273 7085 -MB | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1476

Printed by 71334 at 8/21/24 10:12 AM

MC_000608

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| **Discharge Planning** | | |
| Lives With | Spouse/Domestic Partner -MB | |
| Receives Help From | Spouse/Domestic Partner/Significant Other -MB | |
| Type of Residence | Private Residence -MB | |
| **Values / Beliefs** | | |
| Would you refuse a blood transfusion for any reason? | Accepts transfusion -MB | |
| **Pain Education** | | |
| Pain Education | Yes -MB | |
| Patient's Realistic Pain Goal | Unable to Verbalize -MB | |
| **Pain Assessment** | | |
| Pain Assessment | Assessment -MB | |
| Patient Currently in Pain | Yes -MB | |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -MB | |
| **Pain 1** | | |
| Numeric Pain Scale 1 | 3/10 -MB | |
| Functional Pain Scale (Self-Report) 1 | Doesn't interfere with activities -MB | |
| Pain Location 1 | KNEE -MB | |
| Pain Orientation 1 | Left -MB | |
| Pain Duration 1 | Continuous -MB | |
| Pain Onset 1 | Chronic/ Persistent Pain (including Neuropathic pain);Acute Pain -MB | |
| Pain Quality 1 | Burning;Aching;Radiating -MB | |
| Pain Intervention(s) 1 | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white noise);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -MB | |
| **Anesthesia Related Questions** | | |

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1477

Printed by 71334 at 8/21/24 10:12 AM

MC_000609

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Steroid Use in Last 3 Months | No -MB |

**Infection Control**

| | |
|---|---|
| Current Respiratory Symptoms Requiring Use of PPE | No -MB |
| Have you been diagnosed within the past year, with a multi-drug resistant organism (MRSA, VRE, ESBL, CRE)? | No, patient denies - MB |
| Have you been exposed to an infectious disease in the last 3 weeks | No, Patient denies - MB |

**Specialists**

| | |
|---|---|
| Specialists | Cardiology;Pulmonology -MB |
| Cardiology provider name | Guerra -MB |
| Cardiology last visit date | 6/26/23 -MB |
| Pulmonology provider name | Nguyen -MB |
| Have you ever had an EKG? | Yes -MB |
| When? | 2/2/23 -MB |

**Preop Screening**

| Row Name | 09/11/23 1312 | | | | |
|---|---|---|---|---|---|

**Preop Screening**

| | |
|---|---|
| Type Of Contact | Preop Phone Call - MB |
| Contact made | Yes -MB |
| Person Interviewed | Self -MB |
| Date history reviewed last | 09/11/23 -MB |
| Interpreter used? | No -MB |
| Patient Preferred Language | English -MB |
| Surgical Procedure (Include laterality) | Reconstruction patellar tendon left knee including quadricepsplasty, tendon graft harvest (702053) -MB |

**Height and Weight**

| | |
|---|---|
| Height | 1.676 m (5' 6") -MB |
| Height Method | Stated -MB |
| Weight | 108.4 kg (239 lb) - |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1478

Printed by 71334 at 8/21/24 10:12 AM

MC_000610

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | MB |
|---|---|
| Weight Method | Stated -MB |
| BMI (Calculated) | 38.59 -MB |

### Exercise tolerance

| | |
|---|---|
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | Yes -MB |

### Pacemaker/ICD

| | |
|---|---|
| Pacemaker/AICD | No -MB |

### Specialists

| | |
|---|---|
| Specialists | Cardiology;Pulmono logy -MB |
| Cardiology provider name | Guerra -MB |
| Cardiology last visit date | 6/26/23 -MB |
| Pulmonology provider name | Nguyen -MB |
| Have you ever had an EKG? | Yes -MB |
| When? | 2/2/23 -MB |

### User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| MB | Marie Betcher, RN | Registered Nurse | Nursing |

### Patient Instructions

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 9/13/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Noon per pt**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

1. **Eating Instructions:**
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1479

Printed by 71334 at 8/21/24 10:12 AM

MC_000611

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

## 2. Medication Instructions:

**Pre-Surgery Instructions:**

| Medication | Instructions |
|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Follow MD directions |
| • | |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| • verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| • | |
| • | |
| • docusate sodium (COLACE) 100 MG Caps | Do NOT take/use day of surgery |
| • | |

## 3. Surgery Preparation:
- Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1480

Printed by 71334 at 8/21/24 10:12 AM

MC_000612

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

- Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
- Do not wear makeup or fingernail polish
- Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
- Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
- Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
- After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
- Clean pajamas and clean sheets the night before surgery. No pets under the covers
- Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks
- Other: None

- 
- 4. **Bring with you Day of surgery:**
- Co-Pay if instructed
- Contact case and solution and/or glasses with case
- Picture identification and insurance cards
- 
- 5. Additional Information
- 
  - You will need transportation from the hospital & a responsible person to be with you for 24 hours.
  - Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.
- 
- Instructions were reviewed with me and my questions have been addressed: Telephone screen
- Instructions given to patient
- Instructions sent via My Chart
- 
- **The following is a requirement for this procedure: Pick up wipes**
- 
- 
- **Allenmore Pre Anesthesia Clinic Entrance #3**
- 
- *Allenmore Hospital Entrance #3 (Faces Union ave.)*
- *1901 S. Union*
- *Tacoma WA 98405*
- *The entrance is located on Union Ave, next to Umpqua Bank.*
- 
- *Check in at Registration right inside*
- ***Pick up wipes hours are walk in:***
- *Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
- *Closed weekends and major Holidays*
- 
  - ***Pick up wipes*- If not able to get wipes: 2 showers with an Antibacterial soap like dial-one the night before and one the morning of Surgery**
  - 
  - 
  - 
- 
- 

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1481

Printed by 71334 at 8/21/24 10:12 AM

MC_000613

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

- •
Marie, RN | Surgical screener
- • West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
- • Allenmore Hospital | MultiCare Health System
- • Address: 1901 South Union Ave, Tacoma, WA, 98405
- • Phone: 253.459.6877 | Fax: 253.459.6218
- •

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.
**Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

*General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

*Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

*Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

**What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of *general anesthesia* include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of *regional anesthesia* include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness per-sists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

ALLENMORE HOSPITAL | Larocque, Linda J
1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702 | Adm: —, D/C: —

Page 1482

Printed by 71334 at 8/21/24 10:12 AM

MC_000614

## Preferred Pharmacy (continued)

Patient Instructions (continued)

We wish you well, and we look forward to taking care of you!

Electronically signed by Marie Betcher, RN at 09/11/23 1336

## After Visit Summary

After Visit Summary (below)

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: —, D/C: —

Page 1483                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000615



# AFTER VISIT SUMMARY

**Linda J. Larocque**  DoB: 2/9/1958

## MultiCare

📅 9/13/2023  📍 ALLOR 253-459-6811

## Instructions
Your personalized instructions can be found at the end of this document.

## Today's Visit
You were seen on Wednesday September 13, 2023.

| BMI | Weight | Height |
|-----|--------|--------|
| 38.58 | 239 lb | 5' 6" |

## What's Next

| | | |
|---|---|---|
| Sep 13 2023 | Reconstruction patellar tendon left knee including arthroplasty, tendon graft harvest with William Frederick Thompson, MD | ALLENMORE OR<br>1901 S Union Ave<br>TACOMA WA 98405-1706 |
| Sep 28 2023 | POST OP with Alexandria Bones, PA-C<br>Thursday September 28 10:00 AM | MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN<br>1550 SOUTH UNION AVENUE STE 210<br>TACOMA WA 98405-1946<br>253-792-6555 |

## PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

## Allergies as of 9/11/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |

Linda J. Larocque (MRN: 172930) (CSN: 305492357) • Printed by [45727] at 9/11/2023  2:27 PM          Page 1 of 6  *Epic*

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1484

Printed by 71334 at 8/21/24 10:12 AM

MC_000616

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Allergies as of 9/11/2023 (continued)

| | Reaction Type |
|---|---|
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/
.

## Your Medication List

Name:
Cannot display discharge medications because the patient has not yet been admitted.

**Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.**

**Always update your medication list if you or your doctor:**
- **Change the type of medication you take**
- **Change a medication dose**
- **Stop a medication**
- **Start a new medication**

**Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.**

AH OR
1901 South Union
Tacoma WA 98405

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: —, D/C: —

Page 1485                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000617

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Instructions

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 9/13/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Noon per pt**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

1. **Eating Instructions:**
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

2. **Medication Instructions:**

**Pre-Surgery Instructions:**

| Medication | Instructions |
|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Follow MD directions |
| • | |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: —, D/C: —

Page 1486                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000618

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

| | |
|---|---|
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| • verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| • | |
| • | |
| • docusate sodium (COLACE) 100 MG Caps | Do NOT take/use day of surgery |
| • | |

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks
   - Other: None

4. **Bring with you Day of surgery:**
   - Co-Pay if instructed
   - Contact case and solution and/or glasses with case
   - Picture identification and insurance cards

5. Additional Information
   - You will need transportation from the hospital & a responsible person to be with you for 24 hours.
   - Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

Linda J. Larocque (MRN: 172930) (CSN: 305492357) • Printed by [45727] at 9/11/2023  2:27 PM          Page 4 of 6  *Epic*

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: —, D/C: —

Page 1487                                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000619

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Instructions were reviewed with me and my questions have been addressed: Telephone screen
Instructions given to patient
Instructions sent via My Chart

**The following is a requirement for this procedure:** **Pick up wipes**

**Allenmore Pre Anesthesia Clinic Entrance #3**

*Allenmore Hospital Entrance #3 (Faces Union ave.)*
*1901 S. Union*
*Tacoma WA 98405*
*The entrance is located on Union Ave, next to Umpqua Bank.*

*Check in at Registration right inside*
**Pick up wipes hours are walk in:**
*Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
*Closed weekends and major Holidays*

- **Pick up wipes-** If not able to get wipes: 2 showers with an Antibacterial soap like dial-one the night before and one the morning of Surgery

Marie, RN | Surgical screener
West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
Allenmore Hospital | MultiCare Health System
Address: 1901 South Union Ave, Tacoma, WA, 98405
Phone: 253.459.6877 | Fax: 253.459.6218

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.
**Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

*General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

Linda J. Larocque (MRN: 172930) (CSN: 305492357) • Printed by [45727] at 9/11/2023 2:27 PM          Page 5 of 6    **Epic**

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: —, D/C: —

Page 1488                                       Printed by 71334 at 8/21/24 10:12 AM

MC_000620

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

*Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

*Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

**What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of **general anesthesia** include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of **regional anesthesia** include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness per-sists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

### Patient Instructions

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: —, D/C: —

Page 1489                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000621

## Preferred Pharmacy (continued)

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 9/13/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Noon per pt**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

1. **Eating Instructions:**
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

2. **Medication Instructions:**

Pre-Surgery Instructions:

| Medication | Instructions |
|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Follow MD directions |
| •  |  |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. If unable to take blood pressure at home, do NOT take this medication morning of surgery. |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1490

Printed by 71334 at 8/21/24 10:12 AM

MC_000622

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

| | |
|---|---|
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| • verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| • | |
| • | |
| • docusate sodium (COLACE) 100 MG Caps | Do NOT take/use day of surgery |
| • | |

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks
   - Other: None

   4. **Bring with you Day of surgery:**
- Co-Pay if instructed
- Contact case and solution and/or glasses with case
- Picture identification and insurance cards

   5. Additional Information

   - You will need transportation from the hospital & a responsible person to be with you for 24 hours.
   - Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

   Instructions were reviewed with me and my questions have been addressed: Telephone screen
   Instructions given to patient
   Instructions sent via My Chart

   **The following is a requirement for this procedure: Pick up wipes**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: —, D/C: —

Page 1491                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000623

## Preferred Pharmacy (continued)

Patient Instructions (continued)

### Allenmore Pre Anesthesia Clinic Entrance #3

*Allenmore Hospital Entrance #3 (Faces Union ave.)*
*1901 S. Union*
*Tacoma WA 98405*
*The entrance is located on Union Ave, next to Umpqua Bank.*

*Check in at Registration right inside*
*Pick up wipes hours are walk in:*
*Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
*Closed weekends and major Holidays*

- *Pick up wipes-* If not able to get wipes: 2 showers with an Antibacterial soap like dial-one the night before and one the morning of Surgery

Marie, RN | Surgical screener
West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
Allenmore Hospital | MultiCare Health System
Address: 1901 South Union Ave, Tacoma, WA, 98405
Phone: 253.459.6877 | Fax: 253.459.6218

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.
**Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

*General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

*Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

*Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: —, D/C: —

Page 1492                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000624

## Preferred Pharmacy (continued)

Patient Instructions (continued)

**What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of *general anesthesia* include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of *regional anesthesia* include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness per-sists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: —, D/C: —

Page 1493                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000625

## 09/13/2023 - Procedure Pass in AH OR

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 305492355

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/13/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 66 year old | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

MC_000626

## 09/13/2023 - Procedure Pass in AH OR (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Admission Information

| | | |
|---|---|---|
| Arrival Date/Time: | Admit Date/Time: 09/13/2023 | IP Adm. Date/Time: |
| Admission Type: | Point of Origin: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: N/A |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

#### Discharge Information

| | | |
|---|---|---|
| Date/Time: — | Disposition: — | Destination: — |
| Provider: — | Unit: — | |

### Call Information

| | Department | Center |
|---|---|---|
| 9/13/2023 12:19 PM | AH OR | AH |

| Results | | (Order) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 9/13/2023

Page 1495                                     Printed by 71334 at 8/21/24 10:12 AM

MC_000627

**09/11/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 306125703

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/11/2023 | | | No service for | |

**Admitting Physician:**  **Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD    **Employer Phone:**
**Referring Physician:**    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

Home Phone:
Guarantor's Employer:
Work Phone:

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

MC_000628

## 09/11/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Marie Betcher, RN |

### Department

| Name | Address | Phone | |
|---|---|---|---|
| Allenmore Hospital Pre Admit Clinic | 1901 South Union Tacoma WA 98405 | 253-459-6877 | |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 9/11/2023 1:37 PM | Marie Betcher, RN | AH PRE ANESTHESIA CLINIC | AH |

## Results                                                                                            (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

## Messages

### West Pierce Regional Pre Anesthesia Clinic Instructions Take Care Linda ~!~

| From | To | Sent and Delivered |
|---|---|---|
| Marie Betcher, RN Last Read in MyChart Not Read | Larocque, Linda J | 9/11/2023 1:37 PM |

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 9/13/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Noon per pt**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where

MC_000629

## Preferred Pharmacy (continued)

you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

### 1. Eating Instructions:
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

### 2. Medication Instructions:

### Pre-Surgery Instructions:

| Medication | Instructions |
|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Follow MD directions |
| • | |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/11/2023

Page 1498

Printed by 71334 at 8/21/24 10:12 AM

MC_000630

## Preferred Pharmacy (continued)

**Messages (continued)**

- verapamil (CALAN SR) 240    Ok to take/use as prescribed day of surgery.
  MG Tab CR

- 

- 

- docusate sodium (COLACE)    Do NOT take/use day of surgery
  100 MG Caps

- 

3. **Surgery Preparation:**
   - Skin preparation:  Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery.  For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery.  No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks
   - Other: None

   4. **Bring with you Day of surgery:**
- Co-Pay if instructed
- Contact case and solution and/or glasses with case
- Picture identification and insurance cards

   5. Additional Information

- You will need transportation from the hospital & a responsible person to be with you for 24 hours.
- Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

   Instructions were reviewed with me and my questions have been addressed:  Telephone screen
   Instructions given to patient
   Instructions sent via My Chart

   **The following is a requirement for this procedure: Pick up wipes**

   **Allenmore Pre Anesthesia Clinic Entrance #3**

MC_000631

## Preferred Pharmacy (continued)

**Messages (continued)**

*Allenmore Hospital Entrance #3 (Faces Union ave.)*
*1901 S. Union*
*Tacoma WA 98405*
*The entrance is located on Union Ave, next to Umpqua Bank.*

*Check in at Registration right inside*
*Pick up wipes hours are walk in:*
*Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
*Closed weekends and major Holidays*

- *Pick up wipes-* If not able to get wipes: 2 showers with an Antibacterial soap like dial-one the night before and one the morning of Surgery

Marie, RN | Surgical screener
West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
Allenmore Hospital | MultiCare Health System
Address: 1901 South Union Ave, Tacoma, WA, 98405
Phone: 253.459.6877 | Fax: 253.459.6218

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.
**Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

*General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

*Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

*Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

**What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 9/11/2023
Page 1500    Printed by 71334 at 8/21/24 10:12 AM

MC_000632

Larocque, Linda J
MRN: 172930

## Preferred Pharmacy (continued)

**Messages (continued)**

your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of *general anesthesia* include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of *regional anesthesia* include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness per-sists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

**Patient Instructions**

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/11/2023

Page 1501

Printed by 71334 at 8/21/24 10:12 AM

MC_000633

**09/11/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 306133054

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 9/11/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**
                                  Gestational Age: <None>

### *Patient Information*

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### *Primary Insurance*

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### *Secondary Insurance*

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### *Accident Information*

**Accident Type:**

MC_000634

## 09/11/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
| --- |
| Marie Betcher, RN |

### Department

| Name | Address | Phone | |
| --- | --- | --- | --- |
| Allenmore Hospital Pre Admit Clinic | 1901 South Union Tacoma WA 98405 | 253-459-6877 | |

## Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 9/11/2023 2:05 PM | Marie Betcher, RN | AH PRE ANESTHESIA CLINIC | AH |

## Results                                                                 (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### West Pierce Regional Pre Anesthesia Clinic Instructions Take Care Linda ~!~

| From | To | Sent and Delivered |
| --- | --- | --- |
| Marie Betcher, RN Last Read in MyChart Not Read | Larocque, Linda J | 9/11/2023  2:05 PM |

**Patient Name:**  Linda J Larocque
**MRN:**  172930

**Surgery Date:** 9/13/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Noon per pt**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/11/2023

Page 1503

Printed by 71334 at 8/21/24 10:12 AM

MC_000635

## Preferred Pharmacy (continued)

**Messages (continued)**

you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

### 1. Eating Instructions:
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

### 2. Medication Instructions:

**Pre-Surgery Instructions:**

| Medication | Instructions |
|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • <u>liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector</u> | <u>Do NOT take/use day of surgery</u> |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Follow MD directions |
| • | |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. <u>If unable to take blood pressure at home, do NOT take this medication morning of surgery.</u> |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/11/2023

Page 1504

Printed by 71334 at 8/21/24 10:12 AM

MC_000636

## Preferred Pharmacy (continued)

**Messages (continued)**

- verapamil (CALAN SR) 240 MG Tab CR     Ok to take/use as prescribed day of surgery.
- 
- 
- docusate sodium (COLACE) 100 MG Caps     Do NOT take/use day of surgery
- 

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks
   - Other: None

   4. **Bring with you Day of surgery:**
- Co-Pay if instructed
- Contact case and solution and/or glasses with case
- Picture identification and insurance cards

   5. Additional Information

- You will need transportation from the hospital & a responsible person to be with you for 24 hours.
- Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

   Instructions were reviewed with me and my questions have been addressed: Telephone screen
   Instructions given to patient
   Instructions sent via My Chart

   **The following is a requirement for this procedure: Pick up wipes**

   **Allenmore Pre Anesthesia Clinic Entrance #3**

Page 1505

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/11/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000637

## Preferred Pharmacy (continued)

**Messages (continued)**

*Allenmore Hospital Entrance #3 (Faces Union ave.)*
*1901 S. Union*
*Tacoma WA 98405*
*The entrance is located on Union Ave, next to Umpqua Bank.*

*Check in at Registration right inside*
*Pick up wipes hours are walk in:*
*Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
*Closed weekends and major Holidays*

- *Pick up wipes*- If not able to get wipes: 2 showers with an Antibacterial soap like dial-one the night before and one the morning of Surgery

Marie, RN | Surgical screener
   West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
   Allenmore Hospital | MultiCare Health System
   Address: 1901 South Union Ave, Tacoma, WA, 98405
   Phone: 253.459.6877 | Fax: 253.459.6218

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.
   **Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

   *General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

   *Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

   *Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

   **What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and

MC_000638

## Preferred Pharmacy (continued)

**Messages (continued)**

your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of *general anesthesia* include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of *regional anesthesia* include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness per-sists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

**Patient Instructions**

None

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 9/11/2023
Page 1507    Printed by 71334 at 8/21/24 10:12 AM

MC_000639

## 09/08/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930

**CSN:** 305899679

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 9/8/2023 | | | No service for | |

**Admitting Physician:**  **Chief Complaint:** Surgery Followup
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:**  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 9/8/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1508    Printed by 71334 at 8/21/24 10:12 AM

MC_000640

## 09/08/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Surgery Followup, onset date 9/8/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Outgoing Call

|  | Provider | Department | Center |
|---|---|---|---|
| 9/8/2023 10:35 AM | William Frederick Thompson, MD | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by William Frederick Thompson, MD at 9/8/2023 1034

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 09/08/23 1040 | Encounter Date: 9/8/2023 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Telephone call with patient
9/8/2023 (9:53 AM-10:12 AM)

Discussed with patient plan for upcoming reconstructive knee surgery.
I have discussed with her both surgical plans, as well as addressed her concerns regarding postoperative recovery. She is concerned about significant postoperative pain. We can address this with a femoral nerve block, as well as pain medications.

I have explained that the specifics of the surgical procedure will depend on actual surgical findings. This includes soft tissue augmentation, cerclage metal fixation (which might require future minor procedure-hardware removal, patient informed).

I have recommended that the patient reinitiate aspirin prophylactically, given her relative immobility. We will continue this postoperatively, possibly for 6 weeks, for DVT prophylaxis.

We will provisionally schedule her for surgery next Wednesday.

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 9/8/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1509                                     Printed by 71334 at 8/21/24 10:12 AM

MC_000641

## 09/08/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

# W Frederick Thompson, MD

Electronically signed by William Frederick Thompson, MD at 09/08/23 1040

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/8/2023

Page 1510

Printed by 71334 at 8/21/24 10:12 AM

MC_000642

## 09/08/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN  Visit date: 9/8/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1511  Printed by 71334 at 8/21/24 10:12 AM

MC_000643

## 09/08/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 15 Tablet

Ordered on: 7/6/2023
End date: 10/3/2023
Refill: 2 refills by 1/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD                    Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/6/2023
Start date: 7/6/2023                                   End date: 11/2/2023
Quantity: 160 Tablet                                   Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C                     Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/6/2023
Start date: 8/5/2023                                   End date: 12/7/2023
Quantity: 160 Tablet                                   Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD                    Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/6/2023
Start date: 9/4/2023                                   End date: 11/2/2023
Quantity: 160 Tablet                                   Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D            Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/11/2023
Start date: 7/11/2023                                  End date: 2/13/2024
Quantity: 180 Capsule                                  Refill: 1 refill by 7/10/2024

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Rachel D Dawson, MD                   Discontinued on: 11/2/2023
Instructions: 1 Tablet twice daily.
Authorized by: Alexandria Bones, PA-C                   Ordered on: 8/10/2023
Start date: 8/10/2023                                  End date: 11/2/2023
Quantity: 60 Tablet                                    Refill: 2 refills by 8/9/2024

**Stopped in Visit**

None

## Results                                                                 (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 9/8/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_000644

## Preferred Pharmacy (continued)

**Visit Pharmacy (continued)**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 9/8/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1513 Printed by 71334 at 8/21/24 10:12 AM

MC_000645

## 09/06/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 305617234

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 9/6/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information: | |
| | | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**                              **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                Visit date: 9/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1514                                Printed by 71334 at 8/21/24 10:12 AM

MC_000646

## 09/06/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 9/6/2023 10:51 AM | Kevin D Swasey, MA | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

**Telephone Encounter by Kevin D Swasey, MA at 9/6/2023 1051**

| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 09/06/23 1051 | Encounter Date: 9/6/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

----- Message from Julie A Lucich sent at 9/6/2023 10:28 AM PDT -----
Regarding: Linda Larocque
Please call patient.  She was going to have surgery tomorrow but has decided to postpone it to hopefully next week.
She has some questions that she wants somebody to call her back to discuss:
1.  Should she continue the inflammatory she was put on about 3 weeks ago?
2.  Should she get back on her baby aspirin?
3.  Any information about how she will move about with a cast on?
4.  Has Alex found her a wheelchair with a leg extender yet?

Please call her back at 253 273 7247

Electronically signed by Kevin D Swasey, MA at 09/06/23 1051

**Telephone Encounter by Kevin D Swasey, MA at 9/7/2023 1133**

| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 09/07/23 1133 | Encounter Date: 9/6/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

Would you mind calling the patient with this information?  Thanks :D

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 9/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Printed by 71334 at 8/21/24 10:12 AM

MC_000647

## 09/06/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

Electronically signed by Kevin D Swasey, MA at 09/07/23 1133

### Telephone Encounter by Kevin D Swasey, MA at 9/8/2023 0927

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 09/08/23 0928 | Encounter Date: 9/6/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

**Patient has been contacted directly and concerns address with provider response**

Electronically signed by Kevin D Swasey, MA at 09/08/23 0928

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/6/2023

Page 1516

Printed by 71334 at 8/21/24 10:12 AM

MC_000648

## 09/06/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 9/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1517 Printed by 71334 at 8/21/24 10:12 AM

MC_000649

## 09/06/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### Stopped in Visit

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 9/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1518 Printed by 71334 at 8/21/24 10:12 AM

MC_000650

## 09/06/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

| Results | (Order ) |
| --- | --- |

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/6/2023

Page 1519

Printed by 71334 at 8/21/24 10:12 AM

MC_000651

**09/05/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**      **MRN:** 172930
                                          **CSN:** 305491597

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/5/2023 | | | No service for | |

**Admitting Physician:**                  **Chief Complaint:**
                                          **Adm Dx:**
                                                   Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:**                               **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                  Visit date: 9/5/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1520                                Printed by 71334 at 8/21/24 10:12 AM

MC_000652

## 09/05/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Visit Diagnosis

• Patellar tendon rupture, left, initial encounter (primary) [S86.812A]

### Visit Information

#### Provider Information

##### Encounter Provider

William Frederick Thompson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 9/5/2023 12:16 PM | William Frederick Thompson, MD | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 9/5/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1521                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000653

## 09/05/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

#### oxyCODONE (ROXICODONE) 5 MG Tab

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/5/2023

Page 1522

Printed by 71334 at 8/21/24 10:12 AM

MC_000654

Larocque, Linda J
MRN: 172930

### Medication List (continued)

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

**liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector**

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

**rosuvastatin (CRESTOR) 20 mg Tab**

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 9/5/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1523 Printed by 71334 at 8/21/24 10:12 AM

MC_000655

## 09/05/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

**Stopped in Visit**

None

## Results                                                                        (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Case Request**

CASE REQUEST: RECONSTRUCTION, TENDON, PATELLAR-left knee, including quadricepsplasty; tendon graft harvest [723646697] (Discontinued)

| | |
|---|---|
| Electronically signed by: **William Frederick Thompson, MD on 09/05/23 1219** | Status: **Discontinued** |
| Ordering user: William Frederick Thompson, MD 09/05/23 1219 | Authorized by: William Frederick Thompson, MD |
| Ordering mode: Standard | |
| Frequency: Routine 09/05/23 - | Class: Normal |
| Quantity: 1 | Discontinued by: Julie A Lucich 09/12/23 1059 [The associated case was canceled: Change Scheduling (Dr Thompson will not be performing surgery)] |

Diagnoses

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/5/2023

Page 1524

Printed by 71334 at 8/21/24 10:12 AM

MC_000656

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Patellar tendon rupture, left, initial encounter [S86.812A]

### Questionnaire

| Question | Answer |
|---|---|
| Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079? | Yes |
| Preop diagnosis | Left knee recurrent infrapatellar tendon rupture |
| Additional procedures/CPT®: | P REVISION QUADRICEPS P FIX PATELLA TENDN,SECONDARY |
| Tier Level | Tier 3 |

Order comments: Hewson suture passer. CPT code: 27430, 27381

### Indications

Patellar tendon rupture, left, initial encounter [S86.812A (ICD-10-CM)]

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN              Visit date: 9/5/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1525                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000657

## 09/04/2023 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 305399098

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/4/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | **Employer:** | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

---

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

Home Phone:
Guarantor's Employer:
Work Phone:

---

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

---

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

---

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/4/2023

Page 1526

Printed by 71334 at 8/21/24 10:12 AM

MC_000658

## 09/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Norco-dup), onset date 9/4/2023

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|---|----------|------------|--------|
| 9/4/2023 1:06 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 9/5/2023 0940

| | | |
|---|---|---|
| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
| Filed: 09/05/23 0942 | Encounter Date: 9/4/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

**Norco - Duplicate - Surescript order: Unable to deselect drug. Pharmacist please remove drug and close encounter**
*Last Prescribed on 07/06/2023, #160, R 0 - 3 rx's sent to same pharmacy*
**Receipt confirmed by pharmacy (7/6/2023 10:17 AM PDT)**

Electronically signed by Kaela W Davidson at 09/05/23 0942

#### Telephone Encounter by Kaela W Davidson at 9/5/2023 0942

| | | |
|---|---|---|
| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
| Filed: 09/05/23 0942 | Encounter Date: 9/4/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/4/2023

Page 1527

Printed by 71334 at 8/21/24 10:12 AM

MC_000659

## 09/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:   Disp Refills hydrocodone-acetaminophen (NORCO) 10-325 *160 Ta*0  Sig: Take 1-2
Tablets by mouth every 6 hours as needed  for pain (chronic pain syndrome exempt).------------------------------------------------------
--------

Electronically signed by Kaela W Davidson at 09/05/23 0942

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

MULTICARE LAKEWOOD Larocque, Linda J
CLINIC MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW Visit date: 9/4/2023
LAKEWOOD WA 98499-2767

Page 1528      Printed by 71334 at 8/21/24 10:12 AM

MC_000660

## 09/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/4/2023

Page 1529

Printed by 71334 at 8/21/24 10:12 AM

MC_000661

## 09/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

**Stopped in Visit**

None

**Results** (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

| | | |
|---|---|---|
| | MULTICARE LAKEWOOD CLINIC 5700 100th St SW LAKEWOOD WA 98499-2767 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 9/4/2023 |

Page 1530

Printed by 71334 at 8/21/24 10:12 AM

MC_000662

## Preferred Pharmacy (continued)

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

**Medication Renewal Request**

| From | To | Sent and Delivered |
|---|---|---|
| Kaela W Davidson<br>Last Read in MyChart<br>Not Read | Larocque, Linda J | 9/5/2023 9:42 AM |

Hello,

Please contact your pharmacy. Your prescription was sent 7/6 with a fill-date for September and the receipt confirmed by your pharmacy as indicated below. Thank you.

**Receipt confirmed by pharmacy (7/6/2023 10:17 AM PDT)**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 9/4/2023 1:06 PM |

## Refills have been requested for the following medications:

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson, MD]

**Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA**
**Delivery method: Pickup**

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/4/2023

MC_000663

**08/31/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging**

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 305186526

## Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 8/31/2023 | | | No service for | |

**Admitting Physician:**                     **Chief Complaint:**
                                             **Adm Dx:**     Patellar tendon rupture,*
                                                             Gestational Age: <None>

## Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:** BONES, ALEXANDRIA                **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

## Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

## Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

## Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &amp;Larocque, Linda J
SPORTS MEDICINE -         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                  Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1532                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000664

## 08/31/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

##### Referring Provider

Alexandria Bones, PA-C

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedic & Sports Medicine-Mountain Imaging | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-301-5150 | 253-761-2451 |

### Call Information

| | Provider | Department | Center |
|--|----------|-----------|--------|
| 8/31/2023 3:45 PM | MTN ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS MOUNTAIN IMAGING | MOSMTAC |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|--|--|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

###### Free Text Medication Entry (OTHER)

| | |
|--|--|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1533

Printed by 71334 at 8/21/24 10:12 AM

MC_000665

## 08/31/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

**Medication List (continued)**

assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP
Start date: 10/7/2022
Quantity: 90 Tablet

Discontinued on: 11/8/2023

Ordered on: 10/7/2022
End date: 10/27/2023
Refill: 3 refills by 10/7/2023

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/16/2023
Quantity: 90 Tablet

Discontinued on: 9/14/2023

Ordered on: 6/16/2023
End date: 9/14/2023
Refill: 1 refill by 6/15/2024

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Tablets by mouth every 4 hours as needed.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 42 Tablet

Discontinued on: 9/11/2023

Ordered on: 6/27/2023
End date: 9/11/2023
Refill: No refills remaining

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/31/2023

Page 1534

Printed by 71334 at 8/21/24 10:12 AM

MC_000666

## 08/31/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

**liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector**

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

**rosuvastatin (CRESTOR) 20 mg Tab**

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1535 Printed by 71334 at 8/21/24 10:12 AM

MC_000667

## 08/31/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Quantity: 180 Capsule

Refill: 1 refill by 7/10/2024

#### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Rachel D Dawson, MD
Instructions: 1 Tablet twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 8/10/2023
Quantity: 60 Tablet

Discontinued on: 11/2/2023

Ordered on: 8/10/2023
End date: 11/2/2023
Refill: 2 refills by 8/9/2024

#### Stopped in Visit

None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [7236466695] (Final result)

| XR Knee 1 or 2 Views Left [7236466695] | Resulted: 09/05/23 1231, Result status: Final result |
|---|---|

Order status: Completed
Filed by: William Frederick Thompson, MD  09/05/23 1236
Accession number: 29073736
Narrative:
Images from the original result were not included.
Reason for x-ray:
History of left knee arthroplasty, subsequent trauma and inferior patellar
fracture with patella tendon rupture.
History of recent for patellar tendon repair

Resulted by: William Frederick Thompson, MD
Performed: 08/31/23 1556 - 08/31/23 1556

Compared to prior films from 6/27/2023, 6/22/2023, 5/9/2023.

Findings
The femoral and tibial components are unremarkable, well affixed with
stable appearing bone, cement and implant interfaces.
The lateral view demonstrates substantial patella alto, with
change/worsening in position when compared to immediate postoperative
films from 6/27/2023.  The current patella position/status approximates
that seen on preoperative films from 6/22/2023, consistent with disruption
of the extensor mechanism/infrapatellar tendon.
There is a small bone fragment adjacent to the femoral component in line
with Blumensaat's line representing the inferior pole patella/fracture.

Impression:
Right knee infrapatellar tendon rupture, worsening of position when
compared to that noted on the immediate postoperative films from
6/27/2023.
Possible intra-articular, suprapatellar osteochondral fragment, as seen on
previous images

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1536                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000668

## 08/31/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

**Imaging (continued)**

Multicare Orthopedics and Sports Medicine
Office : 253-301-5150
Acknowledged by: Alexandria Bones, PA-C on 09/06/23 1638

### Indications
Patellar tendon rupture, left, initial encounter [S86.812A (ICD-10-CM)]

### Signed
Electronically signed by William Frederick Thompson, MD on 9/5/23 at 1236 PDT

### All Reviewers List
Alexandria Bones, PA-C on 9/6/2023 16:38

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**
None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1537                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000669

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 302790355

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 8/31/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Surgery Followup |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD    **Employer Phone:**
**Referring Physician:**                            **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/31/2023

Page 1538                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000670

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint
- Surgery Followup (Left knee )

#### Visit Diagnosis
- **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Level of Service

| Level of Service |
|---|
| PR POST-OPR FOLLOW-UPR VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 8/31/2023 3:00 PM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Nursing Note by Kevin D Swasey, MA at 8/31/2023 1500

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: --- | Author Type: Medical Assistant |
| Filed: 08/31/23 1457 | Encounter Date: 8/31/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

## Chief Complaint
Patient presents with
- Surgery Followup

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/31/2023

Page 1539

Printed by 71334 at 8/21/24 10:12 AM

MC_000671

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

*Left knee*

Additional Details: Linda J Larocque is a 65 year old female here for left knee(s) surgery follow up, date of surgery 6/26/2023. Patient states that the left knee(s) is staying the same.

**Vitals:**

|  | 08/31/23 1455 |
|---|---|
| BP: | 115/72 |
| Pulse: | 92 |
| Resp: | 12 |
| Temp: | 97.5 °F (36.4 °C) |
| TempSrc: | Temporal |
| Weight: | 108.4 kg (239 lb) |
| Height: | 1.676 m (5' 6") |

Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA

Electronically signed by Kevin D Swasey, MA at 08/31/23 1457

**Progress Notes by Alexandria Bones, PA-C at 8/31/2023 1500**

| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
|---|---|---|
| Filed: 09/10/23 1937 | Encounter Date: 8/31/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

### POST OPERATIVE FOLLOW UP

8/312023

Linda is seen today for post operative follow up following Left knee repair of infrapatellar tendon-primary without graft performed by Dr.Thompson on 6-26-23. Patient has been participating in supervised physical therapy but states that she feels like her knee is staying the same. Patient states that she has intermittent shooting and stabbing pain to her knee as well as a burning sensation up at the lateral superior portion of knee. Patient is using ROM brace for support as well as ambulatory aid as she does not feel stable to go without.

PHYSICAL EXAM:

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN  Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1540

Printed by 71334 at 8/21/24 10:12 AM

MC_000672

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

BP 115/72 | Pulse 92 | Temp (Src) 97.5 (Temporal) | Resp 12 | Ht 5' 6"[historical[ (1.676 m) | Wt 239 lb (108.41 kg) | LMP 09/14/2009

Left LE demonstrates nicely healed surgical incision. Moderate STS noted about the knee. ROM 5-100. Unable to perform straight leg raise.

Xrays reviewed concern for patella position with change from initial post operative films.

Impression: S/P Left knee repair of infrapatellar tendon-primary without graft 2 months post op radiographic changes

Plan: I have discussed xray findings with the patient. I have instructed her to continue brace use and to hold PT at this time. I will discuss her case further with Dr.Thompson upon his immediate return on Tuesday and contact patient with plan.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 09/10/23 1937

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                    Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1541                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000673

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1542 Printed by 71334 at 8/21/24 10:12 AM

MC_000674

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1543     Printed by 71334 at 8/21/24 10:12 AM

MC_000675

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Authorized by: Alexandria Bones, PA-C          Ordered on: 8/10/2023
Start date: 8/10/2023                          End date: 11/2/2023
Quantity: 60 Tablet                            Refill: 2 refills by 8/9/2024

### Stopped in Visit

None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [7236466695] (Final result)

| **XR Knee 1 or 2 Views Left [7236466695]** | Resulted: 09/05/23 1231, Result status: Final result |
|---|---|

Order status: Completed                        Resulted by: William Frederick Thompson, MD
Filed by: William Frederick Thompson, MD  09/05/23 1236    Performed: 08/31/23 1556 - 08/31/23 1556
Accession number: 29073736
Narrative:
Images from the original result were not included.
Reason for x-ray:
History of left knee arthroplasty, subsequent trauma and inferior patellar
fracture with patella tendon rupture.
History of recent for patellar tendon repair

Compared to prior films from 6/27/2023, 6/22/2023, 5/9/2023.

Findings
The femoral and tibial components are unremarkable, well affixed with
stable appearing bone, cement and implant interfaces.
The lateral view demonstrates substantial patella alto, with
change/worsening in position when compared to immediate postoperative
films from 6/27/2023. The current patella position/status approximates
that seen on preoperative films from 6/22/2023, consistent with disruption
of the extensor mechanism/infrapatellar tendon.
There is a small bone fragment adjacent to the femoral component in line
with Blumensaat's line representing the inferior pole patella/fracture.

Impression:
Right knee infrapatellar tendon rupture, worsening of position when
compared to that noted on the immediate postoperative films from
6/27/2023.
Possible intra-articular, suprapatellar osteochondral fragment, as seen on
previous images

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150
Acknowledged by: Alexandria Bones, PA-C on 09/06/23 1638

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1544                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000676

## 08/31/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

Imaging (continued)

### Indications

Patellar tendon rupture, left, initial encounter [S86.812A (ICD-10-CM)]

### Signed

Electronically signed by William Frederick Thompson, MD on 9/5/23 at 1236 PDT

### All Reviewers List

Alexandria Bones, PA-C on 9/6/2023 16:38

## Results                                                                 (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

Flowsheets

Custom Formula Data

| Row Name | 08/31/23 1455 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -KS | | | | |
| Adjusted Body Weight | 174.04 lbs -KS | | | | |
| % Over/Under Ideal Body Weight | 82.82 -KS | | | | |
| Predicted Body Weight | 59.3 -KS | | | | |
| Length (cm) | 167.6 cm -KS | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -KS | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -KS | | | | |
| BSA (Calculated | 2.25 sq meters -KS | | | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                     Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1545                                              Printed by 71334 at 8/21/24 10:12 AM

MC_000677

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

- sq m)

### Vitals
| | |
|---|---|
| MAP (mmHg) | 86 mmHg -KS |

### BMI
| | |
|---|---|
| BMI (Calculated) | 38.59 -KS |

### Adult IBW/VT Calculations
| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -KS |
| Low Range Vt 6mL/kg | 355.8 mL/kg -KS |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -KS |
| Adult High Range Vt 10mL/kg | 593 mL/kg -KS |

### Vital Signs
| | |
|---|---|
| BMI (Calculated) | 38.59 -KS |

### Weight and Growth Recommendation
| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -KS |
| IBW/kg (Calculated) Male | 63.8 kg -KS |

### Encounter Vitals

| Row Name | 08/31/23 1455 | | | | |
|---|---|---|---|---|---|

### Enc Vitals
| | |
|---|---|
| BP | 115/72 -KS |
| Pulse | 92 -KS |
| Resp | 12 -KS |
| Temp | 36.4 °C (97.5 °F) - KS |
| Temp src | Temporal -KS |
| Weight | 108.4 kg (239 lb) historical -KS |
| Height | 1.676 m (5' 6") historical -KS |
| Pain Score | TWO/TEN -KS |
| Pain Loc | KNEE -KS |

### User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KS | Kevin D Swasey, MA | Medical Assistant | — |

### Messages

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 8/10/2023 3:38 PM |
| Last Read in MyChart | | |
| Not Read | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1546                                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000678

## Preferred Pharmacy (continued)

**Messages (continued)**

Appointment Information:
   Visit Type: POST OP
     Date: 8/31/2023
        Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
        Provider: Alexandria Bones
        Time: 3:00 PM
        Length: 20 min

  Appt Status: Scheduled

**Patient Instructions**

  None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 8/31/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1547                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000679

## 08/27/2023 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
**CSN:** 304556114

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 8/27/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**     **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

TACOMA GENERAL       Larocque, Linda J
HOSPITAL            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 8/27/2023
WAY
TACOMA WA 98405-4234

Page 1548                              Printed by 71334 at 8/21/24 10:12 AM

MC_000680

## 08/27/2023 - Health Maintenance Letter (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Call Information

| | Department | Center |
|---|---|---|
| 8/27/2023 8:29 PM | | |

### Results                                                                  (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Health Reminders

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 8/27/2023 8:29 PM |
| Last Read in MyChart | | |
| Not Read | | |

August 27, 2023

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place. In the spirit of maintaining your good health, our electronic system

---

TACOMA GENERAL    Larocque, Linda J
HOSPITAL          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 8/27/2023
WAY
TACOMA WA 98405-4234

Page 1549                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000681

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Influenza Vaccine

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/27/2023

Page 1550

Printed by 71334 at 8/21/24 10:12 AM

MC_000682

**08/21/2023 - Additional Orders in MultiCare Health Information**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**            **MRN:** 172930
                                               **CSN:** 305852106

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 8/21/2023 | | | No service for | |

**Admitting Physician:**            **Chief Complaint:**
                                    **Adm Dx:**
                                    Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone        Not on file.
Work Phone        Not on file.
Mobile            253-273-7247
**Employer:**
                  No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:**            2/9/1958

### Primary Insurance

**Name of Insurance:**            **Group Name:**
**Subscriber Name:**              **Group #:**
**Subscriber DOB:**               **Ins ID#:**
**Pt Relationship to Sub:**

### Secondary Insurance

**Name of Insurance:**            **Group Name:**
**Subscriber Name:**              **Group #:**
**Subscriber DOB:**               **Ins ID#:**
**Pt Relationship to Sub:**

### Accident Information

**Accident Type:**

MC_000683

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 8/21/2023 6:20 PM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MC_000684

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

### Documents

Consultation - Physical Therapy Order - Scan on 9/7/2023 1811: Consultation - Physical Therapy Order

Scan (below)

8/15/2023 18:53:38 PDT     To 12537612451     Page 2/3     From 2534333134     Fax 2534333134

172930 LAROCQUE, LINDA J



# Plan of Care

**ANCHOR** Physical Therapy

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 8/15/2023 *Visit # 34*

**Provider:** Ross Anderson, PT *NPI # 1588626931*

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy, Lakewood | 6030 Main St SW Suite D Lakewood, WA 98499-6505 |

**Phone #**
2534747474

**Fax #**
2534333134

## Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| L Knee (PT) | 8/15/2023 |

| Diagnosis Codes | Injury Onset Date |
|---|---|
| M25.562 | 2/9/2020 |

| Referring Physician | Date of Initial Eval |
|---|---|
| W Fred Thompson, MD | 2/20/2023 |

## Assessment

**Patient Self-Report**

Linda returns back to physical therapy following a 2nd surgery on 6/22/23. Linda had to have her left knee cap repositioned and stabilized. She has been on NWB to PWB since the procedure. She returns today walking w/ a FFW and is WBAT. She has c/o the left knee burning, feeling weak and has limited ability to stand, walk and get in/out of her car. She has had meds on board which has helped. She is anxious to get ack to PT and get her knee up and running.

Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she hit her knee on the shopping cart.

**Patient Assessment / Diagnosis**

Linda returned today after her left patellar tendon repair surgery on 6/22/2020. She demonstrated elevated left knee joint edema/joint effusion. She has limited AROM, diminished hip/quad activation and has limitations on PROM and standing/walking. Currently requires a FWW to help w/ gait and safety. She did well w/ the rx today and appears to have scar/soft tissue adhesions, moderate edema, pain w/ palpation and significant deficits w/ knee flexion and her gait which requires a walker. She has a good prognosis and will benefit w/ PT to address her hip/quad/lower leg strength, quad activation/recruitment, AROM/PROM, scar/patellar mobility and improve her functional capacity with standing and step activities.

## Goals

| THERAPIST SHORT-TERM GOALS | | | THERAPIST LONG-TERM GOALS | | |
|---|---|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. | Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing. Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

Patient: Linda Larocque (DOB 2/9/1958)
DOS 8/15/2023
Page 1 of 2 of Plan of Care

Treated by Ross Anderson, PT (License #PT0000752)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/21/2023

Page 1553     Printed by 71334 at 8/21/24 10:12 AM

MC_000685

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

### Documents (continued)

172930 LAROCQUE, LINDA J

8/15/2023 18.53 38 PDT     To 12537612451     Page 3/3     From: 2534333134     Fax 2534333134

*men*
*172930*

**Notes on Plan**

Plan to see Linda 2-3x's/week for 6 weeks. Her rx will
include HEP progression, added knee/hip AROM/PROM,
scar tissue mobs, hip/quad recruitment training, functional
training for ADLs/steps/car transfers and include manual
rx/modalities as indicated

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 6/3/2023 |

### Signatures

**Treating Provider Signature**

*Electronically signed by Ross Anderson, PT on 2023-08-15 18.50 PDT License #: PT0000752*

**Referring Provider Signature**

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right*

✓ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, Alexandra A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson,
PT's care

| Signature of Referring Physician | Date | Time |
| --- | --- | --- |
| W. T. Thompson MD | 8/21/23 | PDT |
| Alexandra A Bones, PA-C | | |

Patient: Linda Larocque (DOB 2/9/1958)
DOS: 8/15/2023
Page 2 of 2 of Plan of Care     Treated by Ross Anderson, PT (License #PT0000752)

### Clinical Notes

#### Procedures by HIM SCANNED DOCUMENT at 9/7/2023 1811

| | | |
| --- | --- | --- |
| Author: HIM SCANNED DOCUMENT | Service: --- | Author Type: Interface Resource |
| Filed: 09/07/23 1820 | Encounter Date: 8/21/2023 | Status: Signed |
| Editor: HIM SCANNED DOCUMENT (Interface Resource) | | |

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/21/2023

Page 1554     Printed by 71334 at 8/21/24 10:12 AM

MC_000686

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [723646698] ordered by Interface, Onbase Scans at 08/21/23 1811

MC_000687

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

Scan on 9/7/2023 1811 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

172930 LAROCQUE, LINDA J

| 8/15/2023 18 53 38 PDT | To 12537612451 | Page 2/3 | From 2534333134 | Fax 2534333134 |



# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958  *Sex. F*
**Visit:** 8/15/2023  *Visit # 34*
**Provider:** Ross Anderson, PT  *NPI # 1588826931*

**ANCHOR** Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy, Lakewood | 6030 Main St SW Suite D Lakewood, WA 98499-6505 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534333134 | |

## Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| L Knee (PT) | 8/15/2023 |
| **Diagnosis Codes** | **Injury Onset Date** |
| M25 562 | 2/9/2020 |
| **Referring Physician** | **Date of Initial Eval** |
| W Fred Thompson, MD | 2/20/2023 |

## Assessment

**Patient Self-Report**

Linda returns back to physical therapy following a 2nd surgery on 6/22/23. Linda had to have her left knee cap repositioned and stabilized. She has been on NWB to PWB since the procedure. She returns today walking w/ a FFW and is WBAT. She has c/o the left knee burning, feeling weak and has limited ability to stand, walk and get in/out of her car. She has had meds on board which has helped. She is anxious to get ack to PT and get her knee up and running.

Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shoping cart

**Patient Assessment / Diagnosis**

Linda returned today after her left patellar tendon repair surgery on 6/22/2023. She demonstrated elevated left knee joint edema/join effusion. She has limited AROM, diminished hip/quad activation and has limitations on PROM and standing/walking. Currently requires a FWW to help w/ gait and safety. She did well w/ the rx today and appears to have scar/soft tissue adhesions, moderate edema, pain w/ palpation and significant deficits w/ knee flexion and her gait which requires a walker. She has a good prognosis and will benefit w/ PT to address her hip/quad/lower leg strength, quad activation/recruitment, AROM/PROM, scar/patellar mobility and improve her functional capacity with standing and step activities

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits, Stand up to 60 minutes while participating with ADLs Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits Stand up to 2 hours while participating with ADLs Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

Patient: Linda Larocque (DOB 2/9/1958)   Treated by Ross Anderson, PT (License #PT0000752)
DOS 8/15/2023
Page 1 of 2 of Plan of Care

MC_000688

Larocque, Linda J
MRN: 172930

**Clinical Notes (continued)**

172930 LAROCQUE, LINDA J

| 8/15/2023 18:53:38 PDT | To 12537612461 | Page 3/3 | From: 2534333134 | Fax 2534333134 |

**Notes on Plan**

Plan to see Linda 2-3x's/week for 6 weeks. Her rx will include HEP progression, added knee/hip AROM/PROM, scar tissue mobs, hip/quad recruitment training, functional training for ADLs/steps/car transfers and include manual rx/modalities as indicated

men
172930

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 8/3/2023 |

## Signatures

**Treating Provider Signature**

*Electronically signed by Ross Anderson, PT on 2023-08-15 18:50 PDT License #: PT0000752*

**Referring Provider Signature**

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right*

✓ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, Alexandra A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care

| Signature of Referring Physician | Date | Time |
| --- | --- | --- |
| W.F. Thompson MD | 8/21/23 | PDT |
| Alexandra A Bones, PA-C | | |

FAX 8/21/23 W

Electronically signed by HIM SCANNED DOCUMENT at 09/07/23 1820

Patient Linda Larocque (DOB 2/9/1958)
DOS: 8/15/2023
Page 2 of 2 of Plan of Care
Treated by Ross Anderson, PT (License #PT0000752)

**Medication List**

**Medication List**

| MULTICARE CALL CENTER | Larocque, Linda J |
| 419 SOUTH L STREET | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98415-0299 | Visit date: 8/21/2023 |

Page 1557

Printed by 71334 at 8/21/24 10:12 AM

MC_000689

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

Medication List (continued)

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 8/21/2023

Page 1558      Printed by 71334 at 8/21/24 10:12 AM

MC_000690

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

### Medication List (continued)

Authorized by: Rachel D Dawson, MD
Start date: 6/16/2023
Quantity: 90 Tablet

Ordered on: 6/16/2023
End date: 9/14/2023
Refill: 1 refill by 6/15/2024

#### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

#### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Tablets by mouth every 4 hours as needed.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 42 Tablet

Discontinued on: 9/11/2023

Ordered on: 6/27/2023
End date: 9/11/2023
Refill: No refills remaining

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/5/2023
Quantity: 18 mL

Discontinued on: 10/23/2023

Ordered on: 7/5/2023
End date: 10/22/2023
Refill: 1 refill by 7/4/2024

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 15 Tablet

Discontinued on: 10/5/2023

Ordered on: 7/6/2023
End date: 10/3/2023
Refill: 2 refills by 1/2/2024

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

Discontinued on: 12/7/2023

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/21/2023

Page 1559

Printed by 71334 at 8/21/24 10:12 AM

MC_000691

## 08/21/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

**Stopped in Visit**

None

## Results                                                                    (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Other Orders - Procedures**

**Referral**

**REFERRAL TO PHYSICAL THERAPY [723646698] (Final result)**

| | |
|---|---|
| Electronically signed by: **Interface, Onbase Scans on 08/21/23 1811** | Status: **Completed** |
| Ordering user: Interface, Onbase Scans 08/21/23 1811 | Authorized by: HIM SCANNED DOCUMENT |
| Ordering mode: Standard | |
| Frequency:   - | Quantity: 1 |
| Lab status: Final result | |

Scan on 9/7/2023 1811 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 8/21/2023

Page 1560                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000692

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

8/15/2023 18:53:38 PDT     To 12537612451     Page 2/3     From 2534333134     Fax 2534333134

172930 LAROCQUE, LINDA J

# Plan of Care



**ANCHOR**
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958  Sex: F
**Visit:** 8/15/2023  Visit # 34
**Provider:** Ross Anderson, PT  NPI # 1588626931

### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy, Lakewood | 6030 Main St SW Suite D Lakewood, WA 98499-6505 |
| Phone # | |
| 2534747474 | |
| Fax # | |
| 2534333134 | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| L Knee (PT) | 8/15/2023 |
| Diagnosis Codes | Injury Onset Date |
| M25.562 | 2/8/2020 |
| Referring Physician | Date of Initial Eval |
| W Fred Thompson, MD | 3/20/2023 |

## Assessment

**Patient Self-Report**

Linda returns back to physical therapy following a 2nd surgery on 6/22/23. Linda had to have her left knee cap repositioned and stabilized. She has been on NWB to PWB since the procedure. She returns today walking w/ a FFW and is WBAT. She has c/o the left knee burning, feeling weak and has limited ability to stand, walk and get in/out of her car. She has had meds on board which has helped. She is anxious to get ack to PT and get her knee up and running.

Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

**Patient Assessment / Diagnosis**

Linda returned today after her left patellar tendon repair surgery on 6/22/2023. She demonstrated elevated left knee joint edema/join effusion. She has limited AROM, diminished hip/quad activation and has limitations on PROM and standing/walking. Currently requires a FWW to help w/ gait and safety. She did well w/ the rx today and appears to have scar/soft tissue adhesions, moderate edema, pain w/ palpation and significant deficits w/ knee flexion and her gait which requires a walker. She has a good prognosis and will benefit w/ PT to address her hip/quad/lower leg strength, quad activation/recruitment, AROM/PROM, scar/patellar mobility and improve her functional capacity with standing and step activities.

## Goals

| THERAPIST SHORT-TERM GOALS | | | THERAPIST LONG-TERM GOALS | | |
|---|---|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. | Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing. Independent with HEP and able to self progress | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 8/21/2023

Page 1561     Printed by 71334 at 8/21/24 10:12 AM

MC_000693

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

**Notes on Plan**

Plan to see Linda 2-3x's/week for 8 weeks  Her rx will
include HEP progression, added knee/hip ARCM/PROM,
scar tissue mobs, hip/quad recruitment training, functional
training for ADLs/steps/car transfers and include manual
rx/modalities as indicated

*men*
*172930*

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

## Signatures

### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-08-15 18.50 PDT License #: PT0000752*

### Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are
required, fill out in the blank space to the right*

_✓_ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, Alexandria A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson,
PT's care

| Signature of Referring Physician | Date | Time |
|---|---|---|
| W.F. Thompson MD | 8/21/23 | PDT |
| Alexandria A Bones, PA-C | | |

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-140994186 | — | — | 08/21/23 1811 |

**REFERRAL TO PHYSICAL THERAPY [723646698]**     Resulted: 08/21/23 1811, Result status: Final result

Order status: Completed     Filed by: Interface, Onbase Scans  09/07/23 1820

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 8/21/2023

Page 1562     Printed by 71334 at 8/21/24 10:12 AM

MC_000694

Patient Linda Larocque (DOB 2/9/1958)
DOS: 8/15/2023
Page 2 of 2 of Plan of Care

Treated by Ross Anderson, PT (License #PT0000752)

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Collected by: 08/21/23 1811

### Transcription

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Scanned Documents - Order, No encounter | ONB140994186 | 9/7/2023 6:11 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 09/07/23 at 1820

### Patient Instructions

None

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 8/21/2023
                         Printed by 71334 at 8/21/24 10:12 AM

MC_000695

## 08/10/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 302128468

### Account Information

| | | | | | |
|---|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** | |
| 8/10/2023 | | | No service for | | |
| **Admitting Physician:** | | | **Chief Complaint:** | Surgery Followup | |
| | | | **Adm Dx:** | | |
| | | | | Gestational Age: <None> | |

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

| | | | |
|---|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** | |
| **Referring Physician:** | | **Occupation:** | |

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1564                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000696

## 08/10/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Surgery Followup (S/p Lt knee open repair patellar tendon DOS: 6/26/23)

#### Visit Diagnosis

- **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions

- Return in about 3 weeks (around 8/31/2023).

#### Level of Service

| Level of Service |
|---|
| PR POST-OPR FOLLOW-UPR VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 8/10/2023 2:30 PM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Nursing Note by Lyubov M Prokopovich, MA at 8/10/2023 1430

| | | |
|---|---|---|
| Author: Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 08/10/23 1433 | Encounter Date: 8/10/2023 | Status: Signed |
| Editor: Lyubov M Prokopovich, MA (Medical Assistant) | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_000697

**08/10/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

Clinical Notes (continued)

## Chief Complaint
Patient presents with
- Surgery Followup
  *S/p Lt knee open repair patellar tendon DOS: 6/26/23*


Additional Details: Patient stated they are doing worse since the last visit. States her leg and hip have been "on fire". Pain is getting worse on her left side. Cannot walk down the stairs, has to slide her leg

Pain today 5/10 and gets up to 8/10

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.
Lyubov M Prokopovich, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Lyubov M Prokopovich, MA at 08/10/23 1433


**Progress Notes by Alexandria Bones, PA-C at 8/10/2023 1430**

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: --- | Author Type: Physician Assistant |
| Filed: 08/14/23 1236 | Encounter Date: 8/10/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

## POST OPERATIVE FOLLOW UP

8/10/2023


Linda is seen today for postoperative follow-up following left knee repair of infrapatellar tendon performed by Dr. Thompson on 6/26/2023. Patient presents in range of motion brace that was previously fitted. Patient states that she is having increased pain mainly to her hip and groin region. Patient states that this discomfort increases as she attempts to lift her leg. Patient states that she is still having difficulty with the brace sliding down but she is doing the best she can.

PHYSICAL EXAM:

BP 128/83 | Pulse 106 | Temp (Src) 98 (Tympanic) | Resp 18 | Ht 5' 6" (1.676 m) | Wt 239 lb (108.41 kg) | LMP 09/14/2009


Left lower extremity demonstrates nicely healing surgical incision without any warmth, redness or drainage. Moderate

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                    Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1566                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000698

## 08/10/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

soft tissue swelling noted about the knee. Limited range of motion flexion 80 degrees.

Impression: Status post left knee repair of infrapatellar tendon 6 weeks postop stable without complications

Plan: I have readjusted patient's range of motion brace with parameters of 0 to 90 degrees. Patient is to continue to wear this brace at all times except for showering. I have discussed this case with Dr. Thompson and it is agreed upon that patient will now start supervised physical therapy. Patient can continue to advance range of motion and once she is comfortably stabilized at 90 degrees she can begin to wean from the brace. Patient should continue ambulatory assistive aid for stability and support. Patient can continue to ice and elevate as needed for swelling. I have provided the patient with an anti-inflammatory to help with additional inflammation. I will have Linda follow-up in 3 weeks.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 08/14/23 1236

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1567                                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000699

## 08/10/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD — Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD — Ordered on: 1/31/2023
Start date: 1/31/2023 — End date: 2/26/2024
Quantity: 90 Capsule — Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C — Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C — Ordered on: 2/9/2023
Start date: 2/9/2023 — End date: 12/7/2023
Quantity: 30 Tablet — Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD — Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD — Ordered on: 5/4/2023
Start date: 6/3/2023 — End date: 11/2/2023
Quantity: 160 Tablet — Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD — Discontinued on: 9/14/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD — Ordered on: 6/16/2023
Start date: 6/16/2023 — End date: 9/14/2023
Quantity: 90 Tablet — Refill: 1 refill by 6/15/2024

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C — Discontinued on: 12/7/2023
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C — Ordered on: 6/27/2023
Start date: 6/27/2023 — End date: 12/7/2023
Quantity: 84 Tablet — Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN — Discontinued on: 9/11/2023
Reason for discontinuation: Treatment complete
Instructions: Take 2 Tablets by mouth every 4 hours as needed.
Authorized by: Alexandria Bones, PA-C — Ordered on: 6/27/2023
Start date: 6/27/2023 — End date: 9/11/2023
Quantity: 42 Tablet — Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D — Discontinued on: 10/23/2023
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD — Ordered on: 7/5/2023
Start date: 7/5/2023 — End date: 10/22/2023
Quantity: 18 mL — Refill: 1 refill by 7/4/2024

### rosuvastatin (CRESTOR) 20 mg Tab

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1568 Printed by 71334 at 8/21/24 10:12 AM

MC_000700

## 08/10/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 15 Tablet

Discontinued on: 10/5/2023

Ordered on: 7/6/2023
End date: 10/3/2023
Refill: 2 refills by 1/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 9/4/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Rachel D Dawson, MD
Instructions: 1 Tablet twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 8/10/2023
Quantity: 60 Tablet

Discontinued on: 11/2/2023

Ordered on: 8/10/2023
End date: 11/2/2023
Refill: 2 refills by 8/9/2024

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1569    Printed by 71334 at 8/21/24 10:12 AM

MC_000701

## 08/10/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

**Stopped in Visit**

None

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Referral**

**REFERRAL TO NON MHS PHYSICAL THERAPY [713489520] (Active)**

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 08/10/23 1454** | Status: **Active** |
| Ordering user: Alexandria Bones, PA-C 08/10/23 1454 | Authorized by: Alexandria Bones, PA-C |

Ordering mode: Standard

Frequency: Routine  08/10/23 -          Class: Referral - External

Quantity: 1

Diagnoses

Patellar tendon rupture, left, initial encounter [S86.812A]

Order comments: PHYSICAL THERAPY:  SURGERY:   DATE: 6/26/2023  PHYSICIAN: W. FREDERICK THOMPSON, MD
PREPROCEDURE DIAGNOSIS: Left knee infrapatellar tendon rupture, posttraumatic, following left TKR   POSTPROCEDURE
DIAGNOSIS:  Left knee subacute infrapatellar tendon rupture, posttraumatic, following left TKR  PROCEDURE: Left knee repair of
infrapatellar tendon-primary without graft  EVAL AND TREAT, THERAPIST DISCRETION, LOCAL MODALITIES PRN Once patient
progresses to 90 degree flexion can wean from brace  2-3X/WEEK, 6 WEEKS; UP TO 18 SESSIONS  Alexandria Bones, PA-C

**Indications**

Patellar tendon rupture, left, initial encounter [S86.812A (ICD-10-CM)]

**Flowsheets**

**Custom Formula Data**

| Row Name | 08/10/23 1431 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1570                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000702

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| Ideal Body Weight | 130.73 lbs -LP |
| Adjusted Body Weight | 174.04 lbs -LP |
| % Over/Under Ideal Body Weight | 82.82 -LP |
| Predicted Body Weight | 59.3 -LP |
| Length (cm) | 167.6 cm -LP |
| IBW/kg (Calculated) Male | 63.8 kg -LP |
| IBW/kg (Calculated) Female | 59.3 kg -LP |
| BSA (Calculated - sq m) | 2.25 sq meters -LP |

### Vitals

| | |
|---|---|
| MAP (mmHg) | 98 mmHg -LP |

### BMI

| | |
|---|---|
| BMI (Calculated) | 38.59 -LP |

### Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -LP |
| Low Range Vt 6mL/kg | 355.8 mL/kg -LP |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -LP |
| Adult High Range Vt 10mL/kg | 593 mL/kg -LP |

### Vital Signs

| | |
|---|---|
| BMI (Calculated) | 38.59 -LP |

### Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -LP |
| IBW/kg (Calculated) Male | 63.8 kg -LP |

### Encounter Vitals

| Row Name | 08/10/23 1431 | | | | |
|---|---|---|---|---|---|
| **Enc Vitals** | | | | | |
| BP | 128/83 -LP | | | | |
| Pulse | 106 ! -LP | | | | |
| Resp | 18 -LP | | | | |
| Temp | 36.7 °C (98 °F) -LP | | | | |
| Temp src | Tympanic -LP | | | | |
| Weight | 108.4 kg (239 lb) -LP | | | | |
| Height | 1.676 m (5' 6") -LP | | | | |
| Pain Score | FIVE/TEN -LP | | | | |
| Pain Loc | KNEE -LP | | | | |
| Pain Education | Yes -LP | | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1571                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000703

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

**User Key**                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| LP | Lyubov M Prokopovich, MA | Medical Assistant | — |

**After Visit Summary**

After Visit Summary (below)

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1572                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000704

# AFTER VISIT SUMMARY

## MultiCare

**Linda J. Larocque** DoB: 2/9/1958

8/10/2023 2:30 PM MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN 253-792-6555

## Instructions from Alexandria Bones PA-C


Today's medication changes

CHANGE how you take:
**diclofenac (Voltaren)** — how to take this

Accurate as of August 10, 2023 3:31 PM.
**See the end of the After Visit Summary for your complete, current medication list.**


Pick up prescription at new at SAFEWAY PHARMACY #1494 - TACOMA, WA
diclofenac

Address: 707 S 56TH STREET, TACOMA WA 98408
Phone: 253-471-1730


REFERRAL TO NON MHS PHYSICAL THERAPY
Multiple visits requested (expires 11/8/2023)


Return in about 3 weeks
(around 8/31/2023).

## Today's Visit

You saw Alexandria Bones, PA-C on Thursday August 10, 2023 for: Surgery Followup. The following issue was addressed: Patellar tendon rupture, left, initial encounter.

| | |
|---|---|
| Blood Pressure **128/83** | BMI **38.58** |
| Weight **239 lb** | Height **5' 6"** |
| Temperature (Tympanic) **98 °F** | Pulse **106** |
| Respiration **18** | |

## What's Next

You currently have no upcoming appointments scheduled.

### PCP

| Primary Care Provider | Phone |
|---|---|
| Rachel D Dawson, MD | 253-792-6526 |

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/ and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1573                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000705

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Allergies as of 8/10/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_000706

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List As of August 10, 2023 3:31 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| Aspirin Low Dose 81 MG Chew<br>aspirin<br>84 Tablet | Chew and swallow 1 Tablet by mouth twice daily. |
| diclofenac 50 MG Tbec<br>Voltaren<br>60 Tablet | 1 Tablet twice daily. |
| docusate sodium 100 MG Caps<br>Colace<br>60 Cap | Take 1 Cap by mouth twice daily. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>September 4, 2023 |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>120 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>90 Tablet | Take 1 Tablet by mouth once daily. |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN      Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Printed by 71334 at 8/21/24 10:12 AM

MC_000707

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of Aug at 10 2023 3:31 PM

| | |
|---|---|
| **\* OTHER**<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done<br>by dr. clerc about three years ago<br>**According to our records, you may have been taking**<br>**this medication differently.** |
| **\* OTHER**<br>1 Each | Handicapped parking permit - permanent due to<br>inability to walk 200 feet due to an orthopedic<br>condition without an assistive device. |
| oxyCODONE 5 MG Tabs<br>Roxicodone<br>42 Tablet | Take 2 Tablets by mouth every 4 hours as needed. |
| rosuvastatin 20 mg Tabs<br>Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>SENNA, SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |
| TechLite Pen Needles 31G X 8 MM Misc<br>Insulin Pen Needle<br>100 Each | Use With victoza injections |
| verapamil 240 MG Tbcr<br>CALAN SR<br>90 Tablet | Take 1 Tablet by mouth once daily. |
| Victoza 18 MG/3ML Sopn<br>liraglutide<br>18 mL | Inject 1.8 mg under the skin once daily. |

✛ **\* This list has 6 medication(s) that are the same as other medications prescribed for you. Read the directions**
**carefully, and ask your doctor or other care provider to review them with you.**

**Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's**
**appointment. Review it with your doctor. Call your doctor if you have any medication questions.**

**Always update your medication list if you or your doctor:**
• **Change the type of medication you take**
• **Change a medication dose**
• **Stop a medication**
• **Start a new medication**

**Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list**
**with you at all times. You will need it in case of an emergency.**

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1576                                              Printed by 71334 at 8/21/24 10:12 AM

MC_000708

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
1550 SOUTH UNION AVENUE STE 210
TACOMA WA 98405-1946

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/10/2023

Page 1577                                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000709

## Preferred Pharmacy (continued)

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 8/3/2023 5:03 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
   Visit Type: POST OP
      Date: 8/10/2023
         Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
         Provider: Alexandria Bones
         Time: 2:30 PM
         Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN   Visit date: 8/10/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1578     Printed by 71334 at 8/21/24 10:12 AM

MC_000710

## 08/08/2023 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 302460806

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 8/8/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refill*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information: |
| | | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile    253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD      **Employer Phone:**
**Referring Physician:**      **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/8/2023

Page 1579      Printed by 71334 at 8/21/24 10:12 AM

MC_000711

## 08/08/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Xanax safe1594), onset date 8/8/2023
- Rx Refill Center - Control Medication, onset date 8/8/2023

#### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|--|----------|------------|--------|
| 8/8/2023 9:26 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Michele Mina at 8/8/2023 1302

| | | |
|--|--|--|
| Author: Michele Mina | Service: — | Author Type: — |
| Filed: 08/08/23 1302 | Encounter Date: 8/8/2023 | Status: Signed |
| Editor: Michele Mina | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

**PRC Case Review**
*Last dispensed: 7/7/23*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/8/2023

Page 1580

Printed by 71334 at 8/21/24 10:12 AM

MC_000712

## 08/08/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

### Renal Function:

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 70 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 85 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Michele Mina at 08/08/23 1302

### Telephone Encounter by Michele Mina at 8/8/2023 1302

| | | |
|---|---|---|
| Author: Michele Mina | Service: — | Author Type: — |
| Filed: 08/08/23 1302 | Encounter Date: 8/8/2023 | Status: Signed |
| Editor: Michele Mina | | |

Pending Prescriptions:          Disp   Refills
 alprazolam (XANAX) 0.25 MG Tab          15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
     for anxiety.

---------------------------------------------------------------

Electronically signed by Michele Mina at 08/08/23 1302

### Telephone Encounter by Amy J Goodwin, MA at 8/8/2023 1326

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 08/08/23 1326 | Encounter Date: 8/8/2023 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

Pending Prescriptions:          Disp   Refills
 alprazolam (XANAX) 0.25 MG Tab          15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
     for anxiety.

---------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 08/08/23 1326

### Telephone Encounter by Rachel D Dawson, MD at 8/8/2023 1353

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 08/08/23 1353 | Encounter Date: 8/8/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/8/2023

Page 1581                                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000713

## 08/08/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Refused Prescriptions:          Disp   Refills  alprazolam (XANAX) 0.25 MG Tab          15 Tab*2     Sig: Take 1 Tablet by mouth three times a day as needed       for anxiety.Refused By: DAWSON, RACHEL DReason for Refusal: Patient has requested refill too soonReason for Refusal Comment: the order from july should have lasted through september as it had 2rf--------------------------

Electronically signed by Rachel D Dawson, MD at 08/08/23 1353

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

###### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

###### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/8/2023

Page 1582

Printed by 71334 at 8/21/24 10:12 AM

MC_000714

## 08/08/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/8/2023

Page 1583

Printed by 71334 at 8/21/24 10:12 AM

MC_000715

## 08/08/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 10/5/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C  Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D  Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

**Stopped in Visit**

None

---

**Results** (Order )

---

## END OF IMAGING QUESTIONNAIRE REPORT

---

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/8/2023

Page 1584

Printed by 71334 at 8/21/24 10:12 AM

MC_000716

## Preferred Pharmacy (continued)

**Visit Pharmacy (continued)**

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 8/8/2023 9:26 AM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/8/2023

Page 1585

Printed by 71334 at 8/21/24 10:12 AM

MC_000717

## 08/03/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 299317538

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 8/3/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Surgery Followup
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1586                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000718

## 08/03/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*
**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint
* Surgery Followup (S/p Lt knee open repair patellar tendon DOS: 6/26/23)

#### Visit Diagnosis
* **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions
* Return in about 1 week (around 8/10/2023).

#### Level of Service

| Level of Service |
| --- |
| PR POST-OPR FOLLOW-UPR VISIT |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 8/3/2023 4:00 PM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Progress Notes by Alexandria Bones, PA-C at 8/3/2023 1600

| | | |
| --- | --- | --- |
| Author: Alexandria Bones, PA-C | Service: --- | Author Type: Physician Assistant |
| Filed: 08/14/23 1306 | Encounter Date: 8/3/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

**08/03/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

Clinical Notes (continued)

## POST OPERATIVE FOLLOW UP

8/3/2023

Linda is seen today for postoperative follow-up following left knee repair of infrapatellar tendon--primary without graft performed Dr. Thompson on 6/26/2023. Patient states overall she is doing okay although she is starting to have some mild left hip pain. Patient presents in knee immobilizer on today's appointment.

PHYSICAL EXAM:

BP 109/67 | Pulse 95 | Temp (Src) 97.7 (Tympanic) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 239 lb (108.41 kg) | LMP 09/14/2009

Left knee demonstrates nicely healing surgical incision without warmth, redness or drainage. Moderate soft tissue swelling noted. Limited range of motion.

Impression: Status post left knee repair at the end of the patellar tendon, 5 weeks postop stable without complications

Plan: I have placed the patient in a range of motion brace and set this 0 to 40 degrees. Patient will progressively advance this every week. Patient is to wear this brace at all times except for showering. I have encouraged patient to continue to do straight leg raises ankle range of motion and ankle pumps. I will have the patient follow-up in 1 week for advancement of range of motion on brace as well as initiation of supervised physical therapy.

*Alexandria Bones, Physician Assistant*
*Multicare Orthopedics and Sports Medicine*
  *Office : 253-792-6555*

Electronically signed by Alexandria Bones, PA-C at 08/14/23 1306

### Nursing Note by Lyubov M Prokopovich, MA at 8/3/2023 1600

| Author: Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 08/03/23 1603 | Encounter Date: 8/3/2023 | Status: Signed |
| Editor: Lyubov M Prokopovich, MA (Medical Assistant) | | |

## Chief Complaint
Patient presents with
- Surgery Followup
  *S/p Lt knee open repair patellar tendon DOS: 6/26/23*

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1588                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000720

## 08/03/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

Additional Details: patient stated her knee is doing okay but she is having left hip pain 6/10

Pain today 2/10

Medication list changes/discrepancies: Medications current/updated per interview with patient.  Not taking any additional medications.
Lyubov M Prokopovich, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Lyubov M Prokopovich, MA at 08/03/23 1603

### Medication List

#### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1589                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000721

## 08/03/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1590                                       Printed by 71334 at 8/21/24 10:12 AM

MC_000722

## 08/03/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Start date: 7/3/2023      Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### Stopped in Visit

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1591      Printed by 71334 at 8/21/24 10:12 AM

MC_000723

Larocque, Linda J
MRN: 172930

## 08/03/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

None

---

| Results | (Order) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Referral**

**Referral to Olympic Sports & Spine: MHS Affiliated Out-Patient PT, OT & Massage [713489518] (Cancel Pend)**

Electronically signed by: **Alexandria Bones, PA-C on 08/03/23 1509**          Status: **Cancel Pend**
Ordering user: Alexandria Bones, PA-C 08/03/23 1509          Authorized by: Alexandria Bones, PA-C
Frequency: Routine 08/03/23 -          Class: Referral - Non-Managed
Quantity: 1          Pended by: Alexandria Bones, PA-C 08/03/23 1509
Canceled by: Alexandria Bones, PA-C 08/14/23 1306

**Questionnaire**

| Question | Answer |
|---|---|
| What Service? | Physical Therapy |
| Choose scheduling method: | Eval and Treat |

Order comments: PHYSICAL THERAPY: SURGERY: DOS: 6/26/2023 PHYSICIAN: W. FREDERICK THOMPSON, MD PREPROCEDURE DIAGNOSIS: Left knee infrapatellar tendon rupture, posttraumatic, following left TKR POSTPROCEDURE DIAGNOSIS: Left knee subacute infrapatellar tendon rupture, posttraumatic, following left TKR PROCEDURE: Left knee repair of infrapatellar tendon-primary without graft EVAL AND TREAT, THERAPIST DISCRETION, advance range of motion,LOCAL MODALITIES PRN 2-3X/WEEK, 6 WEEKS; UP TO 18 SESSIONS Alexandria Bones, PA-C

**Flowsheets**

**Custom Formula Data**

| Row Name | 08/03/23 1601 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -LP | | | | |
| Adjusted Body | 174.04 lbs -LP | | | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN          Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1592          Printed by 71334 at 8/21/24 10:12 AM

MC_000724

## Preferred Pharmacy (continued)

### Flowsheets (continued)

#### Weight

| | |
|---|---|
| % Over/Under Ideal Body Weight | 82.82 -LP |
| Predicted Body Weight | 59.3 -LP |
| Length (cm) | 167.6 cm -LP |
| IBW/kg (Calculated) Male | 63.8 kg -LP |
| IBW/kg (Calculated) Female | 59.3 kg -LP |
| BSA (Calculated - sq m) | 2.25 sq meters -LP |

#### Vitals

| | |
|---|---|
| MAP (mmHg) | 81 mmHg -LP |

#### BMI

| | |
|---|---|
| BMI (Calculated) | 38.59 -LP |

#### Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -LP |
| Low Range Vt 6mL/kg | 355.8 mL/kg -LP |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -LP |
| Adult High Range Vt 10mL/kg | 593 mL/kg -LP |

#### Vital Signs

| | |
|---|---|
| BMI (Calculated) | 38.59 -LP |

#### Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -LP |
| IBW/kg (Calculated) Male | 63.8 kg -LP |

### Encounter Vitals

| Row Name | 08/03/23 1601 | | | | |
|---|---|---|---|---|---|

#### Enc Vitals

| | |
|---|---|
| BP | 109/67 -LP |
| Pulse | 95 -LP |
| Resp | 16 -LP |
| Temp | 36.5 °C (97.7 °F) - LP |
| Temp src | Tympanic -LP |
| Weight | 108.4 kg (239 lb) - LP |
| Height | 1.676 m (5' 6") -LP |
| Pain Score | TWO/TEN -LP |
| Pain Loc | KNEE -LP |
| Pain Education | Yes -LP |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1593     Printed by 71334 at 8/21/24 10:12 AM

MC_000725

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| Initials | Name | Provider Type | Discipline |
|----------|------|---------------|------------|
| LP | Lyubov M Prokopovich, MA | Medical Assistant | — |

**Messages**

### Appointment Scheduled

| From | To | Sent and Delivered |
|------|-----|-------------------|
| Bkg, Mychart | Larocque, Linda J | 7/6/2023 4:14 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
Visit Type: POST OP
Date: 8/3/2023
Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
Provider: Alexandria Bones
Time: 4:00 PM
Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                    Visit date: 8/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1594                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000726

## 07/19/2023 - MyChart Secure Pt Message in Lakewood Family Practice

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 300506624

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 7/19/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

| | | | |
|---|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** | |
| **Referring Physician:** | | **Occupation:** | |

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Accident Information

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/19/2023

Page 1595

Printed by 71334 at 8/21/24 10:12 AM

MC_000727

## 07/19/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

| Encounter Provider |
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/19/2023 10:05 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### letter regarding victoza

| From | To | Sent and Delivered |
|---|---|---|
| Rachel D Dawson, MD Last Read in MyChart 4/5/2024 12:56 PM by Linda J Larocque | Larocque, Linda J | 7/19/2023 10:05 AM |

I got a letter from your insurance company
You should have received a copy too

Please call your plan and ask them if your situation with victoza is
1. You need to change to a plan alternative and if so which ones do they cover
2. You just need a visit to document medical necessity and prior authorize the victoza
3. Or you are dealing with formulary limits and if so what are they

    I wait to hear back from you

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/19/2023

Page 1596

Printed by 71334 at 8/21/24 10:12 AM

MC_000728

## Preferred Pharmacy (continued)

**Messages (continued)**

Rachel D Dawson, MD

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/19/2023

Page 1597

Printed by 71334 at 8/21/24 10:12 AM

MC_000729

**07/13/2023 - MyChart Secure Pt Message in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　**CSN:** 299908115

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/13/2023 | | | No service for | |

**Admitting Physician:**　　　　　　　　　**Chief Complaint:**
　　　　　　　　　　　　　　　　　　　　**Adm Dx:**

　　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

**Home Address:**　6824 S Park Ave
　　　　　　　　　Tacoma WA 98408-5509

**SSN:**　　　　　xxx-xx-5145
**Age:**　　　　　66 year old
**DOB:**　　　　　2/9/1958 (65 yrs)
**Sex:**　　　　　female
**Marital Status:**　Married

Telephone Information:
Home Phone　　　Not on file.
Work Phone　　　Not on file.
Mobile　　　　　253-273-7247
**Employer:**
　　　　　　　　No address on file.

**Primary Care Physician:**　Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:**　Self
**Guarantor Name:**
**Guarantor Address:**　　6824 S PARK AVE
　　　　　　　　　　　　TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:**　　　2/9/1958

### Primary Insurance

**Name of Insurance:**　　　　　　　　　　**Group Name:**
**Subscriber Name:**　　　　　　　　　　　**Group #:**
**Subscriber DOB:**　　　　　　　　　　　 **Ins ID#:**
**Pt Relationship to Sub:**

### Secondary Insurance

**Name of Insurance:**　　　　　　　　　　**Group Name:**
**Subscriber Name:**　　　　　　　　　　　**Group #:**
**Subscriber DOB:**　　　　　　　　　　　 **Ins ID#:**
**Pt Relationship to Sub:**

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/13/2023

Page 1598　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:12 AM

MC_000730

## 07/13/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Sarah A Tryon, LVN/LPN |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/13/2023 8:00 AM | Sarah A Tryon, LVN/LPN | LAKEWOOD FP | LWMCC |

## Results                                                                (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

## Messages

### priro auth

| From | To | Sent and Delivered |
|---|---|---|
| Sarah A Tryon, LVN/LPN Last Read in MyChart Not Read | Larocque, Linda J | 7/13/2023 8:00 AM |

Hi linda and steve prior auth was approved you should be able to pick up your rx  .Sarah A Tryon, LVN/LPN

## Patient Instructions

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/13/2023

Page 1599

Printed by 71334 at 8/21/24 10:12 AM

MC_000731

## 07/12/2023 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 299807019

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 7/12/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1600

Printed by 71334 at 8/21/24 10:12 AM

MC_000732

## 07/12/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Norco-dup), onset date 7/12/2023

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|---|---|---|---|
| 7/12/2023 9:51 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 7/12/2023 1509

| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 07/12/23 1510 | Encounter Date: 7/12/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

**Norco - Duplicate - Surescript order: Unable to deselect drug. Pharmacist please remove drug and close encounter**
*Last Prescribed on 07/06/2023, #160, R 0 - sent to same pharmacy*
**Receipt confirmed by pharmacy (7/6/2023 10:17 AM PDT)**

Electronically signed by Kaela W Davidson at 07/12/23 1510

#### Telephone Encounter by Kaela W Davidson at 7/12/2023 1510

| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 07/12/23 1510 | Encounter Date: 7/12/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1601

Printed by 71334 at 8/21/24 10:12 AM

MC_000733

## 07/12/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:          Disp  Refills  hydrocodone-acetaminophen (NORCO) 10-325 *160 Ta*0      Sig: Take 1-2
Tablets by mouth every 6 hours as needed      for pain (chronic pain syndrome exempt).------------------------------------------------------
-------

Electronically signed by Kaela W Davidson at 07/12/23 1510

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1602

Printed by 71334 at 8/21/24 10:12 AM

MC_000734

## 07/12/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

#### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1603

Printed by 71334 at 8/21/24 10:12 AM

MC_000735

## 07/12/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

**Stopped in Visit**

None

## Results                                                                                          (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1604

Printed by 71334 at 8/21/24 10:12 AM

MC_000736

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent and Delivered |
|---|---|---|
| Kaela W Davidson<br>Last Read in MyChart<br>Not Read | Larocque, Linda J | 7/12/2023 3:10 PM |

Hello,

Please contact your pharmacy. Your prescription was sent and the receipt confirmed by your pharmacy as indicated below. Thank you.

**Receipt confirmed by pharmacy (7/6/2023 10:17 AM PDT)**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 7/12/2023 9:51 AM |

## Refills have been requested for the following medications:

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

MC_000737

## 07/12/2023 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 299821319

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 7/12/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Prior Authorization
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave |
|---|---|
| | Tacoma WA 98408-5509 |
| **SSN:** | xxx-xx-5145 |
| **Age:** | 66 year old |
| **DOB:** | 2/9/1958 (65 yrs) |
| **Sex:** | female |
| **Marital Status:** | Married |

Telephone Information:
Home Phone   Not on file.
Work Phone   Not on file.
Mobile   253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Printed by 71334 at 8/21/24 10:12 AM

MC_000738

## 07/12/2023 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Prior Authorization (Norco), onset date 7/12/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

| | Provider | Department | Center |
|---|---|---|---|
| 7/12/2023 10:55 AM | Sarah A Tryon, LVN/LPN | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Sarah A Tryon, LVN/LPN at 7/12/2023 1055

| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 07/12/23 1055 | Encounter Date: 7/12/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

----- Message from Linda J. Larocque sent at 7/12/2023 9:57 AM PDT -----
Regarding: pain medication
Contact: 253-273-7247
hello doctor. could you please have nurse sarah call Linda she is having issues getting her medication. her # 253-273-7247. and of course her phone is misbehaving as well...

Electronically signed by Sarah A Tryon, LVN/LPN at 07/12/23 1055

#### Telephone Encounter by Sarah A Tryon, LVN/LPN at 7/12/2023 1104

| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 07/12/23 1140 | Encounter Date: 7/12/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Called And spoke With patient states she is Out of Pain Medication And They are Telling here At safeway Needs A Prior auth , For The norco called And Spoke With safeway And Does Need A Prior auth Will Forward To the Prior auth team .

Electronically signed by Sarah A Tryon, LVN/LPN at 07/12/23 1140

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1607

Printed by 71334 at 8/21/24 10:12 AM

MC_000739

## 07/12/2023 - Telephone in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### Telephone Encounter by Sokpha Chhun at 7/12/2023 1422

| | | |
|---|---|---|
| Author: Sokpha Chhun | Service: — | Author Type: — |
| Filed: 07/12/23 1432 | Encounter Date: 7/12/2023 | Status: Signed |
| Editor: Sokpha Chhun | | |

Received a prior authorization request for Hydro/apap from safe #1594. Aetna requires authorization for coverage of this medication.

PA pending: Cmm Key: BKF6PNGL

Insurance phone # 800-238-6279
Pt ID # 101724898200

Diagnosis: Chronic pain [G89.29]

Provider NPI:   1356363162

Electronically signed by Sokpha Chhun at 07/12/23 1432

### Telephone Encounter by Sokpha Chhun at 7/13/2023 0741

| | | |
|---|---|---|
| Author: Sokpha Chhun | Service: — | Author Type: — |
| Filed: 07/13/23 0743 | Encounter Date: 7/12/2023 | Status: Signed |
| Editor: Sokpha Chhun | | |

PA for hydro/apap 10-325 mg tab approved by Aetna until 12/31/2023; pharmacy notified via fax
Case/Ref ID: n/a

Electronically signed by Sokpha Chhun at 07/13/23 0743

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 7/13/2023 0812

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 07/13/23 0812 | Encounter Date: 7/12/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Called And Notified Patient And My chart Sent She Will Pick up Today .

Electronically signed by Sarah A Tryon, LVN/LPN at 07/13/23 0812

**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1608

Printed by 71334 at 8/21/24 10:12 AM

MC_000740

## 07/12/2023 - Telephone in Lakewood Family Practice (continued)

### Medication List (continued)

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1609

Printed by 71334 at 8/21/24 10:12 AM

MC_000741

## 07/12/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1610

Printed by 71334 at 8/21/24 10:12 AM

MC_000742

## 07/12/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

**Stopped in Visit**

None

## Results                                                                 (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1611

Printed by 71334 at 8/21/24 10:12 AM

MC_000743

**07/12/2023 - External Document in MultiCare Health Information**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 299789023

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 7/12/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### *Primary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Secondary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Accident Information*

**Accident Type:**

---

MULTICARE CALL CENTER          Larocque, Linda J
419 SOUTH L STREET              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299            Visit date: 7/12/2023

Page 1612                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000744

## 07/12/2023 - External Document in MultiCare Health Information (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

### Call Information

| | Provider | Department | Center |
|---|----------|-----------|--------|
| 7/12/2023 8:31 AM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1613

Printed by 71334 at 8/21/24 10:12 AM

MC_000745

## 07/12/2023 - External Document in MultiCare Health Information (continued)

**Documents**

Pharmaceutical - Requests for Information - Scan on 7/12/2023 0823: Pharmaceutical - Requests for Information

Scan (below)

172930 LAROCQUE, LINDA J



**♥aetna®** Larocque, Linda MRN 172930

### 2023 Commonly Prescribed Non-Formulary and Non-Preferred Drugs and their Formulary Alternatives

Aetna Medicare is committed to providing ways to keep prescription costs down for our members. As part of that effort, we carefully evaluate and update our formulary annually. Enclosed here is a list of common drugs that are non-formulary or non-preferred on our Medicare formularies and some suggested formulary alternatives to consider. This list has been updated to include new products that are non-formulary beginning in 2023 benefit year as well. [2]

(Brand-name drugs[1] are capitalized and generic drugs are listed in lower-case italics)

| Drug Name | Formulary Alternative(s) |
|---|---|
| AMITIZA CAP | LINZESS CAP |
| *armour thyroid tab* | *levothyroxine tab*, SYNTHROID TAB |
| *carisoprodol tab* | *tizanidine tab/cap* |
| *colchicine cap* | *colchicine tab*, MITIGARE CAP |
| DULERA AER | SYMBICORT AER, ADVAIR DISKUS / ADVAIR HFA INH, BREO ELLIPTA INH |
| EMGALITY INJ | AIMOVIG INJ |
| *glyburide tab* | *glipizide tab, glipizide er tab* |
| HUMALOG INJ | NOVOLOG INJ |
| HUMULIN 70/30 INJ | NOVOLIN 70/30 INJ |
| HUMULIN N INJ | NOVOLIN N INJ |
| HUMULIN R INJ U-100 | NOVOLIN R INJ |
| *indomethacin cap* | *diclofenac dr tab, ibuprofen tab* |
| INVOKANA TAB | FARXIGA TAB, JARDIANCE TAB |
| *methocarbamol tab* | *tizanidine tab/cap* |
| *omega-3-acid cap* | VASCEPA CAP |
| OXYCONTIN TAB | HYSINGLA ER TAB, *morphine sulf er tab* |
| PROAIR AER | *albuterol hfa aer*, VENTOLIN HFA INH |
| REPATHA INJ | PRALUENT INJ |
| *sevelamer tab, sevelamer powder* | *calcium acetate cap, calcium acetate tab, lanthanum tab* |
| SPIRIVA INH | INCRUSE ELLIPTA INH |
| STEGLATRO TAB | FARXIGA TAB, JARDIANCE TAB |
| STIOLTO AER | ANORO ELLIPTA AER, BEVESPI AER |

[1] This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
[2] Not applicable for all formularies, please see your e-prescribing software for additional information related to the member's formulary.

5246_9009DSSA1

Proprietary

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 7/12/2023

Page 1614                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000746

**07/12/2023 - External Document in MultiCare Health Information (continued)**

Documents (continued)

172930 LAROCQUE, LINDA J

mrn 172930

| UBRELVY TAB | NURTEC ODT TAB |
| XHANCE SPR | fluticasone nasal spray |
| XTAMPZA ER CAP | HYSINGLA ER TAB, morphine sulf er tab |
| zolpidem er tab | zolpidem ir tab |

[1] This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.
[2] Not applicable for all formularies, please see your e-prescribing software for additional information related to the member's formulary.

5246_9009DSSA1

Proprietary

L

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

MC_000747

## 07/12/2023 - External Document in MultiCare Health Information (continued)

**Medication List (continued)**

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 7/12/2023

Page 1616        Printed by 71334 at 8/21/24 10:12 AM

MC_000748

**07/12/2023 - External Document in MultiCare Health Information (continued)**

Medication List (continued)

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 7/12/2023

Page 1617         Printed by 71334 at 8/21/24 10:12 AM

MC_000749

**07/12/2023 - External Document in MultiCare Health Information (continued)**

**Medication List (continued)**

| | |
|---|---|
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

**Stopped in Visit**

None

**Results** (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Patient Instructions**

None

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299   Visit date: 7/12/2023

Page 1618     Printed by 71334 at 8/21/24 10:12 AM

MC_000750

## 07/12/2023 - MyChart Ask Your Doctor in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 299808465

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/12/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

---

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

### Accident Information

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

MC_000751

## 07/12/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/12/2023 9:57 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1620

Printed by 71334 at 8/21/24 10:12 AM

MC_000752

**07/12/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)**

Medication List (continued)

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1621

Printed by 71334 at 8/21/24 10:12 AM

MC_000753

**07/12/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)**

**Medication List (continued)**

Start date: 7/5/2023             End date: 10/22/2023
Quantity: 18 mL             Refill: 1 refill by 7/4/2024

**rosuvastatin (CRESTOR) 20 mg Tab**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP      Ordered on: 7/3/2023
Start date: 7/3/2023             Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

Discontinued by: Shane Turner, PA-C      Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD      Ordered on: 7/6/2023
Start date: 7/6/2023             End date: 12/7/2023
Quantity: 120 Tablet             Refill: 11 refills by 7/5/2024

**alprazolam (XANAX) 0.25 MG Tab**

Discontinued by: Rachel D Dawson, MD      Discontinued on: 10/5/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD      Ordered on: 7/6/2023
Start date: 7/6/2023             End date: 10/3/2023
Quantity: 15 Tablet             Refill: 2 refills by 1/2/2024

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Rachel D Dawson, MD      Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 7/6/2023
Start date: 7/6/2023             End date: 11/2/2023
Quantity: 160 Tablet             Refill: No refills remaining

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Shane Turner, PA-C      Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 7/6/2023
Start date: 8/5/2023             End date: 12/7/2023
Quantity: 160 Tablet             Refill: No refills remaining

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Rachel D Dawson, MD      Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 7/6/2023
Start date: 9/4/2023             End date: 11/2/2023
Quantity: 160 Tablet             Refill: No refills remaining

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Discontinued by: Kimberly J Comito, PHARM D      Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD      Ordered on: 7/11/2023
Start date: 7/11/2023             End date: 2/13/2024
Quantity: 180 Capsule             Refill: 1 refill by 7/10/2024

**diclofenac (VOLTAREN) 50 MG Tab EC**

Discontinued by: Rachel D Dawson, MD      Discontinued on: 11/2/2023
Instructions: 1 Tablet twice daily.
Authorized by: Alexandria Bones, PA-C      Ordered on: 8/10/2023

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1622          Printed by 71334 at 8/21/24 10:12 AM

MC_000754

## 07/12/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

**Stopped in Visit**

None

## Results                                                                 (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Messages**

**pain medication**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Dawson Message Pool (supporting Rachel D Dawson, MD) | 7/12/2023 9:57 AM |

hello doctor. could you please have nurse sarah call Linda she is having issues getting her medication. her # 253-273-7247. and of course her phone is misbehaving as well...

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/12/2023

Page 1623

Printed by 71334 at 8/21/24 10:12 AM

MC_000755

**07/08/2023 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**           **MRN:** 172930
                                              **CSN:** 299453701

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 7/8/2023 | | | No service for | |

**Admitting Physician:**                      **Chief Complaint:** Refill Request
                                              **Adm Dx:**

                                              Gestational Age: <None>

### Patient Information

**Home Address:**   6824 S Park Ave           Telephone Information:
                    Tacoma WA 98408-5509      Home Phone    Not on file.
                                              Work Phone    Not on file.
**SSN:**            xxx-xx-5145               Mobile        253-273-7247
**Age:**            66 year old              **Employer:**
**DOB:**            2/9/1958 (65 yrs)                       No address on file.
**Sex:**            female
**Marital Status:** Married

**Primary Care Physician:** Rachel D Dawson, MD      **Employer Phone:**
**Referring Physician:**                             **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:**   Self          **Acct Type:**
**Guarantor Name:**                                **Acct ID:**
**Guarantor Address:**               6824 S PARK AVE
                                     TACOMA, WA 98408-5509   **DOB:**   2/9/1958
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

**Name of Insurance:**                             **Group Name:**
**Subscriber Name:**                               **Group #:**
**Subscriber DOB:**                                **Ins ID#:**
**Pt Relationship to Sub:**

### Secondary Insurance

**Name of Insurance:**                             **Group Name:**
**Subscriber Name:**                               **Group #:**
**Subscriber DOB:**                                **Ins ID#:**
**Pt Relationship to Sub:**

### Accident Information

MULTICARE LAKEWOOD CLINIC           Larocque, Linda J
5700 100th St SW                    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
LAKEWOOD WA 98499-2767              Visit date: 7/8/2023

Page 1624                          Printed by 71334 at 8/21/24 10:12 AM

MC_000756

## 07/08/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (Duloxetine - safeway 1594 tac)

### Visit Diagnosis

- Major depressive disorder, recurrent episode, moderate (CMS/HCC) (primary) [F33.1]

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 7/8/2023 6:48 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Lemasani J Talalemotu at 7/10/2023 0048

| Author: Lemasani J Talalemotu | Service: —— | Author Type: —— |
|---|---|---|
| Filed: 07/10/23 0050 | Encounter Date: 7/8/2023 | Status: Signed |
| Editor: Lemasani J Talalemotu | | |

*Last dispensed: 06/15/2023*
*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

*Renal Function:*
**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 70 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|---|---|---|---|

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/8/2023

Page 1625

Printed by 71334 at 8/21/24 10:12 AM

MC_000757

## 07/08/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| 06/23/2023 | 85 | >59 mL/min/1.73 m2 Final |

Electronically signed by Lemasani J Talalemotu at 07/10/23 0050

### Telephone Encounter by Lemasani J Talalemotu at 7/10/2023 0050

| | | |
|---|---|---|
| Author: Lemasani J Talalemotu | Service: — | Author Type: — |
| Filed: 07/10/23 0050 | Encounter Date: 7/8/2023 | Status: Signed |
| Editor: Lemasani J Talalemotu | | |

Pending Prescriptions:      Disp   Refills
  duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*0
Sig: Take 1 Capsule by mouth twice daily.

-------------------------------------------------------------

Electronically signed by Lemasani J Talalemotu at 07/10/23 0050

### Telephone Encounter by Quynh Giao T Nguyen, PHARM D at 7/11/2023 0744

| | | |
|---|---|---|
| Author: Quynh Giao T Nguyen, PHARM D | Service: Pharmacy | Author Type: Pharmacist |
| Filed: 07/11/23 0744 | Encounter Date: 7/8/2023 | Status: Signed |
| Editor: Quynh Giao T Nguyen, PHARM D (Pharmacist) | | |

Signed Prescriptions:      Disp   Refills   duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*1     Sig: Take 1 Capsule by mouth twice daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: NGUYEN, QUYNH GIAO J------------------------------------
------------------------------------

Electronically signed by Quynh Giao T Nguyen, PHARM D at 07/11/23 0744

### Telephone Encounter by Robert G Kozu, RPh at 7/11/2023 0823

| | | |
|---|---|---|
| Author: Robert G Kozu, RPh | Service: — | Author Type: Pharmacist |
| Filed: 07/11/23 0823 | Encounter Date: 7/8/2023 | Status: Signed |
| Editor: Robert G Kozu, RPh (Pharmacist) | | |

Signed Prescriptions:      Disp   Refills   duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*1     Sig: Take 1 Capsule by mouth twice daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: NGUYEN, QUYNH GIAO J------------------------------------
------------------------------------

Electronically signed by Robert G Kozu, RPh at 07/11/23 0823

**Medication List**

### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/8/2023

MC_000758

## 07/08/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Cap by mouth twice daily.
Authorized by: Justine Bucknam, ARNP
Start date: 11/9/2012
Quantity: 60 Cap

Ordered on: 11/9/2012
End date: 12/7/2023
Refill: 0

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP
Start date: 10/7/2022
Quantity: 90 Tablet

Discontinued on: 11/8/2023

Ordered on: 10/7/2022
End date: 10/27/2023
Refill: 3 refills by 10/7/2023

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 5/16/2023
Quantity: 60 Tablet

Discontinued on: 8/10/2023

Ordered on: 5/16/2023
End date: 8/10/2023
Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD

Discontinued on: 9/14/2023

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/8/2023

Page 1627

Printed by 71334 at 8/21/24 10:12 AM

MC_000759

## 07/08/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/16/2023
Quantity: 90 Tablet

Ordered on: 6/16/2023
End date: 9/14/2023
Refill: 1 refill by 6/15/2024

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Tablets by mouth every 4 hours as needed.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 42 Tablet

Discontinued on: 9/11/2023

Ordered on: 6/27/2023
End date: 9/11/2023
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/5/2023
Quantity: 18 mL

Discontinued on: 10/23/2023

Ordered on: 7/5/2023
End date: 10/22/2023
Refill: 1 refill by 7/4/2024

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 15 Tablet

Discontinued on: 10/5/2023

Ordered on: 7/6/2023
End date: 10/3/2023
Refill: 2 refills by 1/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/8/2023

Page 1628

Printed by 71334 at 8/21/24 10:12 AM

MC_000760

## 07/08/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

**Stopped in Visit**

None

## Results                                                                 (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/8/2023

Page 1629

Printed by 71334 at 8/21/24 10:12 AM

MC_000761

## 07/06/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298316526

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/6/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Post-Op
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:** THOMPSON, WILLIAM FREDER*

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1630 Printed by 71334 at 8/21/24 10:12 AM

MC_000762

## 07/06/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Post-Op (S/p Lt knee open repair patellar tendon DOS: 6/26/23)

#### Visit Diagnosis

- **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Alexandria Bones, PA-C | Alexandria Bones, PA-C | William Frederick Thompson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions

- Return in about 4 weeks (around 8/3/2023).

#### Level of Service

| Level of Service |
|---|
| PR POST-OPR FOLLOW-UPR VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/6/2023 3:00 PM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Nursing Note by Lyubov M Prokopovich, MA at 7/6/2023 1500

| | | |
|---|---|---|
| Author: Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 07/06/23 1514 | Encounter Date: 7/6/2023 | Status: Signed |
| Editor: Lyubov M Prokopovich, MA (Medical Assistant) | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_000763

**07/06/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

Clinical Notes (continued)

## Chief Complaint

Patient presents with

- Post-Op
    *S/p Lt knee open repair patellar tendon DOS: 6/26/23*

Additional Details: patient stated she is doing okay since surgery. States knee if very tender but no other issues or concerns

Pain today 1/10 and at its worst 10/10

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.
Lyubov M Prokopovich, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Lyubov M Prokopovich, MA at 07/06/23 1514

### Nursing Note by Lyubov M Prokopovich, MA at 7/6/2023 1500

| Author: Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 07/06/23 1521 | Encounter Date: 7/6/2023 | Status: Signed |
| Editor: Lyubov M Prokopovich, MA (Medical Assistant) | | |

Post-op bandage removed, All Staples removed from patients Left leg per Alexandria Bones, PA-C.
Steri strips applied with liquid adhesive mastisol after removal.
Patient tolerated well with no complications.

Electronically signed by Lyubov M Prokopovich, MA at 07/06/23 1521

### Progress Notes by Alexandria Bones, PA-C at 7/6/2023 1500

| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
|---|---|---|
| Filed: 07/10/23 1924 | Encounter Date: 7/6/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

## POST OPERATIVE FOLLOW UP

7/6/2023

Linda is seen today accompanied by her daughter in law for post operative follow up following Left knee repair of

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1632                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000764

## 07/06/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

infrapatellar tendon-primary without graft performed by Dr.Thompson on 6-26-23. Patient states that she is doing better than she did immediately following surgery were she describes having intense pain in the recovery room and sensation of deep burning. Patient states that her discomfort is now tolerable. She states that her brace continues to drift down her leg and is causing irritation to the posterior leg. Patient denies chest pain, shortness of breath or calf tenderness.

PHYSICAL EXAM:

LMP 09/14/2009

Left LE demonstrates benign surgical incision without warmth, redness or drainage. Moderate STS noted. Leg is maintained in full extension during this visit. Staples are removed with application of medical adhesive and steri strips. Knee immobilizer is adjusted and is placed.

Impression: S/P Left knee repair of infrapatellar tendon-primary without graft, 2 weeks post op stable without complications progressing as expected

Plan: I have gone over wound care instructions with Linda. It is stressed the importance of maintaining full extension and wearing her brace at all times expect for showering. She can be WB with brace in place. Ice, rest and elevation. I will have patient follow up in 4 weeks for reexamination and initiation of supervised physical therapy.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 07/10/23 1924

### Medication List

#### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/6/2023

Page 1633

Printed by 71334 at 8/21/24 10:12 AM

MC_000765

## 07/06/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1634                                Printed by 71334 at 8/21/24 10:12 AM

MC_000766

## 07/06/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/6/2023

Page 1635

Printed by 71334 at 8/21/24 10:12 AM

MC_000767

## 07/06/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD          Ordered on: 7/6/2023
Start date: 8/5/2023                        End date: 12/7/2023
Quantity: 160 Tablet                        Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD          Ordered on: 7/6/2023
Start date: 9/4/2023                        End date: 11/2/2023
Quantity: 160 Tablet                        Refill: No refills remaining

**Stopped in Visit**

None

| Results | | (Order) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Flowsheets**

**Custom Formula Data**

| Row Name | 07/06/23 1503 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs (P)  -LP | | | | |
| Adjusted Body Weight | 174.04 lbs (P)  -LP | | | | |
| % Over/Under Ideal Body Weight | 82.82 (P)  -LP | | | | |
| Predicted Body Weight | 59.3 (P)  -LP | | | | |
| Length (cm) | 167.6 cm (P)  -LP | | | | |
| IBW/kg | 63.8 kg (P)  -LP | | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1636                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000768

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| (Calculated) Male | |
| IBW/kg (Calculated) Female | 59.3 kg (P) -LP |
| BSA (Calculated - sq m) | 2.25 sq meters (P) -LP |

**Vitals**

| | |
|---|---|
| MAP (mmHg) | 91 mmHg (P) -LP |

**BMI**

| | |
|---|---|
| BMI (Calculated) | 38.59 (P) -LP |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 (P) -LP |
| Low Range Vt 6mL/kg | 355.8 mL/kg (P) -LP |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg (P) -LP |
| Adult High Range Vt 10mL/kg | 593 mL/kg (P) -LP |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 38.59 (P) -LP |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg (P) -LP |
| IBW/kg (Calculated) Male | 63.8 kg (P) -LP |

**Encounter Vitals**

| Row Name | 07/06/23 1503 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 128/73 (P) -LP | | | | |
| Pulse | 101 ! (P) -LP | | | | |
| Resp | 18 (P) -LP | | | | |
| Temp | 37.3 °C (99.2 °F) (P) -LP | | | | |
| Temp src | Tympanic (P) -LP | | | | |
| Weight | 108.4 kg (239 lb) (P) -LP | | | | |
| Height | 1.676 m (5' 6") (P) -LP | | | | |
| Pain Score | ONE/TEN (P) -LP | | | | |
| Pain Loc | KNEE (P) -LP | | | | |
| Pain Education | Yes (P) -LP | | | | |

**User Key**                                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| LP | Lyubov M Prokopovich, MA | Medical Assistant | — |

**Messages**

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                    Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Printed by 71334 at 8/21/24 10:12 AM

MC_000769

## Preferred Pharmacy (continued)

**Messages (continued)**

### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 6/26/2023 11:22 AM |
| Last Read in MyChart | | |
| Not Read | | |

## Appointment Information:
### Visit Type: POST OP
#### Date: 7/6/2023
##### Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
##### Provider: Alexandria Bones
##### Time: 3:00 PM
##### Length: 15 min

## Appt Status: Scheduled

## Referral

### Procedure-Outpatient #17773063

Priority: Routine                                        Class: Internal
Status: Closed - All visit requests met                 Status updated on: 6/26/2023
Valid dates: From 6/26/2023 to 6/25/2024

#### Referred From

| Department: MC ORTHO & SPORTS MOUNTAIN | Department phone: 253-792-6555 |
|---|---|
| Provider: William Frederick Thompson, MD | Provider phone: 253-792-6555 |
| Provider address: 1550 S UNION AVENUE STE 210 TACOMA WA 98405 | |

#### Referred To

| Department: AH DAY SURGERY UNIT | Department phone: 253-459-6840 |
|---|---|
| Specialty: Day Surgery | |

#### Visits

| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |
|---|---|---|---|

#### Procedures

##### P FIX INFRAPATELLA TENDON,PRIMARY

| Provider: William Frederick Thompson, MD | Number requested: 1 |
|---|---|
| Number approved: 1 | |

#### Diagnoses

- 844.8 (ICD-9-CM) - S86.812A (ICD-10-CM) - Strain of other muscle(s) and tendon(s) at lower leg level, left leg, initial encounter

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1638                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000770

## Preferred Pharmacy (continued)

### Referral (continued)

#### Referral Notes

#### Authorization by Julie A Lucich at 6/26/2023 1144

Summary: prior auth not required

Prior authorization not required per Aetna/Availity for CPT 27380. Surgery scheduled 6-26-23 with Dr Thompson @ Allenmore Hospital.

#### Status History

| Change | User | Date/Time |
|---|---|---|
| From (nothing) to Authorized | Julie A Lucich | 06/26/2023 1145 |
| From Authorized to Closed (auto) | Tara L Wolle | 07/06/2023 1451 |

#### Coverages

##### Aetna Medicare Advantage

| Plan: Psr Aetna Prime | Covered: Covered | From: 6/1/2023 | Member #: 101724898200 |
|---|---|---|---|

#### Patient Instructions

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 7/6/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1639                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000771

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 299176986

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/5/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1640

Printed by 71334 at 8/21/24 10:12 AM

MC_000772

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Hydroxyzine, norco, xanax- safeway1594); onset date 7/5/2023
- Rx Refill Center - Control Medication, onset date 7/5/2023
- Rx Refill Center - Medication Outside Of Protocol, onset date 7/5/2023

#### Visit Diagnosis

- **RECURR DEPR PSYCHOS-MOD (primary) [F33.1]**

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 7/5/2023 2:49 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Rachelle B Noel at 7/6/2023 0820

| | | |
| --- | --- | --- |
| Author: Rachelle B Noel | Service: — | Author Type: — |
| Filed: 07/06/23 0822 | Encounter Date: 7/5/2023 | Status: Signed |
| Editor: Rachelle B Noel | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**
**Non-Protocol - hydroxyzine**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1641

Printed by 71334 at 8/21/24 10:12 AM

MC_000773

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

*PRC Case Review*
*Last dispensed: unknown*
*Last Prescribed on 07/19/2022, #120, R 3- hydroxyzine*
*Last Prescribed on 06/03/2023, #160, R 0- norco*
*Last Prescribed on 05/04/2023, #15, R 2- xanax*
*Last encounter with Rachel D Dawson, MD: 1/26/2023.*
*Next appointment with PCP: Visit date not found*

### The most relevant results are;

The last BMP result was

**Na**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 143 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 4.1 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 17 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

The last SGOT result was

**SGOT/AST**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/26/2023 | 22 | 5 - 40 IU/L | Final |

The last SGPT result was

**SGPT/ALT**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/26/2023 | 23 | 6 - 60 IU/L | Final |

**Amphetamine scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

**Barbiturate scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

**Benzodiazepin scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

**Cannabinoid scr ur**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/03/2020 | Negative | ( <50 ng/mL) | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1642

Printed by 71334 at 8/21/24 10:12 AM

MC_000774

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Cocaine metabol ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Methadone scr urine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Oxycodone ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Comment**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 09/03/2020 | | | Final |

Comment:
*Negative = no drug detected at defined sensitivity limits. Confirm positives by alternate method if medically indicated. Test results for medical purposes only, not for forensic, evidentiary, employment, criminal prosecution.*

Electronically signed by Rachelle B Noel at 07/06/23 0822

### Telephone Encounter by Rachelle B Noel at 7/6/2023 0822

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: — | Author Type: — |
| Filed: 07/06/23 0822 | Encounter Date: 7/5/2023 | Status: Signed |
| Editor: Rachelle B Noel | | |

| Pending Prescriptions: | Disp | Refills |
|---|---|---|
| hydrOXYzine hcl (ATARAX) 25 MG Tab | 120 Ta | *3 |

Sig: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.

| | Disp | Refills |
|---|---|---|
| alprazolam (XANAX) 0.25 MG Tab | 15 Tab | *2 |

Sig: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | Disp | Refills |
|---|---|---|
| hydrocodone-acetaminophen (NORCO) 10-325 M | *160 Ta | *0 |

Sig: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

-----------------------------------------------------------------

Electronically signed by Rachelle B Noel at 07/06/23 0822

### Telephone Encounter by Amy J Goodwin, MA at 7/6/2023 0827

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 07/06/23 0827 | Encounter Date: 7/5/2023 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1643

Printed by 71334 at 8/21/24 10:12 AM

MC_000775

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

```
Pending Prescriptions:              Disp  Refills
  hydrOXYzine hcl (ATARAX) 25 MG Tab       120 Ta*3
Sig: Take 1 Tablet by mouth three times a day as needed
     for itching/pruritus.
  alprazolam (XANAX) 0.25 MG Tab          15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
     for anxiety.
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).
```

-----------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 07/06/23 0827

### Telephone Encounter by Rachel D Dawson, MD at 7/6/2023 1017

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 07/06/23 1017 | Encounter Date: 7/5/2023 | Status: Signed |

Editor: Rachel D Dawson, MD (Physician)
Signed Prescriptions:           Disp   Refills  hydrOXYzine hcl (ATARAX) 25 MG Tab      120 Ta*11    Sig: Take 1 Tablet by mouth three times a day as needed       for itching/pruritus.Authorizing Provider: DAWSON, RACHEL D  alprazolam (XANAX) 0.25 MG Tab          15 Tab*2    Sig: Take 1 Tablet by mouth three times a day as needed       for anxiety.Authorizing Provider: DAWSON, RACHEL D  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0     Sig: Take 1-2 Tablets by mouth every 6 hours as needed for       pain (chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0     Sig: Take 1-2 Tablets by mouth every 6 hours as needed for       pain (chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0     Sig: Take 1-2 Tablets by mouth every 6 hours as needed for       pain (chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D-
-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 07/06/23 1017

## Medication List

### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1644

Printed by 71334 at 8/21/24 10:12 AM

MC_000776

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1645

Printed by 71334 at 8/21/24 10:12 AM

MC_000777

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1646

Printed by 71334 at 8/21/24 10:12 AM

MC_000778

## 07/05/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| Quantity: 160 Tablet | Refill: No refills remaining |
|---|---|

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
|---|---|
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 7/5/2023  2:49 PM |

Refills have been requested for the following medications:

hydrOXYzine hcl (ATARAX) 25 MG Tab [Rachel D Dawson]

alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson]

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/5/2023

Page 1647

Printed by 71334 at 8/21/24 10:12 AM

MC_000779

## Preferred Pharmacy (continued)

**Messages (continued)**

Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD    Larocque, Linda J
CLINIC                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW      Visit date: 7/5/2023
LAKEWOOD WA 98499-2767

Page 1648                                Printed by 71334 at 8/21/24 10:12 AM

MC_000780

**07/03/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                            **CSN:** 299044404

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 7/3/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

| | | | |
|---|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** | |
| **Referring Physician:** | | **Occupation:** | |

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 7/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1649                                            Printed by 71334 at 8/21/24 10:12 AM

MC_000781

## 07/03/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

### Incoming Call

| | Provider | Department | Center |
|---|---|---|---|
| 7/3/2023 4:01 PM | Kevin D Swasey, MA | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

**Telephone Encounter by Kevin D Swasey, MA at 7/3/2023 1601**

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 07/03/23 1601 | Encounter Date: 7/3/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

----- Message from Julie A Lucich sent at 7/3/2023  3:53 PM PDT -----
Regarding: please call patient this afternoon
Linda called, asked for a call back this afternoon (please) since tomorrow's a holiday.  Said she's developed a rash under the incision that's red, bumpy, and spreading.  Said it's on her list of postop instructions to call in about.  Please call her back to discuss at 253 273 7247

Electronically signed by Kevin D Swasey, MA at 07/03/23 1601

**Telephone Encounter by Kevin D Swasey, MA at 7/3/2023 1603**

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 07/03/23 1605 | Encounter Date: 7/3/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

Called patient in regards  Of the rash they stated the have developed unable to to contact them at this time I let them know we have directed the message to provider but might not hear back before the 4th of July holiday,

Electronically signed by Kevin D Swasey, MA at 07/03/23 1605

**Telephone Encounter by Kevin D Swasey, MA at 7/5/2023 0745**

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/3/2023

Page 1650

Printed by 71334 at 8/21/24 10:12 AM

MC_000782

## 07/03/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 07/05/23 0746 | Encounter Date: 7/3/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

**Message left for patient to call back if symptom improve or proceded to get worse**

Electronically signed by Kevin D Swasey, MA at 07/05/23 0746

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 7/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1651                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000783

## 07/03/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/24/2023
Quantity: 180 Capsule

Ordered on: 1/24/2023
End date: 7/10/2023
Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 15 Tablet

Discontinued on: 7/6/2023

Ordered on: 5/4/2023
End date: 7/5/2023
Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/3/2023
Quantity: 160 Tablet

Ordered on: 5/4/2023
End date: 7/6/2023
Refill: No refills remaining

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 5/16/2023
Quantity: 60 Tablet

Discontinued on: 8/10/2023

Ordered on: 5/16/2023
End date: 8/10/2023
Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/16/2023
Quantity: 90 Tablet

Discontinued on: 9/14/2023

Ordered on: 6/16/2023
End date: 9/14/2023
Refill: 1 refill by 6/15/2024

MULTICARE ORTHOPEDICS &    Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 7/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1652                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000784

## 07/03/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

**aspirin 81 MG Chew Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

**oxyCODONE (ROXICODONE) 5 MG Tab**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

**rosuvastatin (CRESTOR) 20 mg Tab**

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### Stopped in Visit

None

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 7/3/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1653 Printed by 71334 at 8/21/24 10:12 AM

MC_000785

**07/02/2023 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          MRN: 172930
                                             CSN: 298941801

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/2/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile    253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 7/2/2023
LAKEWOOD WA 98499-2767

Page 1654          Printed by 71334 at 8/21/24 10:12 AM

MC_000786

## 07/02/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (victoza - sfwy1594)

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 7/2/2023 3:59 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Vladimir A Zaytsev at 7/3/2023 1237

| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 07/03/23 1238 | Encounter Date: 7/2/2023 | Status: Signed |
| Editor: Vladimir A Zaytsev | | |

*Last dispensed: 06/05/2023*
*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

### Diabetes Rx Labs
No components found for: HGBA1CPOCT
Hemoglobin A1C

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 5.8 (H) | <5.7 % | Final |

Comment:
*HbA1c values of 5.7-6.4 percent indicate an increased risk for developing
diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5
percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in
individuals without unequivocal hyperglycemia, results should be confirmed by
repeat testing.*

Na

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 143 | 135 - 145 mmol/L | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2023

Page 1655

Printed by 71334 at 8/21/24 10:12 AM

MC_000787

## 07/02/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**K**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 4.1 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 17 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 174 (H) | 65 - 120 mg/dL | Final |

*Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 70 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 85 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Vladimir A Zaytsev at 07/03/23 1238

**Telephone Encounter by Vladimir A Zaytsev at 7/3/2023 1238**

| | | |
|---|---|---|
| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |
| Filed: 07/03/23 1238 | Encounter Date: 7/2/2023 | Status: Signed |
| Editor: Vladimir A Zaytsev | | |

Pending Prescriptions:       Disp   Refills
  liraglutide (VICTOZA) 18 MG/3ML Solution P*18 mL  0
Sig: Inject 1.8 mg under the skin once daily.

--------------------------------------------------------------------

Electronically signed by Vladimir A Zaytsev at 07/03/23 1238

**Telephone Encounter by Hanh Q Nguyen, RPh at 7/5/2023 1229**

| | | |
|---|---|---|
| Author: Hanh Q Nguyen, RPh | Service: — | Author Type: Pharmacist |
| Filed: 07/05/23 1229 | Encounter Date: 7/2/2023 | Status: Signed |
| Editor: Hanh Q Nguyen, RPh (Pharmacist) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2023

Page 1656

Printed by 71334 at 8/21/24 10:12 AM

MC_000788

## 07/02/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Signed Prescriptions:  Disp  Refills  liraglutide (VICTOZA) 18 MG/3ML Solution P*18 mL  1  Sig: Inject 1.8 mg under the skin once daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: NGUYEN, HANH Q----------------------------------------------
---------------------

Electronically signed by Hanh Q Nguyen, RPh at 07/05/23 1229

## Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2023

Page 1657

Printed by 71334 at 8/21/24 10:12 AM

MC_000789

## 07/02/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2023

Page 1658

Printed by 71334 at 8/21/24 10:12 AM

MC_000790

## 07/02/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

**Stopped in Visit**

None

## Results                                                                    (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2023

Page 1659

Printed by 71334 at 8/21/24 10:12 AM

MC_000791

**06/30/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298787907

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
| --- | --- | --- | --- | --- |
| 6/30/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave |
| --- | --- |
| | Tacoma WA 98408-5509 |
| SSN: | xxx-xx-5145 |
| Age: | 66 year old |
| DOB: | 2/9/1958 (65 yrs) |
| Sex: | female |
| Marital Status: | Married |

Telephone Information:
| Home Phone | Not on file. |
| --- | --- |
| Work Phone | Not on file. |
| Mobile | 253-273-7247 |

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
| --- | --- | --- | --- | --- | --- |
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
| --- | --- | --- | --- |
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | | Group Name: |
| --- | --- | --- |
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: |
| --- | --- | --- |
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/30/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1660 Printed by 71334 at 8/21/24 10:12 AM

MC_000792

## 06/30/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Nursing Assessment**

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 6/30/2023 8:17 AM | Kevin D Swasey, MA | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

**Telephone Encounter by Kevin D Swasey, MA at 6/30/2023 0818**

| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 06/30/23 0818 | Encounter Date: 6/30/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

----- Message from Alexandria Bones, PA-C sent at 6/29/2023 5:45 PM PDT -----
Regarding: RE: linda larocque question
Please reassure the patient that the particular dressing that Dr.Thompson places is antimicrobial with a liner that is silver coated to help prevent bacteria from getting into her wound. The honey comb outer layer is an absorbant layer to help wick away the blood.
If she is still concerned I can see her on Tuesday for a dressing change just let me know because I have to go by the OR to grab the stuff.


Thanks
Alex

----- Message -----
From: Kevin D Swasey, MA
Sent: 6/29/2023 3:48 PM PDT
To: Alexandria Bones, PA-C
Subject: FW: linda larocque question


----- Message -----
From: Julie A Lucich

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/30/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1661

Printed by 71334 at 8/21/24 10:12 AM

MC_000793

## 06/30/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

Sent: 6/29/2023   3:42 PM PDT
To: Thompson W Frederick Message Pool
Subject: linda larocque question

Linda called, said the wound is still bleeding although not as significantly as it was previously, but the blood is getting all "caked up" and she is worried about infection.  Can somebody call her back this afternoon?  253 273 7247

Electronically signed by Kevin D Swasey, MA at 06/30/23 0818

### Telephone Encounter by Kevin D Swasey, MA at 6/30/2023 0818

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 06/30/23 0818 | Encounter Date: 6/30/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

Called patient this morning and message for provider was given directly to the patient

Electronically signed by Kevin D Swasey, MA at 06/30/23 0818

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/30/2023

Page 1662

Printed by 71334 at 8/21/24 10:12 AM

MC_000794

## 06/30/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022
Start date: 10/7/2022 | End date: 10/27/2023
Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022
Start date: 7/19/2022 | End date: 7/5/2023
Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023
Start date: 1/24/2023 | End date: 7/10/2023
Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023
Start date: 1/31/2023 | End date: 2/26/2024
Quantity: 90 Capsule | Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023
Start date: 2/9/2023 | End date: 12/7/2023
Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024

### rosuvastatin (CRESTOR) 10 mg Tab

Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023
Start date: 5/4/2023 | End date: 7/3/2023
Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023
Start date: 5/4/2023 | End date: 7/5/2023
Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - | MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN | Visit date: 6/30/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1663 | Printed by 71334 at 8/21/24 10:12 AM

MC_000795

## 06/30/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/30/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1664

Printed by 71334 at 8/21/24 10:12 AM

MC_000796

## 06/30/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 6/30/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1665                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000797

## 06/29/2023 - Pharmacy Visit in RXAMB 003/AH

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298742953

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/29/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

MULTICARE RETAIL PHARMACY
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1666
Printed by 71334 at 8/21/24 10:12 AM

MC_000798

## 06/29/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | | | |
|---|---|---|---|
| RXAMB 003/AH | | | |

## Call Information

| | Department | Center |
|---|---|---|
| 6/29/2023 2:58 PM | RXAMB 003/AH | |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1667

Printed by 71334 at 8/21/24 10:12 AM

MC_000799

## 06/29/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1668

Printed by 71334 at 8/21/24 10:12 AM

MC_000800

## 06/29/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

**Medication List (continued)**

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

**Stopped in Visit**

None

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1669

Printed by 71334 at 8/21/24 10:12 AM

MC_000801

**06/29/2023 - Pharmacy Visit in RXAMB 003/AH (continued)**

**Results** (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Patient Instructions**

None

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1670

Printed by 71334 at 8/21/24 10:12 AM

MC_000802

**06/29/2023 - Telephone in AH Health Information Management**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 298898408

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/29/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**
                                              Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

---

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702       Visit date: 6/29/2023

Page 1671                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000803

## 06/29/2023 - Telephone in AH Health Information Management (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)
-

### Hospital Account

Not on file

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

|  | Provider | Department | Center |
|---|---|---|---|
| 6/29/2023 9:20 AM | Cipher Interface | AH HIM | AH |

### Clinical Notes

#### Telephone Encounter by Cipher Interface at 6/29/2023 1200

| | | |
|---|---|---|
| Author: Cipher Interface | Service: — | Author Type: Physician |
| Filed: 07/01/23 0920 | Encounter Date: 6/29/2023 | Status: Signed |
| Editor: Transcription, Interface | | |

Script: Multicare - Inpatient - Puget Sound (IP PS Outreach 1 )
Date: 06/29/2023   Encounter: 297993749
 Status: successful   Reached: Yes
Negative response questions: Responsiveness
Who answered: Patient   Language: English

General status: Feeling the Same

Discharge Instructions:  Understand Instructions

Followup Appointment:  F/U Appt Scheduled

Prescription(s)
* Have Rx

Medication Questions
* No RX Questions

Responsiveness
* Somewhat Satisfied

Feedback
*Feedback: Has Feedback
*Free Text: call Manny's ahead and discharge there so talk to him
[https://evolve.cipherhealth.com/interactions/649b649808a96f04185c7971/play_audio?question_id=649dac6cf2e3b39

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1672
Printed by 71334 at 8/21/24 10:12 AM

MC_000804

## 06/29/2023 - Telephone in AH Health Information Management (continued)

### Clinical Notes (continued)

72b83150d]


Electronically signed by Cipher Interface at 06/29/23 1200


## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1673

Printed by 71334 at 8/21/24 10:12 AM

MC_000805

## 06/29/2023 - Telephone in AH Health Information Management (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1674

Printed by 71334 at 8/21/24 10:12 AM

MC_000806

## 06/29/2023 - Telephone in AH Health Information Management (continued)

### Medication List (continued)

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

**aspirin 81 MG Chew Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

**oxyCODONE (ROXICODONE) 5 MG Tab**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

## Results                                                                                  (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Patient Instructions

None

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 6/29/2023

Page 1675                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000807

Larocque, Linda J
MRN: 172930

## 06/29/2023 - External Document in MultiCare Health Information

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 299789014

### Account Information
| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/29/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information
**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

Telephone Information:
Home Phone — Not on file.
Work Phone — Not on file.
Mobile — 253-273-7247

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

**Employer:**
No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information
**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**
**DOB:** 2/9/1958

### Primary Insurance
**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Secondary Insurance
**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Accident Information
**Accident Type:**

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/29/2023

Page 1676  Printed by 71334 at 8/21/24 10:12 AM

MC_000808

## 06/29/2023 - External Document in MultiCare Health Information (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/29/2023 8:31 AM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MC_000809

## 06/29/2023 - External Document in MultiCare Health Information (continued)

**Documents**

**Pharmaceutical - Requests for Information - Scan on 7/12/2023 0823: Pharmaceutical - Requests for Information**

Scan (below)

172930 LAROCQUE, LINDA J

06/26/2023 8:00 AM FROM: Client Data TO: +12031812491 P. 2

**YOUR DRUG IS NOT ON OUR LIST OF COVERED DRUGS (FORMULARY)
OR IS SUBJECT TO CERTAIN LIMITS**

MRN 172930                June 29, 2023

LINDA LAROCQUE             Member DOB: 02/09/1958      Member ID: 101724898200
6824 S PARK AVE
TACOMA, WA 98408-5509

Dear LINDA LAROCQUE:

We want to tell you that Aetna Medicare Prime Plan (HMO-POS) has provided you with a temporary supply of the following prescription: OXYCODONE   TAB 5MG.

This drug is either not included on our list of covered drugs (called our formulary), or it's included on the formulary but subject to certain limits, as described in more detail later in this letter. Aetna Medicare Prime Plan (HMO-POS) is required to provide you with a temporary supply of this drug. If your prescription is written for fewer than 30 days, we'll allow multiple fills to provide up to a maximum 30 days' temporary supply of medication.

It's important to understand that this is a temporary supply of this drug. Well before you run out of this drug, you should speak to Aetna Medicare Prime Plan (HMO-POS) and/or the prescriber about:

* changing the drug to another drug that is on our formulary; or
* requesting approval for the drug by demonstrating that you meet our criteria for coverage; or
* requesting an exception from our criteria for coverage.

When you request approval for coverage or an exception from coverage criteria, these are called coverage determinations. Don't assume that any coverage determination, including any exception, you have requested or appealed has been approved just because you receive more fills of a drug. If we approve coverage, then we'll send you another written notice.

If you need assistance in requesting a coverage determination, including an exception, or if you want more information about when we will cover a temporary supply of a drug, contact Member Services at 1-833-620-8808. TTY users should call 711. Live representatives are available 24 hours a day, 7 days a week. You can ask us for a coverage determination at any time. You can also visit our website at www.aetnamedicare.com.

**Instructions on how to change your current prescription, how to ask for a coverage determination, (including an exception), and how to appeal a denial if you disagree with our coverage determination are discussed at the end of this letter.**

The following is a specific explanation(s) of why your drug is not covered or is limited.

**Name of Drug:** OXYCODONE   TAB 5MG
**Date Filled:** 6/27/2023
**Reason for Notification:** This drug is subject to a quantity limit (QL). We will not continue to provide more

Y0001_NR_31211_2023_C
5246_MA60014H8

MC_000810

## 06/29/2023 - External Document in MultiCare Health Information (continued)

### Documents (continued)

than what our quantity limit permits, which is 180 TABLET(S) EVERY 30 DAYS, unless you obtain an exception from Aetna Medicare Prime Plan (HMO-POS).

MRN 172930

**How do I change my prescription?**

If your drug is not on our formulary, or is on our formulary, but we have placed a limit on it, then you can ask us what other drug is used to treat your medical condition that is on our formulary; ask us to approve coverage by showing that you meet our criteria; or ask us for an exception. We encourage you to ask your prescriber if this other drug that we cover is an option for you. You have the right to request an exception from us to cover your drug that was originally prescribed. If you ask for an exception, your prescriber will need to provide us with a statement explaining why a prior authorization, quantity limit, or other limit we have placed on your drug is not medically appropriate for you.

**How do I request a coverage determination, including an exception?**

You, your representative, or your prescriber on your behalf may contact us to request a coverage determination, including an exception. Contact us at: Aetna Medicare Coverage Determinations PO Box 7773 London, KY 40742; Phone: 1-800-414-2386; TTY: 711; Fax: 1-800-408-2386; 24 hours a day, 7 days a week.

If you are requesting coverage of a drug that is not on our formulary, or an exception to a coverage rule, your prescriber must provide a statement supporting your request. It may be helpful to bring this notice with you to the prescriber or send a copy to the prescriber's office. If the exception request involves a drug that is not on our formulary, the prescriber's statement must indicate that the requested drug is medically necessary for treating your condition because all of the drugs on our formulary would be less effective than the requested drug or would have adverse effects for you. If the exception request involves a prior authorization or other coverage rule we have placed on a drug that is on our formulary, the prescriber's statement must indicate that the coverage rule wouldn't be appropriate for you given your condition or would have adverse effects for you.

We must notify you of our decision no later than 24 hours, if the request has been expedited, or no later than 72 hours, if the request is a standard request, from when we receive your request. For exceptions, the timeframe begins when we obtain your prescriber's statement. Your request will be expedited if we determine, or your prescriber tells us, that your life, health, or ability to regain maximum function may be seriously jeopardized by waiting for a standard decision.

**What if my request for coverage is denied?**

If your request for coverage is denied, you have the right to appeal by asking for a review of the prior decision, which is called a redetermination. You must request this appeal within 60 calendar days from the date of our written decision on your coverage determination request. We accept standard requests by phone and in writing. We accept expedited requests by phone and in writing. Contact us at: Aetna Medicare Part D Appeals PO Box 14579 Lexington, KY 40512; Phone: 1-833-620-8808; TTY: 711; Fax: 1-724-741-4954; 24 hours a day, 7 days a week.

Sincerely,

Aetna Medicare Prime Plan (HMO-POS)

Y0001_NR_31211_2023_C
5246_MA60014H8

MULTICARE CALL CENTER      Larocque, Linda J
419 SOUTH L STREET         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299       Visit date: 6/29/2023

Page 1679                                         Printed by 71334 at 8/21/24 10:12 AM

MC_000811

**06/29/2023 - External Document in MultiCare Health Information (continued)**

Documents (continued)

172930 LAROCQUE, LINDA J

MRN 172930

The formulary and/or pharmacy network may change at any time. You will receive notice when necessary.

See Evidence of Coverage for a complete description of plan benefits, exclusions, limitations and conditions of coverage. Plan features and availability may vary by service area.

Y0001_NR_31211_2023_C
5246_MA60014HS

L

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/29/2023

Page 1680            Printed by 71334 at 8/21/24 10:12 AM

MC_000812

## 06/29/2023 - External Document in MultiCare Health Information (continued)

### Documents (continued)

Correspondence - Provider and Clinic - Scan on 7/12/2023 0823: Correspondence - Provider and Clinic

Scan (below)

172930 LAROCQUE, LINDA J

0/28/2023  9:00 AM  FROM: Client Data.        TO:  ˙12037812401    P. 1

# ♥aetna®

Aetna Medicare
PO BOX 30017
PITTSBURGH, PA 15222-0330

MRN 172930

ALEXANDRIA A BONES                                    June 29, 2023
1550 S UNION AVE STE 210
TACOMA, WA 98405-1946

PRESCRIBER COPY – Your patient recently received this notice. This copy is provided for your information and follow-up.

This letter is intended only for the use of doctors of the individual listed in the letter and may contain confidential and/or proprietary information. If you are not the individual's doctor, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please destroy this document immediately and contact us at 1-833-620-8808 for more information on Transition Fill.

Thank you.

Aetna Medicare Prime Plan (HMO-POS)

Larocque, Linda

Y0001_NR_31211_2023_C
5246_MA60014HS

L

### Medication List

### Medication List

MULTICARE CALL CENTER       Larocque, Linda J
419 SOUTH L STREET          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299        Visit date: 6/29/2023

Page 1681                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000813

## 06/29/2023 - External Document in MultiCare Health Information (continued)

**Medication List (continued)**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                                         Action: Patient taking differently
Quantity: 1 Each                                                Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                                     Quantity: 1 Each
Refill: No refills remaining

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |

MULTICARE CALL CENTER          Larocque, Linda J
419 SOUTH L STREET                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299            Visit date: 6/29/2023

Page 1682                                                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000814

## 06/29/2023 - External Document in MultiCare Health Information (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Manpreet K Khehra, PHARM D | Discontinued on: 10/23/2023 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/5/2023 |
| Start date: 7/5/2023 | End date: 10/22/2023 |
| Quantity: 18 mL | Refill: 1 refill by 7/4/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 10/5/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 10/3/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 1/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/29/2023

Page 1683

Printed by 71334 at 8/21/24 10:12 AM

MC_000815

## 06/29/2023 - External Document in MultiCare Health Information (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 9/4/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

**Stopped in Visit**

None

| Results | (Order) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Patient Instructions**

None

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/29/2023

Page 1684    Printed by 71334 at 8/21/24 10:12 AM

MC_000816

**06/28/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 298623130

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/28/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/28/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1685          Printed by 71334 at 8/21/24 10:12 AM

MC_000817

## 06/28/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Accident Information
**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

| | Provider | Department | Center |
|---|---|---|---|
| 6/28/2023 3:35 PM | Kevin D Swasey, MA | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by Kevin D Swasey, MA at 6/28/2023 1535

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 06/28/23 1535 | Encounter Date: 6/28/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

----- Message from Julie A Lucich sent at 6/28/2023 3:23 PM PDT -----
Regarding: linda larocqued postop concerns
Linda called with some concerns following Monday's surgery, said she had a lot of blood, what she called a "pile of blood" in her bed at the hospital, and when she got up this morning she said there was a lot of blood "an inch or two worth" in her bandage. She is concerned about this and wants to know if there is anything she should be doing. She would like a call back before the end of the day today - 253 273 7247

Electronically signed by Kevin D Swasey, MA at 06/28/23 1535

#### Telephone Encounter by Kevin D Swasey, MA at 6/28/2023 1608

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 06/28/23 1613 | Encounter Date: 6/28/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

Called patient to address concern abot bleeding, patient is going to continue to monitor the site and if increased she will call back

Electronically signed by Kevin D Swasey, MA at 06/28/23 1613

---

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN  Visit date: 6/28/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1686  Printed by 71334 at 8/21/24 10:12 AM

MC_000818

## 06/28/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

#### Telephone Encounter by Kevin D Swasey, MA at 6/28/2023 1627

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 06/28/23 1628 | Encounter Date: 6/28/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

**Patient was called back and medication concerns were addressed, patient understands**

Electronically signed by Kevin D Swasey, MA at 06/28/23 1628

### Medication List

#### Medication List

> ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**verapamil (CALAN SR) 240 MG Tab CR**

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/28/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1687 Printed by 71334 at 8/21/24 10:12 AM

MC_000819

## 06/28/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/28/2023

Page 1688

Printed by 71334 at 8/21/24 10:12 AM

MC_000820

## 06/28/2023 - Telephone in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

#### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

## Results                                                                 (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET | Not open 24 hours |
| TACOMA WA 98408 | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 6/28/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1689                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000821

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 6/28/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 1690                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000822

Larocque, Linda J
MRN: 172930

## 06/27/2023 - Appointment in Allenmore Hospital

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298469350

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/27/2023 | 713880967 | I | Radiology | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Work Phone | Not on file. |
| Age: | 66 year old | | Mobile | 253-273-7247 |
| DOB: | 2/9/1958 (65 yrs) | | Employer: | |
| Sex: | female | | | No address on file. |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:** BONES, ALEXANDRIA

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | LAROCQUE,LINDA J | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | PSR AETNA PRIME | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | 02/09/1958 | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/27/2023

Page 1691

Printed by 71334 at 8/21/24 10:12 AM

MC_000823

## 06/27/2023 - Appointment in Allenmore Hospital (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)
-

## Hospital Account

| Name | Acct ID | Class | Status |
|---|---|---|---|
| Larocque, Linda J | 713880967 | Ambulatory | Closed |

## Visit Information

### Appointment Information

**XR GENERAL**                                               **Completed**
6/27/2023  1:35 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 1:35 PM | AHPORT | AH DIAGNOSTIC IMAGING | 15 min |

Referral Provider:     BONES, ALEXANDRIA          Arrival Time:          1:58 PM
Enc Form Number:       64977901

#### History

| | | | | | |
|---|---|---|---|---|---|
| Made On: | 6/27/2023  1:33 PM | By: | Mark Sorenson, RT(R) | | RIS |
| Checked In: | 6/27/2023  1:58 PM | By: | Mark Sorenson, RT(R) | | ES |
| Remove Arr.: | 6/27/2023  3:37 PM | By: | Carol Guisasola | | MR |
| EOD Status: | 7/1/2023  11:05 PM | By: | User Epic | | ES |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/27/2023 1:35 PM | AHPORT | AH DIAGNOSTIC IMAGING | AH |

## Results                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

## Patient Instructions

None

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 6/27/2023

Page 1692                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000824

## 06/27/2023 - Telephone in Pulse Heart Institute Tacoma

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298459686

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/27/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Results
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | |
| | Tacoma WA 98408-5509 | |

Telephone Information:
Home Phone     Not on file.
Work Phone     Not on file.
Mobile     253-273-7247

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/27/2023

MC_000825

## 06/27/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Results, onset date 6/27/2023

### Visit Diagnosis

- Coronary artery disease involving native coronary artery of native heart without angina pectoris (primary) [I25.10]

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Outgoing Call

| | Provider | Department | Center |
|---|---|---|---|
| 7/3/2023 12:35 PM | Kari Sorger, RN | PULSE CARDIOLOGY TACOMA | Pulse Tacoma |

## Clinical Notes

### Telephone Encounter by Kari Sorger, RN at 6/27/2023 1242

| Author: Kari Sorger, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 06/27/23 1243 | Encounter Date: 6/27/2023 | Status: Signed |
| Editor: Kari Sorger, RN (Registered Nurse) | | |

## LDL above goal

Hx of CAD
- Repeat lipid profile. If her LDL is not at goal I would consider increasing her rosuvastatin dose.
Routed to NP Pool

| | Latest Reference Range & Units | 06/26/23 09:02 |
|---|---|---|
| Cholesterol, Total | <200 mg/dL | 175 |
| Triglycerides | <150 mg/dL | 137 |
| HDL | 40 - 59 mg/dL | 56 |
| Non HDL | <130 mg/dL | 119 |

Pulse Heart Institute          Larocque, Linda J
1901 SOUTH CEDAR ST            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-2302           Visit date: 6/27/2023

Page 1694                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000826

## 06/27/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

| cholesterol | | |
|---|---|---|
| LDLC | <100 mg/dL | 92 |
| Chol/HDL ratio | | 3.13 |

The 10-year ASCVD risk score (Arnett DK, et al., 2019) is: 12.4%
 Values used to calculate the score:
  Age: 65 years
  Sex: Female
  Is Non-Hispanic African American: No
  Diabetic: Yes
  Tobacco smoker: No
  Systolic Blood Pressure: 125 mmHg
  Is BP treated: Yes
  HDL Cholesterol: 56 mg/dL
  Total Cholesterol: 175 mg/dL

Electronically signed by Kari Sorger, RN at 06/27/23 1243

### Telephone Encounter by Selam T Estefanos, ARNP at 6/27/2023 1249

| | | |
|---|---|---|
| Author: Selam T Estefanos, ARNP | Service: Cardiology | Author Type: Nurse Practitioner |
| Filed: 06/27/23 1250 | Encounter Date: 6/27/2023 | Status: Signed |
| Editor: Selam T Estefanos, ARNP (Nurse Practitioner) | | |

Increase Crestor to 20 mg daily and check CMP with LFT and Lipid panel in 6 weeks

Electronically signed by Selam T Estefanos, ARNP at 06/27/23 1250

### Telephone Encounter by Taja L Anderson, RN at 7/3/2023 1240

| | | |
|---|---|---|
| Author: Taja L Anderson, RN | Service: Cardiology | Author Type: Registered Nurse |
| Filed: 07/03/23 1240 | Encounter Date: 6/27/2023 | Status: Signed |
| Editor: Taja L Anderson, RN (Registered Nurse) | | |

Called patient to inform them of the providers recommendations. Patient agreeable.
MAR updated. No further needs at this time, closing this encounter.

Electronically signed by Taja L Anderson, RN at 07/03/23 1240

**Medication List**

### Medication List

This visit is on the same day as an admission, and a visit start time could not be determined. If the visit took place after discharge, manually review the med list with the patient.

**Results** (Order )

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/27/2023

Printed by 71334 at 8/21/24 10:12 AM

MC_000827

## 06/27/2023 - Telephone in Pulse Heart Institute Tacoma (continued)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/27/2023

Page 1696

Printed by 71334 at 8/21/24 10:12 AM

MC_000828

## 06/27/2023 - Pharmacy Visit in RXAMB 003/AH

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
     **CSN:** 298455816

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/27/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

| | | |
|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** |
| **Referring Physician:** | | **Occupation:** |

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

---

MC_000829

## 06/27/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Department**

| Name | | | |
|------|--|--|--|
| RXAMB 003/AH | | | |

### Call Information

| | Department | Center |
|--|------------|--------|
| 6/27/2023 12:17 PM | RXAMB 003/AH | |

| Results | | | (Order ) |
|---------|--|--|----------|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/27/2023

Page 1698

Printed by 71334 at 8/21/24 10:12 AM

MC_000830

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E

**MultiCare Health System**                **ALLENMORE HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**        **MRN:** 172930
                                           **CSN:** 297993749

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/26/2023 1142 | 713880967 | A | Surgical | 2216-1 |

**Admitting Physician:** William Frederick Thomps*

**Chief Complaint:**
**Adm Dx:** Patellar tendon rupture,*
Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave |
|---|---|
| | Tacoma WA 98408-5509 |
| **SSN:** | xxx-xx-5145 |
| **Age:** | 66 year old |
| **DOB:** | 2/9/1958 (65 yrs) |
| **Sex:** | female |
| **Marital Status:** | Married |

Telephone Information:
Home Phone     Not on file.
Work Phone     Not on file.
Mobile          253-273-7247
**Employer:**
No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | LAROCQUE,LINDA J | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1699                                Printed by 71334 at 8/21/24 10:12 AM

MC_000831

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**



### Hospital Account

| Name | Acct ID | Class | Status |
|---|---|---|---|
| Larocque, Linda J | 713880967 | Ambulatory | Closed |

### Reason for Visit

#### Visit Diagnosis

- Pre-op testing (primary) [Z01.818]

#### Hospital Problem

| Name | Code | Date Noted | Date Resolved | Present on Admission? |
|---|---|---|---|---|
| Patellar tendon rupture, left, initial encounter | S86.812A | 06/26/2023 | — | Yes |

### Visit Information

#### Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/26/2023 1142 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Surgical | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | MULTICARE HEALTH SYSTEM | Unit: | Allenmore Hospital 2E |
| Admit Provider: | William Frederick Thompson, MD | Attending Provider: | William Frederick Thompson, MD | Referring Provider: | |

#### Discharge Information

Date/Time: 06/27/2023 1536    Disposition: Home    Destination: Home
Provider: William Frederick Thompson, MD    Unit: Allenmore Hospital 2E

### Call Information

| | Department | Center |
|---|---|---|
| 6/26/2023 11:42 AM | AH 2 EAST | AH |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702  Adm: 6/26/2023, D/C: 6/27/2023

Page 1700                          Printed by 71334 at 8/21/24 10:12 AM

MC_000832

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Documents**

**Clinical Photo - Scan on 6/28/2023 1602: Clinical Photo**

Scan (below)





ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1701                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000833

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Documents (continued)

**Durable Medical Equipment - Scan on 6/28/2023 1625: Durable Medical Equipment**

Scan (below)

172930 LAROCQUE, LINDA J

**BREG.** Breg Billing Services
(800) 254-0072 • www.breg.com
Please complete in all Capital or Block letters

Sub Inventory
Location # _____ or    202306

**STANDARD WRITTEN ORDER / PRESCRIPTION** To be completed by the prescribing clinician

Complete information or affix patient label

LAROCQUE, LINDA J
HAR: 713980957 CSN: 297993749    Adm Start
DOB 2/9/1958 (65 yrs) female       6/26/2023
MRN: 172930                        AHH
CSN:

Product Prescribed: affix product barcode or indicate Product Part # or Description below
Only include one sticker per product dispensed

Product Prescribed: affix product barcode or indicate Product Part # or Description below
Only include one sticker per product dispensed

**PATIENT INFORMATION** Include patient demographics

Sex ☐ M ☐ F

_____ (mm/dd/yyyy)

Phone (Primary)

Address

City          State       Zip

Emergency Contact or Parent Name (if patient is a minor)

Emergency Contact Phone

☐ Home ☐ SNF/Inpatient Rehab ☐ Other ____
☐ Home ☐ SNF ☐ Other ____
Quantity: _____    ☐ Lt ☐ Rt
ICD-10 Dx    ☐ Lt ☐ Rt
Chart notes attached to support product dispensed ☐ Yes ☐ No

**INSURANCE INFORMATION / PAYMENT DETAILS** (include copy of insurance card - front/back)
**Product cost and out of pocket estimate on page 2**
Insurance Type: ☐ Medicare ☐ Medicaid ☐ Other ☐ Workers' Comp
☐ Patient Pay if checked "Patient Pay" provide phone # _____

Date of Injury _____ State of Injury _____

Policyholder's Full Name          Suffix         _____    Phone

_____    Group#

Policyholder's Date of Birth (mm/dd/yyyy)
Employer          Employer Phone

**PATIENT ACKNOWLEDGMENT SECTION** Important Please Read

Customer acknowledges receipt/proof of delivery of the following: I confirm on this day I received from Breg, Inc. or a Breg affiliate ("Provider"), the product listed above and participated in the plan of care. I have also been provided a separate patient handout with the following (1) Information and instruction regarding proper use and care of the product, (2) Medicare Supplier Standards, (3) Patient Bill of Rights, (4) Proper instruction for use, care, and maintenance of product provided, (5) Provider's Notice of Privacy Practices, (6) Warranty information, (7) Contact information for questions and/or complaints, and (8) Rental vs Purchase Option (for capped rental or inexpensive or routinely purchased items).

Consent for treatment: I consent to treatment by the Provider. I understand and acknowledge that (1) my care is under the supervision and control of my attending physician, (2) my physician has prescribed the product and services noted as part of my treatment and has explained to me its risks, advantages, possible complications and alternatives, and why it is considered necessary treatment for my condition, (3) the Provider's services do not include diagnostic, prescriptive or other functions pertaining to licensed physicians, and (4) my physician is solely responsible for diagnosing and prescribing drugs, product, and therapy for my condition and otherwise supervising and controlling my medical condition.

Assignment of Benefits, Consent to Bill and Release of Medical Information: I consent to billing by the Provider and request that the payment of authorized Medicare, Medicaid and/or other third party insurance benefits, including supplemental, co-insurance and Medigap policies is made on my behalf directly to the Provider for products provided to me by the Provider and identified above. I agree to provide all documents and information necessary for the Provider to obtain direct payment from Medicare, Medicaid or other third party payers and hereby authorize the release of any medical information to determine and obtain insurance benefits for products and services provided to me by the Provider. I agree to transfer immediately to the Provider any payments made directly to me for products and/or services provided by the Provider. I authorize the Provider to appeal denied insurance authorizations and/or benefits. Your services/supplies may be provided by any of Breg's family of companies, including Breg, Inc., DuraTech Medical, Inc., First Steps Orthotics And Prosthetics, LLC, Madison Medical, LLC, OptimusMed, LLC, OrthoRx, Inc., PAMS, PLLC, Team Medical, Inc. or Texas Orthotics, Inc. and certain other Breg affiliates. For a full list of Breg affiliated companies, visit our website at www.breg.com.

Email and Text Acknowledgment: By providing my email address and/or mobile phone number, I authorize the Provider to contact me regarding care and services related to the product I have received and that it will not be used for any other purpose. Portions of the correspondence may not be encrypted therefore the Provider cannot ensure or warrant the security of any information transmitted or received by email and/or text. For any questions regarding privacy, I will refer to the Provider's Notice of Privacy Practices.

_Linda J Larocque_    6/26/23

Date of Service    E-mail Address

Relationship to Patient, if other than self ☐ Parent ☐ Spouse ☐ Other ____
☐ Home ☐ Physician's Office ☐ Other ____

Claim form
sticker here

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1702

Printed by 71334 at 8/21/24 10:12 AM

MC_000834

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans

Admit, ED, UC Conditions for Treatment-Financial Disclosure-Enc - Electronic signature on 6/26/2023 1141 (effective from 6/26/2023) - E-signed

## Acknowledgment of Conditions for Treatment & Financial Disclosures

The undersigned Patient and/or Patient's Representative hereby acknowledges receipt of MultiCare Health System's Handout entitled "Notice of Privacy Practices, Conditions for Treatment, Financial Disclosures, Patient's Right Materials, Financial Assistance," Version 87-9158-0H (Rev. 3/23), referenced here as the Handout.

**CONSENT FOR CARE:** I agree to care and treatment by MultiCare Health System ("MultiCare") that may include examinations, tests, imaging studies, labs, anesthesia, and medical or surgical treatments provided by both MultiCare employed and MultiCare affiliated physicians, surgeons and other licensed independent practitioners involved in my care. Care may be delivered via secured audio video platforms or secure, asynchronous internet-enabled platforms. Additional documents and consent forms may be required for specific procedures. I understand I have the right to ask questions about my care at any time, and to be involved in my care decisions.

**RISKS OF TREATMENT: NO GUARANTEE OF RESULTS OR CURE:**
No promise or guarantee of results or cure has been made to me.
I know there are risks related to surgical, medical, or diagnostic procedure(s). These risks include, but are not limited to the potential for infection, blood clots in veins and lungs, bleeding, allergic reactions, and death.

**PHOTOGRAPHS FOR TREATMENT, DIAGNOSIS AND/OR IDENTIFICATION:**
For diagnosis and treatment purposes, I allow images such as photographs to be taken and used. This includes video and electronic
monitoring or recording methods. These images may be used to add to written information about my illness or injury. Some images are used once and immediately discarded when no longer needed. Others may be kept as part of my medical record, at the option of my treatment providers. Photographs of me may also be taken for identification purposes.

**IMAGES OR RECORDINGS OF HEALTH CARE PROVIDERS:**
I understand I must obtain the permission of all health care provider(s) and
any other individuals present before I can take photographs or video of any members of my care team. I also understand I cannot record
conversations by any means without first obtaining the permission of all persons being recorded. At no time may I take photos or recordings
of other patients or their information.

**NON-EMPLOYED PHYSICIANS & PROVIDERS:** I understand there are physicians or

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1703
Printed by 71334 at 8/21/24 10:12 AM

MC_000835

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

other licensed providers who practice at MultiCare who are not employed by MultiCare. These individuals are independent providers and are not employees or agents of MultiCare. These include, but are not limited to: anesthesiologists, radiologists, emergency medicine, pathologists, hospitalists/internists, neonatologists, and PICU physicians. It also includes MultiCare Allenmore, Auburn Medical Center, Capital Medical Center, Covington, Deaconess,Good Samaritan, NAVOS, Tacoma General, Valley, and Yakima Memorial Hospital emergency departments physicians and providers, as well as some telehealth providers. I understand these providers use their own independent judgment in their medical care and treatment. MultiCare does not control the medical care and treatment given by these providers. I understand that MultiCare has provided me with a list of all independent providers or groups who provide care to me, together with their contact information within this handout (Understanding Your Bill section). I understand that I may receive separate bills for services provided by those parties.

**FINANCIAL AGREEMENT:** I agree to pay MultiCare for care at its regular rates and terms applicable to my care and any applicable health insurance coverage I have. I permit MultiCare to appeal any denial received from my insurance company. If a third party payor will not pay, I agree to pay for the services given, subject to any applicable contractual or governmental regulations. If a third party caused my injuries, I understand that MultiCare may file a medical services lien as permitted under RCW 60.44.010. (This lien attaches only to a portion of the
proceeds of any settlement between me and the party that caused me harm.) If my bill is sent to a lawyer or collection agency, I will pay all reasonable attorneys' fees and costs, together with interest and any amounts otherwise found to be owing. Information about the estimated charges for health services is available upon request. I understand I have the right to request this information.

**AGENTS & CONTRACTORS:** Whenever "MultiCare" is referenced herein, that term is intended to include its employees, officers, agents,attorneys, first and third party liability and claims agents, third-party claims administrators and collection agencies, as well as their agents or employees, to receive any information that MultiCare would otherwise be entitled to receive.

**MEDICARE:** MultiCare's insurance and patient billing processes are consistent with the requirements established by CMS. If I am a Medicare participant, I understand that I need to pay for services that are not covered by the Medicare Program. This may include, but is not limited to, cosmetic surgery, dental care, take-home and "over the counter" medications, private duty nurses, services not medically needed, personal items, services covered by car or liability insurance, or where a third party is otherwise responsible for any accident or injury leading to my need for care, as well as any services not otherwise covered by Medicare. If I

MC_000836

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

remain in the hospital at any time after it has been determined that Medicare-covered services are no longer medically necessary, I understand that I will be personally responsible for paying for such services after I am decertified as a Medicare-covered patient.

**CO-INSURANCE:** There may be a co-insurance for care given related to my Medicare or other insurance benefits. I know I will need to pay a higher co-insurance for services provided by a hospital-based clinic or department. If these services were given in a non-hospital based setting, my co-insurance would be lower.

**ASSIGNMENT OF BENEFITS; PERMISSION TO ALLOW MULTICARE TO DETERMINE, APPLY AND OBTAIN BENEFITS,INFORMATION AND PAYMENT:** I permit payment from insurance or other third-party payor's to go to MultiCare directly. I permit MultiCare, in MultiCare's sole judgment, to determine, apply for and obtain benefits, and get paid from, any and/or all available payor sources until my bill is paid in full. I understand and agree that, to the extent necessary to receive payment or reimbursement for services provided at MultiCare, I authorize MultiCare to access any applicable accident reports, industrial injury (workers compensation) reports and/or police, fire or other first responder reports or investigations related to my treatment or injury, as well as any records of any claims, lawsuits, insurance claims or investigations that pertain to my medical care and treatment, or the circumstances leading to same,together with any applicable consumer and/or credit reports pertaining to me. I further authorize any applicable Federal, State or Local government or administrative agency to fully and completely release any and all of my records and/or incident information they have about me, pertaining to my care or the circumstances leading to my need for care, upon request by MultiCare.

**PHONE, EMAIL, TEXT MESSAGING AUTHORIZATIONS:** I grant permission and consent to MultiCare to contact me using any e-mail addresses or phone numbers associated with me, including wireless (cell) numbers, for any purpose related to my care, including the availability of services at MultiCare. I also represent that I am the owner or a customary user of the phone number(s) provided and have authority to grant the permission and consent to contact described herein. This consent and permission includes (1) to leave answering machine and voicemail messages for me, and include in any such messages information required by law (including debt collection laws) and/or regarding amounts owed by me; (2) to send me text messages or emails using any e-mail addresses or cellular device numbers; (3) to send me paperless billing by e-mail or text notifications; (4) to use pre-recorded/artificial voice messages and (5) use of an automatic dialing device (an "autodialer") in connection with any of these communications. I understand that I am not required to accept messages in these formats as a condition of receiving services at MultiCare. I understand that I have the option to "opt out" of receiving such emails or text messages, which I may exercise at any

Page 1705

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000837

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

time by following the opt out option contained in the message, or notifying MultiCare in writing to discontinue such communications using those pathways. I understand that opt out processes may take up to ten (10) business days to go into effect. Unless I have opted out, communications may continue after the expiration of this consent form.

**EMAIL CONTAINING PROTECTED HEALTH INFORMATION; MYCHART:**
I understand that exchanging e-mail, text or other written communications with my health care provider(s) or other members of my care team can result in protected health information being disclosed to unauthorized persons, and that MultiCare cannot control who views such information when sent in unencrypted form. I understand that MultiCare offers "MyChart" to all patients, which provides a fully encrypted and protected pathway for communicating with most of its providers, although not all MultiCare providers choose to utilize MyChart. If I initiate or respond to communications using unencrypted pathways, I assume the risk that my information may be compromised, and I authorize MultiCare and its providers to communicate with me using that process, unless or until I choose to opt out of such communications pathways by notifying MultiCare in writing, allowing up to ten business days to implement any change in my communications pathways.

**HEALTH CARE ADVANCE DIRECTIVE / LIVING WILL:** I understand a health care directive, also called a Living Will, lets me choose if I want life-sustaining and other treatments in certain situations, and also lets me choose someone to make decisions on my behalf, if necessary. I understand that I have the right to create a Health Care Directive.

**HEALTH CARE POWER OF ATTORNEY:** I understand I have the right to nominate another person or persons to make health care decisions for me if I cannot make decisions myself. I understand that I can nominate this person using a Durable Power of Attorney for Healthcare (DPOAH) form. The person I nominate is known as a health care agent, attorney in fact, surrogate, or medical decision maker. Though neither form is required for treatment, I understand that providing MultiCare a copy of my health care directive and/or power of attorney will help my care team understand my wishes.

**MENTAL HEALTH ADVANCE DIRECTIVE/POWER OF ATTORNEY:**
I understand that I also have the right to complete a Mental Health Advance Directive to help my care team understand my wishes concerning mental health care and treatment. I also can complete a Mental Health Power of Attorney where I can nominate another person or persons to make mental health care decisions for me.

**POLST:** I understand that a POLST (Physician Orders for Life Sustaining Treatment) is a medical order that is used to communicate medical care decisions to health care providers and emergency responders. If I have completed a POLST with my doctor, I agree that

MC_000838

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

eSignature Scans (continued)

providers can use this to guide my care plan.

**More information and downloadable forms can be found at
https://www.multicare.org/for-patients/.** If requested, I understand that the Handout is
available in English, Spanish, Russian and Vietnamese.

This consent will remain valid for one year from the date of signature.

Signature captured with Topaz by Linda J. Larocque at 6/26/2023 11:41 AM

Date: 6/26/2023
**Patient Name:** Linda J Larocque
**MRN:** 172930 **CSN:** 297993749
**DOB:** 2/9/1958 **AGE:** 65 year old **GENDER:** female

MC_000839

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

Important Message from Medicare - Electronic signature on 6/26/2023 1142 (effective from 6/26/2023) - E-signed



## MultiCare

**MultiCare Tacoma General/Allenmore Hospital**
315 MLK Jr Way
Tacoma, WA 9805
(253) 403-4951
Medicare Provider ID #500129

**Important Message from Medicare**

**Patient Name:** Linda J Larocque
**CSN:** 297993749

### Your Rights as a Hospital Inpatient:
- You can receive Medicare covered services. This includes medically necessary hospital services and services you may need after you are discharged, if ordered by your doctor. You have a right to know about these services, who will pay for them, and where you can get them.

- You can be involved in any decisions about your hospital stay.

- You can report any concerns you have about the quality of care you receive to your QIO at: Kepro and toll-free number 1-888-305-6759. The QIO is the independent reviewer authorized by Medicare to review the decision to discharge you.

- You can work with the hospital to prepare for your safe discharge and arrange for services you may need after you leave the hospital. When you no longer need inpatient hospital care, your doctor or the hospital staff will inform you of your planned discharge date.

- You can speak with your doctor or other hospital staff if you have concerns about being discharged.

_____**Your**
### Right to Appeal Your Hospital Discharge:
You have the right to an immediate, independent medical review (appeal) of the decision to discharge you from the hospital. If you do this, you will not have to pay for

MC_000840

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

○ the services you receive during the appeal (except for charges like copays and deductibles).

○ If you choose to appeal, the independent reviewer will ask for your opinion. The reviewer also will look at your medical records and/or other relevant information. You do not have to prepare anything in writing, but you have the right to do so if you wish.

○ If you choose to appeal, you and the reviewer will each receive a copy of a detailed explanation about why your covered hospital stay should not continue. You will receive this detailed notice only after you request an appeal.

○ If the QIO finds that you are not ready to be discharged from the hospital, Medicare will continue to cover your hospital services.

○ If the QIO agrees services should no longer be covered after the discharge date, neither Medicare nor your Medicare health plan will pay for your hospital stay after noon of the day after the QIO notifies you of its decision. If you stop services no later than that time, you will avoid financial liability.

○ If you do not appeal, you may have to pay for any services you receive after your discharge date.

---

**How to Ask For an Appeal of your Hospital Discharge**

○ You must make your request to the QIO listed above.

○ Your request for an appeal should be made as soon as possible, but no later than your planned discharge date and before you leave the hospital.

○ The QIO will notify you of its decision as soon as possible, generally no later than 1 day after it receives all necessary information.

○ Call the QIO listed above to appeal, or if you have questions.

---

**If You Miss The Deadline to Request An Appeal, You May Have Other Appeal Rights:**

• If you have Original Medicare: Call the QIO at 1-888305-6759.

MC_000841

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

- If you belong to a Medicare health plan:  Call your plan.

---

Please sign below to indicate you received and understood this notice.

I have been notified of my rights as a hospital inpatient and that I may appeal my discharge by contacting my QIO.

Signature in Process

Signature captured with Topaz by Linda J. Larocque at 6/26/2023 11:42 AM

---

You have the right to get Medicare information in an accessible format, like large print, Braille, or audio. You also have the right to file a complaint if you feel you've been discriminated against. Visit Medicare.gov/about-us/accessibility-nondiscrimination-notice, or call 1-800-MEDICARE (1-800-633-4227) for more information. TTY users can call 1-877-486-2048.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.  The valid OMB control number for this information collection is 0938-1019. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection.  If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

**Form CMS 10065-IM (Exp. 12/31/2025)        OMB Approval 0938-1019**

MC_000842

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### eSignature Scans (continued)

**Informed Consent for Procedures - Electronic signature on 6/26/2023 1330: Left Knee Open Patellar Tendon Repair (effective from 6/26/2023) - E-signed**

### INFORMED CONSENT FOR PROCEDURES

I allow Dr. **THOMPSON, WILLIAM FREDERICK** to treat the following condition(s): Left Knee Patella Tendon Rupture
Procedure At (Facility): Allenmore Hospital

The procedure(s)
Left Knee Open Patellar Tendon Repair

This procedure(s) have been explained to me. The physician has talked to me about the reasons and expected results for this procedure. This discussion included:
- The nature and purpose of the procedure
- The anticipated results
- Other available treatments, including not having the procedure
- The material risks (those risks that are important to the decision regarding whether to undergo the procedure), complications, and expected benefits of this procedure and for the other available options
- Issues related to recovery from this procedure

Based on the explanation I have been given, I know that some parts of the procedure or surgical tasks may be done by a health care provider other than the physician named in this consent. Examples of surgical tasks may be opening and closing the surgery site, harvesting grafts, and dissecting or removing tissue. The physician has given me facts about these other providers. These facts include the medical actions and/or tasks they will do. I know that other persons than those listed in this consent may also be present. I know that the names of the persons and tasks they do may change. If this occurs, I will be informed of such facts as soon as possible.

**Risk of Procedure**: My consent is given knowing that any operation or procedure has some risks and hazards. The more common risks include:

| | | | | |
|---|---|---|---|---|
| • Infection | • Heart attack | • Nerve injury | • Perforation | • Hematoma |
| • Allergic reactions | • Severe blood loss | • Bleeding | • Blood clots | • Blood transfusion reactions |

**Additional Risks/Comments:**

**All such risks can be serious and possibly fatal.** I have also been made aware of risks and possible complications that are part of this procedure.

**Anesthesia/Sedation and Analgesia**: I consent to have the doctor who is doing this procedure or an anesthesiologist give me the sedation and pain relief that is needed for this procedure. Sedation options have been discussed with me. I know that all options involve risks and possible hazards that may include:
- Serious damage to vital organs such as the brain, heart, lung, liver and kidney
- Paralysis, cardiac arrest and/or brain death causes

**Other Unforeseen Procedures:** I know that during the course of the procedure, unforeseen problems may make procedures other than those stated above necessary. I consent to the above named doctor(s) and/or his/her assistants or designees, to perform such needed procedure(s) based on their best medical judgment.

*I have discussed my condition and treatment with my doctor(s) and/or his/her associates. All of my questions have been answered to my satisfaction. I have been given enough facts so I can make an informed decision on the proposed treatment. I know that I should not sign this form until all my questions have been answered to my satisfaction. I know I should not sign this form until I know and understand all the words or terms on this form. I understand that I am free to refuse the proposed procedure or treatment. I have read and fully understand this form. I freely give consent to this operation/procedure or treatment of my own accord.*

*I am aware that the practice of medicine and surgery is not an exact science. I know that no guarantees have been made to me about the results of the operation or procedure. I have been advised that the proposed procedure may not improve my condition and may, in fact, make it worse.*

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1711                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000843

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### eSignature Scans (continued)



Signature captured with Topaz at 6/26/2023 12:39 PM

Patient or Other Legal Representative
Relationship to patient:

Witness Signature

Signature captured with Topaz at 6/26/2023 12:40 PM

Witness Signature
Witness:

Interpreter/Translator:

*I have explained the contents of this document to the patient/legal representative and have answered the patient's/legal representative's questions to their satisfaction, and to the best of my knowledge. In my clinical opinion, the patient has been adequately informed and has consented.*

Physician Signature

Signature captured with Topaz by W Frederick Thompson, M... at 6/26/2023 01:29 PM

**Name:** Larocque,Linda J
**MRN:** 172930
**CSN:** 297993749
**DOB:** 2/9/1958
**Age/Sex:** 65 year old female

**MultiCare**

### Events

**Admission at 6/26/2023 1142**

| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1712

Printed by 71334 at 8/21/24 10:12 AM

MC_000844

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Events (continued)**

Patient class: Ambulatory

**Patient Update at 6/26/2023 1154**

| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
|---|---|---|
| Patient class: Ambulatory | | |

**Surgery at 6/26/2023 1357**

| Unit: ALLENMORE OR | Room: AH 02 | |
|---|---|---|
| Patient class: Ambulatory | | |

**Patient Update at 6/26/2023 1610**

| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
|---|---|---|
| Patient class: Ambulatory | | |

**Patient Update at 6/26/2023 1631**

| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
|---|---|---|
| Patient class: Ambulatory | | |

**Transfer Out at 6/26/2023 1827**

| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
|---|---|---|
| Patient class: Ambulatory | | |

**Transfer In at 6/26/2023 1827**

| Unit: Allenmore Hospital 2E | Room: 2216 | Bed: 2216-1 |
|---|---|---|
| Patient class: Ambulatory | | |

**Discharge at 6/27/2023 1536**

| Unit: Allenmore Hospital 2E | Room: 2216 | Bed: 2216-1 |
|---|---|---|
| Patient class: Ambulatory | | |

**Clinical Notes**

**Progress Notes by Marie Betcher, RN at 6/23/2023 0942**

| Author: Marie Betcher, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 06/23/23 1609 | Date of Service: 06/23/23 0942 | Status: Addendum |
| Editor: Marie Betcher, RN (Registered Nurse) | | |

### WEST PIERCE REGIONAL PRE ANESTHESIA CLINIC NOTE
1901 S. Union Ave, 19U-H1-PAC, Tacoma, WA 98405
Phone: 253- 459-6877    Fax: 253-459-6218

**6/23/2023**

Linda J Larocque is a 65 year old female

**DOS:** 6/26/23
**Surgeon:** THOMPSON
**Surgical Procedure:**

| REPAIR, TENDON, PATELLAR, OPEN (702053) | Left |
|---|---|

**Location:** ALLENMORE

|  | ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|---|
|  | 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
|  | TACOMA WA 98405-1702 | Adm: 6/26/2023, D/C: 6/27/2023 |
| Page 1713 | | Printed by 71334 at 8/21/24 10:12 AM |

MC_000845

## Summary of Contact(s)6/23/23
☒ Call completed
     Date/time/initials: 6/23/23@0940 MB RN
☐ No show
     Date/time/initials:
☐ Cold call
     ☐ Call completed:
          Date/time/initials:
     ☐ Call not completed:
          Date/time/initials:

## PAC Nursing Communication:

**Date/time/Initials**          **Documentation**
6/23/23@0940Pre-Anesthesia instructions given verbally & via mychart also discussed expectations for not being alone for at least 24 hr after surgery instructions given; pt states understanding MB RN

## Covid Questions:
Positive Covid test in last 3 months (includes home test)? ☐ Yes ☒ No
    If yes, Date:
        Symptoms?           ☐ Yes ☐ No
        Cough or dyspnea?   ☐ Yes ☐ No
        Hospitalization?      ☐ Yes ☐ No
        ICU admission?      ☐ Yes ☐ No

## Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:

Is patient diabetic? ☐ Yes ☐ No
    If yes, order FBS DOS
Is patient on Dialysis? ☐ Yes ☐ No
    If yes, order K+ DOS
Does patient have heart failure with reduced EF (systolic HF)? ☐ Yes ☐ No
    If yes, usual labs and workup per pre anesthesia clinic order set indicated. Please obtain copy of most recent echo. Cardiac clearance not needed.
Can patient lie flat for 1-2 hours? ☐ Yes ☐ No
    If no, reason:
    If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and workup per pre anesthesia clinic order set indicated.
Does surgeon request general anesthesia? ☐ Yes ☐ No
    If yes, usual labs and workup per pre anesthesia clinic order set indicated.

**\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless specified above.**

**\*Strabismus surgery done with general anesthesia**

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 6/26/2023, D/C: 6/27/2023
Page 1714                Printed by 71334 at 8/21/24 10:12 AM

MC_000846

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders, and other pre-surgery tasks**

Additional DOS Special Needs (not included in Procedure Pass):

_____

☐ TAA Chart review requested
    Date/time/initials:

**Communication with TAA**

**Relevant Medical History:** HTN, OSA w/cpap, Anemia, LBBB, EF 45-50%, Pre Diabetes

**Clinical Question or concern:**

| Date/time/Initials | Documentation |
|---|---|
| 6/23/23@1020 MB RN | **Hx LBBB, SVT, EF 45-50%, Review done--1/25/23, last surgery clearance done 10/31/22 this surgery is emergent--next Cardio visit is early the Am of Surgery** |

Recommendations (date/time/initials):

    ☒ No further evaluation or testing recommended:**6/23/23**
    ☒ Cardiac clearance: **cardio note 10/31/22**
    ☒ Medical clearance: **Pulm risk note 1/12/23**
    ☐ Follow up with specialist or PCP:
    ☐ Other:

**SOB with exercise:** No
**Chest pain with exercise:** No
**Exercise Capacity (≥ 4 METS yes or no):** Yes 4met
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)
- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG: 2/2/23**
**ECHO: 2021**
**Cardiology notes or Clearance: 10/31/22 Dr Guerra**
**Pacemaker or ICD Clearance:**
**Other relevant information (Lab, ER visits, etc.):**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1715
Printed by 71334 at 8/21/24 10:12 AM

MC_000847

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

Electronically signed by Marie Betcher, RN at 06/23/23 1609

**Progress Notes by Lawanda A Robinson, CNA at 6/23/2023 1301**

| | | |
|---|---|---|
| Author: Lawanda A Robinson, CNA | Service: — | Author Type: Certified Nursing Assistant |
| Filed: 06/23/23 1303 | Date of Service: 06/23/23 1301 | Status: Signed |
| Editor: Lawanda A Robinson, CNA (Certified Nursing Assistant) | | |

**Patient here for surgical wipes. Patient stated she has used the surgical wipes and knows how to use them., patient directed to the lab for lab draw.**

Electronically signed by Lawanda A Robinson, CNA at 06/23/23 1303

**H&P by Alexandria Bones, PA-C at 6/26/2023 1304**

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 06/26/23 1309 | Date of Service: 06/26/23 1304 | Status: Attested |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | Cosigner: William Frederick Thompson, MD at 06/26/23 1330 |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023
Page 1716    Printed by 71334 at 8/21/24 10:12 AM

MC_000848

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Attestation signed by William Frederick Thompson, MD at 06/26/23 1330
6/26/2023
Patient seen and examined by me.
Agree with above.

W. Frederick Thompson, MD
Orthopaedic Surgery/Sports Medicine

## PRE-OP EVALUATION

Name: Linda J Larocque
Age: 65 year old
Date: 6/26/2023

Chief Complaint: Left knee pain from contusion following joint replacement

Patient presented initially for outpatient orthopedic evaluation for a left knee pain. Underwent successful total knee replacement. Was healing uneventfully and had been discharged from supervised physical therapy to HEP, when she had a shopping cart suddenly and unexpectedly hit her lower leg. She then came in for follow up and had xray changes supporting patella tendon rupture and new onset of difficulty raising leg. It was then decided that surgical intervention was indicated.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | |
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l chronic pain syndrome Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF<br>*6/2022 ECHO EF 45-50% Dr Guerra cardiologist* | |
| • History of sleep apnea<br>*uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC) | |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023
Page 1717    Printed by 71334 at 8/21/24 10:12 AM

MC_000849

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

*heart murmur noted on echo*
- Prediabetes
- Snores
- Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled
  *diet controlled*
- Uterine cancer (CMS/HCC)

**Past Surgical History:**

| Procedure | Laterality | Date |
|-----------|------------|------|
| • **COLONOSCOPY & POLYPECTOMY*<br>*due in august 2013* | | 2008, 2013 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY<br>*retinal tear tx w/ laser* | Left | 11/2022 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 11/01/2009 |
| • H/O ORAL SURGERY<br>*x 2* | | 2000 |
| • P FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 01/01/1999 |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |

**Family History**

| Problem | Relation | Name | Age of Onset |
|---------|----------|------|--------------|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart<br>  *CHF* | Mother | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU<br>  *GOUT* | Mother | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro<br>  *epilepsy* | Daughter | | |
| • Drug/Alcohol<br>  *recovering alcoholic* | Daughter | | |
| • Cancer<br>  *uterine ca* | Daughter | | |
| • Coronary Artery Disease<br>  *MI* | Maternal Grandmother | | |
| • Cancer | Maternal | | |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1718      Printed by 71334 at 8/21/24 10:12 AM

MC_000850

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

|  |  |
|---|---|
|  | Grandmother |
| *BREAST* |  |
| • Coronary Artery Disease | Maternal |
|  | Grandfather |
| *MI* |  |
| • Hypertension | Sister |
| • Diabetes | Paternal Aunt |
| • Other | Sister |
| *EPILEPSY* |  |
| • Diabetes | Sister |
| • Arthritis | Brother |
| • Heart | Sister |
| • Diabetes | Maternal Aunt |
| • Other | Paternal Aunt |
| *MIGRAINE* |  |
| • Neuro | Sister |
| *early alzheimers.* |  |

## Social History

**Socioeconomic History**
| • Marital status: | Married |
|---|---|
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

**Occupational History**
• Not on file

**Tobacco Use**
| • Smoking status: | Never |
|---|---|
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |

**Vaping Use**
| • Vaping Use: | Not on file |
|---|---|

**Substance and Sexual Activity**
| • Alcohol use: | Not Currently |
|---|---|
| *Comment: 1-2x year* | |
| • Drug use: | Never |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Surgical |
| *Comment: married monogamous, vas* | |

**Other Topics** — **Concern**
| • Have you received a blood transfusion? | No |
|---|---|
| • Regular exercise | No |

**Social History Narrative**
• Not on file

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1719
Printed by 71334 at 8/21/24 10:12 AM

MC_000851

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

## Social Determinants of Health

| |
|---|
| Financial Resource Strain: Not on file |
| Food Insecurity: Not on file |
| Transportation Needs: Not on file |
| Physical Activity: Not on file |
| Stress: Not on file |
| Social Connections: Not on file |
| Intimate Partner Violence: Not on file |
| Housing Stability: Not on file |

Allergies: Allergies
Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]

Current medications:
**Current Facility-Administered Medications**

| Medication | Dose |
|---|---|
| • cefazolin 2g iv in syringe (200 mg/mL) for iv push | 2 g |
| • lidocaine preservative free (Xylocaine-MPF) 1 % (PF) inj 0.2 mL | 0.2 mL |
| • saline flush (NS) 0.9% NaCl inj 5-80 mL | 5-80 mL |

## ROS
Otherwise negative except for history present illness, as well as that related to active medical problem list, 10 point review of systems.

## Vitals:

| | 06/23/23 0933 | 06/26/23 1150 |
|---|---|---|
| BP: | | (!) 128/92 |
| BP Site: | | Left upper arm |
| Pulse: | | 90 |
| Resp: | | 20 |
| Temp: | | 97.1 °F (36.2 °C) |
| TempSrc: | | Temporal |
| SpO2: | | 97% |
| Weight: | 253 lb (114.8 kg) | 239 lb (108.4 kg) |
| Height: | 5' 6" (1.676 m) | 5' 6" (1.676 m) |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1720

Printed by 71334 at 8/21/24 10:12 AM

MC_000852

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

**HEENT**
WNL

**Genitourinary**
Not examined

**Musculoskeletal**
see previously documented attending provider orthopedic examination(s)

**Neurological**
alert, oriented and intact

**Pertinent Test Results** (lab, x-ray, etc.): X-rays reviewed

Diagnosis: Left Knee Patellar Tendon Rupture following history of Left Total Knee Replacement

Planned Procedure(s): Left Knee Patellar Tendon Repair

Counseling Note/ Plan of Care:
**Plan of care to address postoperative pain:**
Customarily this procedure has a type 2 expected medium-term recovery, with use of nonprescription and possible prescription anti-inflammatory medications, and acetaminophen as first line therapy. Occasionally, for severe pain, short-acting opioid derivatives are prescribed for up to 1-7 days postoperatively, at which time these will be discontinued.
The surgical team will manage postoperative pain for the 2 weeks immediately following surgery, after which time, the patient's PCP (or pain specialist) will assume this role.
For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. She has been given ample opportunity to ask questions to her satisfaction about her proposed surgical procedure and consents to such procedure with stated understanding.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 06/26/23 1309
Electronically signed by William Frederick Thompson, MD at 06/26/23 1330

OR Nursing by Felicidad P Trajico, RN at 6/26/2023 1350

| Author: Felicidad P Trajico, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 06/26/23 1418 | Date of Service: 06/26/23 1350 | Status: Signed |
| Editor: Felicidad P Trajico, RN (Registered Nurse) | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1721
Printed by 71334 at 8/21/24 10:12 AM

MC_000853

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Patient verified name, date of birth, surgical site, procedure, surgeon, NPO status, and Allergies: Allergies
Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac
[fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate
[metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]. Consent signed and on chart. Pt transported to OR
2 per stretcher@1357. Report given to E. Hutchinson, RN@1405.

Electronically signed by Felicidad P Trajico, RN at 06/26/23 1418

### OR Nursing by Felicidad P Trajico, RN at 6/26/2023 1613

| | | |
|---|---|---|
| Author: Felicidad P Trajico, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 06/26/23 1627 | Date of Service: 06/26/23 1613 | Status: Signed |
| Editor: Felicidad P Trajico, RN (Registered Nurse) | | |

Patient transported to PACU 1 per stretcher with O2. Report given to PACU RN per Anesthesia Provider & Felicidad P
Trajico, RN using SBAR.

Electronically signed by Felicidad P Trajico, RN at 06/26/23 1627

### Procedures by William Frederick Thompson, MD at 6/26/2023 1622

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 06/26/23 1637 | Date of Service: 06/26/23 1622 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Pre-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter

Post-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter

Procedures
1. P FIX INFRAPATELLA TENDON,PRIMARY [27380 (CPT®)]

Operative/Procedure Report

PATIENT NAME: Larocque, Linda
MRN: 172930
ENCOUNTER: 297993749
DOB: 2/9/1958
DATE: 6/26/2023
PHYSICIAN: W. FREDERICK THOMPSON, MD

PREPROCEDURE DIAGNOSIS:
Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

POSTPROCEDURE DIAGNOSIS:
Left knee subacute infrapatellar tendon rupture, posttraumatic, following left TKR

PROCEDURE:

| ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|
| 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98405-1702 | Adm: 6/26/2023, D/C: 6/27/2023 |

Page 1722

Printed by 71334 at 8/21/24 10:12 AM

MC_000854

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

Left knee repair of infrapatellar tendon-primary without graft

ASSISTANT:  Alexandria Bones, PA-C

ANESTHESIA:  general, with image guided adductor canal block per anesthesiologist

DRAINS:  none
SPECIMEN:  none
ESTIMATED BLOOD LOSS:  minimal
COMPLICATIONS:  None.
TT: 97 minutes @300 mmHg.
FINDINGS:
Subacute infrapatellar tendon rupture of the left knee, no acute hematoma formation.  Some fibers remaining attached to the inferior pole of the patella, with severe, attritional stretching rendering them incompetent
Robust infrapatellar scar tissue, patella alta.

INDICATIONS FOR PROCEDURE:  This 65 year old female underwent left TKR 2/8/2023.  She was progressing uneventfully, and doing well with routine postoperative supervised physical therapy.
She sustained a traumatic event, involving the left knee, with subsequent severe weakness of the left lower extremity, unable to lift her left leg with straight knee, which she had previously established following surgery, with physical therapy.

DESCRIPTION OF PROCEDURE:  The patient was taken to the operating room, after which time a universal verification was performed, a general anesthetic was given as well as IV antibiotics.
The left lower extremity was sterilely prepped and draped in the usual manner, below a well-padded tourniquet set at 300 mmHg.

After sterile prep and drape using loban barrier drape, the left lower extremity was exsanguinated with a 6 inch Esmarch, followed by inflation of the tourniquet.
The anterior incision, previously used for left TKR was used for the anterior approach to the left knee, incising through the abundant scar tissue down to the extensor mechanism.  The medial and lateral borders of the patellar tendon were palpated and then the 10 blade was used to divide the adjacent tissue to isolate the tendon.  Palpation revealed an area of thinning, with scar tissue overlying suggesting complete/near complete rupture of the infrapatellar tendon.  The anterior prepatellar region and distal quadriceps tendon was also exposed.  The soft tissue defect was established, followed by transversely incising this tissue to expose the patellar tendon.  The above-mentioned attritional fibers that were stretched from the patella were incised/excised and to allow for patellar tendon suturing and later repair.
The scarred retropatellar fat pad was partially excised.  The surgeon's hand was placed into the medial and lateral gutters and the suprapatellar pouch, to separate any scar tissue, to allow better patella mobilization during repair.

The infrapatellar tendon was sutured with both #2 and #5 FiberWire with locking stitches.  2 vertical drill holes were made through the patellar bone/implant construct with a small drill bit followed by placing passing sutures.  Small incisions were made in the distal quadriceps tendon to identify these sutures delivered above the superior pole of the patella.
Of note the patellar component, cemented on the patella was stable, and showed no signs of loosening or dislodgment.
After passing these sutures, the patella and patellar tendon were reduced to 1 another with tension applied to the #5 FiberWire, while the #2 FiberWire was tensioned and secured with knot-tying.  After this the anterior prepatellar retinacular tissue which was thickened, was sewn in a vest over pants fashion, securing this with #2 Ethibond with multiple sutures.
The remaining #5 FiberWire, now in the suprapatellar region, was tied in a modified Bunnell stitch, to the distal

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1723
Printed by 71334 at 8/21/24 10:12 AM

MC_000855

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Clinical Notes (continued)

quadriceps tendon.
After this repair was completed, the knee was flexed to approximately 95/100 degrees with excellent soft tissue apposition, without separation or retraction.
During this procedure, the exposed soft tissue, bone and implants were constantly bathed with Irrisept.
Hemostasis was confirmed prior to closure. The medial patellar dissection/arthrotomy was closed with #2 Ethibond, and the lateral tissues were closed with #1 Vicryl. The subcutaneous tissue was then closed with 2-0 Vicryl followed by staples for the skin. The wound was dressed using flex 7 and Acticoat, followed by a 6 inch Ace wrap, and releasing the tourniquet at 97 minutes.

The knee immobilizer that the patient brought with her to the hospital was reapplied, after refitting this.

She was transferred to the recovery room, in stable condition, and in no acute distress.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*

*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

Electronically signed by William Frederick Thompson, MD at 06/26/23 1637

### Nursing Notes by Kim Y Anderson, RN at 6/26/2023 1827

| Author: Kim Y Anderson, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 06/26/23 1829 | Date of Service: 06/26/23 1827 | Status: Signed |
| Editor: Kim Y Anderson, RN (Registered Nurse) | | |

SBAR report given to Amelia,RN. All questions answered. Pt meets criteria for transfer. VSS. Pt updated on plan of care and verbalized understanding. Transported to 2E with transporter. All belongings sent with pt during transfer.

Electronically signed by Kim Y Anderson, RN at 06/26/23 1829

### Ancillary Notes by Sandra K Gaines, RT at 6/26/2023 2047

| Author: Sandra K Gaines, RT | Service: --- | Author Type: Respiratory Therapist |
|---|---|---|
| Filed: 06/26/23 2047 | Date of Service: 06/26/23 2047 | Status: Signed |
| Editor: Sandra K Gaines, RT (Respiratory Therapist) | | |

Patient is asleep, IS not started at this time, Rn aware

Electronically signed by Sandra K Gaines, RT at 06/26/23 2047

### Nursing Notes by Nancy M Beachler, RN at 6/27/2023 1536

| Author: Nancy M Beachler, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 06/27/23 1639 | Date of Service: 06/27/23 1536 | Status: Signed |
| Editor: Nancy M Beachler, RN (Registered Nurse) | | |

Patient discharged to home. Discussed instructions; medications, diet, NWB, brace use, etc. Patient stated understood. IV removed. Patient left via wheelchair with belongings.

MC_000856

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Electronically signed by Nancy M Beachler, RN at 06/27/23 1639

### Discharge Summary by Alexandria Bones, PA-C at 6/27/2023 1536

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 07/20/23 1020 | Date of Service: 06/27/23 1536 | Status: Attested |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | Cosigner: William Frederick Thompson, MD at 07/20/23 1740 |

### Attestation signed by William Frederick Thompson, MD at 07/20/23 1740

Agree with above.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*♬Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

**Discharge Summary**
**7/20/2023**

Linda J Larocque

Admission date: 6/26/2023
Discharge date: 6/27/2023
Length of Stay: LOS: 0 days

Provisional Diagnosis: Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

Final Diagnosis(es):
        Principal Problem:
 Patellar tendon rupture, left, initial encounter

Procedures:
Left knee repair of infrapatellar tendon-primary without graft

Brief Hospital Course: The patient was admitted for elective orthopaedic surgery and underwent successful repair. Postoperatively the patient remained stable without any evidence of cardiac or respiratory failure. Perioperative antibiotics and anticoagulation treatment were given. The patient was able to participate in physical therapy as well as occupational therapy.

Consultations: PT/OT

Reviewed / Discussed home care instructions and medications.

**Medication List**

Page 1725

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000857

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

**START taking these medications**
**Aspirin Low Dose** 81 MG Chew
Generic drug: aspirin
Chew and swallow 1 Tablet by mouth twice daily.

**oxyCODONE** 5 MG Tabs
Commonly known as: Roxicodone
Take 2 Tablets by mouth every 4 hours as needed.

**CHANGE how you take these medications**
**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco
Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.**

**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Use With victoza injections
What changed: **additional instructions**

⊕ **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**CONTINUE taking these medications**
**diclofenac** 50 MG Tbec
Commonly known as: Voltaren
Take 1 Tablet by mouth twice daily.

**docusate sodium** 100 MG Caps
Commonly known as: Colace
Take 1 Cap by mouth twice daily.

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1726                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000858

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily.

**STOP taking these medications**
**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta

**meloxicam** 7.5 MG Tabs
Commonly known as: Mobic

**ondansetron** 4 MG Tabs
Commonly known as: Zofran

**rosuvastatin** 10 mg Tabs
Commonly known as: Crestor

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide

### Where to Get Your Medications

**These medications were sent to MultiCare Allenmore Outpatient Pharmacy**
    Hours: 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm
- Aspirin Low Dose 81 MG Chew
- oxyCODONE 5 MG Tabs

1901 S. Union, TACOMA WA 98405
Phone: 253-459-6746

**These medications were sent to SAFEWAY PHARMACY #1594 - TACOMA, WA**
Phone: 253-471-1730
- TechLite Pen Needles 31G X 8 MM Misc

707 S 56TH STREET, TACOMA WA 98408

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1727

Printed by 71334 at 8/21/24 10:12 AM

MC_000859

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

Home Health:
   Equipment: As needed for discharge to home


   Follow up appointments with:
   Dr.Thompson in 2 weeks


Condition on discharge: Stable

Prognosis: Good

Transferred to Home



Alexandria Bones, PA-C

   Electronically signed by Alexandria Bones, PA-C at 07/20/23 1020
   Electronically signed by William Frederick Thompson, MD at 07/20/23 1740



Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Prior To Admission

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |


##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |


##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1728                              Printed by 71334 at 8/21/24 10:12 AM

MC_000860

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### Insulin Pen Needle (PEN NEEDLES 31GX5/16") 31G X 8 MM Misc

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 6/27/2023 |
| Instructions: Use  With  victoza injections | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/1/2022 |
| Start date: 6/1/2022 | End date: 6/26/2023 |
| Quantity: 100 Each | Refill: 11 refills by 6/1/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 6/26/2023, D/C: 6/27/2023

Page 1729                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000861

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Medication List (continued)

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc

| | |
|---|---|
| Instructions: Use With victoza injections | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | Quantity: 100 Each |
| Refill: 11 refills by 6/26/2024 | |

### Discharge Medication List

### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

ALLENMORE HOSPITAL  Larocque, Linda J
1901 S UNION AVE  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702  Adm: 6/26/2023, D/C: 6/27/2023

Page 1730  Printed by 71334 at 8/21/24 10:12 AM

MC_000862

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1731

Printed by 71334 at 8/21/24 10:12 AM

MC_000863

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc

| | |
|---|---|
| Instructions: Use With victoza injections | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | Quantity: 100 Each |
| Refill: 11 refills by 6/26/2024 | |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

**Stopped in Visit**

### ondansetron (ZOFRAN) 4 MG Tab

ALLENMORE HOSPITAL   Larocque, Linda J
1901 S UNION AVE   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 6/26/2023, D/C: 6/27/2023

Page 1732   Printed by 71334 at 8/21/24 10:12 AM

MC_000864

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

Discontinued by: Alexandria Bones, PA-C        Discontinued on: 6/27/2023

**meloxicam (MOBIC) 7.5 MG Tab**

Discontinued by: Alexandria Bones, PA-C        Discontinued on: 6/27/2023

**Labs**

EMR LR v13.0

| GLUCOSE (POINT OF CARE) (Order 711034408) | Status: Final result |
|---|---|
| Results | (Collected: 6/26/2023 12:54) |

### Results

GLUCOSE (POINT OF CARE) Final result                                           Order: 711034408

Status: **Final result**

| Component<br>Ref Range & Units | 6/26/23 1254 |
|---|---|
| Glucose<br>65 - 120 mg/dL | 101 |
| Comment | Notify RN/MD |

Comment: Venous

## END OF LAB RESULTS REPORT

EMR LR v13.0

| GLUCOSE (POINT OF CARE) (Order 711153360) | Status: Final result |
|---|---|
| Results | (Collected: 6/26/2023 16:29) |

### Results

GLUCOSE (POINT OF CARE) Abnormal, Final result                                  Order: 711153360

Status: **Final result**

| Component<br>Ref Range & Units | 6/26/23 1629 |
|---|---|
| Glucose<br>65 - 120 mg/dL | 127<br>(H) * |
| Comment | Notify RN/MD |

Comment: Capillary Fingerstick

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1733                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000865

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Labs (continued)

# END OF LAB RESULTS REPORT
EMR LR v13.0

**GLUCOSE (POINT OF CARE) (Order 711153385)**
**Results**

Status: **Final result**
(Collected: 6/26/2023 21:30)

## Results

**GLUCOSE (POINT OF CARE)** Abnormal, Final result                                    Order: 711153385

Status: **Final result**

| Component<br>Ref Range & Units | 6/26/23 2130 |
|---|---|
| Glucose<br>65 - 120 mg/dL | **140**<br>**(H)** ^ |
| Comment | Capillary Fingerstick |

# END OF LAB RESULTS REPORT
EMR LR v13.0

**GLUCOSE (POINT OF CARE) (Order 711153390)**
**Results**

Status: **Final result**
(Collected: 6/27/2023 08:20)

## Results

**GLUCOSE (POINT OF CARE)** Final result                                    Order: 711153390

Status: **Final result**

| Component<br>Ref Range & Units | 6/27/23 0820 |
|---|---|
| Glucose<br>65 - 120 mg/dL | 110 |
| Comment | Capillary Fingerstick |

# END OF LAB RESULTS REPORT

Imaging

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1734                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000866

## Results (continued)

Imaging (continued)

Imaging

### XR KNEE 1 OR 2 VIEWS LEFT [711153396] (Final result)

| XR KNEE 1 OR 2 VIEWS LEFT [711153396] | Resulted: 06/27/23 1529, Result status: Final result |
|---|---|

Ordering provider: Alexandria Bones, PA-C  06/27/23 1311
Resulted by: Tod E Wurst, MD
Performed: 06/27/23 1358 - 06/27/23 1443
Resulting lab: MULTICARE RADIANT INTERFACE
Narrative:

Order status: Completed
Filed by: Radiant, Results Interface  06/27/23 1530
Accession number: 27817986

Exam: Left knee, 06/27/2023, 2:12 PM.

HISTORY: 65-year-old female with history of patellar tendon rupture status
post repair.

TECHNIQUE: Portable AP and lateral views of the left knee were obtained.

COMPARISON: 06/22/2023.

FINDINGS:

There is extensive soft tissue swelling over the anterior aspect of the
knee with skin staples at the anterior skin surface. Once again the
patella is relatively high riding with ossific densities noted superior
and posterior the patella as well as anterior to the femoral condylar
prosthetic component. Extensive air within the anterior soft tissues are
noted. Features of prior left knee arthroplasty are identified.

Impression:
IMPRESSION:
1. Postoperative changes of left knee secondary to patellar tendon repair
with a persistent high riding patella and extensive soft tissue swelling
as well as soft tissue air.
.......
Providers: To speak with a TRA radiologist, call (253)761-4200.
Patient: For further result information, please contact ordering provider.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 55 - Unknown | MULTICARE RADIANT INTERFACE | Unknown | Unknown | 03/26/13 0741 - Present |

Signed

Electronically signed by Tod E Wurst, MD on 6/27/23 at 1530 PDT

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1735

Printed by 71334 at 8/21/24 10:12 AM

MC_000867

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON)

### Surgery Information

#### General Information

| | | |
|---|---|---|
| Date: 6/26/2023 | Time: 1345 | Status: Posted |
| Location: ALLENMORE OR | Room: AH 02 | Service: Orthopedics |
| Patient class: Ambulatory | Case classification: Elective | |

#### Diagnosis Information

| Diagnosis | ICD Code |
|---|---|
| Patellar tendon rupture, left, initial encounter | S86.812A |

#### Panel Information

##### Panel 1

| Surgeon | Role | Service | Start Time | End Time |
|---|---|---|---|---|
| William Frederick Thompson, MD | Primary | Orthopedics | 1345 | |
| Alexandria Bones, PA-C | Assisting PA | Orthopedics | 1345 | |

Procedure: LEFT KNEE OPEN REPAIR PATELLAR TENDON [27380 (CPT®)]

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| Left | I. Clean | | General Level I | Knee | 78 |

Left adductor canal block done pre-op in OR by Dr. Demakakos

**LEFT KNEE OPEN REPAIR PATELLAR TENDON (Left) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Supine**<br>Strap Safety | Left Arm: | **Extended <90 Degrees**<br>Armboard, Pad Foam<br>Arm, Strap Safety | Right Arm: | **Extended <90 Degrees**<br>Armboard, Pad Foam<br>Arm, Strap Safety |
| Head: | **Aligned**<br>Pillow | Left Leg: | **Draped Free** | Right Leg: | **Straight**<br>Gel Pad |
| Positioned by: | **Eileen K Hutchinson, RN Felicidad P Trajico, RN Lisa M O Driscoll, CRNA Jason W Demakakos, MD Jackquline E Lee, CNA William Frederick Thompson, MD Alexandria Bones, PA-C** | | | Comments: | gel pad on right heel, warm cotton blankets |

#### Case Completion - Additional Information

##### Pre-op diagnosis

Patellar tendon rupture, left, initial encounter [S86.812A]

##### Post-op diagnosis

None

#### Verification Information

| Staff Member | Date | Time |
|---|---|---|
| Felicidad P Trajico, RN | 6/26/2023 | 16:28 |

### Timeouts

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1736

Printed by 71334 at 8/21/24 10:12 AM

MC_000868

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

### Catherine Sharp, RN at Mon Jun 26, 2023 1333 PDT

#### Timeout Details

Timeout type: Preprocedure

#### Procedures

Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD
*Left adductor canal block done pre-op in OR by Dr. Demakakos*

#### Timeout Questions

Correct site? Yes
Correct side? Yes
Correct procedure? Yes
H&P note completed? Yes
Consents verified? Yes
Is documentation verified? Yes

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Catherine Sharp, RN | Mon Jun 26, 2023 1333 PDT | Mon Jun 26, 2023 1333 PDT |

### Felicidad P Trajico, RN at Mon Jun 26, 2023 1350 PDT

#### Timeout Details

Timeout type: Preprocedure

#### Procedures

Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD
*Left adductor canal block done pre-op in OR by Dr. Demakakos*

#### Timeout Questions

Correct site? Yes
Correct side? Yes
Correct procedure? Yes
H&P note completed? Yes
Consents verified? Yes
Is documentation verified? Yes

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Felicidad P Trajico, RN | Mon Jun 26, 2023 1350 PDT | Mon Jun 26, 2023 1415 PDT |

### Eileen K Hutchinson, RN at Mon Jun 26, 2023 1420 PDT

#### Timeout Details

Timeout type: Pre-incision

#### Procedures

Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD
*Left adductor canal block done pre-op in OR by Dr. Demakakos*

#### Timeout Questions

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1737

Printed by 71334 at 8/21/24 10:12 AM

MC_000869

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

Correct site? Yes
Correct side? Yes
Site marked? Yes
Implants present? Yes
Antibiotics ordered and given? Given
Consents verified? Yes

### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Eileen K Hutchinson, RN | Mon Jun 26, 2023 1420 PDT | Mon Jun 26, 2023 1437 PDT |

### Eileen K Hutchinson, RN at Mon Jun 26, 2023 1420 PDT

#### Timeout Details
Timeout type: Fire Safety

#### Procedures
Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD
*Left adductor canal block done pre-op in OR by Dr. Demakakos*

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Eileen K Hutchinson, RN | Mon Jun 26, 2023 1420 PDT | Mon Jun 26, 2023 1437 PDT |

### Felicidad P Trajico, RN at Mon Jun 26, 2023 1608 PDT

#### Timeout Details
Timeout type: Post Proc Debrief

#### Procedures
Panel 1: Left LEFT KNEE OPEN REPAIR PATELLAR TENDON with William Frederick Thompson, MD
*Left adductor canal block done pre-op in OR by Dr. Demakakos*

#### Timeout Questions
Is documentation verified? Yes
Are counts correct? Yes
Have specimens been labeled? N/A
Have all new equipment problems been addressed? N/A
Have all recovery issues been reviewed? N/A

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Felicidad P Trajico, RN | Mon Jun 26, 2023 1608 PDT | Mon Jun 26, 2023 1628 PDT |

## Clinical Documentation

### Case Tracking Events

| Event | Time In |
|---|---|
| Patient in Facility | 1142 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1738
Printed by 71334 at 8/21/24 10:12 AM

MC_000870

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

| | |
|---|---|
| In Pre-procedure | 1151 |
| Ready for Procedure | 1332 |
| In Room | 1357 |
| Case/Incision Start | 1431 |
| Closing | 1549 |
| Case/Incision Close | 1609 |
| Out of Room | 1613 |
| In Phase I | 1614 |
| Out Phase I | 1827 |
| End of Care | 1827 |
| Anesthesia Start | 1357 |
| Anesthesia Ready | 1404 |
| Anesthesia Stop | 1615 |

### Event Tracking

Panel 1

| Event | Time In |
|---|---|
| Incision Start | |
| Incision Close | |

Procedure : LEFT KNEE OPEN REPAIR PATELLAR TENDON

| Event | Time In |
|---|---|
| Procedure Start | |
| Procedure End | |

### Patient Preparation

Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| Knee, Hip to Toes, Leg Upper, Leg Lower | Left | Chlorhexidine (ChloraPrep) | | |

Skin Condition

| Skin Site | Condition | Comments |
|---|---|---|
| Grounding | Warm,Dry,Intact | |
| Operative | Dry, Warm, Other (See Notes) | Surgical scar anterior knee |
| Positioning | Warm,Dry,Intact | |
| Tourniquet | Warm,Dry,Intact | |
| Warming | Warm,Dry,Intact | |

Post-op Skin Information

| Skin Site | Condition |
|---|---|
| Grounding | Warm,Dry,Intact |
| Positioning | Warm,Dry,Intact |
| Tourniquet | Warm,Dry,Intact |
| Warming | Warm,Dry,Intact |
| Operative | Approximated, Warm,Dry,Intact |

### Notes

Anesthesia Postprocedure Evaluation

Lisa M O Driscoll, CRNA at 6/26/2023 1621

| Vitals | Value | Taken Time |
|---|---|---|
| BP | 114/84 | 06/26/23 1615 |
| Temp | 36.2 °C | 06/26/23 1150 |

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 6/26/2023, D/C: 6/27/2023

Page 1739                              Printed by 71334 at 8/21/24 10:12 AM

MC_000871

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

| Pulse | 109 | 06/26/23 1620 |
|-------|-----|---------------|
| Resp | 21 | 06/26/23 1620 |
| SpO2 | 100 % | 06/26/23 1620 |

Vitals shown include unvalidated device data.

**Anesthesia Post Evaluation**

Patient location during evaluation: **PACU**
Patient participation: **complete - patient participated**
Level of consciousness: **awake and alert**
Pain management: **adequate**
Multimodal analgesia pain management approach
Airway patency: **patent**
Two or more strategies used to mitigate risk of obstructive sleep apnea
Cardiovascular status: **acceptable and hemodynamically unstable**
Respiratory status: **acceptable, face mask and spontaneous ventilation**
Hydration status: **acceptable**
Nausea and vomiting status: **none**

Lisa M O'Driscoll, CRNA

Electronically signed by Lisa M O Driscoll, CRNA at 06/26/23 1621

Anesthesia Preprocedure Evaluation

Lisa M O Driscoll, CRNA at 6/23/2023 1109

Linda J Larocque is a 65 year old female with Patellar tendon rupture, left, initial encounter [S86.812A] scheduled for Procedure(s):
REPAIR, TENDON, PATELLAR, OPEN

NPO Status:

**ROS/MEDHX:**

Reviewed: Labs, Imaging, NPO Status and Smoking/Substance hx

**ANESTHETIC HISTORY :**
No Personal or Family h/o Anesthesia Complications

**CARDIAC :** (+)
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by instantaneous wave-free ratio of the right coronary artery
- Hypertension

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1740                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000872

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

- Hyperlipidemia
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction


Last visit with cardiology 10/31/2022
Stable
Continue current medications
Follow up in 6-9 months
- OK to proceed with knee surgery if she chooses from a cardiac standpoint at this time

TTE 6/2022
Conclusions:
The left ventricular chamber size is mildly enlarged. The left ventricular systolic function is mildly reduced. The visually estimated left ventricular ejection fraction (LVEF) is between 45-50%. The calculated ejection fraction is 48% by 3D. There is paradoxical septal motion consistent with a left bundle branch block. Mild concentric left ventricular hypertrophy. Spectral Doppler is indicative of a impaired relaxation (stage 1) filling pattern.
There is mild mitral valve regurgitation.
There is mild tricuspid valve regurgitation.
There is no evidence of elevated pulmonary systolic pressure.

, exercise tolerance good, Dysrhythmias (PSVT), CHF, Hyperlipidemia, ECG reviewed (2/2023 SR, LBBB) and Echo reviewed
No CAD

**PULMONARY : (+)**
Last visit with pulmonary 1/12/2023
Stable
Continue APAP
Follow up yearly

" Pre-op risk assessment for knee replacement surgery
Would be consider low risk (for pulmonary complication including resp failure, pneumonia, atelectases) in the setting of known OSA, well control and compliant with CPAP. AHI of 3.3. Last PFT 7/2021 with FEV1 103% predicted and prior CXR clear"

1/2023
INTERPRETATION:
Spirometry pre-bronchodilator shows  FEV1pre 2.69 L (105% predicted), FVCpre 3.45 L (105% predicted), 78% FEV1/FVC ratio.

IMPRESSION:
1. Normal spirometry and flow volume loop.

, Sleep apnea and CPAP
Denies current tobacco use

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023
Page 1741                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000873

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

**VASCULAR :** (+) Hypertension

**NEURO / PSYCH :** (+) Headaches (migraine )

**HEME / ONC :** Negative ROS

**MUSCULOSKELETAL :** (+) Osteoarthritis

**GI / HEPATIC / RENAL :** (+) NASH (nonalcoholic steatohepatitis), Hepatitis (NASH) and Liver disease (NASH)

**ENDO / OTHER :** (+) Diabetes, Obesity and Class II BMI - 35-39.9

**OB / GYN :** Negative ROS

**BIRTH HISTORY :**

**PERTINENT SUBSTANCE ABUSE :** (+) Chronic narcotic/sedative use

**OTHER HISTORY :**
Chart review only, patient not seen
Anesthesia for TKR 2/8/2023 without complication.  Clearances for previous procedure:
Pulmonary risk assessment in visit note 1/12/2023
Surgery clearance in cardiology note 10/31/2022

S. Hento, ARNP
6/23/2023


**Physical Exam:**
**Airway :** Mallampati: II, TM Distance: >3 FB, Neck ROM: full
**Dental :** Normal exam
**Cardiovascular :** Normal exam
**Pulmonary :** Normal exam
**Neurologic :** Normal exam
**Abdominal :**
**Other Findings :**



**Anesthesia Plan:**

ASA: 2
Proposed Anesthetic Plan: general-intravenous induction/inhalation maintenance and regional nerve block

Post Anesthetic Plan:  Routine
Informed Consent: patient
Use of blood products discussed with: patient
Discussed general anesthesia with pt.  Risks discussed to include but not limited to: PONV, dental damage, sore throat, hoarse voice, risk for damage to heart, lungs, brain, or death.  Risks discussed of nerve block to include risk for infection, nerve damage, blood vessel damage, failed block, or intravascular injection of local anesthetic.  Pt verbalizes

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1742
Printed by 71334 at 8/21/24 10:12 AM

MC_000874

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

understanding and desire to proceed with anesthesia and postoperative nerve block. No questions verbalized by pt.

.

Electronically signed by Lisa M O Driscoll, CRNA at 06/26/23 1330

Discharge Summary

Alexandria Bones, PA-C at 6/27/2023 1536

Attestation signed by William Frederick Thompson, MD at 07/20/23 1740

Agree with above.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

**Discharge Summary**
**7/20/2023**

Linda J Larocque

Admission date: 6/26/2023
Discharge date: 6/27/2023
Length of Stay: LOS: 0 days

Provisional Diagnosis: Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

Final Diagnosis(es):
     Principal Problem:
Patellar tendon rupture, left, initial encounter

Procedures:
Left knee repair of infrapatellar tendon-primary without graft

Brief Hospital Course: The patient was admitted for elective orthopaedic surgery and underwent successful repair.

|  | ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|---|
|  | 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
|  | TACOMA WA 98405-1702 | Adm: 6/26/2023, D/C: 6/27/2023 |
| Page 1743 |  | Printed by 71334 at 8/21/24 10:12 AM |

MC_000875

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

Postoperatively the patient remained stable without any evidence of cardiac or respiratory failure. Perioperative antibiotics and anticoagulation treatment were given. The patient was able to participate in physical therapy as well as occupational therapy.

Consultations: PT/OT

Reviewed / Discussed home care instructions and medications.


**Medication List**

**START taking these medications**
**Aspirin Low Dose** 81 MG Chew
Generic drug: aspirin
Chew and swallow 1 Tablet by mouth twice daily.

---

**oxyCODONE** 5 MG Tabs
Commonly known as: Roxicodone
Take 2 Tablets by mouth every 4 hours as needed.


**CHANGE how you take these medications**
**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco
Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.**

---

**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

---

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

---

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Use With victoza injections
What changed: **additional instructions**

**✛ \* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1744
Printed by 71334 at 8/21/24 10:12 AM

MC_000876

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

**CONTINUE taking these medications**
**diclofenac** 50 MG Tbec
Commonly known as: Voltaren
Take 1 Tablet by mouth twice daily.

**docusate sodium** 100 MG Caps
Commonly known as: Colace
Take 1 Cap by mouth twice daily.

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily.

**STOP taking these medications**
**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta

**meloxicam** 7.5 MG Tabs
Commonly known as: Mobic

**ondansetron** 4 MG Tabs
Commonly known as: Zofran

**rosuvastatin** 10 mg Tabs
Commonly known as: Crestor

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide

**Where to Get Your Medications**

**These medications were sent to MultiCare**      1901 S. Union, TACOMA WA
**Allenmore Outpatient Pharmacy**                                      98405
    Hours: 8:30am-5pm Monday-Friday,          Phone: 253-459-6746

MC_000877

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

closed for lunch 1-1:30pm
- Aspirin Low Dose 81 MG Chew
- oxyCODONE 5 MG Tabs

**These medications were sent to SAFEWAY**          707 S 56TH STREET, TACOMA
**PHARMACY #1594 - TACOMA, WA**                              WA 98408
Phone: 253-471-1730
- TechLite Pen Needles 31G X 8 MM Misc

Home Health:
Equipment: As needed for discharge to home

Follow up appointments with:
Dr.Thompson in 2 weeks

Condition on discharge: Stable

Prognosis: Good

Transferred to Home

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 07/20/23 1020
Electronically signed by William Frederick Thompson, MD at 07/20/23 1740

H&P

Alexandria Bones, PA-C at 6/26/2023 1304

Attestation signed by William Frederick Thompson, MD at 06/26/23 1330
6/26/2023
Patient seen and examined by me.
Agree with above.

W. Frederick Thompson, MD
Orthopaedic Surgery/Sports Medicine

MC_000878

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

## PRE-OP EVALUATION

Name: Linda J Larocque
Age: 65 year old
Date: 6/26/2023

Chief Complaint: Left knee pain from contusion following joint replacement

Patient presented initially for outpatient orthopedic evaluation for a left knee pain. Underwent successful total knee replacement. Was healing uneventfully and had been discharged from supervised physical therapy to HEP, when she had a shopping cart suddenly and unexpectedly hit her lower leg. She then came in for follow up and had xray changes supporting patella tendon rupture and new onset of difficulty raising leg. It was then decided that surgical intervention was indicated.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | |
| • ANESTHESIA REACTION | |
| *discovered psvt in pacu* | |
| • Backache, unspecified | |
| *Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites | |
| *Osteoarthritis gen'l chronic pain syndrome Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF | |
| *6/2022 ECHO EF 45-50% Dr Guerra cardiologist* | |
| • History of sleep apnea | |
| *uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) | 10/27/2009 |
| *tx w/ hyst* | |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus | |
| *Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC) | |
| *heart murmur noted on echo* | |
| • Prediabetes | |
| • Snores | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled | |
| *diet controlled* | |
| • Uterine cancer (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY | | 2008, 2013 |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1747        Printed by 71334 at 8/21/24 10:12 AM

MC_000879

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

*due in august 2013*

| | | |
|---|---|---|
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY | Left | 11/2022 |
| *retinal tear tx w/ laser* | | |
| • H/O HYSTERECTOMY TOTAL | | 11/01/2009 |
| *uterine cancer stage 1aG1 w bso lnd* | | |
| • H/O ORAL SURGERY | | 2000 |
| *x 2* | | |
| • P FOOT/TOES SURGERY PROC UNLISTED | | 01/01/1999 |
| *mortons neuroma right* | | |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |

## Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart<br>  *CHF* | Mother | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU<br>  *GOUT* | Mother | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro<br>  *epilepsy* | Daughter | | |
| • Drug/Alcohol<br>  *recovering alcoholic* | Daughter | | |
| • Cancer<br>  *uterine ca* | Daughter | | |
| • Coronary Artery Disease<br><br>  *MI* | Maternal<br>Grandmother | | |
| • Cancer<br><br>  *BREAST* | Maternal<br>Grandmother | | |
| • Coronary Artery Disease<br><br>  *MI* | Maternal<br>Grandfather | | |
| • Hypertension | Sister | | |
| • Diabetes | Paternal Aunt | | |
| • Other<br>  *EPILEPSY* | Sister | | |
| • Diabetes | Sister | | |
| • Arthritis | Brother | | |
| • Heart | Sister | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1748

Printed by 71334 at 8/21/24 10:12 AM

MC_000880

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

| | |
|---|---|
| • Diabetes | Maternal Aunt |
| • Other | Paternal Aunt |
| *MIGRAINE* | |
| • Neuro | Sister |
| *early alzheimers.* | |

## Social History

### Socioeconomic History
| | |
|---|---|
| • Marital status: | Married |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

### Occupational History
• Not on file

### Tobacco Use
| | |
|---|---|
| • Smoking status: | Never |
|    Passive exposure: | Never |
| • Smokeless tobacco: | Never |

### Vaping Use
| | |
|---|---|
| • Vaping Use: | Not on file |

### Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | Not Currently |
|    *Comment: 1-2x year* | |
| • Drug use: | Never |
| • Sexual activity: | Yes |
|    Partners: | Male |
|    Birth control/protection: | Surgical |
|    *Comment: married monogamous, vas* | |

### Other Topics — Concern
| | |
|---|---|
| • Have you received a blood transfusion? | No |
| • Regular exercise | No |

### Social History Narrative
• Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file

Food Insecurity: Not on file

Transportation Needs: Not on file

Physical Activity: Not on file

Stress: Not on file

Social Connections: Not on file

Intimate Partner Violence: Not on file

Housing Stability: Not on file

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1749

Printed by 71334 at 8/21/24 10:12 AM

MC_000881

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

Allergies: Allergies
Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]

Current medications:
**Current Facility-**
**Administered Medications**

| Medication | Dose |
| --- | --- |
| • cefazolin 2g iv in syringe (200 mg/mL) for iv push | 2 g |
| • lidocaine preservative free (Xylocaine-MPF) 1 % (PF) inj 0.2 mL | 0.2 mL |
| • saline flush (NS) 0.9% NaCl inj 5-80 mL | 5-80 mL |

### ROS
Otherwise negative except for history present illness, as well as that related to active medical problem list, 10 point review of systems.

**Vitals:**

|  | 06/23/23 0933 | 06/26/23 1150 |
| --- | --- | --- |
| BP: | | (!) 128/92 |
| BP Site: | | Left upper arm |
| Pulse: | | 90 |
| Resp: | | 20 |
| Temp: | | 97.1 °F (36.2 °C) |
| TempSrc: | | Temporal |
| SpO2: | | 97% |
| Weight: | 253 lb (114.8 kg) | 239 lb (108.4 kg) |
| Height: | 5' 6" (1.676 m) | 5' 6" (1.676 m) |

### HEENT
WNL

### Genitourinary
Not examined

### Musculoskeletal
see previously documented attending provider orthopedic examination(s)

### Neurological

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1750
Printed by 71334 at 8/21/24 10:12 AM

MC_000882

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)**

alert, oriented and intact

**Pertinent Test Results** (lab, x-ray, etc.): X-rays reviewed

Diagnosis: Left Knee Patellar Tendon Rupture following history of Left Total Knee Replacement

Planned Procedure(s): Left Knee Patellar Tendon Repair

Counseling Note/ Plan of Care:
**Plan of care to address postoperative pain:**
Customarily this procedure has a type 2 expected medium-term recovery, with use of nonprescription and possible prescription anti-inflammatory medications, and acetaminophen as first line therapy. Occasionally, for severe pain, short-acting opioid derivatives are prescribed for up to 1-7 days postoperatively, at which time these will be discontinued.
The surgical team will manage postoperative pain for the 2 weeks immediately following surgery, after which time, the patient's PCP (or pain specialist) will assume this role.
For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. She has been given ample opportunity to ask questions to her satisfaction about her proposed surgical procedure and consents to such procedure with stated understanding.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 06/26/23 1309
Electronically signed by William Frederick Thompson, MD at 06/26/23 1330

**Nursing Notes**

**Kim Y Anderson, RN at 6/26/2023 1827**

SBAR report given to Amelia,RN. All questions answered. Pt meets criteria for transfer. VSS. Pt updated on plan of care and verbalized understanding. Transported to 2E with transporter. All belongings sent with pt during transfer.

Electronically signed by Kim Y Anderson, RN at 06/26/23 1829

**OR Nursing**

**Felicidad P Trajico, RN at 6/26/2023 1350**

MC_000883

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

Patient verified name, date of birth, surgical site, procedure, surgeon, NPO status, and Allergies: Allergies Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]. Consent signed and on chart. Pt transported to OR 2 per stretcher@1357. Report given to E. Hutchinson, RN@1405.

Electronically signed by Felicidad P Trajico, RN at 06/26/23 1418

Felicidad P Trajico, RN at 6/26/2023 1613

Patient transported to PACU 1 per stretcher with O2. Report given to PACU RN per Anesthesia Provider & Felicidad P Trajico, RN using SBAR.

Electronically signed by Felicidad P Trajico, RN at 06/26/23 1627

Procedures

William Frederick Thompson, MD at 6/26/2023 1622

Pre-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter

Post-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter

Procedures
1. P FIX INFRAPATELLA TENDON,PRIMARY [27380 (CPT®)]

Operative/Procedure Report

PATIENT NAME: Larocque, Linda
MRN: 172930
ENCOUNTER: 297993749
DOB: 2/9/1958
DATE: 6/26/2023
PHYSICIAN: W. FREDERICK THOMPSON, MD

PREPROCEDURE DIAGNOSIS:
Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

POSTPROCEDURE DIAGNOSIS:
Left knee subacute infrapatellar tendon rupture, posttraumatic, following left TKR

PROCEDURE:
Left knee repair of infrapatellar tendon-primary without graft

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1752
Printed by 71334 at 8/21/24 10:12 AM

MC_000884

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

ASSISTANT: Alexandria Bones, PA-C

ANESTHESIA: general, with image guided adductor canal block per anesthesiologist

DRAINS: none
SPECIMEN: none
ESTIMATED BLOOD LOSS: minimal
COMPLICATIONS: None.
TT: 97 minutes @300 mmHg.
FINDINGS:
Subacute infrapatellar tendon rupture of the left knee, no acute hematoma formation. Some fibers remaining attached to the inferior pole of the patella, with severe, attritional stretching rendering them incompetent
Robust infrapatellar scar tissue, patella alta.

INDICATIONS FOR PROCEDURE: This 65 year old female underwent left TKR 2/8/2023. She was progressing uneventfully, and doing well with routine postoperative supervised physical therapy.
She sustained a traumatic event, involving the left knee, with subsequent severe weakness of the left lower extremity, unable to lift her left leg with straight knee, which she had previously established following surgery, with physical therapy.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room, after which time a universal verification was performed, a general anesthetic was given as well as IV antibiotics.
The left lower extremity was sterilely prepped and draped in the usual manner, below a well-padded tourniquet set at 300 mmHg.

After sterile prep and drape using loban barrier drape, the left lower extremity was exsanguinated with a 6 inch Esmarch, followed by inflation of the tourniquet.
The anterior incision, previously used for left TKR was used for the anterior approach to the left knee, incising through the abundant scar tissue down to the extensor mechanism. The medial and lateral borders of the patellar tendon were palpated and then the 10 blade was used to divide the adjacent tissue to isolate the tendon. Palpation revealed an area of thinning, with scar tissue overlying suggesting complete/near complete rupture of the infrapatellar tendon. The anterior prepatellar region and distal quadriceps tendon was also exposed. The soft tissue defect was established, followed by transversely incising this tissue to expose the patellar tendon. The above-mentioned attritional fibers that were stretched from the patella were incised/excised and to allow for patellar tendon suturing and later repair.
The scarred retropatellar fat pad was partially excised. The surgeon's hand was placed into the medial and lateral gutters and the suprapatellar pouch, to separate any scar tissue, to allow better patella mobilization during repair.

The infrapatellar tendon was sutured with both #2 and #5 FiberWire with locking stitches. 2 vertical drill holes were made through the patellar bone/implant construct with a small drill bit followed by placing passing sutures. Small incisions were made in the distal quadriceps tendon to identify these sutures delivered above the superior pole of the patella.
Of note the patellar component, cemented on the patella was stable, and showed no signs of loosening or dislodgment.
After passing these sutures, the patella and patellar tendon were reduced to 1 another with tension applied to the #5 FiberWire, while the #2 FiberWire was tensioned and secured with knot-tying. After this the anterior prepatellar retinacular tissue which was thickened, was sewn in a vest over pants fashion, securing this with #2 Ethibond with multiple sutures.
The remaining #5 FiberWire, now in the suprapatellar region, was tied in a modified Bunnell stitch, to the distal quadriceps tendon.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1753
Printed by 71334 at 8/21/24 10:12 AM

MC_000885

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

After this repair was completed, the knee was flexed to approximately 95/100 degrees with excellent soft tissue apposition, without separation or retraction.
During this procedure, the exposed soft tissue, bone and implants were constantly bathed with Irrisept.
Hemostasis was confirmed prior to closure. The medial patellar dissection/arthrotomy was closed with #2 Ethibond, and the lateral tissues were closed with #1 Vicryl. The subcutaneous tissue was then closed with 2-0 Vicryl followed by staples for the skin. The wound was dressed using flex 7 and Acticoat, followed by a 6 inch Ace wrap, and releasing the tourniquet at 97 minutes.

The knee immobilizer that the patient brought with her to the hospital was reapplied, after refitting this.

She was transferred to the recovery room, in stable condition, and in no acute distress.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*

*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

Electronically signed by William Frederick Thompson, MD at 06/26/23 1637

Progress Notes

Marie Betcher, RN at 6/23/2023 0942

### WEST PIERCE REGIONAL PRE ANESTHESIA CLINIC NOTE
1901 S. Union Ave, 19U-H1-PAC, Tacoma, WA 98405
Phone: 253- 459-6877   Fax: 253-459-6218

**6/23/2023**

Linda J Larocque is a 65 year old female

**DOS:** 6/26/23
**Surgeon:** THOMPSON
**Surgical Procedure:**

| REPAIR, TENDON, PATELLAR, OPEN (702053) | Left |
|---|---|

**Location:** ALLENMORE

**Summary of Contact(s)6/23/23**
☒ Call completed
       Date/time/initials: 6/23/23@0940 MB RN
☐ No show
       Date/time/initials:

---

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1754                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000886

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

☐ Cold call
    ☐ Call completed:
        Date/time/initials:
    ☐ Call not completed:
        Date/time/initials:

**PAC Nursing Communication:**

**Date/time/Initials**       **Documentation**
6/23/23@0940Pre-Anesthesia instructions given verbally & via mychart also discussed expectations for not being alone for at least 24 hr after surgery instructions given; pt states understanding MB RN

**Covid Questions:**
    Positive Covid test in last 3 months (includes home test)? ☐ Yes ☒ No
        If yes, Date:
            Symptoms?         ☐ Yes ☐ No
            Cough or dyspnea?   ☐ Yes ☐ No
            Hospitalization?     ☐ Yes ☐ No
            ICU admission?      ☐ Yes ☐ No

**Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:**

    Is patient diabetic? ☐ Yes ☐ No
        If yes, order FBS DOS
    Is patient on Dialysis? ☐ Yes ☐ No
        If yes, order K+ DOS
    Does patient have heart failure with reduced EF (systolic HF)? ☐ Yes ☐ No
        If yes, usual labs and workup per pre anesthesia clinic order set indicated. Please obtain copy of most recent echo. Cardiac clearance not needed.
    Can patient lie flat for 1-2 hours? ☐ Yes ☐ No
        If no, reason:
        If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and workup per pre anesthesia clinic order set indicated.
    Does surgeon request general anesthesia? ☐ Yes ☐ No
        If yes, usual labs and workup per pre anesthesia clinic order set indicated.

**\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless specified above.**

**\*Strabismus surgery done with general anesthesia**

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders, and other pre-surgery tasks**

Additional DOS Special Needs (not included in Procedure Pass):

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 6/26/2023, D/C: 6/27/2023

Page 1755                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000887

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

☐ TAA Chart review requested
　　Date/time/initials:

**Communication with TAA**

**Relevant Medical History:** HTN, OSA w/cpap, Anemia, LBBB, EF 45-50%, Pre Diabetes

**Clinical Question or concern:**

| Date/time/Initials | Documentation |
|---|---|
| 6/23/23@1020 MB RN | Hx **LBBB, SVT, EF 45-50%, Review done--1/25/23, last surgery clearance done** |

**10/31/22 this surgery is emergent--next Cardio visit is early the Am of Surgery**

**Recommendations (date/time/initials):**

　　☒ No further evaluation or testing recommended:**6/23/23**
　　☒ Cardiac clearance: **cardio note 10/31/22**
　　☒ Medical clearance: **Pulm risk note 1/12/23**
　　☐ Follow up with specialist or PCP:
　　☐ Other:

**SOB with exercise:** No
**Chest pain with exercise:** No
**Exercise Capacity (≥ 4 METS yes or no):** Yes 4met
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)
- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG:** 2/2/23
**ECHO:** 2021
**Cardiology notes or Clearance:** 10/31/22 Dr Guerra
**Pacemaker or ICD Clearance:**
**Other relevant information (Lab, ER visits, etc.):**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1756
Printed by 71334 at 8/21/24 10:12 AM

MC_000888

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

Electronically signed by Marie Betcher, RN at 06/23/23 1609

| Surgery Encounter<br>6/26/2023 | Linda J Larocque<br>MRN: 172930 |
|---|---|

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E**
**EMR SURG v13.0**

### Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Larocque, Linda J | Female | 2/9/1958 |

### General Information

| | | |
|---|---|---|
| Date: 6/26/2023 | Time: 1345 | Status: Posted |
| Location: ALLENMORE OR | Room: AH 02 | Service: Orthopedics |
| Patient class: Ambulatory | Case classification: Elective | |

### Panel Information

#### Panel 1

| Surgeon | Role | Service |
|---|---|---|
| William Frederick Thompson, MD | Primary | Orthopedics |
| Alexandria Bones, PA-C | Assisting PA | Orthopedics |

**Procedure: LEFT KNEE OPEN REPAIR PATELLAR TENDON**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | |
|---|---|---|---|---|---|
| Left | I. Clean | | General Level I | Knee | |

Left adductor canal block done pre-op in OR by Dr. Demakakos

**LEFT KNEE OPEN REPAIR PATELLAR TENDON (Left) - Position 1**

| | | | |
|---|---|---|---|
| Body: | **Supine**<br>Strap Safety | Left Arm: | **Extended <90 Degrees**<br>Armboard, Pad Foam<br>Arm, Strap Safety |

| | | |
|---|---|---|
| Right Arm: | **Extended <90 Degrees**<br><br>Armboard, Pad Foam<br>Arm, Strap Safety |

| | | | |
|---|---|---|---|
| Head: | **Aligned**<br>Pillow | Left Leg: | **Draped Free** |

| | |
|---|---|
| Right Leg: | **Straight**<br><br>Gel Pad |

| | |
|---|---|
| Positioned by: | **Eileen K Hutchinson, RN Felicidad P Trajico, RN Lisa M O Driscoll, CRNA Jason W Demakakos, MD Jackquline E Lee, CNA William Frederick Thompson, MD Alexandria Bones, PA-C** |

| | |
|---|---|
| Comments: | gel pad on right heel, warm cotton blankets |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000889

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

### Log Discontinued after Patient Arrival

None

### Delay Information

| Delay Type | Delay Reason | Length |
|---|---|---|

NO DELAY

### Complications

None

### Procedure Level

Procedure Level: OR Level III

### Patient Preparation

#### Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| Knee, Hip to Toes, Leg Upper, Leg Lower | Left | Chlorhexidine (ChloraPrep) | | |

#### Skin Condition

| Skin Site | Condition | Comments |
|---|---|---|
| Grounding | Warm,Dry,Intact | |
| Operative | Dry, Warm, Other (See Notes) | Surgical scar anterior knee |
| Positioning | Warm,Dry,Intact | |
| Tourniquet | Warm,Dry,Intact | |
| Warming | Warm,Dry,Intact | |

### Counts

| Type | Which? | Correct? | X-Ray? | MD Notified? | Counted By | Verified By |
|---|---|---|---|---|---|---|
| Sponges | Initial - pre-incision | | | | Artinisha D Miller, ST | Felicidad P Trajico, RN |
| Sharps | Initial - pre-incision | | | | Artinisha D Miller, ST | Felicidad P Trajico, RN |
| Misc Items | Initial - pre-incision | | | | Artinisha D Miller, ST | Felicidad P Trajico, RN |
| Sponges | 1st closing | Yes | Yes | | Yelena I Hensley, ST | Felicidad P Trajico, RN |
| Sharps | 1st closing | Yes | Yes | | Yelena I Hensley, ST | Felicidad P Trajico, RN |
| Misc Items | 1st closing | Yes | Yes | | Yelena I Hensley, ST | Felicidad P Trajico, RN |
| Sponges | Final | Yes, RF Wand/SurgiCount - No Sponges Indicated | Yes | | Yelena I Hensley, ST | Felicidad P Trajico, RN |
| Sharps | Final | Yes, RF Wand/SurgiCou | Yes | | Yelena I Hensley, ST | Felicidad P Trajico, RN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000890

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

| | | | | | |
|---|---|---|---|---|---|
| | | nt - No Sponges Indicated | | | |
| Misc Items | Final | Yes, RF Wand/SurgiCount - No Sponges Indicated | Yes | Yelena I Hensley, ST | Felicidad P Trajico, RN |
| Sponges | Relief | Yes | Yes | Artinisha D Miller, ST | Felicidad P Trajico, RN |
| Sharps | Relief | Yes | Yes | Artinisha D Miller, ST | Felicidad P Trajico, RN |
| Misc Items | Relief | Yes | Yes | Artinisha D Miller, ST | Felicidad P Trajico, RN |

### Pre-op Skin Information

| Skin Site | Condition |
|---|---|
| Grounding | Warm,Dry,Intact |
| Operative | Warm, Dry, Other (See Notes) |
|   Surgical scar anterior knee | |
| Positioning | Warm,Dry,Intact |
| Warming | Warm,Dry,Intact |
| Tourniquet | Warm,Dry,Intact |

### Post-op Skin Information

| Skin Site | Condition |
|---|---|
| Grounding | Warm,Dry,Intact |
| Positioning | Warm,Dry,Intact |
| Tourniquet | Warm,Dry,Intact |
| Warming | Warm,Dry,Intact |
| Operative | Approximated, Warm,Dry,Intact |

### Anesthesiologist Information

None

### Staff Information

| Staff | Role |
|---|---|
| Artinisha D Miller, ST | Scrub Person |
| Eileen K Hutchinson, RN | Circulator |
| Felicidad P Trajico, RN | Relief Circulator |
| Arturo A Perez, ST | Relief Scrub |
| Yelena I Hensley, ST | Relief Scrub |

### Additional Staff Info

None

### Specimens

None

### Tourniquets

| Tourniquet Type | Unit No. | Area | Laterality | Pressure | Inf. Date/Time | Def. Date/Time | Applied By |
|---|---|---|---|---|---|---|---|
| Tourniquet Automatic System | TSAHOR2 | Thigh | Left | 300 | 6/26/23 1429 | 6/26/23 1606 | William Frederick Thompson, MD Alexandria Bones, |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1759
Printed by 71334 at 8/21/24 10:12 AM

MC_000891

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

PA-C

42" cuff with stockinette padding, total time 97 mins

### Diagnosis Information

| Diagnosis |
| --- |
| Patellar tendon rupture, left, initial encounter |

### Electro Surgery Units

| ESU Type | ESU | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ESU | Valleylab FT/FT10 | | Thigh | Right | 40 | 40 | William Frederick Thompson, MD |

### Lasers

None

### Sequential Compression Devices

| SCD Type | SCD | Area | Laterality | Pressure | Left Pulse | Right Pulse | Applied By |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sequential Compression Device | | Lower Leg | Right | | | | Felicidad P Trajico, RN |

### Warming Devices

| Device Type | Device | Area | Laterality | Temp |
| --- | --- | --- | --- | --- |
| Bair Hugger Machine | | Upper Body | Bilateral | 38 °C (100.4 °F) |

### Fluoroscopy

None

### Implants

No implant documentation for this case.

### Medication Administration in OR from 06/26/2023 1357 to 06/26/2023 1613

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
| --- | --- | --- | --- | --- | --- | --- |
| 06/26/2023 1400 PDT | saline flush (NS) 0.9% NaCl inj 5-80 mL | -- | Intravenous | Canceled Entry | Kim Y Anderson, RN | Automatically canceled at discontinue of medication order |

### Case Tracking Events

| Event | Time In |
| --- | --- |
| Patient in Facility | 1142 |
| In Pre-procedure | 1151 |
| Physician Available | |
| Ready for Procedure | 1332 |
| Canceled in Pre-procedure | |
| In Room | 1357 |
| Case/Incision Start | 1431 |
| Closing | 1549 |
| Case/Incision Close | 1609 |
| OR Hold | |
| Out of Room | 1613 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1760
Printed by 71334 at 8/21/24 10:12 AM

MC_000892

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

| Patient To Floor | |
|---|---|
| In Phase I | 1614 |
| Ready to Move | |
| Out Phase I | 1827 |
| In Phase II | |
| Out Phase II | |
| End of Care | 1827 |
| Prod Start | |
| Prod End | |
| Anesthesia Start | 1357 |
| Anesthesia Ready | 1404 |
| Anesthesia Stop | 1615 |

### Universal Protocol

#### Catherine Sharp, RN at Mon Jun 26, 2023 1333 PDT

##### Timeout Details

Timeout type: Preprocedure

##### Procedures

Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD

##### Timeout Questions

Correct site? Yes
Correct side? Yes
Correct procedure? Yes
H&P note completed? Yes
Consents verified? Yes
Is documentation verified? Yes

##### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Catherine Sharp, RN | Mon Jun 26, 2023 1333 PDT | Mon Jun 26, 2023 1333 PDT |

#### Felicidad P Trajico, RN at Mon Jun 26, 2023 1350 PDT

##### Timeout Details

Timeout type: Preprocedure

##### Procedures

Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD

##### Timeout Questions

Correct site? Yes
Correct side? Yes
Correct procedure? Yes
H&P note completed? Yes
Consents verified? Yes
Is documentation verified? Yes

##### Signing History

| Staff | Performed | Signed |
|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1761

Printed by 71334 at 8/21/24 10:12 AM

MC_000893

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

| | | |
|---|---|---|
| Felicidad P Trajico, RN | Mon Jun 26, 2023 1350 PDT | Mon Jun 26, 2023 1415 PDT |

### Eileen K Hutchinson, RN at Mon Jun 26, 2023 1420 PDT

#### Timeout Details

Timeout type: Pre-incision

#### Procedures

Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD

#### Timeout Questions

Correct site? Yes
Correct side? Yes
Site marked? Yes
Implants present? Yes
Antibiotics ordered and given? Given
Consents verified? Yes

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| William Frederick Thompson, MD | Lisa M O Driscoll, CRNA |
| Alexandria Bones, PA-C | |
| Staff | |
| Artinisha D Miller, ST | |
| Eileen K Hutchinson, RN | |

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Eileen K Hutchinson, RN | Mon Jun 26, 2023 1420 PDT | Mon Jun 26, 2023 1437 PDT |

### Eileen K Hutchinson, RN at Mon Jun 26, 2023 1420 PDT

#### Timeout Details

Timeout type: Fire Safety

#### Procedures

Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN with William Frederick Thompson, MD

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| William Frederick Thompson, MD | Lisa M O Driscoll, CRNA |
| Alexandria Bones, PA-C | |
| Staff | |
| Artinisha D Miller, ST | |
| Eileen K Hutchinson, RN | |

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Eileen K Hutchinson, RN | Mon Jun 26, 2023 1420 PDT | Mon Jun 26, 2023 1437 PDT |

### Felicidad P Trajico, RN at Mon Jun 26, 2023 1608 PDT

#### Timeout Details

ALLENMORE HOSPITAL           Larocque, Linda J
1901 S UNION AVE             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Adm: 6/26/2023, D/C: 6/27/2023

Page 1762                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000894

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

Timeout type: Post Proc Debrief

### Procedures

Panel 1: Left LEFT KNEE OPEN REPAIR PATELLAR TENDON with William Frederick Thompson, MD

### Timeout Questions

Is documentation verified? Yes
Are counts correct? Yes
Have specimens been labeled? N/A
Have all new equipment problems been addressed? N/A
Have all recovery issues been reviewed? N/A

### Staff Present

Surgeons
William Frederick Thompson, MD
Alexandria Bones, PA-C
Staff
Felicidad P Trajico, RN
Yelena I Hensley, ST

Anesthesia Staff
Lisa M O Driscoll, CRNA

### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Felicidad P Trajico, RN | Mon Jun 26, 2023 1608 PDT | Mon Jun 26, 2023 1628 PDT |

### Perioperative Laser Questionnaire

None

### Surgeons

| Name | Panel | Role | Time Period |
|---|---|---|---|
| William Frederick Thompson, MD | Panel 1 | Primary | 6/26/2023 1345 |
| Alexandria Bones, PA-C | Panel 1 | Assisting PA | 6/26/2023 1345 |

### Staff

| Name | Type | Time Period |
|---|---|---|
| Artinisha D Miller, ST | Scrub Person | 6/26/2023 1322 - 6/26/2023 1345<br>6/26/2023 1400 - 6/26/2023 1504 |
| Eileen K Hutchinson, RN | Circulator | 6/26/2023 1322 - 6/26/2023 1341<br>6/26/2023 1403 - 6/26/2023 1459 |
| Felicidad P Trajico, RN | Relief Circulator | 6/26/2023 1339 - 6/26/2023 1410<br>6/26/2023 1459 |
| Arturo A Perez, ST | Relief Scrub | 6/26/2023 1345 - 6/26/2023 1401 |
| Yelena I Hensley, ST | Relief Scrub | 6/26/2023 1502 |

### Anesthesia Staff

| Name | Type | Time Period |
|---|---|---|
| Lisa M O Driscoll, CRNA | CRNA | 6/26/2023 1323 |
| Jason W Demakakos, MD | Anesthesiologist | |
| Jackquline E Lee, CNA | Anesthesia Assistant | 6/26/2023 1357 - 6/26/2023 1405 |

### Visitors

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1763

Printed by 71334 at 8/21/24 10:12 AM

MC_000895

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1854657 (LEFT KNEE OPEN REPAIR PATELLAR TENDON) (continued)

None

## END OF OPTIME REPORT

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1764                                      Printed by 71334 at 8/21/24 10:12 AM

MC_000896

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23

#### Anesthesia Information

**Anesthesia Summary - Larocque, Linda J [172930]     Female     65 year old**                    Current as of 06/26/23 1330

Height: 1.676 m (5' 6")  (06/26/23)
Weight: 108.4 kg (239 lb)  (06/26/23)
BMI: 38.59  (06/26/23)
NPO Status: Not recorded
Allergies: ACTOS [PIOGLITAZONE HYDROCHLORIDE], EFFEXOR [VENLAFAXINE], PAXIL [PAROXETINE
HYDROCHLORIDE], PRAVASTATIN, PROZAC [FLUOXETINE HCL], ZOLOFT [SERTRALINE HCL], CODEINE CAMSYLATE,
LIPITOR [ATORVASTATIN CALCIUM], METOPROLOL SUCCINATE [METOPROLOL], VOLTAREN [DICLOFENAC SODIUM],
ZOCOR [SIMVASTATIN]

#### Procedure Summary

Date: 06/26/23
Anesthesia Start: 1357
Procedure: LEFT KNEE OPEN REPAIR PATELLAR TENDON
(Left: Knee)

Surgeons: William Frederick Thompson, MD
Anesthesia Type: general

Room / Location: AH 02 / ALLENMORE OR
Anesthesia Stop: 1615
Diagnosis:
  Patellar tendon rupture, left, initial encounter
  (Patellar tendon rupture, left, initial encounter [S86.812A])
Responsible Provider: Lisa M O Driscoll, CRNA
ASA Status: 2

#### Responsible Staff                                                                          06/26/23

| Name | Role | Begin | End |
|---|---|---|---|
| Lisa M O Driscoll, CRNA | CRNA | 1357 | 1615 |

#### Events

| Date | Time | Event |
|---|---|---|
| 6/26/2023 | 1330 | Ready for Procedure |
| | 1338 | Equipment Check |
| | 1357 | Start Data Collection |
| | 1357 | Anesthesia Start |
| | 1402 | Induction |
| | 1403 | Intubation |
| | 1404 | Anesthesia Ready |
| | 1428 | Tourniquet Up<br>  300mmHg |
| | 1606 | Tourniquet Down |
| | 1610 | Extubation |
| | 1613 | Stop Data Collection |
| | 1615 | Anesthesia Stop<br>  I completed my SBAR handoff to receiving Nurse. |

#### Attestation Information

| Staff Name | Date | Time | Type |
|---|---|---|---|
| Felicidad P Trajico, RN | 06/26/23 | 1628 | Intra-Op |

#### Medications

**midazolam 2 mg/2 mL (mg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23  1400 | 2 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

**fentanyl 100 mcg/2 mL (mcg)**

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1765                                              Printed by 71334 at 8/21/24 10:12 AM

MC_000897

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Anesthesia on 06/26/23 (continued)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1402 | 75 mcg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1428 | 25 mcg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### lidocaine 2 % pf (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1402 | 100 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### propofol (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1402 | 100 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1417 | 50 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1553 | 50 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### rocuronium (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1401 | 5 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### phenylephrine (mcg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1422 | 100 mcg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1436 | 100 mcg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1440 | 100 mcg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### ondansetron (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1400 | 4 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### dexamethasone 4 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1415 | 4 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### succinylcholine 20 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1402 | 120 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

### ropivacaine 5 mg/mL (mL)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1405 | 20 mL | Given | Perineural | Jason W Demakakos, MD |

### cefazolin 2g iv in syringe (200 mg/mL) for iv push (g) Dosing weight: 114.8

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1766

Printed by 71334 at 8/21/24 10:12 AM

MC_000898

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23 (continued)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1405 | 2 g (over 10 min) | New Bag | Intravenous | Lisa M O Driscoll, CRNA |

#### ketAMINE 10 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1417 | 30 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1459 | 20 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

#### hydromorPHONE (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1429 | 0.2 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1442 | 0.2 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1453 | 0.2 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1510 | 0.2 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |
| 1547 | 0.2 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

#### ketoROLAC 15 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1557 | 15 mg | Given | Intravenous | Lisa M O Driscoll, CRNA |

#### LR (mL)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 06/26/23 1357 | | New Bag | Intravenous | Lisa M O Driscoll, CRNA |
| 1615 | 1,000 mL | Stopped | Intravenous | Lisa M O Driscoll, CRNA |

Comment: Anesthesia infusion automatically stopped.

### Preprocedure Signoff

Ready for Procedure: Lisa M O Driscoll, CRNA on 06/26/23 at 1330
Reviewed: Lisa M O Driscoll, CRNA on 06/26/23 at 1330

### Signoff Status

None

### Notes

#### Anesthesia Postprocedure Evaluation

##### Lisa M O Driscoll, CRNA at 6/26/2023 1621

###### Version 1 of 1

| | | |
|---|---|---|
| Author: Lisa M O Driscoll, CRNA | Service: --- | Author Type: Nurse Anesthetist |
| Filed: 06/26/23 1621 | Date of Service: 06/26/23 1621 | Status: Signed |
| Editor: Lisa M O Driscoll, CRNA (Nurse Anesthetist) | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1767

Printed by 71334 at 8/21/24 10:12 AM

MC_000899

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 06/26/23 (continued)

| Vitals | Value | Taken Time |
|--------|-------|------------|
| BP | 114/84 | 06/26/23 1615 |
| Temp | 36.2 °C | 06/26/23 1150 |
| Pulse | 109 | 06/26/23 1620 |
| Resp | 21 | 06/26/23 1620 |
| SpO2 | 100 % | 06/26/23 1620 |

Vitals shown include unvalidated device data.

## Anesthesia Post Evaluation

Patient location during evaluation: **PACU**
Patient participation: **complete - patient participated**
Level of consciousness: **awake and alert**
Pain management: **adequate**
Multimodal analgesia pain management approach
Airway patency: **patent**
Two or more strategies used to mitigate risk of obstructive sleep apnea
Cardiovascular status: **acceptable and hemodynamically unstable**
Respiratory status: **acceptable, face mask and spontaneous ventilation**
Hydration status: **acceptable**
Nausea and vomiting status: **none**

Lisa M O'Driscoll, CRNA

Electronically signed by Lisa M O Driscoll, CRNA at 06/26/23 1621

### Anesthesia Preprocedure Evaluation

**Lisa M O Driscoll, CRNA at 6/23/2023 1109**

**Version 2 of 2**

| | | |
|---|---|---|
| Author: Lisa M O Driscoll, CRNA | Service: — | Author Type: Nurse Anesthetist |
| Filed: 06/26/23 1330 | Date of Service: 06/23/23 1109 | Status: Addendum |
| Editor: Lisa M O Driscoll, CRNA (Nurse Anesthetist) | | |

Linda J Larocque is a 65 year old female with Patellar tendon rupture, left, initial encounter [S86.812A] scheduled for Procedure(s):
REPAIR, TENDON, PATELLAR, OPEN

NPO Status:

**ROS/MEDHX:**

Reviewed: Labs, Imaging, NPO Status and Smoking/Substance hx

**ANESTHETIC HISTORY :**

| | ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|---|
| | 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | TACOMA WA 98405-1702 | Adm: 6/26/2023, D/C: 6/27/2023 |
| Page 1768 | | Printed by 71334 at 8/21/24 10:12 AM |

MC_000900

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 06/26/23 (continued)

No Personal or Family h/o Anesthesia Complications

## CARDIAC : (+)
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by instantaneous wave-free ratio of the right coronary artery
- Hypertension
- Hyperlipidemia
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction


Last visit with cardiology 10/31/2022
Stable
Continue current medications
Follow up in 6-9 months
- OK to proceed with knee surgery if she chooses from a cardiac standpoint at this time

TTE 6/2022
Conclusions:
The left ventricular chamber size is mildly enlarged. The left ventricular systolic function is mildly reduced. The visually estimated left ventricular ejection fraction (LVEF) is between 45-50%. The calculated ejection fraction is 48% by 3D. There is paradoxical septal motion consistent with a left bundle branch block. Mild concentric left ventricular hypertrophy. Spectral Doppler is indicative of a impaired relaxation (stage 1) filling pattern.
There is mild mitral valve regurgitation.
There is mild tricuspid valve regurgitation.
There is no evidence of elevated pulmonary systolic pressure.

, exercise tolerance good, Dysrhythmias (PSVT), CHF, Hyperlipidemia, ECG reviewed (2/2023 SR, LBBB) and Echo reviewed
No CAD

## PULMONARY : (+)
Last visit with pulmonary 1/12/2023
Stable
Continue APAP
Follow up yearly

" Pre-op risk assessment for knee replacement surgery
Would be consider low risk (for pulmonary complication including resp failure, pneumonia, atelectases) in the setting of known OSA, well control and compliant with CPAP. AHI of 3.3. Last PFT 7/2021 with FEV1 103% predicted and prior CXR clear"

1/2023
INTERPRETATION:
Spirometry pre-bronchodilator shows  FEV1pre 2.69 L (105% predicted), FVCpre 3.45 L (105% predicted), 78% FEV1/FVC ratio.

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1769                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000901

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 06/26/23 (continued)

IMPRESSION:
1. Normal spirometry and flow volume loop.

, Sleep apnea and CPAP
Denies current tobacco use

**VASCULAR** : (+) Hypertension

**NEURO / PSYCH** : (+) Headaches (migraine )

**HEME / ONC** : Negative ROS

**MUSCULOSKELETAL** : (+) Osteoarthritis

**GI / HEPATIC / RENAL** : (+) NASH (nonalcoholic steatohepatitis), Hepatitis (NASH) and Liver disease (NASH)

**ENDO / OTHER** : (+) Diabetes, Obesity and Class II BMI - 35-39.9

**OB / GYN** : Negative ROS

**BIRTH HISTORY** :

**PERTINENT SUBSTANCE ABUSE** : (+) Chronic narcotic/sedative use

**OTHER HISTORY** :
Chart review only, patient not seen
Anesthesia for TKR 2/8/2023 without complication.  Clearances for previous procedure:
Pulmonary risk assessment in visit note 1/12/2023
Surgery clearance in cardiology note 10/31/2022

S. Hento, ARNP
6/23/2023


**Physical Exam:**
**Airway** : Mallampati: II, TM Distance: >3 FB, Neck ROM: full
**Dental** : Normal exam
**Cardiovascular** : Normal exam
**Pulmonary** : Normal exam
**Neurologic** : Normal exam
**Abdominal** :
**Other Findings** :



**Anesthesia Plan:**

ASA: 2
Proposed Anesthetic Plan: general-intravenous induction/inhalation maintenance and regional nerve block

MC_000902

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Anesthesia on 06/26/23 (continued)

Post Anesthetic Plan: Routine
Informed Consent: patient
Use of blood products discussed with: patient
Discussed general anesthesia with pt. Risks discussed to include but not limited to: PONV, dental damage, sore throat, hoarse voice, risk for damage to heart, lungs, brain, or death. Risks discussed of nerve block to include risk for infection, nerve damage, blood vessel damage, failed block, or intravascular injection of local anesthetic. Pt verbalizes understanding and desire to proceed with anesthesia and postoperative nerve block. No questions verbalized by pt.

.

Electronically signed by Lisa M O Driscoll, CRNA at 06/26/23 1330

### Version 1 of 2

| | | |
|---|---|---|
| Author: Sharon Hento, ARNP | Service: — | Author Type: Nurse Practitioner |
| Filed: 06/23/23 1113 | Date of Service: 06/23/23 1109 | Status: Signed |
| Editor: Sharon Hento, ARNP (Nurse Practitioner) | | |

Linda J Larocque is a 65 year old female with Patellar tendon rupture, left, initial encounter [S86.812A] scheduled for Procedure(s):
REPAIR, TENDON, PATELLAR, OPEN

NPO Status:


**ROS/MEDHX:**

Reviewed: Labs and Imaging

**ANESTHETIC HISTORY :**
No Personal or Family h/o Anesthesia Complications

**CARDIAC :** (+)
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by instantaneous wave-free ratio of the right coronary artery
- Hypertension
- Hyperlipidemia
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction

MC_000903

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Anesthesia on 06/26/23 (continued)**

Last visit with cardiology 10/31/2022
Stable
Continue current medications
Follow up in 6-9 months
- OK to proceed with knee surgery if she chooses from a cardiac standpoint at this time

TTE 6/2022
Conclusions:
The left ventricular chamber size is mildly enlarged. The left ventricular systolic function is mildly reduced. The visually estimated left ventricular ejection fraction (LVEF) is between 45-50%. The calculated ejection fraction is 48% by 3D. There is paradoxical septal motion consistent with a left bundle branch block. Mild concentric left ventricular hypertrophy. Spectral Doppler is indicative of a impaired relaxation (stage 1) filling pattern.
There is mild mitral valve regurgitation.
There is mild tricuspid valve regurgitation.
There is no evidence of elevated pulmonary systolic pressure.

, exercise tolerance good, Dysrhythmias (PSVT), CHF, Hyperlipidemia, ECG reviewed (2/2023 SR, LBBB) and Echo reviewed

**PULMONARY : (+)**
Last visit with pulmonary 1/12/2023
Stable
Continue APAP
Follow up yearly

" Pre-op risk assessment for knee replacement surgery
Would be consider low risk (for pulmonary complication including resp failure, pneumonia, atelectases) in the setting of known OSA, well control and compliant with CPAP. AHI of 3.3. Last PFT 7/2021 with FEV1 103% predicted and prior CXR clear"

1/2023
INTERPRETATION:
Spirometry pre-bronchodilator shows FEV1pre 2.69 L (105% predicted), FVCpre 3.45 L (105% predicted), 78% FEV1/FVC ratio.

IMPRESSION:
1. Normal spirometry and flow volume loop.

, Sleep apnea and CPAP
Denies current tobacco use

**VASCULAR : (+)** Hypertension

**NEURO / PSYCH : (+)** Headaches (migraine )

**HEME / ONC :** Negative ROS

**MUSCULOSKELETAL : (+)** Osteoarthritis

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1772
Printed by 71334 at 8/21/24 10:12 AM

MC_000904

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Anesthesia on 06/26/23 (continued)

**GI / HEPATIC / RENAL :** (+) NASH (nonalcoholic steatohepatitis), Hepatitis (NASH) and Liver disease (NASH)

**ENDO / OTHER :** (+) Diabetes, Obesity and Class II BMI - 35-39.9

**OB / GYN :** Negative ROS

**BIRTH HISTORY :**

**PERTINENT SUBSTANCE ABUSE :** (+) Chronic narcotic/sedative use

**OTHER HISTORY :**
Chart review only, patient not seen
Anesthesia for TKR 2/8/2023 without complication.  Clearances for previous procedure:
Pulmonary risk assessment in visit note 1/12/2023
Surgery clearance in cardiology note 10/31/2022

S. Hento, ARNP
6/23/2023


Physical Exam

Anesthesia Plan


.




Electronically signed by Sharon Hento, ARNP at 06/23/23 1113




Anesthesia Procedure Notes

Jason W Demakakos, MD at 6/26/2023 1410

Version 1 of 1

| | | |
|---|---|---|
| Author: Jason W Demakakos, MD | Service: — | Author Type: Anesthesiologist |
| Filed: 06/26/23 1413 | Date of Service: 06/26/23 1410 | Status: Signed |
| Editor: Jason W Demakakos, MD (Anesthesiologist) | | |

   Procedure Orders
   1. Peripheral Block [711034441] ordered by Jason W Demakakos, MD


**PROCEDURE :** Peripheral Block
**Peripheral Block Type:** adductor canal block
**Side :** left
**Reason for Block:** post-op pain management physician's request
**Referring Provider :** William Frederick Thompson, MD

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1773

Printed by 71334 at 8/21/24 10:12 AM

MC_000905

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 06/26/23 (continued)

Start time: 6/26/2023 2:00 PM
End time: 6/26/2023 2:05 PM

**Preanesthetic Checklist**
Completed: patient identified, IV checked, risks and benefits discussed, monitors and equipment checked, pre-op evaluation and timeout performed
**Patient Position:** supine
**Prep :** chlorhexidine
**Monitoring:** pulse oximetry, blood pressure and cardiac monitor
**Approach:** In-plane
**Injection Technique:** single-shot

**Procedures:** ultrasound guided

Sedation: General Anesthesia
**Needle Type:** Combined needle/nerve stimulator
Needle gauge: 21 G.
**Needle Length:** 10 cm
**Insertion attempts:** 1

Blood aspirated: no

**Incremental Dose:** yes
  Was procedure primary anesthetic?: no
**Procedure performed during general/spinal anesthesia:** yes
**Note:** Prior to the surgical procedure the patient was on ASA standard monitors including continuous ECG, blood pressure monitoring, and pulse oximetry.

The operative leg was abducted and externally rotated. The operative thigh was then prepped with chlorhexidine, and draped in the standard, sterile fashion. A Sonosite linear ultrasound transducer was sterilized and placed in a sterile sleeve. The anteromedial thigh was then ultrasonically scanned for identification of the femoral artery and saphenous nerve in the sub-sartorial space.

A Pajunk echogenic needle was advanced under continuous ultrasound guidance to a position adjacent to the saphenous nerve with the needle tip always in view. Then 20 mL of a 0.5% ropivacaine solution was injected peri-neurally in incremental doses with negative aspirations. Local anesthetic was observed by ultrasound to fill the perineural space under the sartorius muscle.

The patient tolerated the procedure well and remained hemodynamically stable throughout.

Jason W Demakakos, MD

Refer to the Anesthesia Record for medication administered.

Authorized by: **Lisa M O Driscoll, CRNA**

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023
Page 1774
Printed by 71334 at 8/21/24 10:12 AM

MC_000906

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

### Performed by: Jason W Demakakos, MD

Electronically signed by Jason W Demakakos, MD at 06/26/23 1413

### Anesthesia Graph



| | | 1345 | 1400 | 1415 | 1430 | 1445 | 1500 |
|---|---|---|---|---|---|---|---|
| inO2 | (%) | [48] | [59] | [53] | [49] | [49] | |
| inN2O | (%) | [0] | [0] | [0] | [43] | [49] | |
| Expired Sevofl... | (%) | [0] | [1.5] | [1.8] | [1.3] | [1] | |
| midazolam 2 m... | (mg) | | 2 | | | | |
| fentanyl 100... | (mcg) | | 75 | 25 | | | |
| lidocaine 2 %... | (mg) | | 100 | | | | |
| propofol | (mg) | | 100 | 50 | | | |
| rocuronium | (mg) | | 5 | | | | |
| phenylephrine | (mcg) | | | 100 | [200] | | |
| ondansetron | (mg) | | 4 | | | | |
| dexamethasone... | (mg) | | | 4 | | | |
| succinylcholi... | (mg) | | 120 | | | | |
| ropivacaine 5... | (mL) | | 20 | | | | |
| cefazolin 2g i... | (g) | | 2 | | | | |
| ketAMINE 10 m... | (mg) | | | 30 | | 20 | |
| hydromorPHONE | (mg) | | | 0.2 | 0.2 | 0.2 | |
| ketoROLAC 15 ... | (mg) | | | | | | |
| LR | (mL) | / | | | | | |
| Vent Mode | | | [SIMV] | SIMV | PRO | PRO | |
| VTE | (mL) | | [496] | [451] | [416] | [523] | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

MC_000907

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

| | | 1345 | 1400 | 1415 | 1430 | 1445 | 1500 |
|---|---|---|---|---|---|---|---|
| Vent Resp Rate | | | [10] | [16] | [11] | [13] | |
| PEEP/CPAP (cm H2O) | | [5] | [5] | [5] | [5] | [5] | |
| I:E Ratio | | [1:2.00] | [1:2.00] | | | | |
| PIP | | [1] | [16] | [17] | [20] | [20] | |
| **Train of Four** | | | | | | | |
| Temp | | | [36.8] | [36.6] | [36.9] | [37.1] | |
| ETCO2 (mmHg) | | [0] | [40] | [41] | [44] | [43] | |
| SpO2 | | | [100] | [100] | [100] | [99] | |
| Pulse | | | [84] | [73] | [67] | [75] | |
| EKG | | | Normal sinus r...Normal sinus r...Normal sinus r...Normal sinus r... | | | | |
| Urine (mL) | | | | | | | |
| Blood (mL) (mL) | | | | | | | |

06/26/2023 — graph with times 1500, 1515, 1530, 1545, 1600, 1615; legend: ✗ NIBP, ● SpO2 Pulse ..., ■ NIBP (Mean); scale markings 50, 38, 25, 13, 0

| | | 1500 | 1515 | 1530 | 1545 | 1600 | 1615 |
|---|---|---|---|---|---|---|---|
| inO2 (%) | | [48] | [47] | [47] | [44] | [0] | |
| inN2O (%) | | [50] | [50] | [51] | [52] | [0] | |
| Expired Sevofl... (%) | | [0.9] | [0.9] | [1] | [0.8] | [0] | |
| midazolam 2 m... (mg) | | | | | | | |
| fentanyl 100... (mcg) | | | | | | | |
| lidocaine 2 %... (mg) | | | | | | | |
| propofol (mg) | | | | | | 50 | |
| rocuronium (mg) | | | | | | | |
| phenylephrine (mcg) | | | | | | | |
| ondansetron (mg) | | | | | | | |
| dexamethasone... (mg) | | | | | | | |
| succinylcholi... (mg) | | | | | | | |
| ropivacaine 5... (mL) | | | | | | | |
| cefazolin 2g i... (g) | | | | | | | |
| ketAMINE 10 m... (mg) | | | | | | | |
| hydromorPHONE (mg) | | 0.2 | | | | 0.2 | |
| ketoROLAC 15 ... (mg) | | | | | | 15 | |
| LR (mL) | | | | | | | |
| Vent Mode | | PRO | PRO | PRO | Spont | Spont | |
| VTE (mL) | | [533] | [522] | [510] | [454] | [182] | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1776

Printed by 71334 at 8/21/24 10:12 AM

MC_000908

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23 (continued)

| | 1500 | 1515 | 1530 | 1545 | 1600 | 1615 |
|---|---|---|---|---|---|---|
| Vent Resp Rate | [12] | [15] | [18] | [20] | [4] | |
| PEEP/CPAP (cm H20) | [5] | [5] | [5] | [5] | [5] | |
| I:E Ratio | | | | | [1:2.00] | |
| PIP | [20] | [16] | [16] | [4] | [1] | |
| Train of Four | | | | | 4/4 | |
| Temp | [37.2] | [37.1] | [37.2] | [37.1] | | |
| ETCO2 (mmHg) | [42] | [40] | [36] | [38] | [0] | |
| SpO2 | [99] | [99] | [99] | [95] | [100] | |
| Pulse | [78] | [84] | [86] | [98] | [106] | |
| EKG | Normal sinus r...Normal sinus r...Normal sinus r...Normal sinus r...Normal sinus r... | | | | | |
| Urine (mL) | | | 0 | | | |
| Blood (mL) (mL) | | | 10 | | | |

06/26/2023

| | | 1615 | 1630 | 1645 | 1700 | 1715 | 1730 | |
|---|---|---|---|---|---|---|---|---|
| ✗ NIBP | | | | | | | | 50 |
| ● SpO2 Pulse ... | | | | | | | | |
| ■ NIBP (Mean) | | | | | | | | 38 |
| | | | | | | | | 25 |
| | | | | | | | | 13 |
| | | | | | | | | 0 |
| inO2 | (%) | | | | | | | |
| inN2O | (%) | | | | | | | |
| Expired Sevofl... | (%) | | | | | | | |
| midazolam 2 m... | (mg) | | | | | | 2 mg | |
| fentanyl 100... | (mcg) | | | | | | 100 mcg | |
| lidocaine 2 %... | (mg) | | | | | | 100 mg | |
| propofol | (mg) | | | | | | 200 mg | |
| rocuronium | (mg) | | | | | | 5 mg | |
| phenylephrine | (mcg) | | | | | | 300 mcg | |
| ondansetron | (mg) | | | | | | 4 mg | |
| dexamethasone... | (mg) | | | | | | 4 mg | |
| succinylcholi... | (mg) | | | | | | 120 mg | |
| ropivacaine 5... | (mL) | | | | | | 20 mL | 0 mL |
| cefazolin 2g i... | (g) | | | | | | 2 g | |
| ketAMINE 10 m... | (mg) | | | | | | 50 mg | |
| hydromorPHONE | (mg) | | | | | | 1 mg | |
| ketoROLAC 15 ... | (mg) | | | | | | 15 mg | |
| LR | (mL) | 1000 | | | | | 1000 mL | 1000 mL |
| Vent Mode | | | | | | | | |
| VTE | (mL) | | | | | | | |

Page 1777

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000909

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23 (continued)

| | 1615 | 1630 | 1645 | 1700 | 1715 | 1730 | Totals | Volumes |
|---|---|---|---|---|---|---|---|---|
| Vent Resp Rate | . | . | . | . | . | . | . | . |
| PEEP/CPAP (cm H20) | . | . | . | . | . | . | . | . |
| I:E Ratio | . | . | . | . | . | . | . | . |
| PIP | . | . | . | . | . | . | . | . |
| Train of Four | | | | | | | | |
| Temp | . | . | . | . | . | . | . | . |
| ETCO2 (mmHg) | . | . | . | . | . | . | . | . |
| SpO2 | . | . | . | . | . | . | . | . |
| Pulse | . | . | . | . | . | . | . | . |
| EKG | ▬▬▬ | | | | | | | |
| Urine (mL) | . | . | . | . | . | . | 0 mL | 0 mL |
| Blood (mL) (mL) | . | . | . | . | . | . | 10 mL | -10 mL |
| | | | | | | Net Volume: | | 990 mL |

### Anesthesia Orders

#### ropivacaine (Naropin) 5 mg/mL inj (Discontinued)

Electronically signed by: **Jason W Demakakos, MD on 06/26/23 1410**                           Status: **Discontinued**
Ordering user: Jason W Demakakos, MD 06/26/23 1410          Ordering provider: Jason W Demakakos, MD
Authorized by: Lisa M O Driscoll, CRNA                      Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 06/26/23 1405 -             Class: Normal
06/26/23 1620
Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620      Package: 63323-286-11
[Reason not specified by Provider]

#### Peripheral Block (Final result)

Electronically signed by: **Jason W Demakakos, MD on 06/26/23 1410**                           Status: **Completed**
Ordering user: Jason W Demakakos, MD 06/26/23 1410          Ordering provider: Jason W Demakakos, MD
Authorized by: Lisa M O Driscoll, CRNA                      Ordering mode: Standard
Frequency: Routine Once 06/26/23 1415 - 1 occurrence        Class: Clinic Performed
Quantity: 1                                                 Lab status: Final result
Instance released by: Jason W Demakakos, MD 6/26/2023 2:10 PM
Order comments: This order was created via procedure documentation

##### Peripheral Block                                     Resulted: 06/26/23 1410, Result status: Final result

Ordering provider: Jason W Demakakos, MD  06/26/23 1410     Order status: Completed
Filed by: Jason W Demakakos, MD  06/26/23 1413
Narrative:
Jason W Demakakos, MD    6/26/2023 2:13 PM
PROCEDURE : Peripheral Block
Peripheral Block Type: adductor canal block
Side : left
Reason for Block: post-op pain management physician's request
Referring Provider : William Frederick Thompson, MD

Start time: 6/26/2023 2:00 PM
End time: 6/26/2023 2:05 PM

Preanesthetic Checklist
Completed: patient identified, IV checked, risks and benefits discussed,
monitors and equipment checked, pre-op evaluation and timeout performed
Patient Position: supine
Prep : chlorhexidine
Monitoring: pulse oximetry, blood pressure and cardiac monitor
Approach: In-plane
Injection Technique: single-shot

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1778                                                   Printed by 71334 at 8/21/24 10:12 AM

MC_000910

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23 (continued)

Procedures: ultrasound guided

Sedation: General Anesthesia
Needle Type: Combined needle/nerve stimulator
Needle gauge: 21 G.
Needle Length: 10 cm
Insertion attempts: 1

Blood aspirated: no

Incremental Dose: yes
  Was procedure primary anesthetic?: no
Procedure performed during general/spinal anesthesia: yes
Note: Prior to the surgical procedure the patient was on ASA standard
monitors including continuous ECG, blood pressure monitoring, and pulse
oximetry.

The operative leg was abducted and externally rotated. The operative
thigh was then prepped with chlorhexidine, and draped in the standard,
sterile fashion. A Sonosite linear ultrasound transducer was sterilized
and placed in a sterile sleeve. The anteromedial thigh was then
ultrasonically scanned for identification of the femoral artery and
saphenous nerve in the sub-sartorial space.

A Pajunk echogenic needle was advanced under continuous ultrasound
guidance to a position adjacent to the saphenous nerve with the needle tip
always in view. Then 20 mL of a 0.5% ropivacaine solution was injected
peri-neurally in incremental doses with negative aspirations. Local
anesthetic was observed by ultrasound to fill the perineural space under
the sartorius muscle.

The patient tolerated the procedure well and remained hemodynamically
stable throughout.

Jason W Demakakos, MD

Refer to the Anesthesia Record for medication administered.

Authorized by: Lisa M O Driscoll, CRNA
Performed by: Jason W Demakakos, MD

### midazolam (VERSED) 1 mg/mL (2 mL) inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1413** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1413 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: INTRAPROCEDURAL PRN 06/26/23 1400 - 06/26/23 1620 | Class: Normal |
| Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620 | Package: 0409-2305-16 |
| [Reason not specified by Provider] | |

### fentanyl (SUBLIMAZE) 50 mcg/mL (2 mL) inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1413** | Status: **Discontinued** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1779
Printed by 71334 at 8/21/24 10:12 AM

MC_000911

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23 (continued)

| | |
|---|---|
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1413 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: INTRAPROCEDURAL PRN 06/26/23 1402 - 06/26/23 1620 | Class: Normal |
| Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620 | Package: 0409-9094-12 |
| [Reason not specified by Provider] | |

#### lidocaine preservative free (Xylocaine-MPF) 2 % (PF) inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1413** | | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1413 | Ordering provider: Lisa M O Driscoll, CRNA | |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 06/26/23 1402 - 06/26/23 1620 | Class: Normal | |
| Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620 | Package: 0143-9594-01 | |
| [Reason not specified by Provider] | | |

#### propofol IV (bolus) (DIPRIVAN) inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1413** | | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1413 | Ordering provider: Lisa M O Driscoll, CRNA | |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 06/26/23 1402 - 06/26/23 1620 | Class: Normal | |
| Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620 | Package: 63323-269-29 | |
| [Reason not specified by Provider] | | |

#### rocuronium (ZEMURON) 10 mg/mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1414** | | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1414 | Ordering provider: Lisa M O Driscoll, CRNA | |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 06/26/23 1401 - 06/26/23 1620 | Class: Normal | |
| Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620 | Package: 0409-9558-11 | |
| [Reason not specified by Provider] | | |

#### succinylcholine (ANECTINE, QUELICIN) 20 mg/mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1414** | | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1414 | Ordering provider: Lisa M O Driscoll, CRNA | |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 06/26/23 1402 - 06/26/23 1620 | Class: Normal | |
| Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620 | Package: MHS-5007172 | |
| [Reason not specified by Provider] | | |

#### lactated ringers (LR) bolus solution (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1414** | | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1414 | Ordering provider: Lisa M O Driscoll, CRNA | |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard | |
| Frequency: Intraprocedure PRN Continuous 06/26/23 1357 - 06/26/23 1620 | Class: Normal | |
| Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620 | Package: 0338-0117-04 | |
| [Reason not specified by Provider] | | |

#### dexamethasone (DECADRON) 4 mg/mL injection (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1415** | | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1415 | Ordering provider: Lisa M O Driscoll, CRNA | |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 06/26/23 1415 - 06/26/23 1620 | Class: Normal | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1780

Printed by 71334 at 8/21/24 10:12 AM

MC_000912

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620          Package: 67457-423-00
[Reason not specified by Provider]

### ondansetron (Zofran) 2 mg/mL inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1415** | Status: **Discontinued** |

Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1415          Ordering provider: Lisa M O Driscoll, CRNA
Authorized by: Lisa M O Driscoll, CRNA                        Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 06/26/23 1400 -               Class: Normal
06/26/23 1620
Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620       Package: 23155-547-31
[Reason not specified by Provider]

### ketAMINE (KETALAR) 10 mg/mL inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1417** | Status: **Discontinued** |

Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1417          Ordering provider: Lisa M O Driscoll, CRNA
Authorized by: Lisa M O Driscoll, CRNA                        Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 06/26/23 1417 -               Class: Normal
06/26/23 1620
Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620       Package: MHS-5006599
[Reason not specified by Provider]

### phenylephrine (NEO-SYNEPHRINE) 10 MG/ML inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1424** | Status: **Discontinued** |

Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1424          Ordering provider: Lisa M O Driscoll, CRNA
Authorized by: Lisa M O Driscoll, CRNA                        Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 06/26/23 1422 -               Class: Normal
06/26/23 1620
Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620       Package: 63323-751-00
[Reason not specified by Provider]

### HYDROmorphone (DILAUDID) inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1429** | Status: **Discontinued** |

Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1429          Ordering provider: Lisa M O Driscoll, CRNA
Authorized by: Lisa M O Driscoll, CRNA                        Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 06/26/23 1429 -               Class: Normal
06/26/23 1620
Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620       Package: MHS-5004014
[Reason not specified by Provider]

### ketoROLAC (Toradol) 15 mg/mL inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1557** | Status: **Discontinued** |

Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1557          Ordering provider: Lisa M O Driscoll, CRNA
Authorized by: Lisa M O Driscoll, CRNA                        Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 06/26/23 1557 -               Class: Normal
06/26/23 1620
Discontinued by: Lisa M O Driscoll, CRNA 06/26/23 1620       Package: 72611-719-01
[Reason not specified by Provider]

### Anesthesia Monitoring Flowsheet

**Graph Vitals**

| Row Name | 06/26/23 1613 | 06/26/23 1612 | 06/26/23 1611 | 06/26/23 1610 | 06/26/23 1609 |
|---|---|---|---|---|---|
| BP/Pulse | | | | | |
| SpO2 Pulse Rate | — | 108 bpm -DI | 106 bpm -DI | 104 bpm -DI | 102 bpm -DI |
| Pulse | — | 106 -DI | 106 -DI | 112 -DI | 101 -DI |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1781                                           Printed by 71334 at 8/21/24 10:12 AM

MC_000913

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Anesthesia on 06/26/23 (continued)

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 0 mmHg -DI | 0 mmHg -DI | 49 mmHg -DI | 42 mmHg -DI | 40 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | — | 182 mL -DI | 182 mL -DI | 605 mL -DI | 628 mL -DI |
| Vent Resp Rate | — | 4 -DI | 16 -DI | 16 -DI | 18 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| I:E Ratio | 1:2.00 -DI | 1:2.00 -DI | — | — | — |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 0 % 🗎 Simultaneous filing. User may not have seen previous data. -LO | 99 % -DI | 98 % -DI | 99 % -DI | 98 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 1 % -DI |
| PIP | 1 -DI | 1 -DI | 11 -DI | 17 -DI | 17 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | — | 100 -DI | 100 -DI | 100 -DI | 99 -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0.2 % -DI |
| **Row Name** | **06/26/23 1608** | **06/26/23 1607** | **06/26/23 1606** | **06/26/23 1605** | **06/26/23 1604** |

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 118/64 -DI | — | — | — | — |
| SpO2 Pulse Rate | 97 bpm -DI | 100 bpm -DI | 98 bpm -DI | 98 bpm -DI | 97 bpm -DI |
| NIBP (Mean) | 81 -DI | — | — | — | — |
| Pulse | 98 -DI | 98 -DI | 98 -DI | 98 -DI | 97 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 45 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 704 mL -DI | 512 mL -DI | 433 mL -DI | 434 mL -DI | 451 mL -DI |
| Vent Resp Rate | 18 -DI | 23 -DI | 24 -DI | 24 -DI | 23 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 99 % -DI | 97 % -DI | 40 % -DI | 41 % -DI | 41 % -DI |
| inN2O | 0 % -DI | 3 % -DI | 55 % -DI | 55 % -DI | 54 % -DI |
| PIP | 18 -DI | 17 -DI | 4 -DI | 4 -DI | 4 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 94 -DI | 94 -DI | 94 -DI | 95 -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 0.2 % -DI | 0.3 % -DI | 0.5 % -DI | 0.6 % -DI | 0.6 % -DI |
| **Row Name** | **06/26/23 1603** | **06/26/23 1602** | **06/26/23 1601** | **06/26/23 1600** | **06/26/23 1559** |

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 157/92 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 98 bpm -DI | 95 bpm -DI | 95 bpm -DI | 95 bpm -DI | 96 bpm -DI |
| NIBP (Mean) | 114 -DI | — | — | — | — |
| Pulse | 98 -DI | 96 -DI | 96 -DI | 96 -DI | 98 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 36 mmHg -DI | 36 mmHg -DI | 37 mmHg -DI | 37 mmHg -DI | 38 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 483 mL -DI | 475 mL -DI | 450 mL -DI | 428 mL -DI | 454 mL -DI |
| Vent Resp Rate | 22 -DI | 23 -DI | 22 -DI | 22 -DI | 20 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1782

Printed by 71334 at 8/21/24 10:12 AM

MC_000914

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23 (continued)

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 42 % -DI | 42 % -DI | 42 % -DI | 43 % -DI | 44 % -DI |
| inN2O | 54 % -DI | 54 % -DI | 53 % -DI | 53 % -DI | 52 % -DI |
| PIP | 4 -DI | 3 -DI | 4 -DI | 4 -DI | 4 -DI |
| Device Name | b -DI | b -DI | b -DI | — | b -DI |
| SpO2 | 95 -DI | 95 -DI | 95 -DI | 95 -DI | 95 -DI |

**Agents**

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 0.6 % -DI | 0.7 % -DI | 0.8 % -DI | 0.8 % -DI | 0.8 % -DI |

| Row Name | 06/26/23 1558 | 06/26/23 1557 | 06/26/23 1556 | 06/26/23 1555 | 06/26/23 1554 |
|---|---|---|---|---|---|

**BP/Pulse**

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 148/85 -DI | — | — | — | — |
| SpO2 Pulse Rate | 98 bpm -DI | 98 bpm -DI | 95 bpm -DI | 94 bpm -DI | 96 bpm -DI |
| NIBP (Mean) | 106 -DI | — | — | — | — |
| Pulse | 98 -DI | 98 -DI | 96 -DI | 95 -DI | 96 -DI |

**Anesthesia Monitoring**

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 39 mmHg -DI | 40 mmHg -DI | 42 mmHg -DI | 45 mmHg -DI | 45 mmHg -DI |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| VTE | 435 mL -DI | 394 mL -DI | 393 mL -DI | 317 mL -DI | 247 mL -DI |
| Vent Resp Rate | 20 -DI | 20 -DI | 20 -DI | 19 -DI | 20 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 44 % -DI | 45 % -DI | 45 % -DI | 47 % -DI | 48 % -DI |
| inN2O | 52 % -DI | 51 % -DI | 51 % -DI | 50 % -DI | 50 % -DI |
| PIP | 4 -DI | 3 -DI | 3 -DI | 3 -DI | 5 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 95 -DI | 96 -DI | 96 -DI | 97 -DI | 97 -DI |
| Temp | 37.1 °C (98.8 °F) - DI | 37.1 °C (98.8 °F) - DI | 37.1 °C (98.8 °F) - DI | 37.1 °C (98.8 °F) - DI | 37.1 °C (98.8 °F) - DI |

**Agents**

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 1 % -DI | 1 % -DI |

| Row Name | 06/26/23 1553 | 06/26/23 1552 | 06/26/23 1551 | 06/26/23 1550 | 06/26/23 1549 |
|---|---|---|---|---|---|

**BP/Pulse**

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 146/92 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 98 bpm -DI | 95 bpm -DI | 96 bpm -DI | 95 bpm -DI | 95 bpm -DI |
| NIBP (Mean) | 110 -DI | — | — | — | — |
| Pulse | 98 -DI | 97 -DI | 96 -DI | 96 -DI | 96 -DI |

**Anesthesia Monitoring**

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 38 mmHg -DI | 39 mmHg -DI | 39 mmHg -DI | 39 mmHg -DI | 39 mmHg -DI |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| VTE | 405 mL -DI | 356 mL -DI | 376 mL -DI | 378 mL -DI | 422 mL -DI |
| Vent Resp Rate | 23 -DI | 23 -DI | 22 -DI | 22 -DI | 23 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 47 % -DI | 47 % -DI | 48 % -DI | 48 % -DI | 49 % -DI |
| inN2O | 50 % -DI | 50 % -DI | 49 % -DI | 49 % -DI | 48 % -DI |
| PIP | 7 -DI | 6 -DI | 7 -DI | 7 -DI | 7 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 98 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1783

Printed by 71334 at 8/21/24 10:12 AM

MC_000915

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Anesthesia on 06/26/23 (continued)

### Agents

| Expired Sevoflurane | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI |
|---|---|---|---|---|---|
| **Row Name** | **06/26/23 1548** | **06/26/23 1547** | **06/26/23 1546** | **06/26/23 1545** | **06/26/23 1544** |

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 150/95 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 94 bpm -DI | 94 bpm -DI | 93 bpm -DI | 91 bpm -DI | 88 bpm -DI |
| NIBP (Mean) | 111 -DI | — | — | — | — |
| Pulse | 95 -DI | 94 -DI | 93 -DI | 91 -DI | 86 -DI |

### Anesthesia Monitoring

| ETCO2 | 38 mmHg -DI | 38 mmHg -DI | 39 mmHg -DI | 38 mmHg -DI | 36 mmHg -DI |
|---|---|---|---|---|---|

### Respiratory

| VTE | 360 mL -DI | 391 mL -DI | 377 mL -DI | 348 mL -DI | 510 mL -DI |
|---|---|---|---|---|---|
| Vent Resp Rate | 22 -DI | 22 -DI | 21 -DI | 20 -DI | 18 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| inO2 | 50 % -DI | 49 % -DI | 49 % -DI | 46 % -DI | 47 % -DI |
|---|---|---|---|---|---|
| inN2O | 47 % -DI | 47 % -DI | 47 % -DI | 51 % -DI | 51 % -DI |
| PIP | 7 -DI | 7 -DI | 7 -DI | 6 -DI | 16 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI |

### Agents

| Expired Sevoflurane | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI |
|---|---|---|---|---|---|
| **Row Name** | **06/26/23 1543** | **06/26/23 1542** | **06/26/23 1541** | **06/26/23 1540** | **06/26/23 1539** |

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 141/86 -DI | — | — | — | — |
| SpO2 Pulse Rate | 85 bpm -DI | 85 bpm -DI | 85 bpm -DI | 86 bpm -DI | 90 bpm -DI |
| NIBP (Mean) | 104 -DI | — | — | — | — |
| Pulse | 86 -DI | 86 -DI | 86 -DI | 86 -DI | 90 -DI |

### Anesthesia Monitoring

| ETCO2 | 36 mmHg -DI | 35 mmHg -DI | 36 mmHg -DI | 38 mmHg -DI | 37 mmHg -DI |
|---|---|---|---|---|---|

### Respiratory

| VTE | 532 mL -DI | 500 mL -DI | 559 mL -DI | 415 mL -DI | 489 mL -DI |
|---|---|---|---|---|---|
| Vent Resp Rate | 17 -DI | 18 -DI | 17 -DI | 18 -DI | 18 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| inO2 | 47 % -DI | 47 % -DI | 47 % -DI | 46 % -DI | 47 % -DI |
|---|---|---|---|---|---|
| inN2O | 51 % -DI | 51 % -DI | 51 % -DI | 51 % -DI | 51 % -DI |
| PIP | 16 -DI | 16 -DI | 16 -DI | 16 -DI | 16 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI |

### Agents

| Expired Sevoflurane | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI |
|---|---|---|---|---|---|
| **Row Name** | **06/26/23 1538** | **06/26/23 1537** | **06/26/23 1536** | **06/26/23 1535** | **06/26/23 1534** |

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 140/87 -DI | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1784

Printed by 71334 at 8/21/24 10:12 AM

MC_000916

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 06/26/23 (continued)

| | | | | | |
|---|---|---|---|---|---|
| SpO2 Pulse Rate | 84 bpm -DI | 82 bpm -DI | 84 bpm -DI | 80 bpm -DI | 83 bpm -DI |
| NIBP (Mean) | 105 -DI | — | — | — | — |
| Pulse | 83 -DI | 83 -DI | 85 -DI | 79 -DI | 82 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 36 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI | 37 mmHg -DI | 37 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 465 mL -DI | 563 mL -DI | 520 mL -DI | 481 mL -DI | 464 mL -DI |
| Vent Resp Rate | 18 -DI | 17 -DI | 19 -DI | 16 -DI | 16 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 47 % -DI | 47 % -DI | 47 % -DI | 47 % -DI | 47 % -DI |
| inN2O | 51 % -DI | 51 % -DI | 51 % -DI | 50 % -DI | 50 % -DI |
| PIP | 16 -DI | 16 -DI | 16 -DI | 16 -DI | 16 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI |

| Row Name | 06/26/23 1533 | 06/26/23 1532 | 06/26/23 1531 | 06/26/23 1530 | 06/26/23 1529 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 140/84 -DI | — | — | — | — |
| SpO2 Pulse Rate | 83 bpm -DI | 82 bpm -DI | 81 bpm -DI | 81 bpm -DI | 84 bpm -DI |
| NIBP (Mean) | 103 -DI | — | — | — | — |
| Pulse | 82 -DI | 83 -DI | 83 -DI | 82 -DI | 84 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 36 mmHg -DI | 37 mmHg -DI | 38 mmHg -DI | 40 mmHg -DI | 40 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 751 mL -DI | 531 mL -DI | 469 mL -DI | 505 mL -DI | 522 mL -DI |
| Vent Resp Rate | 16 -DI | 16 -DI | 15 -DI | 16 -DI | 15 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 47 % -DI | 47 % -DI | 47 % -DI | 47 % -DI | 47 % -DI |
| inN2O | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI |
| PIP | 18 -DI | 18 -DI | 18 -DI | 16 -DI | 16 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI |

| Row Name | 06/26/23 1528 | 06/26/23 1527 | 06/26/23 1526 | 06/26/23 1525 | 06/26/23 1524 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 127/74 -DI | — | — | — | — |
| SpO2 Pulse Rate | 78 bpm -DI | 80 bpm -DI | 79 bpm -DI | 82 bpm -DI | 81 bpm -DI |
| NIBP (Mean) | 92 -DI | — | — | — | — |
| Pulse | 78 -DI | 81 -DI | 80 -DI | 81 -DI | 80 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 39 mmHg -DI | 39 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI | 40 mmHg -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1785

Printed by 71334 at 8/21/24 10:12 AM

MC_000917

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 544 mL -DI | 502 mL -DI | 606 mL -DI | 495 mL -DI | 575 mL -DI |
| Vent Resp Rate | 15 -DI | 14 -DI | 14 -DI | 14 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 47 % -DI | 48 % -DI | 47 % -DI | 48 % -DI | 47 % -DI |
| inN2O | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI |
| PIP | 16 -DI | 16 -DI | 18 -DI | 18 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.2 °C (98.9 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI |

| Row Name | 06/26/23 1523 | 06/26/23 1522 | 06/26/23 1521 | 06/26/23 1520 | 06/26/23 1519 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 119/72 -DI | —— | —— | —— | —— |
| SpO2 Pulse Rate | 81 bpm -DI | 78 bpm -DI | 77 bpm -DI | 77 bpm -DI | 78 bpm -DI |
| NIBP (Mean) | 86 -DI | —— | —— | —— | —— |
| Pulse | 81 -DI | 78 -DI | 79 -DI | 76 -DI | 78 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 42 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 627 mL -DI | 565 mL -DI | 588 mL -DI | 539 mL -DI | 545 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 13 -DI | 13 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 48 % -DI | 48 % -DI | 48 % -DI | 48 % -DI | 47 % -DI |
| inN2O | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI |
| PIP | 20 -DI | 20 -DI | 20 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI |

| Row Name | 06/26/23 1518 | 06/26/23 1517 | 06/26/23 1516 | 06/26/23 1515 | 06/26/23 1514 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 112/63 -DI | —— | —— | —— | —— |
| SpO2 Pulse Rate | 77 bpm -DI | 74 bpm -DI | 74 bpm -DI | 74 bpm -DI | 77 bpm -DI |
| NIBP (Mean) | 78 -DI | —— | —— | —— | —— |
| Pulse | 76 -DI | 74 -DI | 76 -DI | 74 -DI | 78 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 43 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI | 43 mmHg -DI | 42 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 545 mL -DI | 486 mL -DI | 542 mL -DI | 383 mL -DI | 533 mL -DI |
| Vent Resp Rate | 12 -DI | 13 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 48 % -DI | 47 % -DI | 48 % -DI | 49 % -DI | 48 % -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1786

Printed by 71334 at 8/21/24 10:12 AM

MC_000918

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| inN2O | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI |
| PIP | 20 -DI | 20 -DI | 20 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI |

| Row Name | 06/26/23 1513 | 06/26/23 1512 | 06/26/23 1511 | 06/26/23 1510 | 06/26/23 1509 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 116/66 -DI | — | — | — | — |
| SpO2 Pulse Rate | 77 bpm -DI | 79 bpm -DI | 75 bpm -DI | 78 bpm -DI | 75 bpm -DI |
| NIBP (Mean) | 81 -DI | — | — | — | — |
| Pulse | 78 -DI | 81 -DI | 75 -DI | 80 -DI | 75 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 42 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 573 mL -DI | 559 mL -DI | 517 mL -DI | 494 mL -DI | 535 mL -DI |
| Vent Resp Rate | 13 -DI | 13 -DI | 13 -DI | 13 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 48 % -DI | 48 % -DI | 48 % -DI | 48 % -DI | 48 % -DI |
| inN2O | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI | 50 % -DI |
| PIP | 20 -DI | 20 -DI | 20 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI | 0.9 % -DI |

| Row Name | 06/26/23 1508 | 06/26/23 1507 | 06/26/23 1506 | 06/26/23 1505 | 06/26/23 1504 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 111/65 -DI | — | — | — | — |
| SpO2 Pulse Rate | 72 bpm -DI | 76 bpm -DI | 73 bpm -DI | 69 bpm -DI | 73 bpm -DI |
| NIBP (Mean) | 80 -DI | — | — | — | — |
| Pulse | 71 -DI | 77 -DI | 72 -DI | 69 -DI | 73 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 43 mmHg -DI | 43 mmHg -DI | 48 mmHg -DI | 44 mmHg -DI | 45 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 565 mL -DI | 457 mL -DI | 461 mL -DI | 653 mL -DI | 387 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 11 -DI | 11 -DI | 10 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 48 % -DI | 48 % -DI | 47 % -DI | 48 % -DI | 49 % -DI |
| inN2O | 49 % -DI | 49 % -DI | 49 % -DI | 49 % -DI | 49 % -DI |
| PIP | 20 -DI | 20 -DI | 19 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1787

Printed by 71334 at 8/21/24 10:12 AM

MC_000919

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

### Agents

| Expired Sevoflurane | 0.9 % -DI | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI |
|---|---|---|---|---|---|

| Row Name | 06/26/23 1503 | 06/26/23 1502 | 06/26/23 1501 | 06/26/23 1500 | 06/26/23 1459 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 99/59 -DI | — | — | 105/60 -DI | — |
| SpO2 Pulse Rate | 69 bpm -DI | 68 bpm -DI | 66 bpm -DI | 75 bpm -DI | 76 bpm -DI |
| NIBP (Mean) | 70 -DI | — | — | 75 -DI | — |
| Pulse | 68 -DI | 69 -DI | 67 -DI | 73 -DI | 75 -DI |

### Anesthesia Monitoring

| ETCO2 | 44 mmHg -DI | 43 mmHg -DI | 43 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI |
|---|---|---|---|---|---|

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 652 mL -DI | 495 mL -DI | 600 mL -DI | 509 mL -DI | 523 mL -DI |
| Vent Resp Rate | 9 -DI | 9 -DI | 10 -DI | 12 -DI | 13 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 49 % -DI | 49 % -DI | 49 % -DI | 48 % -DI | 49 % -DI |
| inN2O | 49 % -DI | 49 % -DI | 49 % -DI | 48 % -DI | 49 % -DI |
| PIP | 19 -DI | 20 -DI | 19 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | — | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI |

### Agents

| Expired Sevoflurane | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI |
|---|---|---|---|---|---|

| Row Name | 06/26/23 1458 | 06/26/23 1457 | 06/26/23 1456 | 06/26/23 1455 | 06/26/23 1454 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 94/54 -DI | — | — | 101/58 -DI | — |
| SpO2 Pulse Rate | 74 bpm -DI | 75 bpm -DI | 73 bpm -DI | 77 bpm -DI | 77 bpm -DI |
| NIBP (Mean) | 67 -DI | — | — | 71 -DI | — |
| Pulse | 76 -DI | 75 -DI | 74 -DI | 77 -DI | 77 -DI |

### Anesthesia Monitoring

| ETCO2 | 44 mmHg -DI | 42 mmHg -DI | 44 mmHg -DI | 43 mmHg -DI | 42 mmHg -DI |
|---|---|---|---|---|---|

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 482 mL -DI | 470 mL -DI | 539 mL -DI | 581 mL -DI | 351 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 13 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 49 % -DI | 49 % -DI | 49 % -DI | 49 % -DI | 49 % -DI |
| inN2O | 48 % -DI | 48 % -DI | 48 % -DI | 48 % -DI | 47 % -DI |
| PIP | 20 -DI | 20 -DI | 20 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 100 -DI | 100 -DI |
| Temp | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI |

### Agents

| Expired Sevoflurane | 1 % -DI | 1 % -DI | 1.1 % -DI | 1.1 % -DI | 1.1 % -DI |
|---|---|---|---|---|---|

| Row Name | 06/26/23 1453 | 06/26/23 1452 | 06/26/23 1451 | 06/26/23 1450 | 06/26/23 1449 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 92/58 -DI | — | — | 93/54 -DI | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

MC_000920

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 06/26/23 (continued)

| | | | | | |
|---|---|---|---|---|---|
| SpO2 Pulse Rate | 79 bpm -DI | 68 bpm -DI | 71 bpm -DI | 68 bpm -DI | 68 bpm -DI |
| NIBP (Mean) | 68 -DI | — | — | 67 -DI | — |
| Pulse | 78 -DI | 69 -DI | 72 -DI | 69 -DI | 69 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 42 mmHg -DI | 44 mmHg -DI | 45 mmHg -DI | 44 mmHg -DI | 45 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 601 mL -DI | 546 mL -DI | 463 mL -DI | 505 mL -DI | 372 mL -DI |
| Vent Resp Rate | 13 -DI | 13 -DI | 11 -DI | 11 -DI | 13 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 49 % -DI | 49 % -DI | 49 % -DI | 49 % -DI | 49 % -DI |
| inN2O | 47 % -DI | 47 % -DI | 47 % -DI | 46 % -DI | 45 % -DI |
| PIP | 20 -DI | 20 -DI | 20 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.8 °F) -DI | 37.1 °C (98.7 °F) -DI | 37.1 °C (98.7 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.1 % -DI | 1.1 % -DI | 1.1 % -DI | 1.2 % -DI | 1.2 % -DI |
| **Row Name** | **06/26/23 1448** | **06/26/23 1447** | **06/26/23 1446** | **06/26/23 1445** | **06/26/23 1444** |
| **BP/Pulse** | | | | | |
| NIBP | 94/53 -DI | — | — | 103/56 -DI | — |
| SpO2 Pulse Rate | 64 bpm -DI | 64 bpm -DI | 66 bpm -DI | 65 bpm -DI | 68 bpm -DI |
| NIBP (Mean) | 68 -DI | — | — | 70 -DI | — |
| Pulse | 65 -DI | 66 -DI | 65 -DI | 64 -DI | 67 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 47 mmHg -DI | 44 mmHg -DI | 44 mmHg -DI | 45 mmHg -DI | 44 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 501 mL -DI | 590 mL -DI | 420 mL -DI | 493 mL -DI | 416 mL -DI |
| Vent Resp Rate | 11 -DI | 11 -DI | 12 -DI | 11 -DI | 11 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 49 % -DI | 49 % -DI | 50 % -DI | 50 % -DI | 49 % -DI |
| inN2O | 45 % -DI | 46 % -DI | 43 % -DI | 47 % -DI | 43 % -DI |
| PIP | 20 -DI | 20 -DI | 20 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 37.1 °C (98.7 °F) -DI | 37 °C (98.6 °F) -DI | 37 °C (98.6 °F) -DI | 36.9 °C (98.5 °F) -DI | 36.9 °C (98.5 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.2 % -DI | 1.2 % -DI | 1.3 % -DI | 1.3 % -DI | 1.3 % -DI |
| **Row Name** | **06/26/23 1443** | **06/26/23 1442** | **06/26/23 1441** | **06/26/23 1440** | **06/26/23 1439** |
| **BP/Pulse** | | | | | |
| NIBP | 110/67 -DI | — | — | 91/52 -DI | — |
| SpO2 Pulse Rate | 67 bpm -DI | 68 bpm -DI | 77 bpm -DI | 69 bpm -DI | 65 bpm -DI |
| NIBP (Mean) | 80 -DI | — | — | 64 -DI | — |
| Pulse | 66 -DI | 68 -DI | 75 -DI | 69 -DI | 65 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 43 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI | 45 mmHg -DI | 45 mmHg -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1789

Printed by 71334 at 8/21/24 10:12 AM

MC_000921

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 484 mL -DI | 532 mL -DI | 373 mL -DI | 511 mL -DI | 454 mL -DI |
| Vent Resp Rate | 10 -DI | 13 -DI | 14 -DI | 11 -DI | 11 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 50 % -DI | 49 % -DI | 49 % -DI | 50 % -DI | 49 % -DI |
| inN2O | 41 % -DI | 37 % -DI | 34 % -DI | 39 % -DI | 35 % -DI |
| PIP | 20 -DI | 20 -DI | 20 -DI | 20 -DI | 20 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 99 -DI | 100 -DI | 100 -DI |
| Temp | 36.9 °C (98.5 °F) - DI | 36.9 °C (98.4 °F) - DI | 36.9 °C (98.4 °F) - DI | 36.9 °C (98.4 °F) - DI | 36.8 °C (98.3 °F) - DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.4 % -DI | 1.4 % -DI | 1.4 % -DI | 1.5 % -DI | 1.6 % -DI |

| Row Name | 06/26/23 1438 | 06/26/23 1437 | 06/26/23 1436 | 06/26/23 1435 | 06/26/23 1434 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 100/54 -DI | — | 83/51 ! -DI | — | 98/58 -DI |
| SpO2 Pulse Rate | 66 bpm -DI | 66 bpm -DI | 69 bpm -DI | 68 bpm -DI | 70 bpm -DI |
| NIBP (Mean) | 69 -DI | — | 60 -DI | — | 71 -DI |
| Pulse | 66 -DI | 65 -DI | 68 -DI | 69 -DI | 72 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 27 mmHg -DI | 42 mmHg -DI | 44 mmHg -DI | 43 mmHg -DI | 42 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 470 mL -DI | 390 mL -DI | 481 mL -DI | 497 mL -DI | 474 mL -DI |
| Vent Resp Rate | 10 -DI | 12 -DI | 10 -DI | 9 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 50 % -DI | 51 % -DI | 53 % -DI | 54 % -DI | 54 % -DI |
| inN2O | 37 % -DI | 17 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 19 -DI | 18 -DI | 19 -DI | 19 -DI | 18 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 99 -DI | 99 -DI | 100 -DI | 99 -DI |
| Temp | 36.8 °C (98.3 °F) - DI | 36.8 °C (98.2 °F) - DI | 36.8 °C (98.2 °F) - DI | 36.8 °C (98.2 °F) - DI | 36.7 °C (98.1 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.6 % -DI | 1.7 % -DI | 1.8 % -DI | 1.8 % -DI | 1.8 % -DI |

| Row Name | 06/26/23 1433 | 06/26/23 1432 | 06/26/23 1431 | 06/26/23 1430 | 06/26/23 1429 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | — | — | 106/66 -DI | — | — |
| SpO2 Pulse Rate | 68 bpm -DI | 75 bpm -DI | 70 bpm -DI | 68 bpm -DI | 72 bpm -DI |
| NIBP (Mean) | — | — | 77 -DI | — | — |
| Pulse | 68 -DI | 73 -DI | 73 -DI | 68 -DI | 73 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 42 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 504 mL -DI | 431 mL -DI | 489 mL -DI | 395 mL -DI | 451 mL -DI |
| Vent Resp Rate | 12 -DI | 13 -DI | 12 -DI | 15 -DI | 16 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 53 % -DI | 53 % -DI | 55 % -DI | 53 % -DI | 53 % -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1790

Printed by 71334 at 8/21/24 10:12 AM

MC_000922

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 19 -DI | 18 -DI | 18 -DI | 17 -DI | 17 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 36.7 °C (98.1 °F) - DI | 36.7 °C (98 °F) -DI | 36.6 °C (97.9 °F) - DI | 36.6 °C (97.9 °F) - DI | 36.6 °C (97.8 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.8 % -DI | 1.8 % -DI | 1.8 % -DI | 1.8 % -DI | 1.8 % -DI |

| Row Name | 06/26/23 1428 | 06/26/23 1427 | 06/26/23 1426 | 06/26/23 1425 | 06/26/23 1424 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 109/67 -DI | — | 105/64 -DI | — | — |
| SpO2 Pulse Rate | 76 bpm -DI | 78 bpm -DI | 78 bpm -DI | 77 bpm -DI | 78 bpm -DI |
| NIBP (Mean) | 80 -DI | — | 77 -DI | — | — |
| Pulse | 78 -DI | 81 -DI | 78 -DI | 77 -DI | 78 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 42 mmHg -DI | 47 mmHg -DI | 45 mmHg -DI | 44 mmHg -DI | 34 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 364 mL -DI | 517 mL -DI | 436 mL -DI | 484 mL -DI | 581 mL -DI |
| Vent Resp Rate | 11 -DI | 10 -DI | 7 -DI | 7 -DI | 10 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 54 % -DI | 54 % -DI | 55 % -DI | 56 % -DI | 54 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 17 -DI | 17 -DI | 17 -DI | 17 -DI | 15 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 100 -DI | 100 -DI | 100 -DI | 99 -DI |
| Temp | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.8 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.8 % -DI | 1.8 % -DI | 1.9 % -DI | 1.8 % -DI | 1.8 % -DI |

| Row Name | 06/26/23 1423 | 06/26/23 1422 | 06/26/23 1421 | 06/26/23 1420 | 06/26/23 1419 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 81/53 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 76 bpm -DI | 76 bpm -DI | 69 bpm -DI | 73 bpm -DI | 70 bpm -DI |
| NIBP (Mean) | 59 -DI | — | — | — | — |
| Pulse | 76 -DI | 76 -DI | 75 -DI | 72 -DI | 71 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 42 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 510 mL -DI | 480 mL -DI | 505 mL -DI | 502 mL -DI | 499 mL -DI |
| Vent Resp Rate | 9 -DI | 11 -DI | 10 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 55 % -DI | 55 % -DI | 55 % -DI | 55 % -DI | 56 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 16 -DI | 16 -DI | 16 -DI | 16 -DI | 16 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.8 °F) - DI | 36.6 °C (97.9 °F) - DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1791

Printed by 71334 at 8/21/24 10:12 AM

MC_000923

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.8 % -DI | 1.8 % -DI | 1.7 % -DI | 1.7 % -DI | 1.7 % -DI |
| **Row Name** | **06/26/23 1418** | **06/26/23 1417** | **06/26/23 1416** | **06/26/23 1415** | **06/26/23 1414** |

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 96/52 -DI | — | — | — | — |
| SpO2 Pulse Rate | 66 bpm -DI | 83 bpm -DI | 84 bpm -DI | 82 bpm -DI | 81 bpm -DI |
| NIBP (Mean) | 66 -DI | — | — | — | — |
| Pulse | 63 -DI | 84 -DI | 85 -DI | 82 -DI | 84 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 42 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI | 41 mmHg -DI | 40 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 503 mL -DI | 490 mL -DI | 493 mL -DI | 501 mL -DI | 496 mL -DI |
| Vent Resp Rate | 10 -DI | 10 -DI | 10 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 56 % -DI | 57 % -DI | 57 % -DI | 58 % -DI | 59 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 16 -DI | 16 -DI | 16 -DI | 16 -DI | 16 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 36.7 °C (98 °F) -DI | 36.7 °C (98.1 °F) -DI | 36.7 °C (98.1 °F) -DI | 36.7 °C (98.1 °F) -DI | 36.8 °C (98.2 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.6 % -DI | 1.6 % -DI | 1.5 % -DI | 1.5 % -DI | 1.5 % -DI |
| **Row Name** | **06/26/23 1413** | **06/26/23 1412** | **06/26/23 1411** | **06/26/23 1410** | **06/26/23 1409** |

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 112/64 -DI | — | — | — | — |
| SpO2 Pulse Rate | 79 bpm -DI | 80 bpm -DI | 77 bpm -DI | 78 bpm -DI | 76 bpm -DI |
| NIBP (Mean) | 80 -DI | — | — | — | — |
| Pulse | 80 -DI | 80 -DI | 80 -DI | 79 -DI | 76 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 40 mmHg -DI | 40 mmHg -DI | 39 mmHg -DI | 39 mmHg -DI | 37 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 498 mL -DI | 496 mL -DI | 562 mL -DI | 510 mL -DI | 506 mL -DI |
| Vent Resp Rate | 10 -DI | 10 -DI | 11 -DI | 11 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| I:E Ratio | — | — | — | 1:2.00 -DI | 1:2.00 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 61 % -DI | 63 % -DI | 65 % -DI | 67 % -DI | 72 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 16 -DI | 16 -DI | 15 -DI | 15 -DI | 15 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 36.8 °C (98.2 °F) -DI | 36.8 °C (98.2 °F) -DI | 37 °C (98.6 °F) -DI | — | — |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.5 % -DI | 1.5 % -DI | 1.5 % -DI | 1.5 % -DI | 1.5 % -DI |
| **Row Name** | **06/26/23 1408** | **06/26/23 1407** | **06/26/23 1406** | **06/26/23 1405** | **06/26/23 1404** |

### BP/Pulse

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

MC_000924

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 113/70 -DI | — | — | — | — |
| SpO2 Pulse Rate | 80 bpm -DI | 87 bpm -DI | 93 bpm -DI | 82 bpm -DI | 75 bpm -DI |
| NIBP (Mean) | 83 -DI | — | — | — | — |
| Pulse | 81 -DI | 89 -DI | 92 -DI | 90 -DI | 79 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 36 mmHg -DI | 38 mmHg -DI | 45 mmHg -DI | 0 mmHg -DI | 12 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 495 mL -DI | 640 mL -DI | 1029 mL -DI | 322 mL -DI | 322 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 14 -DI | 2 -DI | 17 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| I:E Ratio | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI |
| **OTHER** | | | | | |
| inO2 | 77 % -DI | 96 % -DI | 96 % -DI | 99 % -DI | 99 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 15 -DI | 16 -DI | 26 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.7 % -DI | 1.7 % -DI | 0.6 % -DI | 0 % -DI | 0 % -DI |

| Row Name | 06/26/23 1403 | 06/26/23 1402 | 06/26/23 1401 | 06/26/23 1400 | 06/26/23 1359 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 120/55 -DI | 132/57 -DI | — | — | — |
| SpO2 Pulse Rate | 75 bpm -DI | 74 bpm -DI | 76 bpm -DI | — | — |
| NIBP (Mean) | 80 -DI | 81 -DI | — | — | — |
| Pulse | 78 -DI | 74 -DI | — | — | — |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 36 mmHg -DI | 35 mmHg -DI | 37 mmHg -DI | 0 mmHg -DI | 0 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 10 mL -DI | 283 mL -DI | 222 mL -DI | — | — |
| Vent Resp Rate | 25 -DI | 25 -DI | 13 -DI | — | — |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| I:E Ratio | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI |
| **OTHER** | | | | | |
| inO2 | 99 % -DI | 99 % -DI | 99 % -DI | 48 % -DI | 48 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 2 -DI | 5 -DI | 6 -DI | 0 -DI | 1 -DI |
| Device Name | b -DI | — | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 97 -DI | — | — |
| **Agents** | | | | | |
| Expired Sevoflurane | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |

| Row Name | 06/26/23 1358 | | | | |
|---|---|---|---|---|---|
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 0 mmHg -DI | | | | |
| **Respiratory** | | | | | |
| PEEP/CPAP | 5 cm H20 -DI | | | | |
| I:E Ratio | 1:2.00 -DI | | | | |
| **OTHER** | | | | | |
| inO2 | 48 % -DI | | | | |
| inN2O | 0 % -DI | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1793

Printed by 71334 at 8/21/24 10:12 AM

MC_000925

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 06/26/23 (continued)**

| PIP | 1 -DI |
|---|---|
| Device Name | b -DI |

**Agents**

| Expired Sevoflurane | 0 % -DI |
|---|---|

**User Key**                                                  (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| DI | Interface, Devices | — | — |
| LO | Lisa M O Driscoll, CRNA | Nurse Anesthetist | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1794                                                                 Printed by 71334 at 8/21/24 10:12 AM

MC_000926

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations**

### 0.9 % NaCl (NS) infusion soln [711106576]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1808 | Starts/Ends: 06/26/23 2030 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 125 mL/hr (—/—) | Route: Intravenous |
| Frequency: CONTINUOUS | Ordered Rate/Order Duration: 125 mL/hr / — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 2126 Documented: 06/26/23 2126 | New Bag/Bottle/Cartridge $ | 125 mL/hr 125 mL/hr | Intravenous | Performed by: Karen K McNallan, RN Scanned Package: 0338-0049-04 |

### acetaminophen (Tylenol) suppository 650 mg [711151840]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1808 | Starts/Ends: 06/26/23 1808 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 650 mg (—/—) | Route: Rectal |
| Frequency: Q6H PRN | Ordered Rate/Order Duration: — / — |
| Admin Instructions: If not able to take PO | Do not exceed acetaminophen 4 grams/day from all sources |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 1259 Documented: 06/27/23 1259 | See Alternative | — | — | Performed by: Lillian S Reip, RN |
| Performed 06/27/23 0348 Documented: 06/27/23 0348 | See Alternative | — | — | Performed by: Karen K McNallan, RN |
| Performed 06/26/23 2119 Documented: 06/26/23 2119 | See Alternative | — | — | Performed by: Karen K McNallan, RN |

### acetaminophen (TYLENOL) tablet 650 mg [711106578]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1808 | Starts/Ends: 06/26/23 1808 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 650 mg (—/—) | Route: Oral |
| Frequency: Q6H PRN | Ordered Rate/Order Duration: — / — |
| Admin Instructions: Use when taking PO; | Do not exceed acetaminophen 4 grams/day from all sources |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 1259 Documented: 06/27/23 1259 | Given $ | 650 mg | Oral | Performed by: Lillian S Reip, RN Scanned Package: 50580-458-11, 50580-458-11 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1795

Printed by 71334 at 8/21/24 10:12 AM

MC_000927

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 06/27/23 0348<br>Documented:<br>06/27/23 0348 | Given $ | 650 mg | Oral | Performed by: Karen K McNallan, RN<br>Scanned Package: 50580-458-11,<br>50580-458-11 |
| Performed 06/26/23 2119<br>Documented:<br>06/26/23 2119 | Given $ | 650 mg | Oral | Performed by: Karen K McNallan, RN<br>Scanned Package: 50580-458-11,<br>50580-458-11 |

**aspirin chew tablet 81 mg [711151860]**

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1808
Ordered Dose (Remaining/Total): 81 mg (—/—)
Frequency: BID

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 06/27/23 0900 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0820<br>Documented:<br>06/27/23 0822 | Given $ | 81 mg | Oral | Performed by: Lillian S Reip, RN<br>Scanned Package: 66553-002-01 |

**cefazolin 2g iv in syringe (200 mg/mL) for iv push [710447016]**

Ordering Provider: Alexandria Bones, PA-C
Ordered On: 06/26/23 1154
Ordered Dose (Remaining/Total): 2 g (0/1)
Frequency: PREOP
Dose = 2 gram, Reconstitute EACH 2 g vial with 10 mL sterile water for injection, final conc. = 200mg/mL; draw up the entire contents of the vial (2 gram) into a 20mL syringe to give IVP over 3 minutes. **Visually inspect for any particulate matter prior to administering - discard if particulate observed**

Status: Completed (Past End Date/Time)
Starts/Ends: 06/26/23 1200 - 06/26/23 1415
Route: Intravenous
Ordered Rate/Order Duration: — / 3 Minutes

| Question | Answer | Comment |
|---|---|---|
| What is the indication (s) for this antibiotic?: | PROPHYLAXIS | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 1405<br>Documented:<br>06/26/23 1412 | New Bag/Bottle/Cartridge $ | 2 g<br>10 Minutes | Intravenous | Performed by: Lisa M O Driscoll, CRNA |

**cefazolin 2g iv in syringe (200 mg/mL) for iv push [711106577]**

Ordering Provider: Alexandria Bones, PA-C
Ordered On: 06/26/23 1808
Ordered Dose (Remaining/Total): 2 g (0/2)
Frequency: Q8S
Admin Instructions: Do not give last dose if longer than 24 hours after the end of surgery

Status: Completed (Past End Date/Time)
Starts/Ends: 06/26/23 2200 - 06/27/23 0705
Route: Intravenous
Ordered Rate/Order Duration: — / 3 Minutes
For immediate use only. Label with patient ID label and date; Spike antibiotic vial with Minibag Plus 100 mL NS bag's port adapter. Mix thoroughly to dissolve. Invert bag, squeeze air into vial and allow dissolved contents to flow into piggy back for infusion.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1796

Printed by 71334 at 8/21/24 10:12 AM

MC_000928

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

Dose = 2 gram, Reconstitute EACH 2 g vial with 10 mL sterile water for injection, final conc. = 200mg/mL; draw up the entire contents of the vial (2 gram) into a 20mL syringe to give IVP over 3 minutes. **Visually inspect for any particulate matter prior to administering - discard if particulate observed**

| Question | Answer | Comment |
|---|---|---|
| What is the indication (s) for this antibiotic?: | PROPHYLAXIS | --- |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0702 Documented: 06/27/23 0702 | Given $ | 2 g 3 Minutes | Intravenous | Performed by: Karen K McNallan, RN Scanned Package: 60505-6231-0, 0409-4887-17 |
| Performed 06/26/23 2328 Documented: 06/26/23 2328 | Given $ | 2 g 3 Minutes | Intravenous | Performed by: Karen K McNallan, RN Scanned Package: 60505-6231-0, 0409-4887-17 |

### docusate sodium (Colace) capsule 100 mg [711151851]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1808 | Starts/Ends: 06/26/23 2100 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 100 mg (---/---) | Route: Oral |
| Frequency: BID | Ordered Rate/Order Duration: --- / --- |
| Admin Instructions: Hold for loose stools | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0820 Documented: 06/27/23 0822 | Given $ | 100 mg | Oral | Performed by: Lillian S Reip, RN Scanned Package: 0904-7183-61 |
| Performed 06/26/23 2118 Documented: 06/26/23 2118 | Given $ | 100 mg | Oral | Performed by: Karen K McNallan, RN Scanned Package: 0904-7183-61 |

### duloxetine (Cymbalta) capsule EC particles 60 mg [711151883]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1633 | Starts/Ends: 06/26/23 2100 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 60 mg (---/---) | Route: Oral |
| Frequency: BID | Ordered Rate/Order Duration: --- / --- |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0821 Documented: 06/27/23 0822 | Given $ | 60 mg | Oral | Performed by: Lillian S Reip, RN Scanned Package: 0904-7044-61, 0904-7044-61 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1797

Printed by 71334 at 8/21/24 10:12 AM

MC_000929

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | | |
|---|---|---|---|
| Performed 06/26/23 2118 Documented: 06/26/23 2119 | Given $ | 60 mg | Oral | Performed by: Karen K McNallan, RN Scanned Package: 0904-7044-61, 0904-7044-61 |

### fentanyl (SUBLIMAZE) 50 mcg/mL (2 mL) inj 12.5-25 mcg [711106544]

Ordering Provider: Lisa M O Driscoll, CRNA

Ordered On: 06/26/23 1626
Ordered Dose (Remaining/Total): 12.5-25 mcg (—/—)
Frequency: Q5MIN PRN
Admin Instructions: FOR PACU USE ONLY.

May titrate by 10 mcg increments q 5 min to a max of 100 mcg every 2 hrs.
Administer by slow IV push.

Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider
Starts/Ends: 06/26/23 1625 - 06/26/23 1827
Route: Intravenous
Ordered Rate/Order Duration: — / —
Start with lowest dose unless patient has tolerated higher dose previously.
Use fentanyl as first line therapy for severe pain when fentanyl, hydromorphone and morphine are ordered.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 1648 Documented: 06/26/23 1650 | Incremental Dose | 25 mcg | Intravenous | Performed by: Kim Y Anderson, RN Comments: 10/10 pain Scanned Package: 0409-9094-12 |
| Performed 06/26/23 1643 Documented: 06/26/23 1645 | Incremental Dose | 25 mcg | Intravenous | Performed by: Kim Y Anderson, RN Comments: 10/10 pain Scanned Package: 0409-9094-12 |
| Performed 06/26/23 1638 Documented: 06/26/23 1638 | Incremental Dose | 25 mcg | Intravenous | Performed by: Kim Y Anderson, RN Comments: 10/10 pain |
| Performed 06/26/23 1633 Documented: 06/26/23 1636 | Given $ | 25 mcg | Intravenous | Performed by: Kim Y Anderson, RN Comments: 10/10 pain. Received and tolerated in OR Scanned Package: 0409-9094-12 |

### hydrochlorothiazide tablet 12.5 mg [711151884]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1633
Ordered Dose (Remaining/Total): 12.5 mg (—/—)
Frequency: DAILY

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 06/27/23 0900 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0900 Documented: 06/27/23 0844 | Held | 0 mg | Oral | Performed by: Lillian S Reip, RN Comments: BP soft |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1798

Printed by 71334 at 8/21/24 10:12 AM

MC_000930

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

#### HYDROmorphone (DILAUDID) inj 0.1-0.5 mg [711106545]

| | |
|---|---|
| Ordering Provider: Lisa M O Driscoll, CRNA | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 06/26/23 1626 | Starts/Ends: 06/26/23 1625 - 06/26/23 1827 |
| Ordered Dose (Remaining/Total): 0.1-0.5 mg (—/—) | Route: Intravenous |
| Frequency: Q10MIN PRN | Ordered Rate/Order Duration: — / — |
| Admin Instructions: FOR PACU USE ONLY. | Start with lowest dose unless patient has tolerated higher dose previously |
| May titrate by 0.2 mg increments q 10 min to MAX DOSE 2 mg every 2 hr. | Use hydromorphone as 2nd line therapy for severe pain when fentanyl, hydromorphone and morphine are ordered |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 1749 Documented: 06/26/23 1749 | Incremental Dose | 0.5 mg | Intravenous | Performed by: Charlene Sole, RN Comments: 0.5 mg Scanned Package: 0409-1283-03 |
| Performed 06/26/23 1737 Documented: 06/26/23 1737 | Given $ | 0.5 mg | Intravenous | Performed by: Charlene Sole, RN Scanned Package: 0409-1283-03 |
| Performed 06/26/23 1703 Documented: 06/26/23 1704 | Incremental Dose | 0.5 mg | Intravenous | Performed by: Kim Y Anderson, RN Comments: 8/10 pain Scanned Package: 0409-1283-03 |
| Performed 06/26/23 1652 Documented: 06/26/23 1653 | Given $ | 0.5 mg | Intravenous | Performed by: Kim Y Anderson, RN Comments: 10/10 pain. Pt received and tolerated in OR Scanned Package: 0409-1283-03 |

### Pharmacy Actions

| Type | Date/Time | User | Extra Information | |
|---|---|---|---|---|
| Waste | Mon Jun 26, 2023 1751 | Charlene Sole, RN | **HYDROmorphone 1 mg/mL Soln [10270]** Waste Amount: 0 mL (0 mg) Charge Failure Reason: Medication is not configured for waste Package From: MAR | Package: 1 mL Crtrdg-NDL (0409-1283-03) |
| Waste | Mon Jun 26, 2023 1733 | Kim Y Anderson, RN | **HYDROmorphone 1 mg/mL Soln [10270]** Waste Amount: 0 mL (0 mg) Charge Failure Reason: Medication is not configured for waste Package From: MAR | Package: 1 mL Crtrdg-NDL (0409-1283-03) |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1799
Printed by 71334 at 8/21/24 10:12 AM

MC_000931

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

#### hydrOXYzine hcl (ATARAX) tablet TABS 25 mg [711151885]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1633
Ordered Dose (Remaining/Total): 25 mg (—/—)
Frequency: TID PRN

Status: Discontinued (Past End Date/Time), Reason: Patient
discharged
Starts/Ends: 06/26/23 1632 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0821 Documented: 06/27/23 0822 | Given $ | 25 mg | Oral | Performed by: Lillian S Reip, RN Scanned Package: 23155-501-01 |

#### insulin regular (HUMULIN R, NOVOLIN R) 100 Units/mL inj 0-6 Units [711151875]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1631
Ordered Dose (Remaining/Total): 0-6 Units (—/—)
Frequency: AC HS
Admin Instructions: If nutritional insulin is ordered, add the following
units to nutritional dose based on CBG result:
CBG Mg/dL         Low Dose
</= 70       Implement Hypoglycemia Orders
150-199   1 units
250-299   3 units
350-399   5 units

Status: Discontinued (Past End Date/Time), Reason: Patient
discharged
Starts/Ends: 06/26/23 1645 - 06/27/23 1737
Route: Subcutaneous
Ordered Rate/Order Duration: — / —
Note to pharmacy: CORRECTIONAL DOSE

Correctional Scale
71-149    No Insulin/ 0 units
200-249   2 units
300-349   4 units
>/= 400   6 and call MD

| Timestamps | Action / Reason | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 1630 Documented: 06/27/23 1737 | Canceled Entry — | | — | Performed by: Processing. Auto Comments: Automatically canceled at discontinue of medication order |
| Performed 06/27/23 1130 Documented: 06/27/23 1252 | Missed Patient sleeping | — | Subcutaneous | Performed by: Lillian S Reip, RN |
| Performed 06/27/23 0730 Documented: 06/27/23 0842 | Coverage Not Required | — | Subcutaneous | Performed by: Lillian S Reip, RN |
| Performed 06/26/23 2100 Documented: 06/26/23 2131 | Coverage Not Required | — | Subcutaneous | Performed by: Karen K McNallan, RN Comments: 140 |
| Performed 06/26/23 1645 Documented: 06/26/23 2054 | Missed Not in room | — | Subcutaneous | Performed by: Karen K McNallan, RN |

#### ketoROLAC (Toradol) 15 mg/mL inj 15 mg [711151841]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1800

Printed by 71334 at 8/21/24 10:12 AM

MC_000932

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1808 | Starts/Ends: 06/26/23 2200 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 15 mg (5/8) | Route: Intravenous |
| Frequency: Q6H | Ordered Rate/Order Duration: — / — |

Admin Instructions: IM: Administer slowly and deeply into muscle; IV bolus: Administer over at least 15 seconds. Maximum therapy duration 5 days.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 1600 Documented: 06/27/23 1737 | Canceled Entry — | — | — | Performed by: Processing. Auto Comments: Automatically canceled at discontinue of medication order |
| Performed 06/27/23 1259 Documented: 06/27/23 1259 | Given $ | 15 mg | Intravenous | Performed by: Lillian S Reip, RN Scanned Package: 63323-161-00 |
| Performed 06/27/23 0701 Documented: 06/27/23 0701 | Given $ | 15 mg | Intravenous | Performed by: Karen K McNallan, RN Scanned Package: 63323-161-00 |
| Performed 06/26/23 2328 Documented: 06/26/23 2328 | Given $ | 15 mg | Intravenous | Performed by: Karen K McNallan, RN Scanned Package: 63323-161-00 |

### lactated ringers (LR) infusion soln [711034429]

| | |
|---|---|
| Ordering Provider: Lisa M O Driscoll, CRNA | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 06/26/23 1610 | Starts/Ends: 06/26/23 1615 - 06/26/23 1827 |
| Ordered Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: TITRATE | Ordered Rate/Order Duration: 125 mL/hr / — |

Admin Instructions: Adjust PER PACU routine; PACU ORDER ONLY

| Timestamps | Action / Reason | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0657 Documented: 06/27/23 0658 | End of Infusion Therapy Completed | 0 mL 0 mL/hr | Intravenous | Performed by: Karen K McNallan, RN |
| Performed 06/26/23 1630 Documented: 06/26/23 1656 | New Bag/Bottle/Cartridge $ | — 125 mL/hr | Intravenous | Performed by: Kim Y Anderson, RN Scanned Package: 0338-0117-04 |

### liraglutide (VICTOZA) inj 1.8 mg [711151886]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1633 | Starts/Ends: 06/27/23 0900 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 1.8 mg (—/—) | Route: Subcutaneous |
| Frequency: DAILY | Ordered Rate/Order Duration: — / — |

Admin Instructions: This medication is nonformulary and not available from inpatient pharmacy. If med is to be given, patient will need to

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1801

Printed by 71334 at 8/21/24 10:12 AM

MC_000933

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

provide own supply. Please notify pharmacist as soon as med is available as it must be checked and labeled per policy prior to administration. Contact pharmacist with any questions.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0900<br>Documented:<br>06/27/23 0843 | Refused | 1.8 mg | Subcutaneous | Performed by: Lillian S Reip, RN |

### lisinopril (PRINIVIL, ZESTRIL) tablet 20 mg [711151887]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1633
Ordered Dose (Remaining/Total): 20 mg (—/—)
Frequency: DAILY

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 06/27/23 0900 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0900<br>Documented:<br>06/27/23 0844 | Held | 0 mg | Oral | Performed by: Lillian S Reip, RN |

### multivitamin therapeutic w/minerals (THERAPEUTIC-M) tablet 1 Tablet [711151855]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1808
Ordered Dose (Remaining/Total): 1 Tablet (—/—)
Frequency: DAILY

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 06/27/23 0900 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0820<br>Documented:<br>06/27/23 0822 | Given $ | 1 Tablet | Oral | Performed by: Lillian S Reip, RN<br>Scanned Package: 0904-5492-61 |

### oxyCODONE (Roxicodone) tablet 5 mg [711151842]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1808
Ordered Dose (Remaining/Total): 5 mg (—/—)
Frequency: Q3H PRN
Admin Instructions: For opiate naive patient with moderate pain.

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 06/26/23 1808 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 1259<br>Documented:<br>06/27/23 1259 | Given $ | 5 mg | Oral | Performed by: Lillian S Reip, RN<br>Scanned Package: 42858-001-10 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1802

Printed by 71334 at 8/21/24 10:12 AM

MC_000934

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 06/27/23 0820 Documented: 06/27/23 0822 | Given $ | 5 mg | Oral | Performed by: Lillian S Reip, RN Scanned Package: 42858-001-10 |
| Performed 06/27/23 0349 Documented: 06/27/23 0349 | See Alternative — | — | — | Performed by: Karen K McNallan, RN |
| Performed 06/26/23 2150 Documented: 06/26/23 2151 | See Alternative — | — | — | Performed by: Karen K McNallan, RN |
| Performed 06/26/23 2118 Documented: 06/26/23 2118 | See Alternative — | — | — | Performed by: Karen K McNallan, RN |

### oxyCODONE (Roxicodone) tablet 5-10 mg [711151843]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1808
Ordered Dose (Remaining/Total): 5-10 mg (—/—)
Frequency: Q3H PRN
Admin Instructions: For opiate naive patient with severe pain.
After 30 min, if pain not adequately controlled at pain reassessment, may repeat dose x 1. Do not exceed 2 tablets in 3 hrs.

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 06/26/23 1808 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —
Give 5 mg for initial dose.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 1259 Documented: 06/27/23 1259 | See Alternative — | — | — | Performed by: Lillian S Reip, RN |
| Performed 06/27/23 0820 Documented: 06/27/23 0822 | See Alternative — | — | — | Performed by: Lillian S Reip, RN |
| Performed 06/27/23 0349 Documented: 06/27/23 0349 | Given $ | 5 mg | Oral | Performed by: Karen K McNallan, RN Scanned Package: 0406-0552-23 |
| Performed 06/26/23 2150 Documented: 06/26/23 2151 | Given $ | 5 mg | Oral | Performed by: Karen K McNallan, RN Scanned Package: 42858-001-10 |
| Performed 06/26/23 2118 Documented: 06/26/23 2118 | Given $ | 5 mg | Oral | Performed by: Karen K McNallan, RN Scanned Package: 42858-001-10 |

### rosuvastatin (Crestor) tablet 10 mg [711151888]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000935

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1633 | Starts/Ends: 06/26/23 2100 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 10 mg (—/—) | Route: Oral |
| Frequency: Q PM | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 2119<br>Documented:<br>06/26/23 2119 | Given $ | 10 mg | Oral | Performed by: Karen K McNallan, RN<br>Scanned Package: 16714-988-01, 16714-988-01 |

### saline flush (NS) 0.9% NaCl inj 5-80 mL [710447010]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 06/26/23 1154 | Starts/Ends: 06/26/23 1400 - 06/26/23 1614 |
| Ordered Dose (Remaining/Total): 5-80 mL (—/—) | Route: Intravenous |
| Frequency: Q8H | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 1400<br>Documented:<br>06/26/23 1614 | Canceled Entry — | | — | Performed by: Kim Y Anderson, RN<br>Comments: Automatically canceled at discontinue of medication order |
| Performed 06/26/23 1257<br>Documented:<br>06/26/23 1259 | Given $ | 10 mL | Intravenous | Performed by: Catherine Sharp, RN<br>Scanned Package: 8290-306547 |

### saline flush (NS) 0.9% NaCl inj 5-80 mL [711034427]

| | |
|---|---|
| Ordering Provider: Lisa M O Driscoll, CRNA | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 06/26/23 1610 | Starts/Ends: 06/26/23 1615 - 06/26/23 1827 |
| Ordered Dose (Remaining/Total): 5-80 mL (—/—) | Route: Intravenous |
| Frequency: Q8H | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 1615<br>Documented:<br>06/26/23 1827 | Canceled Entry — | | — | Performed by: Processing. Auto<br>Comments: Automatically canceled at discontinue of medication order |

### saline flush (NS) 0.9% NaCl inj 5-80 mL [711106556]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 06/26/23 1808 | Starts/Ends: 06/26/23 2200 - 06/27/23 1737 |
| Ordered Dose (Remaining/Total): 5-80 mL (—/—) | Route: Intravenous |
| Frequency: Q8H | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1804                                                                 Printed by 71334 at 8/21/24 10:12 AM

MC_000936

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 06/27/23 1400<br>Documented:<br>06/27/23 1737 | Canceled Entry — | | — | Performed by: Processing. Auto<br>Comments: Automatically canceled<br>at discontinue of medication order |
| Performed 06/27/23 0701<br>Documented:<br>06/27/23 0701 | Given $ | 10 mL | Intravenous | Performed by: Karen K McNallan, RN<br>Scanned Package: 8290-306547 |
| Performed 06/26/23 2328<br>Documented:<br>06/26/23 2328 | Given $ | 10 mL | Intravenous | Performed by: Karen K McNallan, RN<br>Scanned Package: 8290-306547 |
| Performed 06/26/23 2122<br>Documented:<br>06/26/23 2122 | Given $ | 10 mL | Intravenous | Performed by: Karen K McNallan, RN<br>Scanned Package: 8290-306547 |

### senna (SENNA, SENOKOT) tablet 8.6 mg [711151889]

| | |
|---|---|
| Ordering Provider: Alexandria Bones, PA-C<br><br>Ordered On: 06/26/23 1633<br>Ordered Dose (Remaining/Total): 8.6 mg (—/—)<br>Frequency: DAILY<br>Admin Instructions: Hold for loose stools | Status: Discontinued (Past End Date/Time), Reason: Patient discharged<br>Starts/Ends: 06/27/23 0900 - 06/27/23 1737<br>Route: Oral<br>Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0822<br>Documented:<br>06/27/23 0822 | Given $ | 8.6 mg | Oral | Performed by: Lillian S Reip, RN<br>Scanned Package: 0904-6522-61 |

### sodium chloride irrigation (NS Irrigation) 0.9 % irrigation soln [711106528]

| | |
|---|---|
| Ordering Provider: William Frederick Thompson, MD<br><br>Ordered On: 06/26/23 1441 | Status: Discontinued (Past End Date/Time), Reason: Treatment complete<br>Frequency: INTRAPROCEDURAL PRN |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/26/23 1440<br>Documented:<br>06/26/23 1441 | Given $ | 1,000 mL | Irrigation | Performed by: William Frederick Thompson, MD<br>Documented by: Eileen K Hutchinson, RN<br>Comments: bottle |

### Unavailable Medication (see details below) [711106529]

| | |
|---|---|
| Ordering Provider: William Frederick Thompson, MD<br><br>Ordered On: 06/26/23 1501 | Status: Discontinued (Past End Date/Time), Reason: Treatment complete<br>Frequency: INTRAPROCEDURAL PRN |

| Timestamps | Action | Dose | Site | Other Information |
|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1805

Printed by 71334 at 8/21/24 10:12 AM

MC_000937

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | |
|---|---|---|---|
| Performed 06/26/23 Given $ 1501 Documented: 06/26/23 1558 | 450 mL | Knee | Performed by: William Frederick Thompson, MD Documented by: Felicidad P Trajico, RN Comments: Irrisept-topical, irrigation |

### verapamil (CALAN SR) tablet SR 240 mg [711151890]

Ordering Provider: Alexandria Bones, PA-C

Ordered On: 06/26/23 1633
Ordered Dose (Remaining/Total): 240 mg (—/—)
Frequency: DAILY
Admin Instructions: Do not crush or chew

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 06/27/23 0900 - 06/27/23 1737
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 06/27/23 0821 Documented: 06/27/23 0822 | Given $ | 240 mg | Oral | Performed by: Lillian S Reip, RN Scanned Package: 68462-260-01 |

## Preferred Pharmacy

### Visit Pharmacy

MULTICARE 003 ALLENMORE OUTPT PHARMACY

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 1901 S. Union TACOMA WA 98405 | 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-459-6746 | 253-459-6251 |

### Other Orders - Procedures

#### Admit

##### ADMIT AS INPATIENT [711034400] (Completed)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843**                     Status: **Completed**
Ordering user: Alexandria Bones, PA-C 06/26/23 0843          Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                        Ordering mode: Standard
Cosigning events
Electronically cosigned by William Frederick Thompson, MD 06/26/23 1656 for Ordering
Frequency: Routine Once 06/26/23 1200 - 1 occurrence          Class: MHS IP Normal
Quantity: 1                                                   Instance released by: Mary Harris, CNA (auto-released)
                                                             6/26/2023 11:54 AM

###### Questionnaire

| Question | Answer |
|---|---|
| Dx: | Patellar tendon rupture, left, initial encounter |
| Estimated length of stay? | 1 |

###### Updates

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1806                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000938

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Level of care: Adult Med/Surg                    Patient class: Inpatient

### Diet

#### Carb Control - Standard; Thin Liquids [711153382] (Active)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630**                    Status: **Active**

Ordering user: Alexandria Bones, PA-C 06/26/23 1630          Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                        Ordering mode: Standard
Frequency: Routine Start Now 06/26/23 1815 - Until Specified  Class: MHS IP Normal
Quantity: 1                                                  Instance released by: Amelia F Phillips, RN (auto-released)
                                                             6/26/2023 6:08 PM

##### Questionnaire

| Question | Answer |
| --- | --- |
| Base Diet Type? | Carb Control - Standard |
| Liquid Consistency? | Thin Liquids |

### Discharge

#### DISCHARGE PATIENT [711153394] (Completed)

Electronically signed by: **Alexandria Bones, PA-C on 06/27/23 1212**                    Status: **Completed**

Ordering user: Alexandria Bones, PA-C 06/27/23 1212          Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                        Ordering mode: Standard
Frequency: Routine Once 06/27/23 1215 - 1 occurrence         Class: MHS IP Normal
Quantity: 1                                                  Instance released by: Alexandria Bones, PA-C (auto-released)
                                                             6/27/2023 12:12 PM

##### Updates

Discharge date and time: 6/27/2023              Discharge disposition: Home
Discharge destination: Home

### Monitor

#### CARDIAC MONITOR [711106533] (Discontinued)

Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343**                    Status: **Discontinued**

Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343          Ordering provider: Lisa M O Driscoll, CRNA
Authorized by: Lisa M O Driscoll, CRNA                        Ordering mode: Standard
Frequency: Routine Per Unit Standard 06/26/23 1615 - Until    Class: MHS IP Normal
Specified
Quantity: 1                                                  Instance released by: Kim Y Anderson, RN (auto-released)
                                                             6/26/2023 4:10 PM

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

##### Updates

Accommodation code: Med/Surg Telemetry

Order comments: PACU ONLY ORDER.

### Patient Care

#### VITAL SIGNS - Per unit standard [710447017] (Discontinued)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843**                    Status: **Discontinued**

Ordering user: Alexandria Bones, PA-C 06/26/23 0843          Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                        Ordering mode: Standard
Frequency: Routine Per Unit Standard 06/26/23 1200 - Until   Class: MHS IP Normal

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1807                                        Printed by 71334 at 8/21/24 10:12 AM

MC_000939

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Specified
Quantity: 1                                        Instance released by: Mary Harris, CNA (auto-released)
                                                   6/26/2023 11:54 AM
Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Including respiratory rate and oxygen saturation every 15 minutes while titrating vasoactive infusions and at least
hourly while infusions continue.

### RN ASSESSMENT [711034395] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 0843      Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Once 06/26/23 1200 - 1  occurrence    Class: MHS IP Normal
Quantity: 1                                              Instance released by: Mary Harris, CNA (auto-released)
                                                         6/26/2023 11:54 AM
Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Identify any special needs for discharge.

### SHOWER - AM of surgery [711034396] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 0843      Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Once 06/26/23 1200 - 1  occurrence    Class: MHS IP Normal
Quantity: 1                                              Instance released by: Mary Harris, CNA (auto-released)
                                                         6/26/2023 11:54 AM
Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Chlorohexidine shower AM of surgery.

### IV MAINTENANCE [711034398] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 0843      Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1200 - Until Specified   Class: MHS IP Normal
Quantity: 1                                              Instance released by: Mary Harris, CNA (auto-released)
                                                         6/26/2023 11:54 AM
Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

### DEVICE SEQ COMPRESS W/SLEEVE [711034402] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 0843      Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Once 06/26/23 1200 - 1  occurrence    Class: MHS IP Normal
Quantity: 1                                              Instance released by: Mary Harris, CNA (auto-released)
                                                         6/26/2023 11:54 AM
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### Questionnaire

| Question | Answer |
|---|---|
| Type of SCD | KNEE HIGH |

### NURSING COMMUNICATION (MISC) 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy lozenges or tobacco 2-6 hrs before arrival- Clear liquids (8 oz) to include: water, popsicles, clear juice, coffee or teas (NO MILK or CREAMERS) 6-8 hrs be... [711034403] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 0843      Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1200 - Until Specified   Class: MHS IP Normal
Quantity: 1                                              Instance released by: Mary Harris, CNA (auto-released)
                                                         6/26/2023 11:54 AM

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1808                                               Printed by 71334 at 8/21/24 10:12 AM

MC_000940

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy lozenges or tobacco 2-6 hrs before arrival- Clear liquids (8 oz) to include: water, popsicles, clear juice, coffee or teas (NO MILK or CREAMERS) 6-8 hrs before arrival- Light snack: Low in fat (fruit or plain toast). No sugary, fried or junk foods like chips or desserts. >8 hrs before arrival- Usual diet. Infants: Stop formula 6 hrs and breast milk 4 hrs prior to arrival

**NURSING COMMUNICATION (MISC) Please follow bowel prep instructions from your surgeon's office as applicable. In the event that no instructions were given to you by your surgeon, please follow Preoperative Fasting Care Guideline for intake by mouth... [711034404] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Marie Betcher, RN on 06/23/23 1029** | Status: **Discontinued** |
| Ordering user: Marie Betcher, RN 06/23/23 1029 | Ordering provider: William Frederick Thompson, MD |
| Authorized by: William Frederick Thompson, MD | Ordering mode: Per Protocol - NO COSIGN needed |
| Frequency: Routine Continuous 06/26/23 1200 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Please follow bowel prep instructions from your surgeon's office as applicable. In the event that no instructions were given to you by your surgeon, please follow Preoperative Fasting Care Guideline for intake by mouth.

**NURSING COMMUNICATION (MISC) Please follow bowel prep instructions from your surgeon's office as applicable. In the event that no instructions were given to you by your surgeon, please follow Preoperative Fasting Care Guideline for intake by mouth... [711034406] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Marie Betcher, RN on 06/23/23 1030** | Status: **Discontinued** |
| Ordering user: Marie Betcher, RN 06/23/23 1030 | Ordering provider: William Frederick Thompson, MD |
| Authorized by: William Frederick Thompson, MD | Ordering mode: Per Protocol - NO COSIGN needed |
| Frequency: Routine Continuous 06/26/23 1200 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Please follow bowel prep instructions from your surgeon's office as applicable. In the event that no instructions were given to you by your surgeon, please follow Preoperative Fasting Care Guideline for intake by mouth.

**VITAL SIGNS [711106532] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 1615 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023 4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

**NOTIFY PROVIDER (ONGOING) Notify provider if any of the following changes are noted during cardiac monitoring: 1) Change from the baseline rhythm 2) New arrhythmia 3) ST segment changes [711106534] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1615 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023 4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Notify provider if any of the following changes are noted during cardiac monitoring: 1) Change from the baseline rhythm 2) New arrhythmia 3) ST segment changes

**NOTIFY PROVIDER (ONGOING) If pain is uncontrolled or if Resp Rate is LESS THAN 8 breaths/min. PACU ONLY ORDER. [711106537] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 1615 - Until | Class: MHS IP Normal |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1809

Printed by 71334 at 8/21/24 10:12 AM

MC_000941

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Specified
Quantity: 1                                                      Instance released by: Kim Y Anderson, RN (auto-released)
                                                                6/26/2023  4:10 PM
Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: If pain is uncontrolled or if Resp Rate is LESS THAN 8 breaths/min. PACU ONLY ORDER.

#### IV MAINTENANCE [711106538] (Discontinued)

| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
|---|---|
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1615 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023  4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

#### DISCHARGE INSTRUCTIONS May discharge patient from PACU when meets modified Aldrete score greater than or equal to 8. [711106540] (Discontinued)

| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
|---|---|
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1615 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023  4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: May discharge patient from PACU when meets modified Aldrete score greater than or equal to 8.

#### DRESSING CHANGE [711106572] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine PRN 06/26/23 1618 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged] |

Acknowledged: Amelia F Phillips, RN 06/26/23 1837 for Placing Order
Order comments: Change or reinforce dressing as needed.

#### NEUROVASCULAR CHECKS - with vital signs [711151861] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 1630 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023  4:31 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Q30 min x 2 then Q1H  for 3 hours, then Q4H for 48 hours, then per routine.

#### ELEVATE - Heels [711151862] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine QShift 06/26/23 2300 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023  4:31 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Keep heels off bed and perform heel care every shift.

#### ICE PACK [711151863] (Discontinued)

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 6/26/2023, D/C: 6/27/2023

Page 1810                                              Printed by 71334 at 8/21/24 10:12 AM

MC_000942

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1630 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Apply to operative area for 30 minutes Q2H for 48 hours.

### ELEVATE- Operative site [711151864] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1630 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Elevate operative site with pillow.

### DEVICE SEQ COMPRESS W/SLEEVE [711151866] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1631    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Once 06/26/23 1630 - 1  occurrence    Class: MHS IP Normal
Quantity: 1    Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### Questionnaire

| Question | Answer |
|---|---|
| Type of SCD | KNEE HIGH |

### MD TO RN COMMUNICATION (ONGOING) Call MD if patient is made NPO or is not eating, or if tube feeds are interrupted: 1. Suggest 20% reduction in detemir/glargine and 2. Suggest IV Fluids containing Dextrose if not on continuous tube feeds or TPN [711151876] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1631    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1645 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Call MD if patient is made NPO or is not eating, or if tube feeds are interrupted:    1. Suggest 20% reduction in detemir/glargine and    2. Suggest IV Fluids containing Dextrose if not on continuous tube feeds or TPN

### FOLLOW GLYCEMIA GUIDELINE [711151877] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1631    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1645 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

### MONITORING PARAMETERS - Target blood glucose 80 - 140 with NO readings greater than 180 [711151878] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1631    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1811    Printed by 71334 at 8/21/24 10:12 AM

MC_000943

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Frequency: Routine Continuous 06/26/23 1645 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Alexandria Bones, PA-C (auto-released)
    6/26/2023 4:31 PM
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Target blood glucose 80 - 140 with NO readings greater than 180

### IMMOBILIZER [711153361] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1745 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Kim Y Anderson, RN (auto-released)
    6/26/2023 5:31 PM
Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

#### Questionnaire

| Question | Answer |
|---|---|
| Type of Immobilizer | knee |

### BATHROOM PRIVILEGES [711106567] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine PRN 06/26/23 1808 - Until Specified    Class: MHS IP Normal
Quantity: 1    Released by: Amelia F Phillips, RN 06/26/23 1808
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Acknowledged: Amelia F Phillips, RN 06/26/23 1837 for Placing Order

### UP IN CHAIR [711106568] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine PRN 06/26/23 1808 - Until Specified    Class: MHS IP Normal
Quantity: 1    Released by: Amelia F Phillips, RN 06/26/23 1808
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Acknowledged: Amelia F Phillips, RN 06/26/23 1837 for Placing Order

### UP AS TOLERATED [711106569] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine PRN 06/26/23 1808 - Until Specified    Class: MHS IP Normal
Quantity: 1    Released by: Amelia F Phillips, RN 06/26/23 1808
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Acknowledged: Amelia F Phillips, RN 06/26/23 1837 for Placing Order

### CONDITION OF PATIENT ADULT [711153362] (Discontinued)

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
|---|---|

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)
    6/26/2023 6:08 PM
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### Questionnaire

| Question | Answer |
|---|---|
| Condition of patient on admission | STABLE |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1812    Printed by 71334 at 8/21/24 10:12 AM

MC_000944

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

### VITAL SIGNS [711153363] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Q30 min x 2 then Q1H for 3 hours, then Q4H for 48 hours, then per routine.

### RN ASSESSMENT [711153364] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Assess for bleeding, nausea/vomitting, uncontrolled pain and skin intergrity.

### INTAKE AND OUTPUT [711153365] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: For 72 hours.

### WEIGHT- Daily [711153366] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Daily 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

### ELEVATE HOB [711153367] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: 30 degrees.

### OVERHEAD TRAPEZE [711153368] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1813

Printed by 71334 at 8/21/24 10:12 AM

MC_000945

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)
   6/26/2023 6:08 PM
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### IV MAINTENANCE [711153369] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)
   6/26/2023 6:08 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### NOTIFY PROVIDER OF ELEVATED TEMP Temp GREATER THAN 38.5 C or 101 F. [711153371] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)
   6/26/2023 6:08 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Temp GREATER THAN 38.5 C or 101 F.

#### TURN COUGH AND DEEP BREATHE 10 X an hour every hour while awake Routine. [711153374] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)
   6/26/2023 6:08 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: 10 X an hour every hour while awake      Routine.

#### ADVANCE DIET AS TOLERATED [711153375] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)
   6/26/2023 6:08 PM

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### PT TREAT [711153377] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)
   6/26/2023 6:08 PM

Discontinued by: Kristen J Rowland, PT 06/27/23 0931

#### OT TREAT [711153379] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |

Ordering user: Alexandria Bones, PA-C 06/26/23 1630    Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 1815 - Until Specified    Class: MHS IP Normal
Quantity: 1    Instance released by: Amelia F Phillips, RN (auto-released)

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1814    Printed by 71334 at 8/21/24 10:12 AM

MC_000946

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

6/26/2023 6:08 PM
Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### SIDERAILS UP [711153380] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### WEIGHT BEARING- Full [711153381] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

##### Questionnaire

| Question | Answer |
|---|---|
| Instructions | FULL Comment - As tolerated |

Order comments: As tolerated with knee immobilizer

### Respiratory Therapy

#### STANDARD PULSE OXIMETRY on admission [710447018] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1200 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

#### CONTINUOUS PULSE OXIMETRY [711106535] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1615 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023 4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

#### OXYGEN - For PACU only [711106539] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1615 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023 4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

##### Questionnaire

| Question | Answer |
|---|---|
| ENTER OXYGEN L/m | 6-15 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1815
Printed by 71334 at 8/21/24 10:12 AM

MC_000947

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| SELECT DEVICE TO DELIVER OXYGEN | MASK |
|---|---|
| Titrate O2 to keep Sats greater than or equal to: (Please specify LPM and O2 Saturation Goal) | 93% |

Order comments: On arrival to PACU wean to either nasal canula or room air as tolerated. PACU ONLY ORDER

#### STANDARD PULSE OXIMETRY [711153372] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023  6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

#### INCENTIVE SPIROMETER [711153373] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Q1h 06/26/23 1900 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023  6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: 10 X an hour every hour while awake        Routine.

### Transfer

#### BED REQUEST - AH HOSPITAL AT HOME [711151881] (Completed)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Completed** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1645 - 1  occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023  4:31 PM |

##### Updates

Level of care: Adult Med/Surg

### Other Orders - Orders (group 1 of 2)

#### IP Consult

##### CONSULT TO ANESTHESIA - NERVE BLOCK IF INDICATED [711034399] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1200 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

###### Questionnaire

| Question | Answer |
|---|---|
| Reason for consult: | Peripheral Nerve Block |

Order comments: Indication: Postop Pain Control. If patient is appropriate for nerve block based on procedure and discussion with surgeon.

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Adm: 6/26/2023, D/C: 6/27/2023

Page 1816                                                Printed by 71334 at 8/21/24 10:12 AM

MC_000948

## Preferred Pharmacy (continued)

**Other Orders - Orders (group 1 of 2) (continued)**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_000949

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Other Orders - Orders (group 2 of 2)

### Nsg Complete

#### HEIGHT/WEIGHT ON ADMISSION [710447019] (Discontinued)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843**            Status: **Discontinued**

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1200 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

#### INITIATE CONSENT [710447020] (Discontinued)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843**            Status: **Discontinued**

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1200 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]

##### Questionnaire

| Question | Answer |
|---|---|
| Diagnosis | Left Knee Patella Tendon Rupture |
| Procedure | Left Knee Open Patellar Tendon Repair |

#### MD TO RN COMMUNICATION Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079. [710447021] (Discontinued)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843**            Status: **Discontinued**

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1200 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079.

#### MD TO RN COMMUNICATION IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC. [711034394] (Discontinued)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843**            Status: **Discontinued**

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1200 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC.

#### INSERT IV [711034397] (Discontinued)

Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843**            Status: **Discontinued**

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1200 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Order Saline Flush per policy as indicated to maintain IV. See policy: Title: "IV Therapy: Peripheral IV Device Site Selection, Insertion, Maintenance, and Discontinuation" for more information.

ALLENMORE HOSPITAL                Larocque, Linda J
1901 S UNION AVE                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702              Adm: 6/26/2023, D/C: 6/27/2023

Page 1818                                          Printed by 71334 at 8/21/24 10:12 AM

MC_000950

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Other Orders - Orders (group 2 of 2) (continued)

### ORDER TED HOSE - KNEE HIGH [711034401] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 0843** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1200 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

**Questionnaire**

| Question | Answer |
|---|---|
| Type of Ted hose | KNEE HIGH |

Order comments: Measure patient then place order for correct size Ted hose

### COLLECT POCT - BLOOD GLUCOSE Notify anesthesia if Blood glucose is less than or equal to 70 mg/dl or is greater or equal to 200 mg/dl. [711034405] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Marie Betcher, RN on 06/23/23 1029** | Status: **Discontinued** |
| Ordering user: Marie Betcher, RN 06/23/23 1029 | Ordering provider: William Frederick Thompson, MD |
| Authorized by: William Frederick Thompson, MD | Ordering mode: Per Protocol - NO COSIGN needed |
| Frequency: STAT Once 06/26/23 1200 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Mary Harris, CNA (auto-released) 6/26/2023 11:54 AM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Notify anesthesia if Blood glucose is less than or equal to 70 mg/dl or is greater or equal to 200 mg/dl.

### PAIN ASSESSMENT [711106536] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 1615 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023 4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: PACU ONLY ORDER.

### MD TO RN COMMUNICATION Discontinue all PACU only orders upon discharge from PACU [711106541] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1343** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1343 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1615 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kim Y Anderson, RN (auto-released) 6/26/2023 4:10 PM |

Discontinued by: Processing. Auto 06/26/23 1827 [Canceled by Physician]
Order comments: Discontinue all PACU only orders upon discharge from PACU

### COLLECT POCT - BLOOD GLUCOSE Please obtain postop BG in PACU. Thank you! [711106543] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Lisa M O Driscoll, CRNA on 06/26/23 1620** | Status: **Discontinued** |
| Ordering user: Lisa M O Driscoll, CRNA 06/26/23 1620 | Ordering provider: Lisa M O Driscoll, CRNA |
| Authorized by: Lisa M O Driscoll, CRNA | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1630 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Lisa M O Driscoll, CRNA (auto-released) 6/26/2023 4:20 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Please obtain postop BG in PACU. Thank you!

### ORDER TED HOSE (GCS) - Knee High [711151865] (Discontinued)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1819

Printed by 71334 at 8/21/24 10:12 AM

MC_000951

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Other Orders - Orders (group 2 of 2) (continued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1630 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

Questionnaire

| Question | Answer |
|---|---|
| Type of Ted hose | KNEE HIGH |

Order comments: Measure patient then place order for correct size Ted hose

### VTE MD TO RN COMMUNICATION SCD in place while patient is in bed. [711151867] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 1630 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: SCD in place while patient is in bed.

### INITIATE CARE #1 - 4 oz (120 mL) juice PO STAT; 50% dextrose 25 mL IV if NPO, unable to eat/swallow safely or unconscious #2 - Recheck blood sugar in 15 min. If blood sugar remains < 70 mg/dL, repeat #1. #3 - Meal/snack within 1 hr to prevent rec... [711151872] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine PRN 06/26/23 1631 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged] |

Acknowledged: Amelia F Phillips, RN 06/26/23 1837 for Placing Order
Order comments: #1 - 4 oz (120 mL) juice PO STAT; 50% dextrose 25 mL IV if NPO, unable to eat/swallow safely or unconscious #2 - Recheck blood sugar in 15 min. If blood sugar remains < 70 mg/dL, repeat #1. #3 - Meal/snack within 1 hr to prevent recurrent hypoglycemia. Call physician if NPO. #4 - Assess q 30 min for signs and symptoms of hypoglycemia until meal /snack has been provided. #5 - Call physician prior to next dose of insulin

### COLLECT POCT - BLOOD GLUCOSE POCT, meal, and insulin administration must be within 30 minutes of each other. [711151879] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine ACHS 06/26/23 2100 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 4:31 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: POCT, meal, and insulin administration must be within 30 minutes of each other.

### COURTESY NOTIFY [711153370] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1815 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]

### PT EVAL [711153376] (Completed)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1820

Printed by 71334 at 8/21/24 10:12 AM

MC_000952

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Other Orders - Orders (group 2 of 2) (continued)**

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Completed** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1815 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Order comments: WBAT with knee immobilizer in place

### OT EVAL [711153378] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1630** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1630 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 1815 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Amelia F Phillips, RN (auto-released) 6/26/2023 6:08 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: Knee immobilizer in place at all times

### COLLECT POCT - BLOOD GLUCOSE POCT, meal, and insulin administration must be within 30 minutes of each other. [711153383] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine ACHS 06/26/23 2100 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 7:00 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: POCT, meal, and insulin administration must be within 30 minutes of each other.

### COLLECT POCT - BLOOD GLUCOSE POCT, meal, and insulin administration must be within 30 minutes of each other. [711153386] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine ACHS 06/26/23 2100 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/26/2023 11:00 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: POCT, meal, and insulin administration must be within 30 minutes of each other.

### COLLECT POCT - BLOOD GLUCOSE POCT, meal, and insulin administration must be within 30 minutes of each other. [711153387] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine ACHS 06/26/23 2100 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/27/2023 12:01 AM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: POCT, meal, and insulin administration must be within 30 minutes of each other.

### COLLECT POCT - BLOOD GLUCOSE POCT, meal, and insulin administration must be within 30 minutes of each other. [711153388] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine ACHS 06/26/23 2100 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/27/2023 12:01 AM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1821

Printed by 71334 at 8/21/24 10:12 AM

MC_000953

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Other Orders - Orders (group 2 of 2) (continued)

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: POCT, meal, and insulin administration must be within 30 minutes of each other.

**COLLECT POCT - BLOOD GLUCOSE POCT, meal, and insulin administration must be within 30 minutes of each other.**
**[711153397] (Discontinued)**

| Electronically signed by: **Alexandria Bones, PA-C on 06/26/23 1631** | Status: **Discontinued** |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 1631 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine ACHS 06/26/23 2100 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Alexandria Bones, PA-C (auto-released) 6/27/2023 7:00 PM |

Discontinued by: Processing. Auto 06/27/23 2137 [Patient discharged]
Order comments: POCT, meal, and insulin administration must be within 30 minutes of each other.

### Flowsheets (group 1 of 2)

#### Admission Screening

| Row Name | 06/27/23 10:12:42 | 06/27/23 0347 | 06/26/23 2051 | 06/26/23 1850 | 06/26/23 1846 |
|---|---|---|---|---|---|
| **Arrival** | | | | | |
| Comfortable Reading English? | — | — | — | Yes -AP | — |
| Comfortable Speaking English? | — | — | — | Yes -AP | — |
| **Source of Information** | | | | | |
| Information Obtained From | — | — | — | Patient -AP | — |
| **ZZ Latex Allergy Assessment (Retired)** | | | | | |
| Have you had a reaction to latex balloons or rubber gloves? | — | — | — | No -AP | — |
| Have you ever had a reaction after eating banana, avocado, or kiwis? | — | — | — | No -AP | — |
| Any of the above answers "Yes"? | — | — | — | No -AP | — |
| **Discharge Planning** | | | | | |
| Type of Residence | Private Residence - NR | — | — | — | — |
| Anticipated Discharge Disposition | Home -NR | — | — | — | — |
| On home Oxygen? | No -NR | — | — | — | — |
| **Baseline Function** | | | | | |
| Date of Last Fall | — | — | — | — | 04/18/23 -AP |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | — | — | No -AP | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1822

Printed by 71334 at 8/21/24 10:12 AM

MC_000954

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| When you are discharged is it safe for you to go home? | — | — | — | Yes -AP | — |

**Suicide Screen (Patient aged 12 years and older)**

| | | | | | |
|---|---|---|---|---|---|
| In the past month, Q1 - Have you wished you were dead or wished you could go to sleep and not wake up? | — | — | — | No -AP | — |
| In the past month, Q2 - Have you actually had thoughts about killing yourself? | — | — | — | No -AP | — |
| Q6 - Have you done anything, started to do anything, or prepared to do anything to end your life (Past 3 months, Past year, Over a year ago or Never)? | — | — | — | Never -AP | — |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Oral Appliance | — | — | — | None -LS | — |
| Vision | — | — | — | Glasses 📄 reading glasses -LS | — |
| Hearing Aid | — | None -KM | None -KM | None -LS | — |
| Jewelry | — | — | — | None -LS | — |
| Clothing | — | — | — | With Patient -LS | — |
| Electronic Equipment | — | — | — | Cell Phone;Charger -LS | — |
| Home Medications (includes over the counter medications and supplements) | — | — | — | No -LS | — |
| Other Belongings | — | — | — | CPAP/BiPAP -LS | — |

**[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045**

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | | | |
| Site Assessment | — | Drainage -KM | Drainage -KM | — | — |
| Peri-wound skin | — | Normal for patient - KM | Normal for patient - KM | — | — |
| Non-staged wound description | — | Not applicable -KM | Not applicable -KM | — | — |
| Dressing Type | — | Elastic bandage -KM | Elastic bandage -KM | — | — |
| Dressing Status | — | — | New drainage -KM | — | — |
| Dressing Changed | — | Dressing reinforced -KM | — | — | — |
| Drainage Amount | — | Moderate -KM | Moderate -KM | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1823

Printed by 71334 at 8/21/24 10:12 AM

MC_000955

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Drainage Description | — | Sanguinous -KM | Sanguinous -KM | — | — |
| Dressing Therapy | — | Dry dressing -KM | Dry dressing -KM | — | — |
| Dressing Device | — | Knee immobilizer -KM | Knee immobilizer -KM | — | — |

| Row Name | 06/26/23 1823 | 06/26/23 1819 | 06/26/23 1615 | 06/26/23 1600 | 06/26/23 1436 |
|---|---|---|---|---|---|
| **Patient Belongings** | | | | | |
| Oral Appliance | None -KA | — | None -KA | — | None -EH |
| Vision | None -KA | — | None -KA | — | None -EH |
| Hearing Aid | None -KA | — | None -KA | — | None -EH |
| Jewelry | None -KA | — | None -KA | — | None -EH |
| Clothing | — 🗎 1 bag white belongings, 1 green personal tote, 1 CPAP machine/bag -KA | — | None -KA | — | None -EH |
| Electronic Equipment | None -KA | — | None -KA | — | None -EH |
| Home Medications (includes over the counter medications and supplements) | No -KA | — | No -KA | — | No -EH |
| Other Belongings | None -KA | — | None -KA | — | None -EH |

[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | | | |
| Site Assessment | — | Unable to assess - KA | Unable to assess - KA | — | — |
| Wound Closure | — | Unable to assess - KA | Unable to assess - KA | Sutures;Staples -FT | — |
| Dressing Type | — | Elastic bandage 🗎 FLEX 7, HONEYCOMB ACTICOAT -KA | Elastic bandage 🗎 FLEX 7, HONEYCOMB ACTICOAT -KA | Elastic bandage;Other (Comment) 🗎 FLEX 7, HONEYCOMB ACTICOAT -FT | — |
| Dressing Status | — | Clean, dry, and intact -KA | Clean, dry, and intact -KA | Clean, dry, and intact -FT | — |
| Drainage Amount | — | Unable to assess - KA | Unable to assess - KA | — | — |
| Dressing Device | — | Knee immobilizer - KA | Knee immobilizer - KA | Knee immobilizer - FT | — |

| Row Name | 06/26/23 1400 | 06/26/23 1304 | 06/23/23 1000 | 06/23/23 0933 | |
|---|---|---|---|---|---|
| **Arrival** | | | | | |
| Interpreter used? | — | — | — | No -MB | |
| Patient Preferred Language | — | — | — | English -MB | |
| **Source of Information** | | | | | |
| Information Obtained From | — | Patient -CS | — | — | |
| **Infection Control** | | | | | |
| Current Respiratory Symptoms Requiring Use of PPE | — | — | — | No -MB | |
| Have you been | — | — | — | No, patient denies - MB | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Printed by 71334 at 8/21/24 10:12 AM

MC_000956

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| diagnosed within the past year, with a multi-drug resistant organism (MRSA, VRE, ESBL, CRE)? | | | | |
| Have you been exposed to an infectious disease in the last 3 weeks | — | — | — | No, Patient denies - MB |

**ZZ Latex Allergy Assessment (Retired)**

| | | | | |
|---|---|---|---|---|
| Have you had a reaction to latex balloons or rubber gloves? | — | — | No -MB | — |
| Have you ever had a reaction after eating banana, avocado, or kiwis? | — | — | No -MB | — |
| Any of the above answers "Yes"? | — | — | No -MB | — |

**Discharge Planning**

| | | | | |
|---|---|---|---|---|
| Lives With | — | — | — | Spouse/Domestic Partner;Family -MB |
| Receives Help From | — | — | — | None - managing in current setting -MB |
| Type of Residence | — | — | — | Private Residence - MB |
| Anticipated Discharge Disposition | — | Home -CS | — | — |

**Domestic Abuse Assessment**

| | | | | |
|---|---|---|---|---|
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | No -CS | — | — |
| When you are discharged is it safe for you to go home? | — | Yes -CS | — | — |

**Coping**

| | | | | |
|---|---|---|---|---|
| What do you do to relieve stress? | — | "cry, pray, watch movie" -CS | — | — |
| Any major changes or losses in the last year? | — | Other (Comment) 📄 "injury, miss trip to see grandchild and lost dog" -CS | — | — |
| Would you like additional assistance in coping with this hospitalization? | — | No -CS | — | — |
| Any special | — | No -CS | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1825

Printed by 71334 at 8/21/24 10:12 AM

MC_000957

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | |
|---|---|---|---|
| concerns about home during this hospitalization? | | | |
| Do you have financial concerns related to this hospitalization? | — | No -CS | — | — |
| Do you have a medication prescription benefit? | — | Yes -CS | — | — |
| Are you depressed today? | — | No -CS | — | — |
| Have you thought about causing harm to yourself in the last week? | — | No -CS | — | — |

**Values / Beliefs**

| | | | |
|---|---|---|---|
| Cultural Requests During Hospitalization | — | none -CS | — | — |
| Spiritual Requests During Hospitalization | — | "just pray" -CS | — | — |
| Would you refuse a blood transfusion for any reason? | — | — | — | Accepts transfusion -MB |

**Patient Belongings**

| | | | |
|---|---|---|---|
| Oral Appliance | — | None -CS | — | — |
| Vision | — | None -CS | — | — |
| Hearing Aid | — | None -CS | — | — |
| Jewelry | — | None -CS | — | — |
| Clothing | — | To Locker/Cubby 2 bags -CS | — | — |
| Electronic Equipment | — | Cell Phone;To Locker/Cubby -CS | — | — |
| Home Medications (includes over the counter medications and supplements) | — | No -CS | — | — |
| Other Belongings | Medical Device KNEE IMMOBILIZER - FT | Medical Device;CPAP/BiPA P brace on bed/cpap to locker -CS | — | — |

**Nursing Nutrition Screen**

| | | | |
|---|---|---|---|
| Unplanned Weight Loss in Last Three Months | — | No "down 40 lbs last year with Victoza" -CS | — | — |
| Unusual Weight Gain | — | No -CS | — | — |
| Poor Oral Intake for Four or More | — | No -CS | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1826

Printed by 71334 at 8/21/24 10:12 AM

MC_000958

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Days Prior to Admission | | | | |
| Difficulty Chewing or Swallowing | — | — | — | No -MB |
| Pressure Ulcer or Non-Healing Wound | — | No -CS | — | — |
| Home Tube Feeding or TPN | — | No -CS | — | — |
| Insulin Pump | — | No -CS | — | — |
| Is patient pregnant? | — | No -CS | — | — |
| Is patient lactating? | — | No -CS | — | — |

**[REMOVED] Wound - General - 02/08/23 0821 TOTAL KNEE REPLACEMENT 06/26/23**

| | |
|---|---|
| Wound Properties | Initial assess date: 02/08/23 -RS Initial assess time: 0821 -RS Wound Description: TOTAL KNEE REPLACEMENT -RS Primary Wound Type: Incision -RS Location: Knee -RS Orientation: Left;Anterior -RS Wound Outcome: Healed -CS Final assess date: 06/26/23 -CS |

### Admit Vital Signs and Pain

| Row Name | 06/27/23 1223 | 06/27/23 1100 | 06/27/23 0811 | 06/27/23 0700 | 06/27/23 0341 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 125/68 -YL | — | — | — | — |
| BP Method | Automatic -YL | — | — | — | — |
| MAP (mmHg) | 86 mmHg -YL | — | — | — | — |
| Pt Position for BP | Semi Fowler's -YL | — | — | — | — |
| BP Site | Right upper arm -YL | — | — | — | — |
| Pulse | 64 -YL | — | — | — | — |
| Resp | 16 -YL | — | — | — | — |
| SpO2 | 97 % -YL | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -LR | Assessment -LR | Assessment -KM | Assessment -KM |
| Patient Currently in Pain | — | Sleeping/respirations WNL -LR | Yes -LR | Yes -KM | Yes -KM |
| Patient's Realistic Pain Goal | — | — | 3 -LR | 3 -KM | 3 -KM |
| Pain Relieving Factors | — | — | Medication -KM | Ice / Cold Therapy;Medication -KM | Ice / Cold Therapy;Medication -KM |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM | Ambulating / Activity -KM |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 6/10 -LR | 6/10 -KM | 4/10 -KM |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with even passive activities -LR | Interferes with activities, but not passive activities -KM | Interferes with some activities -KM |
| Pain Location 1 | — | — | KNEE -LR | KNEE -KM | KNEE -KM |
| Pain Orientation 1 | — | — | Left -KM | Left -KM | Left -KM |
| Pain Duration 1 | — | — | Continuous -KM | Continuous -KM | Continuous -KM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1827

Printed by 71334 at 8/21/24 10:12 AM

MC_000959

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Onset 1 | — | — | Acute Pain -KM | Acute Pain -KM | Acute Pain -KM |
| Pain Quality 1 | — | — | Burning;Tearing -KM | Burning;Tearing -KM | Pain -KM |
| Pain Intervention(s) 1 | — | — | Medication -LR | Medication -KM | Medication -KM |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | Yes -KM | Yes -KM |
| Side Effect of Intervention 1 | — | — | None -KM | None -KM | None -KM |

| Row Name | 06/27/23 0333 | 06/27/23 0204 | 06/26/23 2300 | 06/26/23 2140 | 06/26/23 2100 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 105/65 -AG | — | 115/70 -AG | — | 115/67 -AG |
| BP Method | Automatic -AG | — | Automatic -AG | — | Automatic -AG |
| MAP (mmHg) | 78 mmHg -AG | — | 85 mmHg -AG | — | 83 mmHg -AG |
| Pt Position for BP | Semi Fowler's -AG | — | Semi Fowler's -AG | — | Semi Fowler's -AG |
| BP Site | Right upper arm -AG | — | Right forearm -AG | — | Right forearm -AG |
| Pulse | 56 -AG | — | 82 -AG | — | 80 -AG |
| Resp | 18 -AG | — | 20 -AG | — | 20 -AG |
| Temp | 36 °C (96.8 °F) -AG | — | 36.1 °C (96.9 °F) - AG | — | 36.4 °C (97.5 °F) - AG |
| Temp src | Temporal -AG | — | Temporal -AG | — | Temporal -AG |
| SpO2 | 96 % -AG | — | 94 % -AG | — | 91 % -AG |
| Oxygen Device/Source | CPAP -AG | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -KM | Assessment -KM | Re-Assessment -KM | — |
| Patient Currently in Pain | — | Sleeping/respirations WNL -KM | Yes -KM | Yes -KM | — |
| Patient's Realistic Pain Goal | — | — | 3 -KM | 3 -KM | — |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -KM | Ice / Cold Therapy;Medication -KM | — |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - KM | Numeric (patient able to self-report) - KM | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KM | 6/10 -KM | — |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -KM | Interferes with activities, but not passive activities - KM | — |
| Pain Location 1 | — | — | KNEE -KM | KNEE -KM | — |
| Pain Orientation 1 | — | — | Left -KM | Left -KM | — |
| Pain Duration 1 | — | — | Continuous -KM | Continuous -KM | — |
| Pain Onset 1 | — | — | Acute Pain -KM | Acute Pain -KM | — |
| Pain Quality 1 | — | — | Stabbing;Tearing - KM | Stabbing;Pain -KM | — |
| Pain Intervention(s) 1 | — | — | Medication -KM | Ice (T/pump, cold compress);Medication -KM | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | Yes -KM | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1828

Printed by 71334 at 8/21/24 10:12 AM

MC_000960

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| Row Name | 06/26/23 2051 | 06/26/23 2000 | 06/26/23 1927 | 06/26/23 1846 | 06/26/23 1815 |
|---|---|---|---|---|---|
| Side Effect of Intervention 1 | — | — | None -KM | None -KM | — |

| Row Name | 06/26/23 2051 | 06/26/23 2000 | 06/26/23 1927 | 06/26/23 1846 | 06/26/23 1815 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 122/66 -AG | 121/61 -AG | 135/61 -LS | 104/63 -KA |
| BP Method | — | Automatic -AG | Automatic -AG | Automatic -LS | Automatic -KA |
| MAP (mmHg) | — | 85 mmHg -AG | 81 mmHg -AG | 82 mmHg -LS | 77 mmHg -KA |
| Pt Position for BP | — | — | Semi Fowler's -AG | Semi Fowler's -LS | — |
| BP Site | — | — | Right forearm -AG | Right upper arm -LS | — |
| Pulse | — | — | 81 -AG | 80 -LS | 92 -KA |
| Resp | — | — | 20 -AG | 20 -LS | 20 -KA |
| Temp | — | — | 35.6 °C (96.1 °F) - AG | 36.2 °C (97.1 °F) - LS | — |
| Temp src | — | — | Temporal -AG | Temporal -LS | — |
| SpO2 | — | — | 91 % -AG | 92 % -LS | 94 % -KA |
| O2 Flow Rate (L/min) | — | — | — | — | 2 -KA |
| Oxygen Device/Source | — | — | — | None (Room Air) - LS | Nasal Cannula -KA |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KM | — | — | Assessment -AP | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KM | — | — | Yes -AP | Yes -KA |
| Patient's Realistic Pain Goal | 3 -KM | — | — | — | — |
| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | — | — | — |
| Pain Aggravating Factors | Ambulating / Activity -KM | — | — | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KM | — | — | Numeric (patient able to self-report) - AP | Numeric (patient able to self-report) - KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KM | — | — | 5/10 -AP | 4/10 -KA |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KM | — | — | — | — |
| Pain Location 1 | KNEE -KM | — | — | KNEE -AP | KNEE -KA |
| Pain Orientation 1 | Left -KM | — | — | Left -AP | Left -KA |
| Pain Duration 1 | Continuous -KM | — | — | Continuous -AP | Continuous -KA |
| Pain Onset 1 | Acute Pain -KM | — | — | Acute Pain -AP | Acute Pain -KA |
| Pain Quality 1 | Stabbing;Pain -KM | — | — | Burning -AP | Burning -KA |
| Pain Intervention(s) 1 | — | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1829

Printed by 71334 at 8/21/24 10:12 AM

MC_000961

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 1 of 2) (continued)

| Row Name | 06/26/23 1800 | 06/26/23 1748 | 06/26/23 1745 | 06/26/23 1734 | 06/26/23 1730 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 114/64 -KA | — | 105/60 -CSA | — | 107/71 -CSA |
| BP Method | Automatic -KA | — | Automatic -CSA | — | Automatic -CSA |
| MAP (mmHg) | 81 mmHg -KA | — | 75 mmHg -CSA | — | 83 mmHg -CSA |
| Pulse | 85 -KA | — | 94 -CSA | — | 91 -CSA |
| Resp | 14 -KA | — | 17 -CSA | — | 22 -CSA |
| SpO2 | 94 % -KA | — | 96 % -CSA | — | 95 % -CSA |
| O2 Flow Rate (L/min) | 2 -KA | — | — | — | — |
| Oxygen Device/Source | Nasal Cannula -KA | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | Re-Assessment -CSA | — | Assessment -CSA | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KA | Yes -CSA | — | Yes -CSA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -CSA | — | Numeric (patient able to self-report) -CSA | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 4/10 -KA | 4/10 -CSA | — | 5/10 -CSA | 6/10 -KA |
| Pain Location 1 | KNEE -KA | KNEE -CSA | — | KNEE -CSA | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -CSA | — | Left -CSA | Left -KA |
| Pain Duration 1 | Continuous -KA | Continuous -CSA | — | Continuous -CSA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -CSA | — | Acute Pain -CSA | Acute Pain -KA |
| Pain Quality 1 | Burning -KA | Burning -CSA | — | Burning -CSA | Burning -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Medication -CSA | — | Medication -CSA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

| Row Name | 06/26/23 1715 | 06/26/23 1703 | 06/26/23 1700 | 06/26/23 1652 | 06/26/23 1648 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 115/72 -KA | — | 108/55 -KA | — | — |
| BP Method | Automatic -KA | — | Automatic -KA | — | — |
| MAP (mmHg) | 86 mmHg -KA | — | 73 mmHg -KA | — | — |
| Pulse | 91 -KA | — | 91 -KA | — | — |
| Resp | 14 -KA | — | 23 -KA | — | — |
| SpO2 | 100 % -KA | — | 100 % -KA | — | — |
| O2 Flow Rate (L/min) | 2 -KA | — | 2 -KA | — | — |
| Oxygen Device/Source | Nasal Cannula -KA | — | Nasal Cannula -KA | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1830

Printed by 71334 at 8/21/24 10:12 AM

MC_000962

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Patient Currently in Pain | Yes -KA | Yes -KA | — | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA |
| Pain 1 | | | | | |
| Numeric Pain Scale 1 | 6/10 -KA | 8/10 -KA | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA |
| Pain Location 1 | KNEE -KA | KNEE -KA | — | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -KA | — | Left -KA | Left -KA |
| Pain Duration 1 | Continuous -KA | Continuous -KA | — | Continuous -KA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | Burning -KA | Burning -KA | — | Burning;Sharp -KA | Burning;Sharp -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/elevation -KA |

| Row Name | 06/26/23 1645 | 06/26/23 1643 | 06/26/23 1638 | 06/26/23 1633 | 06/26/23 1630 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 118/75 -KA | — | — | — | 129/88 -KA |
| BP Method | Automatic -KA | — | — | — | Automatic -KA |
| MAP (mmHg) | 89 mmHg -KA | — | — | — | 102 mmHg -KA |
| Pulse | 96 -KA | — | — | — | 113 ! -KA |
| Resp | 11 -KA | — | — | — | 23 -KA |
| SpO2 | 100 % -KA | — | — | — | 100 % -KA |
| O2 Flow Rate (L/min) | — | — | — | — | 10 -KA |
| Oxygen Device/Source | — | — | — | — | Non-Rebreather Mask -KA |
| Pain Assessment | | | | | |
| Pain Assessment | — | Re-Assessment -KA | Re-Assessment -KA | Assessment -KA | — |
| Patient Currently in Pain | — | Yes -KA | Yes -KA | Yes -KA | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — |
| Pain 1 | | | | | |
| Numeric Pain Scale 1 | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA | 10/10 Worst pain -KA | — |
| Pain Location 1 | — | KNEE -KA | KNEE -KA | KNEE -KA | — |
| Pain Orientation 1 | — | Left -KA | Left -KA | Left -KA | — |
| Pain Duration 1 | — | Continuous -KA | Continuous -KA | Continuous -KA | — |
| Pain Onset 1 | — | Acute Pain -KA | Acute Pain -KA | Acute Pain -KA | — |
| Pain Quality 1 | — | Sharp;Burning -KA | Sharp;Burning -KA | Sharp;Burning -KA | — |
| Pain | — | Emotional support | Emotional support | Emotional support | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1831

Printed by 71334 at 8/21/24 10:12 AM

MC_000963

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Intervention(s) 1 | (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | | |

| Row Name | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 | 06/26/23 1304 | 06/26/23 1150 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 128/77 -KA | 102/61 -KA | 114/84 -KA | — | 128/92 ! -MC |
| BP Method | — | — | Automatic -KA | — | Automatic -MC |
| MAP (mmHg) | 94 mmHg -KA | 75 mmHg -KA | 94 mmHg -KA | — | 104 mmHg -MC |
| BP Site | — | — | — | — | Left upper arm -MC |
| Pulse | 103 ! -KA | 109 ! -KA | 106 ! -KA | — | 90 -MC |
| Resp | 16 -KA | 21 -KA | 15 -KA | — | 20 -MC |
| Temp | — | — | 35.8 °C (96.4 °F) - KA | — | 36.2 °C (97.1 °F) - MC |
| Temp src | — | — | Temporal -KA | — | Temporal -MC |
| SpO2 | 100 % -KA | 100 % -KA | 100 % -KA | — | 97 % -MC |
| O2 Flow Rate (L/min) | — | — | 10 -KA | — | — |
| Oxygen Device/Source | — | — | Non-Rebreather Mask -KA | — | None (Room Air) - MC |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Initial / Admit -KA | Initial / Admit -CS | — |
| Patient Currently in Pain | — | — | Yes -KA | Yes -CS | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - KA | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KA | 3/10 -CS | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with even passive activities - CS | — |
| Pain Location 1 | — | — | KNEE -KA | KNEE -CS | — |
| Pain Orientation 1 | — | — | Left -KA | Left -CS | — |
| Pain Duration 1 | — | — | Continuous -KA | Continuous -CS | — |
| Pain Onset 1 | — | — | Acute Pain -KA | Acute Pain -CS | — |
| Pain Quality 1 | — | — | Sharp;Burning;Stabbing -KA | Aching;Dull;Burning; Radiating 📄 "radiates down to shin" - CS | — |
| Pain Intervention(s) 1 | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1832

Printed by 71334 at 8/21/24 10:12 AM

MC_000964

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | | |
| Pain Intervention Education Provided 1 | — | — | Yes -KA | — | — |

**Need More Pain Locations?**

| | | | | | |
|---|---|---|---|---|---|
| More Pain Locations Needed? | — | — | — | Pain Group 2 -CS | — |

**Pain 2**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 2 | — | — | — | 2/10 -CS | — |
| Functional Pain Scale 2 (Self-Report) | — | — | — | Interferes with some activities -CS | — |
| Pain Location 2 | — | — | — | BACK LOWER -CS | — |
| Pain Duration 2 | — | — | — | Continuous -CS | — |
| Pain Onset 2 | — | — | — | Chronic/ Persistent Pain (including Neuropathic pain) -CS | — |
| Pain Quality 2 | — | — | — | Pain -CS | — |

**Child Measurements**

| | | | | | |
|---|---|---|---|---|---|
| Weight | — | — | — | — | 108.4 kg (239 lb) -MC |
| Weight Method | — | — | — | — | Scale -MC |
| Height | — | — | — | — | 1.676 m (5' 6") -MC |
| Height Method | — | — | — | — | Stated -MC |
| BSA (Calculated - sq m) | — | — | — | — | 2.25 sq meters -MC |

| Row Name | 06/23/23 0933 | | | | |
|---|---|---|---|---|---|

**Pain Assessment**

| | |
|---|---|
| Pain Assessment | Assessment -MB |
| Patient Currently in Pain | Yes -MB |
| Patient's Realistic Pain Goal | 5 -MB |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -MB |

**Pain 1**

| | |
|---|---|
| Numeric Pain Scale 1 | 2/10 -MB |
| Functional Pain Scale (Self-Report) 1 | Doesn't interfere with activities -MB |
| Pain Location 1 | KNEE -MB |
| Pain Orientation 1 | Left -MB |
| Pain Duration 1 | Continuous -MB |
| Pain Onset 1 | Chronic/ Persistent Pain (including Neuropathic |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1833

Printed by 71334 at 8/21/24 10:12 AM

MC_000965

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | |
|---|---|
| | pain);Acute Pain - MB |
| Pain Quality 1 | Aching;Burning;Sharp;Shooting -MB |
| Pain Intervention(s) 1 | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white noise);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -MB |

**Child Measurements**

| | |
|---|---|
| Weight | 114.8 kg (253 lb) - MB |
| Weight Method | Stated -MB |
| Height | 1.676 m (5' 6") -MB |
| Height Method | Stated -MB |
| BSA (Calculated - sq m) | 2.31 sq meters -MB |

**Adult Assessment**

| Row Name | 06/27/23 1225 | 06/27/23 0657 | 06/27/23 0347 | 06/27/23 0130 | 06/26/23 2300 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Timepoint | — | — | Reassessment -KM | — | — |
| **Suicide Precautions** | | | | | |
| Is Patient on Suicide Precautions? | — | — | No -KM | — | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | Within Defined Limits -KM | — | — |
| Level of Consciousness | — | — | Awake;Alert -KM | — | — |
| Orientation Level | — | — | Appropriate for developmental age -KM | — | — |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | — | None -KM | — | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | — | Within Defined Limits -KM | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | Within Defined Limits -KM | — | — |
| **Cardiac Monitor** | | | | | |
| Monitor Alarms Set | — | — | No -KM | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1834

Printed by 71334 at 8/21/24 10:12 AM

MC_000966

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Monitor Alarms Audible | — | — | No -KM | — | — |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | — | No -KM | — | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KM | — | — |
| Anti-Embolism Device Intervention | — | — | On -KM | — | — |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | — | — | Within Defined Limits -KM | — | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | 700 mL -YL | 700 mL -KM | — | — | — |

[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | | | |
| Site Assessment | — | — | Drainage -KM | — | — |
| Peri-wound skin | — | — | Normal for patient - KM | — | — |
| Non-staged wound description | — | — | Not applicable -KM | — | — |
| Dressing Type | — | — | Elastic bandage -KM | — | — |
| Dressing Changed | — | — | Dressing reinforced -KM | — | — |
| Drainage Amount | — | — | Moderate -KM | — | — |
| Drainage Description | — | — | Sanguinous -KM | — | — |
| Dressing Therapy | — | — | Dry dressing -KM | — | — |
| Dressing Device | — | — | Knee immobilizer - KM | — | — |

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1835
Printed by 71334 at 8/21/24 10:12 AM

MC_000967

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Row Name | 06/26/23 2237 | hours;Wheels locked -AG<br>06/26/23 2051 | 06/26/23 1957 | hours;Wheels locked -AG<br>06/26/23 1854 | hours;Wheels locked -AG<br>06/26/23 1850 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Timepoint | — | Shift assessment - KM | — | — | — |
| **Suicide Precautions** | | | | | |
| Is Patient on Suicide Precautions? | — | No -KM | — | — | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | Within Defined Limits -KM | — | — | — |
| Eyes Open | — | Spontaneous -KM | — | — | — |
| Best Verbal Response | — | Oriented -KM | — | — | — |
| Best Motor Response | — | Obeys commands - KM | — | — | — |
| GCS Total | — | 15 -KM | — | — | — |
| Level of Consciousness | — | Awake;Alert -KM | — | — | — |
| Orientation Level | — | Appropriate for developmental age -KM | — | — | — |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | None -KM | — | — | None -LS |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | Within Defined Limits -KM | — | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | Within Defined Limits -KM | — | — | — |
| **Cardiac Monitor** | | | | | |
| Monitor Alarms Set | — | No -KM | — | — | — |
| Monitor Alarms Audible | — | No -KM | — | — | — |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | No -KM | — | — | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Bilateral -KM | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -LS |
| Anti-Embolism Device Intervention | — | — | — | — | On -LS |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | — | Within Defined Limits -KM | — | — | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | Exceptions to Defined Limits -KM | — | — | — |
| Urinary Status | — | Has not voided -KM | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1836

Printed by 71334 at 8/21/24 10:12 AM

MC_000968

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pre-Void Bladder Scan | — | — | — | 194 -LS | — |
| Urine Void (mL) | 550 mL -KM | — | — | — | — |

**Skin**

| | | | | | |
|---|---|---|---|---|---|
| 4-Eye Skin Assessment Completed With | — | Alice CNA -KM | — | — | — |
| Skin (WDL) | — | Exceptions to Defined Limits -KM | — | — | — |
| Skin Color (generalized) | — | Appropriate, even tone -KM | — | — | — |
| Skin Temp/Cond (generalized) | — | Dry;Warm -KM | — | — | — |
| Skin Location 1 | — | L knee -KM | — | — | — |
| Skin Integrity 1 | — | Incision -KM | — | — | — |
| Need more skin rows? | — | Yes -KM | — | — | — |
| Pressure Injury Prevention | — | Moisture wicking pads -KM | — | — | — |
| Patient allows PIP care? | — | Yes -KM | — | — | — |
| Special bed/mattress | — | — | — | — | Other (Comment) standard bed -LS |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | No impairment -KM | — | — | — |
| Moisture | — | Rarely moist -KM | — | — | — |
| Activity | — | Walks occasionally -KM | — | — | — |
| Mobility | — | Slightly limited -KM | — | — | — |
| Nutrition | — | Adequate -KM | — | — | — |
| Friction and Shear | — | No apparent problem -KM | — | — | — |
| Braden Scale Score | — | 20 -KM | — | — | — |

**[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045**

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | | | |
| Site Assessment | — | Drainage -KM | — | — | — |
| Peri-wound skin | — | Normal for patient - KM | — | — | — |
| Non-staged wound description | — | Not applicable -KM | — | — | — |
| Dressing Type | — | Elastic bandage -KM | — | — | — |
| Dressing Status | — | New drainage -KM | — | — | — |
| Drainage Amount | — | Moderate -KM | — | — | — |
| Drainage Description | — | Sanguinous -KM | — | — | — |
| Dressing Therapy | — | Dry dressing -KM | — | — | — |
| Dressing Device | — | Knee immobilizer - KM | — | — | — |

**Fall Risk Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within | Bed/Cart in lowest position;Call light within | — | Bed/Cart in lowest position;Call light within |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1837

Printed by 71334 at 8/21/24 10:12 AM

MC_000969

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | |
|---|---|---|---|
| | reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -KM | reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | reach;Frequently needed objects within reach;Clear environment provided;Bed/Chair/Personal alarm in place;Designated non-skid footwear;Display Falls signage in/outside patient room;Wheels locked -LS |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | No -KM | — | — | — |
| Secondary Diagnosis | — | No -KM | — | — | — |
| Ambulatory Aid | — | None, bed rest, wheelchair or nurse assist -KM | — | — | — |
| IV or Heparin Lock | — | Yes -KM | — | — | — |
| Gait and Transferring | — | Normal, bed rest or immobile -KM | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -KM | — | — | — |
| Morse Fall Risk Total | — | 20 -KM | — | — | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | Recent surgery -KM | — | — | — |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KM | — | — | — |

**LLE**

| | | | | | |
|---|---|---|---|---|---|
| L Knee | — | Limited movement -KM | — | — | — |

**Psychosocial**

| | | | | | |
|---|---|---|---|---|---|
| Psychosocial (WDL) | — | Within Defined Limits -KM | — | — | — |

| Row Name | 06/26/23 1846 | 06/26/23 1823 | 06/26/23 1819 | 06/26/23 1815 | 06/26/23 1800 |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | — | Asleep -KA |
| Orientation Level | — | — | — | — | Appropriate for developmental age -KA |
| **Neuro Focused** | | | | | |
| Sensation LLE | Pain -AP | — | — | — | Pain -KA |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | None -KA | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1838

Printed by 71334 at 8/21/24 10:12 AM

MC_000970

Larocque, Linda J
MRN: 172930

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

### Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | — | — | — | Regular -KA | Regular -KA |

**Cardiac Monitor**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Rhythm | — | — | — | Normal Sinus Rhythm;Left Bundle Branch Block -KA | Normal Sinus Rhythm;Left Bundle Branch Block -KA |
| Ectopy | — | — | — | None -KA | None -KA |

**PVD/VTE Screening**

| | | | | | |
|---|---|---|---|---|---|
| LLE Temperature/Condition | Dry;Warm -AP | Dry;Warm -KA | — | — | Dry;Warm -KA |
| LLE Capillary Refill | Less than 3 seconds -AP | Less than 3 seconds -KA | — | — | Less than 3 seconds -KA |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high -AP | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA |
| Anti-Embolism Device Intervention | On -AP | On -KA | — | — | On -KA |

### Gastrointestinal

| | | | | | |
|---|---|---|---|---|---|
| Nausea? | — | — | — | No -KA | No -KA |

### Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin Color (generalized) | — | — | — | — | Appropriate, even tone -KA |
| Skin Temp/Cond (generalized) | — | — | — | — | Dry;Warm -KA |
| Skin Location 1 | — | — | — | — | left knee -KA |
| Skin Integrity 1 | — | — | — | — | Incision -KA |

**[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045**

| | | | |
|---|---|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | |
| Site Assessment | — | — | Unable to assess - KA | — | — |
| Wound Closure | — | — | Unable to assess - KA | — | — |
| Dressing Type | — | — | Elastic bandage 📄 FLEX 7, HONEYCOMB ACTICOAT -KA | — | — |
| Dressing Status | — | — | Clean, dry, and intact -KA | — | — |
| Drainage Amount | — | — | Unable to assess - KA | — | — |
| Dressing Device | — | — | Knee immobilizer - KA | — | — |

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | Yes ! -AP | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1839

Printed by 71334 at 8/21/24 10:12 AM

MC_000971

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Secondary Diagnosis | Yes -AP | — | — | — | — |
| Ambulatory Aid | Crutches, cane or walker (Prosthetic &/or Orthotic) -AP | — | — | — | — |
| IV or Heparin Lock | Yes -AP | — | — | — | — |
| Gait and Transferring | Weak -AP | — | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -AP | — | — | — | — |
| Morse Fall Risk Total | 85 -AP | — | — | — | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Date of Last Fall | 04/18/23 -AP | — | — | — | — |

**LLE**

| | | | | | |
|---|---|---|---|---|---|
| L Knee | — | — | — | — | Limited movement - KA |

| Row Name | 06/26/23 1752 | 06/26/23 1730 | 06/26/23 1715 | 06/26/23 1700 | 06/26/23 1645 |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Level of Consciousness | — | Arousable;Drowsy - KA | — | Arousable;Drowsy - KA | — |
| Orientation Level | — | Appropriate for developmental age -KA | — | Appropriate for developmental age -KA | — |
| **Neuro Focused** | | | | | |
| Sensation LLE | — | Pain -KA | — | Pain -KA | — |
| **Cardiovascular** | | | | | |
| Cardiac Regularity | — | — | Regular -KA | Regular -KA | Regular -KA |
| **Cardiac Monitor** | | | | | |
| Cardiac Rhythm | — | — | Left Bundle Branch Block;Normal Sinus Rhythm -KA | Left Bundle Branch Block;Normal Sinus Rhythm -KA | Left Bundle Branch Block;Normal Sinus Rhythm -KA |
| Ectopy | — | — | None -KA | None -KA | None -KA |
| **PVD/VTE Screening** | | | | | |
| LLE Temperature/Condition | — | Dry;Warm -KA | — | Dry;Warm -KA | — |
| LLE Capillary Refill | — | Less than 3 seconds -KA | — | Less than 3 seconds -KA | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — |
| Anti-Embolism Device Intervention | — | On -KA | — | On -KA | — |
| **Gastrointestinal** | | | | | |
| Nausea? | No -KA | No -KA | — | No -KA | — |

[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045

| | |
|---|---|
| Wound | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1840

Printed by 71334 at 8/21/24 10:12 AM

MC_000972

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Properties | tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM |
|---|---|

**Fall Risk Interventions**

| Fall Risk Interventions | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | — |
|---|---|---|---|---|---|

**LLE**

| L Knee | — | Limited movement - KA | — | — | — |
|---|---|---|---|---|---|

| Row Name | 06/26/23 1630 | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 | 06/26/23 1600 |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Level of Consciousness | Arousable;Drowsy - KA | — | — | Arousable;Drowsy - KA | — |
| Orientation Level | Appropriate for developmental age -KA | — | — | Appropriate for developmental age -KA | — |
| **Neuro Focused** | | | | | |
| Sensation LLE | Pain -KA | — | — | Pain -KA | — |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | — | — | None -KA | — |
| **Cardiovascular** | | | | | |
| Cardiac Regularity | Regular -KA | Regular -KA | Regular -KA | Regular -KA | — |
| **Cardiac Monitor** | | | | | |
| Cardiac Rhythm | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | — |
| Ectopy | None -KA | None -KA | None -KA | None -KA | — |
| **PVD/VTE Screening** | | | | | |
| LLE Temperature/Condition | Dry;Warm -KA | — | — | Dry;Warm -KA | — |
| LLE Capillary Refill | Less than 3 seconds -KA | — | — | Less than 3 seconds -KA | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — |
| Anti-Embolism Device Intervention | On -KA | — | — | On;Skin check -KA | — |
| **Gastrointestinal** | | | | | |
| Nausea? | — | — | — | No -KA | — |
| **Genitourinary** | | | | | |
| Urinary Status | — | — | — | Has not voided -KA | — |
| **Skin** | | | | | |
| Skin Color (generalized) | — | — | — | Appropriate, even tone -KA | — |
| Skin Temp/Cond (generalized) | — | — | — | Dry;Warm -KA | — |
| Skin Location 1 | — | — | — | left knee -KA | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1841

Printed by 71334 at 8/21/24 10:12 AM

MC_000973

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | — | — | Incision -KA | — |

[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | | | |
| Site Assessment | — | — | — | Unable to assess - KA | — |
| Wound Closure | — | — | — | Unable to assess - KA | Sutures;Staples -FT |
| Dressing Type | — | — | — | Elastic bandage 🖹 FLEX 7, HONEYCOMB ACTICOAT -KA | Elastic bandage;Other (Comment) 🖹 FLEX 7, HONEYCOMB ACTICOAT -FT |
| Dressing Status | — | — | — | Clean, dry, and intact -KA | Clean, dry, and intact -FT |
| Drainage Amount | — | — | — | Unable to assess - KA | — |
| Dressing Device | — | — | — | Knee immobilizer - KA | Knee immobilizer - FT |

**Fall Risk Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | — | — | Yes ! -KA | — |
| Secondary Diagnosis | — | — | — | Yes -KA | — |
| Ambulatory Aid | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KA | — |
| IV or Heparin Lock | — | — | — | Yes -KA | — |
| Gait and Transferring | — | — | — | Impaired -KA | — |
| Mental Status | — | — | — | Oriented (and realistic) to own ability -KA | — |
| Morse Fall Risk Total | — | — | — | 95 -KA | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | Recent surgery;Age -KA | — |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -KA | |

**LLE**

| | | | | | |
|---|---|---|---|---|---|
| L Knee | — | — | — | Limited movement - KA | — |

| Row Name | 06/26/23 1436 | 06/26/23 1304 | 06/23/23 0933 | | |
|---|---|---|---|---|---|

**Neurological**

| | | | |
|---|---|---|---|
| Motor Response Generalized | — | Other (comment) 🖹 walk with cane and immobilizer -CS | — |

**Neuro Focused**

| | | | |
|---|---|---|---|
| Sensation LLE | — | Intact -CS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1842

Printed by 71334 at 8/21/24 10:12 AM

MC_000974

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Flowsheets (group 1 of 2) (continued)

### Vision and Hearing Assessment

| | | | |
|---|---|---|---|
| Hearing Aid | None -EH | None -CS | — |

### Pacemaker/ICD

| | | | |
|---|---|---|---|
| Pacemaker/AICD | — | — | No -MB |

### PVD/VTE Screening

| | | | |
|---|---|---|---|
| LLE Temperature/Condition | — | Dry;Warm -CS | — |
| LLE Capillary Refill | — | Less than 3 seconds -CS | — |

### Anti-Embolism Devices

| | | | |
|---|---|---|---|
| Anti-Embolism Devices | — | Right;Antiembolism stockings - knee;Sequential compression devices - knee high -CS | — |
| Anti-Embolism Device Intervention | — | On -CS | — |

### Gastrointestinal

| | | | |
|---|---|---|---|
| Last Bowel Movement Date | — | 06/26/23 -CS | — |

### Braden Scale: High risk < or equal 18

| | | | |
|---|---|---|---|
| Sensory Perceptions | — | No impairment -CS | — |
| Moisture | — | Rarely moist -CS | — |
| Activity | — | Walks occasionally -CS | — |
| Mobility | — | Very limited -CS | — |
| Nutrition | — | Excellent -CS | — |
| Friction and Shear | — | No apparent problem -CS | — |
| Braden Scale Score | — | 20 -CS | — |

### [REMOVED] Wound - General - 02/08/23 0821 TOTAL KNEE REPLACEMENT 06/26/23

| | |
|---|---|
| Wound Properties | Initial assess date: 02/08/23 -RS Initial assess time: 0821 -RS Wound Description: TOTAL KNEE REPLACEMENT -RS Primary Wound Type: Incision -RS Location: Knee -RS Orientation: Left;Anterior -RS Wound Outcome: Healed -CS Final assess date: 06/26/23 -CS |

### [REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045

| | |
|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM |

### Fall Risk Interventions

| | | | |
|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Family/friend present;Safety instructions given;Wheels | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1843
Printed by 71334 at 8/21/24 10:12 AM

MC_000975

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

locked -CS

Morse Falls Risk: High Risk is > or equal 45

| | | | |
|---|---|---|---|
| History of Falls in Last 3 Months? | — | Yes ! -CS | — |
| Secondary Diagnosis | — | Yes -CS | — |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -CS | — |
| IV or Heparin Lock | — | Yes -CS | — |
| Gait and Transferring | — | Weak -CS | — |
| Mental Status | — | Oriented (and realistic) to own ability -CS | — |
| Morse Fall Risk Total | — | 85 -CS | — |

Risk for Injury

| | | | |
|---|---|---|---|
| Risk for injury | — | Bones;Recent surgery -CS | — |

Musculoskeletal

| | | | |
|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -CS | — |

LLE

| | | | |
|---|---|---|---|
| L Knee | — | Limited movement;Swelling; Other (Comment) 📄 pain -CS | — |

Psychosocial

| | | | |
|---|---|---|---|
| Psychosocial (WDL) | — | Exceptions to Defined Limits -CS | — |
| Patient Behaviors | — | Anxious;Calm;Cooperative -CS | — |
| Family/Visitor Behaviors | — | Calm;Cooperative;Supportive -CS | — |

**Adult Nutrition**

| Row Name | 06/27/23 0707 | 06/26/23 1304 | 06/26/23 1150 | 06/23/23 0933 | |
|---|---|---|---|---|---|
| Nursing Nutrition Screen | | | | | |
| Unplanned Weight Loss in Last Three Months | — | No 📄 "down 40 lbs last year with Victoza" -CS | — | — | |
| Unusual Weight Gain | — | No -CS | — | — | |
| Poor Oral Intake for Four or More Days Prior to Admission | — | No -CS | — | — | |
| Difficulty Chewing or Swallowing | — | — | — | No -MB | |
| Pressure Ulcer or Non-Healing Wound | — | No -CS | — | — | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1844

Printed by 71334 at 8/21/24 10:12 AM

MC_000976

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Home Tube Feeding or TPN | — | No -CS | — | — |
| Insulin Pump | — | No -CS | — | — |
| Is patient pregnant? | — | No -CS | — | — |
| Is patient lactating? | — | No -CS | — | — |
| **Nutrition Risk Assessment** | | | | |
| Height | — | — | 1.676 m (5' 6") -MC | 1.676 m (5' 6") -MB |
| Weight | — | — | 108.4 kg (239 lb) - MC | 114.8 kg (253 lb) - MB |
| BMI (Calculated) | — | — | 38.59 -MC | 40.85 -MB |
| Impaired Nutrition Status Score | 0-Normal Nutrition Status - Absent 📄 Intentional wt loss -RC | — | — | — |
| Severity of Disease Score | 1-Hip Fracture - Mild -RC | — | — | — |
| Age | 0- < 70 -RC | — | — | — |
| Score | 1 -RC | — | — | — |
| Risk Level | Level 1 - 0 to 1 pt - No initial note required. Follow up within 7 days -RC | — | — | — |
| Follow - Up / Rescreen Date | 07/03/23 -RC | — | — | — |
| Completed/Reviewed By | Initial Screen -RC | — | — | — |

**Anthropometrics**

| Row Name | 06/26/23 1150 | 06/23/23 0933 | | | |
|---|---|---|---|---|---|
| **Anthropometrics** | | | | | |
| Height | 1.676 m (5' 6") -MC | 1.676 m (5' 6") -MB | | | |
| Weight | 108.4 kg (239 lb) - MC | 114.8 kg (253 lb) - MB | | | |
| Weight Change | -5.53 -MC | — | | | |
| BMI (Calculated) | 38.59 -MC | 40.85 -MB | | | |

**Care Management Admission**

| Row Name | 06/27/23 15:27:11 | 06/27/23 10:12:42 | 06/27/23 09:42:13 | 06/27/23 09:02:39 | 06/27/23 01:40:56 |
|---|---|---|---|---|---|
| **Admission Assessment** | | | | | |
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITHOUT CC/MCC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | — | — |
| Predicted Length of Stay | 1.7 -M | 3.5 -M | 3.5 -M | — | — |
| Care Level Score | — | — | — | 86 -M | 83 -M |
| Name of Staff Completing Admission | — | Niamh R. -NR | — | — | — |
| Information | — | Patient;Chart | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1845

Printed by 71334 at 8/21/24 10:12 AM

MC_000977

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Source | | Review -NR | | | |
|---|---|---|---|---|---|
| Reason for admission as stated by patient/represent ative | — | Left knee repair of infrapatellar tendon -NR | — | — | — |
| Is this a Readmission | — | No -NR | — | — | — |

**Prior to Admit Living Environment**

| Type of Residence | — | Private Residence - NR | — | — | — |
|---|---|---|---|---|---|

**Prior to Admit Baseline Functional Status**

| Is the patient independent with ADLS | — | Yes - Independent - NR | — | — | — |
|---|---|---|---|---|---|
| Is the patient independent with iADLS | — | Yes - Independent - NR | — | — | — |
| On home Oxygen? | — | No -NR | — | — | — |
| Does patient receive outpt hemodialysis | — | No -NR | — | — | — |

**Financial and Resource Assessment**

| Financial Concerns Identified by the patient | — | None -NR | — | — | — |
|---|---|---|---|---|---|
| Complex Barriers to Discharge | — | None -NR | — | — | — |

**Anticipation of Discharge Plans (at time of Admission)**

| Anticipated changes related to this admission | — | None -NR | — | — | — |
|---|---|---|---|---|---|
| Anticipated Discharge Disposition | — | Home -NR | — | — | — |
| Discharge Medications will be Filled | — | Prefers MHS outpt pharmacy at discharge -NR | — | — | — |

**Admission Assessment Completed**

| Admission Assessment Completed | — | Yes -NR | — | — | — |
|---|---|---|---|---|---|

| Row Name | 06/26/23 19:16:38 | 06/26/23 18:06:03 | 06/26/23 15:56:19 | 06/26/23 15:41:27 | 06/26/23 15:31:57 |
|---|---|---|---|---|---|

**Admission Assessment**

| Care Level Score | 78 -M | 80 -M | 78 -M | 80 -M | 78 -M |
|---|---|---|---|---|---|

| Row Name | 06/26/23 15:10:54 | 06/26/23 14:48:31 | 06/26/23 1304 | 06/26/23 09:52:14 | 06/23/23 0933 |
|---|---|---|---|---|---|

**Admission Assessment**

| Care Level Score | 87 -M | 28 -M | — | 21 -M | — |
|---|---|---|---|---|---|
| Do you have a medication prescription benefit? | — | — | Yes -CS | — | — |

**Prior to Admit Living Environment**

| Type of | — | — | — | — | Private Residence - MB |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1846

Printed by 71334 at 8/21/24 10:12 AM

MC_000978

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| Residence | | | | | |
|---|---|---|---|---|---|
| Lives With | — | — | — | — | Spouse/Domestic Partner;Family -MB |
| Receives Help From | — | — | — | — | None - managing in current setting -MB |

Anticipation of Discharge Plans (at time of Admission)

| Anticipated Discharge Disposition | — | — | Home -CS | — | — |
|---|---|---|---|---|---|

### Custom Formula Data

| Row Name | 06/27/23 1223 | 06/27/23 0333 | 06/26/23 2300 | 06/26/23 2100 | 06/26/23 2000 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| MAP (mmHg) | 86 mmHg -YL | 78 mmHg -AG | 85 mmHg -AG | 83 mmHg -AG | 85 mmHg -AG |

| Row Name | 06/26/23 1927 | 06/26/23 1850 | 06/26/23 1846 | 06/26/23 1815 | 06/26/23 1800 |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Client Risk of Suicide | — | Low Risk -AP | — | — | — |
| **Vitals** | | | | | |
| MAP (mmHg) | 81 mmHg -AG | — | 82 mmHg -LS | 77 mmHg -KA | 81 mmHg -KA |

| Row Name | 06/26/23 1745 | 06/26/23 1730 | 06/26/23 1715 | 06/26/23 1700 | 06/26/23 1645 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| MAP (mmHg) | 75 mmHg -CSA | 83 mmHg -CSA | 86 mmHg -KA | 73 mmHg -KA | 89 mmHg -KA |

| Row Name | 06/26/23 1630 | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 | 06/26/23 1150 |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Ideal Body Weight | — | — | — | — | 130.73 lbs -MC |
| Adjusted Body Weight | — | — | — | — | 174.04 lbs -MC |
| % Over/Under Ideal Body Weight | — | — | — | — | 82.82 -MC |
| Predicted Body Weight | — | — | — | — | 59.3 -MC |
| Length (cm) | — | — | — | — | 167.6 cm -MC |
| IBW/kg (Calculated) Male | — | — | — | — | 63.8 kg -MC |
| IBW/kg (Calculated) Female | — | — | — | — | 59.3 kg -MC |
| BSA (Calculated - sq m) | — | — | — | — | 2.25 sq meters -MC |
| **Adult IBW/VT Calculations** | | | | | |
| IBW/kg (Calculated) | — | — | — | — | 59.3 -MC |
| Low Range Vt 6mL/kg | — | — | — | — | 355.8 mL/kg -MC |
| Adult Moderate Range Vt 8mL/kg | — | — | — | — | 474.4 mL/kg -MC |
| Adult High Range Vt 10mL/kg | — | — | — | — | 593 mL/kg -MC |
| **Vital Signs** | | | | | |
| BMI (Calculated) | — | — | — | — | 38.59 -MC |
| **Weight and Growth Recommendation** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1847

Printed by 71334 at 8/21/24 10:12 AM

MC_000979

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| IBW/kg (Calculated) Female | — | — | — | — | 59.3 kg -MC |
| IBW/kg (Calculated) Male | — | — | — | — | 63.8 kg -MC |
| BMI | | | | | |
| BMI (Calculated) | — | — | — | — | 38.59 -MC |
| Vitals | | | | | |
| MAP (mmHg) | 102 mmHg -KA | 94 mmHg -KA | 75 mmHg -KA | 94 mmHg -KA | 104 mmHg -MC |

| Row Name | 06/23/23 0933 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -MB | | | | |
| Adjusted Body Weight | 179.64 lbs -MB | | | | |
| % Over/Under Ideal Body Weight | 93.53 -MB | | | | |
| Predicted Body Weight | 59.3 -MB | | | | |
| Length (cm) | 167.6 cm -MB | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -MB | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -MB | | | | |
| BSA (Calculated - sq m) | 2.31 sq meters -MB | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 59.3 -MB | | | | |
| Low Range Vt 6mL/kg | 355.8 mL/kg -MB | | | | |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -MB | | | | |
| Adult High Range Vt 10mL/kg | 593 mL/kg -MB | | | | |
| Vital Signs | | | | | |
| BMI (Calculated) | 40.85 -MB | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -MB | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -MB | | | | |
| BMI | | | | | |
| BMI (Calculated) | 40.85 -MB | | | | |

**Daily Care**

| Row Name | 06/27/23 1500 | 06/27/23 1224 | 06/27/23 1015 | 06/27/23 0915 | 06/27/23 0657 |
|---|---|---|---|---|---|
| Environment Safety | | | | | |
| Fall Risk Interventions | — | — | — | — | Bed/Cart in lowest position;Call light within |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1848

Printed by 71334 at 8/21/24 10:12 AM

MC_000980

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG |
|---|---|---|---|---|---|

Activity- For documenting Activity choose  Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| Activity (Patient Actually Performs) | Bed in Chair Position -YL | Ambulating in Room/To Bathroom -YL | — | Sleeping -YL | Ambulating in Room/To Bathroom -AG |
|---|---|---|---|---|---|
| Level of Assistance | — | — | — | — | Standby -Within arm's reach -AG |
| Ambulation Distance (Feet) | — | 30 Feet -YL | — | — | — |
| Activity Response | — | — | — | — | Well tolerated -AG |
| Repositioned | Sitting;Turns self -YL | High fowlers -YL | Lying left side -YL | Lying right side -YL | Semi fowlers -AG |
| Repositioning assistance | — | Minimal assistance -YL | — | — | Minimal assistance -AG |

**Oral, Hygiene & Skin Care**

| Hygiene | — | Peri care -YL | — | — | Peri care -AG |
|---|---|---|---|---|---|

**Meals**

| Breakfast (%) | — | — | 100 % -YL | — | — |
|---|---|---|---|---|---|
| Dinner  (%) | — | 50 % -YL | — | — | — |

| Row Name | 06/27/23 0347 | 06/27/23 0130 | 06/26/23 2300 | 06/26/23 2051 | 06/26/23 1957 |
|---|---|---|---|---|---|

**Environment Safety**

| Arm Bands/Charms on | — | — | ID;Allergies -AG | — | ID;Allergies -AG |
|---|---|---|---|---|---|
| Call light in reach | — | — | Yes - Standard Call Light -AG | — | Yes - Standard Call Light -AG |
| Overbed table within reach | — | — | Yes -AG | — | Yes -AG |
| Bed in lowest position | — | — | Yes -AG | — | Yes -AG |
| Bed wheels locked | — | — | Yes -AG | — | Yes -AG |
| Side rails up | — | — | 2/4 -AG | — | 2/4 -AG |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1849

Printed by 71334 at 8/21/24 10:12 AM

MC_000981

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -KM | environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG |
|---|---|---|---|---|---|
| **Precautions** | | | | | |
| Precautions | — | — | — | — | Fall risk -AG |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | — | No -AG | No -AG | — | No -AG |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | — | Sleeping -AG | Resting in Bed -AG | — | Resting in Bed -AG |
| Activity Response | — | Well tolerated -AG | Well tolerated -AG | — | Well tolerated -AG |
| Repositioned | — | Semi fowlers -AG | Semi fowlers -AG | — | High fowlers -AG |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | — | — | No impairment -KM | — |
| Moisture | — | — | — | Rarely moist -KM | — |
| Activity | — | — | — | Walks occasionally -KM | — |
| Mobility | — | — | — | Slightly limited -KM | — |
| Nutrition | — | — | — | Adequate -KM | — |
| Friction and Shear | — | — | — | No apparent problem -KM | — |
| Braden Scale Score | — | — | — | 20 -KM | — |

**Comfort**

| | | | | | |
|---|---|---|---|---|---|
| Comfort | — | — | Talking -AG | — | Comfort;Talking -AG |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | None -KM | — | — | None -KM | — |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KM | — | — | Antiembolism stockings - knee;Bilateral -KM | — |
| Anti-Embolism Device Intervention | On -KM | — | — | — | — |

| Row Name | 06/26/23 1850 | 06/26/23 1846 | 06/26/23 1823 | 06/26/23 1815 | 06/26/23 1800 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm | ID;Allergies -LS | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1850

Printed by 71334 at 8/21/24 10:12 AM

MC_000982

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Bands/Charms on | | | | | |
| Call light in reach | Yes - Standard Call Light -LS | — | — | — | — |
| Overbed table within reach | Yes -LS | — | — | — | — |
| Bed in lowest position | Yes -LS | — | — | — | — |
| Bed wheels locked | Yes -LS | — | — | — | — |
| Side rails up | 2/4 -LS | — | — | — | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Bed/Chair/ Personal alarm in place;Designated non-skid footwear;Display Falls signage in/outside patient room;Wheels locked -LS | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — |

**Precautions**

| | | | | | |
|---|---|---|---|---|---|
| Precautions | Fall risk -LS | — | — | — | — |

**Isolation Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Isolation Precautions? | No -LS | — | — | — | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | Resting in Bed -LS | — | — | — | — |
| Repositioned | Sitting -LS | — | — | — | — |

**Oral, Hygiene & Skin Care**

| | | | | | |
|---|---|---|---|---|---|
| Chlorhexidine Gluconate Applied | Not applicable -LS | — | — | — | — |

**Comfort**

| | | | | | |
|---|---|---|---|---|---|
| Comfort | Talking -LS | — | — | — | — |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Oral Appliance | None -LS | — | None -KA | — | — |
| Vision | Glasses 📄 reading glasses -LS | — | None -KA | — | — |
| Hearing Aid | None -LS | — | None -KA | — | — |
| Jewelry | None -LS | — | None -KA | — | — |
| Clothing | With Patient -LS | — | — 📄 1 bag white belongings, 1 green personal tote, 1 CPAP machine/bag -KA | — | — |
| Electronic Equipment | Cell Phone;Charger -LS | — | None -KA | — | — |
| Home Medications | No -LS | — | No -KA | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1851

Printed by 71334 at 8/21/24 10:12 AM

MC_000983

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| (includes over the counter medications and supplements) | | | | | |
| Other Belongings | CPAP/BiPAP -LS | — | None -KA | — | — |

**Special Equipment**

| | | | | | |
|---|---|---|---|---|---|
| Special bed/mattress | Other (Comment) 📄 standard bed -LS | — | — | — | — |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -LS | Antiembolism stockings - knee;Sequential compression devices - knee high -AP | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA |
| Anti-Embolism Device Intervention | On -LS | On -AP | On -KA | — | On -KA |

**Communication**

| | | | | | |
|---|---|---|---|---|---|
| Visitation | Other (Comment) 📄 none at this time -LS | — | — | — | — |

**Meals**

| | | | | | |
|---|---|---|---|---|---|
| Type of Diet | Solids -LS | — | — | — | — |

| Row Name | 06/26/23 1752 | 06/26/23 1730 | 06/26/23 1729 | 06/26/23 1715 | 06/26/23 1700 |
|---|---|---|---|---|---|

**Environment Safety**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA |
| Anti-Embolism Device Intervention | — | On -KA | — | — | On -KA |

**Communication**

| | | | | | |
|---|---|---|---|---|---|
| Patient/Caregiver Update | — | Called;Family;Updated 📄 by Charlene, RN -KA | Family;Updated -CSA | — | — |

| Row Name | 06/26/23 1630 | 06/26/23 1615 | 06/26/23 1436 | 06/26/23 1400 | 06/26/23 1304 |
|---|---|---|---|---|---|

**Environment Safety**

| | | | | | |
|---|---|---|---|---|---|
| Arm Bands/Charms on | — | — | — | — | ID;Allergies -CS |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designate |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1852

Printed by 71334 at 8/21/24 10:12 AM

MC_000984

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | d non-skid footwear;Family/frie nd present;Safety instructions given;Wheels locked -CS |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | — | — | — | No impairment -CS |
| Moisture | — | — | — | — | Rarely moist -CS |
| Activity | — | — | — | — | Walks occasionally -CS |
| Mobility | — | — | — | — | Very limited -CS |
| Nutrition | — | — | — | — | Excellent -CS |
| Friction and Shear | — | — | — | — | No apparent problem -CS |
| Braden Scale Score | — | — | — | — | 20 -CS |

**Oral, Hygiene & Skin Care**

| | | | | | |
|---|---|---|---|---|---|
| Chlorhexidine Gluconate Applied | — | — | — | — | PM before surgery;AM of surgery;Patient applied independently -CS |

**Nasal Antiseptic - Decolonization**

| | | | | | |
|---|---|---|---|---|---|
| Nasal Antiseptic Swab applied | — | — | — | — | Pre Op;Yes -CS |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Oral Appliance | — | None -KA | None -EH | — | None -CS |
| Vision | — | None -KA | None -EH | — | None -CS |
| Hearing Aid | — | None -KA | None -EH | — | None -CS |
| Jewelry | — | None -KA | None -EH | — | None -CS |
| Clothing | — | None -KA | None -EH | — | To Locker/Cubby 2 bags -CS |
| Electronic Equipment | — | None -KA | None -EH | — | Cell Phone;To Locker/Cubby -CS |
| Home Medications (includes over the counter medications and supplements) | — | No -KA | No -EH | — | No -CS |
| Other Belongings | — | None -KA | None -EH | Medical Device KNEE IMMOBILIZER - FT | Medical Device;CPAP/BiPA P brace on bed/cpap to locker -CS |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | — | Right;Antiembolism stockings - knee;Sequential compression devices - knee high -CS |
| Anti-Embolism Device Intervention | On -KA | On;Skin check -KA | — | — | On -CS |

**Communication**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1853

Printed by 71334 at 8/21/24 10:12 AM

MC_000985

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Patient/Caregiver Update | — | — | — | — | Patient;Updated;Family;Visiting -CS |

### Intake/Output

| Row Name | 06/27/23 1225 | 06/27/23 1224 | 06/27/23 1015 | 06/27/23 0830 | 06/27/23 0657 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | 360 mL -YL | — | — | 360 mL -YL | — |
| Intake Total (mL) | 360 mL | — | — | 360 mL | 235.42 mL |
| NET Intake Total (mL) | -340 mL | — | — | 360 mL | -464.58 mL |
| Cumulative Intake Total (mL) | 955.42 mL | — | — | 595.42 mL | 235.42 mL |
| **Meals** | | | | | |
| Breakfast (%) | — | — | 100 % -YL | — | — |
| Dinner (%) | — | 50 % -YL | — | — | — |
| **Output (mL)** | | | | | |
| Urine Void (mL) | 700 mL -YL | — | — | — | 700 mL -KM |
| Output Total | 700 mL | — | — | — | 700 mL |
| NET I/O Total (mL) | -340 mL | — | — | 360 mL | -464.58 mL |
| Cumulative Output Total (mL) | 1400 mL | — | — | — | 700 mL |
| Net Cumulative I/O Total (mL) | -444.58 mL | — | — | -104.58 mL | -464.58 mL |
| **lactated ringers (LR) infusion soln    Start: 06/26/23 1615** | | | | | |
| Rate (mL/hr) | — | — | — | — | 0 mL/hr -KM |
| Volume (mL) | — | — | — | — | 235.42 mL -KM |

| Row Name | 06/27/23 0347 | 06/26/23 2237 | 06/26/23 2200 | 06/26/23 21:26:42 | 06/26/23 2051 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | — | — | 200 mL -KM | — | — |
| Intake Total (mL) | — | 764.58 mL | 200 mL | — | — |
| NET Intake Total (mL) | — | 214.58 mL | 200 mL | — | — |
| Cumulative Intake Total (mL) | — | 2204.58 mL | 1440 mL | — | — |
| **Output (mL)** | | | | | |
| Urine Void (mL) | — | 550 mL -KM | — | — | — |
| Output Total | — | 550 mL | — | — | — |
| NET I/O Total (mL) | — | 214.58 mL | 200 mL | — | — |
| Gastrointestinal (WDL) | Within Defined Limits -KM | — | — | — | Within Defined Limits -KM |
| Cumulative Output Total (mL) | — | 560 mL | — | — | — |
| Net Cumulative I/O Total (mL) | — | 1644.58 mL | 1430 mL | — | — |
| **lactated ringers (LR) infusion soln    Start: 06/26/23 1615** | | | | | |
| Volume (mL) | — | 764.58 mL -DE | — | — | — |
| **0.9 % NaCl (NS) infusion soln    Start: 06/26/23 2030** | | | | | |
| Rate (mL/hr) | — | — | — | 125 mL/hr -KM | — |

| Row Name | 06/26/23 1958 | 06/26/23 1630 | 06/26/23 1615 | 06/26/23 1530 | 06/26/23 1405 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | 240 mL -AG | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1854

Printed by 71334 at 8/21/24 10:12 AM

MC_000986

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Intake Total (mL) | 240 mL | — | 1000 mL | — | — |
| NET Intake Total (mL) | 240 mL | — | 1000 mL | -10 mL | — |
| Cumulative Intake Total (mL) | 1240 mL | — | 1000 mL | — | — |
| Output (mL) | | | | | |
| Output Total | — | — | — | 10 mL | — |
| NET I/O Total (mL) | 240 mL | — | 1000 mL | -10 mL | — |
| Cumulative Output Total (mL) | — | — | — | 10 mL | — |
| Net Cumulative I/O Total (mL) | 1230 mL | — | 990 mL | -10 mL | — |

**lactated ringers (LR) bolus solution    Start: 06/26/23 1357**

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | — | 0 mL/hr<br>Anesthesia infusion automatically stopped. -LO | — | — |

**lactated ringers (LR) infusion soln    Start: 06/26/23 1615**

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | 125 mL/hr -KA | — | — | — |

### Intraprocedure Nursing Care Plan

| Row Name | 06/26/23 1752 | 06/26/23 1556 | 06/26/23 1328 | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Infection Goal | | | | | |
| Intraprocedure Care Plan: Infection Interventions | — | Administer prescribed prophalactic antibiotics;Maintain sterile technique;Perform adequate skin prep;Limit unecessary traffic in operative suite -FT | — | | |
| Intraprocedure Care Plan: Infection Goal Met | — | Goal met -FT | — | | |
| Intraprocedure Care Plan: Privacy Goal | | | | | |
| Intraprocedure Care Plan: Privacy Interventions | — | Limit unnecessary traffic in the operative suite;Maintain patient confidentiality and share patient information only with staff directly involved in care;Provide care respecting worth and dignity regardless of diagnosis, disease process, procedure or projected outcomes;Maintain | — | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1855    Printed by 71334 at 8/21/24 10:12 AM

MC_000987

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 1 of 2) (continued)

| | | | |
|---|---|---|---|
| | | patient's dignity and privacy -FT | |
| Intraprocedure Care Plan: Privacy Goal Met | — | Goal met -FT | — |

Intraprocedure Care Plan: Safety Goal

| | | | |
|---|---|---|---|
| Intraprocedure Care Plan: Safety Interventions | — | Check equipment for safety;Check OR bed for proper functioning;Identify surgical site and appropriate position;Pad all bony prominences;Mainta in proper body alignment;Proper use of safety measures for transport and transfer -FT | — |
| Intraprocedure Care Plan: Safety Goal Met | — | Goal met -FT | — |

Pre-Procedure Care Plan Diagnosis: Anxiety Related to Impending Procedure and Anesthesia/Sedation

| | | | |
|---|---|---|---|
| Does the patient have anxiety? | — | — | Yes -CS |
| Anxiety Care Plan Interventions | — | — | Identify self and address patient by name;Explain procedure (On patient's level) using age specific language;Answer questions and allow patient to verbalize anxieties;Provide support to patient and family members present -CS |
| Anxiety Care Plan Goal | — | — | Decrease anxiety -CS |
| Evaluation of Goals Met | — | — | Goal met -CS |

Preprocedure Care Plan Diagnosis: Potential for Impaired Safety

| | | | |
|---|---|---|---|
| Impaired Safety Care Plan Interventions | — | — | Use correct patient identifiers;Siderails up/wheels locked;8 rights of medication administration;DVT/ VTE precautions as ordered;Hand off report;Meet Aldrete Score of 8 or above prior to discharge;Transport ed with staff -CS |
| Impaired Safety Care Plan Goal | — | — | Patient free of injury -CS |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1856                                    Printed by 71334 at 8/21/24 10:12 AM

MC_000988

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | |
|---|---|---|---|
| Impaired Safety Evaluation of Goals Met | — | — | Goal met -CS |

**Preprocedure Care Plan Diagnosis: Potential for Knowledge Deficit Relative to Operative Procedure**

| | | | |
|---|---|---|---|
| Potential for Knowledge Deficit Relative to Operative Procedure - Interventions | — | — | Post-op teaching related to age/appropriate pain scale -CS |
| Knowledge Deficit Goal | — | — | Patient verbalized understanding -CS |
| Evaluation of Goals Met | — | — | Goal met -CS |

**PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance**

| | | | |
|---|---|---|---|
| Ineffective Airway Maintenance Care Plan Goal | Normal rate and depth of respirations -KA | — | — |
| Evaluation of Goals Met | Goal met -KA | — | — |

**PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain**

| | | | |
|---|---|---|---|
| Potential for Alteration in Comfort: Pain - Interventions | Assess level of comfort/pain -KA | — | — |
| Comfort/Pain Goal | Patient demonstrates or reports decreased pain level;Patient tolerates pain level - KA | — | — |
| Evaluation of Goals Met | Goal met -KA | — | — |

**PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting**

| | | | |
|---|---|---|---|
| Potential for Nausea and Vomiting - Interventions | Assess patient for complaints of nausea -KA | — | — |
| Evaluation of Goals Met | Goal met -KA | — | — |

### LACE+ Score

| Row Name | 06/27/23 1537 | | | | | |
|---|---|---|---|---|---|---|
| OTHER | | | | | | |
| LACE+ Readmission Risk Score | 30 -CG | | | | | |

### Latex Allergy Assessment

| Row Name | 06/26/23 1850 | 06/23/23 1000 | | | | |
|---|---|---|---|---|---|---|
| ZZ Latex Allergy Assessment (Retired) | | | | | | |
| Have you had a reaction to latex balloons or | No -AP | No -MB | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1857

Printed by 71334 at 8/21/24 10:12 AM

MC_000989

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

rubber gloves?

| | | |
|---|---|---|
| Have you ever had a reaction after eating banana, avocado, or kiwis? | No -AP | No -MB |
| Any of the above answers "Yes"? | No -AP | No -MB |

### Lines, Drains and Airways

| Row Name | 06/27/23 0347 | 06/26/23 2051 | 06/26/23 1819 | 06/26/23 1700 | 06/26/23 1615 |
|---|---|---|---|---|---|
| [REMOVED] Peripheral IV 06/26/23 1257 Anterior;Left;Lower Arm 20G 06/27/23 1530 Therapy completed Catheter intact;No complications noted | | | | | |
| IV Peripheral Line Properties | Placement Date: 06/26/23 -CS Placement Time: 1257 -CS Orientation: Anterior;Left;Lower -CS Insertion Site: Arm -CS Size/Gauge: 20G -CS Length: 1 inch -CS Inserted by: C. Sharp RN -CS Site Prep: Chlorhexidine/chloraprep -CS # of Insertion Attempts: 1 -CS Removal Date: 06/27/23 -NB Removal Time: 1530 -NB Removal Reason: Therapy completed -NB Post Removal Assessment: Catheter intact;No complications noted -NB | | | | |
| Infusion Device | IV Pump -KM | IV Pump -KM | IV flow rate dial -KA | — | IV flow rate dial -KA |
| Site Assessment | Clean, Dry, Intact - KM | Clean, Dry, Intact - KM | Clean, Dry, Intact - KA | — | Clean, Dry, Intact - KA |
| Lumen Status/Interventio n | Infusing -KM | Infusing -KM | Infusing -KA | — | Infusing -KA |
| Dressing Type | Occlusive;Transpar ent -KM | Occlusive;Transpar ent -KM | Occlusive;Transpar ent -KA | — | Occlusive;Transpar ent -KA |
| Dressing Intervention | No intervention indicated -KM | No intervention indicated -KM | No intervention indicated -KA | — | No intervention indicated -KA |
| Dressing Status | Clean, Dry, Intact - KM | Clean, Dry, Intact - KM | Clean, Dry, Intact - KA | — | Clean, Dry, Intact - KA |
| Securement Device | Yes -KM | Yes -KM | Yes -KA | — | Yes -KA |
| Tubing Change | — | — | — | Yes -KA | — |
| [REMOVED] Endotracheal Tube 06/26/23 1403 06/26/23 1610 | | | | | |
| ETT Properties | Inserted Date: 06/26/23 -LO Inserted Time: 1403 -LO Single Lumen Tube Size: 7 mm -LO Cuffed: Cuffed - LO Insertion Attempts: 1 -LO ETT Type: ETT - single -LO Tube Location: Oral -LO Mask Ventilation: Vent by mask -LO Verification: ETCO2;Bilat BS -LO Laryngoscope: Video Laryngoscope -LO Blade Size: 4 -LO View Grade: I -LO Secured at: 21 cm -LO Measured from: Lips -LO Removal Date: 06/26/23 -LO Removal Time: 1610 -LO | | | | |
| [REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045 | | | | | |
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | | | |
| Site Assessment | Drainage -KM | Drainage -KM | Unable to assess - KA | — | Unable to assess - KA |
| Peri-wound skin | Normal for patient - KM | Normal for patient - KM | — | — | — |
| Non-staged wound description | Not applicable -KM | Not applicable -KM | — | — | — |
| Wound Closure | — | — | Unable to assess - KA | — | Unable to assess - KA |
| Dressing Type | Elastic bandage -KM | Elastic bandage -KM | Elastic bandage 📄 FLEX 7, HONEYCOMB ACTICOAT -KA | — | Elastic bandage 📄 FLEX 7, HONEYCOMB ACTICOAT -KA |
| Dressing Status | — | New drainage -KM | Clean, dry, and intact -KA | — | Clean, dry, and intact -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1858

Printed by 71334 at 8/21/24 10:12 AM

MC_000990

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Dressing Changed | Dressing reinforced -KM | — | — | — | — |
| Drainage Amount | Moderate -KM | Moderate -KM | Unable to assess - KA | — | Unable to assess - KA |
| Drainage Description | Sanguinous -KM | Sanguinous -KM | — | — | — |
| Dressing Therapy | Dry dressing -KM | Dry dressing -KM | — | — | — |
| Dressing Device | Knee immobilizer - KM | Knee immobilizer - KM | Knee immobilizer - KA | — | Knee immobilizer - KA |

| Row Name | 06/26/23 1600 | 06/26/23 1257 | 06/22/23 0006 | | |
|---|---|---|---|---|---|

[REMOVED] Peripheral IV 06/26/23 1257 Anterior;Left;Lower Arm 20G 06/27/23 1530 Therapy completed Catheter intact;No complications noted

| | | | |
|---|---|---|---|
| IV Peripheral Line Properties | Placement Date: 06/26/23 -CS Placement Time: 1257 -CS Orientation: Anterior;Left;Lower -CS Insertion Site: Arm -CS Size/Gauge: 20G -CS Length: 1 inch -CS Inserted by: C. Sharp RN -CS Site Prep: Chlorhexidine/chloraprep -CS # of Insertion Attempts: 1 -CS Removal Date: 06/27/23 -NB Removal Time: 1530 -NB Removal Reason: Therapy completed -NB Post Removal Assessment: Catheter intact;No complications noted -NB | | |
| Site Assessment | — | Clean, Dry, Intact - CS | — |
| Lumen Status/Interventio n | — | Blood returned;Flushed;Sa line Lock -CS | — |
| Dressing Type | — | Occlusive;Transpar ent -CS | — |
| Dressing Intervention | — | No intervention indicated -CS | — |
| Dressing Status | — | Clean, Dry, Intact - CS | — |
| Securement Device | — | Yes -CS | — |
| # of Insertion Attempts | — | — | 1 -CS |

[REMOVED] Endotracheal Tube 06/26/23 1403 06/26/23 1610

| | |
|---|---|
| ETT Properties | Inserted Date: 06/26/23 -LO Inserted Time: 1403 -LO Single Lumen Tube Size: 7 mm -LO Cuffed: Cuffed - LO Insertion Attempts: 1 -LO ETT Type: ETT - single -LO Tube Location: Oral -LO Mask Ventilation: Vent by mask -LO Verification: ETCO2;Bilat BS -LO Laryngoscope: Video Laryngoscope -LO Blade Size: 4 -LO View Grade: I -LO Secured at: 21 cm -LO Measured from: Lips -LO Removal Date: 06/26/23 -LO Removal Time: 1610 -LO |

[REMOVED] Wound - General - 02/08/23 0821 TOTAL KNEE REPLACEMENT 06/26/23

| | |
|---|---|
| Wound Properties | Initial assess date: 02/08/23 -RS Initial assess time: 0821 -RS Wound Description: TOTAL KNEE REPLACEMENT -RS Primary Wound Type: Incision -RS Location: Knee -RS Orientation: Left;Anterior -RS Wound Outcome: Healed -CS Final assess date: 06/26/23 -CS |

[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045

| | | | |
|---|---|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | |
| Wound Closure | Sutures;Staples -FT | — | — |
| Dressing Type | Elastic bandage;Other (Comment) 📄 FLEX 7, HONEYCOMB ACTICOAT -FT | — | — |
| Dressing Status | Clean, dry, and intact -FT | — | — |
| Dressing Device | Knee immobilizer - FT | — | — |

**MAR Flowsheet**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1859

Printed by 71334 at 8/21/24 10:12 AM

MC_000991

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Row Name | 06/27/23 1223 | 06/27/23 1100 | 06/27/23 0811 | 06/27/23 0700 | 06/27/23 0657 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 125/68 -YL | — | — | — | — |
| BP Method | Automatic -YL | — | — | — | — |
| MAP (mmHg) | 86 mmHg -YL | — | — | — | — |
| Pulse | 64 -YL | — | — | — | — |
| Resp | 16 -YL | — | — | — | — |
| SpO2 | 97 % -YL | — | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -YL | — | — | — | — |
| BP Site | Right upper arm -YL | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -LR | Assessment -LR | Assessment -KM | — |
| Patient Currently in Pain | — | Sleeping/respirations WNL -LR | Yes -LR | Yes -KM | — |
| Patient's Realistic Pain Goal | — | — | 3 -LR | 3 -KM | — |
| Pain Relieving Factors | — | — | Medication -KM | Ice / Cold Therapy;Medication -KM | — |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 6/10 -LR | 6/10 -KM | — |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with even passive activities -LR | Interferes with activities, but not passive activities -KM | — |
| Pain Location 1 | — | — | KNEE -LR | KNEE -KM | — |
| Pain Orientation 1 | — | — | Left -KM | Left -KM | — |
| Pain Duration 1 | — | — | Continuous -KM | Continuous -KM | — |
| Pain Onset 1 | — | — | Acute Pain -KM | Acute Pain -KM | — |
| Pain Quality 1 | — | — | Burning;Tearing -KM | Burning;Tearing -KM | — |
| Pain Intervention(s) 1 | — | — | Medication -LR | Medication -KM | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | Yes -KM | — |
| Side Effect of Intervention 1 | — | — | None -KM | None -KM | — |
| **lactated ringers (LR) infusion soln** | Start: 06/26/23 1615 | | | | |
| Rate (mL/hr) | — | — | — | — | 0 mL/hr -KM |
| Volume (mL) | — | — | — | — | 235.42 mL -KM |

| Row Name | 06/27/23 0341 | 06/27/23 0333 | 06/27/23 0204 | 06/26/23 2300 | 06/26/23 2237 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 105/65 -AG | — | 115/70 -AG | — |
| BP Method | — | Automatic -AG | — | Automatic -AG | — |
| MAP (mmHg) | — | 78 mmHg -AG | — | 85 mmHg -AG | — |
| Temp | — | 36 °C (96.8 °F) -AG | — | 36.1 °C (96.9 °F) -AG | — |
| Temp src | — | Temporal -AG | — | Temporal -AG | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1860

Printed by 71334 at 8/21/24 10:12 AM

MC_000992

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Pulse | — | 56 -AG | — | 82 -AG | — |
| Resp | — | 18 -AG | — | 20 -AG | — |
| SpO2 | — | 96 % -AG | — | 94 % -AG | — |

**Orthostatic BP**

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | Semi Fowler's -AG | — | Semi Fowler's -AG | — |
| BP Site | — | Right upper arm -AG | — | Right forearm -AG | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -KM | — | Assessment -KM | Assessment -KM | — |
| Patient Currently in Pain | Yes -KM | — | Sleeping/respirations WNL -KM | Yes -KM | — |
| Patient's Realistic Pain Goal | 3 -KM | — | — | 3 -KM | — |
| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | — | Ice / Cold Therapy;Medication -KM | — |
| Pain Aggravating Factors | Ambulating / Activity -KM | — | — | Ambulating / Activity -KM | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KM | — | — | Numeric (patient able to self-report) -KM | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 4/10 -KM | — | — | 5/10 -KM | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with some activities -KM | — | — | Interferes with some activities -KM | — |
| Pain Location 1 | KNEE -KM | — | — | KNEE -KM | — |
| Pain Orientation 1 | Left -KM | — | — | Left -KM | — |
| Pain Duration 1 | Continuous -KM | — | — | Continuous -KM | — |
| Pain Onset 1 | Acute Pain -KM | — | — | Acute Pain -KM | — |
| Pain Quality 1 | Pain -KM | — | — | Stabbing;Tearing -KM | — |
| Pain Intervention(s) 1 | Medication -KM | — | — | Medication -KM | — |
| Pain Intervention Education Provided 1 | Yes -KM | — | — | Yes -KM | — |
| Side Effect of Intervention 1 | None -KM | — | — | None -KM | — |

**lactated ringers (LR) infusion soln    Start: 06/26/23 1615**

| | | | | | |
|---|---|---|---|---|---|
| Volume (mL) | — | — | — | — | 764.58 mL -DE |

| Row Name | 06/26/23 2140 | 06/26/23 2130 | 06/26/23 21:26:42 | 06/26/23 2100 | 06/26/23 2051 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 115/67 -AG | — |
| BP Method | — | — | — | Automatic -AG | — |
| MAP (mmHg) | — | — | — | 83 mmHg -AG | — |
| Temp | — | — | — | 36.4 °C (97.5 °F) -AG | — |
| Temp src | — | — | — | Temporal -AG | — |
| Pulse | — | — | — | 80 -AG | — |
| Resp | — | — | — | 20 -AG | — |
| SpO2 | — | — | — | 91 % -AG | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -AG | — |
| BP Site | — | — | — | Right forearm -AG | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1861

Printed by 71334 at 8/21/24 10:12 AM

MC_000993

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

**Glucose Management**

| | | | | | |
|---|---|---|---|---|---|
| Glucose Check Result | — | 140 mg/dl -KM | — | — | — |
| Interventions | — | None Needed -KM | — | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -KM | — | — | — | Assessment -KM |
| Patient Currently in Pain | Yes -KM | — | — | — | Yes -KM |
| Patient's Realistic Pain Goal | 3 -KM | — | — | — | 3 -KM |
| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | — | — | Ice / Cold Therapy;Medication -KM |
| Pain Aggravating Factors | Ambulating / Activity -KM | — | — | — | Ambulating / Activity -KM |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KM | — | — | — | Numeric (patient able to self-report) - KM |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 6/10 -KM | — | — | — | 6/10 -KM |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KM | — | — | — | Interferes with activities, but not passive activities - KM |
| Pain Location 1 | KNEE -KM | — | — | — | KNEE -KM |
| Pain Orientation 1 | Left -KM | — | — | — | Left -KM |
| Pain Duration 1 | Continuous -KM | — | — | — | Continuous -KM |
| Pain Onset 1 | Acute Pain -KM | — | — | — | Acute Pain -KM |
| Pain Quality 1 | Stabbing;Pain -KM | — | — | — | Stabbing;Pain -KM |
| Pain Intervention(s) 1 | Ice (T/pump, cold compress);Medication -KM | — | — | — | — |
| Pain Intervention Education Provided 1 | Yes -KM | — | — | — | — |
| Side Effect of Intervention 1 | None -KM | — | — | — | — |

**0.9 % NaCl (NS) infusion soln    Start: 06/26/23 2030**

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | — | 125 mL/hr -KM | — | — |

| Row Name | 06/26/23 2000 | 06/26/23 1927 | 06/26/23 1846 | 06/26/23 1815 | 06/26/23 1800 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 122/66 -AG | 121/61 -AG | 135/61 -LS | 104/63 -KA | 114/64 -KA |
| BP Method | Automatic -AG | Automatic -AG | Automatic -LS | Automatic -KA | Automatic -KA |
| MAP (mmHg) | 85 mmHg -AG | 81 mmHg -AG | 82 mmHg -LS | 77 mmHg -KA | 81 mmHg -KA |
| Temp | — | 35.6 °C (96.1 °F) - AG | 36.2 °C (97.1 °F) - LS | — | — |
| Temp src | — | Temporal -AG | Temporal -LS | — | — |
| Pulse | — | 81 -AG | 80 -LS | 92 -KA | 85 -KA |
| Resp | — | 20 -AG | 20 -LS | 20 -KA | 14 -KA |
| SpO2 | — | 91 % -AG | 92 % -LS | 94 % -KA | 94 % -KA |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -AG | Semi Fowler's -LS | — | — |
| BP Site | — | Right forearm -AG | Right upper arm -LS | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Assessment -AP | Re-Assessment -KA | Re-Assessment -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1862

Printed by 71334 at 8/21/24 10:12 AM

MC_000994

Larocque, Linda J
MRN: 172930

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| Row Name | 06/26/23 1752 | 06/26/23 1748 | 06/26/23 1745 | 06/26/23 1734 | 06/26/23 1730 |
|---|---|---|---|---|---|
| Patient Currently in Pain | — | — | Yes -AP | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -AP | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -AP | 4/10 -KA | 4/10 -KA |
| Pain Location 1 | — | — | KNEE -AP | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | — | — | Left -AP | Left -KA | Left -KA |
| Pain Duration 1 | — | — | Continuous -AP | Continuous -KA | Continuous -KA |
| Pain Onset 1 | — | — | Acute Pain -AP | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | — | — | Burning -AP | Burning -KA | Burning -KA |
| Pain Intervention(s) 1 | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |
| **POSS Sedation Scale** | | | | | |
| POSS Sedation Scale | — | — | — | Sleep, easy to arouse -KA | Sleep, easy to arouse -KA |

| Row Name | 06/26/23 1752 | 06/26/23 1748 | 06/26/23 1745 | 06/26/23 1734 | 06/26/23 1730 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 105/60 -CSA | — | 107/71 -CSA |
| BP Method | — | — | Automatic -CSA | — | Automatic -CSA |
| MAP (mmHg) | — | — | 75 mmHg -CSA | — | 83 mmHg -CSA |
| Pulse | — | — | 94 -CSA | — | 91 -CSA |
| Resp | — | — | 17 -CSA | — | 22 -CSA |
| SpO2 | — | — | 96 % -CSA | — | 95 % -CSA |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -CSA | — | Assessment -CSA | Re-Assessment -KA |
| Patient Currently in Pain | — | Yes -CSA | — | Yes -CSA | Yes -KA |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -CSA | — | Numeric (patient able to self-report) -CSA | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 4/10 -CSA | — | 5/10 -CSA | 6/10 -KA |
| Pain Location 1 | — | KNEE -CSA | — | KNEE -CSA | KNEE -KA |
| Pain Orientation 1 | — | Left -CSA | — | Left -CSA | Left -KA |
| Pain Duration 1 | — | Continuous -CSA | — | Continuous -CSA | Continuous -KA |
| Pain Onset 1 | — | Acute Pain -CSA | — | Acute Pain -CSA | Acute Pain -KA |
| Pain Quality 1 | — | Burning -CSA | — | Burning -CSA | Burning -KA |
| Pain Intervention(s) 1 | — | Medication -CSA | — | Medication -CSA | Emotional support (active listening, therapeutic |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1863

Printed by 71334 at 8/21/24 10:12 AM

MC_000995

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 1 of 2) (continued)

|  | | | | touch);Ice (T/pump, cold compress);Relaxati on technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |
| --- | --- | --- | --- | --- |

POSS Sedation Scale

| POSS Sedation Scale | Awake and alert -KA | — | — | — | — |
| --- | --- | --- | --- | --- | --- |

| Row Name | 06/26/23 1715 | 06/26/23 1703 | 06/26/23 1700 | 06/26/23 1652 | 06/26/23 1648 |
| --- | --- | --- | --- | --- | --- |

Vitals

| BP | 115/72 -KA | — | 108/55 -KA | — | — |
| --- | --- | --- | --- | --- | --- |
| BP Method | Automatic -KA | — | Automatic -KA | — | — |
| MAP (mmHg) | 86 mmHg -KA | — | 73 mmHg -KA | — | — |
| Pulse | 91 -KA | — | 91 -KA | — | — |
| Resp | 14 -KA | — | 23 -KA | — | — |
| SpO2 | 100 % -KA | — | 100 % -KA | — | — |

Pain Assessment

| Pain Assessment | Re-Assessment -KA | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA |
| --- | --- | --- | --- | --- | --- |
| Patient Currently in Pain | Yes -KA | Yes -KA | — | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA |

Pain 1

| Numeric Pain Scale 1 | 6/10 -KA | 8/10 -KA | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA |
| --- | --- | --- | --- | --- | --- |
| Pain Location 1 | KNEE -KA | KNEE -KA | — | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -KA | — | Left -KA | Left -KA |
| Pain Duration 1 | Continuous -KA | Continuous -KA | — | Continuous -KA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | Burning -KA | Burning -KA | — | Burning;Sharp -KA | Burning;Sharp -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxati on technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medicati on;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medicati on;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medicati on;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA |

POSS Sedation Scale

| POSS Sedation Scale | Awake and alert -KA | — | Slightly drowsy, easily aroused -KA | — | — |
| --- | --- | --- | --- | --- | --- |

| Row Name | 06/26/23 1645 | 06/26/23 1643 | 06/26/23 1638 | 06/26/23 1633 | 06/26/23 1630 |
| --- | --- | --- | --- | --- | --- |

Vitals

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1864

Printed by 71334 at 8/21/24 10:12 AM

MC_000996

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| BP | 118/75 -KA | — | — | — | 129/88 -KA |
| BP Method | Automatic -KA | — | — | — | Automatic -KA |
| MAP (mmHg) | 89 mmHg -KA | — | — | — | 102 mmHg -KA |
| Pulse | 96 -KA | — | — | — | **113 !** -KA |
| Resp | 11 -KA | — | — | — | 23 -KA |
| SpO2 | 100 % -KA | — | — | — | 100 % -KA |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | Re-Assessment -KA | Re-Assessment -KA | Assessment -KA | — |
| Patient Currently in Pain | — | Yes -KA | Yes -KA | Yes -KA | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 10/10 Worst pain - KA | 10/10 Worst pain - KA | 10/10 Worst pain - KA | — |
| Pain Location 1 | — | KNEE -KA | KNEE -KA | KNEE -KA | — |
| Pain Orientation 1 | — | Left -KA | Left -KA | Left -KA | — |
| Pain Duration 1 | — | Continuous -KA | Continuous -KA | Continuous -KA | — |
| Pain Onset 1 | — | Acute Pain -KA | Acute Pain -KA | Acute Pain -KA | — |
| Pain Quality 1 | — | Sharp;Burning -KA | Sharp;Burning -KA | Sharp;Burning -KA | — |
| Pain Intervention(s) 1 | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — |

**POSS Sedation Scale**

| | | | | | |
|---|---|---|---|---|---|
| POSS Sedation Scale | — | — | — | — | Slightly drowsy, easily aroused -KA |

**lactated ringers (LR) infusion soln    Start: 06/26/23 1615**

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | — | — | — | 125 mL/hr -KA |

| Row Name | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 | 06/26/23 1615 | 06/26/23 1405 |
|---|---|---|---|---|---|

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| BP | 128/77 -KA | 102/61 -KA | 114/84 -KA | — | — |
| BP Method | — | — | Automatic -KA | — | — |
| MAP (mmHg) | 94 mmHg -KA | 75 mmHg -KA | 94 mmHg -KA | — | — |
| Temp | — | — | 35.8 °C (96.4 °F) - KA | — | — |
| Temp src | — | — | Temporal -KA | — | — |
| Pulse | **103 !** -KA | **109 !** -KA | **106 !** -KA | — | — |
| Resp | 16 -KA | 21 -KA | 15 -KA | — | — |
| SpO2 | 100 % -KA | 100 % -KA | 100 % -KA | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | Initial / Admit -KA | — | — |
| Patient Currently in Pain | — | — | Yes -KA | — | — |
| Pain Assessment | — | — | Numeric (patient | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1865

Printed by 71334 at 8/21/24 10:12 AM

MC_000997

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Tool Used | | | able to self-report) - KA | | |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | 5/10 -KA | — | — |
| Pain Location 1 | — | — | KNEE -KA | — | — |
| Pain Orientation 1 | — | — | Left -KA | — | — |
| Pain Duration 1 | — | — | Continuous -KA | — | — |
| Pain Onset 1 | — | — | Acute Pain -KA | — | — |
| Pain Quality 1 | — | — | Sharp;Burning;Stabbing -KA | — | — |
| Pain Intervention(s) 1 | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | — | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KA | — | — |

**POSS Sedation Scale**

| | | | | | |
|---|---|---|---|---|---|
| POSS Sedation Scale | — | — | Frequently drowsy, arousable, drifts off to sleep during conversation -KA | — | — |

**lactated ringers (LR) bolus solution    Start: 06/26/23 1357**

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | — | — | 0 mL/hr <br>Anesthesia infusion automatically stopped. - LO | — |

| Row Name | 06/26/23 1357 | 06/26/23 1304 | 06/26/23 1150 | 06/23/23 0933 | |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | **128/92** ! -MC | — | |
| BP Method | — | — | Automatic -MC | — | |
| MAP (mmHg) | — | — | 104 mmHg -MC | — | |
| Temp | — | — | 36.2 °C (97.1 °F) - MC | — | |
| Temp src | — | — | Temporal -MC | — | |
| Pulse | — | — | 90 -MC | — | |
| Resp | — | — | 20 -MC | — | |
| SpO2 | — | — | 97 % -MC | — | |
| **Orthostatic BP** | | | | | |
| BP Site | — | — | Left upper arm -MC | — | |
| **Vitals** | | | | | |
| Weight | — | — | 108.4 kg (239 lb) - MC | 114.8 kg (253 lb) - MB | |
| Weight Method | — | — | Scale -MC | Stated -MB | |
| **Pain Assessment** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1866

Printed by 71334 at 8/21/24 10:12 AM

MC_000998

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | |
|---|---|---|---|
| Pain Assessment | — | Initial / Admit -cs | — | Assessment -MB |
| Patient Currently in Pain | — | Yes -cs | — | Yes -MB |
| Patient's Realistic Pain Goal | — | — | — | 5 -MB |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) -MB |

**Pain 1**

| | | | |
|---|---|---|---|
| Numeric Pain Scale 1 | — | 3/10 -cs | — | 2/10 -MB |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with even passive activities -cs | — | Doesn't interfere with activities -MB |
| Pain Location 1 | — | KNEE -cs | — | KNEE -MB |
| Pain Orientation 1 | — | Left -cs | — | Left -MB |
| Pain Duration 1 | — | Continuous -cs | — | Continuous -MB |
| Pain Onset 1 | — | Acute Pain -cs | — | Chronic/ Persistent Pain (including Neuropathic pain);Acute Pain -MB |
| Pain Quality 1 | — | Aching;Dull;Burning; Radiating "radiates down to shin" -cs | — | Aching;Burning;Sharp;Shooting -MB |
| Pain Intervention(s) 1 | — | — | — | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white noise);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -MB |

**Need More Pain Locations?**

| | | | |
|---|---|---|---|
| More Pain Locations Needed? | — | Pain Group 2 -cs | — | — |

**Pain 2**

| | | | |
|---|---|---|---|
| Numeric Pain Scale 2 | — | 2/10 -cs | — | — |
| Functional Pain Scale 2 (Self-Report) | — | Interferes with some activities -cs | — | — |
| Pain Location 2 | — | BACK LOWER -cs | — | — |
| Pain Duration 2 | — | Continuous -cs | — | — |
| Pain Onset 2 | — | Chronic/ Persistent Pain (including Neuropathic pain) -cs | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1867

Printed by 71334 at 8/21/24 10:12 AM

MC_000999

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Pain Quality 2    —                Pain -CS                 —                —

### MHS Medication Bedside Delivery Nav

| Row Name | 06/27/23 1247 | 06/27/23 1222 | | | |
|---|---|---|---|---|---|
| Discharge Medication Bedside Delivery | | | | | |
| Is the patient interested in more information on Medication Bedside delivery of discharge medications? | Yes, Confirmed by Pharmacy -CJ | Yes, Interested -NB | | | |

### MHS PREDICTIVE ANALYTICS REPORTING TEMPLATE

| Row Name | 06/27/23 1531 | 06/27/23 1516 | 06/27/23 1515 | 06/27/23 1501 | 06/27/23 1500 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | 5.96 -SB | — | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | 17.02 -SB | — | 17.02 -SB | — | 17.02 -SB |

| Row Name | 06/27/23 1447 | 06/27/23 1445 | 06/27/23 1431 | 06/27/23 1416 | 06/27/23 1415 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 17.02 -SB | 17.02 -SB | — | 17.02 -SB |

| Row Name | 06/27/23 1401 | 06/27/23 1400 | 06/27/23 1347 | 06/27/23 1345 | 06/27/23 1331 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | — | 17.02 -SB | — | 17.02 -SB | 17.02 -SB |

| Row Name | 06/27/23 1316 | 06/27/23 1315 | 06/27/23 1301 | 06/27/23 1247 | 06/27/23 1245 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 17.02 -SB | 17.02 -SB | — | 17.02 -SB |

| Row Name | 06/27/23 1231 | 06/27/23 1216 | 06/27/23 1215 | 06/27/23 1201 | 06/27/23 1200 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | 5.96 -SB | — | 5.96 -SB | — |
| Deterioration Index Predictive | 17.02 -SB | — | 26.86 -SB | — | 26.86 -SB |

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 6/26/2023, D/C: 6/27/2023

Page 1868                                    Printed by 71334 at 8/21/24 10:12 AM

MC_001000

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Risk of Unplanned Readmission Score | — | — | — | 4.9 -SB | — |

| Row Name | 06/27/23 1147 | 06/27/23 1145 | 06/27/23 1131 | 06/27/23 1116 | 06/27/23 1115 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 26.86 -SB | 26.86 -SB | — | 26.86 -SB |

| Row Name | 06/27/23 1101 | 06/27/23 1100 | 06/27/23 1047 | 06/27/23 1045 | 06/27/23 1031 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | — | 26.86 -SB | — | 26.86 -SB | 26.86 -SB |

| Row Name | 06/27/23 1016 | 06/27/23 1015 | 06/27/23 1001 | 06/27/23 1000 | 06/27/23 0946 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | — | 26.86 -SB | — | 26.86 -SB | — |

| Row Name | 06/27/23 0945 | 06/27/23 0931 | 06/27/23 0916 | 06/27/23 0915 | 06/27/23 0901 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | 26.86 -SB | 26.86 -SB | — | 26.86 -SB | — |

| Row Name | 06/27/23 0900 | 06/27/23 0847 | 06/27/23 0845 | 06/27/23 0831 | 06/27/23 0816 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | — | 5.96 -SB | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | 26.86 -SB | — | 26.86 -SB | 26.86 -SB | — |

| Row Name | 06/27/23 0815 | 06/27/23 0801 | 06/27/23 0747 | 06/27/23 0745 | 06/27/23 0731 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | 26.86 -SB | 26.86 -SB | — | 26.86 -SB | — |
| Risk of Unplanned Readmission | — | 5 -SB | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1869

Printed by 71334 at 8/21/24 10:12 AM

MC_001001

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 2) (continued)**

Score

| Row Name | 06/27/23 0730 | 06/27/23 0716 | 06/27/23 0715 | 06/27/23 0701 | 06/27/23 0647 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | — | 5.96 -SB | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | 26.86 -SB | — | 26.86 -SB | 26.86 -SB | — |

| Row Name | 06/27/23 0645 | 06/27/23 0631 | 06/27/23 0630 | 06/27/23 0616 | 06/27/23 0615 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | — | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | 26.86 -SB | — | 26.86 -SB | — | 26.86 -SB |

| Row Name | 06/27/23 0606 | 06/27/23 0600 | 06/27/23 0547 | 06/27/23 0545 | 06/27/23 0531 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | — | 26.86 -SB | — | 26.86 -SB | — |

| Row Name | 06/27/23 0530 | 06/27/23 0516 | 06/27/23 0515 | 06/27/23 0502 | 06/27/23 0501 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | — | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | 26.86 -SB | — | 26.86 -SB | — | 26.86 -SB |

| Row Name | 06/27/23 0446 | 06/27/23 0445 | 06/27/23 0431 | 06/27/23 0416 | 06/27/23 0415 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 26.86 -SB | 26.86 -SB | — | 26.86 -SB |

| Row Name | 06/27/23 0402 | 06/27/23 0401 | 06/27/23 0347 | 06/27/23 0345 | 06/27/23 0331 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | — | 26.86 -SB | — | 26.86 -SB | — |
| Risk of Unplanned Readmission Score | — | 5 -SB | — | — | — |

| Row Name | 06/27/23 0330 | 06/27/23 0316 | 06/27/23 0315 | 06/27/23 0301 | 06/27/23 0300 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive | — | 5.96 -SB | — | 5.96 -SB | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1870

Printed by 71334 at 8/21/24 10:12 AM

MC_001002

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Analytics Score
Adult

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | 20.01 -SB | — | 20.01 -SB | — | 20.01 -SB |

| Row Name | 06/27/23 0246 | 06/27/23 0245 | 06/27/23 0231 | 06/27/23 0230 | 06/27/23 0216 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.01 -SB | — | 20.01 -SB | — |

| Row Name | 06/27/23 0215 | 06/27/23 0206 | 06/27/23 0200 | 06/27/23 0149 | 06/27/23 0145 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | — | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.01 -SB | — | 26.77 -SB | — | 26.77 -SB |

| Row Name | 06/27/23 0140 | 06/27/23 0137 | 06/27/23 0110 | 06/27/23 0101 | 06/27/23 0046 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | — | 5.96 -SB |
| Deterioration Index Predictive Analytics Score | — | 26.77 -SB | — | 26.77 -SB | — |

| Row Name | 06/27/23 0045 | 06/27/23 0031 | 06/27/23 0030 | 06/27/23 0016 | 06/27/23 0015 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 5.96 -SB | — | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | 26.77 -SB | — | 26.77 -SB | — | 26.77 -SB |

| Row Name | 06/27/23 0003 | 06/27/23 0002 | 06/27/23 0001 | 06/26/23 2347 | 06/26/23 2345 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | — | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | — | 26.77 -SB | — | 26.77 -SB |
| Risk of Unplanned Readmission Score | — | 5 -SB | — | — | — |

| Row Name | 06/26/23 2331 | 06/26/23 2316 | 06/26/23 2315 | 06/26/23 2301 | 06/26/23 2300 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | 5.96 -SB | — | 5.96 -SB | — |
| Deterioration Index Predictive | 26.77 -SB | — | 28.45 -SB | — | 28.45 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1871

Printed by 71334 at 8/21/24 10:12 AM

MC_001003

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Analytics Score

| Row Name | 06/26/23 2246 | 06/26/23 2245 | 06/26/23 2231 | 06/26/23 2217 | 06/26/23 2215 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 28.45 -SB | 28.45 -SB | — | 28.45 -SB |

| Row Name | 06/26/23 2201 | 06/26/23 2200 | 06/26/23 2146 | 06/26/23 2131 | 06/26/23 2130 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 28.45 -SB | 28.45 -SB | — | 28.45 -SB |

| Row Name | 06/26/23 2116 | 06/26/23 2115 | 06/26/23 2101 | 06/26/23 2047 | 06/26/23 2045 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | — | 5.96 -SB | 5.96 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 28.45 -SB | 29.03 -SB | — | 29.03 -SB |

| Row Name | 06/26/23 2031 | 06/26/23 2017 | 06/26/23 2015 | 06/26/23 2001 | 06/26/23 2000 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 5.96 -SB | 5.96 -SB | — | 12.53 -SB | — |
| Deterioration Index Predictive Analytics Score | 29.03 -SB | — | 29.03 -SB | — | 29.03 -SB |
| Risk of Unplanned Readmission Score | — | — | — | 4.8 -SB | — |

| Row Name | 06/26/23 1947 | 06/26/23 1945 | 06/26/23 1931 | 06/26/23 1916 | 06/26/23 1915 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 12.53 -SB | — | 12.53 -SB | 17.68 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 28.66 -SB | 28.66 -SB | — | 28.66 -SB |

| Row Name | 06/26/23 1901 | 06/26/23 1847 | 06/26/23 1845 | 06/26/23 1831 | 06/26/23 1816 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 17.68 -SB | 17.68 -SB | — | 17.68 -SB | 13.63 -SB |
| Deterioration Index Predictive Analytics Score | 28.66 -SB | — | 38.52 -SB | 38.52 -SB | — |

| Row Name | 06/26/23 1815 | 06/26/23 1801 | 06/26/23 1747 | 06/26/23 1745 | 06/26/23 1731 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive | — | 12.97 -SB | 12.97 -SB | — | 12.97 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1872

Printed by 71334 at 8/21/24 10:12 AM

MC_001004

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Analytics Score Adult | | | | | |
| Deterioration Index Predictive Analytics Score | 35.19 -SB | 33.61 -SB | — | 33.61 -SB | 36.58 -SB |

| Row Name | 06/26/23 1716 | 06/26/23 1715 | 06/26/23 1701 | 06/26/23 1646 | 06/26/23 1645 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 12.97 -SB | — | 12.97 -SB | 3.72 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 35.03 -SB | 35.03 -SB | — | 30.16 -SB |

| Row Name | 06/26/23 1631 | 06/26/23 1616 | 06/26/23 1615 | 06/26/23 1601 | 06/26/23 1600 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.68 -SB | 1.64 -SB | — | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | 27.5 -SB | — | 27.5 -SB | — | 27.5 -SB |
| Risk of Unplanned Readmission Score | — | — | — | 4.7 -SB | — |

| Row Name | 06/26/23 1547 | 06/26/23 1545 | 06/26/23 1531 | 06/26/23 1516 | 06/26/23 1515 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 27.5 -SB | 27.5 -SB | — | 27.5 -SB |

| Row Name | 06/26/23 1501 | 06/26/23 1500 | 06/26/23 1447 | 06/26/23 1445 | 06/26/23 1431 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | — | 27.5 -SB | — | 27.5 -SB | — |

| Row Name | 06/26/23 1430 | 06/26/23 1416 | 06/26/23 1415 | 06/26/23 1401 | 06/26/23 1400 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2.07 -SB | — |
| Deterioration Index Predictive Analytics Score | 27.5 -SB | — | 27.5 -SB | — | 27.5 -SB |

| Row Name | 06/26/23 1347 | 06/26/23 1345 | 06/26/23 1331 | 06/26/23 1317 | 06/26/23 1315 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2.07 -SB | — | 2.07 -SB | 2.09 -SB | — |
| Deterioration Index Predictive | — | 27.5 -SB | 27.5 -SB | — | 20.6 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1873

Printed by 71334 at 8/21/24 10:12 AM

MC_001005

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Analytics Score

| Row Name | 06/26/23 1301 | 06/26/23 1247 | 06/26/23 1245 | 06/26/23 1231 | 06/26/23 1216 |
|---|---|---|---|---|---|
| **Predictive Analytics Score** | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.51 -SB | 1.59 -SB | — | 1.59 -SB | 1.59 -SB |
| Deterioration Index Predictive Analytics Score | 22.3 -SB | — | 22.3 -SB | 22.3 -SB | — |

| Row Name | 06/26/23 1215 | 06/26/23 1201 | 06/26/23 1200 | | |
|---|---|---|---|---|---|
| **Predictive Analytics Score** | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 1.59 -SB | — | | |
| Deterioration Index Predictive Analytics Score | 22.3 -SB | — | 22.3 -SB | | |
| Risk of Unplanned Readmission Score | — | — | 5.4 -SB | | |

**Normothermia Protocol**

| Row Name | 06/26/23 1434 | | | | |
|---|---|---|---|---|---|
| **Intraprocedure Normothermia Interventions** | | | | | |
| OR: Pre-warm | No -EH | | | | |
| OR Table: Pre-warm | No -EH | | | | |
| Minimize Patient Exposure | Yes -EH | | | | |
| Blanket Applied | Yes -EH | | | | |
| Irrigation Fluids Warmed | Yes -EH | | | | |

**PACU Comprehensive**

| Row Name | 06/27/23 1225 | 06/27/23 1223 | 06/27/23 1100 | 06/27/23 0811 | 06/27/23 0700 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 125/68 -YL | — | — | — |
| BP Method | — | Automatic -YL | — | — | — |
| Pulse | — | 64 -YL | — | — | — |
| Resp | — | 16 -YL | — | — | — |
| SpO2 | — | 97 % -YL | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -YL | — | — | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | — | — | 3 -LR | 3 -KM |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Assessment -LR | Assessment -LR | Assessment -KM |
| Patient Currently in Pain | — | — | Sleeping/respirations WNL -LR | Yes -LR | Yes -KM |
| Pain Relieving Factors | — | — | — | Medication -KM | Ice / Cold Therapy;Medication |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1874      Printed by 71334 at 8/21/24 10:12 AM

MC_001006

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | -KM |
|---|---|---|---|---|---|
| Pain Aggravating Factors | — | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - KM | Numeric (patient able to self-report) - KM |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | 6/10 -LR | 6/10 -KM |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with even passive activities -LR | Interferes with activities, but not passive activities -KM |
| Pain Location 1 | — | — | — | KNEE -LR | KNEE -KM |
| Pain Orientation 1 | — | — | — | Left -KM | Left -KM |
| Pain Duration 1 | — | — | — | Continuous -KM | Continuous -KM |
| Pain Onset 1 | — | — | — | Acute Pain -KM | Acute Pain -KM |
| Pain Quality 1 | — | — | — | Burning;Tearing -KM | Burning;Tearing -KM |
| Pain Intervention(s) 1 | — | — | — | Medication -LR | Medication -KM |
| Pain Intervention Education Provided 1 | — | — | — | Yes -KM | Yes -KM |
| Side Effect of Intervention 1 | — | — | — | None -KM | None -KM |
| **Genitourinary** | | | | | |
| Urine Void (mL) | 700 mL -YL | — | — | — | — |

| Row Name | 06/27/23 0657 | 06/27/23 0347 | 06/27/23 0341 | 06/27/23 0333 | 06/27/23 0204 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 105/65 -AG | — |
| BP Method | — | — | — | Automatic -AG | — |
| Pulse | — | — | — | 56 -AG | — |
| Resp | — | — | — | 18 -AG | — |
| SpO2 | — | — | — | 96 % -AG | — |
| Temp | — | — | — | 36 °C (96.8 °F) -AG | — |
| Temp src | — | — | — | Temporal -AG | — |
| Pacemaker/AICD | — | No -KM | — | — | — |
| **Oxygen Therapy** | | | | | |
| Oxygen Device/Source | — | — | — | CPAP -AG | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | — | 3 -KM | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Assessment -KM | — | Assessment -KM |
| Patient Currently in Pain | — | — | Yes -KM | — | Sleeping/respirations WNL -KM |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -KM | — | — |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | — | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - KM | — | — |
| **Pain 1** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1875

Printed by 71334 at 8/21/24 10:12 AM

MC_001007

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | 4/10 -KM | — | — |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -KM | — | — |
| Pain Location 1 | — | — | KNEE -KM | — | — |
| Pain Orientation 1 | — | — | Left -KM | — | — |
| Pain Duration 1 | — | — | Continuous -KM | — | — |
| Pain Onset 1 | — | — | Acute Pain -KM | — | — |
| Pain Quality 1 | — | — | Pain -KM | — | — |
| Pain Intervention(s) 1 | — | — | Medication -KM | — | |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | — | — |
| Side Effect of Intervention 1 | — | — | None -KM | — | — |

**Position/ Safety**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | — | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | Within Defined Limits -KM | — | — | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KM | — | — | — |
| Anti-Embolism Device Intervention | — | On -KM | — | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | Within Defined Limits -KM | — | — | — |
| Level of Consciousness | — | Awake;Alert -KM | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1876

Printed by 71334 at 8/21/24 10:12 AM

MC_001008

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Orientation Level | — | Appropriate for developmental age -KM | — | — | — |
|---|---|---|---|---|---|

**Genitourinary**

| Urine Void (mL) | 700 mL -KM | — | — | — | — |
|---|---|---|---|---|---|

**Patient Belongings**

| Hearing Aid | — | None -KM | — | — | — |
|---|---|---|---|---|---|

| Row Name | 06/27/23 0130 | 06/26/23 2300 | 06/26/23 2237 | 06/26/23 2140 | 06/26/23 2100 |
|---|---|---|---|---|---|

**Vitals**

| BP | — | 115/70 -AG | — | — | 115/67 -AG |
|---|---|---|---|---|---|
| BP Method | — | Automatic -AG | — | — | Automatic -AG |
| Pulse | — | 82 -AG | — | — | 80 -AG |
| Resp | — | 20 -AG | — | — | 20 -AG |
| SpO2 | — | 94 % -AG | — | — | 91 % -AG |
| Temp | — | 36.1 °C (96.9 °F) -AG | — | — | 36.4 °C (97.5 °F) -AG |
| Temp src | — | Temporal -AG | — | — | Temporal -AG |

**Oxygen Therapy**

| O2 Delivery | — | Room air -AG | — | — | Room air -AG |
|---|---|---|---|---|---|

**Pain Education**

| Patient's Realistic Pain Goal | — | 3 -KM | — | 3 -KM | — |
|---|---|---|---|---|---|

**Pain Assessment**

| Pain Assessment | — | Assessment -KM | — | Re-Assessment -KM | — |
|---|---|---|---|---|---|
| Patient Currently in Pain | — | Yes -KM | — | Yes -KM | — |
| Pain Relieving Factors | — | Ice / Cold Therapy;Medication -KM | — | Ice / Cold Therapy;Medication -KM | — |
| Pain Aggravating Factors | — | Ambulating / Activity -KM | — | Ambulating / Activity -KM | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -KM | — | Numeric (patient able to self-report) -KM | — |

**Pain 1**

| Numeric Pain Scale 1 | — | 5/10 -KM | — | 6/10 -KM | — |
|---|---|---|---|---|---|
| Functional Pain Scale (Self-Report) 1 | — | Interferes with some activities -KM | — | Interferes with activities, but not passive activities -KM | — |
| Pain Location 1 | — | KNEE -KM | — | KNEE -KM | — |
| Pain Orientation 1 | — | Left -KM | — | Left -KM | — |
| Pain Duration 1 | — | Continuous -KM | — | Continuous -KM | — |
| Pain Onset 1 | — | Acute Pain -KM | — | Acute Pain -KM | — |
| Pain Quality 1 | — | Stabbing;Tearing -KM | — | Stabbing;Pain -KM | — |
| Pain Intervention(s) 1 | — | Medication -KM | — | Ice (T/pump, cold compress);Medication -KM | — |
| Pain Intervention Education Provided 1 | — | Yes -KM | — | Yes -KM | — |
| Side Effect of Intervention 1 | — | None -KM | — | None -KM | — |

**Position/ Safety**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1877
Printed by 71334 at 8/21/24 10:12 AM

MC_001009

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | — | — |

**Genitourinary**

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | — | — | 550 mL -KM | — | — |

| Row Name | 06/26/23 2051 | 06/26/23 2000 | 06/26/23 1957 | 06/26/23 1927 | 06/26/23 1854 |
|---|---|---|---|---|---|

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| BP | — | 122/66 -AG | — | 121/61 -AG | — |
| BP Method | — | Automatic -AG | — | Automatic -AG | — |
| Pulse | — | — | — | 81 -AG | — |
| Resp | — | — | — | 20 -AG | — |
| SpO2 | — | — | — | 91 % -AG | — |
| Temp | — | — | — | 35.6 °C (96.1 °F) - AG | — |
| Temp src | — | — | — | Temporal -AG | |
| Pacemaker/AICD | No -KM | — | — | — | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | — | Room air -AG | — |

**Pain Education**

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | 3 -KM | — | — | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -KM | — | — | — | — |
| Patient Currently in Pain | Yes -KM | — | — | — | — |
| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | — | — | — |
| Pain Aggravating Factors | Ambulating / Activity -KM | — | — | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KM | — | — | — | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 6/10 -KM | — | — | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KM | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1878

Printed by 71334 at 8/21/24 10:12 AM

MC_001010

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Pain Location 1 | KNEE -KM | — | — | — | — |
| Pain Orientation 1 | Left -KM | — | — | — | — |
| Pain Duration 1 | Continuous -KM | — | — | — | — |
| Pain Onset 1 | Acute Pain -KM | — | — | — | — |
| Pain Quality 1 | Stabbing;Pain -KM | — | — | — | — |

**Position/ Safety**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -KM | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | No -KM | — | — | — | — |
| Secondary Diagnosis | No -KM | — | — | — | — |
| Ambulatory Aid | None, bed rest, wheelchair or nurse assist -KM | — | — | — | — |
| IV or Heparin Lock | Yes -KM | — | — | — | — |
| Gait and Transferring | Normal, bed rest or immobile -KM | — | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -KM | — | — | — | — |
| Morse Fall Risk Total | 20 -KM | — | — | — | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | Recent surgery -KM | — | — | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | Within Defined Limits -KM | — | — | — | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Bilateral -KM | — | — | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | Within Defined Limits -KM | — | — | — | — |
| Eyes Open | Spontaneous -KM | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1879

Printed by 71334 at 8/21/24 10:12 AM

MC_001011

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| Best Verbal Response | Oriented -KM | — | — | — | — |
|---|---|---|---|---|---|
| Best Motor Response | Obeys commands - KM | — | — | — | — |
| GCS Total | 15 -KM | — | — | — | — |
| Level of Consciousness | Awake;Alert -KM | — | — | — | — |
| Orientation Level | Appropriate for developmental age -KM | — | — | — | — |

**Musculoskeletal**

| Musculoskeletal (WDL) | Exceptions to Defined Limits -KM | — | — | — | — |
|---|---|---|---|---|---|

**LLE**

| L Knee | Limited movement - KM | — | — | — | — |
|---|---|---|---|---|---|

**Skin**

| Skin Color (generalized) | Appropriate, even tone -KM | — | — | — | — |
|---|---|---|---|---|---|
| Skin Temp/Cond (generalized) | Dry;Warm -KM | — | — | — | — |
| Skin Integrity 1 | Incision -KM | — | — | — | — |
| Skin Location 1 | L knee -KM | — | — | — | — |
| Need more skin rows? | Yes -KM | — | — | — | — |
| Pressure Injury Prevention | Moisture wicking pads -KM | — | — | — | — |

**Genitourinary**

| Urinary Status | Has not voided -KM | — | — | — | — |
|---|---|---|---|---|---|
| Pre-Void Bladder Scan | — | — | — | — | 194 -LS |

**Patient Belongings**

| Hearing Aid | None -KM | — | — | — | — |
|---|---|---|---|---|---|

| Row Name | 06/26/23 1850 | 06/26/23 1846 | 06/26/23 1823 | 06/26/23 1815 | 06/26/23 1800 |
|---|---|---|---|---|---|

**Vitals**

| BP | — | 135/61 -LS | — | 104/63 -KA | 114/64 -KA |
|---|---|---|---|---|---|
| BP Method | — | Automatic -LS | — | Automatic -KA | Automatic -KA |
| Pulse | — | 80 -LS | — | 92 -KA | 85 -KA |
| Pulse (Source) | — | — | — | Monitor -KA | Monitor -KA |
| Resp | — | 20 -LS | — | 20 -KA | 14 -KA |
| SpO2 | — | 92 % -LS | — | 94 % -KA | 94 % -KA |
| Cardiac Regularity | — | — | — | Regular -KA | Regular -KA |
| Cardiac Rhythm | — | — | — | Normal Sinus Rhythm;Left Bundle Branch Block -KA | Normal Sinus Rhythm;Left Bundle Branch Block -KA |
| Ectopy | — | — | — | None -KA | None -KA |
| Temp | — | 36.2 °C (97.1 °F) - LS | — | — | — |
| Temp src | — | Temporal -LS | — | — | — |

**Oxygen Therapy**

| O2 Delivery | — | Room air -LS | — | Oxygen -KA | Oxygen -KA |
|---|---|---|---|---|---|
| Oxygen Device/Source | — | None (Room Air) - LS | — | Nasal Cannula -KA | Nasal Cannula -KA |
| O2 Flow Rate (L/min) | — | — | — | 2 -KA | 2 -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1880

Printed by 71334 at 8/21/24 10:12 AM

MC_001012

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | Assessment -AP | — | Re-Assessment -KA | Re-Assessment -KA |
| Patient Currently in Pain | — | Yes -AP | — | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -AP | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 5/10 -AP | — | 4/10 -KA | 4/10 -KA |
| Pain Location 1 | — | KNEE -AP | — | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | — | Left -AP | — | Left -KA | Left -KA |
| Pain Duration 1 | — | Continuous -AP | — | Continuous -KA | Continuous -KA |
| Pain Onset 1 | — | Acute Pain -AP | — | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | — | Burning -AP | — | Burning -KA | Burning -KA |
| Pain Intervention(s) 1 | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

### Sedation

| | | | | | |
|---|---|---|---|---|---|
| POSS Sedation Scale | — | — | — | Sleep, easy to arouse -KA | Sleep, easy to arouse -KA |

### Arrived From

| | | | | | |
|---|---|---|---|---|---|
| Report given to (SBAR reviewed): | — | — | — | to Amelia, RN -KA | — |

### Position/ Safety

| | | | | | |
|---|---|---|---|---|---|
| Patient Position | — | — | — | Semi-Fowler's -KA | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Bed/Chair/Personal alarm in place;Designated non-skid footwear;Display Falls signage in/outside patient room;Wheels locked -LS | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — |

### Immobilizers & Interventions

| | | | | | |
|---|---|---|---|---|---|
| Immobilizers | — | — | — | Knee immobilizer -KA | — |
| Interventions | — | — | — | Ice pack;Reassurance | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1881

Printed by 71334 at 8/21/24 10:12 AM

MC_001013

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | given -KA |
|---|---|---|---|---|---|
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | Yes ! -AP | — | — | — |
| Secondary Diagnosis | — | Yes -AP | — | — | — |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -AP | — | — | — |
| IV or Heparin Lock | — | Yes -AP | — | — | — |
| Gait and Transferring | — | Weak -AP | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -AP | — | — | — |
| Morse Fall Risk Total | — | 85 -AP | — | — | — |
| **Risk for Injury** | | | | | |
| Date of Last Fall | — | 04/18/23 -AP | — | — | — |
| **Respiratory** | | | | | |
| Resp Pattern / Effort | — | — | Non-labored, even - KA | Non-labored, even - KA | Non-labored, even - KA |
| **Peripheral Vascular** | | | | | |
| LLE Capillary Refill | — | Less than 3 seconds -AP | Less than 3 seconds -KA | — | Less than 3 seconds -KA |
| LLE Temperature/Condition | — | Dry;Warm -AP | Dry;Warm -KA | — | Dry;Warm -KA |
| LLE Pulse Quality | — | Palpable -AP | Palpable -KA | — | Palpable -KA |
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -LS | Antiembolism stockings - knee;Sequential compression devices - knee high -AP | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA |
| Anti-Embolism Device Intervention | On -LS | On -AP | On -KA | — | On -KA |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | — | Asleep -KA |
| Orientation Level | — | — | — | — | Appropriate for developmental age -KA |
| **Neurological** | | | | | |
| Motor Response LLE | — | Spontaneous and purposeful -AP | — | — | Spontaneous and purposeful;ROM diminished;Localizes pain -KA |
| Sensation LLE | — | Pain -AP | — | — | Pain -KA |
| **LLE** | | | | | |
| L Knee | — | — | — | — | Limited movement - KA |
| **Skin** | | | | | |
| Skin Color | — | — | — | — | Appropriate, even |

ALLENMORE HOSPITAL   Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702  Adm: 6/26/2023, D/C: 6/27/2023

Page 1882             Printed by 71334 at 8/21/24 10:12 AM

MC_001014

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| (generalized) | | | | | tone -KA |
| Skin Temp/Cond (generalized) | — | — | — | — | Dry;Warm -KA |
| Skin Integrity 1 | — | — | — | — | Incision -KA |
| Skin Location 1 | — | — | — | — | left knee -KA |
| **Gastrointestinal** | | | | | |
| Nausea? | — | — | — | No -KA | No -KA |
| **Modified Aldrete** | | | | | |
| Activity | — | — | Able to move 4 extremities voluntarily or on command -KA | — | — |
| Respiration | — | — | Able to breathe deeply and cough freely -KA | — | — |
| Circulation | — | — | Blood pressure is plus or minus 20% of pre-anesthetic level -KA | — | — |
| Consciousness | — | — | Fully awake -KA | — | — |
| Oxygen Saturation | — | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -KA | — | — |
| Modified Aldrete Score | — | — | 9 -KA | — | — |
| **Patient Belongings** | | | | | |
| Oral Appliance | None -LS | — | None -KA | — | — |
| Vision | Glasses 📄 reading glasses -LS | — | None -KA | — | — |
| Hearing Aid | None -LS | — | None -KA | — | — |
| Jewelry | None -LS | — | None -KA | — | — |
| Clothing | With Patient -LS | — | — 📄 1 bag white belongings, 1 green personal tote, 1 CPAP machine/bag -KA | — | — |
| Electronic Equipment | Cell Phone;Charger -LS | — | None -KA | — | — |
| Home Medications (includes over the counter medications and supplements) | No -LS | — | No -KA | — | — |
| Other Belongings | CPAP/BiPAP -LS | — | None -KA | — | — |

| Row Name | 06/26/23 1752 | 06/26/23 1748 | 06/26/23 1745 | 06/26/23 1734 | 06/26/23 1730 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 105/60 -CSA | — | 107/71 -CSA |
| BP Method | — | — | Automatic -CSA | — | Automatic -CSA |
| Pulse | — | — | 94 -CSA | — | 91 -CSA |
| Pulse (Source) | — | — | Monitor -CSA | — | Monitor -CSA |
| Resp | — | — | 17 -CSA | — | 22 -CSA |
| SpO2 | — | — | 96 % -CSA | — | 95 % -CSA |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment - CSA | — | Assessment -CSA | Re-Assessment -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1883

Printed by 71334 at 8/21/24 10:12 AM

MC_001015

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Patient Currently in Pain | — | Yes -CSA | — | Yes -CSA | Yes -KA |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - CSA | — | Numeric (patient able to self-report) - CSA | Numeric (patient able to self-report) - KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 4/10 -CSA | — | 5/10 -CSA | 6/10 -KA |
| Pain Location 1 | — | KNEE -CSA | — | KNEE -CSA | KNEE -KA |
| Pain Orientation 1 | — | Left -CSA | — | Left -CSA | Left -KA |
| Pain Duration 1 | — | Continuous -CSA | — | Continuous -CSA | Continuous -KA |
| Pain Onset 1 | — | Acute Pain -CSA | — | Acute Pain -CSA | Acute Pain -KA |
| Pain Quality 1 | — | Burning -CSA | — | Burning -CSA | Burning -KA |
| Pain Intervention(s) 1 | — | Medication -CSA | — | Medication -CSA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |
| **Sedation** | | | | | |
| POSS Sedation Scale | Awake and alert -KA | — | — | — | — |
| **Arrived From** | | | | | |
| Report given to (SBAR reviewed): | to Kim, RN -KA | — | — | — | — |
| Patient/Caregiver Update | — | — | — | — | Called;Family;Updated by Charlene, RN -KA |
| **Position/ Safety** | | | | | |
| Patient Position | Semi-Fowler's -KA | — | — | — | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | — | — | — |
| **Immobilizers & Interventions** | | | | | |
| Immobilizers | Knee immobilizer - KA | — | — | — | — |
| Interventions | Reassurance given -KA | — | — | — | — |
| **Respiratory** | | | | | |
| Resp Pattern / Effort | Non-labored, even - KA | — | — | — | — |
| **Peripheral Vascular** | | | | | |
| LLE Capillary Refill | — | — | — | — | Less than 3 seconds -KA |
| LLE Temperature/Condition | — | — | — | — | Dry;Warm -KA |
| LLE Pulse | — | — | — | — | Palpable -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1884

Printed by 71334 at 8/21/24 10:12 AM

MC_001016

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Quality

| Anti-Embolism Devices | — | — | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | — | — | — | — | On -KA |

Neurological

| Level of Consciousness | — | — | — | — | Arousable;Drowsy -KA |
|---|---|---|---|---|---|
| Orientation Level | — | — | — | — | Appropriate for developmental age -KA |

Neurological

| Motor Response LLE | — | — | — | — | Spontaneous and purposeful;Pharmacologically impaired;Localizes pain -KA |
|---|---|---|---|---|---|
| Sensation LLE | — | — | — | — | Pain -KA |

LLE

| L Knee | — | — | — | — | Limited movement -KA |
|---|---|---|---|---|---|

Gastrointestinal

| Nausea? | No -KA | — | — | — | No -KA |
|---|---|---|---|---|---|

Modified Aldrete

| Activity | Able to move 4 extremities voluntarily or on command -KA | — | — | — | — |
|---|---|---|---|---|---|
| Respiration | Able to breathe deeply and cough freely -KA | — | — | — | — |
| Circulation | Blood pressure is plus or minus 20% of pre-anesthetic level -KA | — | — | — | — |
| Consciousness | Fully awake -KA | — | — | — | — |
| Oxygen Saturation | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -KA | — | — | — | — |
| Modified Aldrete Score | 9 -KA | — | — | — | — |

PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance

| Ineffective Airway Maintenance Care Plan Goal | Normal rate and depth of respirations -KA | — | — | — | — |
|---|---|---|---|---|---|
| Evaluation of Goals Met | Goal met -KA | — | — | — | — |

PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain

| Potential for Alteration in Comfort: Pain - | Assess level of comfort/pain -KA | — | — | — | — |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1885
Printed by 71334 at 8/21/24 10:12 AM

MC_001017

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

### Interventions

| | | | | | |
|---|---|---|---|---|---|
| Comfort/Pain Goal | Patient demonstrates or reports decreased pain level;Patient tolerates pain level -KA | — | — | — | — |
| Evaluation of Goals Met | Goal met -KA | — | — | — | — |

**PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting**

| | | | | | |
|---|---|---|---|---|---|
| Potential for Nausea and Vomiting - Interventions | Assess patient for complaints of nausea -KA | — | — | — | — |
| Evaluation of Goals Met | Goal met -KA | — | — | — | — |

| Row Name | 06/26/23 1729 | 06/26/23 1715 | 06/26/23 1703 | 06/26/23 1700 | 06/26/23 1652 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 115/72 -KA | — | 108/55 -KA | — |
| BP Method | — | Automatic -KA | — | Automatic -KA | — |
| Pulse | — | 91 -KA | — | 91 -KA | — |
| Pulse (Source) | — | Monitor -KA | — | Monitor -KA | — |
| Resp | — | 14 -KA | — | 23 -KA | — |
| SpO2 | — | 100 % -KA | — | 100 % -KA | — |
| Cardiac Regularity | — | Regular -KA | — | Regular -KA | — |
| Cardiac Rhythm | — | Left Bundle Branch Block;Normal Sinus Rhythm -KA | — | Left Bundle Branch Block;Normal Sinus Rhythm -KA | — |
| Ectopy | — | None -KA | — | None -KA | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Oxygen -KA | — | Oxygen -KA | — |
| Oxygen Device/Source | — | Nasal Cannula -KA | — | Nasal Cannula -KA | — |
| O2 Flow Rate (L/min) | — | 2 -KA | — | 2 -KA | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KA | Re-Assessment -KA | — | Re-Assessment -KA |
| Patient Currently in Pain | — | Yes -KA | Yes -KA | — | Yes -KA |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 6/10 -KA | 8/10 -KA | — | 10/10 Worst pain -KA |
| Pain Location 1 | — | KNEE -KA | KNEE -KA | — | KNEE -KA |
| Pain Orientation 1 | — | Left -KA | Left -KA | — | Left -KA |
| Pain Duration 1 | — | Continuous -KA | Continuous -KA | — | Continuous -KA |
| Pain Onset 1 | — | Acute Pain -KA | Acute Pain -KA | — | Acute Pain -KA |
| Pain Quality 1 | — | Burning -KA | Burning -KA | — | Burning;Sharp -KA |
| Pain Intervention(s) 1 | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1886

Printed by 71334 at 8/21/24 10:12 AM

MC_001018

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | | compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | |
|---|---|---|---|---|---|---|
| **Sedation** | | | | | | |
| POSS Sedation Scale | — | Awake and alert -KA | — | | Slightly drowsy, easily aroused -KA | — |
| **Arrived From** | | | | | | |
| Patient/Caregiver Update | Family;Updated -CSA | — | — | | — | — |
| **Position/ Safety** | | | | | | |
| Patient Position | — | Semi-Fowler's -KA | — | | — | — |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | | — | — |
| **Immobilizers & Interventions** | | | | | | |
| Immobilizers | — | Knee immobilizer;Ace wrap -KA | — | | — | — |
| Interventions | — | Reassurance given -KA | — | | Reassurance given -KA | — |
| **Respiratory** | | | | | | |
| Resp Pattern / Effort | — | Non-labored, even -KA | — | | Non-labored, even -KA | — |
| **Peripheral Vascular** | | | | | | |
| LLE Capillary Refill | — | — | — | | Less than 3 seconds -KA | — |
| LLE Temperature/Condition | — | — | — | | Dry;Warm -KA | — |
| LLE Pulse Quality | — | — | — | | Palpable -KA | — |
| Anti-Embolism Devices | — | — | — | | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — |
| Anti-Embolism Device Intervention | — | — | — | | On -KA | — |
| **Neurological** | | | | | | |
| Level of Consciousness | — | — | — | | Arousable;Drowsy -KA | — |
| Orientation Level | — | — | — | | Appropriate for developmental age -KA | — |
| **Neurological** | | | | | | |
| Motor Response LLE | — | — | — | | Spontaneous and purposeful;ROM diminished;Pharmacologically | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1887

Printed by 71334 at 8/21/24 10:12 AM

MC_001019

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| | | | | impaired;Localizes pain -KA | |
| Sensation LLE | — | — | — | Pain -KA | — |
| Gastrointestinal | | | | | |
| Nausea? | — | — | — | No -KA | — |

| Row Name | 06/26/23 1648 | 06/26/23 1645 | 06/26/23 1643 | 06/26/23 1638 | 06/26/23 1633 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 118/75 -KA | — | — | — |
| BP Method | — | Automatic -KA | — | — | — |
| Pulse | — | 96 -KA | — | — | — |
| Pulse (Source) | — | Monitor -KA | — | — | — |
| Resp | — | 11 -KA | — | — | — |
| SpO2 | — | 100 % -KA | — | — | — |
| Cardiac Regularity | — | Regular -KA | — | — | — |
| Cardiac Rhythm | — | Left Bundle Branch Block;Normal Sinus Rhythm -KA | — | — | — |
| Ectopy | — | None -KA | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA | Assessment -KA |
| Patient Currently in Pain | Yes -KA | — | Yes -KA | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 10/10 Worst pain -KA | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA | 10/10 Worst pain -KA |
| Pain Location 1 | KNEE -KA | — | KNEE -KA | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | Left -KA | — | Left -KA | Left -KA | Left -KA |
| Pain Duration 1 | Continuous -KA | — | Continuous -KA | Continuous -KA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | Burning;Sharp -KA | — | Sharp;Burning -KA | Sharp;Burning -KA | Sharp;Burning -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/elevation -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

| Row Name | 06/26/23 1630 | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 | 06/26/23 1556 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 129/88 -KA | 128/77 -KA | 102/61 -KA | 114/84 -KA | — |
| BP Method | Automatic -KA | — | — | Automatic -KA | — |
| Pulse | 113 ! -KA | 103 ! -KA | 109 ! -KA | 106 ! -KA | — |
| Pulse (Source) | Monitor -KA | — | — | Monitor -KA | — |
| Resp | 23 -KA | 16 -KA | 21 -KA | 15 -KA | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1888

Printed by 71334 at 8/21/24 10:12 AM

MC_001020

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| SpO2 | 100 % -KA | 100 % -KA | 100 % -KA | 100 % -KA | — |
| Cardiac Regularity | Regular -KA | Regular -KA | Regular -KA | Regular -KA | — |
| Cardiac Rhythm | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | — |
| Ectopy | None -KA | None -KA | None -KA | None -KA | — |
| Temp | — | — | — | 35.8 °C (96.4 °F) - KA | — |
| Temp src | — | — | — | Temporal -KA | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | Oxygen -KA | — | — | Oxygen -KA | — |
| Oxygen Device/Source | Non-Rebreather Mask -KA | — | — | Non-Rebreather Mask -KA | — |
| O2 Flow Rate (L/min) | 10 -KA | — | — | 10 -KA | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | Initial / Admit -KA | — |
| Patient Currently in Pain | — | — | — | Yes -KA | — |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - KA | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | — | 5/10 -KA | — |
| Pain Location 1 | — | — | — | KNEE -KA | — |
| Pain Orientation 1 | — | — | — | Left -KA | — |
| Pain Duration 1 | — | — | — | Continuous -KA | — |
| Pain Onset 1 | — | — | — | Acute Pain -KA | — |
| Pain Quality 1 | — | — | — | Sharp;Burning;Stabbing -KA | — |
| Pain Intervention(s) 1 | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | — |
| Pain Intervention Education Provided 1 | — | — | — | Yes -KA | — |

**Sedation**

| | | | | | |
|---|---|---|---|---|---|
| POSS Sedation Scale | Slightly drowsy, easily aroused -KA | — | — | Frequently drowsy, arousable, drifts off to sleep during conversation -KA | — |

**Arrived From**

| | | | | | |
|---|---|---|---|---|---|
| Arrived From | — | — | — | OR -KA | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1889

Printed by 71334 at 8/21/24 10:12 AM

MC_001021

Larocque, Linda J
MRN: 172930

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Mode of Transport | — | — | — | Stretcher -KA | — |
| Anesthesiologist Report received from Dr. | — | — | — | Lisa Driscoll, CRNA -KA | — |
| Report given to (SBAR reviewed): | — | — | — | to Kim, RN -KA | — |
| **Position/ Safety** | | | | | |
| Patient Position | — | — | — | Semi-Fowler's -KA | — |
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — |
| **Immobilizers & Interventions** | | | | | |
| Immobilizers | — | — | — | Ace wrap;Knee immobilizer -KA | — |
| Interventions | — | — | — | Reassurance given;Ice pack;Head elevated -KA | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | — | — | Yes ! -KA | — |
| Secondary Diagnosis | — | — | — | Yes -KA | — |
| Ambulatory Aid | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KA | — |
| IV or Heparin Lock | — | — | — | Yes -KA | — |
| Gait and Transferring | — | — | — | Impaired -KA | — |
| Mental Status | — | — | — | Oriented (and realistic) to own ability -KA | — |
| Morse Fall Risk Total | — | — | — | 95 -KA | — |
| **Risk for Injury** | | | | | |
| Risk for injury | — | — | — | Recent surgery;Age -KA | — |
| **Airway Assessment** | | | | | |
| Interop airway? | — | — | — | No -KA | — |
| Airway Intervention Needed? | — | — | — | No -KA | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | — | — | Exceptions to Defined Limits -KA | — |
| Breath Sounds Bilateral | — | — | — | Clear;Equal -KA | — |
| Resp Pattern / Effort | — | — | — | Non-labored, even -KA | — |
| **Cardiac** | | | | | |
| Cardiac (WDL) | — | — | — | Within Defined Limits -KA | — |
| Cardiac Monitor On? | — | — | — | Yes 📄 per protocol -KA | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1890

Printed by 71334 at 8/21/24 10:12 AM

MC_001022

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Peripheral Vascular | | | | | |
|---|---|---|---|---|---|
| PVD (WDL) | — | — | — | Exceptions to Defined Limits -KA | — |
| LLE Capillary Refill | Less than 3 seconds -KA | — | — | Less than 3 seconds -KA | — |
| LLE Temperature/Condition | Dry;Warm -KA | — | — | Dry;Warm -KA | — |
| LLE Pulse Quality | Palpable -KA | — | — | Palpable;Strong -KA | — |
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — |
| Anti-Embolism Device Intervention | On -KA | — | — | On;Skin check -KA | — |
| **Neurological** | | | | | |
| Level of Consciousness | Arousable;Drowsy - KA | — | — | Arousable;Drowsy - KA | — |
| Orientation Level | Appropriate for developmental age -KA | — | — | Appropriate for developmental age -KA | — |
| **Neurological** | | | | | |
| NEURO (WDL) | — | — | — | Exceptions to Defined Limits -KA | — |
| Detailed Neuro Assessment | — | — | — | Indicated -KA | — |
| Motor Response LLE | Spontaneous and purposeful;Pharmacologically impaired;ROM diminished;Localizes pain -KA | — | — | Spontaneous and purposeful;ROM diminished;Pharmacologically impaired;Localizes pain -KA | — |
| Sensation LLE | Pain -KA | — | — | Pain -KA | — |
| **HEENT** | | | | | |
| HEENT (WDL) | — | — | — | Within Defined Limits -KA | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -KA | — |
| **LLE** | | | | | |
| L Knee | — | — | — | Limited movement - KA | — |
| **Skin** | | | | | |
| Skin (WDL) | — | — | — | Exceptions to Defined Limits -KA | — |
| Skin Color (generalized) | — | — | — | Appropriate, even tone -KA | — |
| Skin Temp/Cond (generalized) | — | — | — | Dry;Warm -KA | — |
| Skin Integrity 1 | — | — | — | Incision -KA | — |
| Skin Location 1 | — | — | — | left knee -KA | — |
| **Gastrointestinal** | | | | | |
| Gastrointestinal | — | — | — | Within Defined | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1891

Printed by 71334 at 8/21/24 10:12 AM

MC_001023

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| (WDL) | | | | Limits -KA | |
| Nausea? | — | — | — | No -KA | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | — | — | Exceptions to Defined Limits -KA | — |
| Urinary Status | — | — | — | Has not voided -KA | — |
| **Modified Aldrete** | | | | | |
| Activity | — | — | — | Able to move 4 extremities voluntarily or on command -KA | — |
| Respiration | — | — | — | Able to breathe deeply and cough freely -KA | — |
| Circulation | — | — | — | Blood pressure is plus or minus 20% of pre-anesthetic level -KA | — |
| Consciousness | — | — | — | Arousable on calling -KA | — |
| Oxygen Saturation | — | — | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -KA | — |
| Modified Aldrete Score | — | — | — | 8 -KA | — |
| **Patient Belongings** | | | | | |
| Oral Appliance | — | — | — | None -KA | — |
| Vision | — | — | — | None -KA | — |
| Hearing Aid | — | — | — | None -KA | — |
| Jewelry | — | — | — | None -KA | — |
| Clothing | — | — | — | None -KA | — |
| Electronic Equipment | — | — | — | None -KA | — |
| Home Medications (includes over the counter medications and supplements) | — | — | — | No -KA | — |
| Other Belongings | — | — | — | None -KA | — |
| **Intraprocedure Care Plan: Infection Goal** | | | | | |
| Intraprocedure Care Plan: Infection Interventions | — | — | — | — | Administer prescribed prophalactic antibiotics;Maintain sterile technique;Perform adequate skin prep;Limit unecessary traffic in operative suite -FT |
| Intraprocedure Care Plan: Infection Goal Met | — | — | — | — | Goal met -FT |
| **Intraprocedure Care Plan: Privacy Goal** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1892

Printed by 71334 at 8/21/24 10:12 AM

MC_001024

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Privacy Interventions | — | — | — | — | Limit unnecessary traffic in the operative suite;Maintain patient confidentiality and share patient information only with staff directly involved in care;Provide care respecting worth and dignity regardless of diagnosis, disease process, procedure or projected outcomes;Maintain patient's dignity and privacy -FT |
| Intraprocedure Care Plan: Privacy Goal Met | — | — | — | — | Goal met -FT |

**Intraprocedure Care Plan: Safety Goal**

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Safety Interventions | — | — | — | — | Check equipment for safety;Check OR bed for proper functioning;Identify surgical site and appropriate position;Pad all bony prominences;Maintain proper body alignment;Proper use of safety measures for transport and transfer -FT |
| Intraprocedure Care Plan: Safety Goal Met | — | — | — | — | Goal met -FT |

| Row Name | 06/26/23 1436 | 06/26/23 1400 | 06/26/23 1328 | 06/26/23 1304 | 06/26/23 1150 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | — | 128/92 ! -MC |
| BP Method | — | — | — | — | Automatic -MC |
| Pulse | — | — | — | — | 90 -MC |
| Resp | — | — | — | — | 20 -MC |
| SpO2 | — | — | — | — | 97 % -MC |
| Temp | — | — | — | — | 36.2 °C (97.1 °F) -MC |
| Temp src | — | — | — | — | Temporal -MC |
| **Oxygen Therapy** | | | | | |
| Oxygen Device/Source | — | — | — | — | None (Room Air) -MC |
| **Pain Education** | | | | | |
| Pain Education | — | — | — | Yes -CS | — |
| **Pain Assessment** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1893

Printed by 71334 at 8/21/24 10:12 AM

MC_001025

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | Initial / Admit -cs | — |
| Patient Currently in Pain | — | — | — | Yes -cs | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | 3/10 -cs | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with even passive activities -cs | — |
| Pain Location 1 | — | — | — | KNEE -cs | — |
| Pain Orientation 1 | — | — | — | Left -cs | — |
| Pain Duration 1 | — | — | — | Continuous -cs | — |
| Pain Onset 1 | — | — | — | Acute Pain -cs | — |
| Pain Quality 1 | — | — | — | Aching;Dull;Burning; Radiating 📄 "radiates down to shin" -cs | — |
| **Need More Pain Locations?** | | | | | |
| More Pain Locations Needed? | — | — | — | Pain Group 2 -cs | — |
| **Pain 2** | | | | | |
| Numeric Pain Scale 2 | — | — | — | 2/10 -cs | — |
| Functional Pain Scale 2 (Self-Report) | — | — | — | Interferes with some activities -cs | — |
| Pain Location 2 | — | — | — | BACK LOWER -cs | — |
| Pain Duration 2 | — | — | — | Continuous -cs | — |
| Pain Onset 2 | — | — | — | Chronic/ Persistent Pain (including Neuropathic pain) -cs | — |
| Pain Quality 2 | — | — | — | Pain -cs | — |
| **Arrived From** | | | | | |
| Patient/Caregiver Update | — | — | — | Patient;Updated;Family;Visiting -cs | — |
| **Position/ Safety** | | | | | |
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Family/friend present;Safety instructions given;Wheels locked -cs | — |
| **Immobilizers & Interventions** | | | | | |
| Interventions | — | — | — | Head elevated;Reassurance given;Forced-air | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1894

Printed by 71334 at 8/21/24 10:12 AM

MC_001026

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

|  |  |  |  | |  |
|---|---|---|---|---|---|
|  |  |  |  | warming gown 📄<br>cool air -CS | |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | — | — | **Yes !** -CS | — |
| Secondary Diagnosis | — | — | — | Yes -CS | — |
| Ambulatory Aid | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -CS | — |
| IV or Heparin Lock | — | — | — | Yes -CS | — |
| Gait and Transferring | — | — | — | Weak -CS | — |
| Mental Status | — | — | — | Oriented (and realistic) to own ability -CS | — |
| Morse Fall Risk Total | — | — | — | 85 -CS | — |
| **Risk for Injury** | | | | | |
| Risk for injury | — | — | — | Bones;Recent surgery -CS | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | — | — | Within Defined Limits -CS | — |
| **Cardiac** | | | | | |
| Cardiac (WDL) | — | — | — | Within Defined Limits -CS | — |
| **Peripheral Vascular** | | | | | |
| PVD (WDL) | — | — | — | Within Defined Limits -CS | — |
| LLE Capillary Refill | — | — | — | Less than 3 seconds -CS | — |
| LLE Temperature/Condition | — | — | — | Dry;Warm -CS | — |
| LLE Pulse Quality | — | — | — | Palpable -CS | — |
| Anti-Embolism Devices | — | — | — | Right;Antiembolism stockings - knee;Sequential compression devices - knee high -CS | — |
| Anti-Embolism Device Intervention | — | — | — | On -CS | — |
| **Neurological** | | | | | |
| Motor Response Generalized | — | — | — | Other (comment)<br>📄 walk with cane and immobilizer -CS | — |
| **Neurological** | | | | | |
| Detailed Neuro Assessment | — | — | — | Indicated -CS | — |
| Motor Response LLE | — | — | — | Localizes pain;ROM diminished -CS | — |
| Sensation LLE | — | — | — | Intact -CS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1895

Printed by 71334 at 8/21/24 10:12 AM

MC_001027

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Musculoskeletal | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -CS | — |
| **LLE** | | | | | |
| L Knee | — | — | — | Limited movement;Swelling; Other (Comment) 📄 pain -CS | — |
| **Skin** | | | | | |
| Skin (WDL) | — | — | — | Within Defined Limits -CS | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | — | — | Within Defined Limits -CS | — |
| **Modified Aldrete** | | | | | |
| Activity | — | — | — | Able to move 4 extremities voluntarily or on command -CS | — |
| Respiration | — | — | — | Able to breathe deeply and cough freely -CS | — |
| Circulation | — | — | — | Blood pressure is plus or minus 20% of pre-anesthetic level -CS | — |
| Consciousness | — | — | — | Fully awake -CS | — |
| Oxygen Saturation | — | — | — | Able to maintain oxygen saturation greater than 92% on room air -CS | — |
| Modified Aldrete Score | — | — | — | 10 -CS | — |
| **Patient Belongings** | | | | | |
| Oral Appliance | None -EH | — | — | None -CS | — |
| Vision | None -EH | — | — | None -CS | — |
| Hearing Aid | None -EH | — | — | None -CS | — |
| Jewelry | None -EH | — | — | None -CS | — |
| Clothing | None -EH | — | — | To Locker/Cubby 📄 2 bags -CS | — |
| Electronic Equipment | None -EH | — | — | Cell Phone;To Locker/Cubby -CS | — |
| Home Medications (includes over the counter medications and supplements) | No -EH | — | — | No -CS | — |
| Other Belongings | None -EH | Medical Device 📄 KNEE IMMOBILIZER - FT | — | Medical Device;CPAP/BiPA P 📄 brace on bed/cpap to locker -CS | — |
| **Pre-Procedure Care Plan Diagnosis: Anxiety Related to Impending Procedure and Anesthesia/Sedation** | | | | | |
| Does the patient have anxiety? | — | — | Yes -CS | — | — |
| Anxiety Care | — | — | Identify self and | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1896

Printed by 71334 at 8/21/24 10:12 AM

MC_001028

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Plan Interventions | | | address patient by name;Explain procedure (On patient's level) using age specific language;Answer questions and allow patient to verbalize anxieties;Provide support to patient and family members present -CS | | |
|---|---|---|---|---|---|
| Anxiety Care Plan Goal | — | — | Decrease anxiety - CS | — | — |
| Evaluation of Goals Met | — | — | Goal met -CS | — | — |

**Preprocedure Care Plan Diagnosis: Potential for Impaired Safety**

| Impaired Safety Care Plan Interventions | — | — | Use correct patient identifiers;Siderails up/wheels locked;8 rights of medication administration;DVT/ VTE precautions as ordered;Hand off report;Meet Aldrete Score of 8 or above prior to discharge;Transported with staff -CS | — | — |
|---|---|---|---|---|---|
| Impaired Safety Care Plan Goal | — | — | Patient free of injury -CS | — | — |
| Impaired Safety Evaluation of Goals Met | — | — | Goal met -CS | — | — |

**Preprocedure Care Plan Diagnosis: Potential for Knowledge Deficit Relative to Operative Procedure**

| Potential for Knowledge Deficit Relative to Operative Procedure - Interventions | — | — | Post-op teaching related to age/appropriate pain scale -CS | — | — |
|---|---|---|---|---|---|
| Knowledge Deficit Goal | — | — | Patient verbalized understanding -CS | — | — |
| Evaluation of Goals Met | — | — | Goal met -CS | — | — |

| Row Name | 06/23/23 0933 | | | | |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Pacemaker/AICD | No -MB | | | | |
| **Pain Education** | | | | | |
| Pain Education | Yes -MB | | | | |
| Patient's Realistic Pain Goal | 5 -MB | | | | |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -MB | | | | |
| Patient Currently in Pain | Yes -MB | | | | |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1897
Printed by 71334 at 8/21/24 10:12 AM

MC_001029

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

MB

### Pain 1

| | |
|---|---|
| Numeric Pain Scale 1 | 2/10 -MB |
| Functional Pain Scale (Self-Report) 1 | Doesn't interfere with activities -MB |
| Pain Location 1 | KNEE -MB |
| Pain Orientation 1 | Left -MB |
| Pain Duration 1 | Continuous -MB |
| Pain Onset 1 | Chronic/ Persistent Pain (including Neuropathic pain);Acute Pain -MB |
| Pain Quality 1 | Aching;Burning;Sharp;Shooting -MB |
| Pain Intervention(s) 1 | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white noise);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -MB |

### Patient Belongings

| Row Name | 06/27/23 0347 | 06/26/23 2051 | 06/26/23 1850 | 06/26/23 1823 | 06/26/23 1615 |
|---|---|---|---|---|---|
| Patient Belongings | | | | | |
| Oral Appliance | — | — | None -LS | None -KA | None -KA |
| Vision | — | — | Glasses 📄 reading glasses -LS | None -KA | None -KA |
| Hearing Aid | None -KM | None -KM | None -LS | None -KA | None -KA |
| Jewelry | — | — | None -LS | None -KA | None -KA |
| Clothing | — | — | With Patient -LS | — 📄 1 bag white belongings, 1 green personal tote, 1 CPAP machine/bag -KA | None -KA |
| Electronic Equipment | — | — | Cell Phone;Charger -LS | None -KA | None -KA |
| Home Medications (includes over the counter medications and supplements) | — | — | No -LS | No -KA | No -KA |
| Other Belongings | — | — | CPAP/BiPAP -LS | None -KA | None -KA |
| Row Name | 06/26/23 1436 | 06/26/23 1400 | 06/26/23 1304 | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1898

Printed by 71334 at 8/21/24 10:12 AM

MC_001030

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

**Patient Belongings**

| | | | |
|---|---|---|---|
| Oral Appliance | None -EH | — | None -CS |
| Vision | None -EH | — | None -CS |
| Hearing Aid | None -EH | — | None -CS |
| Jewelry | None -EH | — | None -CS |
| Clothing | None -EH | — | To Locker/Cubby<br>2 bags -CS |
| Electronic Equipment | None -EH | — | Cell Phone;To Locker/Cubby -CS |
| Home Medications (includes over the counter medications and supplements) | No -EH | — | No -CS |
| Other Belongings | None -EH | Medical Device<br>KNEE IMMOBILIZER - FT | Medical Device;CPAP/BiPA P brace on bed/cpap to locker -CS |

### Preadmit visit

| Row Name | 06/27/23 1223 | 06/27/23 1100 | 06/27/23 10:12:42 | 06/27/23 0811 | 06/27/23 0700 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 125/68 -YL | — | — | — | — |
| BP Method | Automatic -YL | — | — | — | — |
| MAP (mmHg) | 86 mmHg -YL | — | — | — | — |
| Pulse | 64 -YL | — | — | — | — |
| Resp | 16 -YL | — | — | — | — |
| SpO2 | 97 % -YL | — | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -YL | — | — | — | — |
| BP Site | Right upper arm -YL | — | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -YL | — | — | — | — |
| **Discharge Planning** | | | | | |
| Type of Residence | — | — | Private Residence - NR | — | — |
| Anticipated Discharge Disposition | — | — | Home -NR | — | — |
| On home Oxygen? | — | — | No -NR | — | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | — | — | 3 -LR | 3 -KM |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -LR | — | Assessment -LR | Assessment -KM |
| Patient Currently in Pain | — | Sleeping/respirations WNL -LR | — | Yes -LR | Yes -KM |
| Pain Relieving Factors | — | — | — | Medication -KM | Ice / Cold Therapy;Medication -KM |
| Pain Aggravating Factors | — | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM |
| Pain Assessment | — | — | — | Numeric (patient | Numeric (patient |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1899
Printed by 71334 at 8/21/24 10:12 AM

MC_001031

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

### Flowsheets (group 1 of 2) (continued)

| | | | | able to self-report) - KM | able to self-report) - KM |
|---|---|---|---|---|---|
| **Tool Used** | | | | | |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | 6/10 -LR | 6/10 -KM |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with even passive activities - LR | Interferes with activities, but not passive activities - KM |
| Pain Location 1 | — | — | — | KNEE -LR | KNEE -KM |
| Pain Orientation 1 | | | | Left -KM | Left -KM |
| Pain Duration 1 | — | — | — | Continuous -KM | Continuous -KM |
| Pain Onset 1 | — | — | — | Acute Pain -KM | Acute Pain -KM |
| Pain Quality 1 | — | — | — | Burning;Tearing -KM | Burning;Tearing -KM |
| Pain Intervention(s) 1 | — | — | — | Medication -LR | Medication -KM |
| Pain Intervention Education Provided 1 | — | — | — | Yes -KM | Yes -KM |
| Side Effect of Intervention 1 | — | — | — | None -KM | None -KM |

| Row Name | 06/27/23 0347 | 06/27/23 0341 | 06/27/23 0333 | 06/27/23 0204 | 06/26/23 2300 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 105/65 -AG | — | 115/70 -AG |
| BP Method | — | — | Automatic -AG | — | Automatic -AG |
| MAP (mmHg) | — | — | 78 mmHg -AG | — | 85 mmHg -AG |
| Temp | — | — | 36 °C (96.8 °F) -AG | — | 36.1 °C (96.9 °F) - AG |
| Temp src | — | — | Temporal -AG | — | Temporal -AG |
| Pulse | — | — | 56 -AG | — | 82 -AG |
| Resp | — | — | 18 -AG | — | 20 -AG |
| SpO2 | — | — | 96 % -AG | — | 94 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -AG | — | Semi Fowler's -AG |
| BP Site | — | — | Right upper arm -AG | — | Right forearm -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Room air -AG |
| Oxygen Device/Source | — | — | CPAP -AG | — | — |
| **Neurological** | | | | | |
| Level of Consciousness | Awake;Alert -KM | — | — | — | — |
| Orientation Level | Appropriate for developmental age -KM | — | — | — | — |
| **Cardiac** | | | | | |
| Pacemaker/AICD | No -KM | — | — | — | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | 3 -KM | — | — | 3 -KM |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -KM | — | Assessment -KM | Assessment -KM |
| Patient Currently in Pain | — | Yes -KM | — | Sleeping/respirations WNL -KM | Yes -KM |
| Pain Relieving | — | Ice / Cold | — | — | Ice / Cold |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1900

Printed by 71334 at 8/21/24 10:12 AM

MC_001032

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Factors | | Therapy;Medication -KM | | | Therapy;Medication -KM |
|---|---|---|---|---|---|
| Pain Aggravating Factors | — | Ambulating / Activity -KM | — | — | Ambulating / Activity -KM |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - KM | — | — | Numeric (patient able to self-report) - KM |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 4/10 -KM | — | — | 5/10 -KM |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with some activities -KM | — | — | Interferes with some activities -KM |
| Pain Location 1 | — | KNEE -KM | — | — | KNEE -KM |
| Pain Orientation 1 | — | Left -KM | — | — | Left -KM |
| Pain Duration 1 | — | Continuous -KM | — | — | Continuous -KM |
| Pain Onset 1 | — | Acute Pain -KM | — | — | Acute Pain -KM |
| Pain Quality 1 | — | Pain -KM | — | — | Stabbing;Tearing - KM |
| Pain Intervention(s) 1 | — | Medication -KM | — | — | Medication -KM |
| Pain Intervention Education Provided 1 | — | Yes -KM | — | — | Yes -KM |
| Side Effect of Intervention 1 | — | None -KM | — | — | None -KM |

| Row Name | 06/26/23 2140 | 06/26/23 2100 | 06/26/23 2051 | 06/26/23 2000 | 06/26/23 1927 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 115/67 -AG | — | 122/66 -AG | 121/61 -AG |
| BP Method | — | Automatic -AG | — | Automatic -AG | Automatic -AG |
| MAP (mmHg) | — | 83 mmHg -AG | — | 85 mmHg -AG | 81 mmHg -AG |
| Temp | — | 36.4 °C (97.5 °F) - AG | — | — | 35.6 °C (96.1 °F) - AG |
| Temp src | — | Temporal -AG | — | — | Temporal -AG |
| Pulse | — | 80 -AG | — | — | 81 -AG |
| Resp | — | 20 -AG | — | — | 20 -AG |
| SpO2 | — | 91 % -AG | — | — | 91 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -AG | — | — | Semi Fowler's -AG |
| BP Site | — | Right forearm -AG | — | — | Right forearm -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -AG | — | — | Room air -AG |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | Awake;Alert -KM | — | — |
| Orientation Level | — | — | Appropriate for developmental age -KM | — | — |
| **Cardiac** | | | | | |
| Pacemaker/AICD | — | — | No -KM | — | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | 3 -KM | — | 3 -KM | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KM | — | Assessment -KM | — | — |
| Patient Currently | Yes -KM | — | Yes -KM | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1901

Printed by 71334 at 8/21/24 10:12 AM

MC_001033

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

### in Pain

| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | Ice / Cold Therapy;Medication -KM | — | — |
|---|---|---|---|---|---|
| Pain Aggravating Factors | Ambulating / Activity -KM | — | Ambulating / Activity -KM | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KM | — | Numeric (patient able to self-report) - KM | — | — |

### Pain 1

| Numeric Pain Scale 1 | 6/10 -KM | ...... | 6/10 -KM | ....... | ....... |
|---|---|---|---|---|---|
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KM | — | Interferes with activities, but not passive activities - KM | — | — |
| Pain Location 1 | KNEE -KM | — | KNEE -KM | — | — |
| Pain Orientation 1 | Left -KM | — | Left -KM | — | — |
| Pain Duration 1 | Continuous -KM | — | Continuous -KM | — | — |
| Pain Onset 1 | Acute Pain -KM | ...... | Acute Pain -KM | ...... | — |
| Pain Quality 1 | Stabbing;Pain -KM | — | Stabbing;Pain -KM | — | — |
| Pain Intervention(s) 1 | Ice (T/pump, cold compress);Medication -KM | — | — | — | — |
| Pain Intervention Education Provided 1 | Yes -KM | ...... | ...... | ...... | ...... |
| Side Effect of Intervention 1 | None -KM | ...... | ...... | ...... | ...... |

| Row Name | 06/26/23 1850 | 06/26/23 1846 | 06/26/23 1823 | 06/26/23 1815 | 06/26/23 1800 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 135/61 -LS | — | 104/63 -KA | 114/64 -KA |
| BP Method | — | Automatic -LS | — | Automatic -KA | Automatic -KA |
| MAP (mmHg) | — | 82 mmHg -LS | — | 77 mmHg -KA | 81 mmHg -KA |
| Temp | — | 36.2 °C (97.1 °F) - LS | — | — | — |
| Temp src | — | Temporal -LS | — | — | — |
| Pulse | — | 80 -LS | — | 92 -KA | 85 -KA |
| Resp | — | 20 -LS | — | 20 -KA | 14 -KA |
| SpO2 | — | 92 % -LS | — | 94 % -KA | 94 % -KA |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -LS | — | — | — |
| BP Site | — | Right upper arm -LS | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -LS | — | Oxygen -KA | Oxygen -KA |
| Oxygen Device/Source | — | None (Room Air) - LS | — | Nasal Cannula -KA | Nasal Cannula -KA |
| O2 Flow Rate (L/min) | — | — | — | 2 -KA | 2 -KA |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | — | Asleep -KA |
| Orientation Level | — | — | — | — | Appropriate for developmental age -KA |
| **Cardiac** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1902

Printed by 71334 at 8/21/24 10:12 AM

MC_001034

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | — | — | — | Regular -KA | Regular -KA |
| **Respiratory** | | | | | |
| Resp Pattern / Effort | — | — | Non-labored, even - KA | Non-labored, even - KA | Non-labored, even - KA |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | No -AP | — | — | — | — |
| When you are discharged is it safe for you to go home? | Yes -AP | — | — | — | — |
| **Learning Assessment** | | | | | |
| Comfortable Reading English? | Yes -AP | — | — | — | — |
| Comfortable Speaking English? | Yes -AP | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -AP | — | Re-Assessment -KA | Re-Assessment -KA |
| Patient Currently in Pain | — | Yes -AP | — | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - AP | — | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -AP | — | 4/10 -KA | 4/10 -KA |
| Pain Location 1 | — | KNEE -AP | — | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | — | Left -AP | — | Left -KA | Left -KA |
| Pain Duration 1 | — | Continuous -AP | — | Continuous -KA | Continuous -KA |
| Pain Onset 1 | — | Acute Pain -AP | — | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | — | Burning -AP | — | Burning -KA | Burning -KA |
| Pain Intervention(s) 1 | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |
| **ZZ Latex Allergy Assessment (Retired)** | | | | | |
| Have you had a reaction to latex balloons or rubber gloves? | No -AP | — | — | — | — |
| Have you ever had a reaction after eating | No -AP | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1903

Printed by 71334 at 8/21/24 10:12 AM

MC_001035

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

banana, avocado, or kiwis?

| | | | | | |
|---|---|---|---|---|---|
| Any of the above answers "Yes"? | No -AP | — | — | — | — |

| Row Name | 06/26/23 1752 | 06/26/23 1748 | 06/26/23 1745 | 06/26/23 1734 | 06/26/23 1730 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 105/60 -CSA | — | 107/71 -CSA |
| BP Method | — | — | Automatic -CSA | — | Automatic -CSA |
| MAP (mmHg) | — | — | 75 mmHg -CSA | — | 83 mmHg -CSA |
| Pulse | — | — | 94 -CSA | — | 91 -CSA |
| Resp | — | — | 17 -CSA | — | 22 -CSA |
| SpO2 | — | — | 96 % -CSA | — | 95 % -CSA |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | — | Arousable;Drowsy -KA |
| Orientation Level | — | — | — | — | Appropriate for developmental age -KA |
| **Respiratory** | | | | | |
| Resp Pattern / Effort | Non-labored, even -KA | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -CSA | — | Assessment -CSA | Re-Assessment -KA |
| Patient Currently in Pain | — | Yes -CSA | — | Yes -CSA | Yes -KA |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -CSA | — | Numeric (patient able to self-report) -CSA | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 4/10 -CSA | — | 5/10 -CSA | 6/10 -KA |
| Pain Location 1 | — | KNEE -CSA | — | KNEE -CSA | KNEE -KA |
| Pain Orientation 1 | — | Left -CSA | — | Left -CSA | Left -KA |
| Pain Duration 1 | — | Continuous -CSA | — | Continuous -CSA | Continuous -KA |
| Pain Onset 1 | — | Acute Pain -CSA | — | Acute Pain -CSA | Acute Pain -KA |
| Pain Quality 1 | — | Burning -CSA | — | Burning -CSA | Burning -KA |
| Pain Intervention(s) 1 | — | Medication -CSA | — | Medication -CSA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

| Row Name | 06/26/23 1715 | 06/26/23 1703 | 06/26/23 1700 | 06/26/23 1652 | 06/26/23 1648 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 115/72 -KA | — | 108/55 -KA | — | — |
| BP Method | Automatic -KA | — | Automatic -KA | — | — |
| MAP (mmHg) | 86 mmHg -KA | — | 73 mmHg -KA | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1904

Printed by 71334 at 8/21/24 10:12 AM

MC_001036

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Pulse | 91 -KA | — | 91 -KA | — | — |
| Resp | 14 -KA | — | 23 -KA | — | — |
| SpO2 | 100 % -KA | — | 100 % -KA | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Oxygen -KA | — | Oxygen -KA | — | — |
| Oxygen Device/Source | Nasal Cannula -KA | — | Nasal Cannula -KA | — | — |
| O2 Flow Rate (L/min) | 2 -KA | — | 2 -KA | — | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | Arousable;Drowsy -KA | — | — |
| Orientation Level | — | — | Appropriate for developmental age -KA | — | — |
| **Cardiac** | | | | | |
| Cardiac Regularity | Regular -KA | — | Regular -KA | — | — |
| **Respiratory** | | | | | |
| Resp Pattern / Effort | Non-labored, even -KA | — | Non-labored, even -KA | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KA | Yes -KA | — | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA | — | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KA | 8/10 -KA | — | 10/10 Worst pain - KA | 10/10 Worst pain - KA |
| Pain Location 1 | KNEE -KA | KNEE -KA | — | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -KA | — | Left -KA | Left -KA |
| Pain Duration 1 | Continuous -KA | Continuous -KA | — | Continuous -KA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | Burning -KA | Burning -KA | — | Burning;Sharp -KA | Burning;Sharp -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA |

| Row Name | 06/26/23 1645 | 06/26/23 1643 | 06/26/23 1638 | 06/26/23 1633 | 06/26/23 1630 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 118/75 -KA | — | — | — | 129/88 -KA |
| BP Method | Automatic -KA | — | — | — | Automatic -KA |
| MAP (mmHg) | 89 mmHg -KA | — | — | — | 102 mmHg -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1905

Printed by 71334 at 8/21/24 10:12 AM

MC_001037

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pulse | 96 -KA | — | — | — | 113 ! -KA |
| Resp | 11 -KA | — | — | — | 23 -KA |
| SpO2 | 100 % -KA | — | — | — | 100 % -KA |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Oxygen -KA |
| Oxygen Device/Source | — | — | — | — | Non-Rebreather Mask -KA |
| O2 Flow Rate (L/min) | — | — | — | — | 10 -KA |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | — | Arousable;Drowsy -KA |
| Orientation Level | — | — | — | — | Appropriate for developmental age -KA |
| **Cardiac** | | | | | |
| Cardiac Regularity | Regular -KA | — | — | — | Regular -KA |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KA | Re-Assessment -KA | Assessment -KA | — |
| Patient Currently in Pain | — | Yes -KA | Yes -KA | Yes -KA | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA | 10/10 Worst pain -KA | — |
| Pain Location 1 | — | KNEE -KA | KNEE -KA | KNEE -KA | — |
| Pain Orientation 1 | — | Left -KA | Left -KA | Left -KA | — |
| Pain Duration 1 | — | Continuous -KA | Continuous -KA | Continuous -KA | — |
| Pain Onset 1 | — | Acute Pain -KA | Acute Pain -KA | Acute Pain -KA | — |
| Pain Quality 1 | — | Sharp;Burning -KA | Sharp;Burning -KA | Sharp;Burning -KA | — |
| Pain Intervention(s) 1 | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — |

| Row Name | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 | 06/26/23 1304 | 06/26/23 1150 |
|---|---|---|---|---|---|
| **Preadmit visit** | | | | | |
| Date history reviewed last | — | — | — | 06/26/23 -CS | — |
| Have you had any changes to your medical history since last reviewed? | — | — | — | No -CS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1906

Printed by 71334 at 8/21/24 10:12 AM

MC_001038

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 128/77 -KA | 102/61 -KA | 114/84 -KA | — | 128/92 ! -MC |
| BP Method | — | — | Automatic -KA | — | Automatic -MC |
| MAP (mmHg) | 94 mmHg -KA | 75 mmHg -KA | 94 mmHg -KA | — | 104 mmHg -MC |
| Temp | — | — | 35.8 °C (96.4 °F) - KA | — | 36.2 °C (97.1 °F) - MC |
| Temp src | — | — | Temporal -KA | — | Temporal -MC |
| Pulse | 103 ! -KA | 109 ! -KA | 106 ! -KA | — | 90 -MC |
| Resp | 16 -KA | 21 -KA | 15 -KA | — | 20 -MC |
| SpO2 | 100 % -KA | 100 % -KA | 100 % -KA | — | 97 % -MC |

### Orthostatic BP

| | | | | | |
|---|---|---|---|---|---|
| BP Site | — | — | — | — | Left upper arm -MC |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | Oxygen -KA | — | — |
| Oxygen Device/Source | — | — | Non-Rebreather Mask -KA | — | None (Room Air) - MC |
| O2 Flow Rate (L/min) | — | — | 10 -KA | — | — |

### Height and Weight

| | | | | | |
|---|---|---|---|---|---|
| Height | — | — | — | — | 1.676 m (5' 6") -MC |
| Height Method | — | — | — | — | Stated -MC |
| Weight | — | — | — | — | 108.4 kg (239 lb) - MC |
| Weight Method | — | — | — | — | Scale -MC |

### Neurological

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | — | — | Arousable;Drowsy - KA | — | — |
| Orientation Level | — | — | Appropriate for developmental age -KA | — | — |

### Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | Regular -KA | Regular -KA | Regular -KA | — | — |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| Respiratory (WDL) | — | — | Exceptions to Defined Limits -KA | Within Defined Limits -CS | — |
| Breath Sounds Bilateral | — | — | Clear;Equal -KA | — | — |
| Resp Pattern / Effort | — | — | Non-labored, even - KA | — | — |

### Ride and Caregiver

| | | | | | |
|---|---|---|---|---|---|
| Ride / Caregiver Name | — | — | — | Marion -CS | — |
| Relationship of Caregiver | — | — | — | daughter -CS | — |
| Phone Number for Ride/Caregiver | — | — | — | 253-376-3297 -CS | — |

### Discharge Planning

| | | | | | |
|---|---|---|---|---|---|
| Anticipated Discharge Disposition | — | — | — | Home -CS | — |

### Domestic Abuse Assessment

| | | | | | |
|---|---|---|---|---|---|
| Are you being hurt, hit or frightened by | — | — | — | No -CS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1907

Printed by 71334 at 8/21/24 10:12 AM

MC_001039

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| anyone at home or in your life? | | | | | |
| When you are discharged is it safe for you to go home? | — | — | — | Yes -CS | — |
| **Coping** | | | | | |
| What do you do to relieve stress? | — | — | — | "cry, pray, watch movie" -CS | — |
| Any major changes or losses in the last year? | — | — | — | Other (Comment) 📄 "injury, miss trip to see grandchild and lost dog" -CS | — |
| Would you like additional assistance in coping with this hospitalization? | — | — | — | No -CS | — |
| Any special concerns about home during this hospitalization? | — | — | — | No -CS | — |
| Do you have financial concerns related to this hospitalization? | — | — | — | No -CS | — |
| Do you have a medication prescription benefit? | — | — | — | Yes -CS | — |
| Are you depressed today? | — | — | — | No -CS | — |
| Have you thought about causing harm to yourself in the last week? | — | — | — | No -CS | — |
| **Values / Beliefs** | | | | | |
| Cultural Requests During Hospitalization | — | — | — | none -CS | — |
| Spiritual Requests During Hospitalization | — | — | — | "just pray" -CS | — |
| **Pain Education** | | | | | |
| Pain Education | — | — | — | Yes -CS | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Initial / Admit -KA | Initial / Admit -CS | — |
| Patient Currently in Pain | — | — | Yes -KA | Yes -CS | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - KA | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KA | 3/10 -CS | — |
| Functional Pain | — | — | — | Interferes with even | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1908

Printed by 71334 at 8/21/24 10:12 AM

MC_001040

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 1 of 2) (continued)

| | | | | |
|---|---|---|---|---|
| Scale (Self-Report) 1 | | | | passive activities -CS |
| Pain Location 1 | — | — | KNEE -KA | KNEE -CS |
| Pain Orientation 1 | — | — | Left -KA | Left -CS | — |
| Pain Duration 1 | — | — | Continuous -KA | Continuous -CS | — |
| Pain Onset 1 | — | — | Acute Pain -KA | Acute Pain -CS | — |
| Pain Quality 1 | — | — | Sharp;Burning;Stabbing -KA | Aching;Dull;Burning; Radiating 📄 "radiates down to shin" -CS | — |
| Pain Intervention(s) 1 | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | — | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KA | — | — |

Need More Pain Locations?

| | | | | |
|---|---|---|---|---|
| More Pain Locations Needed? | — | — | — | Pain Group 2 -CS | — |

Pain 2

| | | | | |
|---|---|---|---|---|
| Numeric Pain Scale 2 | — | — | — | 2/10 -CS | — |
| Functional Pain Scale 2 (Self-Report) | — | — | — | Interferes with some activities -CS | — |
| Pain Location 2 | — | — | — | BACK LOWER -CS | — |
| Pain Duration 2 | — | — | — | Continuous -CS | — |
| Pain Onset 2 | — | — | — | Chronic/ Persistent Pain (including Neuropathic pain) -CS | — |
| Pain Quality 2 | — | — | — | Pain -CS | — |

For Inpatients Only

| | | | | |
|---|---|---|---|---|
| Is the patient an Inpatient? | — | — | — | Yes -CS | — |

Nursing Nutrition Screen

| | | | | |
|---|---|---|---|---|
| Unplanned Weight Loss in Last Three Months | — | — | — | No 📄 "down 40 lbs last year with Victoza" -CS | — |
| Unusual Weight Gain | — | — | — | No -CS | — |
| Poor Oral Intake for Four or More Days Prior to | — | — | — | No -CS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1909

Printed by 71334 at 8/21/24 10:12 AM

MC_001041

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Admission

| Row Name | | | | | |
|---|---|---|---|---|---|
| Pressure Ulcer or Non-Healing Wound | — | — | — | No -CS | — |
| Home Tube Feeding or TPN | — | — | — | No -CS | — |
| Insulin Pump | — | — | — | No -CS | — |
| Is patient pregnant? | — | — | — | No -CS | — |
| Is patient lactating? | — | — | — | No -CS | — |

| Row Name | 06/23/23 1000 | 06/23/23 0933 | | | |
|---|---|---|---|---|---|
| **Preadmit visit** | | | | | |
| Type Of Contact | — | Preop Phone Call - MB | | | |
| Contact made | — | Yes -MB | | | |
| Person Interviewed | — | Self -MB | | | |
| Surgical Procedure (Include laterality) | — | REPAIR, TENDON, PATELLAR, OPEN (702053) Left -MB | | | |
| Date history reviewed last | — | 06/23/23 -MB | | | |
| **Height and Weight** | | | | | |
| Height | — | 1.676 m (5' 6") -MB | | | |
| Height Method | — | Stated -MB | | | |
| Weight | — | 114.8 kg (253 lb) - MB | | | |
| Weight Method | — | Stated -MB | | | |
| **Neurological** | | | | | |
| Hearing Aids | — | No -MB | | | |
| Requires Visual Aids | — | Yes (Comment) -MB | | | |
| Difficulty Chewing or Swallowing | — | No -MB | | | |
| **Exercise tolerance** | | | | | |
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | — | Yes -MB | | | |
| **Cardiac** | | | | | |
| Pacemaker/AICD | — | No -MB | | | |
| **Skin** | | | | | |
| Do you have any skin breakdown? | — | No -MB | | | |
| **Ride and Caregiver** | | | | | |
| Ride and Caregiver Arranged | — | Yes -MB | | | |
| Ride / Caregiver Name | — | Christopher -MB | | | |
| Relationship of Caregiver | — | Son -MB | | | |
| Phone Number | — | 253 678 5322 -MB | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1910

Printed by 71334 at 8/21/24 10:12 AM

MC_001042

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

for
Ride/Caregiver

### Discharge Planning

| | | |
|---|---|---|
| Lives With | — | Spouse/Domestic Partner;Family -MB |
| Receives Help From | — | None - managing in current setting -MB |
| Type of Residence | — | Private Residence - MB |

### Values / Beliefs

| | | |
|---|---|---|
| Would you refuse a blood transfusion for any reason? | — | Accepts transfusion -MB |

### Pain Education

| | | |
|---|---|---|
| Pain Education | — | Yes -MB |
| Patient's Realistic Pain Goal | — | 5 -MB |

### Pain Assessment

| | | |
|---|---|---|
| Pain Assessment | — | Assessment -MB |
| Patient Currently in Pain | — | Yes -MB |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - MB |

### Pain 1

| | | |
|---|---|---|
| Numeric Pain Scale 1 | — | 2/10 -MB |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -MB |
| Pain Location 1 | — | KNEE -MB |
| Pain Orientation 1 | — | Left -MB |
| Pain Duration 1 | — | Continuous -MB |
| Pain Onset 1 | — | Chronic/ Persistent Pain (including Neuropathic pain);Acute Pain - MB |
| Pain Quality 1 | — | Aching;Burning;Sharp;Shooting -MB |
| Pain Intervention(s) 1 | — | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white noise);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -MB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1911

Printed by 71334 at 8/21/24 10:12 AM

MC_001043

Larocque, Linda J
MRN: 172930

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

ZZ Latex Allergy Assessment (Retired)

| | | |
|---|---|---|
| Have you had a reaction to latex balloons or rubber gloves? | No -MB | — |
| Have you ever had a reaction after eating banana, avocado, or kiwis? | No -MB | — |
| Any of the above answers "Yes"? | No -MB | — |

Anesthesia Related Questions

| | | |
|---|---|---|
| Steroid Use in Last 3 Months | — | No -MB |

Infection Control

| | | |
|---|---|---|
| Current Respiratory Symptoms Requiring Use of PPE | — | No -MB |
| Have you been diagnosed within the past year, with a multi-drug resistant organism (MRSA, VRE, ESBL, CRE)? | — | No, patient denies - MB |
| Have you been exposed to an infectious disease in the last 3 weeks | — | No, Patient denies - MB |

Specialists

| | | |
|---|---|---|
| Specialists | — | Cardiology;Pulmonology -MB |
| Cardiology provider name | — | Guerra -MB |
| Cardiology last visit date | — | monday 6/26/23 - MB |
| Pulmonology provider name | — | Nguyen-Lamb -MB |
| Pulmonology last visit date | — | 1/2023 -MB |
| Have you ever had an EKG? | — | Yes -MB |
| When? | — | 2/2/23 -MB |

**Preop Screening**

| Row Name | 06/27/23 0347 | 06/26/23 2051 | 06/26/23 1304 | 06/26/23 1150 | 06/23/23 0933 |
|---|---|---|---|---|---|
| Preop Screening | | | | | |
| Type Of Contact | — | — | — | — | Preop Phone Call - MB |
| Contact made | — | — | — | — | Yes -MB |
| Person | — | — | — | — | Self -MB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1912

Printed by 71334 at 8/21/24 10:12 AM

MC_001044

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Interviewed | | | | | |
|---|---|---|---|---|---|
| Date history reviewed last | — | — | 06/26/23 -cs | — | 06/23/23 -MB |
| Interpreter used? | — | — | — | — | No -MB |
| Patient Preferred Language | — | — | — | — | English -MB |
| Surgical Procedure (Include laterality) | — | — | — | — | REPAIR, TENDON, PATELLAR, OPEN (702053) Left -MB |
| **Height and Weight** | | | | | |
| Height | — | — | — | 1.676 m (5' 6") -MC | 1.676 m (5' 6") -MB |
| Height Method | — | — | — | Stated -MC | Stated -MB |
| Weight | — | — | — | 108.4 kg (239 lb) - MC | 114.8 kg (253 lb) - MB |
| Weight Method | — | — | — | Scale -MC | Stated -MB |
| BMI (Calculated) | ...... | ...... | ...... | 38.59 -MC | 40.85 -MB |
| **Exercise tolerance** | | | | | |
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | — | — | — | — | Yes -MB |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | No -KM | No -KM | — | — | No -MB |
| **Specialists** | | | | | |
| Specialists | — | — | — | — | Cardiology;Pulmono logy -MB |
| Cardiology provider name | — | — | — | — | Guerra -MB |
| Cardiology last visit date | — | — | — | — | monday 6/26/23 - MB |
| Pulmonology provider name | — | — | — | — | Nguyen-Lamb -MB |
| Pulmonology last visit date | — | — | — | — | 1/2023 -MB |
| Have you ever had an EKG? | — | — | — | — | Yes -MB |
| When? | — | — | — | — | 2/2/23 -MB |

**Report Given To / Report Given By**

| Row Name | 06/26/23 1613 | 06/26/23 1351 | | | |
|---|---|---|---|---|---|
| **Pre-Op Handoff** | | | | | |
| Report given to: | — | Feli RN -cs | | | |
| Report given by: | — | C. Sharp RN -cs | | | |
| **Intra-Op Handoff** | | | | | |
| Patient moved to: | PACU 1 VIA STRETCHER WITH O2 -FT | — | | | |
| Report given to: | KIM RN -FT | — | | | |
| Report given by: | F. TRAJICO RN AND LISA DRISCOLL, CRNA -FT | — | | | |
| Comments: | HANDOFF PER | — | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1913

Printed by 71334 at 8/21/24 10:12 AM

MC_001045

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

SBAR -FT

### Social Work Intervention

| Row Name | 06/27/23 1400 | | | | |
|---|---|---|---|---|---|
| Social Work Intervention | | | | | |
| Social Worker | Niamh Robles -NR | | | | |
| Social Work Intervention | Chart Screen;Initial Admission Assessment -NR | | | | |
| Face to Face Time Spent with Patient (min) | 10 -NR | | | | |
| Total Face to Face Time | 10 -NR | | | | |
| Non Face to Face Time Spent with Patient (min) | 10 -NR | | | | |
| Total Non Face to Face Time | 10 -NR | | | | |

### SOFA

| Row Name | 06/27/23 1501 | 06/27/23 1401 | 06/27/23 1301 | 06/27/23 1200 | 06/27/23 1101 |
|---|---|---|---|---|---|
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| **Row Name** | **06/27/23 1000** | **06/27/23 0901** | **06/27/23 0801** | **06/27/23 0701** | **06/27/23 0601** |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| **Row Name** | **06/27/23 0501** | **06/27/23 0401** | **06/27/23 0300** | **06/27/23 0201** | **06/27/23 0101** |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| **Row Name** | **06/27/23 0001** | **06/26/23 2300** | **06/26/23 2200** | **06/26/23 2101** | **06/26/23 2001** |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 14 -SB | 14 -SB | 14 -SB |
| **Row Name** | **06/26/23 1901** | **06/26/23 1801** | **06/26/23 1701** | **06/26/23 1601** | **06/26/23 1501** |
| OTHER | | | | | |
| SOFA Score | 14 -SB | 14 -SB | 14 -SB | 14 -SB | 10 -SB |
| **Row Name** | **06/26/23 1401** | **06/26/23 1301** | **06/26/23 1200** | | |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | | |

### Surgery Preop

| Row Name | 06/27/23 1225 | 06/27/23 1223 | 06/27/23 1100 | 06/27/23 10:12:42 | 06/27/23 0811 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | ----- | 125/68 -YL | ----- | ----- | ----- |
| BP Method | ----- | Automatic -YL | ----- | ----- | ----- |
| MAP (mmHg) | ----- | 86 mmHg -YL | ----- | ----- | ----- |
| Pulse | ----- | 64 -YL | ----- | ----- | ----- |
| Resp | ----- | 16 -YL | ----- | ----- | ----- |
| SpO2 | ----- | 97 % -YL | ----- | ----- | ----- |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1914

Printed by 71334 at 8/21/24 10:12 AM

MC_001046

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

Orthostatic BP

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | Semi Fowler's -YL | — | — | — |
| BP Site | — | Right upper arm -YL | — | — | — |

Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | Room air -YL | — | — | — |

Pain Education

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | — | — | — | 3 -LR |

Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | Assessment -LR | — | Assessment -LR |
| Patient Currently in Pain | — | — | Sleeping/respirations WNL -LR | — | Yes -LR |
| Pain Relieving Factors | — | — | — | — | Medication -KM |
| Pain Aggravating Factors | — | — | — | — | Ambulating / Activity -KM |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) -KM |

Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | — | — | 6/10 -LR |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with even passive activities -LR |
| Pain Location 1 | — | — | — | — | KNEE -LR |
| Pain Orientation 1 | — | — | — | — | Left -KM |
| Pain Duration 1 | — | — | — | — | Continuous -KM |
| Pain Onset 1 | — | — | — | — | Acute Pain -KM |
| Pain Quality 1 | — | — | — | — | Burning;Tearing -KM |
| Pain Intervention(s) 1 | — | — | — | — | Medication -LR |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -KM |
| Side Effect of Intervention 1 | — | — | — | — | None -KM |

Genitourinary

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 700 mL -YL | — | — | — | — |

Discharge Planning

| | | | | | |
|---|---|---|---|---|---|
| Type of Residence | — | — | — | Private Residence -NR | — |
| Anticipated Discharge Disposition | — | — | — | Home -NR | — |
| On home Oxygen? | — | — | — | No -NR | — |

| Row Name | 06/27/23 0700 | 06/27/23 0657 | 06/27/23 0347 | 06/27/23 0341 | 06/27/23 0333 |
|---|---|---|---|---|---|

Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | — | — | — | — | 105/65 -AG |
| BP Method | — | — | — | — | Automatic -AG |
| MAP (mmHg) | — | — | — | — | 78 mmHg -AG |
| Temp | — | — | — | — | 36 °C (96.8 °F) -AG |
| Temp src | — | — | — | — | Temporal -AG |
| Pulse | — | — | — | — | 56 -AG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1915

Printed by 71334 at 8/21/24 10:12 AM

MC_001047

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Resp | — | — | — | — | 18 -AG |
| SpO2 | — | — | — | — | 96 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | — | Semi Fowler's -AG |
| BP Site | — | — | — | — | Right upper arm -AG |
| **Oxygen Therapy** | | | | | |
| Oxygen Device/Source | — | — | — | — | CPAP -AG |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | 3 -KM | — | — | 3 -KM | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KM | — | — | Assessment -KM | — |
| Patient Currently in Pain | Yes -KM | — | — | Yes -KM | — |
| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | — | Ice / Cold Therapy;Medication -KM | — |
| Pain Aggravating Factors | Ambulating / Activity -KM | — | — | Ambulating / Activity -KM | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KM | — | — | Numeric (patient able to self-report) - KM | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KM | — | — | 4/10 -KM | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KM | — | — | Interferes with some activities -KM | — |
| Pain Location 1 | KNEE -KM | — | — | KNEE -KM | — |
| Pain Orientation 1 | Left -KM | — | — | Left -KM | — |
| Pain Duration 1 | Continuous -KM | — | — | Continuous -KM | — |
| Pain Onset 1 | Acute Pain -KM | — | — | Acute Pain -KM | — |
| Pain Quality 1 | Burning;Tearing -KM | — | — | Pain -KM | — |
| Pain Intervention(s) 1 | Medication -KM | — | — | Medication -KM | — |
| Pain Intervention Education Provided 1 | Yes -KM | — | — | Yes -KM | — |
| Side Effect of Intervention 1 | None -KM | — | — | None -KM | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | Within Defined Limits -KM | — | — |
| Level of Consciousness | — | — | Awake;Alert -KM | — | — |
| Orientation Level | — | — | Appropriate for developmental age -KM | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | — | Antiembolism stockings - knee;Sequential compression devices - knee | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1916

Printed by 71334 at 8/21/24 10:12 AM

MC_001048

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 2) (continued)**

|  |  |  | high;Bilateral -KM |  |  |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | — | — | On -KM | — | — |
| **Cardiovascular** |  |  |  |  |  |
| Cardiac (WDL) | — | — | Within Defined Limits -KM | — | — |
| **Cardiac** |  |  |  |  |  |
| Pacemaker/AICD | — | — | No -KM | — | — |
| **Genitourinary** |  |  |  |  |  |
| Urine Void (mL) | — | 700 mL -KM | — | — | — |
| **Patient Belongings** |  |  |  |  |  |
| Hearing Aid | — | — | None -KM | — | — |
| **Fall Risk Interventions** |  |  |  |  |  |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | — | — |

| Row Name | 06/27/23 0204 | 06/27/23 0130 | 06/26/23 2300 | 06/26/23 2237 | 06/26/23 2140 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** |  |  |  |  |  |
| Arm Bands/Charms on | — | — | ID;Allergies -AG | — | — |
| **Vitals** |  |  |  |  |  |
| BP | — | — | 115/70 -AG | — | — |
| BP Method | — | — | Automatic -AG | — | — |
| MAP (mmHg) | — | — | 85 mmHg -AG | — | — |
| Temp | — | — | 36.1 °C (96.9 °F) - AG | — | — |
| Temp src | — | — | Temporal -AG | — | — |
| Pulse | — | — | 82 -AG | — | — |
| Resp | — | — | 20 -AG | — | — |
| SpO2 | — | — | 94 % -AG | — | — |
| **Orthostatic BP** |  |  |  |  |  |
| Pt Position for BP | — | — | Semi Fowler's -AG | — | — |
| BP Site | — | — | Right forearm -AG | — | — |
| **Oxygen Therapy** |  |  |  |  |  |
| O2 Delivery | — | — | Room air -AG | — | — |
| **Pain Education** |  |  |  |  |  |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1917

Printed by 71334 at 8/21/24 10:12 AM

MC_001049

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | — | 3 -KM | — | 3 -KM |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KM | — | Assessment -KM | — | Re-Assessment -KM |
| Patient Currently in Pain | Sleeping/respirations WNL -KM | — | Yes -KM | — | Yes -KM |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -KM | — | Ice / Cold Therapy;Medication -KM |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | — | Ambulating / Activity -KM |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - KM | — | Numeric (patient able to self-report) - KM |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KM | — | 6/10 -KM |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -KM | — | Interferes with activities, but not passive activities - KM |
| Pain Location 1 | — | — | KNEE -KM | — | KNEE -KM |
| Pain Orientation 1 | — | — | Left -KM | — | Left -KM |
| Pain Duration 1 | — | — | Continuous -KM | — | Continuous -KM |
| Pain Onset 1 | — | — | Acute Pain -KM | — | Acute Pain -KM |
| Pain Quality 1 | — | — | Stabbing;Tearing - KM | — | Stabbing;Pain -KM |
| Pain Intervention(s) 1 | — | — | Medication -KM | — | Ice (T/pump, cold compress);Medication -KM |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | — | Yes -KM |
| Side Effect of Intervention 1 | — | — | None -KM | — | None -KM |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | — | — | 550 mL -KM | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1918

Printed by 71334 at 8/21/24 10:12 AM

MC_001050

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Row Name | 06/26/23 2100 | locked -AG 06/26/23 2051 | locked -AG 06/26/23 2000 | 06/26/23 1957 | 06/26/23 1927 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | — | ID;Allergies -AG | — |
| **Vitals** | | | | | |
| BP | 115/67 -AG | — | 122/66 -AG | — | 121/61 -AG |
| BP Method | Automatic -AG | — | Automatic -AG | — | Automatic -AG |
| MAP (mmHg) | 83 mmHg -AG | — | 85 mmHg -AG | — | 81 mmHg -AG |
| Temp | 36.4 °C (97.5 °F) - AG | — | — | — | 35.6 °C (96.1 °F) - AG |
| Temp src | Temporal -AG | — | — | — | Temporal -AG |
| Pulse | 80 -AG | — | — | — | 81 -AG |
| Resp | 20 -AG | — | — | — | 20 -AG |
| SpO2 | 91 % -AG | — | — | — | 91 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -AG | — | — | — | Semi Fowler's -AG |
| BP Site | Right forearm -AG | — | — | — | Right forearm -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -AG | — | — | — | Room air -AG |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | 3 -KM | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -KM | — | — | — |
| Patient Currently in Pain | — | Yes -KM | — | — | — |
| Pain Relieving Factors | — | Ice / Cold Therapy;Medication -KM | — | — | — |
| Pain Aggravating Factors | — | Ambulating / Activity -KM | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - KM | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 6/10 -KM | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities - KM | — | — | — |
| Pain Location 1 | — | KNEE -KM | — | — | — |
| Pain Orientation 1 | — | Left -KM | — | — | — |
| Pain Duration 1 | — | Continuous -KM | — | — | — |
| Pain Onset 1 | — | Acute Pain -KM | — | — | — |
| Pain Quality 1 | — | Stabbing;Pain -KM | — | — | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | Within Defined Limits -KM | — | — | — |
| Eyes Open | — | Spontaneous -KM | — | — | — |
| Best Verbal Response | — | Oriented -KM | — | — | — |
| Best Motor | — | Obeys commands - KM | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1919

Printed by 71334 at 8/21/24 10:12 AM

MC_001051

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Response | | | | | |
| GCS Total | — | 15 -KM | — | — | — |
| Level of Consciousness | — | Awake;Alert -KM | — | — | — |
| Orientation Level | — | Appropriate for developmental age -KM | — | — | — |
| Peripheral Vascular | | | | | |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Bilateral -KM | — | — | — |
| Cardiovascular | | | | | |
| Cardiac (WDL) | — | Within Defined Limits -KM | — | — | — |
| Cardiac | | | | | |
| Pacemaker/AICD | — | No -KM | — | — | — |
| Musculoskeletal | | | | | |
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KM | — | — | — |
| LLE | | | | | |
| L Knee | — | Limited movement - KM | — | — | — |
| Genitourinary | | | | | |
| Urinary Status | — | Has not voided -KM | — | — | — |
| Skin | | | | | |
| Skin Color (generalized) | — | Appropriate, even tone -KM | — | — | — |
| Skin Temp/Cond (generalized) | — | Dry;Warm -KM | — | — | — |
| Skin Integrity 1 | — | Incision -KM | — | — | — |
| Skin Location 1 | — | L knee -KM | — | — | — |
| Need more skin rows? | — | Yes -KM | — | — | — |
| Pressure Injury Prevention | — | Moisture wicking pads -KM | — | — | — |
| Psychosocial | | | | | |
| Psychosocial (WDL) | — | Within Defined Limits -KM | — | — | — |
| Patient Belongings | | | | | |
| Hearing Aid | — | None -KM | — | — | — |
| Braden Scale: High risk < or equal 18 | | | | | |
| Sensory Perceptions | — | No impairment -KM | — | — | — |
| Moisture | — | Rarely moist -KM | — | — | — |
| Activity | — | Walks occasionally -KM | — | — | — |
| Mobility | — | Slightly limited -KM | — | — | — |
| Nutrition | — | Adequate -KM | — | — | — |
| Friction and Shear | — | No apparent problem -KM | — | — | — |
| Braden Scale Score | — | 20 -KM | — | — | — |
| Morse Falls Risk: High Risk is > or equal 45 | | | | | |
| History of Falls in Last 3 Months? | — | No -KM | — | — | — |
| Secondary | — | No -KM | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1920                                          Printed by 71334 at 8/21/24 10:12 AM

MC_001052

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 2) (continued)**

Diagnosis

| | | | | | |
|---|---|---|---|---|---|
| Ambulatory Aid | — | None, bed rest, wheelchair or nurse assist -KM | — | — | — |
| IV or Heparin Lock | — | Yes -KM | — | — | — |
| Gait and Transferring | — | Normal, bed rest or immobile -KM | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -KM | — | — | — |
| Morse Fall Risk Total | — | 20 -KM | — | — | — |

Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -KM | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — |

Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | Recent surgery -KM | — | — | — |

| Row Name | 06/26/23 1854 | 06/26/23 1850 | 06/26/23 1846 | 06/26/23 1823 | 06/26/23 1815 |
|---|---|---|---|---|---|
| **Arrival** | | | | | |
| Comfortable Reading English? | — | Yes -AP | — | — | — |
| Comfortable Speaking English? | — | Yes -AP | — | — | — |
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | ID;Allergies -LS | — | — | — |
| **Vitals** | | | | | |
| BP | — | — | 135/61 -LS | — | 104/63 -KA |
| BP Method | — | — | Automatic -LS | — | Automatic -KA |
| MAP (mmHg) | — | — | 82 mmHg -LS | — | 77 mmHg -KA |
| Temp | — | — | 36.2 °C (97.1 °F) -LS | — | — |
| Temp src | — | — | Temporal -LS | — | — |
| Pulse | — | — | 80 -LS | — | 92 -KA |
| Resp | — | — | 20 -LS | — | 20 -KA |
| SpO2 | — | — | 92 % -LS | — | 94 % -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1921

Printed by 71334 at 8/21/24 10:12 AM

MC_001053

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Orthostatic BP | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | — | Semi Fowler's -LS | — | — |
| BP Site | — | — | Right upper arm -LS | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -LS | — | Oxygen -KA |
| Oxygen Device/Source | — | — | None (Room Air) -LS | — | Nasal Cannula -KA |
| O2 Flow Rate (L/min) | — | — | — | — | 2 -KA |
| **Chlorhexidine Prep** | | | | | |
| Chlorhexidine Gluconate Applied | — | Not applicable -LS | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Assessment -AP | — | Re-Assessment -KA |
| Patient Currently in Pain | — | — | Yes -AP | — | Yes -KA |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -AP | — | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -AP | — | 4/10 -KA |
| Pain Location 1 | — | — | KNEE -AP | — | KNEE -KA |
| Pain Orientation 1 | — | — | Left -AP | — | Left -KA |
| Pain Duration 1 | — | — | Continuous -AP | — | Continuous -KA |
| Pain Onset 1 | — | — | Acute Pain -AP | — | Acute Pain -KA |
| Pain Quality 1 | — | — | Burning -AP | — | Burning -KA |
| Pain Intervention(s) 1 | — | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |
| **Modified Aldrete** | | | | | |
| Activity | — | — | — | Able to move 4 extremities voluntarily or on command -KA | — |
| Respiration | — | — | — | Able to breathe deeply and cough freely -KA | — |
| Circulation | — | — | — | Blood pressure is plus or minus 20% of pre-anesthetic level -KA | — |
| Consciousness | — | — | — | Fully awake -KA | — |
| Oxygen Saturation | — | — | — | Needs oxygen inhalation to | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1922

Printed by 71334 at 8/21/24 10:12 AM

MC_001054

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | maintain oxygen saturation greater that 90% -KA | |
|---|---|---|---|---|---|
| Modified Aldrete Score | — | — | — | 9 -KA | — |
| **Immobilizers & Interventions** | | | | | |
| Immobilizers | — | — | — | — | Knee immobilizer - KA |
| Interventions | — | — | — | — | Ice pack;Reassurance given -KA |
| **Neurological** | | | | | |
| Motor Response LLE | — | — | Spontaneous and purposeful -AP | — | — |
| Sensation LLE | — | — | Pain -AP | — | — |
| **Peripheral Vascular** | | | | | |
| LLE Capillary Refill | — | — | Less than 3 seconds -AP | Less than 3 seconds -KA | — |
| LLE Temperature/Condition | — | — | Dry;Warm -AP | Dry;Warm -KA | — |
| LLE Pulse Quality | — | — | Palpable -AP | Palpable -KA | — |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -LS | Antiembolism stockings - knee;Sequential compression devices - knee high -AP | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — |
| Anti-Embolism Device Intervention | — | On -LS | On -AP | On -KA | — |
| **Cardiovascular** | | | | | |
| Cardiac Regularity | — | — | — | — | Regular -KA |
| **Cardiac** | | | | | |
| Cardiac Rhythm | — | — | — | — | Normal Sinus Rhythm;Left Bundle Branch Block -KA |
| Ectopy | — | — | — | — | None -KA |
| **Respiratory** | | | | | |
| Resp Pattern / Effort | — | — | — | Non-labored, even - KA | Non-labored, even - KA |
| **Genitourinary** | | | | | |
| Pre-Void Bladder Scan | 194 -LS | — | — | — | — |
| **Patient Belongings** | | | | | |
| Oral Appliance | — | None -LS | — | None -KA | — |
| Vision | — | Glasses 📄 reading glasses -LS | — | None -KA | — |
| Hearing Aid | — | None -LS | — | None -KA | — |
| Jewelry | — | None -LS | — | None -KA | — |
| Clothing | — | With Patient -LS | — | — 📄 1 bag white belongings, 1 green personal tote, 1 CPAP machine/bag -KA | — |
| Electronic | — | Cell Phone;Charger | — | None -KA | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1923

Printed by 71334 at 8/21/24 10:12 AM

MC_001055

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Equipment | | -LS | | | |
|---|---|---|---|---|---|
| Home Medications (includes over the counter medications and supplements) | — | No -LS | — | No -KA | — |
| Other Belongings | — | CPAP/BiPAP -LS | — | None -KA | — |

Source of Information

| Information Obtained From | — | Patient -AP | — | — | — |
|---|---|---|---|---|---|

ZZ Latex Allergy Assessment (Retired)

| Have you had a reaction to latex balloons or rubber gloves? | — | No -AP | — | — | — |
|---|---|---|---|---|---|
| Have you ever had a reaction after eating banana, avocado, or kiwis? | — | No -AP | — | — | — |
| Any of the above answers "Yes"? | — | No -AP | — | — | — |

Domestic Abuse Assessment

| Are you being hurt, hit or frightened by anyone at home or in your life? | — | No -AP | — | — | — |
|---|---|---|---|---|---|
| When you are discharged is it safe for you to go home? | — | Yes -AP | — | — | — |

Morse Falls Risk: High Risk is > or equal 45

| History of Falls in Last 3 Months? | — | — | Yes ! -AP | — | — |
|---|---|---|---|---|---|
| Secondary Diagnosis | — | — | Yes -AP | — | — |
| Ambulatory Aid | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -AP | — | — |
| IV or Heparin Lock | — | — | Yes -AP | — | — |
| Gait and Transferring | — | — | Weak -AP | — | — |
| Mental Status | — | — | Oriented (and realistic) to own ability -AP | — | — |
| Morse Fall Risk Total | — | — | 85 -AP | — | — |

Fall Risk Interventions

| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1924

Printed by 71334 at 8/21/24 10:12 AM

MC_001056

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | environment provided;Bed/Chair/ Personal alarm in place;Designated non-skid footwear;Display Falls signage in/outside patient room;Wheels locked -LS | | | | |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Date of Last Fall | — | — | 04/18/23 -AP | — | — |

| Row Name | 06/26/23 1800 | 06/26/23 1752 | 06/26/23 1748 | 06/26/23 1745 | 06/26/23 1734 |
|---|---|---|---|---|---|

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| BP | 114/64 -KA | — | — | 105/60 -CSA | — |
| BP Method | Automatic -KA | — | — | Automatic -CSA | — |
| MAP (mmHg) | 81 mmHg -KA | — | — | 75 mmHg -CSA | — |
| Pulse | 85 -KA | — | — | 94 -CSA | — |
| Resp | 14 -KA | — | — | 17 -CSA | — |
| SpO2 | 94 % -KA | — | — | 96 % -CSA | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | Oxygen -KA | — | — | — | — |
| Oxygen Device/Source | Nasal Cannula -KA | — | — | — | — |
| O2 Flow Rate (L/min) | 2 -KA | — | — | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -KA | — | Re-Assessment -CSA | — | Assessment -CSA |
| Patient Currently in Pain | Yes -KA | — | Yes -CSA | — | Yes -CSA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -CSA | — | Numeric (patient able to self-report) -CSA |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 4/10 -KA | — | 4/10 -CSA | — | 5/10 -CSA |
| Pain Location 1 | KNEE -KA | — | KNEE -CSA | — | KNEE -CSA |
| Pain Orientation 1 | Left -KA | — | Left -CSA | — | Left -CSA |
| Pain Duration 1 | Continuous -KA | — | Continuous -CSA | — | Continuous -CSA |
| Pain Onset 1 | Acute Pain -KA | — | Acute Pain -CSA | — | Acute Pain -CSA |
| Pain Quality 1 | Burning -KA | — | Burning -CSA | — | Burning -CSA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | Medication -CSA | — | Medication -CSA |

**Modified Aldrete**

| | | | | | |
|---|---|---|---|---|---|
| Activity | — | Able to move 4 | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1925

Printed by 71334 at 8/21/24 10:12 AM

MC_001057

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | extremities voluntarily or on command -KA | | | |
| Respiration | — | Able to breathe deeply and cough freely -KA | — | — | — |
| Circulation | — | Blood pressure is plus or minus 20% of pre-anesthetic level -KA | — | — | — |
| Consciousness | — | Fully awake -KA | — | — | — |
| Oxygen Saturation | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -KA | — | — | — |
| Modified Aldrete Score | — | 9 -KA | — | — | — |

**Immobilizers & Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Immobilizers | — | Knee immobilizer - KA | — | — | — |
| Interventions | — | Reassurance given -KA | — | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | Asleep -KA | — | — | — | — |
| Orientation Level | Appropriate for developmental age -KA | — | — | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Motor Response LLE | Spontaneous and purposeful;ROM diminished;Localizes pain -KA | — | — | — | — |
| Sensation LLE | Pain -KA | — | — | — | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| LLE Capillary Refill | Less than 3 seconds -KA | — | — | — | — |
| LLE Temperature/Condition | Dry;Warm -KA | — | — | — | — |
| LLE Pulse Quality | Palpable -KA | — | — | — | — |
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | — | — | — |
| Anti-Embolism Device Intervention | On -KA | — | — | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | Regular -KA | — | — | — | — |

**Cardiac**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Rhythm | Normal Sinus Rhythm;Left Bundle | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1926
Printed by 71334 at 8/21/24 10:12 AM

MC_001058

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | Branch Block -KA | | | | |
|---|---|---|---|---|---|
| Ectopy | None -KA | — | — | — | — |

**Respiratory**

| Resp Pattern / Effort | Non-labored, even - KA | Non-labored, even - KA | — | — | — |
|---|---|---|---|---|---|

**LLE**

| L Knee | Limited movement - KA | — | — | — | — |
|---|---|---|---|---|---|

**Skin**

| Skin Color (generalized) | Appropriate, even tone -KA | — | — | — | — |
|---|---|---|---|---|---|
| Skin Temp/Cond (generalized) | Dry;Warm -KA | — | — | — | — |
| Skin Integrity 1 | Incision -KA | — | — | — | — |
| Skin Location 1 | left knee -KA | — | — | — | — |

**Fall Risk Interventions**

| Fall Risk Interventions | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | — | — |
|---|---|---|---|---|---|

**PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance**

| Ineffective Airway Maintenance Care Plan Goal | — | Normal rate and depth of respirations -KA | — | — | — |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | Goal met -KA | — | — | — |

**PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain**

| Potential for Alteration in Comfort: Pain - Interventions | — | Assess level of comfort/pain -KA | — | — | — |
|---|---|---|---|---|---|
| Comfort/Pain Goal | — | Patient demonstrates or reports decreased pain level;Patient tolerates pain level - KA | — | — | — |
| Evaluation of Goals Met | — | Goal met -KA | — | — | — |

**PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting**

| Potential for Nausea and Vomiting - Interventions | — | Assess patient for complaints of nausea -KA | — | — | — |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | Goal met -KA | — | — | — |

| Row Name | 06/26/23 1730 | 06/26/23 1729 | 06/26/23 1715 | 06/26/23 1703 | 06/26/23 1700 |
|---|---|---|---|---|---|

**Arrival**

| Patient/Caregiver Update | Called;Family;Updated by Charlene, RN -KA | Family;Updated - CSA | — | — | — |
|---|---|---|---|---|---|

**Vitals**

| BP | 107/71 -CSA | — | 115/72 -KA | — | 108/55 -KA |
|---|---|---|---|---|---|
| BP Method | Automatic -CSA | — | Automatic -KA | — | Automatic -KA |
| MAP (mmHg) | 83 mmHg -CSA | — | 86 mmHg -KA | — | 73 mmHg -KA |
| Pulse | 91 -CSA | — | 91 -KA | — | 91 -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1927

Printed by 71334 at 8/21/24 10:12 AM

MC_001059

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Resp | 22 -CSA | — | 14 -KA | — | 23 -KA |
| SpO2 | 95 % -CSA | — | 100 % -KA | — | 100 % -KA |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Oxygen -KA | — | Oxygen -KA |
| Oxygen Device/Source | — | — | Nasal Cannula -KA | — | Nasal Cannula -KA |
| O2 Flow Rate (L/min) | — | — | 2 -KA | — | 2 -KA |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA | — |
| Patient Currently in Pain | Yes -KA | — | Yes -KA | Yes -KA | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KA | — | 6/10 -KA | 8/10 -KA | — |
| Pain Location 1 | KNEE -KA | — | KNEE -KA | KNEE -KA | — |
| Pain Orientation 1 | Left -KA | — | Left -KA | Left -KA | — |
| Pain Duration 1 | Continuous -KA | — | Continuous -KA | Continuous -KA | — |
| Pain Onset 1 | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA | — |
| Pain Quality 1 | Burning -KA | — | Burning -KA | Burning -KA | — |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — |
| **Immobilizers & Interventions** | | | | | |
| Immobilizers | — | — | Knee immobilizer;Ace wrap -KA | — | — |
| Interventions | — | — | Reassurance given -KA | — | Reassurance given -KA |
| **Neurological** | | | | | |
| Level of Consciousness | Arousable;Drowsy -KA | — | — | — | Arousable;Drowsy -KA |
| Orientation Level | Appropriate for developmental age -KA | — | — | — | Appropriate for developmental age -KA |
| **Neurological** | | | | | |
| Motor Response LLE | Spontaneous and purposeful;Pharmacologically impaired;Localizes pain -KA | — | — | — | Spontaneous and purposeful;ROM diminished;Pharmacologically impaired;Localizes pain -KA |
| Sensation LLE | Pain -KA | — | — | — | Pain -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1928

Printed by 71334 at 8/21/24 10:12 AM

MC_001060

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

### Peripheral Vascular

| | | | | | |
|---|---|---|---|---|---|
| LLE Capillary Refill | Less than 3 seconds -KA | — | — | — | Less than 3 seconds -KA |
| LLE Temperature/Condition | Dry;Warm -KA | — | — | — | Dry;Warm -KA |
| LLE Pulse Quality | Palpable -KA | — | — | — | Palpable -KA |
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA |
| Anti-Embolism Device Intervention | On -KA | — | — | — | On -KA |

### Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | — | — | Regular -KA | — | Regular -KA |

### Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Rhythm | — | — | Left Bundle Branch Block;Normal Sinus Rhythm -KA | — | Left Bundle Branch Block;Normal Sinus Rhythm -KA |
| Ectopy | — | — | None -KA | — | None -KA |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| Resp Pattern / Effort | — | — | Non-labored, even - KA | — | Non-labored, even - KA |

### LLE

| | | | | | |
|---|---|---|---|---|---|
| L Knee | Limited movement - KA | — | — | — | — |

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA | — | — |

| Row Name | 06/26/23 1652 | 06/26/23 1648 | 06/26/23 1645 | 06/26/23 1643 | 06/26/23 1638 |
|---|---|---|---|---|---|

### Vitals

| Row Name | 06/26/23 1652 | 06/26/23 1648 | 06/26/23 1645 | 06/26/23 1643 | 06/26/23 1638 |
|---|---|---|---|---|---|
| BP | — | — | 118/75 -KA | — | — |
| BP Method | — | — | Automatic -KA | — | — |
| MAP (mmHg) | — | — | 89 mmHg -KA | — | — |
| Pulse | — | — | 96 -KA | — | — |
| Resp | — | — | 11 -KA | — | — |
| SpO2 | — | — | 100 % -KA | — | — |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -KA | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KA | Yes -KA | — | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA | — | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 10/10 Worst pain - KA | 10/10 Worst pain - KA | — | 10/10 Worst pain - KA | 10/10 Worst pain - KA |
| Pain Location 1 | KNEE -KA | KNEE -KA | — | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -KA | — | Left -KA | Left -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1929

Printed by 71334 at 8/21/24 10:12 AM

MC_001061

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Duration 1 | Continuous -KA | Continuous -KA | — | Continuous -KA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | Burning;Sharp -KA | Burning;Sharp -KA | — | Sharp;Burning -KA | Sharp;Burning -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |
| **Cardiovascular** | | | | | |
| Cardiac Regularity | — | — | Regular -KA | — | — |
| **Cardiac** | | | | | |
| Cardiac Rhythm | — | — | Left Bundle Branch Block;Normal Sinus Rhythm -KA | — | — |
| Ectopy | — | — | None -KA | — | — |

| Row Name | 06/26/23 1633 | 06/26/23 1630 | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 |
|---|---|---|---|---|---|
| **Arrival** | | | | | |
| Arrived From | — | — | — | — | OR -KA |
| Mode of Transport | — | — | — | — | Stretcher -KA |
| **Vitals** | | | | | |
| BP | — | 129/88 -KA | 128/77 -KA | 102/61 -KA | 114/84 -KA |
| BP Method | — | Automatic -KA | — | — | Automatic -KA |
| MAP (mmHg) | — | 102 mmHg -KA | 94 mmHg -KA | 75 mmHg -KA | 94 mmHg -KA |
| Temp | — | — | — | — | 35.8 °C (96.4 °F) -KA |
| Temp src | — | — | — | — | Temporal -KA |
| Pulse | — | 113 ! -KA | 103 ! -KA | 109 ! -KA | 106 ! -KA |
| Resp | — | 23 -KA | 16 -KA | 21 -KA | 15 -KA |
| SpO2 | — | 100 % -KA | 100 % -KA | 100 % -KA | 100 % -KA |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Oxygen -KA | — | — | Oxygen -KA |
| Oxygen Device/Source | — | Non-Rebreather Mask -KA | — | — | Non-Rebreather Mask -KA |
| O2 Flow Rate (L/min) | — | 10 -KA | — | — | 10 -KA |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KA | — | — | — | Initial / Admit -KA |
| Patient Currently in Pain | Yes -KA | — | — | — | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | — | — | — | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 10/10 Worst pain -KA | — | — | — | 5/10 -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1930

Printed by 71334 at 8/21/24 10:12 AM

MC_001062

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Location 1 | KNEE -KA | — | — | — | KNEE -KA |
| Pain Orientation 1 | Left -KA | — | — | — | Left -KA |
| Pain Duration 1 | Continuous -KA | — | — | — | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | — | — | — | Acute Pain -KA |
| Pain Quality 1 | Sharp;Burning -KA | — | — | — | Sharp;Burning;Stabbing -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/elevation -KA |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -KA |

**Modified Aldrete**

| | | | | | |
|---|---|---|---|---|---|
| Activity | — | — | — | — | Able to move 4 extremities voluntarily or on command -KA |
| Respiration | — | — | — | — | Able to breathe deeply and cough freely -KA |
| Circulation | — | — | — | — | Blood pressure is plus or minus 20% of pre-anesthetic level -KA |
| Consciousness | — | — | — | — | Arousable on calling -KA |
| Oxygen Saturation | — | — | — | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -KA |
| Modified Aldrete Score | — | — | — | — | 8 -KA |

**Immobilizers & Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Immobilizers | — | — | — | — | Ace wrap;Knee immobilizer -KA |
| Interventions | — | — | — | — | Reassurance given;Ice pack;Head elevated -KA |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | — | Arousable;Drowsy -KA | — | — | Arousable;Drowsy -KA |
| Orientation Level | — | Appropriate for developmental age -KA | — | — | Appropriate for developmental age -KA |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Motor Response | — | Spontaneous and | — | — | Spontaneous and |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1931

Printed by 71334 at 8/21/24 10:12 AM

MC_001063

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| LLE | | purposeful;Pharmac ologically impaired;ROM diminished;Localize s pain -KA | | | purposeful;ROM diminished;Pharmac ologically impaired;Localizes pain -KA |
| Detailed Neuro Assessment | — | — | — | — | Indicated -KA |
| Sensation LLE | — | Pain -KA | — | — | Pain -KA |
| **Peripheral Vascular** | | | | | |
| PVD (WDL) | — | — | — | — | Exceptions to Defined Limits -KA |
| LLE Capillary Refill | — | Less than 3 seconds -KA | — | — | Less than 3 seconds -KA |
| LLE Temperature/Con dition | — | Dry;Warm -KA | — | — | Dry;Warm -KA |
| LLE Pulse Quality | — | Palpable -KA | — | — | Palpable;Strong -KA |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Bilateral -KA |
| Anti-Embolism Device Intervention | — | On -KA | — | — | On;Skin check -KA |
| **Cardiovascular** | | | | | |
| Cardiac Regularity | — | Regular -KA | Regular -KA | Regular -KA | Regular -KA |
| **Cardiac** | | | | | |
| Cardiac (WDL) | — | — | — | — | Within Defined Limits -KA |
| Cardiac Monitor On? | — | — | — | — | Yes 📄 per protocol - KA |
| Cardiac Rhythm | — | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA | Sinus Tachycardia;Left Bundle Branch Block -KA |
| Ectopy | — | None -KA | None -KA | None -KA | None -KA |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | — | — | — | Exceptions to Defined Limits -KA |
| Breath Sounds Bilateral | — | — | — | — | Clear;Equal -KA |
| Resp Pattern / Effort | — | — | — | — | Non-labored, even - KA |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — | — | — | Exceptions to Defined Limits -KA |
| **LLE** | | | | | |
| L Knee | — | — | — | — | Limited movement - KA |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | — | — | — | Exceptions to Defined Limits -KA |
| Urinary Status | — | — | — | — | Has not voided -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1932

Printed by 71334 at 8/21/24 10:12 AM

MC_001064

Larocque, Linda J
MRN: 172930

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Skin | | | | | |
|---|---|---|---|---|---|
| Skin (WDL) | — | — | — | — | Exceptions to Defined Limits -KA |
| Skin Color (generalized) | — | — | — | — | Appropriate, even tone -KA |
| Skin Temp/Cond (generalized) | — | — | — | — | Dry;Warm -KA |
| Skin Integrity 1 | — | — | — | — | Incision -KA |
| Skin Location 1 | — | — | — | — | left knee -KA |

| Patient Belongings | | | | | |
|---|---|---|---|---|---|
| Oral Appliance | — | — | — | — | None -KA |
| Vision | — | — | — | — | None -KA |
| Hearing Aid | — | — | — | — | None -KA |
| Jewelry | — | — | — | — | None -KA |
| Clothing | — | — | — | — | None -KA |
| Electronic Equipment | — | — | — | — | None -KA |
| Home Medications (includes over the counter medications and supplements) | — | — | — | — | No -KA |
| Other Belongings | — | — | — | — | None -KA |

| Morse Falls Risk: High Risk is > or equal 45 | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | — | — | — | **Yes !** -KA |
| Secondary Diagnosis | — | — | — | — | Yes -KA |
| Ambulatory Aid | — | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KA |
| IV or Heparin Lock | — | — | — | — | Yes -KA |
| Gait and Transferring | — | — | — | — | Impaired -KA |
| Mental Status | — | — | — | — | Oriented (and realistic) to own ability -KA |
| Morse Fall Risk Total | — | — | — | — | 95 -KA |

| Fall Risk Interventions | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | — | — | Bed/Cart in lowest position;Line of sight;Wheels locked -KA |

| Risk for Injury | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | — | Recent surgery;Age -KA |

| Row Name | 06/26/23 1556 | 06/26/23 1436 | 06/26/23 1400 | 06/26/23 1333 | 06/26/23 1328 |
|---|---|---|---|---|---|
| **NPO Status** | | | | | |
| Time of Last Void | — | — | — | 1330 -CS | — |
| **Patient Belongings** | | | | | |
| Oral Appliance | — | None -EH | — | — | — |
| Vision | — | None -EH | — | — | — |
| Hearing Aid | — | None -EH | — | — | — |
| Jewelry | — | None -EH | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1933

Printed by 71334 at 8/21/24 10:12 AM

MC_001065

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Clothing | — | None -EH | — | — | — |
|---|---|---|---|---|---|
| Electronic Equipment | — | None -EH | — | — | — |
| Home Medications (includes over the counter medications and supplements) | — | No -EH | — | — | — |
| Other Belongings | — | None -EH | Medical Device 🖹 KNEE IMMOBILIZER - FT | — | — |

Pre-Procedure Care Plan Diagnosis: Anxiety Related to Impending Procedure and Anesthesia/Sedation

| Does the patient have anxiety? | — | — | — | — | Yes -CS |
|---|---|---|---|---|---|
| Anxiety Care Plan Interventions | — | — | — | — | Identify self and address patient by name;Explain procedure (On patient's level) using age specific language;Answer questions and allow patient to verbalize anxieties;Provide support to patient and family members present -CS |
| Anxiety Care Plan Goal | — | — | — | — | Decrease anxiety -CS |
| Evaluation of Goals Met | — | — | — | — | Goal met -CS |

Preprocedure Care Plan Diagnosis: Potential for Impaired Safety

| Impaired Safety Care Plan Interventions | — | — | — | — | Use correct patient identifiers;Siderails up/wheels locked;8 rights of medication administration;DVT/ VTE precautions as ordered;Hand off report;Meet Aldrete Score of 8 or above prior to discharge;Transported with staff -CS |
|---|---|---|---|---|---|
| Impaired Safety Care Plan Goal | — | — | — | — | Patient free of injury -CS |
| Impaired Safety Evaluation of Goals Met | — | — | — | — | Goal met -CS |

Preprocedure Care Plan Diagnosis: Potential for Knowledge Deficit Relative to Operative Procedure

| Potential for Knowledge Deficit Relative to Operative Procedure - Interventions | — | — | — | — | Post-op teaching related to age/appropriate pain scale -CS |
|---|---|---|---|---|---|
| Knowledge Deficit Goal | — | — | — | — | Patient verbalized understanding -CS |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1934

Printed by 71334 at 8/21/24 10:12 AM

MC_001066

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Evaluation of Goals Met | — | — | — | — | | Goal met -CS |

**Intraprocedure Care Plan: Infection Goal**

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Infection Interventions | Administer prescribed prophalactic antibiotics;Maintain sterile technique;Perform adequate skin prep;Limit unecessary traffic in operative suite -FT | — | — | — | — |
| Intraprocedure Care Plan: Infection Goal Met | Goal met -FT | — | — | — | — |

**Intraprocedure Care Plan: Privacy Goal**

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Privacy Interventions | Limit unnecessary traffic in the operative suite;Maintain patient confidentiality and share patient information only with staff directly involved in care;Provide care respecting worth and dignity regardless of diagnosis, disease process, procedure or projected outcomes;Maintain patient's dignity and privacy -FT | — | — | — | — |
| Intraprocedure Care Plan: Privacy Goal Met | Goal met -FT | — | — | — | — |

**Intraprocedure Care Plan: Safety Goal**

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Safety Interventions | Check equipment for safety;Check OR bed for proper functioning;Identify surgical site and appropriate position;Pad all bony prominences;Maintain proper body alignment;Proper use of safety measures for transport and transfer -FT | — | — | — | — |
| Intraprocedure Care Plan: Safety Goal Met | Goal met -FT | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1935

Printed by 71334 at 8/21/24 10:12 AM

MC_001067

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Row Name | 06/26/23 1304 | 06/26/23 1150 | 06/23/23 1000 | 06/23/23 0933 | |
|---|---|---|---|---|---|
| **Preop Information** | | | | | |
| Surgical Procedure (Include laterality) | — | — | — | REPAIR, TENDON, PATELLAR, OPEN (702053) Left -MB | |
| Date history reviewed last | 06/26/23 -CS | — | — | 06/23/23 -MB | |
| Have you had any changes to your medical history since last reviewed? | No -CS | — | — | — | |
| **Specialists** | | | | | |
| Specialists | — | — | — | Cardiology;Pulmonology -MB | |
| Cardiology provider name | — | — | — | Guerra -MB | |
| Cardiology last visit date | — | — | — | monday 6/26/23 -MB | |
| Pulmonology provider name | — | — | — | Nguyen-Lamb -MB | |
| Pulmonology last visit date | — | — | — | 1/2023 -MB | |
| Have you ever had an EKG? | — | — | — | Yes -MB | |
| When? | — | — | — | 2/2/23 -MB | |
| **Arrival** | | | | | |
| Ride / Caregiver Name | Marion -CS | — | — | Christopher -MB | |
| Relationship of Caregiver | daughter -CS | — | — | Son -MB | |
| Phone Number for Ride/Caregiver | 253-376-3297 -CS | — | — | 253 678 5322 -MB | |
| Disposition of Ride/Caregiver | Call -CS | — | — | — | |
| Patient/Caregiver Update | Patient;Updated;Family;Visiting -CS | — | — | — | |
| Interpreter used? | — | — | — | No -MB | |
| Patient Preferred Language | — | — | — | English -MB | |
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | ID;Allergies -CS | — | — | — | |
| History of Present Illness | see consent -CS | — | — | — | |
| **NPO Status** | | | | | |
| Last Solids - Date | 06/25/23 -CS | — | — | — | |
| Last Solids - Time | 1600 -CS | — | — | — | |
| Last Liquids - Date | 06/26/23 -CS | — | — | — | |
| Last Liquids - Time | 0900 📄 water with meds -CS | — | — | — | |
| **Vitals** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1936

Printed by 71334 at 8/21/24 10:12 AM

MC_001068

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| BP | — | 128/92 ! -MC | — | — |
| BP Method | — | Automatic -MC | — | — |
| MAP (mmHg) | — | 104 mmHg -MC | — | — |
| Temp | — | 36.2 °C (97.1 °F) - MC | — | — |
| Temp src | — | Temporal -MC | — | — |
| Pulse | — | 90 -MC | — | — |
| Resp | — | 20 -MC | — | — |
| SpO2 | — | 97 % -MC | — | — |

**Orthostatic BP**

| | | | | |
|---|---|---|---|---|
| BP Site | — | Left upper arm -MC | — | — |

**Oxygen Therapy**

| | | | | |
|---|---|---|---|---|
| Oxygen Device/Source | — | None (Room Air) - MC | — | — |

**Height and Weight**

| | | | | |
|---|---|---|---|---|
| Height | — | 1.676 m (5' 6") -MC | — | 1.676 m (5' 6") -MB |
| Height Method | — | Stated -MC | — | Stated -MB |
| Weight | — | 108.4 kg (239 lb) - MC | — | 114.8 kg (253 lb) - MB |
| Weight Method | — | Scale -MC | — | Stated -MB |

**Chlorhexidine Prep**

| | | | | |
|---|---|---|---|---|
| Chlorhexidine Gluconate Applied | PM before surgery;AM of surgery;Patient applied independently -CS | — | — | — |

**Nasal Antiseptic - Decolonization**

| | | | | |
|---|---|---|---|---|
| Nasal Antiseptic Swab applied | Pre Op;Yes -CS | — | — | — |

**Anesthesia Related Questions**

| | | | | |
|---|---|---|---|---|
| Steroid Use in Last 3 Months | — | — | — | No -MB |

**Exercise tolerance**

| | | | | |
|---|---|---|---|---|
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | — | — | — | Yes -MB |

**Pain Education**

| | | | | |
|---|---|---|---|---|
| Pain Education | Yes -CS | — | — | Yes -MB |
| Patient's Realistic Pain Goal | — | — | — | 5 -MB |

**Pain Assessment**

| | | | | |
|---|---|---|---|---|
| Pain Assessment | Initial / Admit -CS | — | — | Assessment -MB |
| Patient Currently in Pain | Yes -CS | — | — | Yes -MB |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - MB |

**Pain 1**

| | | | | |
|---|---|---|---|---|
| Numeric Pain Scale 1 | 3/10 -CS | — | — | 2/10 -MB |
| Functional Pain Scale (Self-Report) 1 | Interferes with even passive activities - CS | — | — | Doesn't interfere with activities -MB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1937

Printed by 71334 at 8/21/24 10:12 AM

MC_001069

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Pain Location 1 | KNEE -CS | — | — | KNEE -MB |
| Pain Orientation 1 | Left -CS | — | — | Left -MB |
| Pain Duration 1 | Continuous -CS | — | — | Continuous -MB |
| Pain Onset 1 | Acute Pain -CS | — | — | Chronic/ Persistent Pain (including Neuropathic pain);Acute Pain -MB |
| Pain Quality 1 | Aching;Dull;Burning; Radiating 🗎 "radiates down to shin" -CS | — | — | Aching;Burning;Sharp;Shooting -MB |
| Pain Intervention(s) 1 | — | — | — | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white noise);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -MB |

**Need More Pain Locations?**

| | | | | |
|---|---|---|---|---|
| More Pain Locations Needed? | Pain Group 2 -CS | — | — | — |

**Pain 2**

| | | | | |
|---|---|---|---|---|
| Numeric Pain Scale 2 | 2/10 -CS | — | — | — |
| Functional Pain Scale 2 (Self-Report) | Interferes with some activities -CS | — | — | — |
| Pain Location 2 | BACK LOWER -CS | — | — | — |
| Pain Duration 2 | Continuous -CS | — | — | — |
| Pain Onset 2 | Chronic/ Persistent Pain (including Neuropathic pain) -CS | — | — | — |
| Pain Quality 2 | Pain -CS | — | — | — |

**Modified Aldrete**

| | | | | |
|---|---|---|---|---|
| Activity | Able to move 4 extremities voluntarily or on command -CS | — | — | — |
| Respiration | Able to breathe deeply and cough freely -CS | — | — | — |
| Circulation | Blood pressure is plus or minus 20% of pre-anesthetic level -CS | — | — | — |
| Consciousness | Fully awake -CS | — | — | — |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1938    Printed by 71334 at 8/21/24 10:12 AM

MC_001070

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Oxygen Saturation | Able to maintain oxygen saturation greater than 92% on room air -CS | — | — | — |
| Modified Aldrete Score | 10 -CS | — | — | — |
| **Immobilizers & Interventions** | | | | |
| Interventions | Head elevated;Reassurance given;Forced-air warming gown 📄 cool air -CS | — | — | — |
| **Neurological** | | | | |
| Motor Response Generalized | Other (comment) 📄 walk with cane and immobilizer -CS | — | — | — |
| **Neurological** | | | | |
| Neuro (WDL) | Exceptions to Defined Limits -CS | — | — | — |
| Motor Response LLE | Localizes pain;ROM diminished -CS | — | — | — |
| Detailed Neuro Assessment | Indicated -CS | — | — | — |
| Sensation LLE | Intact -CS | — | — | — |
| **HEENT Assessment** | | | | |
| HEENT (WDL) | Within Defined Limits -CS | — | — | — |
| Hearing Aids | — | — | — | No -MB |
| Requires Visual Aids | — | — | — | Yes (Comment) -MB |
| **Peripheral Vascular** | | | | |
| PVD (WDL) | Within Defined Limits -CS | — | — | — |
| LLE Capillary Refill | Less than 3 seconds -CS | — | — | — |
| LLE Temperature/Condition | Dry;Warm -CS | — | — | — |
| LLE Pulse Quality | Palpable -CS | — | — | — |
| Anti-Embolism Devices | Right;Antiembolism stockings - knee;Sequential compression devices - knee high -CS | — | — | — |
| Anti-Embolism Device Intervention | On -CS | — | — | — |
| **Cardiac** | | | | |
| Cardiac (WDL) | Within Defined Limits -CS | — | — | — |
| Pacemaker/AICD | — | — | — | No -MB |
| **Respiratory** | | | | |
| Respiratory (WDL) | Within Defined Limits -CS | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1939

Printed by 71334 at 8/21/24 10:12 AM

MC_001071

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Musculoskeletal | | | | |
|---|---|---|---|---|
| Musculoskeletal (WDL) | Exceptions to Defined Limits -CS | — | — | — |
| **LLE** | | | | |
| L Knee | Limited movement;Swelling; Other (Comment) 📄 pain -CS | — | — | — |
| **Gastrointestinal** | | | | |
| Gastrointestinal (WDL) | Within Defined Limits -CS | — | — | — |
| Last Bowel Movement Date | 06/26/23 -CS | — | — | — |
| **Genitourinary** | | | | |
| Genitourinary (WDL) | Within Defined Limits -CS | — | — | — |
| **Menstruation** | | | | |
| Do you menstruate? | No -CS | — | — | — |
| Are you menopasal, or have a history of hysterectomy or bilateral tubal ligation? | Yes -CS | — | — | — |
| **Skin** | | | | |
| Skin (WDL) | Within Defined Limits -CS | — | — | — |
| Do you have any skin breakdown? | — | — | — | No -MB |
| **Psychosocial** | | | | |
| Psychosocial (WDL) | Exceptions to Defined Limits -CS | — | — | — |
| Patient Behaviors | Anxious;Calm;Cooperative -CS | — | — | — |
| Family/Visitor Behaviors | Calm;Cooperative;Supportive -CS | — | — | — |
| **Patient Belongings** | | | | |
| Oral Appliance | None -CS | — | — | — |
| Vision | None -CS | — | — | — |
| Hearing Aid | None -CS | — | — | — |
| Jewelry | None -CS | — | — | — |
| Clothing | To Locker/Cubby 📄 2 bags -CS | — | — | — |
| Electronic Equipment | Cell Phone;To Locker/Cubby -CS | — | — | — |
| Home Medications (includes over the counter medications and supplements) | No -CS | — | — | — |
| Other Belongings | Medical Device;CPAP/BiPAP 📄 brace on bed/cpap to locker -CS | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1940

Printed by 71334 at 8/21/24 10:12 AM

MC_001072

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| Source of Information | | | | |
|---|---|---|---|---|
| Information Obtained From | Patient -CS | — | — | — |

| Infection Control | | | | |
|---|---|---|---|---|
| Current Respiratory Symptoms Requiring Use of PPE | — | — | — | No -MB |
| Have you been diagnosed within the past year, with a multi-drug resistant organism (MRSA, VRE, ESBL, CRE)? | — | — | — | No, patient denies - MB |
| Have you been exposed to an infectious disease in the last 3 weeks | — | — | — | No, Patient denies - MB |

| ZZ Latex Allergy Assessment (Retired) | | | | |
|---|---|---|---|---|
| Have you had a reaction to latex balloons or rubber gloves? | — | — | No -MB | — |
| Have you ever had a reaction after eating banana, avocado, or kiwis? | — | — | No -MB | — |
| Any of the above answers "Yes"? | — | — | No -MB | — |

| Discharge Planning | | | | |
|---|---|---|---|---|
| Lives With | — | — | — | Spouse/Domestic Partner;Family -MB |
| Receives Help From | — | — | — | None - managing in current setting -MB |
| Type of Residence | — | — | — | Private Residence - MB |
| Anticipated Discharge Disposition | Home -CS | — | — | — |

| Domestic Abuse Assessment | | | | |
|---|---|---|---|---|
| Are you being hurt, hit or frightened by anyone at home or in your life? | No -CS | — | — | — |
| When you are discharged is it safe for you to go home? | Yes -CS | — | — | — |

| Coping | | | | |
|---|---|---|---|---|
| What do you do to relieve stress? | "cry, pray, watch movie" -CS | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1941                                    Printed by 71334 at 8/21/24 10:12 AM

MC_001073

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Any major changes or losses in the last year? | Other (Comment) 📄 "injury, miss trip to see grandchild and lost dog" -CS | — | — | — |
| Would you like additional assistance in coping with this hospitalization? | No -CS | — | — | — |
| Any special concerns about home during this hospitalization? | No -CS | — | — | — |
| Do you have financial concerns related to this hospitalization? | No -CS | — | — | — |
| Do you have a medication prescription benefit? | Yes -CS | — | — | — |
| Are you depressed today? | No -CS | — | — | — |
| Have you thought about causing harm to yourself in the last week? | No -CS | — | — | — |
| **Values / Beliefs** | | | | |
| Cultural Requests During Hospitalization | none -CS | — | — | — |
| Spiritual Requests During Hospitalization | "just pray" -CS | — | — | — |
| Would you refuse a blood transfusion for any reason? | — | — | — | Accepts transfusion -MB |
| **Braden Scale: High risk < or equal 18** | | | | |
| Sensory Perceptions | No impairment -CS | — | — | — |
| Moisture | Rarely moist -CS | — | — | — |
| Activity | Walks occasionally -CS | — | — | — |
| Mobility | Very limited -CS | — | — | — |
| Nutrition | Excellent -CS | — | — | — |
| Friction and Shear | No apparent problem -CS | — | — | — |
| Braden Scale Score | 20 -CS | — | — | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | |
| History of Falls in Last 3 Months? | Yes ! -CS | — | — | — |
| Secondary Diagnosis | Yes -CS | — | — | — |
| Ambulatory Aid | Crutches, cane or walker (Prosthetic | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1942

Printed by 71334 at 8/21/24 10:12 AM

MC_001074

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | &/or Orthotic) -CS | | | |
|---|---|---|---|---|
| IV or Heparin Lock | Yes -CS | — | — | — |
| Gait and Transferring | Weak -CS | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -CS | — | — | — |
| Morse Fall Risk Total | 85 -CS | — | — | — |

**Fall Risk Interventions**

| | | | | |
|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Family/friend present;Safety instructions given;Wheels locked -CS | — | — | — |

**Risk for Injury**

| | | | | |
|---|---|---|---|---|
| Risk for injury | Bones;Recent surgery -CS | — | — | — |

**For Inpatients Only**

| | | | | |
|---|---|---|---|---|
| Is the patient an Inpatient? | Yes -CS | — | — | — |

**Nursing Nutrition Screen**

| | | | | |
|---|---|---|---|---|
| Unplanned Weight Loss in Last Three Months | No 🗒 "down 40 lbs last year with Victoza" -CS | — | — | — |
| Unusual Weight Gain | No -CS | — | — | — |
| Poor Oral Intake for Four or More Days Prior to Admission | No -CS | — | — | — |
| Difficulty Chewing or Swallowing | — | — | — | No -MB |
| Pressure Ulcer or Non-Healing Wound | No -CS | — | — | — |
| Home Tube Feeding or TPN | No -CS | — | — | — |
| Insulin Pump | No -CS | — | — | — |
| Is patient pregnant? | No -CS | — | — | — |
| Is patient lactating? | No -CS | — | — | — |

**User Key**                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1943                                    Printed by 71334 at 8/21/24 10:12 AM

MC_001075

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 2) (continued)**

| | | | |
|---|---|---|---|
| SB | Scheduler Batch | — | — |
| LR | Lillian S Reip, RN | Registered Nurse | Nursing |
| AP | Amelia F Phillips, RN | Registered Nurse | Nursing |
| MC | Maria C Constantino, CNA | Certified Nursing Assistant | — |
| CS | Catherine Sharp, RN | Registered Nurse | Nursing |
| MB | Marie Betcher, RN | Registered Nurse | Nursing |
| EH | Eileen K Hutchinson, RN | Registered Nurse | — |
| CSA | Charlene Sole, RN | Registered Nurse | — |
| FT | Felicidad P Trajico, RN | Registered Nurse | — |
| KA | Kim Y Anderson, RN | Registered Nurse | Nursing |
| CG | Carol Guisasola | — | — |
| RS | Rian C Schneider, RN | Registered Nurse | Nursing |
| CJ | Catherine M Jones | — | — |
| LO | Lisa M O Driscoll, CRNA | Nurse Anesthetist | — |
| MM | Murinda L McCuller, RN | Registered Nurse | Nursing |
| JD | Jason W Demakakos, MD | Anesthesiologist | — |
| NR | Niamh M Robles, MSW, LICSW | Social Worker | SW |
| LS | Latasha Ann Sterkel, CNA | Certified Nursing Assistant | — |
| NB | Nancy M Beachler, RN | Registered Nurse | Nursing |
| KM | Karen K McNallan, RN | Registered Nurse | Nursing |
| AG | Alice Gichuru, CNA | Certified Nursing Assistant | — |
| YL | Yunia H Lunkuse, CNA | Certified Nursing Assistant | — |
| DE | Dawn Emerich, RN | Registered Nurse | Nursing |
| RC | Rachelle M Caviness, Dietitian | DIETITIAN | Child Life |
| M | Mhs Xsolis Flowsheet Doc In | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1944

Printed by 71334 at 8/21/24 10:12 AM

MC_001076

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2)**

### Vital Signs/Pain

| Row Name | 06/27/23 1223 | 06/27/23 1100 | 06/27/23 0811 | 06/27/23 0700 | 06/27/23 0341 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 125/68 -YL | — | — | — | — |
| BP Method | Automatic -YL | — | — | — | — |
| MAP (mmHg) | 86 mmHg -YL | — | — | — | — |
| Pulse | 64 -YL | — | — | — | — |
| Resp | 16 -YL | — | — | — | — |
| SpO2 | 97 % -YL | — | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -YL | — | — | — | — |
| BP Site | Right upper arm -YL | — | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -YL | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -LR | Assessment -LR | Assessment -KM | Assessment -KM |
| Patient Currently in Pain | — | Sleeping/respirations WNL -LR | Yes -LR | Yes -KM | Yes -KM |
| Patient's Realistic Pain Goal | — | — | 3 -LR | 3 -KM | 3 -KM |
| Pain Relieving Factors | — | — | Medication -KM | Ice / Cold Therapy;Medication -KM | Ice / Cold Therapy;Medication -KM |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM | Ambulating / Activity -KM |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 6/10 -LR | 6/10 -KM | 4/10 -KM |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with even passive activities -LR | Interferes with activities, but not passive activities -KM | Interferes with some activities -KM |
| Pain Location 1 | — | — | KNEE -LR | KNEE -KM | KNEE -KM |
| Pain Orientation 1 | — | — | Left -KM | Left -KM | Left -KM |
| Pain Duration 1 | — | — | Continuous -KM | Continuous -KM | Continuous -KM |
| Pain Onset 1 | — | — | Acute Pain -KM | Acute Pain -KM | Acute Pain -KM |
| Pain Quality 1 | — | — | Burning;Tearing -KM | Burning;Tearing -KM | Pain -KM |
| Pain Intervention(s) 1 | — | — | Medication -LR | Medication -KM | Medication -KM |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | Yes -KM | Yes -KM |
| Side Effect of Intervention 1 | — | — | None -KM | None -KM | None -KM |

| Row Name | 06/27/23 0333 | 06/27/23 0204 | 06/26/23 2300 | 06/26/23 2140 | 06/26/23 2100 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 105/65 -AG | — | 115/70 -AG | — | 115/67 -AG |
| BP Method | Automatic -AG | — | Automatic -AG | — | Automatic -AG |
| MAP (mmHg) | 78 mmHg -AG | — | 85 mmHg -AG | — | 83 mmHg -AG |
| Temp | 36 °C (96.8 °F) -AG | — | 36.1 °C (96.9 °F) -AG | — | 36.4 °C (97.5 °F) -AG |
| Temp src | Temporal -AG | — | Temporal -AG | — | Temporal -AG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1945

Printed by 71334 at 8/21/24 10:13 AM

MC_001077

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Pulse | 56 -AG | — | 82 -AG | — | 80 -AG |
| Resp | 18 -AG | — | 20 -AG | — | 20 -AG |
| SpO2 | 96 % -AG | — | 94 % -AG | — | 91 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -AG | — | Semi Fowler's -AG | — | Semi Fowler's -AG |
| BP Site | Right upper arm -AG | — | Right forearm -AG | — | Right forearm -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -AG | — | Room air -AG |
| Oxygen Device/Source | CPAP -AG | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -KM | Assessment -KM | Re-Assessment -KM | — |
| Patient Currently in Pain | — | Sleeping/respirations WNL -KM | Yes -KM | Yes -KM | — |
| Patient's Realistic Pain Goal | — | — | 3 -KM | 3 -KM | — |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -KM | Ice / Cold Therapy;Medication -KM | — |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KM | 6/10 -KM | — |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -KM | Interferes with activities, but not passive activities -KM | — |
| Pain Location 1 | — | — | KNEE -KM | KNEE -KM | — |
| Pain Orientation 1 | — | — | Left -KM | Left -KM | — |
| Pain Duration 1 | — | — | Continuous -KM | Continuous -KM | — |
| Pain Onset 1 | — | — | Acute Pain -KM | Acute Pain -KM | — |
| Pain Quality 1 | — | — | Stabbing;Tearing -KM | Stabbing;Pain -KM | — |
| Pain Intervention(s) 1 | — | — | Medication -KM | Ice (T/pump, cold compress);Medication -KM | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | Yes -KM | — |
| Side Effect of Intervention 1 | — | — | None -KM | None -KM | — |

| Row Name | 06/26/23 2051 | 06/26/23 2000 | 06/26/23 1927 | 06/26/23 1846 | 06/26/23 1815 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 122/66 -AG | 121/61 -AG | 135/61 -LS | 104/63 -KA |
| BP Method | — | Automatic -AG | Automatic -AG | Automatic -LS | Automatic -KA |
| MAP (mmHg) | — | 85 mmHg -AG | 81 mmHg -AG | 82 mmHg -LS | 77 mmHg -KA |
| Temp | — | — | 35.6 °C (96.1 °F) -AG | 36.2 °C (97.1 °F) -LS | — |
| Temp src | — | — | Temporal -AG | Temporal -LS | — |
| Pulse | — | — | 81 -AG | 80 -LS | 92 -KA |
| Resp | — | — | 20 -AG | 20 -LS | 20 -KA |
| SpO2 | — | — | 91 % -AG | 92 % -LS | 94 % -KA |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1946

Printed by 71334 at 8/21/24 10:13 AM

MC_001078

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

### Orthostatic BP

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | — | Semi Fowler's -AG | Semi Fowler's -LS | — |
| BP Site | — | — | Right forearm -AG | Right upper arm -LS | — |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | Room air -AG | Room air -LS | Oxygen -KA |
| Oxygen Device/Source | — | — | — | None (Room Air) - LS | Nasal Cannula -KA |
| O2 Flow Rate (L/min) | — | — | — | — | 2 -KA |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -KM | — | — | Assessment -AP | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KM | — | — | Yes -AP | Yes -KA |
| Patient's Realistic Pain Goal | 3 -KM | — | — | — | — |
| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | — | — | — |
| Pain Aggravating Factors | Ambulating / Activity -KM | — | — | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KM | — | — | Numeric (patient able to self-report) - AP | Numeric (patient able to self-report) - KA |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 6/10 -KM | — | — | 5/10 -AP | 4/10 -KA |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KM | — | — | — | — |
| Pain Location 1 | KNEE -KM | — | — | KNEE -AP | KNEE -KA |
| Pain Orientation 1 | Left -KM | — | — | Left -AP | Left -KA |
| Pain Duration 1 | Continuous -KM | — | — | Continuous -AP | Continuous -KA |
| Pain Onset 1 | Acute Pain -KM | — | — | Acute Pain -AP | Acute Pain -KA |
| Pain Quality 1 | Stabbing;Pain -KM | — | — | Burning -AP | Burning -KA |
| Pain Intervention(s) 1 | — | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

| Row Name | 06/26/23 1800 | 06/26/23 1748 | 06/26/23 1745 | 06/26/23 1734 | 06/26/23 1730 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 114/64 -KA | — | 105/60 -CS | — | 107/71 -CS |
| BP Method | Automatic -KA | — | Automatic -CS | — | Automatic -CS |
| MAP (mmHg) | 81 mmHg -KA | — | 75 mmHg -CS | — | 83 mmHg -CS |
| Pulse | 85 -KA | — | 94 -CS | — | 91 -CS |
| Resp | 14 -KA | — | 17 -CS | — | 22 -CS |
| SpO2 | 94 % -KA | — | 96 % -CS | — | 95 % -CS |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1947

Printed by 71334 at 8/21/24 10:13 AM

MC_001079

Larocque, Linda J
MRN: 172930

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 2 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Oxygen Therapy | | | | | |
| O2 Delivery | Oxygen -KA | — | — | — | — |
| Oxygen Device/Source | Nasal Cannula -KA | — | — | — | — |
| O2 Flow Rate (L/min) | 2 -KA | — | — | — | — |
| Pain Assessment | | | | | |
| Pain Assessment | Re-Assessment -KA | Re-Assessment -CS | — | Assessment -CS | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KA | Yes -CS | — | Yes -CS | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - CS | — | Numeric (patient able to self-report) - CS | Numeric (patient able to self-report) - KA |
| Pain 1 | | | | | |
| Numeric Pain Scale 1 | 4/10 -KA | 4/10 -CS | — | 5/10 -CS | 6/10 -KA |
| Pain Location 1 | KNEE -KA | KNEE -CS | — | KNEE -CS | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -CS | — | Left -CS | Left -KA |
| Pain Duration 1 | Continuous -KA | Continuous -CS | — | Continuous -CS | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -CS | — | Acute Pain -CS | Acute Pain -KA |
| Pain Quality 1 | Burning -KA | Burning -CS | — | Burning -CS | Burning -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Medication -CS | — | Medication -CS | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

| Row Name | 06/26/23 1715 | 06/26/23 1703 | 06/26/23 1700 | 06/26/23 1652 | 06/26/23 1648 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 115/72 -KA | — | 108/55 -KA | — | — |
| BP Method | Automatic -KA | — | Automatic -KA | — | — |
| MAP (mmHg) | 86 mmHg -KA | — | 73 mmHg -KA | — | — |
| Pulse | 91 -KA | — | 91 -KA | — | — |
| Resp | 14 -KA | — | 23 -KA | — | — |
| SpO2 | 100 % -KA | — | 100 % -KA | — | — |
| Oxygen Therapy | | | | | |
| O2 Delivery | Oxygen -KA | — | Oxygen -KA | — | — |
| Oxygen Device/Source | Nasal Cannula -KA | — | Nasal Cannula -KA | — | — |
| O2 Flow Rate (L/min) | 2 -KA | — | 2 -KA | — | — |
| Pain Assessment | | | | | |
| Pain Assessment | Re-Assessment -KA | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KA | Yes -KA | — | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA | — | Numeric (patient able to self-report) - KA | Numeric (patient able to self-report) - KA |
| Pain 1 | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1948

Printed by 71334 at 8/21/24 10:13 AM

MC_001080

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Flowsheets (group 2 of 2) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 6/10 -KA | 8/10 -KA | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA |
| Pain Location 1 | KNEE -KA | KNEE -KA | — | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -KA | — | Left -KA | Left -KA |
| Pain Duration 1 | Continuous -KA | Continuous -KA | — | Continuous -KA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | Burning -KA | Burning -KA | — | Burning;Sharp -KA | Burning;Sharp -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/elevation -KA |

| Row Name | 06/26/23 1645 | 06/26/23 1643 | 06/26/23 1638 | 06/26/23 1633 | 06/26/23 1630 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 118/75 -KA | — | — | — | 129/88 -KA |
| BP Method | Automatic -KA | — | — | — | Automatic -KA |
| MAP (mmHg) | 89 mmHg -KA | — | — | — | 102 mmHg -KA |
| Pulse | 96 -KA | — | — | — | 113 ! -KA |
| Resp | 11 -KA | — | — | — | 23 -KA |
| SpO2 | 100 % -KA | — | — | — | 100 % -KA |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Oxygen -KA |
| Oxygen Device/Source | — | — | — | — | Non-Rebreather Mask -KA |
| O2 Flow Rate (L/min) | — | — | — | — | 10 -KA |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KA | Re-Assessment -KA | Assessment -KA | — |
| Patient Currently in Pain | — | Yes -KA | Yes -KA | Yes -KA | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA | 10/10 Worst pain -KA | — |
| Pain Location 1 | — | KNEE -KA | KNEE -KA | KNEE -KA | — |
| Pain Orientation 1 | — | Left -KA | Left -KA | Left -KA | — |
| Pain Duration 1 | — | Continuous -KA | Continuous -KA | Continuous -KA | — |
| Pain Onset 1 | — | Acute Pain -KA | Acute Pain -KA | Acute Pain -KA | — |
| Pain Quality 1 | — | Sharp;Burning -KA | Sharp;Burning -KA | Sharp;Burning -KA | — |
| Pain Intervention(s) 1 | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, | Emotional support (active listening, therapeutic touch);Ice (T/pump, | Emotional support (active listening, therapeutic touch);Ice (T/pump, | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1949

Printed by 71334 at 8/21/24 10:13 AM

MC_001081

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| Row Name | 06/26/23 1625 | 06/26/23 1620 | 06/26/23 1615 | 06/26/23 1304 | 06/26/23 1150 |
|---|---|---|---|---|---|
| | cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | | |
| **Vitals** | | | | | |
| BP | 128/77 -KA | 102/61 -KA | 114/84 -KA | — | 128/92 ! -MC |
| BP Method | — | — | Automatic -KA | — | Automatic -MC |
| MAP (mmHg) | 94 mmHg -KA | 75 mmHg -KA | 94 mmHg -KA | — | 104 mmHg -MC |
| Temp | — | — | 35.8 °C (96.4 °F) -KA | — | 36.2 °C (97.1 °F) -MC |
| Temp src | — | — | Temporal -KA | — | Temporal -MC |
| Pulse | 103 ! -KA | 109 ! -KA | 106 ! -KA | — | 90 -MC |
| Resp | 16 -KA | 21 -KA | 15 -KA | — | 20 -MC |
| SpO2 | 100 % -KA | 100 % -KA | 100 % -KA | — | 97 % -MC |
| **Orthostatic BP** | | | | | |
| BP Site | — | — | — | — | Left upper arm -MC |
| **Height and Weight** | | | | | |
| Height | — | — | — | — | 1.676 m (5' 6") -MC |
| Height Method | — | — | — | — | Stated -MC |
| Weight | — | — | — | — | 108.4 kg (239 lb) -MC |
| Weight Method | — | — | — | — | Scale -MC |
| BMI (Calculated) | — | — | — | — | 38.59 -MC |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Oxygen -KA | — | — |
| Oxygen Device/Source | — | — | Non-Rebreather Mask -KA | — | None (Room Air) -MC |
| O2 Flow Rate (L/min) | — | — | 10 -KA | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Initial / Admit -KA | Initial / Admit -CSA | — |
| Patient Currently in Pain | — | — | Yes -KA | Yes -CSA | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KA | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KA | 3/10 -CSA | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with even passive activities -CSA | — |
| Pain Location 1 | — | — | KNEE -KA | KNEE -CSA | — |
| Pain Orientation 1 | — | — | Left -KA | Left -CSA | — |
| Pain Duration 1 | — | — | Continuous -KA | Continuous -CSA | — |
| Pain Onset 1 | — | — | Acute Pain -KA | Acute Pain -CSA | — |
| Pain Quality 1 | — | — | Sharp;Burning;Stabbing -KA | Aching;Dull;Burning;Radiating 📄 "radiates down to shin" - | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1950

Printed by 71334 at 8/21/24 10:13 AM

MC_001082

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| | | | | CSA | |
|---|---|---|---|---|---|
| Pain Intervention(s) 1 | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | — | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KA | — | — |
| **Need More Pain Locations?** | | | | | |
| More Pain Locations Needed? | — | — | — | Pain Group 2 -CSA | — |
| **Pain 2** | | | | | |
| Numeric Pain Scale 2 | — | — | — | 2/10 -CSA | — |
| Functional Pain Scale 2 (Self-Report) | — | — | — | Interferes with some activities -CSA | — |
| Pain Location 2 | — | — | — | BACK LOWER -CSA | — |
| Pain Duration 2 | — | — | — | Continuous -CSA | — |
| Pain Onset 2 | — | — | — | Chronic/ Persistent Pain (including Neuropathic pain) -CSA | — |
| Pain Quality 2 | — | — | — | Pain -CSA | — |

| Row Name | 06/23/23 0933 | | | | |
|---|---|---|---|---|---|
| **Height and Weight** | | | | | |
| Height | 1.676 m (5' 6") -MB | | | | |
| Height Method | Stated -MB | | | | |
| Weight | 114.8 kg (253 lb) -MB | | | | |
| Weight Method | Stated -MB | | | | |
| BMI (Calculated) | 40.85 -MB | | | | |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -MB | | | | |
| Patient Currently in Pain | Yes -MB | | | | |
| Patient's Realistic Pain Goal | 5 -MB | | | | |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -MB | | | | |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 2/10 -MB | | | | |
| Functional Pain Scale (Self-Report) 1 | Doesn't interfere with activities -MB | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1951

Printed by 71334 at 8/21/24 10:13 AM

MC_001083

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| | |
|---|---|
| Pain Location 1 | KNEE -MB |
| Pain Orientation 1 | Left -MB |
| Pain Duration 1 | Continuous -MB |
| Pain Onset 1 | Chronic/ Persistent Pain (including Neuropathic pain);Acute Pain -MB |
| Pain Quality 1 | Aching;Burning;Sharp;Shooting -MB |
| Pain Intervention(s) 1 | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white noise);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -MB |

**Vitals/Pain**

| Row Name | 06/27/23 1223 | 06/27/23 1100 | 06/27/23 0811 | 06/27/23 0700 | 06/27/23 0341 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 125/68 -YL | — | — | — | — |
| BP Method | Automatic -YL | — | — | — | — |
| MAP (mmHg) | 86 mmHg -YL | — | — | — | — |
| Pulse | 64 -YL | — | — | — | — |
| Resp | 16 -YL | — | — | — | — |
| SpO2 | 97 % -YL | — | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -YL | — | — | — | — |
| BP Site | Right upper arm -YL | — | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -YL | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -LR | Assessment -LR | Assessment -KM | Assessment -KM |
| Patient Currently in Pain | — | Sleeping/respirations WNL -LR | Yes -LR | Yes -KM | Yes -KM |
| Patient's Realistic Pain Goal | — | — | 3 -LR | 3 -KM | 3 -KM |
| Pain Relieving Factors | — | — | Medication -KM | Ice / Cold Therapy;Medication -KM | Ice / Cold Therapy;Medication -KM |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM | Ambulating / Activity -KM |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM | Numeric (patient able to self-report) -KM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1952

Printed by 71334 at 8/21/24 10:13 AM

MC_001084

Larocque, Linda J
MRN: 172930

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

### Pain 1

| Row Name | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | 6/10 -LR | 6/10 -KM | 4/10 -KM |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with even passive activities -LR | Interferes with activities, but not passive activities -KM | Interferes with some activities -KM |
| Pain Location 1 | — | — | KNEE -LR | KNEE -KM | KNEE -KM |
| Pain Orientation 1 | — | — | Left -KM | Left -KM | Left -KM |
| Pain Duration 1 | — | — | Continuous -KM | Continuous -KM | Continuous -KM |
| Pain Onset 1 | — | — | Acute Pain -KM | Acute Pain -KM | Acute Pain -KM |
| Pain Quality 1 | — | — | Burning;Tearing -KM | Burning;Tearing -KM | Pain -KM |
| Pain Intervention(s) 1 | — | — | Medication -LR | Medication -KM | Medication -KM |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | Yes -KM | Yes -KM |
| Side Effect of Intervention 1 | — | — | None -KM | None -KM | None -KM |

| Row Name | 06/27/23 0333 | 06/27/23 0204 | 06/26/23 2300 | 06/26/23 2140 | 06/26/23 2100 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 105/65 -AG | — | 115/70 -AG | — | 115/67 -AG |
| BP Method | Automatic -AG | — | Automatic -AG | — | Automatic -AG |
| MAP (mmHg) | 78 mmHg -AG | — | 85 mmHg -AG | — | 83 mmHg -AG |
| Temp | 36 °C (96.8 °F) -AG | — | 36.1 °C (96.9 °F) - AG | — | 36.4 °C (97.5 °F) - AG |
| Temp src | Temporal -AG | — | Temporal -AG | — | Temporal -AG |
| Pulse | 56 -AG | — | 82 -AG | — | 80 -AG |
| Resp | 18 -AG | — | 20 -AG | — | 20 -AG |
| SpO2 | 96 % -AG | — | 94 % -AG | — | 91 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -AG | — | Semi Fowler's -AG | — | Semi Fowler's -AG |
| BP Site | Right upper arm -AG | — | Right forearm -AG | — | Right forearm -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -AG | — | Room air -AG |
| Oxygen Device/Source | CPAP -AG | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -KM | Assessment -KM | Re-Assessment -KM | — |
| Patient Currently in Pain | — | Sleeping/respirations WNL -KM | Yes -KM | Yes -KM | — |
| Patient's Realistic Pain Goal | — | — | 3 -KM | 3 -KM | — |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -KM | Ice / Cold Therapy;Medication -KM | — |
| Pain Aggravating Factors | — | — | Ambulating / Activity -KM | Ambulating / Activity -KM | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - KM | Numeric (patient able to self-report) - KM | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KM | 6/10 -KM | — |
| Functional Pain Scale (Self- | — | — | Interferes with some activities -KM | Interferes with activities, but not | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1953

Printed by 71334 at 8/21/24 10:13 AM

MC_001085

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Report) 1 | | | | | passive activities - KM |
| Pain Location 1 | — | — | KNEE -KM | KNEE -KM | — |
| Pain Orientation 1 | — | — | Left -KM | Left -KM | — |
| Pain Duration 1 | — | — | Continuous -KM | Continuous -KM | — |
| Pain Onset 1 | — | — | Acute Pain -KM | Acute Pain -KM | — |
| Pain Quality 1 | — | — | Stabbing;Tearing - KM | Stabbing;Pain -KM | — |
| Pain Intervention(s) 1 | — | — | Medication -KM | Ice (T/pump, cold compress);Medication -KM | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KM | Yes -KM | — |
| Side Effect of Intervention 1 | — | — | None -KM | None -KM | — |

| Row Name | 06/26/23 2051 | 06/26/23 2000 | 06/26/23 1927 | 06/26/23 1846 | 06/26/23 1815 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 122/66 -AG | 121/61 -AG | 135/61 -LS | 104/63 -KA |
| BP Method | — | Automatic -AG | Automatic -AG | Automatic -LS | Automatic -KA |
| MAP (mmHg) | — | 85 mmHg -AG | 81 mmHg -AG | 82 mmHg -LS | 77 mmHg -KA |
| Temp | — | — | 35.6 °C (96.1 °F) - AG | 36.2 °C (97.1 °F) - LS | — |
| Temp src | — | — | Temporal -AG | Temporal -LS | — |
| Pulse | — | — | 81 -AG | 80 -LS | 92 -KA |
| Resp | — | — | 20 -AG | 20 -LS | 20 -KA |
| SpO2 | — | — | 91 % -AG | 92 % -LS | 94 % -KA |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -AG | Semi Fowler's -LS | — |
| BP Site | — | — | Right forearm -AG | Right upper arm -LS | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -AG | Room air -LS | Oxygen -KA |
| Oxygen Device/Source | — | — | — | None (Room Air) - LS | Nasal Cannula -KA |
| O2 Flow Rate (L/min) | — | — | — | — | 2 -KA |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KM | — | — | Assessment -AP | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KM | — | — | Yes -AP | Yes -KA |
| Patient's Realistic Pain Goal | 3 -KM | — | — | — | — |
| Pain Relieving Factors | Ice / Cold Therapy;Medication -KM | — | — | — | — |
| Pain Aggravating Factors | Ambulating / Activity -KM | — | — | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KM | — | — | Numeric (patient able to self-report) - AP | Numeric (patient able to self-report) - KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KM | — | — | 5/10 -AP | 4/10 -KA |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KM | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1954

Printed by 71334 at 8/21/24 10:13 AM

MC_001086

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Location 1 | KNEE -KM | — | — | KNEE -AP | KNEE -KA |
| Pain Orientation 1 | Left -KM | — | — | Left -AP | Left -KA |
| Pain Duration 1 | Continuous -KM | — | — | Continuous -AP | Continuous -KA |
| Pain Onset 1 | Acute Pain -KM | — | — | Acute Pain -AP | Acute Pain -KA |
| Pain Quality 1 | Stabbing;Pain -KM | — | — | Burning -AP | Burning -KA |
| Pain Intervention(s) 1 | — | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

**POSS Sedation Scale**

| | | | | | |
|---|---|---|---|---|---|
| POSS Sedation Scale | — | — | — | — | Sleep, easy to arouse -KA |

| **Row Name** | **06/26/23 1800** | **06/26/23 1752** | **06/26/23 1748** | **06/26/23 1745** | **06/26/23 1734** |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 114/64 -KA | — | — | 105/60 -CS | — |
| BP Method | Automatic -KA | — | — | Automatic -CS | — |
| MAP (mmHg) | 81 mmHg -KA | — | — | 75 mmHg -CS | — |
| Pulse | 85 -KA | — | — | 94 -CS | — |
| Resp | 14 -KA | — | — | 17 -CS | — |
| SpO2 | 94 % -KA | — | — | 96 % -CS | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Oxygen -KA | — | — | — | — |
| Oxygen Device/Source | Nasal Cannula -KA | — | — | — | — |
| O2 Flow Rate (L/min) | 2 -KA | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | — | Re-Assessment -CS | — | Assessment -CS |
| Patient Currently in Pain | Yes -KA | — | Yes -CS | — | Yes -CS |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -CS | — | Numeric (patient able to self-report) -CS |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 4/10 -KA | — | 4/10 -CS | — | 5/10 -CS |
| Pain Location 1 | KNEE -KA | — | KNEE -CS | — | KNEE -CS |
| Pain Orientation 1 | Left -KA | — | Left -CS | — | Left -CS |
| Pain Duration 1 | Continuous -KA | — | Continuous -CS | — | Continuous -CS |
| Pain Onset 1 | Acute Pain -KA | — | Acute Pain -CS | — | Acute Pain -CS |
| Pain Quality 1 | Burning -KA | — | Burning -CS | — | Burning -CS |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold | — | Medication -CS | — | Medication -CS |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1955

Printed by 71334 at 8/21/24 10:13 AM

MC_001087

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 2) (continued)

compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA

POSS Sedation Scale

| POSS Sedation Scale | Sleep, easy to arouse -KA | Awake and alert -KA | — | — | — |
|---|---|---|---|---|---|

| Row Name | 06/26/23 1730 | 06/26/23 1715 | 06/26/23 1703 | 06/26/23 1700 | 06/26/23 1652 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 107/71 -cs | 115/72 -KA | — | 108/55 -KA | — |
| BP Method | Automatic -cs | Automatic -KA | — | Automatic -KA | — |
| MAP (mmHg) | 83 mmHg -cs | 86 mmHg -KA | — | 73 mmHg -KA | — |
| Pulse | 91 -cs | 91 -KA | — | 91 -KA | — |
| Resp | 22 -cs | 14 -KA | — | 23 -KA | — |
| SpO2 | 95 % -cs | 100 % -KA | — | 100 % -KA | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Oxygen -KA | — | Oxygen -KA | — |
| Oxygen Device/Source | — | Nasal Cannula -KA | — | Nasal Cannula -KA | — |
| O2 Flow Rate (L/min) | — | 2 -KA | — | 2 -KA | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | Re-Assessment -KA | Re-Assessment -KA | — | Re-Assessment -KA |
| Patient Currently in Pain | Yes -KA | Yes -KA | Yes -KA | — | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KA | 6/10 -KA | 8/10 -KA | — | 10/10 Worst pain -KA |
| Pain Location 1 | KNEE -KA | KNEE -KA | KNEE -KA | — | KNEE -KA |
| Pain Orientation 1 | Left -KA | Left -KA | Left -KA | — | Left -KA |
| Pain Duration 1 | Continuous -KA | Continuous -KA | Continuous -KA | — | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | Acute Pain -KA | Acute Pain -KA | — | Acute Pain -KA |
| Pain Quality 1 | Burning -KA | Burning -KA | Burning -KA | — | Burning;Sharp -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |
| **POSS Sedation Scale** | | | | | |
| POSS Sedation | — | Awake and alert -KA | — | Slightly drowsy, | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1956

Printed by 71334 at 8/21/24 10:13 AM

MC_001088

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 2 of 2) (continued)

| Scale | | | | easily aroused -KA | |
| --- | --- | --- | --- | --- | --- |
| **Row Name** | **06/26/23 1648** | **06/26/23 1645** | **06/26/23 1643** | **06/26/23 1638** | **06/26/23 1633** |
| **Vitals** | | | | | |
| BP | — | 118/75 -KA | — | — | — |
| BP Method | — | Automatic -KA | — | — | — |
| MAP (mmHg) | — | 89 mmHg -KA | — | — | — |
| Pulse | — | 96 -KA | — | — | — |
| Resp | — | 11 -KA | — | — | — |
| SpO2 | — | 100 % -KA | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KA | — | Re-Assessment -KA | Re-Assessment -KA | Assessment -KA |
| Patient Currently in Pain | Yes -KA | — | Yes -KA | Yes -KA | Yes -KA |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KA | — | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA | Numeric (patient able to self-report) -KA |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 10/10 Worst pain -KA | — | 10/10 Worst pain -KA | 10/10 Worst pain -KA | 10/10 Worst pain -KA |
| Pain Location 1 | KNEE -KA | — | KNEE -KA | KNEE -KA | KNEE -KA |
| Pain Orientation 1 | Left -KA | — | Left -KA | Left -KA | Left -KA |
| Pain Duration 1 | Continuous -KA | — | Continuous -KA | Continuous -KA | Continuous -KA |
| Pain Onset 1 | Acute Pain -KA | — | Acute Pain -KA | Acute Pain -KA | Acute Pain -KA |
| Pain Quality 1 | Burning;Sharp -KA | — | Sharp;Burning -KA | Sharp;Burning -KA | Sharp;Burning -KA |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Medication;Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas) -KA |

| **Row Name** | **06/26/23 1630** | **06/26/23 1625** | **06/26/23 1620** | **06/26/23 1615** | **06/26/23 1304** |
| --- | --- | --- | --- | --- | --- |
| **Vitals** | | | | | |
| BP | 129/88 -KA | 128/77 -KA | 102/61 -KA | 114/84 -KA | — |
| BP Method | Automatic -KA | — | — | Automatic -KA | — |
| MAP (mmHg) | 102 mmHg -KA | 94 mmHg -KA | 75 mmHg -KA | 94 mmHg -KA | — |
| Temp | — | — | — | 35.8 °C (96.4 °F) -KA | — |
| Temp src | — | — | — | Temporal -KA | — |
| Pulse | 113 ! -KA | 103 ! -KA | 109 ! -KA | 106 ! -KA | — |
| Resp | 23 -KA | 16 -KA | 21 -KA | 15 -KA | — |
| SpO2 | 100 % -KA | 100 % -KA | 100 % -KA | 100 % -KA | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Oxygen -KA | — | — | Oxygen -KA | — |
| Oxygen Device/Source | Non-Rebreather Mask -KA | — | — | Non-Rebreather Mask -KA | — |
| O2 Flow Rate (L/min) | 10 -KA | — | — | 10 -KA | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1957

Printed by 71334 at 8/21/24 10:13 AM

MC_001089

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| Pain Assessment | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | Initial / Admit -KA | Initial / Admit -CSA |
| Patient Currently in Pain | — | — | — | Yes -KA | Yes -CSA |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) -KA | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | 5/10 -KA | 3/10 -CSA |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with even passive activities -CSA |
| Pain Location 1 | — | — | — | KNEE -KA | KNEE -CSA |
| Pain Orientation 1 | — | — | — | Left -KA | Left -CSA |
| Pain Duration 1 | — | — | — | Continuous -KA | Continuous -CSA |
| Pain Onset 1 | — | — | — | Acute Pain -KA | Acute Pain -CSA |
| Pain Quality 1 | — | — | — | Sharp;Burning;Stabbing -KA | Aching;Dull;Burning; Radiating 📄 "radiates down to shin" -CSA |
| Pain Intervention(s) 1 | — | — | — | Emotional support (active listening, therapeutic touch);Ice (T/pump, cold compress);Relaxation technique (rest, deep/controlled breathing, guided imagery, deep muscle relaxation, approved herbal teas);Repositioned/ elevation -KA | — |
| Pain Intervention Education Provided 1 | — | — | — | Yes -KA | — |
| **Need More Pain Locations?** | | | | | |
| More Pain Locations Needed? | — | — | — | — | Pain Group 2 -CSA |
| **Pain 2** | | | | | |
| Numeric Pain Scale 2 | — | — | — | — | 2/10 -CSA |
| Functional Pain Scale 2 (Self-Report) | — | — | — | — | Interferes with some activities -CSA |
| Pain Location 2 | — | — | — | — | BACK LOWER -CSA |
| Pain Duration 2 | — | — | — | — | Continuous -CSA |
| Pain Onset 2 | — | — | — | — | Chronic/ Persistent Pain (including Neuropathic pain) -CSA |
| Pain Quality 2 | — | — | — | — | Pain -CSA |
| **POSS Sedation Scale** | | | | | |
| POSS Sedation Scale | Slightly drowsy, easily aroused -KA | — | — | Frequently drowsy, arousable, drifts off | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1958

Printed by 71334 at 8/21/24 10:13 AM

MC_001090

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| Row Name | 06/26/23 1150 | 06/23/23 0933 | | to sleep during conversation -KA | |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | **128/92 !** -MC | — | | | |
| BP Method | Automatic -MC | — | | | |
| MAP (mmHg) | 104 mmHg -MC | — | | | |
| Temp | 36.2 °C (97.1 °F) - MC | — | | | |
| Temp src | Temporal -MC | — | | | |
| Pulse | 90 -MC | — | | | |
| Resp | 20 -MC | — | | | |
| SpO2 | 97 % -MC | — | | | |
| **Orthostatic BP** | | | | | |
| BP Site | Left upper arm -MC | — | | | |
| **Adult Measurements** | | | | | |
| Weight | 108.4 kg (239 lb) - MC | 114.8 kg (253 lb) - MB | | | |
| Weight Method | Scale -MC | Stated -MB | | | |
| Height | 1.676 m (5' 6") -MC | 1.676 m (5' 6") -MB | | | |
| BMI (Calculated) | 38.59 -MC | 40.85 -MB | | | |
| **Oxygen Therapy** | | | | | |
| Oxygen Device/Source | None (Room Air) - MC | — | | | |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -MB | | | |
| Patient Currently in Pain | — | Yes -MB | | | |
| Patient's Realistic Pain Goal | — | 5 -MB | | | |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - MB | | | |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 2/10 -MB | | | |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -MB | | | |
| Pain Location 1 | — | KNEE -MB | | | |
| Pain Orientation 1 | — | Left -MB | | | |
| Pain Duration 1 | — | Continuous -MB | | | |
| Pain Onset 1 | — | Chronic/ Persistent Pain (including Neuropathic pain);Acute Pain - MB | | | |
| Pain Quality 1 | — | Aching;Burning;Sharp;Shooting -MB | | | |
| Pain Intervention(s) 1 | — | Medication;Relaxation media (music, relaxation channel, guided meditation, sleep stories, nature scenes, soothing sounds, white | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1959

Printed by 71334 at 8/21/24 10:13 AM

MC_001091

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

noise);Relaxation
technique (rest,
deep/controlled
breathing, guided
imagery, deep
muscle relaxation,
approved herbal
teas);Repositioned/
elevation -MB

### Wound LDAs

| Row Name | 06/27/23 0347 | 06/26/23 2051 | 06/26/23 1819 | 06/26/23 1615 | 06/26/23 1600 |
|---|---|---|---|---|---|
| [REMOVED] Wound - General - 02/08/23 0821 TOTAL KNEE REPLACEMENT 06/26/23 | | | | | |
| Wound Properties | Initial assess date: 02/08/23 -RS Initial assess time: 0821 -RS Wound Description: TOTAL KNEE REPLACEMENT -RS Primary Wound Type: Incision -RS Location: Knee -RS Orientation: Left;Anterior -RS Wound Outcome: Healed -CSA Final assess date: 06/26/23 -CSA | | | | |
| [REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045 | | | | | |
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | | | |
| Site Assessment | Drainage -KM | Drainage -KM | Unable to assess - KA | Unable to assess - KA | — |
| Peri-wound skin | Normal for patient - KM | Normal for patient - KM | — | —— | —— |
| Non-staged wound description | Not applicable -KM | Not applicable -KM | — | —— | —— |
| Wound Closure | — | — | Unable to assess - KA | Unable to assess - KA | Sutures;Staples -FT |
| Dressing Type | Elastic bandage -KM | Elastic bandage -KM | Elastic bandage 🖹 FLEX 7, HONEYCOMB ACTICOAT -KA | Elastic bandage 🖹 FLEX 7, HONEYCOMB ACTICOAT -KA | Elastic bandage;Other (Comment) 🖹 FLEX 7, HONEYCOMB ACTICOAT -FT |
| Dressing Status | — | New drainage -KM | Clean, dry, and intact -KA | Clean, dry, and intact -KA | Clean, dry, and intact -FT |
| Dressing Changed | Dressing reinforced -KM | — | —— | —— | —— |
| Drainage Amount | Moderate -KM | Moderate -KM | Unable to assess - KA | Unable to assess - KA | — |
| Drainage Description | Sanguinous -KM | Sanguinous -KM | — | — | — |
| Dressing Therapy | Dry dressing -KM | Dry dressing -KM | — | — | — |
| Dressing Device | Knee immobilizer - KM | Knee immobilizer - KM | Knee immobilizer - KA | Knee immobilizer - KA | Knee immobilizer - FT |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| LR | Lillian S Reip, RN | Registered Nurse | Nursing |
| AP | Amelia F Phillips, RN | Registered Nurse | Nursing |
| MC | Maria C Constantino, CNA | Certified Nursing Assistant | — |
| CSA | Catherine Sharp, RN | Registered Nurse | Nursing |
| MB | Marie Betcher, RN | Registered Nurse | Nursing |
| CS | Charlene Sole, RN | Registered Nurse | — |
| FT | Felicidad P Trajico, RN | Registered Nurse | — |
| KA | Kim Y Anderson, RN | Registered Nurse | Nursing |
| RS | Rian C Schneider, RN | Registered Nurse | Nursing |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1960

Printed by 71334 at 8/21/24 10:13 AM

MC_001092

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 2) (continued)**

| MM | Murinda L McCuller, RN | Registered Nurse | Nursing |
| LS | Latasha Ann Sterkel, CNA | Certified Nursing Assistant | — |
| KM | Karen K McNallan, RN | Registered Nurse | Nursing |
| AG | Alice Gichuru, CNA | Certified Nursing Assistant | — |
| YL | Yunia H Lunkuse, CNA | Certified Nursing Assistant | — |

## Care Plan

### Resolved

#### Problem: Bariatric Care Needs

Dates:          Start: 06/23/23   Resolved: 06/27/23
Disciplines:    Interdisciplinary

**Goal: Maintain patient comfort (Resolved)**

Dates:          Start: 06/23/23   Resolved: 06/27/23
Disciplines:    Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 06/27/23 1639 | Nancy M Beachler, RN | Adequate for Discharge |

**Intervention: Provide emotional support (Completed)**

Frequency:      Ongoing
Dates:          Start: 06/23/23   End: 06/27/23

**Intervention: Care Assistance (Completed)**

Frequency:      Ongoing
Dates:          Start: 06/23/23   End: 06/27/23
Description:    DETAIL: Consider scheduling patients care so extra help is available.

**Intervention: Specialty Bed, Bariatric (Completed)**

Frequency:      Ongoing
Dates:          Start: 06/23/23   End: 06/27/23
Description:    DETAIL: to include special bed, commode, lift, and wheel chair.

**Intervention: Interdisciplinary Care Coordination - Nutrition (Completed)**

Frequency:      Ongoing
Dates:          Start: 06/23/23   End: 06/27/23

**Intervention: Interdisciplinary care coordination - Pharmacy (Completed)**

Frequency:      Ongoing
Dates:          Start: 06/23/23   End: 06/27/23
Description:    DETAIL: Consult triggered by BMI for weight based dosing

**Intervention: Interdisciplinary care coordination - Occupational Therapy (Completed)**

Frequency:      Ongoing
Dates:          Start: 06/23/23   End: 06/27/23

**Intervention: Interdisciplinary care coordination - Physical Therapy (Completed)**

Frequency:      Ongoing
Dates:          Start: 06/23/23   End: 06/27/23

**Intervention: Interdisciplinary care coordination - Social Work (Completed)**

Frequency:      Ongoing

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1961                                   Printed by 71334 at 8/21/24 10:13 AM

MC_001093

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Dates:      Start: 06/23/23   End: 06/27/23

**Intervention: Interdisciplinary care coordination - Care Management (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/23/23   End: 06/27/23

**Intervention: Educate patient and family of available community resources (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/23/23   End: 06/27/23

**Intervention: Educate patient/family: regarding home activity level, discharge medication and follow-up (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/23/23   End: 06/27/23

**Intervention: Educate, patient and family on activity and exercise guidelines (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/23/23   End: 06/27/23

### Problem: Diabetes/Hyperglycemia

Dates:      Start: 06/23/23   Resolved: 06/27/23
Disciplines:      Interdisciplinary

### Goal: Glucose level within specified parameters (Resolved)

Dates:      Start: 06/26/23   Resolved: 06/27/23
Disciplines:      Interdisciplinary

#### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 06/27/23 1639 | Nancy M Beachler, RN | Adequate for Discharge |

**Intervention: Blood glucose monitoring (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/26/23   End: 06/27/23

**Intervention: Hyperglycemia signs and symptoms assessment (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/26/23   End: 06/27/23

**Intervention: Hypoglycemia signs and symptoms assessment (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/26/23   End: 06/27/23

### Goal: Demonstrate understanding of disease process and treatment plan (Resolved)

Dates:      Start: 06/23/23   Resolved: 06/27/23
Disciplines:      Interdisciplinary

#### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 06/27/23 1639 | Nancy M Beachler, RN | Adequate for Discharge |

**Intervention: Interdisciplinary care coordination - Care Management (Completed)**

Frequency:      Ongoing
Dates:      Start: 06/23/23   End: 06/27/23

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1962

Printed by 71334 at 8/21/24 10:13 AM

MC_001094

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Intervention: Education, diabetes mellitus self-management (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 06/26/23  End: 06/27/23 |

### Intervention: Education, blood glucose self-monitoring (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 06/26/23  End: 06/27/23 |

### Intervention: Interdisciplinary care coordination - Diabetic Educator (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 06/26/23  End: 06/27/23 |

### Goal: Knowledge of prescribed diet (Resolved)

| | |
|---|---|
| Dates: | Start: 06/23/23  Resolved: 06/27/23 |
| Disciplines: | Interdisciplinary |

Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 06/27/23 1639 | Nancy M Beachler, RN | Adequate for Discharge |

### Intervention: Interdisciplinary Care Coordination - Nutrition (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 06/23/23  End: 06/27/23 |

### Intervention: Education, prescribed diet (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 06/26/23  End: 06/27/23 |

### Problem: Psychosocial/Resource Needs

| | |
|---|---|
| Dates: | Start: 06/23/23  Resolved: 06/27/23 |
| Disciplines: | Interdisciplinary |

### Goal: Psychosocial needs identified and addressed (Resolved)

| | |
|---|---|
| Dates: | Start: 06/23/23  Resolved: 06/27/23 |
| Disciplines: | Interdisciplinary |

Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 06/27/23 1639 | Nancy M Beachler, RN | Adequate for Discharge |

### Intervention: Interdisciplinary care coordination - Care Management (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 06/23/23  End: 06/27/23 |

### Encounter Care Plan Audit Trail

#### Problem: Bariatric Care Needs [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 06/23/23 | 06/27/23 | Interdisciplinary | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | Interdisciplinary | Niamh M Robles, MSW, LICSW | 06/27/23 1400 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1963

Printed by 71334 at 8/21/24 10:13 AM

MC_001095

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| 06/23/23 | Interdisciplinary | Amelia F Phillips, RN | 06/26/23 1837 |
| 06/23/23 | Interdisciplinary | Marie Betcher, RN | 06/23/23 0939 |

#### Goal: Maintain patient comfort [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | | | Adequate for Discharge | Interdisciplinary | Nancy M Beachler, RN | 06/27/23 1639 | |
| 06/23/23 | | | | | Interdisciplinary | Marie Betcher, RN | 06/23/23 0939 | |

##### Goal Intervention: Provide emotional support [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

##### Goal Intervention: Care Assistance [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

Intervention Description History
DETAIL: Consider scheduling patients care so extra help is available.        Marie Betcher, RN        06/23/23 0939

##### Goal Intervention: Specialty Bed, Bariatric [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

Intervention Description History
DETAIL: to include special bed, commode, lift, and wheel chair.        Marie Betcher, RN        06/23/23 0939

##### Goal Intervention: Interdisciplinary Care Coordination - Nutrition [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

##### Goal Intervention: Interdisciplinary care coordination - Pharmacy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

Intervention Description History
DETAIL: Consult triggered by BMI  for weight based dosing        Marie Betcher, RN        06/23/23 0939

##### Goal Intervention: Interdisciplinary care coordination - Occupational Therapy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1964

Printed by 71334 at 8/21/24 10:13 AM

MC_001096

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

**Goal Intervention: Interdisciplinary care coordination - Physical Therapy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

**Goal Intervention: Interdisciplinary care coordination - Social Work [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

**Goal Intervention: Interdisciplinary care coordination - Care Management [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Niamh M Robles, MSW, LICSW | 06/27/23 1400 |
| 06/23/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

**Goal Intervention: Educate patient and family of available community resources [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

**Goal Intervention: Educate patient/family: regarding home activity level, discharge medication and follow-up [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

**Goal Intervention: Educate, patient and family on activity and exercise guidelines [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

**Problem: Diabetes/Hyperglycemia [Resolved]**

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|-----------------------|------|-----------|
| 06/23/23 | 06/27/23 | Interdisciplinary | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | Interdisciplinary | Niamh M Robles, MSW, LICSW | 06/27/23 1400 |
| 06/23/23 | | Interdisciplinary | Amelia F Phillips, RN | 06/26/23 1837 |

**Goal: Glucose level within specified parameters [Resolved]**

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|------------|------|-----------|----------------|
| 06/26/23 | 06/27/23 | | | Adequate for Discharge | Interdisciplinary | Nancy M Beachler, | 06/27/23 1639 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1965

Printed by 71334 at 8/21/24 10:13 AM

MC_001097

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | RN | | |
|---|---|---|---|---|---|
| 06/26/23 | | | Interdisciplinary | Amelia F Phillips, RN | 06/26/23 1837 |

### Goal Intervention: Blood glucose monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/26/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/26/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |

### Goal Intervention: Hyperglycemia signs and symptoms assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/26/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/26/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |

### Goal Intervention: Hypoglycemia signs and symptoms assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/26/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/26/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |

### Goal: Demonstrate understanding of disease process and treatment plan [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | | | Adequate for Discharge | Interdisciplinary | Nancy M Beachler, RN | 06/27/23 1639 | |
| 06/23/23 | | | | | Interdisciplinary | Amelia F Phillips, RN | 06/26/23 1837 | |

### Goal Intervention: Interdisciplinary care coordination - Care Management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Niamh M Robles, MSW, LICSW | 06/27/23 1400 |
| 06/23/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

### Goal Intervention: Education, diabetes mellitus self-management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/26/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/26/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |

### Goal Intervention: Education, blood glucose self-monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 06/26/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/26/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1966

Printed by 71334 at 8/21/24 10:13 AM

MC_001098

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Goal Intervention: Interdisciplinary care coordination - Diabetic Educator [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/26/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/26/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |

### Goal: Knowledge of prescribed diet [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|-----------|------|-----------|----------------|
| 06/23/23 | 06/27/23 | | | Adequate for Discharge | Interdisciplinary | Nancy M Beachler, RN | 06/27/23 1639 | |
| 06/23/23 | | | | | Interdisciplinary | Amelia F Phillips, RN | 06/26/23 1837 | |

### Goal Intervention: Interdisciplinary Care Coordination - Nutrition [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |
| 06/23/23 | | ONGOING | | Marie Betcher, RN | 06/23/23 0939 |

### Goal Intervention: Education, prescribed diet [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/26/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/26/23 | | ONGOING | | Amelia F Phillips, RN | 06/26/23 1837 |

### Problem: Psychosocial/Resource Needs [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|----------------------|------|-----------|
| 06/23/23 | 06/27/23 | Interdisciplinary | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | Interdisciplinary | Niamh M Robles, MSW, LICSW | 06/27/23 1400 |

### Goal: Psychosocial needs identified and addressed [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|-----------|------|-----------|----------------|
| 06/23/23 | 06/27/23 | | | Adequate for Discharge | Interdisciplinary | Nancy M Beachler, RN | 06/27/23 1639 | |
| 06/23/23 | | | | | Interdisciplinary | Niamh M Robles, MSW, LICSW | 06/27/23 1400 | |

### Goal Intervention: Interdisciplinary care coordination - Care Management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 06/23/23 | 06/27/23 | ONGOING | | Nancy M Beachler, RN | 06/27/23 1639 |
| 06/23/23 | | ONGOING | | Niamh M Robles, | 06/27/23 1400 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1967
Printed by 71334 at 8/21/24 10:13 AM

MC_001099

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | MSW, LICSW | |
|---|---|---|---|
| 06/23/23 | ONGOING | Amelia F Phillips, RN | 06/26/23 1837 |
| 06/23/23 | ONGOING | Marie Betcher, RN | 06/23/23 0939 |

### User Key

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| AP | 10/08/21 - | Amelia F Phillips, RN | Registered Nurse | Nursing |
| MB | 01/03/23 - | Marie Betcher, RN | Registered Nurse | Nursing |
| NR | 10/04/22 - | Niamh M Robles, MSW, LICSW | Social Worker | SW |
| NB | 05/03/23 - | Nancy M Beachler, RN | Registered Nurse | Nursing |

### Care Plan Notes

#### Care Plan Notes by Kristen J Rowland, PT at 6/27/2023 0926

##### Version 1 of 1

| | | |
|---|---|---|
| Author: Kristen J Rowland, PT | Service: — | Author Type: PHYSICAL THERAPY |
| Filed: 06/27/23 0930 | Date of Service: 06/27/23 0926 | Status: Signed |
| Editor: Kristen J Rowland, PT (PHYSICAL THERAPY) | | |

Care coordination units
0845-0915

Order received, chart reviewed. Approached pt for PT screen. Pt states she has been getting around well with immobilizer since last week. She is able to ambulate with walker or crutches and negotiate stairs as needed. Has all support and DME in place.

Reviewed with patient post-op precautions including WBAT, use of immobilizer and correct positioning, and gentle appropriate exercises for this acute stage of healing.

Pt states her primary complaint at this time is pain, for which is working with nursing and will ask MD about.

Pt has no further needs at this time so we will sign off. Thank you. Please reorder should the need arise. Thank you.

Kristen Rowland, DPT, OCS
Physical Therapist
Allenmore Hospital
Available via Tiger Text by name

Electronically signed by Kristen J Rowland, PT at 06/27/23 0930

#### Care Plan Notes by Niamh M Robles, MSW, LICSW at 6/27/2023 1401

##### Version 1 of 1

| | | |
|---|---|---|
| Author: Niamh M Robles, MSW, LICSW | Service: Social Work | Author Type: Social Worker |

MC_001100

**Care Plan Notes (continued)**

## Care Management Admit Note

### Assessment Note: 6/27/2023 2:14 PM

Linda J Larocque 65 year old admitted 6/26/2023, Lives With: Spouse/Domestic Partner, Family in a Private Residence
and is being followed by Care Manager (Please check Treatment Team for assigned Care Manager). The demographics in the patient's chart has been updated and verified.

Care Manager met with the patient to answer assessment questions to identify discharge planning needs,identify patient preferences, goals of care and to help reduce hospitalization readmissions. Care Manager contact information was provided and written on the whiteboard.

Source of Information: Patient;Chart Review
Reason for admission as stated by patient/representative: Left knee repair of infrapatellar tendon
Is this a Readmission: No

**Prior to Admit Baseline Functional Status - The patient is a 65 year old female admitted to AH on 6/26/23 for left knee patellar tendon repair. Patient has had medications delivered to her bedside. Patient has been mobilizing well with her knee immobilizer, has had crutches and walker.**
**Patient has follow up appointment with surgery scheduled for 7/6/23 at 3:00 pm**
**Patient will discharge to home today with family. No Care Management needs anticipated.**
**PCP: Dr. Rachel Dawson**

Is the patient independent with ADLS: Yes - Independent
Is the patient independent with iADLS: Yes - Independent

On home Oxygen?: No

Does patient receive outpt hemodialysis: No

**Prior to Admit Living Environment**

Type of Residence: Private Residence
Lives With: Spouse/Domestic Partner;Family
Receives Help From: None - managing in current setting

**Financial and Resource Assessment**

Financial Concerns Identified by the patient: None
Complex Barriers to Discharge: None

**Anticipation of Discharge Plans (at time of Admission)**

Anticipated changes related to this admission: None

Anticipated Discharge Disposition: Home

Discharge Medications will be filled: Prefers MHS outpt pharmacy at discharge

ALLENMORE HOSPITAL  Larocque, Linda J
1901 S UNION AVE   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702 Adm: 6/26/2023, D/C: 6/27/2023
Page 1969              Printed by 71334 at 8/21/24 10:13 AM

MC_001101

## Care Plan Notes (continued)

Admission diagnosis is Patellar tendon rupture, left, initial encounter [S86.812A]

**Patient Identified Preferences and Goals of Care include:**

**HealthCare Team plan to support Patients Identified Preferences and Goals of Care:**

Referrals Needed:

**Principle Payors:**Payor: AETNA MEDICARE ADVANTAGE / Plan: PSR AETNA PRIME / Product Type: Referral-
Managed Care
**Primary Contact Information:**
Extended Emergency Contact Information
Primary Emergency Contact: Larocque,Steven J
Address: 6824 SOUTH PARK AVENUE
        TACOMA, WA 98408 United States
Home Phone: 253-273-7085
Relation: Spouse
Secondary Emergency Contact: Larocque,Christopher
 United States
Mobile Phone: 253-678-5322
Relation: Son

Niamh M Robles, MSW, LICSW

Electronically signed by Niamh M Robles, MSW, LICSW at 06/27/23 1436

## Patient Instructions

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 6/26/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Per pt 1145**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave,
Tacoma, WA 98405. The entrance is located on Union Ave, next to Columbia Bank. The parking lot at Entrance #3, is
for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where you will be greeted by

MC_001102

Patient Registration personnel. This where you will check in for your surgery or procedure.

## 1. Eating Instructions:

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

## 2. Medication Instructions:

Pre-Surgery Instructions:

| Medication | Instructions |
| --- | --- |
| lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water.<br><br>If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |
| rosuvastatin (CRESTOR) 10 mg Tab | Ok to take/use as prescribed day of surgery. |
| hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| | |
| | |
| | |
| docusate sodium (COLACE) 100 MG Caps | Do NOT take/use day of surgery |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1971

Printed by 71334 at 8/21/24 10:13 AM

MC_001103

**Patient Instructions (continued)**

- 
- 

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks

4. **Bring with you Day of surgery:**
   - Co-Pay if instructed
   - Contact case and solution and/or glasses with case
   - Picture identification and insurance cards

5. Additional Information

   - You will need transportation from the hospital & a responsible person to be with you for 24 hours.
   - Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

   Instructions were reviewed with me and my questions have been addressed: Telephone screen
   Instructions given to patient
   Instructions sent via My Chart

   **The following is a requirement for this procedure: Pick up wipes, Blood tests**

   **Instructions for Walk-In visits:**
   **Allenmore Pre Anesthesia Clinic Entrance #3**

   *Allenmore Hospital Entrance #3 (Faces Union ave.)*
   *1901 S. Union*
   *Tacoma WA 98405*
   *The entrance is located on Union Ave, next to Umpqua Bank.*

   *Check in at Registration right inside for or blood tests*
   *LAB/Pick up wipes hours are walk in:*
   *Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
   *Closed weekends and major Holidays*

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1972
Printed by 71334 at 8/21/24 10:13 AM

MC_001104

*Blood tests*

**When you arrive at the Lab:**
Sign-in and /or tell the receptionist the following;
"I'm from the Pre-Anesthesia Clinic and I have orders from... "

Once you are done in the Lab you are free to leave.
If there are any changes or additional requirements you will be contacted.

Marie, RN | Surgical screener
West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
Allenmore Hospital | MultiCare Health System
Address: 1901 South Union Ave, Tacoma, WA, 98405
Phone: 253.459.6877 | Fax: 253.459.6218

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.
**Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

*General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

*Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

*Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

**What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of *general anesthesia* include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023
Page 1973    Printed by 71334 at 8/21/24 10:13 AM

MC_001105

## Patient Instructions (continued)

Common side effects of *regional anesthesia* include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness persists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

Electronically signed by Marie Betcher, RN at 06/23/23 1014

## After Visit Summary

IP After Visit Summary (below)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1974

Printed by 71334 at 8/21/24 10:13 AM

MC_001106

## AFTER VISIT SUMMARY

MultiCare

**Linda J. Larocque** Date of birth: 2/9/1958
Patellar tendon rupture, left, initial encounter   6/26/2023 - 6/27/2023   Allenmore Hospital 2F

## Instructions



Your medications have changed

**START** taking:
**aspirin**
**oxyCODONE** (Roxicodone)

CHANGE how you take:
**TechLite Pen Needles** (Insulin Pen Needle)

**STOP** taking:
**meloxicam** 7.5 MG Tabs (Mobic)
**ondansetron** 4 MG Tabs (Zofran)

Review your updated medication list below.

## Your Next Steps

 Do

Pick up these medications from MultiCare Allenmore Outpatient Pharmacy
  - aspirin
  - oxyCODONE

Pick these up from SAFEWAY PHARMACY #1594 - TACOMA, WA
  - TechLite Pen Needles

## What's Next

POST OP with Alexandria Jones, PA-C
Thursday Jul 6, 2023 3:00 PM

MULTICARE ORTHOPEDIC AND
SPORTS MEDICINE-MOUNTAIN
1950 SOUTH UNION AVENUE STE
210
TACOMA WA 98405-1946
253 792-5555

## During Your Visit

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1975                                                                Printed by 71334 at 8/21/24 10:13 AM

MC_001107

**After Visit Summary (continued)**

## ⚡ Vital Signs - Last Recorded

Most recent update: 6/27/2023 12:24 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 125/68 (BP Site: Right upper arm, Pt Position for BP: Semi Fowler's) | 64 | 96.8 °F (36 °C) (Temporal) | 16 | 1.676 m (5' 6") |

| Wt | LMP | SpO2 | BMI |
|---|---|---|---|
| 108.4 kg (239 lb) | 09/14/2009 | 97% | 38.58 kg/m² |

# Your Health Information

## PCP and Center

| Primary Care Provider | Phone | Center |
|---|---|---|
| Rachel D Dawson, MD | 253-792-6526 | MULTICARE LAKEWOOD CLINIC |

## Allergies as of 6/27/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate (metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

**Instructions provided to:**
I understand that if any problems occur once I am at home I am to contact my physician.

If you or a member of the household smokes; **stop smoking**. Your physician recommends smoking cessation classes.

**Customer Service:**

If you would like to share comments about your visit please call:

1-866-247-2366

Linda J. Larocque (MRN: 172930) (CSN: 297993749) • Printed by [227647] at 6/27/2023 12:42 PM     Page 2 of 13  *Epic*

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 6/26/2023, D/C: 6/27/2023
Page 1976                                     Printed by 71334 at 8/21/24 10:13 AM

MC_001108

## After Visit Summary (continued)

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MC_001109

**After Visit Summary (continued)**

## Complete Current Medication List



| | Details | | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|---|
| alprazolam 0.25 MG Tabs Take 1 Tablet by mouth three times a day as needed for anxiety. ... Xanax | | 15 Tablet 2 | | | | | |
| **START** aspirin 81 MG Chew ... 81 mg on June 27, 2023 8:20 AM Chew and swallow 1 Tablet by mouth twice daily. | | 84 Tablet 0 | ✓ 06/28 | | | ✓ 06/27 | |
| diclofenac 50 MG Tbec Take 1 Tablet by mouth twice daily. ... Voltaren | | 60 Tablet 0 | | | | | |
| docusate sodium 100 MG Caps ... 100 mg on June 27, 2023 8:20 AM Take 1 Cap by mouth twice daily. ... Colace | | 60 Cap 0 | ✓ 06/28 | | | ✓ 06/27 | |
| duloxetine 60 MG Cpep ... 60 mg on June 27, 2023 8:21 AM Take 1 Capsule by mouth twice daily. ... Cymbalta | | 180 Capsule 2 | ✓ 06/28 | | | ✓ 06/27 | |
| hydrochlorothiazide 12.5 MG Caps Take 1 Capsule by mouth once daily. ... Microzide | | 90 Capsule 0 | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001110

## After Visit Summary (continued)

Complete Current Medication List (continued)



| | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>Norco<br>Pain scale 0-10<br>Pain 4-6 1 tablet<br>Pain 7 or More 2 tablets.<br>Do not take with oxycodone | 160 Tablet<br>0 | | | | | |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>Norco | 160 Tablet<br>0<br>July 3, 2023 | | | | | |
| hydrOXYzine hcl 25 MG Tabs<br>25 mg on June 27, 2023 8:21 AM<br>Take 1 Tablet by mouth three times a day as needed for itching/pruritis.<br>ATARAX | 120 Tablet<br>3 | | | | | ✔<br>06/27<br>Available after 4:20 pm |
| lisinopril 20 MG Tabs<br>Take 1 Tablet by mouth once daily.<br>PRINIVIL, ZESTRIL | 90 Tablet<br>1 | | | | | |
| * OTHER<br>Ask your nurse or doctor cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each<br>0 | | | | | |

Linda J. Larocque (MRN: 172930) (CSN: 297993749) • Printed by [227647] at 6/27/2023 12:42 PM    Page 5 of 13  *Epic*

Page 1979

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023
Printed by 71334 at 8/21/24 10:13 AM

MC_001111

## After Visit Summary (continued)

Complete Current Medication List (continued)



| | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| * OTHER<br>... Ask your nurse or doctor<br>Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | ... 1 Each<br>... 0 | | | | | |
| oxyCODONE 5 MG Tabs<br>... 5 mg on June 27, 2023 8:20 AM<br>Take 2 Tablets by mouth every 4 hours as needed.<br>... Rox cocone | ... 42 Tablet<br>... 0 | | | | | ✓ |
| rosuvastatin 10 mg Tabs<br>... 10 mg on June 26, 2023 9:19 PM<br>Take 1 Tablet by mouth each evening.<br>... Crestor | ... 90 Tablet<br>... 3 | | | ✓<br>06/27 | | |
| senna 8.6 MG Tabs<br>... 8.6 mg on June 27, 2023 8:22 AM<br>Take 1 Tablet by mouth once daily.<br>... SENNA, SENOKOT | ... 30 Tablet<br>... 1 | ✓<br>06/28 | | | | |
| TechLite Pen Needles 31G X 8 MM Misc<br>Use With victoza injections<br>... Insulin Pen Needle<br>... additional instructions | ... 100 Each<br>... 11 | | | | | |

Linda J. Larocque (MRN: 172930) (CSN: 297993749) • Printed by [227647] at 6/27/2023 12:42 PM     Page 6 of 13  *Epic*

MC_001112

## After Visit Summary (continued)

Complete Current Medication List (continued):



| | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| Verapamil 240 MG Tbcr ... 240 mg on June 27, 2023 8:21 AM **Take 1 Tablet by mouth once daily.** ... CALAN SR | ... 90 Tablet ... 3 | ✔ 06/28 | | | | |
| Victoza 18 MG/3ML Sopn **Inject 1.8 mg into the skin once daily.** ... liraglutide | ... 18 mL ... 0 | | | | | |

✦ * This list has **4 medication(s)** that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## Where to pick up your medications

Pick up these medications at MultiCare Allenmore Outpatient Pharmacy
**aspirin • oxyCODONE**

| Address: | 1901 S. Union, TACOMA WA 98405 |
|---|---|
| Hours: | 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm |
| Phone: | 253-459-6746 |

Pick these up at SAFEWAY PHARMACY #1594  TACOMA, WA
**TechLite Pen Needles**

| Address: | 7075 56TH STREET, TACOMA WA 98408 |
|---|---|
| Phone: | 253-471-1730 |

## Discharge Instructions

### AFTER KNEE SURGERY

- **Your Home Recovery**

Once you are home, take it easy! Deep breathing and coughing  every hour  for today will help expel the anesthesia and prevent pneumonia.
Be prepared to experience moderate to severe swelling in the first few weeks after surgery. You may also have mild to moderate swelling for 3 to 6 months after surgery. To reduce swelling, elevate your leg slightly and apply ice. Early mobility - short walks in house will help prevent blood clots.

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 6/26/2023, D/C: 6/27/2023
Page 1981                                Printed by 71334 at 8/21/24 10:13 AM

MC_001113

## After Visit Summary (continued)

Discharge Instructions (continued)

**Warning Signs of a Blood Clot**
- Pain in your leg or calf unrelated to your incision
- Tenderness or redness above or below your knee
- Severe swelling of your thigh, calf, ankle or foot

In very rare cases, a blood clot may travel to your lungs and become life-threatening. Signs that a blood clot has traveled to your lungs include:
- Shortness of breath
- Sudden onset of chest pain
- Localized chest pain with coughing

Notify your doctor or return to local emergency department. immediately if you develop any of the above signs.

### Activity

Keep your knee and leg elevated at or above the level of your heart and do not dangle your leg for prolonged periods of time. Ice can be applied to the surgical wrap at 30-minute increments every hour or two while awake. Do not apply ice directly to exposed skin. You may use ice therapy to help with pain control for as many days as you want.

You are instructed to remain –
**Full weightbearing as tolerated with use of walker for stability with BRACE ON AT ALL TIMES including at night while you are asleep. As you want to keep your leg straight (in extension).**

- **Exercises**

Maintaining your muscle strength and joint mobility is necessary to speed your recovery. These exercises are necessary to prevent muscle atrophy, improve circulation, and rebuild strength, flexibility and range of motion.

**Quadriceps sets:** Tighten the front thigh muscles by pressing your knee toward the floor and hold for 5-10 seconds, then relax.

**Straight leg raises:** Lift your leg, raising your heel 8-10 inches from the floor, keeping your knee straight, and hold for 5 seconds, then lower your leg slowly.

Each of these exercises can be performed several times a day or as tolerated.

### Pain Relief

Pain is common after surgery however the amount of pain experienced by patients varies greatly.
Unfortunately, no surgery is pain free and pain after your surgery is normal, but should be manageable. Usually a 3-4/10 is "tolerable" for most patients. Do not expect the pain medications to relieve all of your pain. In fact, some pain can be a helpful reminder to not be overly active as you recover from surgery. However, more severe pain may prevent you from moving around, which is important to help prevent blood clots in your legs and to help prevent pneumonia in your lungs. Use the medications to keep your pain at a tolerable level and stop the medications as soon as you are able to do so comfortably.

In addition to applying ice to the knee, the prescribed pain medication and potentiator should be taken as directed. Avoid drinking alcohol while taking a pain medication as the chemical interaction may cause dizziness, slow your breathing, or possibly be fatal.

**Plan of care to address postoperative pain:**
Customarily this procedure has a type 2 expected medium-term recovery, with use of nonprescription and possible prescription anti-inflammatory medications, and acetaminophen as first line therapy. Occasionally, for severe pain,

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1982                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001114

## After Visit Summary (continued)

Discharge Instructions (continued)

short-acting opioid derivatives are prescribed for up to 1-7 days postoperatively, at which time these will be discontinued.
The surgical team will manage postoperative pain for the 2 weeks immediately following surgery, after which time, the patient's PCP (or pain specialist) will assume this role.
For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

**Please make effort to keep track of medication dosing and times as well as if refill is needed. In most cases the surgical office does require 24-48 hours to obtain approval for medication refill if appropriate.**

For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

- **Surgical Dressing**

Keep your surgical dressing intact and dry for 7 days following the operation. ACE BANDAGE CAN BE REMOVED AFTER 24 HOURS. It is not uncommon to experience a small amount of bleeding or oozing on this dressing. You can shower over you surgical dressing after ace wrap removed. After 7 days bandage can be removed and incision can be left open to air. Showering is still appropriate. Pat incision dry afterward and let air dry for 5-10 minutes prior to covering with appropriate bandage if you do not want to leave open to air. DO NOT SOAK OR SUBMERGE YOUR INCISION IN SITTING WATER (I.E BATHTUB SWIMMING POOL OR JACUZZI). In these first few days, it may be best to either sponge bath or bathe with the leg propped out of the tub.

*Warning Signs of Infection*
- Persistent fever (higher than 100 degrees)
- Shaking chills
- Increasing redness, tenderness or swelling of your wound
- Drainage from your wound
- Increasing pain with both activity and rest

- **Diet**

Following surgery, it is not uncommon for you to have a poor appetite and even possibly some nausea from the anesthetic residual and pain medication. I would encourage you to remain well hydrated, beginning with clear liquids. If this is tolerated, you may continue a progressive diet with emphasis on good nutrition. Constipation is a common side effect with some pain medications, so increase your fluids and fiber intake but avoid laxatives. **To prevent constipation**: drink 8-10 glasses water per day, eat extra fruits and veggies, try prune juice, may try over the counter stool softners or fiber supplements . Consider what you normally do to keep bowels regular and continue your routine. If nausea persist and you can't hold down liquids - call MD for possible prescription.

- **Driving**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1983
Printed by 71334 at 8/21/24 10:13 AM

MC_001115

## After Visit Summary (continued)

Discharge Instructions (continued)

Avoid driving after knee surgery. Confirm the release of this restriction with your surgeon prior to returning to driving.

- **Follow-up Care**

Confirm your follow-up appointment with your surgeon's office. This is usually within two weeks following the date of surgery. This appointment is critical to your treatment success and recovery.

**CALL YOUR SURGEON AT (253) 792-6555 IF YOU HAVE EXCESSIVE BLEEDING, PAIN UNCONTROLLED BY PRESCRIBED PAIN MEDICATION, FEVER, SHORTNESS OF BREATH, OR NUMBNESS.**

### ACUTE PAIN DISCHARGE INSTRUCTIONS (ADULT)

**PAIN MANAGEMENT PLAN OF CARE:**
- Medicine will likely not take away all of your pain. You should feel good enough to:
  - Move at your usual level for light activities and to change positions easily
  - Breathe easily/breathe deeply/cough
  - Take care of yourself
  - Do activities that your doctor recommends (e.g., physical therapy, occupational therapy)

- You have been prescribed the following medication to treat your pain:
- Opioid

- Additional Instructions for Chronic or Post Op pain control:
  *Post op -
  -- You received a prescription of opiates/narcotics for your postoperative pain. This is time limited. Opiates are rarely necessary after 1-2 weeks post surgery. Depending on the type of surgery, healing may take longer. After 6 weeks most patients do not require opioid medications.

- Pain can be managed in many different ways -- not just with medication. Your health care provider may refer you to one or more specialists who can help manage the pain.

- If you are taking prescription medications for pain, do **NOT** take the following without first talking to your health care provider:
  - Alcohol (including beer, wine, and liquor)
  - Antihistamines (including allergy medications such as Benadryl®)
  - Cough medicine/cough syrup
  - Barbiturates and benzodiazepines (often used as sleeping pills and sedatives, such as Ambien®, Xanax®, and Valium®)
  - General anesthetics (often used for surgery)

**SIDE EFFECTS OF PAIN MANAGEMENT TREATMENT:**
- Side effects of some medicines can include:
  - Constipation
  - Nausea/Vomiting
  - Drowsiness
  - Confusion
  - Trouble peeing
  - Trouble sleeping

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1984
Printed by 71334 at 8/21/24 10:13 AM

MC_001116

## After Visit Summary (continued)

Discharge Instructions (continued)
- Headache
- Opioid addiction
- Trouble breathing (respiratory depression)
- If you think you have side effects or a bad reaction to the pain treatment, tell your doctor as soon as possible. Find out what can be done to treat the side effect. Ask if there is another pain treatment that may work better for you.
- Opiates cause constipation. You should take a laxative and/or stool softener to make your bowels move every day that you are taking opioid pain medication. Take these medicines the way it tells you to on the label. Eating more fiber, fruits and vegetables, and drinking more water can also help prevent constipation.

**CALL YOUR HEALTH CARE PROVIDER IF:**
- Your medicine is not helping to lower the pain.
- You vomit or have watery stools shortly after taking the medicine.
- There is new pain in areas that did not hurt before.
- You have a bad reaction to your medicine. This may include:
  - Itching
  - Swelling
  - Dizziness
  - A new rash

**CALL 9-1-1 OR GO TO THE EMERGENCY ROOM IF:**
- Your loved one is difficult to wake up or keep awake without frequent stimulation
- You feel dizzy or faint.
- You are very confused or disoriented.
- You cannot stop vomiting.
- Your skin or lips turn pale or bluish in color.
- You have shortness of breath or you are breathing slower than usual.
- You have a severe allergic reaction to your medicine. This includes:
  - Tongue swelling.
  - Trouble breathing.

**ACTIVITIES THAT MIGHT MAKE PAIN WORSE OR DECREASE THE EFFECT OF THE TREATMENT PLAN:**
- If you are in moderate or severe pain, don't tough it out. You'll feel better and heal faster if you speak up about your pain.
- Get ahead of the pain. Getting ahead of the pain means not waiting until your pain is too severe before you take your medication. If you wait until your pain is severe or getting worse, it can be hard to control your pain and you will have to wait for the medication to work. Keep in mind that it can take 30-60 minutes for pain medicine to start working.
- Get enough sleep. Sleep is one of the most important things you can do to control your pain. Sleep makes it easier to deal with pain, speeds healing, and can actually lower pain.
- Increase physical activity slowly. It may feel okay when you are doing the activity, but it may not feel good in a few hours. When you are healing from pain, you may feel ready to do your normal activities. If you do too much too soon, your pain may get worse.
- Do not sit too long. Sitting or lying in one place for too long can lead to more pain. Getting up and taking a short walk every hour or two during the day helps keep you from getting stiff. It can also lower the risk of getting blood clots.
- Many people avoid walking because the move from sitting to standing can be painful. If your pain is so severe that you are unable to do simple tasks such as standing and walking, you should talk to your doctor.

**Additional Opioid Instructions:**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1985
Printed by 71334 at 8/21/24 10:13 AM

MC_001117

**After Visit Summary (continued)**

Discharge Instructions (continued)

**HOW TO STOP TAKING OPIOIDS:**
- If you have been taking opioid medicine for more than a week, you may need to slowly stop taking them (taper). Tapering your use of opioids can lower your chances of having withdrawal symptoms, such as:
  - Stomach pain and cramping
  - Nausea
  - Sweating
  - Sleepiness
  - Restlessness
  - Uncontrollable shaking (tremors)
  - Cravings for the medicine
- Do not attempt to taper your use of opioids on your own. Talk with your health care provider about how to do this. Your health care provider may prescribe a step-down schedule based on how much medicine you are taking and how long you have been taking it.

**SAFE USE, STORAGE, AND DISPOSAL OF OPIOIDS:**
- Opioid (narcotic) Safety Information
  - We care about your comfort and believe you need opioid medication to treat your pain. An opioid is a strong pain medication. It is only available by prescription for moderate to severe pain. Usually these medications are used for a short time to treat pain, but sometimes will be prescribed for longer. Talk with your doctor or nurse about how long they expect you to need this medication.
  - When used the right way, opioids are a safe and effective way to treat your pain. When used in the wrong way, opioids can be dangerous for you or others. Opioids do not work for everyone. Most patients do not get full relief of their pain from opioid medication; full relief of your pain may not be possible.
- For your safety, we ask you to follow these instructions:
  - Only take your opioid medication as prescribed. If your pain is not controlled with the prescribed dose or the medication is not lasting long enough, call your doctor.
  - Do not break or crush your opioid medication unless your doctor or pharmacist says you can. With certain medications, this can be dangerous, and may cause death.
  - Never share your medications with others, even if they appear to have a good reason. Never take someone else's pain medication. This is dangerous and a crime. Overdoses and deaths have occurred.
  - Keep your opioid medications safe, as you would with cash, in a lock box or similar container.
  - Make sure your opioids are secure, especially if you are around children or teens.
  - Talk with your doctor or pharmacist before you take other medications.
  - Avoid driving, operating machinery, or drinking alcohol while taking opioid pain medication-this may be unsafe.
- Guidelines for Drug Disposal
  - Follow any specific disposal instructions on the prescription drug label or patient information that comes with the medicine. Do not flush medicines down the sink or toilet unless this information instructs you to do so.
  - Use community drug take-back programs that allow you to bring unused drugs to a central location for proper disposal. Visit the website, www.takebackyourmeds.org, or call your city or county government's household trash and recycling service to see if a take-back program is available in your community. The U.S. Drug Enforcement Administration (DEA) often sponsors National Prescription Drug Take-Back Days (www.deadiversion.usdoj.gov/drug_disposal/takeback/).
  - If no disposal instructions are given on the prescription drug label and no take-back program is available in your area, throw the drugs in the household trash following these steps.
  - Remove them from their original containers and mix them with an undesirable substance, such as used coffee grounds or kitty litter (this makes the drug less appealing to children and pets, and to people who may go through the trash seeking drugs).
  - Place the mixture in a sealable bag, empty can, or other container to prevent the drug from leaking or breaking out of a garbage bag.

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1986                                Printed by 71334 at 8/21/24 10:13 AM

MC_001118

**After Visit Summary (continued)**

### Discharge Instructions (continued)

- Before throwing out a medicine container, scratch out all identifying information on the prescription label to make it unreadable. This will help protect your identity and the privacy of your personal health information.
- Do not give your medicine to friends. A medicine that works for you could be dangerous for someone else.
- When in doubt about proper disposal, talk to your pharmacist.

**Allenmore Hospital 2E**
1901 South Union
Tacoma WA 98405

### Signatures

My signature on this After Visit Summary shows that my questions have been answered. I understand the discharge instructions given to me. I know how to get help if needed. I understand my medicine prescriptions. I will ask my doctor or pharmacist for instructions on my medicines as needed. My personal things have been returned to me. I will follow the instructions to see other doctors or caregivers. I know it is my responsibility to schedule an appointment with my Primary Care Provider or other providers I have been told to see.

Patient/Representative _____

Staff _____

### MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to
https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

.

MC_001119

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**AVS Received**

### Discharge Instruction - Scan on 6/28/2023 1431: Discharge Instruction

Scan (below)

172930 LAROCQUE, LINDA J

Allenmore Hospital, 1901 S Union Ave, Tacoma WA 98405-1706 Ph 253-403-1000

### AFTER VISIT SUMMARY SIGNATURE PAGE

My signature on this After Visit Summary shows that my questions have been answered. I understand the discharge instructions given to me. I know how to get help if needed. I understand my medicine prescriptions I will ask my doctor or pharmacist for instructions on my medicines as needed. My personal things have been returned to me. I will follow the instructions to see other doctors or caregivers. I know it is my responsibility to schedule an appointment with my Primary Care Provider or other providers I have been told to see.

Patient/Family/Caregiver Signature: _____

Date/Time: _____

RN signature: _____ Date/Time: _____

LAROCQUE,LINDA J
HAR: 713880867 CSN: 297993749    Adm Start
DOB: 2/9/1958 (65 yrs) female       6/26/2023
MRN: 172930                         AHH
CSN

Larocque, Linda J (MRN # 172930) DOB 02/09/1958 Printed by [227647] at 6/27/2023 12:42 PM    Page 1 of 1

**Discharge Instructions**

### Discharge Instructions by Nancy M Beachler, RN at 6/27/2023 1237

MC_001120

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Discharge Instructions (continued)

Version 2 of 2

| Author: Nancy M Beachler, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 06/27/23 1238 | Date of Service: 06/27/23 1237 | Status: Edited |
| Editor: Nancy M Beachler, RN (Registered Nurse) | | |

## AFTER KNEE SURGERY

- **Your Home Recovery**

Once you are home, take it easy! Deep breathing and coughing every hour for today will help expel the anesthesia and prevent pneumonia.

Be prepared to experience moderate to severe swelling in the first few weeks after surgery. You may also have mild to moderate swelling for 3 to 6 months after surgery. To reduce swelling, elevate your leg slightly and apply ice. Early mobility - short walks in house will help prevent blood clots.

*Warning Signs of a Blood Clot*
- Pain in your leg or calf unrelated to your incision
- Tenderness or redness above or below your knee
- Severe swelling of your thigh, calf, ankle or foot
- In very rare cases, a blood clot may travel to your lungs and become life-threatening. Signs that a blood clot has traveled to your lungs include:
  - Shortness of breath
  - Sudden onset of chest pain
  - Localized chest pain with coughing
- Notify your doctor or return to local emergency department immediately if you develop any of the above signs.
-
- **Activity**
- Keep your knee and leg elevated at or above the level of your heart and do not dangle your leg for prolonged periods of time. Ice can be applied to the surgical wrap at 30-minute increments every hour or two while awake. Do not apply ice directly to exposed skin. You may use ice therapy to help with pain control for as many days as you want.
  -
  - You are instructed to remain –
  - **Full weightbearing as tolerated with use of walker for stability with BRACE ON AT ALL TIMES including at night while you are asleep. As you want to keep your leg straight (in extension).**
  -
-
- **Exercises**

Maintaining your muscle strength and joint mobility is necessary to speed your recovery. These exercises are necessary to prevent muscle atrophy, improve circulation, and rebuild strength, flexibility and range of motion.

   **Quadriceps sets:** Tighten the front thigh muscles by pressing your knee toward the floor and hold for 5-10 seconds, then relax.

   **Straight leg raises:** Lift your leg, raising your heel 8-10 inches from the floor, keeping your knee straight, and hold for 5 seconds, then lower your leg slowly.

Each of these exercises can be performed several times a day or as tolerated.

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1989

Printed by 71334 at 8/21/24 10:13 AM

MC_001121

Discharge Instructions (continued)

## Pain Relief

Pain is common after surgery however the amount of pain experienced by patients varies greatly.
Unfortunately, no surgery is pain free and pain after your surgery is normal, but should be manageable. Usually a 3-4/10 is "tolerable" for most patients. Do not expect the pain medications to relieve all of your pain. In fact, some pain can be a helpful reminder to not be overly active as you recover from surgery. However, more severe pain may prevent you from moving around, which is important to help prevent blood clots in your legs and to help prevent pneumonia in your lungs. Use the medications to keep your pain at a tolerable level and stop the medications as soon as you are able to do so comfortably.

In addition to applying ice to the knee, the prescribed pain medication and potentiator should be taken as directed. Avoid drinking alcohol while taking a pain medication as the chemical interaction may cause dizziness, slow your breathing, or possibly be fatal.

### Plan of care to address postoperative pain:

Customarily this procedure has a type 2 expected medium-term recovery, with use of nonprescription and possible prescription anti-inflammatory medications, and acetaminophen as first line therapy. Occasionally, for severe pain, short-acting opioid derivatives are prescribed for up to 1-7 days postoperatively, at which time these will be discontinued.
The surgical team will manage postoperative pain for the 2 weeks immediately following surgery, after which time, the patient's PCP (or pain specialist) will assume this role.
For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

### Please make effort to keep track of medication dosing and times as well as if refill is needed. In most cases the surgical office does require 24-48 hours to obtain approval for medication refill if appropriate.

For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

- **Surgical Dressing**

Keep your surgical dressing intact and dry for 7 days following the operation. ACE BANDAGE CAN BE REMOVED AFTER 24 HOURS. It is not uncommon to experience a small amount of bleeding or oozing on this dressing. You can shower over you surgical dressing after ace wrap removed. After 7 days bandage can be removed and incision can be left open to air. Showering is still appropriate. Pat incision dry afterward and let air dry for 5-10 minutes prior to covering with appropriate bandage if you do not want to leave open to air. DO NOT SOAK OR SUBMERGE YOUR INCISION IN SITTING WATER (I.E BATHTUB SWIMMING POOL OR JACUZZI). In these first few days, it may be best to either sponge bath or bathe with the leg propped out of the tub.

*Warning Signs of Infection*
- Persistent fever (higher than 100 degrees)
- Shaking chills

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1990
Printed by 71334 at 8/21/24 10:13 AM

MC_001122

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Discharge Instructions (continued)

- Increasing redness, tenderness or swelling of your wound
- Drainage from your wound
- Increasing pain with both activity and rest
- 
- **Diet**

Following surgery, it is not uncommon for you to have a poor appetite and even possibly some nausea from the anesthetic residual and pain medication. I would encourage you to remain well hydrated, beginning with clear liquids. If this is tolerated, you may continue a progressive diet with emphasis on good nutrition. Constipation is a common side effect with some pain medications, so increase your fluids and fiber intake but avoid laxatives. **To prevent constipation**: drink 8-10 glasses water per day, eat extra fruits and veggies, try prune juice, may try over the counter stool softners or fiber supplements . Consider what you normally do to keep bowels regular and continue your routine. If nausea persist and you can't hold down liquids - call MD for possible prescription.

- **Driving**

Avoid driving after knee surgery. Confirm the release of this restriction with your surgeon prior to returning to driving.

- **Follow-up Care**

Confirm your follow-up appointment with your surgeon's office. This is usually within two weeks following the date of surgery. This appointment is critical to your treatment success and recovery.

**CALL YOUR SURGEON AT (253) 792-6555 IF YOU HAVE EXCESSIVE BLEEDING, PAIN UNCONTROLLED BY PRESCRIBED PAIN MEDICATION, FEVER, SHORTNESS OF BREATH, OR NUMBNESS.**


**ACUTE PAIN DISCHARGE INSTRUCTIONS (ADULT)**

**PAIN MANAGEMENT PLAN OF CARE:**
- Medicine will likely not take away all of your pain. You should feel good enough to:
  - Move at your usual level for light activities and to change positions easily
  - Breathe easily/breathe deeply/cough
  - Take care of yourself
  - Do activities that your doctor recommends (e.g., physical therapy, occupational therapy)
  1.
- You have been prescribed the following medication to treat your pain:
- - Opioid

- Additional Instructions for Chronic or Post Op pain control:
- *Post op -
  - - You received a prescription of opiates/narcotics for your postoperative pain. This is time limited. Opiates are rarely necessary after 1-2 weeks post surgery. Depending on the type of surgery, healing may take longer. After 6 weeks most patients do not require opioid medications.
- 
- Pain can be managed in many different ways – not just with medication. Your health care provider may refer you to one or more specialists who can help manage the pain.
- 

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1991

Printed by 71334 at 8/21/24 10:13 AM

MC_001123

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Discharge Instructions (continued)

- If you are taking prescription medications for pain, do **NOT** take the following without first talking to your health care provider:
  - Alcohol (including beer, wine, and liquor)
  - Antihistamines (including allergy medications such as Benadryl®)
  - Cough medicine/cough syrup
  - Barbiturates and benzodiazepines (often used as sleeping pills and sedatives, such as Ambien®, Xanax®, and Valium®)
  - General anesthetics (often used for surgery)
    1.

2. **SIDE EFFECTS OF PAIN MANAGEMENT TREATMENT:**
- Side effects of some medicines can include:
  - Constipation
  - Nausea/Vomiting
  - Drowsiness
  - Confusion
  - Trouble peeing
  - Trouble sleeping
  - Headache
  - Opioid addiction
  - Trouble breathing (respiratory depression)
- If you think you have side effects or a bad reaction to the pain treatment, tell your doctor as soon as possible. Find out what can be done to treat the side effect. Ask if there is another pain treatment that may work better for you.
- Opiates cause constipation. You should take a laxative and/or stool softener to make your bowels move every day that you are taking opioid pain medication. Take these medicines the way it tells you to on the label. Eating more fiber, fruits and vegetables, and drinking more water can also help prevent constipation.

- 
- **CALL YOUR HEALTH CARE PROVIDER IF:**
- Your medicine is not helping to lower the pain.
- You vomit or have watery stools shortly after taking the medicine.
- There is new pain in areas that did not hurt before.
- You have a bad reaction to your medicine. This may include:
  - Itching
  - Swelling
  - Dizziness
  - A new rash

1.
2. **CALL 9-1-1 OR GO TO THE EMERGENCY ROOM IF:**
- Your loved one is difficult to wake up or keep awake without frequent stimulation
- You feel dizzy or faint.
- You are very confused or disoriented.
- You cannot stop vomiting.
- Your skin or lips turn pale or bluish in color.
- You have shortness of breath or you are breathing slower than usual.
- You have a severe allergic reaction to your medicine. This includes:
  - Tongue swelling.
  - Trouble breathing.

3.
4. **ACTIVITIES THAT MIGHT MAKE PAIN WORSE OR DECREASE THE EFFECT OF THE TREATMENT PLAN:**

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 1992    Printed by 71334 at 8/21/24 10:13 AM

MC_001124

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Discharge Instructions (continued)

- If you are in moderate or severe pain, don't tough it out. You'll feel better and heal faster if you speak up about your pain.
- Get ahead of the pain. Getting ahead of the pain means not waiting until your pain is too severe before you take your medication. If you wait until your pain is severe or getting worse, it can be hard to control your pain and you will have to wait for the medication to work. Keep in mind that it can take 30-60 minutes for pain medicine to start working.
- Get enough sleep. Sleep is one of the most important things you can do to control your pain. Sleep makes it easier to deal with pain, speeds healing, and can actually lower pain.
- Increase physical activity slowly. It may feel okay when you are doing the activity, but it may not feel good in a few hours. When you are healing from pain, you may feel ready to do your normal activities. If you do too much too soon, your pain may get worse.
- Do not sit too long. Sitting or lying in one place for too long can lead to more pain. Getting up and taking a short walk every hour or two during the day helps keep you from getting stiff. It can also lower the risk of getting blood clots.
- Many people avoid walking because the move from sitting to standing can be painful. If your pain is so severe that you are unable to do simple tasks such as standing and walking, you should talk to your doctor.

- 
- **Additional Opioid Instructions:**
  - 
- **HOW TO STOP TAKING OPIOIDS:**
  - If you have been taking opioid medicine for more than a week, you may need to slowly stop taking them (taper). Tapering your use of opioids can lower your chances of having withdrawal symptoms, such as:
    - Stomach pain and cramping
    - Nausea
    - Sweating
    - Sleepiness
    - Restlessness
    - Uncontrollable shaking (tremors)
    - Cravings for the medicine
  - Do not attempt to taper your use of opioids on your own. Talk with your health care provider about how to do this. Your health care provider may prescribe a step-down schedule based on how much medicine you are taking and how long you have been taking it.
    - 
- **SAFE USE, STORAGE, AND DISPOSAL OF OPIOIDS:**
  - Opioid (narcotic) Safety Information
    - We care about your comfort and believe you need opioid medication to treat your pain. An opioid is a strong pain medication. It is only available by prescription for moderate to severe pain. Usually these medications are used for a short time to treat pain, but sometimes will be prescribed for longer. Talk with your doctor or nurse about how long they expect you to need this medication.
    - When used the right way, opioids are a safe and effective way to treat your pain. When used in the wrong way, opioids can be dangerous for you or others. Opioids do not work for everyone. Most patients do not get full relief of their pain from opioid medication; full relief of your pain may not be possible.
  - For your safety, we ask you to follow these instructions:
    - Only take your opioid medication as prescribed. If your pain is not controlled with the prescribed dose or the medication is not lasting long enough, call your doctor.
    - Do not break or crush your opioid medication unless your doctor or pharmacist says you can. With certain medications, this can be dangerous, and may cause death.
    - Never share your medications with others, even if they appear to have a good reason. Never take someone else's pain medication. This is dangerous and a crime. Overdoses and deaths have occurred.
    - Keep your opioid medications safe, as you would with cash, in a lock box or similar container.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1993
Printed by 71334 at 8/21/24 10:13 AM

MC_001125

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Discharge Instructions (continued)

- • Make sure your opioids are secure, especially if you are around children or teens.
- • Talk with your doctor or pharmacist before you take other medications.
- • Avoid driving, operating machinery, or drinking alcohol while taking opioid pain medication-this may be unsafe.
- ○ Guidelines for Drug Disposal
  - • Follow any specific disposal instructions on the prescription drug label or patient information that comes with the medicine. Do not flush medicines down the sink or toilet unless this information instructs you to do so.
  - • Use community drug take-back programs that allow you to bring unused drugs to a central location for proper disposal. Visit the website, www.takebackyourmeds.org, or call your city or county government's household trash and recycling service to see if a take-back program is available in your community. The U.S. Drug Enforcement Administration (DEA) often sponsors National Prescription Drug Take-Back Days (www.deadiversion.usdoj.gov/drug_disposal/takeback/).
  - • If no disposal instructions are given on the prescription drug label and no take-back program is available in your area, throw the drugs in the household trash following these steps.
  - • Remove them from their original containers and mix them with an undesirable substance, such as used coffee grounds or kitty litter (this makes the drug less appealing to children and pets, and to people who may go through the trash seeking drugs).
  - • Place the mixture in a sealable bag, empty can, or other container to prevent the drug from leaking or breaking out of a garbage bag.
  - • Before throwing out a medicine container, scratch out all identifying information on the prescription label to make it unreadable. This will help protect your identity and the privacy of your personal health information.
  - • Do not give your medicine to friends. A medicine that works for you could be dangerous for someone else.
  - • When in doubt about proper disposal, talk to your pharmacist.
- •
- •
- •

Electronically signed by Nancy M Beachler, RN at 06/27/23 1238

**Version 1 of 2**

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 06/27/23 1237 | Date of Service: 06/27/23 1237 | Status: Written |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

## AFTER KNEE SURGERY

- • **Your Home Recovery**

Once you are home, take it easy! Deep breathing and coughing every hour for today will help expel the anesthesia and prevent pneumonia.
Be prepared to experience moderate to severe swelling in the first few weeks after surgery. You may also have mild to moderate swelling for 3 to 6 months after surgery. To reduce swelling, elevate your leg slightly and apply ice. Early mobility - short walks in house will help prevent blood clots.

*Warning Signs of a Blood Clot*
- • Pain in your leg or calf unrelated to your incision
- • Tenderness or redness above or below your knee
- • Severe swelling of your thigh, calf, ankle or foot

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023
Page 1994                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001126

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Discharge Instructions (continued)**

- In very rare cases, a blood clot may travel to your lungs and become life-threatening. Signs that a blood clot has traveled to your lungs include:
  - Shortness of breath
  - Sudden onset of chest pain
  - Localized chest pain with coughing
- <u>Notify your doctor or return to local emergency department immediately if you develop any of the above signs.</u>
- 
- **Activity**
- Keep your knee and leg elevated at or above the level of your heart and do not dangle your leg for prolonged periods of time. Ice can be applied to the surgical wrap at 30-minute increments every hour or two while awake. Do not apply ice directly to exposed skin. You may use ice therapy to help with pain control for as many days as you want.
  - 
  - You are instructed to remain –
  - **Full weightbearing as tolerated with use of walker for stability with BRACE ON AT ALL TIMES including at night while you are asleep. As you want to keep your leg straight (in extension).**
    - 
- 
- **Exercises**

Maintaining your muscle strength and joint mobility is necessary to speed your recovery. These exercises are necessary to prevent muscle atrophy, improve circulation, and rebuild strength, flexibility and range of motion.

**Quadriceps sets:** Tighten the front thigh muscles by pressing your knee toward the floor and hold for 5-10 seconds, then relax.

**Straight leg raises:** Lift your leg, raising your heel 8-10 inches from the floor, keeping your knee straight, and hold for 5 seconds, then lower your leg slowly.

Each of these exercises can be performed several times a day or as tolerated.

**Pain Relief**
Pain is common after surgery however the amount of pain experienced by patients varies greatly. Unfortunately, no surgery is pain free and pain after your surgery is normal, but should be manageable. Usually a 3-4/10 is "tolerable" for most patients. Do not expect the pain medications to relieve all of your pain. In fact, some pain can be a helpful reminder to not be overly active as you recover from surgery. However, more severe pain may prevent you from moving around, which is important to help prevent blood clots in your legs and to help prevent pneumonia in your lungs. Use the medications to keep your pain at a tolerable level and stop the medications as soon as you are able to do so comfortably.
In addition to applying ice to the knee, the prescribed pain medication and potentiator should be taken as directed. Avoid drinking alcohol while taking a pain medication as the chemical interaction may cause dizziness, slow your breathing, or possibly be fatal.

<u>Plan of care to address postoperative pain:</u>
Customarily this procedure has a type 2 expected medium-term recovery, with use of nonprescription and possible prescription anti-inflammatory medications, and acetaminophen as first line therapy. Occasionally, for severe pain, short-acting opioid derivatives are prescribed for up to 1-7 days postoperatively, at which time these will be discontinued.
The surgical team will manage postoperative pain for the 2 weeks immediately following surgery, after which time, the patient's PCP (or pain specialist) will assume this role.
For safe use of medications, follow the directions on the prescription/medication container, and assure you

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1995
Printed by 71334 at 8/21/24 10:13 AM

MC_001127

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Discharge Instructions (continued)

have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

**Please make effort to keep track of medication dosing and times as well as if refill is needed. In most cases the surgical office does require 24-48 hours to obtain approval for medication refill if appropriate.**

For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

- **Surgical Dressing**

Keep your surgical dressing intact and dry for 7 days following the operation. ACE BANDAGE CAN BE REMOVED AFTER 24 HOURS. It is not uncommon to experience a small amount of bleeding or oozing on this dressing. You can shower over you surgical dressing after ace wrap removed. After 7 days bandage can be removed and incision can be left open to air. Showering is still appropriate. Pat incision dry afterward and let air dry for 5-10 minutes prior to covering with appropriate bandage if you do not want to leave open to air. DO NOT SOAK OR SUBMERGE YOUR INCISION IN SITTING WATER (I.E BATHTUB SWIMMING POOL OR JACUZZI). In these first few days, it may be best to either sponge bath or bathe with the leg propped out of the tub.

*Warning Signs of Infection*
- Persistent fever (higher than 100 degrees)
- Shaking chills
- Increasing redness, tenderness or swelling of your wound
- Drainage from your wound
- Increasing pain with both activity and rest
-
- **Diet**

Following surgery, it is not uncommon for you to have a poor appetite and even possibly some nausea from the anesthetic residual and pain medication. I would encourage you to remain well hydrated, beginning with clear liquids. If this is tolerated, you may continue a progressive diet with emphasis on good nutrition. Constipation is a common side effect with some pain medications, so increase your fluids and fiber intake but avoid laxatives. **To prevent constipation**: drink 8-10 glasses water per day, eat extra fruits and veggies, try prune juice, may try over the counter stool softners or fiber supplements . Consider what you normally do to keep bowels regular and continue your routine. If nausea persist and you can't hold down liquids - call MD for possible prescription.

- **Driving**

Avoid driving after knee surgery. Confirm the release of this restriction with your surgeon prior to returning to driving.

- **Follow-up Care**

MC_001128

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Discharge Instructions (continued)

Confirm your follow-up appointment with your surgeon's office. This is usually within two weeks following the date of surgery. This appointment is critical to your treatment success and recovery.

**CALL YOUR SURGEON AT (253) 792-6555 IF YOU HAVE EXCESSIVE BLEEDING, PAIN UNCONTROLLED BY PRESCRIBED PAIN MEDICATION, FEVER, SHORTNESS OF BREATH, OR NUMBNESS.**

Electronically signed by Alexandria Bones, PA-C at 06/27/23 1237

Patient Instructions

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 6/26/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Per pt 1145**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Columbia Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

**1. Eating Instructions:**

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

• 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

• 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

• > 8 hrs before arrival- Usual diet

**2. Medication Instructions:**

Pre-Surgery Instructions:

| Medication | Instructions |
|---|---|
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water.<br><br>If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |

MC_001129

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Patient Instructions (continued)**

- alprazolam (XANAX) 0.25 MG Tab   Ok to take/use as prescribed day of surgery.

- hydrocodone-acetaminophen   Ok to take/use as prescribed day of surgery.
  (NORCO) 10-325 MG Tab

- rosuvastatin (CRESTOR) 10 mg   Ok to take/use as prescribed day of surgery.
  Tab

- hydrochlorothiazide (MICROZIDE)   Ok to take/use as prescribed day of surgery.
  12.5 MG Caps

- duloxetine (CYMBALTA) 60 MG   Ok to take/use as prescribed day of surgery.
  Capsule Enteric Coated Particles

- verapamil (CALAN SR) 240 MG   Ok to take/use as prescribed day of surgery.
  Tab CR

- hydrOXYzine hcl (ATARAX) 25   Ok to take/use as prescribed day of surgery.
  MG Tab

- 
- 
- 
- docusate sodium (COLACE) 100   Do NOT take/use day of surgery
  MG Caps

- 
- 

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks

4. **Bring with you Day of surgery:**

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/26/2023, D/C: 6/27/2023

Page 1998                               Printed by 71334 at 8/21/24 10:13 AM

MC_001130

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Patient Instructions (continued)**

- Co-Pay if instructed
- Contact case and solution and/or glasses with case
- Picture identification and insurance cards

5. Additional Information

- You will need transportation from the hospital & a responsible person to be with you for 24 hours.
- Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

Instructions were reviewed with me and my questions have been addressed: Telephone screen
Instructions given to patient
Instructions sent via My Chart

**The following is a requirement for this procedure: Pick up wipes, Blood tests**

**Instructions for Walk-In visits:**
**Allenmore Pre Anesthesia Clinic Entrance #3**

*Allenmore Hospital Entrance #3 (Faces Union ave.)*
*1901 S. Union*
*Tacoma WA 98405*
*The entrance is located on Union Ave, next to Umpqua Bank.*

*Check in at Registration right inside for or blood tests*
*LAB/Pick up wipes hours are walk in:*
*Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
*Closed weekends and major Holidays*

*Blood tests*

**When you arrive at the Lab:**
Sign-in and /or tell the receptionist the following;
"I'm from the Pre-Anesthesia Clinic and I have orders from... "

Once you are done in the Lab you are free to leave.
If there are any changes or additional requirements you will be contacted.

Marie, RN | Surgical screener
West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
Allenmore Hospital | MultiCare Health System
Address: 1901 South Union Ave, Tacoma, WA, 98405
Phone: 253.459.6877 | Fax: 253.459.6218

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 1999
Printed by 71334 at 8/21/24 10:13 AM

MC_001131

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Patient Instructions (continued)**

physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.

**Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

*General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

*Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

*Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

**What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of *general anesthesia* include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of *regional anesthesia* include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness per-sists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/26/2023, D/C: 6/27/2023

Page 2000    Printed by 71334 at 8/21/24 10:13 AM

MC_001132

**06/26/2023 - Lab in Lab - Cedar Medical**

**MultiCare Health System**          **TACOMA GENERAL HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 298283703

## Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/26/2023 0902 | 713880967 | OL | *Cedar Medical Lab | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**     Coronary artery disease *
                                                  Gestational Age: <None>

## Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:** GUERRA, DANIEL                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

## Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | LAROCQUE,LINDA J | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

## Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

## Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 6/26/2023, D/C: 6/26/2023
WAY
TACOMA WA 98405-4234

Page 2001          Printed by 71334 at 8/21/24 10:13 AM

MC_001133

## 06/26/2023 - Lab in Lab - Cedar Medical (continued)

### *Accident Information*
**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

| Name | Acct ID | Class | Status |
|---|---|---|---|
| Larocque, Linda J | 713880967 | Ambulatory | Closed |

### Reason for Visit

#### Visit Diagnosis
- Coronary artery disease involving native coronary artery of native heart without angina pectoris [I25.10]

### Visit Information

#### Provider Information
##### Referring Provider
Daniel Guerra, MD

#### Department

| Name | Address | | |
|---|---|---|---|
| Lab - Cedar Medical | 1901 SOUTH CEDAR SUITE 105 Tacoma WA 98405-2305 | | |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/26/2023 9:10 AM | CEDAR MEDICAL LAB RESOURCE | TG CML CEDAR MEDICAL LAB | MHS LAB |

### Events

#### Hospital Outpatient at 6/26/2023 0902
Unit: Lab - Cedar Medical
Patient class: Outpatient-Lab

#### Discharge at 6/26/2023 1141
Unit: Lab - Cedar Medical
Patient class: Outpatient-Lab

### Medication List

#### Medication List
This visit has been closed. A record of the med list at the time of the visit is not available.

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/26/2023

Page 2002

Printed by 71334 at 8/21/24 10:13 AM

MC_001134

## 06/26/2023 - Lab in Lab - Cedar Medical (continued)

Labs

EMR LR v13.0

### LIPID PANEL (Order 710446996)
Results

Status: Final result
(Collected: 6/26/2023 09:02)

### Results

LIPID PANEL Final result                                                                         Order: 710446996

Status: **Final result**

| Component<br>Ref Range & Units | 6/26/23 0902 |
|---|---|
| Cholesterol, Total<br><200 mg/dL | 175 |
| Triglycerides<br><150 mg/dL | 137 |
| HDL<br>40 - 59 mg/dL | 56 |
| LDLC<br><100 mg/dL | 92 |

Comment:
The reference ("normal") range for the LDL cholesterol test in adults has been lowered to <100 to reflect National Cholesterol Education Program ATP III guidelines.

Goal LDL Cholesterol by risk category per NCEP ATEP III Guidelines in adults:
    CHD and CHD risk equivalents: <100 mg/dL
        Multiple (2+) risk factors: <130 mg/dL
            Zero to one risk factor: <160 mg/dL

| | |
|---|---|
| Non HDL cholesterol<br><130 mg/dL | 119 |
| Chol/HDL ratio | 3.13 |
| Fasting | Yes |

## END OF LAB RESULTS REPORT
EMR LR v13.0

### HEPATIC FUNCTION PANEL (Order 710446998)
Results

Status: Final result
(Collected: 6/26/2023 09:02)

### Results

HEPATIC FUNCTION PANEL Final result                                                               Order: 710446998

Status: **Final result**

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/26/2023, D/C: 6/26/2023

Page 2003                                                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001135

## 06/26/2023 - Lab in Lab - Cedar Medical (continued)

**Labs (continued)**

| Component<br>Ref Range & Units | 6/26/23 0902 |
|---|---|
| SGOT/AST<br>5 - 40 IU/L | 22 |
| Alk Phos<br>28 - 126 IU/L | 69 |
| SGPT/ALT<br>6 - 60 IU/L | 23 |
| Bilirubin total<br>0.2 - 1.4 mg/dL | 0.9 |
| Bili conjugated(dir)<br>0.0 - 0.5 mg/dL | 0.3 |
| Protein, Total<br>6.1 - 7.8 g/dL | 7.8 |
| Albumin<br>3.2 - 5.0 g/dL | 4.5 |
| Globulin (calc)<br>2.0 - 4.5 g/dL | 3.3 |
| A:G Ratio<br>>1.0 | 1.4 |

# END OF LAB RESULTS REPORT

| Results | (Order) |
|---|---|

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Flowsheets**

**LACE+ Score**

| Row Name | 06/27/23 0011 | | | |
|---|---|---|---|---|

OTHER

| LACE+<br>Readmission<br>Risk Score | 30 -SB |
|---|---|

**User Key**
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| SB | Scheduler Batch | — | — |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| | TACOMA GENERAL<br>HOSPITAL<br>315 MARTIN LUTHER KING JR<br>WAY<br>TACOMA WA 98405-4234 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Adm: 6/26/2023, D/C: 6/26/2023 |

Printed by 71334 at 8/21/24 10:13 AM

MC_001136

## Preferred Pharmacy (continued)

**Messages (continued)**

| | | |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 6/26/2023 9:01 AM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
    Visit Type: Lab
        Date: 6/26/2023
            Dept: LAB - Cedar Medical
            Provider: CEDAR MEDICAL LAB RESOURCE
            Time: 9:10 AM
            Length: 10 min

Appt Status: Scheduled

**Patient Instructions**

    None

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 6/26/2023, D/C: 6/26/2023
WAY
TACOMA WA 98405-4234

Page 2005                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001137

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 274983098

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/26/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Coronary Artery Disease;*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile    253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

Pulse Heart Institute    Larocque, Linda J
1901 SOUTH CEDAR ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-2302    Visit date: 6/26/2023

Page 2006    Printed by 71334 at 8/21/24 10:13 AM

MC_001138

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:13 AM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints
- Coronary Artery Disease
- Lipids

#### Visit Diagnoses
- **Coronary artery disease involving native coronary artery of native heart without angina pectoris (primary) [I25.10]**
- PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC) [I47.1]
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) [I50.20]
- Essential hypertension, benign [I10]
- SOB (shortness of breath) [R06.02]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Daniel Guerra, MD | Daniel Guerra, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Pulse Heart Institute Tacoma | 1901 SOUTH CEDAR ST SUITE 301 Tacoma WA 98405-2302 | 253-572-7320 | 253-779-9879 |

#### Follow-up and Dispositions
- Return in about 6 months (around 12/26/2023).

#### Level of Service

| Level of Service |
| --- |
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 6/26/2023 8:30 AM | Daniel Guerra, MD | PULSE CARDIOLOGY TACOMA | Pulse Tacoma |

### Clinical Notes

#### Nursing Note by Nicole B Syharath, MA at 6/26/2023 0830

| | | |
| --- | --- | --- |
| Author: Nicole B Syharath, MA | Service: --- | Author Type: Medical Assistant |
| Filed: 06/26/23 0828 | Encounter Date: 6/26/2023 | Status: Signed |
| Editor: Nicole B Syharath, MA (Medical Assistant) | | |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2007

Printed by 71334 at 8/21/24 10:13 AM

MC_001139

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

Patient states all meds are current, did echeckin. Patient does not need any refills at this time.

Electronically signed by Nicole B Syharath, MA at 06/26/23 0828

**Progress Notes by Daniel Guerra, MD at 6/26/2023 0830**

| | | |
|---|---|---|
| Author: Daniel Guerra, MD | Service: Cardiology - Interventional | Author Type: Physician |
| Filed: 06/26/23 0851 | Encounter Date: 6/26/2023 | Status: Signed |
| Editor: Daniel Guerra, MD (Physician) | | |

## CARDIOVASCULAR OFFICE VISIT & FOLLOW-UP

**PATIENT NAME:**    **Linda J Larocque**
**PRIMARY CARE:**    Rachel D Dawson, MD
**REFERRED BY:**    Rachel D Dawson, MD

I had the pleasure of seeing Linda J Larocque for cardiovascular follow-up. I have placed my impression and plan immediately following this paragraph for your ease of reference.

**ASSESSMENT:**
Linda J Larocque is a 65 year old female who is here for follow up. The patient is doing well overall. The patient is stable from a cardiac standpoint. She has known coronary artery disease which is a stable chronic illness. Her Canadian Cardiovascular Society (CCS) angina classification is 0 (asymptomatic). The patient's blood pressure is 132/74 mmHg. She has known hypertension which is a stable chronic illness. The patient's blood pressure is fine today. She has known high cholesterol (hyperlipidemia) which is a stable chronic illness. She is tolerated 10 mg of rosuvastatin thus far. She has a history of paroxysmal supraventricular tachycardia and denies any prolonged symptoms recently.

**PLAN:**
- For her most important concern today we discussed her cholesterol.
- Continue current cardiac medications at current doses.
- Repeat lipid profile. If her LDL is not at goal I would consider increasing her rosuvastatin dose.
- Follow up in 6 to 9 months is fine, or sooner if problems arise.

------------------------------------------------------------------

**CARDIOVASCULAR PROBLEM LIST (PAST MEDICAL & SURGICAL HISTORY):**
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis confirmed by instantaneous wave-free ratio
- Hypertension
- Hyperlipidemia
Leg aching with pravastatin
Statin intolerance in the past
- Diabetes mellitus type 2
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction
- Medically significant obesity

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2008

Printed by 71334 at 8/21/24 10:13 AM

MC_001140

**06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)**

Clinical Notes (continued)

CARDIOVASCULAR MEDICINE & RADIOLOGY STUDIES:
- 8/12/21 echocardiogram: left ventricular chamber size is moderately enlarged, left ventricular systolic function is mildly reduced with a calculated ejection fraction is 43% by 3D, global longitudinal strain (GLS) is -16.3%, paradoxical septal motion consistent with a left bundle branch block, mild diastolic dysfunction, apical septum, mid inferoseptal, and mid anteroseptal segments are hypokinetic, mild mitral valve regurgitation and tricuspid regurgitation
- 8/30/21-9/28/21 KOH: 4 automatically triggered events. One episode of supraventricular tachycardia at 158 bpm noted that lasted 58 seconds. One 6 beat run of ventricular tachycardia noted. Patient triggered events (4) revealed sinus rhythm or sinus tachycardia.
- 10/4/21 cardiac PET nuclear stress test: medium area of moderate in severity, fixed defect in the inferoseptal, anteroseptal and apical segments. Quantitative findings: SRS (Sum Rest Score): 9, SSS (Sum Stress Score): 9, SDS (Sum Difference Score): 0, Total perfusion defect is 11%. Gated left ventricular systolic function at rest was 53% and stress was 54%
- 6/15/22 limited echocardiogram: left ventricular chamber size is mildly enlarged, LVEF is between 45-50%, paradoxical septal motion consistent with a left bundle branch block, mild concentric LVH with mild mitral and tricuspid valve regurgitation and no evidence of elevated pulmonary systolic pressure

*I personally reviewed, updated, and summarized the results of the unique tests noted above.*

**CHIEF COMPLAINT:** Coronary Artery Disease and Lipids

**SUBJECTIVE & HISTORY OF PRESENT ILLNESS:**
Linda J Larocque is a 65 year old female presenting for follow up. At her last visit with me I stopped her pravastatin and we started rosuvastatin 10 mg to see if she can tolerate that. I have reviewed the medical record in detail.

Today Linda tells me that she was able to tolerate rosuvastatin. The patient denies any symptoms of chest discomfort at rest or with exertion or unusual dyspnea on exertion. She has been dealing with a knee injury after her recent TKR and is going back to the OR today to repair her patella.

**CURRENT OUTPATIENT MEDICATIONS:**
Current Outpatient Medications

| Medication | Sig |
|---|---|
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg into the skin once daily. |
| • diclofenac (VOLTAREN) 50 MG Tab EC | Take 1 Tablet by mouth twice daily. |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| • [START ON 7/3/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| • rosuvastatin (CRESTOR) 10 mg Tab | Take 1 Tablet by mouth each evening. |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2009

Printed by 71334 at 8/21/24 10:13 AM

MC_001141

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| • meloxicam (MOBIC) 7.5 MG Tab | Take 1 Tablet by mouth once daily. |
| • ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritis. |
| • Insulin Pen Needle (PEN NEEDLES 31GX5/16") 31G X 8 MM Misc | Use   With   victoza injections |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) |
| • docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. |

No current facility-administered medications for this visit.

**ALLERGIES:**
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] *palpitations* | |
| • Effexor [Venlafaxine] *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] *fatigue* | |
| • Pravastatin *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Zoloft [Sertraline Hcl] | |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2010                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001142

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

*ineffective*
- Codeine Camsylate              Nausea and Itching, Pruritus
  *Ok with food*
- Lipitor [Atorvastatin Calcium]    Myalgia
  *myalgias*
- Metoprolol Succinate [Metoprolol]   Fatigue
- Voltaren [Diclofenac Sodium]      Nausea
  *Gi upset*
- Zocor [Simvastatin]
  *myalgias*

## SOCIAL HISTORY:
Social History

| Tobacco Use | | |
|---|---|---|
| Smoking Status | Never | |
| • Passive exposure: | Never | |
| Smokeless Tobacco | Never | |
| Vaping Use | | |
| • Vaping Use: | | Not on file |

*Pertinent additional social history, family history, and review of systems is documented in the history of present illness section of this record as well as in the electronic medical records separately.*

## PHYSICAL EXAMINATION:
BP 132/74 | Pulse 88 | Ht 5' 6" (1.676 m) | Wt 240 lb (108.863 kg) | SaO2 97% | LMP 09/14/2009
Body mass index is 38.74 kg/m².
NECK: No elevation of jugular venous pressure.
CARDIOVASCULAR:
        AUSCULTATION: Regular. No murmur.
RESPIRATORY: Normal respiratory effort. No crackles.
EXTREMITIES: No significant right lower extremity edema. No significant left lower extremity edema.

## LABS:
Lab Results

| Component | Value | Date/Time |
|---|---|---|
| NA | 143 | 06/23/2023 01:15 PM |
| K | 4.1 | 06/23/2023 01:15 PM |
| CL | 111 (H) | 06/23/2023 01:15 PM |
| CO2 | 23 | 06/23/2023 01:15 PM |
| BUN | 17 | 06/23/2023 01:15 PM |
| CREA | 0.82 | 06/23/2023 01:15 PM |
| CREA | 0.66 | 02/09/2023 04:47 AM |
| GLU | 174 (H) | 06/23/2023 01:15 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|

MC_001143

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| WBC | 5.70 | 09/02/2022 11:11 AM |
| HGB | 13.9 | 06/23/2023 01:15 PM |
| HCT | 41.2 | 06/23/2023 01:15 PM |
| HCT | 30.5 (L) | 02/09/2023 04:47 AM |
| PLT | 282 | 02/09/2023 04:47 AM |
| INR | 0.92 | 11/05/2009 03:23 PM |
| TSH | 2.1 | 08/17/2010 08:54 AM |

## Lab Results

| Component | Value | Date |
|---|---|---|
| CHO | 185 | 02/10/2022 |
| LDLC | 100 | 02/10/2022 |
| HDLC | 53 | 02/10/2022 |
| TRIGC | 160 (H) | 02/10/2022 |
| SGPT | 18 | 09/02/2022 |
| SGOT | 19 | 09/02/2022 |

*I personally reviewed the results of the unique laboratory tests documented in this progress note.*

**ELECTROCARDIOGRAM (ECG):**
The patient did not have a new ECG performed this visit.

Please see the assessment and plan at the beginning of this progress note.

Sincerely,

Daniel R Guerra, MD FACC
Interventional Cardiology

MultiCare



**Heart Institute**

Innovative Heart & Vascular Health Care
www.pulseheartinstitute.org
Puget Sound (253) 572-7320
Inland Northwest (509) 755-5500

| | |
|---|---|
| **PATIENT NAME:** | **Linda J Larocque** |
| **DATE OF BIRTH:** | 2/9/1958 |
| **EPIC MRN:** | 172930 |

Electronically signed by Daniel Guerra, MD at 06/26/23 0851

**Medication List**

**Medication List**

MC_001144

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

### Medication List (continued)

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2013

Printed by 71334 at 8/21/24 10:13 AM

MC_001145

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

MC_001146

## 06/26/2023 - Office Visit in Pulse Heart Institute Tacoma (continued)

**Medication List (continued)**

Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/5/2023
Quantity: 18 mL

Ordered on: 6/5/2023
End date: 7/3/2023
Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/16/2023
Quantity: 90 Tablet

Discontinued on: 9/14/2023

Ordered on: 6/16/2023
End date: 9/14/2023
Refill: 1 refill by 6/15/2024

**Stopped in Visit**

None

## Results                                                                (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Flowsheets**

**Custom Formula Data**

| Row Name | 06/26/23 0828 |
|---|---|
| OTHER | |
| Ideal Body Weight | 130.73 lbs -NS |
| Adjusted Body Weight | 174.44 lbs -NS |
| % Over/Under Ideal Body Weight | 83.58 -NS |
| Predicted Body Weight | 59.3 -NS |
| Length (cm) | 167.6 cm -NS |
| IBW/kg (Calculated) Male | 63.8 kg -NS |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2015

Printed by 71334 at 8/21/24 10:13 AM

MC_001147

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -NS |
| BSA (Calculated - sq m) | 2.25 sq meters -NS |

**Vitals**

| | |
|---|---|
| MAP (mmHg) | 93 mmHg -NS |

**BMI**

| | |
|---|---|
| BMI (Calculated) | 38.76 -NS |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -NS |
| Low Range Vt 6mL/kg | 355.8 mL/kg -NS |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -NS |
| Adult High Range Vt 10mL/kg | 593 mL/kg -NS |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 38.76 -NS |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -NS |
| IBW/kg (Calculated) Male | 63.8 kg -NS |

**Encounter Vitals**

| Row Name | 06/26/23 0828 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 132/74 -NS | | | | |
| Pulse | 88 -NS | | | | |
| SpO2 | 97 % -NS | | | | |
| Weight | 108.9 kg (240 lb) - NS | | | | |
| Height | 1.676 m (5' 6'') -NS | | | | |

**Was the patient discharged in the past 30 days?**

| Row Name | 06/26/23 0827 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Was the patient discharged from an inpatient facility in the past 30 days? | No -NS | | | | |

**User Key**      (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| NS | Nicole B Syharath, MA | Medical Assistant | — |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2016
Printed by 71334 at 8/21/24 10:13 AM

MC_001148

## Preferred Pharmacy (continued)

**After Visit Summary**

After Visit Summary (below)

MultiCare

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958    6/26/2023 8:30 AM   Pulse Heart Institute Tacoma 253-572-7320

### Instructions from Daniel R Guerra, MD

 Return in about 6 months (around 12/26/2023).

### What's Next

| | | |
|---|---|---|
| JUN 26 2023 | REPAIR, TENDON, PATELLAR, OPEN with W Frederick Thompson, MD | ALLENMORE OR 1901 S Union Ave TACOMA WA 98405-1706 |

### PCP

| Primary Care Provider | Phone |
|---|---|
| Rachel D Dawson, MD | 253-792-6526 |

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

### Today's Visit

You saw Daniel R Guerra, MD on Monday June 26, 2023 for: Coronary Artery Disease and Lipids.
The following issues were addressed:
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Essential hypertension, benign
- SOB (shortness of breath)

| | |
|---|---|
| Blood Pressure 132/74 | BMI 38.74 |
| Weight 240 lb | Height 5' 6" |
| Pulse 88 | Oxygen Saturation 97% |

### Allergies as of 6/26/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

Page 2017

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023
Printed by 71334 at 8/21/24 10:13 AM

MC_001149

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

.

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

MC_001150

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List as of June 26, 2023 9:06 AM

ⓘ Always use your most recent med list.

| Medication | Instructions |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| diclofenac 50 MG Tbec<br>Voltaren<br>60 Tablet | Take 1 Tablet by mouth twice daily. |
| docusate sodium 100 MG Caps<br>Colace<br>60 Cap | Take 1 Cap by mouth twice daily. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>July 3, 2023 |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>120 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritis. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>90 Tablet | Take 1 Tablet by mouth once daily. |
| meloxicam 7.5 MG Tabs<br>Mobic<br>30 Tablet | Take 1 Tablet by mouth once daily. |
| ondansetron 4 MG Tabs<br>Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| * OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2019

Printed by 71334 at 8/21/24 10:13 AM

MC_001151

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of June 26, 2023 9:06 AM

**\* OTHER**
1 Each

Handicapped parking permit - permanent due to
inability to walk 200 feet due to an orthopedic
condition without an assistive device.

**PEN NEEDLES 31GX5/16" 31G X 8 MM Misc**
100 Each

Use With victoza injections

**rosuvastatin 10 mg Tabs**
Crestor
90 Tablet

Take 1 Tablet by mouth each evening.

**senna 8.6 MG Tabs**
SENNA, SENOKOT
30 Tablet

Take 1 Tablet by mouth once daily.

**verapamil 240 MG Tbcr**
CALAN SR
90 Tablet

Take 1 Tablet by mouth once daily.

**Victoza 18 MG/3ML Sopn**
liraglutide
18 mL

Inject 1.8 mg into the skin once daily.

✦ **\* This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions
carefully, and ask your doctor or other care provider to review them with you.**

**Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's
appointment. Review it with your doctor. Call your doctor if you have any medication questions.**

**Always update your medication list if you or your doctor:**
- **Change the type of medication you take**
- **Change a medication dose**
- **Stop a medication**
- **Start a new medication**

**Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.**

Pulse Heart Institute Tacoma
1901 SOUTH CEDAR ST SUITE 301
TACOMA WA 98405-2302

## Messages

### Appointment Scheduled

|  | Pulse Heart Institute | Larocque, Linda J |
| --- | --- | --- |
|  | 1901 SOUTH CEDAR ST | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
|  | TACOMA WA 98405-2302 | Visit date: 6/26/2023 |
| Page 2020 |  | Printed by 71334 at 8/21/24 10:13 AM |

MC_001152

## Preferred Pharmacy (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 10/31/2022 12:27 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
Visit Type: Office visit
Date: 6/26/2023
Dept: Pulse Heart Institute Tacoma
Provider: Daniel R Guerra
Time: 8:30 AM
Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

None

Pulse Heart Institute    Larocque, Linda J
1901 SOUTH CEDAR ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-2302    Visit date: 6/26/2023
Page 2021    Printed by 71334 at 8/21/24 10:13 AM

MC_001153

## 06/26/2023 - Procedure Pass in AH OR

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 297993746

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/26/2023 | | | No service for | |

**Admitting Physician:**
**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave |
|---|---|
| | Tacoma WA 98408-5509 |
| SSN: | xxx-xx-5145 |
| Age: | 66 year old |
| DOB: | 2/9/1958 (65 yrs) |
| Sex: | female |
| Marital Status: | Married |

Telephone Information:
| Home Phone | Not on file. |
|---|---|
| Work Phone | Not on file. |
| Mobile | 253-273-7247 |

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL Larocque, Linda J
1901 S UNION AVE MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702 Visit date: 6/26/2023
Page 2022 Printed by 71334 at 8/21/24 10:13 AM

MC_001154

## 06/26/2023 - Procedure Pass in AH OR (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Admission Information

| | | |
|---|---|---|
| Arrival Date/Time: | Admit Date/Time: 06/26/2023 | IP Adm. Date/Time: |
| Admission Type: | Point of Origin: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: N/A |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

### Discharge Information

| | | |
|---|---|---|
| Date/Time: — | Disposition: — | Destination: — |
| Provider: — | Unit: — | |

## Call Information

| | Department | Center |
|---|---|---|
| 6/26/2023 9:13 AM | AH OR | AH |

## Results (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001155

**06/26/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 298317703

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/26/2023 | | | No service for | |

**Admitting Physician:**  **Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:**  **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                  Visit date: 6/26/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2024                                Printed by 71334 at 8/21/24 10:13 AM

MC_001156

**06/26/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

## *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
| --- |
| Chart My |

### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

## Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 6/26/2023 11:27 AM | Chart My | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

| Results | | (Order ) |
| --- | --- | --- |

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### Change to postop time

| From | To | Sent and Delivered |
| --- | --- | --- |
| Julie A Lucich<br>Last Read in MyChart<br>Not Read | Larocque, Linda J | 6/26/2023 11:27 AM |

Hi Linda -

I had to reschedule your postop appointment with Alex from 1:40 to 3:00 on 7-6 due to a scheduling issue. If this doesn't work for you, please let me know!

Thanks,

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/26/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2025                                                                 Printed by 71334 at 8/21/24 10:13 AM

MC_001157

## Preferred Pharmacy (continued)

**Messages (continued)**

Julie

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/26/2023

Page 2026

Printed by 71334 at 8/21/24 10:13 AM

MC_001158

## 06/25/2023 - Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298240716

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/25/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

**Telephone Information:**
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

---

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

---

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

---

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

---

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/25/2023

Page 2027

Printed by 71334 at 8/21/24 10:13 AM

MC_001159

## 06/25/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Refill Request (pen needles-saf 1594)

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 6/25/2023 9:50 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Anamarie Seveses at 6/26/2023 0908

| Author: Anamarie Seveses | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 06/26/23 0909 | Encounter Date: 6/25/2023 | Status: Signed |
| Editor: Anamarie Seveses | | |

*Last dispensed: 3/24/23*
*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

*Renal Function:*

Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 0.82 | 0.6 - 1.2 mg/dL | Final |

GFR non African Amer

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 70 | >59 mL/min/1.73 m2 | Final |

GFR African American

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/23/2023 | 85 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Anamarie Seveses at 06/26/23 0909

| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 6/25/2023 |

Page 2028

Printed by 71334 at 8/21/24 10:13 AM

MC_001160

## 06/25/2023 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

#### Telephone Encounter by Anamarie Seveses at 6/26/2023 0909

| | | |
|---|---|---|
| Author: Anamarie Seveses | Service: Pharmacy | Author Type: — |
| Filed: 06/26/23 0909 | Encounter Date: 6/25/2023 | Status: Signed |
| Editor: Anamarie Seveses | | |

Pending Prescriptions:        Disp  Refills
Insulin Pen Needle (TECHLITE PEN NEEDLES) *100 Ea*11
Sig: Use With victoza injections

-------------------------------------------------------------------

Electronically signed by Anamarie Seveses at 06/26/23 0909

#### Telephone Encounter by Robert G Kozu, RPh at 6/27/2023 0803

| | | |
|---|---|---|
| Author: Robert G Kozu, RPh | Service: — | Author Type: Pharmacist |
| Filed: 06/27/23 0803 | Encounter Date: 6/25/2023 | Status: Signed |
| Editor: Robert G Kozu, RPh (Pharmacist) | | |

Signed Prescriptions:        Disp  Refills  Insulin Pen Needle (TECHLITE PEN NEEDLES) *100 Ea*11    Sig: Use With victoza injectionsAuthorizing Provider: DAWSON, RACHEL DOrdering User: KOZU, ROBERT G-------------------------------------------------------------------------------------

Electronically signed by Robert G Kozu, RPh at 06/27/23 0803

### Medication List

#### Medication List

> (i) This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/25/2023

Page 2029

Printed by 71334 at 8/21/24 10:13 AM

MC_001161

## 06/25/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/25/2023

Page 2030

Printed by 71334 at 8/21/24 10:13 AM

MC_001162

## 06/25/2023 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### Stopped in Visit

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/25/2023

Page 2031

Printed by 71334 at 8/21/24 10:13 AM

MC_001163

## 06/25/2023 - Refill in Lakewood Family Practice (continued)

**Results** (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/25/2023

Page 2032

Printed by 71334 at 8/21/24 10:13 AM

MC_001164

**06/23/2023 - OP Visit in Allenmore Hosp Laboratory Dept**

**MultiCare Health System**          **ALLENMORE HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 298160815

---

## Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/23/2023 1311 | 713888856 | OL | *Allenmore Lab | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**
                                             Gestational Age: <None>

---

## Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone          Not on file. |
| | | Work Phone          Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile          253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:** THOMPSON, WILLIAM FREDER*          **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

## Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | LAROCQUE,STEVEN J | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 6/11/1959 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

---

## Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

## Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

## Accident Information

**Accident Type:**

---

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Adm: 6/23/2023, D/C: 6/23/2023

Page 2033          Printed by 71334 at 8/21/24 10:13 AM

MC_001165

## 06/23/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 713888856 | Outpatient-Lab | Closed |

### Reason for Visit

#### Visit Diagnosis

- Pre-op testing [Z01.818]

### Visit Information

#### Provider Information

##### Referring Provider
William Frederick Thompson, MD

#### Department

| Name | Address | | |
|------|---------|---|---|
| Allenmore Hosp Laboratory Dept | 1901 South Union<br>Tacoma WA 98405 | | |

### Call Information

| | Department | Center |
|---|-----------|--------|
| 6/23/2023  1:11 PM | AH LAB | MHS LAB |

### Events

#### Hospital Outpatient at 6/23/2023 1311
Unit: Allenmore Hosp Laboratory Dept
Patient class: Outpatient-Lab

#### Discharge at 6/23/2023 2359
Unit: Allenmore Hosp Laboratory Dept
Patient class: Outpatient-Lab

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/23/2023, D/C: 6/23/2023

Page 2034

Printed by 71334 at 8/21/24 10:13 AM

MC_001166

## 06/23/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

**Medication List (continued)**

Start date: 11/9/2012                                   End date: 12/7/2023
Quantity: 60 Cap                                        Refill: 0

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                     Ordered on: 5/21/2019
Start date: 5/21/2019                                  Action: Patient taking differently
Quantity: 1 Each                                       Refill: No refills remaining

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                     Ordered on: 10/14/2021
Start date: 10/14/2021                                 Quantity: 1 Each
Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD                     Discontinued on: 11/8/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP                      Ordered on: 10/7/2022
Start date: 10/7/2022                                  End date: 10/27/2023
Quantity: 90 Tablet                                    Refill: 3 refills by 10/7/2023

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD                   Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/19/2022
Start date: 7/19/2022                                  End date: 7/5/2023
Quantity: 120 Tablet                                   Refill: 3 refills by 7/19/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D          Discontinued on: 7/11/2023
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                     Ordered on: 1/24/2023
Start date: 1/24/2023                                  End date: 7/10/2023
Quantity: 180 Capsule                                  Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD                   Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                     Ordered on: 1/31/2023
Start date: 1/31/2023                                  End date: 2/26/2024
Quantity: 90 Capsule                                   Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria Bones, PA-C                Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C                      Ordered on: 2/9/2023
Start date: 2/9/2023                                   End date: 6/27/2023
Quantity: 21 Tablet                                    Refill: 1 refill by 2/9/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C                      Ordered on: 2/9/2023

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 6/23/2023, D/C: 6/23/2023

Page 2035                                              Printed by 71334 at 8/21/24 10:13 AM

MC_001167

## 06/23/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

### Medication List (continued)

| | |
|---|---|
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 6/23/2023, D/C: 6/23/2023

Page 2036     Printed by 71334 at 8/21/24 10:13 AM

MC_001168

## 06/23/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 6/16/2023
Start date: 6/16/2023                       End date: 9/14/2023
Quantity: 90 Tablet                         Refill: 1 refill by 6/15/2024

**Stopped in Visit**

None

**Labs**

EMR LR v13.0

| HEMOGLOBIN AND HCT (Order 710446971) | Status: Final result |
| Results | (Collected: 6/23/2023 13:15) |

### Results

**HEMOGLOBIN AND HCT** Final result                                  Order: 710446971

Status: **Final result**

| Component Ref Range & Units | 6/23/23 1315 |
| --- | --- |
| Hgb 12.0 - 16.0 g/dL | 13.9 |
| Hct 37 - 47 % | 41.2 |

## END OF LAB RESULTS REPORT

EMR LR v13.0

| BASIC METABOLIC PANEL (Order 710446972) | Status: Final result |
| Results | (Collected: 6/23/2023 13:15) |

### Results

**BASIC METABOLIC PANEL** Abnormal, Final result                     Order: 710446972

Status: **Final result**

| Component Ref Range & Units | 6/23/23 1315 |
| --- | --- |
| Na 135 - 145 mmol/L | 143 |
| K 3.6 - 5.3 mmol/L | 4.1 |
| Cl 98 - 109 mmol/L | **111** |

MC_001169

## 06/23/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

**Labs (continued)**

| | (H) ^ |
|---|---|
| **CO2** 21 - 32 mmol/L | 23 |
| **Anion gap w/o K** 4 - 12 Comment: Note new reference range | 9 |
| **BUN** 8 - 24 mg/dL | 17 |
| **Creatinine** 0.6 - 1.2 mg/dL | 0.82 |
| **GFR non African Amer** >59 mL/min/1.73 m2 | 70 |
| **GFR African American** >59 mL/min/1.73 m2 | 85 |
| **Glucose** 65 - 120 mg/dL | **174** (H) ^ |
| **Calcium** 8.5 - 10.5 mg/dL | 9.9 |

# END OF LAB RESULTS REPORT
EMR LR v13.0

| **HEMOGLOBIN A1C (Order 710446973)** Results | Status: **Final result** (Collected: 6/23/2023 13:15) |
|---|---|

## Results

**HEMOGLOBIN A1C** Abnormal, Final result          Order: 710446973

Status: **Final result**

| Component Ref Range & Units | 6/23/23 1315 |
|---|---|
| **Hemoglobin A1C** <5.7 % | **5.8** (H) ^ |

Comment: HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing.

| **Est average glucose** mg/dL | 120 |
|---|---|

Comment: Est average glucose = estimated average glucose. New term and calculation recommended by ADA for more accurate average glucose and better correlation with glucometer values.

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 6/23/2023, D/C: 6/23/2023
Page 2038    Printed by 71334 at 8/21/24 10:13 AM

MC_001170

## 06/23/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

**Labs (continued)**

## END OF LAB RESULTS REPORT

| Results | | (Order ) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Flowsheets**

**LACE+ Score**

| Row Name | 06/24/23 0010 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| LACE+<br>Readmission<br>Risk Score | 30 -SB | | | | |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| SB | Scheduler Batch | — | — |

**Patient Instructions**

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/23/2023, D/C: 6/23/2023

Page 2039

Printed by 71334 at 8/21/24 10:13 AM

MC_001171

**06/23/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298131338

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/23/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Work Phone | Not on file. |
| **Age:** | 66 year old | | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (65 yrs) | | **Employer:** | |
| **Sex:** | female | | | No address on file. |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Accident Information

**Accident Type:**

MC_001172

## 06/23/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
| --- |
| Marie Betcher, RN |

### Department

| Name | Address | Phone | |
| --- | --- | --- | --- |
| Allenmore Hospital Pre Admit Clinic | 1901 South Union Tacoma WA 98405 | 253-459-6877 | |

## Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 6/23/2023 10:17 AM | Marie Betcher, RN | AH PRE ANESTHESIA CLINIC | AH |

| Results | | (Order ) |
| --- | --- | --- |

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### West Pierce Regional Pre Anesthesia Clinic Instructions Take Care Linda ~!~

| From | To | Sent and Delivered |
| --- | --- | --- |
| Marie Betcher, RN Last Read in MyChart Not Read | Larocque, Linda J | 6/23/2023 10:17 AM |

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 6/26/2023

**Check in Time:** Time: TBD (Surgery will call 1-2 days pre-procedure)
**Per pt 1145**

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Columbia Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/23/2023

Page 2041

Printed by 71334 at 8/21/24 10:13 AM

MC_001173

## Preferred Pharmacy (continued)

you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

### 1. Eating Instructions:

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

• 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

• 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

• > 8 hrs before arrival- Usual diet

### 2. Medication Instructions:

**Pre-Surgery Instructions:**

| Medication | Instructions |
|---|---|
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water.<br><br>If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |
| • rosuvastatin (CRESTOR) 10 mg Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/23/2023

Page 2042

Printed by 71334 at 8/21/24 10:13 AM

MC_001174

## Preferred Pharmacy (continued)

- 
- 
- 
- docusate sodium (COLACE)     Do NOT take/use day of surgery
  100 MG Caps

- 
- 

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks

4. **Bring with you Day of surgery:**
   - Co-Pay if instructed
   - Contact case and solution and/or glasses with case
   - Picture identification and insurance cards

5. Additional Information

   - You will need transportation from the hospital & a responsible person to be with you for 24 hours.
   - Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

   Instructions were reviewed with me and my questions have been addressed: Telephone screen
   Instructions given to patient
   Instructions sent via My Chart

   **The following is a requirement for this procedure:** Pick up wipes, Blood tests

   **Instructions for Walk-In visits:**
   **Allenmore Pre Anesthesia Clinic Entrance #3**

MC_001175

Messages (continued)

*Allenmore Hospital Entrance #3 (Faces Union ave.)*
*1901 S. Union*
*Tacoma WA 98405*
*The entrance is located on Union Ave, next to Umpqua Bank.*

*Check in at Registration right inside for or blood tests*
*LAB/Pick up wipes hours are walk in:*
*Hours are Monday - Friday 8am to 12pm & 1pm to 4pm.*
*Closed weekends and major Holidays*

*Blood tests*
*Pick up wipes*

**When you arrive at the Lab:**
Sign-in and /or tell the receptionist the following;
"I'm from the Pre-Anesthesia Clinic and I have orders from... "

Once you are done in the Lab you are free to leave.
If there are any changes or additional requirements you will be contacted.

Marie, RN | Surgical screener
West Pierce Regional Pre- Admit/ Pre- Anesthesia Clinic
Allenmore Hospital | MultiCare Health System
Address: 1901 South Union Ave, Tacoma, WA, 98405
Phone: 253.459.6877 | Fax: 253.459.6218

**YOUR ANESTHESIA CARE** Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.
    **Options for Your Anesthesia** Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anes-thesia, described below, to provide you the best anesthetic care.

*General Anesthesia* makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breath-ing tube or an airway device to ensure that you breathe safely during surgery.

*Regional Anesthesia* involves using numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involv-ing an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 6/23/2023
Page 2044      Printed by 71334 at 8/21/24 10:13 AM

MC_001176

## Preferred Pharmacy (continued)

**Messages (continued)**

*Sedation* involves the use of injected medicines that relax you and make you less aware. Se-dation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

**What are the Risks?** All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will con-tinually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

**What are common side effects?** As with all medicines, anesthetics may have side effects.

Common side effects of *general anesthesia* include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of *regional anesthesia* include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness per-sists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

**Patient Instructions**

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/23/2023

Page 2045

Printed by 71334 at 8/21/24 10:13 AM

MC_001177

## 06/22/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 297993100

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/22/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2046

Printed by 71334 at 8/21/24 10:13 AM

MC_001178

## 06/22/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Visit Diagnosis

- Patellar tendon rupture, left, initial encounter (primary) [S86.812A]

### Visit Information

#### Provider Information

##### Encounter Provider

William Frederick Thompson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/22/2023 9:10 AM | William Frederick Thompson, MD | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2047

Printed by 71334 at 8/21/24 10:13 AM

MC_001179

## 06/22/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

#### oxyCODONE (ROXICODONE) 5 MG Tab

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2048

Printed by 71334 at 8/21/24 10:13 AM

MC_001180

## 06/22/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Tablets by mouth every 4 hours as needed.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 42 Tablet

Discontinued on: 9/11/2023

Ordered on: 6/27/2023
End date: 9/11/2023
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Manpreet K Khehra, PHARM D
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/5/2023
Quantity: 18 mL

Discontinued on: 10/23/2023

Ordered on: 7/5/2023
End date: 10/22/2023
Refill: 1 refill by 7/4/2024

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 15 Tablet

Discontinued on: 10/5/2023

Ordered on: 7/6/2023
End date: 10/3/2023
Refill: 2 refills by 1/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 9/4/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 7/6/2023
End date: 11/2/2023
Refill: No refills remaining

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2049

Printed by 71334 at 8/21/24 10:13 AM

MC_001181

## 06/22/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

#### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: 1 Tablet twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 8/10/2023 |
| Start date: 8/10/2023 | End date: 11/2/2023 |
| Quantity: 60 Tablet | Refill: 2 refills by 8/9/2024 |

### Stopped in Visit

None

## Results                                                                 (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Other Orders - Procedures

#### Case Request

##### CASE REQUEST: REPAIR, TENDON, PATELLAR, OPEN [704243015] (Active)

| | |
|---|---|
| Electronically signed by: **William Frederick Thompson, MD on 06/22/23 0913** | Status: **Active** |
| Ordering user: William Frederick Thompson, MD 06/22/23 0913 | Authorized by: William Frederick Thompson, MD |
| Ordering mode: Standard | |
| Frequency: Routine 06/22/23 - | Class: Normal |
| Quantity: 1 | |

Diagnoses
Patellar tendon rupture, left, initial encounter [S86.812A]

###### Questionnaire

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                        Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2050                                          Printed by 71334 at 8/21/24 10:13 AM

MC_001182

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| Question | Answer |
|---|---|
| Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079? | Yes |
| Preop diagnosis | Left knee patellar tendon rupture, periprosthetic |
| Tier Level | Tier 3 |
| Tier Level Reason | Urgent soft tissue rupture |

Order comments: Admission-23:59  length-90 minutes.  Hewson suture passer, drill bits, 18-gauge wire, Synthes cable system

**Indications**

Patellar tendon rupture, left, initial encounter [S86.812A (ICD-10-CM)]

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2051                                Printed by 71334 at 8/21/24 10:13 AM

MC_001183

## 06/22/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**      **MRN:** 172930
                                          **CSN:** 297989214

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/22/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | Status post total left k* |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:** BONES, ALEXANDRIA              **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2052                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001184

## 06/22/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Referring Provider

Alexandria Bones, PA-C

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedic & Sports Medicine-Mountain Imaging | 1550 SOUTH UNION AVENUE STE 210 <br> Tacoma WA 98405-1946 | 253-301-5150 | 253-761-2451 |

## Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 6/22/2023 8:55 AM | MTN ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS MOUNTAIN IMAGING | MOSMTAC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|--|--|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Melatonin 5 MG Caps

| | |
|--|--|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

##### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2053                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001185

## 06/22/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Capsules by mouth once daily.
Entered by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 60 Cap

Discontinued on: 6/23/2023

Entered on: 5/21/2019
End date: 6/23/2023

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP
Start date: 10/7/2022
Quantity: 90 Tablet

Discontinued on: 11/8/2023

Ordered on: 10/7/2022
End date: 10/27/2023
Refill: 3 refills by 10/7/2023

#### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 1 Capsule by mouth once daily.
Entered by: Nicole B Syharath, MA
End date: 6/23/2023

Discontinued on: 6/23/2023

Entered on: 5/23/2022

#### Omega 3 1200 MG Caps

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 1 Units by mouth twice daily.
Entered by: Sarah A Tryon, LVN/LPN
End date: 6/23/2023

Discontinued on: 6/23/2023

Entered on: 5/25/2022

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD
Start date: 7/19/2022
Quantity: 120 Tablet

Discontinued on: 7/6/2023

Ordered on: 7/19/2022
End date: 7/5/2023
Refill: 3 refills by 7/19/2023

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/24/2023

Discontinued on: 7/11/2023

Ordered on: 1/24/2023
End date: 7/10/2023

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2054

Printed by 71334 at 8/21/24 10:13 AM

MC_001186

## 06/22/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

| | |
|---|---|
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

#### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

MULTICARE ORTHOPEDICS &  Larocque, Linda J
SPORTS MEDICINE -  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN  Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2055  Printed by 71334 at 8/21/24 10:13 AM

MC_001187

## 06/22/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Discontinued by: Rachel D Dawson, MD     Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD     Ordered on: 5/4/2023
Start date: 6/3/2023     End date: 11/2/2023
Quantity: 160 Tablet     Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD     Ordered on: 5/4/2023
Start date: 7/3/2023     End date: 7/6/2023
Quantity: 160 Tablet     Refill: No refills remaining

#### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria Bones, PA-C     Discontinued on: 8/10/2023
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C     Ordered on: 5/16/2023
Start date: 5/16/2023     End date: 8/10/2023
Quantity: 60 Tablet     Refill: No refills remaining

#### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN     Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol
Authorized by: Alexandria Bones, PA-C     Ordered on: 6/1/2023
Start date: 6/1/2023     End date: 6/23/2023
Quantity: 20 Tablet     Refill: No refills remaining

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Hanh Q Nguyen, RPh     Discontinued on: 7/5/2023
Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 6/5/2023
Start date: 6/5/2023     End date: 7/3/2023
Quantity: 18 mL     Refill: No refills remaining

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 9/14/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 6/16/2023
Start date: 6/16/2023     End date: 9/14/2023
Quantity: 90 Tablet     Refill: 1 refill by 6/15/2024

#### Stopped in Visit

None

## Imaging

### Imaging

#### XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [704243014] (Final result)

MULTICARE ORTHOPEDICS &   Larocque, Linda J
SPORTS MEDICINE -     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN     Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2056     Printed by 71334 at 8/21/24 10:13 AM

MC_001188

## 06/22/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Imaging (continued)

**XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [704243014]** Resulted: 06/22/23 1003, Result status: Final result

Order status: Completed
Filed by: William Frederick Thompson, MD 06/22/23 1005
Accession number: 27715442

Resulted by: William Frederick Thompson, MD
Performed: 06/22/23 0857 - 06/22/23 0857

Narrative:
Images from the original result were not included.
Reason for x-ray: Left knee pain, weakness, history of prior left TKR,
postoperative trauma with symptomatic worsening

Findings
Left knee demonstrates patella alta, with significant change from x-rays
reviewed on 5/9/2023. Inferior pole patella fracture, nondisplaced on
5/9/2023, now with interval change with superior position of patella and
patella component, consistent with patellar tendon rupture. The femoral
and tibial components are unremarkable, and unchanged from prior
radiographs. There is a bone fragment superior lateral left knee,
possible osteochondral loose body.

Impression:
Left knee TKR with patella alta consistent with infrapatellar tendon
rupture.
Osteochondral loose body left knee

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150

Acknowledged by: Alexandria Bones, PA-C on 06/22/23 1407

### Indications

Status post total left knee replacement [Z96.652 (ICD-10-CM)]

### Signed

Electronically signed by William Frederick Thompson, MD on 6/22/23 at 1005 PDT

### All Reviewers List

Alexandria Bones, PA-C on 6/22/2023 14:07

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

MC_001189

## Preferred Pharmacy (continued)

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2058 Printed by 71334 at 8/21/24 10:13 AM

MC_001190

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 297050587

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/22/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Left Knee - Post Op; Ort*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | |
| | Tacoma WA 98408-5509 | |

Telephone Information:
| Home Phone | Not on file. |
|---|---|
| Work Phone | Not on file. |
| Mobile | 253-273-7247 |

| | |
|---|---|
| **SSN:** | xxx-xx-5145 |
| **Age:** | 66 year old |
| **DOB:** | 2/9/1958 (65 yrs) |
| **Sex:** | female |
| **Marital Status:** | Married |

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | | |
|---|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | | **Acct Type:** | P/F |
| **Guarantor Name:** | | | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | | |
| **Guarantor's Employer:** | | | | |
| **Work Phone:** | | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2059 Printed by 71334 at 8/21/24 10:13 AM

MC_001191

**06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

## *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaints

- Post Op - Left Knee
- Orthopedic (Impression: S/P Left total knee replacement with recent contusion injury  DOS:  2/8/2023 (Thompson))

### Visit Diagnoses

- Status post total left knee replacement [Z96.652]
- **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/22/2023 8:10 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

## Clinical Notes

### Nursing Note by Andrea J Steele, MA at 6/22/2023 0810

| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 06/22/23 0812 | Encounter Date: 6/22/2023 | Status: Signed |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

## Chief Complaint

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2060

Printed by 71334 at 8/21/24 10:13 AM

MC_001192

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

Patient presents with

- Left Knee - Post Op
- Orthopedic
  *Impression: S/P Left total knee replacement with recent contusion injury DOS: 2/8/2023 (Thompson)*


Additional Details:   She has been participating in PT 2x per week and is not making any progress.

Medication list changes/discrepancies: Medication Comments documented by Andrea J Steele, MA on 6/22/2023 at 0809.
Medications current/updated per interview with patient.  Not taking any additional medications.
Andrea J Steele, MA


Allergy list changes/discrepancies : none

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

   Electronically signed by Andrea J Steele, MA at 06/22/23 0812


### Nursing Note by Andrea J Steele, MA at 6/22/2023 0810

| | | |
|---|---|---|
| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 06/22/23 1008 | Encounter Date: 6/22/2023 | Status: Signed |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

Fitted patient with knee immobilizer size 20" to Left LE per Dr. Thompson.  Patient tolerated fitting well, understands purpose of brace/splint, and is happy with the fitting.  DME supplied by Rainier Surgical.

   Electronically signed by Andrea J Steele, MA at 06/22/23 1008


### Progress Notes by Alexandria Bones, PA-C at 6/22/2023 0810

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 06/26/23 0844 | Encounter Date: 6/22/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |


### FOLLOW UP


6/22/2023


Linda is seen today for follow up regarding her left knee. Patient states that over the last 2-3 weeks she has noticed a worsening of her knee. Patient states that she has constant pain which keeps her up at night. Patient states that this pain is generalized about the knee and can be sharp and stabbing to a dull ache. Patient states that she is unable to

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN             Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2061

Printed by 71334 at 8/21/24 10:13 AM

MC_001193

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

lift her leg and as to use manual assistance to do this. Patient states that this has affective her being able to do her own ADL and has had a very significant impact on her mental status. Patient has been unable to participate in planned family activities and trips because of the aftermath of pain and difficulty that she has suffered since the incident at Fred Meyer.

Of note prior to being hit by the cart she was progressing better than expected and had been discharged from supervised physical therapy because her post operative goals had been met. Her decline can be directly attributed to above mentioned incident.

PHYSICAL EXAM:

BP 122/77 | Pulse 74 | Temp (Src) 98 (Tympanic) | Resp 14 | Ht 5' 6"[stated[ (1.676 m) | Wt 253 lb (114.76 kg) | SaO2 [sensor n/a[% | LMP 09/14/2009

Left knee demonstrates nicely healed surgical incision. Moderate STS noted with moderate effusion. ROM 0-110. Inability to demonstrates straight leg raise. Inability to perform active flexion of knee from a seated position.

Impression: S./P Left Total Knee Replacement with excellent progress and prognosis until that of contusive injury on 5-6-23 now with xray findings consistent with Left Patellar Tendon Avulsion/Rupture

Plan: Dr.Thompson has discussed xray findings with the patient and the emergent need for surgical intervention. Patient aggress to understanding and wishes to proceed. Patient will be scheduled for Left knee patellar tendon repair.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 06/26/23 0844

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN          Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2062          Printed by 71334 at 8/21/24 10:13 AM

MC_001194

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2063

Printed by 71334 at 8/21/24 10:13 AM

MC_001195

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Ordered on: 2/9/2023
End date: 6/27/2023
Refill: No refills remaining

### rosuvastatin (CRESTOR) 10 mg Tab

Discontinued by: Taja L Anderson, RN
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 90 Tablet

Discontinued on: 7/3/2023

Ordered on: 5/4/2023
End date: 7/3/2023
Refill: 3 refills by 5/3/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 15 Tablet

Discontinued on: 7/6/2023

Ordered on: 5/4/2023
End date: 7/5/2023
Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/3/2023
Quantity: 160 Tablet

Discontinued on: 7/6/2023

Ordered on: 5/4/2023
End date: 7/6/2023
Refill: No refills remaining

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 5/16/2023
Quantity: 60 Tablet

Discontinued on: 8/10/2023

Ordered on: 5/16/2023
End date: 8/10/2023
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Hanh Q Nguyen, RPh
Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/5/2023
Quantity: 18 mL

Discontinued on: 7/5/2023

Ordered on: 6/5/2023
End date: 7/3/2023
Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/16/2023

Discontinued on: 9/14/2023

Ordered on: 6/16/2023
End date: 9/14/2023

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2064

Printed by 71334 at 8/21/24 10:13 AM

MC_001196

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Quantity: 90 Tablet                                    Refill: 1 refill by 6/15/2024

**Stopped in Visit**

None

## Imaging

### Imaging

#### XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [704243014] (Final result)

**XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [704243014]**   Resulted: 06/22/23 1003, Result status: Final result

Order status: Completed                              Resulted by: William Frederick Thompson, MD
Filed by: William Frederick Thompson, MD  06/22/23 1005    Performed: 06/22/23 0857 - 06/22/23 0857
Accession number: 27715442
Narrative:
Images from the original result were not included.
Reason for x-ray: Left knee pain, weakness, history of prior left TKR,
postoperative trauma with symptomatic worsening

Findings
Left knee demonstrates patella alta, with significant change from x-rays
reviewed on 5/9/2023.  Inferior pole patella fracture, nondisplaced on
5/9/2023, now with interval change with superior position of patella and
patella component, consistent with patellar tendon rupture.  The femoral
and tibial components are unremarkable, and unchanged from prior
radiographs.  There is a bone fragment superior lateral left knee,
possible osteochondral loose body.


Impression:
Left knee TKR with patella alta consistent with infrapatellar tendon
rupture.
Osteochondral loose body left knee



W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150


Acknowledged by: Alexandria Bones, PA-C on 06/22/23 1407

**Indications**

Status post total left knee replacement [Z96.652 (ICD-10-CM)]

**Signed**

Electronically signed by William Frederick Thompson, MD on 6/22/23 at 1005 PDT

---

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2065                                          Printed by 71334 at 8/21/24 10:13 AM

MC_001197

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Imaging (continued)

#### All Reviewers List

Alexandria Bones, PA-C on 6/22/2023 14:07

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Other Orders - Procedures

#### Admit

##### ADMIT AS INPATIENT [710446988] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

###### Questionnaire

| Question | Answer |
|---|---|
| Dx: | Patellar tendon rupture, left, initial encounter |
| Estimated length of stay? | 1 |

###### Updates

Level of care: Adult Med/Surg

Patient class: Inpatient

#### Patient Care

##### VITAL SIGNS - Per unit standard [710446975] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Per Unit Standard 06/26/23 0845 - Until

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2066

Printed by 71334 at 8/21/24 10:13 AM

MC_001198

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Specified
Quantity: 1
Order comments: Including respiratory rate and oxygen saturation every 15 minutes while titrating vasoactive infusions and at least hourly while infusions continue.

### RN ASSESSMENT [710446981] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1
Order comments: Identify any special needs for discharge.

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### SHOWER - AM of surgery [710446982] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1
Order comments: Chlorohexidine shower AM of surgery.

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### IV MAINTENANCE [710446984] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Continuous 06/26/23 0845 - Until Specified
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### DEVICE SEQ COMPRESS W/SLEEVE [710446990] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

#### Questionnaire

| Question | Answer |
|----------|--------|
| Type of SCD | KNEE HIGH |

### NURSING COMMUNICATION (MISC) 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy lozenges or tobacco 2-6 hrs before arrival- Clear liquids (8 oz) to include: water, popsicles, clear juice, coffee or teas (NO MILK or CREAMERS) 6-8 hrs be... [710446991] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Continuous 06/26/23 0845 - Until Specified
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

Order comments: 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy lozenges or tobacco 2-6 hrs before arrival- Clear liquids (8 oz) to include: water, popsicles, clear juice, coffee or teas (NO MILK or CREAMERS) 6-8 hrs before arrival- Light snack: Low in fat (fruit or plain toast). No sugary, fried or junk foods like chips or desserts. >8 hrs before arrival- Usual diet. Infants: Stop formula 6 hrs and breast milk 4 hrs prior to arrival

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2067                                           Printed by 71334 at 8/21/24 10:13 AM

MC_001199

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

### Respiratory Therapy

#### STANDARD PULSE OXIMETRY on admission [710446976] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

**Other Orders - Orders**

### IP Consult

#### CONSULT TO ANESTHESIA - NERVE BLOCK IF INDICATED [710446987] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Continuous 06/26/23 0845 - Until Specified
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

##### Questionnaire

| Question | Answer |
|---|---|
| Reason for consult: | Peripheral Nerve Block |

Order comments: Indication: Postop Pain Control. If patient is appropriate for nerve block based on procedure and discussion with surgeon.

### Nsg Complete

#### HEIGHT/WEIGHT ON ADMISSION [710446977] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

#### INITIATE CONSENT [710446978] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

##### Questionnaire

| Question | Answer |
|---|---|
| Diagnosis | Left Knee Patella Tendon Rupture |
| Procedure | Left Knee Open Patellar Tendon Repair |

**MD TO RN COMMUNICATION Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079.**

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2068

Printed by 71334 at 8/21/24 10:13 AM

MC_001200

## Preferred Pharmacy (continued)

**Other Orders - Orders (continued)**

### [710446979] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Continuous 06/26/23 0845 - Until Specified
Quantity: 1
Order comments: Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079.

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

**MD TO RN COMMUNICATION IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC. [710446980] (Cancel Held)**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Continuous 06/26/23 0845 - Until Specified
Quantity: 1
Order comments: IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC.

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### INSERT IV [710446983] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1
Order comments: Order Saline Flush per policy as indicated to maintain IV. See policy: Title: "IV Therapy: Peripheral IV Device Site Selection, Insertion, Maintenance, and Discontinuation" for more information.

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### ORDER TED HOSE - KNEE HIGH [710446989] (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

**Questionnaire**

| Question | Answer |
|---|---|
| Type of Ted hose | KNEE HIGH |

Order comments: Measure patient then place order for correct size Ted hose

## Flowsheets

**Custom Formula Data**

| Row Name | 06/22/23 0812 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -AS | | | | |
| Adjusted Body Weight | 179.64 lbs -AS | | | | |
| % Over/Under | 93.53 -AS | | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                    Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2069

Printed by 71334 at 8/21/24 10:13 AM

MC_001201

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Ideal Body Weight | |
| Predicted Body Weight | 59.3 -AS |
| Length (cm) | 167.6 cm -AS |
| IBW/kg (Calculated) Male | 63.8 kg -AS |
| IBW/kg (Calculated) Female | 59.3 kg -AS |
| BSA (Calculated - sq m) | 2.31 sq meters -AS |

**Vitals**

| | |
|---|---|
| MAP (mmHg) | 92 mmHg -AS |

**BMI**

| | |
|---|---|
| BMI (Calculated) | 40.85 -AS |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -AS |
| Low Range Vt 6mL/kg | 355.8 mL/kg -AS |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -AS |
| Adult High Range Vt 10mL/kg | 593 mL/kg -AS |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 40.85 -AS |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -AS |
| IBW/kg (Calculated) Male | 63.8 kg -AS |

**Encounter Vitals**

| Row Name | 06/22/23 0812 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 122/77 -AS | | | | |
| Pulse | 74 -AS | | | | |
| Resp | 14 -AS | | | | |
| Temp | 36.7 °C (98 °F) -AS | | | | |
| Temp src | Tympanic -AS | | | | |
| SpO2 | ☰ sensor n/a -AS | | | | |
| Weight | 114.8 kg (253 lb) ☰ stated -AS | | | | |
| Height | 1.676 m (5' 6") ☰ stated -AS | | | | |
| Pain Score | FIVE/TEN -AS | | | | |
| Pain Loc | KNEE -AS | | | | |
| Pain Education | Yes -AS | | | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2070

Printed by 71334 at 8/21/24 10:13 AM

MC_001202

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

**User Key**        (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| AS | Andrea J Steele, MA | Medical Assistant | — |

**Patient Instructions**

Patella tendon rupture with change on todays xray

Previous xray showed no change in patella position

Electronically signed by Alexandria Bones, PA-C at 06/22/23 0955

**After Visit Summary**

After Visit Summary (below)

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2071                                         Printed by 71334 at 8/21/24 10:13 AM

MC_001203

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

MultiCare **ᛒ**

## AFTER VISIT SUMMARY

**Linda J. Larocque**  DoB: 2/9/1958
    6/22/2023  8:10 AM  ⚲ MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN 253-792-6555

### Instructions from Alexandria Bones, PA-C

Patella tendon rupture with change on todays xray

Previous xray showed no change in patella position

 Today's medication changes

⚕ CHANGE how you take:
**hydrocodone-acetaminophen (Norco)**  multiple changes
Changed by: Alexandria Bones, PA-C

Accurate as of June 22, 2023  9:55 AM.
**See the end of the After Visit Summary for your complete, current medication list.**

### What's Next

TUE **26** Office visit with Daniel R Gueers, MD
MON Monday June 26 8:30 AM

Pulse Heart Institute
Tacoma
1901 SOUTH CEDAR ST
SUITE 301
TACOMA WA
98405-2302
253-572-7320

### Today's Visit

You saw Alexandria Bones, PA-C on Thursday June 22, 2023 for: Post Op of the Left Knee and Orthopedic. The following issue was addressed: Status post total left knee replacement.

| Blood Pressure | BMI |
|---|---|
| 122/77 | 40.84 |
| Weight | Height |
| 253 lb | 5' 6" |
| Temperature (Tympanic) | Pulse |
| 98 °F | 74 |
| Respiration | |
| 14 | |

✓ Done Today
CASE REQUEST: REPAIR, TENDON, PATELLAR, OPEN for Patellar tendon rupture, left, initial encounter

### Imaging Referrals
XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4)

### PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2072                                                          Printed by 71334 at 8/21/24 10:13 AM

MC_001204

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Allergies as of 6/22/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/
.

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_001205

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

### Your Medication List as of June 22, 2023 9:55 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **alprazolam 0.25 MG Tabs**<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| **clotrimazole-betamethasone 1-0.05 % Crea**<br>LOTRISONE<br>45 g | Apply 1 Application externally twice daily. To rash for 14 days |
| **diclofenac 50 MG Tbec**<br>Voltaren<br>60 Tablet | Take 1 Tablet by mouth twice daily. |
| **docusate sodium 100 MG Caps**<br>Colace<br>60 Cap | Take 1 Cap by mouth twice daily. |
| **duloxetine 60 MG Cpep**<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| **Glucosamine Chondr 1500 Complx Caps**<br>60 Cap | Take 2 Capsules by mouth once daily. |
| **hydrochlorothiazide 12.5 MG Caps**<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| **ⁿ hydrocodone-acetaminophen 10-325 MG Tabs**<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| **ⁿ hydrocodone-acetaminophen 10-325 MG Tabs**<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>July 3, 2023 |
| **hydrOXYzine hcl 25 MG Tabs**<br>ATARAX<br>120 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritis. |
| **lisinopril 20 MG Tabs**<br>PRINIVIL, ZESTRIL<br>90 Tablet | Take 1 Tablet by mouth once daily. |
| **Melatonin 5 MG Caps**<br>100 Cap | Take 1 Capsule by mouth as needed. |
| **meloxicam 7.5 MG Tabs**<br>Mobic<br>30 Tablet | Take 1 Tablet by mouth once daily. |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN        Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of June 22, 2023 9:55 AM

| | |
|---|---|
| Omega 3 1200 MG Caps | Take 1 Units by mouth twice daily. |
| ondansetron 4 MG Tabs<br>. . . . . . Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| * OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| * OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| oxyCODONE 5 MG Tabs<br>. . . . Roxicodone<br>20 Tablet | Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol |
| PEN NEEDLES 31GX5/16" 31G X 8 MM Misc<br>100 Each | Use With victoza injections |
| rosuvastatin 10 mg Tabs<br>. . . . . Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>. . . . . SENNA, SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |
| verapamil 240 MG Tbcr<br>. . . . . CALAN SR<br>90 Tablet | Take 1 Tablet by mouth once daily. |
| Victoza 18 MG/3ML Sopn<br>. . . . liraglutide<br>18 mL | Inject 1.8 mg into the skin once daily. |
| zinc sulfate 220 (50 Zn) MG Caps<br>. . . . . Orazinc | Take 1 Capsule by mouth once daily. |

✤ * This list has **4** medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_001207

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.

MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
1550 SOUTH UNION AVENUE STE 210
TACOMA WA 98405-1946

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2076                                          Printed by 71334 at 8/21/24 10:13 AM

MC_001208

## Preferred Pharmacy (continued)

**Patient Instructions**

Patella tendon rupture with change on todays xray

Previous xray showed no change in patella position

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2077                                Printed by 71334 at 8/21/24 10:13 AM

MC_001209

**06/22/2023 - Letter (Out) in MultiCare Orthopedic and Sports Medicine-Mountain**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 298001397

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/22/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:** **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2078 Printed by 71334 at 8/21/24 10:13 AM

MC_001210

## 06/22/2023 - Letter (Out) in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| William Frederick Thompson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/22/2023 9:47 AM | William Frederick Thompson, MD | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Letters

#### Letter by William Frederick Thompson, MD on 6/22/2023

Status: Sent
Letter body:

6/22/2023

Linda Larocque
6824 South Park Ave
Tacoma WA 98408

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                  Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2079                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001211

## Preferred Pharmacy (continued)

**Letters (continued)**

Dear Linda:

You have been scheduled for surgery with W. Frederick Thompson, MD.
Your surgery schedule is as follows:

**SURGERY: Allenmore Hospital, 1901 S Union Avenue, Entrance #3, Tacoma WA 98405**
**Date:      6-26-23**
**Check-in: 11:45 am**

*Hospital staff will call you 24-48 hours in advance of your surgery to confirm your check-in time.*

**Postop - MultiCare Orthopedics, 1550 S Union Ave #210, Tacoma WA 98405**
Date:   7-6-23
Time:   1:40 pm
Provider:  Alexandria Bones PA-C

- **Please see complete list of preoperative instructions (enclosed).**
- Please note - If your insurance has changed from the last time we spoke, *you may be financially responsible for all surgery charges.* Please contact us immediately if your insurance has changed or will be changing within the next month.

   If you have any questions regarding your surgery, please call Julie at (253) 301 5143.

   **PRE-OPERATIVE INSTRUCTIONS**

   1-2 weeks before surgery
   - Arrange for transportation home from the hospital. The hospital will not release you without a driver if you underwent sedation or general anesthesia.

   Day before surgery
   - Regular meals may be eaten, but limit greasy or gassy foods to improve recovery comfort.
   - No alcohol
   - Shower or bathe as desired
   - Verify you pre-arranged transportation home from the hospital
   - **Stop all food and drink at midnight.** (This includes coffee, tea, Jell-o, lozenges, chewing tobacco/ snuff, gum, etc.)
         This is for your medical safety and health.
   Morning of surgery
   - No food or drink of any kind. If instructed, you may take your regular morning medications with small sips of water only.

---

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2080                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001212

## Preferred Pharmacy (continued)

**Letters (continued)**

- Shower or bath as desired. Do not apply deodorant, perfume, powder, or make-up.
- Dress in loose, easy on/off clothing to accommodate the bandage following surgery. Wear flat, easy on/off shoes, but NO flip-flops.
- Leave all valuables at home.
- Please arrive at the hospital on time out of consideration for the medical staff and the other patients on the schedule.

### PAIN MEDICINE

1. Take pain medicine on an "AS NEEDED" basis according to your doctor's instructions.
2. Keep track of how often you are taking your medication and be advised that **narcotics can slow breathing, cause drowsiness, and increase your risk for fall**
   3. Your pain will decrease over the next few days-- allowing you to:
   - Decrease your pain medicine quantity until you stop.
   - Increase the time between doses until you stop.
4. Take pain medicine with food to prevent nausea.
5. Constipation can occur. If no bowel movement occurs within 48 hours, take a laxative of your choice (over the counter).

Mild to moderate pain, swelling and bluish discoloration are to be expected.

If the following symptoms occur, please notify the office:
Temperature above 101.5 ° F, Uncontrolled nausea/vomiting, Signs of wound infection (Redness, swelling, pus-like drainage), Excessive swelling and tightness, Inability to urinate in 8 hours, Progressively increasing pain, Excessive bleeding, Increasing numbness.

If you have breathing difficulty or chest pain, dial 911 immediately.

### NARCOTIC PAIN MEDICATION

Narcotic pain medications are given to control acute pain immediately after surgery. With all narcotic prescriptions, there is a risk of side effects as well as developing dependency.
**Pain medication cannot completely eliminate surgical pain.** Instead, the objective is to reduce the discomfort to a manageable level and to transition to non-narcotic forms of pain control as rapidly as possible.
Our office will comply with all Joint Commission and Hospital Policies regarding the prescribing of Narcotics and controlled medications. **Our office CANNOT provide prescriptions for long term or chronic pain.**
All prescriptions of Narcotic medications will require a check in the prescription-monitoring program through the Board of Pharmacy.
Initial post-operative prescriptions are limited to no more than a 10-day supply.
Narcotic prescriptions will NOT be given to patients who come to clinic on a walk in basis requesting refills. Requests should be made to the office via telephone and you will be instructed as to when and where to pick up a prescription.
Prescriptions are not provided early prior to surgery.
Most surgeries will require **no more than 30 days** of Narcotic medication.

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2081                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001213

## Preferred Pharmacy (continued)

**Letters (continued)**

Refills of Narcotic medication will be provided at lower doses and longer frequencies to gradually transition toward non-narcotic forms of pain control.

Use of over the counter and non-narcotic therapies are highly encouraged. These include but are not limited to Rest, Ice, Elevation, Tylenol, and Ibuprofen.

Some pharmacy insurances require prior authorization for post-operative narcotics and will only pay for a specific number of days' worth of medication. We strongly encourage patients to check with their prescription coverage provider for further details.

Post-Operative Brace Information

Dear Patient,

MultiCare has partnered with Breg, Inc. to provide you the item(s) your physician prescribed to aid in your post-surgery recovery. The item(s) you receive will be billed to your insurance by Breg, Inc. and you may receive an invoice after your insurance is billed with your remaining balance.

At the hospital you will be asked to sign a Breg document for the item(s) your physician prescribed for you and that you will use to leave the hospital after surgery. If it is determined during the surgery that an item previously indicated is no longer needed, you will not be charged for that item.

If you would like to know about how much this item you receive from Breg will cost after it is sent to your insurance, please contact Breg's Seattle Patient Service Center (PSC) at (253) 859-7791. When you call this number please have the following information readily available:

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2082

Printed by 71334 at 8/21/24 10:13 AM

MC_001214

## Preferred Pharmacy (continued)

### Letters (continued)

1. Patient's Name
2. Patient's Date of Birth
3. Insured individual's name and date of birth (if different)
4. Insurance Company Name
5. Policy Number
6. Item information marked below on this page

Your physician may prescribe one of the following item(s) for your surgery:

- o   Arm Sling (HCPCS – A4570)
- o   Shoulder Immobilizer/Abduction Brace (HCPCS – L3670)
- o   Abdominal Binder (HCPCS – A4467)
- o   Knee Immobilizer (HCPCS – L1830)
- o   Post-Operative Range of Motion Knee Brace (HCPCS - L1833)
- o   Crutches (HCPCS – E0114)

### Patient Instructions

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2083                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001215

## 06/22/2023 - Additional Orders in MultiCare Health Information

# MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 299119001

## Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/22/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

## Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone     Not on file. |
| | | Work Phone     Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile     253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

## Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

## Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

## Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

## Accident Information

**Accident Type:**

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/22/2023

Page 2084      Printed by 71334 at 8/21/24 10:13 AM

MC_001216

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

### Call Information

| | Provider | Department | Center |
|--|----------|-----------|--------|
| 6/22/2023 9:45 AM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2085

Printed by 71334 at 8/21/24 10:13 AM

MC_001217

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents**

Consultation - Physical Therapy Order - Scan on 7/5/2023 0938: Consultation - Physical Therapy Order

Scan (below)

172930 LAROCQUE, LINDA J

# Plan of Care

| | | |
|---|---|---|
| **Patient:** | Linda Larocque | |
| **DOB:** | 2/9/1958 | Sex: F |
| **Visit:** | 6/8/2023 | Visit # 29 |
| **Provider:** | Ross Anderson, PT | NPI # 1588626931 |



ANCHOR
Physical Therapy

*172930*

## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| Phone # | |
| 2534747474 | |
| Fax # | |
| 2534747479 | |

## Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| L Knee (PT) | 6/8/2023 |
| Diagnosis Codes | Injury Onset Date |
| M25.562 | 2/8/2020 |
| Referring Physician | Date of Initial Eval |
| W. Fred Thompson, MD | 2/20/2023 |

## Assessment

**Patient Self-Report**

Linda states she has been having more good than bad days, but notes the level of activity remains very limited. Even simple sit to stand and transition to walking has been limited. She has random episodes of elevated edema, the knee feels warm at times. She is frustrated w/ her progress and notes she was ding better before she had the shopping cart incident. She has been trying to keep up with the HEP and feels it hit/miss with being able to keep up with them due to pain/irritation.

**Patient Assessment / Diagnosis**

Linda has been making fair progress overall. She had an injury with a shopping cart in early may. She returned to physical therapy on 5/10/23 and has been seen for 9 visits since her 5/10/23 return to physical therapy. Linda has had random episodes of elevated symptoms, edema and limited w/ her capacity to rise to stand, walk and navigate stairs. Her left knee AROM remains good, but the degree of edema/irritation has limited her degree of hip/quad/lower leg strength resulting in functional limitations w/ her daily activities. Overall she is making progress and w/ direction/modification to her activity intensity she has a modified protocol to help her meet her long term functional goals. She remains a good candidate to continue with her physical therapy to increase w/ her strength and functional capacity.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Ross Anderson, PT (License #PT0000752)
DOS: 6/8/2023
Page 1 of 2 of Plan of Care

MULTICARE CALL CENTER          Larocque, Linda J
419 SOUTH L STREET          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299          Visit date: 6/22/2023

Page 2086          Printed by 71334 at 8/21/24 10:13 AM

MC_001218

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

### Documents (continued)

172930 LAROCQUE, LINDA J

| 6/8/2023 22:27:35 PDT | To: 12637612461 | Page: 3/3 | From: 2534747479 | Fax: 2534747479 |

**Notes on Plan**

Plan is to request continued physical therapy for Linda 2X's/week for 8 additional weeks. Her rx will consist of HEP progression, added hip/quad strength/recruitment, address her functional capacity with gait, steps and participating w/ shopping/cooking activities. Her rx will include manual rx, scar tissue mobs and modalities.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 8/3/2023 |

### Signatures

**Treating Provider Signature**

*Electronically signed by Ross Anderson, PT on 2023-06-08 22:25 PDT License #: PT0000762*

**Referring Provider Signature**

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.

___✓___ Revise the plan of care as follows: hold PT

I, Alexandria A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
| --- | --- | --- |
| | 6.22.23. | PDT |
| Alexandria A Bones, PA-C | | |

FAXED

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 6/8/2023
Page 2 of 2 of Plan of Care

Treated by Ross Anderson, PT (License #PT0000752)

L

### Clinical Notes

#### Procedures by HIM SCANNED DOCUMENT at 7/5/2023 0938

| | | |
| --- | --- | --- |
| Author: HIM SCANNED DOCUMENT | Service: --- | Author Type: Interface Resource |
| Filed: 07/05/23 0945 | Encounter Date: 6/22/2023 | Status: Signed |
| Editor: HIM SCANNED DOCUMENT (Interface Resource) | | |

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2087

Printed by 71334 at 8/21/24 10:13 AM

MC_001219

**06/22/2023 - Additional Orders in MultiCare Health Information (continued)**

**Clinical Notes (continued)**

Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [711153407] ordered by Interface, Onbase Scans at 06/22/23 0938

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/22/2023

Page 2088    Printed by 71334 at 8/21/24 10:13 AM

MC_001220

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

Scan on 7/5/2023 0938 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

172930 LAROCQUE, LINDA J

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958  Sex: F
**Visit:** 6/8/2023  Visit # 28
**Provider:** Ross Anderson, PT  NPI # 1588626931

**ANCHOR** Physical Therapy

172930

### Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

### Case Details

| | |
|---|---|
| **Injury Description** | **Date of Plan of Care** |
| L Knee (PT) | 6/8/2023 |
| **Diagnosis Codes** | **Injury Onset Date** |
| M25.562 | 2/8/2020 |
| **Referring Physician** | **Date of Initial Eval** |
| W. Fred Thompson, MD | 2/20/2023 |

## Assessment

**Patient Self-Report**

Linda states she has been having more good than bad days, but notes the level of activity remains very limited. Even simple sit to stand and transition to walking has been limited. She has random episodes of elevated edema, the knee feels warm at times. She is frustrated w/ her progress and notes she was doing better before she had the shopping cart incident. She has been trying to keep up with the HEP and feels it hit/miss with being able to keep up with them due to pain/irritation.

**Patient Assessment / Diagnosis**

Linda has been making fair progress overall. She had an injury with a shopping cart in early may. She returned to physical therapy on 5/10/23 and has been seen for 9 visits since her 5/10/23 return to physical therapy. Linda has had random episodes of elevated symptoms, edema and limited w/ her capacity to rise to stand, walk and navigate stairs. Her left knee AROM remains good, but the degree of edema/irritation has limited her degree of hip/quad/lower leg strength resulting in functional limitations w/ her daily activities. Overall she is making progress and w/ direction/modification to her activity intensity she has a modified protocol to help her meet her long term functional goals. She remains a good candidate to continue with her physical therapy to increase w/ her strength and functional capacity.

## Goals

**THERAPIST SHORT-TERM GOALS**

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

**THERAPIST LONG-TERM GOALS**

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 90 minutes over uneven surfaces w/ no deficits Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 6/8/2023
Treated by Ross Anderson, PT (License #PT0000752)
Page 1 of 2 of Plan of Care

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2089

Printed by 71334 at 8/21/24 10:13 AM

MC_001221

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

172930 LAROCQUE, LINDA J

| 6/8/2023 22:27:35 PDT | To: 12637612451 | Page: 2/3 | From: 2634747479 | Fax: 2534747479 |

**Notes on Plan**

Plan is to request continued physical therapy for Linda
2x's/week for 8 additional weeks. Her rx will consist of HEP
progression, added hip/quad strength/recruitment, address
her functional capacity with gait, steps and participating w/
shopping/cooking activities. Her rx will include manual rx,
scar tissue mobs and modalities.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

## Signatures

**Treating Provider Signature**

*Electronically signed by Ross Anderson, PT on 2023-06-08 22:25 PDT License #: PT0000752*

**Referring Provider Signature**

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

☑ I have no revisions to the plan of care.

☑ Revise the plan of care as follows: hld PT

I, Alexandria A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| | 6.22.23 | PDT |
| Alexandria A Bones, PA-C | | |

FAXED

Patient: Linda Larocque (DOB: 2/9/1958)   Treated by Ross Anderson, PT (License #PT0000752)
DOS: 6/8/2023
Page 2 of 2 of Plan of Care

*L*

Electronically signed by HIM SCANNED DOCUMENT at 07/05/23 0945

### Medication List

#### Medication List

MULTICARE CALL CENTER      Larocque, Linda J
419 SOUTH L STREET         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299       Visit date: 6/22/2023

Page 2090                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001222

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

### Medication List (continued)

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2091

Printed by 71334 at 8/21/24 10:13 AM

MC_001223

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 9/11/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Tablets by mouth every 4 hours as needed. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 9/11/2023 |
| Quantity: 42 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 20 mg Tab

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/22/2023

Page 2092

Printed by 71334 at 8/21/24 10:13 AM

MC_001224

## 06/22/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### Stopped in Visit

None

## Results                                                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Other Orders - Procedures**

### Referral

#### REFERRAL TO PHYSICAL THERAPY [711153407] (Final result)

Electronically signed by: **Interface, Onbase Scans on 06/22/23 0938**                    Status: **Completed**
Ordering user: Interface, Onbase Scans 06/22/23 0938          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -                                                Quantity: 1
Lab status: Final result
    Scan on 7/5/2023 0938 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 6/22/2023

Page 2093                                         Printed by 71334 at 8/21/24 10:13 AM

MC_001225

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

172930 LAROCQUE, LINDA J

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958 *Sex: F*
**Visit:** 6/8/2023 *Visit # 28*
**Provider:** Ross Anderson, PT *NPI # 1588626931*


ANCHOR
Physical Therapy

*172930*

### Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

### Case Details

| | |
|---|---|
| **Injury Description** | **Date of Plan of Care** |
| L Knee (PT) | 6/8/2023 |
| **Diagnosis Codes** | **Injury Onset Date** |
| M25.562 | 2/8/2020 |
| **Referring Physician** | **Date of Initial Eval** |
| W. Fred Thompson, MD | 2/20/2023 |

## Assessment

**Patient Self-Report**

Linda states she has been having more good than bad days, but notes the level of activity remains very limited. Even simple sit to stand and transition to walking has been limited. She has random episodes of elevated edema, the knee feels warm at times. She is frustrated w/ her progress and notes she was ding better before she had the shopping cart incident. She has been trying to keep up with the HEP and feels it hit/miss with being able to keep up with them due to pain/irritation.

**Patient Assessment / Diagnosis**

Linda has been making fair progress overall. She had an injury with a shopping cart in early may. She returned to physical therapy on 5/10/23 and has been seen for 9 visits since her 5/10/23 return to physical therapy. Linda has had random episodes of elevated symptoms, edema and limited w/ her capacity to rise to stand, walk and navigate stairs. Her left knee AROM remains good, but the degree of edema/irritation has limited her degree of hip/quad/lower leg strength resulting in functional limitations w/ her daily activities. Overall she is making progress and w/ direction/modification to her activity intensity she has a modified protocol to help her meet her long term functional goals. She remains a good candidate to continue with her physical therapy to increase w/ her strength and functional capacity.

## Goals

### THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

### THERAPIST LONG-TERM GOALS

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing. Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

Patient: Linda Larocque (DOB: 2/9/1958)   Treated by Ross Anderson, PT (License #PT0000752)
DOS: 6/8/2023
Page 1 of 2 of Plan of Care

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001226

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

172930 LAROCQUE, LINDA J

| 6/6/2023 22:27:35 PDT | To: 12637612461 | Page: 3/3 | From: 2534747479 | Fax: 2534747479 |

**Notes on Plan**

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks. Her rx will consist of HEP progression, added hip/quad strength/recruitment, address her functional capacity with gait, steps and participating w/ shopping/cooking activities. Her rx will include manual rx, scar tissue mobs and modalities.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

## Signatures

Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-06-08 22:25 PDT License #: PT0000762*

Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.

_✓_ Revise the plan of care as follows: held PT

I, Alexandria A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| | 6.22.23 | PDT |

Alexandria A Bones, PA-C

FAXED

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 6/8/2023
Page 2 of 2 of Plan of Care

Treated by Ross Anderson, PT (License #PT0000762)

L

## Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-135891132 | — | — | 06/22/23 0938 |

**REFERRAL TO PHYSICAL THERAPY [711153407]**    Resulted: 06/22/23 0938, Result status: Final result

Order status: Completed    Filed by: Interface, Onbase Scans 07/05/23 0945

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/22/2023

Page 2095                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001227

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Collected by: 06/22/23 0938

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| Scanned Documents - Order, No encounter | ONB135891132 | 7/5/2023 9:38 AM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 07/05/23 at 0945

**Patient Instructions**

None

MC_001228

## 06/22/2023 - REPAIR, TENDON, PATELLAR (SURGICAL)

### Episode Info

Type: SURGICAL                     Noted date: 6/22/2023                     Resolved date: 6/29/2023
Comments: Episode RESOLVED by system 6/29/2023 12:01 AM

### Associated Visits

- 06/26/2023 - Surgery in AH OR
- 06/22/2023 - Additional Orders in MultiCare Orthopedic and Sports Medicine-Mountain
- 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E

MC_001229

**06/15/2023 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 297289470

---

### *Account Information*

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/15/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### *Patient Information*

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### *Primary Insurance*

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

### *Secondary Insurance*

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

### *Accident Information*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/15/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001230

## 06/15/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (Lisinopril- safeway1594)

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 6/15/2023 1:32 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Rachelle B Noel at 6/15/2023 1413

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: — | Author Type: — |
| Filed: 06/15/23 1414 | Encounter Date: 6/15/2023 | Status: Signed |
| Editor: Rachelle B Noel | | |

*Last dispensed: 03/20/2023*
*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

## Hypertension Rx Labs
### Na

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/09/2023 | 139 | 135 - 145 mmol/L | Final |

### K

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/09/2023 | 4.1 | 3.6 - 5.3 mmol/L | Final |

### BUN

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/09/2023 | 18 | 8 - 24 mg/dL | Final |

### Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/09/2023 | 0.66 | 0.6 - 1.2 mg/dL | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/15/2023

Page 2099

Printed by 71334 at 8/21/24 10:13 AM

MC_001231

## 06/15/2023 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

**BP Readings from Last 3 Encounters:**
06/01/23    135/81
05/16/23    125/75
05/09/23    120/70

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 0.66 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 90 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 109 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Rachelle B Noel at 06/15/23 1414

### Telephone Encounter by Rachelle B Noel at 6/15/2023 1414

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: — | Author Type: — |
| Filed: 06/15/23 1414 | Encounter Date: 6/15/2023 | Status: Signed |
| Editor: Rachelle B Noel | | |

Pending Prescriptions:            Disp   Refills
  lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab [*90 Tab*0
Sig: Take 1 Tablet by mouth once daily.

-----------------------------------------------------------------

Electronically signed by Rachelle B Noel at 06/15/23 1414

### Telephone Encounter by Quynh Giao T Nguyen, PHARM D at 6/16/2023 1654

| | | |
|---|---|---|
| Author: Quynh Giao T Nguyen, PHARM D | Service: Pharmacy | Author Type: Pharmacist |
| Filed: 06/16/23 1654 | Encounter Date: 6/15/2023 | Status: Signed |
| Editor: Quynh Giao T Nguyen, PHARM D (Pharmacist) | | |

Signed Prescriptions:            Disp   Refills   lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab   90 Tab*1     Sig: Take 1 Tablet by mouth once daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: NGUYEN, QUYNH GIAO J-------------------------------------------
--------------------------

Electronically signed by Quynh Giao T Nguyen, PHARM D at 06/16/23 1654

## Medication List

### Medication List

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/15/2023

Page 2100

Printed by 71334 at 8/21/24 10:13 AM

MC_001232

Larocque, Linda J
MRN: 172930

## 06/15/2023 - Refill in Lakewood Family Practice (continued)

Medication List (continued)

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

#### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

#### Omega 3 1200 MG Caps

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/15/2023

Page 2101

Printed by 71334 at 8/21/24 10:13 AM

MC_001233

## 06/15/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Discontinued by: Marie Betcher, RN  Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Units by mouth twice daily.
Entered by: Sarah A Tryon, LVN/LPN  Entered on: 5/25/2022
End date: 6/23/2023

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD  Ordered on: 7/19/2022
Start date: 7/19/2022  End date: 7/5/2023
Quantity: 120 Tablet  Refill: 3 refills by 7/19/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D  Discontinued on: 7/11/2023
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD  Ordered on: 1/24/2023
Start date: 1/24/2023  End date: 7/10/2023
Quantity: 180 Capsule  Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD  Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD  Ordered on: 1/31/2023
Start date: 1/31/2023  End date: 2/26/2024
Quantity: 90 Capsule  Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria Bones, PA-C  Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C  Ordered on: 2/9/2023
Start date: 2/9/2023  End date: 6/27/2023
Quantity: 21 Tablet  Refill: 1 refill by 2/9/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C  Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C  Ordered on: 2/9/2023
Start date: 2/9/2023  End date: 12/7/2023
Quantity: 30 Tablet  Refill: 1 refill by 2/9/2024

### meloxicam (MOBIC) 7.5 MG Tab

Discontinued by: Alexandria Bones, PA-C  Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C  Ordered on: 2/9/2023
Start date: 2/9/2023  End date: 6/27/2023
Quantity: 30 Tablet  Refill: No refills remaining

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

Discontinued by: Marie Betcher, RN  Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Apply 1 Application externally twice daily. To rash for 14 days
Authorized by: Rachel D Dawson, MD  Ordered on: 3/8/2023
Start date: 3/8/2023  End date: 6/23/2023
Quantity: 45 g  Refill: No refills remaining

MULTICARE LAKEWOOD  Larocque, Linda J
CLINIC  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW  Visit date: 6/15/2023
LAKEWOOD WA 98499-2767

Page 2102  Printed by 71334 at 8/21/24 10:13 AM

MC_001234

## 06/15/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |

Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |

Instructions: Take 1 Tablet by mouth twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/15/2023

Page 2103

Printed by 71334 at 8/21/24 10:13 AM

MC_001235

## 06/15/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Reason for discontinuation: Treatment complete
Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/1/2023 |
| Start date: 6/1/2023 | End date: 6/23/2023 |
| Quantity: 20 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

**Stopped in Visit**

None

## Results                                                                                    (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/15/2023

Page 2104

Printed by 71334 at 8/21/24 10:13 AM

MC_001236

## 06/15/2023 - Appointment in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 295920776

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/15/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 6/11/1959 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 6/15/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2105                          Printed by 71334 at 8/21/24 10:13 AM

MC_001237

## 06/15/2023 - Appointment in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Appointment Information

**FOLLOW-UP LIMITED**                                    Canceled
6/15/2023  8:30 AM

| Time    | Provider             | Department              | Length |
|---------|----------------------|-------------------------|--------|
| 8:30 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | 20 min |

Notes:
FU L KNEE/AETNA MED ADV

History
| | | | | |
|---|---|---|---|---|
| Made On: | 6/1/2023 11:13 AM | By: | Kenneth A Jantzen | ES |
| Change Notes: | 6/1/2023 11:14 AM | By: | Kenneth A Jantzen | ES |
| Canceled: | 6/13/2023 9:27 AM | By: | Jennifer A Conley | ES |
| Cancel Rsn: | PATIENT RESCHEDULED | | | |

## Results                                                                    (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

# Preferred Pharmacy

**Messages**

### Appointment Scheduled

| From | To | Sent and Delivered |
|------|-----|--------------------|
| Bkg, Mychart | Larocque, Linda J | 6/1/2023 11:13 AM |
| Last Read in MyChart | | |
| Not Read | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 6/15/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2106                                          Printed by 71334 at 8/21/24 10:13 AM

MC_001238

## Preferred Pharmacy (continued)

**Messages (continued)**

Appointment Information:
  Visit Type: Follow-up
    Date: 6/15/2023
      Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
      Provider: Alexandria Bones
      Time: 8:30 AM
      Length: 20 min

  Appt Status: Scheduled

**Patient Instructions**

  None

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/15/2023

Page 2107

Printed by 71334 at 8/21/24 10:13 AM

MC_001239

**06/13/2023 - Additional Orders in MultiCare Health Information**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**        **MRN:** 172930
                                           **CSN:** 298052337

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/13/2023 | | | No service for | |

**Admitting Physician:**                   **Chief Complaint:**
                                           **Adm Dx:**
                                                        Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:**                               **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

**Accident Type:**

MC_001240

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

### Call Information

| | Provider | Department | Center |
|------|----------|------------|--------|
| 6/13/2023 1:50 PM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MC_001241

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents**

Durable Medical Equipment Order - Scan on 6/22/2023 1345: Durable Medical Equipment Order

Scan (below)

Jun 02 2023 10:53:05   Apria Healthcare  -> MultiCare Fax DTS02                    Page 003

APRIA HEALTHCARE LLC
5102 20TH STREET E.
FIFE, WA 98424
Phone: (877) 604-9464  Fax: (800) 772-8289

APRIA HEALTHCARE

PRESCRIPTION

LETTER OF MEDICAL NECESSITY

Patient Name, Address, MEDICARE ID, & DOB     (X) Initial    ( ) Renewal    ( ) Revised
LINDA LAROCQUE          BAL309
6824 SOUTH PARK AVENUE                        Rx Period From: 5/31/2023 To. _____
TACOMA, WA 98408                              Rx Revised on.
7N57WR6HA34
2/09/1958                                        Est. Length of Need  99 Months
                                                 Unless otherwise noted:

Equipment Prescribed:
A7032 CPAP/RAD CUSH ON NASAL MASK REPL__2X1_MO    A7034 CPAP/RAD MASK/NASAL INTERFACE_____1X3 MO
A7035 CPAP/RAD HEADGEAR ___ ___ ___ ___1X6_MO     A7037 CPAP/RAD TUBING_____1X3 MO
A7038 CPAP/RAD DISPOSABLE FILTER, EACH__2X1 MO    A7039 CPAP/RAD FILTER NON-DISPOSABLE EA_1X6 MO
A7046 WATER CHAMBER FOR CPAP/BIPAP HUMID_1X6MO

Diagnoses 1 & 3: G47.33  (OSA)OBSTRUCTIVE SLEEP AP
Diagnoses 2 & 4:
Prognosis: _____

Give detailed explanation for medical necessity of special feature items:

Comments (Justification): _____
Physician:  LAM PHUONG T NGUYEN          UPIN:  OTH000
                                         NPI:   1841516879
Address:    316 MARTIN LUTHER KING JR, STE 401, TACOMA, WA 98405-4252
Phone:      (253) 403-6850               Fax #:  253-403-6860

Verify the medical necessity of these items for this patient. Attending physician please sign below:

Signature: _____    Date: 6/13/23   *CT99 - 0616 1859614 - 2 - F

PAGE 3/3 * RCVD AT 6/2/2023 10:51:56 AM [Pacific Daylight Time] * SVR:M8VRFAXDT5002/5 * DNIS:2534036860 * CSID:Apria Healthcare   * ANI:+19493564346 * DURATION (mm-ss):01-

MULTICARE CALL CENTER      Larocque, Linda J
419 SOUTH L STREET          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299        Visit date: 6/13/2023

Page 2110                                       Printed by 71334 at 8/21/24 10:13 AM

MC_001242

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

### Durable Medical Equipment Order - Scan on 6/22/2023 1345: Durable Medical Equipment Order

Scan (below)

Jun 12 2023 17:44:45    Apria Healthcare  -> MultiCare Fax Serv03                              Page 003

APRIA HEALTHCARE LLC
5102 20TH STREET F
FIFE, WA 98424
Phone: (877) 604-9464  Fax: (800) 772-8289

APRIA HEALTHCARE

PRESCRIPTION

LETTER OF MEDICAL NECESSITY

Patient Name, Address, MEDICARE ID, & DOB          (X) Initial    ( ) Renewal    ( ) Revised
LINDA LAROCQUE              8AL309
6824 SOUTH PARK AVENUE                             Rx Period From  5/31/2023  To _____
TACOMA, WA 98408                                   Rx Revised on:
7N57WR6HA34
2/09/1958                                              Est. Length of Need  99 Months
                                                      Unless otherwise noted

Equipment Prescribed:
A7032 CPAP/BAD CUSHION NASAL MASK REPL__2X1_MO      A7034 CPAP/BAD MASK/NASAL  NTERFACE    1X3 MO
A7035 CPAP/BAD HEADGEAR_____1X6_MO        A7037 CPAP/BAD TUBING_____1X3 MO
A7038 CPAP/BAD DISPOSABLE FILTER, EACH__2X1 MO      A7039 CPAP/BAD FILTER NON-DISPOSABLE EA 1X6 MO
A7046 WATER CHAMBER FOR CPAP/B-PAP HUMID 1X6\0

Diagnoses 1 & 3: G47.33  (OSA)OBSTRUCTIVE SLEEP AP
Diagnoses 2 & 4:
Prognosis:

Give detailed explanation for medical necessity of special feature items _____

Comments (Justification):
Physician:  LAM PHUONG T NGUYEN           UPIN:  OTH000
                                          NPI:  1841516879
Address:  316 MARTIN LUTHER KING JR, STE 401, TACOMA, WA 98405-4252
Phone:  (253) 403-6850                    Fax #:  253-403-6860

Verify the medical necessity of these items for this patient. Attending physician please sign below:

Signature: _____           Date __6/13/23__ · CT99 - 0616 1859014 - 2 - F

PAGE 3/3 * RCVD AT 6/12/2023 5:43:48 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/11 * DNIS:2534836860 * CSID:Apria Healthcare  * ANI:+19493564540 * DURATION (mm-ss):01

**Clinical Notes**

### Procedures by HIM SCANNED DOCUMENT at 6/22/2023 1345

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 6/13/2023
Page 2111                                Printed by 71334 at 8/21/24 10:13 AM

MC_001243

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
| Filed: 06/22/23 1350 | Encounter Date: 6/13/2023 | Status: Signed |
| Editor: HIM SCANNED DOCUMENT (Interface Resource) | | |

Procedure Orders
1. O DURABLE MEDICAL EQUIPMENT [710138387] ordered by Interface, Onbase Scans at 06/13/23 1345

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 6/13/2023

Page 2112                                           Printed by 71334 at 8/21/24 10:13 AM

MC_001244

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

Scan on 6/22/2023 1345 by HIM SCANNED DOCUMENT: Durable Medical Equipment Order (below)

Jun 02 2023 10:53:05   Apria Healthcare  ->  MultiCare Fax DTS02                    Page 003

**APRIA HEALTHCARE**

APRIA HEALTHCARE LLC
5102 20TH STREET E.
FIFE, WA 98424
Phone: (877) 604-9464  Fax: (800) 772-8289

PRESCRIPTION

LETTER OF MEDICAL NECESSITY

Patient Name, Address, MEDICARE ID, & DOB          (X) Initial    ( ) Renewal    ( ) Revised
LINDA LAROCQUE                    BAL309
6824 SOUTH PARK AVENUE                              Rx Period From: 5/31/2023 To
TACOMA, WA 98408                                    Rx Revised on:
7N57WR6HA34
2/09/1958                                                Est. Length of Need   99 Months
                                                         Unless otherwise noted

Equipment Prescribed:
A7032 CPAP/BAD CUSH ON NASA MASK REPL  2X1 MO    A7034 CPAP/BAD MASK/NASAL INTERFACE   1X3 MO
A7035 CPAP/BAD HEADGEAR                   1X6 MO    A7037 CPAP/BAD TUBING                 1X3 MO
A7038 CPAP/BAD D SPOSABLE FILTER, EACH  2X1 MO    A7039 CPAP/BAD FILTER NON-DISPOSABLE EA 1X6 MO
A7046 WATER CHAMBER FOR CPAP/BIPAP HUM D 1X6MO

Diagnoses 1 & 3: G47.33  (OSA)OBSTRUCTIVE SLEEP AP
Diagnoses 2 & 4:
Prognosis:

Give detailed explanation for medical necessity of special feature items: _____

_____ __ _____

Comments (Justification): _____  __ _
Physician:  LAM PHUONG T NGUYEN              UPIN:  OTH000
                                              NPI:  1841516879
Address:    316 MARTIN LUTHER KING JR, STE 401, TACOMA, WA 98405-4252
Phone:      (253) 403-6850              Fax #:  253-403-6860

Verify the medical necessity of these items for this patient. Attending physician please sign below.

Signature: _____   Date: 6/13/23   *CT99 - 0616 1859614 - 2 - F

PAGE 3/3 * RCVD AT 6/2/2023 10:51:56 AM [Pacific Daylight Time] * SVR:MBVRFAXDTS002/6 * DNIS:2534036860 * CSID:Apria Healthcare   * ANI:+19493564546 * DURATION (mm-ss):01-

Electronically signed by HIM SCANNED DOCUMENT at 06/22/23 1350

### Procedures by HIM SCANNED DOCUMENT at 6/22/2023 1345

| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
|---|---|---|

MULTICARE CALL CENTER          Larocque, Linda J
419 SOUTH L STREET             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299           Visit date: 6/13/2023

Page 2113                                        Printed by 71334 at 8/21/24 10:13 AM

MC_001245

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

Filed: 06/22/23 1350     Encounter Date: 6/13/2023     Status: Signed
Editor: HIM SCANNED DOCUMENT (Interface Resource)
  Procedure Orders
  1. O DURABLE MEDICAL EQUIPMENT [710138388] ordered by Interface, Onbase Scans at 06/13/23 1345

Scan on 6/22/2023 1345 by HIM SCANNED DOCUMENT: Durable Medical Equipment Order (below)

Jun 12 2023 17:44:45  Apria Healthcare -> MultiCare Fax Serv03      Page 003

**APRIA HEALTHCARE LLC**
5102 20TH STREET E.
FIFE, WA 98424
Phone: (877) 604-9464  Fax: (800) 772-8289

APRIA HEALTHCARE

PRESCRIPTION

LETTER OF MEDICAL NECESSITY

Patient Name, Address, MEDICARE ID, & DOB      (X) Initial    ( ) Renewal    ( ) Revised
LINDA LAROCQUE      BAL309
6824 SOUTH PARK AVENUE      Rx Period From: 5/31/2023  To _____
TACOMA, WA 98408      Rx Revised on:
7N57WR6HA34
2/09/1958      Est. Length of Need: 99 Months
     Unless otherwise noted _____

Equipment Prescribed:
A7032 CPAP/RAD CUSH ON NASAL MASK REPL__2X1_MO    A7034 CPAP/RAD MASK/NASAL  INTERFACE__ 1X3 MO
A7035 CPAP/RAD HEADGEAR__ ..._____1X6 MO    A7037 CPAP/RAD TUBING_____  _____1X3 MO
A7038 CPAP/RAD DISPOSABLE FILTER, EACH__2X1 MO    A7039 CPAP/RAD FILTER NON DISPOSABLE EA 1X6 MO
A7046 WATER CHAMBER FOR CPAP/6/PAP HUMID 1X6\0

Diagnoses 1 & 3: G47.33  (OSA)OBSTRUCTIVE SLEEP AP
Diagnoses 2 & 4:
Prognosis:

Give detailed explanation for medical necessity of special feature items _____

Comments (Justification):
Physician: LA M PHUONG T NGUYEN      UPIN: OTH000
     NPI: 1841516879
Address: 316 MARTIN LUTHER KING JR. STE 401, TACOMA, WA 98405-4252
Phone: (253) 403-6850      Fax #: 253-403-6860

Verify the medical necessity of these items for this patient. Attending physician please sign below.

Signature: _____  Date: 6/13/23 · CT99 - 0616 1859014 · 2 · F

PAGE 3/3 · RCVD AT 6/12/2023 5:43:48 PM [Pacific Daylight Time] · SVR:MBVRFAXAPP003/11 · DNIS:2534036860 · CSID:Apria Healthcare · ANI:+19493564546 · DURATION (mm-ss):01

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/13/2023

Page 2114      Printed by 71334 at 8/21/24 10:13 AM

MC_001246

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

Electronically signed by HIM SCANNED DOCUMENT at 06/22/23 1350

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

##### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299   Visit date: 6/13/2023

Page 2115   Printed by 71334 at 8/21/24 10:13 AM

MC_001247

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

Reason for discontinuation: Treatment complete
Instructions: Take 1 Capsule by mouth once daily.
Entered by: Nicole B Syharath, MA                    Entered on: 5/23/2022
End date: 6/23/2023

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |

Reason for discontinuation: Treatment complete
Instructions: Take 1 Units by mouth twice daily.
Entered by: Sarah A Tryon, LVN/LPN                    Entered on: 5/25/2022
End date: 6/23/2023

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD                 Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD                   Ordered on: 7/19/2022
Start date: 7/19/2022                                End date: 7/5/2023
Quantity: 120 Tablet                                 Refill: 3 refills by 7/19/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D        Discontinued on: 7/11/2023
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                   Ordered on: 1/24/2023
Start date: 1/24/2023                                End date: 7/10/2023
Quantity: 180 Capsule                                Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD                 Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                   Ordered on: 1/31/2023
Start date: 1/31/2023                                End date: 2/26/2024
Quantity: 90 Capsule                                 Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria Bones, PA-C              Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C                    Ordered on: 2/9/2023
Start date: 2/9/2023                                 End date: 6/27/2023
Quantity: 21 Tablet                                  Refill: 1 refill by 2/9/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C                  Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C                    Ordered on: 2/9/2023
Start date: 2/9/2023                                 End date: 12/7/2023
Quantity: 30 Tablet                                  Refill: 1 refill by 2/9/2024

### meloxicam (MOBIC) 7.5 MG Tab

Discontinued by: Alexandria Bones, PA-C              Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C                    Ordered on: 2/9/2023
Start date: 2/9/2023                                 End date: 6/27/2023
Quantity: 30 Tablet                                  Refill: No refills remaining

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

Discontinued by: Marie Betcher, RN                   Discontinued on: 6/23/2023

---

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 6/13/2023

Page 2116                                      Printed by 71334 at 8/21/24 10:13 AM

MC_001248

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

Reason for discontinuation: Treatment complete
Instructions: Apply 1 Application externally twice daily. To rash for 14 days
Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023
Start date: 3/8/2023 | End date: 6/23/2023
Quantity: 45 g | Refill: No refills remaining

### rosuvastatin (CRESTOR) 10 mg Tab

Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023
Start date: 5/4/2023 | End date: 7/3/2023
Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023
Start date: 5/4/2023 | End date: 7/5/2023
Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023
Start date: 6/3/2023 | End date: 11/2/2023
Quantity: 160 Tablet | Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023
Start date: 7/3/2023 | End date: 7/6/2023
Quantity: 160 Tablet | Refill: No refills remaining

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023
Start date: 5/16/2023 | End date: 8/10/2023
Quantity: 60 Tablet | Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol
Authorized by: Alexandria Bones, PA-C | Ordered on: 6/1/2023
Start date: 6/1/2023 | End date: 6/23/2023
Quantity: 20 Tablet | Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023
Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023
Start date: 6/5/2023 | End date: 7/3/2023

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/13/2023

Page 2117

Printed by 71334 at 8/21/24 10:13 AM

MC_001249

## 06/13/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

Quantity: 18 mL                                    Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD              Discontinued on: 9/14/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                Ordered on: 6/16/2023
Start date: 6/16/2023                             End date: 9/14/2023
Quantity: 90 Tablet                               Refill: 1 refill by 6/15/2024

### Stopped in Visit

None

**Results**                                                              (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Other Orders - Procedures**

**Durable Medical Equipment**

### O DURABLE MEDICAL EQUIPMENT [710138387] (Final result)

Electronically signed by: **Interface, Onbase Scans on 06/13/23 1345**        Status: **Completed**
Ordering user: Interface, Onbase Scans 06/13/23 1345        Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -                                    Quantity: 1
Lab status: Final result
    Scan on 6/22/2023 1345 by HIM SCANNED DOCUMENT: Durable Medical Equipment Order (below)

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 6/13/2023

Page 2118                                         Printed by 71334 at 8/21/24 10:13 AM

MC_001250

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Jun 02 2023 10:53:05   Apria Healthcare -> MultiCare Fax DTS02                     Page 003

APRIA HEALTHCARE LLC
5102 20TH STREET E.
FIFE, WA 98424
Phone: (877) 604-9464  Fax: (800) 772-8289

APRIA HEALTHCARE

PRESCRIPTION

LETTER OF MEDICAL NECESSITY

| Patient Name, Address, MEDICARE ID, & DOB | (X) Initial   ( ) Renewal   ( ) Revised |
|---|---|
| LINDA LAROCQUE          BAL309 | |
| 6824 SOUTH PARK AVENUE | Rx Period From: 5/31/2023 To: _____ |
| TACOMA, WA 98408 | Rx Revised on: |
| 7N57WR6HA34 | |
| 2/09/1958 | Est. Length of Need: 99 Months |
| | Unless otherwise noted: |

Equipment Prescribed:
A7032 CPAP/RAD CUSH ON NASAL MASK REPL__2X1_MO      A7034 CPAP/RAD MASK/NASAL INTERFACE_____1X3 MO
A7035 CPAP/RAD HEADGEAR _____1X6_MO       A7037 CPAP/RAD TUBING_____1X3 MO
A7038 CPAP/RAD DISPOSABLE FILTER EACH__2X1 MO      A7039 CPAP/RAD FILTER NON-DISPOSABLE EA_1X6 MO
A7046 WATER CHAMBER FOR CPAP/BIPAP HUMID_1X6MO

Diagnoses 1 & 3: G47.33  (OSA)OBSTRUCTIVE SLEEP AP
Diagnoses 2 & 4:
Prognosis: _____

Give detailed explanation for medical necessity of special feature items:

_____

Comments (Justification): _____
Physician:  LAM PHUONG T NGUYEN          UPIN:  OTH000
                                         NPI:   1841516879
Address:   316 MARTIN LUTHER KING JR, STE 401, TACOMA, WA 98405-4252
Phone:    (253) 403-6850                 Fax #:  253-403-6860

Verify the medical necessity of these items for this patient. Attending physician please sign below.

Signature: _____ Date: 6/13/23    'CT99 - 0616 1859614 - 2 - F

PAGE 3/3 * RCVD AT 6/2/2023 10:51:56 AM [Pacific Daylight Time] * SVR:MBVRFAXDTS002/6 * DNIS:2534036860 * CSID:Apria Healthcare   * ANI:+18493564540 * DURATION (mm-ss):01-

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-134940692 | — | — | 06/13/23 1345 |

**O DURABLE MEDICAL EQUIPMENT [710138387]**          Resulted: 06/13/23 1345, Result status: Final result

Order status: Completed          Filed by: Interface, Onbase Scans  06/22/23 1350

MULTICARE CALL CENTER      Larocque, Linda J
419 SOUTH L STREET         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299       Visit date: 6/13/2023

Page 2119                                     Printed by 71334 at 8/21/24 10:13 AM

MC_001251

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Collected by: 06/13/23 1345

### Transcription

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| Scanned Documents - Order, No encounter | ONB134940692 | 6/22/2023 1:45 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 06/22/23 at 1350

### O DURABLE MEDICAL EQUIPMENT [710138388] (Final result)

Electronically signed by: **Interface, Onbase Scans on 06/13/23 1345**                    Status: **Completed**
Ordering user: Interface, Onbase Scans 06/13/23 1345          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -                                                Quantity: 1
Lab status: Final result
   Scan on 6/22/2023 1345 by HIM SCANNED DOCUMENT: Durable Medical Equipment Order (below)

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 6/13/2023

Page 2120                                                Printed by 71334 at 8/21/24 10:13 AM

MC_001252

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Jun 12 2023 17:44:45   Apria Healthcare  -> MultiCare Fax Serv#3                    Page 003

APRIA HEALTHCARE
APRIA HEALTHCARE LLC
5102 20TH STREET F
FIFE, WA 98424
Phone: (877) 604-9464  Fax: (800) 772-8289

PRESCRIPTION

LETTER OF MEDICAL NECESSITY

| Patient Name, Address, MEDICARE ID, & DOB | | |
| --- | --- | --- |
| LINDA LAROCQUE              BAL309 | | (X) Initial    ( ) Renewal    ( ) Revised |
| 6824 SOUTH PARK AVENUE | | Rx Period From: 5/31/2023 To: _____ |
| TACOMA, WA 98408 | | Rx Revised on: |
| 7N57WR6HA34 | | |
| 2/09/1958 | | 1st Length of Need: 99 Months |
| | | Unless otherwise noted: |

Equipment Prescribed:
A7032 CPAP/RAD CUSH ON NASAL MASK REPL__2X1_MO        A7034 CPAP/RAD MASK/NASAL  INTERFACE      1X5 MO
A7035 CPAP/RAD HEADGEAR,              _____1X6_MO   A7037 CPAP/RAD TUBING_____1X3 MO
A7038 CPAP/RAD DISPOSABLE FILTER, EACH__2X1 MO             A7039 CPAP/RAD FILTER NON-DISPOSABLE EA 1X6 MO
A7046 WATER CHAMBER FOR CPAP/RAP HUMID 1X6MO

Diagnoses 1 & 3: G47.33   (OSA)OBSTRUCTIVE SLEEP AP
Diagnoses 2 & 4:
Prognosis: _____

Give detailed explanation for medical necessity of special feature items _____

Comments (Justification): _____
Physician:   LAM PHUONG T NGUYEN        UPIN:   OTH000
                                        NPI:    1841516879
Address:   316 MARTIN LUTHER KING JR, STE 401, TACOMA, WA 98405-4252
Phone:   (253) 403-6850                  Fax #:  253-403-6860

Verify the medical necessity of these items for this patient. Attending physician please sign below:

Signature: _____        Date: 6/13/23 *CT99 - 0616 1859614 - 2 - F

PAGE 3/3 * RCVD AT 6/12/2023 5:43:46 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/11 * DNIS:2534836860 * CSID:Apria Healthcare   * ANI:+19493564349 * DURATION (mm-ss):01

### Specimen Information

| ID | Type | Source | Collected By |
| --- | --- | --- | --- |
| ONB-134940694 | — | — | 06/13/23 1345 |

**O DURABLE MEDICAL EQUIPMENT [710138388]**                Resulted: 06/13/23 1345, Result status: Final result

Order status: Completed                          Filed by: Interface, Onbase Scans 06/22/23 1350

MC_001253

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Collected by: 06/13/23 1345

### Transcription

| Type | ID | Date and Time | Dictating Provider |
|------|----|--------------|--------------------|
| Scanned Documents - Order, No encounter | ONB134940694 | 6/22/2023 1:45 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 06/22/23 at 1350

### Patient Instructions

None

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 6/13/2023

Page 2122    Printed by 71334 at 8/21/24 10:13 AM

MC_001254

**06/07/2023 - MyChart Rx Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930

**CSN:** 296516090

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/7/2023 | | | No service for | |

**Admitting Physician:**                 **Chief Complaint:**    Refill Request

**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile    253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD      **Employer Phone:**

**Referring Physician:**                                **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2123             Printed by 71334 at 8/21/24 10:13 AM

MC_001255

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Xanax-dup), onset date 6/7/2023

#### Visit Diagnosis

- **RECURR DEPR PSYCHOS-MOD (primary) [F33.1]**

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 6/7/2023 11:42 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 6/7/2023 1500

| | | |
| --- | --- | --- |
| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
| Filed: 06/07/23 1501 | Encounter Date: 6/7/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

## Xanax - Duplicate - Surescript order: Unable to deselect drug. Pharmacist please remove drug and close encounter
*Last Prescribed on 05/04/2023, #15, R 2 - sent to same pharmacy*
**Receipt confirmed by pharmacy (5/4/2023 5:23 PM PDT)**

Electronically signed by Kaela W Davidson at 06/07/23 1501

#### Telephone Encounter by Kaela W Davidson at 6/7/2023 1500

| | | |
| --- | --- | --- |
| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
| Filed: 06/07/23 1500 | Encounter Date: 6/7/2023 | Status: Signed |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

MC_001256

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Editor: Kaela W Davidson
Pending Prescriptions:       Disp   Refills   alprazolam (XANAX) 0.25 MG Tab        15 Tab*2        Sig: Take 1 Tablet by
mouth three times a day as      needed for anxiety.----------------------------------------------------------------------------

Electronically signed by Kaela W Davidson at 06/07/23 1500

## Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2125

Printed by 71334 at 8/21/24 10:13 AM

MC_001257

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Start date: 10/7/2022
Quantity: 90 Tablet

End date: 10/27/2023
Refill: 3 refills by 10/7/2023

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 1 Capsule by mouth once daily.
Entered by: Nicole B Syharath, MA
End date: 6/23/2023

Discontinued on: 6/23/2023


Entered on: 5/23/2022

### Omega 3 1200 MG Caps

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 1 Units by mouth twice daily.
Entered by: Sarah A Tryon, LVN/LPN
End date: 6/23/2023

Discontinued on: 6/23/2023


Entered on: 5/25/2022

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD
Start date: 7/19/2022
Quantity: 120 Tablet

Discontinued on: 7/6/2023


Ordered on: 7/19/2022
End date: 7/5/2023
Refill: 3 refills by 7/19/2023

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Quynh Giao T Nguyen, PHARM D
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/4/2022
Quantity: 90 Tablet

Discontinued on: 6/16/2023

Ordered on: 10/4/2022
End date: 6/16/2023
Refill: 2 refills by 10/4/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/24/2023
Quantity: 180 Capsule

Discontinued on: 7/11/2023

Ordered on: 1/24/2023
End date: 7/10/2023
Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 21 Tablet

Discontinued on: 6/27/2023

Ordered on: 2/9/2023
End date: 6/27/2023
Refill: 1 refill by 2/9/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.

Discontinued on: 12/7/2023

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2126

Printed by 71334 at 8/21/24 10:13 AM

MC_001258

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2127

Printed by 71334 at 8/21/24 10:13 AM

MC_001259

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/1/2023 |
| Start date: 6/1/2023 | End date: 6/23/2023 |
| Quantity: 20 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                 (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2128

Printed by 71334 at 8/21/24 10:13 AM

MC_001260

## Preferred Pharmacy (continued)

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

#### Medication Renewal Request

| From | To | Sent and Delivered |
|---|---|---|
| Kaela W Davidson | Larocque, Linda J | 6/7/2023 3:00 PM |
| Last Read in MyChart | | |
| 6/8/2023 4:28 PM by Linda J Larocque | | |

Hello,

Please contact your pharmacy. Your prescription sent 5/4 has additional refills remaining and the receipt confirmed by your pharmacy as indicated below. Thank you.

**Receipt confirmed by pharmacy (5/4/2023 5:23 PM PDT)**

#### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 6/7/2023 11:42 AM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2129

Printed by 71334 at 8/21/24 10:13 AM

MC_001261

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 296516034

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/7/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

Page 2130

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001262

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Norco-dup), onset date 6/7/2023

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|---|---|---|---|
| 6/7/2023 11:41 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 6/7/2023 1456

| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 06/07/23 1458 | Encounter Date: 6/7/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

**Norco - Duplicate - Surescript order: Unable to deselect drug. Pharmacist please remove drug and close encounter**
*Last Prescribed on 05/04/2023, #160, R 0 - 3 rx's sent to same pharmacy*
**Receipt confirmed by pharmacy (5/4/2023 5:23 PM PDT)**

Electronically signed by Kaela W Davidson at 06/07/23 1458

#### Telephone Encounter by Kaela W Davidson at 6/7/2023 1458

| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 06/07/23 1458 | Encounter Date: 6/7/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

MC_001263

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:      Disp  Refills  hydrocodone-acetaminophen (NORCO) 10-325 *160 Ta*0    Sig: Take 1-2 Tablets by mouth every 6 hours as needed    for pain (chronic pain syndrome exempt).-------------------------------------------------------

Electronically signed by Kaela W Davidson at 06/07/23 1458

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

##### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2132        Printed by 71334 at 8/21/24 10:13 AM

MC_001264

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2133

Printed by 71334 at 8/21/24 10:13 AM

MC_001265

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2134

Printed by 71334 at 8/21/24 10:13 AM

MC_001266

## 06/07/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/1/2023 |
| Start date: 6/1/2023 | End date: 6/23/2023 |
| Quantity: 20 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | | (Order ) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2135

Printed by 71334 at 8/21/24 10:13 AM

MC_001267

## Preferred Pharmacy (continued)

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent and Delivered |
|---|---|---|
| Kaela W Davidson | Larocque, Linda J | 6/7/2023 2:58 PM |
| Last Read in MyChart | | |
| 6/8/2023 4:29 PM by Linda J Larocque | | |

Hello,

Please contact your pharmacy. Your prescription was sent 5/4 with fill-dates for May, June and July. The receipt confirmed by your pharmacy as indicated below. Thank you.

**Receipt confirmed by pharmacy (5/4/2023 5:23 PM PDT)**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 6/7/2023 11:41 AM |

Refills have been requested for the following medications:

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/7/2023

Page 2136

Printed by 71334 at 8/21/24 10:13 AM

MC_001268

Larocque, Linda J
MRN: 172930

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　　**CSN:** 296126398

### Account Information

| Admit Date | HAR# | Pt Class | | Hospital Svc | Bed |
|---|---|---|---|---|---|
| 6/3/2023 | | | | No service for | |

**Admitting Physician:**　　　　　　　　　**Chief Complaint:** Refill Request; Rx Refil*
　　　　　　　　　　　　　　　　　　　　**Adm Dx:**

　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| **Age:** | 66 year old | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (65 yrs) | **Employer:** | |
| **Sex:** | female | No address on file. | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD　　**Employer Phone:**
**Referring Physician:**　　　　　　　　　　　　　　**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2137　　　　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:13 AM

MC_001269

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaints

- Refill Request (alprazolam - safeway 1594), onset date 6/3/2023
- Rx Refill Center - Control Medication, onset date 6/3/2023

### Visit Diagnosis

- **RECURR DEPR PSYCHOS-MOD (primary) [F33.1]**

## Visit Information

### Provider Information

#### Encounter Provider

Rachel D Dawson, MD

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|--|----------|------------|--------|
| 6/3/2023 8:40 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Julie Davis at 6/3/2023 1106

| | | |
|--|--|--|
| Author: Julie Davis | Service: Pharmacy | Author Type: — |
| Filed: 06/03/23 1107 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Julie Davis | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

**PRC Case Review**
*Last dispensed: 5-4-23*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2138

Printed by 71334 at 8/21/24 10:13 AM

MC_001270

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

### Renal Function:
**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 0.66 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 90 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 109 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Julie Davis at 06/03/23 1107

**Telephone Encounter by Julie Davis at 6/3/2023 1107**

| | | |
|---|---|---|
| Author: Julie Davis | Service: Pharmacy | Author Type: — |
| Filed: 06/03/23 1107 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Julie Davis | | |

Pending Prescriptions:      Disp   Refills
  alprazolam (XANAX) 0.25 MG Tab    15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

------------------------------------------------------------

Electronically signed by Julie Davis at 06/03/23 1107

**Telephone Encounter by Sarah A Tryon, LVN/LPN at 6/5/2023 0847**

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 06/05/23 0847 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:      Disp   Refills
  alprazolam (XANAX) 0.25 MG Tab    15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 06/05/23 0847

**Telephone Encounter by Rachel D Dawson, MD at 6/5/2023 1333**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2139

Printed by 71334 at 8/21/24 10:13 AM

MC_001271

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 06/05/23 1333 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Refused Prescriptions:     Disp  Refills  alprazolam (XANAX) 0.25 MG Tab     15 Tab*2    Sig: Take 1 Tablet by mouth three times a day as needed    for anxiety.Refused By: DAWSON, RACHEL DReason for Refusal: Refill not appropriateReason for Refusal Comment: pt has two refills from rx written 5/4 that have not been used---------------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 06/05/23 1333

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

##### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2140

Printed by 71334 at 8/21/24 10:13 AM

MC_001272

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2141

Printed by 71334 at 8/21/24 10:13 AM

MC_001273

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

### VICTOZA 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Nishy K Hayre, RPh | Discontinued on: 6/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/9/2023 |
| Start date: 3/9/2023 | End date: 6/4/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2142

Printed by 71334 at 8/21/24 10:13 AM

MC_001274

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Reason for discontinuation: Discontinued by provider
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD          Ordered on: 5/4/2023
Start date: 5/4/2023                        End date: 6/22/2023
Quantity: 160 Tablet                        Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD          Ordered on: 5/4/2023
Start date: 6/3/2023                        End date: 11/2/2023
Quantity: 160 Tablet                        Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD          Ordered on: 5/4/2023
Start date: 7/3/2023                        End date: 7/6/2023
Quantity: 160 Tablet                        Refill: No refills remaining

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria Bones, PA-C      Discontinued on: 8/10/2023
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C        Ordered on: 5/16/2023
Start date: 5/16/2023                        End date: 8/10/2023
Quantity: 60 Tablet                          Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN           Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol
Authorized by: Alexandria Bones, PA-C        Ordered on: 6/1/2023
Start date: 6/1/2023                         End date: 6/23/2023
Quantity: 20 Tablet                          Refill: No refills remaining

**Stopped in Visit**

None

## Results                                                                (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2143                                Printed by 71334 at 8/21/24 10:13 AM

MC_001275

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 6/3/2023  8:40 AM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2144

Printed by 71334 at 8/21/24 10:13 AM

MC_001276

**06/03/2023 - MyChart Rx Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 296126355

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/3/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | |
| | Tacoma WA 98408-5509 | |
| **SSN:** | xxx-xx-5145 | |
| **Age:** | 66 year old | |
| **DOB:** | 2/9/1958 (65 yrs) | |
| **Sex:** | female | |
| **Marital Status:** | Married | |

Telephone Information:
Home Phone      Not on file.
Work Phone      Not on file.
Mobile               253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

MC_001277

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Norco - safeway 1594), onset date 6/3/2023
- Rx Refill Center - Control Medication, onset date 6/3/2023

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Incoming Web

| | Provider | Department | Center |
|---|---|---|---|
| 6/3/2023 8:39 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Julie Davis at 6/3/2023 1105

| | | |
|---|---|---|
| Author: Julie Davis | Service: Pharmacy | Author Type: — |
| Filed: 06/03/23 1106 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Julie Davis | | |

duplicate

Electronically signed by Julie Davis at 06/03/23 1106

#### Telephone Encounter by Julie Davis at 6/3/2023 1106

| | | |
|---|---|---|
| Author: Julie Davis | Service: Pharmacy | Author Type: — |
| Filed: 06/03/23 1106 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Julie Davis | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2146

Printed by 71334 at 8/21/24 10:13 AM

MC_001278

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:        Disp  Refills  hydrocodone-acetaminophen (NORCO) 10-325 *160 Ta*0     Sig: Take 1-2 Tablets by mouth every 6 hours as needed     for pain (chronic pain syndrome exempt).------------------------------------------------------

Electronically signed by Julie Davis at 06/03/23 1106

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

##### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2147

Printed by 71334 at 8/21/24 10:13 AM

MC_001279

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2148

Printed by 71334 at 8/21/24 10:13 AM

MC_001280

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

### VICTOZA 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Nishy K Hayre, RPh | Discontinued on: 6/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/9/2023 |
| Start date: 3/9/2023 | End date: 6/4/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2149

Printed by 71334 at 8/21/24 10:13 AM

MC_001281

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/1/2023 |
| Start date: 6/1/2023 | End date: 6/23/2023 |
| Quantity: 20 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results | (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2150

Printed by 71334 at 8/21/24 10:13 AM

MC_001282

## Preferred Pharmacy (continued)

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

### Medication Renewal Request

| From | To | Sent and Delivered |
|---|---|---|
| Julie Davis | Larocque, Linda J | 6/3/2023 11:06 AM |
| Last Read in MyChart | | |
| Not Read | | |

Please check with your Safewaypharmacy.  The pharmacy should have a prescription on file that was sent to be filled on 6-3-23 and another for 7-3-23.
Please contact your pharmacy and speak with someone directly. The automated system will not work

Thank you

### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 6/3/2023  8:39 AM |

Refills have been requested for the following medications:

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2151

Printed by 71334 at 8/21/24 10:13 AM

MC_001283

## 06/03/2023 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
                                          **CSN:** 296134199

### Account Information

| | | | | | |
|---|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** | |
| 6/3/2023 | | | No service for | | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request | |
| | | | **Adm Dx:** | | |
| | | | | Gestational Age: <None> | |

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile        253-273-7247
**Employer:**
No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2152

Printed by 71334 at 8/21/24 10:13 AM

MC_001284

## 06/03/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

* Refill Request (victoza - sfwy1594)

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 6/3/2023 12:33 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Vladimir A Zaytsev at 6/4/2023 1019

| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 06/04/23 1021 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Vladimir A Zaytsev | | |

*Last dispensed: 05/04/2023*
*Last encounter with Rachel D Dawson, MD: 1/26/2023*
*Next appointment with PCP: Visit date not found*

### Diabetes Rx Labs
No components found for: HGBA1CPOCT
**Hemoglobin A1C**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/02/2023 | 5.6 | <5.7 % | Final |

**Na**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/09/2023 | 139 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 02/09/2023 | 4.1 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2153

Printed by 71334 at 8/21/24 10:13 AM

MC_001285

## 06/03/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| 02/09/2023 | 18 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 0.66 | 0.6 - 1.2 mg/dL | Final |

**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 143 (H) | 65 - 120 mg/dL | Final |

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 0.66 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 90 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 02/09/2023 | 109 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Vladimir A Zaytsev at 06/04/23 1021

**Telephone Encounter by Vladimir A Zaytsev at 6/4/2023 1021**

Author: Vladimir A Zaytsev   Service: Pharmacy   Author Type: —
Filed: 06/04/23 1021   Encounter Date: 6/3/2023   Status: Signed
Editor: Vladimir A Zaytsev
Pending Prescriptions:   Disp  Refills
  liraglutide (VICTOZA) 18 MG/3ML Solution P*18 mL  0
Sig: Inject 1.8 mg into the skin once daily.

-------------------------------------------------------------------

Electronically signed by Vladimir A Zaytsev at 06/04/23 1021

**Telephone Encounter by Nishy K Hayre, RPh at 6/5/2023 1408**

Author: Nishy K Hayre, RPh   Service: —   Author Type: Pharmacist
Filed: 06/05/23 1408   Encounter Date: 6/3/2023   Status: Signed
Editor: Nishy K Hayre, RPh (Pharmacist)
Signed Prescriptions:   Disp  Refills  liraglutide (VICTOZA) 18 MG/3ML Solution P*18 mL  0   Sig: Inject 1.8 mg into the skin once daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: HAYRE, NISHY K-----------------------------------------------------
------------

Electronically signed by Nishy K Hayre, RPh at 06/05/23 1408

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2154

Printed by 71334 at 8/21/24 10:13 AM

MC_001286

## 06/03/2023 - Refill in Lakewood Family Practice (continued)

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

##### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2155

Printed by 71334 at 8/21/24 10:13 AM

MC_001287

## 06/03/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2156

Printed by 71334 at 8/21/24 10:13 AM

MC_001288

## 06/03/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2157

Printed by 71334 at 8/21/24 10:13 AM

MC_001289

## 06/03/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Discontinued by: Alexandria Bones, PA-C      Discontinued on: 8/10/2023
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 5/16/2023      Ordered on: 5/16/2023
Quantity: 60 Tablet      End date: 8/10/2023
      Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN      Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol
Authorized by: Alexandria Bones, PA-C
Start date: 6/1/2023      Ordered on: 6/1/2023
Quantity: 20 Tablet      End date: 6/23/2023
      Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Hanh Q Nguyen, RPh      Discontinued on: 7/5/2023
Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/5/2023      Ordered on: 6/5/2023
Quantity: 18 mL      End date: 7/3/2023
      Refill: No refills remaining

**Stopped in Visit**

None

| Results | (Order) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2158

Printed by 71334 at 8/21/24 10:13 AM

MC_001290

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 296133590

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/3/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2159

Printed by 71334 at 8/21/24 10:13 AM

MC_001291

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Alprazolam & norco - dup ), onset date 6/3/2023

#### Visit Diagnosis

- **RECURR DEPR PSYCHOS-MOD (primary) [F33.1]**

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 6/3/2023 12:10 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Julie Davis at 6/4/2023 0730

| | | |
| --- | --- | --- |
| Author: Julie Davis | Service: Pharmacy | Author Type: — |
| Filed: 06/04/23 0732 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Julie Davis | | |

duplicate

Electronically signed by Julie Davis at 06/04/23 0732

#### Telephone Encounter by Julie Davis at 6/4/2023 0732

| | | |
| --- | --- | --- |
| Author: Julie Davis | Service: Pharmacy | Author Type: — |
| Filed: 06/04/23 0732 | Encounter Date: 6/3/2023 | Status: Signed |
| Editor: Julie Davis | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2160

Printed by 71334 at 8/21/24 10:13 AM

MC_001292

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:        Disp   Refills   alprazolam (XANAX) 0.25 MG Tab        15 Tab*2        Sig: Take 1 Tablet by
mouth three times a day as        needed for anxiety.  hydrocodone-acetaminophen (NORCO) 10-325 *160 Ta*0        Sig: Take 1-2
Tablets by mouth every 6 hours as needed        for pain (chronic pain syndrome exempt).---------------------------------------------------------
--------

Electronically signed by Julie Davis at 06/04/23 0732

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

#### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2161

Printed by 71334 at 8/21/24 10:13 AM

MC_001293

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2162

Printed by 71334 at 8/21/24 10:13 AM

MC_001294

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### meloxicam (MOBIC) 7.5 MG Tab

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 6/27/2023

Ordered on: 2/9/2023
End date: 6/27/2023
Refill: No refills remaining

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Apply 1 Application externally twice daily. To rash for 14 days
Authorized by: Rachel D Dawson, MD
Start date: 3/8/2023
Quantity: 45 g

Discontinued on: 6/23/2023

Ordered on: 3/8/2023
End date: 6/23/2023
Refill: No refills remaining

### VICTOZA 18 MG/3ML Solution Pen-injector

Discontinued by: Nishy K Hayre, RPh
Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 3/9/2023
Quantity: 18 mL

Discontinued on: 6/5/2023

Ordered on: 3/9/2023
End date: 6/4/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Andrea J Steele, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 4/6/2023
Quantity: 160 Tablet

Discontinued on: 6/22/2023

Ordered on: 4/6/2023
End date: 6/22/2023
Refill: No refills remaining

### rosuvastatin (CRESTOR) 10 mg Tab

Discontinued by: Taja L Anderson, RN
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 90 Tablet

Discontinued on: 7/3/2023

Ordered on: 5/4/2023
End date: 7/3/2023
Refill: 3 refills by 5/3/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 15 Tablet

Discontinued on: 7/6/2023

Ordered on: 5/4/2023
End date: 7/5/2023
Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Andrea J Steele, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD

Discontinued on: 6/22/2023

Ordered on: 5/4/2023

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2163

Printed by 71334 at 8/21/24 10:13 AM

MC_001295

## 06/03/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |

Instructions: Take 1 Tablet by mouth twice daily.

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |

Reason for discontinuation: Treatment complete

Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol

| | |
|---|---|
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/1/2023 |
| Start date: 6/1/2023 | End date: 6/23/2023 |
| Quantity: 20 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

| **Results** | | | **(Order )** |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2164

Printed by 71334 at 8/21/24 10:13 AM

MC_001296

## Preferred Pharmacy (continued)

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

### Medication Renewal Request

| From | To | Sent and Delivered |
|---|---|---|
| Julie Davis | Larocque, Linda J | 6/4/2023 7:32 AM |
| Last Read in MyChart | | |
| 6/7/2023 11:42 AM by Linda J Larocque | | |

Please check with your Safeway pharmacy for Hydrocodone/Acetaminophen.
The pharmacy should have a prescription on file that was sent to be filled on 6-3-23 and another for 7-3-23.
Please contact your pharmacy and speak with someone directly. The automated system will not work

Thank you

### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 6/3/2023 12:10 PM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson]

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/3/2023

Page 2165

Printed by 71334 at 8/21/24 10:13 AM

MC_001297

## 06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 294359320

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/1/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Left Knee - Follow Up
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Work Phone | Not on file. |
| **Age:** | 66 year old | | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (65 yrs) | | **Employer:** | |
| **Sex:** | female | | | No address on file. |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | MEDICARE A & B | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | 7N57WR6HA34 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2023

Page 2166

Printed by 71334 at 8/21/24 10:13 AM

MC_001298

## 06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Follow Up - Left Knee

#### Visit Diagnosis

- **Left knee pain, unspecified chronicity (primary) [M25.562]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions

- Return in about 2 weeks (around 6/15/2023).

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN** |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/1/2023 9:50 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Nursing Note by Mealelei Annie Umaga, MA at 6/1/2023 0950

| | | |
|---|---|---|
| Author: Mealelei Annie Umaga, MA | Service: — | Author Type: Medical Assistant |
| Filed: 06/01/23 0957 | Encounter Date: 6/1/2023 | Status: Signed |
| Editor: Mealelei Annie Umaga, MA (Medical Assistant) | | |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2023

MC_001299

**06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

Clinical Notes (continued)

## Chief Complaint
Patient presents with
- Left Knee - Follow Up

Additional Details: Patient here for left knee follow up. Patient states the pain is unrealistic, no progress since last visit. Patient states its frustrating pain keeps her up at night.

Medication list changes/discrepancies: Medication Comments documented by Mealelei Annie Umaga, MA on 6/1/2023 at 0951.
Medications and pharmacy reviewed with patient.
Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] *palpitations* | |
| • Effexor [Venlafaxine] *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] *fatigue* | |
| • Pravastatin *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Zoloft [Sertraline Hcl] *ineffective* | |
| • Codeine Camsylate *Ok with food* | Nausea |
| • Lipitor [Atorvastatin Calcium] *myalgias* | Myalgia |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] *Gi upset* | Nausea |
| • Zocor [Simvastatin] *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Mealelei Annie Umaga, MA at 06/01/23 0957

**Progress Notes by Alexandria Bones, PA-C at 6/1/2023 0950**

| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
|---|---|---|
| Filed: 06/01/23 1610 | Encounter Date: 6/1/2023 | Status: Signed |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2168                                   Printed by 71334 at 8/21/24 10:13 AM

MC_001300

**06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Clinical Notes (continued)**

Editor: Alexandria Bones, PA-C (Physician Assistant)

## POST OPERATIVE FOLLOW UP

6/1/2023

Linda is seen today for follow up regarding her Left knee. Patient states that her knee continues to be significantly painful. Patient states that she continues to have generalized pain to her knee. She feels this on the medial, lateral and anterior aspect of knee. Patient also describes a sensation of feeling like her scar is ripping. Patient states that she still is having difficulty sleeping and is only able to sleep for a few hours with use of Tylenol and then often having to wake in order to take an Oxycodone to get any remaining sleep. Patient has been icing, resting and elevating.She continues to do supervised physical therapy but that this has been difficult also. Linda states that her knee fatigues very easily as well. Patient is increasingly frustrated by her set back and the slow progressing back to were she was prior to her incident.

PHYSICAL EXAM:

BP 135/81 | Pulse 77 | Temp (Src) 97.2 (Temporal) | Resp 20 | Ht 5' 6"[History.[ (1.676 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

Left Knee demonstrates nicely healed surgical incision. Moderate STS noted. ROM 0-115 with pain. Able to demonstrate straight leg raise.

Impression: S/P Left total knee replacement with recent contusion injury

Plan: I have recommended that Linda continue efforts with PT, ice, rest, elevation. Continue use of Tylenol and prescribed antiinflammatory. We will add massage to her regimen. Continue cane for support and balance. I will have Linda follow up in 2 weeks.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 06/01/23 1610

**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

docusate sodium (COLACE) 100 MG Caps

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2169 Printed by 71334 at 8/21/24 10:13 AM

MC_001301

## 06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN              Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2170                                Printed by 71334 at 8/21/24 10:13 AM

MC_001302

## 06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

End date: 6/23/2023

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN   Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2171     Printed by 71334 at 8/21/24 10:13 AM

MC_001303

**06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

## Medication List (continued)

Instructions: Apply 1 Application externally twice daily. To rash for 14 days
Authorized by: Rachel D Dawson, MD
Start date: 3/8/2023
Quantity: 45 g

Ordered on: 3/8/2023
End date: 6/23/2023
Refill: No refills remaining

### VICTOZA 18 MG/3ML Solution Pen-injector

Discontinued by: Nishy K Hayre, RPh
Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 3/9/2023
Quantity: 18 mL

Discontinued on: 6/5/2023

Ordered on: 3/9/2023
End date: 6/4/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Andrea J Steele, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 4/6/2023
Quantity: 160 Tablet

Discontinued on: 6/22/2023

Ordered on: 4/6/2023
End date: 6/22/2023
Refill: No refills remaining

### rosuvastatin (CRESTOR) 10 mg Tab

Discontinued by: Taja L Anderson, RN
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 90 Tablet

Discontinued on: 7/3/2023

Ordered on: 5/4/2023
End date: 7/3/2023
Refill: 3 refills by 5/3/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 15 Tablet

Discontinued on: 7/6/2023

Ordered on: 5/4/2023
End date: 7/5/2023
Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Andrea J Steele, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 160 Tablet

Discontinued on: 6/22/2023

Ordered on: 5/4/2023
End date: 6/22/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD

Discontinued on: 7/6/2023

Ordered on: 5/4/2023

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2023

Page 2172

Printed by 71334 at 8/21/24 10:13 AM

MC_001304

## 06/01/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/1/2023 |
| Start date: 6/1/2023 | End date: 6/23/2023 |
| Quantity: 20 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | (Order ) |
|---|---|

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

### Physical Therapy

#### P MASSAGE THERAPY [696598341] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 06/01/23 1059** | Status: **Discontinued** |
| Ordering user: Alexandria Bones, PA-C 06/01/23 1059 | Authorized by: Alexandria Bones, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine  06/01/23 - | Class: Normal |
| Quantity: 1 | Discontinued by: Alexandria Bones, PA-C 06/01/23 1203 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2173                                      Printed by 71334 at 8/21/24 10:13 AM

MC_001305

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Diagnoses
Left knee pain, unspecified chronicity [M25.562]
Order comments: Left knee with radiating pain to hip and lower leg    Therapist discretion

### Indications

Left knee pain, unspecified chronicity [M25.562 (ICD-10-CM)]

### Referral

**REFERRAL TO MASSAGE THERAPY [696598342] (Active)**

Electronically signed by: **Alexandria Bones, PA-C on 06/01/23 1128**                                    Status: **Active**
Ordering user: Alexandria Bones, PA-C 06/01/23 1128          Authorized by: Alexandria Bones, PA-C
Ordering mode: Standard
Frequency: Routine  06/01/23 -                                              Class: Referral - Internal
Quantity: 1                                                                           Released by: Alexandria Bones, PA-C 06/01/23 1128
Diagnoses
Left knee pain, unspecified chronicity [M25.562]
Order comments: Please NOTE: If you are unable to find the Department or Specialty, enter that information here.  Also enter any
special instructions for the referral coordinator (or scheduler).  Provider:  Department:  Additional Instructions:

#### Indications

Left knee pain, unspecified chronicity [M25.562 (ICD-10-CM)]

### Flowsheets

#### Custom Formula Data

| Row Name | 06/01/23 0951 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs  -MU | | | | |
| Adjusted Body Weight | 179.64 lbs  -MU | | | | |
| % Over/Under Ideal Body Weight | 93.53  -MU | | | | |
| Predicted Body Weight | 59.3  -MU | | | | |
| Length (cm) | 167.6 cm  -MU | | | | |
| IBW/kg (Calculated) Male | 63.8 kg  -MU | | | | |
| IBW/kg (Calculated) Female | 59.3 kg  -MU | | | | |
| BSA (Calculated - sq m) | 2.31 sq meters  -MU | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 99 mmHg  -MU | | | | |
| BMI | | | | | |
| BMI (Calculated) | 40.85  -MU | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 59.3  -MU | | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                      Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2174                                                          Printed by 71334 at 8/21/24 10:13 AM

MC_001306

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Low Range Vt 6mL/kg | 355.8 mL/kg -MU | |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -MU | |
| Adult High Range Vt 10mL/kg | 593 mL/kg -MU | |

Vital Signs

| | | |
|---|---|---|
| BMI (Calculated) | 40.85 -MU | |

Weight and Growth Recommendation

| | | |
|---|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -MU | |
| IBW/kg (Calculated) Male | 63.8 kg -MU | |

**Encounter Vitals**

| Row Name | 06/01/23 0951 | | | | |
|---|---|---|---|---|---|
| **Enc Vitals** | | | | | |
| BP | 135/81 -MU | | | | |
| Pulse | 77 -MU | | | | |
| Resp | 20 -MU | | | | |
| Temp | 36.2 °C (97.2 °F) -MU | | | | |
| Temp src | Temporal -MU | | | | |
| Weight | 114.8 kg (253 lb) History. -MU | | | | |
| Height | 1.676 m (5' 6") History. -MU | | | | |
| Pain Score | FIVE/TEN -MU | | | | |
| Pain Loc | KNEE Left. -MU | | | | |
| Pain Education | Yes -MU | | | | |
| **OTHER** | | | | | |
| BP Site | Left forearm -MU | | | | |
| Pt Position for BP | Sitting -MU | | | | |
| Cuff Size | Adult -MU | | | | |

**Lactation**

| Row Name | 06/01/23 0955 | | | | |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Breastfeeding Status | No -MU | | | | |

**User Key**                                   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| MU | Mealelei Annie Umaga, MA | Medical Assistant | Nursing |

**Messages**

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2023

Page 2175

Printed by 71334 at 8/21/24 10:13 AM

MC_001307

## Preferred Pharmacy (continued)

**Messages (continued)**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|------|-----|-------------------|
| Bkg, Mychart | Larocque, Linda J | 5/16/2023 11:17 AM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
    Visit Type: Follow-up
        Date: 6/1/2023
            Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
            Provider: Alexandria Bones
            Time: 9:50 AM
            Length: 20 min

Appt Status: Scheduled

**Patient Instructions**

    None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2176     Printed by 71334 at 8/21/24 10:13 AM

MC_001308

**06/01/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
  **CSN:** 295998054

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/1/2023 | | | No service for | |

**Admitting Physician:**  **Chief Complaint:**
  **Adm Dx:**

  Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:**  **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2177 Printed by 71334 at 8/21/24 10:13 AM

MC_001309

**06/01/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

## Accident Information

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

**Encounter Provider**

Alexandria Bones, PA-C

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

## Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 6/1/2023 8:39 PM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Melatonin 5 MG Caps**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

**Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps**

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN              Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2178                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001310

## 06/01/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

#### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2023

Page 2179

Printed by 71334 at 8/21/24 10:13 AM

MC_001311

## 06/01/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2023

Page 2180

Printed by 71334 at 8/21/24 10:13 AM

MC_001312

**06/01/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Medication List (continued)**

Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD        Ordered on: 5/4/2023
Start date: 5/4/2023        End date: 7/3/2023
Quantity: 90 Tablet        Refill: 3 refills by 5/3/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD        Ordered on: 5/4/2023
Start date: 5/4/2023        End date: 7/5/2023
Quantity: 15 Tablet        Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Andrea J Steele, MA        Discontinued on: 6/22/2023
Reason for discontinuation: Discontinued by provider
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD        Ordered on: 5/4/2023
Start date: 5/4/2023        End date: 6/22/2023
Quantity: 160 Tablet        Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD        Ordered on: 5/4/2023
Start date: 6/3/2023        End date: 11/2/2023
Quantity: 160 Tablet        Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD        Ordered on: 5/4/2023
Start date: 7/3/2023        End date: 7/6/2023
Quantity: 160 Tablet        Refill: No refills remaining

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria Bones, PA-C        Discontinued on: 8/10/2023
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C        Ordered on: 5/16/2023
Start date: 5/16/2023        End date: 8/10/2023
Quantity: 60 Tablet        Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN        Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol
Authorized by: Alexandria Bones, PA-C        Ordered on: 6/1/2023
Start date: 6/1/2023        End date: 6/23/2023
Quantity: 20 Tablet        Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Hanh Q Nguyen, RPh        Discontinued on: 7/5/2023
Instructions: Inject 1.8 mg into the skin once daily.

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN        Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2181        Printed by 71334 at 8/21/24 10:13 AM

MC_001313

## 06/01/2023 - MyChart Secure Pt Message in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Authorized by: Rachel D Dawson, MD
Start date: 6/5/2023
Quantity: 18 mL

Ordered on: 6/5/2023
End date: 7/3/2023
Refill: No refills remaining

### Stopped in Visit

None

## Results                                                                (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Knee pain

| From | To | Sent and Delivered |
|---|---|---|
| Alexandria Bones, PA-C | Larocque, Linda J | 6/1/2023 8:39 PM |
| Last Read in MyChart | | |
| Not Read | | |

Hello Linda,
I also left you a message but called late. Apologize but starting really processing how to best get you more comfortable and decreasing the inflammation of your knee.
So lets hold PT and the massage until I see you again. Really want to give this knee an opportunity to rest without any additional stresses to it.
If you still have the knee immobilizer from surgery you can also go back to wearing that for the next two weeks as well ( you can take it off to bath and if you are just resting) just want to pull out all the stops to get this knee calmed down because her were pretty inflamed when I saw you today.
Please let me know if you have any questions at all.

Alex

### Patient Instructions

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                Visit date: 6/1/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2182                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001314

## 05/30/2023 - Additional Orders in MultiCare Health Information

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
                                        **CSN:** 298780519

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/30/2023 | | | No service for | |

**Admitting Physician:**     **Chief Complaint:**
                             **Adm Dx:**
                                        Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 66 year old | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**                            **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 5/30/2023

Page 2183                 Printed by 71334 at 8/21/24 10:13 AM

MC_001315

Larocque, Linda J
MRN: 172930

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

Injury Date:
Place of Injury:

8/21/2024 10:13 AM

Medical Records use only -(HAR ID)

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

## Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 5/30/2023 6:44 AM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MC_001316

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents**

### Consultation - Physical Therapy Order - Scan on 6/30/2023 0634: Consultation - Physical Therapy Order

Scan (below)

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958  Sex F

**Visit:** 5/10/2023

**Provider:** Ross Anderson, PT



ANCHOR
Physical Therapy

### Clinic Details

| Clinic | Address |
|---|---|
| Ross W Anderson And Physical Therapy | 6030 Main St. St Suite D Lakewood WA 98499-5505 |

**Phone #**
2534747474

**Fax #**

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| | |
| **Diagnosis Codes** | **Injury Onset Date** |
| | |
| **Referring Physician** | **Date of Initial Eval** |
| W Fred Thompson MD | |

## Assessment

**Patient Self-Report**

Linda states that in 6/2021 she went into a store and was parked and was push into a shopping cart and suddenly slammed in the cart back. She said the shopping cart looked injured the cart joint, making its designed to that. She noticed the closed patches is unfortunate to the cart store pain because she slammed her left knee into the cart and she is in pain. She did go to see Dr A Barnes in 9/2021 this week and was assess and Dr Barnes thinks she stressed the knee and she advised her to return back to PT to address her influence. She indicates she feels pain constantly and feels a needing pain. She is now having to use her cane and is limited with stand no walking and feels her knee is worse that it was prior in her recent injury.

**Patient Assessment / Diagnosis**

Linda returned back to physical therapy in 5/2023, after having an injury while exiting Fred Meyer and this cart stepped while she continued forward and she slammed her left knee into the cart. She was assessed and she reported she had left knee AROM ROM and diminished degree of strength compared to a month ago. She had noted TTP along the periosteum region posterior to the knee mobility and she reports signs of instability. She complains to have a sensation and a knee strain noting the instability which qualify. She reports AROM and elevated function capacity of standing and navigating over objects is she currently back to using her cane and was advised to use the same tools to keep and her personal feet. Best are appears in future with prognosis and will complete therapy to address her situation soft tissue irritations post strain soft tissue symptoms.

### Goals

Walk up to 45 minutes over uneven surfaces w no deficits — 4 weeks
Stand up to 60 minutes while participating with ADLs
Ascend/descend flights of steps without deficits using the railing

Walk up to 45 minutes over uneven surfaces w no deficits — 4 weeks
Stand up to 2 hours while participating w no ADLs
Ascend/descend flights of steps without deficits using the railing
Independent with HEP and able to self progress

Patient: Linda Larocque DOB: 2/9/1958
DOS: 5/10/2023
Page 1 of 2 of Plan of Care

Treated by Ross Anderson PT

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023
Printed by 71334 at 8/21/24 10:13 AM

MC_001317

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

### Plan

**Notes on Plan**

Plan is to have her return to PT 1-2x's/week for 4-6 additional weeks. Her therapy will consist of HEP progression, review, update and advance in ROM, flexibility and address her lower extremity functional capacity to address her strength and dynamic stability, balance. This Rx will include manual rx, patellar mobs and modalities as indicated.

2x week 4 week                    until 6/21/2023

### Signatures

**Treating Provider Signature**

Electronically signed by Ross Anderson, PT on 2023-05-18 10:53 PDT 1 genes # PTBH30742

**Referring Provider Signature**

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

☑ I have no revisions to the plan of care

Revise the plan of care as follows:

I, Dr. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Physician _____     Date 5.30.23     Time _____ PDT

Dr. Fred Thompson, MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/10/2023
Page 2 of 2 of Plan of Care

Treated by Ross Anderson, PT (License #P12301752)

L

MC_001318

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

### Documents (continued)

#### Consultation - Physical Therapy Order - Scan on 6/30/2023 0634: Consultation - Physical Therapy Order

Scan (below)

5/23/2023 20 22 01 PDT     To 12537612461     Page 2/3     From 2534333134     Fax 2534333134

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958   Sex F

**Visit:** 5/4/2023

**Provider:** Alex Benoit, PTA   NPI #


ANCHOR
Physical Therapy

### Clinic Details

| Clinic | Address |
|---|---|
| Russ M Anderson Anchor Physical Therapy | 1407 East 72nd Street Ste A-105 Tacoma, WA 98404-1506 |
| Phone # | |
| 2534747474 | |
| Fax # | |
| 2534747474 | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| M25.562 Pain in left knee | 5/4/2023 |
| Diagnosis Codes | Injury Onset Date |
| M25.562 | 2/8/2023 |
| Referring Physician | Date of Initial Eval |
| W Eric Thompson MD | 3/20/2023 |

## Assessment

**Patient Self-Report**

Linda reports that she is tired today from running some errands this morning. She states that her knee is doing well and can feel she is stronger. She still has complaint of [illegible] with lateral movements and going stairs. Pain at [illegible]

**Patient Assessment / Diagnosis**

Linda presented today [illegible] continued [illegible] symptoms. Today was her last visit and focused on [illegible] education regarding her HEP and different strategies to [illegible] throughout the day [illegible]. [illegible] in regards to her knee ROM [illegible] hip strength. She still has some degree of weakness in quad and [illegible] with her ability to sit, stand, perform [illegible] she will continue her HEP and maintaining function and motion.

### Goals

[illegible]

No short term goals reported

[illegible]

No Long term goals reported

## Plan

**Notes on Plan**

Plan to D/C

Patient: Linda Larocque (DOB: 2/9/1958)     Created by Alex Benoit, PTA (License # [illegible])
DOS: 5/4/2023
Page 1 of 2 of Plan of Care

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001319

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

5/23/2023 23:22:01 PDT     To 12537612451     Page 3:3     From 2534333134     Fax 2534333134

### Signatures

**Treating Provider Signature**

*Prepared by Alex Benoit PTA on 2023-05-04 14:47 PDT License # P160546779*
*Electronically assigned by Rose Anderson PT on 2023-06-04 22:58 PDT License # PT 01-0002*

**Referring Provider Signature**

*If you are the referring physician, please select one of the following options before signing and returning the form. If no revisions are received, fill out in the blank space to the right.*

☑ I have no revisions to the plan of care

Revise the plan of care as follows:

*W. Fred Thompson, M.D., certify the need for these services furnished under the plan of treatment and will re-certify Alex Benoit PTA's care.*

Signature of Referring Physician     Date      5.30.23     Time     PDT

W. Fred Thompson, MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/4/2023
Page 2 of 2 of Plan of Care     Treated by Alex Benoit, PTA (License #P160546779)

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2188        Printed by 71334 at 8/21/24 10:13 AM

MC_001320

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

### Consultation - Physical Therapy Order - Scan on 6/30/2023 0634: Consultation - Physical Therapy Order

Scan (below)

5/23/2023 23 12 40 PDT          To 12537612451          Page 2/3          From 2534747479          Fax 2534747479

# Plan of Care

| | |
|---|---|
| **Patient:** | Linda Larocque |
| **DOB:** | 2/9/1958   Sex F |
| **Visit:** | 5/2/2023 |
| **Provider:** | Alex Benoit, PTA |



ANCHOR
Physical Therapy

### Clinic Details

**Clinic**
Risk of Anderson Anchor
Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-106
Tacoma WA 98404-5906

### Case Details

**Injury Description**
M25.562 Pain in left knee

**Diagnosis Codes**
M25.562

**Referring Physician**
Wilfred Thompson, MD

**Date of Plan of Care**
5/2/2023

**Injury Onset Date**
2/8/2023

**Date of Initial Eval**
2/28/2023

## Assessment

**Patient Self-Report**

Linda reports that the top of her knee is bothering her and it hurts at rest and when she's lifting things. Patient reports that she is stronger too and is having an easier time getting up stairs and walking long distances. She is still having pressure in her knee area, but in no s/ confidence in her knee and her balance is not great. She has been having some issues with her R knee but addresses this with their doctor next week.

**Patient Assessment / Diagnosis**

Linda continues in therapy today. She continues to show improvement in her knee ROM and she is stronger. She still exhibits some moderate trunk compensation in stepping activities but continues to improve and is less reliant on her upper extremity support. She is made gains in her ability to ambulate independently around the US hip so. Patient also demonstrates some improved static balance today. Linda will continue to benefit from therapy to further increase her strength and continue to improve with balance and proprioception.

## Goals

Goals text (illegible)

No short-term goals met.

Long-term goals (illegible)

No long-term goals completed

## Plan

**Notes on Plan**

Plan is to continue addressing weakness/proprioception and increasing balance/proprioception.

Patient Linda Larocque (DOB 2/9/1958)
DOS 5/2/2023
Page 1 of 2 of Plan of Care

Treated by Alex Benoit, PTA (License #PTA 606229)

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 5/30/2023
                          Printed by 71334 at 8/21/24 10:13 AM

MC_001321

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

5/23/2023 23 13 40 PDT     To 12537612451          Page 3/3          From 2534747479          Fax 2534747479

## Signatures

### Treating Provider Signature

Created by Alex Bennet, PTA on 2023-05-02 12:44 PDT License # PTA60546273
Electronically co-signed by Ross Anderson, PT on 2023-05-02 12:17 PDT License # PT00717430

### Referring Provider Signature

If you are the referring physician, please select one of the following options before signing and returning the form. If no revisions are required, fill out in the blank space to the right.

_____ I have no revisions to the plan of care

_____ Revise the plan of care as follows

I, Dr. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Dr. Fred Thompson, PTA's care.

Signature of Referring Physician                    Date                    Time

                                                    5.30.23                          PDT

Dr. Fred Thompson, MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by: Alex Bennet, PTA (License # PTA60546273)
                                       DOS: 5/2/2023
                                   Page 2 of 2 of Plan of Care

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 5/30/2023

Page 2190                                 Printed by 71334 at 8/21/24 10:13 AM

MC_001322

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

### Documents (continued)

#### Consultation - Physical Therapy Order - Scan on 6/30/2023 0634: Consultation - Physical Therapy Order

Scan (below)

5/25/2023 22:29:35 PDT　　　To 12537612451　　　Page 2/7　　　From 2534747479　　　Fax 2534747479

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958　Sex F

**Visit:** 5/25/2023

**Provider:** Ross Anderson, PT



172930

ANCHOR
Physical Therapy

---

### Clinic Details

**Clinic**

Ross M Anderson Anchor
Physical Therapy

**Phone #**

**Fax #**

**Address**

Site A-100

### Case Details

**Injury Description**

L Knee Pain

**Diagnosis Codes**

**Referring Physician**

W. Fred Thompson, MD

**Date of Plan of Care**

**Injury Onset Date**

**Date of Initial Eval**

2/20/2023

---

### Assessment

**Patient Self-Report**

Linda states she has been to see her chiropractor for the first time. She states he had a significance adjustment and feels she did ok, but feels sore. She indicates the left knee remains irritated but is better since the adjustment. She has indicated it is improving poorly and is affecting her ability to stand, walk and do basic activities in the home. She has been doing the HEP exercises and icing the knee daily. She is walking with a cane at all times and will need to be seen after 2-3 minutes at this clinic.

**Patient Assessment / Diagnosis**

Linda was reassessed today with focus on ROM flexibility and assisted with upper and lower leg strengthening to help assist with muscle activity. She remains highly guarded with mild-moderate degree of left leg swelling. She is TTP with gait on weight bearing of the extremities extended and elevated to sitting. She is displaying high degree of diminished quadriceps strength and requires manual assist with gait session. She was visibly unsteady with balance and stamina limited and she appears to be at fall risk standing/walking over 3-5 min due to her recent method she appeared to be more active. She has had a setback and we are currently addressing her elevated edema, pain and weakness with a plan to maintain motor control to help achieve current level of function and safety.

### Goals

Walk up to 45 minutes over uneven surfaces with orthotics
Stand up to 60 minutes with participating with ADLs
Go up/down 1 flight of stairs with mild deficits using the railing

4 weeks

Walk up to 20 minutes over uneven surfaces with orthotics
Stand up to 30 minutes while participating with ADLs
Go up/down 1 flight of steps with mild deficits using the railing

Walk up to 90 minutes over uneven surfaces with orthotics
Stand up to 2 hours while participating with ADLs
Go up/down 1 flight of stairs with mild deficits using the railing
Independent with HEP and able to use orthotics

6 weeks

Walk up to 90 minutes over uneven surfaces with orthotics
Stand up to 2 hours while participating with ADLs
Go up/down 1 flight of stairs with mild deficits using the railing, independent with mild-minimal deficits using orthotics

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 1 of 2 of Plan of Care

Treated by Ross Anderson, PT (License #PT-9931752)

MC_001323

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

5/25/2023 22:29:35 PDT    To 12537612451    Page 3/7    From 2534747479    Fax 2534747479

### Plan

**Notes on Plan**

Plan is to request continued physical therapy for Linda 2x's week for 6-8 add'l/red weeks. Therapy will consist of HEP progression, closed chain, including toe/heel raises recruitment training, w/ emphasis on edema pain control and advancing to more step stand and sit/at activity tolerance over the next 3-6 weeks. Therapy will include manual stretches and modalities as indicated.

2x every week                    until 7/8/2023

### Signatures

**Treating Provider Signature**

Electronically signed by Ross Anderson PT on 5/25/2023 05:32:27 PDT License # PT00000752

**Referring Provider Signature**

If you are the referring physician, please select one of the following options before signing and returning the form; if any, make the one that applies. Fill out the dates area to the right.

✓ I have no revisions to the plan of care

I revise the plan of care as follows:

I, Alexandria A Benoit MD, certify the need for these services furnished under this plan of treatment and while under the care of Ross Anderson PT is care.

Signature of Referring Physician

Date **5 30 23**    Time _____ PDT

Alexandria A Benoit MD

5/30/23

Patient Linda Larocque (DOB 2/9/1958)
DOS 5/25/2023
Page 2 of 2 of Plan of Care

Treated by Ross Anderson PT (License # PT00000752)

MC_001324

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

### Consultation - Physical Therapy Order - Scan on 6/30/2023 0651: Consultation - Physical Therapy Order

Scan (below)

| 5/25/2023 22:29:35 PDT | To 12537612451 | Page 4/7 | From 2534747479 | Fax 2534747479 |

# Progress Note

172930


ANCHOR
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 5/25/2023
**Provider:** Ross Anderson, PT

## Clinic Details

| Clinic | Address |
| --- | --- |
| Ross M Anderson Anchor Physical Therapy | 1407 Island 42nd Street Ste A-104 Tacoma WA 98404-5800 |

**Phone #**
2534747474

**Fax #**
2534747479

## Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| L Knee (PT) | 2/6/2023 |

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson, MD

## Subjective Analysis

**Patient Self-Report**

Linda states she has been to see her chiropractor for the first time. She also had a slight knee adjustment and feels she did ok but did move ok. She indicates the left knee remains irritated, but is better since the adjustment. She has had pain/issues and experiences pain daily which is affecting her ability to stand/walk and do simple activities in the home. She has been doing the HEP stretches and icing 2-4 times daily. She is walking with a cane at all times and will need to stop after 2-3 minutes at this time.

## FLR Survey Results

| Lower Extremity Functional Scale | 33 |

## Objective Analysis

### Flow Sheet Exercises

| Exercise | | Sets | Reps | | Hold | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 4 | Yes | Therapist assisted w/... |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Sup to Heel Slides | 97112 | 2 | 10 | | | 3 | Yes | Provider assisted |
| Heel Raises | 97110 | 2 | 10 | | 3 sec | 3 | Not today | |

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 1 of 4 of Progress Note
Treated by Ross Anderson PT (License #PT00J0752)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2193
Printed by 71334 at 8/21/24 10:13 AM

MC_001325

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

5/25/2023 22:29:35 PDT      To 12637612451           Page 5/7           From 2534747479           Fax 2534747479

| Exercise | Code | Sets | Reps | Hold | | Performed | Comments |
|---|---|---|---|---|---|---|---|
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | Not today | |
| Recumbent Bike | 97110 | | | 5 | | Not today | half revs |
| Patient Education | 97112 | | | 3 | | Yes | Cues direction on treatment, recruitment. Discussed strategies of self progress of the HEP and directed to participate more, but monitor for safety and not over-do it! |
| Ankle Pumps (Ankle Dorsiflexion Plantarflexion AROM) | 97110 | 3 | 10 | | 3 | Not today | |
| iFC | Gr203 | | | | 10 | Yes | Patient consented to electrode placement and palpation at different settings during treatment |
| Quad Set | 97112 | 3 | 10 | 5 sec | 5 | Yes | Provider assisted w/ manual/verbal cues to engage hip quad soft tissues. |
| Seated Ball Squeeze | 97110 | 3 | 10 | 5 sec | 3 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | 3 | Not today | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | 3 sec | 4 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress in the left knee soft tissues. |

### Manual Therapy Techniques   1 Units   15 Minutes

• Performed Soft Tissue Mobilization (STM) on the knee

    **Additional Comments:** Patient consented to palpation and manual therapy.

### General Objective Analysis

Treatment as per flowsheet. Included discussion on her symptoms, PLOF, obstacles and strategies to self progress.
Therex: Purpose to progress w/ knee PROM/AAROM and hip/quad strength.
Ther ed: HELD
Manual therapy: Purpose assist with PROM, scar patellar ability and reduce swelling.
Neuro re-ed: HELD
Modalities: Ended with iFC to help reduce symptoms.

PROM: R Gr203 iFC to 115 per mins. Executed left knee temp

### Inspection

None Reported

### Range of Motion Measurements

| Left Knee Flexion | | | Left Knee Extension | | |
|---|---|---|---|---|---|
| Pre-treatment (Deg) | Active/Passive | Post-treatment (Deg) | Pre-treatment (Deg) | Active/Passive | Post-treatment (Deg) |
| 1.0 deg | Active ROM | 0.0 deg | 90.0 deg | Active ROM | 135.0 deg |
| 0.0 deg | Passive ROM | 0.0 deg | 110.0 deg | Passive ROM | 135.0 deg |

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 2 of 4 of Progress Note
Treated by Russ Anderson PT (License #PT00298750)

MULTICARE CALL CENTER      Larocque, Linda J
419 SOUTH L STREET         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299       Visit date: 5/30/2023

Page 2194                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001326

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

### Documents (continued)

5/25/2003 22 29 35 PDT    To 1253761245¹    Page 6/7    From 2534747479    Fax 2534747479

#### Strength Measurements

| | | |
|---|---|---|
| Hip Flexion | 3+/5 | 4-/5 |
| Knee Flexion | 3+/5 | |
| Knee Extension | 3+/5 | |

#### Assessment

**Patient Assessment / Diagnosis**

Linda was re-assessed today. A focus on ROM flexibility and assisted active resistance... knee, assist...

#### Goals

| | | | | | |
|---|---|---|---|---|---|
| Walk up to 45 minutes over uneven surfaces w/no deficits | 4 weeks | Walk up to 20 minutes over uneven surfaces w/no deficits | Walk up to 90 minutes over uneven surfaces w/no deficits | 8 weeks | Walk up to 60 minutes over uneven surfaces w/no deficits |

#### Plan

**Notes on Plan**

Plan is to request continued physical therapy for Linda 2x's/week for 6-8 additional weeks. Her Rx will consist of HEP progression...

| | |
|---|---|
| 2x every week | until 7/6/2023 |

Patient Linda Larocque (DOB 2/9/1958)
DOS 5/25/2023
Page 3 of 4 of Progress Note
Treated by Ross Anderson PT (License 4PT00017752)

MC_001327

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Documents (continued)**

5/25/2023 22:29:35 PDT          To 12537612451          Page 7/7          From 2534747479          Fax 2534747479

172930

| | | |
|---|---|---|
| 97110 | 2.000 | 25 |
| G0283 | 1.000 | 10 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 50 |

### Signatures

Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-05-25 22:24 PDT License # PT00067??*

### Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

☑ I have no revisions to the plan of care

☐ Revise the plan of care as follows

I, W. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| | S.2023. | PDT |
| W. Fred Thompson MD | | |

5/30/23

Patient: Linda Larocque (DOB 2/9/1958)
DOS: 5/25/2023
Page 4 of 4 of Progress Note

Treated by Ross Anderson, PT (License #PT00067??)

---

### Clinical Notes

#### Procedures by HIM SCANNED DOCUMENT at 6/30/2023 0634

| | | |
|---|---|---|
| Author: HIM SCANNED DOCUMENT | Service: --- | Author Type: Interface Resource |
| Filed: 06/30/23 0644 | Encounter Date: 5/30/2023 | Status: Signed |
| Editor: HIM SCANNED DOCUMENT (Interface Resource) | | |

MC_001328

**05/30/2023 - Additional Orders in MultiCare Health Information (continued)**

**Clinical Notes (continued)**

Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [711153398] ordered by Interface, Onbase Scans at 05/30/23 0634

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 5/30/2023

Page 2197                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001329

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

5-16-2023 23 48 48 PDT    To 12537612351    Page 2/3    From 2534/47479    Fax 2534/47479

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958   Sex F
**Visit:** 5/10/2023
**Provider:** Ross Anderson, PT



ANCHOR
Physical Therapy

### Clinic Details

**Clinic**
Ross M Anderson Anchor
Physical Therapy

**Phone #**

**Fax #**

**Address**

Suite D
Lakewood WA 98499-6505

### Case Details

**Injury Description**

**Diagnosis Codes**
M25 562  S93 102D

**Referring Physician**
W Fred Thompson MD

**Date of Plan of Care**

**Injury Onset Date**

**Date of Initial Eval**

## Assessment

**Patient Self-Report**

Linda states on 5/6/2023 she went into a store and was frozen and was pushing a shopping cart just it suddenly slipped in the doorway. She said the shopping cart worked ... Since ... She did go to see Dr A Bones ... this week and I was assessed and Dr Bones ... back to PT to address her left knee. She indicates she feels pain constantly and has in needling pain. She is now having to use her cane and is limited with standing/walking ...

**Patient Assessment / Diagnosis**

Linda returned back to physical therapy today from ... injury while exiting Fred Meyer and in cart slipped while she continued forward and she sustained her left ... She was assessed and ... left knee AROM/PROM ... full extension of length from her DC in an area that a month ago. She had noted HP along her patellar region decreased stability and ... standing following the impairment which result ... AROM and elevated functional capacity of walking standing and navigating over objects. She is currently back to using her cane and was advised to use the cane daily to ... good prognosis and to benefit with physical therapy to address her elevated tissue irritation spain ...

## Goals

Walk up to 45 minutes ...    4 weeks
surfaces with no deficits
Stand up to 60 minutes while
participating with ADLs
Go up/down 3 flight of steps ...
deficits using the railing

Walk up to 90 minutes ...    8 weeks
surfaces with no deficits
Stand up to 2 hours while participating
with ADLs
Go up/down 3 flight of steps ...
deficits using the railing
Independent with HEP and able to self
progress

Patient Linda Larocque DOB 2/9/1958    Treated by Ross Anderson, PT
DOS 5/10/2023
Page 1 of 2 of Plan of Care

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2198    Printed by 71334 at 8/21/24 10:13 AM

MC_001330

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

5/16/2023 23:48:49 PDT     To: 12537612451     Page: 3/3     From: 2534747479     Fax: 2534747479

### Plan

**Notes on Plan**

Plan is to have her return to PT 1-2x's/week for 4-6 additional weeks. Her therapy will consist of HEP progression, review, update and advance w. ROM/flexibility and address her level of functional capacity to address her strength and dynamic stability, balance. This rx will include manual rx, patellar mobs and modalities as indicated.

_____

2x/wk/2 wks      until 6/21/2023

### Signatures

**Treating Provider Signature**

Electronically signed by Ross Anderson PT on 2024-05-09 10:53 PDT, known as PT(hr1871)

**Referring Provider Signature**

If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.

☑ I have no revisions to the plan of care.

☐ Revise the plan of care as follows:

I, Dr. Fred Thompson MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Physician      Date      Time

     5.30.23      PDT

Dr. Fred Thompson MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/16/2023
Page 2 of 2 of Plan of Care

Treated by: Ross Anderson PT (License #PT00011782)

Electronically signed by HIM SCANNED DOCUMENT at 06/30/23 0644

**Procedures by HIM SCANNED DOCUMENT at 6/30/2023 0634**

| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
|---|---|---|
| Filed: 06/30/23 0644 | Encounter Date: 5/30/2023 | Status: Signed |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2199      Printed by 71334 at 8/21/24 10:13 AM

MC_001331

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

Editor: HIM SCANNED DOCUMENT (Interface Resource)
Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [711153399] ordered by Interface, Onbase Scans at 05/30/23 0634

MC_001332

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

5/23/2023 23:22:01 PD1          To 12537612461          Page 2/3          From 2534333134          Fax 2534333134

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958  Sex F
**Visit:** 5/4/2023  Visit #28
**Provider:** Alex Benoit, PTA  NPI#



ANCHOR
Physical Therapy

### Clinic Details

| Clinic | Address |
|---|---|
| Russ M Anderson Anchor Physical Therapy | 1407 East 72nd Street Ste A-102 Tacoma, WA 98404-5906 |

**Phone #**
2534747174

**Fax #**
2534747407

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| M25.562 Pain in left knee | 5/4/2023 |

| Diagnosis Codes | Injury Onset Date |
|---|---|
| M25.562 | 2/8/2023 |

| Referring Physician | Date of Initial Eval |
|---|---|
| W Fred Thompson MD | 2/28/2023 |

## Assessment

**Patient Self-Report**

Linda reports that she is tired today from running some errands this morning. She states that her knee is doing well and can feel like she is stronger. She still has complaint of tightness with lateral movements and going stairs. Patient reports slight improvement.

**Patient Assessment / Diagnosis**

Linda presented today in continued improvement of her late stage symptoms. Focus was her last visit was on education regarding her HEP and different strategies to help her throughout the day to decrease her increased inflammation in her knee. She has made significant progress in regards to but have ROM improving and continued lag strength. She still has some degree of weakness in quad and is limited with mobility to sit, stand, perform stairs with proper weight. She will continue with HEP and maintaining functional motion.

## Goals

No short term goals reported

No long term goals reported

## Plan

**Notes on Plan**

Plan to D/C.

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/4/2023
Created by Alex Benoit, PTA (License #PT60546799)
Page 1 of 2 of Plan of Care

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2201                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001333

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

### Signatures

Treating Provider Signature

*Electronically signed by Alex Benoit PTA on 2023-05-24 16:40 PDT License # PT60546719
Electronically co-signed by Ross Anderson PT on 2023-05-24 20:58 PDT License # PT09-0052*

MRN
172930

Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right*

☑ *I have no revisions to the plan of care*

☐ *Revise the plan of care as follows*

*I, Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and were under Alex Benoit, PTA's care*

Signature of Referring Physician                    Date                    Time

_____                    5.30.23.                    _____ PST

*I, Fred Thompson, MD*

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/4/2023
Page 2 of 2 of Plan of Care

*Treated by Alex Benoit, PTA (License #PT60546719)*

L

Electronically signed by HIM SCANNED DOCUMENT at 06/30/23 0644

**Procedures by HIM SCANNED DOCUMENT at 6/30/2023 0634**

| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
|---|---|---|
| Filed: 06/30/23 0644 | Encounter Date: 5/30/2023 | Status: Signed |

MC_001334

**05/30/2023 - Additional Orders in MultiCare Health Information (continued)**

**Clinical Notes (continued)**

Editor: HIM SCANNED DOCUMENT (Interface Resource)
Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [711153400] ordered by Interface, Onbase Scans at 05/30/23 0634

MC_001335

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

5/23/2023 23:12:40 PDT          To 12537612451          Page 2-3          From 2534747479          Fax 2534747479

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958   Sex F

**Visit:** 5/2/2023

**Provider:** Alex Benoit, PTA   NPI#



ANCHOR
Physical Therapy

MRN
172930

### Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747479

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-105
Tacoma, WA 98404-5906

### Case Details

**Injury Description**
M25.562 Pain in left knee

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson MD

**Date of Plan of Care**

**Injury Onset Date**

**Date of Initial Eval**

## Assessment

**Patient Self-Report**

Linda reports that the back of her knee is bothering her and it hurts at rest and when she's doing things. Patient reports that she is stronger now and is having an easier time getting up stairs and walking long distances. She is still having trouble bending her knee and has some tightness in the knee and her hamstring and groin. She has been having some issues with her R knee but will discuss this with the provider next week.

**Patient Assessment / Diagnosis**

Linda continues in therapy today. She continues to show improvement in her knee ROM and strength. She still exhibits some moderate trunk compensation during exercises but soon should improve this form upper extremity. Patient ambulates gait. She is making great progress and normal up steps. Patient does UE support. Patient still demonstrates some moderate balance deficits. Linda will continue to benefit from therapy to address her weakness and balance deficits in her lower extremity.

## Goals

## Plan

**Notes on Plan**

Plan to continue working on strengthening activities and increasing balance/proprioception.

Patient Linda Larocque (DOB 2/9/1958)

DOS 5/2/2023
Page 1 of 2 of Plan of Care

Treated by Alex Benoit, PTA (License # 16768779)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2204

Printed by 71334 at 8/21/24 10:13 AM

MC_001336

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

5/23/2023 23 12:40 PDT — To 12537612451 — Page 3/3 — From 2534747479 — Fax 2534747479

### Signatures

**Treating Provider Signature**

Created by Alex Benoit PTA on 2023-05-20 12:44 PDT License # *hsc946072*
Electronically cosigned by Ross Anderson PT on 2023-05-20 21 17 PDT License # P60901752

*MRN 172930*

**Referring Provider Signature**

If you are the referring physician, please select one of the following options before signing and returning the form if you revise the plan, fill out in the blank space to the right

_ I have no revisions to the plan of care

Revise the plan of care as follows

I, W Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under care Benoit PTA's care

Signature of Referring Physician                         Date                Time

$5.30.23$                                                                   PDT

W Fred Thompson MD

$5/20/23$

Patient Linda Larocque (DOB 2/9/1958)
DOS 5-2-2023
Page 2 of 2 of Plan of Care

Electronically signed by HIM SCANNED DOCUMENT at 06/30/23 0644

**Procedures by HIM SCANNED DOCUMENT at 6/30/2023 0634**

| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
|---|---|---|
| Filed: 06/30/23 0644 | Encounter Date: 5/30/2023 | Status: Signed |

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 5/30/2023

Page 2205                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001337

Larocque, Linda J
MRN: 172930

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

Editor: HIM SCANNED DOCUMENT (Interface Resource)
Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [711153401] ordered by Interface, Onbase Scans at 05/30/23 0634

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2206                                        Printed by 71334 at 8/21/24 10:13 AM

MC_001338

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

5/25/2023 22 29 35 PDT      To 12537612451      Page 2/7      From 2534747479      Fax 2534747479

# Plan of Care

| | | |  |
|---|---|---|---|
| **Patient:** | Linda Larocque | | ANCHOR |
| **DOB:** | 2/9/1958  Sex F | 172930 | Physical Therapy |
| **Visit:** | 5/25/2023 | | |
| **Provider:** | Ross Anderson, PT  NPI# 1548626931 | | |

### Clinic Details

**Clinic**
Ross M Anderson, Anchor
Physical Therapy

**Phone #**
2534747479

**Fax #**
2534747470

**Address**
1147 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

### Case Details

**Injury Description**
L Knee (PT)

**Diagnosis Codes**
M25.562

**Referring Physician**
W Fred Thompson, MD

**Date of Plan of Care**
5/25/2023

**Injury Onset Date**
2/5/2023

**Date of Initial Eval**
2/28/2023

### Assessment

**Patient Self-Report**

Linda states she has been to see her chiropractor for the first time. She also had a right knee adjustment and feels she did ok but the force hurt. She indicates the left knee remains irritated but is better since the adjustment. She has had good back and knee attention pain relief, and is now walking, able to stand, walk and do simple activities in the home. She has been doing the HEP exercises and icing the knee daily. She is walking well, comes at all times and will need to stand for 2 to 3 hours at this time.

**Patient Assessment / Diagnosis**

Linda was reassessed today with focus on ROM flexibility and assisted with hip, quad and lower leg recruitment to help assist with muscle activity. She remains highly guarded with moderate degree of joint laxity and stiffness. She is HEP trained for both knee injuries and requires cryotherapy and elevated tissue temp. She remains guarded degree of chronic left quad/hamstring activation and needed manual assist and knee flexion. She works on balance today and is thus advanced from a walker. Her balance/stamina is limited and she appears to be at high risk standing/walking over 3 to 5 minutes. Prior to her recent incident she appeared to be more active, had less issues with balance and was progressing as noted. Since then she has had a set back and we are currently working with elevated edema, pain and resistant strength quad/hamstring recruitment to help with her degree of function and safety.

### Goals

| | 4 weeks | | 7 weeks | |
|---|---|---|---|---|
| Walk up to 45 minutes over uneven surfaces with no deficits | | Walk up to 60 minutes over uneven surfaces with no deficits | | Walk up to 90 minutes over uneven surfaces with no deficits |
| Stand up to 60 minutes while participating with ADLs | | Stand up to 90 minutes while participating with ADLs | | Stand up to 2 hours while participating with ADLs |
| Go up/down 1 flight of steps without deficits using the railing | | Go up/down 1 flight of steps with mild deficits using the railing | | Go up/down 3 flights of steps with minimal deficits using the railing independent with HEP and able to self progress |

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 1 of 2 of Plan of Care

Created by Ross Anderson PT (License #PT00030752)

MC_001339

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

### Plan

Notes on Plan

Plan is to request continued physical therapy for Linda 2x a week for 6-8 and additional weeks. Her rx will consist of HEP progression, updated including biomechanical recruitment training, with emphasis on edema pain control and advancing to more step stand and squat activity tolerance over the next 6-8 weeks. Her rx will include manual rx stretches and modalities as indicated.

2x every week                         Unit: 7/8/2023

### Signatures

Treating Provider Signature

Electronically signed by Ross Anderson PT on 2023/05/15 22 27 PDT (License # PT00001750)

Referring Provider Signature

If you are the referring physician, please select one of the following options before signing and returning the form, then, make sure a re required to fill out the information to the right

☑ I have no revisions to the plan of care.

Revise the plan of care as follows:

I, Alexander A Bonga PD, certify the need for the recommended treatment in this plan of treatment and while under PT care.

Signature of Referring Physician                                      Date                              Time
                                                                                    5 30 23                                              PDT
Alexander A Bonga PD

5/30/23

Electronically signed by HIM SCANNED DOCUMENT at 06/30/23 0644

**Procedures by HIM SCANNED DOCUMENT at 6/30/2023 0651**

| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
|---|---|---|
| Filed: 06/30/23 0653 | Encounter Date: 5/30/2023 | Status: Signed |

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 5/30/2023

Page 2208                                      Printed by 71334 at 8/21/24 10:13 AM

MC_001340

**05/30/2023 - Additional Orders in MultiCare Health Information (continued)**

**Clinical Notes (continued)**

Editor: HIM SCANNED DOCUMENT (Interface Resource)
Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [711153402] ordered by Interface, Onbase Scans at 05/30/23 0651

MC_001341

**05/30/2023 - Additional Orders in MultiCare Health Information (continued)**

**Clinical Notes (continued)**

Scan on 6/30/2023 0651 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

| 5/25/2023 22:29:35 PDT | To 12537612451 | Page: 4/7 | From 2534747479 | Fax 2534747479 |

# Progress Note

172930

**ANCHOR**
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 5/25/2023  Visit # 26
**Provider:** Ross Anderson, PT   NPI # 1588626051

## Clinic Details

**Clinic**
Ross M Anderson, Anchor
Physical Therapy

**Address**
1107 East 72nd Street
Ste A-101
Tacoma, WA 984 4-5000

**Phone #**
2534747474

**Fax #**
2534747479

## Case Details

**Injury Description**
L Knee (Pt)

**Injury Onset Date**
2/1/2021

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson, MD

## Subjective Analysis

**Patient Self-Report**

Linda states she has gone to see her chiropractor for the first time. She also had a slight knee adjustment and feels she did ok, but did know so. She indicates the left knee remains irritated, but is better since the adjustment. She has had poor sleep and experiences pain daily which is affecting her ability to stand/walk and do simple activities in the home. She has been doing the HEP stretches and icing 1 x's week daily. She is using a cane at all times and will need to stop after 2-3 minutes at the time.

## FLR Survey Results

| | |
|---|---|
| Lower Extremity Functional Scale | 11.0 |

## Objective Analysis

### Flow Sheet Exercises

| Name | | Date | Sets | Reps | | | Notes |
|---|---|---|---|---|---|---|---|
| Supine Hip Abduction Dependent | 5/112 | 3 | 10 | Grade 4 | Yes | Therapist assisted w/ Hip Abduction/adductors when engaging in activity |
| Hip Bridge | 5/110 | 3 | 10 | 4 | Not today | |
| Supine Heel Slides | 5/110 | 3 | 10 | 4 | Yes | Provider assisted |
| Heel Raises | 5/110 | 2 | 10 | Grade 5 | Not today | |

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 1 of 4 of Progress Note
Treated by Ross Anderson, PT (License #PT00007521)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2210

Printed by 71334 at 8/21/24 10:13 AM

MC_001342

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

### Clinical Notes (continued)

| 5/25/2023 22:29:35 PDT | To 12537612451 | Page 5/7 | From 2534747479 | Fax 2534747479 |

| | | | | | |
|---|---|---|---|---|---|
| Lateral Step Over with Cones | 97110 5 | 5 | | Not today | |
| Recumbent Bike | 97110 | | 5 | Not today | half revs |
| Patient Education | 97110 | | 3 | Yes | Gives direction on her current recruitment. Discusses strategies to self-progress w/ the HEP and directed to participate more, but monitor for safety and not over-doing it |
| Ankle Pumps (Ankle Dorsiflexion Plantarflexion AROM) | 97110 3 | 10 | 5 | Not today | |
| IFC | GO283 | | 10 | Yes | Patient consented to electrode placement palpation and intensity settings during treatment |
| Quad Set | 97112 3 | 10 | 5 sec 5 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues |
| Seated Ball Squeeze | 97110 3 | 10 | 5 sec 5 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 3 | 10 | 5 | Not today | |
| Reverse Step Over with Cones | 97112 3 | 10 | | Not today | |
| Straight Leg Raise (SLR) | 97112 1 | 10 | 3 sec 4 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress in the left knee soft tissues |

### Manual Therapy Techniques   1 Units   15 Minutes

- Performed Soft Tissue Mobilization (STM) on the knee

    Additional Comments: Patient consented to palpation and manual therapy.

### General Objective Analysis

Treatment as per flowsheet, included discussion on her symptoms. Provides notes and strategies to self-progress
Therex: Purpose to progress w/ knee PROM/AAROM and hip/quad strength
Therapy: HELD
Manual therapy: Purpose: assist with PROM, scar/patellar ability and reduce swelling
Neuro re-ed: HELD
Modalities: Ended with 10% IFC to help reduce symptoms

PROM - 5/25/23: 0 to 115 degrees. Elevated left knee temp

### Inspection

None Reported

### Range of Motion Measurements

| | | | | | | |
|---|---|---|---|---|---|---|
| 0.0 deg | Active ROM | 0.0 deg | 90.0 deg | Active ROM | 120.0 deg |
| 0.0 deg | Passive ROM | 0.0 deg | 110.0 deg | Passive ROM | 135.0 deg |

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 2 of 4 of Progress Note

Treated by Russ Anderson PT (License #PT0223-752)

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 5/30/2023

Page 2211                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001343

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

### Strength Measurements

| | | |
|---|---|---|
| Hip Flexion | 3-/5 | 5-/5 |
| Knee Flexion | 3-/5 | |
| Knee Extension | 2+/5 | |

## Assessment

**Patient Assessment / Diagnosis**

Linda was re-assessed today. A focus on ROM flexibility and assisted w/ hip quad and hamstring active recruitment to help assist w/ muscle activity. She remains highly guarded w/ mild to moderate leg and off left knee joint effusion. She is TTP and c/o soreness lateral joint line w/ noted edema and elevated tissue temp. She has significant degree of pain in shee quad hamstring activation w/ needed manual assist w/ knee flexion. She walks w/ a cane today which has advanced from a walker. Her degree of balance/stamina is limited and she appears to be a fall risk if standing/walking over 3-5 minutes. Prior to her recent incident she appeared to be more active than less issues w/ balance and was progressing as anticipated. She has had a setback but we are currently addressing her elevated edema, pain and re-establishing her quad hamstring control to help w/ her degree of function and safety.

## Goals

| | | | | | |
|---|---|---|---|---|---|
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes w/ participating with cardio/ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes w/ participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours w/ participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing. Independent with HEP and able to self progress. | 8 weeks | Walk up to 60 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours w/ participating with ADLs. Go up/down 2 flight of steps w/ mild deficits using the railing. Independent with HEP and able to self progress. |

## Plan

**Notes on Plan**

Plan is to request continued physical therapy for Linda 2x's/week for 6-8 additional weeks. Her rx will consist of HEP progression, assisted quad and glute hamstring recruitment training w/ emphasis on edema pain control and advancing to more step, stand and squat activity tolerance over the next 3-4 weeks. Her rx will include manual/stretches and modalities as indicated.

| | |
|---|---|
| 2x every week | until 7/6/2023 |

Patient: Linda Larocque (DOB 2/9/1958)
DOS 5/25/2023
Page 3 of 4 of Progress Note

Treated by Ross Anderson PT (License #PT00752)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001344

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Clinical Notes (continued)**

| 5/25/2023 22:29:35 PDT | To 12537612451 | Page 7/7 | From 2534747479 | Fax 2534747479 |
|---|---|---|---|---|

172930

| | MINUTES | |
|---|---|---|
| 97112 | 2.000 | 25 |
| G0283 | 1.000 | 10 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 50 |

## Signatures

### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-05-25 22:27 PDT License # PT0000752*

### Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If our revisions are required, fill out in the blank space to the right.*

✓ I have no revisions to the plan of care.

Revise the plan of care as follows

I, W. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Physician _____

W. Fred Thompson, MD

Date  5.30.23.

Time _____ PDT

5/30/23

Electronically signed by HIM SCANNED DOCUMENT at 06/30/23 0653

**Medication List**

**Medication List**

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2213

Printed by 71334 at 8/21/24 10:13 AM

MC_001345

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

### Medication List (continued)

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2214

Printed by 71334 at 8/21/24 10:13 AM

MC_001346

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |
| Instructions: Take 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 5/16/2023 |
| Start date: 5/16/2023 | End date: 8/10/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 7/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2023 |
| Start date: 6/5/2023 | End date: 7/3/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 9/14/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/16/2023 |
| Start date: 6/16/2023 | End date: 9/14/2023 |
| Quantity: 90 Tablet | Refill: 1 refill by 6/15/2024 |

### aspirin 81 MG Chew Tab

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2215        Printed by 71334 at 8/21/24 10:13 AM

MC_001347

## 05/30/2023 - Additional Orders in MultiCare Health Information (continued)

**Medication List (continued)**

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Tablets by mouth every 4 hours as needed.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 42 Tablet

Discontinued on: 9/11/2023

Ordered on: 6/27/2023
End date: 9/11/2023
Refill: No refills remaining

**Stopped in Visit**

None

## Results                                                                  (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Other Orders - Procedures**

**Referral**

**REFERRAL TO PHYSICAL THERAPY [7111153398] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 05/30/23 0634**                    Status: **Completed**
Ordering user: Interface, Onbase Scans 05/30/23 0634          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -                                                               Quantity: 1
Lab status: Final result
    Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299       Visit date: 5/30/2023

Page 2216                                        Printed by 71334 at 8/21/24 10:13 AM

MC_001348

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958   Sex: F
**Visit:** 5/10/2023
**Provider:** Ross Anderson, PT

**ANCHOR**
Physical Therapy

### Clinic Details

**Clinic**
Ross M Anderson Anchor
Physical Therapy

**Address**
6030 Main St SW
Suite D
Lakewood WA 98499-6505

**Phone #**
2534747479

**Fax #**
2534747479

### Case Details

**Injury Description**

**Date of Plan of Care**

**Diagnosis Codes**

**Injury Onset Date**

**Referring Physician**

**Date of Initial Eval**

## Assessment

**Patient Self-Report**

Linda states that in 2019 she went into a store and was shopping and was pushing a shopping cart and suddenly stepped in the doorway. [illegible] said the shopping cart locked up and the cart [illegible] [illegible] for that. She [illegible] the store staff and was frustrated with the cart [illegible] the beverage and [illegible] her left knee in the cart and she is in pain. She did go to see Dr. A. Barnes. On 5/3/2023 [illegible] and was assessed and Dr. Barnes records also [illegible] the knee and she was sent here to return back to PT to address her left knee. She indicates she feels pain constantly and she is a needling pain, and is now having to use her cane and is limited with standing, walking and feels her knee is a sign that it was [illegible] her recent [illegible].

**Patient Assessment / Diagnosis**

Linda returned back to physical therapy today, after injury [illegible] injury while exiting Fred Meyer and [illegible] stepped where she [illegible] forward and she [illegible] her left knee. [illegible] she was assessed [illegible] and she [illegible] [illegible] following AROM [illegible] and diminished [illegible] of strength from her [illegible] [illegible] month ago. She had added TTP along her patellofemoral region [illegible] instability and [illegible] [illegible] [illegible] activities. She appears to [illegible] [illegible] knee strain following the incident which results in reduced AROM and elevated functional capacity of walking, standing and navigating over objects, she is currently back to using her cane and was advised to use her cane daily to help until her potential for CRSA [illegible] [illegible] [illegible] good prognosis and [illegible] benefit with physical therapy to address her elevated [illegible] injuries [illegible] pain and soft tissue symptoms.

## Goals

| | | | |
|---|---|---|---|
| Walk up to 45 minutes over uneven surfaces w/ no deficits | 4 weeks | Walk up to 90 minutes over uneven surfaces w/ no deficits | 8 weeks |
| Stand up to 60 minutes while participating with ADLs | | Stand up to 2 hours while participating with ADLs | |
| Go up and [illegible] flight of steps with no deficits using the railing | | Go up and down 2 flights of steps with no deficit to use up the railing | |
| | | Independent with HEP and able to self progress | |

Patient Linda Larocque (DOB 2/9/1958)
DOS 5/10/2023
Page 1 of 2 of Plan of Care

Treated by Ross Anderson, PT (License # [illegible])

MC_001349

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

5/16/2023 23:48:49 PDT    To: 12537612451    Page 3/3    From 2534747479    Fax 2534747479

### Plan

Notes on Plan

Plan is to have her return to PT 1-2x's/week for 4-6 additional weeks. Her therapy will consist of HEP progression, review, update and advance, ROM, flexibility and address her lower functional capacity to address her strength and dynamic stability balance. HEP will include manual rx, patellar mobs and modalities as indicated.

[illegible]

2x's a week    until 6/21/2023

### Signatures

Treating Provider Signature

Electronically signed by Ross Anderson, PT on 5/16/2023 10:53 PDT [ license # PT60010712 ]

Referring Provider Signature

If you are the referring physician, please select one of the following options before signing and returning the form. If no revisions are required, fill out the blank space to the right.

☑ I have no revisions to the plan of care

☐ Revise the plan of care as follows:

I, Fred Thompson, MD certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Physician    Date    Time

5.30.23

By: Fred Thompson, MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/10/2023
Page 2 of 2 of Plan of Care

Treated by: Ross Anderson, PT (License #PT60010752)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-135596190 | — | — | 05/30/23 0634 |

**REFERRAL TO PHYSICAL THERAPY [711153398]**    Resulted: 05/30/23 0634, Result status: Final result

Order status: Completed    Filed by: Interface, Onbase Scans 06/30/23 0644

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2218    Printed by 71334 at 8/21/24 10:13 AM

MC_001350

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Collected by: 05/30/23 0634

### Transcription

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| Scanned Documents - Order, No encounter | ONB135596190 | 6/30/2023 6:34 AM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 06/30/23 at 0644

**REFERRAL TO PHYSICAL THERAPY [711153399] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 05/30/23 0634**                    Status: **Completed**
Ordering user: Interface, Onbase Scans 05/30/23 0634          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -                                               Quantity: 1
Lab status: Final result
  Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 5/30/2023
Page 2219                                   Printed by 71334 at 8/21/24 10:13 AM

MC_001351

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

5/23/2023 23:22:01 PDT          To 12537612451          Page 2/3          From 2534333134          Fax 2534333134

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958   Sex F
**Visit:** 5/4/2023
**Provider:** Alex Benoit, PTA   NPI #



ANCHOR
Physical Therapy

### Clinic Details

| Clinic | Address |
|---|---|
| Russ M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5406 |

**Phone #**
2534742424

**Fax #**
2534742424

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| M25.552 Pain in left knee | 5/4/2023 |

| Diagnosis Codes | Injury Onset Date |
|---|---|
| M25.552 | 2/8/2023 |

| Referring Physician | Date of Initial Eval |
|---|---|
| W Phil Thompson, MD | 2/23/2023 |

## Assessment

**Patient Self-Report**

Linda reports that she is tired today from running some errands this morning. She states that her knee is doing well and can feel like she is stronger. She still has complaint of pain with lateral movements and doing stairs. Patient reports that her exercises...

**Patient Assessment / Diagnosis**

Linda presented today with continued mild persistent left knee symptoms. Today was her last visit. We focused on patient education regarding her HEP and different strategies to push through the day to day pain. She reports inflammation in her knee, also has minor limitations in regards to but knee ROM limitations and minor loss of hip strength. She still has some degree of weakness in quad and is home with her ability to sit stand perform stairs and other pain. Patients are well educated in her HEP and maintaining functional motion.

## Goals

No short term goals reported

No Long term goals reported

## Plan

**Notes on Plan**

Frank DC

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/4/2023
Page 1 of 2 of Plan of Care

Treated by Alex Benoit, PTA (License # PT60546776)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Page 2220                                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001352

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

5/23/2023 23 22 01 PDT     To 12537612451     Page 3.3     From 2534333134     Fax 2534333134

### Signatures

Treating Provider Signature

*[signature details illegible]*

Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out the blank space to the right.*

  ✓ *I have no revisions to the plan of care.*

     *Revise the plan of care as follows:*

*I, Fred Thompson, M.D., certify the need for these services furnished under the plan of treatment and you are under Alex Benoit, PTA's care.*

Signature of Referring Physician        Date        Time

                        5.30.23.               PDT

J. Fred Thompson, MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/4/2023
Page 2 of 2 of Plan of Care     Treated by Alex Benoit, PTA (License #P160596779)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-135596192 | — | — | 05/30/23 0634 |

**REFERRAL TO PHYSICAL THERAPY [711153399]**     Resulted: 05/30/23 0634, Result status: Final result

Order status: Completed     Filed by: Interface, Onbase Scans 06/30/23 0644

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 5/30/2023

Page 2221        Printed by 71334 at 8/21/24 10:13 AM

MC_001353

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Collected by: 05/30/23 0634

### Transcription

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| Scanned Documents - Order, No encounter | ONB135596192 | 6/30/2023 6:34 AM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 06/30/23 at 0644

### REFERRAL TO PHYSICAL THERAPY [711153400] (Final result)

| | |
|---|---|
| Electronically signed by: **Interface, Onbase Scans on 05/30/23 0634** | Status: **Completed** |

Ordering user: Interface, Onbase Scans 05/30/23 0634      Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -      Quantity: 1
Lab status: Final result
    Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2222                           Printed by 71334 at 8/21/24 10:13 AM

MC_001354

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

5/23/2023 23:12:40 PDT          To 12537612451          Page 2/3          From 2534747479          Fax 2534747479

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958   Sex F
**Visit:** 5/2/2023
**Provider:** Alex Benoit, PTA



ANCHOR
Physical Therapy

### Clinic Details

| Clinic | Address |
|---|---|
| Anderson Island Physical Therapy | 1807 East 72nd Street Ste A-100 Tacoma, WA 98404-5900 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| MVA 5/2, Pain in left knee | 5/2/2023 |
| **Diagnosis Codes** | **Injury Onset Date** |
| M25.562 | 2/4/2023 |
| **Referring Physician** | **Date of Initial Eval** |
| Wilfred Thompson, MD | 2/28/2023 |

## Assessment

**Patient Self-Report**

Linda reports that the left of her knee is bothering her and it hurts at rest and when she is doing things. Patient reports that she is stronger now and is having an easier time getting up stairs and walking long distances. She is still using the cane and having trouble straightening. Continues to have weakness in the knee and her balance is not great. She has been having some issues with her R knee but will discuss this with her doctor next week.

**Patient Assessment / Diagnosis**

Linda continues in therapy slowly but continues to show improvement in her knee ROM and strength. She still exhibits some noticeable trunk compensations in stepping activities but comes with some more push offs, noted proximal hip weakness on right side. Is making continued progress and functional functional activities like UB sit up and out of bed, demonstrates some improved balance deficits. Linda will continue to benefit from therapy to build strength and balance and continue to improve and return to prior level of function.

## Goals

[goals illegible]

No short term goals noted.

[goals illegible]

No long term goals noted.

## Plan

**Notes on Plan**

Plan to continue addressing ADL, stepping activities and increasing balance and proprioception.

Patient Linda Larocque (DOB: 2/9/1958)
DOS: 5/2/2023
Page 1 of 2 of Plan of care

Treated by Alex Benoit, PTA (License # PTA 60847770)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023
Printed by 71334 at 8/21/24 10:13 AM

MC_001355

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

### Signatures

**Treating Provider Signature**

Ordered by Alex Bennet, PTA on 2023-05-02 12:44 PDT License # PR6-948272
Electronically co-signed by Ross Anderson, PT on 23-05-02 21:17 PDT License # PT00011730

**Referring Provider Signature**

If you are the referring physician, please select one of the following options before signing and returning the form. If so, re-insert the required info in the blank space to the right.

☐ I have no revisions to the plan of care

☐ Revise the plan of care as follows

I, Dr. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Alex Bennet, PTA's care.

Signature of Referring Physician

Dr Fred Thompson MD

Date: 5.30.23     Time: _____ PDT

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/2/2023
Page 2 of 2 of Plan of Care
Treated by Alex Bennet, PTA (License #PR6948272)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-135596194 | — | — | 05/30/23 0634 |

**REFERRAL TO PHYSICAL THERAPY [711153400]**     Resulted: 05/30/23 0634, Result status: Final result

Order status: Completed     Filed by: Interface, Onbase Scans 06/30/23 0644

Page 2224

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023
Printed by 71334 at 8/21/24 10:13 AM

MC_001356

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Collected by: 05/30/23 0634

### Transcription

| Type | ID | Date and Time | Dictating Provider |
|------|-----|--------------|-------------------|
| Scanned Documents - Order, No encounter | ONB135596194 | 6/30/2023 6:34 AM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 06/30/23 at 0644

**REFERRAL TO PHYSICAL THERAPY [711153401] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 05/30/23 0634**                    Status: **Completed**
Ordering user: Interface, Onbase Scans 05/30/23 0634          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -                                              Quantity: 1
Lab status: Final result
   Scan on 6/30/2023 0634 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2225                                      Printed by 71334 at 8/21/24 10:13 AM

MC_001357

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

5/25/2023 22:29:35 PDT    To 12537612451    Page 2/7    From 2534747479    Fax 2534747479

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958   Sex: F
**Visit:** 5/25/2023
**Provider:** Ross Anderson, PT



ANCHOR
Physical Therapy

### Clinic Details

**Clinic**
Ross V Anderson, Anchor
Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1417 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

### Case Details

**Injury Description**
L Knee (PT)

**Diagnosis Codes**
M25.562

**Referring Physician**
Wilfred Thompson, MD

**Date of Plan of Care**
5/25/2023

**Injury Onset Date**
2/6/2023

**Date of Initial Eval**
2/20/2023

### Assessment

**Patient Self-Report**

Linda states she has been to see her chiropractor for the first time. She also had a slight knee adjustment and feels she did ok but she feels sore. She indicates the left knee remains irritated but is stiffer since the adjustment. She has had previous pain in her shoulder previously which is affecting her ability to stand and do a single activity in the home. She has been doing the HEP stretches and icing the knee daily. She is walking with a cane at times and will need to schedule 2-3 more days of this care.

**Patient Assessment / Diagnosis**

Linda was reassessed today with some improved ROM flexibility and assisted with input quad and lower leg improvements today to help assist to increase activity. She remains highly guarded with mild/moderate degree of left knee restrictions. She is LHP with mild to moderate pain with a longer extend time elevated for standing. She continues with a degree of diminished quad hamstrings activation with mild to minimal assist standing flexion. She was able to stand today with this leg assisted from a sitted position. Her progress is balance/standing is limited and she appears to be at fall risk standing/walking over 3-5 minutes. Prior to her recent incident she appeared to be more active with less issues in balance and was progressing as anticipated. She has had a setback and we are currently addressing her elevated edema, pain and to restart strengthening quad/ham motor control to help with her degree of function and safety.

### Goals

| | | | | |
|---|---|---|---|---|
| Walk up to 45 minutes over uneven surfaces with mild deficits | 4 weeks | Walk up to 30 minutes over uneven surfaces with no deficits | Walk up to 90 minutes over uneven surfaces with mild deficits | 8 weeks | Walk up to 60 minutes over uneven surfaces with no deficits |
| Stand up to 60 minutes with participating with ADLs | | Stand up to 30 minutes while participating with ADLs | Stand up to 2 hours while participating with ADLs | | Stand up to 2 hours while participating with ADLs |
| Go up/down 1 flight of steps with mild deficits using the railing | | Go up/down 1 flight of steps with mild deficits using the railing | Go up/down 3 flights of stairs with mild deficits using the railing | | Go up/down 2 flights of steps with mild deficits using the railing |
| | | | Independent with HEP and ADLs with footedness | | consistent with independent with self-activity |

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 1 of 2 of Plan of Care

Created by: Ross Anderson PT (License #0124ES752)

---

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 5/30/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001358

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

5/26/2023 20:29:35 PDT     To: 12537612451     Page: 3/7     From: 2534747479     Fax: 2534747479

#### Plan

Notes on Plan

Plan is to request continued physical therapy for Linda
2x's week for 6-8 additional weeks. Her tx will add visit of
HEP progression, advancing, gluquad, ub manage, re
recruitment training w. emphasis on edema pain, decom
and advancing to more step stand and squat activity
tolerance over the next 4-6 weeks. Her rx will include
manual intervention and modalities as indicated.

(2x every week)              unt: 7/6/2023

#### Signatures

Treating Provider Signature

Electronically signed by Ross Anderson PT on 05/26/23 20:27 PDT License # PT00000752

Referring Provider Signature

If you are the referring physician, please select one of the following options before signing and returning the form. If either box is checked, sign. Fill out the blank space at the right.

☑ I have no revisions to the plan of care.

☐ Revise the plan of care as follows:

I, Alexandra S Bondar, MD, certify the need for these services reflected in this plan of treatment, and while under Ross Anderson PT's care.

Signature of Referring Physician

Date: 5 30 23     Time: _____ PDT

Alexandra S Bondar MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/26/23
Page 2 of 2 of Plan of care

Treated by Ross Anderson PT (License #PT00000752)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-135596196 | — | — | 05/30/23 0634 |

**REFERRAL TO PHYSICAL THERAPY [711153401]**     Resulted: 05/30/23 0634, Result status: Final result

Order status: Completed     Filed by: Interface, Onbase Scans 06/30/23 0644

MC_001359

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Collected by: 05/30/23 0634

#### Transcription

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| Scanned Documents - Order, No encounter | ONB135596196 | 6/30/2023 6:34 AM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 06/30/23 at 0644

### REFERRAL TO PHYSICAL THERAPY [711153402] (Final result)

| | |
|---|---|
| Electronically signed by: **Interface, Onbase Scans on 05/30/23 0651** | Status: **Completed** |

Ordering user: Interface, Onbase Scans 05/30/23 0651      Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -       Quantity: 1
Lab status: Final result
    Scan on 6/30/2023 0651 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Page 2228      Printed by 71334 at 8/21/24 10:13 AM

MC_001360

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

5/25/2023 22:29:35 PDT     To 12537612451     Page 4/7     From 2534747479     Fax 2534747479

# Progress Note

172930

**ANCHOR**
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 5/25/2023
**Provider:** Ross Anderson, PT   NPI # 1788026053

### Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-101 Tacoma WA 98404-5906 |

**Phone #**
2534747474

**Fax #**
2534747479

### Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2023 |

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson, MD

## Subjective Analysis

**Patient Self-Report**

Linda states she has been to see her chiropractor for the first time. She also had a slight knee adjustment and feels she did not did move it. She indicates the left knee remains rotated, but is better since the adjustment. She has left knee pain and experiences pain mostly when it is affecting her ability to stand, walk and do simple activities in the home. She has been doing the HEP stretches and using the knee daily. She is walking on a cane at all times and will need to stop after 20 minutes of this item.

## FLR Survey Results

| | |
|---|---|
| Lower Extremity Functional Scale | 11.0 |

## Objective Analysis

### Flow Sheet Exercises

| Exercise | Code | Sets | Reps | Hold | Resistance | Assist? | Notes |
|---|---|---|---|---|---|---|---|
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | 5 sec | 4 | Yes | Therapist assistance with hip stabilization when engaging w sets |
| Hip Bridge | 97110 | 3 | 10 | | 4 | Not today | |
| Supine Heel Slides | 97110 | 3 | 10 | | 3 | Yes | Provider assisted |
| Heel Raises | 97110 | 3 | 10 | 3 sec | 3 | Not today | |

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 1 of 4 of Progress Note

Treated by Ross Anderson, PT (License #PT60567521)

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023
Printed by 71334 at 8/21/24 10:13 AM

MC_001361

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | | | | | |
|---|---|---|---|---|---|
| Lateral Step Over with Cones | 97112 3 | 5 | | Not today | |
| Recumbent Bike | 97110 | | 5 | Not today | half revs |
| Patient Education | 97112 | | 3 | Yes | Cues direction on movement, recruitment. Discussed strategies to self progress w/ the HEP and directed to participate more, but monitor for safety and not over do-ing |
| Ankle Pumps (Ankle Dorsiflexion Plantarflexion AROM) | 97110 3 | 10 | 3 | Not today | |
| IFC | 97203 | | 10 | Yes | Patient counseled to electrode placement, palpation and intensity settings during treatment |
| Quad Set | 97112 3 | 10 | 5 sec 5 | Yes | Provider assisted w/ manual/verbal cues to engage hip quad soft tissues. |
| Seated Ball Squeeze | 97110 3 | 10 | 5 sec 3 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 3 | 10 | 3 | Not today | |
| Forward Step Over with Cones | 97112 3 | 10 | | Not today | |
| Straight Leg Raise (SLR) | 97112 1 | 10 | 3 sec 4 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress in the left knee soft tissues |

### Manual Therapy Techniques   1 Units   15 Minutes

• Performed Soft Tissue Mobilization (STM) on the knee

   Additional Comments: Patient consented to palpation and manual therapy.

### General Objective Analysis

Treatment as per flowsheet: included discussion on her symptoms. Plus updates and strategies to self progress
Therex: Purpose in progress w/ knee PROM/AAROM and hip/quad strength
Thera Ex HELD
Manual Therapy: Purpose assist w/ PROM scar patellar ability and reduce swelling
Neuro re-ed HELD
Modalities: Ended with 8% IFC to help reduce symptoms

PROM -A 29-233 0 to 115 degrees. Executed left knee temp

### Inspection

None Reported

### Range of Motion Measurements

| | | | | | |
|---|---|---|---|---|---|
| 0.0 deg | Active ROM | 2.0 deg | 90.0 deg | Active ROM | 135.0 deg |
| 0.0 deg | Passive ROM | 0.0 deg | 110.0 deg | Passive ROM | 135.0 deg |

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299       Visit date: 5/30/2023

Page 2230                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001362

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

5/25/2023 22:29:35 PDT    To 1253761245*    Page 6/7    From 2534747479    Fax 2534747478

### Strength Measurements

| | | |
|---|---|---|
| Hip Flexion | 3/-5 | R - 5 |
| Knee Flexion | 0-/5 | |
| Knee Extension | 0^/5 | |

## Assessment

### Patient Assessment / Diagnosis

Linda was re-assessed today. A focus on ROM flexibility and assisted w hip quad and lowering active recruitment to decrease stiff muscle activity. She remains highly guarded w intermediate leg extension pre or post effusion. She is TTP along lateral joint line w noted edema and elevated tissue temp. She has significant degree of dim h shed quad hamstring activation w needed manual assist w knee flexion. She walks w a cane today which has advanced from a walker. Her degree of balance/stamina is limited and she appears to be a fall risk if standing/walking over 3-5 minutes. Prior to home visit incident she appeared to be more active than less issues w balance and was progressing as anticipated. She has had a setback and we are currently addressing her elevated edema, pain and re-establishing h quad hamstring control. We plan her to meet all our goals and safety.

## Goals

| | | | | | | |
|---|---|---|---|---|---|---|
| Walk up to 45 minutes over uneven surfaces w no deficits. Stand up to 60 minutes while participating with ADLs. Go up down 1 flight of steps w mild deficits using the railing. | 4 weeks | Walk up to 20 minutes over uneven surfaces w no deficits. Stand up to 30 minutes while participating with ADLs. Go up down 1 flight of steps w mild deficits using the railing. | Walk up to 90 minutes over uneven surfaces w no deficits. Stand up to 2 hours while participating with ADLs. Go up down 3 flight of steps w mild deficits using the railing. Independent with HEP and able to self progress | 8 weeks | | Walk up to 60 minutes over uneven surfaces w no deficits. Stand up to 2 hours while participating with ADLs. Go up down 2 flight of steps w mild deficits using the railing. Independent with HEP and able to self progress |

## Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's week for 6-8 additional weeks. Her rx will consist of HEP progression, balance and quad hamstring recruitment training w emphasis on edema pain control and advancing to more step stand and squat activity tolerance over the next 6-8 weeks. Her rx will include manual stretches and modalities as indicated.

| | |
|---|---|
| 2x every week | until 7/6/2023 |

Patient Linda Larocque (DOB 2/9/1958)
DOS 5/25/2023
Page 3 of 4 of Progress Note

Treated by Russ Anderson PT (License #PT0000752)

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 5/30/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001363

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| 5/25/2023 22:29:35 PDT | To 12537612451 | Page 7/7 | From 2534747479 | Fax 2534747479 |
|---|---|---|---|---|

*172930*

| | Units | Minutes |
|---|---|---|
| 97110 | 2.000 | 25 |
| G0283 | 1.000 | 10 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 50 |

### Signatures

Treating Provider Signature

Electronically signed by Ross Anderson PT on 2023-05-25 22:27 PDT License # PT0000752

Referring Provider Signature

If you are the referring physician, please select one of the following options before signing, and return this form if any revisions are required, fill out in the blank space to the right.

☑ I have no revisions to the plan of care.

☐ Revise the plan of care as follows

I, W. Fred Thompson MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson PT's care.

Signature of Referring Physician

Date _5.30.23._

Time _____ PDT

W Fred Thompson MD

5/30/23

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 5/25/2023
Page 4 of 4 of Progress Note

Treated by Ross Anderson PT (License: PT0000752)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-135596560 | — | — | 05/30/23 0651 |

**REFERRAL TO PHYSICAL THERAPY [711153402]**     Resulted: 05/30/23 0651, Result status: Final result

Order status: Completed     Filed by: Interface, Onbase Scans 06/30/23 0653

MULTICARE CALL CENTER
419 SOUTH L STREET
TACOMA WA 98415-0299

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2023

Printed by 71334 at 8/21/24 10:13 AM

MC_001364

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Collected by: 05/30/23 0651

### Transcription

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Scanned Documents - Order, No encounter | ONB135596560 | 6/30/2023 6:51 AM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 06/30/23 at 0653

### Patient Instructions

None

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299   Visit date: 5/30/2023

Page 2233                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001365

Larocque, Linda J
MRN: 172930

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 293632440

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/16/2023 | | | No service for | |

**Admitting Physician:**                     **Chief Complaint:** Surgery Followup
                                             **Adm Dx:**

                                             Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | **Employer:** | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Spouse | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 59613 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 6/11/1959 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | MEDICARE A & B | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | |
| Subscriber DOB: | | Ins ID#: | 7N57WR6HA34 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2234                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001366

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Surgery Followup (Left knee )

#### Visit Diagnosis

- **Left knee pain, unspecified chronicity (primary) [M25.562]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions

- Return in about 2 weeks (around 5/30/2023).

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN** |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/16/2023 10:30 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Nursing Note by Kevin D Swasey, MA at 5/16/2023 1030

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: --- | Author Type: Medical Assistant |
| Filed: 05/16/23 1032 | Encounter Date: 5/16/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/16/2023

MC_001367

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

## Chief Complaint
Patient presents with

- Surgery Followup
  *Left knee*


Additional Details: Linda J Larocque is a 65 year old female here for left knee(s) surgery follow up, date of surgery 2/8/2023. Patient states that the left knee(s) is not getting better since the date of last injury 5.6.2023 shopping cart injury

## Vitals:

|  | 05/16/23 1028 |
|---|---|
| BP: | 125/75 |
| Pulse: | 80 |
| Resp: | 12 |
| Temp: | 98 °F (36.7 °C) |
| TempSrc: | Temporal |
| Weight: | 253 lb (114.8 kg) |
| Height: | 5' 6" (1.676 m) |


Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA


Electronically signed by Kevin D Swasey, MA at 05/16/23 1032


**Progress Notes by Alexandria Bones, PA-C at 5/16/2023 1030**

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 06/01/23 0900 | Encounter Date: 5/16/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |


## FOLLOW UP


5/16/2023


Linda is seen today in follow up for increased left knee pain following and incident she suffered at a supermarket on 5-6-2023, when a Shopping cart which had anti theft automatic lock suddenly and abruptly stop striking her knee. Patient states that she is still experiencing increased pain to her knee. She states that this has become radiating pain

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                  Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2236                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001368

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Clinical Notes (continued)

that shoots down her leg into her shin and also into her left hip.Patient states she also has noticed some popping noises to her knee as well. Patient states that she has gone significantly backwards and was unable to complete her therapy session because of increased pain. Patient has to use her cane at all times. Patient has been icing and attempting to use OTC remedies to include Tylenol but admits this give little relief. She has also used some Vicodin with little relief.
Patient has resumed supervised physical therapy but her therapist Ross has had to do only minimal modalities.

PHYSICAL EXAM:

BP 125/75 | Pulse 80 | Temp (Src) 98 (Temporal) | Resp 12 | Ht 5' 6"[historical[ (1.676 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

Antalgic gait favoring left side
Left knee demonstrates nicely healed surgical incision. Moderate STS most notable at lateral aspect of knee. Trace effusion. Limited ROM secondary to pain.

Impression: S/P Left total knee replacement with recent contusion injury

Plan: I have encouraged patient to continue efforts with supervised physical therapy. Continue ice, rest and elevation with use of ambulatory aid for support and balance. I will have patient follow up in 2 weeks.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 06/01/23 0900

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Melatonin 5 MG Caps**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN   Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2237      Printed by 71334 at 8/21/24 10:13 AM

MC_001369

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Quantity: 100 Cap

#### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

#### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/16/2023

Page 2238

Printed by 71334 at 8/21/24 10:13 AM

MC_001370

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/4/2022
Quantity: 90 Tablet

Ordered on: 10/4/2022
End date: 6/16/2023
Refill: 2 refills by 10/4/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/24/2023
Quantity: 180 Capsule

Discontinued on: 7/11/2023

Ordered on: 1/24/2023
End date: 7/10/2023
Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 21 Tablet

Discontinued on: 6/27/2023

Ordered on: 2/9/2023
End date: 6/27/2023
Refill: 1 refill by 2/9/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### meloxicam (MOBIC) 7.5 MG Tab

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 6/27/2023

Ordered on: 2/9/2023
End date: 6/27/2023
Refill: No refills remaining

### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Alexandria Bones, PA-C
Instructions: Take 1 Tablet by mouth every 4 hours as needed for pain.
Authorized by: Shane Turner, PA-C
Start date: 2/10/2023
Quantity: 42 Each

Discontinued on: 6/1/2023

Ordered on: 2/10/2023
End date: 6/1/2023
Refill: No refills remaining

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Apply 1 Application externally twice daily. To rash for 14 days
Authorized by: Rachel D Dawson, MD
Start date: 3/8/2023
Quantity: 45 g

Discontinued on: 6/23/2023

Ordered on: 3/8/2023
End date: 6/23/2023
Refill: No refills remaining

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2239

Printed by 71334 at 8/21/24 10:13 AM

MC_001371

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### VICTOZA 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Nishy K Hayre, RPh | Discontinued on: 6/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/9/2023 |
| Start date: 3/9/2023 | End date: 6/4/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### diclofenac (VOLTAREN) 50 MG Tab EC

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 8/10/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/16/2023

Page 2240

Printed by 71334 at 8/21/24 10:13 AM

MC_001372

## 05/16/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 5/16/2023
Quantity: 60 Tablet

Ordered on: 5/16/2023
End date: 8/10/2023
Refill: No refills remaining

#### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Alexandria Bones, PA-C
Discontinued on: 6/1/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol
Authorized by: Alexandria Bones, PA-C
Start date: 5/16/2023
Quantity: 20 Tablet

Ordered on: 5/16/2023
End date: 6/1/2023
Refill: No refills remaining

### Stopped in Visit

None

## Results                                                                (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Flowsheets

#### Custom Formula Data

| Row Name | 05/16/23 1028 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -KS | | | | |
| Adjusted Body Weight | 179.64 lbs -KS | | | | |
| % Over/Under Ideal Body Weight | 93.53 -KS | | | | |
| Predicted Body Weight | 59.3 -KS | | | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2241                                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001373

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Length (cm) | 167.6 cm -KS |
| IBW/kg (Calculated) Male | 63.8 kg -KS |
| IBW/kg (Calculated) Female | 59.3 kg -KS |
| BSA (Calculated - sq m) | 2.31 sq meters -KS |

**Vitals**

| | |
|---|---|
| MAP (mmHg) | 92 mmHg -KS |

**BMI**

| | |
|---|---|
| BMI (Calculated) | 40.85 -KS |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -KS |
| Low Range Vt 6mL/kg | 355.8 mL/kg -KS |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -KS |
| Adult High Range Vt 10mL/kg | 593 mL/kg -KS |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 40.85 -KS |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -KS |
| IBW/kg (Calculated) Male | 63.8 kg -KS |

**Encounter Vitals**

| Row Name | 05/16/23 1028 | |
|---|---|---|
| **Enc Vitals** | | |
| BP | 125/75 -KS | |
| Pulse | 80 -KS | |
| Resp | 12 -KS | |
| Temp | 36.7 °C (98 °F) -KS | |
| Temp src | Temporal -KS | |
| Weight | 114.8 kg (253 lb) historical -KS | |
| Height | 1.676 m (5' 6") historical -KS | |
| Pain Score | TWO/TEN -KS | |
| Pain Loc | KNEE -KS | |

**User Key**      (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KS | Kevin D Swasey, MA | Medical Assistant | — |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2242    Printed by 71334 at 8/21/24 10:13 AM

MC_001374

## Preferred Pharmacy (continued)

### After Visit Summary

After Visit Summary (below)

MultiCare **⚕**

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958
📅 5/16/2023 10:30 AM  📍 MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN 253-792-6555

### Instructions from Alexandria Bones, PA-C



Today's medication changes

⊙ START taking:
**diclofenac (Voltaren)**
Started by: Alexandria Bones, PA-C

⟳ CHANGE how you take:
**oxyCODONE (Roxicodone)** — multiple changes
Changed by: Alexandria Bones, PA-C

Accurate as of May 16, 2023 11:11 AM
**See the end of the After Visit Summary for your complete, current medication list.**

Pick up these medications at SAFEWAY PHARMACY #1524 - TACOMA, WA

diclofenac • oxyCODONE

Address  707 S 56TH STREET, TACOMA WA 98408
Phone:  253-471-1730

### Today's Visit

You saw Alexandria Bones, PA-C on Tuesday May 16, 2023 for: Surgery Followup.



| | | |
|---|---|---|
| Blood Pressure **125/75** | | BMI **40.84** |
| Weight **253 lb** | | Height **5' 6"** |
| Temperature (temporal) **98 °F** | | Pulse **80** |
| Respiration **12** | | |

### What's Next

📅 **JUN 26 2023** Office visit with Daniel R Guerra, MD
Monday June 26 8:30 AM

Pulse Heart Institute
Tacoma
1901 SOUTH CEDAR ST
SUITE 301
TACOMA WA
98405-2302
253-572-7320

### MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more.  Go to https://mychart.multicare.org/MyMultiCare/ and sign in today.

### PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

Need help with MyChart?  Visit MyChart at https://mychart.multicare.org/MyMultiCare/

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

Linda J. Larocque (MRN: 172930) (CSN: 293632440) • Printed by [23259] at 5/16/2023 11:11 AM          Page 1 of 5  *Epic*

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2243                                        Printed by 71334 at 8/21/24 10:13 AM

MC_001375

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Allergies as of 5/16/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_001376

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List as of May 16, 2023 11:11 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| clotrimazole-betamethasone 1-0.05 % Crea<br>LOTRISONE<br>45 g | Apply 1 Application externally twice daily. To rash for 14 days |
| diclofenac 50 MG Tbec<br>Voltaren<br>60 Tablet | Take 1 Tablet by mouth twice daily. |
| docusate sodium 100 MG Caps<br>Colace<br>60 Cap | Take 1 Cap by mouth twice daily. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| Glucosamine Chondr 1500 Complx Caps<br>60 Cap | Take 2 Capsules by mouth once daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| ᵃ hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt |
| ᵃ hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| ᵃ hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>June 3, 2023 |
| ᵃ hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>July 3, 2023 |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>120 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritis. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>90 Tablet | Take 1 Tablet by mouth once daily. |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_001377

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of May 16, 2023 11:11 AM

| | |
|---|---|
| Melatonin 5 MG Caps<br>100 Cap | Take 1 Capsule by mouth as needed. |
| meloxicam 7.5 MG Tabs<br>Mobic<br>30 Tablet | Take 1 Tablet by mouth once daily. |
| Omega 3 1200 MG Caps | Take 1 Units by mouth twice daily. |
| ondansetron 4 MG Tabs<br>Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| * OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| * OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| * oxyCODONE 5 MG Tabs<br>Roxicodone<br>42 Each | Take 1 Tablet by mouth every 4 hours as needed for pain. |
| * oxyCODONE 5 MG Tabs<br>Roxicodone<br>20 Tablet | Take 1 Tablet by mouth every 8 hours as needed for severe pain or breakthrough pain. **Note: should not contain Tylenol |
| PEN NEEDLES 31GX5/16" 31G X 8 MM Misc<br>100 Each | Use With victoza injections |
| rosuvastatin 10 mg Tabs<br>Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>SENNA SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |
| verapamil 240 MG Tbcr<br>CALAN SR<br>90 Tablet | Take 1 Tablet by mouth once daily. |
| Victoza 18 MG/3ML Sopn<br>liraglutide<br>18 mL | Inject 1.8 mg into the skin once daily. |
| zinc sulfate 220 (50 Zn) MG Caps<br>Orazinc | Take 1 Capsule by mouth once daily. |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                       Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_001378

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of May 16, 2023 11:11 AM

✛ * This list has 8 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
1550 SOUTH UNION AVENUE STE 210
TACOMA WA 98405-1946

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/16/2023

Page 2247                                                        Printed by 71334 at 8/21/24 10:13 AM

MC_001379

## Preferred Pharmacy (continued)

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 5/9/2023 10:08 AM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
  Visit Type: Follow-up
    Date: 5/16/2023
      Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
      Provider: Alexandria Bones
      Time: 10:30 AM
      Length: 20 min

Appt Status: Scheduled

**Patient Instructions**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 5/16/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2248                                 Printed by 71334 at 8/21/24 10:13 AM

MC_001380

**05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**　　　　　　　**MRN:** 172930

　　　　　　　　　　　　　　　　　　　　　　　　**CSN:** 293620864

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 5/9/2023 | | | No service for | |

**Admitting Physician:**　　　　　　　　　　　　**Chief Complaint:**

　　　　　　　　　　　　　　　　　　　　　　**Adm Dx:**　　Left knee pain, unspecif*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

**Home Address:**　6824 S Park Ave

　　　　　　　　　　Tacoma WA 98408-5509

**SSN:**　　　　　　xxx-xx-5145

**Age:**　　　　　　66 year old

**DOB:**　　　　　　2/9/1958 (65 yrs)

**Sex:**　　　　　　female

**Marital Status:**　Married

Telephone Information:

| Home Phone | Not on file. |
|---|---|
| Work Phone | Not on file. |
| Mobile | 253-273-7247 |

**Employer:**

　　　　　　No address on file.

**Primary Care Physician:**　Rachel D Dawson, MD　　　　**Employer Phone:**

**Referring Physician:**　BONES, ALEXANDRIA　　　　　**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 6/11/1959 |

**Home Phone:**

**Guarantor's Employer:**

**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | MEDICARE A & B | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | 7N57WR6HA34 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2249　　　　　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:13 AM

MC_001381

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

##### Referring Provider

Alexandria Bones, PA-C

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedic & Sports Medicine-Mountain Imaging | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-301-5150 | 253-761-2451 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 5/9/2023 9:30 AM | MTN ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS MOUNTAIN IMAGING | MOSMTAC |

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

###### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

###### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN              Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2250                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001382

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Discontinued by: Marie Betcher, RN　　　　　　　　Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 2 Capsules by mouth once daily.
Entered by: Rachel D Dawson, MD　　　　　　　　Entered on: 5/21/2019
Start date: 5/21/2019　　　　　　　　　　　　　End date: 6/23/2023
Quantity: 60 Cap

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD　　　　　　Ordered on: 5/21/2019
Start date: 5/21/2019　　　　　　　　　　　　　Action: Patient taking differently
Quantity: 1 Each　　　　　　　　　　　　　　　Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD　　　　　　Ordered on: 10/14/2021
Start date: 10/14/2021　　　　　　　　　　　　Quantity: 1 Each
Refill: No refills remaining

#### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD　　　　　　　Discontinued on: 11/8/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP　　　　　　　Ordered on: 10/7/2022
Start date: 10/7/2022　　　　　　　　　　　　　End date: 10/27/2023
Quantity: 90 Tablet　　　　　　　　　　　　　　Refill: 3 refills by 10/7/2023

#### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

Discontinued by: Marie Betcher, RN　　　　　　　Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Capsule by mouth once daily.
Entered by: Nicole B Syharath, MA　　　　　　　Entered on: 5/23/2022
End date: 6/23/2023

#### Omega 3 1200 MG Caps

Discontinued by: Marie Betcher, RN　　　　　　　Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Units by mouth twice daily.
Entered by: Sarah A Tryon, LVN/LPN　　　　　　　Entered on: 5/25/2022
End date: 6/23/2023

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD　　　　　Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD　　　　　　Ordered on: 7/19/2022
Start date: 7/19/2022　　　　　　　　　　　　　End date: 7/5/2023
Quantity: 120 Tablet　　　　　　　　　　　　　Refill: 3 refills by 7/19/2023

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Quynh Giao T Nguyen, PHARM D　Discontinued on: 6/16/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD　　　　　　Ordered on: 10/4/2022
Start date: 10/4/2022　　　　　　　　　　　　　End date: 6/16/2023

MULTICARE ORTHOPEDICS &　　Larocque, Linda J
SPORTS MEDICINE -　　　　　　MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN　　　　　　　　　　Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2251　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:13 AM

MC_001383

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

**ondansetron (ZOFRAN) 4 MG Tab**

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

**senna (SENNA, SENOKOT) 8.6 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

**meloxicam (MOBIC) 7.5 MG Tab**

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

**oxyCODONE (ROXICODONE) 5 MG Tab**

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/1/2023 |
| Instructions: Take 1 Tablet by mouth every 4 hours as needed for pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/10/2023 |
| Start date: 2/10/2023 | End date: 6/1/2023 |
| Quantity: 42 Each | Refill: No refills remaining |

**clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

**VICTOZA 18 MG/3ML Solution Pen-injector**

| | |
|---|---|
| Discontinued by: Nishy K Hayre, RPh | Discontinued on: 6/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2252

Printed by 71334 at 8/21/24 10:13 AM

MC_001384

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Authorized by: Rachel D Dawson, MD  Ordered on: 3/9/2023
Start date: 3/9/2023  End date: 6/4/2023
Quantity: 18 mL  Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Andrea J Steele, MA  Discontinued on: 6/22/2023
Reason for discontinuation: Discontinued by provider
Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt
Authorized by: Rachel D Dawson, MD  Ordered on: 4/6/2023
Start date: 4/6/2023  End date: 6/22/2023
Quantity: 160 Tablet  Refill: No refills remaining

#### rosuvastatin (CRESTOR) 10 mg Tab

Discontinued by: Taja L Anderson, RN  Discontinued on: 7/3/2023
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD  Ordered on: 5/4/2023
Start date: 5/4/2023  End date: 7/3/2023
Quantity: 90 Tablet  Refill: 3 refills by 5/3/2024

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD  Ordered on: 5/4/2023
Start date: 5/4/2023  End date: 7/5/2023
Quantity: 15 Tablet  Refill: 2 refills by 10/31/2023

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Andrea J Steele, MA  Discontinued on: 6/22/2023
Reason for discontinuation: Discontinued by provider
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD  Ordered on: 5/4/2023
Start date: 5/4/2023  End date: 6/22/2023
Quantity: 160 Tablet  Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD  Ordered on: 5/4/2023
Start date: 6/3/2023  End date: 11/2/2023
Quantity: 160 Tablet  Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD  Ordered on: 5/4/2023
Start date: 7/3/2023  End date: 7/6/2023
Quantity: 160 Tablet  Refill: No refills remaining

### Stopped in Visit

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN  Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2253  Printed by 71334 at 8/21/24 10:13 AM

MC_001385

**05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)**

Medication List (continued)

## Imaging

### Imaging

#### XR KNEE 1 OR 2 VIEWS LEFT [696598334] (Final result)

| XR KNEE 1 OR 2 VIEWS LEFT [696598334] | Resulted: 06/09/23 1036, Result status: Final result |
|---|---|

Ordering provider: Alexandria Bones, PA-C 05/09/23 0907     Order status: Completed
Resulted by: William Frederick Thompson, MD     Filed by: William Frederick Thompson, MD 06/09/23 1041
Performed: 05/09/23 0937 - 05/09/23 0937     Accession number: 26794634
Narrative:
Images from the original result were not included.
Reason for x-ray: History of left total knee replacement 2/8/2023. Recent
trip and stumble, increased left knee pain

Findings
The tibial and femoral components appear well-positioned without evidence
of radiolucency. Stable appearing implant, cement and bone interfaces.
When compared to immediate postoperative films dated 2/8/2023, the current
x-rays reveal a possible small patellar tip avulsion fracture inferiorly,
not present on previous x-rays. However the position of the patella body
in relationship to Blumensaat's line is unchanged from x-rays from
2/8/2023, without patellar alto, therefore suggesting intact extensor
mechanism, recommend clinical correlation.
In the AP projection, there is a soft tissue calcification/ossification
superior lateral to the patella, and on lateral view appears anterior to
the distal femur. Uncertain clinical significance.

Impression:
Left total knee arthroplasty with satisfactory position of implants.
Small avulsion fracture at inferior tip of patella with satisfactory
patella position, recommend clinical correlation regarding extensor
mechanism competence.
Possible osteochondral loose body suprapatellar.

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150

Acknowledged by: Alexandria Bones, PA-C on 06/12/23 0956

#### Indications

Left knee pain, unspecified chronicity [M25.562 (ICD-10-CM)]

#### Signed

Electronically signed by William Frederick Thompson, MD on 6/9/23 at 1041 PDT

#### All Reviewers List

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2254      Printed by 71334 at 8/21/24 10:13 AM

MC_001386

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

**Imaging (continued)**

Alexandria Bones, PA-C on 6/12/2023 09:56

| Results | | (Order ) |
|---|---|---|

### END OF IMAGING QUESTIONNAIRE REPORT

| Preferred Pharmacy |
|---|

**Patient Instructions**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2255                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001387

**05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 293620596

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 5/9/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**    Right shoulder pain, uns*
                                                 Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:** BONES, ALEXANDRIA               **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | MEDICARE A & B | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | 7N57WR6HA34 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2256                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001388

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Referring Provider

Alexandria Bones, PA-C

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic & Sports Medicine-Mountain Imaging | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-301-5150 | 253-761-2451 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/9/2023 9:25 AM | MTN ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS MOUNTAIN IMAGING | MOSMTAC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

#### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                 Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2257                                        Printed by 71334 at 8/21/24 10:13 AM

MC_001389

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Capsules by mouth once daily.
Entered by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 60 Cap

Discontinued on: 6/23/2023

Entered on: 5/21/2019
End date: 6/23/2023

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel Guerra, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP
Start date: 10/7/2022
Quantity: 90 Tablet

Discontinued on: 11/8/2023

Ordered on: 10/7/2022
End date: 10/27/2023
Refill: 3 refills by 10/7/2023

#### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 1 Capsule by mouth once daily.
Entered by: Nicole B Syharath, MA
End date: 6/23/2023

Discontinued on: 6/23/2023

Entered on: 5/23/2022

#### Omega 3 1200 MG Caps

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 1 Units by mouth twice daily.
Entered by: Sarah A Tryon, LVN/LPN
End date: 6/23/2023

Discontinued on: 6/23/2023

Entered on: 5/25/2022

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD
Start date: 7/19/2022
Quantity: 120 Tablet

Discontinued on: 7/6/2023

Ordered on: 7/19/2022
End date: 7/5/2023
Refill: 3 refills by 7/19/2023

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Quynh Giao T Nguyen, PHARM D
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/4/2022

Discontinued on: 6/16/2023

Ordered on: 10/4/2022
End date: 6/16/2023

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2258

Printed by 71334 at 8/21/24 10:13 AM

MC_001390

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

| | |
|---|---|
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 7/11/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/24/2023 |
| Start date: 1/24/2023 | End date: 7/10/2023 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/24/2024 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 21 Tablet | Refill: 1 refill by 2/9/2024 |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### meloxicam (MOBIC) 7.5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/27/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 6/27/2023 |
| Quantity: 30 Tablet | Refill: No refills remaining |

#### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/1/2023 |
| Instructions: Take 1 Tablet by mouth every 4 hours as needed for pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/10/2023 |
| Start date: 2/10/2023 | End date: 6/1/2023 |
| Quantity: 42 Each | Refill: No refills remaining |

#### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

#### VICTOZA 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Nishy K Hayre, RPh | Discontinued on: 6/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2259

Printed by 71334 at 8/21/24 10:13 AM

MC_001391

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/9/2023 |
| Start date: 3/9/2023 | End date: 6/4/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**rosuvastatin (CRESTOR) 10 mg Tab**

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 11/2/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MC_001392

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

Medication List (continued)

### Imaging

#### Imaging

##### XR KNEE 4+ VIEW COMPLETE RIGHT(SPECIFY VIEW 3 & 4) [696598335] (Final result)

**XR KNEE 4+ VIEW COMPLETE RIGHT(SPECIFY VIEW 3 & 4) [696598335]** Resulted: 06/09/23 1041, Result status: Final result

Ordering provider: Alexandria Bones, PA-C  05/09/23 0907
Resulted by: William Frederick Thompson, MD
Performed: 05/09/23 0937 - 05/09/23 0937
Narrative:
Images from the original result were not included.
Reason for x-ray: Right knee pain, following trip and stumble

Order status: Completed
Filed by: William Frederick Thompson, MD  06/09/23 1042
Accession number: 26794578

Findings
Right knee demonstrates no acute fracture or dislocation.  Superior
lateral patellar ossification, possible osteochondral loose body.
There is mild to moderate degenerative joint disease about the
tibiofemoral articulation with marginal osteophytes medially and
laterally.  Satisfactory patellofemoral alignment on sunrise view.
Osteophytes noted about the patella trochlea articulation.

Impression:
Right knee mild to moderate osteoarthritis.  No acute fracture or
dislocation.
Peripatellar lateral osteochondral loose body suggested, recommend
clinical correlation.

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150

Acknowledged by: Alexandria Bones, PA-C on 06/12/23 0956

#### Indications

Right shoulder pain, unspecified chronicity [M25.511 (ICD-10-CM)]

#### Signed

Electronically signed by William Frederick Thompson, MD on 6/9/23 at 1042 PDT

#### All Reviewers List

Alexandria Bones, PA-C on 6/12/2023 09:56

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2261

Printed by 71334 at 8/21/24 10:13 AM

MC_001393

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

| Results | (Order) |
|---|---|

### END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Patient Instructions**

   None

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2262

Printed by 71334 at 8/21/24 10:13 AM

MC_001394

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 289348510

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 5/9/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Surgery Followup
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone        Not on file.
Work Phone        Not on file.
Mobile            253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Spouse
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:** P/F
**Acct ID:** 59613

**DOB:** 6/11/1959

### Primary Insurance

**Name of Insurance:** MEDICARE A & B
**Subscriber Name:** LAROCQUE,LINDA J
**Subscriber DOB:**
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:**
**Ins ID#:** 7N57WR6HA34

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2263                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001395

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:13 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Surgery Followup (Left TKR )

#### Visit Diagnoses

- **Left knee pain, unspecified chronicity (primary) [M25.562]**
- Right shoulder pain, unspecified chronicity [M25.511]
- Acute pain of right knee [M25.561]
- Idiopathic osteoporosis [M81.8]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions

- Return in about 1 week (around 5/16/2023).

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN |

| Log History |
|---|
| LOS History |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/9/2023 8:50 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2264

Printed by 71334 at 8/21/24 10:13 AM

MC_001396

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes**

### Nursing Note by Kevin D Swasey, MA at 5/9/2023 0850

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 05/09/23 0847 | Encounter Date: 5/9/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

## Chief Complaint
**Patient presents with**
- Surgery Followup
  *Left TKR*


Additional Details: Linda J Larocque is a 65 year old female here for left knee(s) surgery follow up, date of surgery 2/8/2023. Patient states that the left knee(s) is having increased pain x one week after hitting her knee on a shopping cart, pain increased at night

## Vitals:

| | 05/09/23 0843 |
|---|---|
| BP: | 120/70 |
| Pulse: | 88 |
| Resp: | 12 |
| Temp: | 97.9 °F (36.6 °C) |
| TempSrc: | Temporal |
| Weight: | 253 lb (114.8 kg) |
| Height: | 5' 6" (1.676 m) |


Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA


Electronically signed by Kevin D Swasey, MA at 05/09/23 0847


### Progress Notes by Alexandria Bones, PA-C at 5/9/2023 0850

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 05/11/23 1547 | Encounter Date: 5/9/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

### POST OPERATIVE FOLLOW UP TOTAL KNEE REPLACEMENT


5/9/2023

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2265

Printed by 71334 at 8/21/24 10:13 AM

MC_001397

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

Linda J Larocque is seen today for post operative follow up following a Left Total Knee Replacement performed by Dr.Thompson on 2-8-2033. Patient states that she has been progressing nicely and had been discharged from supervised physical therapy up until that of a week ago when she was walking out of a grocery store using cart as support when it suddenly locked hitting her knee and making her stumble. Patient states that she was told that the carts do this automatically if they do not go through register. Patient states that she has had pain since then and feels that she has taken steps back in recovery.
Patient states that this has been keeping her up at night and her swelling has increased.
Of note her right knee started to become increasingly painful since 4-19 when she was kneeling on floor and felt pop upon standing. She states that it felt like a shift in her knee and she had difficulty initially WB.  She feels discomfort to the lateral aspect of her knee.


PHYSICAL EXAM:

BP 120/70 | Pulse 88 | Temp (Src) 97.9 (Temporal) | Resp 12 | Ht 5' 6"[historical[ (1.676 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

Left Knee demonstrates: nicely healed surgical incision. Moderate STS noted most significant to contusion area of impact with trace effusion. Full ROM although discomfort.

Right knee demonstrates mild STS noted. Diminished ROM secondary to discomfort. Increased tenderness to joint line.

XRAYS: reviewed


IMPRESSION: S/P Left Total Knee Replacement, 3 months post op recent contusion to anterior knee
Right Knee OA


PLAN: I have have reassured patient that with some time her knee should return to prior function and comfort. Continue rest, ice, elevation and OTC pain and antiinflammatory remedies for bilateral knee. I have recommended a course of supervised physical therapy for right knee.  I have requested that Linda follow in 1 week for recheck prior to me being out of office , sooner if indicated.


Alexandria Bones, PA-C


DEXA scan is up to date for Linda J Larocque

Electronically signed by Alexandria Bones, PA-C at 05/11/23 1547


**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2266                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001398

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Melatonin 5 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

#### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

#### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

#### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/9/2023

Page 2267

Printed by 71334 at 8/21/24 10:13 AM

MC_001399

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Reason for discontinuation: Treatment complete
Instructions: Take 1 Units by mouth twice daily.
Entered by: Sarah A Tryon, LVN/LPN          Entered on: 5/25/2022
End date: 6/23/2023

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD          Ordered on: 7/19/2022
Start date: 7/19/2022                        End date: 7/5/2023
Quantity: 120 Tablet                         Refill: 3 refills by 7/19/2023

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Quynh Giao T Nguyen, PHARM D          Discontinued on: 6/16/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/4/2022
Start date: 10/4/2022                        End date: 6/16/2023
Quantity: 90 Tablet                          Refill: 2 refills by 10/4/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D          Discontinued on: 7/11/2023
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 1/24/2023
Start date: 1/24/2023                        End date: 7/10/2023
Quantity: 180 Capsule                        Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD          Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 1/31/2023
Start date: 1/31/2023                        End date: 2/26/2024
Quantity: 90 Capsule                         Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria Bones, PA-C          Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C          Ordered on: 2/9/2023
Start date: 2/9/2023                         End date: 6/27/2023
Quantity: 21 Tablet                          Refill: 1 refill by 2/9/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C          Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C          Ordered on: 2/9/2023
Start date: 2/9/2023                         End date: 12/7/2023
Quantity: 30 Tablet                          Refill: 1 refill by 2/9/2024

### meloxicam (MOBIC) 7.5 MG Tab

Discontinued by: Alexandria Bones, PA-C          Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C          Ordered on: 2/9/2023
Start date: 2/9/2023                         End date: 6/27/2023
Quantity: 30 Tablet                          Refill: No refills remaining

---

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                    Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2268                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001400

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### oxyCODONE (ROXICODONE) 5 MG Tab

| | |
|---|---|
| Discontinued by: Alexandria Bones, PA-C | Discontinued on: 6/1/2023 |
| Instructions: Take 1 Tablet by mouth every 4 hours as needed for pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/10/2023 |
| Start date: 2/10/2023 | End date: 6/1/2023 |
| Quantity: 42 Each | Refill: No refills remaining |

### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Apply 1 Application externally twice daily. To rash for 14 days | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/8/2023 |
| Start date: 3/8/2023 | End date: 6/23/2023 |
| Quantity: 45 g | Refill: No refills remaining |

### VICTOZA 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Nishy K Hayre, RPh | Discontinued on: 6/5/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/9/2023 |
| Start date: 3/9/2023 | End date: 6/4/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 10 mg Tab

| | |
|---|---|
| Discontinued by: Taja L Anderson, RN | Discontinued on: 7/3/2023 |
| Reason for discontinuation: Dose adjustment | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Andrea J Steele, MA | Discontinued on: 6/22/2023 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                    Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2269                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001401

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Discontinued by: Rachel D Dawson, MD      Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 5/4/2023
Start date: 6/3/2023      End date: 11/2/2023
Quantity: 160 Tablet      Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 5/4/2023
Start date: 7/3/2023      End date: 7/6/2023
Quantity: 160 Tablet      Refill: No refills remaining

### Stopped in Visit

None

## Imaging

### Imaging

#### XR KNEE 1 OR 2 VIEWS LEFT [696598334] (Final result)

| XR KNEE 1 OR 2 VIEWS LEFT [696598334] | Resulted: 06/09/23 1036, Result status: Final result |
|---|---|

Ordering provider: Alexandria Bones, PA-C  05/09/23 0907      Order status: Completed
Resulted by: William Frederick Thompson, MD      Filed by: William Frederick Thompson, MD  06/09/23 1041
Performed: 05/09/23 0937 - 05/09/23 0937      Accession number: 26794634
Narrative:
Images from the original result were not included.
Reason for x-ray: History of left total knee replacement 2/8/2023.  Recent
trip and stumble, increased left knee pain

Findings
The tibial and femoral components appear well-positioned without evidence
of radiolucency.  Stable appearing implant, cement and bone interfaces.
When compared to immediate postoperative films dated 2/8/2023, the current
x-rays reveal a possible small patellar tip avulsion fracture inferiorly,
not present on previous x-rays.  However the position of the patella body
in relationship to Blumensaat's line is unchanged from x-rays from
2/8/2023, without patellar alto, therefore suggesting intact extensor
mechanism, recommend clinical correlation.
In the AP projection, there is a soft tissue calcification/ossification
superior lateral to the patella, and on lateral view appears anterior to
the distal femur.  Uncertain clinical significance.

Impression:
Left total knee arthroplasty with satisfactory position of implants.
Small avulsion fracture at inferior tip of patella with satisfactory
patella position, recommend clinical correlation regarding extensor
mechanism competence.
Possible osteochondral loose body suprapatellar.

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN      Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2270      Printed by 71334 at 8/21/24 10:13 AM

MC_001402

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Imaging (continued)

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150

Acknowledged by: Alexandria Bones, PA-C on 06/12/23 0956

### Indications

Left knee pain, unspecified chronicity [M25.562 (ICD-10-CM)]

### Signed

Electronically signed by William Frederick Thompson, MD on 6/9/23 at 1041 PDT

### All Reviewers List

Alexandria Bones, PA-C on 6/12/2023 09:56

### XR KNEE 4+ VIEW COMPLETE RIGHT(SPECIFY VIEW 3 & 4) [696598335] (Final result)

XR KNEE 4+ VIEW COMPLETE RIGHT(SPECIFY VIEW 3 & 4) [696598335] Resulted: 06/09/23 1041, Result status: Final result

Ordering provider: Alexandria Bones, PA-C 05/09/23 0907
Resulted by: William Frederick Thompson, MD
Performed: 05/09/23 0937 - 05/09/23 0937
Narrative:
Images from the original result were not included.
Reason for x-ray: Right knee pain, following trip and stumble

Order status: Completed
Filed by: William Frederick Thompson, MD 06/09/23 1042
Accession number: 26794578

Findings
Right knee demonstrates no acute fracture or dislocation. Superior
lateral patellar ossification, possible osteochondral loose body.
There is mild to moderate degenerative joint disease about the
tibiofemoral articulation with marginal osteophytes medially and
laterally. Satisfactory patellofemoral alignment on sunrise view.
Osteophytes noted about the patella trochlea articulation.

Impression:
Right knee mild to moderate osteoarthritis. No acute fracture or
dislocation.
Peripatellar lateral osteochondral loose body suggested, recommend
clinical correlation.

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150

Acknowledged by: Alexandria Bones, PA-C on 06/12/23 0956

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2271 Printed by 71334 at 8/21/24 10:13 AM

MC_001403

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

Imaging (continued)

### Indications
Right shoulder pain, unspecified chronicity [M25.511 (ICD-10-CM)]

### Signed
Electronically signed by William Frederick Thompson, MD on 6/9/23 at 1042 PDT

### All Reviewers List
Alexandria Bones, PA-C on 6/12/2023 09:56

## Results                                                                            (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

Other Orders - Imaging

Imaging

**DEXA BONE DENSITY STUDY [696598337] (Discontinued)**

| Electronically signed by: **Alexandria Bones, PA-C on 05/09/23 1703** | Status: **Discontinued** |
|---|---|
| Ordering user: Alexandria Bones, PA-C 05/09/23 1703 | Authorized by: Alexandria Bones, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 05/09/23 - | Class: MHS IP Normal |
| Quantity: 1 | Discontinued by: Alexandria Bones, PA-C 05/11/23 1546 |
| Diagnoses | |
| Idiopathic osteoporosis [M81.8] | |

Questionnaire

| Question | Answer |
|---|---|
| Reason for order | screening |
| Radiologist can change order? | Yes |
| Release to patient : | Immediate |

Indications

Idiopathic osteoporosis [M81.8 (ICD-10-CM)]

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN               Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2272                                          Printed by 71334 at 8/21/24 10:13 AM

MC_001404

## Preferred Pharmacy (continued)

**Other Orders - Imaging (continued)**

**Other Orders - Procedures**

### Referral

#### REFERRAL TO NON MHS PHYSICAL THERAPY [696598336] (Active)

| | |
|---|---|
| Electronically signed by: **Alexandria Bones, PA-C on 05/09/23 0914** | Status: **Active** |

Ordering user: Alexandria Bones, PA-C 05/09/23 0914      Authorized by: Alexandria Bones, PA-C
Ordering mode: Standard
Frequency: Routine 05/09/23 -      Class: Referral - External
Quantity: 1
Diagnoses
Left knee pain, unspecified chronicity [M25.562]
Acute pain of right knee [M25.561]
Order comments: PHYSICAL THERAPY: DIAGNOSIS: Right Knee strain/pain S/P Left Total Knee replacement with recent contusion EVAL AND TREAT, THERAPIST DISCRETION, LOCAL MODALITIES PRN 1-2X/WEEK, 6 WEEKS; UP TO 18 SESSIONS Alexandria Bones, PA-C

##### Indications

Left knee pain, unspecified chronicity [M25.562 (ICD-10-CM)]
Acute pain of right knee [M25.561 (ICD-10-CM)]

## Flowsheets

### Custom Formula Data

| Row Name | 05/09/23 0843 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -KS | | | | |
| Adjusted Body Weight | 179.64 lbs -KS | | | | |
| % Over/Under Ideal Body Weight | 93.53 -KS | | | | |
| Predicted Body Weight | 59.3 -KS | | | | |
| Length (cm) | 167.6 cm -KS | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -KS | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -KS | | | | |
| BSA (Calculated - sq m) | 2.31 sq meters -KS | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 87 mmHg -KS | | | | |
| BMI | | | | | |
| BMI (Calculated) | 40.85 -KS | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 59.3 -KS | | | | |
| Low Range Vt | 355.8 mL/kg -KS | | | | |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN    Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2273          Printed by 71334 at 8/21/24 10:13 AM

MC_001405

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

6mL/kg
| | |
|---|---|
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -KS |
| Adult High Range Vt 10mL/kg | 593 mL/kg -KS |

Vital Signs
| | |
|---|---|
| BMI (Calculated) | 40.85 -KS |

Weight and Growth Recommendation
| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -KS |
| IBW/kg (Calculated) Male | 63.8 kg -KS |

**Encounter Vitals**

| Row Name | 05/09/23 0843 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 120/70 -KS | | | | |
| Pulse | 88 -KS | | | | |
| Resp | 12 -KS | | | | |
| Temp | 36.6 °C (97.9 °F) - KS | | | | |
| Temp src | Temporal -KS | | | | |
| Weight | 114.8 kg (253 lb) historical -KS | | | | |
| Height | 1.676 m (5' 6") historical -KS | | | | |
| Pain Score | TWO/TEN -KS | | | | |
| Pain Loc | KNEE -KS | | | | |

**User Key**                                        (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KS | Kevin D Swasey, MA | Medical Assistant | — |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 3/28/2023 9:44 AM |

Last Read in MyChart
4/5/2023 5:33 PM by Linda J Larocque

Appointment Information:
   Visit Type: POST OP
      Date: 5/9/2023
         Dept: MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN
         Provider: Alexandria Bones
         Time: 8:50 AM

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2274                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001406

## Preferred Pharmacy (continued)

**Messages (continued)**

Length: 20 min

Appt Status: Scheduled

**Patient Instructions**

None

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
MOUNTAIN                  Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 2275                                    Printed by 71334 at 8/21/24 10:13 AM

MC_001407

## Patient

### Demographics

Name: Linda J Larocque "Linda"
Address: 6824 S PARK AVE TACOMA WA 98408-5509

| | | |
|---|---|---|
| Date of birth: 2/9/1958 | Legal sex: Female | Gender identity: Female |
| Ethnicity: No - Non Hispanic | Race: White or Caucasian | Language: English |
| Email: lynlarock@gmail.com | Mobile: 253-273-7247 | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F

Page 1

Printed by 71334 at 8/21/24 10:10 AM

MC_001852

## 08/07/2024 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 368308738

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 8/7/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/7/2024

Page 2

Printed by 71334 at 8/21/24 10:10 AM

MC_001853

## 08/07/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (Xanax (dup) ), onset date 8/7/2024

### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

## Visit Information

### Provider Information

| Encounter Provider |
| --- |
| Kristen Abrams, ARNP |

### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 8/7/2024 12:04 PM | Kristen Abrams, ARNP | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Josette M Pallotta at 8/8/2024 1345

| | | |
| --- | --- | --- |
| Author: Josette M Pallotta | Service: — | Author Type: — |
| Filed: 08/08/24 1345 | Encounter Date: 8/7/2024 | Status: Signed |
| Editor: Josette M Pallotta | | |

*xanax - Duplicate pending - Surescript order: Unable to deselect drug(s). Pharmacist please remove drug(s). Med(s) pending in other encounter(s).*

Electronically signed by Josette M Pallotta at 08/08/24 1345

## Medication List

### Medication List

| ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate |
| --- |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/7/2024

Page 3

Printed by 71334 at 8/21/24 10:10 AM

MC_001854

## 08/07/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

#### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD
Start date: 7/10/2024
Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024
Quantity: 3 mL

#### aspirin 81 MG Chew Tab

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/7/2024

Page 4

Printed by 71334 at 8/21/24 10:10 AM

MC_001855

## 08/07/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                              Entered on: 5/24/2024

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Kristen Abrams, ARNP                       Ordered on: 7/5/2024
Start date: 7/5/2024                                       Quantity: 30 Tablet
Refill: 1 refill by 7/5/2025

#### tramadol (ULTRAM) 50 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Kristen Abrams, ARNP                       Ordered on: 7/5/2024
Start date: 7/5/2024                                       Quantity: 160 Tablet
Refill: 2 refills by 1/1/2025

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD                      Discontinued on: 8/8/2024
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Kristen Abrams, ARNP                       Ordered on: 7/5/2024
Start date: 7/5/2024                                       End date: 8/8/2024
Quantity: 15 Tablet                                       Refill: No refills remaining

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                        Ordered on: 7/30/2024
Start date: 7/30/2024                                     Quantity: 90 Capsule
Refill: No refills remaining

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector

Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD                        Ordered on: 8/5/2024
Start date: 8/5/2024                                      Quantity: 3 mL
Refill: 11 refills by 8/5/2025

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results                                                            (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW           Visit date: 8/7/2024
LAKEWOOD WA 98499-2767

MC_001856

## Preferred Pharmacy (continued)

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 8/7/2024 12:04 PM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Kristen Abrams, ARNP]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/7/2024

Page 6

Printed by 71334 at 8/21/24 10:10 AM

MC_001857

## 08/05/2024 - Office Visit in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 353028211

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 8/5/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Weight Check; Leg Pain |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | **Telephone Information:** |
| | | Home Phone — Not on file. |
| | | Work Phone — Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile — 253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (66 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 7

Printed by 71334 at 8/21/24 10:10 AM

MC_001858

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Weight Check (Follow up on use of ozempic )
- Leg Pain (Right side pain of the leg, thigh, and knee)

#### Visit Diagnoses

- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59]
- **HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) (primary) [I50.20]**
- Hypertension, essential, benign [I10]
- Primary osteoarthritis of right knee [M17.11]
- Class 3 severe obesity due to excess calories with serious comorbidity and body mass index (BMI) of 40.0 to 44.9 in adult (CMS/HCC) [E66.01, Z68.41]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Follow-up and Dispositions

- Return in about 3 months (around 11/5/2024) for 30 minute.

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM, IF USING TIME, 30 MINUTES OR MORE |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 8/5/2024 8:30 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Nursing Note by Alexis A Dillon, MA at 8/5/2024 0830

| Author: Alexis A Dillon, MA | Service: Family Medicine | Author Type: Medical Assistant |
|---|---|---|

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 8

Printed by 71334 at 8/21/24 10:10 AM

MC_001859

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Filed: 08/05/24 0833 | Encounter Date: 8/5/2024 | Status: Signed |
| Editor: Alexis A Dillon, MA (Medical Assistant) | | Cosigner: Sarah A Tryon, LVN/LPN at 08/05/24 0910 |

**Chief Complaint**

Patient presents with

- Weight Check
    *Follow up on use of ozempic*
- Leg Pain
    *Right side pain of the leg, thigh, and knee*

Additional Details: ozsempic and leg pain

Medication list changes/discrepancies: Medication Comments documented by Alexis A Dillon, MA on 8/5/2024 at 0832.
Medds and pharmacy updated

Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine]<br>  *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride]<br>  *fatigue* | |
| • Pravastatin<br>  *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl]<br>  *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Zoloft [Sertraline Hcl]<br>  *ineffective* | |
| • Codeine Camsylate<br>  *Ok with food* | Nausea and Itching, Pruritus |
| • Lipitor [Atorvastatin Calcium]<br>  *myalgias* | Myalgia |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium]<br>  *Gi upset* | Nausea |
| • Zocor [Simvastatin]<br>  *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Alexis A Dillon, MA at 08/05/24 0833
Electronically signed by Sarah A Tryon, LVN/LPN at 08/05/24 0910

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 9

Printed by 71334 at 8/21/24 10:10 AM

MC_001860

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

#### Progress Notes by Rachel D Dawson, MD at 8/5/2024 0830

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 08/05/24 1102 | Encounter Date: 8/5/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 66-year-old with hypertension diabetes chronic pain syndrome with chronic back pain and osteoarthritis multiple joints

Pt has not yet recovered from the injury where her grandchild jumped on her on the bed

Pt did not go to chiropractor failed physical therapy just seemed to make things worse
She saw ortho and they gave her an inj in her right knee and joint inj right knee really helped for about two weeks
Back pain cont unchanged

Using ultram 50 mg three times  with two tylenol three times daily
Walking w/ cane and walker most of the time

Back on ozempic
To have replacement surgery she needs to get weight down to 245
She needs joint replacement surgery

Fu dm
No significant side effects with the increase in Ozempic to 1 mg but she feels like even though she is lost about 8 pounds of the weight is coming off too quickly and that her appetite needs to be suppressed more she would like to try the higher dose of Ozempic
She used to take Victoza and she felt like the Victoza actually worked better but her insurance will not cover it anymore
Spouse is cooking and so eats what he makes too painful to go downstairs to cook in the kitchen ie stairs
If does not move does not hurt but really limited in her activities now
Not shopping etc knee just too painful. With weight bearing
Ie painful to get in and out of the car
She is not calorie counting she is just trying to make good food choices

Fu htn
denies sx of  ha, numbness or tingling, cp, sob, palpitations, orthopnea, edema, doe.

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 10

Printed by 71334 at 8/21/24 10:10 AM

MC_001861

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 2 |
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. | | |
| • Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector | Inject 1 mg under the skin every week. | 3 mL | 11 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition | 1 Each | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 11

Printed by 71334 at 8/21/24 10:10 AM

MC_001862

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

|  |  |  |  |
|---|---|---|---|
|  | without an assistive device. |  |  |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |
| • [DISCONTINUED] hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |

No current facility-administered medications on file prior to visit.

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above
**Vitals:**

|  | 08/05/24 0833 |
|---|---|
| BP: | 96/60 |
| Pulse: | 91 |
| Resp: | 16 |
| Temp: | 35.4 °C (95.7 °F) |
| Weight: | 121.8 kg (268 lb 9.6 oz) |
| Height: | 1.676 m (5' 6") |

Repeat blood pressure was 112/60 patient denies feeling lightheaded or dizzy on arising-
general no acute distress
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
Lungs cta
Ext no edema
Skin no rashes
Back sitting comfortably no pain behaviors gait slow with aid of cane
Right knee joint enlarged no redness
Ms smiling cheerful but discouraged with her mobility limitations due to the right knee
Reviewed orthopedic consult note
Reviewed diabetic dashboard

(I50.20) HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) (primary encounter diagnosis)
Comment:
Plan: Stable

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 12

Printed by 71334 at 8/21/24 10:10 AM

MC_001863

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

(E11.59) Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
Comment:
Plan: Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8
    MG/3ML Solution Pen-injector


(I10) Hypertension, essential, benign
Comment:
Plan: Controlled

(M17.11) Primary osteoarthritis of right knee
Comment:
Plan: Agree joint replacement surgery is likely the best treatment option if we can get her BMI down

Obesity BMI 41

**Patient Instructions**
Increase ozempic to 2 mg weekly
Goal to get weight off so can have knee joint replacement
Keep fu with dr. Adler

Continue chiropractic care for your back

Reduce portion sizes
Drink plenty of water 2 liters per day

Rachel D Dawson, MD




Electronically signed by Rachel D Dawson, MD at 08/05/24 1102



**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                                     Action: Patient taking differently
Quantity: 1 Each                                           Refill: No refills remaining

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                                    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                    Visit date: 8/5/2024
LAKEWOOD WA 98499-2767

Page 13                                                                   Printed by 71334 at 8/21/24 10:10 AM

MC_001864

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

Authorized by: Rachel D Dawson, MD

Start date: 10/14/2021

Refill: No refills remaining

Ordered on: 10/14/2021

Quantity: 1 Each

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

Authorized by: Selam T Estefanos, ARNP

Start date: 7/3/2023

Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023

Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

Authorized by: Rachel D Dawson, MD

Start date: 9/14/2023

Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023

Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

Authorized by: Daniel Guerra, MD

Start date: 11/8/2023

Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023

Quantity: 90 Tablet

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

Authorized by: Rachel D Dawson, MD

Start date: 12/14/2023

Refill: No refills remaining

Ordered on: 12/14/2023

Quantity: 1 Kit

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.

Authorized by: Rachel D Dawson, MD

Start date: 5/13/2024

Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024

Quantity: 180 Capsule

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.

Authorized by: Rachel D Dawson, MD

Start date: 7/10/2024

Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024

Quantity: 3 mL

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.

Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

Authorized by: Kristen Abrams, ARNP

Start date: 7/5/2024

Refill: 1 refill by 7/5/2025

Ordered on: 7/5/2024

Quantity: 30 Tablet

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 14

Printed by 71334 at 8/21/24 10:10 AM

MC_001865

## 08/05/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### tramadol (ULTRAM) 50 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Kristen Abrams, ARNP     Ordered on: 7/5/2024
Start date: 7/5/2024     Quantity: 160 Tablet
Refill: 2 refills by 1/1/2025

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 8/8/2024
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Kristen Abrams, ARNP     Ordered on: 7/5/2024
Start date: 7/5/2024     End date: 8/8/2024
Quantity: 15 Tablet     Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 7/30/2024
Start date: 7/30/2024     Quantity: 90 Capsule
Refill: No refills remaining

### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector

Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD     Ordered on: 8/5/2024
Start date: 8/5/2024     Quantity: 3 mL
Refill: 11 refills by 8/5/2025

**Stopped in Visit**

None

**Medication Comment**

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results     (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

MULTICARE LAKEWOOD     Larocque, Linda J
CLINIC     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW     Visit date: 8/5/2024
LAKEWOOD WA 98499-2767

Page 15     Printed by 71334 at 8/21/24 10:10 AM

MC_001866

## Preferred Pharmacy (continued)

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Flowsheets**

### Custom Formula Data

| Row Name | 08/05/24 0833 | | | | |
| --- | --- | --- | --- | --- | --- |
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -AD | | | | |
| Adjusted Body Weight | 185.88 lbs -AD | | | | |
| % Over/Under Ideal Body Weight | 105.46 -AD | | | | |
| Predicted Body Weight | 59.3 -AD | | | | |
| Length (cm) | 167.6 cm -AD | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -AD | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -AD | | | | |
| BSA (Calculated - sq m) | 2.38 sq meters -AD | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 72 mmHg -AD | | | | |
| BMI | | | | | |
| BMI (Calculated) | 43.37 -AD | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 59.3 -AD | | | | |
| Low Range Vt 6mL/kg | 355.8 mL/kg -AD | | | | |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -AD | | | | |
| Adult High Range Vt 10mL/kg | 593 mL/kg -AD | | | | |
| Vital Signs | | | | | |
| BMI (Calculated) | 43.37 -AD | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -AD | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -AD | | | | |

### Encounter Vitals

| Row Name | 08/05/24 0833 | | | | |
| --- | --- | --- | --- | --- | --- |
| Enc Vitals | | | | | |
| BP | 96/60 -AD | | | | |
| Pulse | 91 -AD | | | | |
| Resp | 16 -AD | | | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 16

Printed by 71334 at 8/21/24 10:10 AM

MC_001867

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Temp | 35.4 °C (95.7 °F) - AD |
| Temp src | Temporal -AD |
| SpO2 | 97 % -AD |
| Weight | 121.8 kg (268 lb 9.6 oz) 📄 measured -AD |
| Height | 1.676 m (5' 6") 📄 stated -AD |
| Pain Score | FIVE/TEN -AD |
| Pain Loc | KNEE -AD |
| Pain Education | Yes -AD |
| OTHER | |
| Pt Position for BP | Sitting -AD |
| Cuff Size | Adult -AD |
| BP Site | Left upper arm -AD |

**User Key**      (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| AD | Alexis A Dillon, MA | Medical Assistant | Nursing |

**Patient Instructions**

Increase ozempic to 2 mg weekly
Goal to get weight off so can have knee joint replacement
Keep fu with dr. Adler

Continue chiropractic care for your back

Reduce portion sizes
Drink plenty of water 2 liters per day

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 08/05/24 0858

**After Visit Summary**

After Visit Summary (below)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 17

Printed by 71334 at 8/21/24 10:10 AM

MC_001868

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

# MultiCare 🅐

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958       8/5/2024 9:30 AM  Lakewood Family Practice 253-792-6526

### Instructions from Rachel Dawson, MD

Increase ozempic to 2 mg weekly
Goal to get weight off so can have knee joint replacement
Keep fu with dr. Adler

Continue chiropractic care for your back

Reduce portion sizes
Drink plenty of water 2 liters per day

Rachel D Dawson, MD



**Today's medication changes**

 CHANGE how you take:
**Ozempic (1 MG/DOSE) (Semaglutide (1 MG/DOSE))** —
Another medication with the same name was added.
Make sure you understand how and when to take each.
Changed by: Rachel D Dawson, MD

**Ozempic (2 MG/DOSE) (Semaglutide (2 MG/DOSE))** —
You were already taking a medication with the same
name, and this prescription was added. Make sure you
understand how and when to take each.
Changed by: Rachel D Dawson, MD

Accurate as of August 5, 2024 8:59 AM.
**See the end of the After Visit Summary for your complete, current medication list.**

 Pick up these medications at SAFEWAY PHARMACY #1514 - TACOMA, WA

• Ozempic (2 MG/DOSE)
Your estimated payment per fill: $47

Address: 707 S 56TH STREET, TACOMA WA 98408
Phone:  253-471-1730

### Today's Visit

You saw Rachel Dawson, MD on Monday
August 5, 2024 for: Weight Check and
Leg Pain.
The following issues were addressed:
• Type 2 diabetes mellitus with other
  circulatory complications (CMS/HCC)
• HFrEF (heart failure with reduced
  ejection fraction) (CMS/HCC)
• Hypertension, essential, benign

| | |
|---|---|
| Blood Pressure 96/60 | BMI 43.35 |
| Weight 268 lb 9.6 oz | Height 5' 6" |
| Temperature (Temporal) 95.7 °F | Pulse 91 |
| Respiration 16 | Oxygen Saturation 97% |

### MyChart Activation

MyChart is your free online resource to
schedule your appointments, see your
test results, review and refill your
medications, get trusted health advice,
contact your provider, pay bills, and do so
much more. Go to https://
mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart
at
https://mychart.multicare.org/
MyMultiCare/

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 18                                          Printed by 71334 at 8/21/24 10:10 AM

MC_001869

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## What's Next

| | | |
|---|---|---|
| AUG 21 Wed | Complex Visit with Zachary Adler MD Wednesday August 21 8:15 AM (Arrive by 8:00 AM) | MultiCare Orthopedics & Sports Medicine - Tacoma 3124 S 19th St STE C340 Tacoma WA 98405-2430 253-792-6555 |

## PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 8/5/2024

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_001870

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Your Medication List As of August 5, 2024 8:59 AM

ⓘ Always use your most recent med list.

alprazolam 0.25 MG Tabs
Xanax
15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety.

aspirin 81 MG Chew

Chew and swallow 1 Tablet by mouth once daily.

duloxetine 60 MG Cpep
Cymbalta
180 Capsule

Take 1 Capsule by mouth twice daily.

hydrochlorothiazide 12.5 MG Caps
Microzide
90 Capsule

Take 1 Capsule by mouth once daily.

hydrOXYzine hcl 25 MG Tabs
A ARAX
30 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

lisinopril 20 MG Tabs
PRINIVIL, ZESTRIL
100 Tablet

Take 1 Tablet by mouth once daily.

Misc. Devices Misc
1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

naloxone 1 mg/mL Soln
NARCAN
1 Kit

Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

* OTHER
1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
**According to our records, you may have been taking this medication differently.**

* OTHER
1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

* Ozempic (1 MG/DOSE) 4 MG/3ML Sopn
Semaglutide (1 MG/DOSE)
3 mL

Inject 1 mg under the skin every week.

* Ozempic (2 MG/DOSE) 8 MG/3ML Sopn
Semaglutide (2 MG/DOSE)
3 mL

Inject 2 mg under the skin every week. E11.59

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 20

Printed by 71334 at 8/21/24 10:10 AM

MC_001871

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of Aug 2, 2024 9:19 AM

rosuvastatin 20 mg Tabs
Common brand(s): Crestor
Class: 90 Tablet

Take 1 Tablet by mouth each evening.

TechLite Pen Needles 31G X 8 MM Misc
Generic: Insulin Pen Needle
Qty: 100 Each

Use With victoza injections

tramadol 50 MG Tabs
Common brand(s): Ultram
Class: 160 Tablet

Take 2 Tablets by mouth every 8 hours as needed for
pain. Replaces norco for chronic pain exempt

verapamil 240 MG Tbcr
Common brand(s): CALAN SR
Qty: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second
tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist

✦ * This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions
carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's
appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 21                                                        Printed by 71334 at 8/21/24 10:10 AM

MC_001872

## Preferred Pharmacy (continued)

**Patient Instructions**

Increase ozempic to 2 mg weekly
Goal to get weight off so can have knee joint replacement
Keep fu with dr. Adler

Continue chiropractic care for your back

Reduce portion sizes
Drink plenty of water 2 liters per day

Rachel D Dawson, MD

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/5/2024

Page 22

Printed by 71334 at 8/21/24 10:10 AM

MC_001873

## 08/04/2024 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
**CSN:** 367893702

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 8/4/2024 | | | No service for | |

**Admitting Physician:**                  **Chief Complaint:** Refill Request; Rx Refil*
                                          **Adm Dx:**

                                          Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2024

Page 23                                          Printed by 71334 at 8/21/24 10:10 AM

MC_001874

## 08/04/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Xanax - SAFEWAY PHARMACY #1594 - TACOMA, WA )
- Rx Refill Center - Control Medication, onset date 8/4/2024

#### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 8/4/2024 8:39 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Josette M Pallotta at 8/6/2024 0912

| | | |
|---|---|---|
| Author: Josette M Pallotta | Service: — | Author Type: — |
| Filed: 08/06/24 0913 | Encounter Date: 8/4/2024 | Status: Signed |
| Editor: Josette M Pallotta | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**
**Last Rx Authorization by Another Provider**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

*PRC Case Review*
*Last prescribed by Kristen Abrams on 7.5.2024*
*Last dispensed: 7.5.2024*
*Last encounter with Rachel D Dawson, MD: 5/28/2024*
*Next appointment with PCP: 8/5/2024*

*Renal Function:*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2024

Page 24

Printed by 71334 at 8/21/24 10:10 AM

MC_001875

## 08/04/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Josette M Pallotta at 08/06/24 0913

### Telephone Encounter by Josette M Pallotta at 8/6/2024 0913

| | | |
|---|---|---|
| Author: Josette M Pallotta | Service: — | Author Type: — |
| Filed: 08/06/24 0913 | Encounter Date: 8/4/2024 | Status: Signed |
| Editor: Josette M Pallotta | | |

Pending Prescriptions:　　　Disp　Refills
　alprazolam (XANAX) 0.25 MG Tab [Pharmacy M*15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
　　　for anxiety.

-----------------------------------------------------------------

Electronically signed by Josette M Pallotta at 08/06/24 0913

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 8/6/2024 0920

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 08/06/24 0920 | Encounter Date: 8/4/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:　　　Disp　Refills
　alprazolam (XANAX) 0.25 MG Tab [Pharmacy M*15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
　　　for anxiety.

-----------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 08/06/24 0920

### Telephone Encounter by Rachel D Dawson, MD at 8/8/2024 1737

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 08/08/24 1737 | Encounter Date: 8/4/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2024

Page 25

Printed by 71334 at 8/21/24 10:10 AM

MC_001876

## 08/04/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Signed Prescriptions:      Disp  Refills
alprazolam (XANAX) 0.25 MG Tab     15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.
Authorizing Provider: DAWSON, RACHEL D

-------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 08/08/24 1737

### Telephone Encounter by Rachel D Dawson, MD at 8/8/2024 1738

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 08/08/24 1738 | Encounter Date: 8/4/2024 | Status: Signed |

Editor: Rachel D Dawson, MD (Physician)
Signed Prescriptions:      Disp  Refills
alprazolam (XANAX) 0.25 MG Tab     15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.
Authorizing Provider: DAWSON, RACHEL D

-------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 08/08/24 1738

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2024

Page 26

Printed by 71334 at 8/21/24 10:10 AM

MC_001877

## 08/04/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 9/14/2023
Start date: 9/14/2023                                 Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist
Authorized by: Daniel Guerra, MD                      Ordered on: 11/8/2023
Start date: 11/8/2023                                 Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5
minutes..
Authorized by: Rachel D Dawson, MD                    Ordered on: 12/14/2023
Start date: 12/14/2023                                Quantity: 1 Kit
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/13/2024
Start date: 5/13/2024                                 Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/15/2024
Start date: 7/10/2024                                 Quantity: 3 mL
Refill: 11 refills by 5/15/2025

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                         Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Kristen Abrams, ARNP                   Ordered on: 7/5/2024
Start date: 7/5/2024                                  Quantity: 30 Tablet
Refill: 1 refill by 7/5/2025

### tramadol (ULTRAM) 50 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Kristen Abrams, ARNP                   Ordered on: 7/5/2024
Start date: 7/5/2024                                  Quantity: 160 Tablet
Refill: 2 refills by 1/1/2025

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 7/30/2024
Start date: 7/30/2024                                 Quantity: 90 Capsule
Refill: No refills remaining

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 8/4/2024
LAKEWOOD WA 98499-2767

Page 27                                              Printed by 71334 at 8/21/24 10:10 AM

MC_001878

## 08/04/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### alprazolam (XANAX) 0.25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD                    Ordered on: 8/8/2024
Start date: 8/8/2024                                              Quantity: 15 Tablet
Refill: No refills remaining

### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector

Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD                    Ordered on: 8/5/2024
Start date: 8/5/2024                                              Quantity: 3 mL
Refill: 11 refills by 8/5/2025

**Stopped in Visit**

None

## Results                                                                    (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD       Larocque, Linda J
CLINIC                              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                Visit date: 8/4/2024
LAKEWOOD WA 98499-2767

Page 28                                                    Printed by 71334 at 8/21/24 10:10 AM

MC_001879

## 08/01/2024 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 367644659

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 8/1/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (66 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone — Not on file.
Work Phone — Not on file.
Mobile — 253-273-7247

**Employer:**
No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2024

Page 29

Printed by 71334 at 8/21/24 10:10 AM

MC_001880

## 08/01/2024 - Health Maintenance Letter (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Call Information

| | Department | Center |
|---|---|---|
| 8/1/2024 3:29 PM | | |

| **Results** | | (Order ) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Messages**

**Health Reminders**

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 8/1/2024 3:29 PM |
| Last Read in MyChart | | |
| 8/1/2024 9:22 PM by Linda J Larocque | | |

August 1, 2024

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place. In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2024

Page 30

Printed by 71334 at 8/21/24 10:10 AM

MC_001881

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Hepatitis B Vaccine

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2024

Page 31
Printed by 71334 at 8/21/24 10:10 AM

MC_001882

## 07/28/2024 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**         **MRN:** 172930
                                            **CSN:** 366999622

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/28/2024 | | | No service for | |

**Admitting Physician:**         **Chief Complaint:** Refill Request
                                 **Adm Dx:**

                                 Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD         **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD        Larocque, Linda J
CLINIC                    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW          Visit date: 7/28/2024
LAKEWOOD WA 98499-2767

Page 32                                    Printed by 71334 at 8/21/24 10:10 AM

MC_001883

## 07/28/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (Hydrochlorothiazide-SAFEWAY PHARMACY #1594 - TACOMA, WA )

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 7/28/2024 3:01 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Caleb L Watters at 7/30/2024 0836

| Author: Caleb L Watters | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 07/30/24 0837 | Encounter Date: 7/28/2024 | Status: Signed |
| Editor: Caleb L Watters | | |

*Last dispensed: 05/01/24*
*Last encounter with Rachel D Dawson, MD: 5/28/2024*
*Next appointment with PCP: 8/5/2024*

## Hypertension Rx Labs

**Na**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 138 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 5.0 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 24 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/28/2024

Page 33

Printed by 71334 at 8/21/24 10:10 AM

MC_001884

## 07/28/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

BP Readings from Last 3 Encounters:
07/10/24    138/69
05/28/24    118/62
05/24/24    120/66

### *Renal Function:*

Creatinine

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

GFR non African Amer

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

GFR African American

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Caleb L Watters at 07/30/24 0837

### Telephone Encounter by Caleb L Watters at 7/30/2024 0837

| | | |
|---|---|---|
| Author: Caleb L Watters | Service: Pharmacy | Author Type: — |
| Filed: 07/30/24 0837 | Encounter Date: 7/28/2024 | Status: Signed |

Editor: Caleb L Watters
Pending Prescriptions:          Disp   Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*0
Sig: Take 1 Capsule by mouth once daily.

-------------------------------------------------------------------

Electronically signed by Caleb L Watters at 07/30/24 0837

### Telephone Encounter by Robert G Kozu, RPh at 7/30/2024 1932

| | | |
|---|---|---|
| Author: Robert G Kozu, RPh | Service: — | Author Type: Pharmacist |
| Filed: 07/30/24 1932 | Encounter Date: 7/28/2024 | Status: Signed |

Editor: Robert G Kozu, RPh (Pharmacist)
Signed Prescriptions:          Disp   Refills  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*0     Sig: Take 1 Capsule by
mouth once daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: KOZU, ROBERT G------------------------------------------------------
-----------------

Electronically signed by Robert G Kozu, RPh at 07/30/24 1932

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
instructions regarding medications, the patient should instead consult their physician or after visit summary.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/28/2024

Page 34

Printed by 71334 at 8/21/24 10:10 AM

MC_001885

## 07/28/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD      Ordered on: 5/21/2019
Start date: 5/21/2019      Action: Patient taking differently
Quantity: 1 Each      Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD      Ordered on: 10/14/2021
Start date: 10/14/2021      Quantity: 1 Each
Refill: No refills remaining

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP      Ordered on: 7/3/2023
Start date: 7/3/2023      Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD      Ordered on: 9/14/2023
Start date: 9/14/2023      Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD      Ordered on: 11/8/2023
Start date: 11/8/2023      Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD      Ordered on: 12/14/2023
Start date: 12/14/2023      Quantity: 1 Kit
Refill: No refills remaining

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD      Ordered on: 5/13/2024
Start date: 5/13/2024      Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

#### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD      Ordered on: 5/15/2024
Start date: 7/10/2024      Quantity: 3 mL
Refill: 11 refills by 5/15/2025

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/28/2024

Page 35

Printed by 71334 at 8/21/24 10:10 AM

MC_001886

## 07/28/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Entered by: Kasey J Dycus, MA                    Entered on: 5/24/2024

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Kristen Abrams, ARNP              Ordered on: 7/5/2024
Start date: 7/5/2024                              Quantity: 30 Tablet
Refill: 1 refill by 7/5/2025

**tramadol (ULTRAM) 50 MG Tab**

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Kristen Abrams, ARNP              Ordered on: 7/5/2024
Start date: 7/5/2024                              Quantity: 160 Tablet
Refill: 2 refills by 1/1/2025

**alprazolam (XANAX) 0.25 MG Tab**

Discontinued by: Rachel D Dawson, MD             Discontinued on: 8/8/2024
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Kristen Abrams, ARNP              Ordered on: 7/5/2024
Start date: 7/5/2024                              End date: 8/8/2024
Quantity: 15 Tablet                              Refill: No refills remaining

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD               Ordered on: 7/30/2024
Start date: 7/30/2024                            Quantity: 90 Capsule
Refill: No refills remaining

**Stopped in Visit**

None

| Results | (Order) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/28/2024

Page 36

Printed by 71334 at 8/21/24 10:10 AM

MC_001887

## Preferred Pharmacy (continued)

**Patient Instructions**

None

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 7/28/2024
LAKEWOOD WA 98499-2767

Page 37                                     Printed by 71334 at 8/21/24 10:10 AM

MC_001888

Larocque, Linda J
MRN: 172930

## 07/25/2024 - MyChart Ask Your Doctor in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 366745677

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 7/25/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/25/2024

Page 38

Printed by 71334 at 8/21/24 10:10 AM

MC_001889

## 07/25/2024 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 7/25/2024 12:16 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Results                                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### right leg inner thigh and groin pain

| From | To | Sent |
| --- | --- | --- |
| Larocque, Linda J | P Dawson Message Pool (supporting Rachel D Dawson, MD) | 7/29/2024 1:12 PM |

thank you, See you on Aug. 5th -Linda

#### right leg inner thigh and groin pain

| From | To | Sent and Delivered |
| --- | --- | --- |
| Rachel D Dawson, MD Last Read in MyChart 7/31/2024 1:57 PM by Linda J Larocque | Larocque, Linda J | 7/29/2024 11:05 AM |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/25/2024

Page 39

Printed by 71334 at 8/21/24 10:10 AM

MC_001890

## Preferred Pharmacy (continued)

**Messages (continued)**

August 5th is the best I can do
Rachel D Dawson, MD

**right leg inner thigh and groin pain**

| From | To | Sent |
|------|-----|------|
| Larocque, Linda J | P Dawson Message Pool (supporting Rachel D Dawson, MD) | 7/25/2024 12:16 PM |

dr. Dawson
, my right leg inner thigh/ groin area has been really very painful for the past three months. (it's not getting better- somethings off?) I have an appt with you on Monday Aug. 5th, should I try and get in sometime next week or just keep doing what I'm doing, icing, elevating, simple exercises and walking until I see you on the 5th... at this point I'm not able to get an appt. with DR. Adler until Aug. 21st... please advise. thank you, Linda

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/25/2024

Page 40

Printed by 71334 at 8/21/24 10:10 AM

MC_001891

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
         **CSN:** 368230029

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 7/17/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: &lt;None&gt; | |

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | **Telephone Information:** |
| | Tacoma WA 98408-5509 | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile    253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (66 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD      **Employer Phone:**
**Referring Physician:**      **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

Page 41      Printed by 71334 at 8/21/24 10:10 AM

MC_001892

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | | |
|---|---|---|
| TG MHS TRANSCRIPTION | | |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/17/2024 10:09 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

Page 42

Printed by 71334 at 8/21/24 10:10 AM

MC_001893

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents**

**Consultation - Physical Therapy Order - Scan on 8/6/2024 2202: Consultation - Physical Therapy Order**

Scan (below)

# Plan of Care

*172930*

**ANCHOR**
Physical Therapy

| Patient | DOB | Sex |
|---|---|---|
| Linda Larocque | 2/9/1958 | Female |

Scheduled Provider
**Kamilah Kent**
*NPI # 1013773647*

| Visit | Visit # |
|---|---|
| 7/2/2024 | 34 |

## Clinic Details

| Clinic | Address |
|---|---|
| | |

Phone #

Fax #

## Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| | |

Diagnosis Codes

Injury Onset Date

Date of Initial Eval

Referring Provider

## Assessment

Patient Self-Report

Patient Assessment / Diagnosis

Rehab Prognosis/Potential

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

MC_001894

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents (continued)**

| 7/11 2024 19:37:34 PDT | To 1253484/0/9 | Page 3/3 | From 2534747479 | Fax 2534747479 |
|---|---|---|---|---|

| Walk up to 20 minutes over uneven surfaces with deficits | 4 weeks | 1 Regressed, R thigh and LBP limiting; 2. Regressed R thigh and LBP limiting; 3. Regressed, R thigh and LBP limiting | Short Term |

### Plan

**Notes on Plan**

### Signatures

**Treating Provider Signature**

**Referring Provider Signature**

Signature of Referring Provider          Date          Time

7/17/24

Shane Turner-PAC
Multicare Orthopedics & Sports Medicine
3124 S. 19th St, Ste 340 Tacoma, WA 98405
Tel: 253-792-6555
Fax: 253-459-7047

**Clinical Notes**

### Procedures by HIM SCANNED DOCUMENT at 8/6/2024 2202

| Author: HIM SCANNED DOCUMENT | Service: ---- | Author Type: Interface Resource |
|---|---|---|

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_001895

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

Filed: 08/06/24 2209                    Encounter Date: 7/17/2024                    Status: Signed
Editor: HIM SCANNED DOCUMENT (Interface Resource)
    Procedure Orders
    1. REFERRAL TO PHYSICAL THERAPY [841626996] ordered by Interface, Onbase Scans at 07/17/24 2202

TACOMA GENERAL            Larocque, Linda J
HOSPITAL                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 7/17/2024
WAY
TACOMA WA 98405-4234

Page 45                                                    Printed by 71334 at 8/21/24 10:10 AM

MC_001896

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Clinical Notes (continued)

Scan on 8/6/2024 2202 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

*172930*

# Plan of Care

**ANCHOR** Physical Therapy

| Patient | DOB | Sex |
|---|---|---|
| Linda Larocque | 2/9/1958 | Female |

Scheduled Provider
**Kamilah Kent**
NPI# 1013773647

| Visit | Visit # |
|---|---|
| 7/2/2024 | 34 |

### Clinic Details

| Clinic | Address |
|---|---|
| | |

Phone #

Fax #

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|

| Diagnosis Codes | Injury Onset Date |
|---|---|

| Referring Provider | Date of Initial Eval |
|---|---|

## Assessment

**Patient Self-Report**

**Patient Assessment / Diagnosis**

**Rehab Prognosis/Potential**

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

MC_001897

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

[illegible table content]

## Plan

**Notes on Plan**

[illegible text]

[illegible] every week [illegible] until 9-13-2024

## Signatures

### Treating Provider Signature

[illegible]

### Referring Provider Signature

[illegible]

Signature of Referring Provider          Date          Time
                                          7/17/24

Shane Turner-PAC
Multicare Orthopedics & Sports Medicine
3124 S. 19th St. Ste 340 Tacoma, WA 98405
Tel: 253-792-6555
Fax: 253-459-7047

[illegible footer text]

Electronically signed by HIM SCANNED DOCUMENT at 08/06/24 2209

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 7/17/2024
WAY
TACOMA WA 98405-4234

MC_001898

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

##### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD

Ordered on: 5/15/2024

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

Page 48

Printed by 71334 at 8/21/24 10:10 AM

MC_001899

## 07/17/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Medication List (continued)

Start date: 7/10/2024           Quantity: 3 mL
Refill: 11 refills by 5/15/2025

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Kristen Abrams, ARNP | Ordered on: 7/5/2024 |
| Start date: 7/5/2024 | Quantity: 30 Tablet |
| Refill: 1 refill by 7/5/2025 | |

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Kristen Abrams, ARNP | Ordered on: 7/5/2024 |
| Start date: 7/5/2024 | Quantity: 160 Tablet |
| Refill: 2 refills by 1/1/2025 | |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 8/8/2024 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Kristen Abrams, ARNP | Ordered on: 7/5/2024 |
| Start date: 7/5/2024 | End date: 8/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/30/2024 |
| Start date: 7/30/2024 | Quantity: 90 Capsule |
| Refill: No refills remaining | |

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector

| | |
|---|---|
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

### Stopped in Visit

None

## Results              (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Other Orders - Procedures

TACOMA GENERAL      Larocque, Linda J
HOSPITAL      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 7/17/2024
WAY
TACOMA WA 98405-4234

Page 49           Printed by 71334 at 8/21/24 10:10 AM

MC_001900

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Referral

**REFERRAL TO PHYSICAL THERAPY [841626996] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 07/17/24 2202**                    Status: **Completed**
Ordering user: Interface, Onbase Scans 07/17/24 2202          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   07/17/24 2202 -                              Quantity: 1
Lab status: Final result
    Scan on 8/6/2024 2202 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 7/17/2024
WAY
TACOMA WA 98405-4234

Page 50                                                          Printed by 71334 at 8/21/24 10:10 AM

MC_001901

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

# Plan of Care

*172930*

**ANCHOR**
Physical Therapy

| Patient | DOB | Sex |
|---|---|---|
| Linda Larocque | 2/9/1958 | Female |

Scheduled Provider
**Kamilah Kent**
*NPI # 1013773847*

| Visit | Visit # |
|---|---|
| 7/2/2024 | 34 |

### Clinic Details

| Clinic | Address |
|---|---|
| [illegible] | [illegible] |

| Phone # | [illegible] |
|---|---|
| [illegible] | |

| Fax # | |
|---|---|
| [illegible] | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| [illegible] | [illegible] |

| Diagnosis Codes | Injury Onset Date |
|---|---|
| [illegible] | [illegible] |

| Referring Provider | Date of Initial Eval |
|---|---|
| ZACHARY ADLER | [illegible] |

## Assessment

**Patient Self-Report**

[illegible]

[illegible]

[illegible]

[illegible]

**Patient Assessment / Diagnosis**

[illegible]

**Rehab Prognosis/Potential**

[illegible]

## Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

Page 51

Printed by 71334 at 8/21/24 10:10 AM

MC_001902

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

7/11 2024 19:37:34 PDT          To 12534597049          Page 3 3          From 2534747479          Fax 2534747479

## Plan

**Notes on Plan**

## Signatures

**Treating Provider Signature**

**Referring Provider Signature**

ZACHARY ADLER MD

Signature of Referring Provider          Date          Time

7/17/24

Shane Turner-PAC
Multicare Orthopedics & Sports Medicine
3124 S. 19th St, Ste 340 Tacoma, WA 98405
Tel: 253-792-6555
Fax: 253-459-7047

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-180714090 | — | — | 07/17/24 2202 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

Page 52          Printed by 71334 at 8/21/24 10:10 AM

MC_001903

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| REFERRAL TO PHYSICAL THERAPY [841626996] | Resulted: 07/17/24 2202, Result status: Final result |
|---|---|
| Order status: Completed | Filed by: Interface, Onbase Scans  08/06/24 2209 |
| Collected by: 07/17/24 2202 | |

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Scanned Documents - Order, No encounter | ONB180714090 | 8/6/2024 10:02 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 08/06/24 at 2209

**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/17/2024

Page 53

Printed by 71334 at 8/21/24 10:10 AM

MC_001904

## 07/10/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**      **MRN:** 172930
**CSN:** 364773784

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/10/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**      Arthritis of right knee *
Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:** ADLER, ZACHARY B        **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C       Larocque, Linda J
3124 S 19TH ST       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702       Visit date: 7/10/2024

Page 54       Printed by 71334 at 8/21/24 10:10 AM

MC_001905

## 07/10/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

**Referring Provider**

Zachary B Adler, MD

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MC Ortho & Sports Med-Tac Imaging | 3124 S 19th St<br>Tacoma WA 98405 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 7/10/2024 4:00 PM | MC ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS IMAGING TAC | MOSMTAC |

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Page 55

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024
Printed by 71334 at 8/21/24 10:10 AM

MC_001906

## 07/10/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

#### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD
Start date: 5/15/2024
Quantity: 3 mL

Ordered on: 5/15/2024
End date: 7/10/2024
Refill: No refills remaining

#### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD
Start date: 7/10/2024
Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024
Quantity: 3 mL

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Refill: 1 refill by 7/5/2025

Ordered on: 7/5/2024
Quantity: 30 Tablet

#### tramadol (ULTRAM) 50 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024

Page 56

Printed by 71334 at 8/21/24 10:10 AM

MC_001907

## 07/10/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Refill: 2 refills by 1/1/2025

Ordered on: 7/5/2024
Quantity: 160 Tablet

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Quantity: 15 Tablet

Discontinued on: 8/8/2024

Ordered on: 7/5/2024
End date: 8/8/2024
Refill: No refills remaining

#### Stopped in Visit

None

## Imaging

### Imaging

#### XR Knee 4+ Views Complete Right [830098893] (Final result)

**XR Knee 4+ Views Complete Right [830098893]**      Resulted: 07/10/24 1559, Result status: Final result

Ordering provider: Zachary B Adler, MD  07/10/24 1558
Filed by: Zachary B Adler, MD  07/10/24 1643
Accession number: 35251848
Impression:
I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 7/10/24.

Order status: Completed
Performed: 07/10/24 1559 - 07/10/24 1606

The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
grade 0 - no radiographic features of OA are present
grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis.  Degenerative changes most severe in the patellofemoral compartment.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Zachary B Adler, MD on 07/10/24 1739

#### Indications

Arthritis of right knee [M17.11 (ICD-10-CM)]

#### All Reviewers List

Zachary B Adler, MD on 7/10/2024 17:39

## Results       (Order )

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 7/10/2024
Page 57      Printed by 71334 at 8/21/24 10:10 AM

MC_001908

## 07/10/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 7/10/2024

Page 58    Printed by 71334 at 8/21/24 10:10 AM

MC_001909

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 351232671

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/10/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Surgery Followup
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 66 year old | Employer: | |
| DOB: | 2/9/1958 (66 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | PSR AETNA PRIME | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024

Page 59

Printed by 71334 at 8/21/24 10:10 AM

MC_001910

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:10 AM

Medical Records use only -(HAR ID)
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Surgery Followup (S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian))

#### Visit Diagnoses

| Name | Code |
|---|---|
| Arthritis of right knee (primary) | M17.11 |
| S/P revision of total knee, left | Z96.652 |
| Patellar tendon rupture, left, subsequent encounter | S86.812D |
| Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| Nutritional counseling | Z71.3 |
| Nutritional counseling performed. | |

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Zachary B Adler, MD | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

- Return in about 3 months (around 10/10/2024).

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM, IF USING TIME, 40 MINUTES OR MORE |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 7/10/2024 3:30 PM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Kasey J Dycus, MA at 7/10/2024 1530

| | | |
|---|---|---|
| Author: Kasey J Dycus, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 07/10/24 1551 | Encounter Date: 7/10/2024 | Status: Signed |
| Editor: Kasey J Dycus, MA (Medical Assistant) | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024

Page 60

Printed by 71334 at 8/21/24 10:10 AM

MC_001911

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

**Chief Complaint**

Patient presents with

- Surgery Followup
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

Additional Details: Patient stated her knee is doing well and she has continued to do her PT and exercises, which is now on hold for resting for the next 5 weeks. Patient rates her current pain as 0/10.

Patient also mentioned she has issues with her right knee from the medial knee and up the thigh into the lower back.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Kasey J Dycus, MA at 07/10/24 1551

**Progress Notes by Zachary B Adler, MD at 7/10/2024 1530**

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 07/10/24 1739 | Encounter Date: 7/10/2024 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Linda J Larocque  Returns today 7 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/2023 doing well.  Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. Linda J Larocque has returned to work and/or their previous activities and they are not requiring analgesics for the operative Knee since reconstructive surgery.

Long-leg cast was removed on 3/1/2024. She has been working with physical therapy and her brace unlocked.  She uses a walker to ambulate.

Her primary complaint at this time is progressively severe right knee pain.

PMH:  has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); pr foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC

MC_001912

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
**Social History**

**Tobacco Use**
- Smoking status:        Never
    Passive exposure:   Never
- Smokeless tobacco:    Never

**Substance Use Topics**
- Alcohol use:          Yes
    Comment: 1-2x year


Medications reviewed. Refer to medication module.
Allergies:
**Patients documented allergies**

| Allergen | Reactions |
| --- | --- |
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine]  *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride]  *fatigue* | |
| • Pravastatin  *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl]  *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Zoloft [Sertraline Hcl]  *ineffective* | |
| • Codeine Camsylate  *Ok with food* | Nausea and Itching, Pruritus |
| • Lipitor [Atorvastatin Calcium]  *myalgias* | Myalgia |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium]  *Gi upset* | Nausea |
| • Zocor [Simvastatin]  *myalgias* | |


ROS:  A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

BP 138/69 | Pulse 93 | Temp (Src) 96.5 (Temporal) | Resp 18 | Ht 5' 5"[hx[ (1.651 m) | Wt 275 lb (124.739 kg) | LMP 09/14/2009 Body mass index is 45.76 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Focused exam of the Bilateral lower extremities was performed.
The wound is well healed without signs of infection, no erythema, tenderness or discharge.  Skin does not reveal any new lesions.  Palpation of the regional nodal basin dies not reveal any lymphadenopathy.

---

ALLENMORE BUILDING C         Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 7/10/2024
Page 62                                      Printed by 71334 at 8/21/24 10:10 AM

MC_001913

**07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

Knee range of motion is 0 passively and -18 actively to 114
Lower extremities reveal no signs of deep venous thrombosis; calves and thighs are soft without swelling, induration or tenderness, Homan's sign is negative.


Range of motion of the Right knee was 0 to 114
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive crepitus, positive joint line tenderness and 2+ effusion was present.
Knee alignment was neutral and there was not a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact.
Foot alignment was neutral.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of Gait did reveal an antalgic gait.



Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
    07/10/2024 1606
**Result Impression**

    I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 7/10/24.

    The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
    grade 0 - no radiographic features of OA are present
    grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
    grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
    grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
    grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

    Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis.  Degenerative changes most severe in the patellofemoral compartment.

    Zachary B Adler, MD
    Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery


A/P

Doing well s/p Left Revision Total  knee Arthroplasty with progressively severe right knee DJD

|  |  | ICD-10-CM |
|---|---|---|
| 1. | **Arthritis of right knee** | **M17.11** |
| 2. | S/P revision of total knee, left | Z96.652 |
| 3. | Patellar tendon rupture, left, subsequent encounter | S86.812 |

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 7/10/2024
Page 63    Printed by 71334 at 8/21/24 10:10 AM

MC_001914

**07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

|  | D |
|---|---|
| 4.  Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| 5.  Nutritional counseling | Z71.3 |

We discussed the treatment options for progressively severe right knee DJD including conservative and surgical managment. At this point, Linda J Larocque does have radiographic and/or clinical findings that support total knee arthroplasty based on published appropriate use Criteria (Osteoarthritis of the Knee: Surgical Management 2016). However, patient does have modifiable and non-modifiable risk factors which increase the risk of complications associated with arthroplasty. Specifically, BMI over 40. I discussed with the patient that based on published Washington state criteria (Bree Collaborative, www.BreeCollaborative.org), BMI should below 40 before elective total joint replacement can safely be performed secondary to the dramatically elevated risk of perioperative complications. These include but are not limited to: Infection, dislocation, implant failure or loosening, need for revision surgery, pneumonia, blood clot, urinary tract infection, pressure ulcers or bed sores, and death. She has agreed to get their weight below 260 pounds before proceeding with elective arthroplasty. My recommendation for management of their degenerative joint disease and pain are:

- NSAIDs: Yes, discussed
- Turmeric: No
- Physical Therapy: Yes, continue
- Activity modification: No
- Lateral support: No
- Weight loss: Yes, discussed
- Anti-inflammatory/Plant based diet: No
- Brace: No
- Injection: Yes, right knee injection done today in clinic
- 

In regards to her left knee, can discontinue her hinged knee brace at this time. May wean off of her walker/cane as able. Continue activities as tolerated per revision TKA protocol and will continue antibiotic prophylaxis for invasive dental or surgical procedures per their dentists evaluation and current AAOS evidence based protocol. Return to clinic in 2.5 months. Linda J Larocque will need repeat radiographs of the knee. Patient instructed to return to clinic for signs and or symptoms of infection or dvt. Linda J Larocque was counseled today regarding risks and signs and symptoms to watch for including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

**Orders Placed This Encounter**
- Large Joint Injection/Arthrocentesis: R knee
  *This order was created via procedure documentation*
- XR Knee 4+ Views Complete Right
  *Rm 7 Adler*

| | |
|---|---|
| Order Specific Question: | Reason for order |
| Answer: | pain |
| Order Specific Question: | Radiologist can change order? |
| Answer: | Yes |
| Order Specific Question: | Release to patient : |
| Answer: | Immediate [1] |

Kindest regards,

MC_001915

**07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

-----
Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

## BMI Plan

BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 45.76 kg/m² as calculated from the following:
  Height as of this encounter: 1.651 m (5' 5").
  Weight as of this encounter: 124.7 kg (275 lb).

Arthritis of right knee  (primary encounter diagnosis)
Plan: XR Knee 4+ Views Complete Right, Large Joint
    Injection/Arthrocentesis: R knee

S/P revision of total knee, left

Patellar tendon rupture, left, subsequent encounter

Severe obesity (BMI >= 40) (CMS/HCC)

Nutritional counseling
Comment: Nutritional counseling performed.


  **Goals**
  None



Reasons for Referral(s):

Exercise encouragement: Dietary management education, guidance, and counseling (procedure)


Electronically signed by Zachary B Adler, MD at 07/10/24 1739


**Progress Notes by Zachary B Adler, MD at 7/10/2024 1530**

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 07/10/24 1739 | Encounter Date: 7/10/2024 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 7/10/2024
Page 65                                  Printed by 71334 at 8/21/24 10:10 AM

MC_001916

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Procedure Orders
1. Large Joint Injection/Arthrocentesis: R knee [830098895] ordered by Zachary B Adler, MD

Post-procedure Diagnoses
1. Arthritis of right knee

**Large Joint Injection/Arthrocentesis: R knee** on 7/10/2024 4:55 PM
Indications: pain
Details: 22 G needle, anteromedial approach
Medications: 40 mg triamcinolone 40 mg/mL; 20 mg lidocaine 1 %
Outcome: tolerated well, no immediate complications

Right knee intra-articular injection:

Using sterile technique the Right Knee was prepped and topical anesthetic spray was used as local anesthetic. Using sterile technique, the joint was entered and 1cc of 40mg/cc kenalog (for a total of 40 mg) and 3 cc's of 0.5% plain lidocaine was then injected and the needle withdrawn. There was no medication wasted. The procedure was well tolerated. The patient is asked to continue to rest the joint for a few more days before resuming regular activities. It may be more painful for the first 1-2 days. Watch for fever, or increased swelling or persistent pain in the joint.

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion.

Electronically signed by Zachary B Adler, MD at 07/10/24 1739

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD       Ordered on: 5/21/2019
Start date: 5/21/2019                    Action: Patient taking differently
Quantity: 1 Each                         Refill: No refills remaining

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD       Ordered on: 10/14/2021
Start date: 10/14/2021                   Quantity: 1 Each
Refill: No refills remaining

**rosuvastatin (CRESTOR) 20 mg Tab**

MC_001917

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP          Ordered on: 7/3/2023
Start date: 7/3/2023                             Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD               Ordered on: 9/14/2023
Start date: 9/14/2023                            Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist
Authorized by: Daniel Guerra, MD                 Ordered on: 11/8/2023
Start date: 11/8/2023                            Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5
minutes..
Authorized by: Rachel D Dawson, MD               Ordered on: 12/14/2023
Start date: 12/14/2023                           Quantity: 1 Kit
Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh              Discontinued on: 7/30/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD               Ordered on: 2/26/2024
Start date: 2/26/2024                            End date: 7/30/2024
Quantity: 90 Capsule                             Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD               Ordered on: 5/13/2024
Start date: 5/13/2024                            Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD               Ordered on: 5/15/2024
Start date: 5/15/2024                            End date: 7/10/2024
Quantity: 3 mL                                   Refill: No refills remaining

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD               Ordered on: 5/15/2024
Start date: 7/10/2024                            Quantity: 3 mL
Refill: 11 refills by 5/15/2025

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                    Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

---

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 7/10/2024

Page 67                                          Printed by 71334 at 8/21/24 10:10 AM

MC_001918

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Refill: 1 refill by 7/5/2025

Ordered on: 7/5/2024
Quantity: 30 Tablet

#### tramadol (ULTRAM) 50 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Refill: 2 refills by 1/1/2025

Ordered on: 7/5/2024
Quantity: 160 Tablet

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Quantity: 15 Tablet

Discontinued on: 8/8/2024

Ordered on: 7/5/2024
End date: 8/8/2024
Refill: No refills remaining

#### Stopped in Visit

None

## Imaging

### Imaging

#### XR Knee 4+ Views Complete Right [830098893] (Final result)

| XR Knee 4+ Views Complete Right [830098893] | Resulted: 07/10/24 1559, Result status: Final result |
|---|---|

Ordering provider: Zachary B Adler, MD  07/10/24 1558
Filed by: Zachary B Adler, MD  07/10/24 1643
Accession number: 35251848

Order status: Completed
Performed: 07/10/24 1559 - 07/10/24 1606

Impression:
I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 7/10/24.

The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
grade 0 - no radiographic features of OA are present
grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis. Degenerative changes most severe in the patellofemoral compartment.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Zachary B Adler, MD on 07/10/24 1739

#### Indications

Arthritis of right knee [M17.11 (ICD-10-CM)]

#### All Reviewers List

Zachary B Adler, MD on 7/10/2024 17:39

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024

Page 68

Printed by 71334 at 8/21/24 10:10 AM

MC_001919

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Imaging (continued)**

| Results | (Order ) |
|---|---|

# END OF IMAGING QUESTIONNAIRE REPORT

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication Administrations**

### lidocaine (Xylocaine) 1 % inj 20 mg [830098896]

Status: Completed (Past End Date/Time)　　Ordered On: 07/10/24 1739
Starts/Ends: 07/10/24 1655 - 07/10/24 1655　　Ordered Dose (Remaining/Total): 20 mg (0/1)
Ordered Rate/Order Duration: — / —　　Frequency: ONCE PRN

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 07/10/24 1655 Documented: 07/10/24 1739 | Given $ | 20 mg | — | Performed by: Zachary B Adler, MD Scanned Package: 0409-4276-16 |

### triamcinolone (Kenalog) 40 mg/mL inj 40 mg [830098897]

Status: Completed (Past End Date/Time)　　Ordered On: 07/10/24 1739
Starts/Ends: 07/10/24 1655 - 07/10/24 1655　　Ordered Dose (Remaining/Total): 40 mg (0/1)
Ordered Rate/Order Duration: — / —　　Frequency: ONCE PRN

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 07/10/24 1655 Documented: 07/10/24 1739 | Given $ | 40 mg | — | Performed by: Zachary B Adler, MD Scanned Package: 70121-1049-1 |

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Procedures**

Large Joint Injection/Arthrocentesis: R knee [830098895] (Final result)

ALLENMORE BUILDING C　　Larocque, Linda J
3124 S 19TH ST　　MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702　　Visit date: 7/10/2024

Page 69　　Printed by 71334 at 8/21/24 10:10 AM

MC_001920

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Electronically signed by: **Zachary B Adler, MD on 07/10/24 1655**                              Status: **Completed**
Ordering user: Zachary B Adler, MD 07/10/24 1655                    Authorized by: Zachary B Adler, MD
Ordering mode: Standard
Frequency: Routine 07/10/24 -                                                        Class: Clinic Performed
Quantity: 1                                                                                          Lab status: Final result
Diagnoses
Arthritis of right knee [M17.11]
Order comments: This order was created via procedure documentation

| **Large Joint Injection/Arthrocentesis: R knee [830098895]** | Resulted: 07/10/24 1655, Result status: Final result |
| --- | --- |

Order status: Completed                                            Filed by: Zachary B Adler, MD  07/10/24 1739
Narrative:
Zachary B Adler, MD    7/10/2024  5:39 PM
Large Joint Injection/Arthrocentesis: R knee on 7/10/2024 4:55 PM
Indications: pain
Details: 22 G needle, anteromedial approach
Medications: 40 mg triamcinolone 40 mg/mL; 20 mg lidocaine 1 %
Outcome: tolerated well, no immediate complications

Right knee intra-articular injection:

Using sterile technique the Right Knee was prepped and topical anesthetic
spray was used as local anesthetic. Using sterile technique, the joint was
entered and 1cc of 40mg/cc kenalog (for a total of 40 mg) and 3 cc's of
0.5% plain lidocaine was then injected and the needle withdrawn. There was
no medication wasted. The procedure was well tolerated.  The patient is
asked to continue to rest the joint for a few more days before resuming
regular activities.  It may be more painful for the first 1-2 days.  Watch
for fever, or increased swelling or persistent pain in the joint.

Procedure, treatment alternatives, risks and benefits explained, specific
risks discussed. Consent was given by the patient. Immediately prior to
procedure a time out was called to verify the correct patient, procedure,
equipment, support staff and site/side marked as required. Patient was
prepped and draped in the usual sterile fashion.

Post-procedure diagnoses:
Arthritis of right knee
Acknowledged by: Zachary B Adler, MD on 07/11/24 1115

| Procedures Performed | Chargeables |
| --- | --- |
| PR ARTHROCENTESIS MAJOR JOINT OR BURSA W/O US GUIDANCE [20610] | |

#### Indications

Arthritis of right knee [M17.11 (ICD-10-CM)]

#### All Reviewers List

Zachary B Adler, MD on 7/11/2024 11:15

### Flowsheets

#### Custom Formula Data

| Row Name | 07/10/24 1546 | | | | |
| --- | --- | --- | --- | --- | --- |
| OTHER | | | | | |
| Ideal Body | 125.66 lbs -KD | | | | |

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 7/10/2024
Page 70                                                        Printed by 71334 at 8/21/24 10:10 AM

MC_001921

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

Weight

| | |
|---|---|
| Adjusted Body Weight | 185.4 lbs -KD |
| % Over/Under Ideal Body Weight | 118.84 -KD |
| Predicted Body Weight | 57 -KD |
| Length (cm) | 165.1 cm -KD |
| IBW/kg (Calculated) Male | 61.5 kg -KD |
| IBW/kg (Calculated) Female | 57 kg -KD |
| BSA (Calculated - sq m) | 2.39 sq meters -KD |

Vitals

| | |
|---|---|
| MAP (mmHg) | 92 mmHg -KD |

BMI

| | |
|---|---|
| BMI (Calculated) | 45.76 -KD |

Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 57 -KD |
| Low Range Vt 6mL/kg | 342 mL/kg -KD |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -KD |
| Adult High Range Vt 10mL/kg | 570 mL/kg -KD |

Vital Signs

| | |
|---|---|
| BMI (Calculated) | 45.76 -KD |

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 57 kg -KD |
| IBW/kg (Calculated) Male | 61.5 kg -KD |

**Encounter Vitals**

| Row Name | 07/10/24 1546 | | | | | |
|---|---|---|---|---|---|---|
| Enc Vitals | | | | | | |
| BP | 138/69 -KD | | | | | |
| Pulse | 93 -KD | | | | | |
| Resp | 18 -KD | | | | | |
| Temp | 35.8 °C (96.5 °F) -KD | | | | | |
| Temp src | Temporal -KD | | | | | |
| Weight | 124.7 kg (275 lb) hx -KD | | | | | |
| Height | 1.651 m (5' 5") hx -KD | | | | | |
| Pain Score | ZERO/TEN -KD | | | | | |
| Pain Loc | KNEE -KD | | | | | |
| Pain Education | Yes -KD | | | | | |

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 7/10/2024

Page 71                                        Printed by 71334 at 8/21/24 10:10 AM

MC_001922

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

**User Key**          (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KD | Kasey J Dycus, MA | Medical Assistant | — |

**Patient Instructions**

You have just been given an injection to include, Kenalog and Lidocaine. The medication may make your joint(s) feel stiff and sore for 24-48 hours. It is possible that you may experience increase swelling or soreness during the next 24 hours. It is not necessary to go the ER but rest, elevation, and icing will help you recover from that reaction. At the end of this time, you may actually have a temporary increase in pain. Applying ice for 20 minutes every hour will help with this discomfort. You may take an anti-inflammatory or pain medication, as directed by your doctor.

The injection usually starts providing relief in 2 days but can take 1-2 weeks. It may take 6 weeks for the medication to provide full effect. The medication can last between 3-4 months or more in some cases.

If you experience any of the following symptoms: redness, increase swelling, fever or chills, please contact our office at 253-792-6555.

Electronically signed by Zachary B Adler, MD at 07/10/24 1655

**After Visit Summary**

After Visit Summary (below)

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 7/10/2024
Page 72      Printed by 71334 at 8/21/24 10:10 AM

MC_001923

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

# MultiCare

## AFTER VISIT SUMMARY

**Linda J. Larocque** DOB: 2/9/1958

7/10/2024 3:30 PM   MultiCare Orthopedics & Sports Medicine - Tacoma 253-792-6555

### Instructions from Zachary Adler, MD

You have just been given an injection to include, Kenalog and Lidocaine. The medication may make your joint(s) feel stiff and sore for 24-48 hours. It is possible that you may experience increase swelling or soreness during the next 24 hours. It is not necessary to go the ER but rest, elevation, and icing will help you recover from that reaction. At the end of this time, you may actually have a temporary increase in pain. Applying ice for 20 minutes every hour will help with this discomfort. You may take an anti-inflammatory or pain medication, as directed by your doctor.

The injection usually starts providing relief in 2 days but can take 1-2 weeks. It may take 6 weeks for the medication to provide full effect. The medication can last between 3-4 months or more in some cases.

If you experience any of the following symptoms: redness, increase swelling, fever or chills, please contact our office at 253-792-6555.

Return in your 3 months (around 10/10/2024).

### What's Next

Simple Visit with Rachel Dawson, MD
Monday August 5 8:30 AM

Lakewood Family
Practice
5700 100th St SW STE
510
LAKEWOOD WA
98499-2767
253-792-6526

### Imaging Referrals
XR Knee 4+ Views Complete Right

### PCP

| Primary Care Provider | Phone |
|---|---|
| Rachel D Dawson, MD | 253-792-6526 |

### Today's Visit

You saw Zachary Adler, MD on Wednesday July 10, 2024 for: Surgery Followup.
The following issues were addressed:
- Arthritis of right knee
- S/P revision of total knee, left
- Patellar tendon rupture, left, subsequent encounter
- Severe obesity (BMI >= 40) (CMS/HCC)
- Nutritional counseling

| | |
|---|---|
| Blood Pressure **138/69** | BMI **45.76** |
| Weight **275 lb** | Height **5' 5"** |
| Temperature (Temporal) **96.5 °F** | Pulse **93** |
| Respiration **18** | |

### Done Today

Large Joint Injection/Arthrocentesis: R knee for Arthritis of right knee

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024

Page 73

Printed by 71334 at 8/21/24 10:10 AM

MC_001924

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 7/10/2024

|  | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your
medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://
mychart.multicare.org/MyMultiCare/
 and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 7/10/2024

Page 74                                               Printed by 71334 at 8/21/24 10:10 AM

MC_001925

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List as of July 10 2024 4:55 PM

(i) Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| aspirin 81 MG Chew | Chew and swallow 1 Tablet by mouth once daily. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| hydrOXYzine hcl 25 MG Tabs<br>A ARAX<br>30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc<br>1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| naloxone 1 mg/mL Soln<br>NARCAN<br>1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| Ozempic (0.25 or 0.5 MG/DOSE) 2 MG/3ML Sopn<br>Semaglutide(0.25 or 0.5 MG/DOSE)<br>3 mL | Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65<br>May 15, 2024 |
| Ozempic (1 MG/DOSE) 4 MG/3ML Sopn<br>Semaglutide (1 MG/DOSE)<br>3 mL | Inject 1 mg under the skin every week. |

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 7/10/2024

Page 75          Printed by 71334 at 8/21/24 10:10 AM

MC_001926

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of July 10, 2024 4:55 PM

rosuvastatin 20 mg Tabs
Crestor
90 Tablet

Take 1 Tablet by mouth each evening.

TechLite Pen Needles 31G X 8 MM Misc
Insulin Pen Needle
100 Each

Use With victoza injections

tramadol 50 MG Tabs
Ultram
160 Tablet

Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

verapamil 240 MG Tbcr
CALAN SR
90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

⊕ * This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MultiCare Orthopedics & Sports Medicine - Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433

### Letters

#### Letter by Zachary B Adler, MD on 7/10/2024

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024

MC_001927

**Preferred Pharmacy (continued)**

Letters (continued)

Status: Sent
Letter body:

# MultiCare 🕂

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19TH ST STE C340
TACOMA WA 98405-2433
ph: 253-792-6555
fax: 253-459-7047

July 10, 2024

Patient:     **Linda J Larocque**
Date of Birth: **2/9/1958**
Date of Visit: **7/10/2024**

To Whom it May Concern:

Linda Larocque was seen in my clinic on 7/10/2024 at 3:30 pm. Please see the progress notes from this visit, attached.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Zachary B Adler, MD

Patient Instructions

You have just been given an injection to include, Kenalog and Lidocaine. The medication may make your joint(s) feel stiff and sore for 24-48 hours. It is possible that you may experience increase swelling or soreness during the next 24 hours. It is not necessary to go the ER but rest, elevation, and icing will help you recover from that reaction. At the end of this time, you may actually have a temporary increase in pain. Applying ice for 20 minutes every hour will help with this discomfort. You may take an anti-inflammatory or pain medication, as directed by your doctor.

The injection usually starts providing relief in 2 days but can take 1-2 weeks. It may take 6 weeks for the medication to provide full effect. The medication can last between 3-4 months or more in some cases.

If you experience any of the following symptoms: redness, increase swelling, fever or chills, please contact our office at 253-792-6555.

MC_001928

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/10/2024
Printed by 71334 at 8/21/24 10:10 AM

MC_001929

Larocque, Linda J
MRN: 172930

## 07/04/2024 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          MRN:  172930
                                             CSN:  364098842

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/4/2024 | | | No service for | |

**Admitting Physician:**  

**Chief Complaint:**  Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone      Not on file. |
| | | Work Phone      Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile             253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (66 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:**   Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 7/4/2024
LAKEWOOD WA 98499-2767

Page 79                                    Printed by 71334 at 8/21/24 10:10 AM

MC_001930

## 07/04/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (alprazolam, tramadol, hydroxyzine - SAFEWAY PHARMACY #1594 - TACOMA, WA); onset date 7/4/2024
- Rx Refill Center - Control Medication, onset date 7/4/2024
- Rx Refill Center - Medication Outside Of Protocol, onset date 7/4/2024

#### Visit Diagnoses

- Acute right lumbar radiculopathy [M54.16]
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.37]
- RECURR DEPR PSYCHOS-MOD [F33.1]

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|--|----------|------------|--------|
| 7/4/2024 1:04 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Vladimir A Zaytsev at 7/4/2024 1409

| | | |
|--|--|--|
| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |
| Filed: 07/04/24 1414 | Encounter Date: 7/4/2024 | Status: Signed |
| Editor: Vladimir A Zaytsev | | |

*Ozempic - Duplicate pending - Surescript order:*

Electronically signed by Vladimir A Zaytsev at 07/04/24 1414

#### Telephone Encounter by Vladimir A Zaytsev at 7/4/2024 1412

| | | |
|--|--|--|
| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

MC_001931

## 07/04/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Filed: 07/04/24 1414 | Encounter Date: 7/4/2024 | Status: Signed |
| Editor: Vladimir A Zaytsev | | |

### Pharmacy Refill Center Support Note
### Non-Protocol - hydrOXYzine hcl (ATARAX) 25 MG
### Controlled Substance

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

*PRC Case Review*
*Last dispensed: 6/11/24 - alprazolam*
*Last dispensed: 6/5/24 - tramadol*
*Last dispensed: 12/8/23 - hydroxyzine*
*Last encounter with Rachel D Dawson, MD: 5/28/2024*
*Next appointment with PCP: 8/5/2024*

*Renal Function:*

Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

eGFR

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 95 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

GFR non African Amer

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

GFR African American

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Vladimir A Zaytsev at 07/04/24 1414

**Telephone Encounter by Vladimir A Zaytsev at 7/4/2024 1414**

| | | |
|---|---|---|
| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |
| Filed: 07/04/24 1414 | Encounter Date: 7/4/2024 | Status: Signed |
| Editor: Vladimir A Zaytsev | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

Page 81

Printed by 71334 at 8/21/24 10:10 AM

MC_001932

## 07/04/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

```
Pending Prescriptions:          Disp  Refills
  hydrOXYzine hcl (ATARAX) 25 MG Tab    30 Tab*1
Sig: Take 1 Tablet by mouth three times a day as needed
    for itching/pruritus or pain.
  tramadol (ULTRAM) 50 MG Tab          160 Ta*2
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain. Replaces norco for chronic pain exempt
  alprazolam (XANAX) 0.25 MG Tab        15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.
```

-------------------------------------------------------------------

Electronically signed by Vladimir A Zaytsev at 07/04/24 1414

### Telephone Encounter by Amy J Goodwin, MA at 7/5/2024 0804

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 07/05/24 0804 | Encounter Date: 7/4/2024 | Status: Signed |

Editor: Amy J Goodwin, MA (Medical Assistant)

```
Pending Prescriptions:          Disp  Refills
  hydrOXYzine hcl (ATARAX) 25 MG Tab    30 Tab*1
Sig: Take 1 Tablet by mouth three times a day as needed
    for itching/pruritus or pain.
  tramadol (ULTRAM) 50 MG Tab          160 Ta*2
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain. Replaces norco for chronic pain exempt
  alprazolam (XANAX) 0.25 MG Tab        15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.
```

-------------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 07/05/24 0804

### Telephone Encounter by Kristen Abrams, ARNP at 7/5/2024 0942

| | | |
|---|---|---|
| Author: Kristen Abrams, ARNP | Service: — | Author Type: Nurse Practitioner |
| Filed: 07/05/24 0942 | Encounter Date: 7/4/2024 | Status: Signed |

Editor: Kristen Abrams, ARNP (Nurse Practitioner)

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

Page 82

Printed by 71334 at 8/21/24 10:10 AM

MC_001933

## 07/04/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

```
Signed Prescriptions:              Disp  Refills
  hydrOXYzine hcl (ATARAX) 25 MG Tab      30 Tab*1
Sig: Take 1 Tablet by mouth three times a day as needed
      for itching/pruritus or pain.
Authorizing Provider: ABRAMS, KRISTEN
  tramadol (ULTRAM) 50 MG Tab           160 Ta*2
Sig: Take 2 Tablets by mouth every 8 hours as needed for
      pain. Replaces norco for chronic pain exempt
Authorizing Provider: ABRAMS, KRISTEN
  alprazolam (XANAX) 0.25 MG Tab        15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
      for anxiety.
Authorizing Provider: ABRAMS, KRISTEN
```

-------------------------------------------------------------

Electronically signed by Kristen Abrams, ARNP at 07/05/24 0942

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

Page 83

Printed by 71334 at 8/21/24 10:10 AM

MC_001934

## 07/04/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD
Start date: 5/15/2024
Quantity: 3 mL

Ordered on: 5/15/2024
End date: 7/10/2024
Refill: No refills remaining

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD
Start date: 7/10/2024
Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024
Quantity: 3 mL

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Refill: 1 refill by 7/5/2025

Ordered on: 7/5/2024
Quantity: 30 Tablet

### tramadol (ULTRAM) 50 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Kristen Abrams, ARNP
Start date: 7/5/2024
Refill: 2 refills by 1/1/2025

Ordered on: 7/5/2024
Quantity: 160 Tablet

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD

Discontinued on: 8/8/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

Page 84

Printed by 71334 at 8/21/24 10:10 AM

MC_001935

## 07/04/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Kristen Abrams, ARNP       Ordered on: 7/5/2024
Start date: 7/5/2024                       End date: 8/8/2024
Quantity: 15 Tablet                        Refill: No refills remaining

**Stopped in Visit**

None

| Results | | (Order) |
|---------|---|---------|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---------|-------|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|-----------|-----|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|------|-----|------|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 7/4/2024  1:04 PM |

Refills have been requested for the following medications:

Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector [Rachel Dawson, MD]

hydrOXYzine hcl (ATARAX) 25 MG Tab [Rachel Dawson, MD]

tramadol (ULTRAM) 50 MG Tab [Rachel Dawson, MD]

alprazolam (XANAX) 0.25 MG Tab [Rachel Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA

MULTICARE LAKEWOOD       Larocque, Linda J
CLINIC                   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW         Visit date: 7/4/2024
LAKEWOOD WA 98499-2767

Page 85                                    Printed by 71334 at 8/21/24 10:10 AM

MC_001936

## Preferred Pharmacy (continued)

**Messages (continued)**

Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

Page 86

Printed by 71334 at 8/21/24 10:10 AM

MC_001937

## 07/04/2024 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**  
**MRN:** 172930  
**CSN:** 364098382

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 7/4/2024 | | | No service for | |

**Admitting Physician:**  
**Chief Complaint:**  
**Adm Dx:**  
Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave  
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145  
**Age:** 66 year old  
**DOB:** 2/9/1958 (66 yrs)  
**Sex:** female  
**Marital Status:** Married

Telephone Information:  
Home Phone    Not on file.  
Work Phone    Not on file.  
Mobile    253-273-7247  
**Employer:**  
No address on file.

**Primary Care Physician:** Rachel D Dawson, MD  
**Referring Physician:**

**Employer Phone:**  
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self  
**Guarantor Name:**  
**Guarantor Address:** 6824 S PARK AVE  
TACOMA, WA 98408-5509

**Acct Type:**  
**Acct ID:**  
**DOB:** 2/9/1958

**Home Phone:**  
**Guarantor's Employer:**  
**Work Phone:**

### Primary Insurance

**Name of Insurance:**  
**Subscriber Name:**  
**Subscriber DOB:**  
**Pt Relationship to Sub:**

**Group Name:**  
**Group #:**  
**Ins ID#:**

### Secondary Insurance

**Name of Insurance:**  
**Subscriber Name:**  
**Subscriber DOB:**  
**Pt Relationship to Sub:**

**Group Name:**  
**Group #:**  
**Ins ID#:**

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

Page 87

Printed by 71334 at 8/21/24 10:10 AM

MC_001938

## 07/04/2024 - Health Maintenance Letter (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Call Information**

| | Department | Center |
|---|---|---|
| 7/4/2024 12:52 PM | | |

**Results** (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Messages**

**Health Reminders**

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 7/4/2024 12:52 PM |

Last Read in MyChart
7/4/2024 12:58 PM by Linda J Larocque

July 4, 2024

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place. In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 7/4/2024
WAY
TACOMA WA 98405-4234

Page 88

Printed by 71334 at 8/21/24 10:10 AM

MC_001939

**Preferred Pharmacy (continued)**

Messages (continued)

of reminders about your specific healthcare status, indicates that you are due for the following:

Hepatitis A Vaccine
Hepatitis B Vaccine

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


Patient Instructions

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/4/2024

Page 89

Printed by 71334 at 8/21/24 10:10 AM

MC_001940

## 07/02/2024 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 363810595

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/2/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

| | MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|---|
| | 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | LAKEWOOD WA 98499-2767 | Visit date: 7/2/2024 |

Page 90

Printed by 71334 at 8/21/24 10:10 AM

MC_001941

## 07/02/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (Ozempic (0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution - SAFEWAY PHARMACY #1594)

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 7/2/2024 10:13 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Vladimir A Zaytsev at 7/4/2024 1409

| | | |
|---|---|---|
| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |
| Filed: 07/05/24 1042 | Encounter Date: 7/2/2024 | Status: Addendum |
| Editor: Edward Yuk Pong Lai, PHARM D (Pharmacist) | | |

*5/15/24*
**Ozempic 0.25 mg weekly for four weeks**
**Then increase dose to 0.5 mg weekly for four weeks**
**Then increase dose to 1 mg weekly**
Main side effects bloating the day or so after the shot
Positive effect significant decrease in appetite resulting in weight loss

*Last dispensed: 5/15/2024*
*Last encounter with Rachel D Dawson, MD: 5/28/2024*
*Next appointment with PCP: 8/5/2024*

### Diabetes Rx Labs
#### Hemoglobin A1C

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 5.8 (H) | <5.7 % | Final |

Comment:
*HbA1c values of 5.7-6.4 percent indicate an increased risk for developing*
*diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5*
*percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2024

Page 91

Printed by 71334 at 8/21/24 10:10 AM

MC_001942

## 07/02/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

*individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing.*

No results found for: "HGB A1C POCT"
No results found for: "HA1CS"

**Na**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 138 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 5.0 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 24 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 124 (H) | 65 - 120 mg/dL | Final |

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Edward Yuk Pong Lai, PHARM D at 07/05/24 1042

### Telephone Encounter by Vladimir A Zaytsev at 7/5/2024 0908

| | | |
|---|---|---|
| Author: Vladimir A Zaytsev | Service: Pharmacy | Author Type: — |
| Filed: 07/05/24 0908 | Encounter Date: 7/2/2024 | Status: Signed |
| Editor: Vladimir A Zaytsev | | |

Pending Prescriptions:          Disp   Refills
  Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0*3 mL
Sig: Inject 0.25 mg under the skin every week for 28 days.
      THEN 0.5 mg every week for 28 days. E11.65

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2024

Page 92

Printed by 71334 at 8/21/24 10:10 AM

MC_001943

## 07/02/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Vladimir A Zaytsev at 07/05/24 0908

### Telephone Encounter by Edward Yuk Pong Lai, PHARM D at 7/5/2024 1044

| | | |
|---|---|---|
| Author: Edward Yuk Pong Lai, PHARM D | Service: — | Author Type: Pharmacist |
| Filed: 07/05/24 1044 | Encounter Date: 7/2/2024 | Status: Signed |

Editor: Edward Yuk Pong Lai, PHARM D (Pharmacist)
Refused Prescriptions:        Disp   Refills  Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0*3 mL        Sig: Inject 0.25 mg under the skin every week for 28 days.        THEN 0.5 mg every week for 28 days. E11.65Refused By: LAI, EDWARDReason for Refusal: Request already responded to by other means (e.g. phone or fax)Reason for Refusal Comment: pls check your records for an alternate dose sent 5/15/2024------------------------------------------------------------------------

Electronically signed by Edward Yuk Pong Lai, PHARM D at 07/05/24 1044

### Telephone Encounter by De Anna M Stoltenberg, PHARM D at 7/5/2024 1327

| | | |
|---|---|---|
| Author: De Anna M Stoltenberg, PHARM D | Service: Pharmacy | Author Type: Pharmacist |
| Filed: 07/05/24 1327 | Encounter Date: 7/2/2024 | Status: Signed |

Editor: De Anna M Stoltenberg, PHARM D (Pharmacist)
Refused Prescriptions:        Disp   Refills  Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0*3 mL        Sig: Inject 0.25 mg under the skin every week for 28 days.        THEN 0.5 mg every week for 28 days. E11.65Refused By: LAI, EDWARDReason for Refusal: Request already responded to by other means (e.g. phone or fax)Reason for Refusal Comment: pls check your records for an alternate dose sent 5/15/2024------------------------------------------------------------------------

Electronically signed by De Anna M Stoltenberg, PHARM D at 07/05/24 1327

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2024

Page 93

Printed by 71334 at 8/21/24 10:10 AM

MC_001944

## 07/02/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD
Start date: 5/15/2024
Quantity: 3 mL

Ordered on: 5/15/2024
End date: 7/10/2024
Refill: No refills remaining

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD
Start date: 7/10/2024
Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024
Quantity: 3 mL

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Kristen Abrams, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD
Start date: 5/28/2024

Discontinued on: 7/5/2024

Ordered on: 5/28/2024
End date: 7/4/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2024

Page 94

Printed by 71334 at 8/21/24 10:10 AM

MC_001945

## 07/02/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 30 Tablet | Refill: 1 refill by 5/28/2025 |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2024 |
| Start date: 6/5/2024 | End date: 7/4/2024 |
| Quantity: 160 Tablet | Refill: 2 refills by 12/2/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/11/2024 |
| Start date: 6/11/2024 | End date: 7/4/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/2/2024

Page 95

Printed by 71334 at 8/21/24 10:10 AM

MC_001946

## 06/12/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 361040517

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/12/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:**  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

COVINGTON MULTICARE CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/12/2024

MC_001947

## 06/12/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | | |
|---|---|---|---|
| MMA PRIMARY CARE REFERRALS | 17700 SE 272ND ST #325 Covington WA 98402-4951 | | |

## Call Information

| | Department | Center |
|---|---|---|
| 6/12/2024 3:05 PM | MMA PRIMARY CARE REFERRALS | |

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

## Patient Instructions

None

COVINGTON MULTICARE CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/12/2024

Page 97

Printed by 71334 at 8/21/24 10:10 AM

MC_001948

## 06/12/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　　　**CSN:** 361040562

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/12/2024 | | | No service for | |

**Admitting Physician:**　　　　　　　　　　　　**Chief Complaint:**
　　　　　　　　　　　　　　　　　　　　　　　　**Adm Dx:**
　　　　　　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information:<br>Home Phone　Not on file.<br>Work Phone　Not on file.<br>Mobile　253-273-7247 | |
| **SSN:** | xxx-xx-5145 | | |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | No address on file. | |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD　　　**Employer Phone:**
**Referring Physician:**　　　　　　　　　　　　　　　**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

COVINGTON MULTICARE CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/12/2024

Page 98　　　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:10 AM

MC_001949

## 06/12/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | | |
|------|---------|---|---|
| MMA PRIMARY CARE REFERRALS | 17700 SE 272ND ST #325 Covington WA 98402-4951 | | |

## Call Information

| | Department | Center |
|---|------------|--------|
| 6/12/2024 3:05 PM | MMA PRIMARY CARE REFERRALS | |

## Results                                                                (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Letters

#### Referral Approval by Palepa Fitiao on 6/12/2024

Status: Sent by batch
Letter body:

Hello Linda,

This letter is in response to a request by your provider for a special procedure or a consult by a specialist. Your Referral has been approved by your insurance. Below is information regarding your referral. You can also review details of your referral by navigating to the epichttp://referrals[Referrals] page.

REFERRAL INFORMATION
Referred by Department Phone Number: 253-792-6526
Referred to Provider: No referral provider
Referred to Specialty: OUTSIDE PLACE OF SERVICE
NEW
New, WA 99999
Phone: 253-555-1212
No fax number known.
Referral ID Number 21048252

Procedures:

COVINGTON MULTICARE
CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/12/2024

Page 99

Printed by 71334 at 8/21/24 10:10 AM

MC_001950

## Preferred Pharmacy (continued)

Letters (continued)

REF005 - REFERRAL TO CHIROPRACTIC
AETNA MEDICARE ADVANTAGE
Authorization #:

Referral Start Date:05/28/2024
Referral End Date: 08/26/2024
Number of Authorized visits:8
Referred to Department Phone Number:


MORE INFORMATION
If your insurance changes, please contact the referring department
253-792-6526 to update your coverage.




Patient Instructions

None

COVINGTON MULTICARE
CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/12/2024

Page 100

Printed by 71334 at 8/21/24 10:10 AM

MC_001951

## 06/09/2024 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 360448926

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/9/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

| | | | |
|---|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** | |
| **Referring Physician:** | | **Occupation:** | |

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/9/2024

Page 101

Printed by 71334 at 8/21/24 10:10 AM

MC_001952

## 06/09/2024 - Health Maintenance Letter (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Call Information**

| | Department | Center |
|---|---|---|
| 6/9/2024 10:52 AM | | |

| **Results** | | **(Order )** |
|---|---|---|

### END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Messages**

**Health Reminders**

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 6/9/2024 10:52 AM |
| Last Read in MyChart | | |
| Not Read | | |

June 9, 2024

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness
and injury in the first place.  In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/9/2024

Page 102

Printed by 71334 at 8/21/24 10:10 AM

MC_001953

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Hepatitis A Vaccine

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/9/2024

Page 103

Printed by 71334 at 8/21/24 10:10 AM

MC_001954

## 06/08/2024 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 360421926

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/8/2024 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request; Rx Refil*
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 6/8/2024
LAKEWOOD WA 98499-2767

Page 104                                    Printed by 71334 at 8/21/24 10:10 AM

MC_001955

## 06/08/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (    alprazolam (XANAX) 0.25 MG Tab- SAFEWAY PHARMACY #1594 - TACOMA, WA ); onset date 6/8/2024
- Rx Refill Center - Control Medication, onset date 6/8/2024

#### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Incoming Web

| | Provider | Department | Center |
|---|---|---|---|
| 6/8/2024 11:41 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Rachelle B Noel at 6/9/2024 1157

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: Pharmacy | Author Type: — |
| Filed: 06/09/24 1158 | Encounter Date: 6/8/2024 | Status: Signed |
| Editor: Rachelle B Noel | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

**PRC Case Review**
*Last dispensed: 04/02/2024*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/8/2024

Page 105

Printed by 71334 at 8/21/24 10:10 AM

MC_001956

## 06/08/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

*Last encounter with Rachel D Dawson, MD: 5/28/2024*
*Next appointment with PCP: 8/5/2024*

### *Renal Function:*

Creatinine

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

GFR non African Amer

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

GFR African American

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Rachelle B Noel at 06/09/24 1158

### Telephone Encounter by Rachelle B Noel at 6/9/2024 1158

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: Pharmacy | Author Type: — |
| Filed: 06/09/24 1158 | Encounter Date: 6/8/2024 | Status: Signed |
| Editor: Rachelle B Noel | | |

Pending Prescriptions:    Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab    15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

-------------------------------------------------------------------

Electronically signed by Rachelle B Noel at 06/09/24 1158

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 6/10/2024 0731

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 06/10/24 0731 | Encounter Date: 6/8/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:    Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab    15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

-------------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 06/10/24 0731

### Telephone Encounter by Rachel D Dawson, MD at 6/11/2024 1815

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 06/11/24 1815 | Encounter Date: 6/8/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/8/2024

Page 106

Printed by 71334 at 8/21/24 10:10 AM

MC_001957

## 06/08/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Signed Prescriptions:       Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab     15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.
Authorizing Provider: DAWSON, RACHEL D

-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 06/11/24 1815

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD     Ordered on: 10/14/2021
Start date: 10/14/2021     Quantity: 1 Each
Refill: No refills remaining

###### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP     Ordered on: 7/3/2023
Start date: 7/3/2023     Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

###### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 9/14/2023
Start date: 9/14/2023     Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

###### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD     Ordered on: 11/8/2023
Start date: 11/8/2023     Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

###### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/8/2024

Page 107

Printed by 71334 at 8/21/24 10:10 AM

MC_001958

## 06/08/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD
Start date: 5/15/2024
Quantity: 3 mL

Ordered on: 5/15/2024
End date: 7/10/2024
Refill: No refills remaining

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD
Start date: 7/10/2024
Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024
Quantity: 3 mL

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Kristen Abrams, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD
Start date: 5/28/2024
Quantity: 30 Tablet

Discontinued on: 7/5/2024

Ordered on: 5/28/2024
End date: 7/4/2024
Refill: 1 refill by 5/28/2025

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Kristen Abrams, ARNP
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 6/5/2024
Quantity: 160 Tablet

Discontinued on: 7/5/2024

Ordered on: 6/5/2024
End date: 7/4/2024
Refill: 2 refills by 12/2/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Kristen Abrams, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 6/11/2024

Discontinued on: 7/5/2024

Ordered on: 6/11/2024
End date: 7/4/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/8/2024

Page 108

Printed by 71334 at 8/21/24 10:10 AM

MC_001959

## 06/08/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| Quantity: 15 Tablet | Refill: No refills remaining |
|---|---|

**Stopped in Visit**

None

## Results                                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 6/8/2024 11:41 AM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Rachel Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

| | | |
|---|---|---|
| | MULTICARE LAKEWOOD CLINIC 5700 100th St SW LAKEWOOD WA 98499-2767 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 6/8/2024 |

MC_001960

**06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 362663199

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/5/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Page 110

Printed by 71334 at 8/21/24 10:10 AM

MC_001961

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | | | |
|------|--|--|--|
| TG MHS TRANSCRIPTION | | | |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 6/5/2024 7:02 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Page 111

Printed by 71334 at 8/21/24 10:10 AM

MC_001962

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents**

Consultation - Physical Therapy Order - Scan on 6/21/2024 1847: Consultation - Physical Therapy Order

Scan (below)

# Plan of Care

*172930*

**ANCHOR**
Physical Therapy

**Patient**
Linda Larocque

**DOB**
2/9/1958

Female

**Scheduled Provider**
Kamilah Kent
*NPI # 1013773847*

**Visit**
5/30/2024

**Visit #**
25

### Clinic Details

| Clinic | Address |
|---|---|
| Phone # | |
| Fax # | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| Diagnosis Codes | Injury Onset Date |
| Referring Provider | Date of Initial Eval |

### Assessment

Patient Self-Report

Patient Assessment/Diagnosis

Rehab Prognosis/Potential

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

MC_001963

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents (continued)**

TG98 LAROCQUE, LINDA J

| 6/2/2024 23:38:33 PDT | To: 1253459 7949 | Page 3:3 | From: 2534747479 | Fax: 2534747479 |
|---|---|---|---|---|

Plan

Notes on Plan

Signatures

Treating Provider Signature

Referring Provider Signature

[signature] 6/5/24

---

**Clinical Notes**

**Procedures by HIM SCANNED DOCUMENT at 6/21/2024 1847**

| Author: HIM SCANNED DOCUMENT | Service: ---- | Author Type: Interface Resource |
|---|---|---|

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_001964

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

Filed: 06/21/24 1902        Encounter Date: 6/5/2024        Status: Signed
Editor: HIM SCANNED DOCUMENT (Interface Resource)
   Procedure Orders
   1. REFERRAL TO PHYSICAL THERAPY [808413787] ordered by Interface, Onbase Scans at 06/05/24 1847

TACOMA GENERAL      Larocque, Linda J
HOSPITAL           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 6/5/2024
WAY
TACOMA WA 98405-4234

Page 114                      Printed by 71334 at 8/21/24 10:10 AM

MC_001965

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

Scan on 6/21/2024 1847 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

# Plan of Care

172930

ANCHOR
Physical Therapy

Linda Larocque    2/9/1958    Female

Kamilah Kent
NPI# 1013773647

5/30/2024    25

## Clinic Details

Clinic

Phone #

Fax #

Address

## Case Details

Injury Description

Diagnosis Codes

Referring Provider

Date of Plan of Care

Injury Onset Date

Date of Initial Eval

## Assessment

Patient Self-Report

Patient Assessment / Diagnosis

Rehab Prognosis/Potential

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_001966

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

[illegible faxed content]

### Plan

**Notes on Plan**

[illegible text]

### Signatures

**Treating Provider Signature**

[illegible text]

**Referring Provider Signature**

[illegible text]

6/5/24

Electronically signed by HIM SCANNED DOCUMENT at 06/21/24 1902

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Page 116

Printed by 71334 at 8/21/24 10:10 AM

MC_001967

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Page 117

Printed by 71334 at 8/21/24 10:10 AM

MC_001968

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/13/2024 |
| Start date: 5/13/2024 | Quantity: 180 Capsule |
| Refill: 2 refills by 5/13/2025 | |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 5/15/2024 | End date: 7/10/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 7/10/2024 | Quantity: 3 mL |
| Refill: 11 refills by 5/15/2025 | |

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.

| | |
|---|---|
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/28/2024 |
| Start date: 5/28/2024 | End date: 7/4/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 5/28/2025 |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |

Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2024 |
| Start date: 6/5/2024 | End date: 7/4/2024 |
| Quantity: 160 Tablet | Refill: 2 refills by 12/2/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/11/2024 |
| Start date: 6/11/2024 | End date: 7/4/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                 (Order )

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Page 118

Printed by 71334 at 8/21/24 10:10 AM

MC_001969

## 06/05/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)
## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Other Orders - Procedures**

**Referral**

**REFERRAL TO PHYSICAL THERAPY [808413787] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 06/05/24 1847**　　　　　　　　　　Status: **Completed**
Ordering user: Interface, Onbase Scans 06/05/24 1847　　　　Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency: 06/05/24 1847 -　　　　　　　　　　Quantity: 1
Lab status: Final result
　　Scan on 6/21/2024 1847 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

TACOMA GENERAL　　Larocque, Linda J
HOSPITAL　　　　　　MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 6/5/2024
WAY
TACOMA WA 98405-4234

Page 119　　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:10 AM

MC_001970

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

# Plan of Care

172930

ANCHOR
Physical Therapy

Patient
Linda Larocque

DOB
2/9/1958

Sex
Female

Attending Provider
Kamilah Kent
NPI # 1013773847

5/30/2024

Visit #
25

## Clinic Details

**Clinic**

**Address**

**Phone #**

**Fax #**

## Case Details

**Injury Description**

**Date of Plan of Care**

**Diagnosis Codes**

**Injury Onset Date**

**Referring Provider**

**Date of Initial Eval**

## Assessment

Patient Self-Report

Patient Assessment / Diagnosis

Rehab Prognosis/Potential

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_001971

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

### Plan

Notes on Plan

### Signatures

Treating Provider Signature

Referring Provider Signature

6/5/24

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-174627314 | — | — | 06/05/24 1847 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Page 121

Printed by 71334 at 8/21/24 10:10 AM

MC_001972

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| REFERRAL TO PHYSICAL THERAPY [808413787] | Resulted: 06/05/24 1847, Result status: Final result |
|---|---|
| Order status: Completed | Filed by: Interface, Onbase Scans  06/21/24 1902 |
| Collected by: 06/05/24 1847 | |

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Scanned Documents - Order, No encounter | ONB174627314 | 6/21/2024  6:47 PM | HIM SCANNED DOCUMENT |

   Signed by HIM SCANNED DOCUMENT on 06/21/24 at 1902

**Patient Instructions**

   None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/5/2024

Page 122

Printed by 71334 at 8/21/24 10:10 AM

MC_001973

## 06/02/2024 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 359556390

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/2/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/2/2024

Page 123

Printed by 71334 at 8/21/24 10:10 AM

MC_001974

## 06/02/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints
- Refill Request (Tramadol - SAFEWAY PHARMACY #1594 - TACOMA, WA )
- Rx Refill Center - Control Medication, onset date 6/2/2024

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 6/2/2024 5:54 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Josette M Pallotta at 6/3/2024 1143

| | | |
|---|---|---|
| Author: Josette M Pallotta | Service: — | Author Type: — |
| Filed: 06/03/24 1145 | Encounter Date: 6/2/2024 | Status: Signed |
| Editor: Josette M Pallotta | | |

## Pharmacy Refill Center Support Note
## Controlled Substance

## Clinical Follow Up - BOS:
*There is no back office staff staging for this refill request.*
*Route message to PCP*

## PRC Case Review
*Last dispensed: 5.2.2024*
*Last encounter with Rachel D Dawson, MD: 5/28/2024*
*Next appointment with PCP: 8/5/2024*

## Renal Function:
Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

GFR non African Amer

| Date | Value | Ref Range | Status |
|---|---|---|---|

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/2/2024

Page 124

Printed by 71334 at 8/21/24 10:10 AM

MC_001975

## 06/02/2024 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Josette M Pallotta at 06/03/24 1145

### Telephone Encounter by Josette M Pallotta at 6/3/2024 1145

| | | |
|---|---|---|
| Author: Josette M Pallotta | Service: — | Author Type: — |
| Filed: 06/03/24 1145 | Encounter Date: 6/2/2024 | Status: Signed |
| Editor: Josette M Pallotta | | |

Pending Prescriptions:          Disp   Refills
  tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain. Replaces norco for chronic pain exempt

-------------------------------------------------------------------

Electronically signed by Josette M Pallotta at 06/03/24 1145

### Telephone Encounter by Laurie Rudy, LPN at 6/3/2024 1319

| | | |
|---|---|---|
| Author: Laurie Rudy, LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 06/03/24 1319 | Encounter Date: 6/2/2024 | Status: Signed |
| Editor: Laurie Rudy, LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:          Disp   Refills
  tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain. Replaces norco for chronic pain exempt

-----------------------------------------------------------------

Electronically signed by Laurie Rudy, LPN at 06/03/24 1319

### Telephone Encounter by Rachel D Dawson, MD at 6/5/2024 1807

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 06/05/24 1807 | Encounter Date: 6/2/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Signed Prescriptions:          Disp   Refills  tramadol (ULTRAM) 50 MG Tab          160 Ta*2      Sig: Take 2 Tablets by mouth every 8 hours as needed for      pain. Replaces norco for chronic pain exemptAuthorizing Provider: DAWSON, RACHEL D--------------

----------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 06/05/24 1807

### Telephone Encounter by Rachel D Dawson, MD at 6/5/2024 1807

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 06/05/24 1807 | Encounter Date: 6/2/2024 | Status: Signed |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/2/2024

Page 125

Printed by 71334 at 8/21/24 10:10 AM

MC_001976

## 06/02/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Editor: Rachel D Dawson, MD (Physician)
Signed Prescriptions:        Disp   Refills  tramadol (ULTRAM) 50 MG Tab        160 Ta*2     Sig: Take 2 Tablets by mouth
every 8 hours as needed for    pain. Replaces norco for chronic pain exemptAuthorizing Provider: DAWSON, RACHEL D---------------
---------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 06/05/24 1807

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD             Ordered on: 10/14/2021
Start date: 10/14/2021                          Quantity: 1 Each
Refill: No refills remaining

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP          Ordered on: 7/3/2023
Start date: 7/3/2023                            Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD              Ordered on: 9/14/2023
Start date: 9/14/2023                           Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD                Ordered on: 11/8/2023
Start date: 11/8/2023                           Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD              Ordered on: 12/14/2023
Start date: 12/14/2023                          Quantity: 1 Kit
Refill: No refills remaining

MULTICARE LAKEWOOD         Larocque, Linda J
CLINIC                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW           Visit date: 6/2/2024
LAKEWOOD WA 98499-2767

Page 126                                        Printed by 71334 at 8/21/24 10:10 AM

MC_001977

## 06/02/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/11/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/13/2024 |
| Start date: 5/13/2024 | Quantity: 180 Capsule |
| Refill: 2 refills by 5/13/2025 | |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 5/15/2024 | End date: 7/10/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

| | |
|---|---|
| Instructions: Inject 1 mg under the skin every week. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 7/10/2024 | Quantity: 3 mL |
| Refill: 11 refills by 5/15/2025 | |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/28/2024 |
| Start date: 5/28/2024 | End date: 7/4/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 5/28/2025 |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 6/5/2024 |
| Start date: 6/5/2024 | End date: 7/4/2024 |
| Quantity: 160 Tablet | Refill: 2 refills by 12/2/2024 |

**Stopped in Visit**

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/2/2024

Page 127

Printed by 71334 at 8/21/24 10:10 AM

MC_001978

## 06/02/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

None

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/2/2024

Page 128

Printed by 71334 at 8/21/24 10:10 AM

MC_001979

## 06/01/2024 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 359485449

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/1/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| **Age:** | 66 year old | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (66 yrs) | **Employer:** | |
| **Sex:** | female | | No address on file. |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### *Primary Insurance*

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### *Secondary Insurance*

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2024

Page 129

Printed by 71334 at 8/21/24 10:10 AM

MC_001980

**06/01/2024 - Health Maintenance Letter (continued)**

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Call Information**

| | Department | Center |
|---|---|---|
| 6/1/2024 12:19 AM | | |

| **Results** | | **(Order )** |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Messages**

**Health Reminders**

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 6/1/2024 12:19 AM |
| Last Read in MyChart | | |
| 6/8/2024 8:59 AM by Linda J Larocque | | |

June 1, 2024

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place. In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2024

Page 130

Printed by 71334 at 8/21/24 10:10 AM

MC_001981

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Screen: Osteoporosis (Bone Density X-ray)

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/1/2024

Page 131

Printed by 71334 at 8/21/24 10:10 AM

MC_001982

## 05/30/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 356333998

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/30/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** General Question
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | **Telephone Information:** | |
| | | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 5/30/2024

Page 132                                Printed by 71334 at 8/21/24 10:10 AM

MC_001983

## 05/30/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:10 AM

Medical Records use only -(HAR ID)
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- General Question (PT restricitions ), onset date 5/30/2024

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 5/30/2024 6:11 PM | Carleen Isabel P Pablo, MA | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by Carleen Isabel P Pablo, MA at 5/30/2024 1811

Author: Carleen Isabel P Pablo, MA | Service: Orthopedics | Author Type: Medical Assistant
Filed: 05/30/24 1811 | Encounter Date: 5/30/2024 | Status: Signed
Editor: Carleen Isabel P Pablo, MA (Medical Assistant)

----- Message from Amyliyah G sent at 5/30/2024  1:44 PM PDT -----
Regarding: PT QUESTIONS
Contact: Kamila
ALLENMORE Location

Who Called: Kamila

Patient is being seen for: left knee

Reason for call: Kamila, Linda's physical therapist with anger PT Tacoma is wondering if at this point is there a range of motion limitation for active or passive left knee flexion? Please give her a call to advise.

Preferred Contact #: 253-474-7474
Okay to leave detailed message if voice mail is reached: No, but please try again if unable to get a hold of PT initially.

Caller is aware that call backs can take 24-48 hours.

Please route all scheduling responses to the MAC ORTHO Pool (17292).

Electronically signed by Carleen Isabel P Pablo, MA at 05/30/24 1811

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2024

Page 133

Printed by 71334 at 8/21/24 10:10 AM

MC_001984

## 05/30/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

### Telephone Encounter by Carleen Isabel P Pablo, MA at 5/30/2024 1811

| | | |
|---|---|---|
| Author: Carleen Isabel P Pablo, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 05/30/24 1813 | Encounter Date: 5/30/2024 | Status: Signed |
| Editor: Carleen Isabel P Pablo, MA (Medical Assistant) | | |

Patient saw Dr. Adler on 5/24/24 for *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023*

Per Dr. Adler's last note it states "She may unlock her hinged knee brace on 6/1/2024. She can then wean out of her hinged knee brace on 6/8/2024 and wean off of her assistive device as function and balance allow." "Please eval and treat, include adjuvant modalities "

Will route to Shane Turner, PAC to further advise if there are any range of motion limitation for active or passive left knee flexion.

Electronically signed by Carleen Isabel P Pablo, MA at 05/30/24 1813

### Telephone Encounter by Carleen Isabel P Pablo, MA at 6/5/2024 1142

| | | |
|---|---|---|
| Author: Carleen Isabel P Pablo, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 06/05/24 1142 | Encounter Date: 5/30/2024 | Status: Signed |
| Editor: Carleen Isabel P Pablo, MA (Medical Assistant) | | |

----- Message from Shane Turner, PA-C sent at 5/31/2024 7:55 AM PDT -----
They should follow Dr. Adler's instructions from the last visit.
----- Message -----
From: Carleen Isabel P Pablo, MA
Sent: 5/30/2024 6:13 PM PDT
To: Shane Turner, PA-C

Electronically signed by Carleen Isabel P Pablo, MA at 06/05/24 1142

### Telephone Encounter by Carleen Isabel P Pablo, MA at 6/5/2024 1146

| | | |
|---|---|---|
| Author: Carleen Isabel P Pablo, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 06/05/24 1146 | Encounter Date: 5/30/2024 | Status: Signed |
| Editor: Carleen Isabel P Pablo, MA (Medical Assistant) | | |

Called and spoke with Anchor PT and relayed Shane Turner, PAC response. Brandy made a note for therapist. No further actions needed

Electronically signed by Carleen Isabel P Pablo, MA at 06/05/24 1146

**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 5/30/2024
Page 134    Printed by 71334 at 8/21/24 10:10 AM

MC_001985

## 05/30/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 4/2/2024
Quantity: 15 Tablet

Discontinued on: 6/11/2024

Ordered on: 4/2/2024
End date: 6/8/2024
Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/30/2024

Page 135

Printed by 71334 at 8/21/24 10:10 AM

MC_001986

## 05/30/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Discontinued by: Rachel D Dawson, MD          Discontinued on: 6/5/2024
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD          Ordered on: 4/2/2024
Start date: 4/2/2024                         End date: 6/5/2024
Quantity: 160 Tablet                         Refill: 1 refill by 9/29/2024

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/13/2024
Start date: 5/13/2024                        Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

**Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector**

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD          Ordered on: 5/15/2024
Start date: 5/15/2024                        End date: 7/10/2024
Quantity: 3 mL                               Refill: No refills remaining

**Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector**

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/15/2024
Start date: 7/10/2024                        Quantity: 3 mL
Refill: 11 refills by 5/15/2025

**aspirin 81 MG Chew Tab**

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA               Entered on: 5/24/2024

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

Discontinued by: Kristen Abrams, ARNP        Discontinued on: 7/5/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/28/2024
Start date: 5/28/2024                        End date: 7/4/2024
Quantity: 30 Tablet                          Refill: 1 refill by 5/28/2025

**Stopped in Visit**

None

**Results**                                                             (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

MC_001987

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 5/30/2024

Page 137               Printed by 71334 at 8/21/24 10:10 AM

MC_001988

## 05/29/2024 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　**CSN:** 353923024

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 5/29/2024 | | | No service for | |

**Admitting Physician:**　　　　　　　　　　**Chief Complaint:** Prior Authorization
　　　　　　　　　　　　　　　　　　　　**Adm Dx:**

　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

---

### Patient Information

**Home Address:** 6824 S Park Ave
　　　　　　　　　Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (66 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone　　Not on file.
Work Phone　　Not on file.
Mobile　　　　253-273-7247
**Employer:**
　　　　　　　No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
　　　　　　　　　　　TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:**　　2/9/1958

---

### Primary Insurance

**Name of Insurance:**　　　　　　　　　　**Group Name:**
**Subscriber Name:**　　　　　　　　　　　**Group #:**
**Subscriber DOB:**　　　　　　　　　　　**Ins ID#:**
**Pt Relationship to Sub:**

---

### Secondary Insurance

**Name of Insurance:**　　　　　　　　　　**Group Name:**
**Subscriber Name:**　　　　　　　　　　　**Group #:**
**Subscriber DOB:**　　　　　　　　　　　**Ins ID#:**
**Pt Relationship to Sub:**

---

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/29/2024

Page 138　　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:10 AM

MC_001989

## 05/29/2024 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Prior Authorization (hydrOXYzine HCl 25MG ), onset date 5/29/2024

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/29/2024 10:32 AM | Oksana Ekkert, PHARM D | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Jennifer M Rogiers at 5/29/2024 1032

| | | |
|---|---|---|
| Author: Jennifer M Rogiers | Service: — | Author Type: — |
| Filed: 05/29/24 1131 | Encounter Date: 5/29/2024 | Status: Addendum |
| Editor: Jennifer M Rogiers | | |

Received a prior authorization request for hydrOXYzine HCl 25MG  from safeway. Aetna requires authorization for coverage of this medication.

**APPROVE until 12/31/2024**

Insurance phone # 800-414-2386
Pt ID # 101724898200

Diagnosis: itching/pruritus

Provider NPI:  1356363162

Electronically signed by Jennifer M Rogiers at 05/29/24 1131

### Medication List

| | MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|---|
| | 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | LAKEWOOD WA 98499-2767 | Visit date: 5/29/2024 |
| Page 139 | | Printed by 71334 at 8/21/24 10:10 AM |

MC_001990

## 05/29/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

##### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder

Discontinued on: 6/11/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/29/2024

Page 140

Printed by 71334 at 8/21/24 10:10 AM

MC_001991

## 05/29/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 4/2/2024
Start date: 4/2/2024                        End date: 6/8/2024
Quantity: 15 Tablet                         Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 6/5/2024
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD          Ordered on: 4/2/2024
Start date: 4/2/2024                        End date: 6/5/2024
Quantity: 160 Tablet                        Refill: 1 refill by 9/29/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/13/2024
Start date: 5/13/2024                       Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD          Ordered on: 5/15/2024
Start date: 5/15/2024                       End date: 7/10/2024
Quantity: 3 mL                              Refill: No refills remaining

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/15/2024
Start date: 7/10/2024                       Quantity: 3 mL
Refill: 11 refills by 5/15/2025

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA               Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Kristen Abrams, ARNP          Discontinued on: 7/5/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/28/2024
Start date: 5/28/2024                       End date: 7/4/2024
Quantity: 30 Tablet                         Refill: 1 refill by 5/28/2025

**Stopped in Visit**

None

**Results**                                                                          (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 5/29/2024
LAKEWOOD WA 98499-2767

Page 141                                    Printed by 71334 at 8/21/24 10:10 AM

MC_001992

## 05/29/2024 - Telephone in Lakewood Family Practice (continued)
### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/29/2024

Page 142

Printed by 71334 at 8/21/24 10:10 AM

MC_001993

## 05/28/2024 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 333743320

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 5/28/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Back Pain |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 143

Printed by 71334 at 8/21/24 10:10 AM

MC_001994

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

* Back Pain

### Visit Diagnoses

* **Acute right lumbar radiculopathy (primary) [M54.16]**
* Degeneration of lumbar or lumbosacral intervertebral disc [M51.37]
* Diabetes mellitus without complication (CMS/HCC) [E11.9]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM, IF USING TIME, 30 MINUTES OR MORE |

| Log History |
|---|
| Additional EM Code History |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/28/2024 11:00 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Progress Notes by Rachel D Dawson, MD at 5/28/2024 1100

| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
|---|---|---|
| Filed: 05/28/24 1318 | Encounter Date: 5/28/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 66-year-old with chronic pain syndrome due to osteoarthritis multiple joints and degenerative spine disease
She is being managed on a combination of tramadol and Tylenol for pain management along with periodic chiropractic

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 144

Printed by 71334 at 8/21/24 10:10 AM

MC_001995

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

adjustments which have worked the best for her in the past.

Interval hx
Reviewed dr. Adlers notes re her recovery status post total knee replacement
Hx from pt  She reports lower right back and hip pain. She has been ambulating with a locked brace and walker.
Long-leg cast was removed on 3/1/2024. She has been working with physical therapy and her brace locked from 0-90.
She uses a walker to ambulate.
At that visit he allowed her to unlock the hinged knee brace and wean off brace as tolerated
Recheck in 6 weeks with cont physical therapy

Last visit pt wanted to start ozempic bcs victoza no longer covered and wants to lose weight  5/15/2024   patient
shares she has not started it yet because she wanted to finish up the Victoza supplies she had   she lost the
instructions on how to take the Ozempic

Today   patient reports she is aggravated her chronic back issues
Pt states 5/4 was sitting on the sideo f the bed with right leg on bed and left leg on the ground and 45 pound grandkid
jumped on her leg on the bed and it pushed her back into the bed and pt has had pain in the right leg and low back
ever since pain shoots from her back down to her leg mainly when she is walking.  If she is sitting the pain stays in her
low back area sometimes she feels pain coming into her right medial groin area as well.  She is limited in how far she
can walk and how long she can stand due to pain.
can walk w/ walker but painful
She can't do physical therapy for the left leg right now because of how her back is feeling so she has put physical
therapy on hold
She uses a walker still due to knee
No new issues with urination or defecation.
She is ok if just sitting or laying
Overall she is much better than right after the injury but is still not back to baseline

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. | | |
| • Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector | Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65 | 3 mL | 0 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for | 160 Tablet | 1 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 145

Printed by 71334 at 8/21/24 10:10 AM

MC_001996

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

|  |  |  |  |
|---|---|---|---|
| | chronic pain exempt | | |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new | 1 Each | 0 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 146

Printed by 71334 at 8/21/24 10:10 AM

MC_001997

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

Clinical Notes (continued)

mask and new hose
Adult obstructive
sleep apnea - last
sleep study done by
dr. clerc about three
years ago
Vendor is Apria)

- [START ON 7/10/2024]    Inject 1 mg under    3 mL        11
  Semaglutide, 1 MG/DOSE,  the skin every week.
  (OZEMPIC, 1 MG/DOSE,) 4
  MG/3ML Solution Pen-injector

No current facility-administered medications on file prior to visit.

## Patient Active Problem List
Diagnosis
- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
- Retinal tear of left eye
- Status post total left knee replacement
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS/HCC)
- Opioid use with opioid-induced disorder (CMS/HCC)

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above
Vitals:

| 05/28/24 1149 |
|---|

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 147

Printed by 71334 at 8/21/24 10:10 AM

MC_001998

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| BP: | 118/62 |
| Pulse: | 90 |
| Resp: | 18 |
| Temp: | 35.6 °C (96 °F) |
| Weight: | 124.9 kg (275 lb 6.4 oz) |
| Height: | 1.651 m (5' 5") |

general no acute distress
Back -romi but flexion with discomfort, more comfortable sitting
dtr's 2 + symmetrical
neg straight leg sign
motor strength 5/5
sensation intact to light touch
gait normal without limp
heel walk with discomfort when weight bearing
toe walk with discomfort
But when I have her dorsiflex and plantarflex about the ankle there is no discomfort
spine straight
Hip romi but slight medical groin discomfort to palpation but pt feels it is not the joint but her myofascial pain issues
Palpation thigh does not reproduce pain
Knee discomfort with range of motion especially medially but no redness or swelling or skin discoloration appreciated

(M54.16) Acute right lumbar radiculopathy (primary encounter diagnosis)
Comment:
Plan: hydrOXYzine hcl (ATARAX) 25 MG Tab, REFERRAL TO
    CHIROPRACTIC


(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
Comment:
Plan: hydrOXYzine hcl (ATARAX) 25 MG Tab, REFERRAL TO
    CHIROPRACTIC

Follow-up diabetes -reprinted patient's after visit summary from her last visit and reviewed again the instructions for starting Ozempic which she can do now follow-up in 2 months

I am a little concerned about the pain in her right medial groin and we talked about doing a hip x-ray but neither the patient nor I could figure out a mechanism where her hip would have broken based on what happened and she is very clear that the pain is primarily in her low back going down her right leg to below the knee.
This is not atypical for her with a flare of her chronic back issues
We debated physical therapy versus chiropractic care and patient elected to try chiropractic care first
Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 05/28/24 1318


**Nursing Note by Sarah A Tryon, LVN/LPN at 5/28/2024 1100**

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 5/28/2024 |

Page 148

Printed by 71334 at 8/21/24 10:10 AM

MC_001999

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 05/28/24 1152 | Encounter Date: 5/28/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

No chief complaint on file.

Additional Details: here for low back and leg pain on right states grd son jumped on her lap and leg went to the side , pain to low back and upper thigh

Medication list changes/discrepancies: Yes, reviewed with patient

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 05/28/24 1152

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

###### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 149

Printed by 71334 at 8/21/24 10:10 AM

MC_002000

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

Refill: 2 refills by 9/13/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 4/2/2024
Quantity: 15 Tablet

Discontinued on: 6/11/2024

Ordered on: 4/2/2024
End date: 6/8/2024
Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 4/2/2024
Quantity: 160 Tablet

Discontinued on: 6/5/2024

Ordered on: 4/2/2024
End date: 6/5/2024
Refill: 1 refill by 9/29/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD
Start date: 5/15/2024
Quantity: 3 mL

Ordered on: 5/15/2024
End date: 7/10/2024
Refill: No refills remaining

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD
Start date: 7/10/2024
Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024
Quantity: 3 mL

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002001

## 05/28/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Kristen Abrams, ARNP | Discontinued on: 7/5/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/28/2024 |
| Start date: 5/28/2024 | End date: 7/4/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 5/28/2025 |

### Stopped in Visit

None

**Immunizations Given**

Immunizations never marked as reviewed

### HEP A/HEP B VACCINE (TWINRIX)

| | |
|---|---|
| Administered on: 5/16/2024 | CVX code: 104 |
| External: Patient reported | |

## Results                                                                        (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

### Referral

#### REFERRAL TO CHIROPRACTIC [808413783] (Active)

| | | |
|---|---|---|
| Electronically signed by: **Rachel D Dawson, MD on 05/28/24 1140** | | Status: **Active** |
| Ordering user: Rachel D Dawson, MD 05/28/24 1140 | Authorized by: Rachel D Dawson, MD | |
| Ordering mode: Standard | | |
| Frequency: Routine  05/28/24 - | Class: Referral - Internal | |
| Quantity: 1 | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 151                                                           Printed by 71334 at 8/21/24 10:10 AM

MC_002002

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Diagnoses
Acute right lumbar radiculopathy [M54.16]
Degeneration of lumbar or lumbosacral intervertebral disc [M51.37]

#### Questionnaire

| Question | Answer |
|---|---|
| My clinical question is: | david clifton chiropractor 253-215-8350  accident and injury chiropractic |

#### Indications

Acute right lumbar radiculopathy [M54.16 (ICD-10-CM)]
Degeneration of lumbar or lumbosacral intervertebral disc [M51.37 (ICD-10-CM)]

## Flowsheets

### Custom Formula Data

| Row Name | 05/28/24 1149 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 125.66 lbs -ST | | | | |
| Adjusted Body Weight | 185.56 lbs -ST | | | | |
| % Over/Under Ideal Body Weight | 119.16 -ST | | | | |
| Predicted Body Weight | 57 -ST | | | | |
| Length (cm) | 165.1 cm -ST | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -ST | | | | |
| IBW/kg (Calculated) Female | 57 kg -ST | | | | |
| BSA (Calculated - sq m) | 2.39 sq meters -ST | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 81 mmHg -ST | | | | |
| BMI | | | | | |
| BMI (Calculated) | 45.83 -ST | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 57 -ST | | | | |
| Low Range Vt 6mL/kg | 342 mL/kg -ST | | | | |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -ST | | | | |
| Adult High Range Vt 10mL/kg | 570 mL/kg -ST | | | | |
| Vital Signs | | | | | |
| BMI (Calculated) | 45.83 -ST | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) | 57 kg -ST | | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 152

Printed by 71334 at 8/21/24 10:10 AM

MC_002003

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

Female
IBW/kg            61.5 kg -ST
(Calculated) Male

**Encounter Vitals**

| Row Name | 05/28/24 1149 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 118/62 -ST | | | | |
| Pulse | 90 -ST | | | | |
| Resp | 18 -ST | | | | |
| Temp | 35.6 °C (96 °F) -ST | | | | |
| Temp src | Temporal -ST | | | | |
| SpO2 | 96 % -ST | | | | |
| Weight | 124.9 kg (275 lb 6.4 oz) measured -ST | | | | |
| Height | 1.651 m (5' 5") historical -ST | | | | |
| OTHER | | | | | |
| BP Site | Left upper arm -ST | | | | |
| Pt Position for BP | Sitting -ST | | | | |
| Cuff Size | Adult -ST | | | | |

**User Key**                                                                   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| ST | Sarah A Tryon, LVN/LPN | Licensed Practical Nurse | Nursing |

**Patient Instructions**

Pt will try chiropractic care first and if not working then will order physical therapy
Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 05/28/24 1137

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 5/15/2024 9:16 AM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
Visit Type: Simple Visit
Date: 5/28/2024
Dept: Lakewood Family Practice

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2024

Page 153                                                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002004

## Preferred Pharmacy (continued)

**Messages (continued)**

Provider: Rachel D Dawson
Time: 11:00 AM
Length: 30 min

Appt Status: Scheduled

**Patient Instructions**

Pt will try chiropractic care first and if not working then will order physical therapy
Rachel D Dawson, MD

MULTICARE LAKEWOOD       Larocque, Linda J
CLINIC                   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW         Visit date: 5/28/2024
LAKEWOOD WA 98499-2767

Page 154                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002005

## 05/24/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 351178931

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/24/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:** S/P revision of total kn*
Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | Employer: | |
| DOB: | 2/9/1958 (66 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD   **Employer Phone:**
**Referring Physician:** ADLER, ZACHARY B   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | | Acct Type: | P/F |
|---|---|---|---|---|
| Guarantor Name: | | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |
| Home Phone: | | | | |
| Guarantor's Employer: | | | | |
| Work Phone: | | | | |

### Primary Insurance

| Name of Insurance: | PSR AETNA PRIME | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 5/24/2024

Page 155                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002006

## 05/24/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Referring Provider

Zachary B Adler, MD

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MC Ortho & Sports Med-Tac Imaging | 3124 S 19th St Tacoma WA 98405 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|------|----------|------------|--------|
| 5/24/2024 9:45 AM | MC ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS IMAGING TAC | MOSMTAC |

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 156

Printed by 71334 at 8/21/24 10:10 AM

MC_002007

## 05/24/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 4/2/2024
Quantity: 15 Tablet

Discontinued on: 6/11/2024

Ordered on: 4/2/2024
End date: 6/8/2024
Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 4/2/2024
Quantity: 160 Tablet

Discontinued on: 6/5/2024

Ordered on: 4/2/2024
End date: 6/5/2024
Refill: 1 refill by 9/29/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/13/2024
Refill: 2 refills by 5/13/2025

Ordered on: 5/13/2024
Quantity: 180 Capsule

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 157

Printed by 71334 at 8/21/24 10:10 AM

MC_002008

## 05/24/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

Authorized by: Rachel D Dawson, MD
Start date: 5/15/2024
Quantity: 3 mL

Ordered on: 5/15/2024
End date: 7/10/2024
Refill: No refills remaining

#### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD
Start date: 7/10/2024
Refill: 11 refills by 5/15/2025

Ordered on: 5/15/2024
Quantity: 3 mL

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### Stopped in Visit

#### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider

Discontinued on: 5/24/2024

#### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider

Discontinued on: 5/24/2024

### Imaging

#### Imaging

##### XR Knee 1 or 2 Views Left [808413780] (Final result)

| XR Knee 1 or 2 Views Left [808413780] | Resulted: 05/24/24 0943, Result status: Final result |
|---|---|

Ordering provider: Zachary B Adler, MD  05/24/24 0940
Filed by: Zachary B Adler, MD  05/24/24 0959
Accession number: 34175778
Impression:
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 5/24/214

Order status: Completed
Performed: 05/24/24 0943 - 05/24/24 0949

Prior studies for comparison are dated 3/1/24 and 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 05/24/24 1022

##### Indications

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 158

Printed by 71334 at 8/21/24 10:10 AM

MC_002009

## 05/24/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

Imaging (continued)

### All Reviewers List
Zachary B Adler, MD on 5/24/2024 10:22

| Results | (Order) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

Patient Instructions

None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 5/24/2024

Page 159                                 Printed by 71334 at 8/21/24 10:10 AM

MC_002010

## 05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 329651093

### Account Information

| | | | | | |
|---|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | | **Hospital Svc** | **Bed** |
| 5/24/2024 | | | | No service for | |
| **Admitting Physician:** | | | | **Chief Complaint:** | Surgery Followup |
| | | | | **Adm Dx:** | |
| | | | | | Gestational Age: <None> |

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (66 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone          Not on file.
Work Phone          Not on file.
Mobile                  253-273-7247
**Employer:**
                            No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

MC_002011

## 05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Surgery Followup (S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023)

#### Visit Diagnoses

| Name | Code |
|---|---|
| S/P revision of total knee, left (primary) | Z96.652 |
| Patellar tendon rupture, left, subsequent encounter | S86.812D |
| Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| Nutritional counseling | Z71.3 |
| Nutritional counseling performed. | |

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Zachary B Adler, MD | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

- Return in about 6 weeks (around 7/5/2024).

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED SF MDM, IF USING TIME, 10 MINUTES OR MORE |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/24/2024 9:30 AM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Progress Notes by Zachary B Adler, MD at 5/24/2024 0930

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 05/24/24 1022 | Encounter Date: 5/24/2024 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 161                                                                 Printed by 71334 at 8/21/24 10:10 AM

MC_002012

## 05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Linda J Larocque Returns today ~6 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/2023 doing well. Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. She has attended PT but has not completed all the sessions yet. Linda J Larocque has returned to work and/or their previous activities and they are not requiring analgesics for the operative Knee since reconstructive surgery. She reports lower right back and hip pain. She has been ambulating with a locked brace and walker.

Long-leg cast was removed on 3/1/2024. She has been working with physical therapy and her brace locked from 0-90. She uses a walker to ambulate.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); pr foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| *Comment: 1-2x year* | |

Medications reviewed. Refer to medication module.
Allergies:
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |

MC_002013

## 05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

- Zoloft [Sertraline Hcl]
  *ineffective*
- Codeine Camsylate                    Nausea and Itching, Pruritus
  *Ok with food*
- Lipitor [Atorvastatin Calcium]        Myalgia
  *myalgias*
- Metoprolol Succinate [Metoprolol]     Fatigue
- Voltaren [Diclofenac Sodium]          Nausea
  *Gi upset*
- Zocor [Simvastatin]
  *myalgias*

ROS: A Complete review of systems was performed. Except as noted in the HPI and nursing notes. All other systems were negative.

BP 120/66 | Pulse 88 | Temp (Src) 97 (Temporal) | Resp 16 | Ht 5' 6"[hx[ (1.676 m) | Wt 275 lb (124.739 kg) | LMP 09/14/2009 Body mass index is 44.39 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Focused exam of the Bilateral lower extremities was performed.
The wound is well healed without signs of infection, no erythema, tenderness or discharge. Skin does not reveal any new lesions. Palpation of the regional nodal basin dies not reveal any lymphadenopathy.
Left Knee active range of motion is -15 passive range of motion is 0. Flexion is 104.
The is not laxity to varus or valgus stress at full extension and midflexion
Lower extremities reveal no signs of deep venous thrombosis; calves and thighs are soft without swelling, induration or tenderness, Homan's sign is negative. Gait is not antalgic, without trendelenburg or abductor lurch.

Active ROM: -15
Passive ROM: 0
Flexion: 104
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Medial and lateral joint line pain.

Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
XR Knee 1 or 2 Views Left

Result Date: 5/24/2024
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 5/24/214 Prior studies for comparison are dated 3/1/24 and 12/22/23 Clinical history: Status post left revision total knee arthroplasty. Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study. Impression: Stable left revision total knee arthroplasty with associated findings as outlined above. Zachary B Adler, MD Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

A/P

Doing well s/p Left Revision Total knee Arthroplasty with extensor mechanism reconstruction

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 5/24/2024
Page 163                      Printed by 71334 at 8/21/24 10:10 AM

MC_002014

**05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

| | | ICD-10-CM |
|---|---|---|
| 1. | S/P revision of total knee, left | **Z96.652** |
| 2. | Patellar tendon rupture, left, subsequent encounter | S86.812 D |
| 3. | Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| 4. | Nutritional counseling | Z71.3 |

She may unlock her hinged knee brace on 6/1/2024. She can then wean out of her hinged knee brace on 6/8/2024 and wean off of her assistive device as function and balance allow.

Continue activities as tolerated per TKA protocol. Return to clinic in 6 weeks without x-ray. Patient instructed to return to clinic for signs and or symptoms of infection or dvt. Linda J Larocque was counseled today regarding risks and signs and symptoms to watch for including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

**Orders Placed This Encounter**
- XR Knee 1 or 2 Views Left
  *Rm 8 Adler*

| | |
|---|---|
| Order Specific Question: | Reason for order |
| Answer: | S/P TKA revision w/ patella tendon repair |
| Order Specific Question: | Radiologist can change order? |
| Answer: | Yes |
| Order Specific Question: | Release to patient : |
| Answer: | Immediate [1] |

- REFERRAL TO NON MHS PHYSICAL THERAPY
  *Left knee revision TKA with extensor mechanism reconstruction. Please eval and treat, include adjuvant modalities.*
  *Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off of walker as function and balance allow.*

| | |
|---|---|
| Order Specific Question: | My clinical question is: |
| Answer: | Left knee revision TKA with extensor mechanism reconstruction. Please eval and treat, include adjuvant modalities. |

Kindest regards,

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

-----

Portions of this note were prepared by Misha Tasaka, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

**BMI Plan**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024
Page 164
Printed by 71334 at 8/21/24 10:10 AM

MC_002015

**05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 44.39 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").
  Weight as of this encounter: 124.7 kg (275 lb).

S/P revision of total knee, left  (primary encounter diagnosis)
Plan: XR Knee 1 or 2 Views Left, REFERRAL TO NON MHS
     PHYSICAL THERAPY

Patellar tendon rupture, left, subsequent encounter
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY

Severe obesity (BMI >= 40) (CMS/HCC)

Nutritional counseling
Comment: Nutritional counseling performed.

**Goals**
None

Reasons for Referral(s):

Exercise encouragement: Dietary management education, guidance, and counseling (procedure)

Electronically signed by Zachary B Adler, MD at 05/24/24 1022

**Nursing Note by Kasey J Dycus, MA at 5/24/2024 0930**

| | | |
|---|---|---|
| Author: Kasey J Dycus, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 05/24/24 0939 | Encounter Date: 5/24/2024 | Status: Signed |
| Editor: Kasey J Dycus, MA (Medical Assistant) | | |

**Chief Complaint**

Patient presents with

- Surgery Followup
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023*

Additional Details: Patient presents for follow up of her left knee. Patient rates her current pain as 1/10 and stated her pain in the knee is mostly in the anterior knee and radiates down the leg. Patient also complains of right hip and low back pain that she is wanting to know if it is related to her left knee. Patient is currently doing PT 2x per week, which is going ok.

Medication list changes/discrepancies: Medication Comments documented by Kasey J Dycus, MA on 5/24/2024 at

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 5/24/2024
Page 165                                     Printed by 71334 at 8/21/24 10:10 AM

MC_002016

## 05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

0934.
Medications current/updated per interview with patient. Not taking any additional medications. Kasey Dycus, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Kasey J Dycus, MA at 05/24/24 0939

### Medication List

#### Medication List

① This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder

Discontinued on: 5/28/2024

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 166

Printed by 71334 at 8/21/24 10:10 AM

MC_002017

## 05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C     Ordered on: 12/8/2023
Start date: 12/8/2023     End date: 5/28/2024
Quantity: 30 Tablet     Refill: 1 refill by 12/7/2024

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD     Ordered on: 12/14/2023
Start date: 12/14/2023     Quantity: 1 Kit
Refill: No refills remaining

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh     Discontinued on: 7/30/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 2/26/2024
Start date: 2/26/2024     End date: 7/30/2024
Quantity: 90 Capsule     Refill: No refills remaining

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 6/11/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD     Ordered on: 4/2/2024
Start date: 4/2/2024     End date: 6/8/2024
Quantity: 15 Tablet     Refill: No refills remaining

#### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 6/5/2024
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD     Ordered on: 4/2/2024
Start date: 4/2/2024     End date: 6/5/2024
Quantity: 160 Tablet     Refill: 1 refill by 9/29/2024

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 5/13/2024
Start date: 5/13/2024     Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

#### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD     Ordered on: 5/15/2024
Start date: 5/15/2024     End date: 7/10/2024
Quantity: 3 mL     Refill: No refills remaining

#### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD     Ordered on: 5/15/2024
Start date: 7/10/2024     Quantity: 3 mL
Refill: 11 refills by 5/15/2025

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA     Entered on: 5/24/2024

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 5/24/2024

Page 167     Printed by 71334 at 8/21/24 10:10 AM

MC_002018

## 05/24/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

### Stopped in Visit

#### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA                    Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider

#### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA                    Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [808413780] (Final result)

**XR Knee 1 or 2 Views Left [808413780]**          Resulted: 05/24/24 0943, Result status: Final result

Ordering provider: Zachary B Adler, MD  05/24/24 0940          Order status: Completed
Filed by: Zachary B Adler, MD  05/24/24 0959          Performed: 05/24/24 0943 - 05/24/24 0949
Accession number: 34175778
Impression:
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 5/24/214

Prior studies for comparison are dated 3/1/24 and 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 05/24/24 1022

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**All Reviewers List**

Zachary B Adler, MD on 5/24/2024 10:22

**Results**                                                                                      (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

MC_002019

## Preferred Pharmacy (continued)

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

## Other Orders - Procedures

### Referral

#### REFERRAL TO NON MHS PHYSICAL THERAPY [808413781] (Active)

| | | Status: **Active** |
|---|---|---|
| Electronically signed by: **Zachary B Adler, MD on 05/24/24 1013** | | |
| Ordering user: Zachary B Adler, MD 05/24/24 1013 | Authorized by: Zachary B Adler, MD | |
| Ordering mode: Standard | | |
| Frequency: Routine 05/24/24 - | Class: Referral - External | |
| Quantity: 1 | | |

Diagnoses
S/P revision of total knee, left [Z96.652]
Patellar tendon rupture, left, subsequent encounter [S86.812D]

##### Questionnaire

| Question | Answer |
|---|---|
| My clinical question is: | Left knee revision TKA with extensor mechanism reconstruction. Please eval and treat, include adjuvant modalities. |

Order comments: Left knee revision TKA with extensor mechanism reconstruction. Please eval and treat, include adjuvant modalities. Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off of walker as function and balance allow.

##### Indications

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]
Patellar tendon rupture, left, subsequent encounter [S86.812D (ICD-10-CM)]

## Flowsheets

### Custom Formula Data

| Row Name | 05/24/24 0934 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -KD | | | | |
| Adjusted Body Weight | 188.44 lbs -KD | | | | |
| % Over/Under Ideal Body Weight | 110.36 -KD | | | | |
| Predicted Body Weight | 59.3 -KD | | | | |
| Length (cm) | 167.6 cm -KD | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -KD | | | | |
| IBW/kg (Calculated) | 59.3 kg -KD | | | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 169

Printed by 71334 at 8/21/24 10:10 AM

MC_002020

## Preferred Pharmacy (continued)

### Flowsheets (continued)

Female

| | |
|---|---|
| BSA (Calculated - sq m) | 2.41 sq meters -KD |

**Vitals**

| | |
|---|---|
| MAP (mmHg) | 84 mmHg -KD |

**BMI**

| | |
|---|---|
| BMI (Calculated) | 44.41 -KD |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -KD |
| Low Range Vt 6mL/kg | 355.8 mL/kg -KD |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -KD |
| Adult High Range Vt 10mL/kg | 593 mL/kg -KD |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 44.41 -KD |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -KD |
| IBW/kg (Calculated) Male | 63.8 kg -KD |

### Encounter Vitals

| Row Name | 05/24/24 0934 | | | | |
|---|---|---|---|---|---|
| **Enc Vitals** | | | | | |
| BP | 120/66 -KD | | | | |
| Pulse | 88 -KD | | | | |
| Resp | 16 -KD | | | | |
| Temp | 36.1 °C (97 °F) -KD | | | | |
| Temp src | Temporal -KD | | | | |
| Weight | 124.7 kg (275 lb) hx -KD | | | | |
| Height | 1.676 m (5' 6") hx -KD | | | | |
| Pain Score | ONE/TEN -KD | | | | |
| Pain Loc | KNEE -KD | | | | |
| Pain Education | Yes -KD | | | | |

### User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KD | Kasey J Dycus, MA | Medical Assistant | — |

### After Visit Summary

After Visit Summary (below)

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 170                                                      Printed by 71334 at 8/21/24 10:10 AM

MC_002021

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**



# AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958

📅 5/24/2024 9:30 AM  📍 MultiCare Orthopedics & Sports Medicine - Tacoma 253-792-6555

## Instructions from Zachary Adler, MD

 Today's medication changes

🚫 **STOP taking:**
ondansetron 4 MG Tabs (Zofran)

senna 8.6 MG Tabs (SENNA, SENOKOT)

Accurate as of May 24, 2024 10:13 AM.
**See the end of the After Visit Summary for your complete, current medication list.**

 REFERRAL TO NON MHS PHYSICAL THERAPY
Multiple visits requested (expires 8/22/2024)

 Return in about 6 weeks
(around 7/5/2024).

## What's Next

| | |
|---|---|
| MAY 28 2024 | Simple Visit with Rachel Dawson, MD Tuesday May 28 11:00 AM |

Lakewood Family
Practice
5700 100th St SW STE 510
LAKEWOOD WA
98499-2767
253-792-6526

Imaging Referrals
XR Knee 1 or 2 Views Left

## PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

## Today's Visit

You saw Zachary Adler, MD on Friday May 24, 2024 for: Surgery Followup.
The following issues were addressed:
- S/P revision of total knee, left
- Patellar tendon rupture, left, subsequent encounter
- Severe obesity (BMI >= 40) (CMS/HCC)
- Nutritional counseling

| Blood Pressure | BMI |
|---|---|
| 120/66 | 44.39 |
| Weight | Height |
| 275 lb | 5' 6" |
| Temperature (Temporal) | Pulse |
| 97 °F | 88 |
| Respiration | |
| 16 | |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/ and sign in today.

Need help with MyChart? Visit MyChart at
https://mychart.multicare.org/MyMultiCare/

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 171                                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002022

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 5/24/2024

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MC_002023

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List as of May 24, 2024 10:13 AM

*(i)* Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| aspirin 81 MG Chew | Chew and swallow 1 Tablet by mouth once daily. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| hydrOXYzine hcl 25 MG Tabs<br>A ARAX<br>30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc<br>1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| naloxone 1 mg/mL Soln<br>NARCAN<br>1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| Ozempic (0.25 or 0.5 MG/DOSE) 2 MG/3ML Sopn<br>Semaglutide(0.25 or 0.5 MG/DOS)<br>3 mL | Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65<br>May 15, 2024 |
| Ozempic (1 MG/DOSE) 4 MG/3ML Sopn<br>Semaglutide (1 MG/DOSE)<br>3 mL | Inject 1 mg under the skin every week.<br>July 10, 2024 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 173

Printed by 71334 at 8/21/24 10:10 AM

MC_002024

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of May 24, 2024 10:13 AM

| | |
|---|---|
| rosuvastatin 20 mg Tabs<br>Common name(s): Crestor<br>Quantity: 90 Tablet | Take 1 Tablet by mouth each evening. |
| TechLite Pen Needles 31G X 8 MM Misc<br>Common name(s): Insulin Pen Needle<br>Quantity: 100 Each | Use With victoza injections |
| tramadol 50 MG Tabs<br>Common name(s): Ultram<br>Quantity: 160 Tablet | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt |
| verapamil 240 MG Tbcr<br>Common name(s): CALAN SR<br>Quantity: 90 Tablet | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |

✦ * This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MultiCare Orthopedics & Sports Medicine - Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433

### Messages

#### Appointment Scheduled

| | |
|---|---|
| ALLENMORE BUILDING C<br>3124 S 19TH ST<br>TACOMA WA 98405-1702 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 5/24/2024 |

## Preferred Pharmacy (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|------|-----|--------------------|
| Bkg, Mychart | Larocque, Linda J | 4/12/2024  4:23 PM |
| Last Read in MyChart | | |
| 7/7/2024  4:45 PM by Linda J Larocque | | |

Appointment Information:
  Visit Type: Simple Visit
    Date: 5/24/2024
        Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
        Provider: Zachary B Adler
        Time: 9:30 AM
        Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 5/24/2024
Page 175    Printed by 71334 at 8/21/24 10:10 AM

MC_002026

## 05/24/2024 - Letter (Out) in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**   **MRN:** 172930
**CSN:** 351782093

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 5/24/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

---

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD    **Employer Phone:**
**Referring Physician:**    **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 176    Printed by 71334 at 8/21/24 10:10 AM

MC_002027

**05/24/2024 - Letter (Out) in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Injury Date:
Place of Injury:

8/21/2024 10:10 AM

Medical Records use only -(HAR ID)

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Department | Center |
|---|---|---|
| 5/24/2024 4:54 PM | MC ORTHO & SPORTS TAC | MOSMTAC |

**Results** (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

Letters

**Referral Approval by Rachel L Zahn on 5/24/2024**

Status: Sent by batch
Letter body:
Hello Linda,

This letter is in response to a request by your provider for a special procedure or a consult by a specialist. Your Referral has been approved by your insurance. Below is information regarding your referral. You can also review details of your referral by navigating to the epichttp://referrals[Referrals] page.

REFERRAL INFORMATION
Referred by Department Phone Number: 253-792-6555
Referred to Provider: No referral provider
Referred to Specialty: OUTSIDE PLACE OF SERVICE
NEW
New, WA 99999
Phone: 253-555-1212
No fax number known.
Referral ID Number 21026211

Procedures:
REF364 - REFERRAL TO NON MHS PHYSICAL THERAPY

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/24/2024

Page 177

Printed by 71334 at 8/21/24 10:10 AM

MC_002028

## Preferred Pharmacy (continued)

### Letters (continued)

AETNA MEDICARE ADVANTAGE
Authorization #:

Referral Start Date:05/24/2024
Referral End Date: 08/22/2024
Number of Authorized visits:1
Referred to Department Phone Number:


MORE INFORMATION
If your insurance changes, please contact the referring department
253-792-6555 to update your coverage.

### Patient Instructions

None

MC_002029

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 356064880

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/22/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 179

Printed by 71334 at 8/21/24 10:10 AM

MC_002030

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | | |
|------|--|--|
| TG MHS TRANSCRIPTION | | |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 5/22/2024 3:36 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

TACOMA GENERAL           Larocque, Linda J
HOSPITAL                 MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 5/22/2024
WAY
TACOMA WA 98405-4234

Page 180                                      Printed by 71334 at 8/21/24 10:10 AM

MC_002031

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Documents

**Consultation - Optometry Order - Scan on 5/30/2024 1527: Consultation - Optometry Order**

Scan (below)

© 05/22/2024 6:14 PM     Sound Retina PS     → Rachel D Dawson, MD     172930 LAROCQUE, LINDA J     pg 1 of 2



# SOUND RETINA ₚₛ

172930

### Experienced. Innovative. Compassionate.

**Anthony R. Truxal, MD**     **Mark L. Nelson, MD, FACS**     **Himanshu K. Banda, MD**

**Matthew K. Asano, MD**     **Jay M. Haynie, OD, FAAO**

| | | |
|---|---|---|
| 2245 S. 19ᵗʰ St. Suite 200 | 3773 C Martin Way E Suite 101 | 7516 W. Deschutes Place |
| Tacoma, WA 98405 | Olympia, WA 98506 | Kennewick, WA 99336 |
| Phone: 253.572.1444 | Phone: 360.878.8906 | Phone: 509.581.3111 |
| Fax: 253.830.2528 | Fax: 360.584.9704 | Fax: 509.866.4911 |

**Diana Pan, OD**                                                       **Re: Linda J Larocque**
Dear Dr. PAN: This is an update on Linda Larocque (02/09/1958). The following is a summary of my findings on 05/22/2024 in our Tacoma office.

**Reason For Visit:** Follow Up - Repaired Horseshoe Tear of Retina Without Detachment OS (Laser Retinopexy 11/21/22 - Dr. Nelson).
**Secondary:** Posterior Vitreous Detachment OU. Nuclear Sclerosis OU. Diabetes, Type II, No Ocular Complications.
**HPI:** Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. CC: Curtain or Veil Over Vision OS. Duration of Problem: 3-5 months. Associated Symptoms: floaters. Location: central vision. Modifying Factors: none. HPI obtained by Jay M. Haynie, OD, FAAO
**Specialty Meds (Initial):** None.
**VA OD:** Dsc20/20-2. **OS:** Dsc20/25-2.
**IOP:** TP **OD:** 12 **OS:** 12                                                            2:28 PM

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | Examined with 90D and 20D. | Examined with 90D and 20D. |
| • Nerve | No Disc Edema. No Disc Pallor. CDR 0.2. | CDR 0.2. |
| • Vitreous | Posterior Vitreous Detachment. | PVD with Weiss Ring. |
| • Retinal Vessels | Normal Caliber. | Normal Caliber. |
| • Macula | Normal. | Normal. |
| • Periphery | No Holes or Tears. Attached 360 Degrees. No Retinopathy. | Laser around Horseshoe Tear. No SRF (3:00). No New Holes or Tears. Retina attached 360. No Retinopathy. |

**Imp/Plan:**
1. Repaired Horseshoe Tear of Retina Without Detachment OS (Laser Retinopexy 11/21/22 - Dr. Nelson). She is s/p in-office retinopexy and the small retinal tear is contained with no SRF. There is no additional treatment indicated and she will return in 1 year for DE/OCT /Color OU or sooner PRN.
2. Diabetes, Type II, No Ocular Complications, Not Insulin Dependent. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
3. Posterior Vitreous Detachment OU. Retinal tear and detachment warning symptoms reviewed and patient instructed to call immediately if increasing floaters, flashes, or decreasing peripheral vision.
4. Nuclear Sclerosis OU. Cataract not visually significant. Recommended observation.
**Specialty Meds (Final):** None.
**Follow Up:** Dr. Haynie 1 Year - DE/OCT/Color OU.

Please contact me if I can offer any further information. Thank you for your assistance in the care of Linda Larocque

Sincerely,



Electronically signed by Jay M. Haynie, OD, FAAO

cc: William Frederick Thompson, MD; Rachel D Dawson, MD

Page 1 of 2
Patient: Linda Larocque (DOB 2/9/1958)
Wednesday, May 22, 2024

PAGE 1/2 * RCVD AT 5/22/2024 3:14:46 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/6 * DNIS:2938642966 * CSID:Sound Retina PS   * ANI:+13122421051 * DURATION (mm-ss):02

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 181            Printed by 71334 at 8/21/24 10:10 AM

MC_002032

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Documents (continued)



Page 2 of 2
Patient: Linda Larocque (DOB 2/9/1958)
Wednesday, May 22, 2024

PAGE 2/2 * RCVD AT 5/22/2024 3:14:46 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/6 * DNIS:2538642866 * CSID:Sound Retina PS   * ANI:+13122421051 * DURATION (mm-ss):02

### Clinical Notes

#### Procedures by HIM SCANNED DOCUMENT at 5/30/2024 1527

| Author: HIM SCANNED DOCUMENT | Service: ---- | Author Type: Interface Resource |
|---|---|---|

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002033

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Filed: 05/30/24 1536 | Encounter Date: 5/22/2024 | Status: Signed |

Editor: HIM SCANNED DOCUMENT (Interface Resource)
Procedure Orders
1. REFERRAL TO OPTOMETRY [808413784] ordered by Interface, Onbase Scans at 05/22/24 1527

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 183

Printed by 71334 at 8/21/24 10:10 AM

MC_002034

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Clinical Notes (continued)

Scan on 5/30/2024 1527 by HIM SCANNED DOCUMENT: Consultation - Optometry Order (below)

© 05/22/2024 6:14 PM     Sound Retina PS     → Rachel D Dawson, MD     172930 LAROCQUE, LINDA J
pg 1 of 2



# SOUND RETINA ᵖˢ   172930

### Experienced. Innovative. Compassionate.

**Anthony R. Truxal, MD**     **Mark L. Nelson, MD, FACS**     **Himanshu K. Banda, MD**

**Matthew K. Asano, MD**     **Jay M. Haynie, OD, FAAO**

| | | |
|---|---|---|
| 2245 S. 19ᵗʰ St. Suite 200 | 3773 C Martin Way E Suite 101 | 7516 W. Deschutes Place |
| Tacoma, WA 98405 | Olympia, WA 98506 | Kennewick, WA 99336 |
| Phone: 253.572.1444 | Phone: 360.878.8906 | Phone: 509.581.3111 |
| Fax: 253.830.2528 | Fax: 360.584.9704 | Fax: 509.866.4911 |

**Diana Pan, OD**                **Re: Linda J Larocque**
Dear Dr. PAN: This is an update on Linda Larocque (02/09/1958). The following is a summary of my findings on 05/22/2024 in our Tacoma office.

**Reason For Visit:** Follow Up - Repaired Horseshoe Tear of Retina Without Detachment OS (Laser Retinopexy 11/21/22 - Dr. Nelson).
**Secondary:** Posterior Vitreous Detachment OU. Nuclear Sclerosis OU. Diabetes, Type II, No Ocular Complications.
**HPI:** Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. CC: Curtain or Veil Over Vision OS. Duration of Problem: 3-5 months. Associated Symptoms: floaters. Location: central vision. Modifying Factors: none. HPI obtained by Jay M. Haynie, OD, FAAO
**Specialty Meds (Initial):** None.
**VA OD:** Dsc20/20-2.   **OS:** Dsc20/25-2.
**IOP:** TP   **OD:** 12   **OS:** 12                             2:28 PM

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | Examined with 90D and 20D. | Examined with 90D and 20D. |
| • Nerve | No Disc Edema. No Disc Pallor. CDR 0.2. | CDR 0.2. |
| • Vitreous | Posterior Vitreous Detachment. | PVD with Weiss Ring. |
| • Retinal Vessels | Normal Caliber. | Normal Caliber. |
| • Macula | Normal. | Normal. |
| • Periphery | No Holes or Tears. Attached 360 Degrees. No Retinopathy. | Laser around Horseshoe Tear, No SRF (3:00). No New Holes or Tears. Retina attached 360. No Retinopathy. |

**Imp/Plan:**
1. Repaired Horseshoe Tear of Retina Without Detachment OS (Laser Retinopexy 11/21/22 - Dr. Nelson). She is s/p in-office retinopexy and the small retinal tear is contained with no SRF. There is no additional treatment indicated and she will return in 1 year for DE/OCT /Color OU or sooner PRN
2. Diabetes, Type II, No Ocular Complications, Not Insulin Dependent. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
3. Posterior Vitreous Detachment OU. Retinal tear and detachment warning symptoms reviewed and patient instructed to call immediately if increasing floaters, flashes, or decreasing peripheral vision.
4. Nuclear Sclerosis OU. Cataract not visually significant. Recommended observation.

**Specialty Meds (Final):** None.
**Follow Up:** Dr. Haynie 1 Year - DE/OCT/Color OU.

Please contact me if I can offer any further information. Thank you for your assistance in the care of Linda Larocque

Sincerely,



Electronically signed by Jay M. Haynie, OD, FAAO

cc: William Frederick Thompson, MD; Rachel D Dawson, MD

Page 1 of 2
Patient: Linda Larocque (DOB 2/9/1958)
Wednesday, May 22, 2024

PAGE 1/2 * RCVD AT 5/22/2024 3:14:46 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/6 * DNIS:2538642866 * CSID:Sound Retina PS    * ANI:+13122421051 * DURATION (mm-ss):02

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 184                Printed by 71334 at 8/21/24 10:10 AM

MC_002035

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Clinical Notes (continued)



Page 2 of 2
Patient: Linda Larocque (DOB 2/9/1958)
Wednesday, May 22, 2024

PAGE 2/2 * RCVD AT 5/22/2024 3:14:46 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/6 * DNIS:2638642866 * CSID:Sound Retina PS    * ANI:+13122421061 * DURATION (mm-ss):02

Electronically signed by HIM SCANNED DOCUMENT at 05/30/24 1536

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 185

Printed by 71334 at 8/21/24 10:10 AM

MC_002036

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List**

### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD

Discontinued on: 6/11/2024

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 186

Printed by 71334 at 8/21/24 10:10 AM

MC_002037

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List (continued)**

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 4/2/2024
Start date: 4/2/2024                                         End date: 6/8/2024
Quantity: 15 Tablet                                          Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 6/5/2024
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD          Ordered on: 4/2/2024
Start date: 4/2/2024                                         End date: 6/5/2024
Quantity: 160 Tablet                                         Refill: 1 refill by 9/29/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/13/2024
Start date: 5/13/2024                                       Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
Authorized by: Rachel D Dawson, MD          Ordered on: 5/15/2024
Start date: 5/15/2024                                       End date: 7/10/2024
Quantity: 3 mL                                                 Refill: No refills remaining

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/15/2024
Start date: 7/10/2024                                       Quantity: 3 mL
Refill: 11 refills by 5/15/2025

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA          Entered on: 5/24/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Kristen Abrams, ARNP          Discontinued on: 7/5/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD          Ordered on: 5/28/2024
Start date: 5/28/2024                                       End date: 7/4/2024
Quantity: 30 Tablet                                          Refill: 1 refill by 5/28/2025

**Stopped in Visit**

None

| **Results** | | (Order ) |
| --- | --- | --- |

## END OF IMAGING QUESTIONNAIRE REPORT

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 5/22/2024
WAY
TACOMA WA 98405-4234

Page 187                                                        Printed by 71334 at 8/21/24 10:10 AM

MC_002038

## 05/22/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Preferred Pharmacy

**Other Orders - Procedures**

**Referral**

**REFERRAL TO OPTOMETRY [808413784] (Final result)**

| | |
|---|---|
| Electronically signed by: **Interface, Onbase Scans on 05/22/24 1527** | Status: **Completed** |
| Ordering user: Interface, Onbase Scans 05/22/24 1527 | Authorized by: HIM SCANNED DOCUMENT |
| Ordering mode: Standard | |
| Frequency: 05/22/24 1527 - | Quantity: 1 |
| Lab status: Final result | |

Scan on 5/30/2024 1527 by HIM SCANNED DOCUMENT: Consultation - Optometry Order (below)

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 188                                                      Printed by 71334 at 8/21/24 10:10 AM

MC_002039

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**



# SOUND RETINA PS

172930

### Experienced. Innovative. Compassionate.

**Anthony R. Truxal, MD**    **Mark L. Nelson, MD, FACS**    **Himanshu K. Banda, MD**

**Matthew K. Asano, MD**    **Jay M. Haynie, OD, FAAO**

2245 S. 19th St. Suite 200    3773 C Martin Way E Suite 101    7516 W. Deschutes Place
Tacoma, WA 98405    Olympia, WA 98506    Kennewick, WA 99336
Phone: 253.572.1444    Phone: 360.878.8906    Phone: 509.581.3111
Fax: 253.830.2528    Fax: 360.584.9704    Fax: 509.866.4911

**Diana Pan, OD**        **Re: Linda J Larocque**
Dear Dr. PAN: This is an update on Linda Larocque (02/09/1958). The following is a summary of my findings on 05/22/2024 in our Tacoma office.

**Reason For Visit:** Follow Up - Repaired Horseshoe Tear of Retina Without Detachment OS (Laser Retinopexy 11/21/22 - Dr. Nelson).
**Secondary:** Posterior Vitreous Detachment OU. Nuclear Sclerosis OU. Diabetes, Type II, No Ocular Complications.
**HPI:** Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. CC: Curtain or Veil Over Vision OS. Duration of Problem: 3-5 months. Associated Symptoms: floaters. Location: central vision. Modifying Factors: none. HPI obtained by Jay M. Haynie, OD, FAAO
**Specialty Meds (Initial):** None.
**VA OD:** Dsc20/20-2.  **OS:** Dsc20/25-2.
**IOP:** TP  **OD:** 12  **OS:** 12        2:28 PM

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | Examined with 90D and 20D. | Examined with 90D and 20D. |
| • Nerve | No Disc Edema. No Disc Pallor. CDR 0.2. | CDR 0.2. |
| • Vitreous | Posterior Vitreous Detachment. | PVD with Weiss Ring. |
| • Retinal Vessels | Normal Caliber. | Normal Caliber. |
| • Macula | Normal. | Normal. |
| • Periphery | No Holes or Tears. Attached 360 Degrees. No Retinopathy. | Laser around Horseshoe Tear. No SRF (3:00). No New Holes or Tears. Retina attached 360. No Retinopathy. |

**Imp/Plan:**
1. Repaired Horseshoe Tear of Retina Without Detachment OS (Laser Retinopexy 11/21/22 - Dr. Nelson). She is s/p in-office retinopexy and the small retinal tear is contained with no SRF. There is no additional treatment indicated and she will return in 1 year for DE/OCT /Color OU or sooner PRN.
2. Diabetes, Type II, No Ocular Complications, Not Insulin Dependent. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
3. Posterior Vitreous Detachment OU. Retinal tear and detachment warning symptoms reviewed and patient instructed to call immediately if increasing floaters, flashes, or decreasing peripheral vision.
4. Nuclear Sclerosis OU. Cataract not visually significant. Recommended observation.

**Specialty Meds (Final):** None.
**Follow Up:** Dr. Haynie 1 Year - DE/OCT/Color OU.

Please contact me if I can offer any further information. Thank you for your assistance in the care of Linda Larocque

Sincerely,



Electronically signed by Jay M. Haynie, OD, FAAO

cc: William Frederick Thompson, MD; Rachel D Dawson, MD

Page 1 of 2
Patient: Linda Larocque (DOB 2/9/1958)
Wednesday, May 22, 2024

PAGE 1/2 * RCVD AT 5/22/2024 3:14:46 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/6 * DNIS:2538642966 * CSID:Sound Retina PS  * ANI:+13122421051 * DURATION (mm-ss):02

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 189    Printed by 71334 at 8/21/24 10:10 AM

MC_002040

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

○ 05/22/2024 6:14 PM          Sound Retina PS          → Rachel D Dawson, MD



Page 2 of 2
Patient: Linda Larocque (DOB 2/9/1958)
Wednesday, May 22, 2024

PAGE 2/2 * RCVD AT 5/22/2024 3:14:46 PM [Pacific Daylight Time] * SVR:MBVRFAXAPP003/6 * DNIS:2538642866 * CSID:Sound Retina PS     * ANI:+13122421051 * DURATION (mm-ss):02

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-170003980 | — | — | 05/22/24 1527 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002041

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| REFERRAL TO OPTOMETRY [808413784] | Resulted: 05/22/24 1527, Result status: Final result |
|---|---|
| Order status: Completed | Filed by: Interface, Onbase Scans  05/30/24 1536 |
| Collected by: 05/22/24 1527 | |

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Scanned Documents - Order, No encounter | ONB170003980 | 5/30/2024  3:27 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 05/30/24 at 1536

**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/22/2024

Page 191

Printed by 71334 at 8/21/24 10:10 AM

MC_002042

## 05/15/2024 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 328006122

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 5/15/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Annual Exam |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

| | | | |
|---|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** | |
| **Referring Physician:** | | **Occupation:** | |

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 192

Printed by 71334 at 8/21/24 10:10 AM

MC_002043

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

* Annual Exam (Wellness)

### Visit Diagnoses

* **Wellness examination (primary) [Z00.00]**
* Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59]
* PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC) [I47.10]
* Major depressive disorder, recurrent episode, moderate (CMS/HCC) [F33.1]
* Diabetes mellitus without complication (CMS/HCC) [E11.9]
* BMI 40.0-44.9, adult (CMS/HCC) [Z68.41]
* Essential hypertension, benign [I10]
* Disorder of lipoid metabolism [E78.9]
* FULL CODE STATUS

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Follow-up and Dispositions

* Return in about 2 months (around 7/15/2024) for 30 minute.

### Level of Service

| Level of Service |
|---|
| P PPPS, SUBSEQ VISIT |

| Log History |
|---|
| Additional EM Code History |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/15/2024 8:30 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 193

Printed by 71334 at 8/21/24 10:10 AM

MC_002044

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes

#### Progress Notes by Rachel D Dawson, MD at 5/15/2024 0830

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 05/15/24 0936 | Encounter Date: 5/15/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

## Annual Wellness Visit
Care gaps reviewed w/ pt
Last labs 4/2/2024 reviewed and goals met on current meds
Barry huse od - due for dm eye exam  or his associate and with dr. Haynie for the retinal exam
Mammogram due
Dexa due
Due for visit to dr. Guerra June 2024

Victoza no longer covered as of earlier this mo
She would like ozempic and she will pay the $200 a mo copay she is so tired of being overweight

Depression
Has decided spouse is not going to change and she needs to accept him the way he is and focus on herself she is praying and is at peace now
She really wants to lose weight and be more mobile and enjoy life
Getting over the surgery is tough, still struggling w/ mobility issues but getting better daily
Still in physical therapy

## Patient Active Problem List

### Diagnosis
- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
- Retinal tear of left eye
- Status post total left knee replacement

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC<br>5700 100th St SW<br>LAKEWOOD WA 98499-2767 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 5/15/2024 |

Page 194

Printed by 71334 at 8/21/24 10:10 AM

MC_002045

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS/HCC)
- Opioid use with opioid-induced disorder (CMS/HCC)

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 1 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 11 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. | 90 Tablet | 3 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 195

Printed by 71334 at 8/21/24 10:10 AM

MC_002046

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

|  |  |  |  |
|---|---|---|---|
|  | May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |  |  |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

No current facility-administered medications on file prior to visit.

## ASSESSMENTS

### Health Risk Assessment (HRA) FORM
*Form completed on paper & concerns reviewed with patient.*

### Cognitive Screen (Mini-Cog)
Word recall: 3/3 words; Clock drawing: normal

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 196

Printed by 71334 at 8/21/24 10:10 AM

MC_002047

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Interpretation: Screening was negative

**Fall Risk**
Fall Risk reviewed and 30 second test performed: normal

## COUNSELING

**Health Maintenance - Preventative Services**(*Quick Reference Information*)
*A listing of Medicare preventative services was provided to the patient*
Eligible services that are overdue and discussed: none refused

**Advance Directives & POLST**
Advance Directives: Advance Care Planning discussed - patient did not wish to name a surrogate decision maker or provide an advance care plan.
POLST: Discussed purpose of POLST/POST form, but patient was unwilling or unable to complete at this time.

## EXAM & OTHER CONCERNS:

LMP 09/14/2009
**Vitals:**

|  | 05/15/24 0848 |
|---|---|
| BP: | 118/70 |
| Pulse: | 91 |
| Resp: | 18 |
| Temp: | 35.9 °C (96.7 °F) |
| Weight: | 125.1 kg (275 lb 11.2 oz) |
| Height: | 1.676 m (5' 6") |

general no acute distress
Ms smiling cheerful + plans, stressors spouse and her own health issues
Dm labs reviewed

(Z00.00) Wellness examination  (primary encounter diagnosis)
Comment:
Plan:

(E11.59) Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
Comment:
Plan: Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4
     MG/3ML Solution Pen-injector

(I47.10) PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
Comment:
Plan: stable followed annually by cardiology

(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
Comment:
Plan: doing well on present meds

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 197

Printed by 71334 at 8/21/24 10:10 AM

MC_002048

**05/15/2024 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

---

(E11.9) Diabetes mellitus without complication (CMS/HCC)
Comment:
Plan: ozempic a good choice

(Z68.41) BMI 40.0-44.9, adult (CMS/HCC)
Comment:
Plan: ozempic a good choice for her

(I10) Essential hypertension, benign
Comment:
Plan: well controlled

(E78.9) Disorder of lipoid metabolism
Comment:
Plan: to goal on meds

FULL CODE STATUS
Comment: confirmed w/ pt
Given advanced directives sample form
Plan:

**Patient Instructions**

Mammogram scheduled
Dexa scheduled
Due for visit to dr. Guerra June 2024
keep dr hainey for dm eye exam scheduled
Hepatitis a vaccine check with pharmacy

Ozempic 0.25 mg weekly for four weeks
Then increase dose to 0.5 mg weekly for four weeks
Then increase dose to 1 mg weekly
Main side effects bloating the day or so after the shot
Positive effect significant decrease in appetite resulting in weight loss

Rachel D Dawson, MD

**CARE TEAM & HISTORY:**

**CARE TEAM**
**PCP: Rachel D Dawson, MD**
**Last encounter with PCP: 4/2/2024**

MULTICARE LAKEWOOD        Larocque, Linda J
CLINIC                    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW          Visit date: 5/15/2024
LAKEWOOD WA 98499-2767

Page 198                                  Printed by 71334 at 8/21/24 10:10 AM

MC_002049

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Patient Care Team:
Rachel D Dawson, MD as PCP - General
Scott A Voelpel, PA-C
Julianne Tosch, LPN
Erin E Dodge, MD
Christ Siebel Bryant, MA
Sarah Moi, MA
David A Schoen, PA-C
Anne L Palsissa, MA (Population Health Coordinator)
Lam-Phuong Nguyen, DO as CONSULTING PHYSICIAN (Pulmonology)
Gregory Scott Watson, PA-C (Physician Assistant)

## PHARMACY

SAFEWAY PHARMACY #1594 - TACOMA, WA
707 S 56TH STREET
TACOMA WA 98408
Phone: 253-471-1730 Fax: 253-471-3529

MultiCare Allenmore Outpatient Pharmacy
1901 S. Union
TACOMA WA 98405
Phone: 253-459-6746 Fax: 253-459-6251

COSTCO PHARMACY # 95 - TACOMA, WA
2219 SOUTH 37TH STREET
TACOMA WA 98409
Phone: 253-671-6002 Fax: 253-671-6009

## HISTORY

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION | |
| *discovered psvt in pacu* | |
| • Backache, unspecified | |
| *Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites | |
| *low back/ bil knees/ bil hips* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF | |
| *6/2022 ECHO EF 45-50%   Dr Guerra cardiologist* | |
| • History of sleep apnea | |
| *uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) | 10/27/2009 |
| *tx w/ hyst* | |

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002050

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

- Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus
  *Migraine*
- Paroxysmal supraventricular tachycardia (CMS/HCC)
  *heart murmur noted on echo*
- Prediabetes
- Snores
- Type 2 diabetes mellitus (CMS/HCC)
  *prediabetic*
- Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled
  *diet controlled*
- Uterine cancer (CMS/HCC)                                                                2009

### Social History

**Tobacco Use**
- Smoking status:          Never
     Passive exposure:     Never
- Smokeless tobacco:       Never

**Vaping Use**
- Vaping status:           Never Used

**Substance Use Topics**
- Alcohol use:             Yes
     *Comment: 1-2x year*
- Drug use:                Not Currently

### Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| Stroke | Father | | |
| Heart | Father | | |
| Hypertension | Father | | |
| Heart *CHF* | Mother | | |
| Hypertension | Mother | | |
| Cancer | Mother | | |
| GU *GOUT* | Mother | | |
| Alcohol abuse | Daughter | | |
| Seizures | Daughter | | |
| Uterine cancer | Daughter | | |
| Neuro *epilepsy* | Daughter | | |
| Drug/Alcohol *recovering alcoholic* | Daughter | | |
| Cancer *uterine ca* | Daughter | | |
| Coronary Artery Disease *MI* | Maternal Grandmother | | |
| Cancer | Maternal | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 200

Printed by 71334 at 8/21/24 10:10 AM

MC_002051

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

|  |  |
|---|---|
|  | Grandmother |
| *BREAST* |  |
| • Coronary Artery Disease | Maternal Grandfather |
| *MI* |  |
| • Hypertension | Sister |
| • Diabetes | Paternal Aunt |
| • Other | Sister |
| *EPILEPSY* |  |
| • Diabetes | Sister |
| • Arthritis | Brother |
| • Heart | Sister |
| • Diabetes | Maternal Aunt |
| • Other | Paternal Aunt |
| *MIGRAINE* |  |
| • Neuro | Sister |
| *early alzheimers.* |  |

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 05/15/24 0936

**Nursing Note by Morales-Zamudio N Yvette, MA at 5/15/2024 0830**

| | | |
|---|---|---|
| Author: Morales-Zamudio N Yvette, MA | Service: — | Author Type: Medical Assistant |
| Filed: 05/15/24 0855 | Encounter Date: 5/15/2024 | Status: Signed |
| Editor: Morales-Zamudio N Yvette, MA (Medical Assistant) | | Cosigner: Sarah A Tryon, LVN/LPN at 05/15/24 0949 |

**Chief Complaint**

Patient presents with
 • Annual Exam
  *Wellness*

Additional Details: none

Medication list changes/discrepancies: Medication Comments documented by Morales-Zamudio N Yvette, MA on 5/15/2024 at 0846.
Medication was reviewed with patient today

Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 201

Printed by 71334 at 8/21/24 10:10 AM

MC_002052

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

    *fatigue*
* Pravastatin
  *Leg aches? Seemed better off this med*
* Prozac [Fluoxetine Hcl]               Agitation/Anxiety
  *Given this med postpartum 27 years ago*
* Zoloft [Sertraline Hcl]
  *ineffective*
* Codeine Camsylate                  Nausea and Itching, Pruritus
  *Ok with food*
* Lipitor [Atorvastatin Calcium]        Myalgia
  *myalgias*
* Metoprolol Succinate [Metoprolol]    Fatigue
* Voltaren [Diclofenac Sodium]        Nausea
  *Gi upset*
* Zocor [Simvastatin]
  *myalgias*

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

    Electronically signed by Morales-Zamudio N Yvette, MA at 05/15/24 0855
    Electronically signed by Sarah A Tryon, LVN/LPN at 05/15/24 0949

### Medication List

#### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 202

Printed by 71334 at 8/21/24 10:10 AM

MC_002053

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD

Discontinued on: 6/11/2024

Ordered on: 4/2/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 203

Printed by 71334 at 8/21/24 10:10 AM

MC_002054

## 05/15/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 4/2/2024 | End date: 6/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/5/2024 |

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/5/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 9/29/2024 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/13/2024 |
| Start date: 5/13/2024 | Quantity: 180 Capsule |
| Refill: 2 refills by 5/13/2025 | |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 5/15/2024 | End date: 7/10/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

Instructions: Inject 1 mg under the skin every week.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 7/10/2024 | Quantity: 3 mL |
| Refill: 11 refills by 5/15/2025 | |

**Stopped in Visit**

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |

| **Results** | **(Order )** |
|---|---|

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET | Not open 24 hours |
| TACOMA WA 98408 | |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 204

Printed by 71334 at 8/21/24 10:10 AM

MC_002055

## Preferred Pharmacy (continued)

**Pharmacy Contact (continued)**

**Flowsheets**

### Custom Formula Data

| Row Name | 05/15/24 0848 | | | | | |
|---|---|---|---|---|---|---|
| OTHER | | | | | | |
| Ideal Body Weight | 130.73 lbs -ST | | | | | |
| Adjusted Body Weight | 188.72 lbs -ST | | | | | |
| % Over/Under Ideal Body Weight | 110.89 -ST | | | | | |
| Predicted Body Weight | 59.3 -ST | | | | | |
| Length (cm) | 167.6 cm -ST | | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -ST | | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -ST | | | | | |
| BSA (Calculated - sq m) | 2.41 sq meters -ST | | | | | |
| Vitals | | | | | | |
| MAP (mmHg) | 86 mmHg -MY | | | | | |
| BMI | | | | | | |
| BMI (Calculated) | 44.52 -ST | | | | | |
| Adult IBW/VT Calculations | | | | | | |
| IBW/kg (Calculated) | 59.3 -ST | | | | | |
| Low Range Vt 6mL/kg | 355.8 mL/kg -ST | | | | | |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -ST | | | | | |
| Adult High Range Vt 10mL/kg | 593 mL/kg -ST | | | | | |
| Vital Signs | | | | | | |
| BMI (Calculated) | 44.52 -ST | | | | | |
| Weight and Growth Recommendation | | | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -ST | | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -ST | | | | | |

### Encounter Vitals

| Row Name | 05/15/24 0848 | | | | | |
|---|---|---|---|---|---|---|
| Enc Vitals | | | | | | |
| BP | 118/70 -MY | | | | | |
| Pulse | 91 -MY | | | | | |
| Resp | 18 -MY | | | | | |
| Temp | 35.9 °C (96.7 °F) - MY | | | | | |
| Temp src | Axillary -MY | | | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 205

Printed by 71334 at 8/21/24 10:10 AM

MC_002056

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| SpO2 | 97 % -MY |
| Weight | 125.1 kg (275 lb 11.2 oz) -MY |
| Height | 1.676 m (5' 6") 📄 measured -ST |
| Pain Score | SEVEN/TEN -MY |
| Pain Loc | HIP -MY |
| Pain Education | Yes -MY |
| OTHER | |
| Pt Position for BP | Sitting -MY |
| Cuff Size | Adult -MY |
| BP Site | Left forearm -ST |

**GAD-2/7 Anxiety Scale**

| Row Name | 05/15/24 0842 | | | | |
|---|---|---|---|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | | | | | |
| Feeling nervous, anxious, or on edge | Nearly every day - MY | | | | |
| Not being able to stop or control worrying | Several days -MY | | | | |
| GAD-2 Total Score | 4 -MY | | | | |
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | | | | | |
| Worrying too much about different things | More than half the days -MY | | | | |
| Trouble relaxing | More than half the days -MY | | | | |
| Being so restless that it is hard to sit still | Several days -MY | | | | |
| Becoming easily annoyed or irritable | More than half the days -MY | | | | |
| Feeling afraid as if something awful might happen | More than half the days -MY | | | | |
| GAD-7 Total Score | 13 -MY | | | | |
| If you checked off any problems on this questionnaire, | | | | | |
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult -MY | | | | |

**Patient Health Questionnaire-2/9**

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 206

Printed by 71334 at 8/21/24 10:10 AM

MC_002057

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| Row Name | 05/15/24 0842 | | | | | |
|---|---|---|---|---|---|---|
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | | | | | | |
| Little interest or pleasure in doing things | More than half the days -MY | | | | | |
| Feeling down, depressed, or hopeless | More than half the days -MY | | | | | |
| Patient Health Questionnaire-2 Score | 4 -MY | | | | | |
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | | | | | | |
| Trouble falling or staying asleep, or sleeping too much | Several days -MY | | | | | |
| Feeling tired or having little energy | More than half the days -MY | | | | | |
| Poor appetite or overeating | Nearly every day - MY | | | | | |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days -MY | | | | | |
| Trouble concentrating on things, such as reading the newspaper or watching television | Several days -MY | | | | | |
| Moving or speaking so slowly that other people could have noticed? Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual. | Not at all -MY | | | | | |
| Thoughts that you would be better off dead or hurting yourself in some way | Not at all -MY | | | | | |
| Patient Health Questionnaire-9 Score | 12 -MY | | | | | |
| If you checked off any problems on this questionnaire so far, | | | | | | |
| How difficult have these problems made it for you to | Very difficult -MY | | | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 207

Printed by 71334 at 8/21/24 10:10 AM

MC_002058

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

do your work,
take care of
things at home,
or get along with
other people?

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| ST | Sarah A Tryon, LVN/LPN | Licensed Practical Nurse | Nursing |
| MY | Morales-Zamudio N Yvette, MA | Medical Assistant | Nursing |

**Patient Instructions**

## Health Maintenance

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |
| • Colon Cancer Screening | 11/22/2029 |
| • SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) | Completed |
| • IMM: SHINGRIX | Completed |
| • IMM: Pneumococcal Combined 65+ | Completed |
| • IMM: INFLUENZA (AGE > 6 MONTHS) | Completed |
| • IMM: MENINGOCOCCAL ACWY | Aged Out |
| • SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) | Discontinued |

## Health Maintenance

| Topic | Date Due |
|---|---|

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 208

Printed by 71334 at 8/21/24 10:10 AM

MC_002059

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

- IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) — Never done
- IMM: COVID-19 (3 - 2023-24 season) — 09/01/2023
- SCRN: FOR DIABETIC RETINOPATHY — 11/14/2023
- Screen for Fall Risk (>65Y) — Never done
- Advance Care Planning — Never done
- Medicare Initial AWV G0438 — Never done
- IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) — 12/28/2030 (Originally 10/20/1999)
- SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) — 06/25/2024
- SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) — 10/02/2024
- SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) — 11/02/2024
- Breast Cancer Screening (Mammogram) — 11/15/2024
- SCRN: FOR DIABETIC NEUROPATHY — 04/02/2025
- SCRN: FOR MICROPROTEINURIA — 04/02/2025
- SCRN: FOR CKD/NEPHROPATHY — 04/02/2025
- IMM: DTAP/TDAP/TD (5 - Td or Tdap) — 03/01/2029
- Colon Cancer Screening — 11/22/2029
- SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) — Completed
- IMM: SHINGRIX — Completed
- IMM: Pneumococcal Combined 65+ — Completed
- IMM: INFLUENZA (AGE > 6 MONTHS) — Completed
- IMM: MENINGOCOCCAL ACWY — Aged Out
- SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) — Discontinued

## Health Maintenance

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 209

Printed by 71334 at 8/21/24 10:10 AM

MC_002060

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

- SCRN: FOR CKD/NEPHROPATHY — 04/02/2025
- IMM: DTAP/TDAP/TD (5 - Td or Tdap) — 03/01/2029
- Colon Cancer Screening — 11/22/2029
- SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) — Completed
- IMM: SHINGRIX — Completed
- IMM: Pneumococcal Combined 65+ — Completed
- IMM: INFLUENZA (AGE > 6 MONTHS) — Completed
- IMM: MENINGOCOCCAL ACWY — Aged Out
- SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) — Discontinued

## Health Maintenance

| Topic | Date Due |
|---|---|
| IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| Screen for Fall Risk (>65Y) | Never done |
| Advance Care Planning | Never done |
| Medicare Initial AWV G0438 | Never done |
| IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| Breast Cancer Screening (Mammogram) | 11/15/2024 |
| SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |
| Colon Cancer Screening | 11/22/2029 |
| SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) | Completed |
| IMM: SHINGRIX | Completed |
| IMM: Pneumococcal Combined 65+ | Completed |
| IMM: INFLUENZA (AGE > 6 MONTHS) | Completed |
| IMM: MENINGOCOCCAL ACWY | Aged Out |
| SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) | Discontinued |

Mammogram scheduled
Dexa scheduled
Due for visit to dr. Guerra June 2024
keep dr hainey for dm eye exam scheduled

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 210

Printed by 71334 at 8/21/24 10:10 AM

MC_002061

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

Hepatitis a vaccine check with pharmacy


  Ozempic 0.25 mg weekly for four weeks
Then increase dose to 0.5 mg weekly for four weeks
Then increase dose to 1 mg weekly
Main side effects bloating the day or so after the shot
Positive effect significant decrease in appetite resulting in weight loss

Rachel D Dawson, MD




Electronically signed by Rachel D Dawson, MD at 05/15/24 0901


**After Visit Summary**


  After Visit Summary (below)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 211

Printed by 71334 at 8/21/24 10:10 AM

MC_002062

**Preferred Pharmacy (continued)**

**After Visit Summary (continued)**

MultiCare **A**

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958    5/15/2024 9:30 AM   Lakewood Family Practice 253-792-6526

### Instructions from Rachel Dawson, MD

Your personalized instructions can be found at the end of this document.



Today's medication changes:

○ START taking:
**Ozempic (0.25 or 0.5 MG/DOSE) (Semaglutide(0.25 or 0.5MG/DOS))**
Start taking on: May 15, 2024

**Ozempic (1 MG/DOSE) (Semaglutide (1 MG/DOSE))**
Start taking on: July 10, 2024

✕ STOP taking:
**Victoza 18 MG/3ML Sopn (liraglutide)**

Accurate as of May 15, 2024 9:08 AM
**See the end of the After Visit Summary for your complete, current medication list.**



Read the attached information
MEDICARE PREVENTATIVE SERVICES - FEMALE



Pick up these medications at SAFEWAY PHARMACY #1594 - TACOMA, WA
• Ozempic (0.25 or 0.5 MG/DOSE)
Your estimated payment per fill: $244
• Ozempic (1 MG/DOSE)
Your estimated payment per fill: $197

Address: 707 S 56TH STREET, TACOMA WA 98408
Phone: 253-471-1730

### What's Next

**May 24** Simple Visit with Zachary Adler MD
Friday May 24 9:30 AM (Arrive by 9:15 AM)

MultiCare Orthopedics & Sports Medicine - Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433
253-792-6555

### Today's Visit

You saw Rachel Dawson, MD on Wednesday May 15, 2024 for: Annual Exam.
The following issues were addressed:
• Wellness examination
• Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
• PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
• Major depressive disorder, recurrent episode, moderate (CMS/HCC)
• Diabetes mellitus without complication (CMS/HCC)
• BMI 40.0-44.9, adult (CMS/HCC)
• Essential hypertension, benign
• Disorder of lipoid metabolism
• FULL CODE STATUS

| | |
|---|---|
| Blood Pressure **118/70** | BMI **44.50** |
| Weight **275 lb** **11.2 oz** | Height **5' 6"** |
| Temperature (Axillary) **96.7 °F** | Pulse **91** |
| Respiration **18** | Oxygen Saturation **97%** |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 212      Printed by 71334 at 8/21/24 10:10 AM

MC_002063

Larocque, Linda J
MRN: 172930

## PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 5/15/2024

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your
medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://
mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/
.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002064

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List as of May 15 2024 9:08 AM

ⓘ Always use your most recent med list.

alprazolam 0.25 MG Tabs
. . . . . Xanax
. . . 15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety.

duloxetine 60 MG Cpep
. . . . Cymbalta
. . . 180 Capsule

Take 1 Capsule by mouth twice daily.

hydrochlorothiazide 12.5 MG Caps
. . . . Microzide
. . . 90 Capsule

Take 1 Capsule by mouth once daily.

hydrOXYzine hcl 25 MG Tabs
. . . . ATARAX
. . . 30 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

lisinopril 20 MG Tabs
. . . . PRINIVIL, ZESTRIL
. . . 100 Tablet

Take 1 Tablet by mouth once daily.

Misc. Devices Misc
. . . 1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

naloxone 1 mg/mL Soln
. . . . NARCAN
. . . 1 Kit

Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

ondansetron 4 MG Tabs
. . . . Zofran
. . . 21 Tablet

Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

* OTHER
. . . 1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
**According to our records, you may have been taking this medication differently.**

* OTHER
. . . 1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

* Ozempic (0.25 or 0.5 MG/DOSE) 2 MG/3ML Sopn
. . . . Semaglutide(0.25 or 0.5 MG/DOS)
. . . 3 mL

Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65
. . . . May 15, 2024

* Ozempic (1 MG/DOSE) 4 MG/3ML Sopn
. . . . Semaglutide (1 MG/DOSE)
. . . 3 mL

Inject 1 mg under the skin every week.
. . . . July 10, 2024

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Printed by 71334 at 8/21/24 10:10 AM

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of May 15, 2024 9:08 AM

| | |
|---|---|
| rosuvastatin 20 mg Tabs<br>Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>SENNA, SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |
| TechLite Pen Needles 31G X 8 MM Misc<br>Insulin Pen Needle<br>100 Each | Use With victoza injections |
| tramadol 50 MG Tabs<br>Ultram<br>160 Tablet | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt |
| verapamil 240 MG Tbcr<br>CALAN SR<br>90 Tablet | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |

✚ * This list has 4 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE S10
LAKEWOOD WA 98499-2767

Linda J. Larocque (MRN: 172930) (CSN: 328006122) • Printed by [2217] at 5/15/2024 9:08 AM        Page 4 of 9   *Epic*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 215

Printed by 71334 at 8/21/24 10:10 AM

MC_002066

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Instructions from Rachel Dawson, MD

**Health Maintenance**

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |
| • Colon Cancer Screening | 11/22/2029 |
| • SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) | Completed |
| • IMM: SHINGRIX | Completed |
| • IMM: Pneumococcal Combined 65+ | Completed |
| • IMM: INFLUENZA (AGE > 6 MONTHS) | Completed |
| • IMM: MENINGOCOCCAL ACWY | Aged Out |
| • SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) | Discontinued |

**Health Maintenance**

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |
| • Colon Cancer Screening | 11/22/2029 |
| • SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) | Completed |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 216

Printed by 71334 at 8/21/24 10:10 AM

MC_002067

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

| | |
|---|---|
| • IMM: SHINGRIX | Completed |
| • IMM: Pneumococcal Combined 65+ | Completed |
| • IMM: INFLUENZA (AGE > 6 MONTHS) | Completed |
| • IMM: MENINGOCOCCAL ACWY | Aged Out |
| • SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) | Discontinued |

**Health Maintenance**

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |
| • Colon Cancer Screening | 11/22/2029 |
| • SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) | Completed |
| • IMM: SHINGRIX | Completed |
| • IMM: Pneumococcal Combined 65+ | Completed |
| • IMM: INFLUENZA (AGE > 6 MONTHS) | Completed |
| • IMM: MENINGOCOCCAL ACWY | Aged Out |
| • SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) | Discontinued |

**Health Maintenance**

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 217

Printed by 71334 at 8/21/24 10:10 AM

MC_002068

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

- Breast Cancer Screening (Mammogram)                          11/15/2024
- SCRN: FOR DIABETIC NEUROPATHY                                 04/02/2025
- SCRN: FOR MICROPROTEINURIA                                    04/02/2025
- SCRN: FOR CKD/NEPHROPATHY                                     04/02/2025
- IMM: DTAP/TDAP/TD (5 - Td or Tdap)                            03/01/2029
- Colon Cancer Screening                                        11/22/2029
- SCRN: FOR HEPATITIS C ROUTINE (18-79 Years)                  Completed
- IMM: SHINGRIX                                                 Completed
- IMM: Pneumococcal Combined 65+                               Completed
- IMM: INFLUENZA (AGE > 6 MONTHS)                              Completed
- IMM: MENINGOCOCCAL ACWY                                      Aged Out
- SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT)           Discontinued

Mammogram scheduled
Dexa scheduled
Due for visit to dr. Guerra June 2024
keep dr hainey for dm eye exam scheduled
Hepatitis a vaccine check with pharmacy

Ozempic 0.25 mg weekly for four weeks
Then increase dose to 0.5 mg weekly for four weeks
Then increase dose to 1 mg weekly
Main side effects bloating the day or so after the shot
Positive effect significant decrease in appetite resulting in weight loss

Rachel D Dawson, MD

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 5/15/2024
LAKEWOOD WA 98499-2767

Page 218                                            Printed by 71334 at 8/21/24 10:10 AM

MC_002069

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

 Attached Information                    MED CARE PREVENTATIVE SERVICES - FEMALE

**Medicare Preventive Services**

**Alcohol Misuse Screening/Counseling**
- Medicare covers one alcohol misuse screening per year.
- Counseling may be covered if your screening result is positive.

**Bone Mass Measurement**
- Medicare covers a screening to see if you are at risk for broken bones.
- If you are at high risk, this is done more frequently.

**Cardiovascular Screenings**
- Medicare covers a blood test for cholesterol and lipids every 5 years to identify potential risk of heart attack or stroke.

**Colon Cancer Screenings (Colorectal)**
- Medicare Part B covers several types of colorectal cancer screening tests. These tests help find precancerous growths or cancer early, when treatment is most effective.

**Depression Screening**
- Medicare covers depression screening by your primary care provider once every 12 months.

**Diabetes Screenings**
- Medicare covers screening for diabetes every year when certain risk factors have been identified.

**Glaucoma Test**
- Medicare covers testing once every 12 months for people at high risk for glaucoma.
- Deductibles may apply.

**HIV Screening**
- Medicare covers screening for women who are pregnant and for people at increased risk for the infection, including any Medicare enrollee who asks for the test.

**Immunizations**
- Influenza Shot
  - One flu shot per flu season is covered.
- Pneumococcal Shots
  - The Center for Disease Control (CDC) recommends pneumonia vaccinations for all adults age 65 and older, and for some adults before the age of 65 with certain health conditions.
  - This is a multiple injection series.
  - These vaccines are covered by Medicare.
- Hepatitis B Shots
  - Covered for people at high or medium risk for Hepatitis B. This is a 3-injection series.

**Lung Cancer Screening**
- Medicare covers annual screening for adults ages 55-77 who have a 30-pack year smoking history and currently smoke or have quit within the last 15 years.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 219

Printed by 71334 at 8/21/24 10:10 AM

MC_002070

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

**Mammogram**
- Medicare covers a screening mammogram once every 12 months for women over the age of 40.
- Medicare covers one baseline mammogram for women between ages 35–39.

**Nutrition Education for Diabetes and Kidney Disease**
- Medicare covers nutrition education if you have diabetes, kidney disease, or have had a kidney transplant in the last 36 months.

**Obesity Screening and Counseling**
- Medicare may cover counseling for assistance with weight loss if done in a primary care setting.

**Pap Test and Pelvic Exam**
- Medicare covers these screening tests once every 24 months or more frequently if you are at high risk for cervical or vaginal cancer.

**Preventive Visit**
- Medicare covers one preventive visit each year.

**Smoking Cessation (counseling to stop smoking)**
- Medicare covers smoking cessation counseling as a preventive service.

### Messages

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC<br>5700 100th St SW<br>LAKEWOOD WA 98499-2767 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 5/15/2024 |

MC_002071

## Preferred Pharmacy (continued)

**Messages (continued)**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 3/28/2024 3:22 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
   Visit Type: ANNUAL WELLNES VISIT W/O RN
     Date: 5/15/2024
       Dept: Lakewood Family Practice
       Provider: Rachel D Dawson
       Time: 8:30 AM
       Length: 30 min

Appt Status: Scheduled

**Discharge References/Attachments**

MEDICARE PREVENTATIVE SERVICES - FEMALE

**Patient Instructions**

## Health Maintenance

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 221

Printed by 71334 at 8/21/24 10:10 AM

MC_002072

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

- Colon Cancer Screening                                         11/22/2029
- SCRN: FOR HEPATITIS C ROUTINE (18-79 Years)    Completed
- IMM: SHINGRIX                                                  Completed
- IMM: Pneumococcal Combined 65+                                 Completed
- IMM: INFLUENZA (AGE > 6 MONTHS)                                Completed
- IMM: MENINGOCOCCAL ACWY                                        Aged Out
- SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS                        Discontinued
  (DEFAULT)

## Health Maintenance

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |
| • Colon Cancer Screening | 11/22/2029 |
| • SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) | Completed |
| • IMM: SHINGRIX | Completed |
| • IMM: Pneumococcal Combined 65+ | Completed |
| • IMM: INFLUENZA (AGE > 6 MONTHS) | Completed |
| • IMM: MENINGOCOCCAL ACWY | Aged Out |
| • SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) | Discontinued |

## Health Maintenance

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 222

Printed by 71334 at 8/21/24 10:10 AM

MC_002073

## Preferred Pharmacy (continued)

Patient Instructions (continued)

| | |
|---|---|
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |
| • Colon Cancer Screening | 11/22/2029 |
| • SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) | Completed |
| • IMM: SHINGRIX | Completed |
| • IMM: Pneumococcal Combined 65+ | Completed |
| • IMM: INFLUENZA (AGE > 6 MONTHS) | Completed |
| • IMM: MENINGOCOCCAL ACWY | Aged Out |
| • SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) | Discontinued |

## Health Maintenance

| Topic | Date Due |
|---|---|
| • IMM: HEPATITIS A (1 of 2 - Risk 2-dose series) | Never done |
| • IMM: COVID-19 (3 - 2023-24 season) | 09/01/2023 |
| • SCRN: FOR DIABETIC RETINOPATHY | 11/14/2023 |
| • Screen for Fall Risk (>65Y) | Never done |
| • Advance Care Planning | Never done |
| • Medicare Initial AWV G0438 | Never done |
| • IMM: HEPATITIS B (2 of 3 - 19+ 3-dose series) | 12/28/2030 (Originally 10/20/1999) |
| • SCRN: FOR OSTEOPOROSIS (AGE 65-85 YEARS) | 06/25/2024 |
| • SCRN: FOR DIABETIC GLYCEMIC CONTROL (HGA1C) | 10/02/2024 |
| • SCRN: FOR DEPRESSION (ANNUAL FOLLOW-UP FOR PEOPLE WITH DEPRESSSION) | 11/02/2024 |
| • Breast Cancer Screening (Mammogram) | 11/15/2024 |
| • SCRN: FOR DIABETIC NEUROPATHY | 04/02/2025 |
| • SCRN: FOR MICROPROTEINURIA | 04/02/2025 |
| • SCRN: FOR CKD/NEPHROPATHY | 04/02/2025 |
| • IMM: DTAP/TDAP/TD (5 - Td or Tdap) | 03/01/2029 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 223

Printed by 71334 at 8/21/24 10:10 AM

MC_002074

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

- Colon Cancer Screening — 11/22/2029
- SCRN: FOR HEPATITIS C ROUTINE (18-79 Years) — Completed
- IMM: SHINGRIX — Completed
- IMM: Pneumococcal Combined 65+ — Completed
- IMM: INFLUENZA (AGE > 6 MONTHS) — Completed
- IMM: MENINGOCOCCAL ACWY — Aged Out
- SCRN: FOR BREAST CA Q2Y AGE 55-74 YEARS (DEFAULT) — Discontinued

Mammogram scheduled
Dexa scheduled
Due for visit to dr. Guerra June 2024
keep dr hainey for dm eye exam scheduled
Hepatitis a vaccine check with pharmacy

Ozempic 0.25 mg weekly for four weeks
Then increase dose to 0.5 mg weekly for four weeks
Then increase dose to 1 mg weekly
Main side effects bloating the day or so after the shot
Positive effect significant decrease in appetite resulting in weight loss

Rachel D Dawson, MD

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 224

Printed by 71334 at 8/21/24 10:10 AM

MC_002075

## 05/15/2024 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**   **MRN:** 172930
  **CSN:** 333858458

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/15/2024 | | | No service for | |

**Admitting Physician:**     **Chief Complaint:**
  **Adm Dx:**

  Gestational Age: <None>

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| **Age:** | 66 year old | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (66 yrs) | **Employer:** | |
| **Sex:** | female | | No address on file. |
| **Marital Status:** | Married | | |

**Primary Care Physician:**   Rachel D Dawson, MD    **Employer Phone:**
**Referring Physician:**     **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 225     Printed by 71334 at 8/21/24 10:10 AM

MC_002076

## 05/15/2024 - Health Maintenance Letter (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Call Information

| | Department | Center |
|---|---|---|
| 5/15/2024 4:26 PM | | |

| **Results** | | **(Order )** |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Health Reminders

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 5/15/2024  4:26 PM |
| Last Read in MyChart | | |
| Not Read | | |

May 15, 2024

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place.  In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 226

Printed by 71334 at 8/21/24 10:10 AM

MC_002077

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Initial Medicare Annual Wellness Visit

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/15/2024

Page 227

Printed by 71334 at 8/21/24 10:10 AM

MC_002078

**05/10/2024 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**                **MRN:** 172930
                                                    **CSN:** 333223434

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/10/2024 | | | No service for | |

**Admitting Physician:**                 **Chief Complaint:** Refill Request
                                          **Adm Dx:**

                                          Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**                              **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 5/10/2024
LAKEWOOD WA 98499-2767

Page 228                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002079

## 05/10/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (Duloxetine SAFEWAY PHARMACY #1594 - TACOMA, WA )

### Visit Diagnosis

- Major depressive disorder, recurrent episode, moderate (CMS/HCC) (primary) [F33.1]

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 5/10/2024 11:30 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Tia N Youngchild at 5/12/2024 1032

| Author: Tia N Youngchild | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 05/12/24 1033 | Encounter Date: 5/10/2024 | Status: Signed |
| Editor: Tia N Youngchild | | |

*Last dispensed: 2-13-2024*
*Last encounter with Rachel D Dawson, MD: 4/2/2024*
*Next appointment with PCP: 5/15/2024*

*Renal Function:*

Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

GFR non African Amer

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

GFR African American

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/10/2024

Page 229

Printed by 71334 at 8/21/24 10:10 AM

MC_002080

## 05/10/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Tia N Youngchild at 05/12/24 1033

#### Telephone Encounter by Tia N Youngchild at 5/12/2024 1033

| | | |
|---|---|---|
| Author: Tia N Youngchild | Service: Pharmacy | Author Type: — |
| Filed: 05/12/24 1033 | Encounter Date: 5/10/2024 | Status: Signed |
| Editor: Tia N Youngchild | | |

Pending Prescriptions:          Disp   Refills
  duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*0
Sig: Take 1 Capsule by mouth twice daily.

-----------------------------------------------------------------------

Electronically signed by Tia N Youngchild at 05/12/24 1033

#### Telephone Encounter by Himani S Thakar, RPh at 5/13/2024 0916

| | | |
|---|---|---|
| Author: Himani S Thakar, RPh | Service: — | Author Type: Pharmacist |
| Filed: 05/13/24 0916 | Encounter Date: 5/10/2024 | Status: Signed |
| Editor: Himani S Thakar, RPh (Pharmacist) | | |

Signed Prescriptions:          Disp   Refills  duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*2     Sig: Take 1 Capsule
by mouth twice daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: THAKAR, HIMANI S-------------------------------------
------------------------

Electronically signed by Himani S Thakar, RPh at 05/13/24 0916

### Medication List

#### Medication List

> ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
> instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an
assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/10/2024

Page 230

Printed by 71334 at 8/21/24 10:10 AM

MC_002081

## 05/10/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2024
Quantity: 27 mL

Discontinued on: 5/15/2024

Ordered on: 1/31/2024
End date: 5/15/2024
Refill: 11 refills by 1/30/2025

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/10/2024

Page 231

Printed by 71334 at 8/21/24 10:10 AM

MC_002082

## 05/10/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/11/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/5/2024 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/5/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 9/29/2024 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/13/2024 |
| Start date: 5/13/2024 | Quantity: 180 Capsule |
| Refill: 2 refills by 5/13/2025 | |

### Stopped in Visit

None

## Results                                                                            (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/10/2024

Page 232

Printed by 71334 at 8/21/24 10:10 AM

MC_002083

## Preferred Pharmacy (continued)

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/10/2024

Page 233

Printed by 71334 at 8/21/24 10:10 AM

MC_002084

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION

# MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 334369508

## *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/8/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**
Gestational Age: <None>

## *Patient Information*

| | | | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information:<br>Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 66 year old | Employer: | |
| DOB: | 2/9/1958 (66 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

## *Guarantor Information*

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | |
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

## *Primary Insurance*

| | | |
|---|---|---|
| Name of Insurance: | | Group Name: |
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

## *Secondary Insurance*

| | | |
|---|---|---|
| Name of Insurance: | | Group Name: |
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Page 234

Printed by 71334 at 8/21/24 10:10 AM

MC_002085

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Department**

| Name | | |
|------|--|--|
| TG MHS TRANSCRIPTION | | |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 5/8/2024 5:04 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Page 235

Printed by 71334 at 8/21/24 10:10 AM

MC_002086

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents**

Consultation - Physical Therapy Order - Scan on 5/16/2024 1641: Consultation - Physical Therapy Order

Scan (below)

# Plan of Care

ANCHOR
Physical Therapy

Patient
Linda Larocque

Date
2/9/1958

Sex
Female

Scheduled Provider
Claudia Burns, DPT
NPI # 1174923577

Visit
4/30/2024

Visit #:
17

### Clinic Details

| | |
|---|---|
| Clinic | Address |
| Phone # | |
| Fax # | |

### Case Details

| | |
|---|---|
| Injury Description | Date of Plan of Care |
| | Injury Onset Date |
| Diagnosis Codes | |
| | Date of Initial Eval |
| Referring Provider | |

## Assessment

Patient Self-Report

Patient Assessment / Diagnosis

Rehab Prognosis/Potential

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Page 236

Printed by 71334 at 8/21/24 10:10 AM

MC_002087

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents (continued)**

## Plan

**Notes on Plan**

## Signatures

### Treating Provider Signature

### Referring Provider Signature

Signature of Referring Provider          Date          5/8/24          PDT

---

## Clinical Notes

### Procedures by HIM SCANNED DOCUMENT at 5/16/2024 1641

| Author: HIM SCANNED DOCUMENT | Service: ---- | Author Type: Interface Resource |
|---|---|---|

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002088

**05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Filed: 05/16/24 1704 | Encounter Date: 5/8/2024 | Status: Signed |

Editor: HIM SCANNED DOCUMENT (Interface Resource)
    Procedure Orders
    1. REFERRAL TO PHYSICAL THERAPY [795442216] ordered by Interface, Onbase Scans at 05/08/24 1641

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Page 238

Printed by 71334 at 8/21/24 10:10 AM

MC_002089

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Clinical Notes (continued)

Scan on 5/16/2024 1641 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

# Plan of Care

**Patient**
Linda Larocque

**DOS**
2/9/1958

**Sex**
Female

**ANCHOR**
Physical Therapy

**Scheduled Provider**
Claudia Burns, DPT
*NPI # 1174923577*

**Visit**
4/30/2024

**Visit #**
17

### Clinic Details

| Clinic | Address |
|---|---|
| Phone # | |
| Fax # | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| Diagnosis Codes | Injury Onset Date |
| Referring Provider | Date of Initial Eval |

## Assessment

**Patient Self-Report**

**Patient Assessment / Diagnosis**

**Rehab Prognosis/Potential**

**Goals**

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

MC_002090

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Clinical Notes (continued)

| 5/2/2024 20:54:52 PDT | To 12334567348 | Page 3/3 | From 2534747479 | Fax 2534747479 |
|---|---|---|---|---|

Increase hip/quad strength to use at will with ...gait... minutes ... 6 weeks ... 1 Not Met ... Long
...day...with...ADL...right lower extremity ... 2 Partially Met ... Term
...maximize steps ... 3 Currently Met
Independent with HEP...exercise to use to patient as HEP progress ... increase their
overall level of function

Walk up to 20 minutes over uneven surfaces with no deficits ... 4 weeks ... 1 Partially met walking for ... Short
Stand up to 30 minutes while participating in ADLs ... min with ADL ... Term
Go up/down 1 flight of steps with no deficits using the railing ... 2 MET standing 20 min
3 MET

## Plan

### Notes on Plan

Continue with current level of strengthening, continue to work on ROM to TC. Focus on quad strengthen legs and balance
legs, HEP... to quads... Max 1 or 3 more sessions on getting to TC.

## Signatures

### Treating Provider Signature

### Referring Provider Signature

[signature] ... 5/8/24 ... PDT

Electronically signed by HIM SCANNED DOCUMENT at 05/16/24 1704

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

MC_002091

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List**

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

##### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002092

## 05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List (continued)**

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/11/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/5/2024 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/5/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 9/29/2024 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/13/2024 |
| Start date: 5/13/2024 | Quantity: 180 Capsule |
| Refill: 2 refills by 5/13/2025 | |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 5/15/2024 | End date: 7/10/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

| | |
|---|---|
| Instructions: Inject 1 mg under the skin every week. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 7/10/2024 | Quantity: 3 mL |
| Refill: 11 refills by 5/15/2025 | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Page 242

Printed by 71334 at 8/21/24 10:10 AM

MC_002093

**05/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

**Medication List (continued)**

**Stopped in Visit**

None

| Results | (Order) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Other Orders - Procedures**

**Referral**

**REFERRAL TO PHYSICAL THERAPY [795442216] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 05/08/24 1641**      Status: **Completed**
Ordering user: Interface, Onbase Scans 05/08/24 1641      Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:  05/08/24 1641 -      Quantity: 1
Lab status: Final result
    Scan on 5/16/2024 1641 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

TACOMA GENERAL      Larocque, Linda J
HOSPITAL      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 5/8/2024
WAY
TACOMA WA 98405-4234

Page 243      Printed by 71334 at 8/21/24 10:10 AM

MC_002094

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

# Plan of Care

**ANCHOR**
Physical Therapy

Patient
**Linda Larocque**

DOB
**2/9/1958**

Sex
**Female**

Scheduled Provider
**Claudia Burns, DPT**
*NPI # 1174923577*

Visit
**4/30/2024**

Visit #:
**17**

### Clinic Details

Clinic

Address

Phone #

Fax #

### Case Details

Injury Description

Date of Plan of Care

Diagnosis Codes

Injury Onset Date

Referring Provider

Date of Initial Eval

### Assessment

Patient Self-Report

Patient Assessment / Diagnosis

Rehab Prognosis/Potential

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Page 244

Printed by 71334 at 8/21/24 10:10 AM

MC_002095

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| 5/2/2024 20:54:52 PDT | To: 12534597349 | Page: 3/3 | From: 2534747479 | Fax: 2534747479 |
|---|---|---|---|---|

Increase hip/quad strength to use at will with work duties 90 minutes ... | 8 weeks | 1 Not Met | Linda
2 N/A Met | Term
3 Currently Met

Walk up to 20 minutes over uneven surfaces w/o deficits | 4 weeks | 1 Partially met w/ walking out | Short
Stand up to 30 minutes while participating with ADLs | | min with ADL | Term
Go up/down 1 flight of steps w/min fo deficits using the railing | | 2 MET recording 30 min
| | 3 MET

## Plan

Notes on Plan

Continue with current level of strengthening, continue to work on ROM & HEP. Focus on quad/hip strengthening and balance...

## Signatures

Treating Provider Signature

Referring Provider Signature

✓ ... to the plan of care

ZACHARY ADLER MD ...

Signature of Referring Physician _____ Date 5/8/24 _____ PDT

ZACHARY ADLER MD

DOS: 5/8/2024
Page 2 of 2 Plan of Care

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-168423846 | — | — | 05/08/24 1641 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002096

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

REFERRAL TO PHYSICAL THERAPY [795442216]                    Resulted: 05/08/24 1641, Result status: Final result

Order status: Completed                                      Filed by: Interface, Onbase Scans  05/16/24 1704
Collected by: 05/08/24 1641

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| Scanned Documents - Order, No encounter | ONB168423846 | 5/16/2024  4:41 PM | HIM SCANNED DOCUMENT |

  Signed by HIM SCANNED DOCUMENT on 05/16/24 at 1704

**Patient Instructions**

  None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/8/2024

Page 246                                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002097

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                            **CSN:** 334403131

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 4/30/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque, Steven J | Larocque, Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Page 247                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002098

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | | |
|------|--|--|
| TG MHS TRANSCRIPTION | | |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 4/30/2024 5:31 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Page 248

Printed by 71334 at 8/21/24 10:10 AM

MC_002099

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents**

### Consultation - Physical Therapy Order - Scan on 5/16/2024 1715: Consultation - Physical Therapy Order

Scan (below)

# Plan of Care

**ANCHOR**
Physical Therapy

Patient
**Linda Larocque** ✓

DOB:
2/9/1958 ✓

Sex:
Female

Scheduled Provider:
**Claudia Burns, DPT**
*NPI # 1174923577*

Visit:
4/30/2024

Visit #:
17

### Clinic Details

| | |
|---|---|
| Clinic | Address |
| Phone # | |
| 2534747474 | |
| Fax # | |

### Case Details

| | |
|---|---|
| Injury Description | Date of Plan of Care |
| | |
| Diagnosis Codes | Injury Onset Date |
| | Not Reported |
| Referring Provider | Date of Initial Eval |
| ZACHARY ADLER | |

## Assessment

**Patient Self-Report**

**Patient Assessment / Diagnosis**

**Rehab Prognosis/Potential**

## Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002100

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents (continued)**



### Plan

Notes on Plan

### Signatures

Treating Provider Signature

Referring Provider Signature

---

## Clinical Notes

### Procedures by HIM SCANNED DOCUMENT at 5/16/2024 1715

| Author: HIM SCANNED DOCUMENT | Service: ---- | Author Type: Interface Resource |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

MC_002101

**04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

**Clinical Notes (continued)**

Filed: 05/16/24 1731        Encounter Date: 4/30/2024        Status: Signed
Editor: HIM SCANNED DOCUMENT (Interface Resource)
  Procedure Orders
  1. REFERRAL TO PHYSICAL THERAPY [795442217] ordered by Interface, Onbase Scans at 04/30/24 1715

TACOMA GENERAL     Larocque, Linda J
HOSPITAL            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 4/30/2024
WAY
TACOMA WA 98405-4234

Page 251                                  Printed by 71334 at 8/21/24 10:10 AM

MC_002102

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

Scan on 5/16/2024 1715 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

5/2/2024 20:52:32 PDT    To: 12534697049    Page: 2/3    From: 2534747479    Fax: 2534747479

# Plan of Care

Patient:
**Linda Larocque** ✓

DOB: ✓
**2/9/1958**

Sex:
**Female**


**ANCHOR**
Physical Therapy

Scheduled Provider:
**Claudia Burns, DPT**
*NPI# 1174923577*

Visit:
**4/30/2024**

Visit #:
**17**

## Clinic Details

Clinic
Anchor Physical Therapy

Address
1107 East 72nd Street
Ste A-110
Tacoma WA 98404-3006

Phone #
2534747474

Fax #
2534747479

## Case Details

Injury Description
Pain in right knee
(R79)

Diagnosis Codes
R79, M17.12, M17.12

Referring Provider
ZACHARY ADLER

Date of Plan of Care
4/30/2024

Injury Onset Date
Not Reported

Date of Initial Eval
3/12/2024

## Assessment

**Patient Self-Report**

Linda reports since coming to physical therapy, she's better on her right knee. But I feel like the bottom better in my endurance walking and with the stairs. I can stand on my house. And go up and down stairs...

Back/leg scale 1/10 on comfort 5/10...

Next appointment: Dr. Adler in 2...

4/12: NO MORE THAN 120DEG KNEE FLEXION right... 2/10...

**Patient Assessment / Diagnosis**

Linda Larocque is a 66 year old female who has attended 16 visits since initial eval dated 3/12/24. Since the onset of months and of 80% improvement of intermittent right knee pain. Symptoms of right knee pain on R knee that goes up to a F 12 inches less with prolonged standing and walking through basic activities and better mostly took place that knee pain. Objectively, strength has improved, though core musculature in pain better the knee extension strength currently ambulating in knee brace. Increased from 0 to 70 degrees in and without pain to 90 degrees. Currently ROM improved in knee without assistance. She complies with exercises and equipment her hands. Current treatments include unchanged walking, stairs, statements. Recommend continue to attend PT to address these symptoms as a minimum of 1-2/week.

**Rehab Prognosis/Potential**

Good

## Goals

Patient: Linda Larocque (DOB: 2/9/1958)    Treated by: Claudia Burns, DPT (License #1612558-14)
DOS: 4/30/2024
Page 1 of 2 of Plan of Care

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

MC_002103

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

| 5/2/2024 20:52:52 PDT | To 12534597049 | Page 3/3 | From 2534747479 | Fax 2534747479 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Increase hip/quad strength to assist with work 1 to 1 in 20 minutes. Ambulate with/without AD, 10 strength to assist at a rate of 1 to 1 transfers that reduces prior hip/ad during unobstructed steps 95 % Independent with ISDP and care provider participate in [...] progress to [...] overall level of function | 8-10 hrs | 1. Not Met<br>2. Not Met<br>3. Partially Met | Long Term |
| Walk up to 20 minutes over uneven surfaces w/no pebbles. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of stairs w/in 12 sec to assist w/ hand railing | 4 weeks | 1. Partially met walking 20 min with AD;<br>2. MET standing 30 min;<br>3. MET | Short Term |

## Plan

**Notes on Plan**

Continue with current level of strengthening. continue to work on ROM to [...]. Focus on gaining strengthening and balance. **** EMD in not beginning until May 1st then can work on getting in bed.

| [...] | [...] |
|---|---|
| [...] | until 5/4/2024 |

## Signatures

### Treating Provider Signature

*Insured by Chiara Burns, DPT in 2024-04-02 11 PDT (License # HP1219813)*
*Electronically transcribed by Chiara Burns, DPT [...]*

### Referring Provider Signature

*[...] I have reviewed the plan of care.*     *Reviewed the plan of care as needed.*

I, ZACHARY ADLER, MD certify I reviewed these services treatment, I believe in an of treatment are made under Chiara Burns, DPT's care

Signature of Referring Provider    Date    Time

5/8/24    PDT

ZACHARY ADLER, MD

Patient: Linda Larocque DOB: 2/9/1958
DOS: 4/30/2024
Page 2 of 2 of Plan of Care
Treated by Chiara Burns, DPT (License # HP1219813)

Electronically signed by HIM SCANNED DOCUMENT at 05/16/24 1731

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Page 253      Printed by 71334 at 8/21/24 10:10 AM

MC_002104

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

##### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Page 254

Printed by 71334 at 8/21/24 10:10 AM

MC_002105

## 04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List (continued)**

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/11/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/5/2024 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/5/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 9/29/2024 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/13/2024 |
| Start date: 5/13/2024 | Quantity: 180 Capsule |
| Refill: 2 refills by 5/13/2025 | |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 5/15/2024 | End date: 7/10/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

### Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector

| | |
|---|---|
| Instructions: Inject 1 mg under the skin every week. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/15/2024 |
| Start date: 7/10/2024 | Quantity: 3 mL |
| Refill: 11 refills by 5/15/2025 | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Page 255

Printed by 71334 at 8/21/24 10:10 AM

MC_002106

**04/30/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

**Medication List (continued)**

**Stopped in Visit**

None

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Other Orders - Procedures**

**Referral**

**REFERRAL TO PHYSICAL THERAPY [795442217] (Final result)**

| | |
|---|---|
| Electronically signed by: **Interface, Onbase Scans on 04/30/24 1715** | Status: **Completed** |
| Ordering user: Interface, Onbase Scans 04/30/24 1715 | Authorized by: HIM SCANNED DOCUMENT |
| Ordering mode: Standard | |
| Frequency: 04/30/24 1715 - | Quantity: 1 |
| Lab status: Final result | |

Scan on 5/16/2024 1715 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

TACOMA GENERAL         Larocque, Linda J
HOSPITAL               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 4/30/2024
WAY
TACOMA WA 98405-4234

Page 256                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002107

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

5/2/2024 20:52:32 PDT     To: 1253453704s     Page 2/3     From: 2534747479     Fax 2534747479

# Plan of Care

**Patient:**
Linda Larocque ✓

**DOB:** ✓
2/9/1958

**Sex:**
Female

 ANCHOR
Physical Therapy

**Scheduled Provider:**
Claudia Burns, DPT
*NPI # 1174923577*

**Visit:**
4/30/2024

**Visit #:**
17

---

### Clinic Details

**Clinic**
Anchor Physical Therapy

**Address**
1407 East 72nd Street
Ste # 040
Tacoma, WA 98404-5000

**Phone #**
2534747474

**Fax #**
2534747479

### Case Details

**Injury Description**
[illegible] S86 812 [illegible]

**Diagnosis Codes**
[illegible]

**Referring Provider**
ZACHARY ADLER

**Date of Plan of Care**
4/30/2024

**Injury Onset Date**
Not Presented

**Date of Initial Eval**
[illegible]

---

### Assessment

**Patient Self-Report**

[illegible faxed text]

**Patient Assessment / Diagnosis**

[illegible faxed text]

**Rehab Prognosis/Potential**

[illegible]

### Goals

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Page 257     Printed by 71334 at 8/21/24 10:10 AM

MC_002108

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| 5/2/2024 20:52:32 PDT | To: 12534597049 | Page: 3/3 | From: 2534747479 | Fax: 2534747479 |

*(illegible faded text)*

### Plan

#### Notes on Plan

*(illegible faded text)*

### Signatures

#### Treating Provider Signature

*(illegible)*

#### Referring Provider Signature

*(illegible)*

I, ZACHARY ADLER, MD *(illegible)*

| Signature of Referring Provider | Date | Time |
| --- | --- | --- |
| | 5/8/24 | PDT |

ZACHARY ADLER, MD

### Specimen Information

| ID | Type | Source | Collected By |
| --- | --- | --- | --- |
| ONB-168428467 | — | — | 04/30/24 1715 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002109

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| REFERRAL TO PHYSICAL THERAPY [795442217] | Resulted: 04/30/24 1715, Result status: Final result |
|---|---|
| Order status: Completed | Filed by: Interface, Onbase Scans 05/16/24 1732 |
| Collected by: 04/30/24 1715 | |

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Scanned Documents - Order, No encounter | ONB168428467 | 5/16/2024 5:15 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 05/16/24 at 1731

**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/30/2024

Page 259

Printed by 71334 at 8/21/24 10:10 AM

MC_002110

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 330196603

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 4/18/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refill*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/18/2024

Page 260

Printed by 71334 at 8/21/24 10:10 AM

MC_002111

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:10 AM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Rosuvastatin - safeway 1594)
- Rx Refill Center - Dose Discrepancy, onset date 4/18/2024

#### Visit Diagnosis

- **Coronary artery disease involving native coronary artery of native heart without angina pectoris (primary) [I25.10]**

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 4/18/2024 1:32 AM | Rachel D Dawson, MD | PULSE CARDIOLOGY TACOMA | Pulse Tacoma |

### Clinical Notes

#### Telephone Encounter by Jennifer T Zamira at 4/19/2024 0836

| | | |
|---|---|---|
| Author: Jennifer T Zamira | Service: Pharmacy | Author Type: --- |
| Filed: 04/19/24 0837 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Jennifer T Zamira | | |

**Pharmacy Refill Center Support Note**
**Last Rx Authorization by Another Provider**
**Drug Dose Discrepancy**

**Back Office Staff - Clinical Follow Up:**
*Confirm the current dose and last prescribing provider with the patient*
*Route message to PCP*

*PRC Case Review*
*Clinical content:*
**Epic has 20mg, Pharmacy has 10mg.** *Please review and advise on refill.*
*Last prescribed by* Provider:
Selam T Estefanos, ARNP *on 07/03/2023*
*Last dispensed: 01/23/2024*
*Last encounter with Rachel D Dawson, MD: 4/2/2024.*
*Next appointment with PCP: 5/15/2024*

| | Pulse Heart Institute | Larocque, Linda J |
|---|---|---|
| | 1901 SOUTH CEDAR ST | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | TACOMA WA 98405-2302 | Visit date: 4/18/2024 |
| Page 261 | | Printed by 71334 at 8/21/24 10:10 AM |

MC_002112

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

## Hyperlipidemia Labs

**Cholesterol, Total**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 161 | <200 mg/dL | Final |

**Triglycerides**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 142 | <150 mg/dL | Final |

**HDL**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 58 | 40 - 59 mg/dL | Final |

**LDLC**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 75 | <100 mg/dL | Final |

Comment:

*The reference ("normal") range for the LDL cholesterol test in adults has been lowered to <100 to reflect National Cholesterol Education Program ATP III guidelines.*

*Goal LDL Cholesterol by risk category per NCEP ATEP III Guidelines in adults:*
  *CHD and CHD risk equivalents: <100 mg/dL*
    *Multiple (2+) risk factors: <130 mg/dL*
      *Zero to one risk factor: <160 mg/dL*

**SGOT/AST**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 19 | 5 - 40 IU/L | Final |
| 06/26/2023 | 22 | 5 - 40 IU/L | Final |

**SGPT/ALT**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 16 | 6 - 60 IU/L | Final |

No results found for: "1LDLD"

## *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/02/2024 | 0.70 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Jennifer T Zamira at 04/19/24 0837

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/18/2024

Page 262

Printed by 71334 at 8/21/24 10:10 AM

MC_002113

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

### Telephone Encounter by Jennifer T Zamira at 4/19/2024 0837

| | | |
|---|---|---|
| Author: Jennifer T Zamira | Service: Pharmacy | Author Type: — |
| Filed: 04/19/24 0837 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Jennifer T Zamira | | |

Pending Prescriptions:          Disp   Refills
 rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*
Sig: Take 1 Tablet by mouth each evening.
 rosuvastatin (CRESTOR) 20 mg Tab        90 Tab*3
Sig: Take 1 Tablet by mouth each evening.

-----------------------------------------------------------------

Electronically signed by Jennifer T Zamira at 04/19/24 0837

### Telephone Encounter by Ashley M Lindeman, PHARM D at 4/19/2024 1629

| | | |
|---|---|---|
| Author: Ashley M Lindeman, PHARM D | Service: Pharmacy | Author Type: Pharmacist |
| Filed: 04/19/24 1629 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Ashley M Lindeman, PHARM D (Pharmacist) | | |

Pending Prescriptions:          Disp   Refills
 rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*
Sig: Take 1 Tablet by mouth each evening.
 rosuvastatin (CRESTOR) 20 mg Tab        90 Tab*3
Sig: Take 1 Tablet by mouth each evening.

-----------------------------------------------------------------

Electronically signed by Ashley M Lindeman, PHARM D at 04/19/24 1629

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 4/22/2024 0737

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 04/22/24 0737 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:          Disp   Refills
 rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*
Sig: Take 1 Tablet by mouth each evening.
 rosuvastatin (CRESTOR) 20 mg Tab        90 Tab*3
Sig: Take 1 Tablet by mouth each evening.

-----------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 04/22/24 0737

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 4/22/2024 0738

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 04/22/24 0738 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/18/2024

Page 263                                          Printed by 71334 at 8/21/24 10:10 AM

MC_002114

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma (continued)

**Clinical Notes (continued)**

Pending Prescriptions:          Disp  Refills
  rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*
Sig: Take 1 Tablet by mouth each evening.

-------------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 04/22/24 0738

**Telephone Encounter by Rachel D Dawson, MD at 4/25/2024 0821**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 04/25/24 0822 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

**She has a 90 d order from 3/29/2024 already picked up at safeway**
**This is incorrect dose and a duplicate based on chart review**
**Please call patient and clarify**
**Rachel D Dawson, MD**

Electronically signed by Rachel D Dawson, MD at 04/25/24 0822

**Telephone Encounter by Rachel D Dawson, MD at 4/25/2024 0822**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 04/25/24 0822 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Refused Prescriptions:          Disp  Refills
  rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*
Sig: Take 1 Tablet by mouth each evening.
Refused By: DAWSON, RACHEL D
Reason for Refusal: MEDICATION REQUEST REFUSED

-------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 04/25/24 0822

**Telephone Encounter by Rachel D Dawson, MD at 4/25/2024 0822**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 04/25/24 0822 | Encounter Date: 4/18/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Refused Prescriptions:          Disp  Refills
  rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*
Sig: Take 1 Tablet by mouth each evening.
Refused By: DAWSON, RACHEL D
Reason for Refusal: MEDICATION REQUEST REFUSED

-------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 04/25/24 0822

MC_002115

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma (continued)

### Clinical Notes (continued)

#### Telephone Encounter by Rachel D Dawson, MD at 4/25/2024 0822

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 04/25/24 0822 | Encounter Date: 4/18/2024 | Status: Signed |

Editor: Rachel D Dawson, MD (Physician)
Refused Prescriptions:        Disp  Refills
  rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*
Sig: Take 1 Tablet by mouth each evening.
Refused By: DAWSON, RACHEL D
Reason for Refusal: MEDICATION REQUEST REFUSED

-------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 04/25/24 0822

#### Telephone Encounter by Amy J Goodwin, MA at 4/25/2024 0838

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 04/25/24 0838 | Encounter Date: 4/18/2024 | Status: Signed |

Editor: Amy J Goodwin, MA (Medical Assistant)
Refused Prescriptions:        Disp  Refills  rosuvastatin (CRESTOR) 10 mg Tab [Pharmacy*90 Tab*     Sig: Take 1 Tablet by mouth each evening.Refused By: DAWSON, RACHEL DReason for Refusal: MEDICATION REQUEST REFUSED---------------------------
----------------------------------------

Electronically signed by Amy J Goodwin, MA at 04/25/24 0838

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

Pulse Heart Institute            Larocque, Linda J
1901 SOUTH CEDAR ST     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-2302    Visit date: 4/18/2024
Page 265                               Printed by 71334 at 8/21/24 10:10 AM

MC_002116

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma (continued)

**Medication List (continued)**

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2024
Quantity: 27 mL

Discontinued on: 5/15/2024

Ordered on: 1/31/2024
End date: 5/15/2024
Refill: 11 refills by 1/30/2025

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Himani S Thakar, RPh
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/13/2024
Quantity: 180 Capsule

Discontinued on: 5/13/2024

Ordered on: 2/13/2024
End date: 5/13/2024
Refill: No refills remaining

Pulse Heart Institute
1901 SOUTH CEDAR ST
TACOMA WA 98405-2302

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/18/2024

Page 266

Printed by 71334 at 8/21/24 10:10 AM

MC_002117

## 04/18/2024 - Refill in Pulse Heart Institute Tacoma (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/11/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/5/2024 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/5/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 9/29/2024 |

**Stopped in Visit**

None

## Results        (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

Pulse Heart Institute    Larocque, Linda J
1901 SOUTH CEDAR ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-2302    Visit date: 4/18/2024

Page 267        Printed by 71334 at 8/21/24 10:10 AM

MC_002118

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
**CSN:** 330682087

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 4/16/2024 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**

                                  Gestational Age: <None>

---

### *Patient Information*

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### *Primary Insurance*

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### *Secondary Insurance*

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 268          Printed by 71334 at 8/21/24 10:10 AM

MC_002119

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | | |
|------|--|--|
| TG MHS TRANSCRIPTION | | |

### Call Information

|  | Provider | Department | Center |
|--|----------|------------|--------|
| 4/16/2024 9:59 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 269

Printed by 71334 at 8/21/24 10:10 AM

MC_002120

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents**

### Consultation - Physical Therapy Order - Scan on 4/22/2024 2153: Consultation - Physical Therapy Order

Scan (below)

2024-04-04 08:04          Mt Ortho 2537612451 >> 2534597049          P 2/3

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 4/2/2024
**Provider:** Ross Anderson, PT

ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | |
| Phone # | |
| Fax # | |

## Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| | 4/2/2024 |
| Diagnosis Codes | Injury Onset Date |
| | |
| Referring Provider | Date of Initial Eval |

## Assessment

**Patient Self-Report**

**Patient Assessment / Diagnosis**

**Rehab Prognosis / Potential**

**Goals**

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002121

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Documents (continued)

2024-04-04 08:04          Mt Ortho 2537612451 >> 2534597049          P 3/3

172930

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progress to improve their overall level of function. | 6 weeks | 1. Not Met. 2. Not Met. 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

## Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks to address her HEP, advance w/ AROM/AAROM/PROM hip/glute/quad/hamstring/gastroc strength, address her functional capacity and include manual as indicated.
*** LIMIT to 40 degrees for the first month from 3/1/2024 ***

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

## Signatures

### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2024-04-02 22:08 PDT. License #: PT00007523*

### Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

✓ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Provider          Date          Time

4/16/24          _____ PDT

*ZACHARY ADLER, MD*

Patient: Linda Larocque (DOB: 2/9/1958)
DOS: 4/2/2024
Page 2 of 2 | Plan of Care          Treated by Ross Anderson, PT (License #PT00007523)

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002122

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents (continued)**

### Consultation - Physical Therapy Order - Scan on 4/22/2024 2153: Consultation - Physical Therapy Order

Scan (below)

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958

**Visit:** 4/2/2024

**Provider:** Ross Anderson, PT

ANCHOR
Physical Therapy

*172930*

### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | |
| Phone # | |
| Fax # | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| | |
| Diagnosis Codes | Injury Onset Date |
| | |
| Referring Provider | Date of Initial Eval |

### Assessment

Patient Self-Report

Patient Assessment / Diagnosis

Rehab Prognosis/Potential

Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

MC_002123

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents (continued)**

## Plan

Notes on Plan

## Signatures

Treating Provider Signature

Referring Provider Signature

4/16/24

**Clinical Notes**

### Procedures by HIM SCANNED DOCUMENT at 4/22/2024 2153

| Author: HIM SCANNED DOCUMENT | Service: ---- | Author Type: Interface Resource |
|---|---|---|

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002124

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

Filed: 04/22/24 2159                Encounter Date: 4/16/2024            Status: Signed
Editor: HIM SCANNED DOCUMENT (Interface Resource)
   Procedure Orders
   1. REFERRAL TO PHYSICAL THERAPY [795442211] ordered by Interface, Onbase Scans at 04/16/24 2153

TACOMA GENERAL      Larocque, Linda J
HOSPITAL               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 4/16/2024
WAY
TACOMA WA 98405-4234

Page 274                                   Printed by 71334 at 8/21/24 10:10 AM

MC_002125

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

Scan on 4/22/2024 2153 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

2024-04-04 08:04          Mt Ortho 2537612451 >> 2534597049          P 2/3

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958

**Visit:** 4/2/2024

**Provider:** Ross Anderson, PT



ANCHOR
Physical Therapy

172930

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Address**

**Phone #**

**Fax #**

## Case Details

**Injury Description**

**Diagnosis Codes**

**Referring Provider**
ZACHARY ABBOTT

**Date of Plan of Care**

**Injury Onset Date**
Not reported

**Date of Initial Eval**

## Assessment

**Patient Self-Report**

[illegible handwritten/faded text]

**Patient Assessment / Diagnosis**

[illegible handwritten/faded text]

**Rehab Prognosis/Potential**

Good

## Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002126

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

```
2024-04-04 08:04        Mt Ortho 2537612451 >> 2534597049              P 3/3
```

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progress on to improve their overall level of function. | 6 weeks | 1. Not Met. 2. Not Met. 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her demo) | Short Term |

### Plan

**Notes on Plan**

Plan is to request continued physical therapy for Linda 2x's/week for 6 additional weeks to address her HEP, advance w/ AROM/AAROM/PROM, hip/glute/ab/hamstring/gastroc strength, and improve her functional capacity and include manual r/r/mobilizations as indicated.
+++ LIMIT to 40 degrees for the first month from 3/1/2024 +++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

### Signatures

**Treating Provider Signature**

*Electronically signed by Ross Anderson, PT on 2024-04-02 22:08 PDT, License #: PT60007523*

**Referring Provider Signature**

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

✓ I have no revisions to the plan of care          _____ Revise the plan of care as follows

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Provider: _____     Date: 4/16/24     Time: _____ PDT

*ZACHARY ADLER, MD*

Patient: Linda Larocque (DOB 2/9/1958)
DOS: 4/2/2024
Page 2 of 2 of Plan of Care

Treated by Ross Anderson, PT (License #PT00007523)

Electronically signed by HIM SCANNED DOCUMENT at 04/22/24 2159

---

**Procedures by HIM SCANNED DOCUMENT at 4/22/2024 2153**

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 276          Printed by 71334 at 8/21/24 10:10 AM

MC_002127

Larocque, Linda J
MRN: 172930

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
| Filed: 04/22/24 2159 | Encounter Date: 4/16/2024 | Status: Signed |
| Editor: HIM SCANNED DOCUMENT (Interface Resource) | | |

Procedure Orders
1. REFERRAL TO PHYSICAL THERAPY [795442212] ordered by Interface, Onbase Scans at 04/16/24 2153

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 277

Printed by 71334 at 8/21/24 10:10 AM

MC_002128

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

Scan on 4/22/2024 2153 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958

**Visit:** 4/2/2024

**Provider:** Ross Anderson PT

ANCHOR
Physical Therapy

*172930*

### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | |

**Phone #**

**Fax #**

### Case Details

**Injury Description**

**Diagnosis Codes**

**Referring Provider**

**Date of Plan of Care**

**Injury Onset Date**

**Date of Initial Eval**

## Assessment

**Patient Self-Report**

**Patient Assessment / Diagnosis**

**Rehab Prognosis/Potential**

## Goals

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 278

Printed by 71334 at 8/21/24 10:10 AM

MC_002129

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Clinical Notes (continued)**

### Plan

Notes on Plan

### Signatures

Treating Provider Signature

Referring Provider Signature

Electronically signed by HIM SCANNED DOCUMENT at 04/22/24 2159

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 279

Printed by 71334 at 8/21/24 10:10 AM

MC_002130

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

##### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024


Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024


Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 280

Printed by 71334 at 8/21/24 10:10 AM

MC_002131

## 04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List (continued)**

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2024 |
| Start date: 1/31/2024 | End date: 5/15/2024 |
| Quantity: 27 mL | Refill: 11 refills by 1/30/2025 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Himani S Thakar, RPh | Discontinued on: 5/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/13/2024 |
| Start date: 2/13/2024 | End date: 5/13/2024 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/11/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 6/5/2024 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2024 |
| Start date: 4/2/2024 | End date: 6/5/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 9/29/2024 |

**Stopped in Visit**

None

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 281

Printed by 71334 at 8/21/24 10:10 AM

MC_002132

**04/16/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

Medication List (continued)

---

**Results** (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

Other Orders - Procedures

Referral

**REFERRAL TO PHYSICAL THERAPY [795442211] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 04/16/24 2153**                    Status: **Completed**
Ordering user: Interface, Onbase Scans 04/16/24 2153          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:   -                                                                      Quantity: 1
Lab status: Final result
    Scan on 4/22/2024 2153 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

---

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 4/16/2024
WAY
TACOMA WA 98405-4234

Page 282                                                               Printed by 71334 at 8/21/24 10:10 AM

MC_002133

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

2024-04-04 08:04          Mt Ortho 2537612451 >> 2534597049          P 2/3

# Plan of Care



ANCHOR
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958  Sex: F
**Visit:** 4/2/2024  Visit 12
**Provider:** Ross Anderson, PT

### Clinic Details

**Clinic**
Anchor Physical Therapy

**Address**

**Phone #**

**Fax #**

### Case Details

**Injury Description**

**Diagnosis Codes**

**Referring Provider**

**Date of Plan of Care**

**Injury Onset Date**
Not recorded

**Date of Initial Eval**

## Assessment

**Patient Self-Report**

Linda states she continues to feel less pain, feeling stronger and she has been able to do more walking...

**Patient Assessment / Diagnosis**

**Rehab Prognosis / Potential**

Good

## Goals

Patient: Linda Larocque (DOB: 2/9/1958)

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002134

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

2024-04-04 08:04     Mt Ortho 2537612451 >> 2534597049     P 3/3

172930

#### GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|---|---|---|---|
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate in self progress on to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met. 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 6 to get to her home) | Short Term |

### Plan

#### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks to address her HEP advance w/ AROM/AAROM/PROM, hip/glute/quad/hamstring/gastroc strength, advance her functional capacity and include manual rehab cont/ules as indicated.
***LIMIT to 45 degrees for the first month from 0/1/2024 ***

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

### Signatures

#### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2024-04-02 22:05 PDT, License #: PT00007523*

#### Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

☑ I have no revisions to the plan of care    ___ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Provider | Date | Time |
|---|---|---|
| *[signature]* | 4/16/24 | PDT |

*ZACHARY ADLER, MD*

Patient: Linda Larocque (DOB: 2/9/1958)
(DOS: 4/2/2024)
Page 2 of 2 of Plan of Care
Treated by Ross Anderson, PT (License #PT00007523)

### Specimen Information

| ID | Type | Source | | Collected By |
|---|---|---|---|---|
| ONB-164746263 | — | — | | 04/16/24 2153 |

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002135

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

**REFERRAL TO PHYSICAL THERAPY [795442211]**  Resulted: 04/16/24 2153, Result status: Final result

Order status: Completed  Filed by: Interface, Onbase Scans  04/22/24 2159
Collected by: 04/16/24 2153

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|---------------------|
| Scanned Documents - Order, No encounter | ONB164746263 | 4/22/2024 9:53 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 04/22/24 at 2159

**REFERRAL TO PHYSICAL THERAPY [795442212] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 04/16/24 2153**  Status: **Completed**
Ordering user: Interface, Onbase Scans 04/16/24 2153  Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:  -  Quantity: 1
Lab status: Final result
   Scan on 4/22/2024 2153 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 285  Printed by 71334 at 8/21/24 10:10 AM

MC_002136

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 4/2/2024
**Provider:** Ross Anderson PT


ANCHOR
Physical Therapy

172930

## Clinic Details

| Clinic | Address |
|---|---|

**Phone #**

**Fax #**

## Case Details

**Injury Description**

**Diagnosis Codes**

**Referring Provider**

**Date of Plan of Care**

**Injury Onset Date**

**Date of Initial Eval**

## Assessment

**Patient Self-Report**

**Patient Assessment / Diagnosis**

**Rehab Prognosis/Potential**

## Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 286

Printed by 71334 at 8/21/24 10:10 AM

MC_002137

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

## Plan

Notes on Plan

## Signatures

Treating Provider Signature

Referring Provider Signature

4/16/24

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-164746265 | — | — | 04/16/24 2153 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

MC_002138

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

<u>REFERRAL TO PHYSICAL THERAPY [795442212]</u>                    Resulted: 04/16/24 2153, Result status: Final result

Order status: Completed                              Filed by: Interface, Onbase Scans  04/22/24 2159
Collected by: 04/16/24 2153

**Transcription**

| Type | ID | Date and Time | Dictating Provider |
|---|---|---|---|
| Scanned Documents - Order, No encounter | ONB164746265 | 4/22/2024  9:53 PM | HIM SCANNED DOCUMENT |

  Signed by HIM SCANNED DOCUMENT on 04/22/24 at 2159

**Patient Instructions**

  None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/16/2024

Page 288

Printed by 71334 at 8/21/24 10:10 AM

MC_002139

**04/15/2024 - Letter (Out) in MultiCare Orthopedics & Sports Medicine - Tacoma**

**MultiCare Health System**

| Patient Name: LAROCQUE, LINDA J | MRN: 172930 |
|---|---|
| | CSN: 329736859 |

## Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 4/15/2024 | | | No service for | |
| Admitting Physician: | | | Chief Complaint: | |
| | | | Adm Dx: | |
| | | | | Gestational Age: <None> |

## Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 66 year old | Employer: | |
| DOB: | 2/9/1958 (66 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

| Primary Care Physician: | Rachel D Dawson, MD | Employer Phone: | |
|---|---|---|---|
| Referring Physician: | | Occupation: | |

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

## Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

## Primary Insurance

| Name of Insurance: | Group Name: |
|---|---|
| Subscriber Name: | Group #: |
| Subscriber DOB: | Ins ID#: |
| Pt Relationship to Sub: | |

## Secondary Insurance

| Name of Insurance: | Group Name: |
|---|---|
| Subscriber Name: | Group #: |
| Subscriber DOB: | Ins ID#: |
| Pt Relationship to Sub: | |

## Accident Information

Accident Type:

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702       Visit date: 4/15/2024

Page 289                                                Printed by 71334 at 8/21/24 10:10 AM

MC_002140

## 04/15/2024 - Letter (Out) in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

### Call Information

| | Department | Center |
|---|---|---|
| 4/15/2024 7:03 AM | MC ORTHO & SPORTS TAC | MOSMTAC |

### Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Letters

#### Referral Approval by Rachel L Zahn on 4/15/2024

Status: Sent by batch
Letter body:

Hello Linda,

This letter is in response to a request by your provider for a special procedure or a consult by a specialist. Your Referral has been approved by your insurance. Below is information regarding your referral. You can also review details of your referral by navigating to the epichttp://referrals[Referrals] page.

REFERRAL INFORMATION
Referred by Department Phone Number: 253-792-6555
Referred to Provider: No referral provider
Referred to Specialty: OUTSIDE PLACE OF SERVICE
NEW
New, WA 99999
Phone: 253-555-1212
No fax number known.
Referral ID Number 20505389

Procedures:
REF364 - REFERRAL TO NON MHS PHYSICAL THERAPY

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/15/2024

Page 290
Printed by 71334 at 8/21/24 10:10 AM

MC_002141

## Preferred Pharmacy (continued)

### Letters (continued)

AETNA MEDICARE ADVANTAGE
Authorization #:

Referral Start Date:04/12/2024
Referral End Date: 07/11/2024
Number of Authorized visits:18
Referred to Department Phone Number:


MORE INFORMATION
If your insurance changes, please contact the referring department
253-792-6555 to update your coverage.

### Patient Instructions

None

MC_002142

## 04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 327323426

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 4/12/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Left Knee - Follow Up
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | **Telephone Information:** | |
| | | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 292

Printed by 71334 at 8/21/24 10:10 AM

MC_002143

## 04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Follow Up - Left Knee

#### Visit Diagnoses

| Name | Code |
|------|------|
| S/P revision of total knee, left (primary) | Z96.652 |
| Patellar tendon rupture, left, subsequent encounter | S86.812D |
| Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| Nutritional counseling | Z71.3 |
| Nutritional counseling performed. | |

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|------|------|
| Zachary B Adler, MD | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

* Return in about 6 weeks (around 5/24/2024).

#### Level of Service

| Level of Service |
|------|
| PR OFFICE/OUTPATIENT ESTABLISHED SF MDM, IF USING TIME, 10 MINUTES OR MORE |

### Call Information

| | Provider | Department | Center |
|------|----------|------------|--------|
| 4/12/2024 3:30 PM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Precelia Derricks, MA at 4/12/2024 1530

| | | |
|------|------|------|
| Author: Precelia Derricks, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 04/12/24 1525 | Encounter Date: 4/12/2024 | Status: Signed |
| Editor: Precelia Derricks, MA (Medical Assistant) | | |

### Chief Complaint

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 293                                          Printed by 71334 at 8/21/24 10:10 AM

MC_002144

## 04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Patient presents with
* Left Knee - Follow Up

Additional Details: patient reports that her knee is doing much better. Patient reports that she still has the occasional pain and typically worsens after physical therapy. Currently rates her pain to be a 1/10. Patient also states that her pain can sometimes spread down to her shin, depending on how active she has been throughout the day.

Patient states that she has questions regarding her incision site, reports that she feels like she experiencing a tearing sensation and wants to know if that is normal.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] | |
| *palpitations* | |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Precelia Derricks, MA at 04/12/24 1525

### Progress Notes by Zachary B Adler, MD at 4/12/2024 1530

| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
|---|---|---|
| Filed: 04/12/24 1714 | Encounter Date: 4/12/2024 | Status: Signed |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 294

Printed by 71334 at 8/21/24 10:10 AM

MC_002145

## 04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Editor: Zachary B Adler, MD (Physician)

Linda J Larocque  Returns today 5 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/2023. Linda is doing well.  Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. Linda J Larocque has returned to work and/or their previous activities and they are not requiring analgesics for the operative Knee since reconstructive surgery.

Long-leg cast was removed on 3/1/2024.  She has been working with physical therapy.

PMH:  has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH:  has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
|     Passive exposure: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Yes |
|     *Comment: 1-2x year* | |

Medications reviewed. Refer to medication module.
Allergies:
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] | |
|     *palpitations* | |
| • Effexor [Venlafaxine] | |
|     *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
|     *fatigue* | |
| • Pravastatin | |
|     *Leg aches?  Seemed better off this med* | |

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 4/12/2024

Page 295    Printed by 71334 at 8/21/24 10:10 AM

MC_002146

**04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

- Prozac [Fluoxetine Hcl]                    Agitation/Anxiety
  *Given this med postpartum 27 years ago*
- Zoloft [Sertraline Hcl]
  *ineffective*
- Codeine Camsylate                        Nausea and Itching, Pruritus
  *Ok with food*
- Lipitor [Atorvastatin Calcium]           Myalgia
  *myalgias*
- Metoprolol Succinate [Metoprolol]        Fatigue
- Voltaren [Diclofenac Sodium]             Nausea
  *Gi upset*
- Zocor [Simvastatin]
  *myalgias*

ROS: A Complete review of systems was performed. Except as noted in the HPI and nursing notes. All other systems were negative.

BP 111/64 | Pulse 91 | Temp (Src) 95.7 (Temporal) | Resp 16 | Ht 5' 5"[historical[ (1.651 m) | Wt 273 lb 12.8 oz (124.195 kg) | SaO2 95% | LMP 09/14/2009 Body mass index is 45.56 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Focused exam of the Bilateral lower extremities was performed.
The wound is well healed without signs of infection, no erythema, tenderness or discharge. Skin does not reveal any new lesions. Palpation of the regional nodal basin dies not reveal any lymphadenopathy.
Knee range of motion is passively full extension, actively -6 to 72
The is not laxity to varus or valgus stress at full extension and midflexion
Lower extremities reveal no signs of deep venous thrombosis; calves and thighs are soft without swelling, induration or tenderness, Homan's sign is negative.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Gait is antalgic, without trendelenburg or abductor lurch.

Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 3/1/214

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

A/P

Doing well s/p Left Revision Total knee Arthroplasty with extensor mechanism reconstruction

ALLENMORE BUILDING C      Larocque, Linda J
3124 S 19TH ST            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Visit date: 4/12/2024
Page 296                  Printed by 71334 at 8/21/24 10:10 AM

MC_002147

**04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

| | | ICD-10-CM |
|---|---|---|
| 1. | S/P revision of total knee, left | **Z96.652** |
| 2. | Patellar tendon rupture, left, subsequent encounter | S86.812 D |
| 3. | Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| 4. | Nutritional counseling | Z71.3 |

She was placed back into her hinged knee brace set from 0-70. She will maintain this motion for 2 weeks. She will then increase her hinged knee brace from 0-90 on 5/1/24 for 1 month. She can weight-bear as tolerated in the brace locked in full extension. She may work on active and passive range of motion exercises and begin resisted extension.

Continue activities as tolerated per TKA protocol and will continue antibiotic prophylaxis for invasive dental or surgical procedures per their dentists evaluation and current AAOS evidence based protocol. Return to clinic in 6 weeks. Linda J Larocque will need repeat radiographs of the knee. Patient instructed to return to clinic for signs and or symptoms of infection or dvt. Linda J Larocque was counseled today regarding risks and signs and symptoms to watch for including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

**Orders Placed This Encounter**
- REFERRAL TO NON MHS PHYSICAL THERAPY
  *Status post left revision TKA with extensor mechanism reconstructions. She was placed back into her hinged knee brace set from 0-70. She will maintain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as tolerated in the brace locked in full extension. She may work on active and passive range of motion exercises and begin resisted extension.*
  Order Specific Question:     My clinical question is:
  Answer:                      Status post left revision TKA with extensor mechanism reconstructions.

Kindest regards,

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

-----
Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

**BMI Plan**

BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 45.56 kg/m² as calculated from the following:

ALLENMORE BUILDING C      Larocque, Linda J
3124 S 19TH ST            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Visit date: 4/12/2024
Page 297                              Printed by 71334 at 8/21/24 10:10 AM

MC_002148

## 04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

Height as of this encounter: 1.651 m (5' 5").
Weight as of this encounter: 124.2 kg (273 lb 12.8 oz).

S/P revision of total knee, left (primary encounter diagnosis)
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY

Patellar tendon rupture, left, subsequent encounter
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY

Severe obesity (BMI >= 40) (CMS/HCC)

Nutritional counseling
Comment: Nutritional counseling performed.

**Goals**
None

Reasons for Referral(s):

Referral to physical activity program: Dietary management education, guidance, and counseling (procedure)

Electronically signed by Zachary B Adler, MD at 04/12/24 1714

**Medication List**

### Medication List

⊕ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**rosuvastatin (CRESTOR) 20 mg Tab**

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 298
Printed by 71334 at 8/21/24 10:10 AM

MC_002149

**04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Medication List (continued)

Refill: 3 refills by 7/2/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2024
Quantity: 27 mL

Discontinued on: 5/15/2024

Ordered on: 1/31/2024
End date: 5/15/2024
Refill: 11 refills by 1/30/2025

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Himani S Thakar, RPh
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD

Discontinued on: 5/13/2024

Ordered on: 2/13/2024

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 299

Printed by 71334 at 8/21/24 10:10 AM

MC_002150

## 04/12/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Start date: 2/13/2024
Quantity: 180 Capsule

End date: 5/13/2024
Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 2/26/2024
Quantity: 90 Capsule

Discontinued on: 7/30/2024

Ordered on: 2/26/2024
End date: 7/30/2024
Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 4/2/2024
Quantity: 15 Tablet

Discontinued on: 6/11/2024

Ordered on: 4/2/2024
End date: 6/8/2024
Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 4/2/2024
Quantity: 160 Tablet

Discontinued on: 6/5/2024

Ordered on: 4/2/2024
End date: 6/5/2024
Refill: 1 refill by 9/29/2024

**Stopped in Visit**

None

## Results                                                                (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Referral**

REFERRAL TO NON MHS PHYSICAL THERAPY [795442208] (Active)

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 300                                              Printed by 71334 at 8/21/24 10:10 AM

MC_002151

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | | |
|---|---|---|
| Electronically signed by: **Zachary B Adler, MD on 04/12/24 1614** | | Status: **Active** |
| Ordering user: Zachary B Adler, MD 04/12/24 1614 | Authorized by: Zachary B Adler, MD | |
| Ordering mode: Standard | | |
| Frequency: Routine 04/12/24 - | Class: Referral - External | |
| Quantity: 1 | | |

Diagnoses
S/P revision of total knee, left [Z96.652]
Patellar tendon rupture, left, subsequent encounter [S86.812D]

#### Questionnaire

| Question | Answer |
|---|---|
| My clinical question is: | Status post left revision TKA with extensor mechanism reconstructions. |

Order comments: Status post left revision TKA with extensor mechanism reconstructions. She was placed back into her hinged knee brace set from 0-70. She will maintain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as tolerated in the brace locked in full extension. She may work on active and passive range of motion exercises and begin resisted extension.

#### Indications

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]
Patellar tendon rupture, left, subsequent encounter [S86.812D (ICD-10-CM)]

### Flowsheets

#### Custom Formula Data

| Row Name | 04/12/24 1529 | | | | | |
|---|---|---|---|---|---|---|
| OTHER | | | | | | |
| Ideal Body Weight | 125.66 lbs -PD | | | | | |
| Adjusted Body Weight | 184.92 lbs -PD | | | | | |
| % Over/Under Ideal Body Weight | 117.89 -PD | | | | | |
| Predicted Body Weight | 57 -PD | | | | | |
| Length (cm) | 165.1 cm -PD | | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -PD | | | | | |
| IBW/kg (Calculated) Female | 57 kg -PD | | | | | |
| BSA (Calculated - sq m) | 2.39 sq meters -PD | | | | | |
| Vitals | | | | | | |
| MAP (mmHg) | 80 mmHg -PD | | | | | |
| BMI | | | | | | |
| BMI (Calculated) | 45.56 -PD | | | | | |
| Adult IBW/VT Calculations | | | | | | |
| IBW/kg (Calculated) | 57 -PD | | | | | |
| Low Range Vt 6mL/kg | 342 mL/kg -PD | | | | | |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -PD | | | | | |

ALLENMORE BUILDING C  Larocque, Linda J
3124 S 19TH ST  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702  Visit date: 4/12/2024
Page 301  Printed by 71334 at 8/21/24 10:10 AM

MC_002152

## Preferred Pharmacy (continued)

### Flowsheets (continued)

Adult High Range  570 mL/kg -PD
Vt 10mL/kg

Vital Signs

| BMI (Calculated) | 45.56 -PD |
|---|---|

Weight and Growth Recommendation

| IBW/kg (Calculated) Female | 57 kg -PD |
|---|---|
| IBW/kg (Calculated) Male | 61.5 kg -PD |

### Encounter Vitals

| Row Name | 04/12/24 1529 | | | | |
|---|---|---|---|---|---|

Enc Vitals

| BP | 111/64 -PD |
|---|---|
| Pulse | 91 -PD |
| Resp | 16 -PD |
| Temp | 35.4 °C (95.7 °F) - PD |
| Temp src | Temporal -PD |
| SpO2 | 95 % -PD |
| Weight | 124.2 kg (273 lb 12.8 oz) 📄 measured -PD |
| Height | 1.651 m (5' 5") 📄 historical -PD |
| Pain Score | ONE/TEN -PD |
| Pain Education | Yes -PD |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| PD | Precelia Derricks, MA | Medical Assistant | — |

### After Visit Summary

After Visit Summary (below)

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024
Page 302
Printed by 71334 at 8/21/24 10:10 AM

MC_002153

**Preferred Pharmacy (continued)**

**After Visit Summary (continued)**

# MultiCare

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958
📅 4/12/2024 3:30 PM  ♀ MULTICARE ORTHOPEDICS & SPORTS MED CLNC - TACOMA 253-792-6555

### Instructions from Zachary B Adler MD

 Read the attached information
1. Adult Advisor: Anti-Inflammatory Diet (English)
2. Adult Advisor: Protein in the Diet (English)

 REFERRAL TO NON-MED PHYSICAL THERAPY
Multiple visits requested (expires 7/11/2024)

 Return in about 6 weeks
(around 5/24/2024).

### What's Next

ANNUAL WELLNES VIST W/O
RN with Rachel D Dawson, MD
Wednesday May 15 8:30 AM

Lakewood Family
Practice
5700 100th St SW STE
510
LAKEWOOD WA
98499-2767
253 792 6526

### PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL
OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL
1-866-636-8584; IN INLAND NORTHWEST REGION CALL
1-509-233-5102

### Allergies as of 4/12/2024

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |

### Today's Visit

You saw Zachary B Adler, MD on Friday
April 12, 2024 for: Follow Up of the Left
Knee.
The following issues were addressed:
- S/P revision of total knee, left
- Patellar tendon rupture, left,
  subsequent encounter
- Severe obesity (BMI >= 40) (CMS/HCC)
- Nutritional counseling

| Blood Pressure | BMI |
|---|---|
| 111/64 | 45.56 |
| Weight | Height |
| 273 lb 12.8 oz | 5' 5" |
| Temperature (Temporal) | Pulse |
| 95.7 °F | 91 |
| Respiration | Oxygen Saturation |
| 16 | 95% |

MC_002154

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

### Allergies as of 4/12/2024 (continued)

| | Reaction Type |
|---|---|
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

### MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

MC_002155

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List as of April 12, 2024 4:16 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc<br>1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| naloxone 1 mg/mL Soln<br>NARCAN<br>1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| ondansetron 4 MG Tabs<br>Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| * OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| * OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| rosuvastatin 20 mg Tabs<br>Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>SENNA, SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |

MC_002156

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of April 12, 2024 4:18 PM

TechLite Pen Needles 31G X 8 MM Misc
Insulin Pen Needle
100 Each

Use With victoza injections

tramadol 50 MG Tabs
Ultram
160 Tablet

Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

verapamil 240 MG Tbcr
CALAN SR
90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

Victoza 18 MG/3ML Sopn
liraglutide
27 mL

Inject 1.8 mg under the skin once daily.

✦ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2433

MC_002157

 Attached Information        Adult Advisor: Anti-Inflammatory Diet (English)

 **Patient Education**

Index

### Anti-Inflammatory Diet

---

**KEY POINTS**

- Inflammation is irritation and swelling caused by your body's immune system.
- Eating more of some foods, and limiting other foods, may decrease inflammation. It may also help with symptoms of many diseases.

---

## What is inflammation?

Inflammation is irritation and swelling. The body uses chemicals such as lipoproteins (a kind of cholesterol), hormones, and certain proteins, to start an immune response. The immune response means that your body sends white blood cells to body tissues that may be injured or infected. This immune response can cause inflammation.

If you have an autoimmune disease, your body's immune response mistakenly attacks your body's own tissue. Examples of autoimmune diseases include Addison's disease, arthritis, lupus, scleroderma, and Sjögren's syndrome. Inflammation often plays a part in these diseases. Inflammation may also play a part in many other diseases.

An anti-inflammatory diet may help prevent or manage symptoms of these diseases.

## What changes should I make in my diet?

Foods that are high in saturated and trans fats, or foods that quickly raise blood glucose, may increase inflammation.

Try to eat more:

- Fruits and vegetables: Eat a plant-based diet rich in colorful fruits and vegetables. Eating fruits and vegetables gives you more antioxidants, which help fight inflammation. Fruits and vegetables are also high in vitamins, minerals, and fiber. Eat fresh or frozen fruits and vegetables, rather than canned. Limit fruit juice, which is high in calories and sugar.
- Healthy fats: Omega-3 fatty acids are found in fish and some plants. Omega-3 fatty acids may reduce the risk of stroke, high blood pressure, and inflammation. Have more avocados, nuts, seeds, and extra virgin olive oil. Eat fatty fish such as salmon, mackerel, or sardines a few times a week.
- Fiber: Fiber helps to prevent constipation. It also helps keep your blood glucose steady and helps lower cholesterol levels. Whole-grain sources of fiber include whole wheat, bran, whole rye, oatmeal, whole-grain corn, quinoa, and brown or wild rice. Other good sources of fiber are flaxseeds, chia seeds, nuts, vegetables, fruits, and beans. Limit fruit juice, which has little or no fiber. When increasing the fiber in your diet, it is best to do so slowly, and drink plenty of liquid.

MC_002158

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

- Healthy meats: Choose lean meats, poultry, and fish. Organic or grass-fed meats may be higher in healthy fats and lower in antibiotics or hormones. They may be a better choice for fighting inflammation. Lentils, split peas, and kidney, garbanzo, navy, and pinto beans are good sources of protein and iron. They add variety, flavor, and fiber to your diet.
- Spices and herbs: Studies show that some herbs and spices may decrease inflammation. Add turmeric, parsley, ginger, oregano, cinnamon, and garlic when you cook.

Cut back on the following foods:

- Saturated fat is found in whole milk, cream, cheese, butter, ice cream, fatty cuts of meat, poultry with the skin on, and coconut and palm kernel oil. Trans fat may be found in stick margarine, French fries, cookies, crackers, and baked goods. If the food label has the words "partially hydrogenated," the product probably has trans fat
- Eat a variety of fresh and minimally processed foods as much as possible. Processed foods such as bread, pasta, cakes, candy, and fruit juice quickly raise blood glucose. Sugar builds up in your blood until your body makes enough insulin to help move sugar from the blood into the cells. This process can increase inflammation.
- Limit processed meat and other highly processed foods. Highly processed foods with a long list of preservatives and additives in the ingredient list are not as healthy as whole foods. These additives may affect the bacteria in your gut, and the way that your body uses blood glucose.
- Limit added sugars and artificial sweeteners. Artificial sweeteners are in many processed foods. Artificial sweeteners are sugar substitutes.

- Certain foods can cause reactions in some people. If you have food sensitivity or intolerance, you have a reaction, such as upset stomach or gas when you eat certain foods. For example, if you have celiac disease, your immune system attacks part of your intestines after you eat gluten. To relieve symptoms, the treatment is a gluten-free diet.

  If you have an allergy to foods such as wheat, peanuts, milk, or soy, eating these foods can cause hives, swelling, dizziness, or trouble breathing. You can try to find which foods cause symptoms by not eating certain foods for a while. Then you can carefully try eating these foods again by adding them back to your diet one at a time to see if your symptoms come back.

Ask your healthcare provider for a referral to a dietitian to learn more.

Developed by Change Healthcare.
Adult Advisor 2021.2 published by Change Healthcare.
Last modified: 2020-11-25
Last reviewed: 2019-07-18
This content is reviewed periodically and is subject to change as new health information becomes available. The information is intended to inform and educate and is not a replacement for medical evaluation, advice, diagnosis or treatment by a healthcare professional.
References
Adult Advisor 2021.2 Index
© 2021 Change Healthcare LLC and/or one of its subsidiaries

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 308

Printed by 71334 at 8/21/24 10:10 AM

MC_002159

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

 Attached Information     Adult Advisor: Protein in the Diet (English)

 **Patient Education**

Index

### Protein in the Diet

**KEY POINTS**

- Your body uses protein to build and repair skin, muscles, and organs.
- The amount of protein you need to eat depends on your age, gender, and level of physical activity.
- The healthiest diets include a variety of foods. Choose carefully which proteins you eat. Eating too much meat can lead to high cholesterol or other problems. A diet that is too high in protein can put a strain on your kidneys.

### What is protein?

Proteins are a kind of building block found in every cell of your body. Your body uses protein to build and repair skin, muscles, and organs. Protein is found in foods such as meats, poultry, fish, beans, soy products, nuts, and seeds. You can tell how much protein is in a food by reading the Nutrition Facts Label on food packages.

### How much protein do I need?

The amount of protein you need to eat depends on your age, gender, and level of physical activity.

**Women**

- 19 to 30 years old – 5 1/2 ounces**
- 31 to 50 years old – 5 ounces**
- Over 51 years old – 5 ounces**

**Men**

- 19 to 30 years old – 6 1/2 ounces**
- 31 to 50 years old – 6 ounces**
- Over 51 years old – 5 1/2 ounces**

  **\*\*An ounce in this list is equal to:**

  - 1 ounce of meat, poultry, or fish
  - 1/4 cup cooked beans
  - 1 egg
  - 1 tablespoon of peanut butter
  - 1/2 ounce of nuts or seeds

MC_002160

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

As a general rule, you should get 10% to 35% of your total daily calories from protein.

### How do proteins fit into a weight-loss program?

Eating a very high-protein, low-carbohydrate diet may lead to faster weight loss than a balanced diet that includes a variety of foods. However, very high protein diets often lack important nutrients and fiber, and they can be high in unhealthy fats. These diets can also be hard to follow for a long time.

The healthiest weight loss diets include a variety of foods with a focus on low-calorie, less processed, high-fiber foods with low amounts of saturated fat.

### How can I eat the right proteins?

It is important to choose carefully which proteins you eat. Eating too much meat can lead to high cholesterol levels or diseases such as gout. A high-protein diet can also put a strain on your kidneys.

Here are some ideas for getting enough protein without getting too much fat:

- Choose lean cuts of meat such as chicken or turkey breast without skin, pork tenderloin, flank, round, or sirloin beef, and low-sodium ham.
- Snack on nuts and seeds such as raw almonds, hazelnuts, walnuts, sunflower seeds, or pumpkin seeds. Be careful about the amount you eat because nuts and seeds are high in fat.
- Try soy products such as tofu, tempeh, and soy milk.
- Bake, broil, grill, steam, or microwave meats instead of frying them to reduce fat.
- If you eat a lot of meat, cut back at each meal for several days. The goal is to limit meat to 2 servings per day Each serving should be about 3 to 4 ounces, which is the size of a deck of cards or the palm of your hand.
- Have 2 or more meals each week that do not include meat. Increase servings of vegetables, rice, pasta, and beans in all meals. Try casseroles, pasta, and stir-fry dishes that have less meat and more vegetables, grains, and beans.
- Eat broiled or grilled fish, such as salmon or tuna, at least 2 times a week.
- Fast food can be high in total fat, saturated fat, and trans fat. If you eat fast food, choose grilled chicken or a salad with fat-free or low-fat dressing. Ask for nutrition information from fast-food restaurants so that you can choose wisely.

For more information, contact:

- The Academy of Nutrition and Dietetics
  800-366-1655
  https://www.eatright.org
- MyPlate
  https://www.myplate.gov/

Developed by Change Healthcare.
Adult Advisor 2021.2 published by Change Healthcare.
Last modified: 2021-09-06
Last reviewed: 2017-05-18
This content is reviewed periodically and is subject to change as new health information becomes available. The information is intended to inform and educate and is not a replacement for medical evaluation, advice, diagnosis or treatment by a healthcare professional.
References
Adult Advisor 2021.2 Index
© 2021 Change Healthcare LLC and/or one of its subsidiaries

MC_002161

# Protein Content in Foods



| Food | Serving | Protein in (grams) |
|---|---|---|
| **MEATS** | | |
| Beef hotdog | 1 hotdog | 5-12 |
| Ground beef, lean | 3 ounces | 20-22 |
| Beef, steak | 3 ounces | 23-29 |
| Ham | 3 ounces | 25 |
| Pork spareribs | 3 ounces | 25 |
| Pork tenderloin | 3 ounces | 22 |
| Chicken breast, no skin | 3 ounces | 26 |
| Ground turkey | 3 ounces | 23 |
| Turkey, white meat, no skin | 3 ounces | 23 |
| **NUTS** | | |
| Almonds | 1 ounce | 6 |
| Cashews, roasted | 1 ounce | 5 |
| Peanut butter | 2 tbsp | 8 |
| Peanuts, roasted | 1 ounce | 8 |
| Sunflower seeds | 1/4 cup | 7 |
| Walnuts, whole | 1 ounce | 4 |
| **BEANS** | | |
| Black beans | 1/2 cup | 6 |
| Garbanzo (chickpeas) | 1/2 cup | 8 |
| Kidney beans | 1/2 cup | 7 |
| Lentil beans | 1/2 cup | 9 |
| Lima beans | 1/2 cup | 7 |
| Refried beans | 1/2 cup | 6 |
| Soybeans (edamame) | 1/2 cup | 15 |
| Tofu | 1/2 cup | 8-12 |

| DAIRY | | |
|---|---|---|
| Cheddar cheese | 1 ounce | 7 |
| Cottage cheese | 1/2 cup | 11-13 |
| Milk | 1 cup | 8 |
| Swiss cheese | 1 ounce | 8 |
| Yogurt | 1 cup | 8-13 |
| Yogurt, Greek | 1 cup | 20-26 |
| **FISH** | | |
| Halibut | 3 ounces | 20 |
| Mackerel | 3 ounces | 20 |
| Salmon | 3 ounces | 22 |
| Sardines | 3 ounces | 21 |
| Tuna | 3 ounces | 18-24 |
| Lobster | 3 ounces | 16 |
| Shrimp | 3 ounces | 18 |
| **GRAINS** | | |
| Quinoa, cooked | 1/2 cup | 4 |
| Rice, brown, cooked | 1/2 cup | 3 |
| Rye bread | 1 slice | 2 |
| Whole wheat bread | 1 slice | 3 |
| **EGGS** | | |
| Egg | 1 large | 6 |

©2021 Change Healthcare LLC and/or one of its subsidiaries

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 311

Printed by 71334 at 8/21/24 10:10 AM

MC_002162

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

**Letters**

**Letter by Zachary B Adler, MD on 4/12/2024**

ALLENMORE BUILDING C        Larocque, Linda J
3124 S 19TH ST              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 4/12/2024

MC_002163

## Preferred Pharmacy (continued)

**Letters (continued)**

Status: Sent
Letter body:

# MultiCare 🏥

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19TH ST STE C340
TACOMA WA 98405-2433
ph: 253-792-6555
fax: 253-459-7047

April 12, 2024

Patient:     **Linda J Larocque**
Date of Birth: **2/9/1958**
Date of Visit: **4/12/2024**


To Whom it May Concern:

Linda Larocque was seen in my clinic on 4/12/2024 at 3:30 pm. Please see the progress notes from this visit, attached.

If you have any questions or concerns, please don't hesitate to call.


Sincerely,


Zachary B Adler, MD


**Messages**

**Questionnaire Submission**

| From | To | Sent |
|------|------|------|
| Larocque, Linda J | Zachary B Adler, MD | 4/5/2024  1:02 PM |

## Patient Questionnaire Submission

---------------------------------

Your response has been received.

MC_002164

## Preferred Pharmacy (continued)

**Messages (continued)**

### Appointment Scheduled

| From | To | Sent and Delivered |
|------|-----|--------------------|
| Bkg, Mychart | Larocque, Linda J | 3/22/2024 11:37 AM |

Last Read in MyChart
7/24/2024 3:19 PM by Linda J Larocque

Appointment Information:
    Visit Type: Simple Visit
        Date: 4/12/2024
            Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
            Provider: Zachary B Adler
            Time: 3:30 PM
            Length: 15 min

Appt Status: Scheduled

**Questionnaires**

### Legend:

**Triggered a BPA** Scoring question

**Mychart Echeck-In Special Needs**

| Question | 4/5/2024 1:02 PM PDT - Filed by Patient |
|----------|------------------------------------------|
| Do you have any special needs? | Difficulty doing errands alone such as visiting a doctor's office or shopping<br>Difficulty walking or climbing stairs<br>Limitations in any activities because of a physical, mental, or emotional condition<br>Uses a cane, a wheelchair, a trained service animal, adaptive bed, adaptive telephone, or some other device<br>Not Listed |

**Discharge References/Attachments**

Adult Advisor: Anti-Inflammatory Diet (English)
Adult Advisor: Protein in the Diet (English)

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/12/2024

Page 314
Printed by 71334 at 8/21/24 10:10 AM

MC_002165

## Preferred Pharmacy (continued)

**Discharge References/Attachments (continued)**

**Patient Instructions**

None

MC_002166

## 04/08/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  
**MRN:** 172930  
**CSN:** 329030932

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 4/8/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**  
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | **Employer:** | |
| DOB: | 2/9/1958 (66 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD  
**Referring Physician:**

**Employer Phone:**  
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

---

### Guarantor Information

| Guarantor Relationship to Pt: | Self | | Acct Type: | |
|---|---|---|---|---|
| Guarantor Name: | | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |

**Home Phone:**  
**Guarantor's Employer:**  
**Work Phone:**

---

### Primary Insurance

| Name of Insurance: | | Group Name: |
|---|---|---|
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

---

### Secondary Insurance

| Name of Insurance: | | Group Name: |
|---|---|---|
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

---

### Accident Information

COVINGTON MULTICARE CLINIC  
17700 SE 272nd St  
COVINGTON WA 98042-4951

Larocque, Linda J  
MRN: 172930, DOB: 2/9/1958, Legal Sex: F  
Visit date: 4/8/2024

Page 316

Printed by 71334 at 8/21/24 10:10 AM

MC_002167

## 04/08/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | | |
|------|---------|--|--|
| MMA PRIMARY CARE REFERRALS | 17700 SE 272ND ST #325 Covington WA 98402-4951 | | |

## Call Information

| | Department | Center |
|--|-----------|--------|
| 4/8/2024 11:24 AM | MMA PRIMARY CARE REFERRALS | |

| Results | (Order ) |
|---------|----------|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Patient Instructions

None

COVINGTON MULTICARE
CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/8/2024

Page 317

Printed by 71334 at 8/21/24 10:10 AM

MC_002168

**04/08/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 329030933

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 4/8/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:**                                **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

COVINGTON MULTICARE
CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/8/2024

Page 318                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002169

## 04/08/2024 - Letter (Out) in MMA PRIMARY CARE REFERRALS (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | | |
|---|---|---|---|
| MMA PRIMARY CARE REFERRALS | 17700 SE 272ND ST #325 Covington WA 98402-4951 | | |

## Call Information

| | Department | Center |
|---|---|---|
| 4/8/2024 11:24 AM | MMA PRIMARY CARE REFERRALS | |

## Results (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Letters

#### Referral Approval by Candace L Mitchell on 4/8/2024

Status: Sent by batch
Letter body:

Hello Linda,

This letter is in response to a request by your provider for a special procedure or a consult by a specialist. Your Referral has been approved by your insurance. Below is information regarding your referral. You can also review details of your referral by navigating to the epichttp://referrals[Referrals] page.

REFERRAL INFORMATION
Referred by Department Phone Number: 253-792-6526
Referred to Provider: HUSE, BARRY G
Referred to Specialty: Barry Huse OD and Associates, PS
2913 South 38th St B3
Tacoma, WA 98409-5629
Phone: 253-473-1050
Fax: 253-473-2338
Referral ID Number 20376726

Procedures:

COVINGTON MULTICARE
CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/8/2024

Page 319

Printed by 71334 at 8/21/24 10:10 AM

MC_002170

## Preferred Pharmacy (continued)

### Letters (continued)

REF031 - REFERRAL TO OPTOMETRY
AETNA MEDICARE ADVANTAGE
Authorization #:

Referral Start Date:04/02/2024
Referral End Date: 04/02/2025
Number of Authorized visits:12
Referred to Department Phone Number:


MORE INFORMATION
If your insurance changes, please contact the referring department
253-792-6526 to update your coverage.

### Patient Instructions

None

COVINGTON MULTICARE
CLINIC
17700 SE 272nd St
COVINGTON WA 98042-4951

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/8/2024

Page 320

Printed by 71334 at 8/21/24 10:10 AM

MC_002171

## 04/05/2024 - Letter (Out) in Auburn MOB Internal Medicine

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
                                         **CSN:** 328782976

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 4/5/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### *Patient Information*

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**                            **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### *Primary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### *Secondary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### *Accident Information*

AUBURN MOB CLINIC      Larocque, Linda J
202 N Division St STE 310    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Plaza II      Visit date: 4/5/2024
Auburn WA 98001-4939

Page 321      Printed by 71334 at 8/21/24 10:10 AM

MC_002172

## 04/05/2024 - Letter (Out) in Auburn MOB Internal Medicine (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Auburn MOB Internal Medicine | 202 N DIVISION ST PLAZA 2 STE 301<br>Auburn WA 98001-4939 | 253-876-7990 | 253-876-8015 |

## Call Information

| | Department | Center |
|---|------------|--------|
| 4/5/2024 7:56 AM | AUBURN MOB IM | MOB |

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Patient Instructions

None

AUBURN MOB CLINIC
202 N Division St STE 310
Plaza II
Auburn WA 98001-4939

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/5/2024

Page 322

Printed by 71334 at 8/21/24 10:10 AM

MC_002173

Larocque, Linda J
MRN: 172930

## 04/05/2024 - Letter (Out) in Auburn MOB Internal Medicine

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**    **MRN:** 172930
    **CSN:** 328782983

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 4/5/2024 | | | No service for | |

**Admitting Physician:**    **Chief Complaint:**
    **Adm Dx:**
    Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information:<br>Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD    **Employer Phone:**
**Referring Physician:**    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

AUBURN MOB CLINIC
202 N Division St STE 310
Plaza II
Auburn WA 98001-4939

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/5/2024

Page 323    Printed by 71334 at 8/21/24 10:10 AM

MC_002174

## 04/05/2024 - Letter (Out) in Auburn MOB Internal Medicine (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Auburn MOB Internal Medicine | 202 N DIVISION ST PLAZA 2 STE 301<br>Auburn WA 98001-4939 | 253-876-7990 | 253-876-8015 |

## Call Information

| | Department | Center |
|---|-----------|--------|
| 4/5/2024 7:56 AM | AUBURN MOB IM | MOB |

| Results | | (Order) |
|---------|---|---------|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Letters

**Referral Approval by Dorothy A Gaunt on 4/5/2024**

Status: Sent by batch
Letter body:

Hello Linda,

This letter is in response to a request by your provider for a special procedure or a consult by a specialist. Your Referral has been approved by your insurance. Below is information regarding your referral. You can also review details of your referral by navigating to the epichttp://referrals[Referrals] page.

REFERRAL INFORMATION
Referred by Department Phone Number: 253-792-6526
Referred to Provider: No referral provider
Referred to Specialty: CASCADE EYE & SKIN CENTER, PS
1924 S CEDAR ST, STE B
Tacoma, WA 98405-2304
Phone: (253) 253-272-9309
Fax: (253) 253-840-1362
Referral ID Number 20376727

AUBURN MOB CLINIC
202 N Division St STE 310
Plaza II
Auburn WA 98001-4939

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/5/2024

Page 324

Printed by 71334 at 8/21/24 10:10 AM

MC_002175

## Preferred Pharmacy (continued)

### Letters (continued)

Procedures:
  REF030 - REFERRAL TO OPHTHALMOLOGY
AETNA MEDICARE ADVANTAGE
Authorization #:

Referral Start Date:04/02/2024
Referral End Date: 04/02/2025
Number of Authorized visits:12
Referred to Department Phone Number:


MORE INFORMATION
If your insurance changes, please contact the referring department
253-792-6526 to update your coverage.

### Patient Instructions

  None

AUBURN MOB CLINIC          Larocque, Linda J
202 N Division St STE 310   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Plaza II                    Visit date: 4/5/2024
Auburn WA 98001-4939

Page 325                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002176

## 04/02/2024 - Lab in Lab - Lakewood

**MultiCare Health System**          **TACOMA GENERAL HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**          MRN:  172930
                                             CSN:  328388261

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 4/2/2024 0917 | 715569285 | OL | *Lakewood Place | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**          Type 2 diabetes mellitus*
                     Gestational Age: <None>

### Patient Information

**Home Address:**   6824 S Park Ave
                    Tacoma WA 98408-5509

**SSN:**            xxx-xx-5145
**Age:**            66 year old
**DOB:**            2/9/1958 (66 yrs)
**Sex:**            female
**Marital Status:** Married

Telephone Information:
Home Phone          Not on file.
Work Phone          Not on file.
Mobile              253-273-7247
**Employer:**
                    No address on file.

**Primary Care Physician:**  Rachel D Dawson, MD
**Referring Physician:**  DAWSON, RACHEL D

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:**   Self
**Guarantor Name:**                 LAROCQUE,LINDA J
**Guarantor Address:**              6824 S PARK AVE
                                    TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**   P/F
**Acct ID:**     6338966

**DOB:**         2/9/1958

### Primary Insurance

**Name of Insurance:**   PSR AETNA PRIME
**Subscriber Name:**     LAROCQUE,LINDA J
**Subscriber DOB:**      02/09/1958
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:**     000003-WA
**Ins ID#:**     101724898200

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 4/2/2024, D/C: 4/2/2024
WAY
TACOMA WA 98405-4234

Page 326          Printed by 71334 at 8/21/24 10:10 AM

MC_002177

## 04/02/2024 - Lab in Lab - Lakewood (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 715569285 | Outpatient-Lab | Closed |

### Reason for Visit

#### Visit Diagnoses

- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59]
- Essential hypertension, benign [I10]

### Visit Information

#### Provider Information

| Encounter Provider | Referring Provider |
|--------------------|--------------------|
| Lakewood Lab | Rachel D Dawson, MD |

#### Department

| Name | Address | | |
|------|---------|---|---|
| Lab - Lakewood | 5700 100TH ST SW SUITE 510 Lakewood WA 98499 | | |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 4/2/2024 9:30 AM | Lakewood Lab | TG LWLAB LAKEWOOD LAB | MHS LAB |

### Events

#### Hospital Outpatient at 4/2/2024 0917

Unit: Lab - Lakewood
Patient class: Outpatient-Lab

#### Discharge at 4/2/2024 2359

Unit: Lab - Lakewood
Patient class: Outpatient-Lab

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 4/2/2024, D/C: 4/2/2024

Page 327

Printed by 71334 at 8/21/24 10:10 AM

MC_002178

## 04/02/2024 - Lab in Lab - Lakewood (continued)

**Medication List (continued)**

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 4/2/2024, D/C: 4/2/2024

Page 328

Printed by 71334 at 8/21/24 10:10 AM

MC_002179

## 04/02/2024 - Lab in Lab - Lakewood (continued)

### Medication List (continued)

Quantity: 21 Tablet                                Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                      Quantity: 1 Kit
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 1/31/2024
Start date: 1/31/2024                       End date: 5/15/2024
Quantity: 27 mL                             Refill: 11 refills by 1/30/2025

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Himani S Thakar, RPh       Discontinued on: 5/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 2/13/2024
Start date: 2/13/2024                       End date: 5/13/2024
Quantity: 180 Capsule                       Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh         Discontinued on: 7/30/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 2/26/2024
Start date: 2/26/2024                       End date: 7/30/2024
Quantity: 90 Capsule                        Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 6/11/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 4/2/2024
Start date: 4/2/2024                        End date: 6/8/2024
Quantity: 15 Tablet                         Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 6/5/2024
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD          Ordered on: 4/2/2024
Start date: 4/2/2024                        End date: 6/5/2024
Quantity: 160 Tablet                        Refill: 1 refill by 9/29/2024

### Stopped in Visit

None

### Labs

EMR LR v13.0

TACOMA GENERAL            Larocque, Linda J
HOSPITAL                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 4/2/2024, D/C: 4/2/2024
WAY
TACOMA WA 98405-4234

Page 329                                   Printed by 71334 at 8/21/24 10:10 AM

MC_002180

## 04/02/2024 - Lab in Lab - Lakewood (continued)

**Labs (continued)**

| CBC WITH DIFF (Order 757084502) | Status: Final result |
|---|---|
| Results | (Collected: 4/2/2024 09:17) |

### Results

**CBC WITH DIFF** Final result                                    Order: 757084502

Status: **Final result**

| Component<br>Ref Range & Units | 4/2/24 0917 |
|---|---|
| WBC<br>4.00 - 12.00 K/uL | 6.29 |
| RBC<br>4.00 - 5.50 mil/uL | 4.95 |
| Hgb<br>12.0 - 16.0 g/dL | 14.5 |
| Hct<br>37 - 47 % | 44.0 |
| MCV<br>80 - 98 fL | 88.9 |
| MCH<br>27 - 33 pg | 29.3 |
| MCHC<br>32 - 37 g/dL | 33.0 |
| RDW<br>11.5 - 15.0 % | 12.9 |
| Plt<br>150 - 450 K/uL | 430 |
| Differential type | Automated |
| Abs neuts<br>1.80 - 7.80 K/uL | 4.35 |
| Abs immature grans<br>0.00 - 0.07 K/uL | 0.02 |
| Abs lymphs<br>0.80 - 3.30 K/uL | 1.31 |
| Abs monos<br>0.10 - 1.00 K/uL | 0.49 |
| Abs eos<br>0.00 - 0.40 K/uL | 0.08 |
| Abs basos<br>0.00 - 0.20 K/uL | 0.04 |
| Abs NRBCs<br>0.00 K/uL | 0.00 |
| Neuts<br>% | 69.2 |
| Immature grans<br>0.0 - 0.9 % | 0.3 |
| Lymphs<br>% | 20.8 |
| Monos<br>% | 7.8 |
| Eos<br>% | 1.3 |

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 4/2/2024, D/C: 4/2/2024

Page 330                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002181

## 04/02/2024 - Lab in Lab - Lakewood (continued)

**Labs (continued)**

| | |
|---|---|
| Basos % | 0.6 |
| NRBC 0.0 % | 0.0 |

# END OF LAB RESULTS REPORT
EMR LR v13.0

## COMPREHEN METABOLIC PANEL (Order 791925097)
**Results**

**Status: Final result**
**(Collected: 4/2/2024 09:17)**

### Results

COMPREHEN METABOLIC PANEL Abnormal, Final result                    Order: 791925097

Status: **Final result**

| Component Ref Range & Units | 4/2/24 0917 |
|---|---|
| **Na** 135 - 145 mmol/L | 138 |
| **K** 3.6 - 5.3 mmol/L | 5.0 |
| **Cl** 98 - 109 mmol/L | 104 |
| **CO2** 21 - 32 mmol/L | 23 |
| **Anion gap w/o K** 4 - 12 | 11 |
| **BUN** 8 - 24 mg/dL | 24 |
| **Creatinine** 0.6 - 1.2 mg/dL | 0.70 |
| **eGFR** >59 mL/min/1.73 m2 | 95 |
| Comment: eGFR calculated by CKD-EPI (2021) Equation | |
| **Glucose** 65 - 120 mg/dL | **124** (H) * |
| **SGOT/AST** 5 - 40 IU/L | 19 |
| **Alk Phos** 28 - 126 IU/L | 77 |
| **SGPT/ALT** 6 - 60 IU/L | 16 |
| **Bilirubin total** 0.2 - 1.4 mg/dL | 0.7 |
| **Protein, Total** 6.1 - 7.8 g/dL | 7.8 |
| **Albumin** | 4.4 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 4/2/2024, D/C: 4/2/2024

Page 331                                        Printed by 71334 at 8/21/24 10:10 AM

MC_002182

## 04/02/2024 - Lab in Lab - Lakewood (continued)

**Labs (continued)**

| | |
|---|---|
| 3.2 - 5.0 g/dL | |
| **Globulin (calc)** | 3.4 |
| 2.0 - 4.5 g/dL | |
| **A:G Ratio** | 1.3 |
| >1.0 | |
| **Calcium** | 10.1 |
| 8.5 - 10.5 mg/dL | |

# END OF LAB RESULTS REPORT
EMR LR v13.0

## LIPID PANEL (Order 791925099)
**Results**

Status: Final result
(Collected: 4/2/2024 09:17)

## Results

**LIPID PANEL** Final result                                    Order: 791925099

Status: **Final result**

| Component<br>Ref Range & Units | 4/2/24 0917 |
|---|---|
| **Cholesterol, Total**<br><200 mg/dL | 161 |
| **Triglycerides**<br><150 mg/dL | 142 |
| **HDL**<br>40 - 59 mg/dL | 58 |
| **LDLC**<br><100 mg/dL | 75 |

Comment:
The reference ("normal") range for the LDL cholesterol test in adults has been
lowered to <100 to reflect National Cholesterol Education Program ATP III
guidelines.

Goal LDL Cholesterol by risk category per NCEP ATEP III Guidelines in adults:
   CHD and CHD risk equivalents: <100 mg/dL
      Multiple (2+) risk factors: <130 mg/dL
         Zero to one risk factor: <160 mg/dL

| | |
|---|---|
| **Non HDL cholesterol**<br><130 mg/dL | 103 |
| **Chol/HDL ratio** | 2.78 |
| **Fasting** | Yes |

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 4/2/2024, D/C: 4/2/2024
WAY
TACOMA WA 98405-4234

Page 332                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002183

**04/02/2024 - Lab in Lab - Lakewood (continued)**

Labs (continued)

# END OF LAB RESULTS REPORT
EMR LR v13.0

**HEMOGLOBIN A1C (Order 791925101)**
Results

Status: Final result
(Collected: 4/2/2024 09:17)

## Results

<u>HEMOGLOBIN A1C</u> Abnormal, Final result                                        Order: 791925101

Status: **Final result**

| Component | 4/2/24 0917 |
| Ref Range & Units | |
| **Hemoglobin A1C** | **5.8** |
| <5.7 % | **(H)** ^ |

Comment: HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing.

| **Est average glucose** | 120 |
| mg/dL | |

Comment: Est average glucose = estimated average glucose. New term and calculation recommended by ADA for more accurate average glucose and better correlation with glucometer values.

# END OF LAB RESULTS REPORT
EMR LR v13.0

**MICROALBUMIN UR RANDOM (Order 791925103)**
Results

Status: Final result
(Collected: 4/2/2024 09:17)

## Results

<u>MICROALBUMIN UR RANDOM</u> Final result                                        Order: 791925103

Status: **Final result**

| Component | 4/2/24 0917 |
| Ref Range & Units | |
| **Microalb/creat ratio** | 7 |
| 0 - 30 mg/g creat | |
| **Creatinine, Urine** | 163.50 |
| mg/dL | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 4/2/2024, D/C: 4/2/2024

Page 333

Printed by 71334 at 8/21/24 10:10 AM

MC_002184

## 04/02/2024 - Lab in Lab - Lakewood (continued)

**Labs (continued)**

Comment: The random urine creatinine is provided for your information.  Do not
recalculate the microalbumin/creatinine ratio.

# END OF LAB RESULTS REPORT

**Results**                                                                 (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Flowsheets**

**LACE+ Score**

| Row Name | 04/03/24 0011 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| LACE+ Readmission Risk Score | 30 -SB | | | | |

**User Key**                                       (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| SB | Scheduler Batch | — | — |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 4/2/2024  9:15 AM |

Last Read in MyChart
4/7/2024  4:03 PM by Linda J Larocque

Appointment Information:
  Visit Type: Lab
    Date: 4/2/2024
       Dept: LAB - Lakewood
       Provider: Lakewood Lab
       Time: 9:30 AM
       Length: 10 min

Appt Status: Scheduled

TACOMA GENERAL               Larocque, Linda J
HOSPITAL                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 4/2/2024, D/C: 4/2/2024
WAY
TACOMA WA 98405-4234

Page 334                                              Printed by 71334 at 8/21/24 10:10 AM

MC_002185

## Preferred Pharmacy (continued)

**Messages (continued)**

**Patient Instructions**

None

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 4/2/2024, D/C: 4/2/2024
WAY
TACOMA WA 98405-4234

Page 335                                          Printed by 71334 at 8/21/24 10:10 AM

MC_002186

## 04/02/2024 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 322591733

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 4/2/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Diabetes |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

Page 336

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002187

## 04/02/2024 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

* Diabetes

### Visit Diagnoses

* **Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) (primary) [E11.59]**
* Essential hypertension, benign [I10]
* Opioid use with opioid-induced disorder (CMS/HCC) [F11.99]
* HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) [I50.20]
* NSVT (nonsustained ventricular tachycardia) (CMS/HCC) [I47.29]
* Postmenopausal status [Z78.0]
* RECURR DEPR PSYCHOS-MOD [F33.1]
* Retinal tear of left eye [H33.312]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM, IF USING TIME, 30 MINUTES OR MORE |

| Log History |
|---|
| Additional EM Code History |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 4/2/2024 8:30 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Nursing Note by Sarah A Tryon, LVN/LPN at 4/2/2024 0830

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: --- | Author Type: Licensed Practical Nurse |
| Filed: 04/02/24 0834 | Encounter Date: 4/2/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

MC_002188

## 04/02/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Chief Complaint**
Patient presents with
- Diabetes

Additional Details: here fr follow up on diabetes

Medication list changes/discrepancies: Yes, reviewed

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 04/02/24 0834

**Progress Notes by Rachel D Dawson, MD at 4/2/2024 0830**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 04/02/24 1047 | Encounter Date: 4/2/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Linda J Larocque

Care gaps reviewed w/ pt

Chart review
Ortho dr. Adler s/p knee joint replacement out of cast and now going to physical therapy w/ hinged knee brace and weight bearing as tolerated with brace in full extension
Blisters from cast rubbing all healed now

Last visit to cardiology June 2023 dr. Guerra notes reviewed

Seeing how weak she is and having more back pain and limited mobility due to knee issues
But out of wheelchair and using walker
Going to pt twice a week
Also has hep doing daily as well
She is also doing bands for her arms
Has been eating high calorie foods as eating what spouse brings her
denies sx of ha, numbness or tingling, cp, sob, palpitations, orthopnea, edema, doe.
denies sx of low or high blood sugars.
She is on victoza
She could not afford Ozempic
Now she is more mobile she is going to start visiting the food banks again to get more diabetic type foods and she can now cook again and make recipes that are more appropriate
She is upset at how much weight she has gained
**Patient Active Problem List**
Diagnosis

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 338

Printed by 71334 at 8/21/24 10:10 AM

MC_002189

## 04/02/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS/HCC)
- Opioid use with opioid-induced disorder (CMS/HCC)

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 0 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 1 |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 11 |
| • naloxone (NARCAN) 1 mg/mL | Apply 2 mL to | 1 Kit | 0 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 339

Printed by 71334 at 8/21/24 10:10 AM

MC_002190

**04/02/2024 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

| | | | |
|---|---|---|---|
| Solution | nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | | |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose | 1 Each | 0 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 340

Printed by 71334 at 8/21/24 10:10 AM

MC_002191

**04/02/2024 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

Adult obstructive
sleep apnea - last
sleep study done by
dr. clerc about three
years ago (Patient
taking differently:
cpap equipment new
mask and new hose
Adult obstructive
sleep apnea - last
sleep study done by
dr. clerc about three
years ago
Vendor is Apria)

No current facility-administered medications on file prior to visit.

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above
**Vitals:**

|  | 04/02/24 0832 |
|---|---|
| BP: | 114/60 |
| Pulse: | 68 |
| Resp: | 18 |
| Temp: | 35.6 °C (96 °F) |
| Weight: | 121.3 kg (267 lb 8 oz) |
| Height: | 1.651 m (5' 5") |

general no acute distress
Heent: perrl, sclera anicteric, no matting
Ms excited about meeting her new daughter-in-law
neck: no abnl la, or tmg, no nuchal rigidity
Lungs: cta, no rales, wheezes, or ronchi, no use of assessory muscles of respiration
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
ext: without edema
skin: without rashes
Abd: soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
foot nl pulses, no deformity, no redness or swelling, nl rom ankle, no pain with resistance rom, neg ant drawer sign, no tenderness with compression metatarsal heads or with palpation foot
Normal monofilament examination
Left knee in hinged brace
Back sitting comfortably no pain behaviors
Able to stand up on the first try using her hands
Gait slow w/ walker and knee brace affecting gait

(E11.59) Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) (primary encounter diagnosis)
Comment:
Plan: CBC WITH DIFF, COMPREHEN METABOLIC PANEL, LIPID
    PANEL, HEMOGLOBIN A1C, MICROALBUMIN UR RANDOM,

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 341

Printed by 71334 at 8/21/24 10:10 AM

MC_002192

**04/02/2024 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

P DIABETIC FOOT EXAM, REFERRAL TO OPTOMETRY
Plans for making better food choices appropriate

(I10) Essential hypertension, benign
Comment:
Plan: COMPREHEN METABOLIC PANEL, LIPID PANEL
    Well-controlled

(F11.99) Opioid use with opioid-induced disorder (CMS/HCC)
Comment:
Plan: Refilled tramadol

(I50.20) HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
Comment:
Plan: Stable reminded patient due for follow-up with cardiologist

(I47.29) NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
Comment:
Plan: Stable and asymptomatic

(Z78.0) Postmenopausal status
Comment:
Plan: Dexa Bone Density Study

(F33.1) RECURR DEPR PSYCHOS-MOD
Comment:
Plan: alprazolam (XANAX) 0.25 MG Tab
    Mood is good

(H33.312) Retinal tear of left eye
Comment:
Plan: REFERRAL TO OPHTHALMOLOGY
    Reminded patient due for follow-up for this and for her diabetic eye exam

**Patient Instructions**
Barry huse od - due for dm eye exam  or his associate and with dr. Haynie for the retinal exam

Mammogram due
Dexa due
Labs due
Due for visit to dr. Guerra June 2024

Consider going to various food banks to get diabetic appropriate food
Consider hepatitis a vaccine if covered by insurance - ask at the pharmacy
Consider a covid booster

Contact pharmacy when 2 weeks from running out of victoza and then ask them to send you a refill

MULTICARE LAKEWOOD      Larocque, Linda J
CLINIC                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW        Visit date: 4/2/2024
LAKEWOOD WA 98499-2767

Page 342                                Printed by 71334 at 8/21/24 10:10 AM

MC_002193

## 04/02/2024 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

## Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 04/02/24 1047

### Medication List

#### Medication List

(i) This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

###### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

###### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

###### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 343

Printed by 71334 at 8/21/24 10:10 AM

MC_002194

## 04/02/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C     Ordered on: 12/8/2023
Start date: 12/8/2023     End date: 5/28/2024
Quantity: 30 Tablet     Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA     Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C     Ordered on: 12/8/2023
Start date: 12/8/2023     End date: 5/24/2024
Quantity: 21 Tablet     Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD     Ordered on: 12/14/2023
Start date: 12/14/2023     Quantity: 1 Kit
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD     Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 1/31/2024
Start date: 1/31/2024     End date: 5/15/2024
Quantity: 27 mL     Refill: 11 refills by 1/30/2025

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Himani S Thakar, RPh     Discontinued on: 5/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 2/13/2024
Start date: 2/13/2024     End date: 5/13/2024
Quantity: 180 Capsule     Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh     Discontinued on: 7/30/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 2/26/2024
Start date: 2/26/2024     End date: 7/30/2024
Quantity: 90 Capsule     Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 6/11/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD     Ordered on: 4/2/2024
Start date: 4/2/2024     End date: 6/8/2024
Quantity: 15 Tablet     Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD     Discontinued on: 6/5/2024

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 344     Printed by 71334 at 8/21/24 10:10 AM

MC_002195

## 04/02/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD     Ordered on: 4/2/2024
Start date: 4/2/2024     End date: 6/5/2024
Quantity: 160 Tablet     Refill: 1 refill by 9/29/2024

### Stopped in Visit

**Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector**

Discontinued by: Rachel D Dawson, MD     Discontinued on: 4/2/2024

## Results     (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Imaging**

### Imaging

#### Dexa Bone Density Study [757084496] (Active)

Electronically signed by: **Rachel D Dawson, MD on 04/02/24 0834**     Status: **Active**
Ordering user: Rachel D Dawson, MD 04/02/24 0834     Authorized by: Rachel D Dawson, MD
Ordering mode: Standard
Frequency: Routine 04/02/24 -     Class: MHS IP Normal
Quantity: 1
Diagnoses
Postmenopausal status [Z78.0]

##### Questionnaire

| Question | Answer |
|---|---|
| Reason for order | postmenopausal status |
| Phone Report | No |
| Radiologist can change order? | Yes |
| Release to patient : | Immediate |

##### Indications

Postmenopausal status [Z78.0 (ICD-10-CM)]

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 345     Printed by 71334 at 8/21/24 10:10 AM

MC_002196

## Preferred Pharmacy (continued)

### Other Orders - Imaging (continued)

### Other Orders - Procedures

#### Procedures

##### P DIABETIC FOOT EXAM [757084495] (Completed)

| | |
|---|---|
| Electronically signed by: **Rachel D Dawson, MD on 04/02/24 0834** | Status: **Completed** |
| Ordering user: Rachel D Dawson, MD 04/02/24 0834 | Authorized by: Rachel D Dawson, MD |
| Ordering mode: Standard | |
| Frequency: Routine 04/02/24 - | Class: Abstract |
| Quantity: 1 | Released by: Sarah A Tryon, LVN/LPN 04/02/24 0834 |

Diagnoses
Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59]

**Indications**

Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59 (ICD-10-CM)]

#### Referral

##### REFERRAL TO OPTOMETRY [757084499] (Active)

| | |
|---|---|
| Electronically signed by: **Rachel D Dawson, MD on 04/02/24 0900** | Status: **Active** |
| Ordering user: Rachel D Dawson, MD 04/02/24 0900 | Authorized by: Rachel D Dawson, MD |
| Ordering mode: Standard | |
| Frequency: Routine 04/02/24 - | Class: Referral - External |
| Quantity: 1 | |

Diagnoses
Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59]

**Questionnaire**

| Question | Answer |
|---|---|
| My clinical question is: | barry huse od or associate dm eye exam |

**Indications**

Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59 (ICD-10-CM)]

##### REFERRAL TO OPHTHALMOLOGY [757084500] (Active)

| | |
|---|---|
| Electronically signed by: **Rachel D Dawson, MD on 04/02/24 0900** | Status: **Active** |
| Ordering user: Rachel D Dawson, MD 04/02/24 0900 | Authorized by: Rachel D Dawson, MD |
| Ordering mode: Standard | |
| Frequency: Routine 04/02/24 - | Class: Referral - External |
| Quantity: 1 | |

Diagnoses
Retinal tear of left eye [H33.312]

**Questionnaire**

| Question | Answer |
|---|---|
| My clinical question is: | cascade eye and skin dr. haynie |

**Indications**

Retinal tear of left eye [H33.312 (ICD-10-CM)]

#### Flowsheets

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 346

Printed by 71334 at 8/21/24 10:10 AM

MC_002197

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

### Custom Formula Data

| Row Name | 04/02/24 0832 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 125.66 lbs -ST | | | | |
| Adjusted Body Weight | 182.4 lbs -ST | | | | |
| % Over/Under Ideal Body Weight | 112.88 -ST | | | | |
| Predicted Body Weight | 57 -ST | | | | |
| Length (cm) | 165.1 cm -ST | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -ST | | | | |
| IBW/kg (Calculated) Female | 57 kg -ST | | | | |
| BSA (Calculated - sq m) | 2.36 sq meters -ST | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 78 mmHg -ST | | | | |
| BMI | | | | | |
| BMI (Calculated) | 44.51 -ST | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 57 -ST | | | | |
| Low Range Vt 6mL/kg | 342 mL/kg -ST | | | | |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -ST | | | | |
| Adult High Range Vt 10mL/kg | 570 mL/kg -ST | | | | |
| Vital Signs | | | | | |
| BMI (Calculated) | 44.51 -ST | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) Female | 57 kg -ST | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -ST | | | | |

### Encounter Vitals

| Row Name | 04/02/24 0832 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 114/60 -ST | | | | |
| Pulse | 68 -ST | | | | |
| Resp | 18 -ST | | | | |
| Temp | 35.6 °C (96 °F) -ST | | | | |
| Temp src | Temporal -ST | | | | |
| SpO2 | 96 % -ST | | | | |
| Weight | 121.3 kg (267 lb 8 oz) -ST | | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 347

Printed by 71334 at 8/21/24 10:10 AM

MC_002198

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| Height | 1.651 m (5' 5") -ST |
| Pain Score | FOUR/TEN -ST |
| Pain Loc | KNEE -ST |
| Pain Education | Yes -ST |

**OTHER**

| | |
|---|---|
| BP Site | Left upper arm -ST |
| Pt Position for BP | Sitting -ST |
| Cuff Size | Adult -ST |

**User Key**　　　　　　　　　　　　　　　　(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| ST | Sarah A Tryon, LVN/LPN | Licensed Practical Nurse | Nursing |

### Patient Instructions

Barry huse od - due for dm eye exam or his associate and with dr. Haynie for the retinal exam

Mammogram due
Dexa due
Labs due
Due for visit to dr. Guerra June 2024

Consider going to various food banks to get diabetic appropriate food
Consider hepatitis a vaccine if covered by insurance - ask at the pharmacy
Consider a covid booster

Contact pharmacy when 2 weeks from running out of victoza and then ask them to send you a refill

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 04/02/24 0901

### After Visit Summary

After Visit Summary (below)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 348

Printed by 71334 at 8/21/24 10:10 AM

MC_002199

# MultiCare

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958     4/2/2024 9:30 AM   Lakewood Family Practice 253-792-6526

### Instructions from Rachel D Dawson, MD

Barry huse od - due for dm eye exam or his associate and with dr. Haynie for the retinal exam

Mammogram due
Dexa due
Labs due
Due for visit to dr. Guerra June 2024

Consider going to various food banks to get diabetic appropriate food
Consider hepatitis a vaccine if covered by insurance - ask at the pharmacy
Consider a covid booster

Contact pharmacy when 2 weeks from running out of victoza and then ask them to send you a refill

Rachel D Dawson, MD



### Today's medication changes

⊗ STOP taking:
**Ozempic (0.25 or 0.5 MG/DOSE) 2 MG/3ML**
Sopn (Semaglutide(0.25 or 0.5MG/DOS))

Accurate as of April 2, 2024 9:02 AM
**See the end of the After Visit Summary for your complete, current medication list.**



### Pick up these medications at SAFEWAY PHARMACY #1594 - TACOMA, WA

**alprazolam • tramadol**

Address 707 S 36TH STREET, TACOMA WA 98408
Phone: 253-471-1730



### Referrals made today

REFERRAL TO OPTOMETRY
Multiple visits requested (expires 4/2/2025)

REFERRAL TO OPHTHALMOLOGY
Multiple visits requested (expires 4/2/2025)

### Today's Visit

You saw Rachel D Dawson, MD on Tuesday April 2, 2024 for: Diabetes. The following issues were addressed:
- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
- Essential hypertension, benign
- Opioid use with opioid-induced disorder (CMS/HCC)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- Postmenopausal status
- RECURR DEPR PSYCHOS-MOD
- Retinal tear of left eye

| | | |
|---|---|---|
| Blood Pressure 114/60 | | BMI 44.51 |
| Weight 267 lb 8 oz | | Height 5' 5" |
| Temperature (Temporal) 96 °F | | Pulse 68 |
| Respiration 18 | | Oxygen Saturation 96% |

Done Today
P DIABETIC FOOT EXAM for Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)

---

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Instructions (continued) from Rachel D Dawson, MD

 Labs ordered today
CBC WITH DIFF
Please complete by 4/2/2024
Must be done by 7/31/2024

COMPREHEN METABOLIC PANEL
Please complete by 4/2/2024
Must be done by 7/31/2024
Go to MULTICARE MEDICAL GROUP LAB

HEMOGLOBIN A1C
Please complete by 4/2/2024
Must be done by 7/31/2024
Go to MULTICARE MEDICAL GROUP LAB

LIPID PANEL
Please complete by 4/2/2024
Must be done by 7/31/2024
Go to MULTICARE MEDICAL GROUP LAB

MICROALBUMIN UR RANDOM
Please complete by 4/2/2024
Must be done by 7/31/2024
Go to MULTICARE MEDICAL GROUP LAB

## What's Next

**APR 12 2024** Simple Visit with Zachary B Adler, MD
Friday April 12 3:30 PM (Arrive by 3:15 PM)

MULTICARE ORTHOPEDICS & SPORTS
MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405 2455
253 792 6555

**MAY 15 2024** ANNUAL WELLNES VISIT W/O RN with Rachel D Dawson, MD
Wednesday May 15 8:30 AM

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499 2767
253 792 6526

Imaging Referrals
Dexa Bone Density Study

## PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002201

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Allergies as of 4/2/2024

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to
https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart?  Visit MyChart at https://mychart.multicare.org/MyMultiCare/
.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002202

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

### Your Medication List *as of April 2, 2024 9:02 AM*

ⓘ Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc<br>1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| naloxone 1 mg/mL Soln<br>NARCAN<br>1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| ondansetron 4 MG Tabs<br>Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| * OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| * OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| rosuvastatin 20 mg Tabs<br>Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>SENNA, SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of April 2, 2024 9:02 AM

| | |
|---|---|
| TechLite Pen Needles 31G X 8 MM Misc<br>Brand name: Insulin Pen Needle<br>Quantity: 100 Each | Use With victoza injections |
| tramadol 50 MG Tabs<br>Generic name for: Ultram<br>Quantity: 160 Tablet | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt |
| verapamil 240 MG Tbcr<br>Brand name: CALAN SR<br>Quantity: 90 Tablet | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |
| Victoza 18 MG/3ML Sopn<br>Generic name: liraglutide<br>Quantity: 27 mL | Inject 1.8 mg under the skin once daily. |

✛ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767

**Messages**

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC<br>5700 100th St SW<br>LAKEWOOD WA 98499-2767 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 4/2/2024 |

MC_002204

## Preferred Pharmacy (continued)

**Messages (continued)**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|------|-----|--------------------|
| Bkg, Mychart | Larocque, Linda J | 2/8/2024 1:01 PM |
| Last Read in MyChart | | |
| Not Read | | |

# Appointment Information:
## Visit Type: Complex Visit
### Date: 4/2/2024
#### Dept: Lakewood Family Practice
#### Provider: Rachel D Dawson
#### Time: 8:30 AM
#### Length: 30 min

## Appt Status: Scheduled

**Patient Instructions**

Barry huse od - due for dm eye exam or his associate and with dr. Haynie for the retinal exam

Mammogram due
Dexa due
Labs due
Due for visit to dr. Guerra June 2024

Consider going to various food banks to get diabetic appropriate food
Consider hepatitis a vaccine if covered by insurance - ask at the pharmacy
Consider a covid booster

Contact pharmacy when 2 weeks from running out of victoza and then ask them to send you a refill

Rachel D Dawson, MD

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 4/2/2024

Page 354

Printed by 71334 at 8/21/24 10:10 AM

MC_002205

## 03/29/2024 - Appointment in MultiCare Orthopedics & Sports Medicine - Tacoma

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 325044081

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 3/29/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 3/29/2024

Page 355                                Printed by 71334 at 8/21/24 10:10 AM

MC_002206

## 03/29/2024 - Appointment in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Appointment Information

SIMPLE VISIT                                                Canceled
3/29/2024 10:45 AM

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 10:45 AM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | 15 min |

Notes:
*03/21/24 SPINSCI 3RD ATTEMPT - RESCHED TO NEXT AVAILABLE. PROVIDER OUT OF OFFICE -AMW*
*03/13/24 SPINSCI 2ND ATTEMPT - RESCHED TO NEXT AVAILABLE. PROVIDER OUT OF OFFICE -AMW*
*3/6/24 SPINCI First attempt: reschedule to next avail due to provider out -MGB*
PO3 LEFT TKA REVISION, ASURG 12/4/2023, AETNA MEDICARE ADV **Casted on 2/2**as

History

| | | | | |
|---|---|---|---|---|
| Made On: | 3/1/2024 3:46 PM | By: | D Yetta Xan Brank, AAC | ES |
| Change Notes: | 3/6/2024 2:14 PM | By: | Maria G Brambila | ES |
| Change Notes: | 3/13/2024 2:01 PM | By: | Ashley M Webb | ES |
| Change Notes: | 3/21/2024 12:27 PM | By: | Ashley M Webb | ES |
| Canceled: | 3/21/2024 1:05 PM | By: | Ashley M Webb | ES |
| Cancel Rsn: | DR/PROV/CLINIC RESCHED/CANCLD (4th attempt sent mychart msg/ 3 VM left via spinsci) | | | |
| Change Notes: | 3/22/2024 11:35 AM | By: | Sarah S Wuupini | ES |
| Cancel Rsn: | DR/PROV/CLINIC RESCHED/CANCLD (4th attempt sent mychart msg/ 3 VM left via spinsci) | | | |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/21/2019
Start date: 5/21/2019                                 Action: Patient taking differently

MC_002207

## 03/29/2024 - Appointment in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Quantity: 1 Each                                      Refill: No refills remaining

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD            Ordered on: 10/14/2021
Start date: 10/14/2021                        Quantity: 1 Each
Refill: No refills remaining

**rosuvastatin (CRESTOR) 20 mg Tab**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP        Ordered on: 7/3/2023
Start date: 7/3/2023                          Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD            Ordered on: 9/14/2023
Start date: 9/14/2023                         Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

**verapamil (CALAN SR) 240 MG Tab CR**

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD              Ordered on: 11/8/2023
Start date: 11/8/2023                         Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

**naloxone (NARCAN) 1 mg/mL Solution**

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD            Ordered on: 12/14/2023
Start date: 12/14/2023                        Quantity: 1 Kit
Refill: No refills remaining

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD            Ordered on: 5/13/2024
Start date: 5/13/2024                         Quantity: 180 Capsule
Refill: 2 refills by 5/13/2025

**Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector**

Instructions: Inject 1 mg under the skin every week.
Authorized by: Rachel D Dawson, MD            Ordered on: 5/15/2024
Start date: 7/10/2024                         Quantity: 3 mL
Refill: 11 refills by 5/15/2025

**aspirin 81 MG Chew Tab**

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                 Entered on: 5/24/2024

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Kristen Abrams, ARNP           Ordered on: 7/5/2024
Start date: 7/5/2024                          Quantity: 30 Tablet
Refill: 1 refill by 7/5/2025

MC_002208

## 03/29/2024 - Appointment in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

#### tramadol (ULTRAM) 50 MG Tab
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Kristen Abrams, ARNP         Ordered on: 7/5/2024
Start date: 7/5/2024                        Quantity: 160 Tablet
Refill: 2 refills by 1/1/2025

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 7/30/2024
Start date: 7/30/2024                       Quantity: 90 Capsule
Refill: No refills remaining

#### alprazolam (XANAX) 0.25 MG Tab
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 8/8/2024
Start date: 8/8/2024                        Quantity: 15 Tablet
Refill: No refills remaining

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD          Ordered on: 8/5/2024
Start date: 8/5/2024                        Quantity: 3 mL
Refill: 11 refills by 8/5/2025

#### Stopped in Visit
None

## Results                                                                 (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy
SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

#### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 3/29/2024
Page 358                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002209

## Preferred Pharmacy (continued)

**Messages (continued)**

| | | |
|---|---|---|
| Bkg, Mychart<br>Last Read in MyChart<br>Not Read | Larocque, Linda J | 3/1/2024  3:46 PM |

Appointment Information:
    Visit Type: Simple Visit
        Date: 3/29/2024
            Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
            Provider: Zachary B Adler
            Time: 10:45 AM
            Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

  None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 3/29/2024
Page 359    Printed by 71334 at 8/21/24 10:10 AM

MC_002210

**03/21/2024 - MyChart Secure Pt Message in MultiCare Access Center**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
                                        **CSN:** 327205301

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 3/21/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

---

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile         253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (66 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**                            **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

---

### Accident Information

**Accident Type:**

---

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 3/21/2024

Page 360                                                        Printed by 71334 at 8/21/24 10:10 AM

MC_002211

## 03/21/2024 - MyChart Secure Pt Message in MultiCare Access Center (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

**Encounter Provider**

Chart My

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Access Center | 1002 15th Street SW Auburn WA 98001 | 253-459-6030 | 253-333-2417 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 3/21/2024 1:05 PM | Chart My | MULTICARE ACCESS CENTER | MHS CALL CEN |

| Results | | (Order) |
|---------|---|---------|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Orthopedics Appointment

| From | To | Sent and Delivered |
|------|----|--------------------|
| Ashley M Webb | Larocque, Linda J | 3/21/2024 1:05 PM |

Last Read in MyChart
7/24/2024 3:17 PM by Linda J Larocque

Good afternoon,

I am reaching out about an appointment you have with our office. We have been trying to reach you to reschedule the appointment you have with Dr. Adler on Friday 3/29/24. The provider will be out of the office and we need to reschedule your appt.

Please call our scheduling team at 253-792-6555 for assistance.

Thank you!

MC_002212

## Preferred Pharmacy (continued)

**Messages (continued)**

**Patient Instructions**

    None

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299   Visit date: 3/21/2024
Printed by 71334 at 8/21/24 10:10 AM

MC_002213

**03/14/2024 - MyChart Secure Pt Message in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 326377132

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 3/14/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/14/2024

Page 363

Printed by 71334 at 8/21/24 10:10 AM

MC_002214

## 03/14/2024 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Chart My |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 3/14/2024 9:11 AM | Chart My | LAKEWOOD FP | LWMCC |

## Results                                                               (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### ANNUAL WELLNESS VISIT

| From | To | Sent and Delivered |
|---|---|---|
| Lavern C Hill | Larocque, Linda J | 3/14/2024 9:11 AM |
| Last Read in MyChart | | |
| 6/7/2024 8:16 AM by Linda J Larocque | | |

Linda J Larocque

6824 S Park Ave
Tacoma WA 98408-5509

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/14/2024

Page 364

Printed by 71334 at 8/21/24 10:10 AM

MC_002215

**Preferred Pharmacy (continued)**

Messages (continued)

Dear Linda J Larocque,

After reviewing your chart, we noticed that we have not seen you recently for your Health Maintenance Visit (aka Annual Wellness Visit) and as part of your care team, we would like to help you schedule an appointment. Please contact our office at 253-792-6526 to schedule your appointment or require further assistance. If you transferred care to a different provider, please let me know via MyChart so that I can update your medical records.

Sincerely,

Lavern C Hill
Office of DR DAWSON
**Multicare Lakewood Clinic**

Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/14/2024

Page 365

Printed by 71334 at 8/21/24 10:10 AM

MC_002216

Larocque, Linda J
MRN: 172930

## 03/13/2024 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 326320356

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 3/13/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Prior Authorization
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/13/2024

MC_002217

## 03/13/2024 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Prior Authorization (Ozempic (0.25 or 0.5 MG/DOSE) 2MG/3ML pen-injectors ), onset date 3/13/2024

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 3/13/2024 3:09 PM | Oksana Ekkert, PHARM D | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by David J Soeu at 3/13/2024 1510

| | | |
|---|---|---|
| Author: David J Soeu | Service: — | Author Type: — |
| Filed: 03/13/24 1515 | Encounter Date: 3/13/2024 | Status: Signed |
| Editor: David J Soeu | | |

Received a prior authorization request for Ozempic (0.25 or 0.5 MG/DOSE) 2MG/3ML pen-injectors from Safeway. Caremark requires authorization for coverage of this medication.

The patient currently has access to the requested medication and a Prior Authorization is not needed for the patient/medication. Pharmacy did received paid claim on 02/08/2024.

Insurance phone # 800-364-6331
Pt ID # 101724898200

Diagnosis: Type 2 diabetes mellitus without complication, without long-term current use of insulin (CMS/HCC) E11.9

Provider NPI: 1356363162

Electronically signed by David J Soeu at 03/13/24 1515

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/13/2024

Page 367

Printed by 71334 at 8/21/24 10:10 AM

MC_002218

## 03/13/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                       Action: Patient taking differently
Quantity: 1 Each                            Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                      Quantity: 1 Each
Refill: No refills remaining

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP      Ordered on: 7/3/2023
Start date: 7/3/2023                         Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 9/14/2023
Start date: 9/14/2023                       Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD            Ordered on: 11/8/2023
Start date: 11/8/2023                       Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

##### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA          Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C           Ordered on: 12/7/2023
Start date: 12/7/2023                       End date: 5/24/2024
Quantity: 30 Tablet                         Refill: 2 refills by 12/6/2024

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C           Ordered on: 12/8/2023
Start date: 12/8/2023                       End date: 5/28/2024
Quantity: 30 Tablet                         Refill: 1 refill by 12/7/2024

##### ondansetron (ZOFRAN) 4 MG Tab

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 3/13/2024
LAKEWOOD WA 98499-2767

Page 368                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002219

## 03/13/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

Discontinued by: Kasey J Dycus, MA  Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C  Ordered on: 12/8/2023
Start date: 12/8/2023  End date: 5/24/2024
Quantity: 21 Tablet  Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD  Ordered on: 12/14/2023
Start date: 12/14/2023  Quantity: 1 Kit
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD  Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD  Ordered on: 1/31/2024
Start date: 1/31/2024  End date: 5/15/2024
Quantity: 27 mL  Refill: 11 refills by 1/30/2025

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 4/2/2024
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD  Ordered on: 2/8/2024
Start date: 2/8/2024  End date: 4/2/2024
Quantity: 160 Tablet  Refill: 1 refill by 8/6/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD  Discontinued on: 4/2/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD  Ordered on: 2/8/2024
Start date: 2/8/2024  End date: 4/2/2024
Quantity: 15 Tablet  Refill: No refills remaining

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD  Discontinued on: 4/2/2024
Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days.
Authorized by: Rachel D Dawson, MD  Ordered on: 2/8/2024
Start date: 2/8/2024  End date: 4/2/2024
Quantity: 3 mL  Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Himani S Thakar, RPh  Discontinued on: 5/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD  Ordered on: 2/13/2024
Start date: 2/13/2024  End date: 5/13/2024
Quantity: 180 Capsule  Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Robert G Kozu, RPh  Discontinued on: 7/30/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD  Ordered on: 2/26/2024
Start date: 2/26/2024  End date: 7/30/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/13/2024

Page 369

Printed by 71334 at 8/21/24 10:10 AM

MC_002220

## 03/13/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

| Quantity: 90 Capsule | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | | | (Order ) |

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/13/2024

Page 370

Printed by 71334 at 8/21/24 10:10 AM

MC_002221

**03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 327752587

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 3/8/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 66 year old | Employer: | |
| DOB: | 2/9/1958 (66 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Page 371

Printed by 71334 at 8/21/24 10:10 AM

MC_002222

## 03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | | |
|------|---|---|
| TG MHS TRANSCRIPTION | | |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 3/8/2024 10:00 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Page 372

Printed by 71334 at 8/21/24 10:10 AM

MC_002223

## 03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents**

### Consultation - Physical Therapy Order - Scan on 3/26/2024 2145: Consultation - Physical Therapy Order

Scan (below)

# Plan of Care


ANCHOR
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 3/8/2024
**Provider:** Ross Anderson, PT

### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street, South, WA |
| Phone # | |
| 253 xxx xxx | |
| Fax # | |
| 253 xxx xxx | |

### Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| | 3/8/2024 |
| Diagnosis Codes | Injury Onset Date |
| | Not Entered |
| Referring Provider | Date of Initial Eval |
| | 3/8/2024 |

## Assessment

**Patient Self-Report**

[illegible handwritten/faded text]

**Patient Assessment / Diagnosis**

[illegible handwritten/faded text]

**Rehab Prognosis/Potential**

[illegible faded text]

## Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002224

## 03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Documents (continued)**

| 3/6/2024 15:36:42 PST | To: 12534597049 | Page 3/3 | From: 2534742479 | Fax: 2534742479 |
|---|---|---|---|---|

### Plan

**Notes on Plan**

### Signatures

**Treating Provider Signature**

**Referring Provider Signature**

Signature of Referring Provider                     Date                     Time

3/8/24                                              PST

---

**Clinical Notes**

### Procedures by HIM SCANNED DOCUMENT at 3/26/2024 2145

| Author: HIM SCANNED DOCUMENT | Service: ---- | Author Type: Interface Resource |
|---|---|---|

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002225

**03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

**Clinical Notes (continued)**

Filed: 03/26/24 2201        Encounter Date: 3/8/2024        Status: Signed
Editor: HIM SCANNED DOCUMENT (Interface Resource)
    Procedure Orders
    1. REFERRAL TO PHYSICAL THERAPY [757084489] ordered by Interface, Onbase Scans at 03/08/24 2145

TACOMA GENERAL    Larocque, Linda J
HOSPITAL    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 3/8/2024
WAY
TACOMA WA 98405-4234

Page 375    Printed by 71334 at 8/21/24 10:10 AM

MC_002226

## 03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

### Clinical Notes (continued)

Scan on 3/26/2024 2145 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

# Plan of Care


ANCHOR
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 3/6/2024
**Provider:** Ross Anderson, PT

### Clinic Details

| Clinic | Address |
| --- | --- |
| Anchor Physical Therapy | 1407 Saint Zabel Street |
| Phone # | Ste A |
| 2534... | Tacoma... |
| Fax # | |
| 2534... | |

### Case Details

| Injury Description | Date of Plan of Care |
| --- | --- |
| ... | 3/6/2024 |
| Diagnosis Codes | Injury Onset Date |
| ... | Not Recorded |
| Referring Provider | Date of Initial Eval |
| ... | Not Rec... |

### Assessment

**Patient Self-Report**

Chief Complaint ...

Pain intensity ...

**Patient Assessment / Diagnosis**

**Rehab Prognosis/Potential**

## Goals

**03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

**Clinical Notes (continued)**

3/8/2024 15:26:42 PST          To: 12534597049          Page 13          From: 2534747479          Fax: 2534747479

[illegible text]

| [illegible] | [illegible] |
| [illegible] | Long Term |
| Walk up to 20 minutes over uneven surfaces without deficit. Stand up to 30 minutes while communicating with ADLs. Go up/down 3 flights of stairs without deficit using 0 handrail | 4 weeks | Short Term |

## Plan

**Notes on Plan**

[illegible text] Plan is to see Linda 1-2 x a week for 6 weeks. Treatment consist of: high AROM/PROM, patient mobilization, soft tissue, neuromuscular exercises, QxC activities for pain reduction, balance/core, education, training, manual therapy and modalities as indicated.

[illegible text]

| [illegible] | [illegible] |
| 2 times week | [illegible] |

## Signatures

**Treating Provider Signature**

[illegible text]

**Referring Provider Signature**

[illegible text]

[illegible text]

| Signature of Referring Provider | Date | Time |
| [signature] | 3/8/24 | PST |

[illegible text]

[illegible footer text]
DOS: 3/8/2024
Page 2 of 2 Plan of Care

Electronically signed by HIM SCANNED DOCUMENT at 03/26/24 2201

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Page 377                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002228

**03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

Medication List

## Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

#### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Page 378

Printed by 71334 at 8/21/24 10:10 AM

MC_002229

**03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)**

**Medication List (continued)**

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2024 |
| Start date: 1/31/2024 | End date: 5/15/2024 |
| Quantity: 27 mL | Refill: 11 refills by 1/30/2025 |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 8/6/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Himani S Thakar, RPh | Discontinued on: 5/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/13/2024 |
| Start date: 2/13/2024 | End date: 5/13/2024 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Page 379

Printed by 71334 at 8/21/24 10:10 AM

MC_002230

## 03/08/2024 - Additional Orders in TG MHS TRANSCRIPTION (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | (Order) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Other Orders - Procedures**

**Referral**

**REFERRAL TO PHYSICAL THERAPY [757084489] (Final result)**

Electronically signed by: **Interface, Onbase Scans on 03/08/24 2145**                                         Status: **Completed**
Ordering user: Interface, Onbase Scans 03/08/24 2145          Authorized by: HIM SCANNED DOCUMENT
Ordering mode: Standard
Frequency:    -                                              Quantity: 1
Lab status: Final result
   Scan on 3/26/2024 2145 by HIM SCANNED DOCUMENT: Consultation - Physical Therapy Order (below)

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 3/8/2024
WAY
TACOMA WA 98405-4234

Page 380                                              Printed by 71334 at 8/21/24 10:10 AM

MC_002231

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

# Plan of Care

**Patient:** Linda Larocque
**DOB:** 2/9/1958
**Visit:** 3/8/2024
**Provider:** Ross Anderson, PT


ANCHOR
Physical Therapy

## Clinic Details

| | |
|---|---|
| Clinic | Address |
| Phone # | |
| Fax # | |

## Case Details

Injury Description

Diagnosis Codes

Referring Provider

Date of Plan of Care

Injury Onset Date

Date of Initial Eval

## Assessment

**Patient Self-Report**

Chief Complaint

Previous treatment

Diagnostic Testing

Functional Limitations

**Patient Assessment / Diagnosis**

**Rehab Prognosis/Potential**

## Goals

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002232

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

### Plan

**Notes on Plan**

### Signatures

**Treating Provider Signature**

**Referring Provider Signature**

| Signature of Referring Provider | Date | Time |
|---|---|---|
| | 3/8/24 | PST |

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| ONB-162529276 | — | — | 03/08/24 2145 |

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Printed by 71334 at 8/21/24 10:10 AM

MC_002233

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

**REFERRAL TO PHYSICAL THERAPY [757084489]**                    Resulted: 03/08/24 2145, Result status: Final result

Order status: Completed                                          Filed by: Interface, Onbase Scans 03/26/24 2201
Collected by: 03/08/24 2145

#### Transcription

| Type | ID | Date and Time | Dictating Provider |
|------|-----|---------------|--------------------|
| Scanned Documents - Order, No encounter | ONB162529276 | 3/26/2024 9:45 PM | HIM SCANNED DOCUMENT |

Signed by HIM SCANNED DOCUMENT on 03/26/24 at 2201

### Patient Instructions

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/8/2024

Page 383

Printed by 71334 at 8/21/24 10:10 AM

MC_002234

**03/01/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 325033699

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 3/1/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:** S/P revision of total kn*
Gestational Age: <None>

---

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:** ADLER, ZACHARY B

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/1/2024

Page 384
Printed by 71334 at 8/21/24 10:10 AM

MC_002235

## 03/01/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Referring Provider

Zachary B Adler, MD

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MC Ortho & Sports Med-Tac Imaging | 3124 S 19th St Tacoma WA 98405 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 3/1/2024 3:00 PM | MC ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS IMAGING TAC | MOSMTAC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/1/2024

Page 385

Printed by 71334 at 8/21/24 10:10 AM

MC_002236

## 03/01/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 9/14/2023
Start date: 9/14/2023                       Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD            Ordered on: 11/8/2023
Start date: 11/8/2023                       Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA          Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C           Ordered on: 12/7/2023
Start date: 12/7/2023                       End date: 5/24/2024
Quantity: 30 Tablet                         Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C           Ordered on: 12/8/2023
Start date: 12/8/2023                       End date: 5/28/2024
Quantity: 30 Tablet                         Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA          Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C           Ordered on: 12/8/2023
Start date: 12/8/2023                       End date: 5/24/2024
Quantity: 21 Tablet                         Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                      Quantity: 1 Kit
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 1/31/2024
Start date: 1/31/2024                       End date: 5/15/2024
Quantity: 27 mL                             Refill: 11 refills by 1/30/2025

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 4/2/2024
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD          Ordered on: 2/8/2024
Start date: 2/8/2024                        End date: 4/2/2024
Quantity: 160 Tablet                        Refill: 1 refill by 8/6/2024

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 3/1/2024

Page 386                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002237

## 03/01/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

#### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Himani S Thakar, RPh | Discontinued on: 5/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/13/2024 |
| Start date: 2/13/2024 | End date: 5/13/2024 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### Stopped in Visit

None

### Imaging

#### Imaging

##### XR Knee 1 or 2 Views Left [757084487] (Final result)

| XR Knee 1 or 2 Views Left [757084487] | Resulted: 03/01/24 1457, Result status: Final result |
|---|---|
| Ordering provider: Zachary B Adler, MD  03/01/24 1455 | Order status: Completed |
| Filed by: Zachary B Adler, MD  03/01/24 1516 | Performed: 03/01/24 1457 - 03/01/24 1510 |
| Accession number: 32345389 | |

Impression:
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 3/1/214

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/1/2024

Page 387

Printed by 71334 at 8/21/24 10:10 AM

MC_002238

## 03/01/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Imaging (continued)**

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Zachary B Adler, MD on 03/05/24 1002

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**All Reviewers List**

Zachary B Adler, MD on 3/5/2024 10:02

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

MC_002239

## 03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 321918484

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 3/1/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Left Knee - Post Op; Pos*
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Visit date: 3/1/2024

Page 389                               Printed by 71334 at 8/21/24 10:10 AM

MC_002240

## 03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:10 AM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Post Op - Left Knee (Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian))
- Post-Op

#### Visit Diagnoses

- S/P revision of total knee, left (primary) [Z96.652]
- Patellar tendon rupture, left, subsequent encounter [S86.812D]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Zachary B Adler, MD | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

- Return in about 4 weeks (around 3/29/2024).

#### Level of Service

| Level of Service |
|---|
| PR POST-OP FOLLOW-UP VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 3/1/2024 2:30 PM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Progress Notes by Zachary B Adler, MD at 3/1/2024 1430

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 03/05/24 1002 | Encounter Date: 3/1/2024 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Linda J Larocque  Returns today 3 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/23. Linda is doing well.  Linda J Larocque has not completed physiotherapy and

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/1/2024

Page 390                                        Printed by 71334 at 8/21/24 10:10 AM

MC_002241

## 03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Clinical Notes (continued)

resumed full activity in keeping with standard restrictions for total joint replacment patients. Linda J Larocque has not returned to work and/or their previous activities and they are requiring analgesics for the operative Knee since reconstructive surgery.

Cast was removed on 3/1/2024 with no complications.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia, Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
**Social History**

| Tobacco Use | | |
|---|---|---|
| • Smoking status: | Never | |
|     Passive exposure: | Never | |
| • Smokeless tobacco: | Never | |
| Substance Use Topics | | |
| • Alcohol use: | Yes | |
|     *Comment: 1-2x year* | | |

Medications reviewed. Refer to medication module.
Allergies:
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] *palpitations* | |
| • Effexor [Venlafaxine] *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] *fatigue* | |
| • Pravastatin *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Zoloft [Sertraline Hcl] *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/1/2024

Page 391

Printed by 71334 at 8/21/24 10:10 AM

MC_002242

**03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

*Ok with food*
- Lipitor [Atorvastatin Calcium]                    Myalgia
  *myalgias*
- Metoprolol Succinate [Metoprolol]            Fatigue
- Voltaren [Diclofenac Sodium]                    Nausea
  *Gi upset*
- Zocor [Simvastatin]
  *myalgias*

ROS: A Complete review of systems was performed. Except as noted in the HPI and nursing notes. All other systems were negative.

BP 127/68[automatic- radial[ | Pulse 97 | Temp (Src) 96 (Temporal) | Resp 14 | Ht 5' 5"[historical- wheelchair[ (1.651 m) | Wt 0 lb (0 kg) | SaO2 4% | LMP 09/14/2009 Body mass index is 42.1 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Range of motion of the Left knee was active motion from full extension to 20
There was no regional adenopathy detected and there were not any skin changes present. Incision site shows sign of healing with no infection.
The hip did not reveal pain at the extremes of motion.
1+ effusion was present.
Knee alignment was neutral and there was not a flexion contracture present.
The ligamentous exam revealed no pseudolaxity. MCL was intact.
Foot alignment was neutral.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.

Evaluation of Gait did reveal an antalgic gait.

Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 3/1/214

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

A/P

MC_002243

**03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

Doing well s/p Left Revision Total knee Arthroplasty with extensor mechanism reconstruction

|  |  | ICD-10-CM |
|---|---|---|
| 1. | S/P revision of total knee, left | Z96.652 |
| 2. | Patellar tendon rupture, left, subsequent encounter | S86.812D |

I recommend discontinuing her long-leg cast immobilization. Prescription was provided for physical therapy to initiate range of motion.

She was placed back into her hinged knee brace set from 0-45. She will maintain this motion for 1 month. She will then increase her hinged knee brace from 0-60 for 1 month, followed by increasing her hinged knee brace motion from 0-90 for 1 month. She can weight-bear as tolerated in the brace locked in full extension. She may work on active and passive range of motion exercises and begin resisted extension in 6 weeks.

Continue activities as tolerated per TKA protocol and will continue antibiotic prophylaxis for invasive dental or surgical procedures per their dentists evaluation and current AAOS evidence based protocol. Return to clinic in 4 weeks. Patient instructed to return to clinic for signs and or symptoms of infection or dvt. Linda J Larocque was counseled today regarding risks and signs and symptoms to watch for including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

**Orders Placed This Encounter**
- XR Knee 1 or 2 Views Left
  *Cast room Adler/ Tamurian*
  Order Specific Question:            Reason for order
  Answer:                             Left knee revision TKR with patellar tendon
                                      repair and patellectomy. DOS: 12/4/2023
                                      (Adler/Tamurian)
  Order Specific Question:            Radiologist can change order?
  Answer:                             Yes
  Order Specific Question:            Release to patient :
  Answer:                             Immediate [1]
- REFERRAL TO NON MHS PHYSICAL THERAPY
  *Status post revision left TKA with extensor mechanism reconstruction. Will place back in hinged
  knee brace. First month in brace motion will be from 0-45, second month in brace motion will be
  from 0-60, third month in brace motion will be from 0-90. Can weight-bear as tolerated with the
  brace locked in full extension.*

  *Okay for active and passive flexion and extension. Begin resisted knee extension in 6 weeks.*
  Order Specific Question:            My clinical question is:
  Answer:                             see coments for extensor mechanism rehab
                                      protocol

Kindest regards,

Zachary B Adler, MD, FAAOS

ALLENMORE BUILDING C        Larocque, Linda J
3124 S 19TH ST              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 3/1/2024
Page 393                    Printed by 71334 at 8/21/24 10:10 AM

MC_002244

## 03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

-----

Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

Electronically signed by Zachary B Adler, MD at 03/05/24 1002

**Nursing Note by Andi J Burch, MA at 3/1/2024 1430**

| | | |
|---|---|---|
| Author: Andi J Burch, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 03/01/24 1454 | Encounter Date: 3/1/2024 | Status: Signed |
| Editor: Andi J Burch, MA (Medical Assistant) | | |

Post surgical cast removed prior to exam per Zachary Adler, MD   Patient was counseled on wound care management. Patient verbalized understanding and tolerated bandage/splint removal without complications. Wound appears intact with no redness or drainage.
Andi J Burch, MA

Electronically signed by Andi J Burch, MA at 03/01/24 1454

## Medication List

### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

MC_002245

## 03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 9/14/2023
Start date: 9/14/2023                       Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD            Ordered on: 11/8/2023
Start date: 11/8/2023                       Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA          Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C           Ordered on: 12/7/2023
Start date: 12/7/2023                       End date: 5/24/2024
Quantity: 30 Tablet                         Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C           Ordered on: 12/8/2023
Start date: 12/8/2023                       End date: 5/28/2024
Quantity: 30 Tablet                         Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA          Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C           Ordered on: 12/8/2023
Start date: 12/8/2023                       End date: 5/24/2024
Quantity: 21 Tablet                         Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                      Quantity: 1 Kit
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 1/31/2024
Start date: 1/31/2024                       End date: 5/15/2024
Quantity: 27 mL                             Refill: 11 refills by 1/30/2025

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 4/2/2024
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD          Ordered on: 2/8/2024
Start date: 2/8/2024                        End date: 4/2/2024
Quantity: 160 Tablet                        Refill: 1 refill by 8/6/2024

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 3/1/2024

Page 395
Printed by 71334 at 8/21/24 10:10 AM

MC_002246

## 03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

#### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Himani S Thakar, RPh | Discontinued on: 5/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/13/2024 |
| Start date: 2/13/2024 | End date: 5/13/2024 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### Stopped in Visit

None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [757084487] (Final result)

| XR Knee 1 or 2 Views Left [757084487] | Resulted: 03/01/24 1457, Result status: Final result |
|---|---|
| Ordering provider: Zachary B Adler, MD 03/01/24 1455 | Order status: Completed |
| Filed by: Zachary B Adler, MD 03/01/24 1516 | Performed: 03/01/24 1457 - 03/01/24 1510 |
| Accession number: 32345389 | |

Impression:
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 3/1/214

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 3/1/2024

Page 396                 Printed by 71334 at 8/21/24 10:10 AM

MC_002247

## 03/01/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Imaging (continued)

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Zachary B Adler, MD on 03/05/24 1002

#### Indications

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

#### All Reviewers List

Zachary B Adler, MD on 3/5/2024 10:02

| Results | (Order ) |
|---------|----------|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---------|-------|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|-----------|-----|
| 253-471-1730 | 253-471-3529 |

### Other Orders - Procedures

#### Referral

##### REFERRAL TO NON MHS PHYSICAL THERAPY [757084488] (Active)

| | |
|---|---|
| Electronically signed by: **Zachary B Adler, MD on 03/01/24 1524** | Status: **Active** |
| Ordering user: Zachary B Adler, MD 03/01/24 1524 | Authorized by: Zachary B Adler, MD |
| Ordering mode: Standard | |
| Frequency: Routine 03/01/24 - | Class: Referral - External |
| Quantity: 1 | |

Diagnoses
S/P revision of total knee, left [Z96.652]
Patellar tendon rupture, left, subsequent encounter [S86.812D]

###### Questionnaire

| Question | Answer |
|----------|--------|
| My clinical question is: | see coments for extensor mechanism rehab protocol |

Order comments: Status post revision left TKA with extensor mechanism reconstruction. Will place back in hinged knee brace. First month in brace motion will be from 0-45, second month in brace motion will be from 0-60, third month in brace motion will be from 0-90. Can weight-bear as tolerated with the brace locked in full extension. Okay for active and passive flexion and extension. Begin resisted knee extension in 6 weeks.

###### Indications

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/1/2024

Page 397
Printed by 71334 at 8/21/24 10:10 AM

MC_002248

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]
Patellar tendon rupture, left, subsequent encounter [S86.812D (ICD-10-CM)]

### Flowsheets

#### Custom Formula Data

| Row Name | 03/01/24 1429 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 125.66 lbs -JV | | | | |
| Predicted Body Weight | 57 -JV | | | | |
| Length (cm) | 165.1 cm -JV | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -JV | | | | |
| IBW/kg (Calculated) Female | 57 kg -JV | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 57 -JV | | | | |
| Low Range Vt 6mL/kg | 342 mL/kg -JV | | | | |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -JV | | | | |
| Adult High Range Vt 10mL/kg | 570 mL/kg -JV | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) Female | 57 kg -JV | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -JV | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 88 mmHg -JV | | | | |

#### Encounter Vitals

| Row Name | 03/01/24 1429 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 127/68 automatic-radial -JV | | | | |
| Pulse | 97 -JV | | | | |
| Resp | 14 -JV | | | | |
| Temp | 35.6 °C (96 °F) -JV | | | | |
| Temp src | Temporal -JV | | | | |
| SpO2 | 4 % ! -JV | | | | |
| Weight | ___ unable to weigh -JV | | | | |
| Height | 1.651 m (5' 5") historical- wheelchair -JV | | | | |
| Pain Score | ONE/TEN -JV | | | | |
| Pain Loc | KNEE -JV | | | | |

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 3/1/2024

Page 398                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002249

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

Pain Education     Yes -JV

**User Key**          (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|----------|------|---------------|------------|
| JV | Jacqueline Villalobos, MA | Medical Assistant | Nursing |

## After Visit Summary

After Visit Summary (below)

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 3/1/2024
Page 399          Printed by 71334 at 8/21/24 10:10 AM

MC_002250

**Preferred Pharmacy (continued)**

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

**MultiCare**

**Linda J. Larocque** DoB: 2/9/1958
📅 3/1/2024 2:50 PM  📍 MULTICARE ORTHOPEDICS & SPORTS MED CLINIC - TACOMA 253-792-6555

## Instructions from Zachary B Adler MD

 REFERRAL TO NON-MHS PHYSICAL THERAPY
Multiple visits requested (expires 5/30/2024)

 Return in around 4 weeks
(around 3/29/2024).

## What's Next

 Complex Visit with Rachel D
Dawson, MD
Tuesday April 2 8:30 AM

Lakewood Family
Practice
5700 100th St SW STE
510
LAKEWOOD WA
98499-2767
253-792-6526

Imaging Referrals
XR Knee 1 or 2 Views Left

## PCP

Primary Care Provider          Phone
Rachel D Dawson, MD            253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL
OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL
1-866-636-8584; IN INLAND NORTHWEST REGION CALL
1-509-233-5102

## Allergies as of 3/1/2024

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |

## Today's Visit

You saw Zachary B Adler, MD on Friday
March 1, 2024 for: Post Op of the Left
Knee and Post-Op. The following issues
were addressed: S/P revision of total
knee, left and Patellar tendon rupture,
left, subsequent encounter.

 

Blood
Pressure
**127/68**

BMI
**42.10**

Height
**5' 5"**

Temperature
(Temporal)
**96 °F**

Pulse
**97**

Respiration
**14**

Oxygen
Saturation
**4%**

## MyChart Activation

MyChart is your free online resource to
schedule your appointments, see your
test results, review and refill your
medications, get trusted health advice,
contact your provider, pay bills, and do so
much more. Go to
https://mychart.multicare.org/
MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart
at
https://mychart.multicare.org/
MyMultiCare/

MC_002251

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Allergies as of 3/1/2024 (continued)

| | Reaction Type |
|---|---|
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

Linda J. Larocque (MRN: 172930) (CSN: 321918484) • Printed by [100847] at 3/1/2024 3:24 PM          Page 2 of 4  *Epic*

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 3/1/2024
Page 401                                        Printed by 71334 at 8/21/24 10:10 AM

MC_002252

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List _As of March 1, 2024 3:24 PM_

ⓘ Always use your most recent med list.

alprazolam 0.25 MG Tabs
_Commonly known as:_ Xanax
_Qty:_ 15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety.

duloxetine 60 MG Cpep
_Commonly known as:_ Cymbalta
_Qty:_ 180 Capsule

Take 1 Capsule by mouth twice daily.

hydrochlorothiazide 12.5 MG Caps
_Commonly known as:_ Microzide
_Qty:_ 90 Capsule

Take 1 Capsule by mouth once daily.

hydrOXYzine hcl 25 MG Tabs
_Commonly known as:_ ATARAX
_Qty:_ 30 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

lisinopril 20 MG Tabs
_Commonly known as:_ PRINIVIL, ZESTRIL
_Qty:_ 100 Tablet

Take 1 Tablet by mouth once daily.

Misc. Devices Misc
_Qty:_ 1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

naloxone 1 mg/mL Soln
_Commonly known as:_ NARCAN
_Qty:_ 1 Kit

Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

ondansetron 4 MG Tabs
_Commonly known as:_ Zofran
_Qty:_ 21 Tablet

Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

* OTHER
_Qty:_ 1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
**According to our records, you may have been taking this medication differently.**

* OTHER
_Qty:_ 1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

Ozempic (0.25 or 0.5 MG/DOSE) 2 MG/3ML Sopn
_Commonly known as:_ Semaglutide(0.25 or 0.5MG/DOS)
_Qty:_ 3 mL

Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days.
_Modified by clinic:_ February 8, 2024

rosuvastatin 20 mg Tabs
_Commonly known as:_ Crestor
_Qty:_ 90 Tablet

Take 1 Tablet by mouth each evening.

MC_002253

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of March 1, 2024 3:24 PM

senna 8.6 MG Tabs
Generic Name: SENNA, SENOKOT
Qty: 30 Tablet

Take 1 Tablet by mouth once daily.

TechLite Pen Needles 31G X 8 MM Misc
Generic Name: Insulin Pen Needle
Qty: 100 Each

Use With victoza injections

tramadol 50 MG Tabs
Commonly known as: Ultram
Qty: 160 Tablet

Take 2 Tablets by mouth every 8 hours as needed for
pain. Replaces norco for chronic pain exempt

verapamil 240 MG Tbcr
Commonly known as: CALAN SR
Qty: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second
tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist

Victoza 18 MG/3ML Sopn
Generic Name: liraglutide
Qty: 27 mL

Inject 1.8 mg under the skin once daily.

✥ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions
carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's
appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2433

### Letters

#### Letter by Zachary B Adler, MD on 3/1/2024

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 3/1/2024

MC_002254

**Preferred Pharmacy (continued)**

Letters (continued)

Status: Sent
Letter body:

# MultiCare 🅰️

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19TH ST STE C340
TACOMA WA 98405-2433
ph: 253-792-6555
fax: 253-459-7047

March 1, 2024

Patient:    **Linda J Larocque**
Date of Birth: **2/9/1958**
Date of Visit: **3/1/2024**

To Whom it May Concern:

Linda Larocque was seen in my clinic on 3/1/2024 at 2:30 pm. Please see the progress notes from this visit, attached.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Zachary B Adler, MD

Messages

Appointment Scheduled

| From | To | Sent and Delivered |
| --- | --- | --- |
| Bkg, Mychart | Larocque, Linda J | 2/2/2024 10:04 AM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
    Visit Type: POST OP
        Date: 3/1/2024
            Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA

MC_002255

## Preferred Pharmacy (continued)

**Messages (continued)**

Provider: Zachary B Adler
Time: 2:30 PM
Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

None

MC_002256

**03/01/2024 - Letter (Out) in MultiCare Orthopedics & Sports Medicine - Tacoma**

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 325045541

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 3/1/2024 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**
                                         Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

**Accident Type:**

---

MC_002257

## 03/01/2024 - Letter (Out) in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

### Call Information

| | Department | Center |
|---|---|---|
| 3/1/2024 3:54 PM | MC ORTHO & SPORTS TAC | MOSMTAC |

### Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Letters

**Referral Approval by Rachel L Zahn on 3/1/2024**

Status: Sent by batch
Letter body:
Hello Linda,

This letter is in response to a request by your provider for a special procedure or a consult by a specialist. Your Referral has been approved by your insurance. Below is information regarding your referral. You can also review details of your referral by navigating to the epichttp://referrals[Referrals] page.

REFERRAL INFORMATION
Referred by Department Phone Number: 253-792-6555
Referred to Provider: No referral provider
Referred to Specialty: OUTSIDE PLACE OF SERVICE
NEW
New, WA 99999
Phone: 253-555-1212
No fax number known.
Referral ID Number 20044515

Procedures:
    REF364 - REFERRAL TO NON MHS PHYSICAL THERAPY

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 3/1/2024

Page 407

Printed by 71334 at 8/21/24 10:10 AM

MC_002258

## Preferred Pharmacy (continued)

**Letters (continued)**

AETNA MEDICARE ADVANTAGE
Authorization #:

Referral Start Date:03/01/2024
Referral End Date: 05/30/2024
Number of Authorized visits:1
Referred to Department Phone Number:


MORE INFORMATION
If your insurance changes, please contact the referring department
253-792-6555 to update your coverage.

**Patient Instructions**

    None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 3/1/2024
Page 408    Printed by 71334 at 8/21/24 10:10 AM

MC_002259

**02/21/2024 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**         **MRN:** 172930
                                            **CSN:** 323966241

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 2/21/2024 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request; Rx Refil*
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 2/21/2024
LAKEWOOD WA 98499-2767

Page 409                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002260

## 02/21/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Hydrochlorothiazide-- saf tac 1594)
- Rx Refill Center-Missing Current Plan/Treat Duration, onset date 2/21/2024

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 2/21/2024 12:25 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Annette R Franklin at 2/22/2024 1509

| Author: Annette R Franklin | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 02/22/24 1510 | Encounter Date: 2/21/2024 | Status: Signed |
| Editor: Annette R Franklin | | |

*Last dispensed:* Unknown
*Last Prescribed on 01/31/23, #90, R 0*
*Last encounter with Rachel D Dawson, MD: 2/8/2024*
*Next appointment with PCP: 4/2/2024*

### Hypertension Rx Labs

**Na**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 140 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 4.0 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 16 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/21/2024

Page 410

Printed by 71334 at 8/21/24 10:10 AM

MC_002261

## 02/21/2024 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

**BP Readings from Last 3 Encounters:**
02/08/24    118/82
02/02/24    136/83
01/05/24    129/70

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Annette R Franklin at 02/22/24 1510

### Telephone Encounter by Annette R Franklin at 2/22/2024 1510

Author: Annette R Franklin          Service: Pharmacy          Author Type: —
Filed: 02/22/24 1510          Encounter Date: 2/21/2024          Status: Signed
Editor: Annette R Franklin
Pending Prescriptions:          Disp    Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*0
Sig: Take 1 Capsule by mouth once daily.

----------------------------------------------------------------

Electronically signed by Annette R Franklin at 02/22/24 1510

### Telephone Encounter by Himani S Thakar, RPh at 2/23/2024 1535

Author: Himani S Thakar, RPh          Service: —          Author Type: Pharmacist
Filed: 02/23/24 1535          Encounter Date: 2/21/2024          Status: Signed
Editor: Himani S Thakar, RPh (Pharmacist)
Pending Prescriptions:          Disp    Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*0
Sig: Take 1 Capsule by mouth once daily.

----------------------------------------------------------------

Electronically signed by Himani S Thakar, RPh at 02/23/24 1535

### Telephone Encounter by Amy J Goodwin, MA at 2/23/2024 1612

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/21/2024

Page 411

Printed by 71334 at 8/21/24 10:10 AM

MC_002262

## 02/21/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 02/23/24 1612 | Encounter Date: 2/21/2024 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

Pending Prescriptions:        Disp  Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*0
Sig: Take 1 Capsule by mouth once daily.

-----------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 02/23/24 1612

### Telephone Encounter by Rachel D Dawson, MD at 2/26/2024 1831

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 02/26/24 1831 | Encounter Date: 2/21/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Signed Prescriptions:              Disp  Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*0
Sig: Take 1 Capsule by mouth once daily.
Authorizing Provider: DAWSON, RACHEL D

-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 02/26/24 1831

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/21/2024

Page 412

Printed by 71334 at 8/21/24 10:10 AM

MC_002263

## 02/21/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD        Ordered on: 9/14/2023
Start date: 9/14/2023        Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD        Ordered on: 11/8/2023
Start date: 11/8/2023        Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA        Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C        Ordered on: 12/7/2023
Start date: 12/7/2023        End date: 5/24/2024
Quantity: 30 Tablet        Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C        Ordered on: 12/8/2023
Start date: 12/8/2023        End date: 5/28/2024
Quantity: 30 Tablet        Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA        Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C        Ordered on: 12/8/2023
Start date: 12/8/2023        End date: 5/24/2024
Quantity: 21 Tablet        Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD        Ordered on: 12/14/2023
Start date: 12/14/2023        Quantity: 1 Kit
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD        Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD        Ordered on: 1/31/2024
Start date: 1/31/2024        End date: 5/15/2024
Quantity: 27 mL        Refill: 11 refills by 1/30/2025

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD        Discontinued on: 4/2/2024
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/21/2024

Page 413

Printed by 71334 at 8/21/24 10:10 AM

MC_002264

## 02/21/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 8/6/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Himani S Thakar, RPh | Discontinued on: 5/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/13/2024 |
| Start date: 2/13/2024 | End date: 5/13/2024 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Robert G Kozu, RPh | Discontinued on: 7/30/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/26/2024 |
| Start date: 2/26/2024 | End date: 7/30/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

**Stopped in Visit**

None

| **Results** | | **(Order )** |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/21/2024

Page 414

Printed by 71334 at 8/21/24 10:10 AM

MC_002265

## Preferred Pharmacy (continued)

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/21/2024

Page 415

Printed by 71334 at 8/21/24 10:10 AM

MC_002266

**02/10/2024 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          MRN:  172930
                                             CSN:  322808994

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 2/10/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:**   Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Accident Information

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/10/2024

Page 416                                              Printed by 71334 at 8/21/24 10:10 AM

MC_002267

## 02/10/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Reason for Visit**

### Chief Complaint

* Refill Request (Duloxetine - safeway 1594)

### Visit Diagnosis

* Major depressive disorder, recurrent episode, moderate (CMS/HCC) (primary) [F33.1]

**Visit Information**

### Nursing Assessment

No Nursing Assessment available for this encounter.

**Incoming Interface**

|  | Provider | Department | Center |
|---|---|---|---|
| 2/10/2024 12:36 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

**Clinical Notes**

### Telephone Encounter by Jennifer T Zamira at 2/12/2024 1313

| | | |
|---|---|---|
| Author: Jennifer T Zamira | Service: Pharmacy | Author Type: — |
| Filed: 02/12/24 1314 | Encounter Date: 2/10/2024 | Status: Signed |
| Editor: Jennifer T Zamira | | |

*Last dispensed: 11/14/2023*
*Last encounter with Rachel D Dawson, MD: 2/8/2024*
*Next appointment with PCP: 4/2/2024*

*Renal Function:*

Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

GFR non African Amer

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

GFR African American

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/10/2024

Page 417

Printed by 71334 at 8/21/24 10:10 AM

MC_002268

## 02/10/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Jennifer T Zamira at 02/12/24 1314

### Telephone Encounter by Jennifer T Zamira at 2/12/2024 1314

| | | |
|---|---|---|
| Author: Jennifer T Zamira | Service: Pharmacy | Author Type: — |
| Filed: 02/12/24 1314 | Encounter Date: 2/10/2024 | Status: Signed |
| Editor: Jennifer T Zamira | | |

Pending Prescriptions:          Disp   Refills
  duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*0
Sig: Take 1 Capsule by mouth twice daily.

-----------------------------------------------------------------

Electronically signed by Jennifer T Zamira at 02/12/24 1314

### Telephone Encounter by Kimberly J Comito, PHARM D at 2/13/2024 0529

| | | |
|---|---|---|
| Author: Kimberly J Comito, PHARM D | Service: — | Author Type: Pharmacist |
| Filed: 02/13/24 0529 | Encounter Date: 2/10/2024 | Status: Signed |
| Editor: Kimberly J Comito, PHARM D (Pharmacist) | | |

Signed Prescriptions:          Disp   Refills  duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*0      Sig: Take 1 Capsule
by mouth twice daily.Authorizing Provider: DAWSON, RACHEL DOrdering User: COMITO, KIMBERLY--------------------------------------
--------------------------

Electronically signed by Kimberly J Comito, PHARM D at 02/13/24 0529

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/10/2024

Page 418

Printed by 71334 at 8/21/24 10:10 AM

MC_002269

## 02/10/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5
minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/10/2024

Page 419

Printed by 71334 at 8/21/24 10:10 AM

MC_002270

## 02/10/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2024 |
| Start date: 1/31/2024 | End date: 5/15/2024 |
| Quantity: 27 mL | Refill: 11 refills by 1/30/2025 |

**tramadol (ULTRAM) 50 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 160 Tablet | Refill: 1 refill by 8/6/2024 |

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

**Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |
| Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

| | |
|---|---|
| Discontinued by: Himani S Thakar, RPh | Discontinued on: 5/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/13/2024 |
| Start date: 2/13/2024 | End date: 5/13/2024 |
| Quantity: 180 Capsule | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/10/2024

Page 420

Printed by 71334 at 8/21/24 10:10 AM

MC_002271

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/10/2024

Page 421

Printed by 71334 at 8/21/24 10:10 AM

MC_002272

## 02/09/2024 - Nurse Only Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 322691409

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 2/9/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Left Leg - Post Op; Cast*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (66 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 2/9/2024

Page 422                                        Printed by 71334 at 8/21/24 10:10 AM

MC_002273

## 02/09/2024 - Nurse Only Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:10 AM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Post Op - Left Leg
- Cast Check

#### Visit Diagnoses

- S/P revision of total knee, left (primary) [Z96.652]
- Status post total left knee replacement [Z96.652]
- Patellar tendon rupture, left, subsequent encounter [S86.812D]

### Visit Information

#### Provider Information

##### Encounter Provider

Shane Turner, PA-C

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

### Call Information

| | Provider | Department | Center |
|--|----------|-----------|--------|
| 2/9/2024 1:30 PM | Shane Turner, PA-C | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Andrea J Steele, MA at 2/9/2024 1330

| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
|--|--|--|
| Filed: 02/09/24 1541 | Encounter Date: 2/9/2024 | Status: Addendum |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

#### Chief Complaint

Patient presents with

- Left Leg - Post Op
- Cast Check

Linda J Larocque came in today as she called yesterday and had continued concerns of pain at her achilles area with the cast. She is worried that it is rubbing a blister or break in the skin again as it is so tender.

Per Shane Turner, PAC cast area of concern windowed out to check skin. There is some definite redness and

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/9/2024

Page 423

Printed by 71334 at 8/21/24 10:10 AM

MC_002274

## 02/09/2024 - Nurse Only Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

irritation, but no skin break down or bleeding. PAC came down and informally evaluated patient and needs. Advisement given to try weekend with achilles window and if this is not resolving, then she will come back early next week for recasting of a LLC to incorporate the foot.

Electronically signed by Andrea J Steele, MA at 02/09/24 1541

### Progress Notes by Shane Turner, PA-C at 2/9/2024 1330

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 02/09/24 1613 | Encounter Date: 2/9/2024 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 02/09/24 1839 |

She is here today for cast check. She feels like the cylinder cast is rubbing a lot on her left achilles tendon. I agree with modifying the cast about the achilles area to relive the pressure. If this works for her she will follow up as planned for cast removal. If this does not work she will follow up sooner and we will place her in a long leg cast to include her ankle and foot.

Electronically signed by Shane Turner, PA-C at 02/09/24 1613
Electronically signed by Zachary B Adler, MD at 02/09/24 1839

## Medication List

### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |

MC_002275

## 02/09/2024 - Nurse Only Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Refill: 3 refills by 7/2/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2024 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/9/2024

Page 425

Printed by 71334 at 8/21/24 10:10 AM

MC_002276

## 02/09/2024 - Nurse Only Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Start date: 1/31/2024
Quantity: 27 mL

End date: 5/15/2024
Refill: 11 refills by 1/30/2025

**tramadol (ULTRAM) 50 MG Tab**

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 2/8/2024
Quantity: 160 Tablet

Discontinued on: 4/2/2024

Ordered on: 2/8/2024
End date: 4/2/2024
Refill: 1 refill by 8/6/2024

**alprazolam (XANAX) 0.25 MG Tab**

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 2/8/2024
Quantity: 15 Tablet

Discontinued on: 4/2/2024

Ordered on: 2/8/2024
End date: 4/2/2024
Refill: No refills remaining

**Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector**

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days.
Authorized by: Rachel D Dawson, MD
Start date: 2/8/2024
Quantity: 3 mL

Discontinued on: 4/2/2024

Ordered on: 2/8/2024
End date: 4/2/2024
Refill: No refills remaining

### Stopped in Visit

None

## Results                 (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

#### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| | ALLENMORE BUILDING C<br>3124 S 19TH ST<br>TACOMA WA 98405-1702 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 2/9/2024 |

MC_002277

## Preferred Pharmacy (continued)

**Messages (continued)**

| | | |
|---|---|---|
| Bkg, Mychart<br>Last Read in MyChart<br>Not Read | Larocque, Linda J | 2/9/2024 10:21 AM |

Appointment Information:
    Visit Type: NURSE VISIT
        Date: 2/9/2024
            Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
            Provider: Pacific Sports Med Nurse
            Time: 1:30 PM
            Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

    None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 2/9/2024
Printed by 71334 at 8/21/24 10:10 AM

MC_002278

**02/08/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Gig Harbor**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 322596696

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 2/8/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Post-Op Concerns
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE GIG HARBOR MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 428

Printed by 71334 at 8/21/24 10:10 AM

MC_002279

## 02/08/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Post-Op Concerns (Cast check d/t complaints of tenderness and soreness around achilles tendon area), onset date 2/8/2024

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 2/8/2024 1:25 PM | Maritess D Jose, LVN/LPN | MC ORTHO & SPORTS GH | MOSGH |

### Clinical Notes

#### Telephone Encounter by Maritess D Jose, LVN/LPN at 2/8/2024 1324

| | | |
|---|---|---|
| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
| Filed: 02/08/24 1332 | Encounter Date: 2/8/2024 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

Patient phoned clinic in regards to complaint of tender and soreness to achilles area from her long leg cast. States that she feels a blistered but not sure if it is closed or open wound. States that she has seen her PCP and she recommended patient to be seen by her Orthopedic provider. States she would like to come into the office to have her cast check.

Routing to Shane Turner, PA-C to review and advise.

Electronically signed by Maritess D Jose, LVN/LPN at 02/08/24 1332

#### Telephone Encounter by Shane Turner, PA-C at 2/9/2024 0853

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 02/09/24 0853 | Encounter Date: 2/8/2024 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | |

She can be placed on the Nursing scheduled at Allenmore today for a cast check.

Electronically signed by Shane Turner, PA-C at 02/09/24 0853

MULTICARE GIG HARBOR      Larocque, Linda J
MEDICAL PARK             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive  Visit date: 2/8/2024
GIG HARBOR WA 98335-1700

Page 429                                    Printed by 71334 at 8/21/24 10:10 AM

MC_002280

## 02/08/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Clinical Notes (continued)**

**Medication List**

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                        Action: Patient taking differently
Quantity: 1 Each                             Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                       Quantity: 1 Each
Refill: No refills remaining

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD          Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD            Ordered on: 1/31/2023
Start date: 1/31/2023                          End date: 2/26/2024
Quantity: 90 Capsule                           Refill: No refills remaining

##### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP          Ordered on: 7/3/2023
Start date: 7/3/2023                             Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D          Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 7/11/2023
Start date: 7/11/2023                                  End date: 2/13/2024
Quantity: 180 Capsule                                  Refill: 1 refill by 7/10/2024

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 9/14/2023
Start date: 9/14/2023                        Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD          Ordered on: 11/8/2023
Start date: 11/8/2023                      Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

##### senna (SENNA, SENOKOT) 8.6 MG Tab

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK                   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive       Visit date: 2/8/2024
GIG HARBOR WA 98335-1700

Page 430                                      Printed by 71334 at 8/21/24 10:10 AM

MC_002281

## 02/08/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Medication List (continued)

Discontinued by: Kasey J Dycus, MA      Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C      Ordered on: 12/7/2023
Start date: 12/7/2023      End date: 5/24/2024
Quantity: 30 Tablet      Refill: 2 refills by 12/6/2024

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 5/28/2024
Quantity: 30 Tablet      Refill: 1 refill by 12/7/2024

#### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA      Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 5/24/2024
Quantity: 21 Tablet      Refill: 1 refill by 12/7/2024

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD      Ordered on: 12/14/2023
Start date: 12/14/2023      Quantity: 1 Kit
Refill: No refills remaining

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD      Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD      Ordered on: 1/31/2024
Start date: 1/31/2024      End date: 5/15/2024
Quantity: 27 mL      Refill: 11 refills by 1/30/2025

#### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 4/2/2024
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD      Ordered on: 2/8/2024
Start date: 2/8/2024      End date: 4/2/2024
Quantity: 160 Tablet      Refill: 1 refill by 8/6/2024

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 4/2/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD      Ordered on: 2/8/2024
Start date: 2/8/2024      End date: 4/2/2024
Quantity: 15 Tablet      Refill: No refills remaining

#### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD      Discontinued on: 4/2/2024
Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days.

MULTICARE GIG HARBOR      Larocque, Linda J
MEDICAL PARK      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive      Visit date: 2/8/2024
GIG HARBOR WA 98335-1700

Page 431      Printed by 71334 at 8/21/24 10:10 AM

MC_002282

## 02/08/2024 - Telephone in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                 (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE GIG HARBOR   Larocque, Linda J
MEDICAL PARK   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive   Visit date: 2/8/2024
GIG HARBOR WA 98335-1700

Page 432   Printed by 71334 at 8/21/24 10:10 AM

MC_002283

## 02/08/2024 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**   **MRN:** 172930
**CSN:** 322218351

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 2/8/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Medication |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

| | | | |
|---|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** | |
| **Referring Physician:** | | **Occupation:** | |

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 433                                   Printed by 71334 at 8/21/24 10:10 AM

MC_002284

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:10 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Medication

#### Visit Diagnoses

* RECURR DEPR PSYCHOS-MOD [F33.1]
* **Type 2 diabetes mellitus without complication, without long-term current use of insulin (CMS/HCC) (primary) [E11.9]**
* Primary osteoarthritis involving multiple joints [M15.9]
* Chronic pain syndrome [G89.4]
* BMI 40.0-44.9, adult (CMS/HCC) [Z68.41]
* Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) [E11.59]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM, IF USING TIME, 30 MINUTES OR MORE |

| Log History |
|---|
| Additional EM Code History |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 2/8/2024 12:30 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Progress Notes by Rachel D Dawson, MD at 2/8/2024 1230

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 02/08/24 1429 | Encounter Date: 2/8/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 434

Printed by 71334 at 8/21/24 10:10 AM

MC_002285

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Fu dm
Insurance will not cover victoza anymore
Pt needs to be switched to another med
denies sx of low or high blood sugars.
Fu chronic pain due to oa - needs rf of ultram working well
Fu depression needs rf of xanax uses prn -lots of changes her son his wife and their grandchildren are moving to Japan for 3 years which is going to really upset her husband and he does not know yet
She is trying to think optimistically that this gives him an opportunity to travel to Japan and see their family and visit a foreign country.
S/p knee surgery -she is in a long-leg cast and unfortunately it is rubbing on the back of her Achilles tendon and is very painful she is planning to try and see the orthopedic specialist to get a cast revision tomorrow
It does not help that she accidentally got water on the cast showering
She is now allowed to touch weight-bear on the left foot
Still in a wheelchair

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 11 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 0 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. | 1 Each | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 435

Printed by 71334 at 8/21/24 10:10 AM

MC_002286

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Dx: S86.812D,
Z96.652
LON: 12 weeks.

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 1 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 436

Printed by 71334 at 8/21/24 10:10 AM

MC_002287

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

No current facility-administered medications on file prior to visit.

## Patient Active Problem List

| Diagnosis |
|---|
| • Essential hypertension, benign |
| • Chondromalacia of patella |
| • Plantar fascial fibromatosis |
| • Lesion of plantar nerve |
| • Osteoarthritis |
| • NASH (nonalcoholic steatohepatitis) |
| • Diabetes mellitus without complication (CMS/HCC) |
| • Unspecified vitamin D deficiency |
| • Degeneration of lumbar or lumbosacral intervertebral disc |
| • Major depressive disorder, recurrent episode, moderate (CMS/HCC) |
| • Disorder of lipoid metabolism |
| • Other constipation |
| • Myofascial muscle pain |
| • Chronic pain |
| • Obstructive sleep apnea (adult) (pediatric) |
| • Type 2 diabetes mellitus without complication (CMS/HCC) |
| • Hammer toes, bilateral |
| • Bilateral carpal tunnel syndrome |
| • SOB (shortness of breath) |
| • HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) |
| • Equivocal stress test |
| • NSVT (nonsustained ventricular tachycardia) (CMS/HCC) |
| • PSVT (paroxysmal supraventricular tachycardia) |
| • Retinal tear of left eye |
| • Degenerative joint disease of left knee |
| • : Left total knee replacement. 02-08-23 |
| • Coronary artery disease involving native coronary artery of native heart without angina pectoris |
| • Patellar tendon rupture, left, initial encounter |
| • Patellar tendon rupture, left, subsequent encounter |

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above

**Vitals:**

|  | 02/08/24 1240 |
|---|---|
| BP: | 118/82 |
| Pulse: | **(!) 102** |
| Resp: | 18 |
| Temp: | 36.6 °C (97.9 °F) |
| Weight: | 114.8 kg (253 lb) |
| Height: | 1.651 m (5' 5") |

general no acute distress
ms smiling cheerful but stressors as above
ext without edema
skin without rashes

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 437

Printed by 71334 at 8/21/24 10:10 AM

MC_002288

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Left leg Pink cast long-leg toes look pink and healthy

(E11.9) Type 2 diabetes mellitus without complication, without long-term current use of insulin (CMS/HCC) (primary encounter diagnosis)
Comment:
Plan: After discussing the options patient elected to try Ozempic she has 2 more
Pens of Victoza and she will finish those up first
Then she will start the Ozempic 0.25 mg weekly for 4 weeks and then 0.5 mg weekly for 4 weeks I have asked her to come and see me and reassess before she is out of the 0.5 mg dose we will check her labs at that time and see how she is progressing with weight loss
Unfortunately with her in a cast we do not have an accurate weight today just reported weight.

(F33.1) RECURR DEPR PSYCHOS-MOD
Comment: Refilled Xanax stable use
Plan:

(M15.9) Primary osteoarthritis involving multiple joints
Comment:
Plan: Refilled tramadol

(G89.4) Chronic pain syndrome
Comment:
Plan: Pain contract current

I totally agree with her plan to let Ortho know the problems she is having with rubbing sore on the Achilles tendon area
I believe her cast needs to be revised
Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 02/08/24 1429

**Nursing Note by Sarah A Tryon, LVN/LPN at 2/8/2024 1230**

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 02/08/24 1405 | Encounter Date: 2/8/2024 | Status: Addendum |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

**Chief Complaint**
Patient presents with
 • Medication

Additional Details:here to follow up on victoza no longer covered through aetna , casting on left leg is wet enough to wet her sock and shoe states she did shower today she has a tender area in casted leg that is painful when getting up and down . Can pin point the area not abe to visualize she will contact the ortho tomorrow.

Medication list changes/discrepancies: Yes, wants refill of tramadol and xanax

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 438

Printed by 71334 at 8/21/24 10:10 AM

MC_002289

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Allergy list changes/discrepancies : noe
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 02/08/24 1405

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD — Ordered on: 10/14/2021
Start date: 10/14/2021 — Quantity: 1 Each
Refill: No refills remaining

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 439

Printed by 71334 at 8/21/24 10:10 AM

MC_002290

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2024
Quantity: 27 mL

Discontinued on: 5/15/2024

Ordered on: 1/31/2024
End date: 5/15/2024
Refill: 11 refills by 1/30/2025

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD
Start date: 2/8/2024
Quantity: 160 Tablet

Discontinued on: 4/2/2024

Ordered on: 2/8/2024
End date: 4/2/2024
Refill: 1 refill by 8/6/2024

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 440

Printed by 71334 at 8/21/24 10:10 AM

MC_002291

## 02/08/2024 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 4/2/2024 |

Instructions: Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/8/2024 |
| Start date: 2/8/2024 | End date: 4/2/2024 |
| Quantity: 3 mL | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                   (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Flowsheets**

**Custom Formula Data**

| Row Name | 02/08/24 1240 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 125.66 lbs -ST | | | | |
| Adjusted Body Weight | 176.6 lbs -ST | | | | |
| % Over/Under Ideal Body Weight | 101.34 -ST | | | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 441

Printed by 71334 at 8/21/24 10:10 AM

MC_002292

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Predicted Body Weight | 57 -ST |
| Length (cm) | 165.1 cm -ST |
| IBW/kg (Calculated) Male | 61.5 kg -ST |
| IBW/kg (Calculated) Female | 57 kg -ST |
| BSA (Calculated - sq m) | 2.29 sq meters -ST |

**Vitals**

| | |
|---|---|
| MAP (mmHg) | 94 mmHg -ST |

**BMI**

| | |
|---|---|
| BMI (Calculated) | 42.1 -ST |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 57 -ST |
| Low Range Vt 6mL/kg | 342 mL/kg -ST |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -ST |
| Adult High Range Vt 10mL/kg | 570 mL/kg -ST |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 42.1 -ST |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 57 kg -ST |
| IBW/kg (Calculated) Male | 61.5 kg -ST |

**Encounter Vitals**

| Row Name | 02/08/24 1240 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 118/82 -ST | | | | |
| Pulse | 102 ! -ST | | | | |
| Resp | 18 -ST | | | | |
| Temp | 36.6 °C (97.9 °F) -ST | | | | |
| Temp src | Temporal -ST | | | | |
| SpO2 | 96 % -ST | | | | |
| Weight | 114.8 kg (253 lb) historical , non weight bearing full cast on left -ST | | | | |
| Height | 1.651 m (5' 5") historical, full lef cast on left non weight bearing -ST | | | | |
| Pain Score | SIX/TEN -ST | | | | |
| Pain Loc | ANKLE -ST | | | | |
| Pain Education | Yes -ST | | | | |
| OTHER | | | | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 442

Printed by 71334 at 8/21/24 10:10 AM

MC_002293

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| BP Site | Left upper arm -ST |
| Pt Position for BP | Sitting -ST |
| Cuff Size | Adult -ST |

**User Key**                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| ST | Sarah A Tryon, LVN/LPN | Licensed Practical Nurse | Nursing |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 2/5/2024 5:57 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
  Visit Type: Simple Visit
    Date: 2/8/2024
        Dept: Lakewood Family Practice
        Provider: Rachel D Dawson
        Time: 12:30 PM
        Length: 30 min

Appt Status: Scheduled

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/8/2024

Page 443

Printed by 71334 at 8/21/24 10:10 AM

MC_002294

## 02/05/2024 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 322217807

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 2/5/2024 | | | No service for | |

**Admitting Physician:** **Chief Complaint:** Medication Follow Up
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:** **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/5/2024

MC_002295

## 02/05/2024 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Medication Follow Up, onset date 2/5/2024

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 2/5/2024 5:47 PM | Sarah A Tryon, LVN/LPN | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 2/5/2024 1747

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 02/05/24 1749 | Encounter Date: 2/5/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Called and left a detailed vm she will need to make appointment follow up on victoza

Electronically signed by Sarah A Tryon, LVN/LPN at 02/05/24 1749

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/5/2024

Page 445

Printed by 71334 at 8/21/24 10:11 AM

MC_002296

## 02/05/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD      Ordered on: 10/14/2021
Start date: 10/14/2021      Quantity: 1 Each
Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD      Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD      Ordered on: 1/31/2023
Start date: 1/31/2023      End date: 2/26/2024
Quantity: 90 Capsule      Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP      Ordered on: 7/3/2023
Start date: 7/3/2023      Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D      Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD      Ordered on: 7/11/2023
Start date: 7/11/2023      End date: 2/13/2024
Quantity: 180 Capsule      Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD      Ordered on: 9/14/2023
Start date: 9/14/2023      Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD      Ordered on: 11/8/2023
Start date: 11/8/2023      Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA      Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C      Ordered on: 12/7/2023
Start date: 12/7/2023      End date: 5/24/2024
Quantity: 30 Tablet      Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 5/28/2024
Quantity: 30 Tablet      Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/5/2024

Page 446      Printed by 71334 at 8/21/24 10:11 AM

MC_002297

## 02/05/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

Discontinued by: Kasey J Dycus, MA
Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Ordered on: 12/8/2023
Start date: 12/8/2023
End date: 5/24/2024
Quantity: 21 Tablet
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Ordered on: 12/14/2023
Start date: 12/14/2023
Quantity: 1 Kit
Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD
Discontinued on: 2/8/2024
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD
Ordered on: 1/4/2024
Start date: 1/4/2024
End date: 2/8/2024
Quantity: 160 Tablet
Refill: No refills remaining

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Discontinued on: 2/8/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Ordered on: 1/10/2024
Start date: 1/10/2024
End date: 2/8/2024
Quantity: 15 Tablet
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Discontinued on: 5/15/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Ordered on: 1/31/2024
Start date: 1/31/2024
End date: 5/15/2024
Quantity: 27 mL
Refill: 11 refills by 1/30/2025

**Stopped in Visit**

None

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/5/2024

Page 447

Printed by 71334 at 8/21/24 10:11 AM

MC_002298

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/5/2024

Page 448

Printed by 71334 at 8/21/24 10:11 AM

MC_002299

**02/05/2024 - MyChart Secure Pt Message in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 322218040

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 2/5/2024 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**
                                          Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/5/2024

Page 449          Printed by 71334 at 8/21/24 10:11 AM

MC_002300

## 02/05/2024 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Encounter Provider

Sarah A Tryon, LVN/LPN

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 2/5/2024 5:51 PM | Sarah A Tryon, LVN/LPN | LAKEWOOD FP | LWMCC |

## Results                                                                 (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### appointment

| From | To | Sent and Delivered |
|---|---|---|
| Sarah A Tryon, LVN/LPN Last Read in MyChart 4/5/2024 12:51 PM by Linda J Larocque | Larocque, Linda J | 2/5/2024 5:51 PM |

Hi linda your victoza is not covered , they want to try something different , please call and set up appointment . Sarah A Tryon, LVN/LPN

## Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/5/2024

Page 450

Printed by 71334 at 8/21/24 10:11 AM

MC_002301

## 02/02/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          MRN: 172930
                                              CSN: 321899348

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 2/2/2024 | | | No service for | |

**Admitting Physician:**                     **Chief Complaint:**
                                             **Adm Dx:**     S/P revision of total kn*
                                                             Gestational Age: <None>

### Patient Information

| | | **Telephone Information:** | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:** TURNER, SHANE                    **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

MC_002302

## 02/02/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Referring Provider

Shane Turner, PA-C

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MC Ortho & Sports Med-Tac Imaging | 3124 S 19th St<br>Tacoma WA 98405 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 2/2/2024 8:35 AM | MC ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS IMAGING TAC | MOSMTAC |

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                                     Action: Patient taking differently
Quantity: 1 Each                                          Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                                  Quantity: 1 Each
Refill: No refills remaining

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD        Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 1/31/2023
Start date: 1/31/2023                                    End date: 2/26/2024
Quantity: 90 Capsule                                   Refill: No refills remaining

MC_002303

## 02/02/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Medication List (continued)**

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Discontinued on: 5/28/2024

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5
minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 453

Printed by 71334 at 8/21/24 10:11 AM

MC_002304

## 02/02/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |
| Reason for discontinuation: Reorder | |

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/4/2024 |
| Start date: 1/4/2024 | End date: 2/8/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |
| Reason for discontinuation: Reorder | |

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/10/2024 |
| Start date: 1/10/2024 | End date: 2/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |

Instructions: Inject 1.8 mg under the skin once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2024 |
| Start date: 1/31/2024 | End date: 5/15/2024 |
| Quantity: 27 mL | Refill: 11 refills by 1/30/2025 |

### Stopped in Visit

None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [757084479] (Final result)

| XR Knee 1 or 2 Views Left [757084479] | Resulted: 02/02/24 0853, Result status: Final result |
|---|---|
| Ordering provider: Shane Turner, PA-C 02/02/24 0825 | Order status: Completed |
| Filed by: Zachary B Adler, MD 02/02/24 0909 | Performed: 02/02/24 0853 - 02/02/24 0903 |
| Accession number: 31743637 | |

Impression:
Radiographs obtained, reviewed, and interpreted by me: 3 views of the left knee on 2/2/24

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision hinged total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. The patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Shane Turner, PA-C on 02/02/24 1629

### Indications

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 454

Printed by 71334 at 8/21/24 10:11 AM

MC_002305

## 02/02/2024 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Imaging (continued)**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**All Reviewers List**

Shane Turner, PA-C on 2/2/2024 16:29

| Results | | (Order) |
| --- | --- | --- |

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Patient Instructions**

None

MC_002306

## 02/02/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 318797746

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 2/2/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Post Op |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile    253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 456

Printed by 71334 at 8/21/24 10:11 AM

MC_002307

## 02/02/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Post Op (S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian))

#### Visit Diagnosis

- S/P revision of total knee, left (primary) [Z96.652]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Shane Turner, PA-C | Shane Turner, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

- Return in about 1 month (around 3/2/2024) for Dr. Adler.

#### Level of Service

| Level of Service |
|---|
| PR POST-OP FOLLOW-UP VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 2/2/2024 8:30 AM | Shane Turner, PA-C | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Lisette N Cortes, MA at 2/2/2024 0830

| | | |
|---|---|---|
| Author: Lisette N Cortes, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 02/02/24 0841 | Encounter Date: 2/2/2024 | Status: Signed |
| Editor: Lisette N Cortes, MA (Medical Assistant) | | |

### Chief Complaint

Patient presents with

- Post Op

  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 457

Printed by 71334 at 8/21/24 10:11 AM

MC_002308

**02/02/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

Additional Details: Patient is here for a follow up on left knee. Patient reports swelling making cast tight. Patient denies any other concerns at this time. Pain is a 1/10 today .

Medication list changes/discrepancies: Medication Comments documented by Lisette N Cortes, MA on 2/2/2024 at 0839.
Medications current/updated per interview with patient. Not taking any additional medications.
Lisette N Cortes, MA

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

    Electronically signed by Lisette N Cortes, MA at 02/02/24 0841

### Nursing Note by Lisette N Cortes, MA at 2/2/2024 0830

| Author: Lisette N Cortes, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 02/02/24 0841 | Encounter Date: 2/2/2024 | Status: Signed |
| Editor: Lisette N Cortes, MA (Medical Assistant) | | |

Post surgical cast removed prior to exam per Shane Turner PA-C   Patient was counseled on wound care management. Patient verbalized understanding and tolerated bandage/splint removal without complications. Wound appears intact with no redness or drainage.

    Electronically signed by Lisette N Cortes, MA at 02/02/24 0841

### Progress Notes by Shane Turner, PA-C at 2/2/2024 0830

| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
|---|---|---|
| Filed: 02/02/24 1014 | Encounter Date: 2/2/2024 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 02/02/24 1123 |

## Chief Complaint
Patient presents with
- Post Op
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

HPI:
Surgery: 8 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.
Surgeon: Zachary Adler MD

Linda J Larocque is doing well. She is here today for cast change and new x-rays. Otherwise, no new complaints.

VITALS:

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 458
Printed by 71334 at 8/21/24 10:11 AM

MC_002309

## 02/02/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

BP 136/83 | Pulse 109 | Temp (Src) 96.7 (Temporal) | Resp 18 | Ht 5' 5"[HX unable to measure wheelchair[ (1.651 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

## PHYSICAL EXAMINATION:
General:          Healthy appearing patient who is cooperative with the exam.
Psych:           Appropriate and alert.
Skin:            Grossly benign, intact.

## EXTREMITY EXAM: Left knee
Minimal TTP about the surgical area.
Incision is well healed
Minimal effusion with no erythema

Calf is supple and nontender.

ROM not tested as we are holding off on this until 3 months postop.

NVI bilateral LE, no deficits appreciated

## IMAGING: 3 views left knee
Intact appearing revision of left TKA with patellectomy and extensor mechanism reconstruction. Final read will be done by Dr. Adler.

## IMPRESSION:
8 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.

## PLAN:
## Orders Placed This Encounter
  • XR Knee 1 or 2 Views Left

Linda J Larocque was placed back into a long leg fiberglass cylinder cast today. She can heel WB for transfers. RTC in 1 month with Zachary Adler MD for cast removal and transition back to her hinged ROM knee brace, which she will bring with her, or sooner if needed.

Linda J Larocque was given ample opportunity to ask questions. All questions were answered to the patients satisfaction prior to leaving the office today.


Shane Turner, PA-C

      Electronically signed by Shane Turner, PA-C at 02/02/24 1014
      Electronically signed by Zachary B Adler, MD at 02/02/24 1123


### Nursing Note by Andrea J Steele, MA at 2/2/2024 0830

| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
| --- | --- | --- |
| Filed: 02/02/24 1002 | Encounter Date: 2/2/2024 | Status: Signed |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

MC_002310

## 02/02/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Applied long leg cylinder style fiberglass cast to Left LE per Shane Turner, PAC. Patient tolerated procedure well and without complication. Cast/splint care given verbally & written in Patient Instructions. Patient has good capillary refill before, during and after the procedure. Patient's questions were answered. Patient denied any complaints with the comfort of the cast/splint.

Electronically signed by Andrea J Steele, MA at 02/02/24 1002

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

###### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

###### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

###### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

###### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 460

Printed by 71334 at 8/21/24 10:11 AM

MC_002311

**02/02/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Medication List (continued)

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |

Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/4/2024 |
| Start date: 1/4/2024 | End date: 2/8/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/10/2024 |
| Start date: 1/10/2024 | End date: 2/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |

Instructions: Inject 1.8 mg under the skin once daily.

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 2/2/2024

Page 461                                       Printed by 71334 at 8/21/24 10:11 AM

MC_002312

## 02/02/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Authorized by: Rachel D Dawson, MD
Start date: 1/31/2024
Quantity: 27 mL

Ordered on: 1/31/2024
End date: 5/15/2024
Refill: 11 refills by 1/30/2025

**Stopped in Visit**

None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [757084479] (Final result)

| XR Knee 1 or 2 Views Left [757084479] | Resulted: 02/02/24 0853, Result status: Final result |
|---|---|

Ordering provider: Shane Turner, PA-C 02/02/24 0825
Filed by: Zachary B Adler, MD 02/02/24 0909
Accession number: 31743637

Order status: Completed
Performed: 02/02/24 0853 - 02/02/24 0903

Impression:
Radiographs obtained, reviewed, and interpreted by me: 3 views of the left knee on 2/2/24

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision hinged total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. The patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Shane Turner, PA-C on 02/02/24 1629

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**All Reviewers List**

Shane Turner, PA-C on 2/2/2024 16:29

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 462                                        Printed by 71334 at 8/21/24 10:11 AM

MC_002313

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Procedures**

**P APPLY LONG LEG CAST,CYLINDER [757084480] (Completed)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 02/02/24 1014** | Status: **Completed** |
| Ordering user: Shane Turner, PA-C 02/02/24 1014 | Authorized by: Shane Turner, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 02/02/24 - | Class: Normal |
| Quantity: 1 | Released by: Shane Turner, PA-C 02/02/24 1014 |
| Diagnoses | |

S/P revision of total knee, left [Z96.652]

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**Supplies**

**C CST FG LNG LG CYLDR 11Y+ [757084481] (Completed)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 02/02/24 1014** | Status: **Completed** |
| Ordering user: Shane Turner, PA-C 02/02/24 1014 | Authorized by: Shane Turner, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 02/02/24 - | Class: Normal |
| Quantity: 1 | Released by: Shane Turner, PA-C 02/02/24 1014 |
| Diagnoses | |

S/P revision of total knee, left [Z96.652]
Order comments: 6 rolls of 4" Fiberglass 1 roll of 3" Fiberglass

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**Flowsheets**

**Custom Formula Data**

| Row Name | 02/02/24 0839 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 125.66 lbs -LC | | | | |
| Adjusted Body Weight | 176.6 lbs -LC | | | | |
| % Over/Under Ideal Body Weight | 101.34 -LC | | | | |
| Predicted Body Weight | 57 -LC | | | | |
| Length (cm) | 165.1 cm -LC | | | | |
| IBW/kg | 61.5 kg -LC | | | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 463

Printed by 71334 at 8/21/24 10:11 AM

MC_002314

## Preferred Pharmacy (continued)

### Flowsheets (continued)

(Calculated) Male

| IBW/kg (Calculated) Female | 57 kg -LC |
| --- | --- |
| BSA (Calculated - sq m) | 2.29 sq meters -LC |

Vitals

| MAP (mmHg) | 101 mmHg -LC |
| --- | --- |

BMI

| BMI (Calculated) | 42.1 -LC |
| --- | --- |

Adult IBW/VT Calculations

| IBW/kg (Calculated) | 57 -LC |
| --- | --- |
| Low Range Vt 6mL/kg | 342 mL/kg -LC |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -LC |
| Adult High Range Vt 10mL/kg | 570 mL/kg -LC |

Vital Signs

| BMI (Calculated) | 42.1 -LC |
| --- | --- |

Weight and Growth Recommendation

| IBW/kg (Calculated) Female | 57 kg -LC |
| --- | --- |
| IBW/kg (Calculated) Male | 61.5 kg -LC |

### Encounter Vitals

| Row Name | 02/02/24 0839 | | | | |
| --- | --- | --- | --- | --- | --- |

Enc Vitals

| BP | 136/83 -LC |
| --- | --- |
| Pulse | 109 ! -LC |
| Resp | 18 -LC |
| Temp | 35.9 °C (96.7 °F) - LC |
| Temp src | Temporal -LC |
| Weight | 114.8 kg (253 lb) HX unable to measure wheelchair -LC |
| Height | 1.651 m (5' 5") HX unable to measure wheelchair -LC |
| Pain Score | ONE/TEN -LC |
| Pain Loc | KNEE -LC |
| Pain Education | Yes -LC |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
| --- | --- | --- | --- |
| LC | Lisette N Cortes, MA | Medical Assistant | Nursing |

### Patient Instructions

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 464

Printed by 71334 at 8/21/24 10:11 AM

MC_002315

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

## CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by: Andrea, OTC/CMA Orthopedic Tech

Electronically signed by Andrea J Steele, MA at 02/02/24 1002

**After Visit Summary**

After Visit Summary (below)

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 2/2/2024
Page 465      Printed by 71334 at 8/21/24 10:11 AM

MC_002316

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

# MultiCare 🗗

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958
📅 2/2/2024 8:30 AM ♀ MULTICARE ORTHOPEDICS & SPORTS MED CLNC - TACOMA 253-792-6555

### Instructions from Shane Turner, PA-C

Your personalized instructions can be found at the end of this document.

 Return in about 1 month (around 3/2/2024) for Dr. Adler.

### What's Next

Mar 1 2024   POST OP with Zachary B Adler, MD
Friday March 1 2:30 PM (Arrive by 2:15 PM)

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2453
253 792 6555

Imaging Referrals
XR Knee 1 or 2 Views Left

### PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

### Allergies as of 2/2/2024

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |

### Today's Visit

You saw Shane Turner, PA-C on Friday February 2, 2024 for: Post Op. The following issue was addressed: S/P revision of total knee, left.

| | | | |
|---|---|---|---|
| Blood Pressure | 136/83 | BMI | 42.10 |
| Weight | 253 lb | Height | 5' 5" |
| Temperature (temporal) | 96.7 °F | Pulse | 109 |
| Respiration | 18 | | |

### MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/ and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 2/2/2024

Page 466                                                                  Printed by 71334 at 8/21/24 10:11 AM

MC_002317

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Allergies as of 2/2/2024 (continued)

|  | Reaction Type |
|---|---|
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

Linda J. Larocque (MRN: 172930) (CSN: 318797746) • Printed by [29111] at 2/2/2024 10:05 AM          Page 2 of 5   *Epic*

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 2/2/2024
Page 467                                      Printed by 71334 at 8/21/24 10:11 AM

MC_002318

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List as of February 2 2024 10:05 AM

(i) Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc<br>1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| naloxone 1 mg/mL Soln<br>NARCAN<br>1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| ondansetron 4 MG Tabs<br>Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| rosuvastatin 20 mg Tabs<br>Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>SENNA, SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |

MC_002319

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of February 2, 2024 10:05 AM

**TechLite Pen Needles 31G X 8 MM Misc**        Use With victoza injections
Insulin Pen Needle
100 Each

**tramadol 50 MG Tabs**        Take 2 Tablets by mouth every 8 hours as needed for
Ultram        pain. Replaces norco for chronic pain exempt
160 Tablet

**verapamil 240 MG Tbcr**        Take 1 Tablet by mouth once daily. May take a second
CALAN SR        tablet if having paroxysmal ventricular tachycardic
90 Tablet        symptoms per cardiologist

**Victoza 18 MG/3ML Sopn**        Inject 1.8 mg under the skin once daily.
liraglutide
27 mL

⊕ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions
    carefully, and ask your doctor or other care provider to review them with you.


Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's
appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
· Change the type of medication you take
· Change a medication dose
· Stop a medication
· Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.


MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2433

MC_002320

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Instructions from Shane Turner, PA-C

### CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by: Andrea, OTC/CMA Orthopedic Tech

**Messages**

**Appointment Scheduled**

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 2/2/2024

MC_002321

## Preferred Pharmacy (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|------|-----|-------------------|
| Bkg, Mychart | Larocque, Linda J | 1/5/2024 10:34 AM |
| Last Read in MyChart | | |
| 1/6/2024 12:11 PM by Linda J Larocque | | |

Appointment Information:
   Visit Type: POST OP
      Date: 2/2/2024
         Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
         Provider: Shane Turner
         Time: 8:30 AM
         Length: 30 min

Appt Status: Scheduled

**Patient Instructions**

### CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 2/2/2024
Page 471        Printed by 71334 at 8/21/24 10:11 AM

MC_002322

## Preferred Pharmacy (continued)

Patient Instructions (continued)

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by:  Andrea, OTC/CMA  Orthopedic Tech

MC_002323

**01/24/2024 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**
 **MRN:** 172930
 **CSN:** 320741623

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 1/24/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/24/2024

Printed by 71334 at 8/21/24 10:11 AM

MC_002324

## 01/24/2024 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Victoza-saf 1594)
- Rx Refill Center - Labs Due, onset date 1/24/2024

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 1/24/2024 1:14 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Anamarie Seveses at 1/25/2024 1445

| | | |
|---|---|---|
| Author: Anamarie Seveses | Service: Pharmacy | Author Type: — |
| Filed: 01/26/24 0738 | Encounter Date: 1/24/2024 | Status: Addendum |
| Editor: Shamninder S Kaur, PHARM D (Pharmacist) | | |

## Pharmacy Refill Center Support Note
## Due for Labs

### Back Office Staff - Clinical Follow Up:
*Inform patient they are overdue for labs and place orders for HgA1c Re: diabetes*
*Direct message to PCP for consideration of other labs*

### *PRC Case Review*

**The new protocol approved by CQCC recommends labs for diabetic every 6 months.** *Last dispensed: 10/24/23*
*Last encounter with Rachel D Dawson, MD: 12/14/2023*
*Next appointment with PCP: Visit date not found*

### Diabetes Rx Labs
No components found for: "HGBA1CPOCT"
Hemoglobin A1C

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/24/2024

Page 474

Printed by 71334 at 8/21/24 10:11 AM

MC_002325

## 01/24/2024 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/23/2023 | 5.8 (H) | <5.7 % | Final |

Comment:
*HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing.*

**Na**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 140 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 4.0 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 16 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 123 (H) | 65 - 120 mg/dL | Final |

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Shamninder S Kaur, PHARM D at 01/26/24 0738

**Telephone Encounter by Anamarie Seveses at 1/25/2024 1445**

| | | |
|---|---|---|
| Author: Anamarie Seveses | Service: Pharmacy | Author Type: — |
| Filed: 01/25/24 1445 | Encounter Date: 1/24/2024 | Status: Signed |
| Editor: Anamarie Seveses | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/24/2024

MC_002326

## 01/24/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:          Disp    Refills
 liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL  0
Sig: Inject 1.8 mg under the skin once daily.

---------------------------------------------------------------

Electronically signed by Anamarie Seveses at 01/25/24 1445

### Telephone Encounter by Shamninder S Kaur, PHARM D at 1/26/2024 0738

Author: Shamninder S Kaur, PHARM D      Service: —                    Author Type: Pharmacist
Filed: 01/26/24 0738                    Encounter Date: 1/24/2024      Status: Signed
Editor: Shamninder S Kaur, PHARM D (Pharmacist)
Pending Prescriptions:          Disp    Refills
 liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL  0
Sig: Inject 1.8 mg under the skin once daily.

---------------------------------------------------------------

Electronically signed by Shamninder S Kaur, PHARM D at 01/26/24 0738

### Telephone Encounter by Amy J Goodwin, MA at 1/26/2024 1022

Author: Amy J Goodwin, MA               Service: Family Medicine      Author Type: Medical Assistant
Filed: 01/26/24 1022                    Encounter Date: 1/24/2024      Status: Signed
Editor: Amy J Goodwin, MA (Medical Assistant)
Pending Prescriptions:          Disp    Refills
 liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL  0
Sig: Inject 1.8 mg under the skin once daily.

---------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 01/26/24 1022

### Telephone Encounter by Rachel D Dawson, MD at 1/31/2024 1823

Author: Rachel D Dawson, MD             Service: Family Medicine      Author Type: Physician
Filed: 01/31/24 1823                    Encounter Date: 1/24/2024      Status: Signed
Editor: Rachel D Dawson, MD (Physician)
Signed Prescriptions:           Disp    Refills  liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL  11    Sig: Inject 1.8 mg under
the skin once daily.Authorizing Provider: DAWSON, RACHEL D---------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 01/31/24 1823

### Telephone Encounter by Rachel D Dawson, MD at 1/31/2024 1823

Author: Rachel D Dawson, MD             Service: Family Medicine      Author Type: Physician
Filed: 01/31/24 1823                    Encounter Date: 1/24/2024      Status: Signed
Editor: Rachel D Dawson, MD (Physician)

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 1/24/2024
LAKEWOOD WA 98499-2767

Page 476                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002327

## 01/24/2024 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Signed Prescriptions:      Disp   Refills   liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL   11    Sig: Inject 1.8 mg under the skin once daily.Authorizing Provider: DAWSON, RACHEL D-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 01/31/24 1823

### Telephone Encounter by Rachel D Dawson, MD at 1/31/2024 1823

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 01/31/24 1823 | Encounter Date: 1/24/2024 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Signed Prescriptions:      Disp   Refills   liraglutide (VICTOZA) 18 MG/3ML Solution P*27 mL   11    Sig: Inject 1.8 mg under the skin once daily.Authorizing Provider: DAWSON, RACHEL D-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 01/31/24 1823

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/24/2024

Page 477

Printed by 71334 at 8/21/24 10:11 AM

MC_002328

## 01/24/2024 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |

Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/4/2024 |
| Start date: 1/4/2024 | End date: 2/8/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/24/2024

Page 478

Printed by 71334 at 8/21/24 10:11 AM

MC_002329

## 01/24/2024 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/10/2024 |
| Start date: 1/10/2024 | End date: 2/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/15/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2024 |
| Start date: 1/31/2024 | End date: 5/15/2024 |
| Quantity: 27 mL | Refill: 11 refills by 1/30/2025 |

### Stopped in Visit

None

### Results                                                                  (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

#### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

#### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

#### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

#### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/24/2024

Page 479

Printed by 71334 at 8/21/24 10:11 AM

MC_002330

## 01/06/2024 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 318894019

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 1/6/2024 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave Tacoma WA 98408-5509 | Telephone Information: | |
| | | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/6/2024

Page 480

Printed by 71334 at 8/21/24 10:11 AM

MC_002331

## 01/06/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Xanax- safeway1594), onset date 1/6/2024
- Rx Refill Center - Control Medication, onset date 1/6/2024

#### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|---|---|---|---|
| 1/6/2024 12:40 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Rachelle B Noel at 1/7/2024 1337

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: — | Author Type: — |
| Filed: 01/07/24 1338 | Encounter Date: 1/6/2024 | Status: Signed |
| Editor: Rachelle B Noel | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

**PRC Case Review**
*Last dispensed: 12/12/2023*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/6/2024

Page 481

Printed by 71334 at 8/21/24 10:11 AM

MC_002332

## 01/06/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

*Last encounter with Rachel D Dawson, MD: 12/14/2023*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*

Creatinine

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

GFR non African Amer

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

GFR African American

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Rachelle B Noel at 01/07/24 1338

### Telephone Encounter by Rachelle B Noel at 1/7/2024 1338

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: — | Author Type: — |
| Filed: 01/07/24 1338 | Encounter Date: 1/6/2024 | Status: Signed |
| Editor: Rachelle B Noel | | |

Pending Prescriptions:     Disp   Refills
  alprazolam (XANAX) 0.25 MG Tab     15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

-------------------------------------------------------------------

Electronically signed by Rachelle B Noel at 01/07/24 1338

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 1/8/2024 0740

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 01/08/24 0740 | Encounter Date: 1/6/2024 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:     Disp   Refills
  alprazolam (XANAX) 0.25 MG Tab     15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

-------------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 01/08/24 0740

### Telephone Encounter by Rachel D Dawson, MD at 1/10/2024 1829

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 01/10/24 1829 | Encounter Date: 1/6/2024 | Status: Signed |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/6/2024

Page 482

Printed by 71334 at 8/21/24 10:11 AM

MC_002333

## 01/06/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Editor: Rachel D Dawson, MD (Physician)
Signed Prescriptions:  Disp  Refills  alprazolam (XANAX) 0.25 MG Tab  15 Tab*0  Sig: Take 1 Tablet by mouth three times a day as needed  for anxiety.Authorizing Provider: DAWSON, RACHEL D------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 01/10/24 1829

## Medication List

### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/6/2024

Page 483

Printed by 71334 at 8/21/24 10:11 AM

MC_002334

## 01/06/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD — Ordered on: 11/8/2023
Start date: 11/8/2023 — Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD — Ordered on: 12/14/2023
Start date: 12/14/2023 — Quantity: 1 Kit
Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/4/2024 |
| Start date: 1/4/2024 | End date: 2/8/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |
| Reason for discontinuation: Reorder | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/6/2024

Page 484

Printed by 71334 at 8/21/24 10:11 AM

MC_002335

## 01/06/2024 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 1/10/2024
Quantity: 15 Tablet

Ordered on: 1/10/2024
End date: 2/8/2024
Refill: No refills remaining

**Stopped in Visit**

None

## Results                                                                (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 1/6/2024 12:40 PM |

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/6/2024

Page 485

Printed by 71334 at 8/21/24 10:11 AM

MC_002336

## 01/05/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          MRN:   172930
                                             CSN:   317713352

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 1/5/2024 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Post Op |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:**   Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**                                **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 1/5/2024

Page 486                                      Printed by 71334 at 8/21/24 10:11 AM

MC_002337

## 01/05/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:11 AM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Post Op (S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian))

#### Visit Diagnosis

* S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian) (primary) [Z96.652]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Shane Turner, PA-C | Shane Turner, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

* Return in about 4 weeks (around 2/2/2024) for XRAYS OUT OF CAST.

#### Level of Service

| Level of Service |
|---|
| PR POST-OP FOLLOW-UP VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 1/5/2024 8:30 AM | Shane Turner, PA-C | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Lisette N Cortes, MA at 1/5/2024 0830

| | | |
|---|---|---|
| Author: Lisette N Cortes, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 01/05/24 0830 | Encounter Date: 1/5/2024 | Status: Signed |
| Editor: Lisette N Cortes, MA (Medical Assistant) | | |

#### Chief Complaint

Patient presents with

* Post Op
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 487                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002338

**01/05/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

Additional Details: Paient is here for follow up on left knee.Patient reports cast rubbing on foot and causing pain.Patient denies any other concerns at this time.Pain is a 2/10 today.

Medication list changes/discrepancies: Medication Comments documented by Courtney Santiago, MA on 12/22/2023 at 1529.
Medciations an pharmacy reviewed with patient
Courtney Santiago, MA

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Lisette N Cortes, MA at 01/05/24 0830

**Progress Notes by Shane Turner, PA-C at 1/5/2024 0830**

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 01/12/24 1630 | Encounter Date: 1/5/2024 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 01/12/24 1716 |

## Chief Complaint
Patient presents with
- Post Op
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

**HPI:**
Surgery: 4.5 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.
Surgeon: Zachary Adler MD

Linda J Larocque is doing well. She is here today for a cast check. She says the cast has slid down her leg and is painfully rubbing on her achilles and top of her left foot. Otherwise, no new complaints.

**VITALS:**
BP 129/70 | Pulse 90 | Temp (Src) 97 (Temporal) | Resp 16 | Ht 5' 5"[hx[ (1.651 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

**PHYSICAL EXAMINATION:**
General:         Healthy appearing patient who is cooperative with the exam.
Psych:           Appropriate and alert.
Skin:            Grossly benign, intact.

**EXTREMITY EXAM: Left knee**
Cast was removed.

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 488
Printed by 71334 at 8/21/24 10:11 AM

MC_002339

**Clinical Notes (continued)**

Minor TTP globally.
Incision is well healed
Minor effusion with no erythema

Calf is supple and nontender.

ROM not tested per postop plan to remain in extension for 3 months.

NVI bilateral LE, no deficits appreciated

**IMPRESSION:**
4.5 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.

**PLAN:**
Linda J Larocque was placed back into a left long leg fiberglass cast. She can heel WB for transfers. RTC in 4 weeks for new x-rays out of cast and cast change, or sooner if needed.

Linda J Larocque was given ample opportunity to ask questions. All questions were answered to the patients satisfaction prior to leaving the office today.

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 01/12/24 1630
Electronically signed by Zachary B Adler, MD at 01/12/24 1716

**Nursing Note by Andrea J Steele, MA at 1/5/2024 0830**

| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 01/05/24 1026 | Encounter Date: 1/5/2024 | Status: Signed |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

Previous cast removed from Left LE prior to x-ray/exam. Patient tolerated procedure well and without complications. All procedures done per Shane Turner, PAC .

Applied long leg cylinder style fiberglass cast to Left LE per Shane Turner, PAC in full extension. Patient tolerated procedure well and without complication. Cast/splint care given verbally & written in Patient Instructions. Patient has good capillary refill before, during and after the procedure. Patient's questions were answered. Patient denied any complaints with the comfort of the cast/splint.

Electronically signed by Andrea J Steele, MA at 01/05/24 1026

**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 489
Printed by 71334 at 8/21/24 10:11 AM

MC_002340

**01/05/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Medication List (continued)**

Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

**rosuvastatin (CRESTOR) 20 mg Tab**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

**liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector**

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/23/2023
Quantity: 27 mL

Discontinued on: 1/31/2024

Ordered on: 10/23/2023
End date: 1/31/2024
Refill: No refills remaining

**verapamil (CALAN SR) 240 MG Tab CR**

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

**senna (SENNA, SENOKOT) 8.6 MG Tab**

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C

Discontinued on: 5/24/2024

Ordered on: 12/7/2023

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 490

Printed by 71334 at 8/21/24 10:11 AM

MC_002341

Larocque, Linda J
MRN: 172930

## 01/05/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

**ondansetron (ZOFRAN) 4 MG Tab**

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

**naloxone (NARCAN) 1 mg/mL Solution**

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

**tramadol (ULTRAM) 50 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/4/2024 |
| Start date: 1/4/2024 | End date: 2/8/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/8/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/10/2024 |
| Start date: 1/10/2024 | End date: 2/8/2024 |
| Quantity: 15 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                 (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 1/5/2024

Page 491

Printed by 71334 at 8/21/24 10:11 AM

MC_002342

## Preferred Pharmacy (continued)

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Other Orders - Procedures

#### Procedures

**P APPLY LONG LEG CAST,CYLINDER [757084475] (Completed)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 01/12/24 1630** | Status: **Completed** |
| Ordering user: Shane Turner, PA-C 01/12/24 1630 | Authorized by: Shane Turner, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 01/12/24 - | Class: Normal |
| Quantity: 1 | Released by: Shane Turner, PA-C 01/12/24 1630 |

Diagnoses
S/P revision of total knee, left [Z96.652] - S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

#### Supplies

**C CST FG LNG LG CYLDR 11Y+ [757084476] (Completed)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 01/12/24 1630** | Status: **Completed** |
| Ordering user: Shane Turner, PA-C 01/12/24 1630 | Authorized by: Shane Turner, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 01/12/24 - | Class: Normal |
| Quantity: 1 | Released by: Shane Turner, PA-C 01/12/24 1630 |

Diagnoses
S/P revision of total knee, left [Z96.652] - S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

### Flowsheets

#### Custom Formula Data

| Row Name | 01/05/24 0827 | | | | | |
|---|---|---|---|---|---|---|
| OTHER | | | | | | |
| Ideal Body Weight | 125.66 lbs -LC | | | | | |
| Adjusted Body Weight | 176.6 lbs -LC | | | | | |
| % Over/Under Ideal Body Weight | 101.34 -LC | | | | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 492
Printed by 71334 at 8/21/24 10:11 AM

MC_002343

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Predicted Body Weight | 57 -LC |
| Length (cm) | 165.1 cm -LC |
| IBW/kg (Calculated) Male | 61.5 kg -LC |
| IBW/kg (Calculated) Female | 57 kg -LC |
| BSA (Calculated - sq m) | 2.29 sq meters -LC |

Vitals

| | |
|---|---|
| MAP (mmHg) | 90 mmHg -LC |

BMI

| | |
|---|---|
| BMI (Calculated) | 42.1 -LC |

Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 57 -LC |
| Low Range Vt 6mL/kg | 342 mL/kg -LC |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -LC |
| Adult High Range Vt 10mL/kg | 570 mL/kg -LC |

Vital Signs

| | |
|---|---|
| BMI (Calculated) | 42.1 -LC |

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 57 kg -LC |
| IBW/kg (Calculated) Male | 61.5 kg -LC |

**Encounter Vitals**

| Row Name | 01/05/24 0827 | | | | |
|---|---|---|---|---|---|

Enc Vitals

| | |
|---|---|
| BP | 129/70 -LC |
| Pulse | 90 -LC |
| Resp | 16 -LC |
| Temp | 36.1 °C (97 °F) -LC |
| Temp src | Temporal -LC |
| Weight | 114.8 kg (253 lb) hx -LC |
| Height | 1.651 m (5' 5") hx -LC |
| Pain Score | TWO/TEN -LC |
| Pain Loc | KNEE -LC |
| Pain Education | Yes -LC |

**User Key**                                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| LC | Lisette N Cortes, MA | Medical Assistant | Nursing |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 493

Printed by 71334 at 8/21/24 10:11 AM

MC_002344

## Preferred Pharmacy (continued)

**Patient Instructions**

### CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by: Andrea, OTC/CMA Orthopedic Tech

Electronically signed by Andrea J Steele, MA at 01/05/24 1027

**After Visit Summary**

After Visit Summary (below)

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 1/5/2024

Page 494                                  Printed by 71334 at 8/21/24 10:11 AM

MC_002345

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

# MultiCare

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958
📅 1/5/2024 8:30 AM  ♀ MULTICARE ORTHOPEDICS & SPORTS MED CLINIC - TACOMA 253-792-6555

### Instructions from Shane Turner, PA-C
Your personalized instructions can be found at the end of this document.

 Return in about 4 weeks.
(around 2/2/2024) for XRAYS OUT OF CAST.

### What's Next

Feb 2 2024  POST OP with Shane Turner, PA-C
Friday February 2 8:30 AM (Arrive by 8:15 AM)

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2453
253 792 6555

### PCP

| Primary Care Provider | Phone |
|---|---|
| Rachel D Dawson, MD | 253-792-6526 |

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

### Allergies as of 1/5/2024

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |

### Today's Visit
You saw Shane Turner, PA-C on Friday January 5, 2024 for: Post Op. The following issue was addressed: S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian).

| Blood Pressure | BMI |
|---|---|
| 129/70 | 42.10 |
| Weight | Height |
| 253 lb | 5' 5" |
| Temperature (Temporal) | Pulse |
| 97 °F | 90 |
| Respiration | |
| 16 | |

### MyChart Activation
MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/ and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 495                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002346

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Allergies as of 1/5/2024 (continued)

| | Reaction Type |
|---|---|
| **Lipitor [atorvastatin Calcium]** | Allergy |
| **Metoprolol Succinate [metoprolol]** | Intolerance |
| **Voltaren [diclofenac Sodium]** | Intolerance |
| **Zocor [simvastatin]** | Side Effect |

MC_002347

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

### Your Medication List as of January 5, 2024 10:34 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc<br>1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| naloxone 1 mg/mL Soln<br>NARCAN<br>1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| ondansetron 4 MG Tabs<br>Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |
| * OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| * OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| rosuvastatin 20 mg Tabs<br>Crestor<br>90 Tablet | Take 1 Tablet by mouth each evening. |
| senna 8.6 MG Tabs<br>SENNA, SENOKOT<br>30 Tablet | Take 1 Tablet by mouth once daily. |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 497                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002348

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of January 5, 2024 10:34 AM

TechLite Pen Needles 31G X 8 MM Misc | Use With victoza injections
Generic: Insulin Pen Needle
100 Each

tramadol 50 MG Tabs | Take 2 Tablets by mouth every 8 hours as needed for
Commonly known as: Ultram | pain. Replaces norco for chronic pain exempt
160 Tablet

verapamil 240 MG Tbcr | Take 1 Tablet by mouth once daily. May take a second
Commonly known as: CALAN SR | tablet if having paroxysmal ventricular tachycardic
90 Tablet | symptoms per cardiologist

Victoza 18 MG/3ML Sopn | Inject 1.8 mg under the skin once daily.
Generic: liraglutide
27 mL

✣ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions
carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care.  Note changes.  Take this list with you to your next doctor's
appointment.  Review it with your doctor.  Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
· Change the type of medication you take
· Change a medication dose
· Stop a medication
· Start a new medication

Be sure to include over-the-counter and herbal medications on your list.  Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2433

MC_002349

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Instructions from Shane Turner, PA-C

### CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by: Andrea, OTC/CMA Orthopedic Tech

**Messages**

**Appointment Scheduled**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/5/2024

Page 499                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002350

## Preferred Pharmacy (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 12/22/2023 6:29 PM |
| Last Read in MyChart | | |
| 12/22/2023 6:46 PM by Linda J Larocque | | |

## Appointment Information:
   Visit Type: POST OP
       Date: 1/5/2024
           Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
           Provider: Shane Turner
           Time: 8:30 AM
           Length: 15 min

## Appt Status: Scheduled

**Patient Instructions**

## CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

MC_002351

## Preferred Pharmacy (continued)

Patient Instructions (continued)

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by:  Andrea, OTC/CMA  Orthopedic Tech

MC_002352

## 01/04/2024 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 318748045

### Account Information

| | | | | | |
|---|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | | **Hospital Svc** | **Bed** |
| 1/4/2024 | | | | No service for | |
| **Admitting Physician:** | | | | **Chief Complaint:** | Medication |
| | | | | **Adm Dx:** | |
| | | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

Page 502

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/4/2024

Printed by 71334 at 8/21/24 10:11 AM

MC_002353

## 01/04/2024 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Medication, onset date 1/4/2024

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Call Information

|  | Provider | Department | Center |
|---|---|---|---|
| 1/4/2024 5:37 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                        Action: Patient taking differently
Quantity: 1 Each                             Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                       Quantity: 1 Each
Refill: No refills remaining

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD         Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD           Ordered on: 1/31/2023
Start date: 1/31/2023                        End date: 2/26/2024
Quantity: 90 Capsule                         Refill: No refills remaining

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 1/4/2024
LAKEWOOD WA 98499-2767

Page 503                                     Printed by 71334 at 8/21/24 10:11 AM

MC_002354

## 01/04/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP                    Ordered on: 7/3/2023
Start date: 7/3/2023                                       Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D               Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                         Ordered on: 7/11/2023
Start date: 7/11/2023                                      End date: 2/13/2024
Quantity: 180 Capsule                                     Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                         Ordered on: 9/14/2023
Start date: 9/14/2023                                      Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD                       Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD                         Ordered on: 10/23/2023
Start date: 10/23/2023                                     End date: 1/31/2024
Quantity: 27 mL                                            Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist
Authorized by: Daniel Guerra, MD                           Ordered on: 11/8/2023
Start date: 11/8/2023                                      Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA                         Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C                          Ordered on: 12/7/2023
Start date: 12/7/2023                                      End date: 5/24/2024
Quantity: 30 Tablet                                        Refill: 2 refills by 12/6/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD                       Discontinued on: 1/10/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD                         Ordered on: 12/7/2023
Start date: 12/7/2023                                      End date: 1/6/2024
Quantity: 15 Tablet                                        Refill: 2 refills by 6/4/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD                       Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C                          Ordered on: 12/8/2023
Start date: 12/8/2023                                      End date: 5/28/2024
Quantity: 30 Tablet                                        Refill: 1 refill by 12/7/2024

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 1/4/2024
LAKEWOOD WA 98499-2767

Page 504                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002355

## 01/04/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA      Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 5/24/2024
Quantity: 21 Tablet      Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD      Ordered on: 12/14/2023
Start date: 12/14/2023      Quantity: 1 Kit
Refill: No refills remaining

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 2/8/2024
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt
Authorized by: Rachel D Dawson, MD      Ordered on: 1/4/2024
Start date: 1/4/2024      End date: 2/8/2024
Quantity: 160 Tablet      Refill: No refills remaining

**Stopped in Visit**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 1/4/2024

| Results | (Order) |
|---------|---------|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---------|-------|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|-----------|-----|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/4/2024

Page 505      Printed by 71334 at 8/21/24 10:11 AM

MC_002356

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/4/2024

Page 506

Printed by 71334 at 8/21/24 10:11 AM

MC_002357

## 01/04/2024 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**         **MRN:** 172930
                                            **CSN:** 318679404

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 1/4/2024 | | | No service for | |

**Admitting Physician:**         **Chief Complaint:** Medication
                                 **Adm Dx:**

                                 Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD         **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/4/2024

MC_002358

## 01/04/2024 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Medication, onset date 1/4/2024

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 1/4/2024 11:32 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Rachel D Dawson, MD at 1/4/2024 1132

Author: Rachel D Dawson, MD     Service: Family Medicine     Author Type: Physician
Filed: 01/04/24 1132     Encounter Date: 1/4/2024     Status: Signed
Editor: Rachel D Dawson, MD (Physician)

----- Message from Amy J Goodwin, MA sent at 1/4/2024 11:15 AM PST -----
Regarding: FW: Hydrocodone
Contact: 253-273-7247

----- Message -----
From: Larocque, Linda J
Sent: 1/4/2024  10:55 AM PST
To: Lakewood Fp Nurse Pool
Subject: Hydrocodone

Dr .Dawson.
  the remaining medication cannot be filled according to my pain management contract. The pharmacist at Costco said that on December 19,2023 that only 90 count  was available  that i could take the 90 but would not get the remining 70 count...and going into a 3 day holiday weekend and my pain meds from knee surgery on dec 4,2023, I had no choice but to take the 90 and lose the 70....now need prescription refill for the month of Jan 2024 and changed back over to Safeway pharmacy on 56th and Park Ave instead of Costco. thank you Linda

Electronically signed by Rachel D Dawson, MD at 01/04/24 1132

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/4/2024

Page 508

Printed by 71334 at 8/21/24 10:11 AM

MC_002359

## 01/04/2024 - Telephone in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

##### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/4/2024

Page 509

Printed by 71334 at 8/21/24 10:11 AM

MC_002360

## 01/04/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 1/6/2024 |
| Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 12/19/2023 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/4/2024

Page 510

Printed by 71334 at 8/21/24 10:11 AM

MC_002361

## 01/04/2024 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain exempt).
Authorized by: Rachel D Dawson, MD          Ordered on: 1/4/2024
Start date: 1/4/2024                        End date: 1/4/2024
Quantity: 160 Tablet                        Refill: No refills remaining

**Stopped in Visit**

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Rachel D Dawson, MD          Discontinued on: 1/4/2024

## Results                                                                    (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 1/4/2024
LAKEWOOD WA 98499-2767

Page 511                                        Printed by 71334 at 8/21/24 10:11 AM

MC_002362

## 12/28/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
                                          **CSN:** 318086651

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 12/28/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Left Knee - Post Op; Cas* |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**                               **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

---

### Accident Information

**Accident Type:**

---

MC_002363

## 12/28/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:11 AM

Medical Records use only -(HAR ID)
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Post Op - Left Knee (S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian))
- Cast Check

#### Visit Diagnosis

- **S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian) (primary) [Z96.652]**

### Visit Information

#### Provider Information

| Authorizing Provider |
| --- |
| Sonja L Brandstrom, PA-C |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Level of Service

| Level of Service |
| --- |
| PR POST-OPR FOLLOW-UPR VISIT |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 12/28/2023 2:00 PM | PSM NURSE | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Andrea J Steele, MA at 12/28/2023 1400

| | | |
| --- | --- | --- |
| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 12/28/23 1544 | Encounter Date: 12/28/2023 | Status: Addendum |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

#### Chief Complaint

Patient presents with

- **Left Knee - Post Op**
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*
- **Cast Check**

MC_002364

## 12/28/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Additional Details: Linda is in today with her husband to have her cast adjusted if possible. The ankle cuff is not protecting the edges like it should and it is starting to rub a sore area as it comes down with gravity. Without altering the position of the cast placed yesterday, we were able to adhere some ortho felt with adhesive backing to pad the areas causing concern. She had relief and states she feels this will work until her next appointment next week. There was not any skin breakdown from the cast. She understands she can call sooner if needed. No further concerns

Patient accompanied by: Self only & spouse

Electronically signed by Andrea J Steele, MA at 12/28/23 1544

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

###### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

###### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

###### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

###### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD

Ordered on: 9/14/2023

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/28/2023

Page 514

Printed by 71334 at 8/21/24 10:11 AM

MC_002365

## 12/28/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 1/6/2024 |
| Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/28/2023

Page 515

Printed by 71334 at 8/21/24 10:11 AM

MC_002366

## 12/28/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 12/19/2023 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 1/18/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 2/17/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                 (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart Last Read in MyChart Not Read | Larocque, Linda J | 12/28/2023 12:21 PM |

## Appointment Information:

| | |
|---|---|
| ALLENMORE BUILDING C | Larocque, Linda J |
| 3124 S 19TH ST | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98405-1702 | Visit date: 12/28/2023 |

MC_002367

## Preferred Pharmacy (continued)

**Messages (continued)**

Visit Type: POST OP
Date: 12/28/2023
Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
Provider: Pacific Sports Med Nurse
Time: 2:00 PM
Length: 30 min

Appt Status: Scheduled

**Patient Instructions**

None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 12/28/2023
Page 517    Printed by 71334 at 8/21/24 10:11 AM

MC_002368

**12/28/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 318084867

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/28/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Cast Check
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/28/2023

Page 518                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002369

## 12/28/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:11 AM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Cast Check (Rubbing at ankle), onset date 12/28/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Outgoing Call

|  | Provider | Department | Center |
|---|---|---|---|
| 12/28/2023 12:10 PM | Andrea J Steele, MA | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Telephone Encounter by Andrea J Steele, MA at 12/28/2023 1215

| | | |
|---|---|---|
| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 12/28/23 1216 | Encounter Date: 12/28/2023 | Status: Signed |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

Called and s/w Linda as I received reports of her cast rubbing at her ankle and causing discomfort. Tried to troubleshoot over the phone but she would like to come in and have this evaluated and resolved if possible. Nurse schedule at 2:00 pm

Electronically signed by Andrea J Steele, MA at 12/28/23 1216

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

MC_002370

## 12/28/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                    Ordered on: 10/14/2021
Start date: 10/14/2021                                Quantity: 1 Each
Refill: No refills remaining

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

Discontinued by: Rachel D Dawson, MD                  Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 1/31/2023
Start date: 1/31/2023                                 End date: 2/26/2024
Quantity: 90 Capsule                                  Refill: No refills remaining

**rosuvastatin (CRESTOR) 20 mg Tab**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP                Ordered on: 7/3/2023
Start date: 7/3/2023                                  Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Discontinued by: Kimberly J Comito, PHARM D           Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 7/11/2023
Start date: 7/11/2023                                 End date: 2/13/2024
Quantity: 180 Capsule                                 Refill: 1 refill by 7/10/2024

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 9/14/2023
Start date: 9/14/2023                                 Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

**liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector**

Discontinued by: Rachel D Dawson, MD                  Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 10/23/2023
Start date: 10/23/2023                                End date: 1/31/2024
Quantity: 27 mL                                       Refill: No refills remaining

**verapamil (CALAN SR) 240 MG Tab CR**

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD                      Ordered on: 11/8/2023
Start date: 11/8/2023                                 Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

**senna (SENNA, SENOKOT) 8.6 MG Tab**

Discontinued by: Kasey J Dycus, MA                    Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C                     Ordered on: 12/7/2023
Start date: 12/7/2023                                 End date: 5/24/2024
Quantity: 30 Tablet                                   Refill: 2 refills by 12/6/2024

**alprazolam (XANAX) 0.25 MG Tab**

Discontinued by: Rachel D Dawson, MD                  Discontinued on: 1/10/2024
Reason for discontinuation: Reorder

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 12/28/2023

Page 520                                              Printed by 71334 at 8/21/24 10:11 AM

MC_002371

## 12/28/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 12/7/2023
Start date: 12/7/2023                        End date: 1/6/2024
Quantity: 15 Tablet                          Refill: 2 refills by 6/4/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD         Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C            Ordered on: 12/8/2023
Start date: 12/8/2023                        End date: 5/28/2024
Quantity: 30 Tablet                          Refill: 1 refill by 12/7/2024

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA           Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C            Ordered on: 12/8/2023
Start date: 12/8/2023                        End date: 5/24/2024
Quantity: 21 Tablet                          Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD           Ordered on: 12/14/2023
Start date: 12/14/2023                       Quantity: 1 Kit
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD         Discontinued on: 1/4/2024
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD           Ordered on: 12/19/2023
Start date: 12/19/2023                       End date: 1/4/2024
Quantity: 160 Tablet                         Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD         Discontinued on: 1/4/2024
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD           Ordered on: 12/19/2023
Start date: 1/18/2024                        End date: 1/4/2024
Quantity: 160 Tablet                         Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD         Discontinued on: 1/4/2024
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD           Ordered on: 12/19/2023
Start date: 2/17/2024                        End date: 1/4/2024
Quantity: 160 Tablet                         Refill: No refills remaining

### Stopped in Visit

None

ALLENMORE BUILDING C        Larocque, Linda J
3124 S 19TH ST              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 12/28/2023

Page 521                                     Printed by 71334 at 8/21/24 10:11 AM

MC_002372

## 12/28/2023 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

| Results | | (Order ) |
|---------|---|----------|

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---------|-------|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|-----------|-----|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 12/28/2023

Page 522                Printed by 71334 at 8/21/24 10:11 AM

MC_002373

## 12/27/2023 - Pharmacy Visit in RXAMB 003/AH

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
                                          **CSN:** 317975617

### Account Information
| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 12/27/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information
| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:**                                **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information
| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance
| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance
| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information
**Accident Type:**

MULTICARE RETAIL PHARMACY — Larocque, Linda J — MRN: 172930, DOB: 2/9/1958, Legal Sex: F — Visit date: 12/27/2023
Page 523                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002374

## 12/27/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | | | |
|------|--|--|--|
| RXAMB 003/AH | | | |

## Call Information

| | Department | Center |
|--|-----------|--------|
| 12/27/2023 1:50 PM | RXAMB 003/AH | |

| Results | | | (Order ) |
|---------|--|--|----------|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Patient Instructions

None

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/27/2023

Page 524

Printed by 71334 at 8/21/24 10:11 AM

MC_002375

## 12/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
**CSN:** 317701064

### Account Information
| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/22/2023 | | | No service for | |

**Admitting Physician:**     **Chief Complaint:**
**Adm Dx:**  S/P revision of total kn*
Gestational Age: <None>

### Patient Information
| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 66 year old | | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:** TURNER, SHANE     **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information
| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance
| Name of Insurance: | PSR AETNA PRIME | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance
| Name of Insurance: | | Group Name: |
|---|---|---|
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

### Accident Information
**Accident Type:**

ALLENMORE BUILDING C      Larocque, Linda J
3124 S 19TH ST      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Visit date: 12/22/2023
Page 525      Printed by 71334 at 8/21/24 10:11 AM

MC_002376

## 12/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Referring Provider

Shane Turner, PA-C

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MC Ortho & Sports Med-Tac Imaging | 3124 S 19th St<br>Tacoma WA 98405 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/22/2023 3:45 PM | MC ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS IMAGING TAC | MOSMTAC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 526

Printed by 71334 at 8/21/24 10:11 AM

MC_002377

## 12/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Medication List (continued)**

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/23/2023
Quantity: 27 mL

Discontinued on: 1/31/2024

Ordered on: 10/23/2023
End date: 1/31/2024
Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 12/7/2023
Quantity: 15 Tablet

Discontinued on: 1/10/2024

Ordered on: 12/7/2023
End date: 1/6/2024
Refill: 2 refills by 6/4/2024

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 84 Tablet

Ordered on: 12/8/2023
End date: 12/22/2023
Refill: No refills remaining

### hydrOXYzine hcl (ATARAX) 25 MG Tab

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 527

Printed by 71334 at 8/21/24 10:11 AM

MC_002378

## 12/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

Discontinued by: Rachel D Dawson, MD  
Discontinued on: 5/28/2024  
Reason for discontinuation: Reorder  
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.  

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

#### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/25/2023 |
| Quantity: 17 Tablet | Refill: No refills remaining |

#### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA  
Discontinued on: 5/24/2024  
Reason for discontinuation: Discontinued by provider  
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.  

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD  
Discontinued on: 1/4/2024  
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).  

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 12/19/2023 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD  
Discontinued on: 1/4/2024  
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).  

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 1/18/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD  
Discontinued on: 1/4/2024  
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).  

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 2/17/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

### Imaging

ALLENMORE BUILDING C  
3124 S 19TH ST  
TACOMA WA 98405-1702  

Larocque, Linda J  
MRN: 172930, DOB: 2/9/1958, Legal Sex: F  
Visit date: 12/22/2023  

Page 528  
Printed by 71334 at 8/21/24 10:11 AM

MC_002379

## 12/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

Imaging (continued)

### Imaging

#### XR Knee 1 or 2 Views Left [757084470] (Final result)

| XR Knee 1 or 2 Views Left [757084470] | Resulted: 12/22/23 1548, Result status: Final result |
|---|---|

Ordering provider: Shane Turner, PA-C 12/22/23 1544     Order status: Completed
Filed by: Zachary B Adler, MD 12/22/23 1747     Performed: 12/22/23 1548 - 12/22/23 1558
Accession number: 31047945
Impression:
Radiographs obtained, reviewed, and interpreted by me: 3 views of the left knee on 12/22/23

Prior studies for comparison are dated 12/4/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. The patella has been removed. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Shane Turner, PA-C on 12/22/23 1841

#### Indications

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

#### All Reviewers List

Shane Turner, PA-C on 12/22/2023 18:41

## Results      (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

Patient Instructions

None

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 12/22/2023
Page 529     Printed by 71334 at 8/21/24 10:11 AM

MC_002380

## 12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  

**MRN:** 172930
**CSN:** 312860020

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 12/22/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Left Knee - Post Op |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD  
**Referring Physician:**

**Employer Phone:**  
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | | **Group Name:** | |
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 530

Printed by 71334 at 8/21/24 10:11 AM

MC_002381

## 12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Post Op - Left Knee (S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian))

#### Visit Diagnosis

- S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian) (primary) [Z96.652]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Shane Turner, PA-C | Shane Turner, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

- Return in about 2 weeks (around 1/5/2024) for Cast check .

#### Level of Service

| Level of Service |
|---|
| PR POST-OPR FOLLOW-UPR VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/22/2023 3:15 PM | Shane Turner, PA-C | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Nursing Note by Courtney Santiago, MA RESIDENT at 12/22/2023 1515

| Author: Courtney Santiago, MA RESIDENT | Service: --- | Author Type: Medical Assistant Resident |
|---|---|---|
| Filed: 12/22/23 1532 | Encounter Date: 12/22/2023 | Status: Signed |
| Editor: Courtney Santiago, MA RESIDENT (Medical Assistant Resident) | | |

#### Chief Complaint
Patient presents with
- Left Knee - Post Op

MC_002382

**12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

Additional Details: patient states having consistent pain 3/10

Medication list changes/discrepancies: Medication Comments documented by Courtney Santiago, MA RESIDENT on 12/22/2023 at 1529.
Medciations an pharmacy reviewed with patient
Courtney Santiago, MA

Allergy list changes/discrepancies :
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Courtney Santiago, MA RESIDENT at 12/22/23 1532

**Progress Notes by Shane Turner, PA-C at 12/22/2023 1515**

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/27/23 0754 | Encounter Date: 12/22/2023 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/27/23 0824 |

## Chief Complaint

Patient presents with
- Left Knee - Post Op
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

**HPI:**
Surgery: 18 days s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.
Surgeon: Zachary Adler MD

Linda J Larocque is doing well. She is taking Xarelto for DVT prophylaxis. She has been wearing the hinged knee brace locked in extension as directed. Otherwise, no new complaints.

**VITALS:**
BP 119/72 | Pulse 89 | Temp (Src) 97.9 (Temporal) | Resp 17 | Ht 5' 5"[historical[ (1.651 m) | Wt 0 lb (0 kg) | SaO2 96% | LMP 09/14/2009

**PHYSICAL EXAMINATION:**
General:        Healthy appearing patient who is cooperative with the exam.
Psych:          Appropriate and alert.
Skin:           Grossly benign, intact.

**EXTREMITY EXAM: Left knee**
Minor TTP throughout.
Incision is healing well with sutures intact.

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 12/22/2023

Page 532                      Printed by 71334 at 8/21/24 10:11 AM

MC_002383

## 12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

Moderate effusion with no erythema.
No ecchymosis.
Calf is supple and nontender.
ROM not tested per postop plan.

\+ EHL/FHL/TA/GS
Intact DP/SP/Tib nerve to light touch
CRT < 2 sec
2+ DP pulse

**IMAGING: 3 views left knee**
Intact appearing left total knee arthroplasty. Final read to follow by Zachary Adler MD.

**IMPRESSION:**
18 days s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.

**PLAN:**
Her sutures were removed and steri strips placed.
Finish Xarelto as directed at 3 weeks postop.
She was placed into a long leg cylinder fiberglass cast today.
She will be casted for a total of 2.5 months from today.
Continue WBAT in the cast.
RTC in 2 weeks for cast check or sooner if needed.

Linda J Larocque was given ample opportunity to ask questions. All questions were answered to the patients satisfaction prior to leaving the office today.

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 12/27/23 0754
Electronically signed by Zachary B Adler, MD at 12/27/23 0824

**Nursing Note by Andrea J Steele, MA at 12/22/2023 1515**

| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 12/22/23 1827 | Encounter Date: 12/22/2023 | Status: Signed |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

Surgical incision area washed with rubbing alcohol 70%. Sutures/staples removed & steri strips placed. Patient tolerated procedure well and without complications. All procedures done per Shane Turner, PAC.

Applied long leg cylindar fiberglass cast to Left LE per and assisted by Shane Turner, PAC. Patient tolerated procedure well and without complication. Cast/splint care given verbally & written in Patient Instructions. Patient has good capillary refill before, during and after the procedure. Patient's questions were answered. Patient denied any complaints with the comfort of the cast/splint.

Electronically signed by Andrea J Steele, MA at 12/22/23 1827

**Medication List**

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 12/22/2023
Page 533                                  Printed by 71334 at 8/21/24 10:11 AM

MC_002384

## 12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

###### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

###### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

###### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

###### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

###### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/23/2023
Quantity: 27 mL

Discontinued on: 1/31/2024

Ordered on: 10/23/2023
End date: 1/31/2024
Refill: No refills remaining

###### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD

Ordered on: 11/8/2023

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 534

Printed by 71334 at 8/21/24 10:11 AM

MC_002385

## 12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Start date: 11/8/2023 | Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023
Start date: 12/7/2023 | End date: 5/24/2024
Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023
Start date: 12/7/2023 | End date: 1/6/2024
Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.
Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023
Start date: 12/8/2023 | End date: 12/22/2023
Quantity: 84 Tablet | Refill: No refills remaining

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023
Start date: 12/8/2023 | End date: 5/28/2024
Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.
Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023
Start date: 12/8/2023 | End date: 12/25/2023
Quantity: 17 Tablet | Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023
Start date: 12/8/2023 | End date: 5/24/2024
Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023
Start date: 12/14/2023 | Quantity: 1 Kit
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 535

Printed by 71334 at 8/21/24 10:11 AM

MC_002386

## 12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

Authorized by: Rachel D Dawson, MD
Start date: 12/19/2023
Quantity: 160 Tablet

Ordered on: 12/19/2023
End date: 1/4/2024
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Discontinued on: 1/4/2024
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 1/18/2024
Quantity: 160 Tablet

Ordered on: 12/19/2023
End date: 1/4/2024
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Discontinued on: 1/4/2024
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 2/17/2024
Quantity: 160 Tablet

Ordered on: 12/19/2023
End date: 1/4/2024
Refill: No refills remaining

**Stopped in Visit**

None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [757084470] (Final result)

| XR Knee 1 or 2 Views Left [757084470] | Resulted: 12/22/23 1548, Result status: Final result |
| --- | --- |

Ordering provider: Shane Turner, PA-C  12/22/23 1544
Order status: Completed
Filed by: Zachary B Adler, MD  12/22/23 1747
Performed: 12/22/23 1548 - 12/22/23 1558
Accession number: 31047945
Impression:
Radiographs obtained, reviewed, and interpreted by me: 3 views of the left knee on 12/22/23

Prior studies for comparison are dated 12/4/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. The patella has been removed. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Shane Turner, PA-C on 12/22/23 1841

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**All Reviewers List**

Shane Turner, PA-C on 12/22/2023 18:41

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 536
Printed by 71334 at 8/21/24 10:11 AM

MC_002387

## 12/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Imaging (continued)

| Results | | (Order) |
| --- | --- | --- |

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Procedures**

**PR APPLY LONG LEG CAST [757084471] (Completed)**

| | |
| --- | --- |
| Electronically signed by: **Shane Turner, PA-C on 12/27/23 0754** | Status: **Completed** |
| Ordering user: Shane Turner, PA-C 12/27/23 0754 | Authorized by: Shane Turner, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 12/27/23 - | Class: Normal |
| Quantity: 1 | Released by: Shane Turner, PA-C 12/27/23 0754 |

Diagnoses
S/P revision of total knee, left [Z96.652] - S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**Supplies**

**C CST FG LNG LG 11YR+ [757084472] (Completed)**

| | |
| --- | --- |
| Electronically signed by: **Shane Turner, PA-C on 12/27/23 0754** | Status: **Completed** |
| Ordering user: Shane Turner, PA-C 12/27/23 0754 | Authorized by: Shane Turner, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 12/27/23 - | Class: Normal |
| Quantity: 1 | Released by: Shane Turner, PA-C 12/27/23 0754 |

Diagnoses
S/P revision of total knee, left [Z96.652] - S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 537

Printed by 71334 at 8/21/24 10:11 AM

MC_002388

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

**Flowsheets**

### Custom Formula Data

| Row Name | 12/22/23 1529 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 125.66 lbs -cs | | | | |
| Predicted Body Weight | 57 -cs | | | | |
| Length (cm) | 165.1 cm -cs | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -cs | | | | |
| IBW/kg (Calculated) Female | 57 kg -cs | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 57 -cs | | | | |
| Low Range Vt 6mL/kg | 342 mL/kg -cs | | | | |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -cs | | | | |
| Adult High Range Vt 10mL/kg | 570 mL/kg -cs | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) Female | 57 kg -cs | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -cs | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 88 mmHg -cs | | | | |

### Encounter Vitals

| Row Name | 12/22/23 1529 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 119/72 -cs | | | | |
| Pulse | 89 -cs | | | | |
| Resp | 17 -cs | | | | |
| Temp | 36.6 °C (97.9 °F) -cs | | | | |
| Temp src | Temporal -cs | | | | |
| SpO2 | 96 % -cs | | | | |
| Weight | —— 🖹 unable to obtain -cs | | | | |
| Height | 1.651 m (5' 5") 🖹 historical -cs | | | | |
| Pain Score | THREE/TEN -cs | | | | |
| Pain Loc | KNEE -cs | | | | |

**User Key**                                                   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| CS | Courtney Santiago, MA | Medical Assistant Resident | — |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 538                                                           Printed by 71334 at 8/21/24 10:11 AM

MC_002389

**Preferred Pharmacy (continued)**

**Flowsheets (continued)**

RESIDENT

**Patient Instructions**

## CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by: Andrea, OTC/CMA Orthopedic Tech & Shane Turner, PAC

Electronically signed by Andrea J Steele, MA at 12/22/23 1827

**After Visit Summary**

After Visit Summary (below)

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 539

Printed by 71334 at 8/21/24 10:11 AM

MC_002390

# MultiCare

## AFTER VISIT SUMMARY
**Linda J. Larocque** DoB: 2/9/1958
📅 12/22/2023 3:15 PM  ♀ MULTICARE ORTHOPEDICS & SPORTS MED CLNC - TACOMA 253-792-6555

### Instructions from Shane Turner, PA-C
Your personalized instructions can be found at the end of this document.

 Return in about 2 weeks
(around 1/5/2024) for Cast check .

### What's Next

| | | |
|---|---|---|
| JAN 5 2023 | POST OP with Shane Turner, PA-C<br>Friday January 5 8:30 AM (Arrive by 8:15 AM) | MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA<br>3124 S 19th St STE C340<br>Tacoma WA 98405-2453<br>253 792 6555 |

Imaging Referrals
XR Knee 1 or 2 Views Left

### PCP

| Primary Care Provider | Phone |
|---|---|
| Rachel D Dawson, MD | 253-792-6526 |

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

### Allergies as of 12/22/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |

### Today's Visit
You saw Shane Turner, PA-C on Friday December 22, 2023 for: Post Op of the Left Knee. The following issue was addressed: S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian).

| | |
|---|---|
| Blood Pressure<br>**119/72** | BMI<br>**42.10** |
| Height<br>**5' 5"** | Temperature (Temporal)<br>**97.9 °F** |
| Pulse<br>**89** | Respiration<br>**17** |
| Oxygen Saturation<br>**96%** | |

### MyChart Activation
MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/ and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/
.

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

Page 540

Printed by 71334 at 8/21/24 10:11 AM

MC_002391

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Allergies as of 12/22/2023 (continued)

| | Reaction Type |
|---|---|
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MC_002392

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Your Medication List As of December 22 2023 6:29 PM

(i) Always use your most recent med list.

| Medication | Instructions |
|---|---|
| acetaminophen 500 MG Tabs<br>TYLENOL<br>84 Tablet | Take 2 Tablets by mouth every 8 hours for 14 days. |
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>January 18, 2024 |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>February 17, 2024 |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc<br>1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| naloxone 1 mg/mL Soln<br>NARCAN<br>1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| ondansetron 4 MG Tabs<br>Zofran<br>21 Tablet | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. |

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 12/22/2023

Page 542                                  Printed by 71334 at 8/21/24 10:11 AM

MC_002393

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of December 22, 2023 6:29 PM

**\* OTHER**
1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done
by dr. clerc about three years ago
**According to our records, you may have been taking
this medication differently.**

**\* OTHER**
1 Each

Handicapped parking permit - permanent due to
inability to walk 200 feet due to an orthopedic
condition without an assistive device.

**rivaroxaban 10 mg Tabs**
Xarelto
17 Tablet

Take 1 Tablet by mouth each morning for 17 days.

**rosuvastatin 20 mg Tabs**
Crestor
90 Tablet

Take 1 Tablet by mouth each evening.

**senna 8.6 MG Tabs**
SENNA, SENOKOT
30 Tablet

Take 1 Tablet by mouth once daily.

**TechLite Pen Needles 31G X 8 MM Misc**
Insulin Pen Needle
100 Each

Use With victoza injections

**verapamil 240 MG Tbcr**
CALAN SR
90 Tablet

Take 1 Tablet by mouth once daily. May take a second
tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist

**Victoza 18 MG/3ML Sopn**
liraglutide
27 mL

Inject 1.8 mg under the skin once daily.

⊕ **\* This list has 5 medication(s) that are the same as other medications prescribed for you. Read the directions
carefully, and ask your doctor or other care provider to review them with you.**

**Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's
appointment. Review it with your doctor. Call your doctor if you have any medication questions.**

**Always update your medication list if you or your doctor:**
• **Change the type of medication you take**
• **Change a medication dose**
• **Stop a medication**
• **Start a new medication**

**Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.**

Linda J. Larocque (MRN: 172930) (CSN: 312860020) • Printed by [29111] at 12/22/2023 6:29 PM          Page 4 of 6  *Epic*

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 12/22/2023
Page 543                                            Printed by 71334 at 8/21/24 10:11 AM

MC_002394

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2433

MC_002395

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Instructions from Shane Turner, PA-C

### CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by: Andrea, OTC/CMA Orthopedic Tech & Shane Turner, PAC

**Messages**

**Appointment Scheduled**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/22/2023

MC_002396

## Preferred Pharmacy (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|------|-----|-------------------|
| Bkg, Mychart | Larocque, Linda J | 11/3/2023 3:10 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
   Visit Type: POST OP
   Date: 12/22/2023
         Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
   Provider: Shane Turner
   Time: 3:15 PM
   Length: 15 min

Appt Status: Scheduled

**Patient Instructions**

### CAST CARE INSTRUCTIONS

Keep your cast dry. Cover it well with a plastic bag and tape off when bathing. If you accidentally get it wet, try drying the area with a hairdryer (on cool). If that does not work give us a call. Please do not just stop by clinic, as we may need to arrange our schedules to accommodate you, and need to make sure we have a cast technician available.

For lower extremity casts & showering: Try putting a towel down on your shower floor to rest your bagged foot on. This will help prevent the two rough surfaces from rubbing a hole in the bottom of your bag.

Do not stick anything inside your cast to scratch an itch. If you accidentally cut yourself, it could get infected.

Your cast will be snug and tight the first day or two because it is new. It will loosen up on it's own in a couple of days.

Swelling can come and go, so the cast could fluctuate between loose and tight. This varies from patient to patient. This is absolutely normal and completely fine.

If the cast seems tight, try elevating the extremity above the level of your heart to alleviate this.

For arm casts: If your cast allows, keep your elbow and fingers moving as much as possible. This will help keep those joints from getting stiff, but also works like a pump action to keep those fluids moving, instead of getting trapped in your arm.

If the cast seems loose it is usually nothing to worry about, unless it is so loose it is rubbing a sore spot, or if you are able to completely slide the cast off. If this is the case, please call our offices to schedule a cast check for possible replacement.

MC_002397

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

Overall, if something does not feel right (too loose or too tight) or is hurting you, please do not hesitate to call us @ 253-792-6555.

Your cast was applied today by: Andrea, OTC/CMA Orthopedic Tech & Shane Turner, PAC

ALLENMORE BUILDING C       Larocque, Linda J
3124 S 19TH ST             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702       Visit date: 12/22/2023

Page 547                                   Printed by 71334 at 8/21/24 10:11 AM

MC_002398

Larocque, Linda J
MRN: 172930

## 12/21/2023 - MyChart Secure Pt Message in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 317596817

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/21/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information: | |
| | | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 66 year old | Employer: | |
| DOB: | 2/9/1958 (65 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| | | |
|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: |
| Guarantor Name: | | Acct ID: |
| Guarantor Address: | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | DOB: 2/9/1958 |
| Home Phone: | | |
| Guarantor's Employer: | | |
| Work Phone: | | |

### Primary Insurance

| | |
|---|---|
| Name of Insurance: | Group Name: |
| Subscriber Name: | Group #: |
| Subscriber DOB: | Ins ID#: |
| Pt Relationship to Sub: | |

### Secondary Insurance

| | |
|---|---|
| Name of Insurance: | Group Name: |
| Subscriber Name: | Group #: |
| Subscriber DOB: | Ins ID#: |
| Pt Relationship to Sub: | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/21/2023

Page 548

Printed by 71334 at 8/21/24 10:11 AM

MC_002399

## 12/21/2023 - MyChart Secure Pt Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

##### Encounter Provider

Amy J Goodwin, MA

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/21/2023 4:18 PM | Amy J Goodwin, MA | LAKEWOOD FP | LWMCC |

## Results                                                                (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Hydrocodone

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Lakewood Fp Nurse Pool (supporting Rachel D Dawson, MD) | 1/4/2024 6:22 PM |

Dr. Dawson,
Thank you for your attention regarding this matter. We really appreciate you and Sarah in all you do for us. Linda and Steve

#### Hydrocodone

| From | To | Sent and Delivered |
|---|---|---|
| Rachel D Dawson, MD | Larocque, Linda J | 1/4/2024 5:37 PM |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/21/2023

MC_002400

## Preferred Pharmacy (continued)

**Messages (continued)**

Last Read in MyChart
4/5/2024 12:52 PM by Linda J Larocque

---

That is awful news - I called  safeway pharmacy and they told us that the shortage is going to be for quite awhile
- government regulations seem to be at the root of the shortage
so Thanks for letting me know

We are going to switch you and your husband both over to tramadol at the equivalent dose
Start at 50 mg twice daily day 1 and then increase to 100 mg twice daily for 2 days then increase to 100 mg
three times daily
Take tylenol 1000 mg twice daily

For your husband it will be the same

There may be some withdrawal from the hydrocodone I anticipate which could include the following:
Muscle, bone, and joint aches and pain which should be managed with the tramadol
Flu-like feeling
Sweating
Runny nose
Headache
Chills
Nausea or vomiting for which we can use zofran
Cramping or diarrhea for which you can use imodium ad otc
Insomnia or disturbed sleep for which you can use benadryl 50 mg otc
Teary eyes
Tremors
Anxiety or restlessness
Gooseflesh
Heart pounding
Agitation
Skin-crawling

I will send over orders for your and your husband
Rachel D Dawson, MD

---

**Hydrocodone**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Lakewood Fp Nurse Pool (supporting Rachel D Dawson, MD) | 1/4/2024  4:06 PM |

---

Dr. Dawson,
there's absolutely NO available Vicodin anywhere in town. Steve and I have tried Safeway,
Allenmore, TGH pharmacy, the small family clinic @512 MLK, Rite Aids stores. I guess the

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/21/2023

Page 550

Printed by 71334 at 8/21/24 10:11 AM

MC_002401

## Preferred Pharmacy (continued)

**Messages (continued)**

government is regulating the pharmacies and are only allowed so much per month. Our Safeway pharmacist suggested another medication of the same or equal value... this is going to be happening for a while.  Would I be able get something I have 3 days left.   Also, could you please fill a prescription for Steve
he has one day left ...I don't want to have to take him to ER for care. thank you, Linda and Happy New Year,

### Hydrocodone

| From | To | Sent and Delivered |
|---|---|---|
| Rachel D Dawson, MD | Larocque, Linda J | 1/4/2024 11:37 AM |
| Last Read in MyChart | | |
| 4/5/2024 12:52 PM by Linda J Larocque | | |

Ok so I cancelled the future orders for costco
And sent a new order for 160 tabs for safeway
Rachel D Dawson, MD

### Hydrocodone

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Lakewood Fp Nurse Pool (supporting Amy J Goodwin, MA) | 1/4/2024 10:55 AM |

Dr .Dawson.
 the remaining medication cannot be filled according to my pain management contract. The pharmacist at Costco said that on December 19,2023 that only 90 count  was available  that i could take the 90 but would not get the remining 70 count...and going into a 3 day holiday weekend and my pain meds from knee surgery on dec 4,2023, I had no choice but to take the 90 and lose the 70....now need prescription refill for the month of Jan 2024 and changed back over to Safeway pharmacy on 56th and Park Ave instead of Costco. thank you Linda

### Hydrocodone

| From | To | Sent and Delivered |
|---|---|---|
| Amy J Goodwin, MA | Larocque, Linda J | 12/21/2023  4:18 PM |
| Last Read in MyChart | | |
| 1/4/2024  6:12 PM by Linda J Larocque | | |

Liinda,

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/21/2023

MC_002402

## Preferred Pharmacy (continued)

**Messages (continued)**

Dr Dawson has reviewed your chart and states that you should have enough medication to get you through the end of the year. The remaining can be filled when the pharmacy has it back in stock

Amy CMA

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/21/2023

Page 552

Printed by 71334 at 8/21/24 10:11 AM

MC_002403

## 12/20/2023 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 317464099

### Account Information

| Admit Date | HAR# | Pt Class | | Hospital Svc | Bed |
|---|---|---|---|---|---|
| 12/20/2023 | | | | No service for | |
| **Admitting Physician:** | | | | **Chief Complaint:** | Orders |
| | | | | **Adm Dx:** | |
| | | | | | Gestational Age: <None> |

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Work Phone | Not on file. |
| | | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD

**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

Page 553

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/20/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002404

## 12/20/2023 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Orders, onset date 12/20/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 12/20/2023 3:17 PM | Laurie Rudy, LPN | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Laurie Rudy, LPN at 12/20/2023 1517

| Author: Laurie Rudy, LPN | Service: — | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 12/20/23 1517 | Encounter Date: 12/20/2023 | Status: Signed |
| Editor: Laurie Rudy, LPN (Licensed Practical Nurse) | | |

----- Message from Stephanie Willis sent at 12/20/2023  9:48 AM PST -----
Regarding: Rx
Pt Name: Linda J Larocque

Name of Caller: Linda

Relationship to Patient: self

Preferred Contact Number: 253-273-7247

Preferred Call Back Time: Anytime

PCP: Rachel D Dawson, MD

Reason for call:Pt called in today as she went to get E-script filled and they only had 90 available and mentioned that she is 70+ short we are going into the holiday weekend and would like to know other options and would like to see if she can get a hard script to take to another Pharmacy as all the Safeway's are out and Costco gave the last they had in stock.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/20/2023

Page 554

Printed by 71334 at 8/21/24 10:11 AM

MC_002405

## 12/20/2023 - Telephone in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Would like a call from Sarah and/or Dr. Dawson as soon as possible

Duration of concern: x1day

Would you like a response via My Chart: Yes
Okay to leave a message if voicemail is reached: Yes
Educate: Please be advised that return calls from the clinic may take up to 24 - 48 hours Yes

Stephanie Willis.  12/20/2023.  9:48 AM

Electronically signed by Laurie Rudy, LPN at 12/20/23 1517

### Telephone Encounter by Rachel D Dawson, MD at 12/21/2023 1339

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 12/21/23 1724 | Encounter Date: 12/20/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

She should be fine through the end of the year with the 90 tabs she picked up on 12/19
Is her pharmacy not going to try to get her the other 70 tabs by then?
Please call her pharmacy and verify the plan
Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 12/21/23 1724

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 12/21/2023 1723

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 12/21/23 1724 | Encounter Date: 12/20/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Called and left a detailed vm thread dr dawson message and to call us back if needed.

Electronically signed by Sarah A Tryon, LVN/LPN at 12/21/23 1724

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/20/2023

Page 555

Printed by 71334 at 8/21/24 10:11 AM

MC_002406

## 12/20/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/20/2023

Page 556

Printed by 71334 at 8/21/24 10:11 AM

MC_002407

## 12/20/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 1/6/2024 |
| Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024 |

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/22/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/25/2023 |
| Quantity: 17 Tablet | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 12/19/2023 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/20/2023

Page 557

Printed by 71334 at 8/21/24 10:11 AM

MC_002408

## 12/20/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 1/18/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 2/17/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/20/2023

Page 558

Printed by 71334 at 8/21/24 10:11 AM

MC_002409

**12/19/2023 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 317322759

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/19/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request; Rx Refil*
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:**   Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| | |
|---|---|
| **Name of Insurance:** | **Group Name:** |
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW           Visit date: 12/19/2023
LAKEWOOD WA 98499-2767

Page 559                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002410

## 12/19/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

* Refill Request (Norco-costco95), onset date 12/19/2023
* Rx Refill Center - Control Medication, onset date 12/19/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 12/19/2023 2:43 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Caleb L Watters at 12/19/2023 1443

| | | |
|---|---|---|
| Author: Caleb L Watters | Service: Pharmacy | Author Type: — |
| Filed: 12/19/23 1445 | Encounter Date: 12/19/2023 | Status: Addendum |
| Editor: Caleb L Watters | | |

## Pharmacy Refill Center Support Note
## Controlled Substance

## Clinical Follow Up - BOS:
*There is no back office staff staging for this refill request.*
*Route message to PCP*

## PRC Case Review
*Clinical content:*
**not a dupe: safeway is out of stock, please resend to costco instead**
*Last dispensed: 11/08/23*
*Last Prescribed on 12/14/23, #160, R 0 (to safeway)*
*Last encounter with Rachel D Dawson, MD: 12/14/2023.*
*Next appointment with PCP: Visit date not found*

## The most relevant results are;
The last BMP result was
## Na

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2023

Page 560

Printed by 71334 at 8/21/24 10:11 AM

MC_002411

## 12/19/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 140 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 4.0 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 16 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

The last SGOT result was
**SGOT/AST**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/26/2023 | 22 | 5 - 40 IU/L | Final |

The last SGPT result was
**SGPT/ALT**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/26/2023 | 23 | 6 - 60 IU/L | Final |

**Amphetamine scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Barbiturate scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Benzodiazepin scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Cannabinoid scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 09/03/2020 | Negative    ( <50 ng/mL) | | Final |

**Cocaine metabol ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Methadone scr urine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2023

Page 561

Printed by 71334 at 8/21/24 10:11 AM

MC_002412

## 12/19/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| 05/25/2022 | Negative | Negative | Final |
|---|---|---|---|

### Oxycodone ur

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 05/25/2022 | Negative | Negative | Final |

### Comment

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 09/03/2020 | | | Final |

Comment:
*Negative = no drug detected at defined sensitivity limits. Confirm positives by alternate method if medically indicated. Test results for medical purposes only, not for forensic, evidentiary, employment, criminal prosecution.*


----- Message from Angeline Phouksouvath sent at 12/19/2023  2:36 PM PST -----
## Staging Comments:   not a dupe: safeway is out of stock, please resend to costco instead   ##


Pt Name: Linda J Larocque
DOB: 2/9/1958
Name of Caller: Linda
Relationship to Patient: self

Contact Number: There are no phone numbers on file.
PCP: Rachel D Dawson, MD

Drug Name: hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Patient Stated Dose:
Prescribing Provider: Rachel D Dawson, MD
How many days do you have left: 0


Has patient contacted their pharmacy: No


COSTCO PHARMACY # 95 - TACOMA, WA
2219 SOUTH 37TH STREET
TACOMA WA 98409
Phone: 253-671-6002 Fax: 253-671-6009


Would you like a response via My Chart: No
Okay to leave a detailed messages if voice mail is reached: Yes

Angeline Phouksouvath. 12/19/2023. 2:36 PM

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2023

Page 562

Printed by 71334 at 8/21/24 10:11 AM

MC_002413

## 12/19/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Electronically signed by Caleb L Watters at 12/19/23 1445

### Telephone Encounter by Amy J Goodwin, MA at 12/19/2023 1558

| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
|---|---|---|
| Filed: 12/19/23 1558 | Encounter Date: 12/19/2023 | Status: Signed |

Editor: Amy J Goodwin, MA (Medical Assistant)

Pending Prescriptions:                  Disp   Refills
 hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
       pain (chronic pain syndrome exempt).

-------------------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 12/19/23 1558

### Telephone Encounter by Rachel D Dawson, MD at 12/19/2023 1717

| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
|---|---|---|
| Filed: 12/19/23 1717 | Encounter Date: 12/19/2023 | Status: Signed |

Editor: Rachel D Dawson, MD (Physician)

Pending Prescriptions:                  Disp   Refills
 hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
       pain (chronic pain syndrome exempt).

-------------------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 12/19/23 1717

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 12/19/2023 1744

| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 12/20/23 0839 | Encounter Date: 12/19/2023 | Status: Signed |

Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse)

Message   rolled   out of   view   safe   out of   stock   needs   sent to   costco .

Electronically signed by Sarah A Tryon, LVN/LPN at 12/20/23 0839

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 12/19/2023 1744

| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 12/19/23 1744 | Encounter Date: 12/19/2023 | Status: Signed |

Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2023

Page 563

Printed by 71334 at 8/21/24 10:11 AM

MC_002414

## 12/19/2023 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

```
Pending Prescriptions:          Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
      pain (chronic pain syndrome exempt).
```

------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 12/19/23 1744

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 12/19/2023
LAKEWOOD WA 98499-2767

Page 564                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002415

## 12/19/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023
Start date: 9/14/2023 | Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023
Start date: 10/23/2023 | End date: 1/31/2024
Quantity: 27 mL | Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023
Start date: 11/8/2023 | Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023
Start date: 12/7/2023 | End date: 5/24/2024
Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023
Start date: 12/7/2023 | End date: 1/6/2024
Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.
Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023
Start date: 12/8/2023 | End date: 12/22/2023
Quantity: 84 Tablet | Refill: No refills remaining

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023
Start date: 12/8/2023 | End date: 5/28/2024
Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.
Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023
Start date: 12/8/2023 | End date: 12/25/2023
Quantity: 17 Tablet | Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2023

Page 565

Printed by 71334 at 8/21/24 10:11 AM

MC_002416

## 12/19/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 12/19/2023 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 1/18/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 2/17/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                                   (Order)

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

COSTCO PHARMACY # 95 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 2219 SOUTH 37TH STREET TACOMA WA 98409 | Not open 24 hours |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2023

Page 566

Printed by 71334 at 8/21/24 10:11 AM

MC_002417

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-671-6002 | 253-671-6009 |

**Patient Instructions**

None

MULTICARE LAKEWOOD    Larocque, Linda J
CLINIC                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW      Visit date: 12/19/2023
LAKEWOOD WA 98499-2767

Page 567                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002418

## 12/15/2023 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
                                        **CSN:** 316930367

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/15/2023 | | | No service for | |

**Admitting Physician:**     **Chief Complaint:** Refill Request; Rx Refil*
                             **Adm Dx:**

                             Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone      Not on file.
Work Phone      Not on file.
Mobile          253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self          **Acct Type:**
**Guarantor Name:**                             **Acct ID:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509          **DOB:** 2/9/1958
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

**Name of Insurance:**          **Group Name:**
**Subscriber Name:**            **Group #:**
**Subscriber DOB:**             **Ins ID#:**
**Pt Relationship to Sub:**

### Secondary Insurance

**Name of Insurance:**          **Group Name:**
**Subscriber Name:**            **Group #:**
**Subscriber DOB:**             **Ins ID#:**
**Pt Relationship to Sub:**

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 12/15/2023
LAKEWOOD WA 98499-2767

Page 568                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002419

## 12/15/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request, onset date 12/15/2023
- Rx Refill Center - MD Preference, onset date 12/15/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/15/2023 8:32 AM | Amy J Goodwin, MA | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Amy J Goodwin, MA at 12/15/2023 0832

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 12/19/23 1720 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

Safeway out of medication patient request script sent to Costco

Electronically signed by Amy J Goodwin, MA at 12/19/23 1720

#### Telephone Encounter by Edlyn F Warner at 12/15/2023 1633

| | | |
|---|---|---|
| Author: Edlyn F Warner | Service: — | Author Type: — |
| Filed: 12/19/23 1720 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: Edlyn F Warner | | |

Pt called to follow up.

Electronically signed by Edlyn F Warner at 12/19/23 1720

#### Telephone Encounter by Angeline Phouksouvath at 12/18/2023 1039

| | | |
|---|---|---|
| Author: Angeline Phouksouvath | Service: — | Author Type: — |
| Filed: 12/19/23 1720 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: Angeline Phouksouvath | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 569

Printed by 71334 at 8/21/24 10:11 AM

MC_002420

## 12/15/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Not a duplicate refill request.**

Reason for call: Patient called to check status of RX -- Safeway is out of stock, please resend to Costco.

Duration of concern: 1
Would you like a response via My Chart: No
Okay to leave a message if voicemail is reached: Yes
Is patient aware that call backs are made in between patients and after clinic is over and may take up to 24 to 48 hours? Yes

Angeline Phouksouvath. 12/18/2023. 10:39 AM

Electronically signed by Angeline Phouksouvath at 12/19/23 1720

### Telephone Encounter by Rachel D Dawson, MD at 12/18/2023 1724

| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
|---|---|---|
| Filed: 12/19/23 1720 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Her norco was ordered 12/14 last week
Did something happen?
Pdmp shows nothing
Can you call safeway?
Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 12/19/23 1720

### Telephone Encounter by Rachel D Dawson, MD at 12/18/2023 1725

| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
|---|---|---|
| Filed: 12/18/23 1725 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Pending Prescriptions:　　　　　　Disp　Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 12/18/23 1725

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 12/18/2023 1738

| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 12/18/23 1738 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 570

Printed by 71334 at 8/21/24 10:11 AM

MC_002421

## 12/15/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Pending Prescriptions:          Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

--------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 12/18/23 1738

---

**Telephone Encounter by De Anna M Stoltenberg, PHARM D at 12/18/2023 1800**

| | | |
|---|---|---|
| Author: De Anna M Stoltenberg, PHARM D | Service: — | Author Type: Pharmacist |
| Filed: 12/18/23 1803 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: De Anna M Stoltenberg, PHARM D (Pharmacist) | | |

## Please see below:
## Patient is asking for order to be sent to Costco.  Safeway is out of the ordered medication

Electronically signed by De Anna M Stoltenberg, PHARM D at 12/18/23 1803

---

**Telephone Encounter by De Anna M Stoltenberg, PHARM D at 12/18/2023 1803**

| | | |
|---|---|---|
| Author: De Anna M Stoltenberg, PHARM D | Service: — | Author Type: Pharmacist |
| Filed: 12/18/23 1803 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: De Anna M Stoltenberg, PHARM D (Pharmacist) | | |

Pending Prescriptions:          Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

--------------------------------------------------------------

Electronically signed by De Anna M Stoltenberg, PHARM D at 12/18/23 1803

---

**Telephone Encounter by Sarah A Tryon, LVN/LPN at 12/19/2023 0750**

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 12/19/23 0750 | Encounter Date: 12/15/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:          Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

--------------------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 12/19/23 0750

---

**Telephone Encounter by Rachel D Dawson, MD at 12/19/2023 1717**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 571                                                Printed by 71334 at 8/21/24 10:11 AM

MC_002422

## 12/15/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Filed: 12/19/23 1717         Encounter Date: 12/15/2023        Status: Signed
Editor: Rachel D Dawson, MD (Physician)
Pending Prescriptions:      Disp  Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 12/19/23 1717

### Telephone Encounter by Rachel D Dawson, MD at 12/19/2023 1717

Author: Rachel D Dawson, MD      Service: Family Medicine      Author Type: Physician
Filed: 12/19/23 1717         Encounter Date: 12/15/2023        Status: Signed
Editor: Rachel D Dawson, MD (Physician)
Pending Prescriptions:      Disp  Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 12/19/23 1717

### Telephone Encounter by Rachel D Dawson, MD at 12/19/2023 1717

Author: Rachel D Dawson, MD      Service: Family Medicine      Author Type: Physician
Filed: 12/19/23 1717         Encounter Date: 12/15/2023        Status: Signed
Editor: Rachel D Dawson, MD (Physician)
Pending Prescriptions:      Disp  Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 12/19/23 1717

### Telephone Encounter by Rachel D Dawson, MD at 12/19/2023 1720

Author: Rachel D Dawson, MD      Service: Family Medicine      Author Type: Physician
Filed: 12/19/23 1720         Encounter Date: 12/15/2023        Status: Signed
Editor: Rachel D Dawson, MD (Physician)
Signed Prescriptions:      Disp  Refills  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0    Sig: Take 1-2 Tablets by mouth every 6 hours as needed for    pain (chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0    Sig: Take 1-2 Tablets by mouth every 6 hours as needed for    pain (chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0    Sig: Take 1-2 Tablets by mouth every 6 hours as needed for    pain (chronic pain syndrome exempt).Authorizing Provider: DAWSON, RACHEL D-----------------------------------------------------------------------

MULTICARE LAKEWOOD    Larocque, Linda J
CLINIC                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW       Visit date: 12/15/2023
LAKEWOOD WA 98499-2767

Page 572                         Printed by 71334 at 8/21/24 10:11 AM

MC_002423

## 12/15/2023 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Rachel D Dawson, MD at 12/19/23 1720

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

##### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 573

Printed by 71334 at 8/21/24 10:11 AM

MC_002424

## 12/15/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Quantity: 27 mL                                  Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD              Ordered on: 11/8/2023
Start date: 11/8/2023                         Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA            Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C             Ordered on: 12/7/2023
Start date: 12/7/2023                         End date: 5/24/2024
Quantity: 30 Tablet                           Refill: 2 refills by 12/6/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 1/10/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD            Ordered on: 12/7/2023
Start date: 12/7/2023                         End date: 1/6/2024
Quantity: 15 Tablet                           Refill: 2 refills by 6/4/2024

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.
Authorized by: Shane Turner, PA-C             Ordered on: 12/8/2023
Start date: 12/8/2023                         End date: 12/22/2023
Quantity: 84 Tablet                           Refill: No refills remaining

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C             Ordered on: 12/8/2023
Start date: 12/8/2023                         End date: 5/28/2024
Quantity: 30 Tablet                           Refill: 1 refill by 12/7/2024

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.
Authorized by: Shane Turner, PA-C             Ordered on: 12/8/2023
Start date: 12/8/2023                         End date: 12/25/2023
Quantity: 17 Tablet                           Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA            Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C             Ordered on: 12/8/2023
Start date: 12/8/2023                         End date: 5/24/2024
Quantity: 21 Tablet                           Refill: 1 refill by 12/7/2024

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 574

Printed by 71334 at 8/21/24 10:11 AM

MC_002425

## 12/15/2023 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 12/19/2023 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 1/18/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/4/2024 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/19/2023 |
| Start date: 2/17/2024 | End date: 1/4/2024 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**Stopped in Visit**

None

| Results | (Order ) |
|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

COSTCO PHARMACY # 95 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 2219 SOUTH 37TH STREET<br>TACOMA WA 98409 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-671-6002 | 253-671-6009 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 575

Printed by 71334 at 8/21/24 10:11 AM

MC_002426

## 12/15/2023 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**   **MRN:** 172930
**CSN:** 316960047

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 12/15/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information:<br>Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:**  Rachel D Dawson, MD   **Employer Phone:**
**Referring Physician:**   **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 576   Printed by 71334 at 8/21/24 10:11 AM

MC_002427

## 12/15/2023 - Health Maintenance Letter (continued)

*Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Call Information**

| | Department | Center |
|---|---|---|
| 12/15/2023 10:56 AM | | |

| Results | | (Order) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Messages**

**Health Reminders**

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 12/15/2023 10:56 AM |
| Last Read in MyChart | | |
| 12/16/2023 4:07 PM by Linda J Larocque | | |

December 15, 2023

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place. In the spirit of maintaining your good health, our electronic system

TACOMA GENERAL          Larocque, Linda J
HOSPITAL                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 12/15/2023
WAY
TACOMA WA 98405-4234

Page 577                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002428

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Diabetes: Blood Sugar Control (Test: Hga1c)
Annual Preventative Visit

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.

Sincerely,

MyChart Team

**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/15/2023

Page 578

Printed by 71334 at 8/21/24 10:11 AM

MC_002429

## 12/14/2023 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 316505613

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/14/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Surgery Followup
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | PSR AETNA PRIME | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| Name of Insurance: | Group Name: | |
| Subscriber Name: | Group #: | |
| Subscriber DOB: | Ins ID#: | |
| Pt Relationship to Sub: | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 579

Printed by 71334 at 8/21/24 10:11 AM

MC_002430

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Surgery Followup

### Visit Diagnoses

- **Chronic pain syndrome (primary) [G89.4]**
- H/O knee surgery [Z98.890]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN |

| Log History |
|---|
| LOS History |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/14/2023 11:00 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Progress Notes by Rachel D Dawson, MD at 12/14/2023 1100

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 01/08/24 1134 | Encounter Date: 12/14/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 65 year old female is here for follow up of recent hospital admission to allenmore hospital on 12/4/2023 to 12/8/2023 for
Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 580

Printed by 71334 at 8/21/24 10:11 AM

MC_002431

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]
Hospital records have been requested and reviewed including pending diagnostic tests and treatments
**START taking these medications**

**acetaminophen 500 MG Tabs**
Commonly known as: TYLENOL
Take 2 Tablets by mouth every 8 hours for 14 days.

**cephaLEXin 500 MG Caps**
Commonly known as: KEFLEX
Take 1 Capsule by mouth three times a day for 6 days.

**HYDROmorphone 2 MG Tabs**
Commonly known as: Dilaudid
Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days.

**morPHINE 15 MG Tbcr**
Commonly known as: MS Contin
Take 1 Tablet by mouth every 12 hours for 7 days.

**ondansetron 4 MG Tabs**
Commonly known as: Zofran
Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

**rivaroxaban 10 mg Tabs**
Commonly known as: Xarelto
Take 1 Tablet by mouth each morning for 17 days.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

The transitional care coordination note has not been reviewed.

Appropriate referrals and community resources have been arranged.

Currently the patient is feeling .
Pt was given morphine 15 mg twice daily at discharge to use for 7 days 14 tabs  to finish 12/14
Along with dilaudid 4 mg 1-2 tabs every 4 hours for 5 days at discharge to finish 12/12
60 tabs

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 581

Printed by 71334 at 8/21/24 10:11 AM

MC_002432

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

Clinical Notes (continued)

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 2 |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 0 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 1 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - | 1 Each | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 582

Printed by 71334 at 8/21/24 10:11 AM

MC_002433

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

|  |  |  |  |
|---|---|---|---|
|  | permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |  |  |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

No current facility-administered medications on file prior to visit.

**Vitals:**

|  | 12/14/23 1123 |
|---|---|
| BP: | 102/60 |
| Pulse: | 94 |
| Resp: | 18 |
| Temp: | 36 °C (96.8 °F) |
| Weight: | 114.8 kg (253 lb) |
| Height: | 1.651 m (5' 5") |

general no acute distress
Lungs cta
ms smiling cheerful
ext nl postop edema, minimal calf tenderness
Well healing surgical scar
skin without rashes

(G89.4) Chronic pain syndrome (primary encounter diagnosis)
Comment:
Plan: on coat w/ acute surgical post op pain

(Z98.890) H/O knee surgery
Comment:
Plan:

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 583

Printed by 71334 at 8/21/24 10:11 AM

MC_002434

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

## Patient Instructions
Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]

The plan is to stop morphine 12/14 and switch over to hydrocodone
Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 01/08/24 1134



### Medication List

#### Medication List

> ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

###### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 584

Printed by 71334 at 8/21/24 10:11 AM

MC_002435

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

Refill: 3 refills by 7/2/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 1/6/2024 |
| Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024 |

### acetaminophen (TYLENOL) 500 MG Tab

| | |
|---|---|
| Instructions: Take 2 Tablets by mouth every 8 hours for 14 days. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/22/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 585

Printed by 71334 at 8/21/24 10:11 AM

MC_002436

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

Start date: 12/8/2023      End date: 5/28/2024
Quantity: 30 Tablet      Refill: 1 refill by 12/7/2024

### cephaLEXin (KEFLEX) 500 MG Caps

Instructions: Take 1 Capsule by mouth three times a day for 6 days.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 12/14/2023
Quantity: 18 Capsule      Refill: No refills remaining

### morPHINE (MS CONTIN) 15 MG Tab CR

Instructions: Take 1 Tablet by mouth every 12 hours for 7 days.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 12/15/2023
Quantity: 14 Tablet      Refill: No refills remaining

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 12/25/2023
Quantity: 17 Tablet      Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA      Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C      Ordered on: 12/8/2023
Start date: 12/8/2023      End date: 5/24/2024
Quantity: 21 Tablet      Refill: 1 refill by 12/7/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 12/19/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 12/14/2023
Start date: 12/14/2023      End date: 12/19/2023
Quantity: 160 Tablet      Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 12/19/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 12/14/2023
Start date: 1/13/2024      End date: 12/19/2023
Quantity: 160 Tablet      Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 12/19/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD      Ordered on: 12/14/2023
Start date: 2/12/2024      End date: 12/19/2023
Quantity: 160 Tablet      Refill: No refills remaining

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD      Ordered on: 12/14/2023
Start date: 12/14/2023      Quantity: 1 Kit
Refill: No refills remaining

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 586      Printed by 71334 at 8/21/24 10:11 AM

MC_002437

## 12/14/2023 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### Stopped in Visit
None

## Results          (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Flowsheets**

#### Custom Formula Data

| Row Name | 12/14/23 1123 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 125.66 lbs -ST | | | | |
| Adjusted Body Weight | 176.6 lbs -ST | | | | |
| % Over/Under Ideal Body Weight | 101.34 -ST | | | | |
| Predicted Body Weight | 57 -ST | | | | |
| Length (cm) | 165.1 cm -ST | | | | |
| IBW/kg (Calculated) Male | 61.5 kg -ST | | | | |
| IBW/kg (Calculated) Female | 57 kg -ST | | | | |
| BSA (Calculated - sq m) | 2.29 sq meters -ST | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 74 mmHg -ST | | | | |
| BMI | | | | | |
| BMI (Calculated) | 42.1 -ST | | | | |
| Adult IBW/VT Calculations | | | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 587

Printed by 71334 at 8/21/24 10:11 AM

MC_002438

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| IBW/kg (Calculated) | 57 -ST |
| Low Range Vt 6mL/kg | 342 mL/kg -ST |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -ST |
| Adult High Range Vt 10mL/kg | 570 mL/kg -ST |

Vital Signs

| | |
|---|---|
| BMI (Calculated) | 42.1 -ST |

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 57 kg -ST |
| IBW/kg (Calculated) Male | 61.5 kg -ST |

### Encounter Vitals

| Row Name | 12/14/23 1123 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 102/60 -ST | | | | |
| Pulse | 94 -ST | | | | |
| Resp | 18 -ST | | | | |
| Temp | 36 °C (96.8 °F) -ST | | | | |
| Temp src | Temporal -ST | | | | |
| SpO2 | 97 % -ST | | | | |
| Weight | 114.8 kg (253 lb) measured -ST | | | | |
| Height | 1.651 m (5' 5") measured -ST | | | | |
| Pain Score | FIVE/TEN -ST | | | | |
| Pain Loc | KNEE -ST | | | | |
| Pain Education | Yes -ST | | | | |
| OTHER | | | | | |
| BP Site | Left upper arm -ST | | | | |
| Pt Position for BP | Sitting -ST | | | | |
| Cuff Size | Adult -ST | | | | |

User Key                                         (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| ST | Sarah A Tryon, LVN/LPN | Licensed Practical Nurse | Nursing |

### Patient Instructions

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 588

Printed by 71334 at 8/21/24 10:11 AM

MC_002439

## Preferred Pharmacy (continued)

Patient Instructions (continued)

Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]

The plan is to stop morphine 12/14 and switch over to hydrocodone

Electronically signed by Rachel D Dawson, MD at 12/14/23 1130

### After Visit Summary

After Visit Summary (below)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 589

Printed by 71334 at 8/21/24 10:11 AM

MC_002440

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

# MultiCare �れ

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958     📅 12/14/2023 11:00 AM  ♀ Lakewood Family Practice 253-792-6526

### Instructions from Rachel D Dawson, MD

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487]
(TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON,
PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]

The plan is to stop morphine 12/14 and switch over to hydrocodone

### Today's medication changes

⊘ **START** taking:
**hydrocodone-acetaminophen (Norco)**
This medication has multiple start dates; refer to the
medication list below for more details.

**naloxone (NARCAN)**

Accurate as of December 14, 2023 11:37 AM.
**See the end of the After Visit Summary for your complete,
current medication list.**

Pick up these medications at I-A. HWAY PHARMACY
#1904 - TACOMA, WA

hydrocodone-acetaminophen (3 prescriptions) • naloxone

Address: 707 S 56TH STREET, TACOMA WA 98408
Phone: 253-471-1730

### Today's Visit

You saw Rachel D Dawson, MD on
Thursday December 14, 2023 for: Surgery
Followup.

| | |
|---|---|
| Blood Pressure **102/60** | BMI **42.10** |
| Weight **253 lb** | Height **5' 5"** |
| Temperature (Temporal) **96.8 °F** | Pulse **94** |
| Respiration **18** | Oxygen Saturation **97%** |

### MyChart Activation

MyChart is your free online resource to
schedule your appointments, see your
test results, review and refill your
medications, get trusted health advice,
contact your provider, pay bills, and do so
much more. Go to
https://mychart.multicare.org/
MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart
at
https://mychart.multicare.org/
MyMultiCare/

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 590

Printed by 71334 at 8/21/24 10:11 AM

MC_002441

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

### What's Next

DEC
22
2023   POST OP with Shane Turner, PA-C
Friday December 22 3:15 PM (Arrive by 3:00 PM)

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C240
Tacoma WA 98405-2403
253-792-6555

### PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

### Allergies as of 12/14/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002442

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List as of December 14 2023 11:37 AM

ⓘ Always use your most recent med list.

| | |
|---|---|
| acetaminophen 500 MG Tabs <br> TYLENOL <br> 84 Tablet | Take 2 Tablets by mouth every 8 hours for 14 days. |
| alprazolam 0.25 MG Tabs <br> Xanax <br> 15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| cephaLEXin 500 MG Caps <br> KEFLEX <br> 18 Capsule | Take 1 Capsule by mouth three times a day for 6 days. |
| duloxetine 60 MG Cpep <br> Cymbalta <br> 180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps <br> Microzide <br> 90 Capsule | Take 1 Capsule by mouth once daily. |
| * hydrocodone-acetaminophen 10-325 MG Tabs <br> Norco <br> 160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| * hydrocodone-acetaminophen 10-325 MG Tabs <br> Norco <br> 160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). <br> January 13, 2024 |
| * hydrocodone-acetaminophen 10-325 MG Tabs <br> Norco <br> 160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). <br> February 12, 2024 |
| hydrOXYzine hcl 25 MG Tabs <br> ATARAX <br> 30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| lisinopril 20 MG Tabs <br> PRINIVIL, ZESTRIL <br> 100 Tablet | Take 1 Tablet by mouth once daily. |
| Misc. Devices Misc <br> 1 Each | Dispense one wheel chair with leg extenders/rests. <br> Dx: S86.812D, Z96.652 <br> LON: 12 weeks. |
| morPHINE 15 MG Tbcr <br> MS Contin <br> 14 Tablet | Take 1 Tablet by mouth every 12 hours for 7 days. |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 592

Printed by 71334 at 8/21/24 10:11 AM

MC_002443

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

Your Medication List (continued) as of December 14, 2023 11:37 AM

| naloxone 1 mg/mL Soln | Apply 2 mL to nostril(s) as needed for narcotic |
| ... ... NARCAN | reversal. Give 1 mg (1 mL) in each nostril (2 mg total); |
| ... 1 Kit | repeat in 3-5 minutes.. |

| ondansetron 4 MG Tabs | Take 1 Tablet by mouth every 8 hours as needed for |
| ... ... Zofran | nausea/vomiting. |
| ... 21 Tablet | |

| * OTHER | cpap equipment new mask and new hose |
| ... 1 Each | Adult obstructive sleep apnea - last sleep study done |
| | by dr. clerc about three years ago |
| | **According to our records, you may have been taking** |
| | **this medication differently.** |

| * OTHER | Handicapped parking permit - permanent due to |
| ... 1 Each | inability to walk 200 feet due to an orthopedic |
| | condition without an assistive device. |

| rivaroxaben 10 mg Tabs | Take 1 Tablet by mouth each morning for 17 days. |
| ... Xarelto | |
| ... 17 Tablet | |

| rosuvastatin 20 mg Tabs | Take 1 Tablet by mouth each evening. |
| ... Crestor | |
| ... 90 Tablet | |

| senna 8.6 MG Tabs | Take 1 Tablet by mouth once daily. |
| ... SENNA, SENOKOT | |
| ... 30 Tablet | |

| TechLite Pen Needles 31G X 8 MM Misc | Use With victoza injections |
| ... Insulin Pen Needle | |
| ... 100 Each | |

| verapamil 240 MG Tbcr | Take 1 Tablet by mouth once daily. May take a second |
| ... CALAN SR | tablet if having paroxysmal ventricular tachycardic |
| ... 90 Tablet | symptoms per cardiologist |

| Victoza 18 MG/3ML Sopn | Inject 1.8 mg under the skin once daily. |
| ... liraglutide | |
| ... 27 mL | |

⊕ * This list has 5 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                                       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                      Visit date: 12/14/2023
LAKEWOOD WA 98499-2767

MC_002444

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list
with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767

**Messages**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

MC_002445

## Preferred Pharmacy (continued)

**Messages (continued)**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 12/11/2023 5:49 PM |
| Last Read in MyChart | | |
| 12/13/2023 8:40 PM by Linda J Larocque | | |

## Appointment Information:
### Visit Type: Simple Visit
#### Date: 12/14/2023
##### Dept: Lakewood Family Practice
##### Provider: Rachel D Dawson
##### Time: 11:00 AM
##### Length: 30 min

### Appt Status: Scheduled

**Patient Instructions**

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]

The plan is to stop morphine 12/14 and switch over to hydrocodone

MULTICARE LAKEWOOD         Larocque, Linda J
CLINIC                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW           Visit date: 12/14/2023
LAKEWOOD WA 98499-2767

Page 595                                   Printed by 71334 at 8/21/24 10:11 AM

MC_002446

**12/14/2023 - MyChart Ask Your Doctor in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  MRN:  172930
CSN:  316909782

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/14/2023 | | | No service for | |

**Admitting Physician:**  

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | | Telephone Information: | | |
| | Tacoma WA 98408-5509 | | | Home Phone | Not on file. | |
| | | | | Work Phone | Not on file. | |
| **SSN:** | xxx-xx-5145 | | | Mobile | 253-273-7247 | |
| **Age:** | 66 year old | | | **Employer:** | | |
| **DOB:** | 2/9/1958 (65 yrs) | | | | No address on file. | |
| **Sex:** | female | | | | | |
| **Marital Status:** | Married | | | | | |

**Primary Care Physician:**   Rachel D Dawson, MD    **Employer Phone:**
**Referring Physician:**                                                    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 596                                              Printed by 71334 at 8/21/24 10:11 AM

MC_002447

## 12/14/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/14/2023 7:19 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 597

Printed by 71334 at 8/21/24 10:11 AM

MC_002448

**12/14/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)**

**Medication List (continued)**

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP          Ordered on: 7/3/2023
Start date: 7/3/2023                                             Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D          Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                          Ordered on: 7/11/2023
Start date: 7/11/2023                                                 End date: 2/13/2024
Quantity: 180 Capsule                                              Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 9/14/2023
Start date: 9/14/2023                                 Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD          Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/23/2023
Start date: 10/23/2023                                 End date: 1/31/2024
Quantity: 27 mL                                          Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic
symptoms per cardiologist
Authorized by: Daniel Guerra, MD          Ordered on: 11/8/2023
Start date: 11/8/2023                           Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA          Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C          Ordered on: 12/7/2023
Start date: 12/7/2023                             End date: 5/24/2024
Quantity: 30 Tablet                               Refill: 2 refills by 12/6/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 1/10/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 12/7/2023
Start date: 12/7/2023                                 End date: 1/6/2024
Quantity: 15 Tablet                                   Refill: 2 refills by 6/4/2024

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023                             End date: 12/22/2023
Quantity: 84 Tablet                               Refill: No refills remaining

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                      Visit date: 12/14/2023
LAKEWOOD WA 98499-2767

Page 598                                                                      Printed by 71334 at 8/21/24 10:11 AM

MC_002449

**12/14/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)**

**Medication List (continued)**

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### rivaroxaban (XARELTO) 10 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each morning for 17 days. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/25/2023 |
| Quantity: 17 Tablet | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/19/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | End date: 12/19/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/19/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 1/13/2024 | End date: 12/19/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/19/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 2/12/2024 | End date: 12/19/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

### Stopped in Visit

None

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 599

Printed by 71334 at 8/21/24 10:11 AM

MC_002450

## 12/14/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Medication List (continued)**

| Results | | (Order) |
|---|---|---|

### END OF IMAGING QUESTIONNAIRE REPORT

**Preferred Pharmacy**

**Messages**

**Urgent pharmacy change**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Dawson Message Pool (supporting Rachel D Dawson, MD) | 12/14/2023 7:19 PM |

Please send the pain medicine to Costco on 38th Street please. All Safeways are out of stock! Please call me ASAP to let me know that it was sent.

Thank you
Linda

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/14/2023

Page 600

Printed by 71334 at 8/21/24 10:11 AM

MC_002451

## 12/13/2023 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 316772402

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/13/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Medication Follow Up
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 12/13/2023
LAKEWOOD WA 98499-2767

MC_002452

## 12/13/2023 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Medication Follow Up, onset date 12/13/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/13/2023 5:40 PM | Sarah A Tryon, LVN/LPN | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Sarah A Tryon, LVN/LPN at 12/13/2023 1740

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 12/13/23 1749 | Encounter Date: 12/13/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Called and spoke with patient se is scheduled to see dr dawson tomorrow @ 11 am and will discuss the medication then .

Electronically signed by Sarah A Tryon, LVN/LPN at 12/13/23 1749

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                      Ordered on: 5/21/2019
Start date: 5/21/2019                                              Action: Patient taking differently
Quantity: 1 Each                                                     Refill: No refills remaining

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/13/2023

Page 602                                                Printed by 71334 at 8/21/24 10:11 AM

MC_002453

## 12/13/2023 - Telephone in Lakewood Family Practice (continued)

### Medication List (continued)

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/23/2023
Quantity: 27 mL

Discontinued on: 1/31/2024

Ordered on: 10/23/2023
End date: 1/31/2024
Refill: No refills remaining

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

#### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/13/2023

Page 603

Printed by 71334 at 8/21/24 10:11 AM

MC_002454

## 12/13/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 1/10/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 12/7/2023
Quantity: 15 Tablet

Ordered on: 12/7/2023
End date: 1/6/2024
Refill: 2 refills by 6/4/2024

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 84 Tablet

Ordered on: 12/8/2023
End date: 12/22/2023
Refill: No refills remaining

### HYDROmorphone (DILAUDID) 2 MG Tab

Instructions: Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 60 Tablet

Ordered on: 12/8/2023
End date: 12/13/2023
Refill: No refills remaining

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD      Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 30 Tablet

Ordered on: 12/8/2023
End date: 5/28/2024
Refill: 1 refill by 12/7/2024

### cephaLEXin (KEFLEX) 500 MG Caps

Instructions: Take 1 Capsule by mouth three times a day for 6 days.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 18 Capsule

Ordered on: 12/8/2023
End date: 12/14/2023
Refill: No refills remaining

### morPHINE (MS CONTIN) 15 MG Tab CR

Instructions: Take 1 Tablet by mouth every 12 hours for 7 days.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 14 Tablet

Ordered on: 12/8/2023
End date: 12/15/2023
Refill: No refills remaining

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 17 Tablet

Ordered on: 12/8/2023
End date: 12/25/2023
Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA      Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C
Start date: 12/8/2023
Quantity: 21 Tablet

Ordered on: 12/8/2023
End date: 5/24/2024
Refill: 1 refill by 12/7/2024

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/13/2023

Page 604

Printed by 71334 at 8/21/24 10:11 AM

MC_002455

## 12/13/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

**Stopped in Visit**

None

| Results | | | (Order ) |
|---|---|---|---|

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/13/2023

Page 605

Printed by 71334 at 8/21/24 10:11 AM

MC_002456

Larocque, Linda J
MRN: 172930

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**           **MRN:** 172930
                                              **CSN:** 316615343

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/12/2023 | | | No service for | |

**Admitting Physician:**                      **Chief Complaint:**
                                              **Adm Dx:**

                                                          Gestational Age: <None>

---

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD        **Employer Phone:**
**Referring Physician:**                                **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

---

### Accident Information

---

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 12/12/2023 |

MC_002457

## 12/12/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

| Encounter Provider |
|---|
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510<br>Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/12/2023 2:59 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Results                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Messages

#### Pain meds urgent

| From | To | Sent and Delivered |
|---|---|---|
| Sarah A Tryon, LVN/LPN | Larocque, Linda J | 12/12/2023 3:41 PM |
| Last Read in MyChart | | |
| 12/14/2023 7:17 PM by Linda J Larocque | | |

Hi linda , I left you a vm , dr dawson refused the norco , because you were discharged on dilodid pain medication and you can't take them both . Will refill your norco when out of dilodid .Sarah A Tryon, LVN/LPN

#### Pain meds urgent

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Dawson Message Pool (supporting | 12/12/2023 2:59 PM |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/12/2023

Page 607

Printed by 71334 at 8/21/24 10:11 AM

MC_002458

## Preferred Pharmacy (continued)

**Messages (continued)**

Rachel D Dawson, MD)

Sarah please call me I'm having difficulty with my pain medications. Thank you

Linda

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/12/2023

Page 608

Printed by 71334 at 8/21/24 10:11 AM

MC_002459

## 12/11/2023 - Pharmacy Visit in RXAMB 003/AH

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　**CSN:** 316393014

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/11/2023 | | | No service for | |

**Admitting Physician:**　　　　　　　　　　　**Chief Complaint:**
　　　　　　　　　　　　　　　　　　　　　　**Adm Dx:**
　　　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD　　　　**Employer Phone:**
**Referring Physician:**　　　　　　　　　　　　　　　**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

### Accident Information

**Accident Type:**

---

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2023

Page 609　　　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:11 AM

MC_002460

## 12/11/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Department**

| Name | | | |
|------|--|--|--|
| RXAMB 003/AH | | | |

### Call Information

| | Department | Center |
|--|------------|--------|
| 12/11/2023 8:44 AM | RXAMB 003/AH | |

| Results | | (Order) |
|---------|--|---------|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2023

Page 610

Printed by 71334 at 8/21/24 10:11 AM

MC_002461

**12/10/2023 - Telephone in MultiCare Consulting Nurses**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 316352740

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 12/10/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Telephone Call |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**
No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

---

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

---

### Secondary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

---

### Accident Information

**Accident Type:**

---

MC_002462

## 12/10/2023 - Telephone in MultiCare Consulting Nurses (continued)

Injury Date:
Place of Injury:

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Telephone Call (Cipher), onset date 12/10/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Outgoing Call

|  | Provider | Department | Center |
|---|---|---|---|
| 12/10/2023 9:31 AM | Monica L Marasco, LVN/LPN | MHS TRIAGE CENTER | MHS CALL CEN |

### Clinical Notes

#### Telephone Encounter by Monica L Marasco, LVN/LPN at 12/10/2023 0931

| | | |
|---|---|---|
| Author: Monica L Marasco, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 12/10/23 0934 | Encounter Date: 12/10/2023 | Status: Signed |
| Editor: Monica L Marasco, LVN/LPN (Licensed Practical Nurse) | | |

Call initiated from CIPHER.
Follow up from 12/4/23
RFC: Question regarding medication. She has not picked up morphine. I do show RX for this. She was not sure if it was on backorder and will call the pharmacy this morning when they are open. If needed she can call Surgeons office for assistance with RX
Caller denies any further questions or concerns at this time.

Electronically signed by Monica L Marasco, LVN/LPN at 12/10/23 0934

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD      Ordered on: 5/21/2019
Start date: 5/21/2019      Action: Patient taking differently

MULTICARE CALL CENTER      Larocque, Linda J
419 SOUTH L STREET      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 12/10/2023
Page 612      Printed by 71334 at 8/21/24 10:11 AM

MC_002463

## 12/10/2023 - Telephone in MultiCare Consulting Nurses (continued)

### Medication List (continued)

Quantity: 1 Each                                     Refill: No refills remaining

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                  Ordered on: 10/14/2021
Start date: 10/14/2021                               Quantity: 1 Each
Refill: No refills remaining

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

Discontinued by: Rachel D Dawson, MD                Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                  Ordered on: 1/31/2023
Start date: 1/31/2023                                End date: 2/26/2024
Quantity: 90 Capsule                                 Refill: No refills remaining

**rosuvastatin (CRESTOR) 20 mg Tab**

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP             Ordered on: 7/3/2023
Start date: 7/3/2023                                 Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Discontinued by: Kimberly J Comito, PHARM D        Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                  Ordered on: 7/11/2023
Start date: 7/11/2023                                End date: 2/13/2024
Quantity: 180 Capsule                                Refill: 1 refill by 7/10/2024

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                  Ordered on: 9/14/2023
Start date: 9/14/2023                                Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

**liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector**

Discontinued by: Rachel D Dawson, MD               Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD                  Ordered on: 10/23/2023
Start date: 10/23/2023                               End date: 1/31/2024
Quantity: 27 mL                                      Refill: No refills remaining

**verapamil (CALAN SR) 240 MG Tab CR**

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD                    Ordered on: 11/8/2023
Start date: 11/8/2023                                Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

**senna (SENNA, SENOKOT) 8.6 MG Tab**

Discontinued by: Kasey J Dycus, MA                 Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C                   Ordered on: 12/7/2023
Start date: 12/7/2023                                End date: 5/24/2024
Quantity: 30 Tablet                                  Refill: 2 refills by 12/6/2024

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 12/10/2023

Page 613                                             Printed by 71334 at 8/21/24 10:11 AM

MC_002464

## 12/10/2023 - Telephone in MultiCare Consulting Nurses (continued)

**Medication List (continued)**

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024 |
| Reason for discontinuation: Reorder | |

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 1/6/2024 |
| Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024 |

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/22/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### HYDROmorphone (DILAUDID) 2 MG Tab

Instructions: Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/13/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |
| Reason for discontinuation: Reorder | |

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### cephaLEXin (KEFLEX) 500 MG Caps

Instructions: Take 1 Capsule by mouth three times a day for 6 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/14/2023 |
| Quantity: 18 Capsule | Refill: No refills remaining |

### morPHINE (MS CONTIN) 15 MG Tab CR

Instructions: Take 1 Tablet by mouth every 12 hours for 7 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/15/2023 |
| Quantity: 14 Tablet | Refill: No refills remaining |

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/25/2023 |
| Quantity: 17 Tablet | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |

Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

**Stopped in Visit**

MULTICARE CALL CENTER · Larocque, Linda J
419 SOUTH L STREET · MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299 · Visit date: 12/10/2023

Page 614

Printed by 71334 at 8/21/24 10:11 AM

MC_002465

## 12/10/2023 - Telephone in MultiCare Consulting Nurses (continued)

**Medication List (continued)**

None

## Results                                                                    (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 12/10/2023

Page 615                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002466

## 12/10/2023 - Telephone in AH Health Information Management

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　**CSN:** 316686343

### Account Information
| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/10/2023 | | | No service for | |

**Admitting Physician:**　　　　　　　　　　**Chief Complaint:**
　　　　　　　　　　　　　　　　　　　　**Adm Dx:**
　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information
**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone　　Not on file.
Work Phone　　Not on file.
Mobile　　　　253-273-7247
**Employer:**
　　　　　　No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information
**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**
**DOB:** 2/9/1958

### Primary Insurance
**Name of Insurance:**　　　　**Group Name:**
**Subscriber Name:**　　　　　**Group #:**
**Subscriber DOB:**　　　　　**Ins ID#:**
**Pt Relationship to Sub:**

### Secondary Insurance
**Name of Insurance:**　　　　**Group Name:**
**Subscriber Name:**　　　　　**Group #:**
**Subscriber DOB:**　　　　　**Ins ID#:**
**Pt Relationship to Sub:**

### Accident Information
**Accident Type:**

ALLENMORE HOSPITAL　Larocque, Linda J
1901 S UNION AVE　MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702　Visit date: 12/10/2023
Page 616　Printed by 71334 at 8/21/24 10:11 AM

MC_002467

## 12/10/2023 - Telephone in AH Health Information Management (continued)

Injury Date:
Place of Injury:

8/21/2024 10:11 AM

Medical Records use only -(HAR ID)

-

## Hospital Account

Not on file

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/10/2023 10:09 AM | Cipher Interface | AH HIM | AH |

## Clinical Notes

### Telephone Encounter by Cipher Interface at 12/10/2023 1200

| Author: Cipher Interface | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 12/13/23 1009 | Encounter Date: 12/10/2023 | Status: Signed |
| Editor: Transcription, Interface | | |

Script: Multicare - Inpatient - Puget Sound (IP PS Outreach 1 )
Date: 12/10/2023   Encounter: 309313333
 Status: Answered   Reached: Yes
Issues and questions: Discharge Instructions
Negative response questions: "Discharge Instructions, RX Obtained 2"
Who answered: Patient   Language: English

General status: Feeling the Same

Comments
* Pt will call pharmacy today to see if it is in stock and ready to be picked up  F/U with ortho

Discharge Instructions:  Do Not Understand Instructions
* Issues
** Signs and Symptoms of health problems
* Actions Taken
** Reviewed What To Do if Problem Arises

Followup Appointment:  F/U Appt Scheduled

Prescription(s)
* Does Not Have Rx
* Issues Obtaining
** "Pharmacy out of stock, Was not given hard copy"

MC_002468

## 12/10/2023 - Telephone in AH Health Information Management (continued)

**Clinical Notes (continued)**

Medication Questions
* No RX Questions

Responsiveness
* Very Satisfied

Clinical Concerns
* Pain
* Actions Taken
** "Discussed Quality of Care Concerns, Other (Add Details in Comments)"

Feedback
*Feedback: Has Feedback
*Free Text: my name is Brock and I had totally Construction done and if they received it all the more from the ministry to help you we're just out for a job job phone off when I need it
[https://evolve.cipherhealth.com/interactions/6573b77a08a96f11481006a9/play_audio?question_id=6575f1b408a96f8 35b2b1b43]

Electronically signed by Cipher Interface at 12/10/23 1200

**Medication List**

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |

Instructions: Take 1 Capsule by mouth once daily.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

**rosuvastatin (CRESTOR) 20 mg Tab**

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/10/2023

Page 618                                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002469

**12/10/2023 - Telephone in AH Health Information Management (continued)**

**Medication List (continued)**

Refill: 3 refills by 7/2/2024

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |
| Reason for discontinuation: Discontinued by provider | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 5/24/2024 |
| Quantity: 30 Tablet | Refill: 2 refills by 12/6/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/10/2024 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2023 |
| Start date: 12/7/2023 | End date: 1/6/2024 |
| Quantity: 15 Tablet | Refill: 2 refills by 6/4/2024 |

### acetaminophen (TYLENOL) 500 MG Tab

| | |
|---|---|
| Instructions: Take 2 Tablets by mouth every 8 hours for 14 days. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/22/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### HYDROmorphone (DILAUDID) 2 MG Tab

| | |
|---|---|
| Instructions: Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/13/2023 |
| Quantity: 60 Tablet | Refill: No refills remaining |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/10/2023

Page 619

Printed by 71334 at 8/21/24 10:11 AM

MC_002470

## 12/10/2023 - Telephone in AH Health Information Management (continued)

**Medication List (continued)**

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/28/2024 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/28/2024 |
| Quantity: 30 Tablet | Refill: 1 refill by 12/7/2024 |

### cephaLEXin (KEFLEX) 500 MG Caps

Instructions: Take 1 Capsule by mouth three times a day for 6 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/14/2023 |
| Quantity: 18 Capsule | Refill: No refills remaining |

### morPHINE (MS CONTIN) 15 MG Tab CR

Instructions: Take 1 Tablet by mouth every 12 hours for 7 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/15/2023 |
| Quantity: 14 Tablet | Refill: No refills remaining |

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 12/25/2023 |
| Quantity: 17 Tablet | Refill: No refills remaining |

### ondansetron (ZOFRAN) 4 MG Tab

| | |
|---|---|
| Discontinued by: Kasey J Dycus, MA | Discontinued on: 5/24/2024 |

Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordered on: 12/8/2023 |
| Start date: 12/8/2023 | End date: 5/24/2024 |
| Quantity: 21 Tablet | Refill: 1 refill by 12/7/2024 |

**Stopped in Visit**

None

**Results**        (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/10/2023

Page 620

Printed by 71334 at 8/21/24 10:11 AM

MC_002471

## 12/08/2023 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 316246300

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/8/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/8/2023

Page 621

Printed by 71334 at 8/21/24 10:11 AM

MC_002472

## 12/08/2023 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Reason for Visit**

### Chief Complaints

- Refill Request (Norco - safeway 1594 ), onset date 12/8/2023
- Rx Refill Center - Medication Outside Of Protocol, onset date 12/8/2023
- Rx Refill Center - Control Medication, onset date 12/8/2023
- Rx Refill Center - Discontinued Med Order, onset date 12/8/2023

**Visit Information**

### Nursing Assessment

No Nursing Assessment available for this encounter.

**Incoming Call**

|  | Provider | Department | Center |
|---|---|---|---|
| 12/8/2023 10:56 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

**Clinical Notes**

### Telephone Encounter by Phala Chan at 12/8/2023 1056

| Author: Phala Chan | Service: — | Author Type: — |
|---|---|---|
| Filed: 12/08/23 1114 | Encounter Date: 12/8/2023 | Status: Addendum |
| Editor: Phala Chan | | |

## Pharmacy Refill Center Support Note
## Discontinued Medication
## Controlled Substance

## Back Office Staff - Clinical Follow Up
*Inform patient their pharmacy is requesting a refill of medication listed as discontinued.*
*Confirm if Rx was discontinued or document current dose.*
*Direct message to PCP for consideration.*

*PRC Case Review*
*Rx was discontinued by Shane Turner, PA-C on 12/7/2023*
*Last dispensed: 11/08/2023*
*Last encounter with Rachel D Dawson, MD: 11/2/2023.*
*Next appointment with PCP: Visit date not found*

## The most relevant results are;

MULTICARE LAKEWOOD    Larocque, Linda J
CLINIC               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW     Visit date: 12/8/2023
LAKEWOOD WA 98499-2767

Page 622                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002473

## 12/08/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

The last BMP result was
**Na**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 140 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 4.0 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 16 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 0.56 (L) | 0.6 - 1.2 mg/dL | Final |

The last SGOT result was
**SGOT/AST**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/26/2023 | 22 | 5 - 40 IU/L | Final |

The last SGPT result was
**SGPT/ALT**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/26/2023 | 23 | 6 - 60 IU/L | Final |

**Amphetamine scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Barbiturate scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Benzodiazepin scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Cannabinoid scr ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 09/03/2020 | Negative ( <50 ng/mL) | | Final |

**Cocaine metabol ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/8/2023

Page 623

Printed by 71334 at 8/21/24 10:11 AM

MC_002474

## 12/08/2023 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### Methadone scr urine

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

### Oxycodone ur

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

### Comment

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 09/03/2020 | | | Final |

Comment:
*Negative = no drug detected at defined sensitivity limits. Confirm positives by
alternate method if medically indicated. Test results for medical purposes only,
not for forensic, evidentiary, employment, criminal prosecution.*

----- Message from Edlyn F Warner sent at 12/8/2023 10:37 AM PST -----
Pt Name: Linda J Larocque
DOB: 2/9/1958
Name of Caller: Steven
Relationship to Patient: spouse

Contact Number: There are no phone numbers on file.
PCP: Rachel D Dawson, MD

Drug Name: hydrocodone-acetaminophen (NORCO) 10-325 MG Tab (Discontinued)

Patient Stated Dose: n/a
Prescribing Provider: Rachel D Dawson, MD
How many days do you have left:

Has patient contacted their pharmacy: No

SAFEWAY PHARMACY #1594 - TACOMA, WA
707 S 56TH STREET
TACOMA WA 98408
Phone: 253-471-1730 Fax: 253-471-3529

Would you like a response via My Chart: No
Okay to leave a detailed messages if voice mail is reached: No

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/8/2023

Page 624

Printed by 71334 at 8/21/24 10:11 AM

MC_002475

## 12/08/2023 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Edlyn F Warner. 12/8/2023. 10:37 AM

Electronically signed by Phala Chan at 12/08/23 1114

### Telephone Encounter by Amy J Goodwin, MA at 12/8/2023 1118

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 12/08/23 1118 | Encounter Date: 12/8/2023 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

Pending Prescriptions:              Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).

-----------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 12/08/23 1118

### Telephone Encounter by Rachel D Dawson, MD at 12/11/2023 1343

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 12/11/23 1640 | Encounter Date: 12/8/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Pdmp shows pt post op and on dilaudid 60 tabs given 12/8
Should not use norco and dilaudid together
Once off dilaudid I will refill the norco
Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 12/11/23 1640

### Telephone Encounter by Rachel D Dawson, MD at 12/11/2023 1344

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 12/11/23 1344 | Encounter Date: 12/8/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Refused Prescriptions:              Disp   Refills
  hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0
Sig: Take 1-2 Tablets by mouth every 6 hours as needed for
     pain (chronic pain syndrome exempt).
Refused By: DAWSON, RACHEL D
Reason for Refusal: Refill not appropriate

-----------------------------------------------------------------

Electronically signed by Rachel D Dawson, MD at 12/11/23 1344

### Telephone Encounter by Amy J Goodwin, MA at 12/11/2023 1640

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/8/2023

Page 625

Printed by 71334 at 8/21/24 10:11 AM

MC_002476

## 12/08/2023 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 12/11/23 1640 | Encounter Date: 12/8/2023 | Status: Signed |

Editor: Amy J Goodwin, MA (Medical Assistant)

Refused Prescriptions:         Disp   Refills   hydrocodone-acetaminophen (NORCO) 10-325 M*160 Ta*0     Sig: Take 1-2 Tablets by mouth every 6 hours as needed for     pain (chronic pain syndrome exempt).Refused By: DAWSON, RACHEL DReason for Refusal: Refill not appropriate---------------------------------------------------------------------

Electronically signed by Amy J Goodwin, MA at 12/11/23 1640

### Medication List

#### Medication List

This visit is on the same day as an admission, and a visit start time could not be determined. If the visit took place after discharge, manually review the med list with the patient.

### Results                                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

#### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

#### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

#### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

#### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/8/2023

Page 626

Printed by 71334 at 8/21/24 10:11 AM

MC_002477

## 12/08/2023 - Pharmacy Visit in RXAMB 003/AH

# MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 316224467

## Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/8/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

## Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

## Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

## Primary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

## Secondary Insurance

| **Name of Insurance:** | **Group Name:** |
|---|---|
| **Subscriber Name:** | **Group #:** |
| **Subscriber DOB:** | **Ins ID#:** |
| **Pt Relationship to Sub:** | |

## Accident Information

**Accident Type:**

---

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/8/2023

Page 627

Printed by 71334 at 8/21/24 10:11 AM

MC_002478

## 12/08/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | | | |
|------|--|--|--|
| RXAMB 003/AH | | | |

## Call Information

| | Department | Center |
|--|------------|--------|
| 12/8/2023 9:16 AM | RXAMB 003/AH | |

| Results | | (Order ) |
|---------|--|----------|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/8/2023

Page 628

Printed by 71334 at 8/21/24 10:11 AM

MC_002479

## 12/07/2023 - Telephone in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          MRN:  172930
                                              CSN:  316190793

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/7/2023 | | | No service for | |

**Admitting Physician:**                     **Chief Complaint:**  Refill Request
                                             **Adm Dx:**

                                             Gestational Age: <None>

### *Patient Information*

**Home Address:**  6824 S Park Ave          Telephone Information:
                   Tacoma WA 98408-5509      Home Phone       Not on file.
                                             Work Phone       Not on file.
**SSN:**           xxx-xx-5145               Mobile           253-273-7247
**Age:**           66 year old              **Employer:**
**DOB:**           2/9/1958 (65 yrs)                          No address on file.
**Sex:**           female
**Marital Status:** Married

**Primary Care Physician:**  Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### *Guarantor Information*

**Guarantor Relationship to Pt:**   Self                **Acct Type:**
**Guarantor Name:**                                     **Acct ID:**
**Guarantor Address:**               6824 S PARK AVE
                                     TACOMA, WA 98408-5509    **DOB:**     2/9/1958
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### *Primary Insurance*

**Name of Insurance:**                                  **Group Name:**
**Subscriber Name:**                                    **Group #:**
**Subscriber DOB:**                                     **Ins ID#:**
**Pt Relationship to Sub:**

### *Secondary Insurance*

**Name of Insurance:**                                  **Group Name:**
**Subscriber Name:**                                    **Group #:**
**Subscriber DOB:**                                     **Ins ID#:**
**Pt Relationship to Sub:**

### *Accident Information*

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 12/7/2023
LAKEWOOD WA 98499-2767

Page 629                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002480

## 12/07/2023 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request, onset date 12/7/2023

#### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 12/7/2023 5:32 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Rachel D Dawson, MD at 12/7/2023 1732

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 12/07/23 1732 | Encounter Date: 12/7/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

----- Message from Sarah A Tryon, LVN/LPN sent at 12/7/2023  5:14 PM PST -----
Regarding: FW: Xanax
Contact: 253-273-7247
Called and spoke with patient she is concerned she is due for the refill tomorrow and  thinks she may be discharged worried she will not h ave her normal meds when she gets home  , explained once discharged we can go  from there  she is now taking  3 x a day with the  being in the hosp . Sarah A Tryon, LVN/LPN
----- Message -----
From: Rachel D Dawson, MD
Sent: 12/7/2023  4:38 PM PST
To: Sarah A Tryon, LVN/LPN
Subject: FW: Xanax

Please call patient about this
If she is in the hospital there is nothing I can do about her medication orders
I can help her once she is discharged
Rachel D Dawson, MD

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 630

Printed by 71334 at 8/21/24 10:11 AM

MC_002481

## 12/07/2023 - Telephone in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

----- Message -----
From: Sarah A Tryon, LVN/LPN
Sent: 12/7/2023 11:55 AM PST
To: Rachel D Dawson, MD
Subject: FW: Xanax


----- Message -----
From: Larocque, Linda J
Sent: 12/7/2023 11:48 AM PST
To: Dawson Message Pool
Subject: Xanax

Can you please call me in regards to my medication. I am still in the hospital and they are wanting it increased. Please and thank you

Linda



Electronically signed by Rachel D Dawson, MD at 12/07/23 1732



**Medication List**

**Medication List**

This visit is during an admission. Changes to the med list made in this visit will be reflected in the After Visit Summary of the admission.



| Results | | (Order) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 631

Printed by 71334 at 8/21/24 10:11 AM

MC_002482

## Preferred Pharmacy (continued)

**Patient Instructions**

   None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 632

Printed by 71334 at 8/21/24 10:11 AM

MC_002483

**12/07/2023 - Pharmacy Visit in RXAMB 003/AH**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 316087570

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 12/7/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

---

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 633                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002484

## 12/07/2023 - Pharmacy Visit in RXAMB 003/AH (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

| |
|---|
| Not on file |

## Visit Information

### Department

| Name | | | |
|---|---|---|---|
| RXAMB 003/AH | | | |

### Call Information

| | Department | Center |
|---|---|---|
| 12/7/2023 8:56 AM | RXAMB 003/AH | |

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

| |
|---|
| None |

MULTICARE RETAIL
PHARMACY

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 634

Printed by 71334 at 8/21/24 10:11 AM

MC_002485

**12/07/2023 - MyChart Ask Your Doctor in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 316130802

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/7/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| **Age:** | 66 year old | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (65 yrs) | **Employer:** | |
| **Sex:** | female | | No address on file. |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### *Primary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Secondary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Accident Information*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 635

Printed by 71334 at 8/21/24 10:11 AM

MC_002486

## 12/07/2023 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

| Encounter Provider |
| --- |
| Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 12/7/2023 11:48 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Xanax

| From | To | Sent |
| --- | --- | --- |
| Larocque, Linda J | P Dawson Message Pool (supporting Rachel D Dawson, MD) | 12/7/2023 11:48 AM |

Can you please call me in regards to my medication. I am still in the hospital and they are wanting it increased. Please and thank you

Linda

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 636

Printed by 71334 at 8/21/24 10:11 AM

MC_002487

## Preferred Pharmacy (continued)

**Patient Instructions**

　None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2023

Page 637

Printed by 71334 at 8/21/24 10:11 AM

MC_002488

**12/05/2023 - Clinical Consent Form in MultiCare Health Information**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**　　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　　**CSN:** 315927595

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/5/2023 | | | No service for | |

**Admitting Physician:**　　　　　　　　　　　**Chief Complaint:**
　　　　　　　　　　　　　　　　　　　　　　**Adm Dx:**
　　　　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

---

### *Patient Information*

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD　　　　　**Employer Phone:**
**Referring Physician:**　　　　　　　　　　　　　　　　**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

---

### *Primary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Secondary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Accident Information*

**Accident Type:**

---

MULTICARE CALL CENTER　Larocque, Linda J
419 SOUTH L STREET　　　MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299　　Visit date: 12/5/2023

Page 638　　　　　　　　　　　　　　　　　　Printed by 71334 at 8/21/24 10:11 AM

MC_002489

## 12/05/2023 - Clinical Consent Form in MultiCare Health Information (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 12/5/2023 6:33 PM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 12/5/2023
Page 639                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002490

## 12/05/2023 - Clinical Consent Form in MultiCare Health Information (continued)

### Documents

**Consent - Chronic Pain Management Agreement - Scan on 12/5/2023 1823: Consent - Chronic Pain Management Agreement**

Scan (below)

172930 LAROCQUE, LINDA J



Altenmore Hospital
Good Samaritan Hospital
Mary Bridge Children's Hospital & Health Center
Tacoma General Hospital
Good Samaritan Clinics
MultiCare Clinics

#### CHRONIC NON-CANCER PAIN MANAGEMENT AGREEMENT and INFORMED CONSENT

**Linda J Larocque**
**172930**

#### INTRODUCTION

When possible, treatment for chronic pain should be effective and safe. Treatments might include physical therapy, massage, and exercise. Non-opioid drugs, or drugs that are not like morphine, may be used. Examples include Tylenol and Advil. Sometimes help for mental health and social issues is also required. Drugs that cause serious risk and side effects should usually not be used.

There are times when drugs with increased risk are needed to provide pain relief. The use of what are called opioid drugs may be needed. Opioids are drugs that decrease pain. Examples of opioids are Vicodin and Percocet. When opioids are used, patient and doctor must work as a team to decrease risks. Examples of risks include:

Tolerance – The body's reduced response to a set drug dose after prolonged use.

Sensitization – This means changes in the brain that result in an increase in how strongly you feel pain.

Physical Dependence – Withdrawal symptoms occur if the drug is stopped or the dose is reduced too quickly. You may get stomach cramps, diarrhea, and a runny nose. You may yawn a lot and feel like you have the flu. You may also feel irritable, have goose bumps, and have trouble sleeping.

Addiction – This is the constant, uncontrolled urge to seek and use a drug, even though it may cause physical, mental or social harm.

Overdose – A life-threatening (dangerous) state may occur if high doses are used. Mixing Opioids with other drugs that affect the brain may also cause overdose. This includes alcohol.

Other Risks – Many more side effects may occur. Some examples are nausea and vomiting, constipation, and sleepiness. You may have strange thoughts or dreams. Slow reaction times, a low sex drive, and drug allergies may occur.

Before a MultiCare provider prescribes you an opioid drug, you must agree to follow the terms below. This agreement is meant to reduce risks.

#### CHRONIC PAIN MANAGEMENT AGREEMENT

I, Linda J Larocque, agree to comply with or follow these conditions:

1. I understand that opioids are meant to treat pain. These are controlled drugs. Doctors comply with state and federal laws when prescribing controlled drugs

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 12/5/2023

Page 640    Printed by 71334 at 8/21/24 10:11 AM

MC_002491

**12/05/2023 - Clinical Consent Form in MultiCare Health Information (continued)**

Documents (continued)

172930 LAROCQUE, LINDA J

2. I agree to tell my MultiCare doctor about all drugs, past and present. This includes legal and illegal drugs, herbals, and alcohol. I will also tell my doctor if I am prescribed drugs from a different doctor. If I do not do this, I understand that my prescription for opioids may be stopped at once. I may not be able to get refills. I may no longer be allowed to seek care from MultiCare Medical Group doctors and clinics.

3. All prescriptions for opioids must come from one source. That source will be my doctor, Dr Rachel D Dawson, MD. I may need a refill when my doctor is not available. In this case, a covering doctor may give me a full or a partial refill. The covering doctor may refuse a refill in some situations. I understand that it is the doctor's desire to give full refills when possible. However, the covering doctor does not know me as well as my own doctor. He or she has the duty to act carefully if doubts occur. I will try to contact my doctor's office a week before a prescription runs out. In no case will I contact my doctor's office in less than 3 days. This way, if something delays my refill I am not likely to run out. The job of prescribing may be turned over to a specialist or another qualified doctor at my clinic.

4. I agree to provide photo ID when picking up prescriptions or when having them filled.

5. I agree it is my responsibility to safeguard all medications. I will keep my pain medications in a locked container or other secure location. Note: **Avoid leaving house with full bottle/ container; rather, take only as many pills (or capsules) as you need for that day or trip. When travelling, keep this medication in a pharmacy-issued container.**

6. I agree to take the medicine only as prescribed. This means to use it as discussed with my doctor and to follow the written instructions on the drug label. Any change in use from what is written on the label should be discussed with my doctor.

7. I will not give my pain medicine to another person. I will not sell, hoard, or use my pain medicine in the wrong way.

8. I may not alter or change a prescription. I understand this is against the law. This may result in immediate termination (ending) of care from MultiCare Medical Group. Law enforcement may be notified.

9. I authorize the prescribing doctor to alert law enforcement if he or she has reason to believe I have broken the law.

10. I must continue to show proof that a set dose of opioid pain medicine is helping me. Examples include lower pain scores, and more physical and social activities. Better sleep, less depression, and better quality of life also show Opioids are helpful.

11. I agree to follow the advice of the prescribing doctor about stopping pain medication should he or she feel it wise to do so

12. I agree to keep all appointments. I also agree to attend all follow-up visits as decided by my doctor. I will also attend all appointments for tests and/or consultations that my doctor believes are needed. My prescription refill may be denied if I do not keep these appointments. Termination of care from MultiCare Medical Group may also occur

13. I agree to follow medical advice about driving a motor vehicle and/or other hazardous activities. I understand that opioids slow reaction times. It is dangerous to drive a motor vehicle or operate motorized equipment while taking opioid pain drugs.

14. All pain drug prescriptions will be obtained from one pharmacy: Safeway in Tacoma. Changes in my pharmacy will be cleared with my doctor and written in my medical record.

15. Normally, a lost or stolen prescription or drugs does not mean I will get a replacement. A stolen prescription or drug is a crime. The patient must file a police report. A copy of the report must be given to the doctor before another prescription is given.

*L*

Medication List

Medication List

This visit is during an admission. Changes to the med list made in this visit will be reflected in the After Visit Summary of the admission.

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 12/5/2023

Page 641                                                Printed by 71334 at 8/21/24 10:11 AM

MC_002492

## 12/05/2023 - Clinical Consent Form in MultiCare Health Information (continued)

**Medication List (continued)**

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 12/5/2023

Page 642                                      Printed by 71334 at 8/21/24 10:11 AM

MC_002493

## 12/04/2023 - Appointment in Allenmore Hospital

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**                    **MRN:** 172930
                                                        **CSN:** 315764338

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/4/2023 | 714663673 | V | Radiology | |

**Admitting Physician:**                               **Chief Complaint:**
                                                        **Adm Dx:**

                                                        Gestational Age: <None>

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:** TURNER, SHANE                    **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | LAROCQUE,LINDA J | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 12/4/2023

Page 643                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002494

## 12/04/2023 - Appointment in Allenmore Hospital (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:11 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 714663673 | Inpatient | Closed |

### Visit Information

#### Appointment Information

**XR GENERAL**                                                   Completed
12/4/2023 3:25 PM

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 3:25 PM | AHPORT | AH DIAGNOSTIC IMAGING | 15 min |

| Referral Provider: | TURNER, SHANE | Arrival Time: | 3:20 PM |
|---|---|---|---|
| Enc Form Number: | 68787765 | | |

History

| Made On: | 12/4/2023 3:20 PM | By: | Craig J Geiger, RT | RIS |
|----------|-------------------|-----|--------------------|----|
| Sign In: | 12/4/2023 3:20 PM | By: | Craig J Geiger, RT | ES |
| Checked In: | 12/4/2023 3:20 PM | By: | Craig J Geiger, RT | ES |
| Remove Arr.: | 12/8/2023 4:40 PM | By: | Victoria Truesdale | MR |
| EOD Status: | 12/8/2023 11:09 PM | By: | User Epic | ES |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 12/4/2023 3:25 PM | AHPORT | AH DIAGNOSTIC IMAGING | AH |

### Results                                                                      (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 12/4/2023

Page 644                                        Printed by 71334 at 8/21/24 10:11 AM

MC_002495

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E

**MultiCare Health System**  **ALLENMORE HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
     **CSN:** 309313333

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/4/2023 0809 | 714663673 | I | Surgical | 2205-1 |

**Admitting Physician:** Zachary B Adler, MD

**Chief Complaint:**
**Adm Dx:** Status post total left k*
Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**                **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | LAROCQUE,LINDA J | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 12/4/2023, D/C: 12/8/2023

Page 645                              Printed by 71334 at 8/21/24 10:11 AM

MC_002496

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Injury Date:
Place of Injury:

8/21/2024 10:11 AM

Medical Records use only -(HAR ID)



### Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 714663673 | Inpatient | Closed |

### Reason for Visit

#### Visit Diagnosis

- Pre-op testing [Z01.818]

#### Hospital Problem

| Name | Code | Date Noted | Date Resolved | Present on Admission? |
|------|------|-----------|---------------|------------------------|
| Patellar tendon rupture, left, subsequent encounter | S86.812D | 12/04/2023 | — | Yes |

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 12/04/2023 0809 | IP Adm. Date/Time: | 12/04/2023 0809 |
| Admission Type: | Elective | Point of Origin: | Physician Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Surgical | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | MULTICARE HEALTH SYSTEM | Unit: | Allenmore Hospital 2E |
| Admit Provider: | Zachary B Adler, MD | Attending Provider: | Zachary B Adler, MD | Referring Provider: | |

#### Discharge Information

| | | |
|---|---|---|
| Date/Time: 12/08/2023 1639 | Disposition: Home | Destination: Home |
| Provider: Zachary B Adler, MD | Unit: Allenmore Hospital 2E | |

#### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|----------------|-------------|---------|-----|--------------|
| Rachel D Dawson, MD | Family Medicine | Schedule an appointment as soon as possible for a visit | As needed | 5700 100TH ST SW STE 510 Lakewood WA 98499 253-792-6526 |
| Zachary B Adler, MD | Orthopedic Surgery | Schedule an appointment as soon as possible for a visit in 2 week(s) | Hospital follow up | 3124 S 19TH ST STE C 340 Tacoma WA 98405 253-792-6555 |

### Call Information

| | Department | Center |
|---|------------|--------|
| 12/4/2023  8:09 AM | AH 2 EAST | AH |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 646

Printed by 71334 at 8/21/24 10:11 AM

MC_002497

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Documents**

**Clinical Photo - Scan on 12/5/2023 1514: Clinical Photo**

Scan (below)



ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 647

Printed by 71334 at 8/21/24 10:11 AM

MC_002498

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Documents (continued)

**Important Message from Medicare or Tri-Care - Scan on 12/12/2023 1340: Important Message from Medicare or Tri-Care**

Scan (below)

172930 LAROCQUE, LINDA J

**MultiCare Tacoma General/Allenmore Hospital | 315 MLK Jr. Way, Tacoma, WA 98405 | 253-403-4951**
**Medicare Provider ID #500129**

## IMPORTANT MESSAGE FROM MEDICARE

Patient Name: _Linda Larocque_     Patient Number: _23100402585_

### Your Rights as a Hospital Inpatient:

- You can receive Medicare covered services. This includes medically necessary hospital services and services you may need after you are discharged, if ordered by your doctor. You have a right to know about these services, who will pay for them, and where you can get them.
- You can be involved in any decisions about your hospital stay.
- You can report any concerns you have about the quality of care you receive to your QIO at: **Kepro – 1-888-305-6759**. The QIO is the independent reviewer authorized by Medicare to review the decision to discharge you.
- You can work with the hospital to prepare for your safe discharge and arrange for services you may need after you leave the hospital. When you no longer need inpatient hospital care, your doctor or the hospital staff will inform you of your planned discharge date.
- You can speak with your doctor or other hospital staff if you have concerns about being discharged.

### Your Right to Appeal Your Hospital Discharge:

- You have the right to an immediate, independent medical review (appeal) of the decision to discharge you from the hospital. If you do this, you will not have to pay for the services you receive during the appeal (except for charges like copays and deductibles).
- If you choose to appeal, the independent reviewer will ask for your opinion. The reviewer also will look at your medical records and/or other relevant information. You do not have to prepare anything in writing, but you have the right to do so if you wish.
- If you choose to appeal, you and the reviewer will each receive a copy of a detailed explanation about why your covered hospital stay should not continue. You will receive this detailed notice only after you request an appeal.
- If the QIO finds that you are not ready to be discharged from the hospital, Medicare will continue to cover your hospital services.
- If the QIO agrees services should no longer be covered after the discharge date,neither Medicare nor your Medicare health plan will pay for your hospital stay after noon of the day after the QIO notifies you of its decision. If you stop services no later than that time, you will avoid financial liability.
- If you do not appeal, you may have to pay for any services you receive after your discharge date.

See page 2 of this notice for more information

Please sign below to indicate you received and understood this notice
I have been notified of my rights as a hospital inpatient and that I may appeal my discharge by contacting my QIO

_Telephone consent obtained with_          12-7-23          10:48
_Signature of Patient or Representative_ _the undersof form_     Date/Time

Patient Identification - Write in or attach patient label

| | |
|---|---|
| Name | Linda Larocque |
| MRN# | 172930735 |
| CSN # | 30783535 |
| Age / Sex and Gender | 65-Female |

**IMPORTANT MESSAGE FROM MEDICARE** _2205-1_  Page 1 of 2

**MultiCare** 

Form CMS 10065-IM (EXP. 12/31/2026) OMB approval 0938-1019  87-0568-3e (Rev. 4/23)

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 648                                        Printed by 71334 at 8/21/24 10:11 AM

MC_002499

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Documents (continued)**

172930 LAROCQUE, LINDA J

## How to Ask For an Appeal of your Hospital Discharge

- You must make your request to the QIO listed on page 1.
- Your request for an appeal should be made as soon as possible, but no later than your planned discharge date and before you leave the hospital.
- The QIO will notify you of its decision as soon as possible, generally no later than 1 day after it receives all necessary information.
- Call the QIO listed on Page 1 to appeal, or if you have questions.

## If You Miss The Deadline to Request An Appeal, You May Have Other Appeal Rights:

- If you have Original Medicare: Call the QIO listed on Page 1.
- If you belong to a Medicare health plan: Call your plan at: **Kepro – 1-888-305-6759.**

## Additional Information (Optional):

You have the right to get Medicare information in an accessible format, like large print, Braille, or audio. You also have the right to file a complaint if you feel you've been discriminated against. Visit Medicare. gov/aboutus/accessibility-nondiscrimination-notice, or call 1-800-MEDICARE (1-800-633-4227) for more information. TTY users can call 1-877-486-2048.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1019. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

Form CMS 10065-IM (Exp. 12/31/2026)     OMB approval 0938-1019"

*Page 2 of 2*

MC_002500

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans

Admit, ED, UC Conditions for Treatment-Financial Disclosure-Enc - Electronic signature on 12/4/2023 0809 (effective from 12/4/2023) - E-signed

## Acknowledgment of Conditions for Treatment & Financial Disclosures

The undersigned Patient and/or Patient's Representative hereby acknowledges receipt of MultiCare Health System's Handout entitled "Notice of Privacy Practices, Conditions for Treatment, Financial Disclosures, Patient's Right Materials, Financial Assistance," Version 87-9158-0H (Rev. 3/23), referenced here as the Handout. The Handout will be presented physically at the clinic or you can access here if checking in online.

**CONSENT FOR CARE:** I agree to care and treatment by MultiCare Health System ("MultiCare") that may include examinations, tests, imaging studies, labs, anesthesia, and medical or surgical treatments provided by both MultiCare employed and MultiCare affiliated physicians, surgeons and other licensed independent practitioners involved in my care. Care may be delivered via secured audio video platforms or secure, asynchronous internet-enabled platforms. Additional documents and consent forms may be required for specific procedures. I understand I have the right to ask questions about my care at any time, and to be involved in my care decisions.

**RISKS OF TREATMENT: NO GUARANTEE OF RESULTS OR CURE:**
No promise or guarantee of results or cure has been made to me.
I know there are risks related to surgical, medical, or diagnostic procedure(s). These risks include, but are not limited to the potential for infection, blood clots in veins and lungs, bleeding, allergic reactions, and death.

**PHOTOGRAPHS FOR TREATMENT, DIAGNOSIS AND/OR IDENTIFICATION:**
For diagnosis and treatment purposes, I allow images such as photographs to be taken and used. This includes video and electronic
monitoring or recording methods. These images may be used to add to written information about my illness or injury. Some images are used once and immediately discarded when no longer needed. Others may be kept as part of my medical record, at the option of my treatment providers. Photographs of me may also be taken for identification purposes.

**IMAGES OR RECORDINGS OF HEALTH CARE PROVIDERS:**
I understand I must obtain the permission of all health care provider(s) and
any other individuals present before I can take photographs or video of any members of my care team. I also understand I cannot record
conversations by any means without first obtaining the permission of all persons being recorded. At no time may I take photos or recordings
of other patients or their information.

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023
Page 650        Printed by 71334 at 8/21/24 10:11 AM

MC_002501

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

**NON-EMPLOYED PHYSICIANS & PROVIDERS:** I understand there are physicians or other licensed providers who practice at MultiCare who are not employed by MultiCare. These individuals are independent providers and are not employees or agents of MultiCare. These include, but are not limited to: anesthesiologists, radiologists, emergency medicine, pathologists, hospitalists/internists, neonatologists, and PICU physicians. It also includes MultiCare Allenmore, Auburn Medical Center, Capital Medical Center, Covington, Deaconess,Good Samaritan, NAVOS, Tacoma General, Valley, and Yakima Memorial Hospital emergency departments physicians and providers, as well as some telehealth providers. I understand these providers use their own independent judgment in their medical care and treatment. MultiCare does not control the medical care and treatment given by these providers. I understand that MultiCare has provided me with a list of all independent providers or groups who provide care to me, together with their contact information within this handout (Understanding Your Bill section). I understand that I may receive separate bills for services provided by those parties.

**FINANCIAL AGREEMENT:** I agree to pay MultiCare for care at its regular rates and terms applicable to my care and any applicable health insurance coverage I have. I permit MultiCare to appeal any denial received from my insurance company. If a third party payor will not pay, I agree to pay for the services given, subject to any applicable contractual or governmental regulations. If a third party caused my injuries, I understand that MultiCare may file a medical services lien as permitted under RCW 60.44.010. (This lien attaches only to a portion of the
proceeds of any settlement between me and the party that caused me harm.) If my bill is sent to a lawyer or collection agency, I will pay all reasonable attorneys' fees and costs, together with interest and any amounts otherwise found to be owing. Information about the estimated charges for health services is available upon request. I understand I have the right to request this information.

**AGENTS & CONTRACTORS:** Whenever "MultiCare" is referenced herein, that term is intended to include its employees, officers, agents,attorneys, first and third party liability and claims agents, third-party claims administrators and collection agencies, as well as their agents or employees, to receive any information that MultiCare would otherwise be entitled to receive.

**MEDICARE:** MultiCare's insurance and patient billing processes are consistent with the requirements established by CMS. If I am a Medicare participant, I understand that I need to pay for services that are not covered by the Medicare Program. This may include, but is not limited to, cosmetic surgery, dental care, take-home and "over the counter" medications, private duty nurses, services not medically needed, personal items, services covered by car or liability insurance, or where a third party is otherwise responsible for any accident or injury

MC_002502

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

leading to my need for care, as well as any services not otherwise covered by Medicare. If I remain in the hospital at any time after it has been determined that Medicare-covered services are no longer medically necessary, I understand that I will be personally responsible for paying for such services after I am decertified as a Medicare-covered patient.

**CO-INSURANCE:** There may be a co-insurance for care given related to my Medicare or other insurance benefits. I know I will need to pay a higher co-insurance for services provided by a hospital-based clinic or department. If these services were given in a non-hospital based setting, my co-insurance would be lower.

**ASSIGNMENT OF BENEFITS; PERMISSION TO ALLOW MULTICARE TO DETERMINE, APPLY AND OBTAIN BENEFITS,INFORMATION AND PAYMENT:** I permit payment from insurance or other third-party payor's to go to MultiCare directly. I permit MultiCare, in MultiCare's sole judgment, to determine, apply for and obtain benefits, and get paid from, any and/or all available payor sources until my bill is paid in full. I understand and agree that, to the extent necessary to receive payment or reimbursement for services provided at MultiCare, I authorize MultiCare to access any applicable accident reports, industrial injury (workers compensation) reports and/or police, fire or other first responder reports or investigations related to my treatment or injury, as well as any records of any claims, lawsuits, insurance claims or investigations that pertain to my medical care and treatment, or the circumstances leading to same,together with any applicable consumer and/or credit reports pertaining to me. I further authorize any applicable Federal, State or Local government or administrative agency to fully and completely release any and all of my records and/or incident information they have about me, pertaining to my care or the circumstances leading to my need for care, upon request by MultiCare.

**PHONE, EMAIL, TEXT MESSAGING AUTHORIZATIONS:** I grant permission and consent to MultiCare to contact me using any e-mail addresses or phone numbers associated with me, including wireless (cell) numbers, for any purpose related to my care, including the availability of services at MultiCare. I also represent that I am the owner or a customary user of the phone number(s) provided and have authority to grant the permission and consent to contact described herein. This consent and permission includes (1) to leave answering machine and voicemail messages for me, and include in any such messages information required by law (including debt collection laws) and/or regarding amounts owed by me; (2) to send me text messages or emails using any e-mail addresses or cellular device numbers; (3) to send me paperless billing by e-mail or text notifications; (4) to use pre-recorded/artificial voice messages and (5) use of an automatic dialing device (an "autodialer") in connection with any of these communications. I understand that I am not required to accept messages in these formats as a condition of receiving services at MultiCare. I understand that I have the

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 652
Printed by 71334 at 8/21/24 10:11 AM

MC_002503

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

option to "opt out" of receiving such emails or text messages, which I may exercise at any time by following the opt out option contained in the message, or notifying MultiCare in writing to discontinue such communications using those pathways. I understand that opt out processes may take up to ten (10) business days to go into effect. Unless I have opted out, communications may continue after the expiration of this consent form.

**EMAIL CONTAINING PROTECTED HEALTH INFORMATION; MYCHART:**
I understand that exchanging e-mail, text or other written communications with my health care provider(s) or other members of my care team can result in protected health information being disclosed to unauthorized persons, and that MultiCare cannot control who views such information when sent in unencrypted form. I understand that MultiCare offers "MyChart" to all patients, which provides a fully encrypted and protected pathway for communicating with most of its providers, although not all MultiCare providers choose to utilize MyChart. If I initiate or respond to communications using unencrypted pathways, I assume the risk that my information may be compromised, and I authorize MultiCare and its providers to communicate with me using that process, unless or until I choose to opt out of such communications pathways by notifying MultiCare in writing, allowing up to ten business days to implement any change in my communications pathways.

**HEALTH CARE ADVANCE DIRECTIVE / LIVING WILL:** I understand a health care directive, also called a Living Will, lets me choose if I want life-sustaining and other treatments in certain situations, and also lets me choose someone to make decisions on my behalf, if necessary. I understand that I have the right to create a Health Care Directive.

**HEALTH CARE POWER OF ATTORNEY:** I understand I have the right to nominate another person or persons to make health care decisions for me if I cannot make decisions myself. I understand that I can nominate this person using a Durable Power of Attorney for Healthcare (DPOAH) form. The person I nominate is known as a health care agent, attorney in fact, surrogate, or medical decision maker. Though neither form is required for treatment, I understand that providing MultiCare a copy of my health care directive and/or power of attorney will help my care team understand my wishes.

**MENTAL HEALTH ADVANCE DIRECTIVE/POWER OF ATTORNEY:**
I understand that I also have the right to complete a Mental Health Advance Directive to help my care team understand my wishes concerning mental health care and treatment. I also can complete a Mental Health Power of Attorney where I can nominate another person or persons to make mental health care decisions for me.

**POLST:** I understand that a POLST (Physician Orders for Life Sustaining Treatment) is a medical order that is used to communicate medical care decisions to health care providers

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 653
Printed by 71334 at 8/21/24 10:11 AM

MC_002504

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

eSignature Scans (continued)

and emergency responders. If I have completed a POLST with my doctor, I agree that providers can use this to guide my care plan.

**More information and downloadable forms can be found at https://www.multicare.org/for-patients/.** If requested, I understand that the Handout is available in English, Spanish, Russian and Vietnamese.

This consent will remain valid for one year from the date of signature.

Signature captured with Topaz by Linda J. Larocque at 12/4/2023 08:09 AM

Date: 12/4/2023
**Patient Name:** Linda J Larocque
**MRN:** 172930 **CSN:** 309313333
**DOB:** 2/9/1958 **AGE:** 65 year old **GENDER:** female

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 654
Printed by 71334 at 8/21/24 10:11 AM

MC_002505

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

eSignature Scans (continued)

Important Message from Medicare - Electronic signature on 12/4/2023 0810 (effective from 12/4/2023) - E-signed



**MultiCare Tacoma General/Allenmore Hospital**
315 MLK Jr Way
Tacoma, WA 9805
(253) 403-4951
Medicare Provider ID #500129

**Important Message from Medicare**

**Patient Name:** Linda J Larocque
**CSN:** 309313333

### Your Rights as a Hospital Inpatient:

- You can receive Medicare covered services. This includes medically necessary hospital services and services you may need after you are discharged, if ordered by your doctor. You have a right to know about these services, who will pay for them, and where you can get them.

- You can be involved in any decisions about your hospital stay.

- You can report any concerns you have about the quality of care you receive to your QIO at: Kepro and toll-free number 1-888-305-6759. The QIO is the independent reviewer authorized by Medicare to review the decision to discharge you.

- You can work with the hospital to prepare for your safe discharge and arrange for services you may need after you leave the hospital. When you no longer need inpatient hospital care, your doctor or the hospital staff will inform you of your planned discharge date.

- You can speak with your doctor or other hospital staff if you have concerns about being discharged.

_____**Your**
**Right to Appeal Your Hospital Discharge:**
You have the right to an immediate, independent medical review (appeal) of the decision to discharge you from the hospital. If you do this, you will not have to pay for

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 655
Printed by 71334 at 8/21/24 10:11 AM

MC_002506

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

eSignature Scans (continued)

the services you receive during the appeal (except for charges like copays and
⋄ deductibles).

If you choose to appeal, the independent reviewer will ask for your opinion. The
reviewer also will look at your medical records and/or other relevant information. You
⋄ do not have to prepare anything in writing, but you have the right to do so if you wish.

If you choose to appeal, you and the reviewer will each receive a copy of a detailed
explanation about why your covered hospital stay should not continue. You will receive
⋄ this detailed notice only after you request an appeal.

If the QIO finds that you are not ready to be discharged from the hospital, Medicare will
⋄ continue to cover your hospital services.

If the QIO agrees services should no longer be covered after the discharge date,
neither Medicare nor your Medicare health plan will pay for your hospital stay after
noon of the day after the QIO notifies you of its decision. If you stop services no later
⋄ than that time, you will avoid financial liability.

If you do not appeal, you may have to pay for any services you receive after your
⋄ discharge date.

---

**How to Ask For an Appeal of your Hospital Discharge**
⋄ You must make your request to the QIO listed above.

⋄ Your request for an appeal should be made as soon as possible, but no later than your
  planned discharge date and before you leave the hospital.

⋄ The QIO will notify you of its decision as soon as possible, generally no later than 1
  day after it receives all necessary information.

⋄ Call the QIO listed above to appeal, or if you have questions.

---

**If You Miss The Deadline to Request An Appeal, You May Have Other Appeal Rights:**

• If you have Original Medicare:  Call the QIO at 1-888305-6759.

---

MC_002507

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

- If you belong to a Medicare health plan: Call your plan.

Please sign below to indicate you received and understood this notice.

I have been notified of my rights as a hospital inpatient and that I may appeal my discharge by contacting my QIO.

Signature in Process

Signature captured with Topaz by Linda J. Larocque at 12/4/2023 08:10 AM

You have the right to get Medicare information in an accessible format, like large print, Braille, or audio. You also have the right to file a complaint if you feel you've been discriminated against. Visit Medicare.gov/about-us/accessibility-nondiscrimination-notice, or call 1-800-MEDICARE (1-800-633-4227) for more information. TTY users can call 1-877-486-2048.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1019. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

**Form CMS 10065-IM (Exp. 12/31/2025)     OMB Approval 0938-1019**

MC_002508

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

eSignature Scans (continued)

Informed Consent for Procedures - Electronic signature on 12/4/2023 0848: Left revision total knee arthroplasty to hinge, left papillectomy, and left extensor mechanism reconstruction (effective from 12/1/2023) - E-signed

### INFORMED CONSENT FOR PROCEDURES

I allow Dr. **ADLER, ZACHARY B** to treat the following condition(s): Failed left total knee arthroplasty with chronic extensor mechanism disruption At (Facility): Allenmore Hospital

The procedure(s)
Left revision total knee arthroplasty to hinge, left papillectomy, and left extensor mechanism reconstruction

This procedure(s) have been explained to me. The physician has talked to me about the reasons and expected results for this procedure. This discussion included:
- The nature and purpose of the procedure
- The anticipated results
- Other available treatments, including not having the procedure
- The material risks (those risks that are important to the decision regarding whether to undergo the procedure), complications, and expected benefits of this procedure and for the other available options
- Issues related to recovery from this procedure

Based on the explanation I have been given, I know that some parts of the procedure or surgical tasks may be done by a health care provider other than the physician named in this consent. Examples of surgical tasks may be opening and closing the surgery site, harvesting grafts, and dissecting or removing tissue. The physician has given me facts about these other providers. These facts include the medical actions and/or tasks they will do. I know that other persons than those listed in this consent may also be present. I know that the names of the persons and tasks they do may change. If this occurs, I will be informed of such facts as soon as possible.

**Risk of Procedure**: My consent is given knowing that any operation or procedure has some risks and hazards. The more common risks include:

| | | | | |
|---|---|---|---|---|
| • Infection | • Heart attack | • Nerve injury | • Perforation | • Hematoma |
| • Allergic reactions | • Severe blood loss | • Bleeding | • Blood clots | • Blood transfusion reactions |

**Additional Risks/Comments**: See notes

**All such risks can be serious and possibly fatal.** I have also been made aware of risks and possible complications that are part of this procedure.

**Anesthesia/Sedation and Analgesia**: I consent to have the doctor who is doing this procedure or an anesthesiologist give me the sedation and pain relief that is needed for this procedure. Sedation options have been discussed with me. I know that all options involve risks and possible hazards that may include:
- Serious damage to vital organs such as the brain, heart, lung, liver and kidney
- Paralysis, cardiac arrest and/or brain death causes

**Other Unforeseen Procedures:** I know that during the course of the procedure, unforeseen problems may make procedures other than those stated above necessary. I consent to the above named doctor(s) and/or his/her assistants or designees, to perform such needed procedure(s) based on their best medical judgment.

*I have discussed my condition and treatment with my doctor(s) and/or his/her associates. All of my questions have been answered to my satisfaction. I have been given enough facts so I can make an informed decision on the proposed treatment. I know that I should not sign this form until all my questions have been answered to my satisfaction. I know I should not sign this form until I know and understand all the words or terms on this form. I understand that I am free to refuse the proposed procedure or treatment. I have read and fully understand this form. I freely give consent to this operation/procedure or treatment of my own accord.*

*I am aware that the practice of medicine and surgery is not an exact science. I know that no guarantees have been made to me about the results of the operation or procedure. I have been advised that the proposed procedure may not improve my condition and may, in fact, make it worse.*

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 658

Printed by 71334 at 8/21/24 10:11 AM

MC_002509

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### eSignature Scans (continued)

Signature

Signature captured with Topaz at 12/4/2023 08:48 AM

Patient or Other Legal Representative
Relationship to patient:

Witness Signature

Signature captured with Topaz at 12/4/2023 08:48 AM

Witness Signature
Witness:

Interpreter/Translator:

*I have explained the contents of this document to the patient/legal representative and have answered the patient's/legal representative's questions to their satisfaction, and to the best of my knowledge. In my clinical opinion, the patient has been adequately informed and has consented.*

Physician Signature

Saved signature used by Zachary B Adler, MD at 12/1/2023 09:17 AM

**Name:** Larocque,Linda J
**MRN:** 172930
**CSN:** 309313333
**DOB:** 2/9/1958
**Age/Sex:** 65 year old female

# MultiCare

### Events

**Admission at 12/4/2023 0809**

| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 659

Printed by 71334 at 8/21/24 10:11 AM

MC_002510

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Events (continued)

Patient class: Surgical-Inpatient AM

#### Surgery at 12/4/2023 1034

| | | |
|---|---|---|
| Unit: ALLENMORE OR | Room: AH 02 | |
| Patient class: Surgical-Inpatient AM | | |

#### Patient Update at 12/4/2023 1442

| | | |
|---|---|---|
| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
| Patient class: Surgical-Inpatient AM | | |

#### Patient Update at 12/4/2023 1515

| | | |
|---|---|---|
| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
| Patient class: Observation/Overnight | | |

#### Transfer Out at 12/4/2023 1734

| | | |
|---|---|---|
| Unit: AH OR | Room: ORAHP | Bed: ORAHP |
| Patient class: Observation/Overnight | | |

#### Transfer In at 12/4/2023 1734

| | | |
|---|---|---|
| Unit: Allenmore Hospital 2E | Room: 2205 | Bed: 2205-1 |
| Patient class: Observation/Overnight | | |

#### Patient Update at 12/5/2023 0628

| | | |
|---|---|---|
| Unit: Allenmore Hospital 2E | Room: 2205 | Bed: 2205-1 |
| Patient class: Inpatient | | |

#### Patient Update at 12/5/2023 0713

| | | |
|---|---|---|
| Unit: Allenmore Hospital 2E | Room: 2205 | Bed: 2205-1 |
| Patient class: Inpatient | | |

#### Discharge at 12/8/2023 1639

| | | |
|---|---|---|
| Unit: Allenmore Hospital 2E | Room: 2205 | Bed: 2205-1 |
| Patient class: Inpatient | | |

### Clinical Notes

#### Progress Notes by Jaynee Krzywicki, RN at 11/20/2023 0914

| | | |
|---|---|---|
| Author: Jaynee Krzywicki, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 11/21/23 1253 | Date of Service: 11/20/23 0914 | Status: Addendum |
| Editor: Jaynee Krzywicki, RN (Registered Nurse) | | |

### WEST PIERCE REGIONAL PRE ANESTHESIA CLINIC NOTE
1901 S. Union Ave, 19U-H1-PAC, Tacoma, WA 98405
Phone: 253- 459-6877    Fax: 253-459-6218

**11/20/2023**

Linda J Larocque is a 65 year old female

**DOS:** 12/4/2023
**Surgeon(s) and Role:**

| | | |
|---|---|---|
| | ALLENMORE HOSPITAL | Larocque, Linda J |
| | 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | TACOMA WA 98405-1702 | Adm: 12/4/2023, D/C: 12/8/2023 |
| Page 660 | | Printed by 71334 at 8/21/24 10:11 AM |

MC_002511

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

\* Zachary B Adler, MD - Primary
\* Shane Turner, PA-C - Assisting PA
Surgical Procedure(s):
TOTAL KNEE REVISION; Regional, Adductor canal block (Left)
REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left)

Location: ALLENMORE OR

**Summary of Contact(s)**
☐ Call completed
     Date/time/initials:
☒ No show
     Date/time/initials: 11/20/2023 9:10 AM JKRN
☐ Cold call
    ☒ Call completed:
       Date/time/initials: 11/21/2023 12:53 PM JKRN
    ☐ Call not completed:
       Date/time/initials:

PAC Nursing Communication:

Date/time/Initials        Documentation
11/20/2023 9:10 AM No answer left VMX2 at 253-273-7247. Instructed to call back with any questions about this message or to try to re-schedule this screening. Contacted Camille, MA to please notify surgeon's office of pt's missed appointment. JKRN

11/21/2023 12:53 PM JKRN   Instructions given verbally and sent via Mychart. Pt verbalized understanding.

**Covid, RSV, Influenza questions:**

Positive test for Covid, RSV, or Influenza in the last 4 weeks?   ☐ Yes ☒ No
Current symptoms?   ☐ Yes ☒ No
    ☐ Cough
    ☐ Wheezing
    ☐ SOB
    ☐ Other (please list):
Hospitalization required?   ☐ Yes ☐ No
Surgeon's office notified?   ☐ Yes ☐ No

**Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:**

Is patient diabetic?  ☐ Yes ☐ No
    If yes, order FBS DOS
Is patient on Dialysis?  ☐ Yes ☐ No
    If yes, order K+ DOS

---

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 661    Printed by 71334 at 8/21/24 10:11 AM

MC_002512

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Does patient have heart failure with reduced EF (systolic HF)? ☐ Yes ☐ No
    If yes, usual labs and workup per pre anesthesia clinic order set indicated. Please obtain copy of most recent echo. Cardiac clearance not needed.
Can patient lie flat for 1-2 hours? ☐ Yes ☐ No
    If no, reason:
    If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and workup per pre anesthesia clinic order set indicated.
Does surgeon request general anesthesia? ☐ Yes ☐ No
    If yes, usual labs and workup per pre anesthesia clinic order set indicated.

**\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless specified above.**

**\*Strabismus surgery done with general anesthesia**

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders, and other pre-surgery tasks**

Additional DOS Special Needs (not included in Procedure Pass):

_____

☒ TAA Chart review requested
    Date/time/initials:

**Communication with TAA**

**Relevant Medical History:**
Obtained from chart: PSVT, CAD, HTN, HLD, LBB, Heart failure with mildly reduced ejection fraction, OSA, DM

**Clinical Question or concern:**

| Date/time/Initials | Documentation |
|---|---|
| 11/20/2023 9:17 AM JKRN | Last TAA review > 90 days. PHI risk assessment in media 10/13/2023 |

**Recommendations (date/time/initials):**

    ☐ No further evaluation or testing recommended:
    ☐ Cardiac clearance:
    ☐ Medical clearance:
    ☐ Follow up with specialist or PCP:
    ☒ Other: See TAA note update 11/20/2023 -11/20/2023 9:38 AM JKRN

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 662
Printed by 71334 at 8/21/24 10:11 AM

MC_002513

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

**SOB with exercise:** no
**Chest pain with exercise:** no
**Exercise Capacity (≥ 4 METS yes or no):** yes
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)
- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG:** 2/2/2023
**ECHO:** 6/15/2022
**Cardiology notes or Clearance:** Guerra 6/26/2023
**Pacemaker or ICD Information/Clearance:**
    **Cardiologist or Device Clinic managing pacemaker/ICD:**
    **Date of last device interrogation (month/year):**
    **Clearance requested:** ☐Yes ☐No:
**Other relevant information (Lab, ER visits, etc.):**

Electronically signed by Jaynee Krzywicki, RN at 11/21/23 1253

**Nursing Notes by Roy Knott, RN at 11/29/2023 0858**

| Author: Roy Knott, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 11/29/23 0858 | Date of Service: 11/29/23 0858 | Status: Signed |
| Editor: Roy Knott, RN (Registered Nurse) | | |

2 pt identifiers used. MRSA swab completed in each nares. Specimen labeled and walked to lab.
Pt taken to lab in whlchr

Electronically signed by Roy Knott, RN at 11/29/23 0858

**Progress Notes by Lawanda A Robinson, CNA at 11/29/2023 0941**

| Author: Lawanda A Robinson, CNA | Service: — | Author Type: Certified Nursing Assistant |
|---|---|---|
| Filed: 11/29/23 0941 | Date of Service: 11/29/23 0941 | Status: Signed |
| Editor: Lawanda A Robinson, CNA (Certified Nursing Assistant) | | |

**Patient here for vitals, ekg. Patient stated she received the surgical wipes from the surgeon office.**

| | ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|---|
| | 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | TACOMA WA 98405-1702 | Adm: 12/4/2023, D/C: 12/8/2023 |
| Page 663 | | Printed by 71334 at 8/21/24 10:11 AM |

MC_002514

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Clinical Notes (continued)**

Electronically signed by Lawanda A Robinson, CNA at 11/29/23 0941

**Interval H&P Note by Zachary B Adler, MD at 12/4/2023 1015**

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 12/04/23 1015 | Date of Service: 12/04/23 1015 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

## Pre-Operative H&P Update

**ID:** Linda J Larocque 65 year old female

**Location:** ORAHP/ORAHP
**Hospital Day:** LOS: 0 days

**Attending:** Zachary B Adler, MD
**PCP:** Rachel D Dawson, MD

## Problem List:

Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • Coronary artery disease involving native coronary artery of native heart without angina pectoris | 06/26/2023 |
| • Patellar tendon rupture, left, initial encounter | 06/26/2023 |
| • : Left total knee replacement. 02-08-23 | 02/28/2023 |
| • Degenerative joint disease of left knee | 02/08/2023 |
| • Retinal tear of left eye | 11/29/2022 |
|     *Overview Note:* | |
|     11/2022 no sx found incidentally and tx w/ laser | |
| • PSVT (paroxysmal supraventricular tachycardia) | 06/30/2022 |
| • Equivocal stress test | 10/21/2021 |
| • NSVT (nonsustained ventricular tachycardia) (CMS/HCC) | 10/21/2021 |
| • SOB (shortness of breath) | 08/30/2021 |
| • HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) | 08/30/2021 |
| • Hammer toes, bilateral | 12/13/2016 |
| • Bilateral carpal tunnel syndrome | 12/13/2016 |
| • Type 2 diabetes mellitus without complication (CMS/HCC) | 12/10/2015 |
| • Obstructive sleep apnea (adult) (pediatric) | 07/23/2015 |
| • Chronic pain | 12/24/2014 |

    *Overview Note:*
    Periodic 6 Month Review Date: 5/25/2022
    Condition(s) for which opioid analgesic(s) have been prescribed: (G89.4) Chronic pain syndrome (primary encounter diagnosis)
    (M79.18) Myofascial muscle pain
    (M15.0) Primary osteoarthritis involving multiple joints
    Daily Maintenance opioid dose: hydrocodone 32 mg
    Combined morphine equivalent dose: 32 mg
    Opiod Risk Tool score: Moderate risk (4-7)

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 664     Printed by 71334 at 8/21/24 10:11 AM

MC_002515

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Primary Prescriber: Rachel D Dawson, MD

**A**

| | |
|---|---|
| • Myofascial muscle pain | 02/01/2013 |
| • Other constipation | 11/30/2012 |
| • Disorder of lipoid metabolism | 02/21/2012 |
| • Degeneration of lumbar or lumbosacral intervertebral disc | 11/29/2011 |
| • Major depressive disorder, recurrent episode, moderate (CMS/HCC) | 11/29/2011 |
| • Unspecified vitamin D deficiency | 10/20/2011 |

Overview Note:
10/1/21 Regulatory import

| | |
|---|---|
| • Diabetes mellitus without complication (CMS/HCC) | 09/20/2005 |
| • NASH (nonalcoholic steatohepatitis) | 10/12/2004 |
| • Essential hypertension, benign | 06/07/2000 |
| • Chondromalacia of patella | |
| • Plantar fascial fibromatosis | |
| • Lesion of plantar nerve | |

Overview Note:
MORTON'S NEUROMA

• Osteoarthritis
Overview Note:
L-5

## Allergies:

**Allergies as of 09/29/2023 - Reviewed 09/29/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Immunizations: states are up to date

## Labs as of 10:15 AM, 12/4/2023

**Hct (%)**

| Date | Value |
|---|---|
| 11/29/2023 | 43.0 |

**Hgb (g/dL)**

| Date | Value |
|---|---|

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 665                                Printed by 71334 at 8/21/24 10:11 AM

MC_002516

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

11/29/2023          14.4

**WBC (K/uL)**

| Date | Value |
|------|-------|
| 11/29/2023 | 5.60 |

**Plt (K/uL)**

| Date | Value |
|------|-------|
| 11/29/2023 | 352 |

**K (mmol/L)**

| Date | Value |
|------|-------|
| 11/29/2023 | 4.4 |

**Creatinine (mg/dL)**

| Date | Value |
|------|-------|
| 11/29/2023 | 0.67 |

**INR (no units)**

| Date | Value |
|------|-------|
| 11/05/2009 | 0.92 |

**HCG urine (no units)**

| Date | Value |
|------|-------|
| 11/10/2009 | Negative |

**Vital Signs:** BP 123/81 | Pulse 76 | Temp (Src) 97.5 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 95% | LMP 09/14/2009

**Interval / Update Note** Full H&P done within 30 days of procedure and H&P reviewed
Patient examined
No changes to H&P

This interval note was completed within 24 hours following the patient's admission/registration and before the planned procedure.

Zachary B Adler, MD

Electronically signed by Zachary B Adler, MD at 12/04/23 1015

**Source Note: H&P (View-Only)**

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/04/23 1006 | Date of Service: 11/22/23 0830 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/04/23 1014 |

**11/22/2023**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 666
Printed by 71334 at 8/21/24 10:11 AM

MC_002517

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

**PATIENT NAME:** Linda J Larocque
AGE: 65 year old

**SURGEON:** Zachary Adler MD

**REFERRING PHYSICIAN/OTHER CONSULTANTS:** Rachel D Dawson, MD

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Pre-Op Exam
  *Left total knee revision DOS 12/04/23 ADLER*

**HPI:** This is a 65 year old female who presented to our orthopedic clinic for history of **patella tendon rupture s/p left total knee arthroplasty.** Zachary Adler MD was consulted for evaluation and treatment options. The recommendation was made to proceed with surgery. Linda has exhausted all conservative treatment options and is here for preoperative evaluation for **left total knee revision with patella tendon reconstruction with open patellectomy.** SURGERY DATE: December 4, 2023. Linda J Larocque denies any recent fever, illness, other injury since patient was last seen in our clinic.

**Clearances:**
1. Is cardiac clearance needed? No.
2. Is Pulmonary clearance needed? No.
3. Does patient have any metal allergies? No.
4. Has patient seen a dentist in the last 6 months/ year? Yes.
5. Is Dental clearance needed? No.
6. Do you have Diabetes? Yes. **Last A1c was 5.8 on 6/23/23.**
7. Do you Smoke or use nicotine products? No.
8. Have you had any recent hospitalizations, infections or visits to the ED in the last 90 days? No.

**Current pain medication use: Hydrocodone 10/325mg 2-3 tablets a day.**

**ROS: Pertinent positives listed below**
**Patient Active Problem List**
Diagnosis
- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 667
Printed by 71334 at 8/21/24 10:11 AM

MC_002518

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- Degenerative joint disease of left knee
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, initial encounter


**Current out patient medications:**
**Current Outpatient Medications**

| Medication |
| --- |
| • verapamil (CALAN SR) 240 MG Tab CR |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector |
| • alprazolam (XANAX) 0.25 MG Tab |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab |
| • [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab |
| • rosuvastatin (CRESTOR) 20 mg Tab |
| • aspirin 81 MG Chew Tab |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps |
| • Free Text Medication Entry (OTHER) |
| • Free Text Medication Entry (OTHER) |
| • docusate sodium (COLACE) 100 MG Caps |
| • senna (SENNA, SENOKOT) 8.6 MG Tab |

No current facility-administered medications for this visit.


**Past Medical History:**

| Diagnosis | Date |
| --- | --- |
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 668
Printed by 71334 at 8/21/24 10:11 AM

MC_002519

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

*Osteoarthritis gen'l chronic pain syndrome Norco*
- H/O cardiac arrhythmia
- H/O CHF
  *6/2022 ECHO EF 45-50% Dr Guerra cardiologist*
- History of sleep apnea
  *uses CPAP*
- Hyperlipidemia
- Lumbago                                                                    06/28/2010
- Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)              10/27/2009
  *tx w/ hyst*
- Migraine, unspecified, without mention of intractable migraine without mention of
  status migrainosus
  *Migraine*
- Paroxysmal supraventricular tachycardia
  *heart murmur noted on echo*
- Prediabetes
- Snores
- Type II or unspecified type diabetes mellitus without mention of complication, not
  stated as uncontrolled
  *diet controlled*
- Uterine cancer (CMS/HCC)

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY | | 2008, 2013 |
| *due in august 2013* | | |
| • **RECONST-RECURR DISLOC PATELLA | Left | 06/26/2023 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY | Left | 11/2022 |
| *retinal tear tx w/ laser* | | |
| • H/O HYSTERECTOMY TOTAL | | 11/01/2009 |
| *uterine cancer stage 1aG1 w bso lnd* | | |
| • H/O ORAL SURGERY | | 2000 |
| *x 2* | | |
| • P FIX INFRAPATELLA TENDON,PRIMARY | | 06/26/2023 |
| • P FOOT/TOES SURGERY PROC UNLISTED | | 01/01/1999 |
| *mortons neuroma right* | | |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
| *CHF* | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702  Adm: 12/4/2023, D/C: 12/8/2023

Page 669                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002520

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Clinical Notes (continued)

| | |
|---|---|
| • GU<br>   *GOUT* | Mother |
| • Alcohol abuse | Daughter |
| • Seizures | Daughter |
| • Uterine cancer | Daughter |
| • Neuro<br>   *epilepsy* | Daughter |
| • Drug/Alcohol<br>   *recovering alcoholic* | Daughter |
| • Cancer<br>   *uterine ca* | Daughter |
| • Coronary Artery Disease<br><br>   *MI* | Maternal<br>Grandmother |
| • Cancer<br><br>   *BREAST* | Maternal<br>Grandmother |
| • Coronary Artery Disease<br><br>   *MI* | Maternal<br>Grandfather |
| • Hypertension | Sister |
| • Diabetes | Paternal Aunt |
| • Other<br>   *EPILEPSY* | Sister |
| • Diabetes | Sister |
| • Arthritis | Brother |
| • Heart | Sister |
| • Diabetes | Maternal Aunt |
| • Other<br>   *MIGRAINE* | Paternal Aunt |
| • Neuro<br>   *early alzheimers.* | Sister |

## Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Not on file | |
| **Tobacco Use** | |
| • Smoking status: | Never |
|    Passive exposure: | Never |
| • Smokeless tobacco: | Never |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |

ALLENMORE HOSPITAL   Larocque, Linda J
1901 S UNION AVE   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 12/4/2023, D/C: 12/8/2023

Page 670   Printed by 71334 at 8/21/24 10:11 AM

MC_002521

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

- Alcohol use:                          Yes
  *Comment: 1-2x year*
- Drug use:                             Not Currently
- Sexual activity:                      Yes
  Partners:                             Male
  Birth control/protection:             Surgical
  *Comment: married monogamous, vas*

| Other Topics | Concern |
|---|---|
| • Have you received a blood transfusion? | No |
| • Regular exercise | No |

**Social History Narrative**

- Not on file

## Social Determinants of Health

| |
|---|
| Financial Resource Strain: Not on file |
| Food Insecurity: Not on file |
| Transportation Needs: Not on file |
| Physical Activity: Not on file |
| Stress: Not on file |
| Social Connections: Not on file |
| Intimate Partner Violence: Not on file |
| Housing Stability: Not on file |

BP 111/72 | Pulse 81 | Temp (Src) 96 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 251 lb 3.2 oz (113.944 kg) | LMP 09/14/2009

Estimated body mass index is 40.54 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").
  Weight as of this encounter: 113.9 kg (251 lb 3.2 oz).

## Allergies as of 11/22/2023 - Reviewed 11/22/2023

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

## PHYSICAL EXAMINATION:

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 671                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002522

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| General: | Healthy appearing patient who is cooperative with the exam. |
| Psych: | Appropriate and alert. |
| Skin: | Grossly benign, intact. |
| Head: | Normo-cephalic, Atraumatic |
| Neck: | No obvious masses or abnormalities |
| Chest: | Normal excursion |
| CV: | Negative for irregular heartbeat, chest pain. |
| Abdomen: | Soft, non-tender |
| Neuro: | No gross deficits |

**MUSCULOSKELETAL:** Left knee
Examined by Zachary Adler MD and diagnosed her with **patella tendon rupture s/p left total knee arthroplasty.**

Initial history and physical was reviewed today with the patient and there were no changes present.

**PERTINENT TEST (Lab/X-ray, etc.) RESULTS:** See chart notes and films

**DIAGNOSIS:**
**Patella tendon rupture s/p left total knee arthroplasty**

**PLANNED PROCEDURE:**
**Left total knee revision with patella tendon reconstruction with open patellectomy**

**New x-rays ordered today: Yes.**

**Pre-dental antibiotics: She has historically taken these per her dentist due to her SVT history. Continue these.**

**Oxycodone and Tramadol worked after her left total knee.**

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. We went over the risks of infection, bleeding, nerve damage, the chance of not improving, squeaking or clicking of implant(s), implant loosening, possible periprosthetic fracture, possible need for revision, risk of blood clots, pulmonary embolism, possible blood transfusion, the use of blood thinning medication after surgery, the need for physical therapy after surgery, possible death and the risks of anesthesia. Patient accepts the treatment plan as outlined. Linda J Larocque has been given ample opportunity to ask questions about her proposed surgical procedure and consents to such procedure.

Patient Interview and Chart review to screen for significant risk factors for thromboembolic events indicates that there was **no** documented hx of DVT, PE, TIA, stroke or factors that would potentially increase the risk of VTE with fibrinolytics, therefore, we **will** plan to proceed with Tranexamic Acid.

Linda will be placed on **Xarelto 10mg for 3 weeks** for DVT prophylaxis following surgery. This medication will be given upon discharge from hospital. The patient will wear TED hose, or compression stockings, for 3 weeks following surgery also for DVT prophylaxis.

We reviewed patient's postoperative pain expectation and developed a plan of Care to address postoperative pain:
1. Amount of expected pain relative to the procedure
2. Types of medication that will be used post-op to manage pain
3. Use of mulitmodal pain management to include alternatives to Opioids
4. Discussion about appropriate use of opiates- projected time and weaning back to her baseline pain medication

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 672      Printed by 71334 at 8/21/24 10:11 AM

MC_002523

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

to be complete no later than 3 weeks postop.

All questions were answered and Linda J Larocque understood and was satisfied with this plan.

**Total Joint replacement protocol discharge planning:** Recommend starting outpatient physiotherapy within 2-5 business days of discharge from acute care setting.

**PT referral will be discussed at a later date.**
**DME she has at home.**
**We discussed the goal of DC home postop next day if PT/OT goals are met, voids on her own and pain is well controlled.**
**Linda J Larocque will have family at home with her after surgery.**
**Preop wipes were given today.**

Shane Turner, PA-C

> Electronically signed by Shane Turner, PA-C at 12/04/23 1006
> Electronically signed by Zachary B Adler, MD at 12/04/23 1014

**OR Nursing by Rian C Schneider, RN at 12/4/2023 1028**

| Author: Rian C Schneider, RN | Service: Orthopedics | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/04/23 1028 | Date of Service: 12/04/23 1028 | Status: Signed |
| Editor: Rian C Schneider, RN (Registered Nurse) | | |

Patient verbalized name, date of birth, site, procedure, surgeon, NPO status, and Allergies: Allergies Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]. Consent signed and on chart. Pt transported to OR 2 per stretcher.

> Electronically signed by Rian C Schneider, RN at 12/04/23 1028

**Op Note by Zachary B Adler, MD at 12/4/2023 1034**

| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
|---|---|---|
| Filed: 12/04/23 1545 | Date of Service: 12/04/23 1034 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Preop Diangosis:
1. Failed Left Total Knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Postop Diangosis:
1. Failed Left Total knee Arthroplasty

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 673                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002524

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Procedure Performed:
1. Left Revision Hinged Total Knee Arthroplasty, CPT 27487
2. Left Knee Extensor Mechanism Reconstruction, CPT 27381
3. Left Knee Patellectomy, CPT 27350
4. Application disposable negative pressure wound therapy (PICO 30 x 10), CPT 97607

Modifier 22 : YES There was an increased level of technical difficulty encountered during the procedure due to morbid obesity with BMI 40.92. As such, surgical dissection, exposure, and implant placement took two times longer than usual given the technical difficulty.

Date of Procedure: 12/4/2023

Surgeon: Zachary B. Adler, MD

First Assist: Robert Tamurian, MD
Second Assist: Jeremiah Steed, MD and Shane Turner, PA-C
Anesthesia: Local, General and ACB
IVF 1700cc
EBL 300cc
UOP 0cc
Tourniquet Time: 112 and 27 minutes
Findings: failed left TKA secondary to chronic extensor mechanism reconstruction
Specimen: Left knee deep tissue for culture
Drains: none
Complications: None
Outcome: Stable to PACU

Components: Zimmer RHK
Femur: Size E Left with 10mm medial distal/5mm medial posterior/5mm lateral distal augments and 16x100mm stem
Tibia: Size 3 with 51x34 full cone
Tibial Polyethylene Insert: 12 mm
Mesh: Bard monofilament polypropylene 10x14 inch

Indications for Procedure:
Linda J Larocque is a 65 year old female who developed a failed total knee arthroplasty secondary to chronic extensor mechanism disruption. I counseled Linda J Larocque at length regarding the risks and benefits of revision total knee arthroplasty with patellectomy and marlex mesh extensor mechanism reconstruction including but not exclusive to: extensor lag, recurrent disruption, wear, loosening, infection, stiffness, mechanical failure, dislocation, leg length inequality, need for aggressive post-operative physical therapy, possible chronic persistent pain due to normal joint function despite arthroplasty, activity modifications and restrictions after joint arthroplasty, need for revision surgery as a result of mechanical failure and/or loosening, general risks of orthopaedic extremity surgery such as nerve or blood vessal damage, wound healing difficulty, deep vein thrombosis, pulmonary embolis, perioperative organ system dysfunction, need for blood transfusion, and even perioperative death. Linda J Larocque has taken the opportunity to consider all the above risks and has been given the benefit of a pre-operative consultation and has signed an informed

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 674
Printed by 71334 at 8/21/24 10:11 AM

MC_002525

Clinical Notes (continued)

consent documenting the above. All questions were answered and Linda J Larocque demonstrated understanding without barriers to learning. Linda J Larocque has had their medical condition optimized for surgery in conjunction with their primary care physician and wishes to proceed with revision total joint arthroplasty.

Details of the procedure: Linda J Larocque was taken to the operating room theatre, where they were positioned on the operating room table having all bony prominences and sensitve areas padded while a general and/or regional anesthetic was induced per the anesthesia team. An intraoperative sequential compression device was placed on the well leg. The Left knee was prepped and draped in the usual sterile fasion after well padded tourniquet was placed. Personal protective hoods were donned by all technical operating personnel and a standard surgical "Time Out" was performed verifying all instruments and implants were available and sterile prior to procedure. Pre-operative antibiotics were administered prior to incision, compression exsanguination was perfomed, and the pneumotourniquet was inflated to 250 mmHg. A longitudinal incision was made over the Left knee using a #10 blade and a standard median parapatellar approach was carried out after medial and lateral elevation of the subcutaneous flaps. Bovie electorcautery was used to maintain meticulous hemostasis throughout the entire procedure. Parapatellar arthrotomy was performed medial to the patellar tendon, along the medial third of the patella, and down the central aspect of the quadricep tendon. A medial tibial slide was performed to the level of the medial hamstring bursa at the joint line and extended along the tibia as needed for visualization. Deep cultures were then obtained.

Given the very high rising patella secondary to chronic extensor mechanism disruption, patellectomy was performed. This was done by providing by traction across the patella and releasing it from the superficial soft tissues. Patella was then discarded.

Homans were then placed so that I had excellent exposure of the femoral and tibial components. Osteotome was used to dissociate the polyethylene from the tibial baseplate. The femoral component was examined and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the femoral component. This was then removed with a tamp. There was noted to be 5-10 of bone loss distally on the medial and lateral condyle. There was also noted to be 5 of bone loss posteriorly on the medialcondyle. The tibia was then subluxed anteriorly with hyperflexion. The tibial component was then assessed and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the tibial component. A tamp was used to remove the tibial component in a retrograde fashion. A combination of osteotomes and curettes were used to remove all of the residual cement and nonviable bone and soft tissue around the distal femur and proximal tibia.

Homans were placed medially and laterally to protect the medial and lateral soft tissues and ligaments and the PCL retractor was placed posteriorly to translate the tibia anteriorly. I then sequentially reamed intramedullary until a 14 millimeter reamer provided excellent fit. The proximal tibia cutting guide was then placed over the reamer. This was planned in place anteriorly. Proximal tibia cleanup cut was performed so as to remove a minimal amount of proximal bone and prepare the proximal tibia for cementation of the final components. Given the appearance of the proximal tibia I did not have to remove excess medial and/or lateral tibial plateau in order to accommodate augments. Reamer was then removed. I then sequentially reamed and broached for the appropriately sized tibial cone. This was found to be size 51x34. Trial cone was then placed. Tibia was then sized and found to be a size 3. Tibial trial was then placed. I then returned my attention to the distal femur.

Homans were placed medially and laterally so as to protect the medial and lateral soft tissues. I then sequentially reamed until a 16 mm reamer provided excellent fit. The appropriately sized distal femoral component and stem was assembled on the back table and impacted on the distal femur. With the trial femoral component in place I then inserted the appropriate thickness polyethylene trial so as to balance the flexion gap. With the trial components in place, a trial spacer of 12 mm provided the best restoration of joint balance Using the femoral component I was able to perform the indicated distal femur and posterior femur cuts so as to accommodate the appropriate augments which provided excellent femoral component stability and bone contact. The trial components were then removed and the box cutting jig was placed. Box was then cut to accommodate the reivision distal femur. The wound was then

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 675

Printed by 71334 at 8/21/24 10:11 AM

MC_002526

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

irrigated with dilute Betadine solution. This was also allowed to sit for 3 minutes before being evacuated with pulsatile lavage. I then called for an open the femoral and tibial components.

Marlex mesh was then folded on itself 8-10 times and held in the appropriate position with #5 Ethibond suture. I then impacted the tibial cone such that it was 3 middle millimeters deep to the tibial cut. I placed 5 cm of the Marlex mesh into the tibial cone followed by the trial tibial component to make sure these fit appropriately. Once this was found to be acceptable, 2 bags antibiotic cement with 1 g vancomycin powder was then mixed. Cement restrictor was placed in the tibia such that was 1 cm beyond the tip of the tibial component. Third-generation cement technique was then used to cement 5 cm of Marlex mesh anterior to the stem of the tibial component. Tibial component was impacted and all excess cement was removed. Care was taken to make sure there is no cement neither dorsal or ventral to the Marlex mesh as it exited along the inferior border of the tibial baseplate in line with the tibial tubercle. Direct pressure was held until the cement hardened.

Cement restrictor was then placed in the distal femur such it would be 1 cm beyond the tip of the femoral stem. 2 bags of antibiotic cement with 1 g vancomycin powder was then mixed. Third-generation cement technique was then used to cement the femoral component with the appropriate stem and augments. Once the femoral component was impacted down to the level of the osteotomy, all excess cement was removed. Final tibial insert thickness of 12millimeters was then inserted and the knee brought out to full extension. Cold saline was used to mitigate the exothermic reaction during cement curing. The joint was reduced and then washed with a pulsatile jet lavage. Reck was then injected into the periosteal soft tissues.

Vastus medialis and vastus lateralis were then released both superficially and deep so as to provide appropriate excursion to cover the Marlex mesh extensor mechanism reconstruction. A coronal split was then made in the residual patellar tendon and the Marlex mesh was unitized with the soft tissue directly as it exited the anterior tibia such that there was 100% circumferential soft tissue exposure of the Marlex mesh. Above the level of the patellar tendon, the Marlex mesh was then unitized with the vastus lateralis superficially while light longitudinal proximal tension was held on the Marlex mesh. The tendon of the vastus lateralis was then pulled over the Marlex mesh and sewn down over the mesh so as to create layered tendon/Marlex mesh/tendon extensor mechanism reconstruction. The soft tissues were then oversewn with #2 FiberWire in a running #1 Vicryl.

Deep soft tissues were closed with 0 Vicryl, superficial soft tissues with 3-0 Vicryl and a 3-0 nylon for the skin.

Application disposable negative pressure wound therapy (PICO 30 x 10): Given the anatomical location of the patient's incision on the anterior knee and the patient's increased risk for wound complications associated with revision reconstruction with prolonged immobilization extension a disposable negative pressure wound therapy was applied. After incision was closed, clean, and dry the pico was applied in the ideal position. This was then sealed. Power was turned on and dressing was found to be without leak.

The patient was then reversed from their anesthetic state per the anesthesia team and was transferred to their hospital bed. There were no immediate perioperative complications and the pateint was taken to the recovery room on satisfactory and stable condition. I, Dr. Zachary B. Adler was present and directly performed or supervised the entire procedure from incision to completed closure.

**Post-Operative Plan**

DVT Prophylaxis Plan: Xarelto x3 weeks

Antibiotic prophylaxis plan: Ancef x24 hours then Keflex 500PO TID x10 days due to increased risk of prosthetic joint infection from type 2 diabetes and morbid obesity with BMI of 40.9 to

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 676
Printed by 71334 at 8/21/24 10:11 AM

MC_002527

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Clinical Notes (continued)

Weight Bearing instructions: Nonweightbearing in a hinged knee brace locked in full extension x 2 to 3 weeks. Anticipate conversion to long-leg cast x 3 months 1 suture removed. After 3 months of long-leg cast immobilization, will place back in hinged knee brace. First month and brace motion will be from 0-45, second month in brace motion will be from 0-60, third month in brace motion will be from 0-90. Once long-leg cast was removed and patient is transition to hinged knee brace, can weight-bear as tolerated with the brace locked in full extension.

Wound Care: Per pico protocol

Discharge Disposition : Home

Follow up with Shane Turner PA-C in 2 Week for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
12/4/2023
3:35 PM

Electronically signed by Zachary B Adler, MD at 12/04/23 1545

### Nursing Notes by Yu Min Ni, RN at 12/4/2023 1659

| Author: Yu Min Ni, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/04/23 1700 | Date of Service: 12/04/23 1659 | Status: Signed |
| Editor: Yu Min Ni, RN (Registered Nurse) | | |

VSS, pain controlled/tolerable. Patient informed of pending transfer. Report given to Christen, RN using SBAR. Any questions addressed and answered.

Transferred to room 2205-1 via cart accompanied by transporter.

Belongings transferred with patient.

Family notified of transfer.

Electronically signed by Yu Min Ni, RN at 12/04/23 1700

### Nursing Notes by Kristian P Figueroa, RN at 12/4/2023 1804

| Author: Kristian P Figueroa, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/04/23 1807 | Date of Service: 12/04/23 1804 | Status: Signed |
| Editor: Kristian P Figueroa, RN (Registered Nurse) | | |

Post-op assessment completed. Pt is calm and pleasant. Pt self reports 3/10 pain and denies pain medication at this time. Pt husband is in room with patient currently. P voided in recovery before transfer o med surg. Will continue to monitor.

Electronically signed by Kristian P Figueroa, RN at 12/04/23 1807

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023
Page 677    Printed by 71334 at 8/21/24 10:11 AM

MC_002528

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

---

**Progress Notes by Shane Turner, PA-C at 12/5/2023 0703**

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/05/23 0710 | Date of Service: 12/05/23 0703 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/05/23 1003 |

## ORTHOPEDIC PROGRESS NOTE

12/5/2023

## POD# 1
Revision left total knee (hinged) with extensor mechanism reconstruction

**Patient Name:** Linda J Larocque

**MRN:** 172930

**Admission Date:** 12/4/2023

**Surgeon:** Zachary Adler MD

**Primary Care Provider:** Rachel D Dawson, MD

**SUBJECTIVE:** She is up at bedside this morning. She is doing rather well. She does have family at home to help her when she discharges from the hospital. She still has a fair amount of pain during mobility from the bed to the commode. Otherwise, no new complaints.

**OBJECTIVE:**
VITALS: BP 122/58 | Pulse 79 | Temp (Src) 97.5 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 94% | LMP 09/14/2009, Temp (24hrs), Avg:36.3 °C (97.3 °F), Min:36.1 °C (96.9 °F), Max:36.4 °C (97.5 °F)

,
Intake/Output Summary (Last 24 hours) at 12/5/2023 0703
Last data filed at 12/5/2023 0645

| | Gross per 24 hour |
|---|---|
| Intake | 2380 ml |
| Output | 2415 ml |
| **Net** | **-35 ml** |

,
Today's weight:        12/5/2023 :        Weight: 115 kg (253 lb 8 oz)
GENERAL: in no apparent distress, well developed and well nourished, alert, and oriented x3.

SKIN: Warm and dry

**EXTREMITIES:**        Left knee
PICO dressing is c/d/I and functioning.
Hnged knee brace is on and locked in extension.
Mild swelling.
Calf is supple and nontender.
DNVI.

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 678
Printed by 71334 at 8/21/24 10:11 AM

MC_002529

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Clinical Notes (continued)

**LABS**: last 24 hours
Labs in the last 24 hours
GLUCOSE (POINT OF CARE)
    Collection Time: 12/04/23 9:53 AM

| Result | Value | Ref Range |
|---|---|---|
| Glucose | 94 | 65 - 120 mg/dL |
| Comment | Venous | |

CULTURE AND GRAM STAIN
    Collection Time: 12/04/23 11:19 AM
    Specimen: Knee, Left; Fluid

| Result | Value | Ref Range |
|---|---|---|
| Special Requests | None | |
| Gram stain | Few<br>white blood cells | |
| Gram stain | No organisms seen | |

BASIC METABOLIC PANEL
    Collection Time: 12/05/23 2:21 AM

| Result | Value | Ref Range |
|---|---|---|
| Na | 139 | 135 - 145 mmol/L |
| K | 4.2 | 3.6 - 5.3 mmol/L |
| Cl | 110 (H) | 98 - 109 mmol/L |
| CO2 | 19 (L) | 21 - 32 mmol/L |
| Anion gap w/o K | 10 | 4 - 12 |
| BUN | 21 | 8 - 24 mg/dL |
| Creatinine | 0.69 | 0.6 - 1.2 mg/dL |
| GFR non African Amer | 85 | >59 mL/min/1.73 m2 |
| GFR African American | 103 | >59 mL/min/1.73 m2 |
| Glucose | 172 (H) | 65 - 120 mg/dL |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL |

CBC WITH DIFF
    Collection Time: 12/05/23 2:21 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 13.26 (H) | 4.00 - 12.00 K/uL |
| RBC | 3.50 (L) | 4.00 - 5.50 mil/uL |
| Hgb | 10.8 (L) | 12.0 - 16.0 g/dL |
| Hct | 32.8 (L) | 37 - 47 % |
| MCV | 93.7 | 80 - 98 fL |
| MCH | 30.9 | 27 - 33 pg |
| MCHC | 32.9 | 32 - 37 g/dL |
| RDW | 13.2 | 11.5 - 15.0 % |
| Plt | 334 | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 11.40 (H) | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.06 | 0.00 - 0.07 K/uL |
| Abs lymphs | 1.07 | 0.80 - 3.30 K/uL |
| Abs monos | 0.70 | 0.10 - 1.00 K/uL |
| Abs eos | 0.02 | 0.00 - 0.40 K/uL |
| Abs basos | 0.01 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 85.8 | % |
| Immature grans | 0.5 | 0.0 - 0.9 % |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 679    Printed by 71334 at 8/21/24 10:11 AM

MC_002530

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

| | | |
|---|---|---|
| Lymphs | 8.1 | % |
| Monos | 5.3 | % |
| Eos | 0.2 | % |
| Basos | 0.1 | % |
| NRBC | 0.0 | 0.0 % |

## ASSESSMENT:
Acute blood loss anemia, stable

S/p Procedure(s):
Revision left total knee (hinged) with extensor mechanism reconstruction.

## PLAN:
Continue PT/OT.
Continue Xarelto 10mg BID x 3 weeks postop for DVT prophylaxis.
NWB left leg.
Continue with knee brace locked in extension. No bending of the left knee.
Start Keflex 500mg TID x 10 days this afternoon.
DC planning for home once she passes PT/OT.
Follow up with Shane Turner, PA-C in 2-3 weeks.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof**
**dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C

**Attending Physician:** Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 12/05/23 0710
Electronically signed by Zachary B Adler, MD at 12/05/23 1003

### Progress Notes by Morgan L Zumach, PT ASSIST at 12/5/2023 1234

| | | |
|---|---|---|
| Author: Morgan L Zumach, PT ASSIST | Service: Physical Therapy | Author Type: Physical Therapy Assistant |
| Filed: 12/05/23 1238 | Date of Service: 12/05/23 1234 | Status: Signed |
| Editor: Morgan L Zumach, PT ASSIST (Physical Therapy Assistant) | | |

Coordinated patient care with patient and evaluating physical therapist Tanya Fosdick. Discussed precautions, barriers to discharge including inaccessible home environment/recommendations for environmental modifications, scheduling caregiver training, and adaptive techniques.

17 minutes spent from 1142-1159. 1 stat unit billed accordingly.

Electronically signed by Morgan L Zumach, PT ASSIST at 12/05/23 1238

### Ancillary Notes by Tatiana Fosdick V, PT at 12/5/2023 1312

| | | |
|---|---|---|
| Author: Tatiana Fosdick V, PT | Service: Physical Therapy | Author Type: PHYSICAL THERAPY |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 680
Printed by 71334 at 8/21/24 10:11 AM

MC_002531

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Filed: 12/05/23 1321        Date of Service: 12/05/23 1312        Status: Signed
Editor: Tatiana Fosdick V, PT (PHYSICAL THERAPY)

### ACUTE PHYSICAL THERAPY EVALUATION

Patient Name: Linda J Larocque
MRN#: 172930
DOB: 2/9/1958; Age: 65 year old
LOS: 1

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

Precautions:
Weight Bearing Status -1: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Other precautions: Falls

Recommendations for Nursing:
**Patient should sit up in/on Recliner chair for meals and for environmental interaction**
**Recommend use of Bedside commode.**
**Encourage patient to transfer via squat- or stand-pivot with gait belt, front wheeled walker and 2 person Moderate Assist (one person for CGA, another for managing the LEFT LE by keeping it off the floor), 3 times daily.**
**If ambulatory, promote ambulation in room for short distances (bed<>chair). Progress mobility as able.**

Assessment / Response to intervention:
Patient admitted with LEFT TKR with patella tendon reconstruction with open patellectomy on 12/4/2023. At baseline patient reports being modified-independent with a FWW over the last six months due to the increasing LEFT knee pain. Currently patient requires mod-assist for all out-of-bed mobility. She transferred via squat-pivot to the recliner, as well as stood at the edge of the chair with a FWW while taking small hops over a foot distance. Patient required my assist to keep her LEFT LE off the ground (NWB per PA Shane Turner, heel-touch WB per Dr. Adler) via the gait belt around her ankle. Eventually she progressed to wrapping the free gait belt end around the walker handle, and could manage the lift of the LEFT LE at CGA. Patient currently presents below baseline mobility status, and appears appropriate for acute skilled PT. When able to reach all acute skilled PT goals with PT staff (mobilize at CGA to min-A due to her husband only being able to provide min-assist), and when able to secure all equipment (a ramp to enter her home), the patient will benefit from discharge home with 24/7 assist and home health PT to follow.

RECOMMENDATIONS:
**PT Discharge recommendation:** Home with assist, Home Health PT
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair
**Does patient have recommended equipment:** Yes

---

**Subjective:** Pt is agreeable to skilled PT evaluation.

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 12/4/2023, D/C: 12/8/2023
Page 681      Printed by 71334 at 8/21/24 10:11 AM

MC_002532

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

## Home Living:
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

## Prior Level of Function:
Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

## OBJECTIVE (Current Function):

Bed Mobility
Supine to Sit: CGA, Bed Rail, HOB elevated

Transfers
Sit to Stand: ModA (assist for LEFT LE management)
Stand to Sit: ModA (assist for LEFT LE management)
Bed to/from Chair: ModA, Cues for safety (for LEFT LE management)
Assistive Device : FWW, Gait Belt

Ambulation
Weight Bearing Status: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Distance (feet): 1 foot at the edge of bed
Assistance Level: ModA (assist for LEFT LE management)
Assistive Device: FWW, Gait Belt (another gait belt on patient's LEFT ankle)
Gait Characteristics: Decreased Pace, Unsteady
Verbal Cues: Sequencing, LE advancement, Device management, Safety, Weight bearing

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 682                                         Printed by 71334 at 8/21/24 10:11 AM

MC_002533

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

Cognition
Overall Cognitive Status: Within functional limits

Balance
Sitting Balance - Static: Good
Sitting Balance - Dynamic: Good
Standing Balance - Static: Fair
Standing Balance - Dynamic: Fair
Time: >11 min
Position: Edge of Bed, Edge of Chair, At walker
Performance: UE support required, Fatigues quickly

**Education/Treatment provided:**
Education Provided: adaptive equipment, adaptive techniques, body mechanics, energy conservation, falls prevention, home exercise program, joint replacement, precautions
Pt/family provided info re: abilities and prognosis: Yes
Pt/family understand precautions/limitations: Yes
Pt/family demonstrates understanding of home program: Yes (it is unclear what the precautions are regarding LEFT hip and ankle ROM; PA Shane Turner noted that he educated patient on those.)

**End of session safety:**
Patient positioned in: **Recliner chair; call light reviewed and within patient's reach**
Bed/Chair Alarm Placed: Yes
Handoff Post Therapy Session: Verbal hand-off to RN completed

**Impairments:**
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury

MC_002534

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Limitations:
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Factors Limiting Discharge: Inaccessible Living Environment, Severity of Impairments, Comorbidities

**Patient IS appropriate for ongoing therapy- see treatment plan and goals below**

**Treatment Plan**
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

**Goals**
Bed mobility: Modified Independent
Rolling : Modified independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Prognosis for PT Goals: Good

**PT Plan for Next Session: transfer independence progression**

**AMPAC Basic Mobility**
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Lot
Standing up from Chair: A Lot
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 12**

**Billable Unit Time:**
Session time start: 1035
Session time end: 1200

Tatiana V Fosdick, PT

Electronically signed by Tatiana Fosdick V, PT at 12/05/23 1321

**Progress Notes by Shane Turner, PA-C at 12/6/2023 0752**

| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
|---|---|---|
| Filed: 12/06/23 0849 | Date of Service: 12/06/23 0752 | Status: Addendum |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023
Page 684
Printed by 71334 at 8/21/24 10:11 AM

MC_002535

**Clinical Notes (continued)**

| | |
|---|---|
| Editor: Shane Turner, PA-C (Physician Assistant) | Cosigner: Zachary B Adler, MD at 12/06/23 1218 |

# ORTHOPEDIC PROGRESS NOTE

12/6/2023

## POD# 2
Revision left total knee (hinged) with extensor mechanism reconstruction

**Patient Name:** Linda J Larocque

**MRN:** 172930

Admission Date: 12/4/2023

**Surgeon:** Zachary Adler MD

Primary Care Provider: Rachel D Dawson, MD

**SUBJECTIVE:** She is having trouble with pain control this morning. She does not feel she is ready for discharge home yet. Otherwise, no new complaints.

**OBJECTIVE:**
VITALS:  BP 113/73 | Pulse 91 | Temp (Src) 97.1 (Skin ) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 93% | LMP 09/14/2009, Temp (24hrs), Avg:36.2 °C (97.1 °F), Min:35.9 °C (96.6 °F), Max:36.6 °C (97.8 °F)

,
Intake/Output Summary (Last 24 hours) at 12/6/2023 0752
Last data filed at 12/6/2023 0608

| | Gross per 24 hour |
|---|---|
| Intake | 3177 ml |
| Output | 5950 ml |
| **Net** | **-2773 ml** |

,
Today's weight:        12/6/2023 :          Weight: 115 kg (253 lb 8 oz)
GENERAL:  in no apparent distress, alert, and oriented x3.

SKIN: Warm and dry

**EXTREMITIES:**        Left knee
PICO dressing is c/d/l and functioning.
Hnged knee brace is on and locked in extension.
Mild swelling.
Calf is supple and nontender.
DNVI.

**LABS**: last 24 hours
Labs in the last 24 hours
BASIC METABOLIC PANEL
    Collection Time: 12/06/23  2:47 AM

| Result | Value | Ref Range |
|---|---|---|
| Na | 141 | 135 - 145 mmol/L |

MC_002536

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| K | 4.0 | 3.6 - 5.3 mmol/L |
| Cl | 112 (H) | 98 - 109 mmol/L |
| CO2 | 20 (L) | 21 - 32 mmol/L |
| Anion gap w/o K | 9 | 4 - 12 |
| BUN | 11 | 8 - 24 mg/dL |
| Creatinine | 0.55 (L) | 0.6 - 1.2 mg/dL |
| GFR non African Amer | 111 | >59 mL/min/1.73 m2 |
| GFR African American | 134 | >59 mL/min/1.73 m2 |
| Glucose | 146 (H) | 65 - 120 mg/dL |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL |

**CBC WITH DIFF**
Collection Time: 12/06/23  2:47 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 7.50 | 4.00 - 12.00 K/uL |
| RBC | 3.18 (L) | 4.00 - 5.50 mil/uL |
| Hgb | 9.8 (L) | 12.0 - 16.0 g/dL |
| Hct | 29.9 (L) | 37 - 47 % |
| MCV | 94.0 | 80 - 98 fL |
| MCH | 30.8 | 27 - 33 pg |
| MCHC | 32.8 | 32 - 37 g/dL |
| RDW | 13.5 | 11.5 - 15.0 % |
| Plt | 252 | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 4.77 | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.03 | 0.00 - 0.07 K/uL |
| Abs lymphs | 1.78 | 0.80 - 3.30 K/uL |
| Abs monos | 0.83 | 0.10 - 1.00 K/uL |
| Abs eos | 0.08 | 0.00 - 0.40 K/uL |
| Abs basos | 0.01 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 63.6 | % |
| Immature grans | 0.4 | 0.0 - 0.9 % |
| Lymphs | 23.7 | % |
| Monos | 11.1 | % |
| Eos | 1.1 | % |
| Basos | 0.1 | % |
| NRBC | 0.0 | 0.0 % |

**ASSESSMENT:**
Acute blood loss anemia, stable

S/p  Procedure(s):
Revision left total knee (hinged) with extensor mechanism reconstruction

**PLAN:**
Continue PT/OT.
Continue Xarelto for 3 weeks postop for DVT prophylaxis.
NWB left leg.

---

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 686

Printed by 71334 at 8/21/24 10:11 AM

MC_002537

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Continue with knee brace locked in extension. No bending of the left knee.
Continue Keflex TID until 10 days postop.
I have discontinued the Oxycodone and IV Dilaudid. Started her on oral Dilaudid.
DC planning for home possibly tomorrow if her pain is better controlled.
Follow up with Shane Turner, PA-C in 2-3 weeks.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C

**Attending Physician:** Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 12/06/23 0849
Electronically signed by Zachary B Adler, MD at 12/06/23 1218

### Nursing Notes by Kelly D Jameyson, RN at 12/6/2023 1752

| | | |
|---|---|---|
| Author: Kelly D Jameyson, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/06/23 1756 | Date of Service: 12/06/23 1752 | Status: Signed |
| Editor: Kelly D Jameyson, RN (Registered Nurse) | | |

Pt has been struggling with pain all shift. Obtained order for long acting medication this morning. Pt taking max amount of po dilaudid with minimal relief. Discussed with PA Turner. Pt states that she takes norco at home for chronic back pain. Found Rx in chart for #160 pills of norco 10/325 per month from R Dawson for chronic back pain that pt takes at baseline. This would make her postop pain very difficult to manage. PA Turner increased dose of po dilaudid to 6-8 mg. Will continue with adjunctive medications and nonpharm methods of pain relief.

Electronically signed by Kelly D Jameyson, RN at 12/06/23 1756

### Discharge Summary by Shane Turner, PA-C at 12/7/2023 0730

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/07/23 0732 | Date of Service: 12/07/23 0730 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/07/23 1020 |

## Discharge Summary

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 687
Printed by 71334 at 8/21/24 10:11 AM

MC_002538

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Surgeon: Zachary Adler MD
Reason for Admission: Linda J Larocque is a 65 year old female who on 12/4/2023 and underwent LEFT P REVISE
KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381] without perioperative complications.
Hospital course: Linda J Larocque was admitted for postoperative care consisting of pain control, gait training and
mobility. Linda J Larocque remained hemodynamically stable, labs were reviewed, progressed to adequate oral intake
of fluids and solids, pain was well controlled on oral analgesics, cleared physical therapy and was considered stable
for discharge on POD 3, 12/7/2023 to home.
See med reconciliation for discharge and any modifications to pre-op meds.
Weight Bearing instructions: NWB left leg with knee locked in extension at all times.

**EXAM: Left knee**
PICO dressing is c/d/I and functioning.
No erythema.
No ecchymosis.
Moderate swelling.
Calf is supple and nontender.
DNVI.

Total Joint replacement protocol discharge planning: Recommend starting outpatient physiotherapy within 2 business
days of discharge from acute care setting.


## Medication List


### START taking these medications

**acetaminophen** 500 MG Tabs
Commonly known as: TYLENOL
Take 2 Tablets by mouth every 8 hours for 14 days.

---

**cephaLEXin** 500 MG Caps
Commonly known as: KEFLEX
Take 1 Capsule by mouth three times a day for 7 days.

---

**HYDROmorphone** 4 MG Tabs
Commonly known as: Dilaudid
Take 1-2 Tablets by mouth every 4 hours as needed for up to 5 days.

---

**morPHINE** 15 MG Tbcr
Commonly known as: MS Contin
Take 1 Tablet by mouth every 12 hours for 7 days.

---

**ondansetron** 4 MG Tabs
Commonly known as: Zofran
Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

---

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023
Page 688    Printed by 71334 at 8/21/24 10:11 AM

MC_002539

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

**rivaroxaban** 10 mg Tabs
Commonly known as: Xarelto
Take 1 Tablet by mouth each morning for 18 days.

## CHANGE how you take these medications

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
What changed: **reasons to take this**

**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic
condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you
understand how and when to take each.**

■ **\* This list has 2 medication(s) that are the same as other medications prescribed for
you. Read the directions carefully, and ask your doctor or other care provider to review
them with you.**

## CONTINUE taking these medications

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Take 1 Tablet by mouth three times a day as needed for anxiety.

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Take 1 Capsule by mouth twice daily.

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

**Misc. Devices** Misc
Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 689                                         Printed by 71334 at 8/21/24 10:11 AM

MC_002540

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Clinical Notes (continued)

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Take 1 Tablet by mouth each evening.

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Use With victoza injections

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide
Inject 1.8 mg under the skin once daily.

## STOP taking these medications

**Aspirin Low Dose** 81 MG Chew
Generic drug: aspirin

**docusate sodium** 100 MG Caps
Commonly known as: Colace

**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco

## Where to Get Your Medications

### These medications were sent to MultiCare Allenmore Outpatient Pharmacy

1901 S. Union, TACOMA WA 98405

Hours: 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm

Phone: 253-459-6746

- acetaminophen 500 MG Tabs
- cephaLEXin 500 MG Caps
- HYDROmorphone 4 MG Tabs
- hydrOXYzine hcl 25 MG Tabs
- morPHINE 15 MG Tbcr
- ondansetron 4 MG Tabs
- rivaroxaban 10 mg Tabs
- senna 8.6 MG Tabs

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 690
Printed by 71334 at 8/21/24 10:11 AM

MC_002541

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Clinical Notes (continued)

Discharge Disposition : Home.
Follow up with Shane Turner, PA-C in 2 week(s) for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C
12/7/2023
7:30 AM

Attending: Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 12/07/23 0732
Electronically signed by Zachary B Adler, MD at 12/07/23 1020

---

Discharge Summary by Shane Turner, PA-C at 12/8/2023 0723

| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
|---|---|---|
| Filed: 12/08/23 0726 | Date of Service: 12/08/23 0723 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/08/23 0822 |

## Discharge Summary

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]
Surgeon: Zachary Adler MD
Reason for Admission: Linda J Larocque is a 65 year old female who on 12/4/2023 and underwent LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381] without perioperative complications. She did stay one more night due to pain control issues. This morning she feels she is doing better and ready for discharge home.
Hospital course: Linda J Larocque was admitted for postoperative care consisting of pain control, gait training and mobility. Linda J Larocque remained hemodynamically stable, labs were reviewed, progressed to adequate oral intake of fluids and solids, pain was well controlled on oral analgesics, cleared physical therapy and was considered stable

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 691
Printed by 71334 at 8/21/24 10:11 AM

MC_002542

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Clinical Notes (continued)**

for discharge on POD 4, 12/8/2023 to home.
See med reconciliation for discharge and any modifications to pre-op meds.
Weight Bearing instructions: NWB with hinged knee brace on and locked in extension at all times.

**EXAM: Left knee**
PICO dressing is c/d/I and functioning.
Hinged knee brace in on and locked in extension.
No erythema.
No ecchymosis.
Moderate swelling.
Calf is supple and nontender.
DNVI.

## Medication List

### START taking these medications

**acetaminophen** 500 MG Tabs
Commonly known as: TYLENOL
Take 2 Tablets by mouth every 8 hours for 14 days.

**cephaLEXin** 500 MG Caps
Commonly known as: KEFLEX
Take 1 Capsule by mouth three times a day for 6 days.

**HYDROmorphone** 2 MG Tabs
Commonly known as: Dilaudid
Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days.

**morPHINE** 15 MG Tbcr
Commonly known as: MS Contin
Take 1 Tablet by mouth every 12 hours for 7 days.

**ondansetron** 4 MG Tabs
Commonly known as: Zofran
Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

**rivaroxaban** 10 mg Tabs
Commonly known as: Xarelto
Take 1 Tablet by mouth each morning for 17 days.

### CHANGE how you take these medications

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
What changed: **reasons to take this**

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 692                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002543

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Clinical Notes (continued)

**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

■ **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

## CONTINUE taking these medications

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Take 1 Tablet by mouth three times a day as needed for anxiety.

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Take 1 Capsule by mouth twice daily.

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

**Misc. Devices** Misc
Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Take 1 Tablet by mouth each evening.

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Use With victoza injections

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 693                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002544

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide
Inject 1.8 mg under the skin once daily.

## STOP taking these medications

**Aspirin Low Dose** 81 MG Chew
Generic drug: aspirin

**docusate sodium** 100 MG Caps
Commonly known as: Colace

**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco

## Where to Get Your Medications

**These medications were sent to MultiCare
Allenmore Outpatient Pharmacy**              1901 S. Union, TACOMA WA 98405

Hours: 8:30am-5pm Monday-Friday, closed     Phone: 253-459-6746
for lunch 1-1:30pm
  • senna 8.6 MG Tabs

**These medications were sent to SAFEWAY        707 S 56TH STREET, TACOMA WA
PHARMACY #1594 - TACOMA, WA**                                      98408

Phone: 253-471-1730
  • acetaminophen 500 MG Tabs
  • alprazolam 0.25 MG Tabs
  • cephaLEXin 500 MG Caps
  • HYDROmorphone 2 MG Tabs
  • hydrOXYzine hcl 25 MG Tabs
  • morPHINE 15 MG Tbcr
  • ondansetron 4 MG Tabs
  • rivaroxaban 10 mg Tabs

Discharge Disposition : Home.
Follow up with Shane Turner, PA-C in 2-3 week(s) for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

|  | ALLENMORE HOSPITAL | Larocque, Linda J |
| --- | --- | --- |
|  | 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
|  | TACOMA WA 98405-1702 | Adm: 12/4/2023, D/C: 12/8/2023 |
| Page 694 |  | Printed by 71334 at 8/21/24 10:11 AM |

MC_002545

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Clinical Notes (continued)

Shane Turner, PA-C
12/8/2023
7:24 AM

Attending: Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 12/08/23 0726
Electronically signed by Zachary B Adler, MD at 12/08/23 0822

### Nursing Notes by Cheryl Hendren, RN at 12/8/2023 1430

| | | |
|---|---|---|
| Author: Cheryl Hendren, RN | Service: Orthopedics | Author Type: Registered Nurse |
| Filed: 12/08/23 1432 | Date of Service: 12/08/23 1430 | Status: Signed |
| Editor: Cheryl Hendren, RN (Registered Nurse) | | |

Discharge instructions and medications reviewed with patient. Questions and concerns addressed. Pain controlled with PO pain medications. PIV removed. Patient to be discharged to home with husband via POV.

Electronically signed by Cheryl Hendren, RN at 12/08/23 1432

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Prior To Admission

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Free Text Medication Entry (OTHER)**

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

**Free Text Medication Entry (OTHER)**

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 695

Printed by 71334 at 8/21/24 10:11 AM

MC_002546

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

Quantity: 90 Capsule                                   Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C                      Ordered on: 2/9/2023
Start date: 2/9/2023                                   End date: 12/7/2023
Quantity: 30 Tablet                                    Refill: 1 refill by 2/9/2024

### Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc

Instructions: Use With victoza injections
Authorized by: Rachel D Dawson, MD                     Ordered on: 6/27/2023
Start date: 6/27/2023                                  Quantity: 100 Each
Refill: 11 refills by 6/26/2024

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C                  Ordered on: 6/27/2023
Start date: 6/27/2023                                  End date: 12/7/2023
Quantity: 84 Tablet                                    Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP                 Ordered on: 7/3/2023
Start date: 7/3/2023                                   Quantity: 90 Tablet
Refill: 3 refills by 7/2/2024

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/6/2023
Start date: 7/6/2023                                   End date: 12/7/2023
Quantity: 120 Tablet                                   Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/6/2023
Start date: 8/5/2023                                   End date: 12/7/2023
Quantity: 160 Tablet                                   Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D           Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                     Ordered on: 7/11/2023
Start date: 7/11/2023                                  End date: 2/13/2024
Quantity: 180 Capsule                                  Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                     Ordered on: 9/14/2023
Start date: 9/14/2023                                  Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 696                                               Printed by 71334 at 8/21/24 10:11 AM

MC_002547

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication List (continued)

Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023
Start date: 11/4/2023 | End date: 12/7/2023
Quantity: 160 Tablet | Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023
Start date: 12/4/2023 | End date: 12/7/2023
Quantity: 160 Tablet | Refill: No refills remaining

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023
Start date: 10/23/2023 | End date: 1/31/2024
Quantity: 27 mL | Refill: No refills remaining

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023
Start date: 11/8/2023 | Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

#### Misc. Devices Misc

Instructions: Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.
Authorized by: Shane Turner, PA-C | Ordered on: 11/22/2023
Start date: 11/22/2023 | Quantity: 1 Each
Refill: No refills remaining

### Discharge Medication List

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019
Start date: 5/21/2019 | Action: Patient taking differently
Quantity: 1 Each | Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021
Start date: 10/14/2021 | Quantity: 1 Each
Refill: No refills remaining

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023
Start date: 1/31/2023 | End date: 2/26/2024
Quantity: 90 Capsule | Refill: No refills remaining

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 697

Printed by 71334 at 8/21/24 10:11 AM

MC_002548

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

### Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc

Instructions: Use With victoza injections
Authorized by: Rachel D Dawson, MD
Start date: 6/27/2023
Refill: 11 refills by 6/26/2024

Ordered on: 6/27/2023
Quantity: 100 Each

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/23/2023
Quantity: 27 mL

Discontinued on: 1/31/2024

Ordered on: 10/23/2023
End date: 1/31/2024
Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD
Start date: 11/8/2023
Refill: 3 refills by 11/7/2024

Ordered on: 11/8/2023
Quantity: 90 Tablet

### Misc. Devices Misc

Instructions: Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.
Authorized by: Shane Turner, PA-C
Start date: 11/22/2023
Refill: No refills remaining

Ordered on: 11/22/2023
Quantity: 1 Each

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Kasey J Dycus, MA
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 12/7/2023
Quantity: 30 Tablet

Discontinued on: 5/24/2024

Ordered on: 12/7/2023
End date: 5/24/2024
Refill: 2 refills by 12/6/2024

### alprazolam (XANAX) 0.25 MG Tab

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 698
Printed by 71334 at 8/21/24 10:11 AM

MC_002549

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

Discontinued by: Rachel D Dawson, MD          Discontinued on: 1/10/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 12/7/2023
Start date: 12/7/2023          End date: 1/6/2024
Quantity: 15 Tablet          Refill: 2 refills by 6/4/2024

### acetaminophen (TYLENOL) 500 MG Tab

Instructions: Take 2 Tablets by mouth every 8 hours for 14 days.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023          End date: 12/22/2023
Quantity: 84 Tablet          Refill: No refills remaining

### HYDROmorphone (DILAUDID) 2 MG Tab

Instructions: Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023          End date: 12/13/2023
Quantity: 60 Tablet          Refill: No refills remaining

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 5/28/2024
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023          End date: 5/28/2024
Quantity: 30 Tablet          Refill: 1 refill by 12/7/2024

### cephaLEXin (KEFLEX) 500 MG Caps

Instructions: Take 1 Capsule by mouth three times a day for 6 days.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023          End date: 12/14/2023
Quantity: 18 Capsule          Refill: No refills remaining

### morPHINE (MS CONTIN) 15 MG Tab CR

Instructions: Take 1 Tablet by mouth every 12 hours for 7 days.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023          End date: 12/15/2023
Quantity: 14 Tablet          Refill: No refills remaining

### rivaroxaban (XARELTO) 10 mg Tab

Instructions: Take 1 Tablet by mouth each morning for 17 days.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023          End date: 12/25/2023
Quantity: 17 Tablet          Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Kasey J Dycus, MA          Discontinued on: 5/24/2024
Reason for discontinuation: Discontinued by provider
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane Turner, PA-C          Ordered on: 12/8/2023
Start date: 12/8/2023          End date: 5/24/2024
Quantity: 21 Tablet          Refill: 1 refill by 12/7/2024

**Stopped in Visit**

### docusate sodium (COLACE) 100 MG Caps

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Adm: 12/4/2023, D/C: 12/8/2023
Page 699          Printed by 71334 at 8/21/24 10:11 AM

MC_002550

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication List (continued)**

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023

**aspirin 81 MG Chew Tab**

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Shane Turner, PA-C                    Discontinued on: 12/7/2023

**Labs**

EMR LR v13.0

**GLUCOSE (POINT OF CARE) (Order 755656361)**          Status: Final result
**Results**                                            (Collected: 12/4/2023 09:53)

### Results

**GLUCOSE (POINT OF CARE)** Final result                          Order: 755656361

Status: **Final result**

| Component | 12/4/23 0953 |
| --- | --- |
| Ref Range & Units | |
| Glucose | 94 |
| 65 - 120 mg/dL | |
| Comment | Venous |

## END OF LAB RESULTS REPORT

EMR LR v13.0

**ANAEROBIC CULTURE (Order 755712086)**               Status: Final result
**Results**                                            (Collected: 12/4/2023 11:19)

### Results

**ANAEROBIC CULTURE** Final result                                 Order: 755712086

Status: **Final result**

Specimen Information:          Knee, Left; Fluid

| Component | 12/4/23 1119 |
| --- | --- |
| Special Requests | None |
| Culture Results | No anaerobic organisms isolated. |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 700                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002551

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Labs (continued)

# END OF LAB RESULTS REPORT
EMR LR v13.0

## CULTURE AND GRAM STAIN (Order 755712088)
Results

Status: Final result
(Collected: 12/4/2023 11:19)

### Results

CULTURE AND GRAM STAIN Final result                                    Order: 755712088

Status: **Final result**

| Specimen Information: | Knee, Left; Fluid |
| --- | --- |
| Component | 12/4/23 1119 |
| Special Requests | None |
| Gram stain | Few white blood cells |
| Gram stain | No organisms seen |
| Culture Results | No growth 3 days |

# END OF LAB RESULTS REPORT
EMR LR v13.0

## BASIC METABOLIC PANEL (Order 755904380)
Results

Status: Final result
(Collected: 12/5/2023 02:21)

### Results

BASIC METABOLIC PANEL Abnormal, Final result                           Order: 755904380

Status: **Final result**

| Component Ref Range & Units | 12/5/23 0221 |
| --- | --- |
| Na 135 - 145 mmol/L | 139 |
| K 3.6 - 5.3 mmol/L | 4.2 |
| Cl 98 - 109 mmol/L | 110 (H) ▲ |
| CO2 21 - 32 mmol/L | 19 (L) ▾ |
| Anion gap w/o K 4 - 12 | 10 |
| BUN | 21 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 701                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002552

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Labs (continued)**

| | |
|---|---|
| 8 - 24 mg/dL | |
| **Creatinine** <br> 0.6 - 1.2 mg/dL | 0.69 |
| **GFR non African Amer** <br> >59 mL/min/1.73 m2 | 85 |
| **GFR African American** <br> >59 mL/min/1.73 m2 | 103 |
| **Glucose** <br> 65 - 120 mg/dL | **172** <br> **(H)** ^ |
| **Calcium** <br> 8.5 - 10.5 mg/dL | 9.0 |

## END OF LAB RESULTS REPORT
### EMR LR v13.0

## CBC WITH DIFF (Order 755904387)
Results

Status: Final result
(Collected: 12/5/2023 02:21)

### Results

CBC WITH DIFF Abnormal, Final result                                     Order: 755904387

Status: **Final result**

| Component <br> Ref Range & Units | 12/5/23 0221 |
|---|---|
| **WBC** <br> 4.00 - 12.00 K/uL | **13.26** <br> **(H)** ^ |
| **RBC** <br> 4.00 - 5.50 mil/uL | **3.50** <br> **(L)** ˅ |
| **Hgb** <br> 12.0 - 16.0 g/dL | **10.8** <br> **(L)** ˅ |
| **Hct** <br> 37 - 47 % | **32.8** <br> **(L)** ˅ |
| **MCV** <br> 80 - 98 fL | 93.7 |
| **MCH** <br> 27 - 33 pg | 30.9 |
| **MCHC** <br> 32 - 37 g/dL | 32.9 |
| **RDW** <br> 11.5 - 15.0 % | 13.2 |
| **Plt** <br> 150 - 450 K/uL | 334 |
| **Differential type** | Automated |
| **Abs neuts** <br> 1.80 - 7.80 K/uL | **11.40** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 702                                                  Printed by 71334 at 8/21/24 10:11 AM

MC_002553

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Labs (continued)

| | (H) ▲ |
|---|---|
| **Abs immature grans**<br>0.00 - 0.07 K/uL | 0.06 |
| **Abs lymphs**<br>0.80 - 3.30 K/uL | 1.07 |
| **Abs monos**<br>0.10 - 1.00 K/uL | 0.70 |
| **Abs eos**<br>0.00 - 0.40 K/uL | 0.02 |
| **Abs basos**<br>0.00 - 0.20 K/uL | 0.01 |
| **Abs NRBCs**<br>0.00 K/uL | 0.00 |
| **Neuts**<br>% | 85.8 |
| **Immature grans**<br>0.0 - 0.9 % | 0.5 |
| **Lymphs**<br>% | 8.1 |
| **Monos**<br>% | 5.3 |
| **Eos**<br>% | 0.2 |
| **Basos**<br>% | 0.1 |
| **NRBC**<br>0.0 % | 0.0 |

## END OF LAB RESULTS REPORT

EMR LR v13.0

| BASIC METABOLIC PANEL (Order 755904388)<br>Results | Status: Final result<br>(Collected: 12/6/2023 02:47) |
|---|---|

### Results

**BASIC METABOLIC PANEL** Abnormal, Final result                              Order: 755904388

Status: **Final result**

| Component<br>Ref Range & Units | 12/6/23 0247 |
|---|---|
| **Na**<br>135 - 145 mmol/L | 141 |
| **K**<br>3.6 - 5.3 mmol/L | 4.0 |
| **Cl**<br>98 - 109 mmol/L | 112<br>(H) ▲ |
| **CO2**<br>21 - 32 mmol/L | 20<br>(L) ▾ |

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 703                                Printed by 71334 at 8/21/24 10:11 AM

MC_002554

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Labs (continued)

| | |
|---|---|
| **Anion gap w/o K**<br>4 - 12 | 9 |
| **BUN**<br>8 - 24 mg/dL | 11 |
| **Creatinine**<br>0.6 - 1.2 mg/dL | **0.55**<br>**(L)** ˅ |
| **GFR non African Amer**<br>>59 mL/min/1.73 m2 | 111 |
| **GFR African American**<br>>59 mL/min/1.73 m2 | 134 |
| **Glucose**<br>65 - 120 mg/dL | **146**<br>**(H)** ˄ |
| **Calcium**<br>8.5 - 10.5 mg/dL | 9.0 |

## END OF LAB RESULTS REPORT
EMR LR v13.0

## CBC WITH DIFF (Order 755904389)
Results

Status: Final result
(Collected: 12/6/2023 02:47)

### Results

CBC WITH DIFF Abnormal, Final result          Order: 755904389

Status: **Final result**

| Component<br>Ref Range & Units | 12/6/23 0247 |
|---|---|
| **WBC**<br>4.00 - 12.00 K/uL | 7.50 |
| **RBC**<br>4.00 - 5.50 mil/uL | **3.18**<br>**(L)** ˅ |
| **Hgb**<br>12.0 - 16.0 g/dL | **9.8**<br>**(L)** ˅ |
| **Hct**<br>37 - 47 % | **29.9**<br>**(L)** ˅ |
| **MCV**<br>80 - 98 fL | 94.0 |
| **MCH**<br>27 - 33 pg | 30.8 |
| **MCHC**<br>32 - 37 g/dL | 32.8 |
| **RDW**<br>11.5 - 15.0 % | 13.5 |
| **Plt**<br>150 - 450 K/uL | 252 |
| **Differential type** | Automated |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 704      Printed by 71334 at 8/21/24 10:11 AM

MC_002555

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Labs (continued)**

| | |
|---|---|
| **Abs neuts** 1.80 - 7.80 K/uL | 4.77 |
| **Abs immature grans** 0.00 - 0.07 K/uL | 0.03 |
| **Abs lymphs** 0.80 - 3.30 K/uL | 1.78 |
| **Abs monos** 0.10 - 1.00 K/uL | 0.83 |
| **Abs eos** 0.00 - 0.40 K/uL | 0.08 |
| **Abs basos** 0.00 - 0.20 K/uL | 0.01 |
| **Abs NRBCs** 0.00 K/uL | 0.00 |
| **Neuts** % | 63.6 |
| **Immature grans** 0.0 - 0.9 % | 0.4 |
| **Lymphs** % | 23.7 |
| **Monos** % | 11.1 |
| **Eos** % | 1.1 |
| **Basos** % | 0.1 |
| **NRBC** 0.0 % | 0.0 |

## END OF LAB RESULTS REPORT

EMR LR v13.0

**BASIC METABOLIC PANEL (Order 755904395)**
Results

Status: **Final result**
(Collected: 12/7/2023 03:35)

### Results

**BASIC METABOLIC PANEL** Abnormal, Final result                                   Order: 755904395

Status: **Final result**

| Component Ref Range & Units | 12/7/23 0335 |
|---|---|
| **Na** 135 - 145 mmol/L | 139 |
| **K** 3.6 - 5.3 mmol/L | 3.8 |
| **Cl** 98 - 109 mmol/L | 106 |
| **CO2** 21 - 32 mmol/L | 23 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 705                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002556

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Labs (continued)

| | |
|---|---|
| **Anion gap w/o K**<br>4 - 12 | 10 |
| **BUN**<br>8 - 24 mg/dL | 13 |
| **Creatinine**<br>0.6 - 1.2 mg/dL | **0.52**<br>**(L)** ˅ |
| **GFR non African Amer**<br>>59 mL/min/1.73 m2 | 118 |
| **GFR African American**<br>>59 mL/min/1.73 m2 | 143 |
| **Glucose**<br>65 - 120 mg/dL | **157**<br>**(H)** ˄ |
| **Calcium**<br>8.5 - 10.5 mg/dL | 9.5 |

## END OF LAB RESULTS REPORT

EMR LR v13.0

| **CBC WITH DIFF (Order 755904396)**<br>**Results** | **Status: Final result**<br>**(Collected: 12/7/2023 03:35)** |
|---|---|

### Results

CBC WITH DIFF Abnormal, Final result                                          Order: 755904396

Status: **Final result**

| **Component**<br>Ref Range & Units | 12/7/23 0335 |
|---|---|
| **WBC**<br>4.00 - 12.00 K/uL | 7.15 |
| **RBC**<br>4.00 - 5.50 mil/uL | **3.52**<br>**(L)** ˅ |
| **Hgb**<br>12.0 - 16.0 g/dL | **10.7**<br>**(L)** ˅ |
| **Hct**<br>37 - 47 % | **32.9**<br>**(L)** ˅ |
| **MCV**<br>80 - 98 fL | 93.5 |
| **MCH**<br>27 - 33 pg | 30.4 |
| **MCHC**<br>32 - 37 g/dL | 32.5 |
| **RDW**<br>11.5 - 15.0 % | 13.4 |
| **Plt**<br>150 - 450 K/uL | 301 |
| **Differential type** | Automated |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 706                                        Printed by 71334 at 8/21/24 10:11 AM

MC_002557

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Labs (continued)

| | |
|---|---|
| **Abs neuts**<br>1.80 - 7.80 K/uL | 4.21 |
| **Abs immature grans**<br>0.00 - 0.07 K/uL | 0.03 |
| **Abs lymphs**<br>0.80 - 3.30 K/uL | 1.99 |
| **Abs monos**<br>0.10 - 1.00 K/uL | 0.72 |
| **Abs eos**<br>0.00 - 0.40 K/uL | 0.17 |
| **Abs basos**<br>0.00 - 0.20 K/uL | 0.03 |
| **Abs NRBCs**<br>0.00 K/uL | 0.00 |
| **Neuts**<br>% | 58.9 |
| **Immature grans**<br>0.0 - 0.9 % | 0.4 |
| **Lymphs**<br>% | 27.8 |
| **Monos**<br>% | 10.1 |
| **Eos**<br>% | 2.4 |
| **Basos**<br>% | 0.4 |
| **NRBC**<br>0.0 % | 0.0 |

## END OF LAB RESULTS REPORT
EMR LR v13.0

## BASIC METABOLIC PANEL (Order 755904401)
Results

Status: Final result
(Collected: 12/8/2023 02:28)

### Results

**BASIC METABOLIC PANEL** Abnormal, Final result                                      Order: 755904401

Status: **Final result**

| Component<br>Ref Range & Units | 12/8/23 0228 |
|---|---|
| **Na**<br>135 - 145 mmol/L | 140 |
| **K**<br>3.6 - 5.3 mmol/L | 4.0 |
| **Cl**<br>98 - 109 mmol/L | **110**<br>**(H)** * |
| **CO2** | 21 |

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 12/4/2023, D/C: 12/8/2023

Page 707                                     Printed by 71334 at 8/21/24 10:11 AM

MC_002558

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Labs (continued)

| | |
|---|---|
| 21 - 32 mmol/L | |
| **Anion gap w/o K** <br> 4 - 12 | 9 |
| **BUN** <br> 8 - 24 mg/dL | 16 |
| **Creatinine** <br> 0.6 - 1.2 mg/dL | **0.56** <br> **(L)** ˅ |
| **GFR non African Amer** <br> >59 mL/min/1.73 m2 | 109 |
| **GFR African American** <br> >59 mL/min/1.73 m2 | 131 |
| **Glucose** <br> 65 - 120 mg/dL | **123** <br> **(H)** ˄ |
| **Calcium** <br> 8.5 - 10.5 mg/dL | 9.4 |

# END OF LAB RESULTS REPORT
EMR LR v13.0

## CBC WITH DIFF (Order 755904402)
Results

Status: Final result
(Collected: 12/8/2023 02:28)

## Results

**CBC WITH DIFF** Abnormal, Final result                                        Order: 755904402

Status: **Final result**

| Component <br> Ref Range & Units | 12/8/23 0228 |
|---|---|
| **WBC** <br> 4.00 - 12.00 K/uL | 7.16 |
| **RBC** <br> 4.00 - 5.50 mil/uL | **3.20** <br> **(L)** ˅ |
| **Hgb** <br> 12.0 - 16.0 g/dL | **10.0** <br> **(L)** ˅ |
| **Hct** <br> 37 - 47 % | **29.4** <br> **(L)** ˅ |
| **MCV** <br> 80 - 98 fL | 91.9 |
| **MCH** <br> 27 - 33 pg | 31.3 |
| **MCHC** <br> 32 - 37 g/dL | 34.0 |
| **RDW** <br> 11.5 - 15.0 % | 13.1 |
| **Plt** <br> 150 - 450 K/uL | 275 |

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 12/4/2023, D/C: 12/8/2023

Page 708                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002559

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Labs (continued)

| | |
|---|---|
| Differential type | Automated |
| Abs neuts<br>1.80 - 7.80 K/uL | 4.16 |
| Abs immature grans<br>0.00 - 0.07 K/uL | 0.03 |
| Abs lymphs<br>0.80 - 3.30 K/uL | 1.92 |
| Abs monos<br>0.10 - 1.00 K/uL | 0.83 |
| Abs eos<br>0.00 - 0.40 K/uL | 0.20 |
| Abs basos<br>0.00 - 0.20 K/uL | 0.02 |
| Abs NRBCs<br>0.00 K/uL | 0.00 |
| Neuts<br>% | 58.1 |
| Immature grans<br>0.0 - 0.9 % | 0.4 |
| Lymphs<br>% | 26.8 |
| Monos<br>% | 11.6 |
| Eos<br>% | 2.8 |
| Basos<br>% | 0.3 |
| NRBC<br>0.0 % | 0.0 |

# END OF LAB RESULTS REPORT

## Imaging

### Imaging

#### XR KNEE 2 VIEW AP LAT LEFT [755800418] (Final result)

| XR KNEE 2 VIEW AP LAT LEFT [755800418] | Resulted: 12/05/23 0840, Result status: Final result |
|---|---|
| Ordering provider: Shane Turner, PA-C  12/04/23 1515<br>Resulted by: Tod E Wurst, MD<br>Performed: 12/04/23 1510 - 12/04/23 1535<br>Resulting lab: MULTICARE RADIANT INTERFACE | Order status: Completed<br>Filed by: Radiant, Results Interface  12/05/23 0842<br>Accession number: 30722734 |

Narrative:
Exam: Portable left knee, 12/04/2023, 3:28 PM.

HISTORY: 65-year-old female with history of failed left total knee
arthroplasty.  Patient is status post left knee arthroplasty revision.

TECHNIQUE: Portable AP and crosstable lateral views of left knee were
obtained in recovery room immediately following revision of a left knee
arthroplasty.

COMPARISON: 11 2223.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 709
Printed by 71334 at 8/21/24 10:11 AM

MC_002560

## Results (continued)

### Imaging (continued)

FINDINGS:

There are features of revision of a left knee arthroplasty. There appears
to been articulated femoral condylar and tibial plateau prosthesis which
appear well seated and anatomically aligned. No acute fractures or
complications are detected. The patella appears to be surgically
resected. Some postoperative air in the soft tissues are noted.
Correlation with Dr. Adler's operative report and findings would be
advisable.

Impression:
IMPRESSION:
1. Status post left knee arthroplasty revision without apparent
complications as detailed above.
........
Providers: To speak with a TRA radiologist, call (253)761-4200.
Patient: For further result information, please contact ordering provider.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 55 - Unknown | MULTICARE RADIANT INTERFACE | Unknown | Unknown | 03/26/13 0741 - Present |

### Signed

Electronically signed by Tod E Wurst, MD on 12/5/23 at 0842 PST

### Results (Order)

## END OF IMAGING QUESTIONNAIRE REPORT
### 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### EKG

#### EKG (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Jaynee Krzywicki, RN 11/21/23 1252
Authorized by: Zachary B Adler, MD
Frequency: Routine Once 11/21/23 1300 - 1  occurrence
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

Ordering provider: Zachary B Adler, MD
Ordering mode: Per Protocol - NO COSIGN needed
Class: MHS IP Normal

##### Indications

Pre-op testing [Z01.818 (ICD-10-CM)]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 710

Printed by 71334 at 8/21/24 10:11 AM

MC_002561

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block)

### Surgery Information

#### General Information

| | | |
|---|---|---|
| Date: 12/4/2023 | Time: 0959 | Status: Posted |
| Location: ALLENMORE OR | Room: AH 02 | Service: Orthopedics |
| Patient class: Surgical-Inpatient AM | Case classification: Elective | |

#### Diagnosis Information

| Diagnosis | ICD Code |
|---|---|
| Status post total left knee replacement | Z96.652 |
| Patellar tendon rupture, left, initial encounter | S86.812A |

#### Panel Information

##### Panel 1

| Surgeon | Role | Service | Start Time | End Time |
|---|---|---|---|---|
| Shane Turner, PA-C | Assisting PA | Orthopedics | 1040 | 1246 |
| Kimberley A Marin, ARNP | Assisting ARNP | Orthopedics | 1252 | 1338 |
| Robert Tamurian, MD | Assisting | Orthopedics | 1226 | 1441 |
| Zachary B Adler, MD | Primary | Orthopedics | 1040 | 1459 |
| Jeremiah T Steed, MD | Fellow | Orthopedics | 1051 | 1459 |

**Procedure: TOTAL KNEE REVISION; Regional, Adductor canal block [27487 (CPT®)]**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| Left | I. Clean | | General Level I | Knee | 240 |

TOTAL KNEE REVISION; Regional, Adductor canal block (Left) - Position 1

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Supine**<br>Strap Safety | Left Arm: | **Extended <90 Degrees**<br>Gel Pad, Strap Safety,<br>Armboard | Right<br>Arm: | **Extended <90 Degrees**<br><br>Gel Pad, Strap Safety,<br>Armboard |
| Head: | **Aligned**<br>Pillow | Left Leg: | **Draped Free**<br>Foot Block, Foot Block,<br>Foot Block | Right<br>Leg: | **Straight**<br><br>Gel Pad Square |
| Positioned<br>by: | **Rian C Schneider,<br>RN<br>Murinda L<br>McCuller, RN<br>David Lai, MD<br>Shane Turner, PA-C<br>Zachary B Adler,<br>MD<br>Jeremiah T Steed,<br>MD** | | | Comments<br>: | Final positioin<br>approved per surgeon |

**Procedure: REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY [27381 (CPT®)]**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | Length |
|---|---|---|---|---|---|
| Left | I. Clean | | General Level I | Knee | 30 |

### Case Completion - Additional Information

#### Pre-op diagnosis

Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]

#### Post-op diagnosis

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 711

Printed by 71334 at 8/21/24 10:11 AM

MC_002562

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### Verification Information

| Staff Member | Date | Time |
|---|---|---|
| Rian C Schneider, RN | 12/4/2023 | 15:20 |

### Timeouts

#### Murinda L McCuller, RN at Mon Dec 4, 2023 1100 PST

##### Timeout Details

Timeout type: Pre-incision

##### Timeout Questions

Correct site? Yes
Correct side? Yes
Site marked? Yes
Implants present? Yes
Antibiotics ordered and given? Given
Consents verified? Yes

##### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Murinda L McCuller, RN | Mon Dec 4, 2023 1100 PST | Mon Dec 4, 2023 1100 PST |

#### Murinda L McCuller, RN at Mon Dec 4, 2023 1100 PST

##### Timeout Details

Timeout type: Fire Safety

##### Comments

temp and humidity WNL

##### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Murinda L McCuller, RN | Mon Dec 4, 2023 1100 PST | Mon Dec 4, 2023 1100 PST |

#### Rian C Schneider, RN at Mon Dec 4, 2023 1028 PST

##### Timeout Details

Timeout type: Preprocedure

##### Timeout Questions

Correct site? Yes
Correct side? Yes
Correct procedure? Yes
H&P note completed? Yes
Consents verified? Yes
Is documentation verified? Yes

##### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Rian C Schneider, RN | Mon Dec 4, 2023 1028 PST | Mon Dec 4, 2023 1028 PST |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 712

Printed by 71334 at 8/21/24 10:11 AM

MC_002563

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### Murinda L McCuller, RN at Mon Dec 4, 2023 1457 PST

#### Timeout Details

Timeout type: Post Proc Debrief

#### Procedures

Panel 1: Left TOTAL KNEE REVISION; Regional, Adductor canal block with Zachary B Adler, MD
Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY with Zachary B Adler, MD

#### Timeout Questions

Is documentation verified? Yes
Are counts correct? Yes
Have specimens been labeled? Yes
Have all new equipment problems been addressed? N/A
Have all recovery issues been reviewed? N/A

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Murinda L McCuller, RN | Mon Dec 4, 2023 1457 PST | Mon Dec 4, 2023 1457 PST |

## Clinical Documentation

### Case Tracking Events

| Event | Time In |
|---|---|
| Patient in Facility | 0809 |
| In Pre-procedure | 0814 |
| In Room | 1034 |
| Case/Incision Start | 1108 |
| Closing | 1415 |
| Case/Incision Close | 1455 |
| Out of Room | 1510 |
| In Phase I | 1511 |
| Out Phase I | 1715 |
| End of Care | 1715 |
| Anesthesia Start | 1034 |
| Anesthesia Ready | 1046 |
| Anesthesia Stop | 1519 |

### Event Tracking

#### Panel 1

| Event | Time In |
|---|---|
| Incision Start | |
| Incision Close | |

Procedure : TOTAL KNEE REVISION; Regional, Adductor canal block

| Event | Time In |
|---|---|
| Procedure Start | |
| Procedure End | |

Procedure : REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY

| Event | Time In |
|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Page 713
Printed by 71334 at 8/21/24 10:11 AM

MC_002564

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

**Procedure Start**
**Procedure End**

## Patient Preparation

### Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|------|-----------|-------|-------|-------------|
| Ankle, Circumferential, Foot, Leg Lower, Leg Upper, Toe(s) | Left | Chlorhexidine (ChloraPrep) | | |

2 prep sticks used.

### Skin Condition

| Skin Site | Condition | Comments |
|-----------|-----------|----------|
| Grounding | Warm,Dry,Intact | |
| Operative | Warm,Dry,Intact | |
| Positioning | Warm,Dry,Intact | |
| Tourniquet | Warm,Dry,Intact | Skin color per patient baseline |
| Warming | Warm,Dry,Intact | |

## Specimens

| ID | Source | Type | Tests | Collected By | Collected At | Frozen? | Priority | Lab ID |
|----|--------|------|-------|-------------|--------------|---------|----------|--------|
| 1 | Knee, Left | Fluid | • O ANAEROBIC CULTURE<br>• O CULTURE AND GRAM STAIN | Zachary B Adler, MD | 12/4/23 1117 | | | M5962 37, M5962 39 |

Description: Left Knee Fluid
Comment: See Above

## Implants

### Implants

#### Headless Trocar Drill Pin 3.2mm diameter 75mm length

| | | |
|---|---|---|
| Inventory Item: | Serial no.: | Model/Cat no.: 00-5901-020-00 |
| Implant name: Headless Trocar Drill Pin 3.2mm diameter 75mm length | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |
| Action: Used as Supply | Number Used: 2 | |
| Device Identifier: 00889024201620 | Device Identifier Type: GS1 | |

#### BSPLT TIB ATTUNE 6 KNEE CMNT

| | | |
|---|---|---|
| Inventory Item: BSPLT TIB ATTUNE 6 KNEE CMNT | Serial no.: | Model/Cat no.: 150680006 |
| Implant name: BSPLT TIB ATTUNE 6 KNEE CMNT | Laterality: Left | Area: Knee |
| Manufacturer: DEPUY SYNTHES J AND J | Date of Manufacture: | |
| Action: Explanted | Number Used: 1 | |
| Device Identifier: 10603295492184 | Device Identifier Type: GS1 | |

#### CMNT BONE SST 40GM HVISC STR

| | | |
|---|---|---|
| Inventory Item: CMNT BONE SST 40GM HVISC STR | Serial no.: | Model/Cat no.: 3092040 |
| Implant name: CMNT BONE SST 40GM HVISC STR | Laterality: Left | Area: Knee |
| Manufacturer: DEPUY SYNTHES J AND J | Date of Manufacture: | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 714

Printed by 71334 at 8/21/24 10:11 AM

MC_002565

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| | | |
|---|---|---|
| Action: Explanted | Number Used: 1 | |
| Device Identifier: 10603295168331 | Device Identifier Type: GS1 | |

### CMNT BONE SST 40GM HVISC STR

| | | |
|---|---|---|
| Inventory Item: CMNT BONE SST 40GM HVISC STR | Serial no.: | Model/Cat no.: 3092040 |
| Implant name: CMNT BONE SST 40GM HVISC STR | Laterality: Left | Area: Knee |
| Manufacturer: DEPUY SYNTHES J AND J | Date of Manufacture: | |
| Action: Explanted | Number Used: 1 | |
| Device Identifier: 10603295168331 | Device Identifier Type: GS1 | |

### CMPNT FEM 5 KNEE LEFT CMNT

| | | |
|---|---|---|
| Inventory Item: CMPNT FEM 5 KNEE LEFT CMNT | Serial no.: | Model/Cat no.: 150410105 |
| Implant name: CMPNT FEM 5 KNEE LEFT CMNT | Laterality: Left | Area: Knee |
| Manufacturer: DEPUY SYNTHES J AND J | Date of Manufacture: | |
| Action: Explanted | Number Used: 1 | |
| Device Identifier: 10603295041627 | Device Identifier Type: GS1 | |

### DOME PTLR 38MM ATTUNE KNEE AOX

| | | |
|---|---|---|
| Inventory Item: DOME PTLR 38MM ATTUNE KNEE AOX | Serial no.: | Model/Cat no.: 151820038 |
| Implant name: DOME PTLR 38MM ATTUNE KNEE AOX | Laterality: Left | Area: Knee |
| Manufacturer: DEPUY SYNTHES J AND J | Date of Manufacture: | |
| Action: Explanted | Number Used: 1 | |
| Device Identifier: 10603295056690 | Device Identifier Type: GS1 | |

### INS TIB 5 8MM KNEE POST STAB

| | | |
|---|---|---|
| Inventory Item: INS TIB 5 8MM KNEE POST STAB | Serial no.: | Model/Cat no.: 151650508 |
| Implant name: INS TIB 5 8MM KNEE POST STAB | Laterality: Left | Area: Knee |
| Manufacturer: DEPUY SYNTHES J AND J | Date of Manufacture: | |
| Action: Explanted | Number Used: 1 | |
| Device Identifier: 10603295052456 | Device Identifier Type: GS1 | |

### STEM XTN 100MM 16MM NXGN STRT

| | | |
|---|---|---|
| Inventory Item: STEM XTN 100MM 16MM NXGN STRT | Serial no.: | Model/Cat no.: 00598801016 |
| Implant name: STEM XTN 100MM 16MM NXGN STRT | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |
| Action: Implanted | Number Used: 1 | |
| Device Identifier: H124005988010161 | Device Identifier Type: HIBC | |

### CMPNT FEM E 72X62MM KNEE LEFT

| | | |
|---|---|---|
| Inventory Item: CMPNT FEM E 72X62MM KNEE LEFT | Serial no.: | Model/Cat no.: 00588001501 |
| Implant name: CMPNT FEM E 72X62MM KNEE LEFT | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 715

Printed by 71334 at 8/21/24 10:11 AM

MC_002566

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| | | |
|---|---|---|
| Action: Implanted | Number Used: 1 | |
| Device Identifier: 00889024199149 | Device Identifier Type: GS1 | |

### AUG TIB 34MM 51MM LG CONE KNEE

| | | |
|---|---|---|
| Inventory Item: AUG TIB 34MM 51MM LG CONE KNEE | Serial no.: | Model/Cat no.: 00545001351 |
| Implant name: AUG TIB 34MM 51MM LG CONE KNEE | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |
| Action: Implanted | Number Used: 1 | |
| Device Identifier: M210005450013511 | Device Identifier Type: HIBC | |

### PLT TIB 67X46MM NXGN 3 KNEE

| | | |
|---|---|---|
| Inventory Item: PLT TIB 67X46MM NXGN 3 KNEE | Serial no.: | Model/Cat no.: 00588000300 |
| Implant name: PLT TIB 67X46MM NXGN 3 KNEE | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |
| Action: Implanted | Number Used: 1 | |
| Device Identifier: 00889024198999 | Device Identifier Type: GS1 | |

### BLCK AUG NXGN E 5MM KNEE DIST

| | | |
|---|---|---|
| Inventory Item: BLCK AUG NXGN E 5MM KNEE DIST | Serial no.: | Model/Cat no.: 00599003510 |
| Implant name: BLCK AUG NXGN E 5MM KNEE DIST | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |
| Action: Implanted | Number Used: 1 | |
| Device Identifier: H124005990035101 | Device Identifier Type: HIBC | |

### BLCK AUG NXGN E 5MM POST PRECT

| | | |
|---|---|---|
| Inventory Item: BLCK AUG NXGN E 5MM POST PRECT | Serial no.: | Model/Cat no.: 00599003501 |
| Implant name: BLCK AUG NXGN E 5MM POST PRECT | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |
| Action: Implanted | Number Used: 1 | |
| Device Identifier: H124005990035011 | Device Identifier Type: HIBC | |

### Bard Mesh

| | | |
|---|---|---|
| Inventory Item: | Serial no.: | Model/Cat no.: 0112660 |
| Implant name: Bard Mesh | Laterality: Left | Area: Knee |
| Manufacturer: C R BARD INC | Date of Manufacture: | |
| Action: Implanted | Number Used: 1 | |
| Device Identifier: 00801741016516 | Device Identifier Type: GS1 | |

### CMNT BONE BMT 40GM

| | | |
|---|---|---|
| Inventory Item: CMNT BONE BMT 40GM | Serial no.: | Model/Cat no.: 110035368 |
| Implant name: CMNT BONE BMT 40GM | Laterality: Left | Area: Knee |
| Manufacturer: ZIMMER BIOMET | Date of Manufacture: | |
| Action: Implanted | Number Used: 2 | |
| Device Identifier: 00887868214578 | Device Identifier Type: GS1 | |

### CMNT BONE BMT 40GM

| | | |
|---|---|---|
| Inventory Item: CMNT BONE BMT | Serial no.: | Model/Cat no.: 110035368 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 716                                              Printed by 71334 at 8/21/24 10:11 AM

MC_002567

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

40GM
Implant name: CMNT BONE BMT     Laterality: Left                    Area: Knee
40GM
Manufacturer: ZIMMER BIOMET      Date of Manufacture:
Action: Implanted                       Number Used: 2
Device Identifier: 00887868214578   Device Identifier Type: GS1

### BLCK AUG NXGN E 10MM DIST

Inventory Item: BLCK AUG NXGN E    Serial no.:                     Model/Cat no.: 00599003520
10MM DIST
Implant name: BLCK AUG NXGN E     Laterality: Left                    Area: Knee
10MM DIST
Manufacturer: ZIMMER BIOMET      Date of Manufacture:
Action: Implanted                       Number Used: 1
Device Identifier: H124005990035201   Device Identifier Type: HIBC

### KIT BONE CMNT BIOPREP FEM PREP

Inventory Item: KIT BONE CMNT      Serial no.:                     Model/Cat no.: 0206-710-000
BIOPREP FEM PREP
Implant name: KIT BONE CMNT       Laterality: Left                    Area: Knee
BIOPREP FEM PREP
Manufacturer: STRYKER CORP       Date of Manufacture:
Action: Used as Supply              Number Used: 2
Device Identifier:                     Device Identifier Type:

### SRFC ARTC 74X44X12MM NXGN 4-6 E KNEE UHMWPE ZML

Inventory Item: SRFC ARTC         Serial no.:                     Model/Cat no.: 00588005012
74X44X12MM NXGN 4-6 E KNEE
UHMWPE ZML
Implant name: SRFC ARTC          Laterality: Left                    Area: Knee
74X44X12MM NXGN 4-6 E KNEE
UHMWPE ZML
Manufacturer: ZIMMER BIOMET      Date of Manufacture:
Action: Implanted                       Number Used: 1
Device Identifier: H124005880050121   Device Identifier Type: HIBC

### Post-op Skin Information

| Skin Site | Condition |
|-----------|-----------|
| Grounding | Warm,Dry,Intact |
| Operative | Warm,Dry,Intact |
| Positioning | Warm,Dry,Intact |
| Tourniquet    Patient skin color per baseline | Warm,Dry,Intact |
| Warming | Warm,Dry,Intact |

### Panel 1 Combined Pick List

| Medications | Amount | Open | PRN | Total |
|-------------|--------|------|-----|-------|
| Water For Irrigation, Sterile | 1,500 mL | 0 | 0 | 0 |
| bupivacaine 0.5 % with epinephrine inj | 30 mL | 0 | 0 | 0 |
| ketAMINE (KETALAR) 50 mg/mL inj | 0.6 mL | 0 | 0 | 0 |
| ketoROLAC (TORADOL) 30 mg/mL inj | 1 mg/mL | 0 | 0 | 0 |
| morPHINE PF 4 mg/ml inj | 2 mg | 0 | 0 | 0 |
| sodium chloride 0.9 % irrigation soln | 1,000 mL | 0 | 0 | 0 |
| tranexamic acid (CYKLOKAPRON) 100 mg/mL inj | 10 mL | 0 | 0 | 0 |

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 717                                     Printed by 71334 at 8/21/24 10:11 AM

MC_002568

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### Notes

#### Anesthesia Postprocedure Evaluation

##### David Lai, MD at 12/4/2023 1519

| Vitals | Value | Taken Time |
|--------|-------|------------|
| BP | 105/57 | 12/04/23 1515 |
| Temp | See nursing flow sheet | 12/04/23 1519 |
| Pulse | 102 | 12/04/23 1518 |
| Resp | 16 | 12/04/23 1518 |
| SpO2 | 94 % | 12/04/23 1518 |

Vitals shown include unvalidated device data.

Anesthesia Post Evaluation

David Lai, MD

Electronically signed by David Lai, MD at 12/04/23 1519

#### Anesthesia Preprocedure Evaluation

##### David Lai, MD at 11/20/2023 0924

Patient: Linda J Larocque, 65 year old female

**Procedure Information**
Date/Time: 12/04/23 0715
Procedures:
TOTAL KNEE REVISION; Regional, Adductor canal block (Left: Knee)
REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left: Knee)
Diagnosis:
Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Pre-op diagnosis:
Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Location: AH 03 / ALLENMORE OR
Surgeons: Zachary B Adler, MD

**NPO Status:**

**ROS/MEDHX:**

Reviewed: Imaging

**ANESTHETIC HISTORY :**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 718
Printed by 71334 at 8/21/24 10:11 AM

MC_002569

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

No Personal or Family h/o Anesthesia Complications

## CARDIAC : (+)
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by instantaneous wave-free ratio of the right coronary artery
- Hypertension
- Hyperlipidemia
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction


Last visit with cardiology 6/26/2023
Stable
Continue current medications
Follow up in 6-9 months

TTE 6/2022
Conclusions:
The left ventricular chamber size is mildly enlarged. The left ventricular systolic function is mildly reduced. The visually estimated left ventricular ejection fraction (LVEF) is between 45-50%. The calculated ejection fraction is 48% by 3D. There is paradoxical septal motion consistent with a left bundle branch block. Mild concentric left ventricular hypertrophy. Spectral Doppler is indicative of a impaired relaxation (stage 1) filling pattern.
There is mild mitral valve regurgitation.
There is mild tricuspid valve regurgitation.
There is no evidence of elevated pulmonary systolic pressure.

, exercise tolerance good, Dysrhythmias (PSVT), H/o SVT, CHF, Hyperlipidemia, ECG reviewed (pending), Echo reviewed and Stress test reviewed
No CAD

## PULMONARY : (+)
Last visit with pulmonary 1/12/2023
Stable
Continue APAP
Follow up yearly

" Pre-op risk assessment for knee replacement surgery
Would be consider low risk (for pulmonary complication including resp failure, pneumonia, atelectases) in the setting of known OSA, well control and compliant with CPAP. AHI of 3.3. Last PFT 7/2021 with FEV1 103% predicted and prior CXR clear"

1/2023
INTERPRETATION:
Spirometry pre-bronchodilator shows  FEV1pre 2.69 L (105% predicted), FVCpre 3.45 L (105% predicted), 78% FEV1/FVC ratio.

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 719                                Printed by 71334 at 8/21/24 10:11 AM

MC_002570

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

IMPRESSION:
1. Normal spirometry and flow volume loop.

, Sleep apnea and CPAP
Denies current tobacco use

**VASCULAR :** (+) Hypertension

**NEURO / PSYCH :** (+) Migraine HA, Headaches (migraine ), Psychiatric history and depression

**HEME / ONC :** (+) Hx uterine CA s/p hysterectomy and Cancer

**MUSCULOSKELETAL :** (+) Back ache, Osteoarthritis and Lumbar spine disease

**GI / HEPATIC / RENAL :** (+) NASH (nonalcoholic steatohepatitis), Hepatitis (NASH) and Liver disease (NASH)

**ENDO / OTHER :** (+) Diabetes, Obesity and Class II BMI - 35-39.9

**OB / GYN :** Negative ROS

**BIRTH HISTORY :**

**PERTINENT SUBSTANCE ABUSE :** (+) Chronic narcotic/sedative use (Norco)

**OTHER HISTORY :**
Chart review only, patient not seen
Pulmonary risk assessment in visit note 1/12/2023
Cardiac clearance in media 10/13/2023

S. Hento, ARNP
11/20/2023

**Physical Exam:**
**Airway :** Mallampati: II, TM Distance: >3 FB, Neck ROM: full
**Dental :** Normal exam
**Cardiovascular :** Normal exam
**Pulmonary :** Normal exam
**Neurologic :** Normal exam
**Abdominal :** (+) Obese
**Other Findings :**

**Anesthesia Plan:**

ASA: 3
Proposed Anesthetic Plan: general-intravenous induction/inhalation maintenance

MC_002571

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

Potential Anesthetic Risk:

Code Status : Full Code

Post Anesthetic Plan: Routine and post-op other regional analgesia
Informed Consent: patient

GA risks/benefits discusused, including sore throat, PONV, recall and death
ACB risks/benefits discussed, including partial / failed block, nerve damage, cardiac / neuro toxicity block regression

Plan GA ETT, post-op ACB for post-op analgesia

Electronically signed by David Lai, MD at 12/04/23 0851

**Anesthesia Procedure Notes**

**David Lai, MD at 12/4/2023 1431**

Procedure Orders
1. Peripheral Block [755800400] ordered by David Lai, MD

**PROCEDURE :** Peripheral Block
**Peripheral Block Type:** adductor canal block
**Side :** left
**Reason for Block:** post-op pain management physician's request
**Referring Provider :** Dr. Adler

Start time: 12/4/2023 3:00 PM
End time: 12/4/2023 3:05 PM

**Preanesthetic Checklist**
Completed: patient identified, IV checked, risks and benefits discussed, monitors and equipment checked, pre-op evaluation and timeout performed
**Patient Position:** supine
**Prep :** chlorhexidine
**Monitoring:** cardiac monitor, pulse oximetry and blood pressure
**Approach:** left sub-sartorial / fascial plane
**Injection Technique:** single-shot

**Procedures:** ultrasound guided

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 721
Printed by 71334 at 8/21/24 10:11 AM

MC_002572

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

Sedation: General Anesthesia
**Needle Type:** Combined needle/nerve stimulator
**Needle Gauge:** 22 G
**Needle Length:** 10 cm
**Insertion attempts:** 1

Injection Pressure Monitoring: No
Blood aspirated: no

**Incremental Dose:** yes
  Was procedure primary anesthetic?: no
**Procedure performed during general/spinal anesthesia:** yes (GA)
**Note:** Left ACB. Sterile prep. Ultrasound used to identify anatomy . Needle tip in view at all times.
Placed adjacent to SFA. Incremental aspiration / injection of LA, seen to fill space.

Refer to the Anesthesia Record for medication administered.

Authorized by: **David Lai, MD**
Performed by: **David Lai, MD**

Electronically signed by David Lai, MD at 12/04/23 1438

Interval H&P Note

Zachary B Adler, MD at 12/4/2023 1015

## Pre-Operative H&P Update

**ID:** Linda J Larocque 65 year old female

| | |
|---|---|
| **Location:** | ORAHP/ORAHP |
| **Hospital Day:** | LOS: 0 days |

| | |
|---|---|
| **Attending:** | Zachary B Adler, MD |
| **PCP:** | Rachel D Dawson, MD |

## Problem List:

Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • | |

---

MC_002573

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| | |
|---|---|
| Coronary artery disease involving native coronary artery of native heart without angina pectoris | 06/26/2023 |
| • Patellar tendon rupture, left, initial encounter | 06/26/2023 |
| • : Left total knee replacement. 02-08-23 | 02/28/2023 |
| • Degenerative joint disease of left knee | 02/08/2023 |
| • Retinal tear of left eye | 11/29/2022 |

Overview Note:
11/2022 no sx found incidentally and tx w/ laser

| | |
|---|---|
| • PSVT (paroxysmal supraventricular tachycardia) | 06/30/2022 |
| • Equivocal stress test | 10/21/2021 |
| • NSVT (nonsustained ventricular tachycardia) (CMS/HCC) | 10/21/2021 |
| • SOB (shortness of breath) | 08/30/2021 |
| • HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) | 08/30/2021 |
| • Hammer toes, bilateral | 12/13/2016 |
| • Bilateral carpal tunnel syndrome | 12/13/2016 |
| • Type 2 diabetes mellitus without complication (CMS/HCC) | 12/10/2015 |
| • Obstructive sleep apnea (adult) (pediatric) | 07/23/2015 |
| • Chronic pain | 12/24/2014 |

Overview Note:
Periodic 6 Month Review Date: 5/25/2022
Condition(s) for which opioid analgesic(s) have been prescribed: (G89.4) Chronic pain syndrome
(primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(M15.0) Primary osteoarthritis involving multiple joints
Daily Maintenance opioid dose: hydrocodone 32 mg
Combined morphine equivalent dose: 32 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
A

| | |
|---|---|
| • Myofascial muscle pain | 02/01/2013 |
| • Other constipation | 11/30/2012 |
| • Disorder of lipoid metabolism | 02/21/2012 |
| • Degeneration of lumbar or lumbosacral intervertebral disc | 11/29/2011 |
| • Major depressive disorder, recurrent episode, moderate (CMS/HCC) | 11/29/2011 |
| • Unspecified vitamin D deficiency | 10/20/2011 |

Overview Note:
10/1/21 Regulatory import

| | |
|---|---|
| • Diabetes mellitus without complication (CMS/HCC) | 09/20/2005 |
| • NASH (nonalcoholic steatohepatitis) | 10/12/2004 |
| • Essential hypertension, benign | 06/07/2000 |
| • Chondromalacia of patella | |
| • Plantar fascial fibromatosis | |
| • Lesion of plantar nerve | |

Overview Note:
MORTON'S NEUROMA

• Osteoarthritis

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 723                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002574

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

*Overview Note:*
L-5

## Allergies:

**Allergies as of 09/29/2023 - Reviewed 09/29/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Immunizations: states are up to date

## Labs as of 10:15 AM, 12/4/2023

**Hct (%)**

| Date | Value |
|---|---|
| 11/29/2023 | 43.0 |

**Hgb (g/dL)**

| Date | Value |
|---|---|
| 11/29/2023 | 14.4 |

**WBC (K/uL)**

| Date | Value |
|---|---|
| 11/29/2023 | 5.60 |

**Plt (K/uL)**

| Date | Value |
|---|---|
| 11/29/2023 | 352 |

**K (mmol/L)**

| Date | Value |
|---|---|
| 11/29/2023 | 4.4 |

**Creatinine (mg/dL)**

| Date | Value |
|---|---|
| 11/29/2023 | 0.67 |

**INR (no units)**

| Date | Value |
|---|---|
| 11/05/2009 | 0.92 |

**HCG urine (no units)**

| Date | Value |
|---|---|
| 11/10/2009 | Negative |

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 724                Printed by 71334 at 8/21/24 10:11 AM

MC_002575

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

**Vital Signs:** BP 123/81 | Pulse 76 | Temp (Src) 97.5 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 95% | LMP 09/14/2009

**Interval / Update Note** Full H&P done within 30 days of procedure and H&P reviewed
Patient examined
No changes to H&P

This interval note was completed within 24 hours following the patient's admission/registration and before the planned procedure.

Zachary B Adler, MD

Electronically signed by Zachary B Adler, MD at 12/04/23 1015

Source Note: H&P (View-Only)

**11/22/2023**

**PATIENT NAME:** Linda J Larocque
**AGE:** 65 year old

**SURGEON:** Zachary Adler MD

**REFERRING PHYSICIAN/OTHER CONSULTANTS:** Rachel D Dawson, MD

**Chief Complaint:**
**Chief Complaint**
Patient presents with
- Pre-Op Exam
  *Left total knee revision DOS 12/04/23 ADLER*

**HPI:** This is a 65 year old female who presented to our orthopedic clinic for history of **patella tendon rupture s/p left total knee arthroplasty.** Zachary Adler MD was consulted for evaluation and treatment options. The recommendation was made to proceed with surgery. Linda has exhausted all conservative treatment options and is here for preoperative evaluation for **left total knee revision with patella tendon reconstruction with open patellectomy.** SURGERY DATE: December 4, 2023. Linda J Larocque denies any recent fever, illness, other injury since patient was last seen in our clinic.

**Clearances:**
1. Is cardiac clearance needed? No.
2. Is Pulmonary clearance needed? No.
3. Does patient have any metal allergies? No.
4. Has patient seen a dentist in the last 6 months/ year? Yes.

Page 725

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002576

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)**

5.  Is Dental clearance needed? No.
6.  Do you have Diabetes? Yes. **Last A1c was 5.8 on 6/23/23.**
7.  Do you Smoke or use nicotine products? No.
8.  Have you had any recent hospitalizations, infections or visits to the ED in the last 90 days? No.

**Current pain medication use: Hydrocodone 10/325mg 2-3 tablets a day.**

**ROS: Pertinent positives listed below**
**Patient Active Problem List**

| Diagnosis |
|---|

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- Degenerative joint disease of left knee
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, initial encounter

**Current out patient medications:**
**Current Outpatient Medications**

| Medication |
|---|

- verapamil (CALAN SR) 240 MG Tab CR
- liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector
- alprazolam (XANAX) 0.25 MG Tab
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab
- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 726

Printed by 71334 at 8/21/24 10:11 AM

MC_002577

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- hydrOXYzine hcl (ATARAX) 25 MG Tab
- rosuvastatin (CRESTOR) 20 mg Tab
- aspirin 81 MG Chew Tab
- Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc
- hydrochlorothiazide (MICROZIDE) 12.5 MG Caps
- Free Text Medication Entry (OTHER)
- Free Text Medication Entry (OTHER)
- docusate sodium (COLACE) 100 MG Caps
- senna (SENNA, SENOKOT) 8.6 MG Tab

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l chronic pain syndrome Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF<br>*6/2022 ECHO EF 45-50% Dr Guerra cardiologist* | |
| • History of sleep apnea<br>*uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia<br>*heart murmur noted on echo* | |
| • Prediabetes | |
| • Snores | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled<br>*diet controlled* | |
| • Uterine cancer (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 727                    Printed by 71334 at 8/21/24 10:11 AM

MC_002578

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| | | |
|---|---|---|
| • **RECONST-RECURR DISLOC PATELLA | Left | 06/26/2023 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY | Left | 11/2022 |
| *retinal tear tx w/ laser* | | |
| • H/O HYSTERECTOMY TOTAL | | 11/01/2009 |
| *uterine cancer stage 1aG1 w bso Ind* | | |
| • H/O ORAL SURGERY | | 2000 |
| *x 2* | | |
| • P FIX INFRAPATELLA TENDON,PRIMARY | | 06/26/2023 |
| • P FOOT/TOES SURGERY PROC UNLISTED | | 01/01/1999 |
| *mortons neuroma right* | | |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
| *CHF* | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU | Mother | | |
| *GOUT* | | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro | Daughter | | |
| *epilepsy* | | | |
| • Drug/Alcohol | Daughter | | |
| *recovering alcoholic* | | | |
| • Cancer | Daughter | | |
| *uterine ca* | | | |
| • Coronary Artery Disease | Maternal Grandmother | | |
| *MI* | | | |
| • Cancer | Maternal Grandmother | | |
| *BREAST* | | | |
| • Coronary Artery Disease | Maternal Grandfather | | |
| *MI* | | | |
| • Hypertension | Sister | | |
| • Diabetes | Paternal Aunt | | |
| • Other | Sister | | |
| *EPILEPSY* | | | |
| • Diabetes | Sister | | |
| • Arthritis | Brother | | |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 728                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002579

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| | |
|---|---|
| • Heart | Sister |
| • Diabetes | Maternal Aunt |
| • Other | Paternal Aunt |
|    *MIGRAINE* | |
| • Neuro | Sister |
|    *early alzheimers.* | |

## Social History

**Socioeconomic History**
| | |
|---|---|
| • Marital status: | Married |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

**Occupational History**
• Not on file

**Tobacco Use**
| | |
|---|---|
| • Smoking status: | Never |
|    Passive exposure: | Never |
| • Smokeless tobacco: | Never |

**Vaping Use**
| | |
|---|---|
| • Vaping Use: | Never used |

**Substance and Sexual Activity**
| | |
|---|---|
| • Alcohol use: | Yes |
|    *Comment: 1-2x year* | |
| • Drug use: | Not Currently |
| • Sexual activity: | Yes |
|    Partners: | Male |
|    Birth control/protection: | Surgical |
|    *Comment: married monogamous, vas* | |

**Other Topics** — Concern
| | |
|---|---|
| • Have you received a blood transfusion? | No |
| • Regular exercise | No |

**Social History Narrative**
• Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file

Food Insecurity: Not on file

Transportation Needs: Not on file

Physical Activity: Not on file

Stress: Not on file

Social Connections: Not on file

Intimate Partner Violence: Not on file

Housing Stability: Not on file

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 729    Printed by 71334 at 8/21/24 10:11 AM

MC_002580

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

BP 111/72 | Pulse 81 | Temp (Src) 96 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 251 lb 3.2 oz (113.944 kg) | LMP 09/14/2009

Estimated body mass index is 40.54 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").
  Weight as of this encounter: 113.9 kg (251 lb 3.2 oz).

### Allergies as of 11/22/2023 - Reviewed 11/22/2023

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

### PHYSICAL EXAMINATION:

General:        Healthy appearing patient who is cooperative with the exam.
Psych:          Appropriate and alert.
Skin:           Grossly benign, intact.
Head:           Normo-cephalic, Atraumatic
Neck:           No obvious masses or abnormalities
Chest:          Normal excursion
CV:             Negative for irregular heartbeat, chest pain.
Abdomen:        Soft, non-tender
Neuro:              No gross deficits

**MUSCULOSKELETAL:** Left knee
Examined by Zachary Adler MD and diagnosed her with **patella tendon rupture s/p left total knee arthroplasty.**

Initial history and physical was reviewed today with the patient and there were no changes present.

**PERTINENT TEST (Lab/X-ray, etc.) RESULTS:** See chart notes and films

**DIAGNOSIS:**
Patella tendon rupture s/p left total knee arthroplasty

**PLANNED PROCEDURE:**
**Left total knee revision with patella tendon reconstruction with open patellectomy**

**New x-rays ordered today: Yes.**

**Pre-dental antibiotics: She has historically taken these per her dentist due to her SVT history. Continue these.**

MC_002581

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

**Oxycodone and Tramadol worked after her left total knee.**

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. We went over the risks of infection, bleeding, nerve damage, the chance of not improving, squeaking or clicking of implant(s), implant loosening, possible periprosthetic fracture, possible need for revision, risk of blood clots, pulmonary embolism, possible blood transfusion, the use of blood thinning medication after surgery, the need for physical therapy after surgery, possible death and the risks of anesthesia. Patient accepts the treatment plan as outlined. Linda J Larocque has been given ample opportunity to ask questions about her proposed surgical procedure and consents to such procedure.

Patient Interview and Chart review to screen for significant risk factors for thromboembolic events indicates that there was **no** documented hx of DVT, PE, TIA, stroke or factors that would potentially increase the risk of VTE with fibrinolytics, therefore, we **will** plan to proceed with Tranexamic Acid.

Linda will be placed on **Xarelto 10mg for 3 weeks** for DVT prophylaxis following surgery. This medication will be given upon discharge from hospital. The patient will wear TED hose, or compression stockings, for 3 weeks following surgery also for DVT prophylaxis.

We reviewed patient's postoperative pain expectation and developed a plan of Care to address postoperative pain:
1. Amount of expected pain relative to the procedure
2. Types of medication that will be used post-op to manage pain
3. Use of mulitmodal pain management to include alternatives to Opioids
4. Discussion about appropriate use of opiates- projected time and weaning back to her baseline pain medication to be complete no later than 3 weeks postop.

All questions were answered and Linda J Larocque understood and was satisfied with this plan.


**Total Joint replacement protocol discharge planning:** Recommend starting outpatient physiotherapy within 2-5 business days of discharge from acute care setting.

**PT referral will be discussed at a later date.**
**DME she has at home.**
**We discussed the goal of DC home postop next day if PT/OT goals are met, voids on her own and pain is well controlled.**
**Linda J Larocque will have family at home with her after surgery.**
**Preop wipes were given today.**

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 12/04/23 1006
Electronically signed by Zachary B Adler, MD at 12/04/23 1014


Nursing Notes

Roy Knott, RN at 11/29/2023 0858

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 731
Printed by 71334 at 8/21/24 10:11 AM

MC_002582

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

2 pt identifiers used. MRSA swab completed in each nares. Specimen labeled and walked to lab.
Pt taken to lab in whlchr

Electronically signed by Roy Knott, RN at 11/29/23 0858

### Yu Min Ni, RN at 12/4/2023 1659

VSS, pain controlled/tolerable. Patient informed of pending transfer.  Report given to Christen, RN using SBAR.  Any questions addressed and answered.

Transferred to room 2205-1 via cart accompanied by transporter.

Belongings transferred with patient.

Family notified of transfer.

Electronically signed by Yu Min Ni, RN at 12/04/23 1700

### Op Note
#### Zachary B Adler, MD at 12/4/2023 1034

Preop Diangosis:
1. Failed Left Total Knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Postop Diangosis:
1. Failed Left Total knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Procedure Performed:
1. Left Revision Hinged Total Knee Arthroplasty, CPT 27487
2. Left Knee Extensor Mechanism Reconstruction, CPT 27381
3. Left Knee Patellectomy, CPT 27350
4. Application disposable negative pressure wound therapy (PICO 30 x 10), CPT 97607

Modifier 22 : YES There was an increased level of technical difficulty encountered during the procedure due to morbid

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Page 732
Printed by 71334 at 8/21/24 10:11 AM

MC_002583

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

obesity with BMI 40.92. As such, surgical dissection, exposure, and implant placement took two times longer than usual given the technical difficulty.

Date of Procedure: 12/4/2023

Surgeon: Zachary B. Adler, MD

First Assist: Robert Tamurian, MD
Second Assist: Jeremiah Steed, MD and Shane Turner, PA-C
Anesthesia: Local, General and ACB
IVF 1700cc
EBL 300cc
UOP 0cc
Tourniquet Time: 112 and 27 minutes
Findings: failed left TKA secondary to chronic extensor mechanism reconstruction
Specimen: Left knee deep tissue for culture
Drains: none
Complications: None
Outcome: Stable to PACU

Components: Zimmer RHK
Femur: Size E Left with 10mm medial distal/5mm medial posterior/5mm lateral distal augments and 16x100mm stem
Tibia: Size 3 with 51x34 full cone
Tibial Polyethylene Insert: 12 mm
Mesh: Bard monofilament polypropylene 10x14 inch

Indications for Procedure:
Linda J Larocque is a 65 year old female who developed a failed total knee arthroplasty secondary to chronic extensor mechanism disruption. I counseled Linda J Larocque at length regarding the risks and benefits of revision total knee arthroplasty with patellectomy and marlex mesh extensor mechanism reconstruction including but not exclusive to: extensor lag, recurrent disruption, wear, loosening, infection, stiffness, mechanical failure, dislocation, leg length inequality, need for aggressive post-operative physical therapy, possible chronic persistent pain due to normal joint function despite arthroplasty, activity modifications and restrictions after joint arthroplasty, need for revision surgery as a result of mechanical failure and/or loosening, general risks of orthopaedic extremity surgery such as nerve or blood vessal damage, wound healing difficulty, deep vein thrombosis, pulmonary embolis, perioperative organ system dysfunction, need for blood transfusion, and even perioperative death. Linda J Larocque has taken the opportunity to consider all the above risks and has been given the benefit of a pre-operative consultation and has signed an informed consent documenting the above. All questions were answered and Linda J Larocque demonstrated understanding without barriers to learning. Linda J Larocque has had their medical condition optimized for surgery in conjunction with their primary care physician and wishes to proceed with revision total joint arthroplasty.

Details of the procedure: Linda J Larocque was taken to the operating room theatre, where they were positioned on the operating room table having all bony prominences and sensitve areas padded while a general and/or regional anesthetic was induced per the anesthesia team. An intraoperative sequential compression device was placed on the well leg. The Left knee was prepped and draped in the usual sterile fasion after well padded tourniquet was placed. Personal protective hoods were donned by all technical operating personnel and a standard surgical "Time Out" was performed verifying all instruments and implants were available and sterile prior to procedure. Pre-operative antibiotics were administered prior to incision, compression exsanguination was perfomed, and the pneumotourniquet was inflated to 250 mmHg. A longitudinal incision was made over the Left knee using a #10 blade and a standard median parapatellar approach was carried out after medial and lateral elevation of the subcutaneous flaps. Bovie

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 733
Printed by 71334 at 8/21/24 10:11 AM

MC_002584

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

electorcautery was used to maintain meticulous hemostasis throughout the entire procedure. Parapatellar arthrotomy was performed medial to the patellar tendon, along the medial third of the patella, and down the central aspect of the quadricep tendon. A medial tibial slide was performed to the level of the medial hamstring bursa at the joint line and extended along the tibia as needed for visualization. Deep cultures were then obtained.

Given the very high rising patella secondary to chronic extensor mechanism disruption, patellectomy was performed. This was done by providing by traction across the patella and releasing it from the superficial soft tissues. Patella was then discarded.

Homans were then placed so that I had excellent exposure of the femoral and tibial components. Osteotome was used to dissociate the polyethylene from the tibial baseplate. The femoral component was examined and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the femoral component. This was then removed with a tamp. There was noted to be 5-10 of bone loss distally on the medial and lateral condyle. There was also noted to be 5 of bone loss posteriorly on the medialcondyle. The tibia was then subluxed anteriorly with hyperflexion. The tibial component was then assessed and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the tibial component. A tamp was used to remove the tibial component in a retrograde fashion. A combination of osteotomes and curettes were used to remove all of the residual cement and nonviable bone and soft tissue around the distal femur and proximal tibia.

Homans were placed medially and laterally to protect the medial and lateral soft tissues and ligaments and the PCL retractor was placed posteriorly to translate the tibia anteriorly. I then sequentially reamed intramedullary until a 14 millimeter reamer provided excellent fit. The proximal tibia cutting guide was then placed over the reamer. This was planned in place anteriorly. Proximal tibia cleanup cut was performed so as to remove a minimal amount of proximal bone and prepare the proximal tibia for cementation of the final components. Given the appearance of the proximal tibia I did not have to remove excess medial and/or lateral tibial plateau in order to accommodate augments. Reamer was then removed. I then sequentially reamed and broached for the appropriately sized tibial cone. This was found to be size 51x34. Trial cone was then placed. Tibia was then sized and found to be a size 3. Tibial trial was then placed. I then returned my attention to the distal femur.

Homans were placed medially and laterally so as to protect the medial and lateral soft tissues. I then sequentially reamed until a 16 mm reamer provided excellent fit. The appropriately sized distal femoral component and stem was assembled on the back table and impacted on the distal femur. With the trial femoral component in place I then inserted the appropriate thickness polyethylene trial so as to balance the flexion gap. With the trial components in place, a trial spacer of 12 mm provided the best restoration of joint balance Using the femoral component I was able to perform the indicated distal femur and posterior femur cuts so as to accommodate the appropriate augments which provided excellent femoral component stability and bone contact. The trial components were then removed and the box cutting jig was placed. Box was then cut to accommodate the reivision distal femur. The wound was then irrigated with dilute Betadine solution. This was also allowed to sit for 3 minutes before being evacuated with pulsatile lavage. I then called for an open the femoral and tibial components.

Marlex mesh was then folded on itself 8-10 times and held in the appropriate position with #5 Ethibond suture. I then impacted the tibial cone such that it was 3 middle millimeters deep to the tibial cut. I placed 5 cm of the Marlex mesh into the tibial cone followed by the trial tibial component to make sure these fit appropriately. Once this was found to be acceptable, 2 bags antibiotic cement with 1 g vancomycin powder was then mixed. Cement restrictor was placed in the tibia such that was 1 cm beyond the tip of the tibial component. Third-generation cement technique was then used to cement 5 cm of Marlex mesh anterior to the stem of the tibial component. Tibial component was impacted and all excess cement was removed. Care was taken to make sure there is no cement neither dorsal or ventral to the Marlex mesh as it exited along the inferior border of the tibial baseplate in line with the tibial tubercle. Direct pressure was held until the cement hardened.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 734
Printed by 71334 at 8/21/24 10:11 AM

MC_002585

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

Cement restrictor was then placed in the distal femur such it would be 1 cm beyond the tip of the femoral stem. 2 bags of antibiotic cement with 1 g vancomycin powder was then mixed. Third-generation cement technique was then used to cement the femoral component with the appropriate stem and augments. Once the femoral component was impacted down to the level of the osteotomy, all excess cement was removed. Final tibial insert thickness of 12millimeters was then inserted and the knee brought out to full extension. Cold saline was used to mitigate the exothermic reaction during cement curing. The joint was reduced and then washed with a pulsatile jet lavage. Reck was then injected into the periosteal soft tissues.

Vastus medialis and vastus lateralis were then released both superficially and deep so as to provide appropriate excursion to cover the Marlex mesh extensor mechanism reconstruction. A coronal split was then made in the residual patellar tendon and the Marlex mesh was unitized with the soft tissue directly as it exited the anterior tibia such that there was 100% circumferential soft tissue exposure of the Marlex mesh. Above the level of the patellar tendon, the Marlex mesh was then unitized with the vastus lateralis superficially while light longitudinal proximal tension was held on the Marlex mesh. The tendon of the vastus lateralis was then pulled over the Marlex mesh and sewn down over the mesh so as to create layered tendon/Marlex mesh/tendon extensor mechanism reconstruction. The soft tissues were then oversewn with #2 FiberWire in a running #1 Vicryl.

Deep soft tissues were closed with 0 Vicryl, superficial soft tissues with 3-0 Vicryl and a 3-0 nylon for the skin.

Application disposable negative pressure wound therapy (PICO 30 x 10): Given the anatomical location of the patient's incision on the anterior knee and the patient's increased risk for wound complications associated with revision reconstruction with prolonged immobilization extension a disposable negative pressure wound therapy was applied. After incision was closed, clean, and dry the pico was applied in the ideal position. This was then sealed. Power was turned on and dressing was found to be without leak.

The patient was then reversed from their anesthetic state per the anesthesia team and was transferred to their hospital bed. There were no immediate perioperative complications and the pateint was taken to the recovery room on satisfactory and stable condition. I, Dr. Zachary B. Adler was present and directly performed or supervised the entire procedure from incision to completed closure.

**Post-Operative Plan**

DVT Prophylaxis Plan: Xarelto x3 weeks

Antibiotic prophylaxis plan: Ancef x24 hours then Keflex 500PO TID x10 days due to increased risk of prosthetic joint infection from type 2 diabetes and morbid obesity with BMI of 40.9 to

Weight Bearing instructions: Nonweightbearing in a hinged knee brace locked in full extension x 2 to 3 weeks. Anticipate conversion to long-leg cast x 3 months 1 suture removed. After 3 months of long-leg cast immobilization, will place back in hinged knee brace. First month and brace motion will be from 0-45, second month in brace motion will be from 0-60, third month in brace motion will be from 0-90. Once long-leg cast was removed and patient is transition to hinged knee brace, can weight-bear as tolerated with the brace locked in full extension.

Wound Care: Per pico protocol

Discharge Disposition : Home

Follow up with Shane Turner PA-C in 2 Week for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 735

Printed by 71334 at 8/21/24 10:11 AM

MC_002586

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
12/4/2023
3:35 PM

Electronically signed by Zachary B Adler, MD at 12/04/23 1545

OR Nursing

Rian C Schneider, RN at 12/4/2023 1028

Patient verbalized name, date of birth, site, procedure, surgeon, NPO status, and Allergies: Allergies Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]. Consent signed and on chart. Pt transported to OR 2 per stretcher.

Electronically signed by Rian C Schneider, RN at 12/04/23 1028

Progress Notes

Jaynee Krzywicki, RN at 11/20/2023 0914

### WEST PIERCE REGIONAL PRE ANESTHESIA CLINIC NOTE
1901 S. Union Ave, 19U-H1-PAC, Tacoma, WA 98405
Phone: 253- 459-6877    Fax: 253-459-6218

**11/20/2023**

Linda J Larocque is a 65 year old female

**DOS:** 12/4/2023
**Surgeon(s) and Role:**
  **\* Zachary B Adler, MD - Primary**
  **\* Shane Turner, PA-C - Assisting PA**
**Surgical Procedure(s):**
**TOTAL KNEE REVISION; Regional, Adductor canal block (Left)**
**REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left)**

**Location: ALLENMORE OR**

---

MC_002587

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

**Summary of Contact(s)**
☐ Call completed
    Date/time/initials:
☒ No show
    Date/time/initials: 11/20/2023 9:10 AM JKRN
☐ Cold call
    ☒ Call completed:
        Date/time/initials: 11/21/2023 12:53 PM JKRN
    ☐ Call not completed:
        Date/time/initials:

**PAC Nursing Communication:**

| Date/time/Initials | Documentation |

11/20/2023 9:10 AM No answer left VMX2 at 253-273-7247. Instructed to call back with any questions about this message or to try to re-schedule this screening. Contacted Camille, MA to please notify surgeon's office of pt's missed appointment. JKRN

11/21/2023 12:53 PM JKRN   Instructions given verbally and sent via Mychart. Pt verbalized understanding.

**Covid, RSV, Influenza questions:**

Positive test for Covid, RSV, or Influenza in the last 4 weeks?   ☐ Yes ☒ No
Current symptoms?   ☐ Yes ☒ No
        ☐ Cough
        ☐ Wheezing
        ☐ SOB
        ☐ Other (please list):
Hospitalization required?   ☐ Yes ☐ No
Surgeon's office notified?   ☐ Yes ☐ No

**Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:**

Is patient diabetic?   ☐ Yes ☐ No
        If yes, order FBS DOS
Is patient on Dialysis?   ☐ Yes ☐ No
        If yes, order K+ DOS
Does patient have heart failure with reduced EF (systolic HF)?   ☐ Yes ☐ No
        If yes, usual labs and workup per pre anesthesia clinic order set indicated.  Please obtain copy of most
        recent echo.  Cardiac clearance not needed.
Can patient lie flat for 1-2 hours?   ☐ Yes ☐ No
        If no, reason:
        If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and
        workup per pre anesthesia clinic order set indicated.
Does surgeon request general anesthesia?   ☐ Yes ☐ No
        If yes, usual labs and workup per pre anesthesia clinic order set indicated.

---

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 12/4/2023, D/C: 12/8/2023

Page 737                                         Printed by 71334 at 8/21/24 10:11 AM

MC_002588

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless specified above.

\*Strabismus surgery done with general anesthesia

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders, and other pre-surgery tasks**

Additional DOS Special Needs (not included in Procedure Pass):

_____

☒ TAA Chart review requested
    Date/time/initials:

**Communication with TAA**

**Relevant Medical History:**
Obtained from chart: PSVT, CAD, HTN, HLD, LBB, Heart failure with mildly reduced ejection fraction, OSA, DM

**Clinical Question or concern:**

| Date/time/Initials | Documentation |
|---|---|
| 11/20/2023 9:17 AM JKRN | Last TAA review > 90 days. PHI risk assessment in media 10/13/2023 |

**Recommendations (date/time/initials):**

    ☐ No further evaluation or testing recommended:
    ☐ Cardiac clearance:
    ☐ Medical clearance:
    ☐ Follow up with specialist or PCP:
    ☒ Other:  See TAA note update 11/20/2023 -11/20/2023 9:38 AM JKRN

**SOB with exercise:  no**
**Chest pain with exercise: no**
**Exercise Capacity (≥ 4 METS yes or no):yes**
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023
Page 738    Printed by 71334 at 8/21/24 10:11 AM

MC_002589

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG:** 2/2/2023
**ECHO:** 6/15/2022
**Cardiology notes or Clearance:** Guerra 6/26/2023
**Pacemaker or ICD Information/Clearance:**
   Cardiologist or Device Clinic managing pacemaker/ICD:
   Date of last device interrogation (month/year):
   Clearance requested: ☐ Yes ☐ No:
**Other relevant information (Lab, ER visits, etc.):**

Electronically signed by Jaynee Krzywicki, RN at 11/21/23 1253

| Surgery Encounter | Linda J Larocque |
|---|---|
| 12/4/2023 | MRN: 172930 |

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E
## EMR SURG v13.0

### Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Larocque, Linda J | Female | 2/9/1958 |

### General Information

| | | |
|---|---|---|
| Date: 12/4/2023 | Time: 0959 | Status: Posted |
| Location: ALLENMORE OR | Room: AH 02 | Service: Orthopedics |
| Patient class: Surgical-Inpatient AM | Case classification: Elective | |

### Panel Information

#### Panel 1

| Surgeon | Role | Service |
|---|---|---|
| Shane Turner, PA-C | Assisting PA | Orthopedics |
| Kimberley A Marin, ARNP | Assisting ARNP | Orthopedics |
| Robert Tamurian, MD | Assisting | Orthopedics |
| Zachary B Adler, MD | Primary | Orthopedics |
| Jeremiah T Steed, MD | Fellow | Orthopedics |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 739                                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002590

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

Procedure: TOTAL KNEE REVISION; Regional, Adductor canal block

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | |
|---|---|---|---|---|---|
| Left | I. Clean | | General Level I | Knee | |

TOTAL KNEE REVISION; Regional, Adductor canal block (Left) - Position 1

| | | | | | |
|---|---|---|---|---|---|
| Body: | **Supine**<br>Strap Safety | Left Arm: | **Extended <90 Degrees**<br>Gel Pad, Strap Safety,<br>Armboard | Right<br>Arm: | **Extended <90 Degrees**<br><br>Gel Pad, Strap Safety,<br>Armboard |
| Head: | **Aligned**<br>Pillow | Left Leg: | **Draped Free**<br>Foot Block, Foot Block,<br>Foot Block | Right<br>Leg: | **Straight**<br><br>Gel Pad Square |
| Positioned<br>by: | Rian C Schneider,<br>RN<br>Murinda L McCuller,<br>RN<br>David Lai, MD<br>Shane Turner, PA-C<br>Zachary B Adler, MD<br>Jeremiah T Steed,<br>MD | | | Comments: | Final positioin approved<br>per surgeon |

Procedure: REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | |
|---|---|---|---|---|---|
| Left | I. Clean | | General Level I | Knee | |

### Log Discontinued after Patient Arrival

None

### Delay Information

| Delay Type | Delay Reason | Length |
|---|---|---|
| Patient | **Patient/Family Needs** | |
| patient tearful and need extra comforting and conversation | | |
| Facility | **Previous Case**<br>**Overtime** | |

### Complications

None

### Procedure Level

Procedure Level: OR Level IV

### Patient Preparation

#### Patient Preparation

| Area | Laterality | Scrub | Paint | Hair Removal |
|---|---|---|---|---|
| **Ankle, Circumferential,**<br>**Foot, Leg Lower, Leg**<br>**Upper, Toe(s)**<br>2 prep sticks used. | Left | Chlorhexidine (ChloraPrep) | | |

#### Skin Condition

| Skin Site | Condition | Comments |
|---|---|---|
| Grounding | Warm,Dry,Intact | |
| Operative | Warm,Dry,Intact | |

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 740                Printed by 71334 at 8/21/24 10:11 AM

MC_002591

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| Positioning | Warm,Dry,Intact | |
|---|---|---|
| Tourniquet | Warm,Dry,Intact | Skin color per patient baseline |
| Warming | Warm,Dry,Intact | |

### Counts

| Type | Which? | Correct? | X-Ray? | MD Notified? | Counted By | Verified By |
|---|---|---|---|---|---|---|
| **Sponges** | Initial - pre-incision | | | | Trevor Dalrymple, ST | Murinda L McCuller, RN |
| **Sharps** | Initial - pre-incision | | | | Trevor Dalrymple, ST | Murinda L McCuller, RN |
| **Misc Items** | Initial - pre-incision | | | | Trevor Dalrymple, ST | Murinda L McCuller, RN |
| **Sponges** | 1st closing | Yes | Yes | | Trevor Dalrymple, ST | Rian C Schneider, RNMurinda L McCuller, RN |
| **Sharps** | 1st closing | Yes | Yes | | Trevor Dalrymple, ST | Rian C Schneider, RNMurinda L McCuller, RN |
| **Misc Items** | 1st closing | Yes | Yes | | Trevor Dalrymple, ST | Rian C Schneider, RNMurinda L McCuller, RN |
| **Sponges** | Final | Yes | Yes | | Artem S Goncharyuk, ST | Murinda L McCuller, RNMelissa J Timm, RN |
| **Sharps** | Final | Yes | Yes | | Artem S Goncharyuk, ST | Murinda L McCuller, RNMelissa J Timm, RN |
| **Misc Items** | Final | Yes | Yes | | Artem S Goncharyuk, ST | Murinda L McCuller, RNMelissa J Timm, RN |
| **RF Wand** | Final | Yes | Yes | | Artem S Goncharyuk, ST | Murinda L McCuller, RNMelissa J Timm, RN |

### Pre-op Skin Information

| Skin Site | Condition |
|---|---|
| Grounding | Warm,Dry,Intact |
| Operative | Warm,Dry,Intact |
| Positioning | Warm,Dry,Intact |
| Tourniquet Skin color per patient baseline | Warm,Dry,Intact |
| Warming | Warm,Dry,Intact |

### Post-op Skin Information

| Skin Site | Condition |
|---|---|
| Grounding | Warm,Dry,Intact |
| Operative | Warm,Dry,Intact |
| Positioning | Warm,Dry,Intact |
| Tourniquet Patient skin color per baseline | Warm,Dry,Intact |
| Warming | Warm,Dry,Intact |

### Anesthesiologist Information

None

### Staff Information

| Staff | Role |
|---|---|
| **Rian C Schneider, RN** | Circulator |
| **Trevor Dalrymple, ST** | Scrub Person |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002592

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| | |
|---|---|
| Murinda L McCuller, RN | Circulator |
| Brianna Thompson, ST | Facilitator |
| Kristina N Liufau, RN | Facilitator |
| Melissa J Timm, RN | Relief Circulator |
| Artem S Goncharyuk, ST | Relief Scrub |
| Jason Thomas McCarragher, RN | Facilitator |

### Additional Staff Info

None

### Specimens

| ID | Type | Source | Tests | Collected by | Time |
|---|---|---|---|---|---|
| 1 : Left Knee Fluid | Fluid | Knee, Left | -O ANAEROBIC CULTURE -O CULTURE AND GRAM STAIN | Zachary B Adler, MD | 12/4/2023 1117 |

See Above

### Tourniquets

| Tourniquet Type | Unit No. | Area | Laterality | Pressure | Inf. Date/Time | Def. Date/Time | Applied By |
|---|---|---|---|---|---|---|---|
| Tourniquet Automatic System | | Thigh | Left | 250 | 12/4/23 1105 | 12/4/23 1257 | Zachary B Adler, MD |
| Bio # 41944 Size 34in stockinette under cuff, secured with foam tape | | | | | | | |
| Inflation time: 112 minutes  deflated for 21 minutes, reinflated for: 28 minutes | | | | | | | |
| Tourniquet Automatic System | | Thigh | Left | 250 | 12/4/23 1318 | 12/4/23 1347 | Zachary B Adler, MD |
| Bio # 41944 Size 34in stockinette under cuff, secured with foam tape | | | | | | | |
| Inflation time: 112 minutes  deflated for 21 minutes, reinflated for: 28 minutes | | | | | | | |

### Diagnosis Information

| Diagnosis |
|---|
| Status post total left knee replacement |
| Patellar tendon rupture, left, initial encounter |

### Electro Surgery Units

| ESU Type | ESU | Mode | Pad Loc | Laterality | Coag Set | Cut Set | Applied By |
|---|---|---|---|---|---|---|---|
| ESU Valleylab FT/FT10 | | Monopolar | Thigh | Right | 50 | 50 | |
| Biomed: 42756 | | | | | | | |

### Lasers

None

### Sequential Compression Devices

| SCD Type | SCD | Area | Laterality | Pressure | Left Pulse | Right Pulse | Applied By |
|---|---|---|---|---|---|---|---|
| Sequential Compression Device | | Lower Leg | Right | | | | Murinda L McCuller, RN |
| Bio # 27243 Applied and cycling to non-operative LE prior to induction. | | | | | | | |

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 742

Printed by 71334 at 8/21/24 10:11 AM

MC_002593

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### Warming Devices

| Device Type | Device | Area | Laterality | Temp |
|---|---|---|---|---|
| Bair Hugger Machine | | Upper Body | Bilateral | |

### Fluoroscopy
None

### Implants

**Joint Component**

**Cmpnt Fem 5 Knee Left Cmnt - Explanted**

| | | | |
|---|---|---|---|
| Inventory item: | CMPNT FEM 5 KNEE LEFT CMNT | Model/Cat number: | 150410105 |
| Manufacturer: | DEPUY SYNTHES J AND J | Lot number: | D22012511 |
| Size: | size 5 | Device identifier: | 10603295041627 |
| Device identifier type: | GS1 | | |

**As of 12/4/2023**

| Status: | Explanted |
|---|---|

**Ins Tib 5 8mm Knee Post Stab - Explanted**

| | | | |
|---|---|---|---|
| Inventory item: | INS TIB 5 8MM KNEE POST STAB | Model/Cat number: | 151650508 |
| Manufacturer: | DEPUY SYNTHES J AND J | Lot number: | 3704327 |
| Size: | size 5, 8mm | Device identifier: | 10603295052456 |
| Device identifier type: | GS1 | | |

**As of 12/4/2023**

| Status: | Explanted |
|---|---|

**Type Not Specified**

**Cmnt Bone Sst 40gm Hvisc Str - Explanted**

| | | | |
|---|---|---|---|
| Inventory item: | CMNT BONE SST 40GM HVISC STR | Model/Cat number: | 3092040 |
| Manufacturer: | DEPUY SYNTHES J AND J | Lot number: | 9909862 |
| Device identifier: | 10603295168331 | Device identifier type: | GS1 |

**As of 12/4/2023**

| Status: | Explanted |
|---|---|

**Cmnt Bone Sst 40gm Hvisc Str - Explanted**

| | | | |
|---|---|---|---|
| Inventory item: | CMNT BONE SST 40GM HVISC STR | Model/Cat number: | 3092040 |
| Manufacturer: | DEPUY SYNTHES J AND J | Lot number: | 9909862 |
| Device identifier: | 10603295168331 | Device identifier type: | GS1 |

**As of 12/4/2023**

| Status: | Explanted |
|---|---|

**Dome Ptlr 38mm Attune Knee Aox - Explanted**

| | | | |
|---|---|---|---|
| Inventory item: | DOME PTLR 38MM ATTUNE KNEE AOX | Model/Cat number: | 151820038 |
| Manufacturer: | DEPUY SYNTHES J AND J | Lot number: | 3945175 |
| Size: | 36mm | Device identifier: | 10603295056690 |
| Device identifier type: | GS1 | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002594

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### As of 12/4/2023

| | |
|---|---|
| Status: | **Explanted** |

### Bsplt Tib Attune 6 Knee Cmnt - Explanted

| | | | |
|---|---|---|---|
| Inventory item: | BSPLT TIB ATTUNE 6 KNEE CMNT | Model/Cat number: | 150680006 |
| Manufacturer: | DEPUY SYNTHES J AND J | Lot number: | 3976111 |
| Size: | size 6 | Device identifier: | 10603295492184 |
| Device identifier type: | GS1 | | |

#### As of 12/4/2023

| | |
|---|---|
| Status: | **Explanted** |

### Headless Trocar Drill Pin 3.2mm Diameter 75mm Length - Used as Supply

| | | | |
|---|---|---|---|
| Model/Cat number: | 00-5901-020-00 | Manufacturer: | ZIMMER BIOMET |
| Lot number: | 65961854 | Device identifier: | 00889024201620 |
| Device identifier type: | GS1 | | |

#### As of 12/4/2023

| | |
|---|---|
| Status: | **Not Implanted** |

### Stem Xtn 100mm 16mm Nxgn Strt - Implanted

| | | | |
|---|---|---|---|
| Inventory item: | STEM XTN 100MM 16MM NXGN STRT | Model/Cat number: | 00598801016 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 65075365 |
| Device identifier: | H124005988010161 | Device identifier type: | HIBC |

#### As of 12/4/2023

| | |
|---|---|
| Status: | **Implanted** |

### Cmpnt Fem E 72x62mm Knee Left - Implanted

| | | | |
|---|---|---|---|
| Inventory item: | CMPNT FEM E 72X62MM KNEE LEFT | Model/Cat number: | 00588001501 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 65777752 |
| Device identifier: | 00889024199149 | Device identifier type: | GS1 |

#### As of 12/4/2023

| | |
|---|---|
| Status: | **Implanted** |

### Aug Tib 34mm 51mm Lg Cone Knee - Implanted

| | | | |
|---|---|---|---|
| Inventory item: | AUG TIB 34MM 51MM LG CONE KNEE | Model/Cat number: | 00545001351 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 64700280 |
| Device identifier: | M210005450013511 | Device identifier type: | HIBC |

#### As of 12/4/2023

| | |
|---|---|
| Status: | **Implanted** |

### Plt Tib 67x46mm Nxgn 3 Knee - Implanted

| | | | |
|---|---|---|---|
| Inventory item: | PLT TIB 67X46MM NXGN 3 KNEE | Model/Cat number: | 00588000300 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 65672085 |
| Device identifier: | 00889024198999 | Device identifier type: | GS1 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 744

Printed by 71334 at 8/21/24 10:11 AM

MC_002595

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

**As of 12/4/2023**

| | |
|---|---|
| Status: | Implanted |

**Blck Aug Nxgn E 5mm Knee Dist - Implanted**

| | | | |
|---|---|---|---|
| Inventory item: | BLCK AUG NXGN E 5MM KNEE DIST | Model/Cat number: | 00599003510 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 66095877 |
| Device identifier: | H124005990035101 | Device identifier type: | HIBC |

**As of 12/4/2023**

| | |
|---|---|
| Status: | Implanted |

**Blck Aug Nxgn E 5mm Post Prect - Implanted**

| | | | |
|---|---|---|---|
| Inventory item: | BLCK AUG NXGN E 5MM POST PRECT | Model/Cat number: | 00599003501 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 65790144 |
| Device identifier: | H124005990035011 | Device identifier type: | HIBC |

**As of 12/4/2023**

| | |
|---|---|
| Status: | Implanted |

**Bard Mesh - Implanted**

| | | | |
|---|---|---|---|
| Model/Cat number: | 0112660 | Manufacturer: | C R BARD INC |
| Lot number: | HUHU1877 | Device identifier: | 00801741016516 |
| Device identifier type: | GS1 | | |

**As of 12/4/2023**

| | |
|---|---|
| Status: | Implanted |

**Cmnt Bone Bmt 40gm - Implanted**

| | | | |
|---|---|---|---|
| Inventory item: | CMNT BONE BMT 40GM | Model/Cat number: | 110035368 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | AW04BB0604 |
| Device identifier: | 00887868214578 | Device identifier type: | GS1 |

**As of 12/4/2023**

| | |
|---|---|
| Status: | Implanted |

**Cmnt Bone Bmt 40gm - Implanted**

| | | | |
|---|---|---|---|
| Inventory item: | CMNT BONE BMT 40GM | Model/Cat number: | 110035368 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | AW18CE2205 |
| Device identifier: | 00887868214578 | Device identifier type: | GS1 |

**As of 12/4/2023**

| | |
|---|---|
| Status: | Implanted |

**Blck Aug Nxgn E 10mm Dist - Implanted**

| | | | |
|---|---|---|---|
| Inventory item: | BLCK AUG NXGN E 10MM DIST | Model/Cat number: | 00599003520 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 63361867 |
| Device identifier: | H124005990035201 | Device identifier type: | HIBC |

**As of 12/4/2023**

| | |
|---|---|
| Status: | Implanted |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 745

Printed by 71334 at 8/21/24 10:11 AM

MC_002596

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### Kit Bone Cmnt Bioprep Fem Prep - Used as Supply

| | | | |
|---|---|---|---|
| Inventory item: | KIT BONE CMNT BIOPREP FEM PREP | Model/Cat number: | 0206-710-000 |
| Manufacturer: | STRYKER CORP | Lot number: | 0206-710-000 |

**As of 12/4/2023**

| | |
|---|---|
| Status: | **Not Implanted** |

### Srfc Artc 74x44x12mm Nxgn 4-6 E Knee Uhmwpe Zml - Implanted

| | | | |
|---|---|---|---|
| Inventory item: | SRFC ARTC 74X44X12MM NXGN 4-6 E KNEE UHMWPE ZML | Model/Cat number: | 00588005012 |
| Manufacturer: | ZIMMER BIOMET | Lot number: | 65036785 |
| Device identifier: | H124005880050121 | Device identifier type: | HIBC |

**As of 12/4/2023**

| | |
|---|---|
| Status: | **Implanted** |

### Medication Administration in OR from 12/04/2023 1034 to 12/04/2023 1510

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|---|---|---|---|---|---|---|
| 12/04/2023 1445 PST | lactated ringers (LR) infusion soln | -- | Intravenous | Canceled Entry | Processing. Auto | Automatically canceled at discontinue of medication order |
| 12/04/2023 1400 PST | saline flush (NS) 0.9% NaCl inj 5-80 mL | -- | Intravenous | Canceled Entry | Yu Min Ni, RN | Automatically canceled at discontinue of medication order |
| 12/04/2023 1445 PST | saline flush (NS) 0.9% NaCl inj 5-80 mL | -- | Intravenous | Canceled Entry | Processing. Auto | Automatically canceled at discontinue of medication order |

### Case Tracking Events

| Event | Time In |
|---|---|
| Patient in Facility | 0809 |
| In Pre-procedure | 0814 |
| Physician Available | |
| Ready for Procedure | |
| Canceled in Pre-procedure | |
| In Room | 1034 |
| Case/Incision Start | 1108 |
| Closing | 1415 |
| Case/Incision Close | 1455 |
| OR Hold | |
| Out of Room | 1510 |
| Patient To Floor | |
| In Phase I | 1511 |
| Ready to Move | |
| Out Phase I | 1715 |
| In Phase II | |
| Out Phase II | |
| End of Care | 1715 |
| Prod Start | |
| Prod End | |
| Anesthesia Start | 1034 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 746

Printed by 71334 at 8/21/24 10:11 AM

MC_002597

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

| | |
|---|---|
| Anesthesia Ready | 1046 |
| Anesthesia Stop | 1519 |

### Universal Protocol

#### Murinda L McCuller, RN at Mon Dec 4, 2023 1100 PST

##### Timeout Details

Timeout type: Pre-incision

##### Timeout Questions

Correct site? Yes
Correct side? Yes
Site marked? Yes
Implants present? Yes
Antibiotics ordered and given? Given
Consents verified? Yes

##### Staff Present

Surgeons                                Anesthesia Staff
Shane Turner, PA-C                      David Lai, MD
Zachary B Adler, MD
Staff
Rian C Schneider, RN
Trevor Dalrymple, ST
Murinda L McCuller, RN

##### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Murinda L McCuller, RN | Mon Dec 4, 2023 1100 PST | Mon Dec 4, 2023 1100 PST |

#### Murinda L McCuller, RN at Mon Dec 4, 2023 1100 PST

##### Timeout Details

Timeout type: Fire Safety

##### Staff Present

Surgeons                                Anesthesia Staff
Shane Turner, PA-C                      David Lai, MD
Zachary B Adler, MD
Staff
Rian C Schneider, RN
Trevor Dalrymple, ST
Murinda L McCuller, RN

##### Comments

temp and humidity WNL

##### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Murinda L McCuller, RN | Mon Dec 4, 2023 1100 PST | Mon Dec 4, 2023 1100 PST |

#### Rian C Schneider, RN at Mon Dec 4, 2023 1028 PST

MC_002598

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### Timeout Details

Timeout type: Preprocedure

### Timeout Questions

Correct site? Yes
Correct side? Yes
Correct procedure? Yes
H&P note completed? Yes
Consents verified? Yes
Is documentation verified? Yes

### Staff Present

Staff
Rian C Schneider, RN

### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Rian C Schneider, RN | Mon Dec 4, 2023 1028 PST | Mon Dec 4, 2023 1028 PST |

### Murinda L McCuller, RN at Mon Dec 4, 2023 1457 PST

#### Timeout Details

Timeout type: Post Proc Debrief

#### Procedures

Panel 1: Left TOTAL KNEE REVISION; Regional, Adductor canal block with Zachary B Adler, MD
Panel 1: Left REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY with Zachary B Adler, MD

#### Timeout Questions

Is documentation verified? Yes
Are counts correct? Yes
Have specimens been labeled? Yes
Have all new equipment problems been addressed? N/A
Have all recovery issues been reviewed? N/A

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Zachary B Adler, MD | David Lai, MD |
| Jeremiah T Steed, MD | |

Staff
Rian C Schneider, RN
Murinda L McCuller, RN
Artem S Goncharyuk, ST

#### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Murinda L McCuller, RN | Mon Dec 4, 2023 1457 PST | Mon Dec 4, 2023 1457 PST |

### Perioperative Laser Questionnaire

None

MC_002599

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Case 1948491 (TOTAL KNEE REVISION; Regional, Adductor canal block) (continued)

### Surgeons

| Name | Panel | Role | Time Period |
|------|-------|------|-------------|
| Zachary B Adler, MD | Panel 1 | Primary | 12/4/2023 1040 - 12/4/2023 1459 |
| Robert Tamurian, MD | Panel 1 | Assisting | 12/4/2023 1226 - 12/4/2023 1441 |
| Shane Turner, PA-C | Panel 1 | Assisting PA | 12/4/2023 1040 - 12/4/2023 1246 |
| Kimberley A Marin, ARNP | Panel 1 | Assisting ARNP | 12/4/2023 1252 - 12/4/2023 1338 |
| Jeremiah T Steed, MD | Panel 1 | Fellow | 12/4/2023 1051 - 12/4/2023 1459 |

### Staff

| Name | Type | Time Period |
|------|------|-------------|
| Rian C Schneider, RN | Circulator | 12/4/2023 1012 - 12/4/2023 1236 |
| | | 12/4/2023 1306 - 12/4/2023 1433 |
| | | 12/4/2023 1446 - 12/4/2023 1510 |
| Trevor Dalrymple, ST | Scrub Person | 12/4/2023 1012 - 12/4/2023 1435 |
| Murinda L McCuller, RN | Circulator | 12/4/2023 1012 - 12/4/2023 1209 |
| | | 12/4/2023 1246 - 12/4/2023 1354 |
| | | 12/4/2023 1411 - 12/4/2023 1433 |
| | | 12/4/2023 1411 - 12/4/2023 1502 |
| Brianna Thompson, ST | Facilitator | 12/4/2023 1012 - 12/4/2023 1041 |
| Kristina N Liufau, RN | Facilitator | 12/4/2023 1012 - 12/4/2023 1018 |
| Melissa J Timm, RN | Relief Circulator | 12/4/2023 1236 - 12/4/2023 1315 |
| Artem S Goncharyuk, ST | Relief Scrub | 12/4/2023 1432 - 12/4/2023 1502 |
| Jason Thomas McCarragher, RN | Facilitator | 12/4/2023 1502 - 12/4/2023 1510 |

### Anesthesia Staff

| Name | Type | Time Period |
|------|------|-------------|
| David Lai, MD | Anesthesiologist | 12/4/2023 1025 - 12/4/2023 1139 |
| | | 12/4/2023 1159 - 12/4/2023 1349 |
| | | 12/4/2023 1404 - 12/4/2023 1510 |
| Nicole A Strickland, MD | Anesthesiologist | 12/4/2023 1138 - 12/4/2023 1159 |
| | | 12/4/2023 1348 - 12/4/2023 1404 |
| | | 12/4/2023 1502 - 12/4/2023 1510 |

### Visitors

| Name | Type | Time Period |
|------|------|-------------|
| Matt Place, Zimmer | Vendor | 12/4/2023 1041 - 12/4/2023 1404 |

## END OF OPTIME REPORT

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 749

Printed by 71334 at 8/21/24 10:11 AM

MC_002600

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 12/04/23

#### Anesthesia Information

**Anesthesia Summary - Larocque, Linda J [172930]    Female    65 year old**    Current as of 12/04/23 0848

Height: 1.676 m (5' 6")  (12/04/23)
Weight: 115 kg (253 lb 8 oz)  (12/04/23)
BMI: 40.94  (12/04/23)
NPO Status: Not recorded
Allergies: ACTOS [PIOGLITAZONE HYDROCHLORIDE], EFFEXOR [VENLAFAXINE], PAXIL [PAROXETINE HYDROCHLORIDE], PRAVASTATIN, PROZAC [FLUOXETINE HCL], ZOLOFT [SERTRALINE HCL], CODEINE CAMSYLATE, LIPITOR [ATORVASTATIN CALCIUM], METOPROLOL SUCCINATE [METOPROLOL], VOLTAREN [DICLOFENAC SODIUM], ZOCOR [SIMVASTATIN]

#### Procedure Summary

Date: 12/04/23
Anesthesia Start: 1034
Procedures:
  TOTAL KNEE REVISION; Regional, Adductor canal block
(Left: Knee)
  REPAIR, TENDON, PATELLAR, OPEN AND
PATELLECTOMY (Left: Knee)
Surgeons: Zachary B Adler, MD
Anesthesia Type: general

Room / Location: AH 02 / ALLENMORE OR
Anesthesia Stop: 1519
Diagnosis:
  Status post total left knee replacement
  Patellar tendon rupture, left, initial encounter
  (Status post total left knee replacement [Z96.652])
  (Patellar tendon rupture, left, initial encounter [S86.812A])
Responsible Provider: David Lai, MD
ASA Status: 3

#### Responsible Staff                                                                                           12/04/23

| Name | Role | Begin | End |
|---|---|---|---|
| David Lai, MD | Anesth | 1034 | 1519 |

#### Events

| Date | Time | Event |
|---|---|---|
| 12/4/2023 | 0848 | Ready for Procedure |
| | 1002 | Equipment Check |
| | 1034 | Start Data Collection |
| | 1034 | Anesthesia Start |
| | 1040 | Induction |
| | 1045 | Intubation |
| | 1046 | Anesthesia Ready |
| | 1105 | Tourniquet Up<br>250 mm hg |
| | 1251 | Quick Note<br>Temp 37.6<br>Bair hugger turned off |
| | 1258 | Tourniquet Down<br>112 minutes |
| | 1318 | Tourniquet Up<br>250 mm hg |
| | 1347 | Tourniquet Down<br>28 minutes |
| | 1453 | Suction |
| | 1453 | Emergence |
| | 1510 | Stop Data Collection |
| | 1519 | Extubation |
| | 1519 | Anesthesia Stop<br>I completed my SBAR handoff to receiving Nurse. |

#### Attestation Information

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 750                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002601

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Anesthesia on 12/04/23 (continued)

| Staff Name | Date | Time | Type |
|---|---|---|---|
| Rian C Schneider, RN | 12/04/23 | 1520 | Intra-Op |

### Medications

#### midazolam 2 mg/2 mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1038 | 2 mg | Given | Intravenous | David Lai, MD |

#### fentanyl 100 mcg/2 mL (mcg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1038 | 100 mcg | Given | Intravenous | David Lai, MD |
| 1102 | 100 mcg | Given | Intravenous | David Lai, MD |

#### propofol (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1039 | 100 mg | Given | Intravenous | David Lai, MD |

#### rocuronium (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1039 | 30 mg | Given | Intravenous | David Lai, MD |

#### ephedrine 50 mg/mL inj (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1410 | 10 mg | Given | Intravenous | David Lai, MD |

#### phenylephrine (mcg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1308 | 100 mcg | Given | Intravenous | David Lai, MD |
| 1315 | 100 mcg | Given | Intravenous | David Lai, MD |
| 1402 | 100 mcg | Given | Intravenous | David Lai, MD |

#### ondansetron (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1038 | 4 mg | Given | Intravenous | David Lai, MD |

#### dexamethasone 4 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1038 | 8 mg | Given | Intravenous | David Lai, MD |

#### ceFAZolin Sodium 2 g (g)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1046 | 2 g | Given | Intravenous | David Lai, MD |
| 1446 | 2 g | Given | Intravenous | David Lai, MD |

#### tranexamic acid 100 mg/mL (g)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23  1046 | 1 g (over 15 min) | Given | Intravenous | David Lai, MD |
| 1445 | 1 g (over 15 min) | Given | Intravenous | David Lai, MD |

#### ketAMINE 10 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 751

Printed by 71334 at 8/21/24 10:11 AM

MC_002602

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 12/04/23 (continued)

| | | | | |
|---|---|---|---|---|
| 12/04/23 1052 | 50 mg (over 60 min) | Given | Intravenous | David Lai, MD |

#### HYDROmorphone 1 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23 1209 | 1 mg | Given | Intravenous | David Lai, MD |
| 1255 | 1 mg | Given | Intravenous | David Lai, MD |
| 1344 | 1 mg | Given | Intravenous | David Lai, MD |

#### labetalol 5 mg/mL (mg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23 1228 | 10 mg | Given | Intravenous | David Lai, MD |
| 1256 | 10 mg | Given | Intravenous | David Lai, MD |

#### dexmedetomidine 200 mcg/2mL (mcg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23 1256 | 20 mcg | Given | Intravenous | David Lai, MD |

#### phenylephrine (NEO-SYNEPHRINE) 100 mcg/mL syringe (for Cath Lab or Anesth use) (mcg)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23 1308 | 100 mcg | Given | Intravenous | David Lai, MD |
| 1310 | 100 mcg | Given | Intravenous | David Lai, MD |
| 1324 | 100 mcg | Given | Intravenous | David Lai, MD |
| 1357 | 100 mcg | Given | Intravenous | David Lai, MD |
| 1409 | 100 mcg | Given | Intravenous | David Lai, MD |

#### ropivacaine 5 mg/mL (mL)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23 1500 | 20 mL [dose] - 20 mL [vol] | Given | Perineural | David Lai, MD |

Comment: left ACB

#### LR (mL)

| Date/Time | Rate/Dose/Volume | Action | Route | Admin User |
|---|---|---|---|---|
| 12/04/23 1034 | | New Bag | Intravenous | David Lai, MD |
| 1249 | 900 mL | Anesthesia Volume Adjustment | Intravenous | David Lai, MD |
| 1301 | 100 mL | New Bag | Intravenous | David Lai, MD |
| 1332 | 200 mL | Anesthesia Volume Adjustment | Intravenous | David Lai, MD |
| 1439 | 500 mL | Anesthesia Volume Adjustment | Intravenous | David Lai, MD |
| 1503 | 200 mL | Anesthesia Volume Adjustment | Intravenous | David Lai, MD |
| 1519 | | Stopped | Intravenous | David Lai, MD |

Comment: Anesthesia infusion automatically stopped.

### Preprocedure Signoff

Ready for Procedure: David Lai, MD on 12/04/23 at 0848
Reviewed: David Lai, MD on 12/04/23 at 0848

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 752

Printed by 71334 at 8/21/24 10:11 AM

MC_002603

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 12/04/23 (continued)

#### Signoff Status
None

#### Notes

##### Anesthesia Postprocedure Evaluation

###### David Lai, MD at 12/4/2023 1519

**Version 1 of 1**

| Author: David Lai, MD | Service: — | Author Type: Anesthesiologist |
|---|---|---|
| Filed: 12/04/23 1519 | Date of Service: 12/04/23 1519 | Status: Signed |
| Editor: David Lai, MD (Anesthesiologist) | | |

| Vitals | Value | Taken Time |
|---|---|---|
| BP | 105/57 | 12/04/23 1515 |
| Temp | See nursing flow sheet | 12/04/23 1519 |
| Pulse | 102 | 12/04/23 1518 |
| Resp | 16 | 12/04/23 1518 |
| SpO2 | 94 % | 12/04/23 1518 |

Vitals shown include unvalidated device data.

Anesthesia Post Evaluation

David Lai, MD

Electronically signed by David Lai, MD at 12/04/23 1519

##### Anesthesia Preprocedure Evaluation

###### David Lai, MD at 11/20/2023 0924

**Version 3 of 3**

| Author: David Lai, MD | Service: — | Author Type: Anesthesiologist |
|---|---|---|
| Filed: 12/04/23 0851 | Date of Service: 11/20/23 0924 | Status: Addendum |
| Editor: David Lai, MD (Anesthesiologist) | | |

Patient: Linda J Larocque, 65 year old female

**Procedure Information**
Date/Time: 12/04/23 0715
Procedures:
    TOTAL KNEE REVISION; Regional, Adductor canal block (Left: Knee)
    REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left: Knee)
Diagnosis:
    Status post total left knee replacement [Z96.652]
    Patellar tendon rupture, left, initial encounter [S86.812A]
Pre-op diagnosis:
    Status post total left knee replacement [Z96.652]
    Patellar tendon rupture, left, initial encounter [S86.812A]
Location: AH 03 / ALLENMORE OR

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 753                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002604

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

Surgeons: Zachary B Adler, MD

NPO Status:

**ROS/MEDHX:**

Reviewed: Imaging

**ANESTHETIC HISTORY :**
No Personal or Family h/o Anesthesia Complications

**CARDIAC : (+)**
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by instantaneous wave-free ratio of the right coronary artery
- Hypertension
- Hyperlipidemia
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction

Last visit with cardiology 6/26/2023
Stable
Continue current medications
Follow up in 6-9 months

TTE 6/2022
Conclusions:
The left ventricular chamber size is mildly enlarged. The left ventricular systolic function is mildly reduced. The visually estimated left ventricular ejection fraction (LVEF) is between 45-50%. The calculated ejection fraction is 48% by 3D. There is paradoxical septal motion consistent with a left bundle branch block. Mild concentric left ventricular hypertrophy. Spectral Doppler is indicative of a impaired relaxation (stage 1) filling pattern.
There is mild mitral valve regurgitation.
There is mild tricuspid valve regurgitation.
There is no evidence of elevated pulmonary systolic pressure.

, exercise tolerance good, Dysrhythmias (PSVT), H/o SVT, CHF, Hyperlipidemia, ECG reviewed (pending), Echo reviewed and Stress test reviewed
No CAD

**PULMONARY : (+)**
Last visit with pulmonary 1/12/2023
Stable
Continue APAP
Follow up yearly

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 754

Printed by 71334 at 8/21/24 10:11 AM

MC_002605

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

" Pre-op risk assessment for knee replacement surgery
Would be consider low risk (for pulmonary complication including resp failure, pneumonia, atelectases) in the setting of known OSA, well control and compliant with CPAP. AHI of 3.3. Last PFT 7/2021 with FEV1 103% predicted and prior CXR clear"

1/2023
INTERPRETATION:
Spirometry pre-bronchodilator shows FEV1pre 2.69 L (105% predicted), FVCpre 3.45 L (105% predicted), 78% FEV1/FVC ratio.

IMPRESSION:
1. Normal spirometry and flow volume loop.

, Sleep apnea and CPAP
Denies current tobacco use

**VASCULAR** : (+) Hypertension

**NEURO / PSYCH** : (+) Migraine HA, Headaches (migraine ), Psychiatric history and depression

**HEME / ONC** : (+) Hx uterine CA s/p hysterectomy and Cancer

**MUSCULOSKELETAL** : (+) Back ache, Osteoarthritis and Lumbar spine disease

**GI / HEPATIC / RENAL** : (+) NASH (nonalcoholic steatohepatitis), Hepatitis (NASH) and Liver disease (NASH)

**ENDO / OTHER** : (+) Diabetes, Obesity and Class II BMI - 35-39.9

**OB / GYN** : Negative ROS

**BIRTH HISTORY** :

**PERTINENT SUBSTANCE ABUSE** : (+) Chronic narcotic/sedative use (Norco)

**OTHER HISTORY** :
Chart review only, patient not seen
Pulmonary risk assessment in visit note 1/12/2023
Cardiac clearance in media 10/13/2023

S. Hento, ARNP
11/20/2023

**Physical Exam:**
**Airway** : Mallampati: II, TM Distance: >3 FB, Neck ROM: full
**Dental** : Normal exam
**Cardiovascular** : Normal exam

MC_002606

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

**Pulmonary :** Normal exam
**Neurologic :** Normal exam
**Abdominal :** (+) Obese
**Other Findings :**


**Anesthesia Plan:**

ASA: 3
Proposed Anesthetic Plan: general-intravenous induction/inhalation maintenance
Potential Anesthetic Risk:

Code Status : Full Code

Post Anesthetic Plan:  Routine and post-op other regional analgesia
Informed Consent: patient

GA risks/benefits discusused, including sore throat, PONV, recall and death
ACB risks/benefits discussed, including partial / failed block, nerve damage, cardiac / neuro toxicity block regression

Plan GA ETT, post-op ACB for post-op analgesia


.


Electronically signed by David Lai, MD at 12/04/23 0851


**Version 2 of 3**

| Author: David Lai, MD | Service: — | Author Type: Anesthesiologist |
|---|---|---|
| Filed: 12/04/23 0847 | Date of Service: 11/20/23 0924 | Status: Addendum |
| Editor: David Lai, MD (Anesthesiologist) | | |

Patient: Linda J Larocque, 65 year old female

**Procedure Information**
Date/Time: 12/04/23 0715
Procedures:
TOTAL KNEE REVISION; Regional, Adductor canal block (Left: Knee)
REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left: Knee)
Diagnosis:
Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Pre-op diagnosis:

MC_002607

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Location: AH 03 / ALLENMORE OR
Surgeons: Zachary B Adler, MD


NPO Status:


**ROS/MEDHX:**

Reviewed: Imaging

**ANESTHETIC HISTORY :**
No Personal or Family h/o Anesthesia Complications

**CARDIAC : (+)**
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by instantaneous wave-free ratio of the right coronary artery
- Hypertension
- Hyperlipidemia
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction


Last visit with cardiology 6/26/2023
Stable
Continue current medications
Follow up in 6-9 months

TTE 6/2022
Conclusions:
The left ventricular chamber size is mildly enlarged. The left ventricular systolic function is mildly reduced. The visually estimated left ventricular ejection fraction (LVEF) is between 45-50%. The calculated ejection fraction is 48% by 3D. There is paradoxical septal motion consistent with a left bundle branch block. Mild concentric left ventricular hypertrophy. Spectral Doppler is indicative of a impaired relaxation (stage 1) filling pattern.
There is mild mitral valve regurgitation.
There is mild tricuspid valve regurgitation.
There is no evidence of elevated pulmonary systolic pressure.

, exercise tolerance good, Dysrhythmias (PSVT), H/o SVT, CHF, Hyperlipidemia, ECG reviewed (pending) and Echo reviewed
No CAD


**PULMONARY : (+)**
Last visit with pulmonary 1/12/2023

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 757
Printed by 71334 at 8/21/24 10:11 AM

MC_002608

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

Stable
Continue APAP
Follow up yearly

" Pre-op risk assessment for knee replacement surgery
Would be consider low risk (for pulmonary complication including resp failure, pneumonia, atelectases) in the setting of known OSA, well control and compliant with CPAP. AHI of 3.3. Last PFT 7/2021 with FEV1 103% predicted and prior CXR clear"

1/2023
INTERPRETATION:
Spirometry pre-bronchodilator shows FEV1pre 2.69 L (105% predicted), FVCpre 3.45 L (105% predicted), 78% FEV1/FVC ratio.

IMPRESSION:
1. Normal spirometry and flow volume loop.

, Sleep apnea and CPAP
Denies current tobacco use

**VASCULAR :** (+) Hypertension

**NEURO / PSYCH :** (+) Migraine HA, Headaches (migraine ), Psychiatric history and depression

**HEME / ONC :** (+) Hx uterine CA s/p hysterectomy and Cancer

**MUSCULOSKELETAL :** (+) Back ache, Osteoarthritis and Lumbar spine disease

**GI / HEPATIC / RENAL :** (+) NASH (nonalcoholic steatohepatitis), Hepatitis (NASH) and Liver disease (NASH)

**ENDO / OTHER :** (+) Diabetes, Obesity and Class II BMI - 35-39.9

**OB / GYN :** Negative ROS

**BIRTH HISTORY :**

**PERTINENT SUBSTANCE ABUSE :** (+) Chronic narcotic/sedative use (Norco)

**OTHER HISTORY :**
Chart review only, patient not seen
Pulmonary risk assessment in visit note 1/12/2023
Cardiac clearance in media 10/13/2023

S. Hento, ARNP
11/20/2023

**Physical Exam:**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 758
Printed by 71334 at 8/21/24 10:11 AM

MC_002609

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

**Airway** : Mallampati: II, TM Distance: >3 FB, Neck ROM: full
**Dental** : Normal exam
**Cardiovascular** : Normal exam
**Pulmonary** : Normal exam
**Neurologic** : Normal exam
**Abdominal** : (+) Obese
**Other Findings** :

**Anesthesia Plan:**

ASA: 3
Proposed Anesthetic Plan: general-intravenous induction/inhalation maintenance
Potential Anesthetic Risk:

Code Status : Full Code

Post Anesthetic Plan: Routine and post-op other regional analgesia
Informed Consent: patient

GA risks/benefits discusused, including sore throat, PONV, recall and death
ACB risks/benefits discussed, including partial / failed block, nerve damage, cardiac / neuro toxicity block regression

Plan GA ETT, post-op ACB for post-op analgesia

.

Electronically signed by David Lai, MD at 12/04/23 0847

**Version 1 of 3**

| | | |
|---|---|---|
| Author: Sharon Hento, ARNP | Service: --- | Author Type: Nurse Practitioner |
| Filed: 11/20/23 0928 | Date of Service: 11/20/23 0924 | Status: Signed |
| Editor: Sharon Hento, ARNP (Nurse Practitioner) | | |

Patient: Linda J Larocque, 65 year old female

**Procedure Information**
    Date/Time: 12/04/23 0715
    Procedures:
        TOTAL KNEE REVISION; Regional, Adductor canal block (Left: Knee)
        REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left: Knee)
    Diagnosis:

| ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|
| 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98405-1702 | Adm: 12/4/2023, D/C: 12/8/2023 |

Page 759

Printed by 71334 at 8/21/24 10:11 AM

MC_002610

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

    Status post total left knee replacement [Z96.652]
    Patellar tendon rupture, left, initial encounter [S86.812A]
Pre-op diagnosis:
    Status post total left knee replacement [Z96.652]
    Patellar tendon rupture, left, initial encounter [S86.812A]
Location: AH 03 / ALLENMORE OR
Surgeons: Zachary B Adler, MD


NPO Status:


**ROS/MEDHX:**

Reviewed: Imaging

**ANESTHETIC HISTORY :**
No Personal or Family h/o Anesthesia Complications

**CARDIAC : (+)**
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by instantaneous wave-free ratio of the right coronary artery
- Hypertension
- Hyperlipidemia
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction


Last visit with cardiology 6/26/2023
Stable
Continue current medications
Follow up in 6-9 months

TTE 6/2022
Conclusions:
The left ventricular chamber size is mildly enlarged. The left ventricular systolic function is mildly reduced. The visually estimated left ventricular ejection fraction (LVEF) is between 45-50%. The calculated ejection fraction is 48% by 3D. There is paradoxical septal motion consistent with a left bundle branch block. Mild concentric left ventricular hypertrophy. Spectral Doppler is indicative of a impaired relaxation (stage 1) filling pattern.
There is mild mitral valve regurgitation.
There is mild tricuspid valve regurgitation.
There is no evidence of elevated pulmonary systolic pressure.

, exercise tolerance good, Dysrhythmias (PSVT), CHF, Hyperlipidemia and Echo reviewed
No CADECG reviewed: pending.

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 760    Printed by 71334 at 8/21/24 10:11 AM

MC_002611

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

## PULMONARY : (+)
Last visit with pulmonary 1/12/2023
Stable
Continue APAP
Follow up yearly

" Pre-op risk assessment for knee replacement surgery
Would be consider low risk (for pulmonary complication including resp failure, pneumonia, atelectases) in the setting of known OSA, well control and compliant with CPAP. AHI of 3.3. Last PFT 7/2021 with FEV1 103% predicted and prior CXR clear"

1/2023
INTERPRETATION:
Spirometry pre-bronchodilator shows FEV1pre 2.69 L (105% predicted), FVCpre 3.45 L (105% predicted), 78% FEV1/FVC ratio.

IMPRESSION:
1. Normal spirometry and flow volume loop.

, Sleep apnea and CPAP
Denies current tobacco use

## VASCULAR : (+) Hypertension

## NEURO / PSYCH : (+) Headaches (migraine )

## HEME / ONC : Negative ROS

## MUSCULOSKELETAL : (+) Osteoarthritis

## GI / HEPATIC / RENAL : (+) NASH (nonalcoholic steatohepatitis), Hepatitis (NASH) and Liver disease (NASH)

## ENDO / OTHER : (+) Diabetes, Obesity and Class II BMI - 35-39.9

## OB / GYN : Negative ROS

## BIRTH HISTORY :

## PERTINENT SUBSTANCE ABUSE : (+) Chronic narcotic/sedative use (Norco)

## OTHER HISTORY :
Chart review only, patient not seen
Pulmonary risk assessment in visit note 1/12/2023
Cardiac clearance in media 10/13/2023

S. Hento, ARNP
11/20/2023

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 761
Printed by 71334 at 8/21/24 10:11 AM

MC_002612

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

Physical Exam

Anesthesia Plan

.

Electronically signed by Sharon Hento, ARNP at 11/20/23 0928

Anesthesia Procedure Notes

David Lai, MD at 12/4/2023 1431

Version 3 of 3

| | | |
|---|---|---|
| Author: David Lai, MD | Service: — | Author Type: Anesthesiologist |
| Filed: 12/04/23 1438 | Date of Service: 12/04/23 1431 | Status: Addendum |
| Editor: David Lai, MD (Anesthesiologist) | | |

Procedure Orders
1. Peripheral Block [755800400] ordered by David Lai, MD

**PROCEDURE :** Peripheral Block
**Peripheral Block Type:** adductor canal block
**Side :** left
**Reason for Block:** post-op pain management physician's request
**Referring Provider :** Dr. Adler

Start time: 12/4/2023 3:00 PM
End time: 12/4/2023 3:05 PM

**Preanesthetic Checklist**
Completed: patient identified, IV checked, risks and benefits discussed, monitors and equipment checked, pre-op evaluation and timeout performed
**Patient Position:** supine
**Prep :** chlorhexidine
**Monitoring:** cardiac monitor, pulse oximetry and blood pressure
**Approach:** left sub-sartorial / fascial plane
**Injection Technique:** single-shot

**Procedures:** ultrasound guided

**Sedation:** General Anesthesia
**Needle Type:** Combined needle/nerve stimulator
**Needle Gauge:** 22 G
**Needle Length:** 10 cm
**Insertion attempts:** 1

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Page 762
Printed by 71334 at 8/21/24 10:11 AM

MC_002613

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

Injection Pressure Monitoring: No
Blood aspirated: no

**Incremental Dose: yes**
  Was procedure primary anesthetic?: no
**Procedure performed during general/spinal anesthesia: yes (GA)**
**Note:**  Left ACB. Sterile prep. Ultrasound used to identify anatomy . Needle tip in view at all times.
Placed adjacent to SFA. Incremental aspiration / injection of LA, seen to fill space.

Refer to the Anesthesia Record for medication administered.

Authorized by: **David Lai, MD**
Performed by: **David Lai, MD**

Electronically signed by David Lai, MD at 12/04/23 1438

Version 2 of 3

| | | |
|---|---|---|
| Author: David Lai, MD | Service: --- | Author Type: Anesthesiologist |
| Filed: 12/04/23 1435 | Date of Service: 12/04/23 1431 | Status: Addendum |
| Editor: David Lai, MD (Anesthesiologist) | | |

**PROCEDURE** : Peripheral Block
**Peripheral Block Type: adductor canal block**
**Side : left**
**Reason for Block: post-op pain management physician's request**
**Referring Provider : Dr. Adler**

Start time: 12/4/2023 3:00 PM
End time: 12/4/2023 3:05 PM

**Preanesthetic Checklist**
Completed: patient identified, IV checked, risks and benefits discussed, monitors and equipment checked, pre-op
evaluation and timeout performed
**Patient Position: supine**
**Prep :  chlorhexidine**
**Monitoring: cardiac monitor, pulse oximetry and blood pressure**
**Approach: left sub-sartorial / fascial plane**
**Injection Technique: single-shot**

**Procedures: ultrasound guided**

**Sedation: General Anesthesia**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002614

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

**Needle Type:** Combined needle/nerve stimulator
**Needle Gauge:** 22 G
**Needle Length:** 10 cm
**Insertion attempts:** 1

Injection Pressure Monitoring: No
Blood aspirated: no

**Incremental Dose:** yes
  Was procedure primary anesthetic?: no
**Procedure performed during general/spinal anesthesia:** yes (GA)
**Note:** Left ACB. Sterile prep. Ultrasound used to identify anatomy . Needle tip in

Refer to the Anesthesia Record for medication administered.

Authorized by: **David Lai, MD**
Performed by: **David Lai, MD**

Electronically signed by David Lai, MD at 12/04/23 1435

**Version 1 of 3**

| | | |
|---|---|---|
| Author: David Lai, MD | Service: — | Author Type: Anesthesiologist |
| Filed: 12/04/23 1433 | Date of Service: 12/04/23 1431 | Status: Signed |
| Editor: David Lai, MD (Anesthesiologist) | | |

**PROCEDURE :** Peripheral Block
**Peripheral Block Type:** adductor canal block
**Side :** left
**Reason for Block:** post-op pain management physician's request
**Referring Provider :** Dr. Adler

Start time: 12/4/2023 3:00 PM
End time: 12/4/2023 3:05 PM

**Preanesthetic Checklist**
Completed: patient identified, IV checked, risks and benefits discussed, monitors and equipment checked, pre-op evaluation and timeout performed
**Patient Position:** supine
**Prep :** chlorhexidine
**Monitoring:** cardiac monitor, pulse oximetry and blood pressure
**Approach:** left sub-sartorial / fascial plane
**Injection Technique:** single-shot

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 764
Printed by 71334 at 8/21/24 10:11 AM

MC_002615

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

**Procedures:** ultrasound guided

Sedation: General Anesthesia
**Needle Type:** Combined needle/nerve stimulator
**Needle Gauge:** 22 G
**Needle Length:** 10 cm
**Insertion attempts:** 1

Injection Pressure Monitoring: No
Blood aspirated: no

**Incremental Dose:** yes
 Was procedure primary anesthetic?: no
**Procedure performed during general/spinal anesthesia:** yes (GA)
**Note:** Left ACB. Sterile prep. Ultrasound used to identify anatomy . Needle tip inv view

Refer to the Anesthesia Record for medication administered.

Authorized by: **David Lai, MD**
Performed by: **David Lai, MD**

Electronically signed by David Lai, MD at 12/04/23 1433

**Anesthesia Graph**



ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023
Page 765    Printed by 71334 at 8/21/24 10:11 AM

MC_002616

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| O2 | (L/min) | 8 ━━━━━━ 1 ━━━━━━━━━━━ | | | | |
| inO2 | (%) | [91] | [49] | [46] | [39] | [34] |
| inN2O | (%) | [0] | [0] | [0] | [0] | [0] |
| Expired Sevofl... | (%) | [5.1] | [1.7] | [2.4] | [1.1] | [2] |
| midazolam 2 m... | (mg) | 2 | | | | |
| fentanyl 100... | (mcg) | 100 | | 100 | | |
| propofol | (mg) | 100 | | | | |
| rocuronium | (mg) | 30 | | | | |
| ephedrine 50 ... | (mg) | | | | | |
| phenylephrine | (mcg) | | | | | |
| ondansetron | (mg) | 4 | | | | |
| dexamethasone... | (mg) | 8 | | | | |
| ceFAZolin Sodi... | (g) | | 2 | | | |
| tranexamic aci... | (g) | | 1 | | | |
| ketAMINE 10 m... | (mg) | | 50 | | | |
| HYDROmorphone... | (mg) | | | | | |
| labetalol 5 m... | (mg) | | | | | |
| dexmedetomid... | (mcg) | | | | | |
| phenylephrin... | (mcg) | | | | | |
| ropivacaine 5... | (mL) | | | | | |

| | | 1030 | 1045 | 1100 | 1115 | 1130 | 1145 |
|---|---|---|---|---|---|---|---|
| LR | (mL) | / | | | | | |
| Vent Mode | | Spont | SIMV;PEEP | | | | |
| VTE | (mL) | [28] | [682] | [706] | [690] | [668] | |
| Vent Resp Rate | | [15] | [14] | [14] | [12] | [12] | |
| PEEP/CPAP | (cm H20) | [5] | [5] | [5] | [5] | [5] | |
| I:E Ratio | | [1:2.00] | [1:2.00] | | | | |
| PIP | | [18] | [25] | [25] | [24] | [26] | |
| Temp | | | [36.2] | [36.3] | [36.6] | [36.6] | |
| ETCO2 | (mmHg) | [0] | [33] | [30] | [33] | [35] | |
| SpO2 | | [100] | [98] | [97] | [96] | [95] | |
| Pulse | | [83] | [72] | [65] | [78] | [84] | |
| EKG | | Normal sinus r... ━━━━━━━━━━━━━ | | | | | |
| Blood (mL) | (mL) | | | | | | |

12/04/2023

1145    1200    1215    1230    1245    1300

✖ NIBP
◆ SpO2 Pulse ...
▲ NIBP (Mean)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 766                                   Printed by 71334 at 8/21/24 10:11 AM

MC_002617

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | | |
|---|---|---|---|---|---|---|
| O2 | (L/min) | ◄━1 | | | | |
| inO2 | (%) | [33] | [88] | [92] | [93] | [92] |
| inN2O | (%) | [0] | [0] | [0] | [0] | [0] |
| Expired Sevofl... | (%) | [1.8] | [2.7] | [2.5] | [2.6] | [2.4] |
| midazolam 2 m... | (mg) | | | | | |
| fentanyl 100... | (mcg) | | | | | |
| propofol | (mg) | | | | | |
| rocuronium | (mg) | | | | | |
| ephedrine 50 ... | (mg) | | | | | |
| phenylephrine | (mcg) | | | | | |
| ondansetron | (mg) | | | | | |
| dexamethasone... | (mg) | | | | | |
| ceFAZolin Sodi... | (g) | | | | | |
| tranexamic aci... | (g) | | | | | |
| ketAMINE 10 m... | (mg) | | | | | |
| HYDROmorphone... | (mg) | | 1 | | | 1 |
| labetalol 5 m... | (mg) | | | 10 | | 10 |
| dexmedetomid... | (mcg) | | | | | 20 |
| phenylephrin... | (mcg) | | | | | |
| ropivacaine 5... | (mL) | | | | | |

| | | 1145 | 1200 | 1215 | 1230 | 1245 | 1300 |
|---|---|---|---|---|---|---|---|
| LR | (mL) | | | | | | 900 |
| Vent Mode | | | | | | | |
| VTE | (mL) | [666] | [569] | [582] | [676] | [655] | |
| Vent Resp Rate | | [12] | [12] | [15] | [16] | [12] | |
| PEEP/CPAP | (cm H2O) | [5] | [7] | [7] | [7] | [7] | |
| I:E Ratio | | | | | | | |
| PIP | | [26] | [24] | [23] | [28] | [28] | |
| Temp | | [36.7] | [37] | [37.2] | [37.4] | [37.4] | |
| ETCO2 | (mmHg) | [35] | [36] | [38] | [33] | [39] | |
| SpO2 | | [94] | [99] | [100] | [99] | [99] | |
| Pulse | | [85] | [93] | [94] | [85] | [81] | |
| EKG | | | | | | | |
| Blood (mL) | (mL) | | | | | | |

```
                              ┌──────────12/04/2023──────────┐
         1300      1315      1330      1345      1400      1415
                                                                      50

✗NIBP
◆SpO2 Pulse ...
▲NIBP (Mean)                                                          38

                                                                      25


                                                                      13


                                                                      0
```

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 767

Printed by 71334 at 8/21/24 10:11 AM

MC_002618

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| O2 | (L/min) | ◄1 | | | | |
|---|---|---|---|---|---|---|
| inO2 | (%) | [93] | [92] | [92] | [93] | [93] |
| inN2O | (%) | [0] | [0] | [0] | [0] | [0] |
| Expired Sevofl... | (%) | [1.8] | [2.2] | [2.1] | [2.2] | [1.9] |
| midazolam 2 m... | (mg) | | | | | |
| fentanyl 100... | (mcg) | | | | | |
| propofol | (mg) | | | | | |
| rocuronium | (mg) | | | | | |
| ephedrine 50 ... | (mg) | | | | | 10 |
| phenylephrine | (mcg) | 100 | 100 | | | 100 |
| ondansetron | (mg) | | | | | |
| dexamethasone... | (mg) | | | | | |
| ceFAZolin Sodi... | (g) | | | | | |
| tranexamic aci... | (g) | | | | | |
| ketAMINE 10 m... | (mg) | | | | | |
| HYDROmorphone... | (mg) | | | 1 | | |
| labetalol 5 m... | (mg) | | | | | |
| dexmedetomid... | (mcg) | | | | | |
| phenylephrin... | (mcg) | [200] | 100 | | 100 | 100 |
| ropivacaine 5... | (mL) | | | | | |

| | | 1300 | 1315 | 1330 | 1345 | 1400 | 1415 |
|---|---|---|---|---|---|---|---|
| LR | (mL) | 100 | | 200 | | | |
| Vent Mode | | | | | | | |
| VTE | (mL) | [872] | [955] | [741] | [872] | [817] | |
| Vent Resp Rate | | [9] | [8] | [14] | [8] | [8] | |
| PEEP/CPAP | (cm H2O) | [7] | [7] | [7] | [7] | [7] | |
| I:E Ratio | | | | | | | |
| PIP | | [27] | [28] | [28] | [27] | [23] | |
| Temp | | [37.3] | [37.3] | [37.3] | [37.3] | [37.2] | |
| ETCO2 | (mmHg) | [42] | [38] | [32] | [37] | [44] | |
| SpO2 | | [99] | [99] | [100] | [98] | [100] | |
| Pulse | | [73] | [77] | [88] | [70] | [76] | |
| EKG | | | | | | | |
| Blood (mL) | (mL) | | | | | | |

12/04/2023

| 1415 | 1430 | 1445 | 1500 | 1515 | 1530 |
|---|---|---|---|---|---|

50

✗NIBP
◆SpO2 Pulse ...
▲NIBP (Mean)

38

25

13

0

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002619

Larocque, Linda J
MRN: 172930

**Anesthesia on 12/04/23 (continued)**

| | | | | | | | | | | | Totals | Volumes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O2 | (L/min) | ◄1 ████████████████████████████ [0] | | | | | | | | | | |
| inO2 | (%) | [92] | | [64] | | [51] | | [0] | | | | |
| inN2O | (%) | [0] | | [29] | | [41] | | [0] | | | | |
| Expired Sevofl... | (%) | [2.3] | | [1.5] | | [1] | | [0] | | | | |
| midazolam 2 m... | (mg) | | | | | | | | | | 2 mg | |
| fentanyl 100... | (mcg) | | | | | | | | | | 200 mcg | |
| propofol | (mg) | | | | | | | | | | 100 mg | |
| rocuronium | (mg) | | | | | | | | | | 30 mg | |
| ephedrine 50 ... | (mg) | | | | | | | | | | 10 mg | |
| phenylephrine | (mcg) | | | | | | | | | | 300 mcg | |
| ondansetron | (mg) | | | | | | | | | | 4 mg | |
| dexamethasone... | (mg) | | | | | | | | | | 8 mg | |
| ceFAZolin Sodi... | (g) | | | | | 2 | | | | | 4 g | |
| tranexamic aci... | (g) | | | | | 1 | | | | | 2 g | |
| ketAMINE 10 m... | (mg) | | | | | | | | | | 50 mg | |
| HYDROmorphone... | (mg) | | | | | | | | | | 3 mg | |
| labetalol 5 m... | (mg) | | | | | | | | | | 20 mg | |
| dexmedetomid... | (mcg) | | | | | | | | | | 20 mcg | |
| phenylephrin... | (mcg) | | | | | | | | | | 500 mcg | |
| ropivacaine 5... | (mL) | | | | | | | * | | | 20 mL | 20 mL |

| | | 1415 | | 1430 | | 1445 | | 1500 | | 1515 | 1530 | Totals | Volumes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LR | (mL) | | | 500 | | | | 200 | | | * | 1900 mL | 1900 mL |
| Vent Mode | | | | | | | | Spont | | | | | |
| VTE | (mL) | [706] | | [778] | | [766] | | [16] | | | | | |
| Vent Resp Rate | | [9] | | [9] | | [10] | | [13] | | | | | |
| PEEP/CPAP | (cm H2O) | [7] | | [7] | | [7] | | [7] | | | | | |
| I:E Ratio | | | | | | | | | | | | | |
| PIP | | [23] | | [23] | | [18] | | [7] | | | | | |
| Temp | | [37.2] | | [37.2] | | | | | | | | | |
| ETCO2 | (mmHg) | [40] | | [41] | | [41] | | [41] | | | | | |
| SpO2 | | [99] | | [98] | | [96] | | [100] | | | | | |
| Pulse | | [78] | | [81] | | [77] | | | | | | | |
| EKG | | ████████████████████████████████ | | | | | | | | | | | |
| Blood (mL) | (mL) | | | | | 300 | | | | | | 300 mL | -300 mL |

Net Volume: | 1620 mL

---

**Anesthesia Orders**

**dexamethasone (DECADRON) 4 mg/mL injection (Discontinued)**

Electronically signed by: **David Lai, MD on 12/04/23 1040**          Status: **Discontinued**
Ordering user: David Lai, MD 12/04/23 1040          Ordering provider: David Lai, MD
Authorized by: David Lai, MD          Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 12/04/23 1038 -          Class: Normal
12/04/23 1519
Discontinued by: David Lai, MD 12/04/23 1519 [Reason not          Package: 67457-423-00
specified by Provider]

**fentanyl (SUBLIMAZE) 50 mcg/mL (2 mL) inj (Discontinued)**

Electronically signed by: **David Lai, MD on 12/04/23 1040**          Status: **Discontinued**
Ordering user: David Lai, MD 12/04/23 1040          Ordering provider: David Lai, MD
Authorized by: David Lai, MD          Ordering mode: Standard
Frequency: INTRAPROCEDURAL PRN 12/04/23 1038 -          Class: Normal
12/04/23 1519

MC_002620

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider]                Package: 0409-9094-12

### midazolam (VERSED) 1 mg/mL (2 mL) inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1040** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1040 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1038 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 0409-2305-16 | |

### ondansetron (Zofran) 2 mg/mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1040** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1040 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1038 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 60505-6130-0 | |

### propofol IV (bolus) (DIPRIVAN) inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1040** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1040 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1039 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 63323-269-29 | |

### rocuronium (ZEMURON) 10 mg/mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1040** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1040 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1039 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 0409-9558-11 | |

### ceFAZolin Sodium inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1050** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1050 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1046 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 60505-6231-0 | |

### tranexamic acid (CYKLOKAPRON) 100 mg/mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1050** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1050 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1046 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 81284-611-00 | |

### ketAMINE (KETALAR) 10 mg/mL inj (Discontinued)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 770                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002621

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 12/04/23 (continued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1052** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1052 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1052 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: MHS-5006599 | |

#### HYDROmorphone (DILAUDID) inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1211** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1211 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1209 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 0409-1283-31 | |

#### labetalol (TRANDATE) 5 mg/mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1229** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1229 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1228 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 0409-2339-34 | |

#### lactated ringers (LR) bolus solution (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1253** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1253 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: Intraprocedure PRN Continuous 12/04/23 1034 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 0338-0117-04 | |

#### dexmedetomidine (PRECEDEX) 200 mcg/2mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1258** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1258 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1256 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 55150-209-02 | |

#### phenylephrine (NEO-SYNEPHRINE) 100 mcg/mL inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1309** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1309 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1308 - 12/04/23 1519 | Class: Normal | |
| Discontinued by: David Lai, MD 12/04/23 1519 [Reason not specified by Provider] | Package: 73702-125-10 | |

#### phenylephrine (NEO-SYNEPHRINE) 10 MG/ML inj (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1309** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 1309 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: INTRAPROCEDURAL PRN 12/04/23 1308 - | Class: Normal | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 771

Printed by 71334 at 8/21/24 10:11 AM

MC_002622

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

12/04/23 1519
Discontinued by: David Lai, MD 12/04/23 1519 [Reason not
specified by Provider]

Package: 63323-751-00

### ePHEDrine 50 mg/mL inj (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1425** | Status: **Discontinued** |

Ordering user: David Lai, MD 12/04/23 1425
Authorized by: David Lai, MD
Frequency: INTRAPROCEDURAL PRN 12/04/23 1410 -
12/04/23 1519
Discontinued by: David Lai, MD 12/04/23 1519 [Reason not
specified by Provider]

Ordering provider: David Lai, MD
Ordering mode: Standard
Class: Normal

Package: 51754-4200-1

### Peripheral Block (Edited Result - FINAL)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 1431** | Status: **Completed** |

Ordering user: David Lai, MD 12/04/23 1431
Authorized by: David Lai, MD
Frequency: Routine Once 12/04/23 1445 - 1 occurrence
Quantity: 1
Instance released by: David Lai, MD 12/4/2023 2:31 PM
Order comments: This order was created via procedure documentation

Ordering provider: David Lai, MD
Ordering mode: Standard
Class: Clinic Performed
Lab status: Edited Result - FINAL

Resulted: 12/04/23 1431, Result status: Edited
Result - FINAL

#### Peripheral Block

Ordering provider: David Lai, MD 12/04/23 1431
Filed by: David Lai, MD 12/04/23 1438
Narrative:
David Lai, MD 12/4/2023 2:38 PM
PROCEDURE : Peripheral Block
Peripheral Block Type: adductor canal block
Side : left
Reason for Block: post-op pain management physician's request
Referring Provider : Dr. Adler

Order status: Completed

Start time: 12/4/2023 3:00 PM
End time: 12/4/2023 3:05 PM

Preanesthetic Checklist
Completed: patient identified, IV checked, risks and benefits discussed,
monitors and equipment checked, pre-op evaluation and timeout performed
Patient Position: supine
Prep : chlorhexidine
Monitoring: cardiac monitor, pulse oximetry and blood pressure
Approach: left sub-sartorial / fascial plane
Injection Technique: single-shot

Procedures: ultrasound guided

Sedation: General Anesthesia
Needle Type: Combined needle/nerve stimulator
Needle Gauge: 22 G
Needle Length: 10 cm
Insertion attempts: 1

Injection Pressure Monitoring: No
Blood aspirated: no

Incremental Dose: yes

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 772

Printed by 71334 at 8/21/24 10:11 AM

MC_002623

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

Was procedure primary anesthetic?: no
Procedure performed during general/spinal anesthesia: yes (GA)
Note: Left ACB. Sterile prep. Ultrasound used to identify anatomy .
Needle tip in view at all times.
Placed adjacent to SFA. Incremental aspiration / injection of LA, seen to
fill space.

Refer to the Anesthesia Record for medication administered.

Authorized by: David Lai, MD
Performed by: David Lai, MD

Resulted: 12/04/23 1431, Result status: Edited
**Peripheral Block**                                        Result - FINAL

Ordering provider: David Lai, MD  12/04/23 1431            Order status: Completed
Filed by: David Lai, MD  12/04/23 1435
Narrative:
David Lai, MD    12/4/2023  2:35 PM
PROCEDURE : Peripheral Block
Peripheral Block Type: adductor canal block
Side : left
Reason for Block: post-op pain management physician's request
Referring Provider : Dr. Adler

Start time: 12/4/2023 3:00 PM
End time: 12/4/2023 3:05 PM

Preanesthetic Checklist
Completed: patient identified, IV checked, risks and benefits discussed,
monitors and equipment checked, pre-op evaluation and timeout performed
Patient Position: supine
Prep :  chlorhexidine
Monitoring: cardiac monitor, pulse oximetry and blood pressure
Approach: left sub-sartorial / fascial plane
Injection Technique: single-shot

Procedures: ultrasound guided

Sedation: General Anesthesia
Needle Type:  Combined needle/nerve stimulator
Needle Gauge:  22 G
Needle Length:  10 cm
Insertion attempts: 1

Injection Pressure Monitoring: No
Blood aspirated: no

Incremental Dose: yes
  Was procedure primary anesthetic?: no
Procedure performed during general/spinal anesthesia: yes (GA)
Note:  Left ACB. Sterile prep. Ultrasound used to identify anatomy .
Needle tip in

Refer to the Anesthesia Record for medication administered.

MC_002624

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Anesthesia on 12/04/23 (continued)**

Authorized by: David Lai, MD
Performed by: David Lai, MD

**Peripheral Block**                                                    Resulted: 12/04/23 1431, Result status: Final result

Ordering provider: David Lai, MD  12/04/23 1431          Order status: Completed
Filed by: David Lai, MD  12/04/23 1433
Narrative:
David Lai, MD     12/4/2023  2:33 PM
PROCEDURE : Peripheral Block
Peripheral Block Type: adductor canal block
Side : left
Reason for Block: post-op pain management physician's request
Referring Provider : Dr. Adler

Start time: 12/4/2023 3:00 PM
End time: 12/4/2023 3:05 PM

Preanesthetic Checklist
Completed: patient identified, IV checked, risks and benefits discussed,
monitors and equipment checked, pre-op evaluation and timeout performed
Patient Position: supine
Prep :  chlorhexidine
Monitoring: cardiac monitor, pulse oximetry and blood pressure
Approach: left sub-sartorial / fascial plane
Injection Technique: single-shot

Procedures: ultrasound guided

Sedation: General Anesthesia
Needle Type:  Combined needle/nerve stimulator
Needle Gauge:  22 G
Needle Length:  10 cm
Insertion attempts: 1

Injection Pressure Monitoring: No
Blood aspirated: no

Incremental Dose: yes
  Was procedure primary anesthetic?: no
Procedure performed during general/spinal anesthesia: yes (GA)
Note:  Left ACB. Sterile prep. Ultrasound used to identify anatomy .
Needle tip inv view

Refer to the Anesthesia Record for medication administered.

Authorized by: David Lai, MD
Performed by: David Lai, MD

**ropivacaine (Naropin) 5 mg/mL inj (Discontinued)**

Electronically signed by: **David Lai, MD on 12/04/23 1438**                          Status: **Discontinued**

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE              MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Adm: 12/4/2023, D/C: 12/8/2023
Page 774                                                         Printed by 71334 at 8/21/24 10:11 AM

MC_002625

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Anesthesia on 12/04/23 (continued)

Ordering user: David Lai, MD 12/04/23 1438
Authorized by: David Lai, MD
Frequency: INTRAPROCEDURAL PRN 12/04/23 1438 -
12/04/23 1519
Discontinued by: David Lai, MD 12/04/23 1519 [Reason not
specified by Provider]

Ordering provider: David Lai, MD
Ordering mode: Standard
Class: Normal

Package: 63323-286-23

### Anesthesia Monitoring Flowsheet

#### Graph Vitals

| Row Name | 12/04/23 1510 | 12/04/23 1509 | 12/04/23 1508 | 12/04/23 1507 | 12/04/23 1506 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| SpO2 Pulse Rate | — | 88 bpm -DI | 86 bpm -DI | 85 bpm -DI | 81 bpm -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | — | 41 mmHg -DI | 43 mmHg -DI | 44 mmHg -DI | 43 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | — | 16 mL -DI | 876 mL -DI | 741 mL -DI | 824 mL -DI |
| Vent Resp Rate | — | 13 -DI | 13 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | — | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 0 % -DL | 99 % -DI | 99 % -DI | 99 % -DI | 99 % -DI |
| inN2O | — | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | — | 7 -DI | 19 -DI | 18 -DI | 18 -DI |
| Device Name | — | b -DI | b -DI | b -DI | b -DI |
| SpO2 | — | 100 -DI | 100 -DI | 99 -DI | 99 -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 0 % -DL | 0.3 % -DI | 0.4 % -DI | 0.4 % -DI | 0.4 % -DI |

| Row Name | 12/04/23 1505 | 12/04/23 1504 | 12/04/23 1503 | 12/04/23 1502 | 12/04/23 1501 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | — | 100/50 -DI | — | — | — |
| SpO2 Pulse Rate | 80 bpm -DI | 77 bpm -DI | 78 bpm -DI | 78 bpm -DI | 76 bpm -DI |
| NIBP (Mean) | — | 65 -DI | — | — | — |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 42 mmHg -DI | 41 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI | 42 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 801 mL -DI | 668 mL -DI | 728 mL -DI | 766 mL -DI | 740 mL -DI |
| Vent Resp Rate | 10 -DI | 10 -DI | 10 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 99 % -DI | 49 % -DI | 49 % -DI | 50 % -DI | 50 % -DI |
| inN2O | 0 % -DI | 44 % -DI | 43 % -DI | 43 % -DI | 43 % -DI |
| PIP | 18 -DI | 18 -DI | 18 -DI | 18 -DI | 18 -DI |
| Device Name | — | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 95 -DI | 96 -DI | 96 -DI | 96 -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 0.5 % -DI | 0.9 % -DI | 0.9 % -DI | 1 % -DI | 1 % -DI |

| Row Name | 12/04/23 1500 | 12/04/23 1459 | 12/04/23 1458 | 12/04/23 1457 | 12/04/23 1456 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | — | 105/52 -DI | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 775

Printed by 71334 at 8/21/24 10:11 AM

MC_002626

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| SpO2 Pulse Rate | 77 bpm -DI | 79 bpm -DI | 77 bpm -DI | 80 bpm -DI | 79 bpm -DI |
| NIBP (Mean) | — | 65 -DI | — | — | — |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 43 mmHg -DI | 41 mmHg -DI | 44 mmHg -DI | 44 mmHg -DI | 44 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 747 mL -DI | 766 mL -DI | 779 mL -DI | 794 mL -DI | 803 mL -DI |
| Vent Resp Rate | 10 -DI | 10 -DI | 10 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 50 % -DI | 51 % -DI | 51 % -DI | 52 % -DI | 53 % -DI |
| inN2O | 42 % -DI | 41 % -DI | 42 % -DI | 41 % -DI | 38 % -DI |
| PIP | 18 -DI | 18 -DI | 18 -DI | 18 -DI | 18 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 96 -DI | 96 -DI | 96 -DI | 96 -DI | 96 -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1 % -DI | 1 % -DI | 1 % -DI | 1 % -DI | 1.1 % -DI |

| Row Name | 12/04/23 1455 | 12/04/23 1454 | 12/04/23 1453 | 12/04/23 1452 | 12/04/23 1451 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | — | 100/49 -DI | — | — | — |
| SpO2 Pulse Rate | 79 bpm -DI | 78 bpm -DI | 79 bpm -DI | 77 bpm -DI | 82 bpm -DI |
| NIBP (Mean) | — | 67 -DI | — | — | — |
| Pulse | 77 -DI | 80 -DI | 80 -DI | 77 -DI | 81 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 44 mmHg -DI | 47 mmHg -DI | 44 mmHg -DI | 44 mmHg -DI | 42 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 710 mL -DI | 809 mL -DI | 708 mL -DI | 741 mL -DI | 714 mL -DI |
| Vent Resp Rate | 9 -DI | 8 -DI | 10 -DI | 9 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 52 % -DI | 53 % -DI | 55 % -DI | 55 % -DI | 56 % -DI |
| inN2O | 40 % -DI | 40 % -DI | 38 % -DI | 37 % -DI | 36 % -DI |
| PIP | 18 -DI | 19 -DI | 18 -DI | 18 -DI | 18 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 96 -DI | 97 -DI | 97 -DI | 97 -DI | 97 -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.1 % -DI | 1.1 % -DI | 1.1 % -DI | 1.2 % -DI | 1.2 % -DI |

| Row Name | 12/04/23 1450 | 12/04/23 1449 | 12/04/23 1448 | 12/04/23 1447 | 12/04/23 1446 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 103/52 -DI | — | — | — | — |
| SpO2 Pulse Rate | 80 bpm -DI | 80 bpm -DI | 80 bpm -DI | 84 bpm -DI | 76 bpm -DI |
| NIBP (Mean) | 68 -DI | — | — | — | — |
| Pulse | 80 -DI | 80 -DI | 80 -DI | 84 -DI | 78 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 44 mmHg -DI | 44 mmHg -DI | 44 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 739 mL -DI | 834 mL -DI | 853 mL -DI | 896 mL -DI | 836 mL -DI |
| Vent Resp Rate | 9 -DI | 9 -DI | 8 -DI | 7 -DI | 8 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 776

Printed by 71334 at 8/21/24 10:11 AM

MC_002627

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

### OTHER

| Row Name | | | | | |
|---|---|---|---|---|---|
| inO2 | 56 % -DI | 57 % -DI | 58 % -DI | 59 % -DI | 60 % -DI |
| inN2O | 36 % -DI | 35 % -DI | 35 % -DI | 34 % -DI | 33 % -DI |
| PIP | 18 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 97 -DI | 97 -DI | 98 -DI | 98 -DI | 98 -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.2 % -DI | 1.2 % -DI | 1.3 % -DI | 1.3 % -DI | 1.4 % -DI |

| Row Name | 12/04/23 1445 | 12/04/23 1444 | 12/04/23 1443 | 12/04/23 1442 | 12/04/23 1441 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 100/44 -DI | --- | --- | --- | --- |
| SpO2 Pulse Rate | 79 bpm -DI | 80 bpm -DI | 79 bpm -DI | 80 bpm -DI | 80 bpm -DI |
| NIBP (Mean) | 62 -DI | --- | --- | --- | --- |
| Pulse | 77 -DI | 81 -DI | 81 -DI | 80 -DI | 80 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 42 mmHg -DI | 41 mmHg -DI | 42 mmHg -DI | 43 mmHg -DI | 41 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 832 mL -DI | 778 mL -DI | 813 mL -DI | 814 mL -DI | 833 mL -DI |
| Vent Resp Rate | 9 -DI | 9 -DI | 8 -DI | 8 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 62 % -DI | 64 % -DI | 65 % -DI | 66 % -DI | 69 % -DI |
| inN2O | 31 % -DI | 29 % -DI | 27 % -DI | 27 % -DI | 23 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 98 -DI | 98 -DI | 98 -DI | 99 -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.4 % -DI | 1.5 % -DI | 1.5 % -DI | 1.6 % -DI | 1.7 % -DI |

| Row Name | 12/04/23 1440 | 12/04/23 1439 | 12/04/23 1438 | 12/04/23 1437 | 12/04/23 1436 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 96/47 -DI | --- | --- | --- | --- |
| SpO2 Pulse Rate | 78 bpm -DI | 77 bpm -DI | 79 bpm -DI | 78 bpm -DI | 76 bpm -DI |
| NIBP (Mean) | 63 -DI | --- | --- | --- | --- |
| Pulse | 80 -DI | 77 -DI | 80 -DI | 77 -DI | 77 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 44 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI | 41 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 812 mL -DI | 894 mL -DI | 836 mL -DI | 811 mL -DI | 868 mL -DI |
| Vent Resp Rate | 8 -DI | 9 -DI | 8 -DI | 8 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 67 % -DI | 73 % -DI | 76 % -DI | 94 % -DI | 93 % -DI |
| inN2O | 26 % -DI | 19 % -DI | 17 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | --- | --- | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired | 1.8 % -DI | 1.8 % -DI | 1.9 % -DI | 2 % -DI | 2.1 % -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 777

Printed by 71334 at 8/21/24 10:11 AM

MC_002628

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

Sevoflurane

| Row Name | 12/04/23 1435 | 12/04/23 1434 | 12/04/23 1433 | 12/04/23 1432 | 12/04/23 1431 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 100/53 -DI | — | — | — | — |
| SpO2 Pulse Rate | 78 bpm -DI | 78 bpm -DI | 81 bpm -DI | 82 bpm -DI | 80 bpm -DI |
| NIBP (Mean) | 68 -DI | — | — | — | — |
| Pulse | 78 -DI | 80 -DI | 79 -DI | 81 -DI | 80 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 40 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 746 mL -DI | 756 mL -DI | 737 mL -DI | 735 mL -DI | 782 mL -DI |
| Vent Resp Rate | 9 -DI | 9 -DI | 10 -DI | 10 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI | 2.3 % -DI | 2.3 % -DI |

| Row Name | 12/04/23 1430 | 12/04/23 1429 | 12/04/23 1428 | 12/04/23 1427 | 12/04/23 1426 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 94/48 -DI | — | — | — | — |
| SpO2 Pulse Rate | 79 bpm -DI | 79 bpm -DI | 78 bpm -DI | 80 bpm -DI | 81 bpm -DI |
| NIBP (Mean) | 63 -DI | — | — | — | — |
| Pulse | 80 -DI | 78 -DI | 78 -DI | 80 -DI | 80 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 39 mmHg -DI | 40 mmHg -DI | 39 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 742 mL -DI | 706 mL -DI | 778 mL -DI | 675 mL -DI | 706 mL -DI |
| Vent Resp Rate | 10 -DI | 9 -DI | 9 -DI | 10 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.3 % -DI | 2.3 % -DI | 2.3 % -DI | 2.3 % -DI | 2.3 % -DI |

| Row Name | 12/04/23 1425 | 12/04/23 1424 | 12/04/23 1423 | 12/04/23 1422 | 12/04/23 1421 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 90/44 -DI | — | — | — | — |
| SpO2 Pulse Rate | 79 bpm -DI | 77 bpm -DI | 77 bpm -DI | 78 bpm -DI | 81 bpm -DI |
| NIBP (Mean) | 59 -DI | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 778

Printed by 71334 at 8/21/24 10:11 AM

MC_002629

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pulse | 78 -DI | 77 -DI | 78 -DI | 78 -DI | 82 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 41 mmHg -DI | 41 mmHg -DI | 39 mmHg -DI | 40 mmHg -DI | 40 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 723 mL -DI | 767 mL -DI | 752 mL -DI | 749 mL -DI | 726 mL -DI |
| Vent Resp Rate | 10 -DI | 10 -DI | 10 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 93 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.3 % -DI | 2.4 % -DI | 2.4 % -DI | 2.3 % -DI | 2.3 % -DI |

| Row Name | 12/04/23 1420 | 12/04/23 1419 | 12/04/23 1418 | 12/04/23 1417 | 12/04/23 1416 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 105/55 -DI | — | — | — | — |
| SpO2 Pulse Rate | 79 bpm -DI | 82 bpm -DI | 80 bpm -DI | 79 bpm -DI | 78 bpm -DI |
| NIBP (Mean) | 69 -DI | — | — | — | — |
| Pulse | 79 -DI | 82 -DI | 79 -DI | 81 -DI | 78 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 40 mmHg -DI | 41 mmHg -DI | 41 mmHg -DI | 39 mmHg -DI | 41 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 788 mL -DI | 715 mL -DI | 773 mL -DI | 764 mL -DI | 780 mL -DI |
| Vent Resp Rate | 10 -DI | 9 -DI | 9 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.3 % -DI | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI | 2.1 % -DI |

| Row Name | 12/04/23 1415 | 12/04/23 1414 | 12/04/23 1413 | 12/04/23 1412 | 12/04/23 1411 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 105/55 -DI | — | — | — | — |
| SpO2 Pulse Rate | 77 bpm -DI | 76 bpm -DI | 73 bpm -DI | 73 bpm -DI | 71 bpm -DI |
| NIBP (Mean) | 70 -DI | — | — | — | — |
| Pulse | 77 -DI | 76 -DI | 75 -DI | 73 -DI | 72 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 40 mmHg -DI | 44 mmHg -DI | 39 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 810 mL -DI | 817 mL -DI | 776 mL -DI | 779 mL -DI | 740 mL -DI |
| Vent Resp Rate | 10 -DI | 8 -DI | 10 -DI | 9 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 779

Printed by 71334 at 8/21/24 10:11 AM

MC_002630

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 92 % -DI | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 100 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.1 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2 % -DI | 1.9 % -DI | 1.9 % -DI | 1.9 % -DI | 2 % -DI |

| Row Name | 12/04/23 1410 | 12/04/23 1409 | 12/04/23 1408 | 12/04/23 1407 | 12/04/23 1406 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 94/47 -DI | — | — | — | 82/47 ! -DI |
| SpO2 Pulse Rate | 71 bpm -DI | 72 bpm -DI | 72 bpm -DI | 70 bpm -DI | 73 bpm -DI |
| NIBP (Mean) | 63 -DI | — | — | — | 57 -DI |
| Pulse | 71 -DI | 72 -DI | 72 -DI | 70 -DI | 73 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 41 mmHg -DI | 41 mmHg -DI | 42 mmHg -DI | 40 mmHg -DI | 39 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 723 mL -DI | 725 mL -DI | 720 mL -DI | 731 mL -DI | 664 mL -DI |
| Vent Resp Rate | 9 -DI | 10 -DI | 9 -DI | 10 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 23 -DI | 23 -DI | 23 -DI | 23 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI |

| Row Name | 12/04/23 1405 | 12/04/23 1404 | 12/04/23 1403 | 12/04/23 1402 | 12/04/23 1401 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 83/41 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 70 bpm -DI | 73 bpm -DI | 73 bpm -DI | 71 bpm -DI | 71 bpm -DI |
| NIBP (Mean) | 51 -DI | — | — | — | — |
| Pulse | 71 -DI | 72 -DI | 72 -DI | 71 -DI | 71 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 39 mmHg -DI | 38 mmHg -DI | 37 mmHg -DI | 38 mmHg -DI | 37 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 663 mL -DI | 896 mL -DI | 888 mL -DI | 908 mL -DI | 879 mL -DI |
| Vent Resp Rate | 9 -DI | 8 -DI | 9 -DI | 8 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 93 % -DI | 92 % -DI | 93 % -DI | 93 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 22 -DI | 27 -DI | 27 -DI | 27 -DI | 27 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 780

Printed by 71334 at 8/21/24 10:11 AM

MC_002631

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Temp | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI | 2.2 % -DI | 2.2 % -DI |

| Row Name | 12/04/23 1400 | 12/04/23 1359 | 12/04/23 1358 | 12/04/23 1357 | 12/04/23 1356 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | — | 81/38 ! -DI | — | — | — |
| SpO2 Pulse Rate | 71 bpm -DI | 70 bpm -DI | 69 bpm -DI | 71 bpm -DI | 70 bpm -DI |
| NIBP (Mean) | — | 49 -DI | — | — | — |
| Pulse | 71 -DI | 70 -DI | 70 -DI | 71 -DI | 71 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 36 mmHg -DI | 37 mmHg -DI | 36 mmHg -DI | 34 mmHg -DI | 36 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 850 mL -DI | 872 mL -DI | 905 mL -DI | 892 mL -DI | 789 mL -DI |
| Vent Resp Rate | 9 -DI | 8 -DI | 8 -DI | 9 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 93 % -DI | 93 % -DI | 92 % -DI | 92 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 27 -DI | 27 -DI | 27 -DI | 27 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | — |
| SpO2 | 99 -DI | 98 -DI | 98 -DI | 98 -DI | 98 -DI |
| Temp | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI | 37.3 °C (99.1 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI | 2.3 % -DI |

| Row Name | 12/04/23 1355 | 12/04/23 1354 | 12/04/23 1353 | 12/04/23 1352 | 12/04/23 1351 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 78/34 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 72 bpm -DI | 70 bpm -DI | 70 bpm -DI | 73 bpm -DI | 71 bpm -DI |
| NIBP (Mean) | 50 -DI | — | — | — | — |
| Pulse | 72 -DI | 70 -DI | 71 -DI | 73 -DI | 71 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 36 mmHg -DI | 37 mmHg -DI | 38 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 837 mL -DI | 767 mL -DI | 911 mL -DI | 847 mL -DI | 1010 mL -DI |
| Vent Resp Rate | 10 -DI | 10 -DI | 9 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 27 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI |

| Row Name | 12/04/23 1350 | 12/04/23 1349 | 12/04/23 1348 | 12/04/23 1347 | 12/04/23 1346 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002632

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

### BP/Pulse

| Row Name | | | | | |
|---|---|---|---|---|---|
| NIBP | 92/47 -DI | — | — | — | — |
| SpO2 Pulse Rate | 75 bpm -DI | 77 bpm -DI | 81 bpm -DI | 81 bpm -DI | 88 bpm -DI |
| NIBP (Mean) | 61 -DI | — | — | — | — |
| Pulse | 76 -DI | 76 -DI | 82 -DI | 81 -DI | 87 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 39 mmHg -DI | 36 mmHg -DI | 38 mmHg -DI | 36 mmHg -DI | 35 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 822 mL -DI | 805 mL -DI | 823 mL -DI | 791 mL -DI | 730 mL -DI |
| Vent Resp Rate | 11 -DI | 11 -DI | 12 -DI | 12 -DI | 13 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 93 % -DI | 93 % -DI | 93 % -DI | 94 % -DI | 95 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 97 -DI | 99 -DI |
| Temp | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.2 °C (98.9 °F) -DI | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.2 % -DI | 2.2 % -DI | 2.3 % -DI | 2.3 % -DI | 2.4 % -DI |

| Row Name | 12/04/23 1345 | 12/04/23 1344 | 12/04/23 1343 | 12/04/23 1342 | 12/04/23 1341 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 137/87 -DI | — | — | — | — |
| SpO2 Pulse Rate | 88 bpm -DI | 88 bpm -DI | 86 bpm -DI | 88 bpm -DI | 86 bpm -DI |
| NIBP (Mean) | 101 -DI | — | — | — | — |
| Pulse | 88 -DI | 88 -DI | 87 -DI | 87 -DI | 86 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 35 mmHg -DI | 32 mmHg -DI | 36 mmHg -DI | 37 mmHg -DI | 36 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 597 mL -DI | 741 mL -DI | 1008 mL -DI | 872 mL -DI | 866 mL -DI |
| Vent Resp Rate | 16 -DI | 14 -DI | 11 -DI | 10 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 94 % -DI | 92 % -DI | 92 % -DI | 91 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 100 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.2 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI |

| Row Name | 12/04/23 1340 | 12/04/23 1339 | 12/04/23 1338 | 12/04/23 1337 | 12/04/23 1336 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 120/74 -DI | — | — | — | — |
| SpO2 Pulse Rate | 86 bpm -DI | 86 bpm -DI | 87 bpm -DI | 86 bpm -DI | 85 bpm -DI |
| NIBP (Mean) | 83 -DI | — | — | — | — |
| Pulse | 87 -DI | 86 -DI | 86 -DI | 85 -DI | 85 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 782

Printed by 71334 at 8/21/24 10:11 AM

MC_002633

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Anesthesia on 12/04/23 (continued)

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 40 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI | 39 mmHg -DI | 38 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 766 mL -DI | 704 mL -DI | 871 mL -DI | 730 mL -DI | 826 mL -DI |
| Vent Resp Rate | 11 -DI | 11 -DI | 11 -DI | 11 -DI | 10 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 27 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI |

| Row Name | 12/04/23 1335 | 12/04/23 1334 | 12/04/23 1333 | 12/04/23 1332 | 12/04/23 1331 |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 124/70 -DI | ---- | ---- | ---- | ---- |
| SpO2 Pulse Rate | 86 bpm -DI | 87 bpm -DI | 86 bpm -DI | 82 bpm -DI | 79 bpm -DI |
| NIBP (Mean) | 88 -DI | ---- | ---- | ---- | ---- |
| Pulse | 87 -DI | 86 -DI | 87 -DI | 82 -DI | 80 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 41 mmHg -DI | 36 mmHg -DI | 41 mmHg -DI | 37 mmHg -DI | 42 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 761 mL -DI | 837 mL -DI | 750 mL -DI | 757 mL -DI | 896 mL -DI |
| Vent Resp Rate | 11 -DI | 10 -DI | 13 -DI | 9 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 91 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 27 -DI | 28 -DI | 27 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI | 2.2 % -DI | 2.1 % -DI |

| Row Name | 12/04/23 1330 | 12/04/23 1329 | 12/04/23 1328 | 12/04/23 1327 | 12/04/23 1326 |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 106/57 -DI | ---- | ---- | 98/47 -DI | ---- |
| SpO2 Pulse Rate | 79 bpm -DI | 75 bpm -DI | 74 bpm -DI | 72 bpm -DI | 74 bpm -DI |
| NIBP (Mean) | 73 -DI | ---- | ---- | 60 -DI | ---- |
| Pulse | 80 -DI | 77 -DI | 75 -DI | 73 -DI | 74 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 40 mmHg -DI | 38 mmHg -DI | 39 mmHg -DI | 36 mmHg -DI | 42 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 801 mL -DI | 955 mL -DI | 836 mL -DI | 806 mL -DI | 927 mL -DI |
| Vent Resp Rate | 9 -DI | 8 -DI | 8 -DI | 8 -DI | 7 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 783

Printed by 71334 at 8/21/24 10:11 AM

MC_002634

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Anesthesia on 12/04/23 (continued)**

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 27 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.4 °C (99.3 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.1 % -DI | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI | 2.2 % -DI |

| **Row Name** | **12/04/23 1325** | **12/04/23 1324** | **12/04/23 1323** | **12/04/23 1322** | **12/04/23 1321** |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 96/51 -DI | — | — | — | — |
| SpO2 Pulse Rate | 77 bpm -DI | 73 bpm -DI | 74 bpm -DI | 76 bpm -DI | 73 bpm -DI |
| NIBP (Mean) | 62 -DI | — | — | — | — |
| Pulse | 76 -DI | 73 -DI | 76 -DI | 76 -DI | 72 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 40 mmHg -DI | 38 mmHg -DI | 41 mmHg -DI | 42 mmHg -DI | 36 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 881 mL -DI | 904 mL -DI | 873 mL -DI | 888 mL -DI | 923 mL -DI |
| Vent Resp Rate | 8 -DI | 8 -DI | 8 -DI | 7 -DI | 9 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 92 % -DI | 93 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 27 -DI | 27 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.2 % -DI | 2.2 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI |

| **Row Name** | **12/04/23 1320** | **12/04/23 1319** | **12/04/23 1318** | **12/04/23 1317** | **12/04/23 1316** |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 115/57 -DI | — | — | — | — |
| SpO2 Pulse Rate | 76 bpm -DI | 77 bpm -DI | 73 bpm -DI | 71 bpm -DI | 71 bpm -DI |
| NIBP (Mean) | 74 -DI | — | — | — | — |
| Pulse | 76 -DI | 78 -DI | 73 -DI | 71 -DI | 72 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 42 mmHg -DI | 42 mmHg -DI | 39 mmHg -DI | 40 mmHg -DI | 36 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 803 mL -DI | 847 mL -DI | 844 mL -DI | 810 mL -DI | 749 mL -DI |
| Vent Resp Rate | 9 -DI | 9 -DI | 9 -DI | 10 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 92 % -DI | 93 % -DI | 92 % -DI | 93 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 27 -DI | 27 -DI | 28 -DI | 27 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 100 -DI | 99 -DI | 99 -DI | 99 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 784

Printed by 71334 at 8/21/24 10:11 AM

MC_002635

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Temp | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.1 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.9 % -DI | 1.8 % -DI | 1.8 % -DI | 1.8 % -DI | 1.8 % -DI |

| Row Name | 12/04/23 1315 | 12/04/23 1314 | 12/04/23 1313 | 12/04/23 1312 | 12/04/23 1311 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 100/48 -DI | — | — | 95/44 -DI | — |
| SpO2 Pulse Rate | 72 bpm -DI | 72 bpm -DI | 67 bpm -DI | 70 bpm -DI | 70 bpm -DI |
| NIBP (Mean) | 64 -DI | — | — | 58 -DI | — |
| Pulse | 71 -DI | 73 -DI | 73 -DI | 70 -DI | 70 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 36 mmHg -DI | 42 mmHg -DI | 42 mmHg -DI | 41 mmHg -DI | 38 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 749 mL -DI | 872 mL -DI | 765 mL -DI | 785 mL -DI | 853 mL -DI |
| Vent Resp Rate | 11 -DI | 9 -DI | 9 -DI | 8 -DI | 8 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 93 % -DI | 93 % -DI | 93 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 27 -DI | 27 -DI | 27 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.8 % -DI | 1.8 % -DI | 1.9 % -DI | 1.9 % -DI | 2 % -DI |

| Row Name | 12/04/23 1310 | 12/04/23 1309 | 12/04/23 1308 | 12/04/23 1307 | 12/04/23 1306 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 79/38 ! -DI | 75/37 ! -DI | — | — | — |
| SpO2 Pulse Rate | 68 bpm -DI | 67 bpm -DI | 67 bpm -DI | 65 bpm -DI | 65 bpm -DI |
| NIBP (Mean) | 52 -DI | 50 -DI | — | — | — |
| Pulse | 68 -DI | 68 -DI | 68 -DI | 66 -DI | 66 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 41 mmHg -DI | 42 mmHg -DI | 41 mmHg -DI | 40 mmHg -DI | 39 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 884 mL -DI | 875 mL -DI | 880 mL -DI | 880 mL -DI | 871 mL -DI |
| Vent Resp Rate | 8 -DI | 7 -DI | 8 -DI | 8 -DI | 8 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 93 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 91 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 27 -DI | 27 -DI | 27 -DI | 27 -DI | 27 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 98 -DI | 99 -DI |
| Temp | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.4 °C (99.3 °F) - DI | 37.4 °C (99.3 °F) - DI | 37.3 °C (99.2 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2 % -DI | 2.1 % -DI | 2.1 % -DI | 2.3 % -DI | 2.3 % -DI |

| Row Name | 12/04/23 1305 | 12/04/23 1304 | 12/04/23 1303 | 12/04/23 1302 | 12/04/23 1301 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 785

Printed by 71334 at 8/21/24 10:11 AM

MC_002636

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 80/41 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 68 bpm -DI | 66 bpm -DI | 68 bpm -DI | 70 bpm -DI | 73 bpm -DI |
| NIBP (Mean) | 51 -DI | — | — | — | — |
| Pulse | 67 -DI | 66 -DI | 68 -DI | 70 -DI | 73 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 40 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI | 37 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 880 mL -DI | 720 mL -DI | 683 mL -DI | 657 mL -DI | 677 mL -DI |
| Vent Resp Rate | 8 -DI | 10 -DI | 12 -DI | 15 -DI | 15 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 91 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 27 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI | 37.3 °C (99.2 °F) -DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.3 % -DI | 2.3 % -DI | 2.3 % -DI | 2.3 % -DI | 2.3 % -DI |

| **Row Name** | **12/04/23 1300** | **12/04/23 1259** | **12/04/23 1258** | **12/04/23 1257** | **12/04/23 1256** |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 107/60 -DI | — | — | — | — |
| SpO2 Pulse Rate | 73 bpm -DI | 81 bpm -DI | 88 bpm -DI | 88 bpm -DI | 88 bpm -DI |
| NIBP (Mean) | 75 -DI | — | — | — | — |
| Pulse | 75 -DI | 81 -DI | 89 -DI | 88 -DI | 89 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 39 mmHg -DI | 39 mmHg -DI | 39 mmHg -DI | 39 mmHg -DI | 38 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 728 mL -DI | 655 mL -DI | 745 mL -DI | 724 mL -DI | 778 mL -DI |
| Vent Resp Rate | 16 -DI | 12 -DI | 10 -DI | 11 -DI | 11 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 37.4 °C (99.3 °F) -DI | 37.4 °C (99.4 °F) -DI | 37.6 °C (99.7 °F) -DI | 37.6 °C (99.7 °F) -DI | 37.6 °C (99.7 °F) -DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.4 % -DI | 2.4 % -DI | 2.5 % -DI | 2.5 % -DI | 2.6 % -DI |

| **Row Name** | **12/04/23 1255** | **12/04/23 1254** | **12/04/23 1253** | **12/04/23 1252** | **12/04/23 1251** |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | — | 149/103 ! -DI | — | — | — |
| SpO2 Pulse Rate | 88 bpm -DI | 89 bpm -DI | 87 bpm -DI | 87 bpm -DI | 87 bpm -DI |
| NIBP (Mean) | — | 112 -DI | — | — | — |
| Pulse | 88 -DI | 89 -DI | 88 -DI | 87 -DI | 87 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002637

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 39 mmHg -DI | 33 mmHg -DI | 34 mmHg -DI | 39 mmHg -DI | 33 mmHg -DI |
| Respiratory | | | | | |
| VTE | 727 mL -DI | 699 mL -DI | 701 mL -DI | 723 mL -DI | 584 mL -DI |
| Vent Resp Rate | 11 -DI | 13 -DI | 12 -DI | 13 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| OTHER | | | | | |
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 37.6 °C (99.7 °F) -DI | 37.6 °C (99.7 °F) -DI | 37.6 °C (99.7 °F) -DI | 37.6 °C (99.7 °F) -DI | 37.6 °C (99.7 °F) -DI |
| Agents | | | | | |
| Expired Sevoflurane | 2.5 % -DI | 2.6 % -DI | 2.6 % -DI | 2.5 % -DI | 2.6 % -DI |

| Row Name | 12/04/23 1250 | 12/04/23 1249 | 12/04/23 1248 | 12/04/23 1247 | 12/04/23 1246 |
|---|---|---|---|---|---|
| BP/Pulse | | | | | |
| NIBP | — | 142/94 ! -DI | — | — | — |
| SpO2 Pulse Rate | 88 bpm -DI | 88 bpm -DI | 88 bpm -DI | 88 bpm -DI | 86 bpm -DI |
| NIBP (Mean) | — | 106 -DI | — | — | — |
| Pulse | 88 -DI | 88 -DI | 88 -DI | 87 -DI | 86 -DI |
| Anesthesia Monitoring | | | | | |
| ETCO2 | 38 mmHg -DI | 40 mmHg -DI | 39 mmHg -DI | 38 mmHg -DI | 39 mmHg -DI |
| Respiratory | | | | | |
| VTE | 746 mL -DI | 704 mL -DI | 711 mL -DI | 726 mL -DI | 580 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 14 -DI | 12 -DI | 13 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| OTHER | | | | | |
| inO2 | 92 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | — | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.6 °C (99.6 °F) -DI | 37.6 °C (99.6 °F) -DI | 37.6 °C (99.6 °F) -DI | 37.5 °C (99.5 °F) -DI | 37.5 °C (99.5 °F) -DI |
| Agents | | | | | |
| Expired Sevoflurane | 2.6 % -DI | 2.5 % -DI | 2.6 % -DI | 2.6 % -DI | 2.6 % -DI |

| Row Name | 12/04/23 1245 | 12/04/23 1244 | 12/04/23 1243 | 12/04/23 1242 | 12/04/23 1241 |
|---|---|---|---|---|---|
| BP/Pulse | | | | | |
| NIBP | — | 138/87 -DI | — | — | — |
| SpO2 Pulse Rate | 86 bpm -DI | 85 bpm -DI | 85 bpm -DI | 84 bpm -DI | 84 bpm -DI |
| NIBP (Mean) | — | 103 -DI | — | — | — |
| Pulse | 86 -DI | 85 -DI | 85 -DI | 84 -DI | 83 -DI |
| Anesthesia Monitoring | | | | | |
| ETCO2 | 38 mmHg -DI | 33 mmHg -DI | 39 mmHg -DI | 33 mmHg -DI | 39 mmHg -DI |
| Respiratory | | | | | |
| VTE | 725 mL -DI | 676 mL -DI | 561 mL -DI | 659 mL -DI | 677 mL -DI |
| Vent Resp Rate | 11 -DI | 16 -DI | 11 -DI | 13 -DI | 11 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 787

Printed by 71334 at 8/21/24 10:11 AM

MC_002638

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Anesthesia on 12/04/23 (continued)

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.5 °C (99.5 °F) - DI | 37.4 °C (99.4 °F) - DI | 37.4 °C (99.4 °F) - DI | 37.4 °C (99.4 °F) - DI | 37.4 °C (99.4 °F) - DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.6 % -DI | 2.6 % -DI | 2.6 % -DI | 2.6 % -DI | 2.6 % -DI |

| Row Name | 12/04/23 1240 | 12/04/23 1239 | 12/04/23 1238 | 12/04/23 1237 | 12/04/23 1236 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 137/79 -DI | — | — | — | — |
| SpO2 Pulse Rate | 81 bpm -DI | 81 bpm -DI | 80 bpm -DI | 81 bpm -DI | 81 bpm -DI |
| NIBP (Mean) | 98 -DI | — | — | — | — |
| Pulse | 82 -DI | 82 -DI | 81 -DI | 81 -DI | 81 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 39 mmHg -DI | 38 mmHg -DI | 38 mmHg -DI | 38 mmHg -DI | 39 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 679 mL -DI | 694 mL -DI | 672 mL -DI | 703 mL -DI | 720 mL -DI |
| Vent Resp Rate | 11 -DI | 11 -DI | 11 -DI | 10 -DI | 11 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 93 % -DI | 93 % -DI | 93 % -DI | 94 % -DI | 94 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 28 -DI | 28 -DI | 28 -DI | 28 -DI | 28 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37.4 °C (99.3 °F) - DI | 37.4 °C (99.3 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.2 °F) - DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.6 % -DI | 2.7 % -DI | 2.7 % -DI | 2.7 % -DI | 2.7 % -DI |

| Row Name | 12/04/23 1235 | 12/04/23 1234 | 12/04/23 1233 | 12/04/23 1232 | 12/04/23 1231 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 136/80 -DI | — | — | — | — |
| SpO2 Pulse Rate | 81 bpm -DI | 82 bpm -DI | 85 bpm -DI | 88 bpm -DI | 94 bpm -DI |
| NIBP (Mean) | 99 -DI | — | — | — | — |
| Pulse | 82 -DI | 82 -DI | 84 -DI | 88 -DI | 94 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 37 mmHg -DI | 37 mmHg -DI | 37 mmHg -DI | 38 mmHg -DI | 38 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 50 mL -DI | 56 mL -DI | 588 mL -DI | 83 mL -DI | 607 mL -DI |
| Vent Resp Rate | 17 -DI | 16 -DI | 15 -DI | 15 -DI | 16 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 94 % -DI | 94 % -DI | 94 % -DI | 94 % -DI | 94 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 7 -DI | 13 -DI | 22 -DI | 13 -DI | 22 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 788

Printed by 71334 at 8/21/24 10:11 AM

MC_002639

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Temp | 37.3 °C (99.2 °F) - DI | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.1 °F) - DI | 37.3 °C (99.1 °F) - DI | 37.2 °C (99 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.9 % -DI | 2.9 % -DI | 2.8 % -DI | 2.8 % -DI | 2.8 % -DI |

| Row Name | 12/04/23 1230 | 12/04/23 1229 | 12/04/23 1228 | 12/04/23 1227 | 12/04/23 1226 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 157/96 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 95 bpm -DI | 94 bpm -DI | 95 bpm -DI | 94 bpm -DI | 95 bpm -DI |
| NIBP (Mean) | 116 -DI | — | — | — | — |
| Pulse | 95 -DI | 94 -DI | 95 -DI | 94 -DI | 96 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 38 mmHg -DI | 38 mmHg -DI | 39 mmHg -DI | 38 mmHg -DI | 38 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 71 mL -DI | 582 mL -DI | 694 mL -DI | 564 mL -DI | 563 mL -DI |
| Vent Resp Rate | 17 -DI | 15 -DI | 13 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 93 % -DI | 92 % -DI | 92 % -DI | 92 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 13 -DI | 23 -DI | 25 -DI | 24 -DI | 24 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (99 °F) -DI | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.6 % -DI | 2.5 % -DI | 2.4 % -DI | 2.5 % -DI | 2.5 % -DI |

| Row Name | 12/04/23 1225 | 12/04/23 1224 | 12/04/23 1223 | 12/04/23 1222 | 12/04/23 1221 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 148/90 -DI | — | — | — | — |
| SpO2 Pulse Rate | 94 bpm -DI | 93 bpm -DI | 93 bpm -DI | 90 bpm -DI | 93 bpm -DI |
| NIBP (Mean) | 109 -DI | — | — | — | — |
| Pulse | 95 -DI | 93 -DI | 92 -DI | 91 -DI | 92 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 38 mmHg -DI | 38 mmHg -DI | 39 mmHg -DI | 38 mmHg -DI | 38 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 558 mL -DI | 549 mL -DI | 547 mL -DI | 572 mL -DI | 558 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI | 93 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 37.2 °C (98.9 °F) - DI | 37.2 °C (98.9 °F) - DI | 37.1 °C (98.8 °F) - DI | 37.1 °C (98.8 °F) - DI | 37.1 °C (98.8 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.5 % -DI | 2.5 % -DI | 2.5 % -DI | 2.6 % -DI | 2.7 % -DI |

| Row Name | 12/04/23 1220 | 12/04/23 1219 | 12/04/23 1218 | 12/04/23 1217 | 12/04/23 1216 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 789

Printed by 71334 at 8/21/24 10:11 AM

MC_002640

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 143/83 -DI | — | — | — | — |
| SpO2 Pulse Rate | 92 bpm -DI | 91 bpm -DI | 91 bpm -DI | 90 bpm -DI | 92 bpm -DI |
| NIBP (Mean) | 103 -DI | — | — | — | — |
| Pulse | 93 -DI | 91 -DI | 91 -DI | 90 -DI | 93 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 37 mmHg -DI | 36 mmHg -DI | 37 mmHg -DI | 37 mmHg -DI | 38 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 570 mL -DI | 547 mL -DI | 562 mL -DI | 553 mL -DI | 556 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 94 % -DI | 93 % -DI | 93 % -DI | 93 % -DI | 92 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 37.1 °C (98.7 °F) -DI | 37.1 °C (98.7 °F) -DI | 37.1 °C (98.7 °F) -DI | 37.1 °C (98.7 °F) -DI | 37 °C (98.6 °F) -DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.9 % -DI | 2.9 % -DI | 2.8 % -DI | 2.8 % -DI | 2.7 % -DI |

| Row Name | 12/04/23 1215 | 12/04/23 1214 | 12/04/23 1213 | 12/04/23 1212 | 12/04/23 1211 |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 148/85 -DI | — | — | — | — |
| SpO2 Pulse Rate | 93 bpm -DI | 92 bpm -DI | 92 bpm -DI | 91 bpm -DI | 92 bpm -DI |
| NIBP (Mean) | 107 -DI | — | — | — | — |
| Pulse | 93 -DI | 93 -DI | 93 -DI | 91 -DI | 89 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 37 mmHg -DI | 36 mmHg -DI | 37 mmHg -DI | 36 mmHg -DI | 35 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 554 mL -DI | 569 mL -DI | 503 mL -DI | 510 mL -DI | 537 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 90 % -DI | 88 % -DI | 86 % -DI | 81 % -DI | 74 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 24 -DI | 24 -DI | 23 -DI | 24 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 99 -DI | 99 -DI | 99 -DI | 99 -DI |
| Temp | 37 °C (98.6 °F) -DI | 37 °C (98.6 °F) -DI | 37 °C (98.6 °F) -DI | 36.9 °C (98.5 °F) -DI | 36.9 °C (98.5 °F) -DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.7 % -DI | 2.7 % -DI | 2.6 % -DI | 2.5 % -DI | 2.2 % -DI |

| Row Name | 12/04/23 1210 | 12/04/23 1209 | 12/04/23 1208 | 12/04/23 1207 | 12/04/23 1206 |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 153/90 -DI | — | — | — | — |
| SpO2 Pulse Rate | 90 bpm -DI | 90 bpm -DI | 91 bpm -DI | 89 bpm -DI | 91 bpm -DI |
| NIBP (Mean) | 109 -DI | — | — | — | — |
| Pulse | 90 -DI | 90 -DI | 90 -DI | 90 -DI | 91 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 790

Printed by 71334 at 8/21/24 10:11 AM

MC_002641

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 36 mmHg -DI | 35 mmHg -DI | 36 mmHg -DI | 35 mmHg -DI | 35 mmHg -DI |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| VTE | 547 mL -DI | 537 mL -DI | 608 mL -DI | 642 mL -DI | 601 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI |

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 72 % -DI | 69 % -DI | 69 % -DI | 65 % -DI | 62 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 24 -DI | 24 -DI | 25 -DI | 26 -DI | 26 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 98 -DI | 98 -DI | 98 -DI | 97 -DI |
| Temp | 36.9 °C (98.5 °F) - DI | 36.9 °C (98.5 °F) - DI | 36.9 °C (98.4 °F) - DI | 36.9 °C (98.4 °F) - DI | 36.9 °C (98.4 °F) - DI |

**Agents**

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.2 % -DI | 2.2 % -DI | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI |

| Row Name | 12/04/23 1205 | 12/04/23 1204 | 12/04/23 1203 | 12/04/23 1202 | 12/04/23 1201 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 147/86 -DI | — | — | — | — |
| SpO2 Pulse Rate | 89 bpm -DI | 86 bpm -DI | 86 bpm -DI | 85 bpm -DI | 91 bpm -DI |
| NIBP (Mean) | 106 -DI | — | — | — | — |
| Pulse | 90 -DI | 85 -DI | 86 -DI | 85 -DI | 90 -DI |

**Anesthesia Monitoring**

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 35 mmHg -DI | 34 mmHg -DI | 34 mmHg -DI | 34 mmHg -DI | 35 mmHg -DI |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| VTE | 593 mL -DI | 593 mL -DI | 587 mL -DI | 647 mL -DI | 649 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 7 cm H20 -DI | 7 cm H20 -DI | 7 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 58 % -DI | 54 % -DI | 49 % -DI | 45 % -DI | 33 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 26 -DI | 26 -DI | 26 -DI | 26 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 96 -DI | 96 -DI | 95 -DI | 94 -DI | 94 -DI |
| Temp | 36.8 °C (98.3 °F) - DI | 36.8 °C (98.3 °F) - DI | 36.8 °C (98.2 °F) - DI | 36.8 °C (98.2 °F) - DI | 36.8 °C (98.2 °F) - DI |

**Agents**

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.1 % -DI | 2.1 % -DI | 2.1 % -DI | 2 % -DI | 1.9 % -DI |

| Row Name | 12/04/23 1200 | 12/04/23 1159 | 12/04/23 1158 | 12/04/23 1157 | 12/04/23 1156 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 134/75 -DI | — | — | — | — |
| SpO2 Pulse Rate | 83 bpm -DI | 85 bpm -DI | 84 bpm -DI | 85 bpm -DI | 84 bpm -DI |
| NIBP (Mean) | 94 -DI | — | — | — | — |
| Pulse | 80 -DI | 85 -DI | 84 -DI | 86 -DI | 84 -DI |

**Anesthesia Monitoring**

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 34 mmHg -DI | 35 mmHg -DI | 34 mmHg -DI | 35 mmHg -DI | 34 mmHg -DI |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| VTE | 697 mL -DI | 666 mL -DI | 666 mL -DI | 677 mL -DI | 667 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 791

Printed by 71334 at 8/21/24 10:11 AM

MC_002642

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 33 % -DI | 33 % -DI | 33 % -DI | 33 % -DI | 33 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 26 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 94 -DI | 94 -DI | 94 -DI | 94 -DI | 94 -DI |
| Temp | 36.8 °C (98.2 °F) -DI | 36.7 °C (98.1 °F) -DI | 36.7 °C (98.1 °F) -DI | 36.7 °C (98.1 °F) -DI | 36.7 °C (98 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.9 % -DI | 1.8 % -DI | 1.8 % -DI | 2 % -DI | 2 % -DI |

| **Row Name** | **12/04/23 1155** | **12/04/23 1154** | **12/04/23 1153** | **12/04/23 1152** | **12/04/23 1151** |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 131/74 -DI | — | — | — | — |
| SpO2 Pulse Rate | 85 bpm -DI | 82 bpm -DI | 84 bpm -DI | 80 bpm -DI | 82 bpm -DI |
| NIBP (Mean) | 91 -DI | — | — | — | — |
| Pulse | 84 -DI | 85 -DI | 85 -DI | 82 -DI | 82 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 35 mmHg -DI | 34 mmHg -DI | 34 mmHg -DI | 35 mmHg -DI | 35 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 653 mL -DI | 659 mL -DI | 654 mL -DI | 637 mL -DI | 660 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 34 % -DI | 33 % -DI | 34 % -DI | 34 % -DI | 34 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 94 -DI | 94 -DI | 95 -DI | 95 -DI | 95 -DI |
| Temp | 36.7 °C (98 °F) -DI | 36.7 °C (98 °F) -DI | 36.7 °C (98 °F) -DI | 36.7 °C (98 °F) -DI | 36.6 °C (97.9 °F) -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2 % -DI | 2 % -DI | 2 % -DI | 2 % -DI | 2 % -DI |

| **Row Name** | **12/04/23 1150** | **12/04/23 1149** | **12/04/23 1148** | **12/04/23 1147** | **12/04/23 1146** |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | — | 132/80 -DI | — | — | — |
| SpO2 Pulse Rate | 83 bpm -DI | 82 bpm -DI | 80 bpm -DI | 74 bpm -DI | 80 bpm -DI |
| NIBP (Mean) | — | 94 -DI | — | — | — |
| Pulse | 84 -DI | 81 -DI | 79 -DI | 80 -DI | 78 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 35 mmHg -DI | 34 mmHg -DI | 33 mmHg -DI | 35 mmHg -DI | 35 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 647 mL -DI | 669 mL -DI | 645 mL -DI | 645 mL -DI | 660 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 34 % -DI | 34 % -DI | 34 % -DI | 34 % -DI | 34 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 26 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 94 -DI | 95 -DI | 95 -DI | 95 -DI | 95 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 792

Printed by 71334 at 8/21/24 10:11 AM

MC_002643

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Temp | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2 % -DI | 2 % -DI | 2 % -DI | 2 % -DI | 2 % -DI |

| Row Name | 12/04/23 1145 | 12/04/23 1144 | 12/04/23 1143 | 12/04/23 1142 | 12/04/23 1141 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | — | 123/80 -DI | — | — | — |
| SpO2 Pulse Rate | 79 bpm -DI | 80 bpm -DI | 82 bpm -DI | 81 bpm -DI | 79 bpm -DI |
| NIBP (Mean) | — | 93 -DI | — | — | — |
| Pulse | 79 -DI | 84 -DI | 80 -DI | 81 -DI | 78 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 35 mmHg -DI | 35 mmHg -DI | 35 mmHg -DI | 35 mmHg -DI | 34 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 635 mL -DI | 668 mL -DI | 665 mL -DI | 669 mL -DI | 659 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 34 % -DI | 34 % -DI | 34 % -DI | 35 % -DI | 35 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 26 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | — | b -DI | b -DI |
| SpO2 | 95 -DI | 95 -DI | 95 -DI | 95 -DI | 95 -DI |
| Temp | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2 % -DI | 2 % -DI | 2 % -DI | 2 % -DI | 2 % -DI |

| Row Name | 12/04/23 1140 | 12/04/23 1139 | 12/04/23 1138 | 12/04/23 1137 | 12/04/23 1136 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | — | 130/85 -DI | — | — | — |
| SpO2 Pulse Rate | 79 bpm -DI | 82 bpm -DI | 77 bpm -DI | 79 bpm -DI | 79 bpm -DI |
| NIBP (Mean) | — | 98 -DI | — | — | — |
| Pulse | 79 -DI | 82 -DI | 76 -DI | 79 -DI | 78 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 34 mmHg -DI | 35 mmHg -DI | 34 mmHg -DI | 34 mmHg -DI | 33 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 665 mL -DI | 659 mL -DI | 663 mL -DI | 661 mL -DI | 662 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 35 % -DI | 35 % -DI | 36 % -DI | 36 % -DI | 36 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 25 -DI | 25 -DI | 26 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 96 -DI | 96 -DI | 96 -DI | 95 -DI | 96 -DI |
| Temp | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.8 °F) -DI | 36.6 °C (97.8 °F) -DI | 36.6 °C (97.8 °F) -DI | 36.6 °C (97.9 °F) -DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2 % -DI | 1.9 % -DI | 2 % -DI | 1.9 % -DI | 1.9 % -DI |

| Row Name | 12/04/23 1135 | 12/04/23 1134 | 12/04/23 1133 | 12/04/23 1132 | 12/04/23 1131 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002644

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

**BP/Pulse**

| | | | | | |
|---|---|---|---|---|---|
| NIBP | — | 143/85 -DI | — | — | — |
| SpO2 Pulse Rate | 87 bpm -DI | 77 bpm -DI | 81 bpm -DI | 75 bpm -DI | 74 bpm -DI |
| NIBP (Mean) | — | 102 -DI | — | — | — |
| Pulse | 86 -DI | 75 -DI | 80 -DI | 75 -DI | 75 -DI |

**Anesthesia Monitoring**

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 33 mmHg -DI | 34 mmHg -DI | 33 mmHg -DI | 34 mmHg -DI | 35 mmHg -DI |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| VTE | 675 mL -DI | 677 mL -DI | 661 mL -DI | 672 mL -DI | 649 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 36 % -DI | 36 % -DI | 36 % -DI | 37 % -DI | 37 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 26 -DI | 26 -DI | 26 -DI | 25 -DI | 26 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 96 -DI | 96 -DI | 96 -DI | 96 -DI | 96 -DI |
| Temp | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.9 °F) -DI |

**Agents**

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.9 % -DI | 1.8 % -DI | 1.8 % -DI | 1.6 % -DI | 1.5 % -DI |

| Row Name | 12/04/23 1130 | 12/04/23 1129 | 12/04/23 1128 | 12/04/23 1127 | 12/04/23 1126 |
|---|---|---|---|---|---|

**BP/Pulse**

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 140/92 ! -DI | — | — | — | — |
| SpO2 Pulse Rate | 78 bpm -DI | 80 bpm -DI | 83 bpm -DI | 75 bpm -DI | 75 bpm -DI |
| NIBP (Mean) | 106 -DI | — | — | — | — |
| Pulse | 78 -DI | 78 -DI | 84 -DI | 76 -DI | 77 -DI |

**Anesthesia Monitoring**

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 33 mmHg -DI | 33 mmHg -DI | 33 mmHg -DI | 32 mmHg -DI | 33 mmHg -DI |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| VTE | 666 mL -DI | 690 mL -DI | 673 mL -DI | 675 mL -DI | 669 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 38 % -DI | 39 % -DI | 40 % -DI | 40 % -DI | 41 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 24 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 96 -DI | 96 -DI | 96 -DI | 96 -DI | 96 -DI |
| Temp | 36.6 °C (97.9 °F) -DI | 36.6 °C (97.8 °F) -DI | 36.6 °C (97.8 °F) -DI | 36.6 °C (97.8 °F) -DI | 36.6 °C (97.8 °F) -DI |

**Agents**

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.3 % -DI | 1.1 % -DI | 0.9 % -DI | 1 % -DI | 1.1 % -DI |

| Row Name | 12/04/23 1125 | 12/04/23 1124 | 12/04/23 1123 | 12/04/23 1122 | 12/04/23 1121 |
|---|---|---|---|---|---|

**BP/Pulse**

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 106/71 -DI | — | — | — | — |
| SpO2 Pulse Rate | 72 bpm -DI | 72 bpm -DI | 67 bpm -DI | 65 bpm -DI | 70 bpm -DI |
| NIBP (Mean) | 82 -DI | — | — | — | — |
| Pulse | 72 -DI | 74 -DI | 66 -DI | 66 -DI | 70 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 794

Printed by 71334 at 8/21/24 10:11 AM

MC_002645

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Anesthesia on 12/04/23 (continued)**

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 33 mmHg -DI | 33 mmHg -DI | 33 mmHg -DI | 31 mmHg -DI | 32 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 635 mL -DI | 614 mL -DI | 627 mL -DI | 610 mL -DI | 647 mL -DI |
| Vent Resp Rate | 12 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 41 % -DI | 42 % -DI | 42 % -DI | 43 % -DI | 43 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 23 -DI | 22 -DI | 24 -DI | 23 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 96 -DI | 96 -DI | 96 -DI | 96 -DI | 97 -DI |
| Temp | 36.6 °C (97.8 °F) - DI | 36.5 °C (97.7 °F) - DI | 36.4 °C (97.6 °F) - DI | 36.4 °C (97.6 °F) - DI | 36.4 °C (97.6 °F) - DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 1.2 % -DI | 1.3 % -DI | 1.4 % -DI | 1.6 % -DI | 1.8 % -DI |

| Row Name | 12/04/23 1120 | 12/04/23 1119 | 12/04/23 1118 | 12/04/23 1117 | 12/04/23 1116 |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 114/70 -DI | ---- | ---- | ---- | ---- |
| SpO2 Pulse Rate | 72 bpm -DI | 75 bpm -DI | 72 bpm -DI | 76 bpm -DI | 75 bpm -DI |
| NIBP (Mean) | 82 -DI | ---- | ---- | ---- | ---- |
| Pulse | 72 -DI | 78 -DI | 73 -DI | 78 -DI | 76 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 32 mmHg -DI | 30 mmHg -DI | 29 mmHg -DI | 30 mmHg -DI | 30 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 626 mL -DI | 608 mL -DI | 680 mL -DI | 680 mL -DI | 681 mL -DI |
| Vent Resp Rate | 12 -DI | 13 -DI | 14 -DI | 14 -DI | 14 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 44 % -DI | 44 % -DI | 46 % -DI | 46 % -DI | 45 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 24 -DI | 23 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 97 -DI | 97 -DI | 97 -DI | 97 -DI | 97 -DI |
| Temp | 36.4 °C (97.6 °F) - DI | 36.4 °C (97.5 °F) - DI | 36.4 °C (97.5 °F) - DI | 36.3 °C (97.4 °F) - DI | 36.4 °C (97.5 °F) - DI |

Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.1 % -DI | 2.4 % -DI | 2.4 % -DI | 2.5 % -DI | 2.4 % -DI |

| Row Name | 12/04/23 1115 | 12/04/23 1114 | 12/04/23 1113 | 12/04/23 1112 | 12/04/23 1111 |
|---|---|---|---|---|---|

BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 100/55 -DI | ---- | ---- | ---- | ---- |
| SpO2 Pulse Rate | 67 bpm -DI | 65 bpm -DI | 65 bpm -DI | 72 bpm -DI | 69 bpm -DI |
| NIBP (Mean) | 66 -DI | ---- | ---- | ---- | ---- |
| Pulse | 71 -DI | 65 -DI | 65 -DI | 74 -DI | 72 -DI |

Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 29 mmHg -DI | 30 mmHg -DI | 29 mmHg -DI | 30 mmHg -DI | 30 mmHg -DI |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 674 mL -DI | 706 mL -DI | 683 mL -DI | 672 mL -DI | 682 mL -DI |
| Vent Resp Rate | 14 -DI | 14 -DI | 14 -DI | 14 -DI | 14 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 795

Printed by 71334 at 8/21/24 10:11 AM

MC_002646

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| OTHER | | | | | |
|---|---|---|---|---|---|
| inO2 | 45 % -DI | 46 % -DI | 46 % -DI | 46 % -DI | 46 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 26 -DI | 26 -DI | 24 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 97 -DI | 97 -DI | 97 -DI | 98 -DI | 97 -DI |
| Temp | 36.3 °C (97.4 °F) -DI | 36.3 °C (97.4 °F) -DI | 36.3 °C (97.3 °F) -DI | 36.3 °C (97.4 °F) -DI | 36.3 °C (97.3 °F) -DI |

| Agents | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.4 % -DI | 2.4 % -DI | 2.4 % -DI | 2.4 % -DI | 2.4 % -DI |

| Row Name | 12/04/23 1110 | 12/04/23 1109 | 12/04/23 1108 | 12/04/23 1107 | 12/04/23 1106 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 111/64 -DI | —— | —— | —— | —— |
| SpO2 Pulse Rate | 65 bpm -DI | 66 bpm -DI | 71 bpm -DI | 77 bpm -DI | 68 bpm -DI |
| NIBP (Mean) | 76 -DI | —— | —— | —— | —— |
| Pulse | 65 -DI | 67 -DI | 73 -DI | 80 -DI | 74 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 30 mmHg -DI | 30 mmHg -DI | 30 mmHg -DI | 31 mmHg -DI | 30 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 688 mL -DI | 672 mL -DI | 674 mL -DI | 685 mL -DI | 677 mL -DI |
| Vent Resp Rate | 14 -DI | 14 -DI | 14 -DI | 14 -DI | 14 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 46 % -DI | 46 % -DI | 45 % -DI | 46 % -DI | 46 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 26 -DI | 25 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 97 -DI | 98 -DI | 98 -DI | 98 -DI | 98 -DI |
| Temp | 36.3 °C (97.3 °F) -DI | 36.3 °C (97.3 °F) -DI | 36.3 °C (97.3 °F) -DI | 36.3 °C (97.3 °F) -DI | 36.3 °C (97.3 °F) -DI |

| Agents | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.3 % -DI | 2.3 % -DI | 2.3 % -DI | 2.2 % -DI | 2.2 % -DI |

| Row Name | 12/04/23 1105 | 12/04/23 1104 | 12/04/23 1103 | 12/04/23 1102 | 12/04/23 1101 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 115/82 -DI | —— | —— | —— | —— |
| SpO2 Pulse Rate | 69 bpm -DI | 82 bpm -DI | 92 bpm -DI | 90 bpm -DI | 73 bpm -DI |
| NIBP (Mean) | 87 -DI | —— | —— | —— | —— |
| Pulse | 69 -DI | 82 -DI | 91 -DI | 90 -DI | 78 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 30 mmHg -DI | 32 mmHg -DI | 32 mmHg -DI | 33 mmHg -DI | 32 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 678 mL -DI | 663 mL -DI | 672 mL -DI | 682 mL -DI | 698 mL -DI |
| Vent Resp Rate | 14 -DI | 14 -DI | 14 -DI | 14 -DI | 14 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 46 % -DI | 46 % -DI | 46 % -DI | 46 % -DI | 46 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 25 -DI | 23 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 98 -DI | 98 -DI | 98 -DI | 98 -DI |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 796

Printed by 71334 at 8/21/24 10:11 AM

MC_002647

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Temp | 36.2 °C (97.2 °F) - DI | 36.2 °C (97.2 °F) - DI | 36.2 °C (97.2 °F) - DI | 36.2 °C (97.2 °F) - DI | 36.2 °C (97.2 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 2.2 % -DI | 2.1 % -DI | 2 % -DI | 1.8 % -DI | 1.7 % -DI |

| Row Name | 12/04/23 1100 | 12/04/23 1059 | 12/04/23 1058 | 12/04/23 1057 | 12/04/23 1056 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 114/67 -DI | — | — | — | — |
| SpO2 Pulse Rate | 69 bpm -DI | 72 bpm -DI | 74 bpm -DI | 77 bpm -DI | 80 bpm -DI |
| NIBP (Mean) | 81 -DI | — | — | — | — |
| Pulse | 69 -DI | 72 -DI | 76 -DI | 77 -DI | 80 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 32 mmHg -DI | 33 mmHg -DI | 33 mmHg -DI | 33 mmHg -DI | 33 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 683 mL -DI | 682 mL -DI | 688 mL -DI | 686 mL -DI | 690 mL -DI |
| Vent Resp Rate | 14 -DI | 14 -DI | 14 -DI | 14 -DI | 14 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 47 % -DI | 49 % -DI | 51 % -DI | 53 % -DI | 55 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 98 -DI | 98 -DI | 98 -DI | 99 -DI | 99 -DI |
| Temp | 36.2 °C (97.2 °F) - DI | 36.2 °C (97.2 °F) - DI | 36.3 °C (97.3 °F) - DI | 36.3 °C (97.3 °F) - DI | 36.3 °C (97.4 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.7 % -DI | 1.7 % -DI | 1.7 % -DI | 1.7 % -DI | 1.8 % -DI |

| Row Name | 12/04/23 1055 | 12/04/23 1054 | 12/04/23 1053 | 12/04/23 1052 | 12/04/23 1051 |
|---|---|---|---|---|---|
| **BP/Pulse** | | | | | |
| NIBP | 113/66 -DI | — | — | — | 113/67 -DI |
| SpO2 Pulse Rate | 68 bpm -DI | 68 bpm -DI | 71 bpm -DI | 76 bpm -DI | 74 bpm -DI |
| NIBP (Mean) | 79 -DI | — | — | — | 81 -DI |
| Pulse | 68 -DI | 68 -DI | 70 -DI | 74 -DI | 77 -DI |
| **Anesthesia Monitoring** | | | | | |
| ETCO2 | 33 mmHg -DI | 33 mmHg -DI | 33 mmHg -DI | 36 mmHg -DI | 36 mmHg -DI |
| **Respiratory** | | | | | |
| VTE | 688 mL -DI | 690 mL -DI | 689 mL -DI | 690 mL -DI | 687 mL -DI |
| Vent Resp Rate | 14 -DI | 14 -DI | 14 -DI | 14 -DI | 14 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| **OTHER** | | | | | |
| inO2 | 58 % -DI | 61 % -DI | 64 % -DI | 68 % -DI | 72 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 25 -DI | 25 -DI | 25 -DI | 25 -DI | 25 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 99 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 36.4 °C (97.5 °F) - DI | 36.4 °C (97.5 °F) - DI | 36.4 °C (97.6 °F) - DI | 36.5 °C (97.7 °F) - DI | 36.6 °C (97.8 °F) - DI |
| **Agents** | | | | | |
| Expired Sevoflurane | 1.8 % -DI | 1.8 % -DI | 1.8 % -DI | 1.9 % -DI | 2 % -DI |

| Row Name | 12/04/23 1050 | 12/04/23 1049 | 12/04/23 1048 | 12/04/23 1047 | 12/04/23 1046 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 797

Printed by 71334 at 8/21/24 10:11 AM

MC_002648

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| SpO2 Pulse Rate | 66 bpm -DI | 73 bpm -DI | 69 bpm -DI | 69 bpm -DI | 72 bpm -DI |
| Pulse | 65 -DI | 75 -DI | 70 -DI | 69 -DI | 73 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 37 mmHg -DI | 43 mmHg -DI | 42 mmHg -DI | 40 mmHg -DI | 40 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 694 mL -DI | 414 mL -DI | 376 mL -DI | 395 mL -DI | 413 mL -DI |
| Vent Resp Rate | 14 -DI | 12 -DI | 12 -DI | 12 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| I:E Ratio | —— | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 67 % -DI | 91 % -DI | 92 % -DI | 91 % -DI | 91 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 24 -DI | 15 -DI | 16 -DI | 16 -DI | 15 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |
| Temp | 36.6 °C (97.9 °F) -DI | —— | —— | —— | —— |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 2.2 % -DI | 2.1 % -DI | 2.3 % -DI | 2.5 % -DI | 2.7 % -DI |

| Row Name | 12/04/23 1045 | 12/04/23 1044 | 12/04/23 1043 | 12/04/23 1042 | 12/04/23 1041 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| NIBP | 121/86 -DI | — | — | — | 137/73 -DI |
| SpO2 Pulse Rate | 77 bpm -DI | 83 bpm -DI | 62 bpm -DI | 71 bpm -DI | 72 bpm -DI |
| NIBP (Mean) | 95 -DI | — | — | — | 94 -DI |
| Pulse | 78 -DI | 83 -DI | 63 -DI | 71 -DI | 75 -DI |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 39 mmHg -DI | 0 mmHg -DI | 32 mmHg -DI | 0 mmHg -DI | 39 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 388 mL -DI | 28 mL -DI | 124 mL -DI | 232 mL -DI | 88 mL -DI |
| Vent Resp Rate | 6 -DI | 15 -DI | 12 -DI | 4 -DI | 12 -DI |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| I:E Ratio | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI |

### OTHER

| | | | | | |
|---|---|---|---|---|---|
| inO2 | 91 % -DI | 91 % -DI | 91 % -DI | 90 % -DI | 90 % -DI |
| inN2O | 1 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 15 -DI | 18 -DI | 20 -DI | 3 -DI | 4 -DI |
| Device Name | b -DI | b -DI | b -DI | b -DI | b -DI |
| SpO2 | 100 -DI | 100 -DI | 100 -DI | 100 -DI | 100 -DI |

### Agents

| | | | | | |
|---|---|---|---|---|---|
| Expired Sevoflurane | 3.5 % -DI | 5.1 % -DI | 5.3 % -DI | 7.8 % -DI | 1.9 % -DI |

| Row Name | 12/04/23 1040 | 12/04/23 1039 | 12/04/23 1038 | 12/04/23 1037 | 12/04/23 1036 |
|---|---|---|---|---|---|

### BP/Pulse

| | | | | | |
|---|---|---|---|---|---|
| SpO2 Pulse Rate | 74 bpm -DI | 63 bpm -DI | 78 bpm -DI | — | — |
| Pulse | 77 -DI | 62 -DI | 76 -DI | — | — |

### Anesthesia Monitoring

| | | | | | |
|---|---|---|---|---|---|
| ETCO2 | 40 mmHg -DI | 37 mmHg -DI | 0 mmHg -DI | 0 mmHg -DI | 0 mmHg -DI |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| VTE | 71 mL -DI | 1280 mL -DI | —— | —— | —— |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 798

Printed by 71334 at 8/21/24 10:11 AM

MC_002649

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Anesthesia on 12/04/23 (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Vent Resp Rate | 22 -DI | 7 -DI | — | — | — |
| PEEP/CPAP | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI | 5 cm H20 -DI |
| I:E Ratio | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI | 1:2.00 -DI |
| OTHER | | | | | |
| inO2 | 98 % -DI | 92 % -DI | 99 % -DI | 65 % -DI | 67 % -DI |
| inN2O | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| PIP | 3 -DI | 4 -DI | 1 -DI | 0 -DI | 0 -DI |
| Device Name | b -DI | b -DI | b -DI | — | b -DI |
| SpO2 | 100 -DI | 99 -DI | 100 -DI | — | — |
| Agents | | | | | |
| Expired Sevoflurane | 0.3 % -DI | 0.1 % -DI | 0 % -DI | 0 % -DI | 0 % -DI |
| **Row Name** | **12/04/23 1035** | | | | |
| Anesthesia Monitoring | | | | | |
| ETCO2 | 0 mmHg -DI | | | | |
| Respiratory | | | | | |
| PEEP/CPAP | 5 cm H20 -DI | | | | |
| I:E Ratio | 1:2.00 -DI | | | | |
| OTHER | | | | | |
| inO2 | 67 % -DI | | | | |
| inN2O | 0 % -DI | | | | |
| PIP | 0 -DI | | | | |
| Device Name | b -DI | | | | |
| Agents | | | | | |
| Expired Sevoflurane | 0 % -DI | | | | |

**User Key**                                    (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| DI | Interface, Devices | — | — |
| DL | David Lai, MD | Anesthesiologist | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002650

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations**

### 0.9 % NaCl (NS) infusion soln [755712090]

| Ordering Provider: Zachary B Adler, MD | Status: Completed (Past End Date/Time) |
|---|---|
| Ordered On: 12/04/23 1139 | Frequency: INTRAPROCEDURE PRN CONTINUOUS |

| Timestamps | Action | Dose / Rate | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1323 Documented: 12/04/23 1323 | New Bag/Bottle/Cartr idge $ | 1,000 mL 0 mL/hr | Other Knee | Performed by: Zachary B Adler, MD Documented by: Murinda L McCuller, RN |
| Performed 12/04/23 1139 Documented: 12/04/23 1139 | New Bag/Bottle/Cartr idge $ | 1,000 mL 0 mL/hr | Other Knee | Performed by: Zachary B Adler, MD Documented by: Murinda L McCuller, RN Comments: pulse lavage |

### 0.9% NaCl with KCl 20 mEq/L solution (NS KCL 20mEq/L) [755800298]

| Ordering Provider: Shane Turner, PA-C | Status: Dispensed (Past End Date/Time) |
|---|---|
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 1830 - 12/05/23 1829 |
| Ordered Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: CONTINUOUS | Ordered Rate/Order Duration: 80 mL/hr / — |

| Timestamps | Action / Reason | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 12/05/23 1706 Documented: 12/05/23 1706 | End of Infusion Therapy Completed | 0 mL 0 mL/hr | Intravenous | Performed by: Kelly D Jameyson, RN |
| Performed 12/05/23 0753 Documented: 12/05/23 0753 | New Bag/Bottle/Cartr idge $ | — 80 mL/hr | Intravenous | Performed by: Kelly D Jameyson, RN |
| Performed 12/04/23 1849 Documented: 12/04/23 1849 | New Bag/Bottle/Cartr idge $ | — 80 mL/hr | Intravenous | Performed by: Kristian P Figueroa, RN |

### acetaminophen (TYLENOL) tablet 1,000 mg [755800299]

| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
|---|---|
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 2200 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 1,000 mg (—/—) | Route: Oral |
| Frequency: Q8H | Ordered Rate/Order Duration: — / — |
| Admin Instructions: Do NOT use if hepatic dysfunction. | Do NOT exceed acetaminophen 4 grams/day from all sources |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 1336 Documented: 12/08/23 1336 | Given $ | 1,000 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-6730-61, 0904-6730-61 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 800

Printed by 71334 at 8/21/24 10:11 AM

MC_002651

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | | |
|---|---|---|---|
| Performed 12/08/23 0556<br>Documented:<br>12/08/23 0556 | Given $ 1,000 mg | Oral | Performed by: Woodetta Maulana, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/07/23 2225<br>Documented:<br>12/07/23 2225 | Given $ 1,000 mg | Oral | Performed by: Woodetta Maulana, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/07/23 1446<br>Documented:<br>12/07/23 1446 | Given $ 1,000 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/07/23 0516<br>Documented:<br>12/07/23 0517 | Given $ 1,000 mg | Oral | Performed by: Woodetta Maulana, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/06/23 2200<br>Documented:<br>12/06/23 2137 | Canceled Entry — | Oral | Performed by: David Lechich, RN |
| Performed 12/06/23 2033<br>Documented:<br>12/06/23 2034 | Given $ 1,000 mg | Oral | Performed by: David Lechich, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/06/23 1407<br>Documented:<br>12/06/23 1407 | Given $ 1,000 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/06/23 0603<br>Documented:<br>12/06/23 0604 | Given $ 1,000 mg | Oral | Performed by: Kaelin E Sandberg, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/05/23 2117<br>Documented:<br>12/05/23 2118 | Given $ 1,000 mg | Oral | Performed by: Kaelin E Sandberg, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/05/23 1324<br>Documented:<br>12/05/23 1324 | Given $ 1,000 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/05/23 0621<br>Documented:<br>12/05/23 0621 | Given $ 1,000 mg | Oral | Performed by: Russel E Villamante, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |
| Performed 12/04/23 2048<br>Documented:<br>12/04/23 2048 | Given $ 1,000 mg | Oral | Performed by: Russel E Villamante, RN<br>Scanned Package: 0904-6730-61, 0904-6730-61 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 801

Printed by 71334 at 8/21/24 10:11 AM

MC_002652

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

### acetaminophen (TYLENOL) tablet 975 mg [751916290]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Completed (Past End Date/Time) |
| Ordered On: 12/04/23 0957 | Starts/Ends: 12/04/23 1000 - 12/04/23 1001 |
| Ordered Dose (Remaining/Total): 975 mg (0/1) | Route: Oral |
| Frequency: PREOP | Ordered Rate/Order Duration: — / — |
| Admin Instructions: Use when taking PO; | Note to pharmacy: If history of chronic or active liver disease, confer with anesthesiologist. |

Do not exceed acetaminophen 4 grams/day from all sources

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1001 Documented: 12/04/23 1002 | Given $ | 975 mg | Oral | Performed by: Julia Gould, RN Scanned Package: 50580-458-11, 50580-458-11, 50580-458-11 |

### alprazolam (Xanax) tablet 0.25 mg [755712104]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 1746 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 0.25 mg (—/—) | Route: Oral |
| Frequency: TID PRN | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 1030 Documented: 12/08/23 1030 | Given $ | 0.25 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0781-1061-01 |
| Performed 12/07/23 2225 Documented: 12/07/23 2225 | Given $ | 0.25 mg | Oral | Performed by: Woodetta Maulana, RN Scanned Package: 0781-1061-01 |
| Performed 12/07/23 1446 Documented: 12/07/23 1446 | Given $ | 0.25 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0781-1061-01 |
| Performed 12/06/23 1215 Documented: 12/06/23 1215 | Given $ | 0.25 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0781-1061-01 |
| Performed 12/05/23 2203 Documented: 12/05/23 2203 | Given $ | 0.25 mg | Oral | Performed by: Kaelin E Sandberg, RN Scanned Package: 0781-1061-01 |
| Performed 12/05/23 1358 Documented: 12/05/23 1358 | Given $ | 0.25 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0781-1061-01 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 802

Printed by 71334 at 8/21/24 10:11 AM

MC_002653

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

#### cefazolin 2g iv in syringe (200 mg/mL) for iv push [751916288]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 12/04/23 0957 | Starts/Ends: 12/04/23 1000 - 12/04/23 1511 |
| Ordered Dose (Remaining/Total): 2 g (1/1) | Route: Intravenous |
| Frequency: PREOP | Ordered Rate/Order Duration: — / 3 Minutes |

Dose = 2 gram, Reconstitute EACH 2 g vial with 10 mL sterile water for injection, final conc. = 200mg/mL; draw up the entire contents of the vial (2 gram) into a 20mL syringe to give IVP over 3 minutes. **Visually inspect for any particulate matter prior to administering - discard if particulate observed**

| Question | Answer | Comment |
|---|---|---|
| What is the indication (s) for this antibiotic?: | PROPHYLAXIS | — |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1000 Documented: 12/04/23 1511 | Canceled Entry — | — | — | Performed by: Yu Min Ni, RN Comments: Automatically canceled at discontinue of medication order |

#### cefazolin 2g iv in syringe (200 mg/mL) for iv push [755800390]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Completed (Past End Date/Time) |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 2300 - 12/05/23 0623 |
| Ordered Dose (Remaining/Total): 2 g (0/2) | Route: Intravenous |
| Frequency: Q8S | Ordered Rate/Order Duration: — / 3 Minutes |

Dose = 2 gram, Reconstitute EACH 2 g vial with 10 mL sterile water for injection, final conc. = 200mg/mL; draw up the entire contents of the vial (2 gram) into a 20mL syringe to give IVP over 3 minutes. **Visually inspect for any particulate matter prior to administering - discard if particulate observed**

| Question | Answer | Comment |
|---|---|---|
| What is the indication (s) for this antibiotic?: | PROPHYLAXIS | — |

| Timestamps | Action | Dose / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 12/05/23 0620 Documented: 12/05/23 0621 | Given $ | 2 g 3 Minutes | Intravenous | Performed by: Russel E Villamante, RN Scanned Package: 60505-6231-0, 60505-6231-0, 0409-4887-17 |
| Performed 12/04/23 2245 Documented: 12/04/23 2245 | Given $ | 2 g 3 Minutes | Intravenous | Performed by: Russel E Villamante, RN Scanned Package: 60505-6231-0, 0409-4887-17 |

#### cephaLEXin (KEFLEX) capsule 500 mg [755904392]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/05/23 0712 | Starts/Ends: 12/05/23 1400 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 500 mg (20/30) | Route: Oral |
| Frequency: TID | Ordered Rate/Order Duration: — / — |

| Question | Answer | Comment |
|---|---|---|
| What is the indication (s) for this antibiotic?: | PROPHYLAXIS | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 803

Printed by 71334 at 8/21/24 10:11 AM

MC_002654

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | | |
|---|---|---|---|
| Performed 12/08/23 Given $ 1336<br>Documented:<br>12/08/23 1336 | 500 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/08/23 Given $ 0812<br>Documented:<br>12/08/23 0814 | 500 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/07/23 Given $ 2036<br>Documented:<br>12/07/23 2037 | 500 mg | Oral | Performed by: Woodetta Maulana,<br>RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/07/23 Given $ 1446<br>Documented:<br>12/07/23 1446 | 500 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/07/23 Given $ 0808<br>Documented:<br>12/07/23 0809 | 500 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/06/23 Given $ 2034<br>Documented:<br>12/06/23 2034 | 500 mg | Oral | Performed by: David Lechich, RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/06/23 Given $ 1407<br>Documented:<br>12/06/23 1407 | 500 mg | Oral | Performed by: Kelly D Jameyson,<br>RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/06/23 Given $ 0809<br>Documented:<br>12/06/23 0809 | 500 mg | Oral | Performed by: Kelly D Jameyson,<br>RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/05/23 Given $ 2117<br>Documented:<br>12/05/23 2118 | 500 mg | Oral | Performed by: Kaelin E Sandberg,<br>RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |
| Performed 12/05/23 Given $ 1324<br>Documented:<br>12/05/23 1324 | 500 mg | Oral | Performed by: Kelly D Jameyson,<br>RN<br>Scanned Package: 50268-151-11,<br>50268-151-11 |

**cholecalciferol (VITAMIN D3) 25 MCG (1000 UNITS) tablet 2,000 Units [755800378]**

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 1800 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 2,000 Units (55/60) | Route: Oral |
| Frequency: DAILY | Ordered Rate/Order Duration: — / — |

Admin Instructions: Routine peri-operative Vitamin D level draw is not required per ortho protocol. Hold this order and notify provider if known history of hypercalcemia, hypervitaminosis D, or hyperparathyroidism. Discontinue this order if Vitamin D home dose resumed at

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 804

Printed by 71334 at 8/21/24 10:11 AM

MC_002655

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

time of admission.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0812 Documented: 12/08/23 0814 | Given $ | 2,000 Units | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 20555-03300, 20555-03300 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 2,000 Units | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 20555-03300, 20555-03300 |
| Performed 12/06/23 0810 Documented: 12/06/23 0810 | Given $ | 2,000 Units | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 20555-03300, 20555-03300 |
| Performed 12/05/23 0842 Documented: 12/05/23 0845 | Given $ | 2,000 Units | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 20555-03300, 20555-03300 |
| Performed 12/04/23 1845 Documented: 12/04/23 1846 | Given $ | 2,000 Units | Oral | Performed by: Kristian P Figueroa, RN Scanned Package: 20555-03300, 20555-03300 |

### duloxetine (Cymbalta) capsule EC particles 60 mg [755712105]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/04/23 1747
Ordered Dose (Remaining/Total): 60 mg (—/—)
Frequency: BID

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 12/04/23 2100 - 12/08/23 1840
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0813 Documented: 12/08/23 0814 | Given $ | 60 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-7044-61, 0904-7044-61 |
| Performed 12/07/23 2036 Documented: 12/07/23 2037 | Given $ | 60 mg | Oral | Performed by: Woodetta Maulana, RN Scanned Package: 0904-7044-61, 0904-7044-61 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 60 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-7044-61, 0904-7044-61 |
| Performed 12/06/23 2034 Documented: 12/06/23 2034 | Given $ | 60 mg | Oral | Performed by: David Lechich, RN Scanned Package: 0904-7044-61, 0904-7044-61 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 805

Printed by 71334 at 8/21/24 10:11 AM

MC_002656

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 12/06/23 0809<br>Documented:<br>12/06/23 0809 | Given $ | 60 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 0904-7044-61,<br>0904-7044-61 |
| Performed 12/05/23 2117<br>Documented:<br>12/05/23 2118 | Given $ | 60 mg | Oral | Performed by: Kaelin E Sandberg, RN<br>Scanned Package: 0904-7044-61,<br>0904-7044-61 |
| Performed 12/05/23 0842<br>Documented:<br>12/05/23 0845 | Given $ | 60 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 0904-7044-61,<br>0904-7044-61 |
| Performed 12/04/23 2047<br>Documented:<br>12/04/23 2047 | Given $ | 60 mg | Oral | Performed by: Russel E Villamante, RN<br>Scanned Package: 0904-7044-61,<br>0904-7044-61 |

### famotidine (PEPCID) tablet 20 mg [755800308]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/04/23 1746
Ordered Dose (Remaining/Total): 20 mg (---/---)
Frequency: BID
Admin Instructions: Begin when tolerating oral meds.

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 12/04/23 2100 - 12/08/23 1840
Route: Oral
Ordered Rate/Order Duration: --- / ---

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0813<br>Documented:<br>12/08/23 0814 | Given $ | 20 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 63739-645-10 |
| Performed 12/07/23 2036<br>Documented:<br>12/07/23 2037 | Given $ | 20 mg | Oral | Performed by: Woodetta Maulana, RN<br>Scanned Package: 63739-645-10 |
| Performed 12/07/23 0808<br>Documented:<br>12/07/23 0809 | Given $ | 20 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 60687-595-11 |
| Performed 12/06/23 2033<br>Documented:<br>12/06/23 2034 | Given $ | 20 mg | Oral | Performed by: David Lechich, RN<br>Scanned Package: 63739-645-10 |
| Performed 12/06/23 0810<br>Documented:<br>12/06/23 0810 | Given $ | 20 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 60687-595-11 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 806

Printed by 71334 at 8/21/24 10:11 AM

MC_002657

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 12/05/23 2117<br>Documented:<br>12/05/23 2118 | Given $ | 20 mg | Oral | Performed by: Kaelin E Sandberg, RN<br>Scanned Package: 60687-595-11 |
| Performed 12/05/23 0842<br>Documented:<br>12/05/23 0845 | Given $ | 20 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 60687-595-11 |
| Performed 12/04/23 2046<br>Documented:<br>12/04/23 2047 | Given $ | 20 mg | Oral | Performed by: Russel E Villamante, RN<br>Scanned Package: 60687-595-11 |

### Famotidine (PF) (PEPCID) 10 mg/mL inj 20 mg [755800307]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/04/23 1746
Ordered Dose (Remaining/Total): 20 mg (—/—)
Frequency: BID
Admin Instructions: Discontinue IV and begin oral famotidine (PEPCID) when tolerated.

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 12/04/23 2100 - 12/08/23 1840
Route: Intravenous
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0813<br>Documented:<br>12/08/23 0814 | See Alternative — | | — | Performed by: Cheryl Hendren, RN |
| Performed 12/07/23 2036<br>Documented:<br>12/07/23 2037 | See Alternative — | | — | Performed by: Woodetta Maulana, RN |
| Performed 12/07/23 0808<br>Documented:<br>12/07/23 0809 | See Alternative — | | — | Performed by: Cheryl Hendren, RN |
| Performed 12/06/23 2033<br>Documented:<br>12/06/23 2034 | See Alternative — | | — | Performed by: David Lechich, RN |
| Performed 12/06/23 0810<br>Documented:<br>12/06/23 0810 | See Alternative — | | — | Performed by: Kelly D Jameyson, RN |
| Performed 12/05/23 2117<br>Documented:<br>12/05/23 2118 | See Alternative — | | — | Performed by: Kaelin E Sandberg, RN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002658

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | |
|---|---|---|---|
| Performed 12/05/23 See Alternative — 0842 Documented: 12/05/23 0845 | — | | Performed by: Kelly D Jameyson, RN |
| Performed 12/04/23 See Alternative — 2046 Documented: 12/04/23 2047 | — | | Performed by: Russel E Villamante, RN |

### fentanyl (SUBLIMAZE) 50 mcg/mL (2 mL) inj 25 mcg [755656327]

Ordering Provider: David Lai, MD

Ordered On: 12/04/23 1442
Ordered Dose (Remaining/Total): 25 mcg (—/—)
Frequency: Q5MIN PRN
Admin Instructions: FOR PACU USE ONLY: Adults > or = to 65 yrs
May repaet 25 mcg q 5 min to a cumulative max of 100 mcg every
2 hrs.
Administer by slow IV push.

Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider
Starts/Ends: 12/04/23 1447 - 12/04/23 1734
Route: Intravenous
Ordered Rate/Order Duration: — / —

Use fentanyl as first line therapy for severe pain when fentanyl, hydromorphone and morphine are ordered.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1603 Documented: 12/04/23 1603 | Incremental Dose | 25 mcg | Intravenous | Performed by: Yu Min Ni, RN Scanned Package: 0409-9094-12 |
| Performed 12/04/23 1545 Documented: 12/04/23 1545 | Incremental Dose | 25 mcg | Intravenous | Performed by: Yu Min Ni, RN Scanned Package: 0409-9094-12 |

### fentanyl (SUBLIMAZE) 50 mcg/mL (2 mL) inj 50 mcg [755656326]

Ordering Provider: David Lai, MD
Ordered On: 12/04/23 1442
Ordered Dose (Remaining/Total): 50 mcg (0/1)
Frequency: ONCE
Admin Instructions: cumulative max of 100 mcg every 2 hrs.

Status: Completed (Past End Date/Time)
Starts/Ends: 12/04/23 1442 - 12/04/23 1538
Route: Intravenous
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1538 Documented: 12/04/23 1539 | Given $ | 50 mcg | Intravenous | Performed by: Yu Min Ni, RN Scanned Package: 0409-9094-12 |

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Mon Dec 4, 2023 1617 | Yu Min Ni, RN | fentanyl 50 mcg/mL (2 mL) Soln [176197] Waste Amount: 0 mL (0 mcg) Medication is configured for waste reporting / Package: 2 mL Vial (0409-9094-12) Package From: MAR |

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 808
Printed by 71334 at 8/21/24 10:11 AM

MC_002659

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

### ferrous sulfate tablet 325 mg [755800315]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/04/23 1747
Ordered Dose (Remaining/Total): 325 mg (—/—)
Frequency: BID CC
Admin Instructions: When taking po well

Status: Discontinued (Past End Date/Time), Reason: Patient
discharged
Starts/Ends: 12/05/23 0800 - 12/08/23 1840
Route: Oral
Ordered Rate/Order Duration: — / —
Contains 65 mg elemental iron. Do not give with milk or antacids.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 1730 Documented: 12/08/23 1840 | Canceled Entry — | — | — | Performed by: Processing. Auto Comments: Automatically canceled at discontinue of medication order |
| Performed 12/08/23 0813 Documented: 12/08/23 0814 | Given $ | 325 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-7591-61 |
| Performed 12/07/23 1656 Documented: 12/07/23 1656 | Given $ | 325 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-7591-61 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 325 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-7591-61 |
| Performed 12/06/23 1641 Documented: 12/06/23 1641 | Given $ | 325 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0904-7591-61 |
| Performed 12/06/23 0810 Documented: 12/06/23 0810 | Given $ | 325 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0904-7591-61 |
| Performed 12/05/23 1707 Documented: 12/05/23 1708 | Given $ | 325 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0904-7591-61 |
| Performed 12/05/23 0842 Documented: 12/05/23 0845 | Given $ | 325 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0904-7591-61 |

### hydrochlorothiazide tablet 12.5 mg [755800265]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/04/23 1747
Ordered Dose (Remaining/Total): 12.5 mg (—/—)

Status: Discontinued (Past End Date/Time), Reason: Patient
discharged
Starts/Ends: 12/05/23 0900 - 12/08/23 1840
Route: Oral

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 809

Printed by 71334 at 8/21/24 10:11 AM

MC_002660

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

Frequency: DAILY                                    Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0813 Documented: 12/08/23 0814 | Given $ | 12.5 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 60687-593-11 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 12.5 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 60687-593-11 |
| Performed 12/06/23 0810 Documented: 12/06/23 0810 | Given $ | 12.5 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 60687-593-11 |
| Performed 12/05/23 0842 Documented: 12/05/23 0845 | Given $ | 12.5 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 60687-593-11 |

### HYDROmorphone (DILAUDID) inj 0.2 mg [755656329]

Ordering Provider: David Lai, MD

Ordered On: 12/04/23 1442
Ordered Dose (Remaining/Total): 0.2 mg (—/—)
Frequency: Q10MIN PRN
Admin Instructions: FOR PACU USE ONLY: Adults > or = to 65 yrs
May repeat 0.2 mg q 10 min to cumulative max dose of 2 mg every
2 hr.

Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider
Starts/Ends: 12/04/23 1452 - 12/04/23 1734
Route: Intravenous
Ordered Rate/Order Duration: — / —

Use hydromorphone as 2nd line therapy for severe pain when fentanyl, hydromorphone and morphine are ordered

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1607 Documented: 12/04/23 1609 | Incremental Dose | 0.2 mg | Intravenous | Performed by: Yu Min Ni, RN Scanned Package: 0409-1283-03 |

### HYDROmorphone (DILAUDID) inj 0.3 mg [755800302]

Ordering Provider: Shane Turner, PA-C
Ordered On: 12/04/23 1747
Ordered Dose (Remaining/Total): 0.3 mg (—/—)
Frequency: Q3H PRN
Admin Instructions: 1 mg hydromorphone (DILAUDID) is equivalent to 7 to 10 mg of morphine

Status: Discontinued (Past End Date/Time)
Starts/Ends: 12/04/23 1746 - 12/06/23 0751
Route: Intravenous
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/06/23 0603 Documented: 12/06/23 0604 | See Alternative | — | — | Performed by: Kaelin E Sandberg, RN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002661

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | |
|---|---|---|---|
| Performed 12/06/23 0245 Documented: 12/06/23 0245 | Given $ 0.3 mg | Intravenous | Performed by: Kaelin E Sandberg, RN Scanned Package: 0409-1283-03 |
| Performed 12/05/23 2203 Documented: 12/05/23 2203 | See Alternative — | — | Performed by: Kaelin E Sandberg, RN |

#### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Wed Dec 6, 2023 0243 | Kaelin E Sandberg, RN | **HYDROmorphone 1 mg/mL Soln [10270]** Waste Amount: 0.7 mL (0.7 mg)  Package: 1 mL Crtrdg-NDL (0409-1283-03) Charge Failure Reason: Medication is not configured for waste Package From: MAR |

### HYDROmorphone (DILAUDID) inj 0.3-0.6 mg [755800303]

Ordering Provider: Shane Turner, PA-C
Ordered On: 12/04/23 1747
Ordered Dose (Remaining/Total): 0.3-0.6 mg (—/—)
Frequency: Q3H PRN
Admin Instructions: Give if PO ineffective or not tolerating PO

If pain not adequately controlled within 15 min give another 0.3 mg.

Status: Discontinued (Past End Date/Time)
Starts/Ends: 12/04/23 1746 - 12/06/23 0751
Route: Intravenous
Ordered Rate/Order Duration: — / —
For initial dose, start with 0.3 mg unless patient has tolerated a higher dose previously.
Repeat effective/tolerated dose per ordered frequency as needed

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/06/23 0603 Documented: 12/06/23 0604 | Given $ | 0.6 mg | Intravenous | Performed by: Kaelin E Sandberg, RN Scanned Package: 0409-1283-03 |
| Performed 12/06/23 0245 Documented: 12/06/23 0245 | See Alternative — | — | | Performed by: Kaelin E Sandberg, RN |
| Performed 12/05/23 2203 Documented: 12/05/23 2203 | Given $ | 0.6 mg | Intravenous | Performed by: Kaelin E Sandberg, RN Scanned Package: 0409-1283-03 |

#### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Wed Dec 6, 2023 0601 | Kaelin E Sandberg, RN | **HYDROmorphone 1 mg/mL Soln [10270]** Waste Amount: 0.4 mL (0.4 mg)  Package: 1 mL Crtrdg-NDL (0409-1283-03) Charge Failure Reason: Medication is not configured for waste |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002662

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

Package From: MAR

| | | | |
|---|---|---|---|
| Waste | Tue Dec 5, 2023 2201 | Kaelin E Sandberg, RN | **HYDROmorphone 1 mg/mL Soln [10270]**<br>Waste Amount: 0.4 mL (0.4 mg)<br>Charge Failure Reason: Medication is not configured for waste<br><br>Package: 1 mL Crtrdg-NDL (0409-1283-03) |

Package From: MAR

---

### HYDROmorphone (DILAUDID) inj 0.5 mg [755656328]

| | |
|---|---|
| Ordering Provider: David Lai, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 12/04/23 1442 | Starts/Ends: 12/04/23 1442 - 12/04/23 1556 |
| Ordered Dose (Remaining/Total): 0.5 mg (0/1) | Route: Intravenous |
| Frequency: ONCE PRN | Ordered Rate/Order Duration: — / — |

Admin Instructions: FOR PACU USE ONLY: Adults > or = to 65 yrs cumulative max dose of 2 mg every 2 hr.

Use hydromorphone as 2nd line therapy for severe pain when fentanyl, hydromorphone and morphine are ordered

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1556<br>Documented:<br>12/04/23 1558 | Given $ | 0.5 mg | Intravenous | Performed by: Yu Min Ni, RN<br>Scanned Package: 0409-1283-03 |

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Mon Dec 4, 2023 1718 | Yu Min Ni, RN | **HYDROmorphone 1 mg/mL Soln [10270]**<br>Waste Amount: 0.3 mL (0.3 mg)<br>Charge Failure Reason: Medication is not configured for waste<br><br>Package: 1 mL Crtrdg-NDL (0409-1283-03)<br><br>Package From: MAR |

---

### HYDROmorphone (Dilaudid) tablet 4 mg [755904397]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time) |
| Ordered On: 12/06/23 0751 | Starts/Ends: 12/06/23 0751 - 12/06/23 1820 |
| Ordered Dose (Remaining/Total): 4 mg (—/—) | Route: Oral |
| Frequency: Q4H PRN | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/06/23 1641<br>Documented:<br>12/06/23 1641 | Given $ | 4 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01 |
| Performed 12/06/23 1215<br>Documented:<br>12/06/23 1215 | Given $ | 4 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 812

Printed by 71334 at 8/21/24 10:11 AM

MC_002663

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 12/06/23 0809<br>Documented:<br>12/06/23 0809 | Given $ | 4 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01 |

### HYDROmorphone (Dilaudid) tablet 6-8 mg [755904399]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/06/23 1751
Ordered Dose (Remaining/Total): 6-8 mg (—/—)
Frequency: Q4H PRN

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 12/06/23 1750 - 12/08/23 1840
Route: Oral
Ordered Rate/Order Duration: — / —

Admin Instructions: For initial dose, start with 6 mg unless patient has tolerated a higher dose previously. If pain not adequately controlled within 30 min give additional 2 mg. Repeat effective/tolerated dose per ordered frequency as needed.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 1634<br>Documented:<br>12/08/23 1634 | Given $ | 8 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01, 0406-3243-01, 0406-3243-01 |
| Performed 12/08/23 1030<br>Documented:<br>12/08/23 1030 | Given $ | 8 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01, 0406-3243-01, 0406-3243-01 |
| Performed 12/08/23 0346<br>Documented:<br>12/08/23 0346 | Given $ | 8 mg | Oral | Performed by: Woodetta Maulana, RN<br>Scanned Package: 0406-3243-01 |
| Performed 12/07/23 1534<br>Documented:<br>12/07/23 1535 | Given $ | 8 mg | Oral | Performed by: Nancy M Beachler, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01, 0406-3243-01, 0406-3243-01 |
| Performed 12/07/23 1109<br>Documented:<br>12/07/23 1109 | Given $ | 8 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01, 0406-3243-01, 0406-3243-01 |
| Performed 12/07/23 0203<br>Documented:<br>12/07/23 0203 | Given $ | 8 mg | Oral | Performed by: Woodetta Maulana, RN<br>Scanned Package: 0406-3243-01 |
| Performed 12/06/23 2033<br>Documented:<br>12/06/23 2034 | Given $ | 6 mg | Oral | Performed by: David Lechich, RN<br>Scanned Package: 0406-3243-01, 0406-3243-01, 0406-3243-01 |

### Pharmacy Actions

| Type | Date/Time | User | Extra Information |
|---|---|---|---|
| Waste | Fri Dec 8, 2023 1032 | Cheryl Hendren, RN | **HYDROmorphone 2 MG Tabs [10275]**<br>Waste Amount: 1 Tablet  Package: 100 Each Bottle<br>(2 mg)  (0406-3243-01) |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 813

Printed by 71334 at 8/21/24 10:11 AM

MC_002664

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

Charge Failure Reason:
Medication is not
configured for waste

Package From: MAR

### hydrOXYzine hcl (ATARAX) tablet TABS 25 mg [755800266]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 1746 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 25 mg (—/—) | Route: Oral |
| Frequency: TID PRN | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/07/23 2225 Documented: 12/07/23 2225 | Given $ | 25 mg | Oral | Performed by: Woodetta Maulana, RN Scanned Package: 16714-082-10 |
| Performed 12/07/23 1109 Documented: 12/07/23 1109 | Given $ | 25 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 16714-082-10 |
| Performed 12/06/23 0810 Documented: 12/06/23 0810 | Given $ | 25 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 16714-082-10 |

### lactated ringers (LR) infusion soln [751916287]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 12/04/23 0957 | Starts/Ends: 12/04/23 1000 - 12/04/23 1511 |
| Ordered Dose (Remaining/Total): 125 mL/hr (—/—) | Route: Intravenous |
| Frequency: CONTINUOUS | Ordered Rate/Order Duration: 125 mL/hr / — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1000 Documented: 12/04/23 1511 | Canceled Entry — | | Intravenous | Performed by: Yu Min Ni, RN Comments: Automatically canceled at discontinue of medication order |

### lactated ringers (LR) infusion soln [755656325]

| | |
|---|---|
| Ordering Provider: David Lai, MD | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 12/04/23 1442 | Starts/Ends: 12/04/23 1445 - 12/04/23 1734 |
| Ordered Dose (Remaining/Total): — (—/—) | Route: Intravenous |
| Frequency: TITRATE | Ordered Rate/Order Duration: 125 mL/hr / — |
| Admin Instructions: Adjust PER PACU routine; PACU ORDER ONLY | |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 814

Printed by 71334 at 8/21/24 10:11 AM

MC_002665

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | |
|---|---|---|
| Performed 12/04/23 Canceled Entry —<br>1445<br>Documented:<br>12/04/23 1734 | Intravenous | Performed by: Processing. Auto<br>Comments: Automatically canceled<br>at discontinue of medication order |

### lidocaine preservative free (Xylocaine-MPF) 1 % (PF) inj 0.2 mL [751916284]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C<br><br>Ordered On: 12/04/23 0957<br>Ordered Dose (Remaining/Total): 0.2 mL (1/1)<br>Frequency: ONCE | Status: Discontinued (Past End Date/Time), Reason: Discontinued<br>by provider<br>Starts/Ends: 12/04/23 1000 - 12/04/23 1511<br>Route: Intradermal<br>Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 12/04/23<br>1000<br>Documented:<br>12/04/23 1511 | Canceled Entry — | — | — | Performed by: Yu Min Ni, RN<br>Comments: Automatically canceled<br>at discontinue of medication order |

### lisinopril (PRINIVIL, ZESTRIL) tablet 20 mg [755800267]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C<br><br>Ordered On: 12/04/23 1747<br>Ordered Dose (Remaining/Total): 20 mg (—/—)<br>Frequency: DAILY | Status: Discontinued (Past End Date/Time), Reason: Patient<br>discharged<br>Starts/Ends: 12/05/23 0900 - 12/08/23 1840<br>Route: Oral<br>Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23<br>0812<br>Documented:<br>12/08/23 0814 | Given $ | 20 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 43547-354-10 |
| Performed 12/07/23<br>0808<br>Documented:<br>12/07/23 0809 | Given $ | 20 mg | Oral | Performed by: Cheryl Hendren, RN<br>Scanned Package: 43547-354-10 |
| Performed 12/06/23<br>0810<br>Documented:<br>12/06/23 0810 | Given $ | 20 mg | Oral | Performed by: Kelly D Jameyson,<br>RN<br>Scanned Package: 43547-354-10 |
| Performed 12/05/23<br>0842<br>Documented:<br>12/05/23 0845 | Given $ | 20 mg | Oral | Performed by: Kelly D Jameyson,<br>RN<br>Scanned Package: 43547-354-10 |

### meloxicam (Mobic) tablet 15 mg [751916295]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C<br>Ordered On: 12/04/23 0957<br>Ordered Dose (Remaining/Total): 15 mg (0/1)<br>Frequency: PREOP<br>Admin Instructions: Do not use for SCr greater than 1.5; contact<br>pharmacist if age > 65 to decrease dose to 7.5 mg | Status: Completed (Past End Date/Time)<br>Starts/Ends: 12/04/23 1000 - 12/04/23 1001<br>Route: Oral<br>Ordered Rate/Order Duration: — / —<br>Note to pharmacy: Hold for SCr GREATER than<br>1.5 ; Decrease dose to 7.5 mg for age GREATER than 65 . |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 815

Printed by 71334 at 8/21/24 10:11 AM

MC_002666

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1001 Documented: 12/04/23 1002 | Given $ | 15 mg | Oral | Performed by: Julia Gould, RN Scanned Package: 50268-525-11, 50268-525-11 |

### metoclopramide (Reglan) 5 mg/mL inj 5 mg [755656333]

Ordering Provider: David Lai, MD
Ordered On: 12/04/23 1442
Ordered Dose (Remaining/Total): 5 mg (0/1)
Frequency: ONCE PRN
Admin Instructions: FOR PACU USE ONLY.

Status: Completed (Past End Date/Time)
Starts/Ends: 12/04/23 1442 - 12/04/23 1552
Route: Intravenous
Ordered Rate/Order Duration: — / —
Use metoclopramide as 2nd line therapy for nausea when ondansetron, metoclopramide, and dexamethasone are ordered.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1552 Documented: 12/04/23 1553 | Given $ | 5 mg | Intravenous | Performed by: Yu Min Ni, RN Scanned Package: 0409-3414-18 |

### morPHINE (MS Contin) tablet SR 12 hr 15 mg [755904398]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/06/23 1225
Ordered Dose (Remaining/Total): 15 mg (—/—)
Frequency: Q12H
Admin Instructions: Do not crush or cut.

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 12/06/23 1230 - 12/08/23 1840
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0813 Documented: 12/08/23 0814 | Given $ | 15 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0406-8315-23 |
| Performed 12/07/23 2036 Documented: 12/07/23 2037 | Given $ | 15 mg | Oral | Performed by: Woodetta Maulana, RN Scanned Package: 0406-8315-23 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 15 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0406-8315-23 |
| Performed 12/06/23 2033 Documented: 12/06/23 2034 | Given $ | 15 mg | Oral | Performed by: David Lechich, RN Scanned Package: 0406-8315-23 |
| Performed 12/06/23 1231 Documented: 12/06/23 1231 | Given $ | 15 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0406-8315-23 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 816
Printed by 71334 at 8/21/24 10:11 AM

MC_002667

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

---

#### multivitamin therapeutic w/minerals (THERAPEUTIC-M) tablet 1 Tablet [755800314]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 1800 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 1 Tablet (—/—) | Route: Oral |
| Frequency: DAILY | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0813 Documented: 12/08/23 0814 | Given $ | 1 Tablet | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-5492-61 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 1 Tablet | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 0904-5492-61 |
| Performed 12/06/23 0810 Documented: 12/06/23 0810 | Given $ | 1 Tablet | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0904-5492-61 |
| Performed 12/05/23 0842 Documented: 12/05/23 0845 | Given $ | 1 Tablet | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 0904-5492-61 |
| Performed 12/04/23 1845 Documented: 12/04/23 1846 | Given $ | 1 Tablet | Oral | Performed by: Kristian P Figueroa, RN Scanned Package: 0904-5492-61 |

---

#### ondansetron (Zofran) 2 mg/mL inj 4 mg [755656332]

| | |
|---|---|
| Ordering Provider: David Lai, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 12/04/23 1442 | Starts/Ends: 12/04/23 1442 - 12/04/23 1537 |
| Ordered Dose (Remaining/Total): 4 mg (0/1) | Route: Intravenous |
| Frequency: ONCE PRN | Ordered Rate/Order Duration: — / — |
| Admin Instructions: FOR PACU USE ONLY. | Use ondansetron as 1st line therapy for nausea when ondansetron, metoclopramide, and dexamethasone are ordered. |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1537 Documented: 12/04/23 1539 | Given $ | 4 mg | Intravenous | Performed by: Yu Min Ni, RN Scanned Package: 60505-6130-0 |

---

#### oxyCODONE (Roxicodone) tablet 10-15 mg [755800394]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time) |
| Ordered On: 12/04/23 1748 | Starts/Ends: 12/04/23 1748 - 12/06/23 0751 |
| Ordered Dose (Remaining/Total): 10-15 mg (—/—) | Route: Oral |
| Frequency: Q4H PRN | Ordered Rate/Order Duration: — / — |
| Admin Instructions: - If range dose is ordered: For initial dose, start with 10 mg unless patent has tolerated a higher dose previously | - If pain not adequately controlled within 30 min give another 5 mg. |

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 817

Printed by 71334 at 8/21/24 10:11 AM

MC_002668

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

- Repeat effective/tolerated dose per ordered frequency as needed

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/06/23 0150<br>Documented:<br>12/06/23 0150 | Given $ | 15 mg | Oral | Performed by: Kaelin E Sandberg, RN<br>Scanned Package: 42858-001-10, 42858-001-10, 42858-001-10 |
| Performed 12/05/23 2116<br>Documented:<br>12/05/23 2117 | Given $ | 15 mg | Oral | Performed by: Kaelin E Sandberg, RN<br>Scanned Package: 42858-001-10, 42858-001-10, 42858-001-10 |
| Performed 12/05/23 1707<br>Documented:<br>12/05/23 1708 | Given $ | 15 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 42858-001-10, 42858-001-10, 42858-001-10 |
| Performed 12/05/23 1301<br>Documented:<br>12/05/23 1301 | Given $ | 10 mg | Oral | Performed by: Erin Whitehouse, RN<br>Scanned Package: 42858-001-10, 42858-001-10 |
| Performed 12/05/23 0842<br>Documented:<br>12/05/23 0845 | Given $ | 10 mg | Oral | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 42858-001-10, 42858-001-10 |
| Performed 12/05/23 0214<br>Documented:<br>12/05/23 0214 | Given $ | 10 mg | Oral | Performed by: Russel E Villamante, RN<br>Scanned Package: 42858-001-10, 42858-001-10 |

### povidone-iodine (BETADINE) 10 % topical soln [755712091]

| | |
|---|---|
| Ordering Provider: Zachary B Adler, MD | Status: Discontinued (Past End Date/Time), Reason: Treatment complete |
| Ordered On: 12/04/23 1140 | Frequency: INTRAPROCEDURAL PRN |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1140<br>Documented:<br>12/04/23 1140 | Given $ | 59 mL | Irrigation<br>Knee | Performed by: Zachary B Adler, MD<br>Documented by: Murinda L McCuller, RN<br>Comments: Mixed with 1000ml of irrigation saline |

### rivaroxaban (Xarelto) tablet 10 mg [755800392]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/05/23 0800 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 10 mg (17/21) | Route: Oral |
| Frequency: Q AM | Ordered Rate/Order Duration: — / — |
| Admin Instructions: Take with food. | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 818

Printed by 71334 at 8/21/24 10:11 AM

MC_002669

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 12/08/23 0813 Documented: 12/08/23 0814 | Given $ | 10 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 50458-580-01 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 10 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 50458-580-01 |
| Performed 12/06/23 0810 Documented: 12/06/23 0810 | Given $ | 10 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 50458-580-01 |
| Performed 12/05/23 0842 Documented: 12/05/23 0845 | Given $ | 10 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 50458-580-01 |

### ropivacaine-EPINEPHrine-cloNIDine-ketoROLAC (R.E.C.K.) 2.46-0.005-0.0008-0.3 mg/mL 50 mL [751916294]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 12/04/23 1007 | Starts/Ends: 12/04/23 1007 - 12/04/23 1511 |
| Ordered Dose (Remaining/Total): 50 mL (—/—) | Route: Intra-articular |
| Frequency: INTRAPROCEDURAL PRN | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1428 Documented: 12/04/23 1429 | Given $ | 50 mL | Intra-articular Knee | Performed by: Zachary B Adler, MD Documented by: Murinda L McCuller, RN |

### rosuvastatin (Crestor) tablet 20 mg [755800268]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 2100 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 20 mg (—/—) | Route: Oral |
| Frequency: BEDTIME | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/07/23 2037 Documented: 12/07/23 2037 | Given $ | 20 mg | Oral | Performed by: Woodetta Maulana, RN Scanned Package: 16714-988-01, 16714-988-01, 16714-988-01, 16714-988-01 |
| Performed 12/06/23 2033 Documented: 12/06/23 2034 | Given $ | 20 mg | Oral | Performed by: David Lechich, RN Scanned Package: 16714-988-01, 16714-988-01, 16714-988-01, 16714-988-01 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 819

Printed by 71334 at 8/21/24 10:11 AM

MC_002670

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 12/05/23 2117 Documented: 12/05/23 2118 | Given $ | 20 mg | Oral | Performed by: Kaelin E Sandberg, RN Scanned Package: 16714-988-01, 16714-988-01, 16714-988-01, 16714-988-01 |
| Performed 12/04/23 2046 Documented: 12/04/23 2047 | Given $ | 20 mg | Oral | Performed by: Russel E Villamante, RN Scanned Package: 16714-988-01, 16714-988-01, 16714-988-01, 16714-988-01 |

### saline flush (NS) 0.9% NaCl inj 5-80 mL [751916285]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 12/04/23 0957 | Starts/Ends: 12/04/23 1400 - 12/04/23 1511 |
| Ordered Dose (Remaining/Total): 5-80 mL (—/—) | Route: Intravenous |
| Frequency: Q8H | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1400 Documented: 12/04/23 1511 | Canceled Entry — | — | | Performed by: Yu Min Ni, RN Comments: Automatically canceled at discontinue of medication order |

### saline flush (NS) 0.9% NaCl inj 5-80 mL [755656323]

| | |
|---|---|
| Ordering Provider: David Lai, MD | Status: Discontinued (Past End Date/Time), Reason: Discontinued by provider |
| Ordered On: 12/04/23 1442 | Starts/Ends: 12/04/23 1445 - 12/04/23 1734 |
| Ordered Dose (Remaining/Total): 5-80 mL (—/—) | Route: Intravenous |
| Frequency: Q8H | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose / Rate / Duration | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1445 Documented: 12/04/23 1734 | Canceled Entry — | — | | Performed by: Processing. Auto Comments: Automatically canceled at discontinue of medication order |

### saline flush (NS) 0.9% NaCl inj 5-80 mL [755800289]

| | |
|---|---|
| Ordering Provider: Shane Turner, PA-C | Status: Discontinued (Past End Date/Time), Reason: Patient discharged |
| Ordered On: 12/04/23 1747 | Starts/Ends: 12/04/23 2200 - 12/08/23 1840 |
| Ordered Dose (Remaining/Total): 5-80 mL (—/—) | Route: Intravenous |
| Frequency: Q8H | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 1400 Documented: 12/08/23 1625 | Canceled Entry — | | Intravenous | Performed by: Cheryl Hendren, RN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 820

Printed by 71334 at 8/21/24 10:11 AM

MC_002671

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 12/08/23 0556<br>Documented:<br>12/08/23 0556 | Given $ | 10 mL | Intravenous | Performed by: Woodetta Maulana, RN<br>Scanned Package: 63807-10001 |
| Performed 12/07/23 2240<br>Documented:<br>12/07/23 2039 | Held | 0 mL | Intravenous | Performed by: Woodetta Maulana, RN |
| Performed 12/07/23 2037<br>Documented:<br>12/07/23 2038 | Given $ | 10 mL | Intravenous | Performed by: Woodetta Maulana, RN<br>Scanned Package: 63807-10001 |
| Performed 12/07/23 1400<br>Documented:<br>12/07/23 1506 | Canceled Entry — | | Intravenous | Performed by: Cheryl Hendren, RN |
| Performed 12/07/23 0608<br>Documented:<br>12/07/23 0609 | Given $ | 10 mL | Intravenous | Performed by: Gladys M Alim, LPN<br>Scanned Package: 63807-10001 |
| Performed 12/06/23 2200<br>Documented:<br>12/06/23 2137 | Canceled Entry — | | Intravenous | Performed by: David Lechich, RN |
| Performed 12/06/23 1407<br>Documented:<br>12/06/23 1407 | Given $ | 10 mL | Intravenous | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 63807-10001 |
| Performed 12/06/23 0600<br>Documented:<br>12/06/23 0604 | Given $ | 10 mL | Intravenous | Performed by: Kaelin E Sandberg, RN |
| Performed 12/05/23 2200<br>Documented:<br>12/05/23 2124 | Given $ | 10 mL | Intravenous | Performed by: Kaelin E Sandberg, RN |
| Performed 12/05/23 1707<br>Documented:<br>12/05/23 1708 | Given $ | 10 mL | Intravenous | Performed by: Kelly D Jameyson, RN<br>Scanned Package: 63807-10001 |
| Performed 12/05/23 1400<br>Documented:<br>12/05/23 1446 | Canceled Entry — | | Intravenous | Performed by: Kelly D Jameyson, RN |
| Performed 12/05/23 0622<br>Documented:<br>12/05/23 0622 | Given $ | 10 mL | Intravenous | Performed by: Russel E Villamante, RN<br>Scanned Package: 63807-10001 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 821

Printed by 71334 at 8/21/24 10:11 AM

MC_002672

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | |
|---|---|---|---|
| Performed 12/04/23 2200 Documented: 12/04/23 2103 | Canceled Entry — | Intravenous | Performed by: Russel E Villamante, RN |

---

#### senna-docusate (Senexon-S) 8.6-50 MG tablet 2 Tablet [755800311]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/04/23 1747
Ordered Dose (Remaining/Total): 2 Tablet (—/—)
Frequency: BID

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 12/04/23 2100 - 12/08/23 1840
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0812 Documented: 12/08/23 0814 | Given $ | 2 Tablet | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 63739-432-02, 63739-432-02 |
| Performed 12/07/23 2036 Documented: 12/07/23 2037 | Given $ | 2 Tablet | Oral | Performed by: Woodetta Maulana, RN Scanned Package: 63739-432-02, 63739-432-02 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 2 Tablet | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 63739-432-02, 63739-432-02 |
| Performed 12/06/23 2033 Documented: 12/06/23 2034 | Given $ | 2 Tablet | Oral | Performed by: David Lechich, RN Scanned Package: 63739-432-02, 63739-432-02 |
| Performed 12/06/23 0809 Documented: 12/06/23 0809 | Given $ | 2 Tablet | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 63739-432-02, 63739-432-02 |
| Performed 12/05/23 2117 Documented: 12/05/23 2118 | Given $ | 2 Tablet | Oral | Performed by: Kaelin E Sandberg, RN Scanned Package: 63739-432-02, 63739-432-02 |
| Performed 12/05/23 0842 Documented: 12/05/23 0845 | Given $ | 2 Tablet | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 63739-432-02, 63739-432-02 |
| Performed 12/04/23 2047 Documented: 12/04/23 2047 | Given $ | 2 Tablet | Oral | Performed by: Russel E Villamante, RN Scanned Package: 63739-432-02, 63739-432-02 |

---

#### sodium chloride irrigation (NS Irrigation) 0.9 % irrigation soln [755712092]

Ordering Provider: Zachary B Adler, MD

Status: Discontinued (Past End Date/Time), Reason: Treatment

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 822

Printed by 71334 at 8/21/24 10:11 AM

MC_002673

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Medication Administrations (continued)**

Ordered On: 12/04/23 1141

complete
Frequency: INTRAPROCEDURAL PRN

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1140 Documented: 12/04/23 1141 | Given $ | 1,000 mL | Irrigation Knee | Performed by: Zachary B Adler, MD Documented by: Murinda L McCuller, RN Comments: Mixed with 59ml of betadine solution |

### vancomycin (VANCOCIN) [755800396]

Ordering Provider: Zachary B Adler, MD

Ordered On: 12/04/23 1357

Status: Discontinued (Past End Date/Time), Reason: Treatment complete
Frequency: INTRAPROCEDURAL PRN

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1325 Documented: 12/04/23 1358 | Given $ | 1 g | Other Knee | Performed by: Zachary B Adler, MD Documented by: Rian C Schneider, RN Comments: Periarticular, mixed with bone cement, femoral side |
| Performed 12/04/23 1321 Documented: 12/04/23 1357 | Given $ | 1 g | Other Knee | Performed by: Zachary B Adler, MD Documented by: Rian C Schneider, RN Comments: Periarticular, mixed with bone cement. Tibial side |

### verapamil (CALAN SR) tablet SR 240 mg [755800269]

Ordering Provider: Shane Turner, PA-C

Ordered On: 12/04/23 1747
Ordered Dose (Remaining/Total): 240 mg (---/---)
Frequency: DAILY
Admin Instructions: Do not crush or chew

Status: Discontinued (Past End Date/Time), Reason: Patient discharged
Starts/Ends: 12/05/23 0900 - 12/08/23 1840
Route: Oral
Ordered Rate/Order Duration: --- / ---

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 12/08/23 0813 Documented: 12/08/23 0814 | Given $ | 240 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 75834-159-01 |
| Performed 12/07/23 0808 Documented: 12/07/23 0809 | Given $ | 240 mg | Oral | Performed by: Cheryl Hendren, RN Scanned Package: 75834-159-01 |
| Performed 12/06/23 0810 Documented: 12/06/23 0810 | Given $ | 240 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 75834-159-01 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 823

Printed by 71334 at 8/21/24 10:11 AM

MC_002674

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Medication Administrations (continued)

| | | | |
|---|---|---|---|
| Performed 12/05/23 Given $ 0842 Documented: 12/05/23 0845 | 240 mg | Oral | Performed by: Kelly D Jameyson, RN Scanned Package: 75834-159-01 |

### Water For Irrigation, Sterile SOLN [755712089]

Ordering Provider: Zachary B Adler, MD

Ordered On: 12/04/23 1136

Status: Discontinued (Past End Date/Time), Reason: Treatment complete
Frequency: INTRAPROCEDURAL PRN

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 12/04/23 1136 Documented: 12/04/23 1136 | Given $ | 1,000 mL | --- | Performed by: Zachary B Adler, MD Documented by: Murinda L McCuller, RN Comments: dispensed to sterile field for instrumentation |

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Other Orders - Procedures

#### Admit

##### PLACE IN OBSERVATION [755800417] (Discontinued)

Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805**                    Status: **Discontinued**
Ordering user: Shane Turner, PA-C 12/03/23 1805          Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                         Ordering mode: Standard
Cosigning events
1. Electronically cosigned by Zachary B Adler, MD 12/04/23 1554 for Ordering
2. Electronically cosigned by Zachary B Adler, MD 12/05/23 1003 for Discontinuing
Frequency: Routine Once 12/04/23 1530 - 1 occurrence          Class: MHS IP Normal
Quantity: 1                                                    Instance released by: Jilleen Lowe, RN (auto-released) 12/4/2023 3:15 PM

Discontinued by: Shane Turner, PA-C 12/05/23 0627

###### Questionnaire

| Question | Answer |
|---|---|
| Estimated length of stay? | 1 |
| Dx: | Patellar tendon rupture, left, subsequent encounter |

###### Updates

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Adm: 12/4/2023, D/C: 12/8/2023

Page 824                                          Printed by 71334 at 8/21/24 10:11 AM

MC_002675

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Level of care: Adult Med/Surg                    Patient class: Observation/Overnight
Service: Overnight Observation

Order comments: Pain management

#### ADMIT AS INPATIENT [755904391] (Completed)

Electronically signed by: **Shane Turner, PA-C on 12/05/23 0627**                    Status: **Completed**
Ordering user: Shane Turner, PA-C 12/05/23 0627          Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                        Ordering mode: Standard
Cosigning events
Electronically cosigned by Zachary B Adler, MD 12/05/23 1003 for Ordering
Frequency: Routine Once 12/05/23 0630 - 1 occurrence     Class: MHS IP Normal
Quantity: 1                                              Instance released by: Shane Turner, PA-C (auto-released)
                                                         12/5/2023 6:28 AM

##### Questionnaire

| Question | Answer |
| --- | --- |
| Dx: | Patellar tendon rupture, left, subsequent encounter |
| Estimated length of stay? | 1 |

##### Updates

Level of care: Adult Med/Surg                    Patient class: Inpatient

#### ADMIT AS INPATIENT [755904394] (Completed)

Electronically signed by: **Shane Turner, PA-C on 12/05/23 0713**                    Status: **Completed**
Ordering user: Shane Turner, PA-C 12/05/23 0713          Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                        Ordering mode: Standard
Cosigning events
Electronically cosigned by Zachary B Adler, MD 12/05/23 1003 for Ordering
Frequency: Routine Once 12/05/23 0715 - 1 occurrence     Class: MHS IP Normal
Quantity: 1                                              Instance released by: Shane Turner, PA-C (auto-released)
                                                         12/5/2023 7:13 AM

##### Questionnaire

| Question | Answer |
| --- | --- |
| Dx: | Patellar tendon rupture, left, subsequent encounter |
| Estimated length of stay? | 3 |

##### Updates

Level of care: Adult Med/Surg                    Patient class: Inpatient

### Code Status

#### CODE STATUS - FULL CODE [755800412] (Discontinued)

Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805**                    Status: **Discontinued**
Ordering user: Shane Turner, PA-C 12/03/23 1805          Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                        Ordering mode: Standard
Frequency: Routine Continuous 12/04/23 1445 - Until Specified    Class: MHS IP Normal
Quantity: 1                                              Code status: Full Code
Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023    Discontinued by: User Transmittal 12/04/23 1747
2:43 PM

#### CODE STATUS - FULL CODE [755800426] (Active)

Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330**                    Status: **Active**
Ordering user: Shane Turner, PA-C 12/04/23 1330          Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                        Ordering mode: Standard

MC_002676

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Frequency: Routine Continuous 12/04/23 1800 - Until Specified     Class: MHS IP Normal
Quantity: 1                                                      Code status: Full Code
Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM
Order comments: If patient stays beyond 24 hours, contact physician to update code status

### Diet

#### Base Diet Type? NPO [755656357] (Discontinued)

Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805**                Status: **Discontinued**
Ordering user: Shane Turner, PA-C 12/03/23 1805       Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                         Ordering mode: Standard
Frequency: Routine Start Now 12/04/23 1000 - Until Specified    Class: MHS IP Normal
Quantity: 1                                                Instance released by: Julia Gould, RN (auto-released) 12/4/2023
                                                            9:57 AM
Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

##### Questionnaire

| Question | Answer |
|---|---|
| Base Diet Type? | NPO |

Order comments: May take routine medications per Anesthesia with sips of water.

#### General/Age Appropriate; Thin Liquids [755904377] (Active)

Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330**                   Status: **Active**
Ordering user: Shane Turner, PA-C 12/04/23 1330       Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                         Ordering mode: Standard
Frequency: Routine Start Now 12/04/23 1800 - Until Specified    Class: MHS IP Normal
Quantity: 1                                                Instance released by: Kristian P Figueroa, RN (auto-released)
                                                            12/4/2023 5:47 PM

##### Questionnaire

| Question | Answer |
|---|---|
| Base Diet Type? | General/Age Appropriate |
| Liquid Consistency? | Thin Liquids |

### Diet Supplement

#### DIET PO SUPPLEMENT - Boost Compact [755904379] (Discontinued)

Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330**                   Status: **Discontinued**
Ordering user: Shane Turner, PA-C 12/04/23 1330       Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                         Ordering mode: Standard
Frequency: Routine Start Now 12/05/23 0400 - Until Specified    Class: MHS IP Normal
Quantity: 1                                                Instance released by: Kristian P Figueroa, RN (auto-released)
                                                            12/4/2023 5:47 PM
Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

### Discharge

#### DISCHARGE PATIENT [755904412] (Completed)

Electronically signed by: **Shane Turner, PA-C on 12/07/23 0730**                   Status: **Completed**
Ordering user: Shane Turner, PA-C 12/07/23 0730       Ordering provider: Shane Turner, PA-C
Authorized by: Shane Turner, PA-C                         Ordering mode: Standard
Frequency: Routine Once 12/07/23 0730 - 1 occurrence       Class: MHS IP Normal
Quantity: 1                                                Instance released by: Shane Turner, PA-C (auto-released)
                                                            12/7/2023 7:30 AM

##### Updates

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE           MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023
Page 826                                                        Printed by 71334 at 8/21/24 10:11 AM

MC_002677

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Discharge date and time: 12/7/2023 Morning
Discharge destination: Home

Discharge disposition: Home

#### DISCHARGE PATIENT [757084459] (Completed)

Electronically signed by: **Shane Turner, PA-C on 12/08/23 0726**                                        Status: **Completed**
Ordering user: Shane Turner, PA-C 12/08/23 0726
Authorized by: Shane Turner, PA-C
Frequency: Routine Once 12/08/23 0730 - 1 occurrence
Quantity: 1

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal
Instance released by: Shane Turner, PA-C (auto-released)
12/8/2023 7:26 AM

##### Updates

Discharge date and time: 12/8/2023 Morning
Discharge destination: Home

Discharge disposition: Home

### Monitor

#### CARDIAC MONITOR [7558004403] (Discontinued)

Electronically signed by: **David Lai, MD on 12/04/23 0849**                                        Status: **Discontinued**
Ordering user: David Lai, MD 12/04/23 0849
Authorized by: David Lai, MD
Frequency: Routine Per Unit Standard 12/04/23 1445 - Until
Specified
Quantity: 1

Ordering provider: David Lai, MD
Ordering mode: Standard
Class: MHS IP Normal

Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023
2:42 PM

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

##### Updates

Accommodation code: Med/Surg Telemetry

Order comments: PACU ONLY ORDER.

### Patient Care

#### SHOWER - AM of surgery [755656343] (Discontinued)

Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805**                                        Status: **Discontinued**
Ordering user: Shane Turner, PA-C 12/03/23 1805
Authorized by: Shane Turner, PA-C
Frequency: Routine Once 12/04/23 1000 - 1 occurrence
Quantity: 1

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal
Instance released by: Julia Gould, RN (auto-released) 12/4/2023
9:57 AM

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Chlorohexidine shower AM of surgery.

#### VITAL SIGNS - Per unit standard [755656346] (Discontinued)

Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805**                                        Status: **Discontinued**
Ordering user: Shane Turner, PA-C 12/03/23 1805
Authorized by: Shane Turner, PA-C
Frequency: Routine Per Unit Standard 12/04/23 1000 - Until
Specified
Quantity: 1

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal

Instance released by: Julia Gould, RN (auto-released) 12/4/2023
9:57 AM

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Including respiratory rate and oxygen saturation every 15 minutes while titrating vasoactive infusions and at least
hourly while infusions continue.

#### RN ASSESSMENT [755656350] (Discontinued)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 827                                        Printed by 71334 at 8/21/24 10:11 AM

MC_002678

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Identify any special needs for discharge.

### DEVICE SEQ COMPRESS W/SLEEVE [755656352] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

#### Questionnaire

| Question | Answer |
|---|---|
| Type of SCD | KNEE HIGH |

### NURSING COMMUNICATION (MISC) Scrub surgical site with Chlorohexidine wipes x 3; AM of surgery. [755656354] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Scrub surgical site with Chlorohexidine wipes x 3; AM of surgery.

### IV MAINTENANCE [755656356] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1000 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

### VITAL SIGNS [755800402] (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD |
| Authorized by: David Lai, MD | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 12/04/23 1445 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

### NOTIFY PROVIDER (ONGOING) Notify provider if any of the following changes are noted during cardiac monitoring: 1) Change from the baseline rhythm 2) New arrhythmia 3) ST segment changes [755800404] (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD |
| Authorized by: David Lai, MD | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1445 - Until Specified | Class: MHS IP Normal |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 828

Printed by 71334 at 8/21/24 10:11 AM

MC_002679

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | |
|---|---|
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Notify provider if any of the following changes are noted during cardiac monitoring:   1) Change from the baseline rhythm    2) New arrhythmia    3) ST segment changes

### NOTIFY PROVIDER (ONGOING) If pain is uncontrolled or if Resp Rate is LESS THAN 8 breaths/min. PACU ONLY ORDER. [755800407] (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD |
| Authorized by: David Lai, MD | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 12/04/23 1445 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: If pain is uncontrolled or if Resp Rate is LESS THAN 8 breaths/min. PACU ONLY ORDER.

### IV MAINTENANCE [755800408] (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD |
| Authorized by: David Lai, MD | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1445 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

### DISCHARGE INSTRUCTIONS May discharge patient from PACU when meets modified Aldrete score greater than or equal to 8. [755800410] (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD |
| Authorized by: David Lai, MD | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1445 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: May discharge patient from PACU when meets modified Aldrete score greater than or equal to 8.

### CONDITION OF PATIENT ADULT [755800413] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1445 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:43 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

#### Questionnaire

| Question | Answer |
|---|---|
| Condition of patient on admission | STABLE |

### DRESSING CHANGE [755800284] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine PRN 12/04/23 1746 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Released by: Kristian P Figueroa, RN 12/04/23 1746 |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 829
Printed by 71334 at 8/21/24 10:11 AM

MC_002680

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Acknowledged: Russel E Villamante, RN 12/04/23 1935 for Placing Order
Order comments: Change or reinforce dressing as needed. Change to Honeycomb dressing morning of postop day 2. Black mesh must remain intact.

#### BLADDER SCAN [755800286] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine PRN 12/04/23 1746 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Released by: Kristian P Figueroa, RN 12/04/23 1746 |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Acknowledged: Russel E Villamante, RN 12/04/23 1935 for Placing Order
Order comments: If unable to void

#### NEUROVASCULAR CHECKS - with vital signs [755800419] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:46 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: Q30 min x 2 then Q1H for 3 hours, then Q4H for 48 hours, then per routine.

#### ELEVATE HOB [755800420] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:46 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: 30 degrees

#### ELEVATE - heels [755800421] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:46 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

#### ICE PACK [755800422] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:46 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: Apply to operative area for 30 minutes Q2H for 48 hours

#### DEVICE SEQ COMPRESS W/SLEEVE [755800424] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 830

Printed by 71334 at 8/21/24 10:11 AM

MC_002681

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

Frequency: Routine Once 12/04/23 1800 - 1 occurrence
Quantity: 1

Class: MHS IP Normal
Instance released by: Kristian P Figueroa, RN (auto-released)
12/4/2023 5:46 PM

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

#### Questionnaire

| Question | Answer |
|----------|--------|
| Type of SCD | KNEE HIGH |

### BATHROOM PRIVILEGES [755800273] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |

Ordering user: Shane Turner, PA-C 12/04/23 1330
Authorized by: Shane Turner, PA-C
Frequency: Routine PRN 12/04/23 1746 - Until Specified
Quantity: 1
Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Acknowledged: Russel E Villamante, RN 12/04/23 1935 for Placing Order

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal
Released by: Kristian P Figueroa, RN 12/04/23 1747

### UP IN CHAIR [755800274] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |

Ordering user: Shane Turner, PA-C 12/04/23 1330
Authorized by: Shane Turner, PA-C
Frequency: Routine PRN 12/04/23 1746 - Until Specified
Quantity: 1
Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Acknowledged: Russel E Villamante, RN 12/04/23 1935 for Placing Order

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal
Released by: Kristian P Figueroa, RN 12/04/23 1747

### UP AS TOLERATED [755800275] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |

Ordering user: Shane Turner, PA-C 12/04/23 1330
Authorized by: Shane Turner, PA-C
Frequency: Routine PRN 12/04/23 1746 - Until Specified
Quantity: 1
Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Acknowledged: Russel E Villamante, RN 12/04/23 1935 for Placing Order

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal
Released by: Kristian P Figueroa, RN 12/04/23 1747

### AMBULATE WITH ASSISTANCE [755800276] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |

Ordering user: Shane Turner, PA-C 12/04/23 1330
Authorized by: Shane Turner, PA-C
Frequency: Routine PRN 12/04/23 1746 - Until Specified
Quantity: 1
Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Acknowledged: Russel E Villamante, RN 12/04/23 1935 for Placing Order
Order comments: Nurse to assist at all times

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal
Released by: Kristian P Figueroa, RN 12/04/23 1747

### HAVE PATIENT ATTEMPT TO VOID [755800285] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |

Ordering user: Shane Turner, PA-C 12/04/23 1330
Authorized by: Shane Turner, PA-C
Frequency: Routine PRN 12/04/23 1746 - Until Specified
Quantity: 1
Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Acknowledged: Russel E Villamante, RN 12/04/23 1935 for Placing Order

Ordering provider: Shane Turner, PA-C
Ordering mode: Standard
Class: MHS IP Normal
Released by: Kristian P Figueroa, RN 12/04/23 1747

### CONDITION OF PATIENT ADULT [755800427] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 831

Printed by 71334 at 8/21/24 10:11 AM

MC_002682

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| | |
|---|---|
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

**Questionnaire**

| Question | Answer |
|---|---|
| Condition of patient on admission | STABLE |

### VITAL SIGNS [755800428] (Discontinued)

| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
|---|---|
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: Q30 min x 2 then Q1H for 3 hours, then Q4H for 48 hours, then per routine.

### RN ASSESSMENT [755904367] (Discontinued)

| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
|---|---|
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: Assess for bleeding, nausea/vomitting, uncontrolled pain and skin intergrity.

### INTAKE AND OUTPUT [755904368] (Discontinued)

| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
|---|---|
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: For 72 hours.

### WEIGHT- Daily [755904369] (Discontinued)

| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
|---|---|
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Daily 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

### IV MAINTENANCE [755904371] (Discontinued)

| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
|---|---|
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 832

Printed by 71334 at 8/21/24 10:11 AM

MC_002683

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | |
|---|---|
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

---

#### NOTIFY PROVIDER OF ELEVATED TEMP NOTIFY IF TEMP IS GREATER THAN: 38.5 C or 101 F [755904373] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: NOTIFY IF TEMP IS GREATER THAN: 38.5 C or 101 F

---

#### TURN COUGH AND DEEP BREATHE [755904376] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

---

#### ADVANCE DIET AS TOLERATED POD #0 clear liquids and advance slowly to soft diet if patient is without nausea or vomiting. POD #1 check for bowel sounds and assess for flatus or bowel movement since surgery. If only bowel sounds present continue wit... [755904378] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: POD #0 clear liquids and advance slowly to soft diet if patient is without nausea or vomiting. POD #1 check for bowel sounds and assess for flatus or bowel movement since surgery. If only bowel sounds present continue with soft diet. If flatus is also present then advance to high fiber age appropriate diet. Mobilize patient as soon as possible after surgery to stimulate bowel and bladder function. Continue IV fluids until tolerating full PO.

---

#### PT TREAT [755904382] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

---

#### OT TREAT [755904384] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Mary E Houston, OTR/L 12/07/23 1108

---

#### WEIGHT BEARING - non [755904386] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 833

Printed by 71334 at 8/21/24 10:11 AM

MC_002684

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

| | |
|---|---|
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

Questionnaire

| Question | Answer |
|---|---|
| Instructions | NON |

Order comments: NON weight Bearing on operated limb

### Respiratory Therapy

#### STANDARD PULSE OXIMETRY on admission [755656347] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C | |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard | |
| Frequency: Routine Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM | |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

#### CONTINUOUS PULSE OXIMETRY [755800405] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: Routine Continuous 12/04/23 1445 - Until Specified | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM | |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

#### OXYGEN - For PACU only [755800409] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD | |
| Authorized by: David Lai, MD | Ordering mode: Standard | |
| Frequency: Routine Continuous 12/04/23 1445 - Until Specified | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM | |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

Questionnaire

| Question | Answer |
|---|---|
| ENTER OXYGEN L/m | 6-15 |
| SELECT DEVICE TO DELIVER OXYGEN | MASK |
| Titrate O2 to keep Sats greater than or equal to: (Please specify LPM and O2 Saturation Goal) | 93% |

Order comments: On arrival to PACU wean to either nasal canula or room air as tolerated. PACU ONLY ORDER

#### STANDARD PULSE OXIMETRY [755904374] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C | |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard | |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM | |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 834

Printed by 71334 at 8/21/24 10:11 AM

MC_002685

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

### INCENTIVE SPIROMETER [755904375] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Q1h 12/04/23 1800 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

**Other Orders - Orders (group 1 of 2)**

**IP Consult**

### CONSULT TO ANESTHESIA - CONTINUOUS NERVE BLOCK PLACEMENT [751916292] (Cancel Held)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Cancel Held** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/03/23 1815 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | |

Canceled by: Order Context Poc Ordcontextauto 12/16/23 0002

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for consult: | Peripheral Nerve Block |

Order comments: Indication: Postop Pain Control.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 835

Printed by 71334 at 8/21/24 10:11 AM

MC_002686

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Other Orders - Orders (group 2 of 2)

### Nsg Complete

**MD TO RN COMMUNICATION Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079. [755656342] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1000 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079.

**HEIGHT/WEIGHT ON ADMISSION [755656348] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

**MD TO RN COMMUNICATION IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC. [755656349] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1000 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC.

**ORDER TED HOSE - KNEE HIGH [755656351] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

#### Questionnaire

| Question | Answer |
|---|---|
| Type of Ted hose | KNEE HIGH |

Order comments: <!--EPICS--> Measure patient then place order for correct size Ted hose <!--EPICE-->

**VTE MD TO RN COMMUNICATION SCD in place while patient is in bed. [755656353] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 12/04/23 1000 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: SCD in place while patient is in bed.

| ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|
| 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98405-1702 | Adm: 12/4/2023, D/C: 12/8/2023 |

Page 836

Printed by 71334 at 8/21/24 10:11 AM

MC_002687

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Other Orders - Orders (group 2 of 2) (continued)

### INSERT IV [755656355] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: <!--EPICS--> Order Saline Flush per policy as indicated to maintain IV. <BR> <BR> See policy: Title: &quot;IV Therapy: Peripheral IV Device Site Selection, Insertion, Maintenance, and Discontinuation&quot; for more information. <!--EPICE-->

### COLLECT POCT - BLOOD GLUCOSE [755656358] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: STAT Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]

### COLLECT POCT - BLOOD GLUCOSE Preop POCT blood glucose if: • Known diabetic or BMI > 30 (inpatient or outpatient) • Age > 45 AND inpatient / overnight stay Notify anesthesiologist for blood glucose > 180 or < 70. [755656359] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Jaynee Krzywicki, RN on 11/20/23 0902** | Status: **Discontinued** |
| Ordering user: Jaynee Krzywicki, RN 11/20/23 0902 | Ordering provider: Zachary B Adler, MD |
| Authorized by: Zachary B Adler, MD | Ordering mode: Per Protocol - NO COSIGN needed |
| Frequency: STAT Once 12/04/23 1000 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Julia Gould, RN (auto-released) 12/4/2023 9:57 AM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Preop POCT blood glucose if: • Known diabetic or BMI > 30 (inpatient or outpatient) • Age > 45 AND inpatient / overnight stay Notify anesthesiologist for blood glucose > 180 or < 70.

### PAIN ASSESSMENT [755800406] (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD |
| Authorized by: David Lai, MD | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 12/04/23 1445 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: PACU ONLY ORDER.

### MD TO RN COMMUNICATION Discontinue all PACU only orders upon discharge from PACU [755800411] (Discontinued)

| | |
|---|---|
| Electronically signed by: **David Lai, MD on 12/04/23 0849** | Status: **Discontinued** |
| Ordering user: David Lai, MD 12/04/23 0849 | Ordering provider: David Lai, MD |
| Authorized by: David Lai, MD | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1445 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:42 PM |

Discontinued by: Processing. Auto 12/04/23 1734 [Canceled by Physician]
Order comments: Discontinue all PACU only orders upon discharge from PACU

### INITIATE FOLEY CATHETER UTILIZATION PROTOCOL PREOPERATIVE The following patients are not appropriate for Foley Avoidance Surgery: i. Bilateral Total Joint Surgeries ii. Men: positive screening questions 1. Hx of Urethral Stricture Disease 2. Hx of... [755800414] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/03/23 1805** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/03/23 1805 | Ordering provider: Shane Turner, PA-C |

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 837

Printed by 71334 at 8/21/24 10:11 AM

MC_002688

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Other Orders - Orders (group 2 of 2) (continued)**

| | |
|---|---|
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1445 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Yu Min Ni, RN (auto-released) 12/4/2023 2:43 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: The following patients are not appropriate for Foley Avoidance Surgery: i.         Bilateral Total Joint Surgeries ii.         Men: positive screening questions 1.         Hx of Urethral Stricture Disease 2.   Hx of Urinary Retention 3.   Hx of Pelvic Radiation iii.         Women: positive screening questions 1.         Hx of Pelvic Organ Prolapse 2.         Hx of Prior Pelvic Surgery including Hysterectomy 3. Hx of Pelvic Radiation  If there are no exclusions:  Instruct patient to void and then perform a bladder scan. If the post void residual is:  1: less than or equal to 200 ml, Surgery proceeds without a urinary catheter.  2: 201 to 400 ml, ask patient to void again and rescan. If second PVR is     less than or equal to 200 ml then proceed with surgery without a catheter. If 200 to         400 ml then catheter placed at surgeon discretion 4: Greater than 400 ml, Surgery proceeds with catheter placed in OR

### ORDER TED HOSE (GCS) - Knee High [755800423] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C | |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard | |
| Frequency: Routine Once 12/04/23 1800 - 1 occurrence | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023  5:46 PM | |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

**Questionnaire**

| Question | Answer |
|---|---|
| Type of Ted hose | KNEE HIGH |

Order comments: Measure patient then place order for correct size Ted hose

### VTE MD TO RN COMMUNICATION SCD in place while patient is in bed. [755800425] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C | |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard | |
| Frequency: Routine Continuous 12/04/23 1800 - Until Specified | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023  5:46 PM | |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: SCD in place while patient is in bed.

### INITIATE FOLEY CATHETER UTILIZATION PROTOCOL POST OPERATIVE Perform bladder scan if patient is unable to void within six hours of surgery start. If PVR is: 1. greater than 400 ml  insert a urinary catheter and remove next post-op day. 2. 201 to 4... [755904370] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C | |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard | |
| Frequency: Routine Once 12/04/23 1800 - 1 occurrence | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023  5:47 PM | |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: Perform bladder scan if patient is unable to void within six hours of surgery start.  If PVR is:  1. greater than 400 ml insert a urinary catheter and remove next post-op day.  2. 201 to 400 ml rescan every four hours - if failed second attempt then follow Nurse Driven Removal of Indwelling Urinary Catheter Protocol.*  3. Less than or equal to 200 ml No further intervention needed     *Urology consult recommended for any case failing the Nurse Driven Removal of Indwelling Urinary Catheter protocol.

### COURTESY NOTIFY [755904372] (Discontinued)

| | | |
|---|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C | |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard | |
| Frequency: Routine Once 12/04/23 1800 - 1 occurrence | Class: MHS IP Normal | |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 838

Printed by 71334 at 8/21/24 10:11 AM

MC_002689

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Other Orders - Orders (group 2 of 2) (continued)

12/4/2023 5:47 PM

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]

#### PT EVAL [755904381] (Completed)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Completed** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1800 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

#### OT EVAL [755904383] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1800 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Mary E Houston, OTR/L 12/07/23 1108 [Goals met]

#### INSTRUCT PATIENT Provide hand outs for post operative care after Total Knee replacement [755904385] (Discontinued)

| | |
|---|---|
| Electronically signed by: **Shane Turner, PA-C on 12/04/23 1330** | Status: **Discontinued** |
| Ordering user: Shane Turner, PA-C 12/04/23 1330 | Ordering provider: Shane Turner, PA-C |
| Authorized by: Shane Turner, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 12/04/23 1800 - 1 occurrence | Class: MHS IP Normal |
| Quantity: 1 | Instance released by: Kristian P Figueroa, RN (auto-released) 12/4/2023 5:47 PM |

Discontinued by: Processing. Auto 12/08/23 2240 [Patient discharged]
Order comments: Provide hand outs for post operative care after Total Knee replacement

### Flowsheets (group 1 of 3)

#### Admission Screening

| Row Name | 12/08/23 1200 | 12/08/23 0810 | 12/08/23 0329 | 12/07/23 2028 | 12/07/23 1500 |
|---|---|---|---|---|---|
| Patient Belongings | | | | | |
| Hearing Aid | — | — | None -WM | None -WM | — |

Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Site Assessment | Unable to assess - CH | Unable to assess - CH | Unable to assess - WM | Unable to assess - WM | Unable to assess - CH |
| Peri-wound skin | Normal for patient - CH | Normal for patient - CH | — | — | Normal for patient - CH |
| Wound Closure | Unable to assess - CH | Unable to assess - CH | Unable to assess - WM | Unable to assess - WM | Unable to assess - CH |
| Dressing Type | Elastic bandage -CH | Elastic bandage -CH | Elastic bandage - WM | Elastic bandage - WM | Elastic bandage 🗎 PICO -CH |
| Dressing Status | Clean, dry, and intact -CH | Clean, dry, and intact -CH | Clean, dry, and intact -WM | Clean, dry, and intact -WM | Clean, dry, and intact -CH |
| Drainage Amount | — | Unable to assess - CH | — | — | Unable to assess - CH |
| Dressing Therapy | — | Negative pressure/wound therapy -CH | — | — | Negative pressure/wound therapy -CH |
| Dressing Device | Knee immobilizer - CH | Knee immobilizer - CH | — | — | Knee immobilizer - CH |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 839

Printed by 71334 at 8/21/24 10:11 AM

MC_002690

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| Row Name | 12/07/23 1200 | 12/07/23 0814 | 12/07/23 0800 | 12/07/23 0100 | 12/06/23 2100 |
|---|---|---|---|---|---|
| **2023 - 2024 SEASONAL INFLUENZA** | | | | | |
| Has patient received SEASONAL INFLUENZA vaccine this season | — | Yes -NB | — | — | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | — | — | — | None -WM | — |
| **Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION** | | | | | |
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Site Assessment | Unable to assess - CH | — | Unable to assess - CH | Unable to assess - WM | — |
| Peri-wound skin | Normal for patient - CH | — | Normal for patient - CH | Normal for patient - WM | — |
| Wound Closure | Unable to assess - CH | — | Unable to assess - CH | Unable to assess - WM | — |
| Dressing Type | Elastic bandage 📄 PICO -CH | — | Elastic bandage 📄 PICO -CH | Elastic bandage 📄 island dressing -WM | Elastic bandage -DL |
| Dressing Status | Clean, dry, and intact -CH | — | Clean, dry, and intact -CH | Clean, dry, and intact -WM | Clean, dry, and intact -DL |
| Drainage Amount | Unable to assess - CH | — | Unable to assess - CH | None -WM | — |
| Dressing Therapy | Negative pressure/wound therapy -CH | — | Negative pressure/wound therapy -CH | — | Negative pressure/wound therapy -DL |
| Dressing Device | Knee immobilizer - CH | — | Knee immobilizer - CH | — | Knee immobilizer - DL |

| Row Name | 12/06/23 1700 | 12/06/23 1408 | 12/06/23 0808 | 12/06/23 0742 | 12/06/23 0607 |
|---|---|---|---|---|---|
| **Advance Directives** | | | | | |
| Healthcare Directive | No, patient does not have advance directive for healthcare treatment -KS | — | — | — | — |
| **Discharge Planning** | | | | | |
| Lives With | Spouse/Domestic Partner;Daughter;Son -KS | — | — | — | — |
| Receives Help From | Family -KS | — | — | — | — |
| Anticipated Discharge Disposition | Home -KS | — | — | — | — |
| Who will pick you up when you are ready to leave the hospital? | Stephen Larocque (son) -KS | — | — | — | — |
| Contact Information | 253-273-70185 -KS | — | — | — | — |
| On home Oxygen? | No -KS | — | — | — | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | — | — | — | None -YL | None -KSA |
| Electronic Equipment | — | — | — | Cell Phone -YL | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 840                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002691

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Other Belongings | — | — | — | CPAP/BiPAP -YL | — |

Violence/Aggression Assessment Checklist (VAAC) - Only for use by RNs on non-Behavioral Health units.

| | | | | | |
|---|---|---|---|---|---|
| Attacking Objects/Hostile | — | — | — | No -YL | — |
| Violence/Aggress ion Assessment Level | — | — | — | No action required right now -YL | — |

Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | — | Sutures -KJ | Sutures -KJ | — | Sutures -KSA |
| Dressing Type | — | Elastic bandage -KJ | Elastic bandage -KJ | — | Elastic bandage - KSA |
| Dressing Status | — | Clean, dry, and intact -KJ | Clean, dry, and intact -KJ | — | Clean, dry, and intact -KSA |
| Dressing Therapy | — | — | Negative pressure/wound therapy -KJ | — | — |
| Dressing Device | — | Knee immobilizer - KJ | Knee immobilizer - KJ | — | Knee immobilizer - KSA |

| Row Name | 12/05/23 2121 | 12/05/23 1451 | 12/05/23 0752 | 12/05/23 0204 | 12/04/23 2125 |
|---|---|---|---|---|---|
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | — | — | — | No -RV |
| When you are discharged is it safe for you to go home? | — | — | — | — | Yes -RV |
| **Suicide Screen (Patient aged 12 years and older)** | | | | | |
| In the past month, Q1 - Have you wished you were dead or wished you could go to sleep and not wake up? | — | — | No -KJ | — | — |
| In the past month, Q2 - Have you actually had thoughts about killing yourself? | — | — | No -KJ | — | — |
| Q6 - Have you done anything, started to do anything, or prepared to do anything to end your life (Past 3 months, Past year, Over a year ago or Never)? | — | — | Never -KJ | — | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | None -KSA | — | None -KJ | None -RV | None -RV |

Violence/Aggression Assessment Checklist (VAAC) - Only for use by RNs on non-Behavioral Health units.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 841
Printed by 71334 at 8/21/24 10:11 AM

MC_002692

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Attacking Objects/Hostile | — | — | — | — | No -RV |
| Threats (A verbal outburst, more than just a raised voice, and where there is definite intent to intimidate or threaten) | — | — | — | — | No -RV |
| Assaultive/Comb ative (an application of force or attack directed at an individual) | — | — | — | — | No -RV |
| *History of Violence | — | — | — | — | No -RV |
| *Uncooperative | — | — | — | — | No -RV |
| *Verbal Abuse | — | — | — | — | No -RV |
| *Involuntary | — | — | — | — | No -RV |
| *Known Risk Factors/Types of behavior (i.e. wait times, pain level, fear) | — | — | — | — | No -RV |
| Violence/Aggress ion Assessment Level | — | — | — | — | No action required right now -RV |

Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | Sutures -KSA | Sutures -KJ | Sutures -KJ | Sutures -RV | Sutures -RV |
| Dressing Type | Elastic bandage - KSA | Elastic bandage -KJ | Elastic bandage -KJ | Elastic bandage -RV | Elastic bandage -RV |
| Dressing Status | Clean, dry, and intact -KSA | Clean, dry, and intact -KJ | Clean, dry, and intact -KJ | Clean, dry, and intact -RV | Clean, dry, and intact -RV |
| Drainage Amount | — | — | Unable to assess - KJ | Unable to assess - RV | Unable to assess - RV |
| Dressing Therapy | — | — | Negative pressure/wound therapy -KJ | Negative pressure/wound therapy -RV | Negative pressure/wound therapy -RV |
| Dressing Device | Knee immobilizer - KSA | Knee immobilizer - KJ | Knee immobilizer - KJ | Knee immobilizer - RV | Knee immobilizer - RV |
| **Row Name** | **12/04/23 2124** | **12/04/23 1754** | **12/04/23 1452** | **12/04/23 1129** | **12/04/23 0858** |
| Arrival | | | | | |
| Interpreter used? | — | — | — | — | No -JG |
| Patient Preferred Language | — | — | — | — | English -JG |
| Source of Information | | | | | |
| Information Obtained From | — | — | — | — | Patient -JG |
| Domestic Abuse Assessment | | | | | |
| Are you being hurt, hit or frightened by | No -RV | — | — | — | No -JG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 842

Printed by 71334 at 8/21/24 10:11 AM

MC_002693

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| anyone at home or in your life? | | | | | |
| When you are discharged is it safe for you to go home? | Yes -RV | — | — | — | Yes -JG |
| **Coping** | | | | | |
| Any major changes or losses in the last year? | — | — | — | — | Yes 🖹 had to put dog down -JG |
| Would you like additional assistance in coping with this hospitalization? | — | — | — | — | No -JG |
| Any special concerns about home during this hospitalization? | — | — | — | — | No -JG |
| Do you have financial concerns related to this hospitalization? | — | — | — | — | No -JG |
| Do you have a medication prescription benefit? | — | — | — | — | Yes -JG |
| Are you depressed today? | — | — | — | — | No -JG |
| Have you thought about causing harm to yourself in the last week? | — | — | — | — | No -JG |
| **Alcohol Use** | | | | | |
| Do you drink alcohol? | — | — | — | — | No -JG |
| **Patient Belongings** | | | | | |
| Oral Appliance | — | — | — | None -MM | None -JG |
| Vision | — | — | — | None -MM | None -JG |
| Hearing Aid | — | None -KF | — | None -MM | None -JG |
| Jewelry | — | — | — | None -MM | None -JG |
| Clothing | — | — | — | None -MM | Pants;Shirt;Socks;Jacket / coat;Footwear;To Locker/Cubby -JG |
| Electronic Equipment | — | — | — | None -MM | None -JG |
| Home Medications (includes over the counter medications and supplements) | — | — | — | No -MM | No -JG |
| Other Belongings | — | — | — | None -MM | CPAP/BiPAP;To Locker/Cubby -JG |

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 843                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002694

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Nursing Nutrition Screen

| | | | | | |
|---|---|---|---|---|---|
| Unplanned Weight Loss in Last Three Months | — | — | — | — | No -JG |
| Unusual Weight Gain | — | — | — | — | No -JG |
| Difficulty Chewing or Swallowing | — | — | — | — | No -JG |

### Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | — | Sutures -KF | Sutures -MM | — | — |
| Dressing Type | — | Elastic bandage -KF | — 🖹 Flex 7 -MM | — | — |
| Dressing Status | — | Clean, dry, and intact -KF | Clean, dry, and intact -MM | — | — |
| Dressing Changed | — | — | Changed/New -MM | — | — |
| Drainage Amount | — | Unable to assess - KF | — | — | — |
| Dressing Change Due Date | — | 12/11/23 -KF | 12/11/23 -MM | — | — |
| Dressing Therapy | — | — | Negative pressure/wound therapy -MM | — | — |
| Dressing Device | — | — | Knee immobilizer - MM | — | — |

### [REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045

| | |
|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM |

| Row Name | 11/21/23 1212 | | | | |
|---|---|---|---|---|---|

### Arrival

| | |
|---|---|
| Interpreter used? | No -JK |
| Patient Preferred Language | English -JK |

### Infection Control

| | |
|---|---|
| Current Respiratory Symptoms Requiring Use of PPE | No -JK |
| Have you been diagnosed within the past year, with a multi-drug resistant organism (MRSA, VRE, ESBL, CRE)? | No, patient denies - JK |
| Have you been exposed to an infectious disease in the last 3 weeks | No, Patient denies - JK |

### Discharge Planning

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002695

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | |
|---|---|
| Lives With | Spouse/Domestic Partner -JK |
| Receives Help From | None - managing in current setting -JK |
| Type of Residence | Private Residence - JK |
| Anticipated Discharge Disposition | Home -JK |

**Values / Beliefs**

| | |
|---|---|
| Cultural Requests During Hospitalization | no -JK |
| Spiritual Requests During Hospitalization | no -JK |
| Would you refuse a blood transfusion for any reason? | Accepts transfusion -JK |

**Nursing Nutrition Screen**

| | |
|---|---|
| Difficulty Chewing or Swallowing | No -JK |

**[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045**

| | |
|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM |

**Adult Assessment**

| Row Name | 12/08/23 1358 | 12/08/23 1200 | 12/08/23 1010 | 12/08/23 0810 | 12/08/23 0806 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Timepoint | — | — | — | Shift assessment - CH | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | — | Within Defined Limits -CH | — |
| Eyes Open | — | — | — | Spontaneous -CH | — |
| Best Verbal Response | — | — | — | Oriented -CH | — |
| Best Motor Response | — | — | — | Obeys commands - CH | — |
| GCS Total | — | — | — | 15 -CH | — |
| Level of Consciousness | — | — | — | Awake;Alert -CH | — |
| **HEENT** | | | | | |
| HEENT (WDL) | — | — | — | Within Defined Limits -CH | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | — | — | Within Defined Limits -CH | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | — | Within Defined Limits -CH | — |
| Cardiac | — | — | — | Regular -CH | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 845
Printed by 71334 at 8/21/24 10:11 AM

MC_002696

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Regularity
PVD/VTE Screening

| PVD (WDL)/VTE Screen | — | — | — | Within Defined Limits -CH | — |
|---|---|---|---|---|---|

Anti-Embolism Devices

| Anti-Embolism Devices | — | — | — | Sequential compression devices - knee high;Right -CH | Bilateral;Sequential compression devices - knee high -BQ |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | — | — | — | On;Skin check -CH | On -BQ |

Gastrointestinal

| Gastrointestinal (WDL) | — | — | — | Within Defined Limits -CH | — |
|---|---|---|---|---|---|
| Last Bowel Movement Date | — | — | — | 12/07/23 -CH | — |
| Stool Occurrence | 1 -PJ | — | — | — | — |
| Bristol Stool Type | Type 5- Soft blobs with clear-cut edges (passed easily) -PJ | — | — | — | — |

Genitourinary

| Genitourinary (WDL) | — | — | — | Within Defined Limits -CH | — |
|---|---|---|---|---|---|
| Urinary Status | — | — | — | Continent -CH | — |
| Urine Void (mL) | 1000 mL -PJ | — | — | — | — |

Skin

| 4-Eye Skin Assessment Completed With | — | — | — | Bernice -CH | — |
|---|---|---|---|---|---|
| Skin (WDL) | — | — | — | Within Defined Limits -CH | — |
| Pressure Injury Prevention | — | — | — | Float heels;Moisture wicking pads -CH | — |
| Patient allows PIP care? | — | — | — | Yes -CH | — |

Braden Scale: High risk < or equal 18

| Sensory Perceptions | — | — | — | No impairment -CH | — |
|---|---|---|---|---|---|
| Moisture | — | — | — | Rarely moist -CH | — |
| Activity | — | — | — | Walks occasionally -CH | — |
| Mobility | — | — | — | Slightly limited -CH | — |
| Nutrition | — | — | — | Adequate -CH | — |
| Friction and Shear | — | — | — | No apparent problem -CH | — |
| Braden Scale Score | — | — | — | 20 -CH | — |

Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
|---|---|---|---|---|---|
| Site Assessment | — | Unable to assess - CH | — | Unable to assess - CH | — |
| Peri-wound skin | — | Normal for patient - CH | — | Normal for patient - CH | — |
| Wound Closure | — | Unable to assess - CH | — | Unable to assess - CH | — |
| Dressing Type | — | Elastic bandage -CH | — | Elastic bandage -CH | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 846

Printed by 71334 at 8/21/24 10:11 AM

MC_002697

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Row Name | 12/08/23 0500 | 12/08/23 0329 | 12/08/23 0030 | 12/07/23 2200 | 12/07/23 2028 |
|---|---|---|---|---|---|
| Dressing Status | — | Clean, dry, and intact -CH | — | Clean, dry, and intact -CH | — |
| Drainage Amount | — | — | — | Unable to assess -CH | — |
| Dressing Therapy | — | — | — | Negative pressure/wound therapy -CH | — |
| Dressing Device | — | Knee immobilizer -CH | — | Knee immobilizer -CH | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | — | — | No -CH | — |
| Secondary Diagnosis | — | — | — | Yes -CH | — |
| Ambulatory Aid | — | — | — | None, bed rest, wheelchair or nurse assist -CH | — |
| IV or Heparin Lock | — | — | — | Yes -CH | — |
| Gait and Transferring | — | — | — | Normal, bed rest or immobile -CH | — |
| Mental Status | — | — | — | Oriented (and realistic) to own ability -CH | — |
| Morse Fall Risk Total | — | — | — | 35 -CH | — |
| **Risk for Injury** | | | | | |
| Risk for injury | — | — | — | Bones;Anticoagulants;Recent surgery -CH | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -CH | |
| **LLE** | | | | | |
| LLE | — | — | — | Injury/trauma;Limited movement -CH | — |
| L Knee | — | — | — | Injury/trauma;Limited movement -CH | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | — | — | — | Within Defined Limits -CH | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 847

Printed by 71334 at 8/21/24 10:11 AM

MC_002698

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Assessment | | | | | |
|---|---|---|---|---|---|
| Timepoint | — | Reassessment -WM | — | — | Shift assessment -WM |
| **Suicide Precautions** | | | | | |
| Is Patient on Suicide Precautions? | — | No -WM | — | — | No -WM |
| **Neurological** | | | | | |
| Neuro (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| Eyes Open | — | — | — | — | Spontaneous -WM |
| Best Verbal Response | — | — | — | — | Oriented -WM |
| Best Motor Response | — | — | — | — | Obeys commands -WM |
| GCS Total | — | — | — | — | 15 -WM |
| Level of Consciousness | — | Awake;Alert -WM | — | — | Awake;Alert -WM |
| **HEENT** | | | | | |
| HEENT (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | None -WM | — | — | None -WM |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| **Cardiac Monitor** | | | | | |
| Monitor Alarms Set | — | No -WM | — | — | No -WM |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | No -WM | — | — | No -WM |
| **PVD/VTE Screening** | | | | | |
| PVD (WDL)/VTE Screen | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -WM | Sequential compression devices - knee high -AG | — | Sequential compression devices - knee high;Right -WM |
| Anti-Embolism Device Intervention | — | On -WM | On -AG | — | On -WM |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| Last Bowel Movement Date | — | — | — | — | 12/07/23 -WM |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| Urine Void (mL) | 600 mL -WM | — | 900 mL -AG | — | — |
| Skin | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 848

Printed by 71334 at 8/21/24 10:11 AM

MC_002699

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Skin (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |
| Skin Location 1 | — | L knee -WM | — | — | L knee -WM |
| Skin Integrity 1 | — | Incision -WM | — | — | Incision -WM |
| Pressure Injury Prevention | — | Moisture wicking pads -WM | — | — | Moisture wicking pads -WM |
| Patient allows PIP care? | — | Yes -WM | — | — | Yes -WM |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | No impairment -WM | — | — | No impairment -WM |
| Moisture | — | Rarely moist -WM | — | — | Rarely moist -WM |
| Activity | — | Walks occasionally -WM | — | — | Walks occasionally -WM |
| Mobility | — | Slightly limited -WM | — | — | Slightly limited -WM |
| Nutrition | — | Adequate -WM | — | — | Adequate -WM |
| Friction and Shear | — | No apparent problem -WM | — | — | No apparent problem -WM |
| Braden Scale Score | — | 20 -WM | — | — | 20 -WM |

**Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION**

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Site Assessment | — | Unable to assess - WM | — | — | Unable to assess - WM |
| Wound Closure | — | Unable to assess - WM | — | — | Unable to assess - WM |
| Dressing Type | — | Elastic bandage - WM | — | — | Elastic bandage - WM |
| Dressing Status | — | Clean, dry, and intact -WM | — | — | Clean, dry, and intact -WM |

**Fall Risk Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | No -WM | — | — | No -WM |
| Secondary Diagnosis | — | Yes -WM | — | — | Yes -WM |
| Ambulatory Aid | — | None, bed rest, | — | — | None, bed rest, |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 849

Printed by 71334 at 8/21/24 10:11 AM

MC_002700

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | wheelchair or nurse assist -WM | | | wheelchair or nurse assist -WM |
|---|---|---|---|---|---|
| IV or Heparin Lock | — | Yes -WM | — | — | Yes -WM |
| Gait and Transferring | — | Normal, bed rest or immobile -WM | — | — | Normal, bed rest or immobile -WM |
| Mental Status | — | Oriented (and realistic) to own ability -WM | — | — | Oriented (and realistic) to own ability -WM |
| Morse Fall Risk Total | — | 35 -WM | — | — | 35 -WM |
| **Risk for Injury** | | | | | |
| Risk for injury | — | Recent surgery -WM | — | — | Recent surgery -WM |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -WM | — | — | Exceptions to Defined Limits -WM |
| **LLE** | | | | | |
| LLE | — | Injury/trauma;Limited movement -WM | — | — | Injury/trauma;Limited movement -WM |
| L Knee | — | Injury/trauma;Limited movement -WM | — | — | Injury/trauma;Limited movement -WM |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | — | Within Defined Limits -WM | — | — | Within Defined Limits -WM |

| Row Name | 12/07/23 1940 | 12/07/23 1815 | 12/07/23 1800 | 12/07/23 1533 | 12/07/23 1510 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Timepoint | — | — | — | Reassessment -CH | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | — | Within Defined Limits -CH | — |
| **HEENT** | | | | | |
| HEENT (WDL) | — | — | — | Within Defined Limits -CH | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | — | — | Within Defined Limits -CH | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | — | Within Defined Limits -CH | — |
| **PVD/VTE Screening** | | | | | |
| PVD (WDL)/VTE Screen | — | — | — | Within Defined Limits -CH | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Device Intervention | — | — | On -BQ | — | — |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | — | — | — | Within Defined Limits -CH | — |
| Stool Occurrence | — | — | — | — | 1 -BQ |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | — | — | Within Defined Limits -CH | — |
| Urine Occurrence | — | 1 -BQ | — | — | 1 patient missed the |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 850

Printed by 71334 at 8/21/24 10:11 AM

MC_002701

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

hat -BQ

### Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin (WDL) | ---- | ---- | ---- | Within Defined Limits -CH | ---- |

### Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | |
|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM |

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | ---- | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | ---- | ---- |

### Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | ---- | ---- | ---- | Exceptions to Defined Limits -CH | ---- |

### Psychosocial

| | | | | | |
|---|---|---|---|---|---|
| Psychosocial (WDL) | ---- | ---- | ---- | Within Defined Limits -CH | ---- |

| Row Name | 12/07/23 1500 | 12/07/23 1453 | 12/07/23 1200 | 12/07/23 1006 | 12/07/23 0813 |
|---|---|---|---|---|---|
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Device Intervention | ---- | On -BQ | ---- | Off -BQ | ---- |
| **Gastrointestinal** | | | | | |
| Stool Occurrence | ---- | ---- | ---- | 1 -BQ | ---- |
| **Genitourinary** | | | | | |
| Urine Void (mL) | ---- | ---- | ---- | 300 mL -BQ | ---- |

### Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | |
|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | |
| Site Assessment | Unable to assess - CH | ---- | Unable to assess - CH | ---- |
| Peri-wound skin | Normal for patient - CH | ---- | Normal for patient - CH | ---- |
| Wound Closure | Unable to assess - CH | ---- | Unable to assess - CH | ---- |
| Dressing Type | Elastic bandage 📄 PICO -CH | ---- | Elastic bandage 📄 PICO -CH | ---- |
| Dressing Status | Clean, dry, and intact -CH | ---- | Clean, dry, and intact -CH | ---- |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 851

Printed by 71334 at 8/21/24 10:11 AM

MC_002702

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | |
|---|---|---|---|---|
| Drainage Amount | Unable to assess - CH | — | Unable to assess - CH | — | — |
| Dressing Therapy | Negative pressure/wound therapy -CH | — | Negative pressure/wound therapy -CH | — | — |
| Dressing Device | Knee immobilizer - CH | — | Knee immobilizer - CH | — | — |

**Fall Risk Interventions**

| | | | | |
|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ |

| Row Name | 12/07/23 0800 | 12/07/23 0331 | 12/07/23 0328 | 12/07/23 0100 | 12/06/23 2214 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Timepoint | Shift assessment - CH | — | — | Shift assessment - WM | — |
| **Suicide Precautions** | | | | | |
| Is Patient on Suicide Precautions? | — | — | — | No -WM | — |
| **Neurological** | | | | | |
| Neuro (WDL) | Within Defined Limits -CH | — | — | Within Defined Limits -WM | |
| Eyes Open | Spontaneous -CH | — | — | Spontaneous -WM | — |
| Best Verbal Response | Oriented -CH | — | — | Oriented -WM | — |
| Best Motor Response | Obeys commands - CH | — | — | Obeys commands - WM | — |
| GCS Total | 15 -CH | — | — | 15 -WM | — |
| Level of Consciousness | Awake;Alert -CH | — | — | Awake;Alert -WM | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -CH | — | — | Within Defined Limits -WM | |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | — | — | None -WM | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | Within Defined Limits -CH | — | — | Within Defined Limits -WM | |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | Within Defined Limits -CH | — | — | Within Defined Limits -WM | |
| Cardiac Regularity | Regular -CH | — | — | Regular -WM | — |
| **Cardiac Monitor** | | | | | |
| Monitor Alarms | — | — | — | No -WM | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 852

Printed by 71334 at 8/21/24 10:11 AM

MC_002703

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Set | | | | | |
|---|---|---|---|---|---|
| Pacemaker/ICD | | | | | |
| Pacemaker/AICD | — | — | — | No -WM | — |
| **PVD/VTE Screening** | | | | | |
| PVD (WDL)/VTE Screen | Within Defined Limits -CH | — | — | Within Defined Limits -WM | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | Sequential compression devices - knee high;Right -CH | — | — | Right;Sequential compression devices - knee high -WM | — |
| Anti-Embolism Device Intervention | On;Skin check -CH | — | — | On -WM | — |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | Within Defined Limits -CH | — | — | Within Defined Limits -WM | — |
| Last Bowel Movement Date | 12/04/23 -CH | — | — | — | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | Within Defined Limits -CH | — | — | Within Defined Limits -WM | — |
| Urinary Status | Continent -CH | — | — | — | — |
| Urine Void (mL) | — | 1200 mL -AG | — | — | 850 mL -AG |
| **Skin** | | | | | |
| 4-Eye Skin Assessment Completed With | Bernice -CH | — | — | — | — |
| Skin (WDL) | Within Defined Limits -CH | — | — | Exceptions to Defined Limits -WM | — |
| Skin Location 1 | — | — | — | L knee -WM | — |
| Skin Integrity 1 | — | — | — | Incision -WM | — |
| Pressure Injury Prevention | Float heels;Moisture wicking pads -CH | — | — | Moisture wicking pads -WM | — |
| Patient allows PIP care? | Yes -CH | — | — | Yes -WM | — |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | No impairment -CH | — | — | No impairment -WM | — |
| Moisture | Rarely moist -CH | — | — | Rarely moist -WM | — |
| Activity | Walks occasionally -CH | — | — | Walks occasionally -WM | — |
| Mobility | Slightly limited -CH | — | — | No limitations -WM | — |
| Nutrition | Adequate -CH | — | — | Adequate -WM | — |
| Friction and Shear | No apparent problem -CH | — | — | No apparent problem -WM | — |
| Braden Scale Score | 20 -CH | — | — | 21 -WM | — |
| **Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION** | | | | | |
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Site Assessment | Unable to assess -CH | — | — | Unable to assess -WM | — |
| Peri-wound skin | Normal for patient -CH | — | — | Normal for patient -WM | — |
| Wound Closure | Unable to assess -CH | — | — | Unable to assess -WM | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 853

Printed by 71334 at 8/21/24 10:11 AM

MC_002704

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Dressing Type | Elastic bandage 📄 PICO -CH | — | — | Elastic bandage 📄 island dressing -WM | — |
|---|---|---|---|---|---|
| Dressing Status | Clean, dry, and intact -CH | — | — | Clean, dry, and intact -WM | — |
| Drainage Amount | Unable to assess - CH | — | — | None -WM | — |
| Dressing Therapy | Negative pressure/wound therapy -CH | — | — | — | — |
| Dressing Device | Knee immobilizer - CH | — | — | — | — |

**Fall Risk Interventions**

| Fall Risk Interventions | — | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -WM | — |
|---|---|---|---|---|---|

**Morse Falls Risk: High Risk is > or equal 45**

| History of Falls in Last 3 Months? | No -CH | — | — | No -WM | — |
|---|---|---|---|---|---|
| Secondary Diagnosis | Yes -CH | — | — | Yes -WM | — |
| Ambulatory Aid | None, bed rest, wheelchair or nurse assist -CH | — | — | None, bed rest, wheelchair or nurse assist -WM | — |
| IV or Heparin Lock | Yes -CH | — | — | Yes -WM | — |
| Gait and Transferring | Weak -CH | — | — | Normal, bed rest or immobile -WM | — |
| Mental Status | Oriented (and realistic) to own ability -CH | — | — | Oriented (and realistic) to own ability -WM | — |
| Morse Fall Risk Total | 45 -CH | — | — | 35 -WM | — |

**Risk for Injury**

| Risk for injury | Bones;Anticoagulants;Recent surgery - CH | — | — | — | — |
|---|---|---|---|---|---|

**Musculoskeletal**

| Musculoskeletal (WDL) | Exceptions to Defined Limits -CH | — | — | Exceptions to Defined Limits -WM | — |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 854

Printed by 71334 at 8/21/24 10:11 AM

MC_002705

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### LLE

| LLE | — | — | — | Injury/trauma;Limite d movement -WM | — |
|---|---|---|---|---|---|
| L Knee | Injury/trauma;Limite d movement -CH | — | — | Injury/trauma;Limite d movement -WM | — |

### Psychosocial

| Psychosocial (WDL) | Within Defined Limits -CH | — | — | Within Defined Limits -WM | — |
|---|---|---|---|---|---|

| Row Name | 12/06/23 2210 | 12/06/23 2100 | 12/06/23 1808 | 12/06/23 1714 | 12/06/23 1525 |
|---|---|---|---|---|---|

### Genitourinary

| Urine Void (mL) | — | — | 900 mL -AH | — | 500 mL -KJ |
|---|---|---|---|---|---|

### Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
|---|---|---|---|---|---|
| Dressing Type | — | Elastic bandage -DL | — | — | — |
| Dressing Status | — | Clean, dry, and intact -DL | — | — | — |
| Dressing Therapy | — | Negative pressure/wound therapy -DL | — | — | — |
| Dressing Device | — | Knee immobilizer - DL | — | — | — |

### Fall Risk Interventions

| Fall Risk Interventions | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | — |
|---|---|---|---|---|---|

| Row Name | 12/06/23 1408 | 12/06/23 1259 | 12/06/23 1241 | 12/06/23 1125 | 12/06/23 0842 |
|---|---|---|---|---|---|

### Assessment

| Timepoint | Reassessment -KJ | — | — | — | — |
|---|---|---|---|---|---|

### Suicide Precautions

| Is Patient on Suicide Precautions? | No -KJ | — | — | — | — |
|---|---|---|---|---|---|

### Neurological

| Neuro (WDL) | Within Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|
| Level of | Awake;Alert -KJ | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 855

Printed by 71334 at 8/21/24 10:11 AM

MC_002706

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Consciousness
HEENT

| HEENT (WDL) | Within Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|

Respiratory

| Respiratory (WDL) | Within Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|

Cardiovascular

| Cardiac (WDL) | Within Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|
| Cardiac Regularity | Regular -KJ | — | — | — | — |

Cardiac Monitor

| Monitor Alarms Set | No -KJ | — | — | — | — |
|---|---|---|---|---|---|

PVD/VTE Screening

| PVD (WDL)/VTE Screen | Within Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|

Gastrointestinal

| Gastrointestinal (WDL) | Within Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|
| Stool Occurrence | — | 1 📄 per pt -AH | — | — | — |

Genitourinary

| Genitourinary (WDL) | Within Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|
| Urine Occurrence | — | 1 📄 missed hat -AH | — | — | — |
| Urine Void (mL) | — | — | — | — | 900 mL -YL |

Skin

| Skin (WDL) | Exceptions to Defined Limits -KJ | — | — | — | — |
|---|---|---|---|---|---|
| Skin Location 1 | L knee -KJ | — | — | — | — |
| Skin Integrity 1 | Incision -KJ | — | — | — | — |
| Patient allows PIP care? | Yes -KJ | — | — | — | — |

Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM |
|---|---|
| Wound Closure | Sutures -KJ | — | — | — | — |
| Dressing Type | Elastic bandage -KJ | — | — | — | — |
| Dressing Status | Clean, dry, and intact -KJ | — | — | — | — |
| Dressing Device | Knee immobilizer - KJ | — | — | — | — |

Fall Risk Interventions

| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 | — |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 856

Printed by 71334 at 8/21/24 10:11 AM

MC_002707

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | hours -KJ | | hours -AH | hours -AH | |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -KJ | — | — | — | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | Within Defined Limits -KJ | — | — | — | — |

| Row Name | 12/06/23 0808 | 12/06/23 0742 | 12/06/23 0607 | 12/06/23 0200 | 12/05/23 2310 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Timepoint | Shift assessment -KJ | — | Reassessment -KSA | — | — |
| **Suicide Precautions** | | | | | |
| Is Patient on Suicide Precautions? | No -KJ | — | No -KSA | — | — |
| **Neurological** | | | | | |
| Neuro (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |
| Eyes Open | Spontaneous -KJ | — | Spontaneous -KSA | — | — |
| Best Verbal Response | Oriented -KJ | — | Oriented -KSA | — | — |
| Best Motor Response | Obeys commands -KJ | — | Obeys commands -KSA | — | — |
| GCS Total | 15 -KJ | — | 15 -KSA | — | — |
| Level of Consciousness | Awake;Alert -KJ | — | Awake;Alert -KSA | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | None -YL | None -KSA | — | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |
| Cardiac Regularity | Regular -KJ | — | Regular -KSA | — | — |
| **Cardiac Monitor** | | | | | |
| Monitor Alarms Set | No -KJ | — | No -KSA | — | — |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | No -KJ | — | No -KSA | — | — |
| **PVD/VTE Screening** | | | | | |
| PVD (WDL)/VTE Screen | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | Sequential compression devices - knee high -KJ | — | Sequential compression devices - knee high;Right -KSA | — | — |
| Anti-Embolism Device Intervention | On;Skin check -KJ | — | On -KSA | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 857
Printed by 71334 at 8/21/24 10:11 AM

MC_002708

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Gastrointestinal

| | | | | | |
|---|---|---|---|---|---|
| Gastrointestinal (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |

### Genitourinary

| | | | | | |
|---|---|---|---|---|---|
| Genitourinary (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |
| Urine Void (mL) | — | — | — | 1000 mL -KSA | — |

### Skin

| | | | | | |
|---|---|---|---|---|---|
| 4-Eye Skin Assessment Completed With | Yunia CNA -KJ | — | Diana, CNA -KSA | — | — |
| Skin (WDL) | Exceptions to Defined Limits -KJ | — | Exceptions to Defined Limits -KSA | — | — |
| Skin Location 1 | L knee -KJ | — | L knee -KSA | — | — |
| Skin Integrity 1 | Incision -KJ | — | Incision -KSA | — | — |
| Pressure Injury Prevention | Moisture wicking pads -KJ | — | Moisture wicking pads -KSA | — | — |
| Patient allows PIP care? | Yes -KJ | — | Yes -KSA | — | — |

### Braden Scale: High risk < or equal 18

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | No impairment -KJ | — | No impairment -KSA | — | — |
| Moisture | Rarely moist -KJ | — | Rarely moist -KSA | — | — |
| Activity | Walks occasionally -KJ | — | Walks occasionally -KSA | — | — |
| Mobility | Slightly limited -KJ | — | Slightly limited -KSA | — | — |
| Nutrition | Adequate -KJ | — | Adequate -KSA | — | — |
| Friction and Shear | No apparent problem -KJ | — | No apparent problem -KSA | — | — |
| Braden Scale Score | 20 -KJ | — | 20 -KSA | — | — |

### Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | Sutures -KJ | — | Sutures -KSA | — | — |
| Dressing Type | Elastic bandage -KJ | — | Elastic bandage -KSA | — | — |
| Dressing Status | Clean, dry, and intact -KJ | — | Clean, dry, and intact -KSA | — | — |
| Dressing Therapy | Negative pressure/wound therapy -KJ | — | — | — | — |
| Dressing Device | Knee immobilizer -KJ | — | Knee immobilizer -KSA | — | — |

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | Bed/Cart in lowest position -YL | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KSA | — | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 858

Printed by 71334 at 8/21/24 10:11 AM

MC_002709

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | No -KJ | — | No -KSA | — | — |
| Secondary Diagnosis | Yes -KJ | — | Yes -KSA | — | — |
| Ambulatory Aid | Crutches, cane or walker (Prosthetic &/or Orthotic) -KJ | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KSA | — | |
| IV or Heparin Lock | Yes -KJ | — | Yes -KSA | — | — |
| Gait and Transferring | Weak -KJ | — | Weak -KSA | — | — |
| Mental Status | Oriented (and realistic) to own ability -KJ | — | Oriented (and realistic) to own ability -KSA | — | — |
| Morse Fall Risk Total | 60 -KJ | — | 60 -KSA | — | — |

Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | Bones;Anticoagulants;Recent surgery -KJ | — | Recent surgery;Anticoagulants;Bones -KSA | — | — |

Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | Exceptions to Defined Limits -KJ | — | Exceptions to Defined Limits -KSA | — | — |

Psychosocial

| | | | | | |
|---|---|---|---|---|---|
| Psychosocial (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |

| Row Name | 12/05/23 2217 | 12/05/23 2121 | 12/05/23 1945 | 12/05/23 1837 | 12/05/23 1528 |
|---|---|---|---|---|---|

Assessment

| | | | | | |
|---|---|---|---|---|---|
| Timepoint | — | Shift assessment -KSA | — | — | — |

Suicide Precautions

| | | | | | |
|---|---|---|---|---|---|
| Is Patient on Suicide Precautions? | — | No -KSA | — | — | — |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | Within Defined Limits -KSA | — | — | — |
| Eyes Open | — | Spontaneous -KSA | — | — | — |
| Best Verbal Response | — | Oriented -KSA | — | — | — |
| Best Motor Response | — | Obeys commands -KSA | — | — | — |
| GCS Total | — | 15 -KSA | — | — | — |
| Level of Consciousness | — | Awake;Alert -KSA | — | — | — |

HEENT

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | Within Defined Limits -KSA | — | — | — |

Vision and Hearing Assessment

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | None -KSA | — | — | — |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| Respiratory (WDL) | — | Within Defined Limits -KSA | — | — | — |

Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | Within Defined | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 859

Printed by 71334 at 8/21/24 10:11 AM

MC_002710

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | Limits -KSA | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | — | Regular -KSA | — | — | — |
| **Cardiac Monitor** | | | | | |
| Monitor Alarms Set | — | No -KSA | — | — | — |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | No -KSA | — | — | — |
| **PVD/VTE Screening** | | | | | |
| PVD (WDL)/VTE Screen | — | Within Defined Limits -KSA | — | — | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -KSA | — | — | — |
| Anti-Embolism Device Intervention | — | Skin check;On -KSA | — | — | — |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | — | Within Defined Limits -KSA | — | — | — |
| Stool Occurrence | — | — | — | 1 -MJ | — |
| Bristol Stool Type | — | — | — | Type 5- Soft blobs with clear-cut edges (passed easily) -MJ | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | Within Defined Limits -KSA | — | — | — |
| Urine Void (mL) | 950 mL -KSA | — | — | 1000 mL -MJ | 1100 mL -MJ |
| **Skin** | | | | | |
| 4-Eye Skin Assessment Completed With | — | Diana, cna -KSA | — | — | — |
| Skin (WDL) | — | Exceptions to Defined Limits -KSA | — | — | — |
| Skin Location 1 | — | L knee -KSA | — | — | — |
| Skin Integrity 1 | — | Incision -KSA | — | — | — |
| Pressure Injury Prevention | — | Moisture wicking pads -KSA | — | — | — |
| Patient allows PIP care? | — | Yes -KSA | — | — | — |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | — | No impairment -KSA | — | — | — |
| Moisture | — | Rarely moist -KSA | — | — | — |
| Activity | — | Walks occasionally -KSA | — | — | — |
| Mobility | — | Slightly limited -KSA | — | — | — |
| Nutrition | — | Adequate -KSA | — | — | — |
| Friction and Shear | — | No apparent problem -KSA | — | — | — |
| Braden Scale Score | — | 20 -KSA | — | — | — |
| **Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION** | | | | | |
| Wound | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 860

Printed by 71334 at 8/21/24 10:11 AM

MC_002711

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Properties | REVISION -MM | Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | |
|---|---|---|---|---|---|
| Wound Closure | — | Sutures -KSA | — | — | — |
| Dressing Type | — | Elastic bandage - KSA | — | — | — |
| Dressing Status | — | Clean, dry, and intact -KSA | — | — | — |
| Dressing Device | — | Knee immobilizer - KSA | — | — | — |

**Fall Risk Interventions**

| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KSA | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear - DF | — | — |
|---|---|---|---|---|---|

**Morse Falls Risk: High Risk is > or equal 45**

| History of Falls in Last 3 Months? | — | No -KSA | — | — | — |
|---|---|---|---|---|---|
| Secondary Diagnosis | — | Yes -KSA | — | — | — |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KSA | — | — | — |
| IV or Heparin Lock | — | Yes -KSA | — | — | — |
| Gait and Transferring | — | Weak -KSA | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -KSA | — | — | — |
| Morse Fall Risk Total | — | 60 -KSA | — | — | — |

**Risk for Injury**

| Risk for injury | — | Recent surgery;Anticoagulants;Bones -KSA | — | — | — |
|---|---|---|---|---|---|

**Musculoskeletal**

| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KSA | — | — | — |
|---|---|---|---|---|---|

**Psychosocial**

| Psychosocial (WDL) | — | Within Defined Limits -KSA | — | — | — |
|---|---|---|---|---|---|

| Row Name | 12/05/23 1522 | 12/05/23 1451 | 12/05/23 1312 | 12/05/23 1143 | 12/05/23 1007 |
|---|---|---|---|---|---|

**Assessment**

| Timepoint | — | Reassessment -KJ | — | — | — |
|---|---|---|---|---|---|

**Suicide Precautions**

| Is Patient on Suicide Precautions? | — | No -KJ | — | — | — |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 861

Printed by 71334 at 8/21/24 10:11 AM

MC_002712

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Neurological

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | Within Defined Limits -KJ | — | — | — |
| Level of Consciousness | — | Awake;Alert -KJ | — | — | — |

### HEENT

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | Within Defined Limits -KJ | — | — | — |

### Respiratory

| | | | | | |
|---|---|---|---|---|---|
| Respiratory (WDL) | — | Within Defined Limits -KJ | — | — | — |

### Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | Within Defined Limits -KJ | — | — | — |
| Cardiac Regularity | — | Regular -KJ | — | — | — |

### Cardiac Monitor

| | | | | | |
|---|---|---|---|---|---|
| Monitor Alarms Set | — | No -KJ | — | — | — |

### PVD/VTE Screening

| | | | | | |
|---|---|---|---|---|---|
| PVD (WDL)/VTE Screen | — | Within Defined Limits -KJ | — | — | — |

### Anti-Embolism Devices

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Sequential compression devices - knee high -MJ | — | — | — | — |
| Anti-Embolism Device Intervention | Off -MJ | — | — | — | — |

### Gastrointestinal

| | | | | | |
|---|---|---|---|---|---|
| Gastrointestinal (WDL) | — | Within Defined Limits -KJ | — | — | — |

### Genitourinary

| | | | | | |
|---|---|---|---|---|---|
| Genitourinary (WDL) | — | Within Defined Limits -KJ | — | — | — |
| Urine Void (mL) | — | — | 1000 mL -MJ | — | 900 mL -MJ |

### Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin (WDL) | — | Exceptions to Defined Limits -KJ | — | — | — |
| Skin Location 1 | — | L knee -KJ | — | — | — |
| Skin Integrity 1 | — | Incision -KJ | — | — | — |

### Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | — | Sutures -KJ | — | — | — |
| Dressing Type | — | Elastic bandage -KJ | — | — | — |
| Dressing Status | — | Clean, dry, and intact -KJ | — | — | — |
| Dressing Device | — | Knee immobilizer - KJ | — | — | — |

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels | Bed/Cart in lowest position;Call light within reach;Wheels | — | Bed/Chair/Personal alarm in place;Bed/Cart in | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 862
Printed by 71334 at 8/21/24 10:11 AM

MC_002713

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 1 of 3) (continued)

|  |  | locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear - MJ | locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ |  | lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ |

**Musculoskeletal**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KJ | — | — | — |

**Psychosocial**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Psychosocial (WDL) | — | Within Defined Limits -KJ | — | — | — |

| Row Name | 12/05/23 0819 | 12/05/23 0752 | 12/05/23 0645 | 12/05/23 0221 | 12/05/23 0204 |
|---|---|---|---|---|---|
| **Assessment** |  |  |  |  |  |
| Timepoint | — | Shift assessment -KJ | — | — | Reassessment -RV |
| **Suicide Precautions** |  |  |  |  |  |
| Is Patient on Suicide Precautions? | — | No -KJ | — | — | No -RV |
| **Neurological** |  |  |  |  |  |
| Neuro (WDL) | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |
| Eyes Open | — | Spontaneous -KJ | — | — | Spontaneous -RV |
| Best Verbal Response | — | Oriented -KJ | — | — | Oriented -RV |
| Best Motor Response | — | Obeys commands -KJ | — | — | Obeys commands -RV |
| GCS Total | — | 15 -KJ | — | — | 15 -RV |
| Level of Consciousness | — | Awake;Alert -KJ | — | — | Awake;Alert -RV |
| **HEENT** |  |  |  |  |  |
| HEENT (WDL) | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |
| **Vision and Hearing Assessment** |  |  |  |  |  |
| Hearing Aid | — | None -KJ | — | — | None -RV |
| **Respiratory** |  |  |  |  |  |
| Respiratory (WDL) | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |
| **Cardiovascular** |  |  |  |  |  |
| Cardiac (WDL) | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |
| Cardiac Regularity | — | Regular -KJ | — | — | Regular -RV |
| **Cardiac Monitor** |  |  |  |  |  |
| Monitor Alarms | — | No -KJ | — | — | No -RV |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 863
Printed by 71334 at 8/21/24 10:11 AM

MC_002714

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Set

**Pacemaker/ICD**

| Pacemaker/AICD | — | No -KJ | — | — | — |
|---|---|---|---|---|---|

**PVD/VTE Screening**

| PVD (WDL)/VTE Screen | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |
|---|---|---|---|---|---|

**Anti-Embolism Devices**

| Anti-Embolism Devices | Sequential compression devices - knee high -MJ | Sequential compression devices - knee high;Antiembolism stockings - knee -KJ | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | On -MJ | On;Skin check -KJ | — | — | On;Skin check -RV |

**Gastrointestinal**

| Gastrointestinal (WDL) | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |
|---|---|---|---|---|---|
| Last Bowel Movement Date | — | 12/04/23 -KJ | — | — | — |

**Genitourinary**

| Genitourinary (WDL) | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |
|---|---|---|---|---|---|
| Urine Void (mL) | — | — | 1000 mL -DF | 900 mL -RV | — |

**Skin**

| 4-Eye Skin Assessment Completed With | — | Makayla CNA -KJ | — | — | — |
|---|---|---|---|---|---|
| Skin (WDL) | — | Exceptions to Defined Limits -KJ | — | — | Exceptions to Defined Limits -RV |
| Skin Location 1 | — | L knee -KJ | — | — | L knee -RV |
| Skin Integrity 1 | — | Incision -KJ | — | — | Incision -RV |
| Pressure Injury Prevention | — | Moisture wicking pads -KJ | — | — | — |

**Braden Scale: High risk < or equal 18**

| Sensory Perceptions | — | No impairment -KJ | — | — | No impairment -RV |
|---|---|---|---|---|---|
| Moisture | — | Rarely moist -KJ | — | — | Rarely moist -RV |
| Activity | — | Walks occasionally -KJ | — | — | Walks occasionally -RV |
| Mobility | — | Slightly limited -KJ | — | — | Slightly limited -RV |
| Nutrition | — | Adequate -KJ | — | — | Adequate -RV |
| Friction and Shear | — | No apparent problem -KJ | — | — | No apparent problem -RV |
| Braden Scale Score | — | 20 -KJ | — | — | 20 -RV |

**Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION**

| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
|---|---|---|---|---|---|
| Wound Closure | — | Sutures -KJ | — | — | Sutures -RV |
| Dressing Type | — | Elastic bandage -KJ | — | — | Elastic bandage -RV |
| Dressing Status | — | Clean, dry, and intact -KJ | — | — | Clean, dry, and intact -RV |
| Drainage Amount | — | Unable to assess - KJ | — | — | Unable to assess - RV |
| Dressing Therapy | — | Negative | — | — | Negative |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 864

Printed by 71334 at 8/21/24 10:11 AM

MC_002715

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | | pressure/wound therapy -KJ | | | pressure/wound therapy -RV |
|---|---|---|---|---|---|
| Dressing Device | — | Knee immobilizer - KJ | — | — | Knee immobilizer - RV |

#### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place -DF | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -RV |

#### Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | No -KJ | — | — | No -RV |
| Secondary Diagnosis | — | Yes -KJ | — | — | Yes -RV |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KJ | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -RV |
| IV or Heparin Lock | — | Yes -KJ | — | — | Yes -RV |
| Gait and Transferring | — | Weak -KJ | — | — | Weak -RV |
| Mental Status | — | Oriented (and realistic) to own ability -KJ | — | — | Oriented (and realistic) to own ability -RV |
| Morse Fall Risk Total | — | 60 -KJ | — | — | 60 -RV |

#### Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | Bones;Anticoagulants;Recent surgery -KJ | — | — | Recent surgery -RV |

#### Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KJ | — | — | Exceptions to Defined Limits -RV |

#### Psychosocial

| | | | | | |
|---|---|---|---|---|---|
| Psychosocial (WDL) | — | Within Defined Limits -KJ | — | — | Within Defined Limits -RV |

| Row Name | 12/04/23 2125 | 12/04/23 1950 | 12/04/23 1754 | 12/04/23 1700 | 12/04/23 1645 |
|---|---|---|---|---|---|

#### Assessment

| | | | | | |
|---|---|---|---|---|---|
| Timepoint | Shift assessment - RV | — | Post Op assessment -KF | — | — |

#### Suicide Precautions

| | | | | | |
|---|---|---|---|---|---|
| Is Patient on | No -RV | — | No -KF | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 865

Printed by 71334 at 8/21/24 10:11 AM

MC_002716

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 3) (continued)**

Suicide
Precautions?

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |
| Eyes Open | Spontaneous -RV | — | Spontaneous -KF | — | — |
| Best Verbal Response | Oriented -RV | — | Oriented -KF | — | — |
| Best Motor Response | Obeys commands - RV | — | Obeys commands - KF | — | — |
| GCS Total | 15 -RV | — | 15 -KF | — | — |
| Level of Consciousness | Awake;Alert -RV | — | Awake;Alert -KF | — | Awake;Drowsy -YN |

**HEENT**

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |

**Vision and Hearing Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | None -RV | — | None -KF | — | — |

**Respiratory**

| | | | | | |
|---|---|---|---|---|---|
| Respiratory (WDL) | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |
| Cardiac Regularity | Regular -RV | — | Regular -KF | — | — |

**Cardiac Monitor**

| | | | | | |
|---|---|---|---|---|---|
| Monitor Alarms Set | No -RV | ........ | No -KF | ........ | ........ |

**PVD/VTE Screening**

| | | | | | |
|---|---|---|---|---|---|
| PVD (WDL)/VTE Screen | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV | — | Antiembolism stockings - knee;Bilateral;Sequential compression devices - knee high &#128196; SCD on right leg only -KF | — | — |
| Anti-Embolism Device Intervention | On;Skin check -RV | — | On;Skin check -KF | — | — |

**Gastrointestinal**

| | | | | | |
|---|---|---|---|---|---|
| Gastrointestinal (WDL) | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |
| Last Bowel Movement Date | — | — | 12/04/23 -KF | — | — |

**Genitourinary**

| | | | | | |
|---|---|---|---|---|---|
| Genitourinary (WDL) | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |
| Urinary Status | — | — | Voids without difficulty -KF | Voids without difficulty -YN | — |
| Pre-Void Bladder Scan | — | — | — | — | 219 -YN |
| Urine Void (mL) | — | — | — | 215 mL -YN | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 866

Printed by 71334 at 8/21/24 10:11 AM

MC_002717

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Skin

| | | | | | |
|---|---|---|---|---|---|
| 4-Eye Skin Assessment Completed With | — | — | david, RN -KF | — | — |
| Skin (WDL) | Exceptions to Defined Limits -RV | — | Within Defined Limits -KF | — | — |
| Skin Location 1 | L knee -RV | — | L knee -KF | — | — |
| Skin Integrity 1 | Incision -RV | — | Incision -KF | — | — |

### Braden Scale: High risk < or equal 18

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | No impairment -RV | — | No impairment -KF | — | — |
| Moisture | Rarely moist -RV | — | Rarely moist -KF | — | — |
| Activity | Walks occasionally -RV | — | Walks occasionally -KF | — | — |
| Mobility | Slightly limited -RV | — | Slightly limited -KF | — | — |
| Nutrition | Adequate -RV | — | Adequate -KF | — | — |
| Friction and Shear | No apparent problem -RV | — | No apparent problem -KF | — | — |
| Braden Scale Score | 20 -RV | — | 20 -KF | — | — |

### Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | Sutures -RV | — | Sutures -KF | — | — |
| Dressing Type | Elastic bandage -RV | — | Elastic bandage -KF | — | — |
| Dressing Status | Clean, dry, and intact -RV | — | Clean, dry, and intact -KF | — | — |
| Drainage Amount | Unable to assess -RV | — | Unable to assess -KF | — | — |
| Dressing Change Due Date | — | — | 12/11/23 -KF | — | — |
| Dressing Therapy | Negative pressure/wound therapy -RV | — | — | — | — |
| Dressing Device | Knee immobilizer -RV | — | — | — | — |

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -RV | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR | Bed/Cart in lowest position;Wheels locked -KF | — | — |

### Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | No -RV | — | No -KF | — | — |
| Secondary Diagnosis | Yes -RV | — | Yes -KF | — | — |
| Ambulatory Aid | Crutches, cane or walker (Prosthetic &/or Orthotic) -RV | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KF | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 867

Printed by 71334 at 8/21/24 10:11 AM

MC_002718

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Row Name | | | | | |
|---|---|---|---|---|---|
| IV or Heparin Lock | Yes -RV | — | Yes -KF | — | — |
| Gait and Transferring | Weak -RV | — | Weak -KF | — | — |
| Mental Status | Oriented (and realistic) to own ability -RV | — | Oriented (and realistic) to own ability -KF | — | — |
| Morse Fall Risk Total | 60 -RV | — | 60 -KF | — | — |
| **Risk for Injury** | | | | | |
| Risk for injury | Recent surgery -RV | — | Recent surgery -KF | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -RV | — | Exceptions to Defined Limits -KF | — | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | Within Defined Limits -RV | — | Within Defined Limits -KF | — | — |

| Row Name | 12/04/23 1620 | 12/04/23 1530 | 12/04/23 1511 | 12/04/23 1452 | 12/04/23 1129 |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Level of Consciousness | Arousable -AC | Drowsy -YN | Sedated -YN | — | — |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | — | — | — | None -MM |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | Within Defined Limits -YN | — | — |
| Cardiac Regularity | — | — | Regular -YN | — | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high -YN | — | — |
| Anti-Embolism Device Intervention | — | — | On -YN | — | — |
| **Genitourinary** | | | | | |
| Urinary Status | — | — | Has not voided -YN | — | — |
| **Skin** | | | | | |
| Skin Location 1 | — | — | L knee -YN | — | — |
| Skin Integrity 1 | — | — | Incision -YN | — | — |
| **Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION** | | | | | |
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | — | — | — | Sutures -MM | — |
| Dressing Type | — | — | — | — Flex 7 -MM | — |
| Dressing Status | — | — | — | Clean, dry, and intact -MM | — |
| Dressing Changed | — | — | — | Changed/New -MM | — |
| Dressing Change Due Date | — | — | — | 12/11/23 -MM | — |
| Dressing Therapy | — | — | — | Negative | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 868

Printed by 71334 at 8/21/24 10:11 AM

MC_002719

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | pressure/wound therapy -MM | |
| Dressing Device | — | — | — | Knee immobilizer - MM | — |

**[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045**

| | |
|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM |

**Fall Risk Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Wheels locked -AC | — | — | — | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| IV or Heparin Lock | Yes -AC | — | — | — | — |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | Exceptions to Defined Limits -YN | — | — |

| Row Name | 12/04/23 1025 | 12/04/23 0858 | 11/21/23 1212 | | |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Eyes Open | — | Spontaneous -JG | — | | |
| Best Verbal Response | — | Oriented -JG | — | | |
| Best Motor Response | — | Obeys commands - JG | — | | |
| GCS Total | — | 15 -JG | — | | |
| **Vision and Hearing Assessment** | | | | | |
| Hearing Aid | — | None -JG | — | | |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — regualr -JG | — | | |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | No -JG | No -JK | | |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high -JG | — | | |
| **Gastrointestinal** | | | | | |
| Last Bowel Movement Date | — | 12/03/23 -JG | — | | |
| **Genitourinary** | | | | | |
| Post-Void Bladder Scan | 0 -TS | — | — | | |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | — | Slightly limited -JG | — | | |
| Moisture | — | Occasionally moist -JG | — | | |
| Activity | — | Walks occasionally -JG | — | | |
| Mobility | — | Very limited -JG | — | | |
| Nutrition | — | Adequate -JG | — | | |
| Friction and | — | Potential problem - | — | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 869

Printed by 71334 at 8/21/24 10:11 AM

MC_002720

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | |
|---|---|---|
| Shear | | JG |
| Braden Scale Score | — | 16 -JG | — |

**Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION**

| | |
|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM |

**[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045**

| | |
|---|---|
| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM |

**Fall Risk Interventions**

| | | |
|---|---|---|
| Fall Risk Interventions | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear -JG | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | |
|---|---|---|
| History of Falls in Last 3 Months? | — | No -JG | — |
| Secondary Diagnosis | — | Yes -JG | — |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -JG | — |
| IV or Heparin Lock | — | Yes -JG | — |
| Gait and Transferring | — | Impaired -JG | — |
| Mental Status | — | Oriented (and realistic) to own ability -JG | — |
| Morse Fall Risk Total | — | 70 -JG | — |

**Risk for Injury**

| | | |
|---|---|---|
| Risk for injury | — | Age;Bones;Anticoagulants -JG | — |

**Musculoskeletal**

| | | |
|---|---|---|
| Musculoskeletal (WDL) | — | — left thigh/ hip/ bil knees -JG | — |

**Psychosocial**

| | | |
|---|---|---|
| Psychosocial (WDL) | — | Within Defined Limits -JG | — |

**Adult Nutrition**

| Row Name | 12/05/23 0858 | 12/04/23 0858 | 12/04/23 0817 | 11/29/23 0820 | 11/21/23 1212 |
|---|---|---|---|---|---|
| **Nursing Nutrition Screen** | | | | | |
| Unplanned Weight Loss in | — | No -JG | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 870

Printed by 71334 at 8/21/24 10:11 AM

MC_002721

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Last Three Months | | | | | |
| Unusual Weight Gain | — | No -JG | — | — | — |
| Difficulty Chewing or Swallowing | — | No -JG | — | — | No -JK |
| Nutrition Risk Assessment | | | | | |
| Height | — | — | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR | 1.651 m (5' 5") -JK |
| Weight | — | — | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) - LR | 112.9 kg (249 lb) - JK |
| BMI (Calculated) | — | — | 40.94 -CP | 41.93 -LR | 41.44 -JK |
| Impaired Nutrition Status Score | 0-Normal Nutrition Status - Absent - MO | — | — | — | — |
| Severity of Disease Score | 1-Chronic Illness, esp. w/acute, complication: cirrhosis, COPD, dialysis, oncology, recent bariatric surgery - Mild -MO | — | — | — | — |
| Age | 0- < 70 -MO | — | — | — | — |
| Score | 1 -MO | — | — | — | — |
| Risk Level | Level 1 - 0 to 1 pt - No initial note required. Follow up within 7 days -MO | — | — | — | — |
| Follow - Up / Rescreen Date | 12/12/23 -MO | — | — | — | — |
| Completed/Reviewed By | Initial Screen -MO | — | — | — | — |

**Anthropometrics**

| Row Name | 12/04/23 0817 | 11/29/23 0820 | 11/21/23 1212 | | |
|---|---|---|---|---|---|
| Anthropometrics | | | | | |
| Height | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR | 1.651 m (5' 5") -JK | | |
| Weight | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) - LR | 112.9 kg (249 lb) - JK | | |
| Weight Change | 0.6 -CP | 1.2 -LR | — | | |
| BMI (Calculated) | 40.94 -CP | 41.93 -LR | 41.44 -JK | | |

**Bladder / Bowel Management**

| Row Name | 12/08/23 1358 | 12/08/23 0810 | 12/08/23 0500 | 12/08/23 0030 | 12/07/23 2028 |
|---|---|---|---|---|---|
| Bladder Management | | | | | |
| Urine Void (mL) | 1000 mL -PJ | — | 600 mL -WM | 900 mL -AG | — |
| Bowel Management | | | | | |
| Last Bowel Movement Date | — | 12/07/23 -CH | — | — | 12/07/23 -WM |
| Stool Occurrence | 1 -PJ | — | — | — | — |
| Bristol Stool Type | Type 5- Soft blobs with clear-cut edges (passed easily) -PJ | — | — | — | — |
| Row Name | 12/07/23 1815 | 12/07/23 1510 | 12/07/23 1006 | 12/07/23 0800 | 12/07/23 0331 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 871

Printed by 71334 at 8/21/24 10:11 AM

MC_002722

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Bladder Management

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | — | — | 300 mL -BQ | — | 1200 mL -AG |
| Urine Occurrence | 1 -BQ | 1 📄 patient missed the hat -BQ | — | — | — |

### Bowel Management

| | | | | | |
|---|---|---|---|---|---|
| Last Bowel Movement Date | — | — | — | 12/04/23 -CH | — |
| Stool Occurrence | — | 1 -BQ | 1 -BQ | — | — |

| Row Name | 12/06/23 2214 | 12/06/23 1808 | 12/06/23 1525 | 12/06/23 1259 | 12/06/23 0842 |
|---|---|---|---|---|---|

### Bladder Management

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 850 mL -AG | 900 mL -AH | 500 mL -KJ | — | 900 mL -YL |
| Urine Occurrence | — | — | — | 1 📄 missed hat -AH | — |

### Bowel Management

| | | | | | |
|---|---|---|---|---|---|
| Stool Occurrence | — | — | — | 1 📄 per pt -AH | — |

| Row Name | 12/06/23 0200 | 12/05/23 2217 | 12/05/23 1837 | 12/05/23 1528 | 12/05/23 1312 |
|---|---|---|---|---|---|

### Bladder Management

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 1000 mL -KSA | 950 mL -KSA | 1000 mL -MJ | 1100 mL -MJ | 1000 mL -MJ |

### Bowel Management

| | | | | | |
|---|---|---|---|---|---|
| Stool Occurrence | — | — | 1 -MJ | — | — |
| Bristol Stool Type | — | — | Type 5- Soft blobs with clear-cut edges (passed easily) -MJ | — | — |

| Row Name | 12/05/23 1007 | 12/05/23 0752 | 12/05/23 0645 | 12/05/23 0221 | 12/04/23 1754 |
|---|---|---|---|---|---|

### Bladder Management

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 900 mL -MJ | — | 1000 mL -DF | 900 mL -RV | — |

### Bowel Management

| | | | | | |
|---|---|---|---|---|---|
| Last Bowel Movement Date | — | 12/04/23 -KJ | — | — | 12/04/23 -KF |

| Row Name | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1025 | 12/04/23 0858 | |
|---|---|---|---|---|---|

### Bladder Management

| | | | | |
|---|---|---|---|---|
| Pre-Void Bladder Scan | — | 219 -YN | — | — |
| Urine Void (mL) | 215 mL -YN | — | — | — |
| Post-Void Bladder Scan | — | — | 0 -TS | — |

### Bowel Management

| | | | | |
|---|---|---|---|---|
| Last Bowel Movement Date | — | — | — | 12/03/23 -JG |

### Care Management Admission

| Row Name | 12/08/23 15:14:25 | 12/08/23 09:28:24 | 12/08/23 06:48:34 | 12/08/23 06:29:05 | 12/08/23 04:14:36 |
|---|---|---|---|---|---|

### Admission Assessment

| | | | | | |
|---|---|---|---|---|---|
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | — |
| Predicted Length of Stay | 3.1 -M | 3.2 -M | — | 3.1 -M | — |
| Care Level Score | — | — | 45 -M | — | 66 -M |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 872

Printed by 71334 at 8/21/24 10:11 AM

MC_002723

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Row Name | 12/08/23 02:42:14 | 12/07/23 22:29:51 | 12/07/23 22:16:28 | 12/07/23 16:59:23 | 12/07/23 12:58:19 |
|---|---|---|---|---|---|
| **Admission Assessment** | | | | | |
| Predicted DRG Description | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | — | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M |
| Predicted Length of Stay | 3.2 -M | 3.1 -M | — | 3.1 -M | 3.2 -M |
| Care Level Score | — | — | 45 -M | — | — |

| Row Name | 12/07/23 12:14:39 | 12/07/23 11:13:34 | 12/07/23 09:59:03 | 12/07/23 06:36:39 | 12/07/23 01:50:29 |
|---|---|---|---|---|---|
| **Admission Assessment** | | | | | |
| Predicted DRG Description | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | — | — |
| Predicted Length of Stay | 3.2 -M | 3.2 -M | 3.1 -M | — | — |
| Care Level Score | — | — | — | 79 -M | 84 -M |

| Row Name | 12/06/23 22:28:13 | 12/06/23 18:57:52 | 12/06/23 18:43:16 | 12/06/23 1700 | 12/06/23 15:22:40 |
|---|---|---|---|---|---|
| **Admission Assessment** | | | | | |
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — | — |
| Predicted Length of Stay | 3.1 -M | 3.1 -M | 3.2 -M | — | — |
| Care Level Score | — | — | — | — | 89 -M |
| Information Source | — | — | — | Patient -KS | — |
| Reason for admission as stated by patient/representative | — | — | — | knee replacment - KS | — |
| Is this a Readmission | — | — | — | No -KS | — |
| **Advance Directives** | | | | | |
| Healthcare Directive | — | — | — | No, patient does not have advance directive for healthcare treatment -KS | — |
| **Prior to Admit Living Environment** | | | | | |
| Lives With | — | — | — | Spouse/Domestic Partner;Daughter;Son -KS | — |
| Receives Help From | — | — | — | Family -KS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 873

Printed by 71334 at 8/21/24 10:11 AM

MC_002724

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Dependent Care | — | — | — | Not Applicable -KS | — |
| Name of the person the patient has identified to help right after discharge | — | — | — | Steven Larocque (spouse) -KS | — |

**Prior to Admit Baseline Functional Status**

| | | | | | |
|---|---|---|---|---|---|
| Is the patient independent with ADLS | — | — | — | No - Assistive equipment used -KS | — |
| Is the patient independent with iADLS | — | — | — | No - Assistive equipment used -KS | — |
| On home Oxygen? | — | — | — | No -KS | — |
| Durable Medical Equipment | — | — | — | Cane;Glucose Monitor;Walker (4 Wheeled Walker);CPAP;Shower Chair -KS | — |
| Does patient receive outpt hemodialysis | — | — | — | No -KS | — |

**Financial and Resource Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Complex Barriers to Discharge | — | — | — | None -KS | — |

**Anticipation of Discharge Plans (at time of Admission)**

| | | | | | |
|---|---|---|---|---|---|
| Anticipated changes related to this admission | — | — | — | None -KS | — |
| Interventions Identified for successful transition to next site of care | — | — | — | Follow up appointment within 7- 10 days after discharge -KS | — |
| Anticipated Discharge Disposition | — | — | — | Home -KS | — |
| Who will pick you up when you are ready to leave the hospital? | — | — | — | Stephen Larocque (son) -KS | — |
| Contact Information | — | — | — | 253-273-70185 -KS | — |
| Discharge Medications will be Filled | — | — | — | Patients preferred pharmacy (Comment location) Safeway on 56th Street -KS | — |

**Admission Assessment Completed**

| | | | | | |
|---|---|---|---|---|---|
| Admission Assessment Completed | — | — | — | Yes -KS | — |

| Row Name | 12/06/23 13:42:47 | 12/06/23 13:13:46 | 12/06/23 11:44:58 | 12/06/23 04:42:10 | 12/06/23 02:43:26 |
|---|---|---|---|---|---|

**Admission Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Predicted DRG Description | REVISION OF HIP OR KNEE | KNEE PROCEDURES | REVISION OF HIP OR KNEE | KNEE PROCEDURES | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 874

Printed by 71334 at 8/21/24 10:11 AM

MC_002725

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | REPLACEMENT WITH CC -M | WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REPLACEMENT WITH CC -M | WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | |
|---|---|---|---|---|---|
| Predicted Length of Stay | 3.2 -M | 3.1 -M | 3.2 -M | 3.1 -M | — |
| Care Level Score | — | — | — | — | 92 -M |
| **Row Name** | **12/06/23 01:42:33** | **12/05/23 22:29:20** | **12/05/23 17:53:16** | **12/05/23 14:42:40** | **12/05/23 14:13:33** |

Admission Assessment

| | | | | | |
|---|---|---|---|---|---|
| Predicted DRG Description | — | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M |
| Predicted Length of Stay | — | 3.2 -M | — | 3.2 -M | 3.2 -M |
| Care Level Score | 86 -M | — | 94 -M | — | — |
| **Row Name** | **12/05/23 13:57:49** | **12/05/23 11:57:56** | **12/05/23 10:58:54** | **12/05/23 09:28:58** | **12/05/23 07:15:33** |

Admission Assessment

| | | | | | |
|---|---|---|---|---|---|
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M |
| Predicted Length of Stay | 3.1 -M | 3.2 -M | 3.2 -M | 3.2 -M | 3.1 -M |
| **Row Name** | **12/05/23 06:58:30** | **12/05/23 04:37:51** | **12/05/23 01:31:28** | **12/05/23 00:46:22** | **12/04/23 18:01:50** |

Admission Assessment

| | | | | | |
|---|---|---|---|---|---|
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | — | — | — | — |
| Predicted Length of Stay | 3.1 -M | — | — | — | — |
| Care Level Score | — | 92 -M | 86 -M | 95 -M | 81 -M |
| **Row Name** | **12/04/23 15:32:57** | **12/04/23 15:08:24** | **12/04/23 14:47:43** | **12/04/23 14:32:33** | **12/04/23 14:18:40** |

Admission Assessment

| | | | | | |
|---|---|---|---|---|---|
| Care Level Score | 83 -M | 90 -M | 86 -M | 79 -M | 81 -M |
| **Row Name** | **12/04/23 14:03:09** | **12/04/23 13:37:45** | **12/04/23 0858** | **12/04/23 06:18:17** | **11/21/23 1212** |

Admission Assessment

| | | | | | |
|---|---|---|---|---|---|
| Care Level Score | 83 -M | 81 -M | — | 30 -M | — |
| Do you have a medication prescription benefit? | — | — | Yes -JG | — | — |

Prior to Admit Living Environment

| | | | | | |
|---|---|---|---|---|---|
| Type of Residence | — | — | — | — | Private Residence - JK |
| Lives With | — | — | — | — | Spouse/Domestic Partner -JK |
| Receives Help | — | — | — | — | None - managing in |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 875

Printed by 71334 at 8/21/24 10:11 AM

MC_002726

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| From | | | | | current setting -JK |
|---|---|---|---|---|---|
| **Anticipation of Discharge Plans (at time of Admission)** | | | | | |
| Anticipated Discharge Disposition | — | — | — | — | Home -JK |

### Case Management Assessment

| Row Name | 12/08/23 15:14:25 | 12/08/23 09:28:24 | 12/08/23 0810 | 12/08/23 06:48:34 | 12/08/23 06:29:05 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — | — | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M |
| Predicted Length of Stay | 3.1 -M | 3.2 -M | — | — | 3.1 -M |
| Care Level Score | — | — | — | 45 -M | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | 21 -CH | — | — |

| Row Name | 12/08/23 04:14:36 | 12/08/23 02:42:14 | 12/07/23 22:29:51 | 12/07/23 22:16:28 | 12/07/23 2028 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | — | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | — | — |
| Predicted Length of Stay | — | 3.2 -M | 3.1 -M | — | — |
| Care Level Score | 66 -M | — | — | 45 -M | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | — | — | 16 -VVM |

| Row Name | 12/07/23 16:59:23 | 12/07/23 12:58:19 | 12/07/23 12:14:39 | 12/07/23 11:13:34 | 12/07/23 1100 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — |
| Predicted Length of Stay | 3.1 -M | 3.2 -M | 3.2 -M | 3.2 -M | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | — | — | 14 -MZ |

| Row Name | 12/07/23 09:59:03 | 12/07/23 0800 | 12/07/23 06:36:39 | 12/07/23 01:50:29 | 12/07/23 0100 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | KNEE PROCEDURES WITHOUT | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 876

Printed by 71334 at 8/21/24 10:11 AM

MC_002727

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | | | | |
| Predicted Length of Stay | 3.1 -M | — | — | — | — |
| Care Level Score | — | — | 79 -M | 84 -M | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | 20 -CH | — | — | 18 -WM |

| Row Name | 12/06/23 22:28:13 | 12/06/23 18:57:52 | 12/06/23 18:43:16 | 12/06/23 1700 | 12/06/23 15:22:40 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — | — |
| Predicted Length of Stay | 3.1 -M | 3.1 -M | 3.2 -M | — | — |
| Care Level Score | — | — | — | — | 89 -M |
| Healthcare Directive | — | — | — | No, patient does not have advance directive for healthcare treatment -KS | — |
| **Information Sources** | | | | | |
| Case Manager | — | — | — | Korin Sanda-Rogers -KS | — |
| Information Source | — | — | — | Patient -KS | — |
| **Initial Assessment** | | | | | |
| Admission Assessment Completed | — | — | — | Yes -KS | — |
| Reason for admission as stated by patient/representative | — | — | — | knee replacment -KS | — |
| Is this a Readmission | — | — | — | No -KS | — |
| **Prior to Admit Living Environment** | | | | | |
| Lives With | — | — | — | Spouse/Domestic Partner;Daughter;Son -KS | — |
| Receives Help From | — | — | — | Family -KS | — |
| Dependent Care | — | — | — | Not Applicable -KS | — |
| Name of the person the patient has identified to help right after discharge | — | — | — | Steven Larocque (spouse) -KS | — |
| **Prior to Admit Baseline Functional Status** | | | | | |
| Is the patient | — | — | — | No - Assistive | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 877

Printed by 71334 at 8/21/24 10:11 AM

MC_002728

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| independent with ADLS | | | | equipment used -KS | |
| Is the patient independent with iADLS | — | — | — | No - Assistive equipment used -KS | — |
| On home Oxygen? | — | — | — | No -KS | — |
| Durable Medical Equipment | — | — | — | Cane;Glucose Monitor;Walker (4 Wheeled Walker);CPAP;Sho wer Chair -KS | — |
| Does patient receive outpt hemodialysis | — | — | — | No -KS | — |

Financial and Resource Assessment

| | | | | | |
|---|---|---|---|---|---|
| How hard is it for you to pay for the very basics like food, housing, medical care, and heating? | — | — | — | Not hard at all -KS | — |
| In the last 12 months, was there a time when you were not able to pay the mortgage or rent on time? | — | — | — | No -KS | — |
| In the past 12 months, has lack of transportation kept you from medical appointments or from getting medications? | — | — | — | No -KS | — |
| In the past 12 months, has lack of transportation kept you from meetings, work, or from getting things needed for daily living? | — | — | — | No -KS | — |
| Within the past 12 months, you worried that your food would run out before you got the money to buy more. | — | — | — | Never true -KS | — |
| Within the past 12 months, the food you bought just didn't last and you didn't have money to get more. | — | — | — | Never true -KS | — |
| In the past 12 | — | — | — | No -KS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 878

Printed by 71334 at 8/21/24 10:11 AM

MC_002729

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| months has the electric, gas, oil, or water company threatened to shut off services in your home? | | | | | |
| Meets Criteria for MHS charity care? | — | — | — | No -KS | — |

Anticipation of Discharge Plans

| | | | | | |
|---|---|---|---|---|---|
| Anticipated changes related to this admission | — | — | — | None -KS | — |
| Complex Barriers to Discharge | — | — | — | None -KS | — |
| Interventions Identified for successful transition to next site of care | — | — | — | Follow up appointment within 7- 10 days after discharge -KS | — |
| Anticipated Discharge Disposition | — | — | — | Home -KS | — |
| Who will pick you up when you are ready to leave the hospital? | — | — | — | Stephen Larocque (son) -KS | — |
| Contact Information | — | — | — | 253-273-70185 -KS | — |
| Discharge Medications will be Filled | — | — | — | Patients preferred pharmacy (Comment location) 📄 Safeway on 56th Street -KS | — |

Clinical Status Update

| | | | | | |
|---|---|---|---|---|---|
| Case Management Next Steps | — | — | — | Awaiting clinical progression for medical clearance. -KS | — |

Housing Stability

| | | | | | |
|---|---|---|---|---|---|
| In the last 12 months, how many places have you lived? | — | — | — | 1 -KS | — |
| In the last 12 months, was there a time when you did not have a steady place to sleep or slept in a shelter (including now)? | — | — | — | No -KS | — |

| Row Name | 12/06/23 13:42:47 | 12/06/23 13:13:46 | 12/06/23 1200 | 12/06/23 11:44:58 | 12/06/23 04:42:10 |
|---|---|---|---|---|---|
| Predicted DRG and Length of Stay | | | | | |
| Predicted DRG Description | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | KNEE PROCEDURES WITHOUT PRINCIPAL | — | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | KNEE PROCEDURES WITHOUT PRINCIPAL |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 879

Printed by 71334 at 8/21/24 10:11 AM

MC_002730

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | | DIAGNOSIS OF INFECTION WITH CC/MCC -M | | | DIAGNOSIS OF INFECTION WITH CC/MCC -M |
|---|---|---|---|---|---|
| Predicted Length of Stay | 3.2 -M | 3.1 -M | — | 3.2 -M | 3.1 -M |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | 13 -MZ | — | — |

| Row Name | 12/06/23 02:43:26 | 12/06/23 01:42:33 | 12/05/23 2333 | 12/05/23 22:29:20 | 12/05/23 17:53:16 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | — | — | — | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — |
| Predicted Length of Stay | — | — | — | 3.2 -M | — |
| Care Level Score | 92 -M | 86 -M | — | — | 94 -M |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | 14 -KSA | — | — |

| Row Name | 12/05/23 14:42:40 | 12/05/23 14:13:33 | 12/05/23 13:57:49 | 12/05/23 11:57:56 | 12/05/23 1143 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — |
| Predicted Length of Stay | 3.2 -M | 3.2 -M | 3.1 -M | 3.2 -M | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | — | — | 14 -KJ |

| Row Name | 12/05/23 10:58:54 | 12/05/23 09:28:58 | 12/05/23 0900 | 12/05/23 07:15:33 | 12/05/23 06:58:30 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Predicted DRG Description | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | REVISION OF HIP OR KNEE REPLACEMENT WITH CC -M | — | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M | KNEE PROCEDURES WITHOUT PRINCIPAL DIAGNOSIS OF INFECTION WITH CC/MCC -M |
| Predicted Length of Stay | 3.2 -M | 3.2 -M | — | 3.1 -M | 3.1 -M |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | 12 -TF | — | — |

| Row Name | 12/05/23 04:37:51 | 12/05/23 01:31:28 | 12/05/23 00:46:22 | 12/04/23 2125 | 12/04/23 2124 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Care Level Score | 92 -M | 86 -M | 95 -M | — | — |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | — | — | No -RV | No -RV |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 880

Printed by 71334 at 8/21/24 10:11 AM

MC_002731

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| When you are discharged is it safe for you to go home? | — | — | — | Yes -RV | Yes -RV |

| Row Name | 12/04/23 18:01:50 | 12/04/23 15:32:57 | 12/04/23 15:08:24 | 12/04/23 14:47:43 | 12/04/23 14:32:33 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Care Level Score | 81 -M | 83 -M | 90 -M | 86 -M | 79 -M |

| Row Name | 12/04/23 14:18:40 | 12/04/23 14:03:09 | 12/04/23 13:37:45 | 12/04/23 0858 | 12/04/23 06:18:17 |
|---|---|---|---|---|---|
| **Predicted DRG and Length of Stay** | | | | | |
| Care Level Score | 81 -M | 83 -M | 81 -M | — | 30 -M |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | — | — | No -JG | — |
| When you are discharged is it safe for you to go home? | — | — | — | Yes -JG | — |

| Row Name | 11/21/23 1212 | | | | |
|---|---|---|---|---|---|
| **Prior to Admit Living Environment** | | | | | |
| Type of Residence | Private Residence - JK | | | | |
| Lives With | Spouse/Domestic Partner -JK | | | | |
| Receives Help From | None - managing in current setting -JK | | | | |
| **Anticipation of Discharge Plans** | | | | | |
| Anticipated Discharge Disposition | Home -JK | | | | |

**Critical Care**

| Row Name | 12/08/23 1630 | 12/08/23 1127 | 12/08/23 1027 | 12/08/23 0809 | 12/08/23 0400 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | — | — | 36.5 °C (97.7 °F) - BQ | — |
| Temp src | — | — | — | Temporal -BQ | — |
| BP | — | — | — | 118/71 -BQ | — |
| BP Method | — | — | — | Automatic -BQ | — |
| MAP (mmHg) | — | — | — | 87 mmHg -BQ | — |
| Resp | — | — | — | 18 -BQ | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Supine -BQ | — |
| BP Site | — | — | — | Left forearm -BQ | — |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | — | — | 96 % -BQ | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -CH | Re-Assessment -CH | Assessment -CH | Assessment -CH | Re-Assessment - WM |
| Patient Currently in Pain | Yes -CH | Sleeping/respirations WNL -CH | Yes -CH | No -CH | Sleeping/respirations WNL -WM |
| Patient's Realistic | 4 -CH | — | 4 -CH | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 881
Printed by 71334 at 8/21/24 10:11 AM

MC_002732

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Pain Goal

| | | | | | |
|---|---|---|---|---|---|
| Pain Relieving Factors | Medication -CH | — | | Medication;Ice / Cold Therapy -CH | — | — |
| Pain Aggravating Factors | Positional (add comment) -CH | — | | Positional (add comment) -CH | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - CH | — | | Numeric (patient able to self-report) - CH | — | — |

Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 8/10 -CH | — | | 7/10 -CH | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - CH | — | | Interferes with activities, but not passive activities - CH | — | — |
| Pain Location 1 | KNEE -CH | — | | KNEE -CH | — | — |
| Pain Orientation 1 | Left -CH | — | | Left -CH | — | — |
| Pain Duration 1 | Continuous -CH | — | | Continuous -CH | — | — |
| Pain Onset 1 | Acute Pain -CH | — | | Acute Pain -CH | — | — |
| Pain Quality 1 | Pain -CH | — | | Pain -CH | — | — |
| Pain Intervention(s) 1 | Medication -CH | — | | Medication;Ice (T/pump, cold compress) -CH | — | — |
| Pain Intervention Education Provided 1 | Yes -CH | — | | Yes -CH | — | — |
| Side Effect of Intervention 1 | None -CH | — | | None -CH | — | — |

| Row Name | 12/08/23 0333 | 12/08/23 0004 | 12/07/23 1630 | 12/07/23 1530 | 12/07/23 1508 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | 36.2 °C (97.1 °F) - AG | — | — | 36.3 °C (97.3 °F) - BQ |
| Temp src | — | Skin -AG | — | — | Temporal -BQ |
| Pulse | — | 87 -AG | — | — | 96 -BQ |
| BP | — | 98/58 -AG | — | — | 123/68 -BQ |
| BP Method | — | Automatic -AG | — | — | Automatic -BQ |
| MAP (mmHg) | — | 71 mmHg -AG | — | — | 86 mmHg -BQ |
| Resp | — | 18 -AG | — | — | 18 -BQ |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Supine -AG | — | — | Sitting -BQ |
| BP Site | — | Left forearm -AG | — | — | Left forearm -BQ |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | 95 % -AG | — | — | 98 % -BQ |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -WM | — | Re-Assessment -CH | Assessment -NB | — |
| Patient Currently in Pain | Yes -WM | — | No -CH | Yes -NB | — |
| Pain Relieving Factors | — | — | — | Medication -NB | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -WM | — | — | 8/10 -NB | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - WM | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 882
Printed by 71334 at 8/21/24 10:11 AM

MC_002733

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Pain Location 1 | KNEE -WM | — | — | KNEE -NB | — |
| Pain Orientation 1 | Left -WM | — | — | — | — |
| Pain Duration 1 | Continuous -WM | — | — | — | — |
| Pain Onset 1 | Acute Pain -WM | — | — | — | — |
| Pain Quality 1 | Pain -WM | — | — | — | — |
| Pain Intervention(s) 1 | Medication -WM | — | — | Medication -NB | — |
| Pain Intervention Education Provided 1 | Yes -WM | — | — | — | — |
| Side Effect of Intervention 1 | None -WM | — | — | — | — |

| Row Name | 12/07/23 1204 | 12/07/23 1104 | 12/07/23 0816 | 12/07/23 0800 | 12/07/23 0339 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | — | 36.5 °C (97.7 °F) - BQ | — | 36.6 °C (97.8 °F) - AG |
| Temp src | — | — | Temporal -BQ | — | Skin -AG |
| Pulse | — | — | 83 -BQ | — | 92 -AG |
| BP | — | — | 135/83 -BQ | — | 129/80 -AG |
| BP Method | — | — | Automatic -BQ | — | Automatic -AG |
| MAP (mmHg) | — | — | 100 mmHg -BQ | — | 96 mmHg -AG |
| Resp | — | — | 18 -BQ | — | 18 -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -BQ | — | Sitting -AG |
| BP Site | — | — | Left forearm -BQ | — | Left forearm -AG |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | — | 99 % -BQ | — | 100 % -AG |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -CH | Assessment -CH | — | Assessment -CH | — |
| Patient Currently in Pain | No -CH | Yes -CH | — | Sleeping/respirations WNL -CH | — |
| Patient's Realistic Pain Goal | — | 4 -CH | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy;Sleep / Rest -CH | — | — | — |
| Pain Aggravating Factors | — | Ambulating / Activity -CH | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - CH | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 8/10 -CH | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities - CH | — | — | — |
| Pain Location 1 | — | KNEE -CH | — | — | — |
| Pain Orientation 1 | — | Left -CH | — | — | — |
| Pain Duration 1 | — | Continuous -CH | — | — | — |
| Pain Onset 1 | — | Acute Pain -CH | — | — | — |
| Pain Quality 1 | — | Sharp;Throbbing - CH | — | — | — |
| Pain | — | Medication;Ice | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 883

Printed by 71334 at 8/21/24 10:11 AM

MC_002734

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Intervention(s) 1 | (T/pump, cold compress) -CH | | | |
|---|---|---|---|---|
| Pain Intervention Education Provided 1 | — | Yes -CH | — | — | — |
| Side Effect of Intervention 1 | — | None -CH | — | — | — |

| Row Name | 12/07/23 0230 | 12/07/23 0158 | 12/06/23 2201 | 12/06/23 2030 | 12/06/23 1714 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | — | 36.6 °C (97.8 °F) -AG | — | 36.1 °C (97 °F) -AH |
| Temp src | — | — | Skin -AG | — | Temporal -AH |
| Pulse | — | — | 100 -AG | — | 90 -AH |
| BP | — | — | 109/71 -AG | — | 115/73 -AH |
| BP Method | — | — | Automatic -AG | — | Automatic -AH |
| MAP (mmHg) | — | — | 84 mmHg -AG | — | 84 mmHg -AH |
| Resp | — | — | 18 -AG | — | 16 -AH |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -AG | — | Supine -AH |
| BP Site | — | — | Left forearm -AG | — | Left forearm -AH |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | — | 95 % -AG | — | 98 % -AH |
| Oxygen Device/Source | — | — | — | — | None (Room Air) -AH |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -WM | Assessment -WM | — | Assessment -DL | Re-Assessment -KJ |
| Patient Currently in Pain | Sleeping/respirations WNL -WM | Yes -WM | — | Yes -DL | Yes -KJ |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) -DL | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 7/10 -WM | — | 8/10 -DL | 7/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with some activities -WM | — | Interferes with activities, but not passive activities -DL | — |
| Pain Location 1 | — | KNEE -WM | — | KNEE -DL | — |
| Pain Orientation 1 | — | Left -WM | — | Left -DL | — |
| Pain Duration 1 | — | Continuous -WM | — | Continuous -DL | — |
| Pain Onset 1 | — | Acute Pain -WM | — | Acute Pain -DL | — |
| Pain Quality 1 | — | Throbbing -WM | — | Pain -DL | — |
| Pain Intervention(s) 1 | — | Medication -WM | — | Medication -DL | — |
| Pain Intervention Education Provided 1 | — | Yes -WM | — | Yes -DL | — |
| Side Effect of Intervention 1 | — | — | — | None -DL | — |

| Row Name | 12/06/23 1638 | 12/06/23 1400 | 12/06/23 1214 | 12/06/23 1125 | 12/06/23 0900 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | — | — | 36.2 °C (97.2 °F) -AH | — |
| Temp src | — | — | — | Temporal -AH | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 884

Printed by 71334 at 8/21/24 10:11 AM

MC_002735

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pulse | — | — | — | 94 -AH | — |
| BP | — | — | — | 126/70 -AH | — |
| BP Method | — | — | — | Automatic -AH | — |
| MAP (mmHg) | — | — | — | 89 mmHg -AH | — |
| Resp | — | — | — | 14 -AH | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Lying right side -AH | — |
| BP Site | — | — | — | Left forearm -AH | — |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | — | — | 93 % -AH | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | Re-Assessment -KJ | Assessment -KJ | — | Re-Assessment -KJ |
| Patient Currently in Pain | Yes -KJ | Yes -KJ | Yes -KJ | — | Yes -KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 9/10 -KJ | 7/10 -KJ | 9/10 -KJ | — | 7/10 -KJ |
| Pain Intervention(s) 1 | Medication;Ice (T/pump, cold compress) -KJ | — | Medication -KJ | — | — |

| Row Name | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0559 | 12/06/23 0334 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | 36.2 °C (97.1 °F) - YL | — | — | 35.9 °C (96.6 °F) - JR |
| Temp src | — | Skin -YL | — | — | Temporal -JR |
| Pulse | — | 91 -YL | — | — | 98 -JR |
| BP | — | 113/73 -YL | — | — | 118/66 -JR |
| BP Method | — | Automatic -YL | — | — | Automatic -JR |
| MAP (mmHg) | — | 85 mmHg -YL | — | — | 83 mmHg -JR |
| Resp | — | 16 -YL | — | — | 18 -JR |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -YL | — | — | Semi Fowler's -JR |
| BP Site | — | Left forearm -YL | — | — | Left forearm -JR |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | 93 % -YL | — | — | 96 % -JR |
| Oxygen Device/Source | — | CPAP -YL | — | — | CPAP -JR |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | — | Re-Assessment - KSA | Assessment -KSA | — |
| Patient Currently in Pain | Yes -KJ | — | Sleeping/respirations WNL -KSA | Yes -KSA | — |
| Patient's Realistic Pain Goal | — | — | — | 4 -KSA | — |
| Pain Relieving Factors | Medication -KJ | — | — | Medication;Ice / Cold Therapy -KSA | — |
| Pain Aggravating Factors | Positional (add comment) -KJ | — | — | Positional (add comment) -KSA | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | — | — | Numeric (patient able to self-report) - KSA | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -KJ | — | — | 8/10 -KSA | — |
| Functional Pain Scale (Self- | Interferes with some activities -KJ | — | — | Interferes with even passive activities - | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 885

Printed by 71334 at 8/21/24 10:11 AM

MC_002736

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | KSA |
|---|---|---|---|---|---|
| Report) 1 | | | | | |
| Pain Location 1 | KNEE -KJ | — | — | | KNEE -KSA |
| Pain Orientation 1 | Left -KJ | — | — | | Left -KSA |
| Pain Duration 1 | Continuous -KJ | — | — | | Continuous -KSA |
| Pain Onset 1 | Acute Pain -KJ | — | — | | Acute Pain -KSA |
| Pain Quality 1 | Pain -KJ | — | — | | Pain -KSA |
| Pain Intervention(s) 1 | Medication -KJ | — | — | | Medication -KSA |
| Pain Intervention Education Provided 1 | Yes -KJ | — | — | | Yes -KSA |
| Side Effect of Intervention 1 | None -KJ | — | — | | None -KSA |

| Row Name | 12/06/23 0327 | 12/06/23 0239 | 12/06/23 0147 | 12/05/23 2314 | 12/05/23 2245 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | — | — | 36 °C (96.8 °F) -JR | — |
| Temp src | — | — | — | Temporal -JR | — |
| Pulse | — | — | — | 81 -JR | — |
| BP | — | — | — | 111/61 -JR | — |
| BP Method | — | — | — | Automatic -JR | — |
| MAP (mmHg) | — | — | — | 78 mmHg -JR | — |
| Resp | — | — | — | 16 -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -JR | — |
| BP Site | — | — | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | — | — | 91 % -JR | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - JR | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment - KSA | Re-Assessment - KSA | Assessment -KSA | — | Re-Assessment - KSA |
| Patient Currently in Pain | Sleeping/respirations WNL -KSA | Yes -KSA | Yes -KSA | — | Sleeping/respirations WNL -KSA |
| Patient's Realistic Pain Goal | — | 4 -KSA | 4 -KSA | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -KSA | Medication -KSA | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -KSA | Positional (add comment) -KSA | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - KSA | Numeric (patient able to self-report) - KSA | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 6/10 -KSA | 8/10 -KSA | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities - KSA | Interferes with even passive activities - KSA | — | — |
| Pain Location 1 | — | KNEE -KSA | KNEE -KSA | — | — |
| Pain Orientation 1 | — | Left -KSA | Left -KSA | — | — |
| Pain Duration 1 | — | Continuous -KSA | Continuous -KSA | — | — |
| Pain Onset 1 | — | Acute Pain -KSA | Acute Pain -KSA | — | — |
| Pain Quality 1 | — | Pain -KSA | Pain -KSA | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 886

Printed by 71334 at 8/21/24 10:11 AM

MC_002737

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Intervention(s) 1 | — | Medication -KSA | Medication -KSA | — | — |
| Pain Intervention Education Provided 1 | — | Yes -KSA | Yes -KSA | — | — |
| Side Effect of Intervention 1 | — | None -KSA | None -KSA | — | — |

| Row Name | 12/05/23 2157 | 12/05/23 2110 | 12/05/23 1943 | 12/05/23 1752 | 12/05/23 1705 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | — | 36.6 °C (97.8 °F) - DF | — | — |
| Temp src | — | — | Temporal -DF | — | — |
| Pulse | — | — | 86 -DF | — | — |
| BP | — | — | 111/60 -DF | — | — |
| BP Method | — | — | Automatic -DF | — | — |
| MAP (mmHg) | — | — | 77 mmHg -DF | — | — |
| Resp | — | — | 16 -DF | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Supine -DF | — | — |
| BP Site | — | — | Left forearm -DF | — | — |
| **Oxygen Therapy** | | | | | |
| SpO2 | — | — | 93 % -DF | — | — |
| Oxygen Device/Source | — | — | CPAP -DF | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment - KSA | Assessment -KSA | — | Re-Assessment -KJ | Assessment -KJ |
| Patient Currently in Pain | Yes -KSA | Yes -KSA | — | Yes -KJ | Yes -KJ |
| Patient's Realistic Pain Goal | 4 -KSA | 4 -KSA | — | — | — |
| Pain Relieving Factors | Medication -KSA | Medication -KSA | — | — | — |
| Pain Aggravating Factors | Positional (add comment) -KSA | Positional (add comment) -KSA | — | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KSA | Numeric (patient able to self-report) - KSA | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -KSA | 8/10 -KSA | — | 7/10 -KJ | 7/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | Interferes with even passive activities - KSA | Interferes with even passive activities - KSA | — | — | — |
| Pain Location 1 | KNEE -KSA | KNEE -KSA | — | — | — |
| Pain Orientation 1 | Left -KSA | Left -KSA | — | — | — |
| Pain Duration 1 | Continuous -KSA | Continuous -KSA | — | — | — |
| Pain Onset 1 | Acute Pain -KSA | Acute Pain -KSA | — | — | — |
| Pain Quality 1 | Pain -KSA | Pain -KSA | — | — | — |
| Pain Intervention(s) 1 | Medication -KSA | Medication -KSA | — | — | Medication -KJ |
| Pain Intervention Education Provided 1 | Yes -KSA | Yes -KSA | — | — | — |
| Side Effect of Intervention 1 | None -KSA | None -KSA | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 887

Printed by 71334 at 8/21/24 10:11 AM

MC_002738

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Flowsheets (group 1 of 3) (continued)

| Row Name | 12/05/23 1523 | 12/05/23 1325 | 12/05/23 1258 | 12/05/23 1142 | 12/05/23 0900 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | 36.2 °C (97.2 °F) - MJ | — | — | 36.1 °C (97 °F) -MJ | — |
| Temp src | Temporal -MJ | — | — | Temporal -MJ | — |
| Pulse | 80 -MJ | — | — | 90 -MJ | — |
| BP | 110/57 -MJ | — | — | 118/63 -MJ | — |
| BP Method | Automatic -MJ | — | — | Automatic -MJ | — |
| MAP (mmHg) | 75 mmHg -MJ | — | — | 79 mmHg -MJ | — |
| Resp | 16 -MJ | — | — | 15 -MJ | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -MJ | — | — | Sitting -MJ | — |
| BP Site | Left forearm -MJ | — | — | Left forearm -MJ | — |
| **Oxygen Therapy** | | | | | |
| SpO2 | 96 % -MJ | — | — | 96 % -MJ | — |
| Oxygen Device/Source | None (Room Air) - MJ | — | — | None (Room Air) - MJ | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KJ | Re-Assessment -EW | — | Re-Assessment -KJ |
| Patient Currently in Pain | — | Yes -KJ | Yes -EW | — | Yes -KJ |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -EW | — | — |
| Pain Aggravating Factors | — | — | Positional (add comment) -EW | — | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - EW | — | Numeric (patient able to self-report) - KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -KJ | 6/10 -EW | — | 4/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -EW | — | — |
| Pain Location 1 | — | — | KNEE -EW | — | — |
| Pain Orientation 1 | — | — | Left -EW | — | — |
| Pain Duration 1 | — | — | Continuous -EW | — | — |
| Pain Onset 1 | — | — | Acute Pain -EW | — | — |
| Pain Quality 1 | — | — | Pain -EW | — | — |
| Pain Intervention(s) 1 | — | — | Medication -EW | — | — |

| Row Name | 12/05/23 0841 | 12/05/23 0818 | 12/05/23 0751 | 12/05/23 0322 | 12/05/23 0214 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Temp | — | 36.2 °C (97.2 °F) - MJ | — | 36.4 °C (97.5 °F) - JR | — |
| Temp src | — | Temporal -MJ | — | Temporal -JR | — |
| Pulse | — | 75 -MJ | — | 79 -JR | — |
| BP | — | 135/66 -MJ | — | 122/58 -JR | — |
| BP Method | — | Automatic -MJ | — | Automatic -JR | — |
| MAP (mmHg) | — | 89 mmHg -MJ | — | 79 mmHg -JR | — |
| Resp | — | 18 -MJ | — | 16 -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -MJ | — | Supine -JR | — |
| BP Site | — | Left forearm -MJ | — | Left forearm -JR | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 888

Printed by 71334 at 8/21/24 10:11 AM

MC_002739

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Oxygen Therapy

| Row Name | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 2035 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| SpO2 | — | 96 % -MJ | — | 94 % -JR | — |
| Oxygen Device/Source | — | None (Room Air) - MJ | — | None (Room Air) - JR | — |

### Pain Assessment

| | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 2035 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -KJ | — | Assessment -KJ | — | Assessment -RV |
| Patient Currently in Pain | Yes -KJ | — | Yes -KJ | — | Yes -RV |
| Patient's Realistic Pain Goal | — | — | 4 -KJ | — | 8 -RV |
| Pain Relieving Factors | — | — | Medication -KJ | — | Medication -RV |
| Pain Aggravating Factors | — | — | Positional (add comment) -KJ | — | Positional (add comment) -RV |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | — | Numeric (patient able to self-report) - KJ | — | Numeric (patient able to self-report) - RV |

### Pain 1

| | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 2035 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 6/10 -KJ | — | 4/10 -KJ | — | 8/10 -RV |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -KJ | — | Doesn't interfere with activities -RV |
| Pain Location 1 | — | — | KNEE -KJ | — | KNEE -RV |
| Pain Orientation 1 | — | — | Left -KJ | — | Left -RV |
| Pain Duration 1 | — | — | Continuous -KJ | — | Continuous -RV |
| Pain Onset 1 | — | — | Acute Pain -KJ | — | Acute Pain;Chronic/Persistent Pain (including Neuropathic pain) - RV |
| Pain Quality 1 | — | — | Aching -KJ | — | Throbbing;Pain;Pins and needles -RV |
| Pain Intervention(s) 1 | Medication -KJ | — | Ice (T/pump, cold compress) -KJ | — | Medication -RV |
| Pain Intervention Education Provided 1 | — | — | Yes -KJ | — | Yes -RV |
| Side Effect of Intervention 1 | — | — | None -KJ | — | None -RV |

### Vitals

| Row Name | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 2035 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| Temp | 36.1 °C (96.9 °F) - JR | — | — | — | — |
| Temp src | Temporal -JR | — | — | — | — |
| Pulse | 89 -JR | — | — | 98 -JR | 95 -YN |
| BP | 92/73 -JR | — | — | 109/62 -JR | 100/64 -YN |
| BP Method | Automatic -JR | — | — | Automatic -JR | — |
| MAP (mmHg) | 79 mmHg -JR | — | — | 76 mmHg -JR | 76 mmHg -YN |
| Resp | 18 -JR | — | — | — | 17 -YN |

### Orthostatic BP

| | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 2035 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| Pt Position for BP | Semi Fowler's -JR | — | — | Semi Fowler's -JR | — |
| BP Site | Left upper arm -JR | — | — | Left upper arm -JR | — |

### Oxygen Therapy

| | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 2035 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| SpO2 | 95 % -JR | — | — | 91 % -JR | 95 % -YN |
| Oxygen | None (Room Air) - | — | — | None (Room Air) - | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 889

Printed by 71334 at 8/21/24 10:11 AM

MC_002740

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Device/Source | JR | | | JR | |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -RV | — | — | — |
| Patient Currently in Pain | — | Yes -RV | — | — | — |
| Patient's Realistic Pain Goal | — | 5 -RV | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -RV | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -RV | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -RV | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -RV | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -RV | — | — | — |
| Pain Location 1 | — | KNEE -RV | — | — | — |
| Pain Orientation 1 | — | Left -RV | — | — | — |
| Pain Duration 1 | — | Continuous -RV | — | — | — |
| Pain Onset 1 | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) -RV | — | — | — |
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -RV | — | — | — |
| Pain Intervention(s) 1 | — | Medication -RV | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -RV | — | — | — |
| Side Effect of Intervention 1 | — | None -RV | — | — | — |
| **Incentive Spirometry Treatment** | | | | | |
| $Level of Service | — | — | Initial Instruction -SY | — | — |
| Repetitions | — | — | 3 -SY | — | — |
| Goal | — | — | 1750 -SY | — | — |
| Achieved | — | — | 2000 -SY | — | — |
| Treatment Tolerance | — | — | Well -SY | — | — |

| Row Name | 12/04/23 1715 | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 | 12/04/23 1620 |
|---|---|---|---|---|---|
| **POSS Sedation Scale** | | | | | |
| POSS Sedation Scale | — | — | — | — | Sleep, easy to arouse -AC |
| **Vitals** | | | | | |
| Temp | — | — | — | — | 36.4 °C (97.5 °F) -AC |
| Temp src | — | — | — | — | Temporal -AC |
| Pulse | 97 -YN | 97 -YN | 94 -YN | 93 -YN | 94 -YN |
| BP | **103/37 !** -YN | 121/76 -YN | 93/56 -YN | 99/49 -YN | — |
| MAP (mmHg) | 59 mmHg -YN | 91 mmHg -YN | 68 mmHg -YN | 66 mmHg -YN | — |
| Resp | 19 -YN | 20 -YN | 14 -YN | 15 -YN | 16 -YN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 890

Printed by 71334 at 8/21/24 10:11 AM

MC_002741

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| SpO2 | 96 % -YN | 94 % -YN | 92 % -YN | 91 % -YN | 90 % -YN |
| Oxygen Device/Source | Nasal Cannula -YN | — | — | — | Nasal Cannula -AC |
| O2 Flow Rate (L/min) | 2 -YN | — | — | — | 3 -AC |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | — | Assessment -AC |
| Patient Currently in Pain | — | — | — | Sleeping/respirations WNL -YN | Other (Comment) -AC |
| Pain Assessment Tool Used | — | — | — | — | CPOT (patient unable to self-report) -AC |

**Critical Care Pain Observation Tool**

| | | | | | |
|---|---|---|---|---|---|
| Facial Expression | — | — | — | — | Relaxed, neutral -AC |
| Body Movements | — | — | — | — | Absence of movements -AC |
| Muscle Tension | — | — | — | — | Relaxed -AC |
| Compliance or Vocalization | — | — | — | — | Tolerating ventilator or movement, or talking in a normal tone or no sound -AC |
| CPOT Total Pain Score | — | — | — | — | 0 -AC |

| Row Name | 12/04/23 1615 | 12/04/23 1605 | 12/04/23 1600 | 12/04/23 1555 | 12/04/23 1545 |
|---|---|---|---|---|---|

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| Pulse | 99 -YN | 97 -YN | 97 -YN | 99 -YN | 102 ! -YN |
| BP | 87/58 ! -YN | — | 105/56 -YN | — | 117/94 ! -YN |
| MAP (mmHg) | 68 mmHg -YN | — | 72 mmHg -YN | — | 102 mmHg -YN |
| Resp | 15 -YN | 20 -YN | 16 -YN | 18 -YN | 22 -YN |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| SpO2 | 94 % -YN | 92 % -YN | 94 % -YN | 94 % -YN | 95 % -YN |
| Oxygen Device/Source | — | — | — | — | None (Room Air) -YN |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 4/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN |
| Pain Location 1 | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN |
| Pain Orientation 1 | Left -YN | Left -YN | Left -YN | Left -YN | Left -YN |
| Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Distraction (eg. items, toys, books, puzzles, games, television, movies, etc) -YN | Medication;Ice (T/pump, cold compress);Repositioned/elevation;Distraction (eg. items, toys, books, puzzles, games, television, movies, etc);Emotional support (active listening, therapeutic touch) -YN | Medication -YN | Medication -YN | Medication -YN |

| Row Name | 12/04/23 1535 | 12/04/23 1530 | 12/04/23 1525 | 12/04/23 1520 | 12/04/23 1515 |
|---|---|---|---|---|---|

**POSS Sedation Scale**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 891

Printed by 71334 at 8/21/24 10:11 AM

MC_002742

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| POSS Sedation Scale | Slightly drowsy, easily aroused -YN | Frequently drowsy, arousable, drifts off to sleep during conversation -YN | — | — | — |
| **Vitals** | | | | | |
| Pulse | 103 ! -YN | 105 ! -YN | 101 ! -YN | 100 -YN | 91 -YN |
| BP | 102/81 -YN | 85/52 ! -YN | 109/60 -YN | 112/62 -YN | 105/57 -YN |
| MAP (mmHg) | 88 mmHg -YN | 63 mmHg -YN | 76 mmHg -YN | 79 mmHg -YN | 73 mmHg -YN |
| Resp | 16 -YN | 15 -YN | 16 -YN | 15 -YN | 12 -YN |
| **Oxygen Therapy** | | | | | |
| SpO2 | 100 % -YN | 99 % -YN | 97 % -YN | 95 % -YN | 95 % -YN |
| **Pain Assessment** | | | | | |
| Patient Currently in Pain | Yes -YN | — | — | — | Sleeping/respirations WNL -YN |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -YN | — | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 7/10 -YN | — | — | — | — |
| Pain Location 1 | KNEE -YN | — | — | — | — |
| Pain Orientation 1 | Left -YN | — | — | — | — |
| Pain Intervention(s) 1 | Medication -YN | — | — | — | — |

| Row Name | 12/04/23 1511 | 12/04/23 0858 | 12/04/23 0817 | 11/29/23 0820 | 11/21/23 1212 |
|---|---|---|---|---|---|
| **Height and Weight** | | | | | |
| Height | — | — | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR | 1.651 m (5' 5") -JK |
| Height Method | — | — | Stated -CP | Stated -LR | Stated -JK |
| Weight | — | — | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) -LR | 112.9 kg (249 lb) -JK |
| Weight Method | — | — | Scale -CP | Scale -LR | Stated -JK |
| BMI (Calculated) | — | — | 40.94 -CP | 41.93 -LR | 41.44 -JK |
| **POSS Sedation Scale** | | | | | |
| POSS Sedation Scale | Somnolent, minimal or no response to verbal or physical stimulation -YN | — | — | — | — |
| **Vitals** | | | | | |
| Temp | 36.1 °C (97 °F) -YN | — | 36.4 °C (97.5 °F) -CP | — | — |
| Temp src | Temporal -YN | — | Temporal -CP | — | — |
| Pulse | 93 -YN | — | 76 -CP | 80 -LR | — |
| BP | 105/55 -YN | — | 123/81 -CP | 114/67 -LR | — |
| BP Method | Automatic -YN | — | Automatic -CP | Automatic -LR | — |
| MAP (mmHg) | 72 mmHg -YN | — | 95 mmHg -CP | 83 mmHg -LR | — |
| Resp | 13 -YN | — | 16 -CP | 14 -LR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Sitting -CP | — | — |
| BP Site | — | — | Right upper arm -CP | — | — |
| **Oxygen Therapy** | | | | | |
| SpO2 | 93 % -YN | — | 95 % -CP | 96 % -LR | — |
| Oxygen Device/Source | Non-Rebreather Mask -YN | — | — | — | — |
| O2 Flow Rate (L/min) | 12 -YN | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 892

Printed by 71334 at 8/21/24 10:11 AM

MC_002743

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Pain Assessment

| Pain Assessment | Assessment -YN | Assessment -JG | — | — | Assessment -JK |
|---|---|---|---|---|---|
| Patient Currently in Pain | Sleeping/respirations WNL -YN | Yes -JG | — | — | Yes -JK |
| Patient's Realistic Pain Goal | — | 4 -JG | — | — | 4 -JK |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -JG | — | — | Numeric (patient able to self-report) -JK |

### Pain 1

| Numeric Pain Scale 1 | — | 5/10 -JG | — | — | 4/10 -JK |
|---|---|---|---|---|---|
| Pain Location 1 | — | HIP -JG | — | — | GENERAL -JK |
| Pain Orientation 1 | — | Left -JG | — | — | — |
| Pain Duration 1 | — | Continuous -JG | — | — | — |
| Pain Onset 1 | — | Chronic/ Persistent Pain (including Neuropathic pain) -JG | — | — | — |
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -JG | — | — | — |

### Custom Formula Data

| Row Name | 12/08/23 0809 | 12/08/23 0004 | 12/07/23 1508 | 12/07/23 0816 | 12/07/23 0339 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| MAP (mmHg) | 87 mmHg -BQ | 71 mmHg -AG | 86 mmHg -BQ | 100 mmHg -BQ | 96 mmHg -AG |

| Row Name | 12/06/23 2201 | 12/06/23 1714 | 12/06/23 1125 | 12/06/23 0742 | 12/06/23 0334 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| MAP (mmHg) | 84 mmHg -AG | 84 mmHg -AH | 89 mmHg -AH | 85 mmHg -YL | 83 mmHg -JR |

| Row Name | 12/05/23 2314 | 12/05/23 1943 | 12/05/23 1523 | 12/05/23 1142 | 12/05/23 0818 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| MAP (mmHg) | 78 mmHg -JR | 77 mmHg -DF | 75 mmHg -MJ | 79 mmHg -MJ | 89 mmHg -MJ |

| Row Name | 12/05/23 0752 | 12/05/23 0322 | 12/04/23 2255 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Client Risk of Suicide | Low Risk -KJ | — | — | — | — |
| **Vitals** | | | | | |
| MAP (mmHg) | — | 79 mmHg -JR | 79 mmHg -JR | 76 mmHg -JR | 76 mmHg -YN |

| Row Name | 12/04/23 1715 | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 | 12/04/23 1615 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| MAP (mmHg) | 59 mmHg -YN | 91 mmHg -YN | 68 mmHg -YN | 66 mmHg -YN | 68 mmHg -YN |

| Row Name | 12/04/23 1600 | 12/04/23 1545 | 12/04/23 1535 | 12/04/23 1530 | 12/04/23 1525 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| MAP (mmHg) | 72 mmHg -YN | 102 mmHg -YN | 88 mmHg -YN | 63 mmHg -YN | 76 mmHg -YN |

| Row Name | 12/04/23 1520 | 12/04/23 1515 | 12/04/23 1511 | 12/04/23 0817 | 11/29/23 0820 |
|---|---|---|---|---|---|
| **OTHER** | | | | | |
| Ideal Body Weight | — | — | — | 130.73 lbs -CP | 125.66 lbs -LR |
| Adjusted Body Weight | — | — | — | 179.84 lbs -CP | 176.2 lbs -LR |
| % Over/Under Ideal Body | — | — | — | 93.91 -CP | 100.54 -LR |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 893

Printed by 71334 at 8/21/24 10:11 AM

MC_002744

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Weight

| | | | | | |
|---|---|---|---|---|---|
| Predicted Body Weight | — | — | — | 59.3 -CP | 57 -LR |
| Length (cm) | — | — | — | 167.6 cm -CP | 165.1 cm -LR |
| IBW/kg (Calculated) Male | — | — | — | 63.8 kg -CP | 61.5 kg -LR |
| IBW/kg (Calculated) Female | — | — | — | 59.3 kg -CP | 57 kg -LR |
| BSA (Calculated - sq m) | — | — | — | 2.31 sq meters -CP | 2.29 sq meters -LR |

### Adult IBW/VT Calculations

| | | | | | |
|---|---|---|---|---|---|
| IBW/kg (Calculated) | — | — | — | 59.3 -CP | 57 -LR |
| Low Range Vt 6mL/kg | — | — | — | 355.8 mL/kg -CP | 342 mL/kg -LR |
| Adult Moderate Range Vt 8mL/kg | — | — | — | 474.4 mL/kg -CP | 456 mL/kg -LR |
| Adult High Range Vt 10mL/kg | — | — | — | 593 mL/kg -CP | 570 mL/kg -LR |

### Vital Signs

| | | | | | |
|---|---|---|---|---|---|
| BMI (Calculated) | — | — | — | 40.94 -CP | 41.93 -LR |

### Weight and Growth Recommendation

| | | | | | |
|---|---|---|---|---|---|
| IBW/kg (Calculated) Female | — | — | — | 59.3 kg -CP | 57 kg -LR |
| IBW/kg (Calculated) Male | — | — | — | 63.8 kg -CP | 61.5 kg -LR |

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| MAP (mmHg) | 79 mmHg -YN | 73 mmHg -YN | 72 mmHg -YN | 95 mmHg -CP | 83 mmHg -LR |

| Row Name | 11/21/23 1212 | | | | |
|---|---|---|---|---|---|

### OTHER

| | |
|---|---|
| Ideal Body Weight | 125.66 lbs -JK |
| Adjusted Body Weight | 175 lbs -JK |
| % Over/Under Ideal Body Weight | 98.15 -JK |
| Predicted Body Weight | 57 -JK |
| Length (cm) | 165.1 cm -JK |
| IBW/kg (Calculated) Male | 61.5 kg -JK |
| IBW/kg (Calculated) Female | 57 kg -JK |
| BSA (Calculated - sq m) | 2.28 sq meters -JK |

### Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 57 -JK |
| Low Range Vt 6mL/kg | 342 mL/kg -JK |
| Adult Moderate Range Vt 8mL/kg | 456 mL/kg -JK |
| Adult High Range | 570 mL/kg -JK |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 894

Printed by 71334 at 8/21/24 10:11 AM

MC_002745

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 3) (continued)**

Vt 10mL/kg

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 41.44 -JK |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 57 kg -JK |
| IBW/kg (Calculated) Male | 61.5 kg -JK |

**Daily Care**

| Row Name | 12/08/23 1345 | 12/08/23 1200 | 12/08/23 1100 | 12/08/23 1010 | 12/08/23 0954 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | — | — | — | ID;Allergies -BQ | — |
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | — | — | — | No -BQ | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity Level Assessed (M2i) | 3 - Ambulating -PJ | — | — | — | — |
| Activity (Patient Actually Performs) | Ambulating in Room/To Bathroom -PJ | Resting in Bed -CH | Sleeping -CH | Resting in Bed -BQ | — |
| Level of Assistance | Standby -Within arm's reach -PJ | — | — | Contact Guard - Hands on - Patient does all of the work -BQ | — |
| Assistive Device | Front wheel walker;Other (Comment) 📄 gait belt -PJ | — | — | — | — |
| Lift / Transfer device | Remains in place;Gait belt -PJ | — | — | — | — |
| Ambulation Distance (Feet) | 25 Feet -PJ | — | — | — | — |
| Time Ambulated (min) | 2 minutes -PJ | — | — | — | — |
| Activity | Well tolerated -PJ | Well tolerated -CH | Well tolerated -CH | Well tolerated -BQ | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 895

Printed by 71334 at 8/21/24 10:11 AM

MC_002746

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Response

| | | | | | |
|---|---|---|---|---|---|
| Repositioned | Semi fowlers -PJ | — | — | Semi fowlers -BQ | — |
| Repositioning assistance | Minimal assistance -PJ | — | — | Independent -BQ | — |
| Head of bed elevated (in degrees) | Self regulated -PJ | — | — | Self regulated -BQ | — |
| Heels/Feet | Foot of bed elevated;Heels floated - bilateral -PJ | — | — | Foot of bed elevated -BQ | — |
| Range of motion | — | — | — | Patient asleep -BQ | — |

Comfort

| | | | | | |
|---|---|---|---|---|---|
| Comfort | — | — | — | Comfort -BQ | — |

Meals

| | | | | | |
|---|---|---|---|---|---|
| Type of Diet | — | — | — | — | Solids -BQ |
| Breakfast (%) | — | — | — | — | 100 % -BQ |

| Row Name | 12/08/23 0900 | 12/08/23 0810 | 12/08/23 0806 | 12/08/23 0516 | 12/08/23 0329 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies -BQ | — | — |
| Call light in reach | — | — | Yes - Standard Call Light -BQ | — | — |
| Overbed table within reach | — | — | Yes -BQ | — | — |
| Bed in lowest position | — | — | Yes -BQ | — | — |
| Bed wheels locked | — | — | Yes -BQ | — | — |
| Side rails up | — | — | 3/4 -BQ | — | — |
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM |
| **Precautions** | | | | | |
| Precautions | — | — | None -BQ | — | — |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | — | — | No -BQ | — | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | — | A Little -CH | — | — | — |
| Bathing | — | A Little -CH | — | — | — |
| Toileting | — | A Little -CH | — | — | — |
| Upper Body Dressing | — | None -CH | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 896

Printed by 71334 at 8/21/24 10:11 AM

MC_002747

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Grooming | — | None -CH | — | — | — |
| Eating | — | None -CH | — | — | — |
| Daily Activity Inpatient Raw Score (Calculated) | — | 21 -CH | — | — | — |
| **AM-PAC Basic Mobility Inpatient** | | | | | |
| Turning in Bed Without Bedrail | — | None -CH | — | — | — |
| Lying on Back to Sitting on Edge | — | None -CH | — | — | — |
| Moving Bed to Chair | — | A Little -CH | — | — | — |
| Standing up from Chair | — | A Little -CH | — | — | — |
| Walk in Room | — | A Little -CH | — | — | — |
| Climbing 3-5 Steps | — | None -CH | — | — | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | 21 -CH | — | — | — |
| JH-HLM Goal | — | 6 -CH | — | — | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity Level Assessed (M2i) | — | 3 - Ambulating -CH | — | — | — |
| Activity (Patient Actually Performs) | Resting in Bed -CH | Resting in Bed -CH | Sleeping;Resting in Bed -BQ | Ambulating in Room/To Bathroom -WM | Resting in Bed -WM |
| Level of Assistance | — | Contact Guard - Hands on - Patient does all of the work -CH | Independent -BQ | Standby -Within arm's reach -WM | Independent -WM |
| Assistive Device | — | Front wheel walker -CH | — | Front wheel walker -WM | — |
| Activity Response | Well tolerated -CH | Well tolerated -CH | Well tolerated -BQ | Well tolerated -WM | Well tolerated -WM |
| Repositioned | — | Lying left side;Turns self -CH | Lying left side -BQ | — | Head turned to left -WM |
| Repositioning assistance | — | Independent -CH | Independent -BQ | — | Independent -WM |
| Head of bed elevated (in degrees) | — | Self regulated -CH | Self regulated -BQ | — | Self regulated -WM |
| Heels/Feet | — | Foot of bed elevated -CH | Foot of bed elevated -BQ | — | Foot of bed elevated -WM |
| Range of motion | — | — | Performed -BQ | — | — |
| Range of motion type | — | — | Active -BQ | — | — |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | No impairment -CH | — | — | No impairment -WM |
| Moisture | — | Rarely moist -CH | — | — | Rarely moist -WM |
| Activity | — | Walks occasionally -CH | — | — | Walks occasionally -WM |
| Mobility | — | Slightly limited -CH | — | — | Slightly limited -WM |
| Nutrition | — | Adequate -CH | — | — | Adequate -WM |
| Friction and | — | No apparent | — | — | No apparent |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 897

Printed by 71334 at 8/21/24 10:11 AM

MC_002748

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

### Flowsheets (group 1 of 3) (continued)

| Shear | | problem -CH | | | problem -WM |
|---|---|---|---|---|---|
| Braden Scale Score | — | 20 -CH | — | — | 20 -WM |

#### Oral, Hygiene & Skin Care

| Hygiene | — | — | — | Peri care -WM | — |
|---|---|---|---|---|---|

#### Comfort

| Comfort | — | Comfort;Talking -CH | Comfort;Talking -BQ | — | — |
|---|---|---|---|---|---|

#### Patient Belongings

| Hearing Aid | — | — | — | — | None -WM |
|---|---|---|---|---|---|

#### Anti-Embolism Devices

| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -CH | Bilateral;Sequential compression devices - knee high -BQ | — | Sequential compression devices - knee high;Right -WM |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | — | On;Skin check -CH | On -BQ | — | On -WM |

#### Miscellaneous Interventions

| Miscellaneous Interventions | — | Yes -CH | — | — | — |
|---|---|---|---|---|---|

#### Safety Equipment at Bedside

| Equipment at Bedside | — | Suction setup;Yankauer;15L oxygen flow meter - CH | — | — | — |
|---|---|---|---|---|---|

#### Meals

| Type of Diet | — | Solids -CH | — | — | — |
|---|---|---|---|---|---|

| Row Name | 12/08/23 0030 | 12/07/23 2200 | 12/07/23 2028 | 12/07/23 1940 | 12/07/23 1815 |
|---|---|---|---|---|---|

#### Environment Safety

| Arm Bands/Charms on | ID;Allergies -AG | — | ID;Allergies -WM | ID;Allergies -AG | — |
|---|---|---|---|---|---|
| Call light in reach | Yes - Standard Call Light -AG | — | Yes - Standard Call Light -WM | Yes - Standard Call Light -AG | — |
| Overbed table within reach | Yes -AG | — | Yes -WM | Yes -AG | — |
| Bed in lowest position | Yes -AG | — | Yes -WM | Yes -AG | — |
| Bed wheels locked | Yes -AG | — | Yes -WM | Yes -AG | — |
| Side rails up | 3/4 -AG | — | 3/4 -WM | 3/4 -AG | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 898

Printed by 71334 at 8/21/24 10:11 AM

MC_002749

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | | reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | |
| **Precautions** | | | | | |
| Precautions | Fall risk -AG | — | None -WM | Fall risk -AG | — |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | No -AG | — | No -WM | No -AG | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | — | — | A Little -WM | — | — |
| Bathing | — | — | A Little -WM | — | — |
| Toileting | — | — | A Little -WM | — | — |
| Upper Body Dressing | — | — | A Little -WM | — | — |
| Grooming | — | — | A Little -WM | — | — |
| Eating | — | — | None -WM | — | — |
| Daily Activity Inpatient Raw Score (Calculated) | — | — | 19 -WM | — | — |
| **AM-PAC Basic Mobility Inpatient** | | | | | |
| Turning in Bed Without Bedrail | — | — | A Little -WM | — | — |
| Lying on Back to Sitting on Edge | — | — | A Little -WM | — | — |
| Moving Bed to Chair | — | — | A Little -WM | — | — |
| Standing up from Chair | — | — | A Little -WM | — | — |
| Walk in Room | — | — | A Lot -WM | — | — |
| Climbing 3-5 Steps | — | — | A Lot -WM | — | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | 16 -WM | — | — |
| JH-HLM Goal | — | — | 5 -WM | — | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity Level Assessed (M2i) | — | — | 3 - Ambulating -WM | — | — |
| Activity (Patient Actually Performs) | Ambulating in Room/To Bathroom -AG | Resting in Bed -AG | Up in Chair;Up to Commode;Resting in Bed -WM | Resting in Bed -AG | — |
| Level of Assistance | Standby -Within arm's reach -AG | — | Standby -Within arm's reach -WM | Standby -Within arm's reach -AG | — |
| Assistive Device | Front wheel walker -AG | — | — | Front wheel walker -AG | — |
| Lift / Transfer device | — | — | — | Remains in place - AG | — |
| Ambulation Distance (Feet) | 15 Feet -AG | — | — | — | — |
| Activity Response | Well tolerated -AG | Well tolerated -AG | Well tolerated -WM | Well tolerated -AG | — |
| Repositioned | Semi fowlers -AG | Turns self -AG | Turns self -WM | Turns self -AG | — |
| Repositioning | Independent -AG | Independent -AG | Independent -WM | Independent -AG | — |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 899      Printed by 71334 at 8/21/24 10:11 AM

MC_002750

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

assistance

| Row Name | | | | | |
|---|---|---|---|---|---|
| Head of bed elevated (in degrees) | Self regulated -AG | Self regulated -AG | Self regulated -WM | Self regulated -AG | — |
| Heels/Feet | — | — | Foot of bed elevated -WM | Foot of bed elevated -AG | — |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | — | No impairment -WM | — | — |
| Moisture | — | — | Rarely moist -WM | — | — |
| Activity | — | — | Walks occasionally -WM | — | — |
| Mobility | — | — | Slightly limited -WM | — | — |
| Nutrition | — | — | Adequate -WM | — | — |
| Friction and Shear | — | — | No apparent problem -WM | — | — |
| Braden Scale Score | — | — | 20 -WM | — | — |

**Oral, Hygiene & Skin Care**

| | | | | | |
|---|---|---|---|---|---|
| Hygiene | Peri care -AG | — | — | — | — |
| Skin Care | Moisture barrier wipes (perineum) -AG | — | — | — | — |

**Comfort**

| | | | | | |
|---|---|---|---|---|---|
| Comfort | Comfort;Talking -AG | — | — | Comfort -AG | — |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | — | None -WM | — | — |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Sequential compression devices - knee high -AG | — | Sequential compression devices - knee high;Right -WM | — | — |
| Anti-Embolism Device Intervention | On -AG | — | On -WM | — | — |

**Meals**

| | | | | | |
|---|---|---|---|---|---|
| Dinner (%) | — | — | — | — | 100 % -BQ |

| **Row Name** | **12/07/23 1800** | **12/07/23 1700** | **12/07/23 1453** | **12/07/23 1300** | **12/07/23 1100** |
|---|---|---|---|---|---|

**Environment Safety**

| | | | | | |
|---|---|---|---|---|---|
| Arm Bands/Charms on | ID;Allergies -BQ | — | ID;Allergies -BQ | — | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 900
Printed by 71334 at 8/21/24 10:11 AM

MC_002751

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

### Isolation Interventions

| | | | | | |
|---|---|---|---|---|---|
| Isolation Precautions? | No -BQ | — | No -BQ | — | — |

### AM-PAC Daily Activity Inpatient

| | | | | | |
|---|---|---|---|---|---|
| Lower body dressing | — | — | — | — | A Little -MZ |
| Bathing | — | — | — | — | A Little -MZ |
| Toileting | — | — | — | — | A Little -MZ |
| Upper Body Dressing | — | — | — | — | A Little -MZ |
| Grooming | — | — | — | — | A Little -MZ |
| Eating | — | — | — | — | None -MZ |
| Daily Activity Inpatient Raw Score (Calculated) | — | — | — | — | 19 -MZ |

### AM-PAC Basic Mobility Inpatient

| | | | | | |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | — | — | — | — | A Little -MZ |
| Lying on Back to Sitting on Edge | — | — | — | — | A Little -MZ |
| Moving Bed to Chair | — | — | — | — | A Little -MZ |
| Standing up from Chair | — | — | — | — | A Little -MZ |
| Walk in Room | — | — | — | — | Total -MZ |
| Climbing 3-5 Steps | — | — | — | — | Total -MZ |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | — | — | 14 -MZ |
| JH-HLM Goal | — | — | — | — | 4 -MZ |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | Up in Chair -BQ | Up in Chair -CH | Ambulating in Room/To Bathroom -BQ | Sleeping -CH | Resting in Bed -CH |
| Level of Assistance | — | — | Standby -Within arm's reach;Contact Guard - Hands on - Patient does all of the work -BQ | — | — |
| Assistive Device | — | — | Front wheel walker -BQ | — | — |
| Ambulation Distance (Feet) | — | — | 30 Feet -BQ | — | — |
| Activity Response | Well tolerated -BQ | Well tolerated -CH | Well tolerated -BQ | Well tolerated -CH | Well tolerated -CH |
| Repositioned | Sitting;Up in chair - BQ | — | Sitting;Standing;Se mi fowlers -BQ | — | — |
| Repositioning assistance | Minimal assistance -BQ | — | Minimal assistance -BQ | — | — |
| Head of bed elevated (in degrees) | Self regulated -BQ | — | — | — | — |
| Heels/Feet | Heels floated - bilateral -BQ | — | — | — | — |
| Range of motion | — | — | Performed -BQ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 901

Printed by 71334 at 8/21/24 10:11 AM

MC_002752

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Range of motion type | Active -BQ | — | Active;All extremities -BQ | — | — |
|---|---|---|---|---|---|
| **Comfort** | | | | | |
| Comfort | Comfort;Talking -BQ | — | Comfort;Talking -BQ | — | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Device Intervention | On -BQ | — | On -BQ | — | — |
| **Meals** | | | | | |
| Type of Diet | — | — | Solids -BQ | — | — |
| Lunch (%) | — | — | 100 % -BQ | — | — |

| Row Name | 12/07/23 1006 | 12/07/23 0950 | 12/07/23 0813 | 12/07/23 0800 | 12/07/23 0328 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | ID;Allergies -BQ | — | ID;Allergies -BQ | — | ID;Allergies -AG |
| Call light in reach | — | — | Yes - Standard Call Light -BQ | — | Yes - Standard Call Light -AG |
| Overbed table within reach | — | — | Yes -BQ | — | Yes -AG |
| Bed in lowest position | — | — | Yes -BQ | — | Yes -AG |
| Bed wheels locked | — | — | Yes -BQ | — | Yes -AG |
| Side rails up | — | — | 3/4 -BQ | — | 3/4 -AG |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG |
| **Precautions** | | | | | |
| Precautions | — | — | Fall risk -BQ | — | Fall risk -AG |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | No -BQ | — | No -BQ | — | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | — | — | — | A Little -CH | — |
| Bathing | — | — | — | None -CH | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 902

Printed by 71334 at 8/21/24 10:11 AM

MC_002753

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Toileting | — | — | — | None -CH | — |
| Upper Body Dressing | — | — | — | None -CH | — |
| Grooming | — | — | — | None -CH | — |
| Eating | — | — | — | None -CH | — |
| Daily Activity Inpatient Raw Score (Calculated) | — | — | — | 23 -CH | — |

**AM-PAC Basic Mobility Inpatient**

| | | | | | |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | — | — | — | None -CH | — |
| Lying on Back to Sitting on Edge | — | — | — | None -CH | — |
| Moving Bed to Chair | — | — | — | A Little -CH | — |
| Standing up from Chair | — | — | — | A Little -CH | — |
| Walk in Room | — | — | — | A Little -CH | — |
| Climbing 3-5 Steps | — | — | — | A Little -CH | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | — | 20 -CH | — |
| JH-HLM Goal Mobility | — | — | — | 6 -CH | — |
| Highest Level of Mobility Performed (JH-HLM) | — | — | — | Walk 10+ steps (6) -CH | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity Level Assessed (M2i) | — | 3 - Ambulating -CH | — | 3 - Ambulating -CH | — |
| Activity (Patient Actually Performs) | Ambulating in Room/To Bathroom -BQ | Ambulating in Room/To Bathroom -CH | Resting in Bed -BQ | Resting in Bed -CH | Up to Commode -AG |
| Level of Assistance | Standby -Within arm's reach;Contact Guard - Hands on - Patient does all of the work -BQ | Contact Guard - Hands on - Patient does all of the work -CH | Minimum Assist- Hand on - Patient does most of the work -BQ | Contact Guard - Hands on - Patient does all of the work -CH | Contact Guard - Hands on - Patient does all of the work -AG |
| Assistive Device | Front wheel walker -BQ | Front wheel walker -CH | — | Front wheel walker -CH | Front wheel walker -AG |
| Ambulation Distance (Feet) | 30 Feet -BQ | — | — | — | — |
| Activity Response | Well tolerated -BQ | Well tolerated -CH | Well tolerated -BQ | Well tolerated -CH | Well tolerated -AG |
| Repositioned | Sitting;Standing;Semi fowlers -BQ | — | Semi fowlers -BQ | Semi fowlers;Turns self -CH | Semi fowlers -AG |
| Repositioning assistance | Minimal assistance -BQ | — | Maximum assist -BQ | Independent -CH | Minimal assistance -AG |
| Head of bed elevated (in degrees) | Self regulated -BQ | — | HOB 30 -BQ | Self regulated -CH | Self regulated -AG |
| Heels/Feet | Foot of bed elevated -BQ | — | Foot of bed elevated -BQ | Foot of bed elevated -CH | — |
| Range of motion | Performed -BQ | — | Performed -BQ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 903

Printed by 71334 at 8/21/24 10:11 AM

MC_002754

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Range of motion type | Active -BQ | — | Active -BQ | — | — |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | — | — | No impairment -CH | — |
| Moisture | — | — | — | Rarely moist -CH | — |
| Activity | — | — | — | Walks occasionally -CH | — |
| Mobility | — | — | — | Slightly limited -CH | — |
| Nutrition | — | — | — | Adequate -CH | — |
| Friction and Shear | — | — | — | No apparent problem -CH | — |
| Braden Scale Score | — | — | — | 20 -CH | — |

**Oral, Hygiene & Skin Care**

| | | | | | |
|---|---|---|---|---|---|
| Hygiene | — | — | — | — | Peri care -AG |
| Skin Care | — | — | — | — | Moisture barrier wipes (perineum) -AG |

**Comfort**

| | | | | | |
|---|---|---|---|---|---|
| Comfort | Comfort;Talking;Re positioned -BQ | — | Comfort;Food;Talkin g -BQ | Comfort;Talking -CH | — |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | — | — | Sequential compression devices - knee high;Right -CH | — |
| Anti-Embolism Device Intervention | Off -BQ | — | — | On;Skin check -CH | — |

**Miscellaneous Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Miscellaneous Interventions | — | — | — | Yes -CH | — |

**Safety Equipment at Bedside**

| | | | | | |
|---|---|---|---|---|---|
| Equipment at Bedside | — | — | — | Suction setup;Yankauer;15L oxygen flow meter -CH | — |

**Meals**

| | | | | | |
|---|---|---|---|---|---|
| Type of Diet | Solids -BQ | — | — | Solids -CH | — |
| Breakfast (%) | 100 % -BQ | — | — | — | — |

| Row Name | 12/07/23 0100 | 12/06/23 2210 | 12/06/23 1808 | 12/06/23 1714 | 12/06/23 1408 |
|---|---|---|---|---|---|

**Environment Safety**

| | | | | | |
|---|---|---|---|---|---|
| Arm Bands/Charms on | ID;Allergies -WM | ID;Allergies -AG | — | ID;Allergies -AH | — |
| Call light in reach | Yes - Standard Call Light -WM | Yes - Standard Call Light -AG | — | Yes - Standard Call Light -AH | — |
| Overbed table within reach | Yes -WM | Yes -AG | — | Yes -AH | — |
| Bed in lowest position | Yes -WM | Yes -AG | — | Yes -AH | — |
| Bed wheels locked | Yes -WM | Yes -AG | — | Yes -AH | — |
| Side rails up | 3/4 -WM | 3/4 -AG | — | 3/4 -AH | — |
| Fall Risk Interventions | Bed/Chair/Personal alarm in | Bed/Chair/Personal alarm in | Bed/Cart in lowest position;Call light | Bed/Cart in lowest position;Call light | Bed/Cart in lowest position;Call light |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 904

Printed by 71334 at 8/21/24 10:11 AM

MC_002755

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | place;Bed/Cart in lowest position;Call light within reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -WM | place;Bed/Cart in lowest position;Call light within reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ |

**Precautions**

| | | | | | |
|---|---|---|---|---|---|
| Precautions | None -WM | —— | —— | —— | —— |

**Isolation Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Isolation Precautions? | No -WM | —— | —— | —— | —— |

**AM-PAC Daily Activity Inpatient**

| | | | | | |
|---|---|---|---|---|---|
| Lower body dressing | None -WM | —— | —— | —— | —— |
| Bathing | None -WM | — | — | — | — |
| Toileting | None -WM | — | — | — | — |
| Upper Body Dressing | None -WM | —— | —— | —— | —— |
| Grooming | None -WM | — | — | — | — |
| Eating | None -WM | — | — | — | — |
| Daily Activity Inpatient Raw Score (Calculated) | 24 -WM | —— | —— | —— | —— |

**AM-PAC Basic Mobility Inpatient**

| | | | | | |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | A Little -WM | — | — | — | — |
| Lying on Back to Sitting on Edge | A Little -WM | —— | —— | —— | —— |
| Moving Bed to Chair | A Little -WM | —— | —— | —— | —— |
| Standing up from Chair | A Little -WM | —— | —— | —— | —— |
| Walk in Room | A Little -WM | — | — | — | — |
| Climbing 3-5 Steps | A Little -WM | —— | —— | —— | —— |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 18 -WM | —— | —— | —— | —— |
| JH-HLM Goal | 6 -WM | — | — | — | — |

**Mobility**

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility | Walk 10+ steps (6) -WM | —— | —— | —— | —— |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 905

Printed by 71334 at 8/21/24 10:11 AM

MC_002756

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Performed (JH-HLM)

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity Level Assessed (M2i) | 3 - Ambulating -WM | — | — | — | — |
| Activity (Patient Actually Performs) | Resting in Bed -WM | Up to Commode - AG | Up to Commode - AH | Resting in Bed -AH | — |
| Level of Assistance | Contact Guard - Hands on - Patient does all of the work -WM | Contact Guard - Hands on - Patient does all of the work -AG | Contact Guard - Hands on - Patient does all of the work -AH | Contact Guard - Hands on - Patient does all of the work -AH | — |
| Assistive Device | Front wheel walker -WM | Front wheel walker -AG | Front wheel walker -AH | Front wheel walker -AH | — |
| Activity Response | Well tolerated -WM | Fairly tolerated;Well tolerated -AG | Fairly tolerated -AH | Well tolerated -AH | — |
| Repositioned | Semi fowlers -WM | Semi fowlers -AG | — | Semi fowlers -AH | — |
| Repositioning assistance | Minimal assistance -WM | Minimal assistance -AG | — | Minimal assistance -AH | — |
| Head of bed elevated (in degrees) | Self regulated -WM | Self regulated -AG | — | Self regulated -AH | — |
| Heels/Feet | Foot of bed elevated -WM | — | — | — | — |

Braden Scale: High risk < or equal 18

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | No impairment -WM | — | — | — | — |
| Moisture | Rarely moist -WM | — | — | — | — |
| Activity | Walks occasionally -WM | — | — | — | — |
| Mobility | No limitations -WM | — | — | — | — |
| Nutrition | Adequate -WM | — | — | — | — |
| Friction and Shear | No apparent problem -WM | — | — | — | — |
| Braden Scale Score | 21 -WM | — | — | — | — |

Oral, Hygiene & Skin Care

| | | | | | |
|---|---|---|---|---|---|
| Hygiene | — | Peri care -AG | — | — | — |
| Skin Care | — | Moisture barrier wipes (perineum) - AG | — | — | — |

Comfort

| | | | | | |
|---|---|---|---|---|---|
| Comfort | — | Bed pad changed ice pack -AG | — | — | — |

Patient Belongings

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | None -WM | — | — | — | — |

Anti-Embolism Devices

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Right;Sequential compression devices - knee high -WM | — | — | — | — |
| Anti-Embolism Device Intervention | On -WM | — | — | — | — |

Meals

| | | | | | |
|---|---|---|---|---|---|
| Dinner (%) | — | — | 80 % -AH | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 906

Printed by 71334 at 8/21/24 10:11 AM

MC_002757

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Flowsheets (group 1 of 3) (continued)

| Row Name | 12/06/23 1241 | 12/06/23 1200 | 12/06/23 1125 | 12/06/23 1000 | 12/06/23 0842 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies -AH | — | — |
| Call light in reach | — | — | Yes - Standard Call Light -AH | — | — |
| Overbed table within reach | — | — | Yes -AH | — | — |
| Bed in lowest position | — | — | Yes -AH | — | — |
| Bed wheels locked | — | — | Yes -AH | — | — |
| Side rails up | — | — | 2/4 -AH | — | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | — | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | — | A Lot -MZ | — | — | — |
| Bathing | — | A Lot -MZ | — | — | — |
| Toileting | — | A Lot -MZ | — | — | — |
| Upper Body Dressing | — | A Little -MZ | — | — | — |
| Grooming | — | A Little -MZ | — | — | — |
| Eating | — | None -MZ | — | — | — |
| Daily Activity Inpatient Raw Score (Calculated) | — | 16 -MZ | — | — | — |
| **AM-PAC Basic Mobility Inpatient** | | | | | |
| Turning in Bed Without Bedrail | — | A Little -MZ | — | — | — |
| Lying on Back to Sitting on Edge | — | A Little -MZ | — | — | — |
| Moving Bed to Chair | — | A Lot -MZ | — | — | — |
| Standing up from Chair | — | A Little -MZ | — | — | — |
| Walk in Room | — | Total -MZ | — | — | — |
| Climbing 3-5 Steps | — | Total -MZ | — | — | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | 13 -MZ | — | — | — |
| JH-HLM Goal Mobility | — | 4 -MZ | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 907

Printed by 71334 at 8/21/24 10:11 AM

MC_002758

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | — | Walk 10+ steps (6) -KJ | — | — | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | Ambulating in Room/To Bathroom -AH | — | Resting in Bed -AH | — | Up to Commode -YL |
| Level of Assistance | Contact Guard - Hands on - Patient does all of the work -AH | — | Contact Guard - Hands on - Patient does all of the work -AH | — | Contact Guard - Hands on - Patient does all of the work -YL |
| Assistive Device | Front wheel walker -AH | — | — | — | Front wheel walker -YL |
| Lift / Transfer device | — | — | — | — | Remains in place - YL |
| Activity Response | Well tolerated -AH | — | Well tolerated -AH | — | — |
| Repositioned | Up in chair -AH | — | Semi fowlers -AH | — | Sitting -YL |
| Repositioning assistance | — | — | Minimal assistance -AH | — | Minimal assistance -YL |
| Head of bed elevated (in degrees) | — | — | Self regulated -AH | — | Self regulated -YL |

Oral, Hygiene & Skin Care

| | | | | | |
|---|---|---|---|---|---|
| Hygiene | — | — | — | — | Peri care -YL |

Meals

| | | | | | |
|---|---|---|---|---|---|
| Breakfast (%) | — | — | — | 100 % -KJ | — |
| Lunch (%) | 100 % -AH | — | — | — | — |

| Row Name | 12/06/23 0808 | 12/06/23 0742 | 12/06/23 0607 | 12/06/23 0334 | 12/05/23 2333 |
|---|---|---|---|---|---|
| Environment Safety | | | | | |
| Arm Bands/Charms on | — | ID;Allergies -YL | — | — | — |
| Call light in reach | — | Yes - Standard Call Light -YL | — | — | — |
| Overbed table within reach | — | Yes -YL | — | — | — |
| Bed in lowest position | — | Yes -YL | — | — | — |
| Bed wheels locked | — | Yes -YL | — | — | — |
| Side rails up | — | 3/4 -YL | — | — | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | Bed/Cart in lowest position -YL | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KSA | — | — |

Violence/Aggression Assessment Checklist (VAAC) - Only for use by RNs on non-Behavioral Health units.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 908

Printed by 71334 at 8/21/24 10:11 AM

MC_002759

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Attacking Objects/Hostile | — | No -YL | — | — | — |
| Violence/Aggression Assessment Level | — | No action required right now -YL | — | — | — |

**Precautions**

| | | | | | |
|---|---|---|---|---|---|
| Precautions | — | Fall risk -YL | — | — | — |

**Isolation Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Isolation Precautions? | — | No -YL | — | — | — |

**AM-PAC Daily Activity Inpatient**

| | | | | | |
|---|---|---|---|---|---|
| Lower body dressing | — | — | — | — | A Lot -KSA |
| Bathing | — | — | — | — | A Lot -KSA |
| Toileting | — | — | — | — | A Lot -KSA |
| Upper Body Dressing | — | — | — | — | A Little -KSA |
| Grooming | — | — | — | — | A Little -KSA |
| Eating | — | — | — | — | A Little -KSA |
| Daily Activity Inpatient Raw Score (Calculated) | — | — | — | — | 15 -KSA |

**AM-PAC Basic Mobility Inpatient**

| | | | | | |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | — | — | — | — | A Little -KSA |
| Lying on Back to Sitting on Edge | — | — | — | — | A Little -KSA |
| Moving Bed to Chair | — | — | — | — | A Lot -KSA |
| Standing up from Chair | — | — | — | — | A Little -KSA |
| Walk in Room | — | — | — | — | A Lot -KSA |
| Climbing 3-5 Steps | — | — | — | — | Total -KSA |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | — | — | 14 -KSA |
| JH-HLM Goal | — | — | — | — | 4 -KSA |

**Mobility**

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | — | — | — | — | Transfer to chair (4) -KSA |

Activity- For documenting Activity choose  Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | — | Resting in Bed -YL | — | Resting in Bed -JR | — |
| Level of Assistance | — | Contact Guard - Hands on - Patient does all of the work -YL | — | — | — |
| Assistive Device | — | Front wheel walker -YL | — | — | — |
| Lift / Transfer | — | Remains in place - YL | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 909

Printed by 71334 at 8/21/24 10:11 AM

MC_002760

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

device

| | | | | | |
|---|---|---|---|---|---|
| Repositioned | — | High fowlers -YL | — | High fowlers -JR | — |
| Repositioning assistance | — | Minimal assistance -YL | — | Minimal assistance -JR | — |
| Head of bed elevated (in degrees) | — | Self regulated -YL | — | Self regulated -JR | — |

Braden Scale: High risk < or equal 18

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | No impairment -KJ | — | No impairment -KSA | — | — |
| Moisture | Rarely moist -KJ | — | Rarely moist -KSA | — | — |
| Activity | Walks occasionally -KJ | — | Walks occasionally -KSA | — | — |
| Mobility | Slightly limited -KJ | — | Slightly limited -KSA | — | — |
| Nutrition | Adequate -KJ | — | Adequate -KSA | — | — |
| Friction and Shear | No apparent problem -KJ | — | No apparent problem -KSA | — | — |
| Braden Scale Score | 20 -KJ | — | 20 -KSA | — | — |

Comfort

| | | | | | |
|---|---|---|---|---|---|
| Comfort | — | Comfort -YL | — | Comfort;Talking -JR | — |

Patient Belongings

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | None -YL | None -KSA | — | — |
| Electronic Equipment | — | Cell Phone -YL | — | — | — |
| Other Belongings | — | CPAP/BiPAP -YL | — | — | — |

Anti-Embolism Devices

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Sequential compression devices - knee high -KJ | — | Sequential compression devices - knee high;Right -KSA | — | — |
| Anti-Embolism Device Intervention | On;Skin check -KJ | — | On -KSA | — | — |

| Row Name | 12/05/23 2310 | 12/05/23 2121 | 12/05/23 1945 | 12/05/23 1837 | 12/05/23 1823 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | ID;Allergies;Fall Risk -JR | — | ID;Allergies;Fall Risk -DF | — | — |
| Call light in reach | Yes - Standard Call Light -JR | — | Yes - Standard Call Light -DF | — | — |
| Overbed table within reach | Yes -JR | — | Yes -DF | — | — |
| Bed in lowest position | Yes -JR | — | Yes -DF | — | — |
| Bed wheels locked | Yes -JR | — | Yes -DF | — | — |
| Side rails up | 3/4 -JR | — | 2/4 -DF | — | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 910

Printed by 71334 at 8/21/24 10:11 AM

MC_002761

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | reach;Safety instructions given;Toilet every 2 hours -KSA | reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear - DF | | |
|---|---|---|---|---|---|
| **Precautions** | | | | | |
| Precautions | — | — | Fall risk -DF | — | — |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | No -JR | — | No -DF | — | — |

**Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.**

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | Resting in Bed -JR | — | Sleeping;Resting in Bed -DF | — | Ambulating in Room/To Bathroom -MJ |
| Level of Assistance | — | — | — | — | Contact Guard - Hands on - Patient does all of the work -MJ |
| Assistive Device | — | — | — | — | Front wheel walker -MJ |
| Lift / Transfer device | — | — | — | — | Remains in place - MJ |
| Ambulation Distance (Feet) | — | — | — | — | 35 Feet -MJ |
| Time Ambulated (min) | — | — | — | — | 6 minutes -MJ |
| Activity Response | — | — | — | — | Well tolerated -MJ |
| Repositioned | Semi fowlers -JR | — | — | — | Up in chair -MJ |
| Repositioning assistance | Minimal assistance -JR | — | — | — | Minimal assistance -MJ |
| Head of bed elevated (in degrees) | HOB 30 -JR | — | — | — | HOB Flat -MJ |
| Heels/Feet | — | — | — | — | Heels floated - bilateral -MJ |
| Range of motion | — | — | — | — | Performed -MJ |
| Range of motion type | — | — | — | — | Active;All extremities -MJ |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | No impairment -KSA | — | — | — |
| Moisture | — | Rarely moist -KSA | — | — | — |
| Activity | — | Walks occasionally -KSA | — | — | — |
| Mobility | — | Slightly limited -KSA | — | — | — |
| Nutrition | — | Adequate -KSA | — | — | — |
| Friction and Shear | — | No apparent problem -KSA | — | — | — |
| Braden Scale Score | — | 20 -KSA | — | — | — |

**Comfort**

| | | | | | |
|---|---|---|---|---|---|
| Comfort | Talking;Comfort -JR | — | — | — | Talking -MJ |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | None -KSA | — | — | — |

**Anti-Embolism Devices**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 911

Printed by 71334 at 8/21/24 10:11 AM

MC_002762

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -KSA | — | — | — |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | — | Skin check;On -KSA | — | — | — |
| **Meals** | | | | | |
| Dinner (%) | — | — | — | 100 % -MJ | — |

| Row Name | 12/05/23 1522 | 12/05/23 1451 | 12/05/23 1300 | 12/05/23 1143 | 12/05/23 1000 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | ID;Allergies;Fall Risk -MJ | — | — | ID;Allergies;Fall Risk -MJ | — |
| Call light in reach | Yes - Standard Call Light -MJ | — | — | Yes - Standard Call Light -MJ | — |
| Overbed table within reach | Yes -MJ | — | — | Yes -MJ | — |
| Bed in lowest position | Yes -MJ | — | — | Yes -MJ | — |
| Bed wheels locked | Yes -MJ | — | — | Yes -MJ | — |
| Side rails up | 3/4 -MJ | — | — | 3/4 -MJ | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear -MJ | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ | — |
| **Precautions** | | | | | |
| Precautions | Fall risk -MJ | — | — | Fall risk -MJ | — |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | No -MJ | — | — | No -MJ | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | — | — | — | A Lot -KJ | — |
| Bathing | — | — | — | A Lot -KJ | — |
| Toileting | — | — | — | A Lot -KJ | — |
| Upper Body Dressing | — | — | — | A Little -KJ | — |
| Grooming | — | — | — | A Little -KJ | — |
| Eating | — | — | — | A Little -KJ | — |
| Daily Activity | — | — | — | 15 -KJ | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 912

Printed by 71334 at 8/21/24 10:11 AM

MC_002763

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Inpatient Raw
Score
(Calculated)

**AM-PAC Basic Mobility Inpatient**

| | | | | | |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | — | — | — | A Little -KJ | — |
| Lying on Back to Sitting on Edge | — | — | — | A Little -KJ | — |
| Moving Bed to Chair | — | — | — | A Lot -KJ | — |
| Standing up from Chair | — | — | — | A Little -KJ | — |
| Walk in Room | — | — | — | A Lot -KJ | — |
| Climbing 3-5 Steps | — | — | — | Total 🗎 not assessed -KJ | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | — | — | 14 -KJ | — |
| JH-HLM Goal | — | — | — | 4 -KJ | — |

**Mobility**

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | — | — | — | Transfer to chair (4) -KJ | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | Up to Commode -MJ | — | Up to Commode -MJ | Ambulating in Room/To Bathroom -MJ | Up to Commode -MJ |
| Level of Assistance | Contact Guard - Hands on - Patient does all of the work -MJ | — | Contact Guard - Hands on - Patient does all of the work -MJ | Contact Guard - Hands on - Patient does all of the work -MJ | Contact Guard - Hands on - Patient does all of the work -MJ |
| Assistive Device | Front wheel walker -MJ | — | Front wheel walker -MJ | Front wheel walker -MJ | Front wheel walker -MJ |
| Lift / Transfer device | Remains in place - MJ | — | Remains in place - MJ | Remains in place - MJ | Remains in place - MJ |
| Ambulation Distance (Feet) | 5 Feet -MJ | — | 6 Feet -MJ | 4 Feet -MJ | 4 Feet -MJ |
| Time Ambulated (min) | 3 minutes -MJ | — | 5 minutes -MJ | 12 minutes -MJ | 8 minutes -MJ |
| Activity Response | Well tolerated -MJ | — | Well tolerated -MJ | Well tolerated -MJ | Well tolerated -MJ |
| Repositioned | Semi fowlers -MJ | — | Semi fowlers -MJ | Up in chair -MJ | Semi fowlers -MJ |
| Repositioning assistance | Minimal assistance -MJ | — | Minimal assistance -MJ | Minimal assistance -MJ | Minimal assistance -MJ |
| Head of bed elevated (in degrees) | HOB 30 -MJ | — | HOB 30 -MJ | HOB Flat -MJ | HOB 30 -MJ |
| Heels/Feet | Foot of bed elevated -MJ | — | Foot of bed elevated -MJ | Heels floated - bilateral -MJ | Foot of bed elevated -MJ |
| Range of motion | Performed -MJ | — | Performed -MJ | Performed -MJ | Performed -MJ |
| Range of motion type | Active;All extremities -MJ | — | Active;All extremities -MJ | Active;All extremities -MJ | Active;All extremities -MJ |

**Oral, Hygiene & Skin Care**

| | | | | | |
|---|---|---|---|---|---|
| Hygiene | — | — | — | — | Peri care -MJ |

Comfort

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 913

Printed by 71334 at 8/21/24 10:11 AM

MC_002764

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Comfort | Talking -MJ | — | Talking -MJ | Talking -MJ | Talking;Repositioned -MJ |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | Sequential compression devices - knee high -MJ | — | — | — | — |
| Anti-Embolism Device Intervention | Off -MJ | — | — | — | — |
| **Meals** | | | | | |
| Lunch (%) | — | — | 100 % -KJ | — | — |

| Row Name | 12/05/23 0910 | 12/05/23 0900 | 12/05/23 0819 | 12/05/23 0752 | 12/05/23 0645 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies;Fall Risk -MJ | — | ID;Allergies;Blood Band;Fall Risk -DF |
| Call light in reach | — | — | Yes - Standard Call Light -MJ | — | Yes - Standard Call Light -DF |
| Overbed table within reach | — | — | Yes -MJ | — | Yes -DF |
| Bed in lowest position | — | — | Yes -MJ | — | Yes -DF |
| Bed wheels locked | — | — | Yes -MJ | — | Yes -DF |
| Side rails up | — | — | 3/4 -MJ | — | 3/4 -DF |
| Fall Risk Interventions | — | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place -DF |
| **Precautions** | | | | | |
| Precautions | — | — | Fall risk -MJ | — | Fall risk -DF |
| **Isolation Interventions** | | | | | |
| Isolation Precautions? | — | — | No -MJ | — | No -DF |
| **AM-PAC Basic Mobility Inpatient** | | | | | |
| Turning in Bed Without Bedrail | — | A Little -TF | — | — | — |
| Lying on Back to Sitting on Edge | — | A Little -TF | — | — | — |
| Moving Bed to Chair | — | A Lot -TF | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 914

Printed by 71334 at 8/21/24 10:11 AM

MC_002765

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Standing up from Chair | — | A Lot -TF | — | — | — |
| Walk in Room | — | Total -TF | — | — | — |
| Climbing 3-5 Steps | — | Total -TF | — | — | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | — | 12 -TF | — | — | — |
| JH-HLM Goal | — | 4 -TF | — | — | — |

**Mobility**

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | — | Transfer to chair (4) -TF | — | — | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | — | — | Resting in Bed -MJ | — | Up to Commode -DF |
| Level of Assistance | — | — | Contact Guard - Hands on - Patient does all of the work -MJ | — | Contact Guard - Hands on - Patient does all of the work -DF |
| Assistive Device | — | — | Front wheel walker -MJ | — | Front wheel walker -DF |
| Lift / Transfer device | — | — | Remains in place - MJ | — | Remains in place - DF |
| Ambulation Distance (Feet) | — | — | — | — | 5 Feet -DF |
| Activity Response | — | — | Well tolerated -MJ | — | Well tolerated -DF |
| Repositioned | — | — | Semi fowlers -MJ | — | Semi fowlers -DF |
| Repositioning assistance | — | — | Minimal assistance -MJ | — | Minimal assistance -DF |
| Head of bed elevated (in degrees) | — | — | HOB 30 -MJ | — | Self regulated -DF |
| Heels/Feet | — | — | Foot of bed elevated -MJ | — | — |
| Range of motion | — | — | Performed -MJ | — | — |
| Range of motion type | — | — | Active;All extremities -MJ | — | — |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | — | — | No impairment -KJ | — |
| Moisture | — | — | — | Rarely moist -KJ | — |
| Activity | — | — | — | Walks occasionally -KJ | — |
| Mobility | — | — | — | Slightly limited -KJ | — |
| Nutrition | — | — | — | Adequate -KJ | — |
| Friction and Shear | — | — | — | No apparent problem -KJ | — |
| Braden Scale Score | — | — | — | 20 -KJ | — |

**Oral, Hygiene & Skin Care**

| | | | | | |
|---|---|---|---|---|---|
| Hygiene | — | — | — | — | Peri care -DF |

**Comfort**

| | | | | | |
|---|---|---|---|---|---|
| Comfort | — | — | Talking -MJ | — | Talking;Comfort;Oth |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 915

Printed by 71334 at 8/21/24 10:11 AM

MC_002766

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Flowsheets (group 1 of 3) (continued)

| | | | | er (Comment) 🗎 ice<br>pack -DF | |
|---|---|---|---|---|---|
| **Patient Belongings** | | | | | |
| Hearing Aid | — | — | — | None -KJ | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | — | Sequential compression devices - knee high -MJ | Sequential compression devices - knee high;Antiembolism stockings - knee -KJ | — |
| Anti-Embolism Device Intervention | — | — | On -MJ | On;Skin check -KJ | — |
| **Meals** | | | | | |
| Type of Diet | — | — | Solids -MJ | — | — |
| Breakfast (%) | 100 % -MJ | — | — | — | — |

| Row Name | 12/05/23 0320 | 12/05/23 0204 | 12/04/23 2254 | 12/04/23 2125 | 12/04/23 1950 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Arm Bands/Charms on | — | ID;Allergies;Blood Band;Fall Risk -RV | — | ID;Allergies;Blood Band;Fall Risk -RV | ID;Allergies;Blood Band;Fall Risk -JR |
| Call light in reach | — | Yes - Standard Call Light -RV | — | Yes - Standard Call Light -RV | Yes - Standard Call Light -JR |
| Overbed table within reach | — | Yes -RV | — | Yes -RV | Yes -JR |
| Bed in lowest position | — | Yes -RV | — | Yes -RV | Yes -JR |
| Bed wheels locked | — | Yes -RV | — | Yes -RV | Yes -JR |
| Side rails up | — | 3/4 -RV | — | 3/4 -RV | 3/4 -JR |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -RV | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -RV | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR |
| **Violence/Aggression Assessment Checklist (VAAC) - Only for use by RNs on non-Behavioral Health units.** | | | | | |
| Attacking Objects/Hostile | — | — | — | No -RV | — |
| Threats (A verbal outburst, more than just a raised voice, and where there is definite intent to intimidate or threaten) | — | — | — | No -RV | — |
| Assaultive/Combative (an application of | — | — | — | No -RV | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 916

Printed by 71334 at 8/21/24 10:11 AM

MC_002767

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| force or attack directed at an individual) | | | | | |
| *History of Violence | — | — | — | No -RV | — |
| *Uncooperative | — | — | — | No -RV | — |
| *Verbal Abuse | — | — | — | No -RV | — |
| *Involuntary | — | — | — | No -RV | — |
| *Known Risk Factors/Types of behavior (i.e. wait times, pain level, fear) | — | — | — | No -RV | — |
| Violence/Aggression Assessment Level | — | — | — | No action required right now -RV | — |

**Precautions**

| | | | | | |
|---|---|---|---|---|---|
| Precautions | — | Fall risk -RV | — | Fall risk -RV | — |

**Isolation Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Isolation Precautions? | — | No -RV | — | No -RV | — |

**AM-PAC Basic Mobility Inpatient**

| | | | | | |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | — | A Little -RV | — | A Little -RV | — |
| Lying on Back to Sitting on Edge | — | A Little -RV | — | A Little -RV | — |
| Moving Bed to Chair | — | A Little -RV | — | A Little -RV | — |
| Standing up from Chair | — | A Little -RV | — | A Little -RV | — |
| Walk in Room | — | A Little -RV | — | A Little -RV | — |

**Mobility**

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | — | Stand for 1 minute (5) -RV | — | Stand for 1 minute (5) -RV | — |

Activity- For documenting Activity choose Activity Level (M2i) for non-critical care patients, use Early Mobility row for Critical Care patients and use DH Mobility row for critical care patients at Deaconess.

| | | | | | |
|---|---|---|---|---|---|
| Activity (Patient Actually Performs) | Resting in Bed -JR | Resting in Bed -RV | Resting in Bed -JR | Resting in Bed -RV | Resting in Bed -JR |
| Repositioned | Supine -JR | Semi fowlers -RV | Semi fowlers -JR | Turns self -RV | High fowlers;Turns self -JR |
| Repositioning assistance | Minimal assistance -JR | Minimal assistance -RV | Minimal assistance -JR | Minimal assistance -RV | Minimal assistance -JR |
| Head of bed elevated (in degrees) | Self regulated -JR | Self regulated -RV | Self regulated -JR | HOB 45 -RV | HOB 45 -JR |

**Braden Scale: High risk < or equal 18**

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | No impairment -RV | — | No impairment -RV | — |
| Moisture | — | Rarely moist -RV | — | Rarely moist -RV | — |
| Activity | — | Walks occasionally -RV | — | Walks occasionally -RV | — |
| Mobility | — | Slightly limited -RV | — | Slightly limited -RV | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 917                                   Printed by 71334 at 8/21/24 10:11 AM

MC_002768

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Nutrition | — | Adequate -RV | — | Adequate -RV | — |
| Friction and Shear | — | No apparent problem -RV | — | No apparent problem -RV | — |
| Braden Scale Score | — | 20 -RV | — | 20 -RV | — |
| **Comfort** | | | | | |
| Comfort | Talking;Comfort -JR | Comfort;Talking -RV | Food;Talking;Comfort -JR | — | Talking -JR |
| **Patient Belongings** | | | | | |
| Hearing Aid | — | None -RV | — | None -RV | — |
| **Anti-Embolism Devices** | | | | | |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV | — |
| Anti-Embolism Device Intervention | — | On;Skin check -RV | — | On;Skin check -RV | — |
| **Safety Equipment at Bedside** | | | | | |
| Equipment at Bedside | — | 15L oxygen flow meter;Yankauer;Suction setup -RV | — | 15L oxygen flow meter;Yankauer;Suction setup -RV | 15L oxygen flow meter;Yankauer;Suction setup -JR |
| **Meals** | | | | | |
| Type of Diet | — | Solids -RV | — | Solids -RV | Solids -JR |

| Row Name | 12/04/23 1754 | 12/04/23 1645 | 12/04/23 1620 | 12/04/23 1511 | 12/04/23 1129 |
|---|---|---|---|---|---|
| **Environment Safety** | | | | | |
| Fall Risk Interventions | Bed/Cart in lowest position;Wheels locked -KF | — | Bed/Cart in lowest position;Wheels locked -AC | — | — |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | No impairment -KF | — | — | — | — |
| Moisture | Rarely moist -KF | — | — | — | — |
| Activity | Walks occasionally -KF | — | — | — | — |
| Mobility | Slightly limited -KF | — | — | — | — |
| Nutrition | Adequate -KF | — | — | — | — |
| Friction and Shear | No apparent problem -KF | — | — | — | — |
| Braden Scale Score | 20 -KF | — | — | — | — |
| **Patient Belongings** | | | | | |
| Oral Appliance | — | — | — | — | None -MM |
| Vision | — | — | — | — | None -MM |
| Hearing Aid | None -KF | — | — | — | None -MM |
| Jewelry | — | — | — | — | None -MM |
| Clothing | — | — | — | — | None -MM |
| Electronic Equipment | — | — | — | — | None -MM |
| Home Medications (includes over the counter medications and | — | — | — | — | No -MM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 918

Printed by 71334 at 8/21/24 10:11 AM

MC_002769

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| supplements) | | | | | |
|---|---|---|---|---|---|
| Other Belongings | — | — | — | — | None -MM |

**Anti-Embolism Devices**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Bilateral;Sequential compression devices - knee high 📄 SCD on right leg only -KF | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high -YN | — |
| Anti-Embolism Device Intervention | On;Skin check -KF | — | — | On -YN | — |

**Communication**

| | | | | | |
|---|---|---|---|---|---|
| Patient/Caregiver Update | — | Called;Family;Updated -YN | — | — | — |

| Row Name | 12/04/23 0858 | | | | |
|---|---|---|---|---|---|

**Environment Safety**

| | |
|---|---|
| Arm Bands/Charms on | ID;Allergies;Blood Band -JG |
| Fall Risk Interventions | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear -JG |

**Braden Scale: High risk < or equal 18**

| | |
|---|---|
| Sensory Perceptions | Slightly limited -JG |
| Moisture | Occasionally moist -JG |
| Activity | Walks occasionally -JG |
| Mobility | Very limited -JG |
| Nutrition | Adequate -JG |
| Friction and Shear | Potential problem -JG |
| Braden Scale Score | 16 -JG |

**Oral, Hygiene & Skin Care**

| | |
|---|---|
| Chlorhexidine Gluconate Applied | AM of surgery -JG |

**Nasal Antiseptic - Decolonization**

| | |
|---|---|
| Nasal Antiseptic Swab applied | Pre Op -JG |

**Patient Belongings**

| | |
|---|---|
| Oral Appliance | None -JG |
| Vision | None -JG |
| Hearing Aid | None -JG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 919

Printed by 71334 at 8/21/24 10:11 AM

MC_002770

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | |
|---|---|
| Jewelry | None -JG |
| Clothing | Pants;Shirt;Socks;Jacket / coat;Footwear;To Locker/Cubby -JG |
| Electronic Equipment | None -JG |
| Home Medications (includes over the counter medications and supplements) | No -JG |
| Other Belongings | CPAP/BiPAP;To Locker/Cubby -JG |

#### Anti-Embolism Devices

| | |
|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high -JG |

### Intake/Output

| Row Name | 12/08/23 1358 | 12/08/23 0954 | 12/08/23 0810 | 12/08/23 0500 | 12/08/23 0329 |
|---|---|---|---|---|---|
| Intake (mL) | | | | | |
| Oral Intake (mL) | — | 360 mL -BQ | — | — | — |
| Intake Total (mL) | — | 360 mL | — | — | — |
| NET Intake Total (mL) | -1000 mL | 360 mL | — | -600 mL | — |
| Cumulative Intake Total (mL) | — | 660 mL | — | — | — |
| Meals | | | | | |
| Breakfast (%) | — | 100 % -BQ | — | — | — |
| Output (mL) | | | | | |
| Urine Void (mL) | 1000 mL -PJ | — | — | 600 mL -WM | — |
| Stool Occurrence | 1 -PJ | — | — | — | — |
| Bristol Stool Type | Type 5- Soft blobs with clear-cut edges (passed easily) -PJ | — | — | — | — |
| Output Total | 1000 mL | — | — | 600 mL | — |
| NET I/O Total (mL) | -1000 mL | 360 mL | — | -600 mL | — |
| Gastrointestinal (WDL) | — | — | Within Defined Limits -CH | — | Within Defined Limits -WM |
| Cumulative Output Total (mL) | 2500 mL | — | — | 1500 mL | — |
| Net Cumulative I/O Total (mL) | -1840 mL | -840 mL | — | -1200 mL | — |
| Row Name | 12/08/23 0030 | 12/07/23 2044 | 12/07/23 2028 | 12/07/23 1815 | 12/07/23 1533 |
| Intake (mL) | | | | | |
| Oral Intake (mL) | 300 mL -AG | 60 mL -WM | — | 360 mL -BQ | — |
| Intake Total (mL) | 300 mL | 60 mL | — | 360 mL | — |
| NET Intake Total (mL) | -600 mL | 60 mL | — | 360 mL | — |
| Cumulative | 300 mL | 1730 mL | — | 1670 mL | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 920

Printed by 71334 at 8/21/24 10:11 AM

MC_002771

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Intake Total (mL)

| | | | | | |
|---|---|---|---|---|---|
| **Meals** | | | | | |
| Dinner (%) | — | — | — | 100 % -BQ | — |
| **Output (mL)** | | | | | |
| Urine Void (mL) | 900 mL -AG | — | — | — | — |
| Urine Occurrence | — | — | — | 1 -BQ | — |
| Output Total | 900 mL | — | — | — | — |
| NET I/O Total (mL) | -600 mL | 60 mL | — | 360 mL | — |
| Gastrointestinal (WDL) | — | — | Within Defined Limits -WM | — | Within Defined Limits -CH |
| Cumulative Output Total (mL) | 900 mL | — | — | — | — |
| Net Cumulative I/O Total (mL) | -600 mL | 230 mL | — | 170 mL | — |

| Row Name | 12/07/23 1510 | 12/07/23 1453 | 12/07/23 1006 | 12/07/23 0800 | 12/07/23 0333 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | — | 360 mL -BQ | 240 mL -BQ | — | 710 mL -AG |
| Intake Total (mL) | — | 360 mL | 240 mL | — | 710 mL |
| NET Intake Total (mL) | — | 360 mL | -60 mL | — | 710 mL |
| Cumulative Intake Total (mL) | — | 1310 mL | 950 mL | — | 710 mL |
| **Meals** | | | | | |
| Breakfast (%) | — | — | 100 % -BQ | — | — |
| Lunch (%) | — | 100 % -BQ | — | — | — |
| **Output (mL)** | | | | | |
| Urine Void (mL) | — | — | 300 mL -BQ | — | — |
| Urine Occurrence | 1 📄 patient missed the hat -BQ | — | — | — | — |
| Stool Occurrence | 1 -BQ | — | 1 -BQ | — | — |
| Output Total | — | — | 300 mL | — | — |
| NET I/O Total (mL) | — | 360 mL | -60 mL | — | 710 mL |
| Gastrointestinal (WDL) | — | — | — | Within Defined Limits -CH | — |
| Cumulative Output Total (mL) | — | — | 1500 mL | — | — |
| Net Cumulative I/O Total (mL) | — | -190 mL | -550 mL | — | -490 mL |

| Row Name | 12/07/23 0331 | 12/07/23 0100 | 12/06/23 2214 | 12/06/23 1808 | 12/06/23 1525 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | — | — | 300 mL -AG | 800 mL -AH | — |
| Intake Total (mL) | — | — | 300 mL | 800 mL | — |
| NET Intake Total (mL) | -1200 mL | — | -550 mL | -100 mL | -500 mL |
| Cumulative Intake Total (mL) | — | — | 2120 mL | 1820 mL | — |
| **Meals** | | | | | |
| Dinner (%) | — | — | — | 80 % -AH | — |
| **Output (mL)** | | | | | |
| Urine Void (mL) | 1200 mL -AG | — | 850 mL -AG | 900 mL -AH | 500 mL -KJ |
| Output Total | 1200 mL | — | 850 mL | 900 mL | 500 mL |
| NET I/O Total (mL) | -1200 mL | — | -550 mL | -100 mL | -500 mL |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 921

Printed by 71334 at 8/21/24 10:11 AM

MC_002772

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Gastrointestinal (WDL) | — | Within Defined Limits -WM | — | — | — |
| Cumulative Output Total (mL) | 1200 mL | — | 4150 mL | 3300 mL | 2400 mL |
| Net Cumulative I/O Total (mL) | -1200 mL | — | -2030 mL | -1480 mL | -1380 mL |
| **Row Name** | **12/06/23 1408** | **12/06/23 1259** | **12/06/23 1241** | **12/06/23 1000** | **12/06/23 0842** |
| Intake (mL) | | | | | |
| Oral Intake (mL) | — | 360 mL -AH | — | 240 mL -KJ | — |
| Intake Total (mL) | — | 360 mL | — | 240 mL | — |
| NET Intake Total (mL) | — | 360 mL | — | 240 mL | -900 mL |
| Cumulative Intake Total (mL) | — | 1020 mL | — | 660 mL | — |
| Meals | | | | | |
| Breakfast (%) | — | — | — | 100 % -KJ | — |
| Lunch (%) | — | — | 100 % -AH | — | — |
| Output (mL) | | | | | |
| Urine Void (mL) | — | — | — | — | 900 mL -YL |
| Urine Occurrence | — | 1 📄 missed hat -AH | — | — | — |
| Stool Occurrence | — | 1 📄 per pt -AH | — | — | — |
| Output Total | — | — | — | — | 900 mL |
| NET I/O Total (mL) | — | 360 mL | — | 240 mL | -900 mL |
| Gastrointestinal (WDL) | Within Defined Limits -KJ | — | — | — | — |
| Cumulative Output Total (mL) | — | — | — | — | 1900 mL |
| Net Cumulative I/O Total (mL) | — | -880 mL | — | -1240 mL | -1480 mL |
| **Row Name** | **12/06/23 0808** | **12/06/23 0608** | **12/06/23 0607** | **12/06/23 0334** | **12/06/23 0200** |
| Intake (mL) | | | | | |
| Oral Intake (mL) | — | 60 mL -KSA | — | 240 mL -JR | — |
| Intake Total (mL) | — | 60 mL | — | 240 mL | — |
| NET Intake Total (mL) | — | 60 mL | — | 240 mL | -1000 mL |
| Cumulative Intake Total (mL) | — | 420 mL | — | 360 mL | — |
| Output (mL) | | | | | |
| Urine Void (mL) | — | — | — | — | 1000 mL -KSA |
| Output Total | — | — | — | — | 1000 mL |
| NET I/O Total (mL) | — | 60 mL | — | 240 mL | -1000 mL |
| Gastrointestinal (WDL) | Within Defined Limits -KJ | — | Within Defined Limits -KSA | — | — |
| Cumulative Output Total (mL) | — | — | — | — | 1000 mL |
| Net Cumulative I/O Total (mL) | — | -580 mL | — | -640 mL | -880 mL |
| **Row Name** | **12/06/23 0151** | **12/05/23 2310** | **12/05/23 2217** | **12/05/23 2124** | **12/05/23 2121** |
| Intake (mL) | | | | | |
| Oral Intake (mL) | 120 mL -KSA | 180 mL -JR | 60 mL -KSA | 120 mL -KSA | — |
| Intake Total (mL) | 120 mL | 180 mL | 60 mL | 120 mL | — |
| NET Intake Total (mL) | 120 mL | 180 mL | -890 mL | 120 mL | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 922

Printed by 71334 at 8/21/24 10:11 AM

MC_002773

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

## Flowsheets (group 1 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Cumulative Intake Total (mL) | 120 mL | 4537 mL | 4357 mL | 4297 mL | — |
| **Output (mL)** | | | | | |
| Urine Void (mL) | — | — | 950 mL -KSA | — | — |
| Output Total | — | — | 950 mL | — | — |
| NET I/O Total (mL) | 120 mL | 180 mL | -890 mL | 120 mL | — |
| Gastrointestinal (WDL) | — | — | — | — | Within Defined Limits -KSA |
| Cumulative Output Total (mL) | — | — | 6850 mL | — | — |
| Net Cumulative I/O Total (mL) | 120 mL | -2313 mL | -2493 mL | -1603 mL | — |

| Row Name | 12/05/23 1946 | 12/05/23 1837 | 12/05/23 1706 | 12/05/23 1528 | 12/05/23 1451 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | 80 mL -DF | 325 mL Water - MJ | — | — | — |
| Intake Total (mL) | 80 mL | 325 mL | 1288 mL | — | — |
| NET Intake Total (mL) | 80 mL | -675 mL | 1288 mL | -1100 mL | — |
| Cumulative Intake Total (mL) | 4177 mL | 4097 mL | 3772 mL | — | — |
| **Meals** | | | | | |
| Dinner (%) | — | 100 % -MJ | — | — | — |
| **Output (mL)** | | | | | |
| Urine Void (mL) | — | 1000 mL -MJ | — | 1100 mL -MJ | — |
| Stool Occurrence | — | 1 -MJ | — | — | — |
| Bristol Stool Type | — | Type 5- Soft blobs with clear-cut edges (passed easily) -MJ | — | — | — |
| Output Total | — | 1000 mL | — | 1100 mL | — |
| NET I/O Total (mL) | 80 mL | -675 mL | 1288 mL | -1100 mL | — |
| Gastrointestinal (WDL) | — | — | — | — | Within Defined Limits -KJ |
| Cumulative Output Total (mL) | — | 5900 mL | — | 4900 mL | — |
| Net Cumulative I/O Total (mL) | -1723 mL | -1803 mL | -1128 mL | -2416 mL | — |

0.9% NaCl with KCl 20 mEq/L solution (NS KCL 20mEq/L)    Start: 12/04/23 1830

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | — | 0 mL/hr -KJ | — | — |
| Volume (mL) | — | — | 1288 mL -KJ | — | — |

| Row Name | 12/05/23 1312 | 12/05/23 1300 | 12/05/23 1007 | 12/05/23 0911 | 12/05/23 0910 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | 468 mL Water and juice -MJ | — | — | 236 mL Cranberry Juice x1 -MJ | — |
| Intake Total (mL) | 468 mL | — | — | 236 mL | — |
| NET Intake Total (mL) | -532 mL | — | -900 mL | 236 mL | — |
| Cumulative Intake Total (mL) | 2484 mL | — | — | 2016 mL | — |
| **Meals** | | | | | |
| Breakfast (%) | — | — | — | — | 100 % -MJ |
| Lunch (%) | — | 100 % -KJ | — | — | — |
| **Output (mL)** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 923

Printed by 71334 at 8/21/24 10:11 AM

MC_002774

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 1000 mL -MJ | — | 900 mL -MJ | — | — |
| Output Total | 1000 mL | — | 900 mL | — | — |
| NET I/O Total (mL) | -532 mL | — | -900 mL | 236 mL | — |
| Cumulative Output Total (mL) | 3800 mL | — | 2800 mL | — | — |
| Net Cumulative I/O Total (mL) | -1316 mL | — | -784 mL | 116 mL | — |

| Row Name | 12/05/23 07:53:08 | 12/05/23 0752 | 12/05/23 0749 | 12/05/23 0645 | 12/05/23 0320 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | — | — | 1600 mL 📄 Two water pitchers -MJ | — | 180 mL -JR |
| Intake Total (mL) | — | — | 1600 mL | — | 180 mL |
| NET Intake Total (mL) | — | — | 1600 mL | -1000 mL | 180 mL |
| Cumulative Intake Total (mL) | — | — | 1780 mL | — | 180 mL |
| **Output (mL)** | | | | | |
| Urine Void (mL) | — | — | — | 1000 mL -DF | — |
| Output Total | — | — | — | 1000 mL | — |
| NET I/O Total (mL) | — | — | 1600 mL | -1000 mL | 180 mL |
| Gastrointestinal (WDL) | — | Within Defined Limits -KJ | — | — | — |
| Cumulative Output Total (mL) | — | — | — | 1900 mL | — |
| Net Cumulative I/O Total (mL) | — | — | -120 mL | -1720 mL | -720 mL |

**0.9% NaCl with KCl 20 mEq/L solution (NS KCL 20mEq/L)    Start: 12/04/23 1830**

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | 80 mL/hr -KJ | — | — | — | — |

| Row Name | 12/05/23 0221 | 12/05/23 0204 | 12/04/23 2254 | 12/04/23 2125 | 12/04/23 1950 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Oral Intake (mL) | — | — | 120 mL -JR | — | 180 mL -JR |
| Intake Total (mL) | — | — | 120 mL | — | 180 mL |
| NET Intake Total (mL) | -900 mL | — | 120 mL | — | 180 mL |
| Cumulative Intake Total (mL) | — | — | 2200 mL | — | 2080 mL |
| **Output (mL)** | | | | | |
| Urine Void (mL) | 900 mL -RV | — | — | — | — |
| Output Total | 900 mL | — | — | — | — |
| NET I/O Total (mL) | -900 mL | — | 120 mL | — | 180 mL |
| Gastrointestinal (WDL) | — | Within Defined Limits -RV | — | Within Defined Limits -RV | — |
| Cumulative Output Total (mL) | 900 mL | — | — | — | — |
| Net Cumulative I/O Total (mL) | -900 mL | — | 1685 mL | — | 1565 mL |

| Row Name | 12/04/23 18:49:45 | 12/04/23 1754 | 12/04/23 1700 | 12/04/23 1519 | 12/04/23 1503 |
|---|---|---|---|---|---|
| **Intake (mL)** | | | | | |
| Intake Total (mL) | — | — | — | — | 200 mL |
| NET Intake Total (mL) | — | — | -215 mL | — | 200 mL |
| Cumulative Intake Total (mL) | — | — | — | — | 1900 mL |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 924

Printed by 71334 at 8/21/24 10:11 AM

MC_002775

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 3) (continued)**

Output (mL)

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | — | — | 215 mL -YN | — | — |
| Output Total | — | — | 215 mL | — | — |
| NET I/O Total (mL) | — | — | -215 mL | — | 200 mL |
| Gastrointestinal (WDL) | — | Within Defined Limits -KF | — | — | — |
| Cumulative Output Total (mL) | — | — | 515 mL | — | — |
| Net Cumulative I/O Total (mL) | — | — | 1385 mL | — | 1600 mL |

lactated ringers (LR) bolus solution    Start: 12/04/23 1034

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | — | — | 0 mL/hr 📄 Anesthesia infusion automatically stopped. -DLA | — |

0.9% NaCl with KCl 20 mEq/L solution (NS KCL 20mEq/L)    Start: 12/04/23 1830

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | 80 mL/hr -KF | — | — | — | — |

| Row Name | 12/04/23 1500 | 12/04/23 1451 | 12/04/23 1439 | 12/04/23 1332 | 12/04/23 1323 |
|---|---|---|---|---|---|

Intake (mL)

| | | | | | |
|---|---|---|---|---|---|
| Intake Total (mL) | — | — | 500 mL | 200 mL | — |
| NET Intake Total (mL) | — | -300 mL | 500 mL | 200 mL | — |
| Cumulative Intake Total (mL) | — | — | 1700 mL | 1200 mL | — |

Output (mL)

| | | | | | |
|---|---|---|---|---|---|
| Output Total | — | 300 mL | — | — | — |
| NET I/O Total (mL) | — | -300 mL | 500 mL | 200 mL | — |
| Cumulative Output Total (mL) | — | 300 mL | — | — | — |
| Net Cumulative I/O Total (mL) | — | 1400 mL | 1700 mL | 1200 mL | — |

ropivacaine (Naropin) 5 mg/mL inj    Start: 12/04/23 1438

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — 📄 left ACB -DLA | — | — | — | — |

0.9 % NaCl (NS) infusion soln    Start: 12/04/23 1139

| | | | | | |
|---|---|---|---|---|---|
| Rate (mL/hr) | — | — | — | — | 0 mL/hr -MM (r) ZA (t) |

| Row Name | 12/04/23 1301 | 12/04/23 1249 | 12/04/23 1139 | 12/04/23 1034 | |
|---|---|---|---|---|---|

Intake (mL)

| | | | | |
|---|---|---|---|---|
| Intake Total (mL) | 100 mL | 900 mL | — | — |
| NET Intake Total (mL) | 100 mL | 900 mL | — | — |
| Cumulative Intake Total (mL) | 1000 mL | 900 mL | — | — |

Output (mL)

| | | | | |
|---|---|---|---|---|
| NET I/O Total (mL) | 100 mL | 900 mL | — | — |
| Net Cumulative I/O Total (mL) | 1000 mL | 900 mL | — | — |

0.9 % NaCl (NS) infusion soln    Start: 12/04/23 1139

| | | | | |
|---|---|---|---|---|
| Rate (mL/hr) | — | — | 0 mL/hr 📄 pulse lavage -MM (r) ZA (t) | — |

**Intraprocedure Nursing Care Plan**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 925

Printed by 71334 at 8/21/24 10:11 AM

MC_002776

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Row Name | 12/04/23 1630 | 12/04/23 1535 | 12/04/23 1511 | 12/04/23 1425 | 12/04/23 1141 |
|---|---|---|---|---|---|
| **Intraprocedure Care Plan: Infection Goal** | | | | | |
| Intraprocedure Care Plan: Infection Interventions | — | — | — | — | Administer prescribed prophalactic antibiotics;Maintain sterile technique;Perform adequate skin prep;Limit unecessary traffic in operative suite -MM |
| Intraprocedure Care Plan: Infection Goal Met | — | — | — | Goal met -MM | — |
| **Intraprocedure Care Plan: Privacy Goal** | | | | | |
| Intraprocedure Care Plan: Privacy Interventions | — | — | — | — | Limit unnecessary traffic in the operative suite;Maintain patient confidentiality and share patient information only with staff directly involved in care;Maintain patient's dignity and privacy;Provide care respecting worth and dignity regardless of diagnosis, disease process, procedure or projected outcomes -MM |
| Intraprocedure Care Plan: Privacy Goal Met | — | — | — | Goal met -MM | — |
| **Intraprocedure Care Plan: Safety Goal** | | | | | |
| Intraprocedure Care Plan: Safety Interventions | — | — | — | — | Check equipment for safety;Check OR bed for proper functioning;Identify surgical site and appropriate position;Pad all bony prominences;Maintain proper body alignment;Proper use of safety measures for transport and transfer -MM |
| Intraprocedure Care Plan: Safety Goal Met | — | — | — | Goal met -MM | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 926
Printed by 71334 at 8/21/24 10:11 AM

MC_002777

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Potential for Ineffective Airway Maintenance - Interventions | — | — | Assess lung sounds -YN | — | — |
| Ineffective Airway Maintenance Care Plan Goal | — | — | Normal breath sounds -YN | — | — |
| Evaluation of Goals Met | — | Goal met -YN | — | — | — |

PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain

| | | | | | |
|---|---|---|---|---|---|
| Potential for Alteration in Comfort: Pain - Interventions | — | — | Assess level of comfort/pain -YN | — | — |
| Comfort/Pain Goal | — | — | Patient demonstrates or reports decreased pain level -YN | — | — |
| Evaluation of Goals Met | Goal met -YN | — | — | — | — |

PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting

| | | | | | |
|---|---|---|---|---|---|
| Potential for Nausea and Vomiting - Interventions | — | — | Assess patient for complaints of nausea -YN | — | — |
| Nausea and Vomitting Goal | — | — | Absence/decreased level of nausea/vomitting -YN | — | — |
| Evaluation of Goals Met | Goal met -YN | — | — | — | — |

| Row Name | 12/04/23 0858 | | | | |
|---|---|---|---|---|---|

Pre-Procedure Care Plan Diagnosis: Anxiety Related to Impending Procedure and Anesthesia/Sedation

| | |
|---|---|
| Does the patient have anxiety? | Yes -JG |

**LACE+ Score**

| Row Name | 12/08/23 1640 | | | | |
|---|---|---|---|---|---|

OTHER

| | |
|---|---|
| LACE+ Readmission Risk Score | 28 -VT |

**Lines, Drains and Airways**

| Row Name | 12/08/23 1200 | 12/08/23 0810 | 12/08/23 0332 | 12/08/23 0329 | 12/08/23 0000 |
|---|---|---|---|---|---|

[REMOVED] Peripheral IV 12/04/23 0955 Right Arm 20G 12/08/23 1453 Therapy completed Catheter intact;No complications noted;Pressure dressing applied

| | | | | | |
|---|---|---|---|---|---|
| IV Peripheral Line Properties | Placement Date: 12/04/23 -JG Placement Time: 0955 -JG Orientation: Right -JG Insertion Site: Arm -JG Size/Gauge: 20G -JG Length: 1 inch -JG Inserted by: JHG RN -JG Site Prep: Chlorhexidine/chloraprep -JG # of Insertion Attempts: 3 -JG Removal Date: 12/08/23 -CH Removal Time: 1453 -CH Removal Reason: Therapy completed -CH Post Removal Assessment: Catheter intact;No complications noted;Pressure dressing applied -CH | | | | |
| Site Assessment | Clean, Dry, Intact - CH | Clean, Dry, Intact - CH | Clean, Dry, Intact - WM | — | Clean, Dry, Intact - WM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 927

Printed by 71334 at 8/21/24 10:11 AM

MC_002778

Larocque, Linda J
MRN: 172930

**Flowsheets (group 1 of 3) (continued)**

| Row Name | | | | | |
|---|---|---|---|---|---|
| Lumen Status/Intervention | Saline Lock -CH | Saline Lock -CH | Saline Lock -WM | — | Saline Lock -WM |
| Dressing Type | Transparent -CH | Transparent -CH | Transparent -WM | — | Transparent -WM |
| Dressing Intervention | No intervention indicated -CH | No intervention indicated -CH | No intervention indicated -WM | — | No intervention indicated -WM |
| Dressing Status | Clean, Dry, Intact - CH | Clean, Dry, Intact - CH | Clean, Dry, Intact - WM | — | Clean, Dry, Intact - WM |
| Securement Device | Yes -CH | Yes -CH | Yes -WM | — | Yes -WM |

**Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION**

| Row Name | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Site Assessment | Unable to assess - CH | Unable to assess - CH | — | Unable to assess - WM | — |
| Peri-wound skin | Normal for patient - CH | Normal for patient - CH | — | — | — |
| Wound Closure | Unable to assess - CH | Unable to assess - CH | — | Unable to assess - WM | — |
| Dressing Type | Elastic bandage -CH | Elastic bandage -CH | — | Elastic bandage - WM | — |
| Dressing Status | Clean, dry, and intact -CH | Clean, dry, and intact -CH | — | Clean, dry, and intact -WM | — |
| Drainage Amount | — | Unable to assess - CH | — | — | — |
| Dressing Therapy | — | Negative pressure/wound therapy -CH | — | — | — |
| Dressing Device | Knee immobilizer - CH | Knee immobilizer - CH | — | — | — |

| Row Name | 12/07/23 2028 | 12/07/23 1500 | 12/07/23 1200 | 12/07/23 0800 | 12/07/23 0500 |
|---|---|---|---|---|---|

[REMOVED] Peripheral IV 12/04/23 0955 Right Arm 20G 12/08/23 1453 Therapy completed Catheter intact;No complications noted;Pressure dressing applied

| Row Name | | | | | |
|---|---|---|---|---|---|
| IV Peripheral Line Properties | Placement Date: 12/04/23 -JG Placement Time: 0955 -JG Orientation: Right -JG Insertion Site: Arm -JG Size/Gauge: 20G -JG Length: 1 inch -JG Inserted by: JHG RN -JG Site Prep: Chlorhexidine/chloraprep -JG # of Insertion Attempts: 3 -JG Removal Date: 12/08/23 -CH Removal Time: 1453 -CH Removal Reason: Therapy completed -CH Post Removal Assessment: Catheter intact;No complications noted;Pressure dressing applied -CH | | | | |
| Site Assessment | Clean, Dry, Intact - WM | Clean, Dry, Intact - CH | Clean, Dry, Intact - CH | Clean, Dry, Intact - CH | Clean, Dry, Intact - WM |
| Lumen Status/Intervention | Saline Lock -WM | Saline Lock -CH | Saline Lock -CH | Saline Lock -CH | Saline Lock;Flushed -WM |
| Dressing Type | Transparent -WM | Transparent -CH | Transparent -CH | Transparent -CH | Transparent -WM |
| Dressing Intervention | No intervention indicated -WM | No intervention indicated -CH | No intervention indicated -CH | No intervention indicated -CH | No intervention indicated -WM |
| Dressing Status | Clean, Dry, Intact - WM | Clean, Dry, Intact - CH | Clean, Dry, Intact - CH | Clean, Dry, Intact - CH | Clean, Dry, Intact - WM |
| Securement Device | Yes -WM | Yes -CH | Yes -CH | Yes -CH | Yes -WM |

**Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION**

| Row Name | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Site Assessment | Unable to assess - WM | Unable to assess - CH | Unable to assess - CH | Unable to assess - CH | — |
| Peri-wound skin | — | Normal for patient - CH | Normal for patient - CH | Normal for patient - CH | — |
| Wound Closure | Unable to assess - WM | Unable to assess - CH | Unable to assess - CH | Unable to assess - CH | — |
| Dressing Type | Elastic bandage - | Elastic bandage 🖹 | Elastic bandage 🖹 | Elastic bandage 🖹 | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 928

Printed by 71334 at 8/21/24 10:11 AM

MC_002779

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | WM | PICO -CH | PICO -CH | PICO -CH | |
|---|---|---|---|---|---|
| Dressing Status | Clean, dry, and intact -WM | Clean, dry, and intact -CH | Clean, dry, and intact -CH | Clean, dry, and intact -CH | — |
| Drainage Amount | — | Unable to assess - CH | Unable to assess - CH | Unable to assess - CH | — |
| Dressing Therapy | — | Negative pressure/wound therapy -CH | Negative pressure/wound therapy -CH | Negative pressure/wound therapy -CH | — |
| Dressing Device | — | Knee immobilizer - CH | Knee immobilizer - CH | Knee immobilizer - CH | — |

| Row Name | 12/07/23 0100 | 12/06/23 2100 | 12/06/23 1408 | 12/06/23 0808 | 12/06/23 0607 |
|---|---|---|---|---|---|

[REMOVED] Peripheral IV 12/04/23 0955 Right Arm 20G 12/08/23 1453 Therapy completed Catheter intact;No complications noted;Pressure dressing applied

| | | | | | |
|---|---|---|---|---|---|
| IV Peripheral Line Properties | Placement Date: 12/04/23 -JG Placement Time: 0955 -JG Orientation: Right -JG Insertion Site: Arm -JG Size/Gauge: 20G -JG Length: 1 inch -JG Inserted by: JHG RN -JG Site Prep: Chlorhexidine/chloraprep -JG # of Insertion Attempts: 3 -JG Removal Date: 12/08/23 -CH Removal Time: 1453 -CH Removal Reason: Therapy completed -CH Post Removal Assessment: Catheter intact;No complications noted;Pressure dressing applied -CH | | | | |
| Site Assessment | Clean, Dry, Intact - WM | Clean, Dry, Intact - DL | Clean, Dry, Intact - KJ | Clean, Dry, Intact - KJ | Clean, Dry, Intact - KSA |
| Lumen Status/Interventio n | Saline Lock;Flushed -WM | Saline Lock;Flushed -DL | Saline Lock;Flushed -KJ | Saline Lock;Flushed -KJ | Saline Lock;Flushed -KSA |
| Dressing Type | Transparent -WM | Transparent -DL | Transparent -KJ | Transparent -KJ | Transparent -KSA |
| Dressing Intervention | No intervention indicated -WM | No intervention indicated -DL | No intervention indicated -KJ | No intervention indicated -KJ | No intervention indicated -KSA |
| Dressing Status | Clean, Dry, Intact - WM | Clean, Dry, Intact - DL | Clean, Dry, Intact - KJ | Clean, Dry, Intact - KJ | Clean, Dry, Intact - KSA |
| Securement Device | Yes -WM | Yes -DL | Yes -KJ | Yes -KJ | Yes -KSA |

Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Site Assessment | Unable to assess - WM | — | — | — | — |
| Peri-wound skin | Normal for patient - WM | — | — | — | — |
| Wound Closure | Unable to assess - WM | — | Sutures -KJ | Sutures -KJ | Sutures -KSA |
| Dressing Type | Elastic bandage 🗎 island dressing -WM | Elastic bandage -DL | Elastic bandage -KJ | Elastic bandage -KJ | Elastic bandage - KSA |
| Dressing Status | Clean, dry, and intact -WM | Clean, dry, and intact -DL | Clean, dry, and intact -KJ | Clean, dry, and intact -KJ | Clean, dry, and intact -KSA |
| Drainage Amount | None -WM | — | — | — | — |
| Dressing Therapy | — | Negative pressure/wound therapy -DL | — | Negative pressure/wound therapy -KJ | — |
| Dressing Device | — | Knee immobilizer - DL | Knee immobilizer - KJ | Knee immobilizer - KJ | Knee immobilizer - KSA |

| Row Name | 12/05/23 2121 | 12/05/23 1451 | 12/05/23 0752 | 12/05/23 0237 | 12/05/23 0204 |
|---|---|---|---|---|---|

[REMOVED] Peripheral IV 12/04/23 0955 Right Arm 20G 12/08/23 1453 Therapy completed Catheter intact;No complications noted;Pressure dressing applied

| | | | | | |
|---|---|---|---|---|---|
| IV Peripheral Line Properties | Placement Date: 12/04/23 -JG Placement Time: 0955 -JG Orientation: Right -JG Insertion Site: Arm -JG Size/Gauge: 20G -JG Length: 1 inch -JG Inserted by: JHG RN -JG Site Prep: Chlorhexidine/chloraprep -JG # of Insertion Attempts: 3 -JG Removal Date: 12/08/23 -CH Removal Time: 1453 -CH Removal Reason: Therapy completed -CH Post Removal Assessment: Catheter intact;No complications noted;Pressure dressing applied -CH | | | | |
| Infusion Device | — | IV Pump -KJ | IV Pump -KJ | IV Pump -RV | — |
| Site Assessment | Clean, Dry, Intact - KSA | Clean, Dry, Intact - KJ | Clean, Dry, Intact - KJ | Clean, Dry, Intact - RV | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 929

Printed by 71334 at 8/21/24 10:11 AM

MC_002780

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 1 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Lumen Status/Interventio n | Saline Lock;Flushed -KSA | Infusing -KJ | Infusing -KJ | Infusing -RV | — |
| Dressing Type | Transparent -KSA | Transparent -KJ | Transparent -KJ | Transparent -RV | — |
| Dressing Intervention | No intervention indicated -KSA | No intervention indicated -KJ | No intervention indicated -KJ | No intervention indicated -RV | — |
| Dressing Status | Clean, Dry, Intact - KSA | Clean, Dry, Intact - KJ | Clean, Dry, Intact - KJ | Clean, Dry, Intact - RV | — |
| Securement Device | Yes -KSA | Yes -KJ | Yes -KJ | Yes -RV | — |

**Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION**

| | | | | | |
|---|---|---|---|---|---|
| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | | |
| Wound Closure | Sutures -KSA | Sutures -KJ | Sutures -KJ | — | Sutures -RV |
| Dressing Type | Elastic bandage - KSA | Elastic bandage -KJ | Elastic bandage -KJ | — | Elastic bandage -RV |
| Dressing Status | Clean, dry, and intact -KSA | Clean, dry, and intact -KJ | Clean, dry, and intact -KJ | — | Clean, dry, and intact -RV |
| Drainage Amount | — | — | Unable to assess - KJ | — | Unable to assess - RV |
| Dressing Therapy | — | — | Negative pressure/wound therapy -KJ | — | Negative pressure/wound therapy -RV |
| Dressing Device | Knee immobilizer - KSA | Knee immobilizer - KJ | Knee immobilizer - KJ | — | Knee immobilizer - RV |

**Vac dressing APPLIED**

| | | | | | |
|---|---|---|---|---|---|
| Vac APPLIED wound location | — | — | — | L knee -RV | — |
| Vac type applied | — | — | — | disposable 🄰 PICO -RV | — |

| Row Name | 12/04/23 2125 | 12/04/23 1754 | 12/04/23 1452 | 09/29/23 0006 | |
|---|---|---|---|---|---|

**[REMOVED] Peripheral IV 12/04/23 0955 Right Arm 20G 12/08/23 1453 Therapy completed Catheter intact;No complications noted;Pressure dressing applied**

| | | | | | |
|---|---|---|---|---|---|
| IV Peripheral Line Properties | Placement Date: 12/04/23 -JG Placement Time: 0955 -JG Orientation: Right -JG Insertion Site: Arm -JG Size/Gauge: 20G -JG Length: 1 inch -JG Inserted by: JHG RN -JG Site Prep: Chlorhexidine/chloraprep -JG # of Insertion Attempts: 3 -JG Removal Date: 12/08/23 -CH Removal Time: 1453 -CH Removal Reason: Therapy completed -CH Post Removal Assessment: Catheter intact;No complications noted;Pressure dressing applied -CH | | | | |
| Infusion Device | IV Pump -RV | IV Pump -KF | — | — | |
| Site Assessment | Clean, Dry, Intact - RV | Clean, Dry, Intact - KF | — | — | |
| Lumen Status/Interventio n | Infusing -RV | Infusing -KF | — | — | |
| Dressing Type | Transparent -RV | Transparent -KF | — | — | |
| Dressing Intervention | No intervention indicated -RV | No intervention indicated -KF | — | — | |
| Dressing Status | Clean, Dry, Intact - RV | Clean, Dry, Intact - KF | — | — | |
| Securement Device | Yes -RV | Yes -KF | — | — | |
| # of Insertion Attempts | — | — | — | 3 -JG | |

**[REMOVED] Endotracheal Tube 12/04/23 1045 12/04/23 1519**

| | |
|---|---|
| ETT Properties | Inserted Date: 12/04/23 -DLA Inserted Time: 1045 -DLA Single Lumen Tube Size: 7.5 mm -DLA Cuffed: Cuffed -DLA Insertion Attempts: 1 -DLA ETT Type: ETT - single -DLA Tube Location: Oral -DLA Mask Ventilation: Vent by mask + OA or adjuvant +/- NMBA -DLA Verification: Bilat BS;ETCO2 -DLA Laryngoscope: Macintosh -DLA Blade Size: 3 -DLA View Grade: II -DLA Secured at: 21 cm -DLA Measured |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 930

Printed by 71334 at 8/21/24 10:11 AM

MC_002781

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

from: Lips -DLA Removal Date: 12/04/23 -DLA Removal Time: 1519 -DLA

**Wound - General - 12/04/23 1128 LEFT TOTAL KNEE REVISION**

| Wound Properties | Initial assess date: 12/04/23 -MM Initial assess time: 1128 -MM Wound Description: LEFT TOTAL KNEE REVISION -MM Primary Wound Type: Incision -MM Location: Knee -MM Orientation: Left;Anterior -MM | | | |
|---|---|---|---|---|
| Wound Closure | Sutures -RV | Sutures -KF | Sutures -MM | — |
| Dressing Type | Elastic bandage -RV | Elastic bandage -KF | — 🖹 Flex 7 -MM | — |
| Dressing Status | Clean, dry, and intact -RV | Clean, dry, and intact -KF | Clean, dry, and intact -MM | — |
| Dressing Changed | — | — | Changed/New -MM | — |
| Drainage Amount | Unable to assess - RV | Unable to assess - KF | — | — |
| Dressing Change Due Date | — | 12/11/23 -KF | 12/11/23 -MM | — |
| Dressing Therapy | Negative pressure/wound therapy -RV | — | Negative pressure/wound therapy -MM | — |
| Dressing Device | Knee immobilizer - RV | — | Knee immobilizer - MM | — |

**[REMOVED] Wound - General - 06/26/23 1600 Open repair left patellar tendon 12/04/23 1045**

| Wound Properties | Initial assess date: 06/26/23 -FT Initial assess time: 1600 -FT Wound Description: Open repair left patellar tendon -FT Primary Wound Type: Incision -FT Location: Knee -FT Orientation: Left;Anterior -FT Wound Outcome: Healed -MM Final assess date: 12/04/23 -MM Final assess time: 1045 -MM | | |
|---|---|---|---|

**Vac dressing APPLIED**

| Vac APPLIED wound location | L Knee -RV | — | Knee -MM | — |
|---|---|---|---|---|
| Vac type applied | disposable 🖹 PICO -RV | — | disposable 🖹 PICO 7 -MM | — |

**MHS PREDICTIVE ANALYTICS REPORTING TEMPLATE**

| Row Name | 12/08/23 1631 | 12/08/23 1617 | 12/08/23 1615 | 12/08/23 1601 | 12/08/23 1600 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.28 -SB | 1.28 -SB | — | 1.28 -SB | — |
| Deterioration Index Predictive Analytics Score | 19.54 -SB | — | 19.54 -SB | — | 19.54 -SB |
| Risk of Unplanned Readmission Score | — | — | — | 6.8 -SB | — |

| Row Name | 12/08/23 1547 | 12/08/23 1545 | 12/08/23 1531 | 12/08/23 1516 | 12/08/23 1515 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.28 -SB | — | 1.28 -SB | 1.28 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 19.54 -SB | 19.54 -SB | — | 19.54 -SB |

| Row Name | 12/08/23 1501 | 12/08/23 1500 | 12/08/23 1446 | 12/08/23 1445 | 12/08/23 1431 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.28 -SB | — | 1.31 -SB | — | 1.31 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 931

Printed by 71334 at 8/21/24 10:11 AM

MC_002782

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | — | 19.54 -SB | — | 19.54 -SB | 19.54 -SB |
| **Row Name** | **12/08/23 1416** | **12/08/23 1415** | **12/08/23 1401** | **12/08/23 1400** | **12/08/23 1347** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 19.54 -SB | — | 19.54 -SB | — |
| **Row Name** | **12/08/23 1345** | **12/08/23 1331** | **12/08/23 1316** | **12/08/23 1315** | **12/08/23 1301** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 19.54 -SB | 19.54 -SB | — | 19.54 -SB | 19.54 -SB |
| **Row Name** | **12/08/23 1247** | **12/08/23 1245** | **12/08/23 1231** | **12/08/23 1216** | **12/08/23 1215** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 19.54 -SB | 19.54 -SB | — | 19.54 -SB |
| **Row Name** | **12/08/23 1201** | **12/08/23 1200** | **12/08/23 1147** | **12/08/23 1145** | **12/08/23 1131** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 19.54 -SB | — | 19.54 -SB | 19.54 -SB |
| Risk of Unplanned Readmission Score | 6.8 -SB | — | — | — | — |
| **Row Name** | **12/08/23 1116** | **12/08/23 1115** | **12/08/23 1101** | **12/08/23 1100** | **12/08/23 1046** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 19.54 -SB | — | 19.54 -SB | — |
| **Row Name** | **12/08/23 1045** | **12/08/23 1031** | **12/08/23 1016** | **12/08/23 1015** | **12/08/23 1001** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 19.54 -SB | 19.54 -SB | — | 19.54 -SB | — |
| **Row Name** | **12/08/23 1000** | **12/08/23 0946** | **12/08/23 0945** | **12/08/23 0931** | **12/08/23 0916** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 932

Printed by 71334 at 8/21/24 10:11 AM

MC_002783

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| Row Name | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | — | 1.31 -SB | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 19.54 -SB | — | 19.54 -SB | 19.54 -SB | — |

| Row Name | 12/08/23 0915 | 12/08/23 0901 | 12/08/23 0847 | 12/08/23 0845 | 12/08/23 0831 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 19.54 -SB | 19.54 -SB | — | 19.54 -SB | 19.54 -SB |

| Row Name | 12/08/23 0817 | 12/08/23 0815 | 12/08/23 0801 | 12/08/23 0747 | 12/08/23 0745 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 19.54 -SB | 21.85 -SB | — | 21.85 -SB |
| Risk of Unplanned Readmission Score | — | — | 6.8 -SB | — | — |

| Row Name | 12/08/23 0731 | 12/08/23 0730 | 12/08/23 0716 | 12/08/23 0715 | 12/08/23 0701 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 21.85 -SB | — | 21.85 -SB | 21.85 -SB |

| Row Name | 12/08/23 0646 | 12/08/23 0645 | 12/08/23 0631 | 12/08/23 0616 | 12/08/23 0615 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 21.85 -SB | 21.85 -SB | — | 21.85 -SB |

| Row Name | 12/08/23 0606 | 12/08/23 0601 | 12/08/23 0547 | 12/08/23 0545 | 12/08/23 0531 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 21.85 -SB | — | 21.85 -SB | 21.85 -SB |

| Row Name | 12/08/23 0517 | 12/08/23 0515 | 12/08/23 0501 | 12/08/23 0446 | 12/08/23 0445 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 933

Printed by 71334 at 8/21/24 10:11 AM

MC_002784

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | — | 21.85 -SB | 21.85 -SB | — | 21.85 -SB |

| Row Name | 12/08/23 0431 | 12/08/23 0417 | 12/08/23 0415 | 12/08/23 0401 | 12/08/23 0347 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | 1.31 -SB | — | 1.31 -SB | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 22.24 -SB | — | 21.32 -SB | 21.32 -SB | — |
| Risk of Unplanned Readmission Score | — | — | — | 6.7 -SB | — |

| Row Name | 12/08/23 0345 | 12/08/23 0331 | 12/08/23 0316 | 12/08/23 0315 | 12/08/23 0301 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 21.32 -SB | 21.32 -SB | — | 21.32 -SB | — |

| Row Name | 12/08/23 0300 | 12/08/23 0246 | 12/08/23 0245 | 12/08/23 0231 | 12/08/23 0216 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | — | 1.31 -SB | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 21.32 -SB | — | 21.32 -SB | 21.32 -SB | — |

| Row Name | 12/08/23 0215 | 12/08/23 0204 | 12/08/23 0200 | 12/08/23 0149 | 12/08/23 0145 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | — | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | 21.32 -SB | — | 21.32 -SB | — | 21.32 -SB |

| Row Name | 12/08/23 0132 | 12/08/23 0130 | 12/08/23 0124 | 12/08/23 0121 | 12/08/23 0108 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 21.32 -SB | — | 21.32 -SB | — |

| Row Name | 12/08/23 0101 | 12/08/23 0046 | 12/08/23 0045 | 12/08/23 0031 | 12/08/23 0030 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | — | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | 21.32 -SB | — | 21.32 -SB | — | 21.32 -SB |

| Row Name | 12/08/23 0016 | 12/08/23 0015 | 12/08/23 0003 | 12/08/23 0002 | 12/08/23 0001 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 934

Printed by 71334 at 8/21/24 10:11 AM

MC_002785

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | — |
| Deterioration Index Predictive Analytics Score | — | 21.32 -SB | — | — | 20.03 -SB |
| Risk of Unplanned Readmission Score | — | — | — | 6.7 -SB | — |

| Row Name | 12/07/23 2346 | 12/07/23 2345 | 12/07/23 2331 | 12/07/23 2316 | 12/07/23 2315 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | 20.03 -SB | — | 20.03 -SB |

| Row Name | 12/07/23 2301 | 12/07/23 2300 | 12/07/23 2246 | 12/07/23 2245 | 12/07/23 2231 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | — | 20.03 -SB | 20.03 -SB |

| Row Name | 12/07/23 2216 | 12/07/23 2215 | 12/07/23 2201 | 12/07/23 2200 | 12/07/23 2146 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | — | 20.03 -SB | 20.03 -SB |

| Row Name | 12/07/23 2131 | 12/07/23 2130 | 12/07/23 2116 | 12/07/23 2115 | 12/07/23 2101 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | — | 20.03 -SB | 20.03 -SB |

| Row Name | 12/07/23 2047 | 12/07/23 2045 | 12/07/23 2031 | 12/07/23 2017 | 12/07/23 2015 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | 20.03 -SB | — | 20.03 -SB |

| Row Name | 12/07/23 2001 | 12/07/23 2000 | 12/07/23 1947 | 12/07/23 1945 | 12/07/23 1931 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 935                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002786

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | — | 20.03 -SB | 20.03 -SB |
| Risk of Unplanned Readmission Score | 6.7 -SB | — | — | — | — |

| Row Name | 12/07/23 1917 | 12/07/23 1915 | 12/07/23 1901 | 12/07/23 1847 | 12/07/23 1845 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | 20.03 -SB | — | 20.03 -SB |

| Row Name | 12/07/23 1831 | 12/07/23 1816 | 12/07/23 1815 | 12/07/23 1801 | 12/07/23 1800 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | 1.31 -SB | — | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.03 -SB | — | 20.03 -SB | — | 20.03 -SB |

| Row Name | 12/07/23 1747 | 12/07/23 1745 | 12/07/23 1731 | 12/07/23 1716 | 12/07/23 1715 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.03 -SB | 20.03 -SB | — | 20.03 -SB |

| Row Name | 12/07/23 1701 | 12/07/23 1647 | 12/07/23 1645 | 12/07/23 1631 | 12/07/23 1617 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2.91 -SB | 2.91 -SB | — | 2.91 -SB | 2.91 -SB |
| Deterioration Index Predictive Analytics Score | 20.03 -SB | — | 20.03 -SB | 20.03 -SB | — |

| Row Name | 12/07/23 1615 | 12/07/23 1601 | 12/07/23 1600 | 12/07/23 1547 | 12/07/23 1545 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2.91 -SB | — | 2.91 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.03 -SB | — | 20.03 -SB | — | 20.03 -SB |
| Risk of Unplanned Readmission Score | — | 6.7 -SB | — | — | — |

| Row Name | 12/07/23 1531 | 12/07/23 1516 | 12/07/23 1515 | 12/07/23 1501 | 12/07/23 1500 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2.91 -SB | 2.91 -SB | — | 1.31 -SB | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 936

Printed by 71334 at 8/21/24 10:11 AM

MC_002787

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | 20.03 -SB | — | 20.03 -SB | — | 19.72 -SB |
| **Row Name** | **12/07/23 1447** | **12/07/23 1445** | **12/07/23 1431** | **12/07/23 1416** | **12/07/23 1415** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 19.72 -SB | 19.72 -SB | — | 19.72 -SB |
| **Row Name** | **12/07/23 1401** | **12/07/23 1400** | **12/07/23 1347** | **12/07/23 1345** | **12/07/23 1331** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 19.72 -SB | — | 19.72 -SB | 19.72 -SB |
| **Row Name** | **12/07/23 1316** | **12/07/23 1315** | **12/07/23 1301** | **12/07/23 1247** | **12/07/23 1245** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 19.72 -SB | 19.72 -SB | — | 19.72 -SB |
| **Row Name** | **12/07/23 1231** | **12/07/23 1216** | **12/07/23 1215** | **12/07/23 1201** | **12/07/23 1200** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | 1.31 -SB | — | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | 19.72 -SB | — | 19.72 -SB | — | 19.72 -SB |
| Risk of Unplanned Readmission Score | — | — | — | 6.7 -SB | — |
| **Row Name** | **12/07/23 1147** | **12/07/23 1145** | **12/07/23 1131** | **12/07/23 1116** | **12/07/23 1115** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 19.72 -SB | 19.72 -SB | — | 19.72 -SB |
| **Row Name** | **12/07/23 1101** | **12/07/23 1100** | **12/07/23 1047** | **12/07/23 1045** | **12/07/23 1031** |
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 19.72 -SB | — | 19.72 -SB | 19.72 -SB |
| **Row Name** | **12/07/23 1016** | **12/07/23 1015** | **12/07/23 1001** | **12/07/23 1000** | **12/07/23 0946** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 937

Printed by 71334 at 8/21/24 10:11 AM

MC_002788

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | — | 19.72 -SB | — | 19.72 -SB | — |

| Row Name | 12/07/23 0945 | 12/07/23 0931 | 12/07/23 0916 | 12/07/23 0915 | 12/07/23 0901 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 1.31 -SB | 1.31 -SB | — | 1.31 -SB |
| Deterioration Index Predictive Analytics Score | 19.72 -SB | 19.72 -SB | — | 19.72 -SB | 19.72 -SB |

| Row Name | 12/07/23 0847 | 12/07/23 0845 | 12/07/23 0831 | 12/07/23 0817 | 12/07/23 0815 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | — | 1.31 -SB | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 19.72 -SB | 19.72 -SB | — | 20.46 -SB |

| Row Name | 12/07/23 0801 | 12/07/23 0747 | 12/07/23 0745 | 12/07/23 0731 | 12/07/23 0730 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.31 -SB | 1.31 -SB | — | 1.31 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.46 -SB | — | 20.46 -SB | — | 20.46 -SB |
| Risk of Unplanned Readmission Score | 6.5 -SB | — | — | — | — |

| Row Name | 12/07/23 0716 | 12/07/23 0715 | 12/07/23 0701 | 12/07/23 0646 | 12/07/23 0645 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.27 -SB | — | 1.27 -SB | 1.27 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.46 -SB | 20.46 -SB | — | 20.46 -SB |

| Row Name | 12/07/23 0631 | 12/07/23 0630 | 12/07/23 0616 | 12/07/23 0615 | 12/07/23 0606 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 1.27 -SB | — | 1.27 -SB | — | 1.27 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.46 -SB | — | 20.46 -SB | — |

| Row Name | 12/07/23 0600 | 12/07/23 0547 | 12/07/23 0545 | 12/07/23 0531 | 12/07/23 0517 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 1.27 -SB | — | 2.83 -SB | 2.83 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 938

Printed by 71334 at 8/21/24 10:11 AM

MC_002789

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | 20.46 -SB | — | 20.46 -SB | 20.46 -SB | — |

| Row Name | 12/07/23 0515 | 12/07/23 0502 | 12/07/23 0501 | 12/07/23 0446 | 12/07/23 0445 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2.83 -SB | — | 2.83 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.46 -SB | — | 20.27 -SB | — | 21.04 -SB |

| Row Name | 12/07/23 0431 | 12/07/23 0417 | 12/07/23 0415 | 12/07/23 0401 | 12/07/23 0347 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2.83 -SB | 2.83 -SB | — | 2.83 -SB | 2.83 -SB |
| Deterioration Index Predictive Analytics Score | 21.04 -SB | — | 21.04 -SB | 21.04 -SB | — |
| Risk of Unplanned Readmission Score | — | — | — | 7.7 -SB | — |

| Row Name | 12/07/23 0345 | 12/07/23 0331 | 12/07/23 0316 | 12/07/23 0315 | 12/07/23 0301 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 3.22 -SB | 3.22 -SB | — | 3.22 -SB |
| Deterioration Index Predictive Analytics Score | 21.04 -SB | 20.56 -SB | — | 20.56 -SB | — |

| Row Name | 12/07/23 0300 | 12/07/23 0246 | 12/07/23 0245 | 12/07/23 0231 | 12/07/23 0230 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 3.22 -SB | — | 3.22 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.56 -SB | — | 20.56 -SB | — | 20.56 -SB |

| Row Name | 12/07/23 0216 | 12/07/23 0215 | 12/07/23 0204 | 12/07/23 0200 | 12/07/23 0148 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | — | 3.22 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.56 -SB | — | 20.56 -SB | — |

| Row Name | 12/07/23 0145 | 12/07/23 0131 | 12/07/23 0129 | 12/07/23 0126 | 12/07/23 0109 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | — | 3.22 -SB | — | 3.22 -SB |
| Deterioration Index Predictive Analytics Score | 20.56 -SB | 20.56 -SB | — | 20.56 -SB | — |

| Row Name | 12/07/23 0101 | 12/07/23 0046 | 12/07/23 0045 | 12/07/23 0031 | 12/07/23 0030 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 939
Printed by 71334 at 8/21/24 10:11 AM

MC_002790

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 3.22 -SB | — | 3.22 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.56 -SB | — | 20.56 -SB | — | 20.56 -SB |

| Row Name | 12/07/23 0016 | 12/07/23 0015 | 12/07/23 0002 | 12/07/23 0001 | 12/06/23 2346 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | — | 6.98 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.56 -SB | — | 20.56 -SB | — |
| Risk of Unplanned Readmission Score | — | — | 7.7 -SB | — | — |

| Row Name | 12/06/23 2345 | 12/06/23 2331 | 12/06/23 2316 | 12/06/23 2315 | 12/06/23 2301 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 6.98 -SB | 6.98 -SB | — | 6.98 -SB |
| Deterioration Index Predictive Analytics Score | 20.56 -SB | 20.56 -SB | — | 20.56 -SB | — |

| Row Name | 12/06/23 2300 | 12/06/23 2246 | 12/06/23 2245 | 12/06/23 2231 | 12/06/23 2216 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 6.98 -SB | — | 6.98 -SB | 6.98 -SB |
| Deterioration Index Predictive Analytics Score | 20.56 -SB | — | 20.56 -SB | 20.56 -SB | — |

| Row Name | 12/06/23 2215 | 12/06/23 2201 | 12/06/23 2200 | 12/06/23 2146 | 12/06/23 2145 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 6.98 -SB | — | 3.22 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.56 -SB | — | 18.17 -SB | — | 18.17 -SB |

| Row Name | 12/06/23 2131 | 12/06/23 2130 | 12/06/23 2116 | 12/06/23 2115 | 12/06/23 2101 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | — | 3.22 -SB |
| Deterioration Index Predictive Analytics Score | — | 18.17 -SB | — | 18.17 -SB | 18.17 -SB |

| Row Name | 12/06/23 2047 | 12/06/23 2045 | 12/06/23 2031 | 12/06/23 2017 | 12/06/23 2015 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | 3.22 -SB | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 940

Printed by 71334 at 8/21/24 10:11 AM

MC_002791

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | — | 18.17 -SB | 18.17 -SB | — | 18.17 -SB |

| Row Name | 12/06/23 2001 | 12/06/23 2000 | 12/06/23 1947 | 12/06/23 1945 | 12/06/23 1931 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | — | 3.22 -SB |
| Deterioration Index Predictive Analytics Score | — | 18.17 -SB | — | 18.17 -SB | 18.17 -SB |
| Risk of Unplanned Readmission Score | 7.7 -SB | — | — | — | — |

| Row Name | 12/06/23 1917 | 12/06/23 1915 | 12/06/23 1901 | 12/06/23 1846 | 12/06/23 1845 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | 3.22 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 18.17 -SB | 18.17 -SB | — | 18.17 -SB |

| Row Name | 12/06/23 1831 | 12/06/23 1817 | 12/06/23 1815 | 12/06/23 1801 | 12/06/23 1800 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | 3.22 -SB | — | 3.22 -SB | — |
| Deterioration Index Predictive Analytics Score | 18.17 -SB | — | 18.17 -SB | — | 18.17 -SB |

| Row Name | 12/06/23 1747 | 12/06/23 1745 | 12/06/23 1731 | 12/06/23 1716 | 12/06/23 1715 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.3 -SB | — | 3.3 -SB | 3.3 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 18.17 -SB | 18.17 -SB | — | 18.17 -SB |

| Row Name | 12/06/23 1701 | 12/06/23 1646 | 12/06/23 1631 | 12/06/23 1617 | 12/06/23 1615 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.3 -SB | 3.3 -SB | 3.3 -SB | 3.3 -SB | — |
| Deterioration Index Predictive Analytics Score | 22.03 -SB | 22.03 -SB | 22.03 -SB | — | 22.03 -SB |

| Row Name | 12/06/23 1601 | 12/06/23 1547 | 12/06/23 1545 | 12/06/23 1531 | 12/06/23 1516 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.3 -SB | 3.3 -SB | — | 3.3 -SB | 3.3 -SB |
| Deterioration Index Predictive Analytics Score | 22.03 -SB | — | 22.03 -SB | 22.03 -SB | — |
| Risk of | 7.7 -SB | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 941

Printed by 71334 at 8/21/24 10:11 AM

MC_002792

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Unplanned
Readmission
Score

| Row Name | 12/06/23 1515 | 12/06/23 1501 | 12/06/23 1500 | 12/06/23 1446 | 12/06/23 1431 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 3.3 -SB | — | 3.3 -SB | 3.3 -SB |
| Deterioration Index Predictive Analytics Score | 22.03 -SB | — | 22.03 -SB | 22.03 -SB | 22.03 -SB |

| Row Name | 12/06/23 1417 | 12/06/23 1415 | 12/06/23 1401 | 12/06/23 1400 | 12/06/23 1346 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.3 -SB | — | 3.3 -SB | — | 3.3 -SB |
| Deterioration Index Predictive Analytics Score | — | 22.03 -SB | — | 22.03 -SB | — |

| Row Name | 12/06/23 1345 | 12/06/23 1331 | 12/06/23 1317 | 12/06/23 1315 | 12/06/23 1301 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 3.3 -SB | 7.16 -SB | — | 7.16 -SB |
| Deterioration Index Predictive Analytics Score | 22.03 -SB | 22.03 -SB | — | 22.03 -SB | 22.03 -SB |

| Row Name | 12/06/23 1247 | 12/06/23 1245 | 12/06/23 1231 | 12/06/23 1217 | 12/06/23 1215 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.3 -SB | — | 3.3 -SB | 3.39 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 21.76 -SB | 21.76 -SB | — | 21.76 -SB |

| Row Name | 12/06/23 1201 | 12/06/23 1200 | 12/06/23 1146 | 12/06/23 1145 | 12/06/23 1131 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.39 -SB | — | 3.39 -SB | — | 3.39 -SB |
| Deterioration Index Predictive Analytics Score | — | 21.76 -SB | — | 21.76 -SB | 21.76 -SB |
| Risk of Unplanned Readmission Score | — | 7.7 -SB | — | — | — |

| Row Name | 12/06/23 1117 | 12/06/23 1115 | 12/06/23 1101 | 12/06/23 1100 | 12/06/23 1046 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 3.39 -SB | — | 3.39 -SB | — | 3.39 -SB |
| Deterioration Index Predictive Analytics Score | — | 26.67 -SB | — | 26.67 -SB | — |

| Row Name | 12/06/23 1045 | 12/06/23 1031 | 12/06/23 1016 | 12/06/23 1015 | 12/06/23 1001 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 942    Printed by 71334 at 8/21/24 10:11 AM

MC_002793

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 3.39 -SB | 3.39 -SB | — | 3.39 -SB |
| Deterioration Index Predictive Analytics Score | 26.67 -SB | 26.67 -SB | — | 26.67 -SB | — |

| Row Name | 12/06/23 1000 | 12/06/23 0946 | 12/06/23 0945 | 12/06/23 0931 | 12/06/23 0916 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 3.39 -SB | — | 7.34 -SB | 7.34 -SB |
| Deterioration Index Predictive Analytics Score | 26.67 -SB | — | 26.67 -SB | 26.67 -SB | — |

| Row Name | 12/06/23 0915 | 12/06/23 0901 | 12/06/23 0847 | 12/06/23 0845 | 12/06/23 0831 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 7.34 -SB | 7.34 -SB | — | 7.34 -SB |
| Deterioration Index Predictive Analytics Score | 26.67 -SB | 26.67 -SB | — | 26.67 -SB | 26.67 -SB |

| Row Name | 12/06/23 0816 | 12/06/23 0815 | 12/06/23 0801 | 12/06/23 0746 | 12/06/23 0745 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 7.34 -SB | — | 7.34 -SB | 6.98 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 26.67 -SB | 26.67 -SB | — | 26.67 -SB |
| Risk of Unplanned Readmission Score | — | — | 7.7 -SB | — | — |

| Row Name | 12/06/23 0731 | 12/06/23 0730 | 12/06/23 0716 | 12/06/23 0715 | 12/06/23 0701 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | — | 3.22 -SB |
| Deterioration Index Predictive Analytics Score | — | 29.1 -SB | — | 29.1 -SB | — |

| Row Name | 12/06/23 0700 | 12/06/23 0646 | 12/06/23 0645 | 12/06/23 0631 | 12/06/23 0630 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 3.22 -SB | — | 3.22 -SB | — |
| Deterioration Index Predictive Analytics Score | 29.1 -SB | — | 29.1 -SB | — | 29.1 -SB |

| Row Name | 12/06/23 0616 | 12/06/23 0615 | 12/06/23 0606 | 12/06/23 0600 | 12/06/23 0547 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 3.22 -SB | — | 3.22 -SB | — | 3.22 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 943

Printed by 71334 at 8/21/24 10:11 AM

MC_002794

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Row Name | | | | |
|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | — | 29.1 -SB | — | 29.1 -SB | — |

| Row Name | 12/06/23 0545 | 12/06/23 0531 | 12/06/23 0517 | 12/06/23 0515 | 12/06/23 0502 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 6.98 -SB | 6.98 -SB | — | 6.98 -SB |
| Deterioration Index Predictive Analytics Score | 29.1 -SB | 29.1 -SB | — | 29.1 -SB | — |

| Row Name | 12/06/23 0501 | 12/06/23 0446 | 12/06/23 0445 | 12/06/23 0431 | 12/06/23 0417 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 6.56 -SB | — | 6.56 -SB | 6.56 -SB |
| Deterioration Index Predictive Analytics Score | 29.1 -SB | — | 29.2 -SB | 29.2 -SB | — |

| Row Name | 12/06/23 0415 | 12/06/23 0402 | 12/06/23 0401 | 12/06/23 0347 | 12/06/23 0345 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 6.56 -SB | — | 6.56 -SB | — |
| Deterioration Index Predictive Analytics Score | 30.5 -SB | — | 30.5 -SB | — | 30.5 -SB |
| Risk of Unplanned Readmission Score | — | — | 6.2 -SB | — | — |

| Row Name | 12/06/23 0331 | 12/06/23 0316 | 12/06/23 0315 | 12/06/23 0301 | 12/06/23 0300 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.19 -SB | 1.19 -SB | — | 1.19 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.34 -SB | — | 20.34 -SB | — | 20.34 -SB |

| Row Name | 12/06/23 0246 | 12/06/23 0245 | 12/06/23 0231 | 12/06/23 0230 | 12/06/23 0216 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 1.19 -SB | — | 1.19 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.34 -SB | — | 20.34 -SB | — |

| Row Name | 12/06/23 0215 | 12/06/23 0204 | 12/06/23 0200 | 12/06/23 0148 | 12/06/23 0145 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.34 -SB | — | 20.34 -SB | — | 20.34 -SB |

| Row Name | 12/06/23 0132 | 12/06/23 0131 | 12/06/23 0122 | 12/06/23 0119 | 12/06/23 0108 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 944

Printed by 71334 at 8/21/24 10:11 AM

MC_002795

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.34 -SB | — | 20.34 -SB | — |

| Row Name | 12/06/23 0101 | 12/06/23 0046 | 12/06/23 0045 | 12/06/23 0031 | 12/06/23 0030 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.34 -SB | — | 20.34 -SB | — | 20.34 -SB |

| Row Name | 12/06/23 0016 | 12/06/23 0015 | 12/06/23 0002 | 12/06/23 0001 | 12/05/23 2347 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.34 -SB | — | 20.34 -SB | — |
| Risk of Unplanned Readmission Score | — | — | — | 6.2 -SB | — |

| Row Name | 12/05/23 2345 | 12/05/23 2331 | 12/05/23 2316 | 12/05/23 2315 | 12/05/23 2301 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | 20.34 -SB | 20.34 -SB | — | 20.34 -SB | — |

| Row Name | 12/05/23 2300 | 12/05/23 2246 | 12/05/23 2245 | 12/05/23 2231 | 12/05/23 2216 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2 -SB | 2 -SB |
| Deterioration Index Predictive Analytics Score | 27.63 -SB | — | 27.63 -SB | 27.63 -SB | — |

| Row Name | 12/05/23 2215 | 12/05/23 2201 | 12/05/23 2200 | 12/05/23 2146 | 12/05/23 2131 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2 -SB | 2 -SB |
| Deterioration Index Predictive Analytics Score | 27.63 -SB | — | 27.63 -SB | 27.63 -SB | — |

| Row Name | 12/05/23 2130 | 12/05/23 2116 | 12/05/23 2115 | 12/05/23 2101 | 12/05/23 2047 |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2 -SB | 2 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 945

Printed by 71334 at 8/21/24 10:11 AM

MC_002796

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | 27.63 -SB | — | 27.63 -SB | 27.63 -SB | — |

| Row Name | 12/05/23 2045 | 12/05/23 2031 | 12/05/23 2017 | 12/05/23 2015 | 12/05/23 2001 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | 27.63 -SB | 27.63 -SB | — | 27.63 -SB | — |
| Risk of Unplanned Readmission Score | — | — | — | — | 6.2 -SB |

| Row Name | 12/05/23 2000 | 12/05/23 1947 | 12/05/23 1945 | 12/05/23 1931 | 12/05/23 1917 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2 -SB | 2 -SB |
| Deterioration Index Predictive Analytics Score | 27.63 -SB | — | 27.63 -SB | 18.76 -SB | — |

| Row Name | 12/05/23 1915 | 12/05/23 1901 | 12/05/23 1846 | 12/05/23 1845 | 12/05/23 1831 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | 18.76 -SB | 18.76 -SB | — | 18.76 -SB | 18.76 -SB |

| Row Name | 12/05/23 1816 | 12/05/23 1815 | 12/05/23 1801 | 12/05/23 1800 | 12/05/23 1747 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | — | 18.76 -SB | — | 18.76 -SB | — |

| Row Name | 12/05/23 1745 | 12/05/23 1731 | 12/05/23 1716 | 12/05/23 1715 | 12/05/23 1701 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | 18.76 -SB | 18.76 -SB | — | 18.76 -SB | 18.76 -SB |

| Row Name | 12/05/23 1646 | 12/05/23 1645 | 12/05/23 1631 | 12/05/23 1616 | 12/05/23 1615 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 18.76 -SB | 18.76 -SB | — | 18.76 -SB |

| Row Name | 12/05/23 1601 | 12/05/23 1600 | 12/05/23 1547 | 12/05/23 1545 | 12/05/23 1531 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 946

Printed by 71334 at 8/21/24 10:11 AM

MC_002797

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | — | 18.76 -SB | — | 18.76 -SB | 18.76 -SB |
| Risk of Unplanned Readmission Score | 6.2 -SB | — | — | — | — |

| Row Name | 12/05/23 1516 | 12/05/23 1515 | 12/05/23 1501 | 12/05/23 1500 | 12/05/23 1446 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | — | 20.19 -SB | — | 20.19 -SB | 20.19 -SB |

| Row Name | 12/05/23 1431 | 12/05/23 1416 | 12/05/23 1415 | 12/05/23 1401 | 12/05/23 1400 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | 2 -SB | — | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.19 -SB | — | 20.19 -SB | — | 20.19 -SB |

| Row Name | 12/05/23 1347 | 12/05/23 1345 | 12/05/23 1331 | 12/05/23 1316 | 12/05/23 1315 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.19 -SB | 20.19 -SB | — | 20.19 -SB |

| Row Name | 12/05/23 1301 | 12/05/23 1247 | 12/05/23 1245 | 12/05/23 1231 | 12/05/23 1216 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | 2 -SB | 2 -SB | — | 2 -SB | 2 -SB |
| Deterioration Index Predictive Analytics Score | 20.19 -SB | — | 20.19 -SB | 20.19 -SB | — |

| Row Name | 12/05/23 1215 | 12/05/23 1201 | 12/05/23 1200 | 12/05/23 1147 | 12/05/23 1145 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.19 -SB | — | 20.19 -SB | — | 20.19 -SB |
| Risk of Unplanned Readmission Score | — | 6.2 -SB | — | — | — |

| Row Name | 12/05/23 1131 | 12/05/23 1116 | 12/05/23 1115 | 12/05/23 1101 | 12/05/23 1100 |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 947

Printed by 71334 at 8/21/24 10:11 AM

MC_002798

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 2 -SB | 2 -SB | — | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | 20.94 -SB | — | 20.94 -SB | — | 20.94 -SB |

| **Row Name** | **12/05/23 1046** | **12/05/23 1045** | **12/05/23 1031** | **12/05/23 1016** | **12/05/23 1015** |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.94 -SB | 20.94 -SB | — | 20.94 -SB |

| **Row Name** | **12/05/23 1001** | **12/05/23 1000** | **12/05/23 0931** | **12/05/23 0916** | **12/05/23 0915** |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 2 -SB | — | 2 -SB | 2 -SB | — |
| Deterioration Index Predictive Analytics Score | — | 20.94 -SB | 20.94 -SB | — | 20.94 -SB |

| **Row Name** | **12/05/23 0901** | **12/05/23 0847** | **12/05/23 0845** | **12/05/23 0831** | **12/05/23 0816** |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | 2 -SB | 2 -SB | — | 2 -SB | 2 -SB |
| Deterioration Index Predictive Analytics Score | 20.94 -SB | — | 20.94 -SB | 20.94 -SB | — |

| **Row Name** | **12/05/23 0815** | **12/05/23 0801** | **12/05/23 0747** | **12/05/23 0745** | **12/05/23 0731** |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | 2 -SB | — | 2 -SB |
| Deterioration Index Predictive Analytics Score | 19.44 -SB | 19.44 -SB | — | 19.44 -SB | — |
| Risk of Unplanned Readmission Score | — | 6.2 -SB | — | — | — |

| **Row Name** | **12/05/23 0730** | **12/05/23 0716** | **12/05/23 0715** | **12/05/23 0701** | **12/05/23 0646** |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 2 -SB | — | 1.55 -SB | 1.55 -SB |
| Deterioration Index Predictive Analytics Score | 19.44 -SB | — | 19.44 -SB | 19.44 -SB | — |

| **Row Name** | **12/05/23 0645** | **12/05/23 0631** | **12/05/23 0630** | **12/05/23 0615** | **12/05/23 0600** |
|---|---|---|---|---|---|

Predictive Analytics Score

| | | | | | |
|---|---|---|---|---|---|
| Sepsis Predictive Analytics Score Adult | — | 1.55 -SB | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 948

Printed by 71334 at 8/21/24 10:11 AM

MC_002799

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Deterioration Index Predictive Analytics Score | 19.44 -SB | — | 19.44 -SB | 19.44 -SB | 19.44 -SB |
| **Row Name** | **12/05/23 0546** | **12/05/23 0530** | **12/05/23 0515** | **12/05/23 0501** | **12/05/23 0445** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 19.44 -SB | 19.44 -SB | 19.44 -SB | 19.44 -SB | 19.44 -SB |
| **Row Name** | **12/05/23 0431** | **12/05/23 0415** | **12/05/23 0401** | **12/05/23 0345** | **12/05/23 0331** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 19.15 -SB | 19.15 -SB | 19.15 -SB | 19.15 -SB | 19.15 -SB |
| Risk of Unplanned Readmission Score | — | — | 4.8 -SB | — | — |
| **Row Name** | **12/05/23 0315** | **12/05/23 0300** | **12/05/23 0245** | **12/05/23 0231** | **12/05/23 0215** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 22.34 -SB | 22.34 -SB | 22.34 -SB | 22.34 -SB | 22.34 -SB |
| **Row Name** | **12/05/23 0200** | **12/05/23 0145** | **12/05/23 0131** | **12/05/23 0125** | **12/05/23 0101** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 22.34 -SB | 22.34 -SB | 22.34 -SB | 22.34 -SB | 22.34 -SB |
| **Row Name** | **12/05/23 0045** | **12/05/23 0030** | **12/05/23 0015** | **12/05/23 0001** | **12/04/23 2345** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 22.34 -SB | 22.34 -SB | 22.34 -SB | 22.34 -SB | 22.34 -SB |
| Risk of Unplanned Readmission Score | — | — | — | 4.3 -SB | — |
| **Row Name** | **12/04/23 2331** | **12/04/23 2315** | **12/04/23 2300** | **12/04/23 2245** | **12/04/23 2231** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 22.34 -SB | 22.34 -SB | 22.34 -SB | 19.28 -SB | 19.28 -SB |
| **Row Name** | **12/04/23 2215** | **12/04/23 2200** | **12/04/23 2146** | **12/04/23 2130** | **12/04/23 2115** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 19.28 -SB | 19.28 -SB | 19.28 -SB | 19.28 -SB | 19.28 -SB |
| **Row Name** | **12/04/23 2101** | **12/04/23 2045** | **12/04/23 2031** | **12/04/23 2015** | **12/04/23 2001** |
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 19.28 -SB | 19.28 -SB | 19.28 -SB | 19.28 -SB | — |
| Risk of Unplanned Readmission Score | — | — | — | — | 4 -SB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002800

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

| Row Name | 12/04/23 2000 | 12/04/23 1945 | 12/04/23 1931 | 12/04/23 1915 | 12/04/23 1901 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 19.28 -SB | 27.33 -SB | 27.33 -SB | 27.33 -SB | 27.33 -SB |

| Row Name | 12/04/23 1845 | 12/04/23 1831 | 12/04/23 1815 | 12/04/23 1800 | 12/04/23 1745 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 27.33 -SB | 27.33 -SB | 27.33 -SB | 27.33 -SB | 27.33 -SB |

| Row Name | 12/04/23 1731 | 12/04/23 1715 | 12/04/23 1701 | 12/04/23 1645 | 12/04/23 1631 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 27.33 -SB | 30.06 -SB | 34.26 -SB | 30.09 -SB | 27.19 -SB |

| Row Name | 12/04/23 1615 | 12/04/23 1601 | 12/04/23 1600 | 12/04/23 1545 | 12/04/23 1531 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 19.08 -SB | — | 18.03 -SB | 32.62 -SB | 36.42 -SB |
| Risk of Unplanned Readmission Score | — | 6.4 -SB | — | — | — |

| Row Name | 12/04/23 1500 | 12/04/23 1445 | 12/04/23 1430 | 12/04/23 1415 | 12/04/23 1400 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB |

| Row Name | 12/04/23 1345 | 12/04/23 1331 | 12/04/23 1315 | 12/04/23 1301 | 12/04/23 1245 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB |

| Row Name | 12/04/23 1231 | 12/04/23 1215 | 12/04/23 1200 | 12/04/23 1145 | 12/04/23 1131 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB |
| Risk of Unplanned Readmission Score | — | — | 5.5 -SB | — | — |

| Row Name | 12/04/23 1115 | 12/04/23 1100 | 12/04/23 1045 | 12/04/23 1031 | 12/04/23 1015 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB |

| Row Name | 12/04/23 1000 | 12/04/23 0945 | 12/04/23 0931 | 12/04/23 0915 | 12/04/23 0901 |
|---|---|---|---|---|---|
| Predictive Analytics Score | | | | | |
| Deterioration Index Predictive Analytics Score | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB | 16.8 -SB |

| Row Name | 12/04/23 0845 | 12/04/23 0831 | 12/04/23 0815 | | |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 950

Printed by 71334 at 8/21/24 10:11 AM

MC_002801

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 1 of 3) (continued)**

Predictive Analytics Score

| Deterioration Index Predictive Analytics Score | 16.8 -SB | 16.8 -SB | 16.21 -SB |
|---|---|---|---|

**User Key**            (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| SB | Scheduler Batch | — | — |
| KSA | Kaelin E Sandberg, RN | Registered Nurse | Nursing |
| SY | Shuji D Yamada, RCP | RESPIRATORY CARE PRACTITIONER | RT |
| DLA | David Lai, MD | Anesthesiologist | — |
| RV | Russel E Villamante, RN | Registered Nurse | Nursing |
| CP | Ciara M Pardo, CNA | Certified Nursing Assistant | — |
| JG | Julia Gould, RN | Registered Nurse | — |
| EW | Erin Whitehouse, RN | Registered Nurse | Nursing |
| LR | Lawanda A Robinson, CNA | Certified Nursing Assistant | — |
| TS | Tanisha Slaughter, CNA | Certified Nursing Assistant | — |
| AC | Anna Rosselle L Cajilog Cometa, RN | Registered Nurse | — |
| FT | Felicidad P Trajico, RN | Registered Nurse | — |
| DL | David Lechich, RN | Registered Nurse | Nursing |
| KJ | Kelly D Jameyson, RN | Registered Nurse | Nursing |
| BQ | Bernice I Quarshie, CNA | Certified Nursing Assistant | — |
| TF | Tatiana Fosdick V, PT | PHYSICAL THERAPY | PT |
| AH | Allyson R Hayes, CNA | Certified Nursing Assistant | Nursing |
| YN | Yu Min Ni, RN | Registered Nurse | Nursing |
| DF | Diana Rose L Fitzpatrick, NA | NURSE ASSISTANT | — |
| MM | Murinda L McCuller, RN | Registered Nurse | Nursing |
| MM | Murinda L McCuller, RN | Registered Nurse | Nursing |
| KS | Korin F Sanda Rogers, RN | Case Manager | — |
| MZ | Morgan L Zumach, PT ASSIST | Physical Therapy Assistant | PT |
| WM | Woodetta Maulana, RN | Registered Nurse | Nursing |
| ZA | Zachary B Adler, MD | Physician | — |
| NB | Nancy M Beachler, RN | Registered Nurse | Nursing |
| AG | Alice Gichuru, CNA | Certified Nursing Assistant | — |
| YL | Yunia H Lunkuse, CNA | Certified Nursing Assistant | — |
| CH | Cheryl Hendren, RN | Registered Nurse | Nursing |
| JK | Jaynee Krzywicki, RN | Registered Nurse | Nursing |
| MO | Monalee J Obico, Diet Tech | Diet Technician | Diet Tech |
| MJ | Makayla R Jackson, CNA | Certified Nursing Assistant | — |
| JR | Julia G Rosas, CNA | Certified Nursing Assistant | — |
| KF | Kristian P Figueroa, RN | Registered Nurse | Nursing |
| PJ | Paulette J Johnson, LPN | Licensed Practical Nurse | Nursing |
| VT | Victoria Truesdale | — | — |
| M | Mhs Xsolis Flowsheet Doc In | — | — |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 951          Printed by 71334 at 8/21/24 10:11 AM

MC_002802

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3)**

### Normothermia Protocol

| Row Name | 12/04/23 1108 | 12/04/23 0956 | | | |
|---|---|---|---|---|---|
| Preprocedure Normothermia Interventions | | | | | |
| Blanket Applied | — | Yes -JG | | | |
| Intraprocedure Normothermia Interventions | | | | | |
| OR: Pre-warm | No -MM | — | | | |
| OR Table: Pre-warm | No -MM | — | | | |
| Minimize Patient Exposure | Yes -MM | — | | | |
| Blanket Applied | Yes -MM | — | | | |
| Irrigation Fluids Warmed | Yes -MM | — | | | |

### PACU Comprehensive

| Row Name | 12/08/23 1630 | 12/08/23 1358 | 12/08/23 1127 | 12/08/23 1027 | 12/08/23 1010 |
|---|---|---|---|---|---|
| Pain Education | | | | | |
| Patient's Realistic Pain Goal | 4 -CH | — | — | 4 -CH | — |
| Pain Assessment | | | | | |
| Pain Assessment | Assessment -CH | — | Re-Assessment -CH | Assessment -CH | — |
| Patient Currently in Pain | Yes -CH | — | Sleeping/respirations WNL -CH | Yes -CH | — |
| Pain Relieving Factors | Medication -CH | — | — | Medication;Ice / Cold Therapy -CH | — |
| Pain Aggravating Factors | Positional (add comment) -CH | — | — | Positional (add comment) -CH | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -CH | — | — | Numeric (patient able to self-report) -CH | — |
| Pain 1 | | | | | |
| Numeric Pain Scale 1 | 8/10 -CH | — | — | 7/10 -CH | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities -CH | — | — | Interferes with activities, but not passive activities -CH | — |
| Pain Location 1 | KNEE -CH | — | — | KNEE -CH | — |
| Pain Orientation 1 | Left -CH | — | — | Left -CH | — |
| Pain Duration 1 | Continuous -CH | — | — | Continuous -CH | — |
| Pain Onset 1 | Acute Pain -CH | — | — | Acute Pain -CH | — |
| Pain Quality 1 | Pain -CH | — | — | Pain -CH | — |
| Pain Intervention(s) 1 | Medication -CH | — | — | Medication;Ice (T/pump, cold compress) -CH | — |
| Pain Intervention Education Provided 1 | Yes -CH | — | — | Yes -CH | — |
| Side Effect of Intervention 1 | None -CH | — | — | None -CH | — |
| Position/ Safety | | | | | |
| Fall Risk Interventions | — | — | — | — | Bed/Cart in lowest position;Call light within |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 952

Printed by 71334 at 8/21/24 10:11 AM

MC_002803

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | | |
|---|---|---|---|---|---|

**Genitourinary**

| Urine Void (mL) | — | 1000 mL -PJ | — | | — |
|---|---|---|---|---|---|

| Row Name | 12/08/23 0810 | 12/08/23 0809 | 12/08/23 0806 | 12/08/23 0500 | 12/08/23 0400 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 118/71 -BQ | — | — | — |
| BP Method | — | Automatic -BQ | — | — | — |
| Resp | — | 18 -BQ | — | — | — |
| SpO2 | — | 96 % -BQ | — | — | — |
| Cardiac Regularity | Regular -CH | — | — | — | — |
| Temp | — | 36.5 °C (97.7 °F) -BQ | — | — | — |
| Temp src | — | Temporal -BQ | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -BQ | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -CH | — | — | Re-Assessment -WM |
| Patient Currently in Pain | — | No -CH | — | — | Sleeping/respirations WNL -WM |
| **Position/ Safety** | | | | | |
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | No -CH | — | — | — | — |
| Secondary Diagnosis | Yes -CH | — | — | — | — |
| Ambulatory Aid | None, bed rest, wheelchair or nurse assist -CH | — | — | — | — |
| IV or Heparin Lock | Yes -CH | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 953

Printed by 71334 at 8/21/24 10:11 AM

MC_002804

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Gait and Transferring | Normal, bed rest or immobile -CH | — | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -CH | — | — | — | — |
| Morse Fall Risk Total | 35 -CH | — | — | — | — |
| **Risk for Injury** | | | | | |
| Risk for injury | Bones;Anticoagulants;Recent surgery -CH | — | — | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | Within Defined Limits -CH | — | — | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | Sequential compression devices - knee high;Right -CH | — | Bilateral;Sequential compression devices - knee high -BQ | — | — |
| Anti-Embolism Device Intervention | On;Skin check -CH | — | On -BQ | — | — |
| **Neurological** | | | | | |
| Neuro (WDL) | Within Defined Limits -CH | — | — | — | — |
| Eyes Open | Spontaneous -CH | — | — | — | — |
| Best Verbal Response | Oriented -CH | — | — | — | — |
| Best Motor Response | Obeys commands -CH | — | — | — | — |
| GCS Total | 15 -CH | — | — | — | — |
| Level of Consciousness | Awake;Alert -CH | — | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -CH | — | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -CH | — | — | — | — |
| **LLE** | | | | | |
| LLE | Injury/trauma;Limited movement -CH | — | — | — | — |
| L Knee | Injury/trauma;Limited movement -CH | — | — | — | — |
| **Skin** | | | | | |
| Pressure Injury Prevention | Float heels;Moisture wicking pads -CH | — | — | — | — |
| **Genitourinary** | | | | | |
| Urinary Status | Continent -CH | — | — | — | — |
| Urine Void (mL) | — | — | — | 600 mL -WM | — |

| Row Name | 12/08/23 0333 | 12/08/23 0329 | 12/08/23 0030 | 12/08/23 0004 | 12/07/23 2200 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 98/58 -AG | — |
| BP Method | — | — | — | Automatic -AG | — |
| Pulse | — | — | — | 87 -AG | — |
| Resp | — | — | — | 18 -AG | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 954

Printed by 71334 at 8/21/24 10:11 AM

MC_002805

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| SpO2 | — | — | — | 95 % -AG | — |
| Temp | — | — | — | 36.2 °C (97.1 °F) - AG | — |
| Temp src | — | — | — | Skin -AG | — |
| Pacemaker/AICD | — | No -WM | — | — | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | — | Room air -AG | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -WM | — | — | — | — |
| Patient Currently in Pain | Yes -WM | — | — | — | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 8/10 -WM | — | — | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - WM | — | — | — | — |
| Pain Location 1 | KNEE -WM | — | — | — | — |
| Pain Orientation 1 | Left -WM | — | — | — | — |
| Pain Duration 1 | Continuous -WM | — | — | — | — |
| Pain Onset 1 | Acute Pain -WM | — | — | — | — |
| Pain Quality 1 | Pain -WM | — | — | — | — |
| Pain Intervention(s) 1 | Medication -WM | — | — | — | — |
| Pain Intervention Education Provided 1 | Yes -WM | — | — | — | — |
| Side Effect of Intervention 1 | None -WM | — | — | — | — |

**Position/ Safety**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | No -WM | — | — | — |
| Secondary Diagnosis | — | Yes -WM | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 955

Printed by 71334 at 8/21/24 10:11 AM

MC_002806

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Ambulatory Aid | — | None, bed rest, wheelchair or nurse assist -WM | — | — | — |
| IV or Heparin Lock | — | Yes -WM | — | — | — |
| Gait and Transferring | — | Normal, bed rest or immobile -WM | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -WM | — | — | — |
| Morse Fall Risk Total | — | 35 -WM | — | — | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | Recent surgery -WM | — | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | Within Defined Limits -WM | — | — | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -WM | Sequential compression devices - knee high -AG | — | — |
| Anti-Embolism Device Intervention | — | On -WM | On -AG | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | Within Defined Limits -WM | — | — | — |
| Level of Consciousness | — | Awake;Alert -WM | — | — | — |

**HEENT**

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | Within Defined Limits -WM | — | — | — |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -WM | — | — | — |

**LLE**

| | | | | | |
|---|---|---|---|---|---|
| LLE | — | Injury/trauma;Limited movement -WM | — | — | — |
| L Knee | — | Injury/trauma;Limited movement -WM | — | — | — |

**Skin**

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | Incision -WM | — | — | — |
| Skin Location 1 | — | L knee -WM | — | — | — |
| Pressure Injury Prevention | — | Moisture wicking pads -WM | — | — | — |

**Genitourinary**

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | — | — | 900 mL -AG | — | — |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | None -WM | — | — | — |
| **Row Name** | **12/07/23 2028** | **12/07/23 1940** | **12/07/23 1800** | **12/07/23 1630** | **12/07/23 1533** |

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | No -WM | — | — | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | Re-Assessment -CH | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 956
Printed by 71334 at 8/21/24 10:11 AM

MC_002807

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Patient Currently in Pain | — | — | — | No -CH | — |

**Position/ Safety**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | No -WM | — | — | — | — |
| Secondary Diagnosis | Yes -WM | — | — | — | — |
| Ambulatory Aid | None, bed rest, wheelchair or nurse assist -WM | — | — | — | — |
| IV or Heparin Lock | Yes -WM | — | — | — | — |
| Gait and Transferring | Normal, bed rest or immobile -WM | — | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -WM | — | — | — | — |
| Morse Fall Risk Total | 35 -WM | — | — | — | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | Recent surgery -WM | — | — | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | Within Defined Limits -WM | — | — | — | Within Defined Limits -CH |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Sequential compression devices - knee high;Right -WM | — | — | — | — |
| Anti-Embolism Device Intervention | On -WM | — | On -BQ | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | Within Defined Limits -WM | — | — | — | Within Defined Limits -CH |
| Eyes Open | Spontaneous -WM | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 957

Printed by 71334 at 8/21/24 10:11 AM

MC_002808

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Best Verbal Response | Oriented -WM | — | — | — | — |
| Best Motor Response | Obeys commands - WM | — | — | — | — |
| GCS Total | 15 -WM | — | — | — | — |
| Level of Consciousness | Awake;Alert -WM | — | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -WM | — | — | — | Within Defined Limits -CH |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -WM | — | — | — | Exceptions to Defined Limits -CH |
| **LLE** | | | | | |
| LLE | Injury/trauma;Limite d movement -WM | — | — | — | — |
| L Knee | Injury/trauma;Limite d movement -WM | — | — | — | — |
| **Skin** | | | | | |
| Skin Integrity 1 | Incision -WM | — | — | — | — |
| Skin Location 1 | L knee -WM | — | — | — | — |
| Pressure Injury Prevention | Moisture wicking pads -WM | — | — | — | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | None -WM | — | — | — | — |

| Row Name | 12/07/23 1530 | 12/07/23 1508 | 12/07/23 1453 | 12/07/23 1204 | 12/07/23 1104 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 123/68 -BQ | — | — | — |
| BP Method | — | Automatic -BQ | — | — | — |
| Pulse | — | 96 -BQ | — | — | — |
| Resp | — | 18 -BQ | — | — | — |
| SpO2 | — | 98 % -BQ | — | — | — |
| Temp | — | 36.3 °C (97.3 °F) - BQ | — | — | — |
| Temp src | — | Temporal -BQ | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -BQ | — | — | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | — | — | — | 4 -CH |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -NB | — | — | Re-Assessment -CH | Assessment -CH |
| Patient Currently in Pain | Yes -NB | — | — | No -CH | Yes -CH |
| Pain Relieving Factors | Medication -NB | — | — | — | Medication;Ice / Cold Therapy;Sleep / Rest -CH |
| Pain Aggravating Factors | — | — | — | — | Ambulating / Activity -CH |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) - CH |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -NB | — | — | — | 8/10 -CH |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 958

Printed by 71334 at 8/21/24 10:11 AM

MC_002809

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with activities, but not passive activities -CH |
| Pain Location 1 | KNEE -NB | — | — | — | KNEE -CH |
| Pain Orientation 1 | — | — | — | — | Left -CH |
| Pain Duration 1 | — | — | — | — | Continuous -CH |
| Pain Onset 1 | — | — | — | — | Acute Pain -CH |
| Pain Quality 1 | — | — | — | — | Sharp;Throbbing -CH |
| Pain Intervention(s) 1 | Medication -NB | — | — | — | Medication;Ice (T/pump, cold compress) -CH |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -CH |
| Side Effect of Intervention 1 | — | — | — | — | None -CH |

### Position/ Safety

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |

### Peripheral Vascular

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | — | — | On -BQ | — | — |

| Row Name | 12/07/23 1006 | 12/07/23 0816 | 12/07/23 0813 | 12/07/23 0800 | 12/07/23 0339 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 135/83 -BQ | — | — | 129/80 -AG |
| BP Method | — | Automatic -BQ | — | — | Automatic -AG |
| Pulse | — | 83 -BQ | — | — | 92 -AG |
| Resp | — | 18 -BQ | — | — | 18 -AG |
| SpO2 | — | 99 % -BQ | — | — | 100 % -AG |
| Cardiac Regularity | — | — | — | Regular -CH | — |
| Temp | — | 36.5 °C (97.7 °F) -BQ | — | — | 36.6 °C (97.8 °F) -AG |
| Temp src | — | Temporal -BQ | — | — | Skin -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -BQ | — | — | Room air -AG |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Assessment -CH | — |
| Patient Currently in Pain | — | — | — | Sleeping/respirations WNL -CH | — |
| **Position/ Safety** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 959
Printed by 71334 at 8/21/24 10:11 AM

MC_002810

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designate d non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designate d non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | — | — | No -CH | — |
| Secondary Diagnosis | — | — | — | Yes -CH | — |
| Ambulatory Aid | — | — | — | None, bed rest, wheelchair or nurse assist -CH | — |
| IV or Heparin Lock | — | — | — | Yes -CH | — |
| Gait and Transferring | — | — | — | Weak -CH | — |
| Mental Status | — | — | — | Oriented (and realistic) to own ability -CH | — |
| Morse Fall Risk Total | — | — | — | 45 -CH | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | Bones;Anticoagulan ts;Recent surgery - CH | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | — | — | Within Defined Limits -CH | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | — | — | Sequential compression devices - knee high;Right -CH | — |
| Anti-Embolism Device Intervention | Off -BQ | — | — | On;Skin check -CH | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | — | — | Within Defined Limits -CH | — |
| Eyes Open | — | — | — | Spontaneous -CH | — |
| Best Verbal Response | — | — | — | Oriented -CH | — |
| Best Motor Response | — | — | — | Obeys commands - CH | — |
| GCS Total | — | — | — | 15 -CH | — |
| Level of Consciousness | — | — | — | Awake;Alert -CH | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 960

Printed by 71334 at 8/21/24 10:11 AM

MC_002811

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

HEENT

| HEENT (WDL) | — | — | — | Within Defined Limits -CH | — |

Musculoskeletal

| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -CH | — |

LLE

| L Knee | — | — | — | Injury/trauma;Limited movement -CH | — |

Skin

| Pressure Injury Prevention | — | — | — | Float heels;Moisture wicking pads -CH | — |

Genitourinary

| Urinary Status | — | — | — | Continent -CH | — |
| Urine Void (mL) | 300 mL -BQ | — | — | — | — |

| Row Name | 12/07/23 0331 | 12/07/23 0328 | 12/07/23 0230 | 12/07/23 0158 | 12/07/23 0100 |
|---|---|---|---|---|---|

Vitals

| Cardiac Regularity | — | — | — | — | Regular -WM |
| Pacemaker/AICD | — | — | — | — | No -WM |

Pain Assessment

| Pain Assessment | — | — | Re-Assessment - WM | Assessment -WM | — |
| Patient Currently in Pain | — | — | Sleeping/respirations WNL -WM | Yes -WM | — |

Pain 1

| Numeric Pain Scale 1 | — | — | — | 7/10 -WM | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with some activities -WM | — |
| Pain Location 1 | — | — | — | KNEE -WM | — |
| Pain Orientation 1 | — | — | — | Left -WM | — |
| Pain Duration 1 | — | — | — | Continuous -WM | — |
| Pain Onset 1 | — | — | — | Acute Pain -WM | — |
| Pain Quality 1 | — | — | — | Throbbing -WM | — |
| Pain Intervention(s) 1 | — | — | — | Medication -WM | — |
| Pain Intervention Education Provided 1 | — | — | — | Yes -WM | — |

Position/ Safety

| Fall Risk Interventions | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid | — | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 961

Printed by 71334 at 8/21/24 10:11 AM

MC_002812

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | | | footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -WM |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | — | — | — | No -WM |
| Secondary Diagnosis | — | — | — | — | Yes -WM |
| Ambulatory Aid | — | — | — | — | None, bed rest, wheelchair or nurse assist -WM |
| IV or Heparin Lock | — | — | — | — | Yes -WM |
| Gait and Transferring | — | — | — | — | Normal, bed rest or immobile -WM |
| Mental Status | — | — | — | — | Oriented (and realistic) to own ability -WM |
| Morse Fall Risk Total | — | — | — | — | 35 -WM |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | — | — | Within Defined Limits -WM |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | — | — | — | Right;Sequential compression devices - knee high -WM |
| Anti-Embolism Device Intervention | — | — | — | — | On -WM |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | — | — | Within Defined Limits -WM |
| Eyes Open | — | — | — | — | Spontaneous -WM |
| Best Verbal Response | — | — | — | — | Oriented -WM |
| Best Motor Response | — | — | — | — | Obeys commands -WM |
| GCS Total | — | — | — | — | 15 -WM |
| Level of Consciousness | — | — | — | — | Awake;Alert -WM |
| **HEENT** | | | | | |
| HEENT (WDL) | — | — | — | — | Within Defined Limits -WM |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — | — | — | Exceptions to Defined Limits -WM |
| **LLE** | | | | | |
| LLE | — | — | — | — | Injury/trauma;Limited movement -WM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 962

Printed by 71334 at 8/21/24 10:11 AM

MC_002813

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| L Knee | — | — | — | — | Injury/trauma;Limited movement -WM |

**Skin**

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | — | — | — | Incision -WM |
| Skin Location 1 | — | — | — | — | L knee -WM |
| Pressure Injury Prevention | — | — | — | — | Moisture wicking pads -WM |

**Genitourinary**

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 1200 mL -AG | — | — | — | — |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | — | — | — | None -WM |

| Row Name | 12/06/23 2214 | 12/06/23 2210 | 12/06/23 2201 | 12/06/23 2030 | 12/06/23 1808 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 109/71 -AG | — | — |
| BP Method | — | — | Automatic -AG | — | — |
| Pulse | — | — | 100 -AG | — | — |
| Resp | — | — | 18 -AG | — | — |
| SpO2 | — | — | 95 % -AG | — | — |
| Temp | — | — | 36.6 °C (97.8 °F) - AG | — | — |
| Temp src | — | — | Skin -AG | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -AG | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Assessment -DL | — |
| Patient Currently in Pain | — | — | — | Yes -DL | — |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - DL | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | 8/10 -DL | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with activities, but not passive activities - DL | — |
| Pain Location 1 | — | — | — | KNEE -DL | — |
| Pain Orientation 1 | — | — | — | Left -DL | — |
| Pain Duration 1 | — | — | — | Continuous -DL | — |
| Pain Onset 1 | — | — | — | Acute Pain -DL | — |
| Pain Quality 1 | — | — | — | Pain -DL | — |
| Pain Intervention(s) 1 | — | — | — | Medication -DL | — |
| Pain Intervention Education Provided 1 | — | — | — | Yes -DL | — |
| Side Effect of Intervention 1 | — | — | — | None -DL | — |
| **Position/ Safety** | | | | | |
| Fall Risk Interventions | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 963                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002814

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG |  |  |  | within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH |

**Genitourinary**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Urine Void (mL) | 850 mL -AG | — | — | — | 900 mL -AH |

| Row Name | 12/06/23 1714 | 12/06/23 1638 | 12/06/23 1525 | 12/06/23 1408 | 12/06/23 1400 |
|---|---|---|---|---|---|
| **Vitals** |  |  |  |  |  |
| BP | 115/73 -AH | — | — | — | — |
| BP Method | Automatic -AH | — | — | — | — |
| Pulse | 90 -AH | — | — | — | — |
| Resp | 16 -AH | — | — | — | — |
| SpO2 | 98 % -AH | — | — | — | — |
| Cardiac Regularity | — | — | — | Regular -KJ | — |
| Temp | 36.1 °C (97 °F) -AH | — | — | — | — |
| Temp src | Temporal -AH | — | — | — | — |
| **Oxygen Therapy** |  |  |  |  |  |
| O2 Delivery | Room air -AH | — | — | — | — |
| Oxygen Device/Source | None (Room Air) -AH | — | — | — | — |
| **Pain Assessment** |  |  |  |  |  |
| Pain Assessment | Re-Assessment -KJ | Assessment -KJ | — | — | Re-Assessment -KJ |
| Patient Currently in Pain | Yes -KJ | Yes -KJ | — | — | Yes -KJ |
| **Pain 1** |  |  |  |  |  |
| Numeric Pain Scale 1 | 7/10 -KJ | 9/10 -KJ | — | — | 7/10 -KJ |
| Pain Intervention(s) 1 | — | Medication;Ice (T/pump, cold compress) -KJ | — | — | — |
| **Position/ Safety** |  |  |  |  |  |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 964

Printed by 71334 at 8/21/24 10:11 AM

MC_002815

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | given;Toilet every 2 hours -AH |  |  | given;Toilet every 2 hours -KJ |  |
| **Cardiovascular** |  |  |  |  |  |
| Cardiac (WDL) | — | — | — | Within Defined Limits -KJ | — |
| **Neurological** |  |  |  |  |  |
| Neuro (WDL) | — | — | — | Within Defined Limits -KJ | — |
| Level of Consciousness | — | — | — | Awake;Alert -KJ | — |
| **HEENT** |  |  |  |  |  |
| HEENT (WDL) | — | — | — | Within Defined Limits -KJ | — |
| **Musculoskeletal** |  |  |  |  |  |
| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -KJ | — |
| **Skin** |  |  |  |  |  |
| Skin Integrity 1 | — | — | — | Incision -KJ | — |
| Skin Location 1 | — | — | — | L knee -KJ | — |
| **Genitourinary** |  |  |  |  |  |
| Urine Void (mL) | — | — | 500 mL -KJ | — | — |

| Row Name | 12/06/23 1241 | 12/06/23 1214 | 12/06/23 1125 | 12/06/23 0900 | 12/06/23 0842 |
|---|---|---|---|---|---|
| **Vitals** |  |  |  |  |  |
| BP | — | — | 126/70 -AH | — | — |
| BP Method | — | — | Automatic -AH | — | — |
| Pulse | — | — | 94 -AH | — | — |
| Resp | — | — | 14 -AH | — | — |
| SpO2 | — | — | 93 % -AH | — | — |
| Temp | — | — | 36.2 °C (97.2 °F) -AH | — | — |
| Temp src | — | — | Temporal -AH | — | — |
| **Oxygen Therapy** |  |  |  |  |  |
| O2 Delivery | — | — | Room air -AH | — | — |
| **Pain Assessment** |  |  |  |  |  |
| Pain Assessment | — | Assessment -KJ | — | Re-Assessment -KJ | — |
| Patient Currently in Pain | — | Yes -KJ | — | Yes -KJ | — |
| **Pain 1** |  |  |  |  |  |
| Numeric Pain Scale 1 | — | 9/10 -KJ | — | 7/10 -KJ | — |
| Pain Intervention(s) 1 | — | Medication -KJ | — | — | — |
| **Position/ Safety** |  |  |  |  |  |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 965
Printed by 71334 at 8/21/24 10:11 AM

MC_002816

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Genitourinary

| Row Name | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0607 |
|---|---|---|---|---|---|
| Urine Void (mL) | — | — | — | — | 900 mL -YL |

### Vitals

| Row Name | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0607 |
|---|---|---|---|---|---|
| BP | — | — | 113/73 -YL | — | — |
| BP Method | — | — | Automatic -YL | — | — |
| Pulse | — | — | 91 -YL | — | — |
| Resp | — | — | 16 -YL | — | — |
| SpO2 | — | — | 93 % -YL | — | — |
| Cardiac Regularity | Regular -KJ | — | — | — | Regular -KS |
| Temp | — | — | 36.2 °C (97.1 °F) - YL | — | — |
| Temp src | — | — | Skin -YL | — | — |
| Pacemaker/AICD | No -KJ | — | — | — | No -KS |

### Oxygen Therapy

| Row Name | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0607 |
|---|---|---|---|---|---|
| O2 Delivery | — | — | Room air -YL | — | — |
| Oxygen Device/Source | — | — | CPAP -YL | — | — |

### Pain Assessment

| Row Name | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0607 |
|---|---|---|---|---|---|
| Pain Assessment | — | Assessment -KJ | — | Re-Assessment -KS | — |
| Patient Currently in Pain | — | Yes -KJ | — | Sleeping/respirations WNL -KS | — |
| Pain Relieving Factors | — | Medication -KJ | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -KJ | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -KJ | — | — | — |

### Pain 1

| Row Name | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0607 |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 8/10 -KJ | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with some activities -KJ | — | — | — |
| Pain Location 1 | — | KNEE -KJ | — | — | — |
| Pain Orientation 1 | — | Left -KJ | — | — | — |
| Pain Duration 1 | — | Continuous -KJ | — | — | — |
| Pain Onset 1 | — | Acute Pain -KJ | — | — | — |
| Pain Quality 1 | — | Pain -KJ | — | — | — |
| Pain Intervention(s) 1 | — | Medication -KJ | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -KJ | — | — | — |
| Side Effect of Intervention 1 | — | None -KJ | — | — | — |

### Position/ Safety

| Row Name | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0607 |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment | — | Bed/Cart in lowest position -YL | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 966

Printed by 71334 at 8/21/24 10:11 AM

MC_002817

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | | | | provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KS |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | No -KJ | — | — | — | No -KS |
| Secondary Diagnosis | Yes -KJ | — | — | — | Yes -KS |
| Ambulatory Aid | Crutches, cane or walker (Prosthetic &/or Orthotic) -KJ | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KS |
| IV or Heparin Lock | Yes -KJ | — | — | — | Yes -KS |
| Gait and Transferring | Weak -KJ | — | — | — | Weak -KS |
| Mental Status | Oriented (and realistic) to own ability -KJ | — | — | — | Oriented (and realistic) to own ability -KS |
| Morse Fall Risk Total | 60 -KJ | — | — | — | 60 -KS |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | Bones;Anticoagulants;Recent surgery -KJ | — | — | — | Recent surgery;Anticoagulants;Bones -KS |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | Within Defined Limits -KJ | — | — | — | Within Defined Limits -KS |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Sequential compression devices - knee high -KJ | — | — | — | Sequential compression devices - knee high;Right -KS |
| Anti-Embolism Device Intervention | On;Skin check -KJ | — | — | — | On -KS |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | Within Defined Limits -KJ | — | — | — | Within Defined Limits -KS |
| Eyes Open | Spontaneous -KJ | — | — | — | Spontaneous -KS |
| Best Verbal Response | Oriented -KJ | — | — | — | Oriented -KS |
| Best Motor Response | Obeys commands -KJ | — | — | — | Obeys commands -KS |
| GCS Total | 15 -KJ | — | — | — | 15 -KS |
| Level of Consciousness | Awake;Alert -KJ | — | — | — | Awake;Alert -KS |

**HEENT**

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | Within Defined Limits -KJ | — | — | — | Within Defined Limits -KS |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | Exceptions to Defined Limits -KJ | — | — | — | Exceptions to Defined Limits -KS |

**Skin**

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | Incision -KJ | — | — | — | Incision -KS |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 967
Printed by 71334 at 8/21/24 10:11 AM

MC_002818

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Skin Location 1 | L knee -KJ | — | — | — | L knee -KS |
| Pressure Injury Prevention | Moisture wicking pads -KJ | — | — | — | Moisture wicking pads -KS |
| **Patient Belongings** | | | | | |
| Hearing Aid | — | — | None -YL | — | None -KS |
| Electronic Equipment | — | — | Cell Phone -YL | — | — |
| Other Belongings | — | — | CPAP/BiPAP -YL | — | — |

| Row Name | 12/06/23 0559 | 12/06/23 0334 | 12/06/23 0327 | 12/06/23 0239 | 12/06/23 0200 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 118/66 -JR | — | — | — |
| BP Method | — | Automatic -JR | — | — | — |
| Pulse | — | 98 -JR | — | — | — |
| Resp | — | 18 -JR | — | — | — |
| SpO2 | — | 96 % -JR | — | — | — |
| Temp | — | 35.9 °C (96.6 °F) - JR | — | — | — |
| Temp src | — | Temporal -JR | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -JR | — | — | — |
| Oxygen Device/Source | — | CPAP -JR | — | — | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | 4 -KS | — | — | 4 -KS | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KS | — | Re-Assessment -KS | Re-Assessment -KS | — |
| Patient Currently in Pain | Yes -KS | — | Sleeping/respirations WNL -KS | Yes -KS | — |
| Pain Relieving Factors | Medication;Ice / Cold Therapy -KS | — | — | Medication;Ice / Cold Therapy -KS | — |
| Pain Aggravating Factors | Positional (add comment) -KS | — | — | Positional (add comment) -KS | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KS | — | — | Numeric (patient able to self-report) - KS | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -KS | — | — | 6/10 -KS | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with even passive activities - KS | — | — | Interferes with activities, but not passive activities - KS | — |
| Pain Location 1 | KNEE -KS | — | — | KNEE -KS | — |
| Pain Orientation 1 | Left -KS | — | — | Left -KS | — |
| Pain Duration 1 | Continuous -KS | — | — | Continuous -KS | — |
| Pain Onset 1 | Acute Pain -KS | — | — | Acute Pain -KS | — |
| Pain Quality 1 | Pain -KS | — | — | Pain -KS | — |
| Pain Intervention(s) 1 | Medication -KS | — | — | Medication -KS | — |
| Pain Intervention Education Provided 1 | Yes -KS | — | — | Yes -KS | — |
| Side Effect of Intervention 1 | None -KS | — | — | None -KS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 968
Printed by 71334 at 8/21/24 10:11 AM

MC_002819

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Genitourinary

| Urine Void (mL) | — | — | — | — | 1000 mL -KS |
| --- | --- | --- | --- | --- | --- |
| **Row Name** | **12/06/23 0147** | **12/05/23 2314** | **12/05/23 2310** | **12/05/23 2245** | **12/05/23 2217** |

Vitals

| BP | — | 111/61 -JR | — | — | — |
| --- | --- | --- | --- | --- | --- |
| BP Method | — | Automatic -JR | — | — | — |
| Pulse | — | 81 -JR | — | — | — |
| Resp | — | 16 -JR | — | — | — |
| SpO2 | — | 91 % -JR | — | — | — |
| Temp | — | 36 °C (96.8 °F) -JR | — | — | — |
| Temp src | — | Temporal -JR | — | — | — |

Oxygen Therapy

| O2 Delivery | — | Room air -JR | — | — | — |
| --- | --- | --- | --- | --- | --- |
| Oxygen Device/Source | — | None (Room Air) -JR | — | — | — |

Pain Education

| Patient's Realistic Pain Goal | 4 -KS | — | — | — | — |
| --- | --- | --- | --- | --- | --- |

Pain Assessment

| Pain Assessment | Assessment -KS | — | — | Re-Assessment -KS | — |
| --- | --- | --- | --- | --- | --- |
| Patient Currently in Pain | Yes -KS | — | — | Sleeping/respirations WNL -KS | — |
| Pain Relieving Factors | Medication -KS | — | — | — | — |
| Pain Aggravating Factors | Positional (add comment) -KS | — | — | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KS | — | — | — | — |

Pain 1

| Numeric Pain Scale 1 | 8/10 -KS | — | — | — | — |
| --- | --- | --- | --- | --- | --- |
| Functional Pain Scale (Self-Report) 1 | Interferes with even passive activities -KS | — | — | — | — |
| Pain Location 1 | KNEE -KS | — | — | — | — |
| Pain Orientation 1 | Left -KS | — | — | — | — |
| Pain Duration 1 | Continuous -KS | — | — | — | — |
| Pain Onset 1 | Acute Pain -KS | — | — | — | — |
| Pain Quality 1 | Pain -KS | — | — | — | — |
| Pain Intervention(s) 1 | Medication -KS | — | — | — | — |
| Pain Intervention Education Provided 1 | Yes -KS | — | — | — | — |
| Side Effect of Intervention 1 | None -KS | — | — | — | — |

Position/ Safety

| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR | — | — |
| --- | --- | --- | --- | --- | --- |

Genitourinary

| Urine Void (mL) | — | — | — | — | 950 mL -KS |
| --- | --- | --- | --- | --- | --- |
| **Row Name** | **12/05/23 2157** | **12/05/23 2121** | **12/05/23 2110** | **12/05/23 1945** | **12/05/23 1943** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 969

Printed by 71334 at 8/21/24 10:11 AM

MC_002820

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | — | — | — | — | 111/60 -DF |
| BP Method | — | — | — | — | Automatic -DF |
| Pulse | — | — | — | — | 86 -DF |
| Resp | — | — | — | — | 16 -DF |
| SpO2 | — | — | — | — | 93 % -DF |
| Cardiac Regularity | — | Regular -KS | — | — | — |
| Temp | — | — | — | — | 36.6 °C (97.8 °F) - DF |
| Temp src | — | — | — | — | Temporal -DF |
| Pacemaker/AICD | — | No -KS | — | — | — |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| Oxygen Device/Source | — | — | — | — | CPAP -DF |

### Pain Education

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | 4 -KS | — | 4 -KS | — | — |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -KS | — | Assessment -KS | — | — |
| Patient Currently in Pain | Yes -KS | — | Yes -KS | — | — |
| Pain Relieving Factors | Medication -KS | — | Medication -KS | — | — |
| Pain Aggravating Factors | Positional (add comment) -KS | — | Positional (add comment) -KS | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KS | — | Numeric (patient able to self-report) - KS | — | — |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 8/10 -KS | — | 8/10 -KS | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with even passive activities - KS | — | Interferes with even passive activities - KS | — | — |
| Pain Location 1 | KNEE -KS | — | KNEE -KS | — | — |
| Pain Orientation 1 | Left -KS | — | Left -KS | — | — |
| Pain Duration 1 | Continuous -KS | — | Continuous -KS | — | — |
| Pain Onset 1 | Acute Pain -KS | — | Acute Pain -KS | — | — |
| Pain Quality 1 | Pain -KS | — | Pain -KS | — | — |
| Pain Intervention(s) 1 | Medication -KS | — | Medication -KS | — | — |
| Pain Intervention Education Provided 1 | Yes -KS | — | Yes -KS | — | — |
| Side Effect of Intervention 1 | None -KS | — | None -KS | — | — |

### Position/ Safety

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 970

Printed by 71334 at 8/21/24 10:11 AM

MC_002821

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | items within reach;Safety instructions given;Toilet every 2 hours -KS | | items within reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear - DF | |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | No -KS | — | — | — |
| Secondary Diagnosis | — | Yes -KS | — | — | — |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KS | — | — | — |
| IV or Heparin Lock | — | Yes -KS | — | — | — |
| Gait and Transferring | — | Weak -KS | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -KS | — | — | — |
| Morse Fall Risk Total | — | 60 -KS | — | — | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | Recent surgery;Anticoagulants;Bones -KS | — | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | Within Defined Limits -KS | — | — | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -KS | — | — | — |
| Anti-Embolism Device Intervention | — | Skin check;On -KS | — | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | Within Defined Limits -KS | — | — | — |
| Eyes Open | — | Spontaneous -KS | — | — | — |
| Best Verbal Response | — | Oriented -KS | — | — | — |
| Best Motor Response | — | Obeys commands - KS | — | — | — |
| GCS Total | — | 15 -KS | — | — | — |
| Level of Consciousness | — | Awake;Alert -KS | — | — | — |

**HEENT**

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | Within Defined Limits -KS | — | — | — |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KS | — | — | — |

**Skin**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 971

Printed by 71334 at 8/21/24 10:11 AM

MC_002822

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | Incision -KS | — | — | — |
| Skin Location 1 | — | L knee -KS | — | — | — |
| Pressure Injury Prevention | — | Moisture wicking pads -KS | — | — | — |
| Patient Belongings | | | | | |
| Hearing Aid | — | None -KS | — | — | — |

| Row Name | 12/05/23 1837 | 12/05/23 1752 | 12/05/23 1705 | 12/05/23 1528 | 12/05/23 1523 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | — | 110/57 -MJ |
| BP Method | — | — | — | — | Automatic -MJ |
| Pulse | — | — | — | — | 80 -MJ |
| Resp | — | — | — | — | 16 -MJ |
| SpO2 | — | — | — | — | 96 % -MJ |
| Temp | — | — | — | — | 36.2 ℃ (97.2 ℉) - MJ |
| Temp src | — | — | — | — | Temporal -MJ |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Room air -MJ |
| Oxygen Device/Source | — | — | — | — | None (Room Air) - MJ |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KJ | Assessment -KJ | — | — |
| Patient Currently in Pain | — | Yes -KJ | Yes -KJ | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 7/10 -KJ | 7/10 -KJ | — | — |
| Pain Intervention(s) 1 | — | — | Medication -KJ | — | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | 1000 mL -MJ | — | — | 1100 mL -MJ | — |

| Row Name | 12/05/23 1522 | 12/05/23 1451 | 12/05/23 1325 | 12/05/23 1312 | 12/05/23 1258 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Cardiac Regularity | — | Regular -KJ | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Re-Assessment -KJ | — | Re-Assessment -EW |
| Patient Currently in Pain | — | — | Yes -KJ | — | Yes -EW |
| Pain Relieving Factors | — | — | — | — | Ice / Cold Therapy;Medication -EW |
| Pain Aggravating Factors | — | — | — | — | Positional (add comment) -EW |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) - EW |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 5/10 -KJ | — | 6/10 -EW |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with some activities -EW |
| Pain Location 1 | — | — | — | — | KNEE -EW |
| Pain Orientation 1 | — | — | — | — | Left -EW |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 972

Printed by 71334 at 8/21/24 10:11 AM

MC_002823

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

## Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Pain Duration 1 | — | — | — | — | Continuous -EW |
| Pain Onset 1 | — | — | — | — | Acute Pain -EW |
| Pain Quality 1 | — | — | — | — | Pain -EW |
| Pain Intervention(s) 1 | — | — | — | — | Medication -EW |
| **Position/ Safety** | | | | | |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear -MJ | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | — | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | Within Defined Limits -KJ | — | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | Sequential compression devices - knee high -MJ | — | — | — | — |
| Anti-Embolism Device Intervention | Off -MJ | — | — | — | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | Within Defined Limits -KJ | — | — | — |
| Level of Consciousness | — | Awake;Alert -KJ | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | — | Within Defined Limits -KJ | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KJ | — | — | — |
| **Skin** | | | | | |
| Skin Integrity 1 | — | Incision -KJ | — | — | — |
| Skin Location 1 | — | L knee -KJ | — | — | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | — | — | 1000 mL -MJ | — |

| Row Name | 12/05/23 1143 | 12/05/23 1142 | 12/05/23 1007 | 12/05/23 0900 | 12/05/23 0841 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 118/63 -MJ | — | — | — |
| BP Method | — | Automatic -MJ | — | — | — |
| Pulse | — | 90 -MJ | — | — | — |
| Resp | — | 15 -MJ | — | — | — |
| SpO2 | — | 96 % -MJ | — | — | — |
| Temp | — | 36.1 °C (97 °F) -MJ | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 973
Printed by 71334 at 8/21/24 10:11 AM

MC_002824

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Row Name | | | | | |
|---|---|---|---|---|---|
| Temp src | — | Temporal -MJ | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -MJ | — | — | — |
| Oxygen Device/Source | — | None (Room Air) - MJ | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Re-Assessment -KJ | Assessment -KJ |
| Patient Currently in Pain | — | — | — | Yes -KJ | Yes -KJ |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - KJ | Numeric (patient able to self-report) - KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | 4/10 -KJ | 6/10 -KJ |
| Pain Intervention(s) 1 | — | — | — | — | Medication -KJ |
| **Position/ Safety** | | | | | |
| Fall Risk Interventions | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ | — | — | — | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | — | 900 mL -MJ | — | — |

| Row Name | 12/05/23 0819 | 12/05/23 0818 | 12/05/23 0752 | 12/05/23 0751 | 12/05/23 0645 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 135/66 -MJ | — | — | — |
| BP Method | — | Automatic -MJ | — | — | — |
| Pulse | — | 75 -MJ | — | — | — |
| Resp | — | 18 -MJ | — | — | — |
| SpO2 | — | 96 % -MJ | — | — | — |
| Cardiac Regularity | — | — | Regular -KJ | — | — |
| Temp | — | 36.2 °C (97.2 °F) - MJ | — | — | — |
| Temp src | — | Temporal -MJ | — | — | — |
| Pacemaker/AICD | — | — | No -KJ | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -MJ | — | — | — |
| Oxygen Device/Source | — | None (Room Air) - MJ | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 974

Printed by 71334 at 8/21/24 10:11 AM

MC_002825

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Pain Education

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | — | — | 4 -KJ | — |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | Assessment -KJ | — |
| Patient Currently in Pain | — | — | — | Yes -KJ | — |
| Pain Relieving Factors | — | — | — | Medication -KJ | — |
| Pain Aggravating Factors | — | — | — | Positional (add comment) -KJ | — |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - KJ | — |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | — | 4/10 -KJ | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with some activities -KJ | — |
| Pain Location 1 | — | — | — | KNEE -KJ | — |
| Pain Orientation 1 | — | — | — | Left -KJ | — |
| Pain Duration 1 | — | — | — | Continuous -KJ | — |
| Pain Onset 1 | — | — | — | Acute Pain -KJ | — |
| Pain Quality 1 | — | — | — | Aching -KJ | — |
| Pain Intervention(s) 1 | — | — | — | Ice (T/pump, cold compress) -KJ | — |
| Pain Intervention Education Provided 1 | — | — | — | Yes -KJ | — |
| Side Effect of Intervention 1 | — | — | — | None -KJ | — |

### Position/ Safety

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place -DF |

### Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | — | No -KJ | — | — |
| Secondary | — | — | Yes -KJ | — | — |

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 975

Printed by 71334 at 8/21/24 10:11 AM

MC_002826

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Diagnosis

| Row Name | 12/05/23 0322 | 12/05/23 0221 | 12/05/23 0214 | 12/05/23 0204 | 12/04/23 2255 |
|---|---|---|---|---|---|
| Ambulatory Aid | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KJ | — | — |
| IV or Heparin Lock | — | — | Yes -KJ | — | — |
| Gait and Transferring | — | — | Weak -KJ | — | — |
| Mental Status | — | — | Oriented (and realistic) to own ability -KJ | — | — |
| Morse Fall Risk Total | — | — | 60 -KJ | — | — |

Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | Bones;Anticoagulan ts;Recent surgery -KJ | — | — |

Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | — | Within Defined Limits -KJ | — | — |

Peripheral Vascular

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Sequential compression devices - knee high -MJ | — | Sequential compression devices - knee high;Antiembolism stockings - knee -KJ | — | — |
| Anti-Embolism Device Intervention | On -MJ | — | On;Skin check -KJ | — | — |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | — | Within Defined Limits -KJ | — | — |
| Eyes Open | — | — | Spontaneous -KJ | — | — |
| Best Verbal Response | — | — | Oriented -KJ | — | — |
| Best Motor Response | — | — | Obeys commands -KJ | — | — |
| GCS Total | — | — | 15 -KJ | — | — |
| Level of Consciousness | — | — | Awake;Alert -KJ | — | — |

HEENT

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | — | Within Defined Limits -KJ | — | — |

Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | Exceptions to Defined Limits -KJ | — | — |

Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | — | Incision -KJ | — | — |
| Skin Location 1 | — | — | L knee -KJ | — | — |
| Pressure Injury Prevention | — | — | Moisture wicking pads -KJ | — | — |

Genitourinary

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | — | — | — | — | 1000 mL -DF |

Patient Belongings

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | — | None -KJ | — | — |
| **Row Name** | **12/05/23 0322** | **12/05/23 0221** | **12/05/23 0214** | **12/05/23 0204** | **12/04/23 2255** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 976

Printed by 71334 at 8/21/24 10:11 AM

MC_002827

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 122/58 -JR | — | — | — | 92/73 -JR |
| BP Method | Automatic -JR | — | — | — | Automatic -JR |
| Pulse | 79 -JR | — | — | — | 89 -JR |
| Resp | 16 -JR | — | — | — | 18 -JR |
| SpO2 | 94 % -JR | — | — | — | 95 % -JR |
| Cardiac Regularity | — | — | — | Regular -RV | — |
| Temp | 36.4 °C (97.5 °F) - JR | — | — | — | 36.1 °C (96.9 °F) - JR |
| Temp src | Temporal -JR | — | — | — | Temporal -JR |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | Room air -JR | — | — | — | Room air -JR |
| Oxygen Device/Source | None (Room Air) - JR | — | — | — | None (Room Air) - JR |

### Pain Education

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | — | 8 -RV | — | — |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | Assessment -RV | — | — |
| Patient Currently in Pain | — | — | Yes -RV | — | — |
| Pain Relieving Factors | — | — | Medication -RV | — | — |
| Pain Aggravating Factors | — | — | Positional (add comment) -RV | — | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - RV | — | — |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | 8/10 -RV | — | — |
| Functional Pain Scale (Self-Report) 1 | — | — | Doesn't interfere with activities -RV | — | — |
| Pain Location 1 | — | — | KNEE -RV | — | — |
| Pain Orientation 1 | — | — | Left -RV | — | — |
| Pain Duration 1 | — | — | Continuous -RV | — | — |
| Pain Onset 1 | — | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) - RV | — | — |
| Pain Quality 1 | — | — | Throbbing;Pain;Pins and needles -RV | — | — |
| Pain Intervention(s) 1 | — | — | Medication -RV | — | — |
| Pain Intervention Education Provided 1 | — | — | Yes -RV | — | — |
| Side Effect of Intervention 1 | — | — | None -RV | — | — |

### Position/ Safety

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 977                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002828

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 2 of 3) (continued)

| | | | | |
|---|---|---|---|---|
| | | | | needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -RV | |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | — | — | No -RV | — |
| Secondary Diagnosis | — | — | — | Yes -RV | — |
| Ambulatory Aid | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -RV | — |
| IV or Heparin Lock | — | — | — | Yes -RV | — |
| Gait and Transferring | — | — | — | Weak -RV | — |
| Mental Status | — | — | — | Oriented (and realistic) to own ability -RV | — |
| Morse Fall Risk Total | — | — | — | 60 -RV | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | Recent surgery -RV | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | — | — | Within Defined Limits -RV | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV | — |
| Anti-Embolism Device Intervention | — | — | — | On;Skin check -RV | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | — | — | Within Defined Limits -RV | — |
| Eyes Open | — | — | — | Spontaneous -RV | — |
| Best Verbal Response | — | — | — | Oriented -RV | — |
| Best Motor Response | — | — | — | Obeys commands - RV | — |
| GCS Total | — | — | — | 15 -RV | — |
| Level of Consciousness | — | — | — | Awake;Alert -RV | — |

**HEENT**

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | — | — | Within Defined Limits -RV | — |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal | — | — | — | Exceptions to | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 978

Printed by 71334 at 8/21/24 10:11 AM

MC_002829

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| (WDL) | | | | Defined Limits -RV | |
| **Skin** | | | | | |
| Skin Integrity 1 | — | — | — | Incision -RV | — |
| Skin Location 1 | — | — | — | L knee -RV | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | 900 mL -RV | — | — | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | — | — | — | None -RV | — |

| Row Name | 12/04/23 2125 | 12/04/23 2049 | 12/04/23 1950 | 12/04/23 1900 | 12/04/23 1754 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 109/62 -JR | — |
| BP Method | — | — | — | Automatic -JR | — |
| Pulse | — | — | — | 98 -JR | — |
| SpO2 | — | — | — | 91 % -JR | — |
| Cardiac Regularity | Regular -RV | — | — | — | Regular -KF |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -JR | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - JR | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | 5 -RV | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -RV | — | — | — |
| Patient Currently in Pain | — | Yes -RV | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -RV | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -RV | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - RV | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -RV | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -RV | — | — | — |
| Pain Location 1 | — | KNEE -RV | — | — | — |
| Pain Orientation 1 | — | Left -RV | — | — | — |
| Pain Duration 1 | — | Continuous -RV | — | — | — |
| Pain Onset 1 | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) - RV | — | — | — |
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -RV | — | — | — |
| Pain Intervention(s) 1 | — | Medication -RV | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -RV | — | — | — |
| Side Effect of | — | None -RV | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 979

Printed by 71334 at 8/21/24 10:11 AM

MC_002830

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Intervention 1

Position/ Safety

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -RV | — | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR | — | Bed/Cart in lowest position;Wheels locked -KF |

Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | No -RV | — | — | — | No -KF |
| Secondary Diagnosis | Yes -RV | — | — | — | Yes -KF |
| Ambulatory Aid | Crutches, cane or walker (Prosthetic &/or Orthotic) -RV | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KF |
| IV or Heparin Lock | Yes -RV | — | — | — | Yes -KF |
| Gait and Transferring | Weak -RV | — | — | — | Weak -KF |
| Mental Status | Oriented (and realistic) to own ability -RV | — | — | — | Oriented (and realistic) to own ability -KF |
| Morse Fall Risk Total | 60 -RV | — | — | — | 60 -KF |

Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | Recent surgery -RV | — | — | — | Recent surgery -KF |

Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | Within Defined Limits -RV | — | — | — | Within Defined Limits -KF |

Peripheral Vascular

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV | — | — | — | Antiembolism stockings - knee;Bilateral;Sequential compression devices - knee high [icon] SCD on right leg only -KF |
| Anti-Embolism Device Intervention | On;Skin check -RV | — | — | — | On;Skin check -KF |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | Within Defined Limits -RV | — | — | — | Within Defined Limits -KF |
| Eyes Open | Spontaneous -RV | — | — | — | Spontaneous -KF |
| Best Verbal Response | Oriented -RV | — | — | — | Oriented -KF |
| Best Motor Response | Obeys commands - RV | — | — | — | Obeys commands - KF |
| GCS Total | 15 -RV | — | — | — | 15 -KF |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 980

Printed by 71334 at 8/21/24 10:11 AM

MC_002831

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| Row Name | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | Awake;Alert -RV | — | — | — | Awake;Alert -KF |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -RV | — | — | — | Within Defined Limits -KF |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -RV | — | — | — | Exceptions to Defined Limits -KF |
| **Skin** | | | | | |
| Skin Integrity 1 | Incision -RV | — | — | — | Incision -KF |
| Skin Location 1 | L knee -RV | — | — | — | L knee -KF |
| **Genitourinary** | | | | | |
| Urinary Status | — | — | — | — | Voids without difficulty -KF |
| **Patient Belongings** | | | | | |
| Hearing Aid | None -RV | — | — | — | None -KF |

| Row Name | 12/04/23 1725 | 12/04/23 1715 | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 100/64 -YN | 103/37 ! -YN | 121/76 -YN | 93/56 -YN | 99/49 -YN |
| Pulse | 95 -YN | 97 -YN | 97 -YN | 94 -YN | 93 -YN |
| Resp | 17 -YN | 19 -YN | 20 -YN | 14 -YN | 15 -YN |
| SpO2 | 95 % -YN | 96 % -YN | 94 % -YN | 92 % -YN | 91 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Oxygen -YN | — | — | — |
| Oxygen Device/Source | — | Nasal Cannula -YN | — | — | — |
| O2 Flow Rate (L/min) | — | 2 -YN | — | — | — |
| **Pain Assessment** | | | | | |
| Patient Currently in Pain | — | — | — | — | Sleeping/respirations WNL -YN |
| **Arrived From** | | | | | |
| Report given to (SBAR reviewed): | — | — | — | Christen, RN -YN | — |
| Patient/Caregiver Update | — | — | — | Called;Family;Updated -YN | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | Awake;Drowsy -YN | — |
| **Genitourinary** | | | | | |
| Urinary Status | — | — | Voids without difficulty -YN | — | — |
| Pre-Void Bladder Scan | — | — | — | 219 -YN | — |
| Urine Void (mL) | — | — | 215 mL -YN | — | — |
| **Modified Aldrete** | | | | | |
| Activity | — | — | — | Able to move 4 extremities voluntarily or on command -YN | — |
| Respiration | — | — | — | Able to breathe deeply and cough freely -YN | — |
| Circulation | — | — | — | Blood pressure is | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 981

Printed by 71334 at 8/21/24 10:11 AM

MC_002832

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | plus or minus 20% of pre-anesthetic level -YN | |
| Consciousness | — | — | — | Arousable on calling -YN | — |
| Oxygen Saturation | — | — | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -YN | — |
| Modified Aldrete Score | — | — | — | 8 -YN | — |

PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain

| | | | | | |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | — | — | — | Goal met -YN |

PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting

| | | | | | |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | — | — | — | Goal met -YN |

| Row Name | 12/04/23 1620 | 12/04/23 1615 | 12/04/23 1605 | 12/04/23 1600 | 12/04/23 1555 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 87/58 ! -YN | — | 105/56 -YN | — |
| Pulse | 94 -YN | 99 -YN | 97 -YN | 97 -YN | 99 -YN |
| Resp | 16 -YN | 15 -YN | 20 -YN | 16 -YN | 18 -YN |
| SpO2 | 90 % -YN | 94 % -YN | 92 % -YN | 94 % -YN | 94 % -YN |
| Temp | 36.4 °C (97.5 °F) -AC | — | — | — | — |
| Temp src | Temporal -AC | — | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Oxygen -AC | — | — | — | — |
| Oxygen Device/Source | Nasal Cannula -AC | — | — | — | — |
| O2 Flow Rate (L/min) | 3 -AC | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -AC | — | — | — | — |
| Patient Currently in Pain | Other (Comment) - AC | — | — | — | — |
| Pain Assessment Tool Used | CPOT (patient unable to self-report) -AC | — | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 4/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN |
| Pain Location 1 | — | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN |
| Pain Orientation 1 | — | Left -YN | Left -YN | Left -YN | Left -YN |
| Pain Intervention(s) 1 | — | Emotional support (active listening, therapeutic touch);Distraction (eg. items, toys, books, puzzles, games, television, movies, etc) -YN | Medication;Ice (T/pump, cold compress);Repositioned/elevation;Distraction (eg. items, toys, books, puzzles, games, television, movies, etc);Emotional support (active listening, | Medication -YN | Medication -YN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 982

Printed by 71334 at 8/21/24 10:11 AM

MC_002833

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 2 of 3) (continued)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | therapeutic touch) - YN | | | | |
| **Critical Care Pain Observation Tool** | | | | | |
| Facial Expression | Relaxed, neutral - AC | — | — | — | — |
| Body Movements | Absence of movements -AC | — | — | — | — |
| Muscle Tension | Relaxed -AC | — | — | — | — |
| Compliance or Vocalization | Tolerating ventilator or movement, or talking in a normal tone or no sound - AC | — | — | — | — |
| CPOT Total Pain Score | 0 -AC | — | — | — | — |
| **Sedation** | | | | | |
| POSS Sedation Scale | Sleep, easy to arouse -AC | — | — | — | — |
| **Arrived From** | | | | | |
| Report given to (SBAR reviewed): | Rosselle, RN -AC | — | — | — | — |
| **Position/ Safety** | | | | | |
| Patient Position | Semi-Fowler's -AC | — | — | — | — |
| Fall Risk Interventions | Bed/Cart in lowest position;Wheels locked -AC | — | — | — | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| IV or Heparin Lock | Yes -AC | — | — | — | — |
| **Neurological** | | | | | |
| Level of Consciousness | Arousable -AC | — | — | — | — |

| Row Name | 12/04/23 1545 | 12/04/23 1535 | 12/04/23 1530 | 12/04/23 1525 | 12/04/23 1520 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 117/94 ! -YN | 102/81 -YN | 85/52 ! -YN | 109/60 -YN | 112/62 -YN |
| Pulse | 102 ! -YN | 103 ! -YN | 105 ! -YN | 101 ! -YN | 100 -YN |
| Resp | 22 -YN | 16 -YN | 15 -YN | 16 -YN | 15 -YN |
| SpO2 | 95 % -YN | 100 % -YN | 99 % -YN | 97 % -YN | 95 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -YN | — | — | — | — |
| Oxygen Device/Source | None (Room Air) - YN | — | — | — | — |
| **Pain Assessment** | | | | | |
| Patient Currently in Pain | — | Yes -YN | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - YN | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 7/10 -YN | 7/10 -YN | — | — | — |
| Pain Location 1 | KNEE -YN | KNEE -YN | — | — | — |
| Pain Orientation 1 | Left -YN | Left -YN | — | — | — |
| Pain | Medication -YN | Medication -YN | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 983

Printed by 71334 at 8/21/24 10:11 AM

MC_002834

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Intervention(s) 1
Sedation

| | | | | | |
|---|---|---|---|---|---|
| POSS Sedation Scale | — | Slightly drowsy, easily aroused -YN | Frequently drowsy, arousable, drifts off to sleep during conversation -YN | — | — |

Airway Assessment

| | | | | | |
|---|---|---|---|---|---|
| Time of removal | — | — | 1527 -YN | — | — |
| Airway Intervention Needed? | — | — | No -YN | — | — |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | — | — | Drowsy -YN | — | — |

Modified Aldrete

| | | | | | |
|---|---|---|---|---|---|
| Activity | — | Able to move 4 extremities voluntarily or on command -YN | — | — | — |
| Respiration | — | Dyspnea or limited breathing -YN | — | — | — |
| Circulation | — | Blood pressure is plus or minus 20% of pre-anesthetic level -YN | — | — | — |
| Consciousness | — | Arousable on calling -YN | — | — | — |
| Oxygen Saturation | — | Able to maintain oxygen saturation greater than 92% on room air -YN | — | — | — |
| Modified Aldrete Score | — | 8 -YN | — | — | — |

PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | Goal met -YN | — | — | — |

| Row Name | 12/04/23 1515 | 12/04/23 1511 | 12/04/23 1425 | 12/04/23 1141 | 12/04/23 1129 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 105/57 -YN | 105/55 -YN | — | — | — |
| BP Method | — | Automatic -YN | — | — | — |
| Pulse | 91 -YN | 93 -YN | — | — | — |
| Pulse (Source) | — | Monitor -YN | — | — | — |
| Resp | 12 -YN | 13 -YN | — | — | — |
| SpO2 | 95 % -YN | 93 % -YN | — | — | — |
| Cardiac Regularity | — | Regular -YN | — | — | — |
| Temp | — | 36.1 °C (97 °F) -YN | — | — | — |
| Temp src | — | Temporal -YN | — | — | — |
| Oxygen Therapy | | | | | |
| O2 Delivery | — | Oxygen -YN | — | — | — |
| Oxygen Device/Source | — | Non-Rebreather Mask -YN | — | — | — |
| O2 Flow Rate (L/min) | — | 12 -YN | — | — | — |
| Pain Assessment | | | | | |
| Pain Assessment | — | Assessment -YN | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 984

Printed by 71334 at 8/21/24 10:11 AM

MC_002835

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Patient Currently in Pain | Sleeping/respirations WNL -YN | Sleeping/respirations WNL -YN | — | — | — |
| **Sedation** | | | | | |
| POSS Sedation Scale | — | Somnolent, minimal or no response to verbal or physical stimulation -YN | — | — | — |
| **Arrived From** | | | | | |
| Arrived From | — | OR -YN | — | — | — |
| Mode of Transport | — | Stretcher -YN | — | — | — |
| Anesthesiologist Report received from Dr. | — | Lai -YN | — | — | — |
| **Immobilizers & Interventions** | | | | | |
| Immobilizers | — | Knee immobilizer - YN | — | — | — |
| Interventions | — | Ice pack;Warm blankets -YN | — | — | — |
| **Airway Assessment** | | | | | |
| Interop airway? | — | Yes -YN | — | — | — |
| Airway Type | — | Oropharyngeal -YN | — | — | — |
| **Respiratory** | | | | | |
| Breath Sounds Bilateral | — | Clear -YN | — | — | — |
| Resp Pattern / Effort | — | Non-labored, even - YN | — | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | Within Defined Limits -YN | — | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high -YN | — | — | — |
| Anti-Embolism Device Intervention | — | On -YN | — | — | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | Sedated -YN | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -YN | — | — | — |
| **Skin** | | | | | |
| Skin (WDL) | — | Exceptions to Defined Limits -YN | — | — | — |
| Skin Integrity 1 | — | Incision -YN | — | — | — |
| Skin Location 1 | — | L knee -YN | — | — | — |
| **Genitourinary** | | | | | |
| Urinary Status | — | Has not voided -YN | — | — | — |
| **Modified Aldrete** | | | | | |
| Activity | — | Unable to move extremities | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 985                                                                 Printed by 71334 at 8/21/24 10:11 AM

MC_002836

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | voluntarily or on command -YN | | | |
| Respiration | — | Dyspnea or limited breathing -YN | — | — | — |
| Circulation | — | Blood pressure is plus or minus 20% to 49% of pre-anesthetic level -YN | — | — | — |
| Consciousness | — | Not responding -YN | — | — | — |
| Oxygen Saturation | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -YN | — | — | — |
| Modified Aldrete Score | — | 3 -YN | — | — | — |
| **Patient Belongings** | | | | | |
| Oral Appliance | — | — | — | — | None -MM |
| Vision | — | — | — | — | None -MM |
| Hearing Aid | — | — | — | — | None -MM |
| Jewelry | — | — | — | — | None -MM |
| Clothing | — | — | — | — | None -MM |
| Electronic Equipment | — | — | — | — | None -MM |
| Home Medications (includes over the counter medications and supplements) | — | — | — | — | No -MM |
| Other Belongings | — | — | — | — | None -MM |
| **PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance** | | | | | |
| Potential for Ineffective Airway Maintenance - Interventions | — | Assess lung sounds -YN | — | — | — |
| Ineffective Airway Maintenance Care Plan Goal | — | Normal breath sounds -YN | — | — | — |
| **PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain** | | | | | |
| Potential for Alteration in Comfort: Pain - Interventions | — | Assess level of comfort/pain -YN | — | — | — |
| Comfort/Pain Goal | — | Patient demonstrates or reports decreased pain level -YN | — | — | — |
| **PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting** | | | | | |
| Potential for Nausea and Vomiting - Interventions | — | Assess patient for complaints of nausea -YN | — | — | — |
| Nausea and Vomitting Goal | — | Absence/decreased level of nausea/vomitting -YN | — | — | — |
| **Intraprocedure Care Plan: Infection Goal** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 986

Printed by 71334 at 8/21/24 10:11 AM

MC_002837

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | |
|---|---|---|---|---|
| Intraprocedure Care Plan: Infection Interventions | — | — | — | Administer prescribed prophalactic antibiotics;Maintain sterile technique;Perform adequate skin prep;Limit unecessary traffic in operative suite -MM | — |
| Intraprocedure Care Plan: Infection Goal Met | — | — | Goal met -MM | — | — |

Intraprocedure Care Plan: Privacy Goal

| | | | | |
|---|---|---|---|---|
| Intraprocedure Care Plan: Privacy Interventions | — | — | — | Limit unnecessary traffic in the operative suite;Maintain patient confidentiality and share patient information only with staff directly involved in care;Maintain patient's dignity and privacy;Provide care respecting worth and dignity regardless of diagnosis, disease process, procedure or projected outcomes -MM | — |
| Intraprocedure Care Plan: Privacy Goal Met | — | — | Goal met -MM | — | — |

Intraprocedure Care Plan: Safety Goal

| | | | | |
|---|---|---|---|---|
| Intraprocedure Care Plan: Safety Interventions | — | — | — | Check equipment for safety;Check OR bed for proper functioning;Identify surgical site and appropriate position;Pad all bony prominences;Maintain in proper body alignment;Proper use of safety measures for transport and transfer -MM | — |
| Intraprocedure Care Plan: Safety Goal Met | — | — | Goal met -MM | — | — |

| Row Name | 12/04/23 1025 | 12/04/23 0858 | 12/04/23 0817 | 11/29/23 0820 | 11/21/23 1212 |
|---|---|---|---|---|---|
| Vitals | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 987

Printed by 71334 at 8/21/24 10:11 AM

MC_002838

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| BP | — | — | 123/81 -CP | 114/67 -LR | — |
| BP Method | — | — | Automatic -CP | Automatic -LR | — |
| Pulse | — | — | 76 -CP | 80 -LR | — |
| Resp | — | — | 16 -CP | 14 -LR | — |
| SpO2 | — | — | 95 % -CP | 96 % -LR | — |
| Temp | — | — | 36.4 °C (97.5 °F) -CP | — | — |
| Temp src | — | — | Temporal -CP | — | — |
| Pacemaker/AICD | — | No -JG | — | — | No -JK |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -CP | Room air -LR | — |
| **Pain Education** | | | | | |
| Pain Education | — | Yes -JG | — | — | Yes -JK |
| Patient's Realistic Pain Goal | — | 4 -JG | — | — | 4 -JK |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -JG | — | — | Assessment -JK |
| Patient Currently in Pain | — | Yes -JG | — | — | Yes -JK |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -JG | — | — | Numeric (patient able to self-report) -JK |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -JG | — | — | 4/10 -JK |
| Pain Location 1 | — | HIP -JG | — | — | GENERAL -JK |
| Pain Orientation 1 | — | Left -JG | — | — | — |
| Pain Duration 1 | — | Continuous -JG | — | — | — |
| Pain Onset 1 | — | Chronic/ Persistent Pain (including Neuropathic pain) -JG | — | — | — |
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -JG | — | — | — |
| **Position/ Safety** | | | | | |
| Fall Risk Interventions | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear -JG | — | — | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | No -JG | — | — | — |
| Secondary Diagnosis | — | Yes -JG | — | — | — |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -JG | — | — | — |
| IV or Heparin Lock | — | Yes -JG | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 988

Printed by 71334 at 8/21/24 10:11 AM

MC_002839

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Gait and Transferring | — | Impaired -JG | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -JG | — | — | — |
| Morse Fall Risk Total | — | 70 -JG | — | — | — |
| **Risk for Injury** | | | | | |
| Risk for injury | — | Age;Bones;Anticoagulants -JG | — | — | — |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | Exceptions to Defined Limits -JG | — | — | — |
| Breath Sounds Bilateral | — | Clear;Equal -JG | — | — | — |
| Resp Pattern / Effort | — | Non-labored, even -JG | — | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — 📄 regualr -JG | — | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | Antiembolism stockings - knee;Sequential compression devices - knee high -JG | — | — | — |
| **Neurological** | | | | | |
| Eyes Open | — | Spontaneous -JG | — | — | — |
| Best Verbal Response | — | Oriented -JG | — | — | — |
| Best Motor Response | — | Obeys commands -JG | — | — | — |
| GCS Total | — | 15 -JG | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — 📄 left thigh/ hip/ bil knees -JG | — | — | — |
| **Skin** | | | | | |
| Skin (WDL) | — | — 📄 ingrown toenail left great toe -JG | — | — | — |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | Within Defined Limits -JG | — | — | — |
| Post-Void Bladder Scan | 0 -TS | — | — | — | — |
| **Modified Aldrete** | | | | | |
| Activity | — | Able to move 4 extremities voluntarily or on command -JG | — | — | — |
| Respiration | — | Able to breathe deeply and cough freely -JG | — | — | — |
| Circulation | — | Blood pressure is plus or minus 20% of pre-anesthetic level -JG | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 989

Printed by 71334 at 8/21/24 10:11 AM

MC_002840

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Consciousness | — | Fully awake -JG | — | — | — |
| Oxygen Saturation | — | Able to maintain oxygen saturation greater than 92% on room air -JG | — | — | — |
| Modified Aldrete Score | — | 10 -JG | — | — | — |

**Patient Belongings**

| | | | | | |
|---|---|---|---|---|---|
| Oral Appliance | — | None -JG | — | — | — |
| Vision | — | None -JG | — | — | — |
| Hearing Aid | — | None -JG | — | — | — |
| Jewelry | — | None -JG | — | — | — |
| Clothing | — | Pants;Shirt;Socks;Jacket / coat;Footwear;To Locker/Cubby -JG | — | — | — |
| Electronic Equipment | — | None -JG | — | — | — |
| Home Medications (includes over the counter medications and supplements) | — | No -JG | — | — | — |
| Other Belongings | — | CPAP/BiPAP;To Locker/Cubby -JG | — | — | — |

Pre-Procedure Care Plan Diagnosis: Anxiety Related to Impending Procedure and Anesthesia/Sedation

| | | | | | |
|---|---|---|---|---|---|
| Does the patient have anxiety? | — | Yes -JG | — | — | — |

**Patient Belongings**

| Row Name | 12/08/23 0329 | 12/07/23 2028 | 12/07/23 0100 | 12/06/23 0742 | 12/06/23 0607 |
|---|---|---|---|---|---|
| Patient Belongings | | | | | |
| Hearing Aid | None -WM | None -WM | None -WM | None -YL | None -KS |
| Electronic Equipment | — | — | — | Cell Phone -YL | — |
| Other Belongings | — | — | — | CPAP/BiPAP -YL | — |

| Row Name | 12/05/23 2121 | 12/05/23 0752 | 12/05/23 0204 | 12/04/23 2125 | 12/04/23 1754 |
|---|---|---|---|---|---|
| Patient Belongings | | | | | |
| Hearing Aid | None -KS | None -KJ | None -RV | None -RV | None -KF |

| Row Name | 12/04/23 1129 | 12/04/23 0858 | | | |
|---|---|---|---|---|---|
| Patient Belongings | | | | | |
| Oral Appliance | None -MM | None -JG | | | |
| Vision | None -MM | None -JG | | | |
| Hearing Aid | None -MM | None -JG | | | |
| Jewelry | None -MM | None -JG | | | |
| Clothing | None -MM | Pants;Shirt;Socks;Jacket / coat;Footwear;To Locker/Cubby -JG | | | |
| Electronic Equipment | None -MM | None -JG | | | |
| Home Medications (includes over the | No -MM | No -JG | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 990

Printed by 71334 at 8/21/24 10:11 AM

MC_002841

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 2 of 3) (continued)**

counter
medications and
supplements)

Other Belongings    None -MM          CPAP/BiPAP;To
                                      Locker/Cubby -JG

### Preadmit CNA/HUC

| Row Name | 12/08/23 0809 | 12/08/23 0329 | 12/08/23 0004 | 12/07/23 2028 | 12/07/23 1508 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 118/71 -BQ | — | 98/58 -AG | — | 123/68 -BQ |
| BP Method | Automatic -BQ | — | Automatic -AG | — | Automatic -BQ |
| MAP (mmHg) | 87 mmHg -BQ | — | 71 mmHg -AG | — | 86 mmHg -BQ |
| Temp | 36.5 °C (97.7 °F) - BQ | — | 36.2 °C (97.1 °F) - AG | — | 36.3 °C (97.3 °F) - BQ |
| Temp src | Temporal -BQ | — | Skin -AG | — | Temporal -BQ |
| Pulse | — | — | 87 -AG | — | 96 -BQ |
| Resp | 18 -BQ | — | 18 -AG | — | 18 -BQ |
| SpO2 | 96 % -BQ | — | 95 % -AG | — | 98 % -BQ |
| Orthostatic BP | | | | | |
| Pt Position for BP | Supine -BQ | — | Supine -AG | — | Sitting -BQ |
| BP Site | Left forearm -BQ | — | Left forearm -AG | — | Left forearm -BQ |
| Oxygen Therapy | | | | | |
| O2 Delivery | Room air -BQ | — | Room air -AG | — | Room air -BQ |
| Pacemaker/ICD | | | | | |
| Pacemaker/AICD | — | No -WM | — | No -WM | — |

| Row Name | 12/07/23 0816 | 12/07/23 0339 | 12/07/23 0100 | 12/06/23 2201 | 12/06/23 1714 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 135/83 -BQ | 129/80 -AG | — | 109/71 -AG | 115/73 -AH |
| BP Method | Automatic -BQ | Automatic -AG | — | Automatic -AG | Automatic -AH |
| MAP (mmHg) | 100 mmHg -BQ | 96 mmHg -AG | — | 84 mmHg -AG | 84 mmHg -AH |
| Temp | 36.5 °C (97.7 °F) - BQ | 36.6 °C (97.8 °F) - AG | — | 36.6 °C (97.8 °F) - AG | 36.1 °C (97 °F) -AH |
| Temp src | Temporal -BQ | Skin -AG | — | Skin -AG | Temporal -AH |
| Pulse | 83 -BQ | 92 -AG | — | 100 -AG | 90 -AH |
| Resp | 18 -BQ | 18 -AG | — | 18 -AG | 16 -AH |
| SpO2 | 99 % -BQ | 100 % -AG | — | 95 % -AG | 98 % -AH |
| Orthostatic BP | | | | | |
| Pt Position for BP | Semi Fowler's -BQ | Sitting -AG | — | Semi Fowler's -AG | Supine -AH |
| BP Site | Left forearm -BQ | Left forearm -AG | — | Left forearm -AG | Left forearm -AH |
| Oxygen Therapy | | | | | |
| O2 Delivery | Room air -BQ | Room air -AG | — | Room air -AG | Room air -AH |
| Oxygen Device/Source | — | — | — | — | None (Room Air) - AH |
| Pacemaker/ICD | | | | | |
| Pacemaker/AICD | — | — | No -WM | — | — |

| Row Name | 12/06/23 1125 | 12/06/23 0808 | 12/06/23 0742 | 12/06/23 0607 | 12/06/23 0334 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 126/70 -AH | — | 113/73 -YL | — | 118/66 -JR |
| BP Method | Automatic -AH | — | Automatic -YL | — | Automatic -JR |
| MAP (mmHg) | 89 mmHg -AH | — | 85 mmHg -YL | — | 83 mmHg -JR |
| Temp | 36.2 °C (97.2 °F) - AH | — | 36.2 °C (97.1 °F) - YL | — | 35.9 °C (96.6 °F) - JR |
| Temp src | Temporal -AH | — | Skin -YL | — | Temporal -JR |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 991                                   Printed by 71334 at 8/21/24 10:11 AM

MC_002842

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Row Name | 12/05/23 2314 | 12/05/23 2121 | 12/05/23 1943 | 12/05/23 1523 | 12/05/23 1142 |
|---|---|---|---|---|---|
| Pulse | 94 -AH | — | 91 -YL | — | 98 -JR |
| Resp | 14 -AH | — | 16 -YL | — | 18 -JR |
| SpO2 | 93 % -AH | — | 93 % -YL | — | 96 % -JR |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Lying right side -AH | — | Semi Fowler's -YL | — | Semi Fowler's -JR |
| BP Site | Left forearm -AH | — | Left forearm -YL | — | Left forearm -JR |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -AH | — | Room air -YL | — | Room air -JR |
| Oxygen Device/Source | — | — | CPAP -YL | — | CPAP -JR |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | No -KJ | — | No -KS | — |

| Row Name | 12/05/23 0818 | 12/05/23 0752 | 12/05/23 0322 | 12/04/23 2255 | 12/04/23 1900 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 111/61 -JR | — | 111/60 -DF | 110/57 -MJ | 118/63 -MJ |
| BP Method | Automatic -JR | — | Automatic -DF | Automatic -MJ | Automatic -MJ |
| MAP (mmHg) | 78 mmHg -JR | — | 77 mmHg -DF | 75 mmHg -MJ | 79 mmHg -MJ |
| Temp | 36 °C (96.8 °F) -JR | — | 36.6 °C (97.8 °F) -DF | 36.2 °C (97.2 °F) -MJ | 36.1 °C (97 °F) -MJ |
| Temp src | Temporal -JR | — | Temporal -DF | Temporal -MJ | Temporal -MJ |
| Pulse | 81 -JR | — | 86 -DF | 80 -MJ | 90 -MJ |
| Resp | 16 -JR | — | 16 -DF | 16 -MJ | 15 -MJ |
| SpO2 | 91 % -JR | — | 93 % -DF | 96 % -MJ | 96 % -MJ |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -JR | — | Supine -DF | Semi Fowler's -MJ | Sitting -MJ |
| BP Site | Left forearm -JR | — | Left forearm -DF | Left forearm -MJ | Left forearm -MJ |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -JR | — | — | Room air -MJ | Room air -MJ |
| Oxygen Device/Source | None (Room Air) -JR | — | CPAP -DF | None (Room Air) -MJ | None (Room Air) -MJ |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | No -KS | — | — | — |

| Row Name | 12/04/23 1725 | 12/04/23 1715 | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 135/66 -MJ | — | 122/58 -JR | 92/73 -JR | 109/62 -JR |
| BP Method | Automatic -MJ | — | Automatic -JR | Automatic -JR | Automatic -JR |
| MAP (mmHg) | 89 mmHg -MJ | — | 79 mmHg -JR | 79 mmHg -JR | 76 mmHg -JR |
| Temp | 36.2 °C (97.2 °F) -MJ | — | 36.4 °C (97.5 °F) -JR | 36.1 °C (96.9 °F) -JR | — |
| Temp src | Temporal -MJ | — | Temporal -JR | Temporal -JR | — |
| Pulse | 75 -MJ | — | 79 -JR | 89 -JR | 98 -JR |
| Resp | 18 -MJ | — | 16 -JR | 18 -JR | — |
| SpO2 | 96 % -MJ | — | 94 % -JR | 95 % -JR | 91 % -JR |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -MJ | — | Supine -JR | Semi Fowler's -JR | Semi Fowler's -JR |
| BP Site | Left forearm -MJ | — | Left forearm -JR | Left upper arm -JR | Left upper arm -JR |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -MJ | — | Room air -JR | Room air -JR | Room air -JR |
| Oxygen Device/Source | None (Room Air) -MJ | — | None (Room Air) -JR | None (Room Air) -JR | None (Room Air) -JR |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | No -KJ | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 992

Printed by 71334 at 8/21/24 10:11 AM

MC_002843

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 100/64 -YN | 103/37 ! -YN | 121/76 -YN | 93/56 -YN | 99/49 -YN |
| MAP (mmHg) | 76 mmHg -YN | 59 mmHg -YN | 91 mmHg -YN | 68 mmHg -YN | 66 mmHg -YN |
| Pulse | 95 -YN | 97 -YN | 97 -YN | 94 -YN | 93 -YN |
| Resp | 17 -YN | 19 -YN | 20 -YN | 14 -YN | 15 -YN |
| SpO2 | 95 % -YN | 96 % -YN | 94 % -YN | 92 % -YN | 91 % -YN |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | Oxygen -YN | — | — | — |
| Oxygen Device/Source | — | Nasal Cannula -YN | — | — | — |
| O2 Flow Rate (L/min) | — | 2 -YN | — | — | — |
| **Row Name** | **12/04/23 1620** | **12/04/23 1615** | **12/04/23 1605** | **12/04/23 1600** | **12/04/23 1555** |

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | — | 87/58 ! -YN | — | 105/56 -YN | — |
| MAP (mmHg) | — | 68 mmHg -YN | — | 72 mmHg -YN | — |
| Temp | 36.4 °C (97.5 °F) -AC | — | — | — | — |
| Temp src | Temporal -AC | — | — | — | — |
| Pulse | 94 -YN | 99 -YN | 97 -YN | 97 -YN | 99 -YN |
| Resp | 16 -YN | 15 -YN | 20 -YN | 16 -YN | 18 -YN |
| SpO2 | 90 % -YN | 94 % -YN | 92 % -YN | 94 % -YN | 94 % -YN |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | Oxygen -AC | — | — | — | — |
| Oxygen Device/Source | Nasal Cannula -AC | — | — | — | — |
| O2 Flow Rate (L/min) | 3 -AC | — | — | — | — |
| **Row Name** | **12/04/23 1545** | **12/04/23 1535** | **12/04/23 1530** | **12/04/23 1525** | **12/04/23 1520** |

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 117/94 ! -YN | 102/81 -YN | 85/52 ! -YN | 109/60 -YN | 112/62 -YN |
| MAP (mmHg) | 102 mmHg -YN | 88 mmHg -YN | 63 mmHg -YN | 76 mmHg -YN | 79 mmHg -YN |
| Pulse | 102 ! -YN | 103 ! -YN | 105 ! -YN | 101 ! -YN | 100 -YN |
| Resp | 22 -YN | 16 -YN | 15 -YN | 16 -YN | 15 -YN |
| SpO2 | 95 % -YN | 100 % -YN | 99 % -YN | 97 % -YN | 95 % -YN |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | Room air -YN | — | — | — | — |
| Oxygen Device/Source | None (Room Air) -YN | — | — | — | — |
| **Row Name** | **12/04/23 1515** | **12/04/23 1511** | **12/04/23 0858** | **12/04/23 0817** | **11/29/23 0820** |

### Height and Weight

| | | | | | |
|---|---|---|---|---|---|
| Height | — | — | — | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR |
| Height Method | — | — | — | Stated -CP | Stated -LR |
| Weight | — | — | — | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) -LR |
| Weight Method | — | — | — | Scale -CP | Scale -LR |
| BMI (Calculated) | — | — | — | 40.94 -CP | 41.93 -LR |

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 105/57 -YN | 105/55 -YN | — | 123/81 -CP | 114/67 -LR |
| BP Method | — | Automatic -YN | — | Automatic -CP | Automatic -LR |
| MAP (mmHg) | 73 mmHg -YN | 72 mmHg -YN | — | 95 mmHg -CP | 83 mmHg -LR |
| Temp | — | 36.1 °C (97 °F) -YN | — | 36.4 °C (97.5 °F) -CP | — |
| Temp src | — | Temporal -YN | — | Temporal -CP | — |
| Pulse | 91 -YN | 93 -YN | — | 76 -CP | 80 -LR |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 993

Printed by 71334 at 8/21/24 10:11 AM

MC_002844

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Resp | 12 -YN | 13 -YN | — | 16 -CP | 14 -LR |
| SpO2 | 95 % -YN | 93 % -YN | — | 95 % -CP | 96 % -LR |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Sitting -CP | — |
| BP Site | — | — | — | Right upper arm -CP | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Oxygen -YN | — | Room air -CP | Room air -LR |
| Oxygen Device/Source | — | Non-Rebreather Mask -YN | — | — | — |
| O2 Flow Rate (L/min) | — | 12 -YN | — | — | — |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | — | — | No -JG | — | — |
| **Specialists** | | | | | |
| Specialists | — | — | Cardiology -JG | — | — |
| Cardiology provider name | — | — | Geura -JG | — | — |
| Have you ever had an EKG? | — | — | Yes -JG | — | — |
| When? | — | — | 11/29/23 -JG | — | — |
| EKG disposition | — | — | In MultiCare Connect -JG | — | — |

| Row Name | 11/21/23 1212 | | | | |
|---|---|---|---|---|---|
| **Height and Weight** | | | | | |
| Height | 1.651 m (5' 5") -JK | | | | |
| Height Method | Stated -JK | | | | |
| Weight | 112.9 kg (249 lb) - JK | | | | |
| Weight Method | Stated -JK | | | | |
| BMI (Calculated) | 41.44 -JK | | | | |
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | No -JK | | | | |

**Preadmit visit**

| Row Name | 12/08/23 1630 | 12/08/23 1127 | 12/08/23 1027 | 12/08/23 0810 | 12/08/23 0809 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | — | 118/71 -BQ |
| BP Method | — | — | — | — | Automatic -BQ |
| MAP (mmHg) | — | — | — | — | 87 mmHg -BQ |
| Temp | — | — | — | — | 36.5 °C (97.7 °F) - BQ |
| Temp src | — | — | — | — | Temporal -BQ |
| Resp | — | — | — | — | 18 -BQ |
| SpO2 | — | — | — | — | 96 % -BQ |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | — | Supine -BQ |
| BP Site | — | — | — | — | Left forearm -BQ |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Room air -BQ |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | Awake;Alert -CH | — |
| **Cardiac** | | | | | |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023
Page 994                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002845

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | — | — | — | Regular -CH | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | 4 -CH | — | 4 -CH | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -CH | Re-Assessment -CH | Assessment -CH | — | Assessment -CH |
| Patient Currently in Pain | Yes -CH | Sleeping/respirations WNL -CH | Yes -CH | — | No -CH |
| Pain Relieving Factors | Medication -CH | — | Medication;Ice / Cold Therapy -CH | — | — |
| Pain Aggravating Factors | Positional (add comment) -CH | — | Positional (add comment) -CH | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - CH | — | Numeric (patient able to self-report) - CH | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -CH | — | 7/10 -CH | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - CH | — | Interferes with activities, but not passive activities - CH | — | — |
| Pain Location 1 | KNEE -CH | — | KNEE -CH | — | — |
| Pain Orientation 1 | Left -CH | — | Left -CH | — | — |
| Pain Duration 1 | Continuous -CH | — | Continuous -CH | — | — |
| Pain Onset 1 | Acute Pain -CH | — | Acute Pain -CH | — | — |
| Pain Quality 1 | Pain -CH | — | Pain -CH | — | — |
| Pain Intervention(s) 1 | Medication -CH | — | Medication;Ice (T/pump, cold compress) -CH | — | — |
| Pain Intervention Education Provided 1 | Yes -CH | — | Yes -CH | — | — |
| Side Effect of Intervention 1 | None -CH | — | None -CH | — | — |

| Row Name | 12/08/23 0400 | 12/08/23 0333 | 12/08/23 0329 | 12/08/23 0004 | 12/07/23 2028 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 98/58 -AG | — |
| BP Method | — | — | — | Automatic -AG | — |
| MAP (mmHg) | — | — | — | 71 mmHg -AG | — |
| Temp | — | — | — | 36.2 °C (97.1 °F) - AG | — |
| Temp src | — | — | — | Skin -AG | — |
| Pulse | — | — | — | 87 -AG | — |
| Resp | — | — | — | 18 -AG | — |
| SpO2 | — | — | — | 95 % -AG | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Supine -AG | — |
| BP Site | — | — | — | Left forearm -AG | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -AG | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | Awake;Alert -WM | — | Awake;Alert -WM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 995

Printed by 71334 at 8/21/24 10:11 AM

MC_002846

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Cardiac

| Row Name | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | — | — | No -WM | — | No -WM |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -WM | Assessment -WM | — | — | — |
| Patient Currently in Pain | Sleeping/respirations WNL -WM | Yes -WM | — | — | — |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 8/10 -WM | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities -WM | — | — | — |
| Pain Location 1 | — | KNEE -WM | — | — | — |
| Pain Orientation 1 | — | Left -WM | — | — | — |
| Pain Duration 1 | — | Continuous -WM | — | — | — |
| Pain Onset 1 | — | Acute Pain -WM | — | — | — |
| Pain Quality 1 | — | Pain -WM | — | — | — |
| Pain Intervention(s) 1 | — | Medication -WM | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -WM | — | — | — |
| Side Effect of Intervention 1 | — | None -WM | — | — | — |

| Row Name | 12/07/23 1630 | 12/07/23 1530 | 12/07/23 1508 | 12/07/23 1204 | 12/07/23 1104 |
|---|---|---|---|---|---|

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | — | — | 123/68 -BQ | — | — |
| BP Method | — | — | Automatic -BQ | — | — |
| MAP (mmHg) | — | — | 86 mmHg -BQ | — | — |
| Temp | — | — | 36.3 °C (97.3 °F) -BQ | — | — |
| Temp src | — | — | Temporal -BQ | — | — |
| Pulse | — | — | 96 -BQ | — | — |
| Resp | — | — | 18 -BQ | — | — |
| SpO2 | — | — | 98 % -BQ | — | — |

### Orthostatic BP

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | — | Sitting -BQ | — | — |
| BP Site | — | — | Left forearm -BQ | — | — |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | Room air -BQ | — | — |

### Pain Education

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | — | — | — | 4 -CH |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -CH | Assessment -NB | — | Re-Assessment -CH | Assessment -CH |
| Patient Currently in Pain | No -CH | Yes -NB | — | No -CH | Yes -CH |
| Pain Relieving Factors | — | Medication -NB | — | — | Medication;Ice / Cold Therapy;Sleep / Rest -CH |
| Pain Aggravating Factors | — | — | — | — | Ambulating / Activity -CH |
| Pain Assessment | — | — | — | — | Numeric (patient |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 996

Printed by 71334 at 8/21/24 10:11 AM

MC_002847

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Tool Used | | | | | able to self-report) - CH |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 8/10 -NB | — | — | 8/10 -CH |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with activities, but not passive activities - CH |
| Pain Location 1 | — | KNEE -NB | — | — | KNEE -CH |
| Pain Orientation 1 | — | — | — | — | Left -CH |
| Pain Duration 1 | — | — | — | — | Continuous -CH |
| Pain Onset 1 | — | — | — | — | Acute Pain -CH |
| Pain Quality 1 | — | — | — | — | Sharp;Throbbing - CH |
| Pain Intervention(s) 1 | — | Medication -NB | — | — | Medication;Ice (T/pump, cold compress) -CH |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -CH |
| Side Effect of Intervention 1 | — | — | — | — | None -CH |

| Row Name | 12/07/23 0816 | 12/07/23 0814 | 12/07/23 0800 | 12/07/23 0339 | 12/07/23 0230 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 135/83 -BQ | — | — | 129/80 -AG | — |
| BP Method | Automatic -BQ | — | — | Automatic -AG | — |
| MAP (mmHg) | 100 mmHg -BQ | — | — | 96 mmHg -AG | — |
| Temp | 36.5 °C (97.7 °F) - BQ | — | — | 36.6 °C (97.8 °F) - AG | — |
| Temp src | Temporal -BQ | — | — | Skin -AG | — |
| Pulse | 83 -BQ | — | — | 92 -AG | — |
| Resp | 18 -BQ | — | — | 18 -AG | — |
| SpO2 | 99 % -BQ | — | — | 100 % -AG | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -BQ | — | — | Sitting -AG | — |
| BP Site | Left forearm -BQ | — | — | Left forearm -AG | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -BQ | — | — | Room air -AG | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | Awake;Alert -CH | — | — |
| **Cardiac** | | | | | |
| Cardiac Regularity | — | — | Regular -CH | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | Assessment -CH | — | Re-Assessment - WM |
| Patient Currently in Pain | — | — | Sleeping/respirations WNL -CH | — | Sleeping/respirations WNL -WM |
| **2023 - 2024 SEASONAL INFLUENZA** | | | | | |
| Has patient received SEASONAL INFLUENZA vaccine this | — | Yes -NB | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 997

Printed by 71334 at 8/21/24 10:11 AM

MC_002848

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

season

| Row Name | 12/07/23 0158 | 12/07/23 0100 | 12/06/23 2201 | 12/06/23 2030 | 12/06/23 1714 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 109/71 -AG | — | 115/73 -AH |
| BP Method | — | — | Automatic -AG | — | Automatic -AH |
| MAP (mmHg) | — | — | 84 mmHg -AG | — | 84 mmHg -AH |
| Temp | — | — | 36.6 °C (97.8 °F) - AG | — | 36.1 °C (97 °F) -AH |
| Temp src | — | — | Skin -AG | — | Temporal -AH |
| Pulse | — | — | 100 -AG | — | 90 -AH |
| Resp | — | — | 18 -AG | — | 16 -AH |
| SpO2 | — | — | 95 % -AG | — | 98 % -AH |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -AG | — | Supine -AH |
| BP Site | — | — | Left forearm -AG | — | Left forearm -AH |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -AG | — | Room air -AH |
| Oxygen Device/Source | — | — | — | — | None (Room Air) - AH |
| **Neurological** | | | | | |
| Level of Consciousness | — | Awake;Alert -WM | — | — | — |
| **Cardiac** | | | | | |
| Cardiac Regularity | — | Regular -WM | — | — | — |
| Pacemaker/AICD | — | No -WM | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -WM | — | — | Assessment -DL | Re-Assessment -KJ |
| Patient Currently in Pain | Yes -WM | — | — | Yes -DL | Yes -KJ |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - DL | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 7/10 -WM | — | — | 8/10 -DL | 7/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | Interferes with some activities -WM | — | — | Interferes with activities, but not passive activities - DL | — |
| Pain Location 1 | KNEE -WM | — | — | KNEE -DL | — |
| Pain Orientation 1 | Left -WM | — | — | Left -DL | — |
| Pain Duration 1 | Continuous -WM | — | — | Continuous -DL | — |
| Pain Onset 1 | Acute Pain -WM | — | — | Acute Pain -DL | — |
| Pain Quality 1 | Throbbing -WM | — | — | Pain -DL | — |
| Pain Intervention(s) 1 | Medication -WM | — | — | Medication -DL | — |
| Pain Intervention Education Provided 1 | Yes -WM | — | — | Yes -DL | — |
| Side Effect of Intervention 1 | — | — | — | None -DL | — |

| Row Name | 12/06/23 1700 | 12/06/23 1638 | 12/06/23 1408 | 12/06/23 1400 | 12/06/23 1214 |
|---|---|---|---|---|---|
| **Neurological** | | | | | |
| Level of | — | — | Awake;Alert -KJ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 998

Printed by 71334 at 8/21/24 10:11 AM

MC_002849

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Consciousness

**Cardiac**

| Cardiac Regularity | — | — | Regular -KJ | — | — |
|---|---|---|---|---|---|

**Discharge Planning**

| Lives With | Spouse/Domestic Partner;Daughter;Son -KSA | — | — | — | — |
|---|---|---|---|---|---|
| Receives Help From | Family -KSA | — | — | — | — |
| Anticipated Discharge Disposition | Home -KSA | — | — | — | — |
| Who will pick you up when you are ready to leave the hospital? | Stephen Larocque (son) -KSA | — | — | — | — |
| Contact Information | 253-273-70185 -KSA | — | — | — | — |
| On home Oxygen? | No -KSA | — | — | — | — |

**Advance Directives**

| Healthcare Directive | No, patient does not have advance directive for healthcare treatment -KSA | — | — | — | — |
|---|---|---|---|---|---|

**Pain Assessment**

| Pain Assessment | — | Assessment -KJ | — | Re-Assessment -KJ | Assessment -KJ |
|---|---|---|---|---|---|
| Patient Currently in Pain | — | Yes -KJ | — | Yes -KJ | Yes -KJ |

**Pain 1**

| Numeric Pain Scale 1 | — | 9/10 -KJ | — | 7/10 -KJ | 9/10 -KJ |
|---|---|---|---|---|---|
| Pain Intervention(s) 1 | — | Medication;Ice (T/pump, cold compress) -KJ | — | — | Medication -KJ |

| Row Name | 12/06/23 1125 | 12/06/23 0900 | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 |
|---|---|---|---|---|---|

**Vitals**

| BP | 126/70 -AH | — | — | — | 113/73 -YL |
|---|---|---|---|---|---|
| BP Method | Automatic -AH | — | — | — | Automatic -YL |
| MAP (mmHg) | 89 mmHg -AH | — | — | — | 85 mmHg -YL |
| Temp | 36.2 °C (97.2 °F) - AH | — | — | — | 36.2 °C (97.1 °F) - YL |
| Temp src | Temporal -AH | — | — | — | Skin -YL |
| Pulse | 94 -AH | — | — | — | 91 -YL |
| Resp | 14 -AH | — | — | — | 16 -YL |
| SpO2 | 93 % -AH | — | — | — | 93 % -YL |

**Orthostatic BP**

| Pt Position for BP | Lying right side -AH | — | — | — | Semi Fowler's -YL |
|---|---|---|---|---|---|
| BP Site | Left forearm -AH | — | — | — | Left forearm -YL |

**Oxygen Therapy**

| O2 Delivery | Room air -AH | — | — | — | Room air -YL |
|---|---|---|---|---|---|
| Oxygen Device/Source | — | — | — | — | CPAP -YL |

Neurological

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 999

Printed by 71334 at 8/21/24 10:11 AM

MC_002850

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | — | — | Awake;Alert -KJ | — | — |
| **Cardiac** | | | | | |
| Cardiac Regularity | — | — | Regular -KJ | — | — |
| Pacemaker/AICD | — | — | No -KJ | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KJ | — | Assessment -KJ | — |
| Patient Currently in Pain | — | Yes -KJ | — | Yes -KJ | — |
| Pain Relieving Factors | — | — | — | Medication -KJ | — |
| Pain Aggravating Factors | — | — | — | Positional (add comment) -KJ | — |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - KJ | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 7/10 -KJ | — | 8/10 -KJ | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with some activities -KJ | — |
| Pain Location 1 | — | — | — | KNEE -KJ | — |
| Pain Orientation 1 | — | — | — | Left -KJ | — |
| Pain Duration 1 | — | — | — | Continuous -KJ | — |
| Pain Onset 1 | — | — | — | Acute Pain -KJ | — |
| Pain Quality 1 | — | — | — | Pain -KJ | — |
| Pain Intervention(s) 1 | — | — | — | Medication -KJ | — |
| Pain Intervention Education Provided 1 | — | — | — | Yes -KJ | — |
| Side Effect of Intervention 1 | — | — | — | None -KJ | — |

| Row Name | 12/06/23 0652 | 12/06/23 0607 | 12/06/23 0559 | 12/06/23 0334 | 12/06/23 0327 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 118/66 -JR | — |
| BP Method | — | — | — | Automatic -JR | — |
| MAP (mmHg) | — | — | — | 83 mmHg -JR | — |
| Temp | — | — | — | 35.9 °C (96.6 °F) - JR | — |
| Temp src | — | — | — | Temporal -JR | — |
| Pulse | — | — | — | 98 -JR | — |
| Resp | — | — | — | 18 -JR | — |
| SpO2 | — | — | — | 96 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -JR | — |
| BP Site | — | — | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -JR | — |
| Oxygen Device/Source | — | — | — | CPAP -JR | — |
| **Neurological** | | | | | |
| Level of | — | Awake;Alert -KS | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1000

Printed by 71334 at 8/21/24 10:11 AM

MC_002851

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Consciousness

**Cardiac**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac Regularity | — | Regular -KS | — | — | — |
| Pacemaker/AICD | — | No -KS | — | — | — |

**Pain Education**

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | — | 4 -KS | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -KS | — | Assessment -KS | — | Re-Assessment -KS |
| Patient Currently in Pain | Sleeping/respirations WNL -KS | — | Yes -KS | — | Sleeping/respirations WNL -KS |
| Pain Relieving Factors | — | — | Medication;Ice / Cold Therapy -KS | — | — |
| Pain Aggravating Factors | — | — | Positional (add comment) -KS | — | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KS | — | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | 8/10 -KS | — | — |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with even passive activities -KS | — | — |
| Pain Location 1 | — | — | KNEE -KS | — | — |
| Pain Orientation 1 | — | — | Left -KS | — | — |
| Pain Duration 1 | — | — | Continuous -KS | — | — |
| Pain Onset 1 | — | — | Acute Pain -KS | — | — |
| Pain Quality 1 | — | — | Pain -KS | — | — |
| Pain Intervention(s) 1 | — | — | Medication -KS | — | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KS | — | — |
| Side Effect of Intervention 1 | — | — | None -KS | — | — |

| Row Name | 12/06/23 0239 | 12/06/23 0147 | 12/05/23 2314 | 12/05/23 2245 | 12/05/23 2157 |
|---|---|---|---|---|---|

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| BP | — | — | 111/61 -JR | — | — |
| BP Method | — | — | Automatic -JR | — | — |
| MAP (mmHg) | — | — | 78 mmHg -JR | — | — |
| Temp | — | — | 36 °C (96.8 °F) -JR | — | — |
| Temp src | — | — | Temporal -JR | — | — |
| Pulse | — | — | 81 -JR | — | — |
| Resp | — | — | 16 -JR | — | — |
| SpO2 | — | — | 91 % -JR | — | — |

**Orthostatic BP**

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | — | Semi Fowler's -JR | — | — |
| BP Site | — | — | Left forearm -JR | — | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | Room air -JR | — | — |
| Oxygen Device/Source | — | — | None (Room Air) -JR | — | — |

Pain Education

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1001

Printed by 71334 at 8/21/24 10:11 AM

MC_002852

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | 4 -KS | 4 -KS | — | — | 4 -KS |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KS | Assessment -KS | — | Re-Assessment -KS | Re-Assessment -KS |
| Patient Currently in Pain | Yes -KS | Yes -KS | — | Sleeping/respirations WNL -KS | Yes -KS |
| Pain Relieving Factors | Medication;Ice / Cold Therapy -KS | Medication -KS | — | — | Medication -KS |
| Pain Aggravating Factors | Positional (add comment) -KS | Positional (add comment) -KS | — | — | Positional (add comment) -KS |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KS | Numeric (patient able to self-report) -KS | — | — | Numeric (patient able to self-report) -KS |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KS | 8/10 -KS | — | — | 8/10 -KS |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities -KS | Interferes with even passive activities -KS | — | — | Interferes with even passive activities -KS |
| Pain Location 1 | KNEE -KS | KNEE -KS | — | — | KNEE -KS |
| Pain Orientation 1 | Left -KS | Left -KS | — | — | Left -KS |
| Pain Duration 1 | Continuous -KS | Continuous -KS | — | — | Continuous -KS |
| Pain Onset 1 | Acute Pain -KS | Acute Pain -KS | — | — | Acute Pain -KS |
| Pain Quality 1 | Pain -KS | Pain -KS | — | — | Pain -KS |
| Pain Intervention(s) 1 | Medication -KS | Medication -KS | — | — | Medication -KS |
| Pain Intervention Education Provided 1 | Yes -KS | Yes -KS | — | — | Yes -KS |
| Side Effect of Intervention 1 | None -KS | None -KS | — | — | None -KS |
| **Row Name** | **12/05/23 2121** | **12/05/23 2110** | **12/05/23 1943** | **12/05/23 1752** | **12/05/23 1705** |
| **Vitals** | | | | | |
| BP | — | — | 111/60 -DF | — | — |
| BP Method | — | — | Automatic -DF | — | — |
| MAP (mmHg) | — | — | 77 mmHg -DF | — | — |
| Temp | — | — | 36.6 °C (97.8 °F) -DF | — | — |
| Temp src | — | — | Temporal -DF | — | — |
| Pulse | — | — | 86 -DF | — | — |
| Resp | — | — | 16 -DF | — | — |
| SpO2 | — | — | 93 % -DF | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Supine -DF | — | — |
| BP Site | — | — | Left forearm -DF | — | — |
| **Oxygen Therapy** | | | | | |
| Oxygen Device/Source | — | — | CPAP -DF | — | — |
| **Neurological** | | | | | |
| Level of Consciousness | Awake;Alert -KS | — | — | — | — |
| **Cardiac** | | | | | |
| Cardiac Regularity | Regular -KS | — | — | — | — |
| Pacemaker/AICD | No -KS | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1002

Printed by 71334 at 8/21/24 10:11 AM

MC_002853

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Pain Education

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | 4 -KS | — | — | — |

Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | Assessment -KS | — | Re-Assessment -KJ | Assessment -KJ |
| Patient Currently in Pain | — | Yes -KS | — | Yes -KJ | Yes -KJ |
| Pain Relieving Factors | — | Medication -KS | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -KS | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) -KS | — | — | — |

Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 8/10 -KS | — | 7/10 -KJ | 7/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with even passive activities -KS | — | — | — |
| Pain Location 1 | — | KNEE -KS | — | — | — |
| Pain Orientation 1 | — | Left -KS | — | — | — |
| Pain Duration 1 | — | Continuous -KS | — | — | — |
| Pain Onset 1 | — | Acute Pain -KS | — | — | — |
| Pain Quality 1 | — | Pain -KS | — | — | — |
| Pain Intervention(s) 1 | — | Medication -KS | — | — | Medication -KJ |
| Pain Intervention Education Provided 1 | — | Yes -KS | — | — | — |
| Side Effect of Intervention 1 | — | None -KS | — | — | — |

| Row Name | 12/05/23 1523 | 12/05/23 1451 | 12/05/23 1325 | 12/05/23 1258 | 12/05/23 1142 |
|---|---|---|---|---|---|

Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 110/57 -MJ | — | — | — | 118/63 -MJ |
| BP Method | Automatic -MJ | — | — | — | Automatic -MJ |
| MAP (mmHg) | 75 mmHg -MJ | — | — | — | 79 mmHg -MJ |
| Temp | 36.2 °C (97.2 °F) - MJ | — | — | — | 36.1 °C (97 °F) -MJ |
| Temp src | Temporal -MJ | — | — | — | Temporal -MJ |
| Pulse | 80 -MJ | — | — | — | 90 -MJ |
| Resp | 16 -MJ | — | — | — | 15 -MJ |
| SpO2 | 96 % -MJ | — | — | — | 96 % -MJ |

Orthostatic BP

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | Semi Fowler's -MJ | — | — | — | Sitting -MJ |
| BP Site | Left forearm -MJ | — | — | — | Left forearm -MJ |

Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | Room air -MJ | — | — | — | Room air -MJ |
| Oxygen Device/Source | None (Room Air) - MJ | — | — | — | None (Room Air) - MJ |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | — | Awake;Alert -KJ | — | — | — |

Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Cardiac | — | Regular -KJ | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1003                                      Printed by 71334 at 8/21/24 10:11 AM

MC_002854

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Regularity
Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | Re-Assessment -KJ | Re-Assessment -EW | — |
| Patient Currently in Pain | — | — | Yes -KJ | Yes -EW | — |
| Pain Relieving Factors | — | — | — | Ice / Cold Therapy;Medication -EW | — |
| Pain Aggravating Factors | — | — | — | Positional (add comment) -EW | — |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) -EW | |

Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | 5/10 -KJ | 6/10 -EW | — |
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with some activities -EW | — |
| Pain Location 1 | — | — | — | KNEE -EW | — |
| Pain Orientation 1 | — | — | — | Left -EW | — |
| Pain Duration 1 | — | — | — | Continuous -EW | — |
| Pain Onset 1 | — | — | — | Acute Pain -EW | — |
| Pain Quality 1 | — | — | — | Pain -EW | — |
| Pain Intervention(s) 1 | — | — | — | Medication -EW | — |

| Row Name | 12/05/23 0900 | 12/05/23 0841 | 12/05/23 0818 | 12/05/23 0752 | 12/05/23 0751 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 135/66 -MJ | — | — |
| BP Method | — | — | Automatic -MJ | — | — |
| MAP (mmHg) | — | — | 89 mmHg -MJ | — | — |
| Temp | — | — | 36.2 °C (97.2 °F) - MJ | — | — |
| Temp src | — | — | Temporal -MJ | — | — |
| Pulse | — | — | 75 -MJ | — | — |
| Resp | — | — | 18 -MJ | — | — |
| SpO2 | — | — | 96 % -MJ | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -MJ | — | — |
| BP Site | — | — | Left forearm -MJ | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -MJ | — | — |
| Oxygen Device/Source | — | — | None (Room Air) - MJ | — | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | Awake;Alert -KJ | — |
| **Cardiac** | | | | | |
| Cardiac Regularity | — | — | — | Regular -KJ | — |
| Pacemaker/AICD | — | — | — | No -KJ | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | — | — | — | 4 -KJ |

Pain Assessment

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1004

Printed by 71334 at 8/21/24 10:11 AM

MC_002855

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| Pain Assessment | Re-Assessment -KJ | Assessment -KJ | — | — | Assessment -KJ |
|---|---|---|---|---|---|
| Patient Currently in Pain | Yes -KJ | Yes -KJ | — | — | Yes -KJ |
| Pain Relieving Factors | — | — | — | — | Medication -KJ |
| Pain Aggravating Factors | — | — | — | — | Positional (add comment) -KJ |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | Numeric (patient able to self-report) - KJ | — | — | Numeric (patient able to self-report) - KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 4/10 -KJ | 6/10 -KJ | — | — | 4/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with some activities -KJ |
| Pain Location 1 | — | — | — | — | KNEE -KJ |
| Pain Orientation 1 | — | — | — | — | Left -KJ |
| Pain Duration 1 | — | — | — | — | Continuous -KJ |
| Pain Onset 1 | — | — | — | — | Acute Pain -KJ |
| Pain Quality 1 | — | — | — | — | Aching -KJ |
| Pain Intervention(s) 1 | — | Medication -KJ | — | — | Ice (T/pump, cold compress) -KJ |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -KJ |
| Side Effect of Intervention 1 | — | — | — | — | None -KJ |

| Row Name | 12/05/23 0322 | 12/05/23 0214 | 12/05/23 0204 | 12/04/23 2255 | 12/04/23 2125 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 122/58 -JR | — | — | 92/73 -JR | — |
| BP Method | Automatic -JR | — | — | Automatic -JR | — |
| MAP (mmHg) | 79 mmHg -JR | — | — | 79 mmHg -JR | — |
| Temp | 36.4 °C (97.5 °F) - JR | — | — | 36.1 °C (96.9 °F) - JR | — |
| Temp src | Temporal -JR | — | — | Temporal -JR | — |
| Pulse | 79 -JR | — | — | 89 -JR | — |
| Resp | 16 -JR | — | — | 18 -JR | — |
| SpO2 | 94 % -JR | — | — | 95 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Supine -JR | — | — | Semi Fowler's -JR | — |
| BP Site | Left forearm -JR | — | — | Left upper arm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -JR | — | — | Room air -JR | — |
| Oxygen Device/Source | None (Room Air) - JR | — | — | None (Room Air) - JR | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | Awake;Alert -RV | — | Awake;Alert -RV |
| **Cardiac** | | | | | |
| Cardiac Regularity | — | — | Regular -RV | — | Regular -RV |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or | — | — | — | — | No -RV |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002856

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| frightened by anyone at home or in your life? | | | | | |
| When you are discharged is it safe for you to go home? | — | — | — | — | Yes -RV |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | 8 -RV | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -RV | — | — | — |
| Patient Currently in Pain | — | Yes -RV | — | — | — |
| Pain Relieving Factors | — | Medication -RV | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -RV | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - RV | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 8/10 -RV | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -RV | — | — | — |
| Pain Location 1 | — | KNEE -RV | — | — | — |
| Pain Orientation 1 | — | Left -RV | — | — | — |
| Pain Duration 1 | — | Continuous -RV | — | — | — |
| Pain Onset 1 | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) - RV | — | — | — |
| Pain Quality 1 | — | Throbbing;Pain;Pins and needles -RV | — | — | — |
| Pain Intervention(s) 1 | — | Medication -RV | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -RV | — | — | — |
| Side Effect of Intervention 1 | — | None -RV | — | — | — |

| Row Name | 12/04/23 2124 | 12/04/23 2049 | 12/04/23 1900 | 12/04/23 1754 | 12/04/23 1725 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 109/62 -JR | — | 100/64 -YN |
| BP Method | — | — | Automatic -JR | — | — |
| MAP (mmHg) | — | — | 76 mmHg -JR | — | 76 mmHg -YN |
| Pulse | — | — | 98 -JR | — | 95 -YN |
| Resp | — | — | — | — | 17 -YN |
| SpO2 | — | — | 91 % -JR | — | 95 % -YN |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -JR | — | — |
| BP Site | — | — | Left upper arm -JR | — | — |
| **Oxygen Therapy** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1006                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002857

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| O2 Delivery | — | — | Room air -JR | — | — |
|---|---|---|---|---|---|
| Oxygen Device/Source | — | — | None (Room Air) - JR | — | — |
| **Neurological** | | | | | |
| Level of Consciousness | — | — | — | Awake;Alert -KF | — |
| **Cardiac** | | | | | |
| Cardiac Regularity | — | — | — | Regular -KF | — |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | No -RV | — | — | — | — |
| When you are discharged is it safe for you to go home? | Yes -RV | — | — | — | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | 5 -RV | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -RV | — | — | — |
| Patient Currently in Pain | — | Yes -RV | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -RV | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -RV | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - RV | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -RV | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -RV | — | — | — |
| Pain Location 1 | — | KNEE -RV | — | — | — |
| Pain Orientation 1 | — | Left -RV | — | — | — |
| Pain Duration 1 | — | Continuous -RV | — | — | — |
| Pain Onset 1 | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) - RV | — | — | — |
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -RV | — | — | — |
| Pain Intervention(s) 1 | — | Medication -RV | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -RV | — | — | — |
| Side Effect of Intervention 1 | — | None -RV | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1007

Printed by 71334 at 8/21/24 10:11 AM

MC_002858

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 2 of 3) (continued)

| Row Name | 12/04/23 1715 | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 | 12/04/23 1620 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 103/37 ! -YN | 121/76 -YN | 93/56 -YN | 99/49 -YN | — |
| MAP (mmHg) | 59 mmHg -YN | 91 mmHg -YN | 68 mmHg -YN | 66 mmHg -YN | — |
| Temp | — | — | — | — | 36.4 °C (97.5 °F) -AC |
| Temp src | — | — | — | — | Temporal -AC |
| Pulse | 97 -YN | 97 -YN | 94 -YN | 93 -YN | 94 -YN |
| Resp | 19 -YN | 20 -YN | 14 -YN | 15 -YN | 16 -YN |
| SpO2 | 96 % -YN | 94 % -YN | 92 % -YN | 91 % -YN | 90 % -YN |
| Oxygen Therapy | | | | | |
| O2 Delivery | Oxygen -YN | — | — | — | Oxygen -AC |
| Oxygen Device/Source | Nasal Cannula -YN | — | — | — | Nasal Cannula -AC |
| O2 Flow Rate (L/min) | 2 -YN | — | — | — | 3 -AC |
| Neurological | | | | | |
| Level of Consciousness | — | — | Awake;Drowsy -YN | — | Arousable -AC |
| Pain Assessment | | | | | |
| Pain Assessment | — | — | — | — | Assessment -AC |
| Patient Currently in Pain | — | — | — | Sleeping/respirations WNL -YN | Other (Comment) -AC |
| Pain Assessment Tool Used | — | — | — | — | CPOT (patient unable to self-report) -AC |
| Critical Care Pain Observation Tool | | | | | |
| Facial Expression | — | — | — | — | Relaxed, neutral -AC |
| Body Movements | — | — | — | — | Absence of movements -AC |
| Muscle Tension | — | — | — | — | Relaxed -AC |
| Compliance or Vocalization | — | — | — | — | Tolerating ventilator or movement, or talking in a normal tone or no sound -AC |
| CPOT Total Pain Score | — | — | — | — | 0 -AC |

| Row Name | 12/04/23 1615 | 12/04/23 1605 | 12/04/23 1600 | 12/04/23 1555 | 12/04/23 1545 |
|---|---|---|---|---|---|
| Vitals | | | | | |
| BP | 87/58 ! -YN | — | 105/56 -YN | — | 117/94 ! -YN |
| MAP (mmHg) | 68 mmHg -YN | — | 72 mmHg -YN | — | 102 mmHg -YN |
| Pulse | 99 -YN | 97 -YN | 97 -YN | 99 -YN | 102 ! -YN |
| Resp | 15 -YN | 20 -YN | 16 -YN | 18 -YN | 22 -YN |
| SpO2 | 94 % -YN | 92 % -YN | 94 % -YN | 94 % -YN | 95 % -YN |
| Oxygen Therapy | | | | | |
| O2 Delivery | — | — | — | — | Room air -YN |
| Oxygen Device/Source | — | — | — | — | None (Room Air) -YN |
| Pain 1 | | | | | |
| Numeric Pain Scale 1 | 4/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN |
| Pain Location 1 | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN |
| Pain Orientation 1 | Left -YN | Left -YN | Left -YN | Left -YN | Left -YN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1008

Printed by 71334 at 8/21/24 10:11 AM

MC_002859

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | Pain Intervention(s) 1 | Emotional support (active listening, therapeutic touch);Distraction (eg. items, toys, books, puzzles, games, television, movies, etc) -YN | Medication;Ice (T/pump, cold compress);Repositi oned/elevation;Distr action (eg. items, toys, books, puzzles, games, television, movies, etc);Emotional support (active listening, therapeutic touch) - YN | Medication -YN | Medication -YN | Medication -YN |
|---|---|---|---|---|---|---|
| **Row Name** | **12/04/23 1535** | **12/04/23 1530** | **12/04/23 1525** | **12/04/23 1520** | **12/04/23 1515** |
| Vitals | | | | | | |
| BP | 102/81 -YN | 85/52 ! -YN | 109/60 -YN | 112/62 -YN | 105/57 -YN |
| MAP (mmHg) | 88 mmHg -YN | 63 mmHg -YN | 76 mmHg -YN | 79 mmHg -YN | 73 mmHg -YN |
| Pulse | 103 ! -YN | 105 ! -YN | 101 ! -YN | 100 -YN | 91 -YN |
| Resp | 16 -YN | 15 -YN | 16 -YN | 15 -YN | 12 -YN |
| SpO2 | 100 % -YN | 99 % -YN | 97 % -YN | 95 % -YN | 95 % -YN |
| Neurological | | | | | | |
| Level of Consciousness | — | Drowsy -YN | — | — | — |
| Pain Assessment | | | | | | |
| Patient Currently in Pain | Yes -YN | — | — | — | Sleeping/respiration s WNL -YN |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - YN | — | — | — | — |
| Pain 1 | | | | | | |
| Numeric Pain Scale 1 | 7/10 -YN | — | — | — | — |
| Pain Location 1 | KNEE -YN | — | — | — | — |
| Pain Orientation 1 | Left -YN | — | — | — | — |
| Pain Intervention(s) 1 | Medication -YN | — | — | — | — |
| **Row Name** | **12/04/23 1511** | **12/04/23 0858** | **12/04/23 0817** | **11/29/23 0820** | **11/21/23 1212** |
| Preadmit visit | | | | | | |
| Type Of Contact | — | — | — | — | Preop Phone Call - JK |
| Contact made | — | — | — | — | Yes -JK |
| Person Interviewed | — | — | — | — | Self -JK |
| Arrival Time Verified | — | — | — | — | 12/4/2023 -JK |
| Surgical Procedure (Include laterality) | — | total knee revision regional adductor canal block left -JG | — | — | REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (702053)TOTAL KNEE REVISION; Regional, Adductor canal block (701328) LEFT -JK |
| Date history reviewed last | — | 12/04/23 -JG | — | — | 11/21/23 -JK |
| Have you had | — | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1009                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002860

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| any changes to your medical history since last reviewed? | | — 📄 more fatigue -JG | | | |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 105/55 -YN | — | 123/81 -CP | 114/67 -LR | — |
| BP Method | Automatic -YN | — | Automatic -CP | Automatic -LR | — |
| MAP (mmHg) | 72 mmHg -YN | — | 95 mmHg -CP | 83 mmHg -LR | — |
| Temp | 36.1 °C (97 °F) -YN | — | 36.4 °C (97.5 °F) -CP | — | — |
| Temp src | Temporal -YN | — | Temporal -CP | — | — |
| Pulse | 93 -YN | — | 76 -CP | 80 -LR | — |
| Resp | 13 -YN | — | 16 -CP | 14 -LR | — |
| SpO2 | 93 % -YN | — | 95 % -CP | 96 % -LR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Sitting -CP | — | — |
| BP Site | — | — | Right upper arm -CP | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Oxygen -YN | — | Room air -CP | Room air -LR | — |
| Oxygen Device/Source | Non-Rebreather Mask -YN | — | — | — | — |
| O2 Flow Rate (L/min) | 12 -YN | — | — | — | — |
| **Height and Weight** | | | | | |
| Height | — | — | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR | 1.651 m (5' 5") -JK |
| Height Method | — | — | Stated -CP | Stated -LR | Stated -JK |
| Weight | — | — | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) -LR | 112.9 kg (249 lb) -JK |
| Weight Method | — | — | Scale -CP | Scale -LR | Stated -JK |
| **Neurological** | | | | | |
| Level of Consciousness | Sedated -YN | — | — | — | — |
| Hearing Aids | — | No -JG | — | — | No -JK |
| Requires Visual Aids | — | Yes (Comment) 📄 readers -JG | — | — | Yes (Comment) 📄 readers -JK |
| Difficulty Chewing or Swallowing | — | No -JG | — | — | No -JK |
| **Exercise tolerance** | | | | | |
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | — | No 📄 painfully -JG | — | — | Yes -JK |
| **Cardiac** | | | | | |
| Cardiac Regularity | Regular -YN | — | — | — | — |
| Pacemaker/AICD | — | No -JG | — | — | No -JK |
| **Respiratory** | | | | | |
| Respiratory (WDL) | — | Exceptions to Defined Limits -JG | — | — | — |
| Breath Sounds Bilateral | Clear -YN | Clear;Equal -JG | — | — | — |
| Resp Pattern / Effort | Non-labored, even -YN | Non-labored, even -JG | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1010

Printed by 71334 at 8/21/24 10:11 AM

MC_002861

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Skin | | | | | |
|---|---|---|---|---|---|
| Do you have any skin breakdown? | — | Yes -JG | — | — | No -JK |
| **Ride and Caregiver** | | | | | |
| Ride and Caregiver Arranged | — | — | — | — | Yes -JK |
| Ride / Caregiver Name | — | steven -JG | — | — | Steven -JK |
| Relationship of Caregiver | — | spouse -JG | — | — | spouse -JK |
| Phone Number for Ride/Caregiver | — | 253-273-7085 -JG | — | — | 253-273-7085 -JK |
| **Discharge Planning** | | | | | |
| Lives With | — | — | — | — | Spouse/Domestic Partner -JK |
| Receives Help From | — | — | — | — | None - managing in current setting -JK |
| Type of Residence | — | — | — | — | Private Residence - JK |
| Anticipated Discharge Disposition | — | — | — | — | Home -JK |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | No -JG | — | — | — |
| When you are discharged is it safe for you to go home? | — | Yes -JG | — | — | — |
| **Coping** | | | | | |
| Any major changes or losses in the last year? | — | Yes ⊞ had to put dog down -JG | — | — | — |
| Would you like additional assistance in coping with this hospitalization? | — | No -JG | — | — | — |
| Any special concerns about home during this hospitalization? | — | No -JG | — | — | — |
| Do you have financial concerns related to this hospitalization? | — | No -JG | — | — | — |
| Do you have a medication prescription benefit? | — | Yes -JG | — | — | — |
| Are you | — | No -JG | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002862

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| depressed today? | | | | | |
| Have you thought about causing harm to yourself in the last week? | — | No -JG | — | — | — |

**Values / Beliefs**

| | | | | | |
|---|---|---|---|---|---|
| Cultural Requests During Hospitalization | — | — | — | — | no -JK |
| Spiritual Requests During Hospitalization | — | — | — | — | no -JK |
| Would you refuse a blood transfusion for any reason? | — | — | — | — | Accepts transfusion -JK |

**Pain Education**

| | | | | | |
|---|---|---|---|---|---|
| Pain Education | — | Yes -JG | — | — | Yes -JK |
| Patient's Realistic Pain Goal | — | 4 -JG | — | — | 4 -JK |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -YN | Assessment -JG | — | — | Assessment -JK |
| Patient Currently in Pain | Sleeping/respirations WNL -YN | Yes -JG | — | — | Yes -JK |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - JG | — | — | Numeric (patient able to self-report) - JK |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 5/10 -JG | — | — | 4/10 -JK |
| Pain Location 1 | — | HIP -JG | — | — | GENERAL -JK |
| Pain Orientation 1 | — | Left -JG | — | — | — |
| Pain Duration 1 | — | Continuous -JG | — | — | — |
| Pain Onset 1 | — | Chronic/ Persistent Pain (including Neuropathic pain) - JG | — | — | — |
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -JG | — | — | — |

**Anesthesia Related Questions**

| | | | | | |
|---|---|---|---|---|---|
| Steroid Use in Last 3 Months | — | No -JG | — | — | No -JK |

**Infection Control**

| | | | | | |
|---|---|---|---|---|---|
| Current Respiratory Symptoms Requiring Use of PPE | — | — | — | — | No -JK |
| Have you been diagnosed within the past year, with a multi-drug resistant organism (MRSA, VRE, ESBL, CRE)? | — | — | — | — | No, patient denies - JK |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002863

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Have you been exposed to an infectious disease in the last 3 weeks | — | — | — | — | No, Patient denies - JK |

**Specialists**

| | | | | | |
|---|---|---|---|---|---|
| Specialists | — | Cardiology -JG | — | — | — |
| Cardiology provider name | — | Geura -JG | — | — | — |
| Have you ever had an EKG? | — | Yes -JG | — | — | — |
| When? | — | 11/29/23 -JG | — | — | — |
| EKG disposition | — | In MultiCare Connect -JG | — | — | — |

**For Inpatients Only**

| | | | | | |
|---|---|---|---|---|---|
| Is the patient an Inpatient? | — | Yes -JG | — | — | — |

**Nursing Nutrition Screen**

| | | | | | |
|---|---|---|---|---|---|
| Unplanned Weight Loss in Last Three Months | — | No -JG | — | — | — |
| Unusual Weight Gain | — | No -JG | — | — | — |

**Alcohol Use**

| | | | | | |
|---|---|---|---|---|---|
| Do you drink alcohol? | — | No -JG | — | — | — |

**Preop Screening**

| Row Name | 12/08/23 0329 | 12/07/23 2028 | 12/07/23 0100 | 12/06/23 0808 | 12/06/23 0607 |
|---|---|---|---|---|---|
| **Pacemaker/ICD** | | | | | |
| Pacemaker/AICD | No -WM | No -WM | No -WM | No -KJ | No -KS |

| Row Name | 12/05/23 2121 | 12/05/23 0752 | 12/04/23 0858 | 12/04/23 0817 | 11/29/23 0820 |
|---|---|---|---|---|---|
| **Preop Screening** | | | | | |
| Date history reviewed last | — | — | 12/04/23 -JG | — | — |
| Interpreter used? | — | — | No -JG | — | — |
| Patient Preferred Language | — | — | English -JG | — | — |
| Surgical Procedure (Include laterality) | — | — | total knee revision regional adductor canal block left -JG | — | — |
| **Height and Weight** | | | | | |
| Height | — | — | — | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR |
| Height Method | — | — | — | Stated -CP | Stated -LR |
| Weight | — | — | — | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) -LR |
| Weight Method | — | — | — | Scale -CP | Scale -LR |
| BMI (Calculated) | — | — | — | 40.94 -CP | 41.93 -LR |
| **Exercise tolerance** | | | | | |
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, | — | — | No 🗎 painfully -JG | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1013

Printed by 71334 at 8/21/24 10:11 AM

MC_002864

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

etc?

**Pacemaker/ICD**

| | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | No -KS | No -KJ | No -JG | — | — |

**Specialists**

| | | | | | |
|---|---|---|---|---|---|
| Specialists | — | — | Cardiology -JG | — | — |
| Cardiology provider name | — | — | Geura -JG | — | — |
| Have you ever had an EKG? | — | — | Yes -JG | — | — |
| When? | — | — | 11/29/23 -JG | — | — |
| EKG disposition | — | — | In MultiCare Connect -JG | — | — |

| Row Name | 11/21/23 1212 | | | | |
|---|---|---|---|---|---|

**Preop Screening**

| | |
|---|---|
| Type Of Contact | Preop Phone Call - JK |
| Contact made | Yes -JK |
| Person Interviewed | Self -JK |
| Date history reviewed last | 11/21/23 -JK |
| Interpreter used? | No -JK |
| Patient Preferred Language | English -JK |
| Arrival Time Verified | 12/4/2023 -JK |
| Surgical Procedure (Include laterality) | REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (702053)TOTAL KNEE REVISION; Regional, Adductor canal block (701328) LEFT -JK |

**Height and Weight**

| | |
|---|---|
| Height | 1.651 m (5' 5") -JK |
| Height Method | Stated -JK |
| Weight | 112.9 kg (249 lb) - JK |
| Weight Method | Stated -JK |
| BMI (Calculated) | 41.44 -JK |

**Exercise tolerance**

| | |
|---|---|
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | Yes -JK |

**Pacemaker/ICD**

| | |
|---|---|
| Pacemaker/AICD | No -JK |

**PT Eval**

| Row Name | 12/08/23 0810 | 12/07/23 2028 | 12/07/23 1100 | 12/07/23 0800 | 12/07/23 0100 |
|---|---|---|---|---|---|
| Time | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1014

Printed by 71334 at 8/21/24 10:11 AM

MC_002865

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | |
|---|---|---|---|---|
| Session time start | — | — | 1012 -MZ | — | — |
| Session time end | — | — | 1033 📄 Additional minutes spent from 932-942. -MZ | — | — |

**General info**

| | | | | |
|---|---|---|---|---|
| PT Status | — | — | T 12/7 MZ -MZ | — | — |
| Bed/Chair Alarm Placed | — | — | not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately -MZ | — | — |
| Communication Post Therapy Session | — | — | Verbal hand-off to RN completed -MZ | — | — |

**Acute Triage**

| | | | | |
|---|---|---|---|---|
| Triage Priority | — | — | 1 -MZ | — | — |
| Triage Group | — | — | Orthopedics and sports;Total Joint - MZ | — | — |

**Therapy**

| | | | | |
|---|---|---|---|---|
| Status | — | — | Home with assist, HHPT services -MZ | — | — |

**Precautions**

| | | | | |
|---|---|---|---|---|
| Weight Bearing Status -1 | — | — | Non-weight bearing;LLE -MZ | — | — |

**Subjective Comments**

| | | | | |
|---|---|---|---|---|
| Subjective Information | — | — | Patient and spouse agreeable to PT session to focus on caregiver training and discuss recommendations for home. -MZ | — | — |

**Pain**

| | | | | |
|---|---|---|---|---|
| Pre-Session Rating | — | — | 4 -MZ | — | — |
| Post-Session Rating | — | — | 6 -MZ | — | — |
| Pain Location | — | — | Left;LEG;KNEE -MZ | — | — |
| Intervention | — | — | Ice;Nursing notified -MZ | — | — |

**Bed Mobility**

| | | | | |
|---|---|---|---|---|
| Supine to Sit | — | — | SBA -MZ | — | — |
| Sit to Supine | — | — | SBA -MZ | — | — |

**Transfers**

| | | | | |
|---|---|---|---|---|
| Sit to Stand | — | — | CGA -MZ | — | — |
| Stand to Sit | — | — | CGA -MZ | — | — |
| Bed to/from Chair | — | — | CGA -MZ | — | — |
| Assistive Device | — | — | FWW;Gait Belt 📄 Gait belt to support LLE from floor. -MZ | — | — |

**Balance**

| | | | | |
|---|---|---|---|---|
| Sitting Balance - Static | — | — | Good -MZ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1015

Printed by 71334 at 8/21/24 10:11 AM

MC_002866

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Sitting Balance - Dynamic | — | — | Good -MZ | — | — |
| Standing Balance - Static | — | — | Fair -MZ | — | — |
| Standing Balance - Dynamic | — | — | Not tested -MZ | — | — |
| Time | — | — | >11 min -MZ | — | — |
| Position | — | — | Edge of Bed;Edge of Chair;At walker -MZ | — | — |
| Performance | — | — | Fatigues quickly;UE support required -MZ | — | — |

**Education**

| | | | | | |
|---|---|---|---|---|---|
| Education Provided | — | — | adaptive equipment;adaptive techniques;energy conservation;falls prevention;home exercise program;joint replacement;precautions -MZ | — | — |
| Pt/family provided info re: abilities and prognosis | — | — | Yes;Family -MZ | — | — |
| Pt/family understand precautions/limitations | — | — | Yes;Family -MZ | — | — |
| Pt/family demonstrates understanding of home program | — | — | Yes;Family -MZ | — | — |

**Overall Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Impairment in Function | — | — | Acute Pain;Balance Deficits;Impaired Endurance;Impaired ROM;Impaired Skin Integrity;Knowledge Deficit;Risk of Disuse Syndrome;Risk of Injury -MZ | — | — |
| Activity Limitations | — | — | Impaired Bed Mobility;Impaired Gait;Impaired Stair Climbing;Impaired Transfers -MZ | — | — |
| Overall Function | — | — | Linda is seen for PT session. Spouse performs teachback of transfer techniques with good safety awareness and ability to facilitate and guard patient during transfers. | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1016

Printed by 71334 at 8/21/24 10:11 AM

MC_002867

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | Noted patient's difficulty to maintain NWB LLE throughout, states "Shane told me I can put the heel down", visibly bears significant weight through the extremity. Reviewed recommendations for wheelchair ramp, patient's bed to be moved downstairs, tub transfer bench, and HHPT servies. Patient states that the PA told her she does not need continued PT due to NWB restrictions of LLE - "you can't do anything with it". Clarified that focus of continued PT would not be LLE, but to strengthen surrounding joints and contralateral LE, improve balance and trunk control, enhance activity tolerance, and facilitate improved ability to maintain WB precautions. Patient ackowledges current difficulty with functional mobility tasks but continues to decline need for HHPT services. Once medically clear, she is appropriate for D/C to home with assist. Continue to recommend HHPT services to enhance safe functional independence and optimize rehab potential. -MZ |  |  |
| Prognosis for PT Goals | --- | --- | Good -MZ | --- | --- |
| Patient appropriate for continued skilled acute care PT to maximize | --- | --- | Yes- will continue to assess needs and progress mobility as able. -MZ | --- | --- |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1017

Printed by 71334 at 8/21/24 10:11 AM

MC_002868

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| function, safety, and independence? Recommendations | | | | | |
| PT Discharge Recommendation | — | — | Home with assist;Home Health PT -MZ | — | — |
| Does patient have appropriate support to discharge to prior living situation | — | — | Yes -MZ | — | — |
| PT Recommended equipment for discharge | — | — | FWW;Wheelchair;Tub Transfer Bench <br> 🗎 Wheelchair ramp -MZ | — | — |
| Does patient have recommended equipment | — | — | No- needs community resource options -MZ | — | — |
| PT - OK to Discharge (Discharge Milestone Signoff) | — | — | Yes -MZ | — | — |
| **Goals** | | | | | |
| Goals Remain Appropriate | — | — | Yes -MZ | — | — |
| **Billable Unit Time** | | | | | |
| Therapeutic Activities | — | — | 31 -MZ | — | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | A Little -CH | A Little -WM | A Little -MZ | A Little -CH | None -WM |
| Bathing | A Little -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Toileting | A Little -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Upper Body Dressing | None -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Grooming | None -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Eating | None -CH | None -WM | None -MZ | None -CH | None -WM |
| Daily Activity Inpatient Raw Score (Calculated) | 21 -CH | 19 -WM | 19 -MZ | 23 -CH | 24 -WM |
| **AM-PAC Basic Mobility Inpatient** | | | | | |
| Turning in Bed Without Bedrail | None -CH | A Little -WM | A Little -MZ | None -CH | A Little -WM |
| Lying on Back to Sitting on Edge | None -CH | A Little -WM | A Little -MZ | None -CH | A Little -WM |
| Moving Bed to Chair | A Little -CH | A Little -WM | A Little -MZ | A Little -CH | A Little -WM |
| Standing up from Chair | A Little -CH | A Little -WM | A Little -MZ | A Little -CH | A Little -WM |
| Walk in Room | A Little -CH | A Lot -WM | Total -MZ | A Little -CH | A Little -WM |
| Climbing 3-5 Steps | None -CH | A Lot -WM | Total -MZ | A Little -CH | A Little -WM |
| JH-AMP AM-PAC Mobility Inpatient | 21 -CH | 16 -WM | 14 -MZ | 20 -CH | 18 -WM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1018

Printed by 71334 at 8/21/24 10:11 AM

MC_002869

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Raw Score

| | | | | | |
|---|---|---|---|---|---|
| JH-HLM Goal | 6 -CH | 5 -WM | 4 -MZ | 6 -CH | 6 -WM |

Mobility

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | — | — | — | Walk 10+ steps (6) -CH | Walk 10+ steps (6) -WM |

| Row Name | 12/06/23 1200 | 12/05/23 2333 | 12/05/23 1143 | 12/05/23 0900 | 12/05/23 0204 |
|---|---|---|---|---|---|

Time

| | | | | | |
|---|---|---|---|---|---|
| Session time start | 0938 -MZ | — | — | 1035 -TF | — |
| Session time end | 1005 -MZ | — | — | 1200 -TF | — |

General info

| | | | | | |
|---|---|---|---|---|---|
| PT Status | T 12/6 MZ -MZ | — | — | E 12/5 TF -TF | — |
| Bed/Chair Alarm Placed | not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately -MZ | — | — | Yes -TF | — |
| Communication Post Therapy Session | Verbal hand-off to RN completed -MZ | — | — | Verbal hand-off to RN completed -TF | — |

Acute Triage

| | | | | | |
|---|---|---|---|---|---|
| Triage Priority | 1 -MZ | — | — | 1 -TF | — |
| Triage Group | Orthopedics and sports;Total Joint -MZ | — | — | Orthopedics and sports -TF | — |

Therapy

| | | | | | |
|---|---|---|---|---|---|
| Status | Home with A, HHPT services -MZ | — | — | NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner -TF | — |

Eval Information

| | | | | | |
|---|---|---|---|---|---|
| Type of Evaluation | — | — | — | Initial Evaluation -TF | — |

Medical Information

| | | | | | |
|---|---|---|---|---|---|
| Admission Diagnoses | — | — | — | LEFT TKR with patella tendon reconstruction with open patellectomy -TF | — |
| Relevant PMH | — | — | — | patella tendon rupture s/p left total knee arthroplasty -TF | — |

Precautions

| | | | | | |
|---|---|---|---|---|---|
| Weight Bearing Status -1 | Non-weight bearing;LLE -MZ | — | — | Non-weight bearing;Heel touch;LLE NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner -TF | — |
| Other precautions | — | — | — | Falls -TF | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1019

Printed by 71334 at 8/21/24 10:11 AM

MC_002870

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Subjective Comments

| | | | | | |
|---|---|---|---|---|---|
| Subjective Information | Patient is agreeable to PT session focused on caregiver training with spouse. -MZ | — | — | Pt is agreeable to skilled PT evaluation. -TF | — |

### Home Living

| | | | | | |
|---|---|---|---|---|---|
| Lives With | — | — | — | Spouse/domestic partner;Son 📄 supportive family -TF | — |
| Type of Residence | — | — | — | Private Residence - TF | — |
| Home Layout | — | — | — | Two Level;Laundry in Basement -TF | — |
| Number of stairs to enter home | — | — | — | 5 with railing on the LEFT on the way up -TF | — |
| Number of stairs within home | — | — | — | 6+1+7 with railing on the RIGHT on the way up -TF | — |
| Bathroom Shower/Tub | — | — | — | Tub/Shower Unit - TF | — |
| Bathing procedure | — | — | — | Stand -TF | — |
| Bathroom Toilet | — | — | — | Standard -TF | — |
| Bathroom Accessibility | — | — | — | Accessible via Walker -TF | — |
| Home Equipment | — | — | — | FWW;Wheelchair-manual -TF | — |
| Does patient use equipment at baseline | — | — | — | Yes 📄 over the last six months the patient has been using the FWW for support -TF | — |
| ADL/IADL equipment | — | — | — | Bath Bench;Bedside Commode;Reacher -TF | — |

### Prior Level of Function/Living Situation

| | | | | | |
|---|---|---|---|---|---|
| Information provided by | — | — | — | Patient -TF | — |
| Independent with at baseline | — | — | — | All ADL's -TF | — |
| Needs assistance with at baseline | — | — | — | Transfers;Ambulation;Stairs -TF | — |

### Pain

| | | | | | |
|---|---|---|---|---|---|
| Pre-Session Rating | 6 -MZ | — | — | — | — |
| Post-Session Rating | 8 -MZ | — | — | — | — |
| Pain Location | Left;LEG;KNEE -MZ | — | — | — | — |

### Cognition

| | | | | | |
|---|---|---|---|---|---|
| Overall Cognitive Status | — | — | — | Within functional limits -TF | — |

### Bed Mobility

| | | | | | |
|---|---|---|---|---|---|
| Supine to Sit | SBA -MZ | — | — | CGA;Bed Rail;HOB elevated -TF | — |
| Sit to Supine | SBA -MZ | — | — | — | — |

### Transfers

| | | | | | |
|---|---|---|---|---|---|
| Sit to Stand | SBA;CGA -MZ | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1020

Printed by 71334 at 8/21/24 10:11 AM

MC_002871

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | ModA [image] assist for LEFT LE management - TF |  |
| Stand to Sit | SBA;CGA -MZ | — | — | ModA [image] assist for LEFT LE management - TF | — |
| Bed to/from Chair | CGA -MZ | — | — | ModA;Cues for safety [image] for LEFT LE management -TF | — |
| Assistive Device | FWW;Gait Belt [image] Gait belt to support LLE from floor. -MZ | — | — | FWW;Gait Belt -TF | — |

**Ambulation**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Weight Bearing Status | — | — | — | Non-weight bearing;Heel touch;LLE [image] NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner - TF | — |
| Distance (feet) | — | — | — | 1 foot at the edge of bed -TF | — |
| Assistance Level | — | — | — | ModA [image] assist for LEFT LE management - TF | — |
| Assistive Device | — | — | — | FWW;Gait Belt [image] another gait belt on patient's LEFT ankle -TF | — |
| Gait Characteristics | — | — | — | Decreased Pace;Unsteady -TF | — |
| Verbal Cues | — | — | — | Sequencing;LE advancement;Device management;Safety ;Weight bearing -TF | — |

**Balance**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Sitting Balance - Static | Good -MZ | — | — | Good -TF | — |
| Sitting Balance - Dynamic | Good -MZ | — | — | Good -TF | — |
| Standing Balance - Static | Fair -MZ | — | — | Fair -TF | — |
| Standing Balance - Dynamic | Not tested -MZ | — | — | Fair -TF | — |
| Time | >11 min -MZ | — | — | >11 min -TF | — |
| Position | Edge of Bed;Edge of Chair;At walker -MZ | — | — | Edge of Bed;Edge of Chair;At walker -TF | — |
| Performance | UE support required;Fatigues quickly -MZ | — | — | UE support required;Fatigues quickly -TF | — |

**Education**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Education Provided | adaptive techniques;adaptive equipment;body mechanics;energy conservation;DME/e quipment resources;falls prevention;precautio | — | — | adaptive equipment;adaptive techniques;body mechanics;energy conservation;falls prevention;home exercise program;joint | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1021

Printed by 71334 at 8/21/24 10:11 AM

MC_002872

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | ns;joint replacement;home exercise program - MZ |  |  | replacement;precau tions -TF |  |
| Pt/family provided info re: abilities and prognosis | Yes;Family -MZ | — | — | Yes -TF | — |
| Pt/family understand precautions/limita tions | Yes;Family -MZ | — | — | Yes -TF | — |
| Pt/family demonstrates understanding of home program | Yes;Family -MZ | — | — | Yes 🗎 it is unclear what the precautions are regarding LEFT hip and ankle ROM; PA Shane Turner noted that he educated patient on those. -TF | — |

**Overall Assessment**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Impairment in Function | Acute Pain;Balance Deficits;Impaired Endurance;Impaired ROM;Impaired Skin Integrity;Knowledge Deficit;Risk of Disuse Syndrome;Risk of Injury -MZ | — | — | Acute Pain;Balance Deficits;Impaired Endurance;Impaired ROM;Impaired Skin Integrity;Knowledge Deficit;Risk of Disuse Syndrome;Risk of Injury -TF | — |
| Activity Limitations | Impaired Bed Mobility;Impaired Gait;Impaired Stair Climbing;Impaired Transfers -MZ | — | — | Impaired Bed Mobility;Impaired Gait;Impaired Stair Climbing;Impaired Transfers -TF | — |
| Overall Function | Linda is seen today for PT session with goal of facilitating caregiver training with spouse. Performed functional transfer training directed to both R and L side using FWW, focused on appropriate transfer sequencing and techniques for safe guarding during mobility. Discussed recommendations for adaptations within the home extensively including moving the patient's bed downstairs, obtaining/installing a wheelchair ramp, obtaining a tub transfer bench, and where to purchase | — | — | Patient admitted with LEFT TKR with patella tendon reconstruction with open patellectomy on 12/4/2023. At baseline patient reports being modified- independent with a FWW over the last six months due to the increasing LEFT knee pain. Currently patient requires mod-assist for all out-of-bed mobility. She transferred via squat-pivot to the recliner, as well as stood at the edge of the chair with a FWW while taking small hops over a foot distance. Patient required my assist to keep her | — |

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 1022                                Printed by 71334 at 8/21/24 10:11 AM

MC_002873

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  | gait belts. -MZ |  |  | LEFT LE off the ground (NWB per PA Shane Turner, heel-touch WB per Dr. Adler) via the gait belt around her ankle. Eventually she progressed to wrapping the free gait belt end around the walker handle, and could manage the lift of the LEFT LE at CGA. Patient currently presents below baseline mobility status, and appears appropriate for acute skilled PT. When able to reach all acute skilled PT goals with PT staff (mobilize at CGA to min-A due to her husband only being able to provide min-assist), and when able to secure all equipment (a ramp to enter her home), the patient will benefit from discharge home with 24/7 assist and home health PT to follow. -TF |  |
|---|---|---|---|---|---|
| Prognosis for PT Goals | Good -MZ | — | — | Good -TF | — |
| Factors Limiting Discharge | Severity of Impairments;Comorbidities;Limited Caregiver Support -MZ | — | — | Inaccessible Living Environment;Severity of Impairments;Comorbidities -TF | — |
| Patient appropriate for continued skilled acute care PT to maximize function, safety, and independence? | Yes- will continue to assess needs and progress mobility as able. -MZ | — | — | Yes- will continue to assess needs and progress mobility as able. -TF | — |
| **Plan** | | | | | |
| Treatment Interventions | — | — | — | Gait/Stair Training;Therapeutic Activities/transfer training;Therapeutic Exercise;Home Exercise Program;Balance/Neuro Re-education -TF | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1023

Printed by 71334 at 8/21/24 10:11 AM

MC_002874

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| PT Frequency | — | — | — | 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met -TF | — |

**Recommendations**

| | | | | | |
|---|---|---|---|---|---|
| PT Discharge Recommendation | Home Health PT;Home with assist -MZ | — | — | Home with assist;Home Health PT -TF | — |
| Does patient have appropriate support to discharge to prior living situation | Yes -MZ | — | — | Yes -TF | — |
| PT Recommended equipment for discharge | FWW;Wheelchair - MZ | — | — | FWW;Wheelchair - TF | — |
| Does patient have recommended equipment | Yes -MZ | — | — | Yes -TF | — |
| PT Plan for Next Session | Review transfer techniques, caregiver teachback -MZ | — | — | transfer independence progression -TF | — |

**Goals**

| | | | | | |
|---|---|---|---|---|---|
| Goals Remain Appropriate | Yes -MZ | — | — | — | — |
| Goals- To be met by discharge, patient will demonstrate the following in order to improve functional mobility in order to maximize independence and promote return to prior living situation | — | — | — | Bed mobility;Rolling;Sit to/from stand;Bed to Chair;Stairs;Standing Tolerance;Other 1 -TF | — |
| Bed mobility | — | — | — | Modified Independent -TF | — |
| Rolling | — | — | — | Modified independent -TF | — |
| Sit to/from stand | — | — | — | Contact guard assist;Using FWW - TF | — |
| Bed to Chair | — | — | — | Contact guard assist;Using FWW;Stand Pivot;Partial Stand Pivot -TF | — |
| Stairs | — | — | — | Ascend/descend 5 stairs 📄 scooting on butt if no ramp is available -TF | — |
| Standing Tolerance | — | — | — | 1 minute;Contact guard assist;Using | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1024

Printed by 71334 at 8/21/24 10:11 AM

MC_002875

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | FWW -TF | |
|---|---|---|---|---|---|
| Other Goal | — | — | — | WC propulsion for 50 feet -TF | — |
| **Billable Unit Time** | | | | | |
| Evaluation (including chart review and documentation) | — | — | — | 167 -TF | — |
| Therapeutic Activities | 27 -MZ | — | — | — | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | A Lot -MZ | A Lot -KS | A Lot -KJ | — | — |
| Bathing | A Lot -MZ | A Lot -KS | A Lot -KJ | — | — |
| Toileting | A Lot -MZ | A Lot -KS | A Lot -KJ | — | — |
| Upper Body Dressing | A Little -MZ | A Little -KS | A Little -KJ | — | — |
| Grooming | A Little -MZ | A Little -KS | A Little -KJ | — | — |
| Eating | None -MZ | A Little -KS | A Little -KJ | — | — |
| Daily Activity Inpatient Raw Score (Calculated) | 16 -MZ | 15 -KS | 15 -KJ | — | — |
| **AM-PAC Basic Mobility Inpatient** | | | | | |
| Turning in Bed Without Bedrail | A Little -MZ | A Little -KS | A Little -KJ | A Little -TF | A Little -RV |
| Lying on Back to Sitting on Edge | A Little -MZ | A Little -KS | A Little -KJ | A Little -TF | A Little -RV |
| Moving Bed to Chair | A Lot -MZ | A Lot -KS | A Lot -KJ | A Lot -TF | A Little -RV |
| Standing up from Chair | A Little -MZ | A Little -KS | A Little -KJ | A Lot -TF | A Little -RV |
| Walk in Room | Total -MZ | A Lot -KS | A Lot -KJ | Total -TF | A Little -RV |
| Climbing 3-5 Steps | Total -MZ | Total -KS | Total 🖹 not assessed -KJ | Total -TF | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 13 -MZ | 14 -KS | 14 -KJ | 12 -TF | — |
| JH-HLM Goal Mobility | 4 -MZ | 4 -KS | 4 -KJ | 4 -TF | — |
| Highest Level of Mobility Performed (JH-HLM) | Walk 10+ steps (6) -KJ | Transfer to chair (4) -KS | Transfer to chair (4) -KJ | Transfer to chair (4) -TF | Stand for 1 minute (5) -RV |

| Row Name | 12/04/23 2125 | | | | |
|---|---|---|---|---|---|
| **AM-PAC Basic Mobility Inpatient** | | | | | |
| Turning in Bed Without Bedrail | A Little -RV | | | | |
| Lying on Back to Sitting on Edge | A Little -RV | | | | |
| Moving Bed to Chair | A Little -RV | | | | |
| Standing up from Chair | A Little -RV | | | | |
| Walk in Room | A Little -RV | | | | |
| Mobility | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1025

Printed by 71334 at 8/21/24 10:11 AM

MC_002876

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | |
|---|---|
| Highest Level of Mobility Performed (JH-HLM) | Stand for 1 minute (5) -RV |

**PT Treatment**

| Row Name | 12/08/23 0810 | 12/07/23 2028 | 12/07/23 1100 | 12/07/23 0800 | 12/07/23 0100 |
|---|---|---|---|---|---|
| **Time** | | | | | |
| Session time start | — | — | 1012 -MZ | — | — |
| Session time end | — | — | 1033 ⊡ Additional minutes spent from 932-942. -MZ | — | — |
| **General info** | | | | | |
| PT Status | — | — | T 12/7 MZ -MZ | — | — |
| Bed/Chair Alarm Placed | — | — | not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately -MZ | — | — |
| Communication Post Therapy Session | — | — | Verbal hand-off to RN completed -MZ | — | — |
| **Acute Triage** | | | | | |
| Triage Priority | — | — | 1 -MZ | — | — |
| Triage Group | — | — | Orthopedics and sports;Total Joint -MZ | — | — |
| **Therapy** | | | | | |
| Status | — | — | Home with assist, HHPT services -MZ | — | — |
| **Precautions** | | | | | |
| Weight Bearing Status -1 | — | — | Non-weight bearing;LLE -MZ | — | — |
| **Subjective Comments** | | | | | |
| Subjective Information | — | — | Patient and spouse agreeable to PT session to focus on caregiver training and discuss recommendations for home. -MZ | — | — |
| **Pain** | | | | | |
| Pre-Session Rating | — | — | 4 -MZ | — | — |
| Post-Session Rating | — | — | 6 -MZ | — | — |
| Pain Location | — | — | Left;LEG;KNEE -MZ | — | — |
| Intervention | — | — | Ice;Nursing notified -MZ | — | — |
| **Bed Mobility** | | | | | |
| Supine to Sit | — | — | SBA -MZ | — | — |
| Sit to Supine | — | — | SBA -MZ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1026

Printed by 71334 at 8/21/24 10:11 AM

MC_002877

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Transfers

| | | | | | |
|---|---|---|---|---|---|
| Sit to Stand | — | — | CGA -MZ | — | — |
| Stand to Sit | — | — | CGA -MZ | — | — |
| Bed to/from Chair | — | — | CGA -MZ | — | — |
| Assistive Device | — | — | FWW;Gait Belt 🗎<br>Gait belt to support LLE<br>from floor. -MZ | — | — |

Balance

| | | | | | |
|---|---|---|---|---|---|
| Sitting Balance -<br>Static | — | — | Good -MZ | — | — |
| Sitting Balance -<br>Dynamic | — | — | Good -MZ | — | — |
| Standing Balance<br>- Static | — | — | Fair -MZ | — | — |
| Standing Balance<br>- Dynamic | — | — | Not tested -MZ | — | — |
| Time | — | — | >11 min -MZ | — | — |
| Position | — | — | Edge of Bed;Edge<br>of Chair;At walker -<br>MZ | — | — |
| Performance | — | — | Fatigues quickly;UE<br>support required -<br>MZ | — | — |

Education

| | | | | | |
|---|---|---|---|---|---|
| Education<br>Provided | — | — | adaptive<br>equipment;adaptive<br>techniques;energy<br>conservation;falls<br>prevention;home<br>exercise<br>program;joint<br>replacement;precau<br>tions -MZ | — | — |
| Pt/family<br>provided info re:<br>abilities and<br>prognosis | — | — | Yes;Family -MZ | — | — |
| Pt/family<br>understand<br>precautions/limita<br>tions | — | — | Yes;Family -MZ | — | — |
| Pt/family<br>demonstrates<br>understanding of<br>home program | — | — | Yes;Family -MZ | — | — |

Progress (Overall)

| | | | | | |
|---|---|---|---|---|---|
| Progress | — | — | Slow progress,<br>decreased activity<br>tolerance;Progressi<br>ng toward goals -MZ | — | — |

Overall Assessment

| | | | | | |
|---|---|---|---|---|---|
| Impairment in<br>Function | — | — | Acute Pain;Balance<br>Deficits;Impaired<br>Endurance;Impaired<br>ROM;Impaired Skin<br>Integrity;Knowledge<br>Deficit;Risk of<br>Disuse<br>Syndrome;Risk of | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1027

Printed by 71334 at 8/21/24 10:11 AM

MC_002878

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | Injury -MZ | | |
|---|---|---|---|---|---|
| Activity Limitations | — | — | Impaired Bed Mobility;Impaired Gait;Impaired Stair Climbing;Impaired Transfers -MZ | — | — |
| Overall Function | — | — | Linda is seen for PT session. Spouse performs teachback of transfer techniques with good safety awareness and ability to facilitate and guard patient during transfers. Noted patient's difficulty to maintain NWB LLE throughout, states "Shane told me I can put the heel down", visibly bears significant weight through the extremity. Reviewed recommendations for wheelchair ramp, patient's bed to be moved downstairs, tub transfer bench, and HHPT servies. Patient states that the PA told her she does not need continued PT due to NWB restrictions of LLE - "you can't do anything with it". Clarified that focus of continued PT would not be LLE, but to strengthen surrounding joints and contralateral LE, improve balance and trunk control, enhance activity tolerance, and facilitate improved ability to maintain WB precautions. Patient ackowledges current difficulty with functional mobility tasks but continues to decline need for HHPT services. Once medically clear, she is | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1028

Printed by 71334 at 8/21/24 10:11 AM

MC_002879

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | appropriate for D/C to home with assist. Continue to recommend HHPT services to enhance safe functional independence and optimize rehab potential. -MZ | | |
| Prognosis for PT Goals | — | — | Good -MZ | — | — |
| Patient appropriate for continued skilled acute care PT to maximize function, safety, and independence? | — | — | Yes- will continue to assess needs and progress mobility as able. -MZ | — | — |
| **Recommendations** | | | | | |
| PT Discharge Recommendation | — | — | Home with assist;Home Health PT -MZ | — | — |
| Does patient have appropriate support to discharge to prior living situation | — | — | Yes -MZ | — | — |
| PT Recommended equipment for discharge | — | — | FWW;Wheelchair;Tub Transfer Bench 🗋 Wheelchair ramp -MZ | — | — |
| Does patient have recommended equipment | — | — | No- needs community resource options -MZ | — | — |
| PT - OK to Discharge (Discharge Milestone Signoff) | — | — | Yes -MZ | — | — |
| **Goals** | | | | | |
| Goals Remain Appropriate | — | — | Yes -MZ | — | — |
| **Billable Unit Time** | | | | | |
| Therapeutic Activities | — | — | 31 -MZ | — | — |
| **AM-PAC Daily Activity Inpatient** | | | | | |
| Lower body dressing | A Little -CH | A Little -WM | A Little -MZ | A Little -CH | None -WM |
| Bathing | A Little -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Toileting | A Little -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Upper Body Dressing | None -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Grooming | None -CH | A Little -WM | A Little -MZ | None -CH | None -WM |
| Eating | None -CH | None -WM | None -MZ | None -CH | None -WM |
| Daily Activity Inpatient Raw | 21 -CH | 19 -WM | 19 -MZ | 23 -CH | 24 -WM |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1029

Printed by 71334 at 8/21/24 10:11 AM

MC_002880

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Score
(Calculated)
AM-PAC Basic Mobility Inpatient

| | | | | | |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | None -CH | A Little -WM | A Little -MZ | None -CH | A Little -WM |
| Lying on Back to Sitting on Edge | None -CH | A Little -WM | A Little -MZ | None -CH | A Little -WM |
| Moving Bed to Chair | A Little -CH | A Little -WM | A Little -MZ | A Little -CH | A Little -WM |
| Standing up from Chair | A Little -CH | A Little -WM | A Little -MZ | A Little -CH | A Little -WM |
| Walk in Room | A Little -CH | A Lot -WM | Total -MZ | A Little -CH | A Little -WM |
| Climbing 3-5 Steps | None -CH | A Lot -WM | Total -MZ | A Little -CH | A Little -WM |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 21 -CH | 16 -WM | 14 -MZ | 20 -CH | 18 -WM |
| JH-HLM Goal | 6 -CH | 5 -WM | 4 -MZ | 6 -CH | 6 -WM |

Mobility

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | — | — | — | Walk 10+ steps (6) -CH | Walk 10+ steps (6) -WM |

| Row Name | 12/06/23 1200 | 12/05/23 2333 | 12/05/23 1143 | 12/05/23 0900 | 12/05/23 0204 |
|---|---|---|---|---|---|

Time

| | | | | | |
|---|---|---|---|---|---|
| Session time start | 0938 -MZ | — | — | 1035 -TF | — |
| Session time end | 1005 -MZ | — | — | 1200 -TF | — |

General info

| | | | | | |
|---|---|---|---|---|---|
| PT Status | T 12/6 MZ -MZ | — | — | E 12/5 TF -TF | — |
| Bed/Chair Alarm Placed | not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately -MZ | — | — | Yes -TF | — |
| Communication Post Therapy Session | Verbal hand-off to RN completed -MZ | — | — | Verbal hand-off to RN completed -TF | — |

Acute Triage

| | | | | | |
|---|---|---|---|---|---|
| Triage Priority | 1 -MZ | — | — | 1 -TF | — |
| Triage Group | Orthopedics and sports;Total Joint -MZ | — | — | Orthopedics and sports -TF | — |

Therapy

| | | | | | |
|---|---|---|---|---|---|
| Status | Home with A, HHPT services -MZ | — | — | NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner -TF | — |

Precautions

| | | | | | |
|---|---|---|---|---|---|
| Weight Bearing Status -1 | Non-weight bearing;LLE -MZ | — | — | Non-weight bearing;Heel touch;LLE NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner -TF | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1030

Printed by 71334 at 8/21/24 10:11 AM

MC_002881

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

## Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Other precautions | — | — | — | Falls -TF | — |
| **Subjective Comments** | | | | | |
| Subjective Information | Patient is agreeable to PT session focused on caregiver training with spouse. -MZ | — | — | Pt is agreeable to skilled PT evaluation. -TF | — |
| **Pain** | | | | | |
| Pre-Session Rating | 6 -MZ | — | — | — | — |
| Post-Session Rating | 8 -MZ | — | — | — | — |
| Pain Location | Left;LEG;KNEE -MZ | — | — | — | — |
| **Cognition** | | | | | |
| Overall Cognitive Status | — | — | — | Within functional limits -TF | — |
| **Bed Mobility** | | | | | |
| Supine to Sit | SBA -MZ | — | — | CGA;Bed Rail;HOB elevated -TF | — |
| Sit to Supine | SBA -MZ | — | — | — | — |
| **Transfers** | | | | | |
| Sit to Stand | SBA;CGA -MZ | — | — | ModA 📄 assist for LEFT LE management -TF | — |
| Stand to Sit | SBA;CGA -MZ | — | — | ModA 📄 assist for LEFT LE management -TF | — |
| Bed to/from Chair | CGA -MZ | — | — | ModA;Cues for safety 📄 for LEFT LE management -TF | — |
| Assistive Device | FWW;Gait Belt 📄 Gait belt to support LLE from floor. -MZ | — | — | FWW;Gait Belt -TF | — |
| **Ambulation** | | | | | |
| Weight Bearing Status | — | — | — | Non-weight bearing;Heel touch;LLE 📄 NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner -TF | — |
| Distance (feet) | — | — | — | 1 foot at the edge of bed -TF | — |
| Assistance Level | — | — | — | ModA 📄 assist for LEFT LE management -TF | — |
| Assistive Device | — | — | — | FWW;Gait Belt 📄 another gait belt on patient's LEFT ankle -TF | — |
| Gait Characteristics | — | — | — | Decreased Pace;Unsteady -TF | — |
| Verbal Cues | — | — | — | Sequencing;LE advancement;Device management;Safety;Weight bearing -TF | — |
| **Balance** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Printed by 71334 at 8/21/24 10:11 AM

MC_002882

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Sitting Balance - Static | Good -MZ | — | — | Good -TF | — |
| Sitting Balance - Dynamic | Good -MZ | — | — | Good -TF | — |
| Standing Balance - Static | Fair -MZ | — | — | Fair -TF | — |
| Standing Balance - Dynamic | Not tested -MZ | — | — | Fair -TF | — |
| Time | >11 min -MZ | — | — | >11 min -TF | — |
| Position | Edge of Bed;Edge of Chair;At walker -MZ | — | — | Edge of Bed;Edge of Chair;At walker -TF | — |
| Performance | UE support required;Fatigues quickly -MZ | — | — | UE support required;Fatigues quickly -TF | — |

### Education

| | | | | | |
|---|---|---|---|---|---|
| Education Provided | adaptive techniques;adaptive equipment;body mechanics;energy conservation;DME/equipment resources;falls prevention;precautions;joint replacement;home exercise program -MZ | — | — | adaptive equipment;adaptive techniques;body mechanics;energy conservation;falls prevention;home exercise program;joint replacement;precautions -TF | — |
| Pt/family provided info re: abilities and prognosis | Yes;Family -MZ | — | — | Yes -TF | — |
| Pt/family understand precautions/limitations | Yes;Family -MZ | — | — | Yes -TF | — |
| Pt/family demonstrates understanding of home program | Yes;Family -MZ | — | — | Yes 🗎 it is unclear what the precautions are regarding LEFT hip and ankle ROM; PA Shane Turner noted that he educated patient on those. -TF | — |

### Progress (Overall)

| | | | | | |
|---|---|---|---|---|---|
| Progress | Progressing toward goals;Slow progress, decreased activity tolerance -MZ | — | — | — | — |

### Overall Assessment

| | | | | | |
|---|---|---|---|---|---|
| Impairment in Function | Acute Pain;Balance Deficits;Impaired Endurance;Impaired ROM;Impaired Skin Integrity;Knowledge Deficit;Risk of Disuse Syndrome;Risk of Injury -MZ | — | — | Acute Pain;Balance Deficits;Impaired Endurance;Impaired ROM;Impaired Skin Integrity;Knowledge Deficit;Risk of Disuse Syndrome;Risk of Injury -TF | — |
| Activity | Impaired Bed | — | — | Impaired Bed | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1032

Printed by 71334 at 8/21/24 10:11 AM

MC_002883

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | |
|---|---|---|---|
| Limitations | Mobility;Impaired Gait;Impaired Stair Climbing;Impaired Transfers -MZ | | Mobility;Impaired Gait;Impaired Stair Climbing;Impaired Transfers -TF |
| Overall Function | Linda is seen today for PT session with goal of facilitating caregiver training with spouse. Performed functional transfer training directed to both R and L side using FWW, focused on appropriate transfer sequencing and techniques for safe guarding during mobility. Discussed recommendations for adaptations within the home extensively including moving the patient's bed downstairs, obtaining/installing a wheelchair ramp, obtaining a tub transfer bench, and where to purchase gait belts. -MZ | ----     ---- | Patient admitted with LEFT TKR with patella tendon reconstruction with open patellectomy on 12/4/2023. At baseline patient reports being modified-independent with a FWW over the last six months due to the increasing LEFT knee pain. Currently patient requires mod-assist for all out-of-bed mobility. She transferred via squat-pivot to the recliner, as well as stood at the edge of the chair with a FWW while taking small hops over a foot distance. Patient required my assist to keep her LEFT LE off the ground (NWB per PA Shane Turner, heel-touch WB per Dr. Adler) via the gait belt around her ankle. Eventually she progressed to wrapping the free gait belt end around the walker handle, and could manage the lift of the LEFT LE at CGA. Patient currently presents below baseline mobility status, and appears appropriate for acute skilled PT. When able to reach all acute skilled PT goals with PT staff (mobilize at CGA to min-A due to her husband only being able to provide min-assist), and when able to secure all equipment (a ramp |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1033

Printed by 71334 at 8/21/24 10:11 AM

MC_002884

### 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | to enter her home), the patient will benefit from discharge home with 24/7 assist and home health PT to follow. -TF | |
| Prognosis for PT Goals | Good -MZ | — | — | Good -TF | — |
| Factors Limiting Discharge | Severity of Impairments;Comorbidities;Limited Caregiver Support -MZ | — | — | Inaccessible Living Environment;Severity of Impairments;Comorbidities -TF | — |
| Patient appropriate for continued skilled acute care PT to maximize function, safety, and independence? | Yes- will continue to assess needs and progress mobility as able. -MZ | — | — | Yes- will continue to assess needs and progress mobility as able. -TF | — |
| **Recommendations** | | | | | |
| PT Discharge Recommendation | Home Health PT;Home with assist -MZ | — | — | Home with assist;Home Health PT -TF | — |
| Does patient have appropriate support to discharge to prior living situation | Yes -MZ | — | — | Yes -TF | — |
| PT Recommended equipment for discharge | FWW;Wheelchair -MZ | — | — | FWW;Wheelchair -TF | — |
| Does patient have recommended equipment | Yes -MZ | — | — | Yes -TF | — |
| PT Plan for Next Session | Review transfer techniques, caregiver teachback -MZ | — | — | transfer independence progression -TF | — |
| **Goals** | | | | | |
| Goals Remain Appropriate | Yes -MZ | — | — | — | — |
| Goals- To be met by discharge, patient will demonstrate the following in order to improve functional mobility in order to maximize independence and promote return to prior living situation | — | — | — | Bed mobility;Rolling;Sit to/from stand;Bed to Chair;Stairs;Standing Tolerance;Other 1 -TF | — |
| Bed mobility | — | — | — | Modified | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1034

Printed by 71334 at 8/21/24 10:11 AM

MC_002885

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Independent -TF |  |
| Rolling | — | — | — | Modified independent -TF | — |
| Sit to/from stand | — | — | — | Contact guard assist;Using FWW -TF | — |
| Bed to Chair | — | — | — | Contact guard assist;Using FWW;Stand Pivot;Partial Stand Pivot -TF | — |
| Stairs | — | — | — | Ascend/descend 5 stairs 📄 scooting on butt if no ramp is available -TF | — |
| Standing Tolerance | — | — | — | 1 minute;Contact guard assist;Using FWW -TF | — |
| Other Goal | — | — | — | WC propulsion for 50 feet -TF | — |

**Billable Unit Time**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Evaluation (including chart review and documentation) | — | — | — | 167 -TF | — |
| Therapeutic Activities | 27 -MZ | — | — | — | — |

**Plan**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Treatment Interventions | — | — | — | Gait/Stair Training;Therapeutic Activities/transfer training;Therapeutic Exercise;Home Exercise Program;Balance/Neuro Re-education -TF | — |
| PT Frequency | — | — | — | 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met -TF | — |

**AM-PAC Daily Activity Inpatient**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Lower body dressing | A Lot -MZ | A Lot -KS | A Lot -KJ | — | — |
| Bathing | A Lot -MZ | A Lot -KS | A Lot -KJ | — | — |
| Toileting | A Lot -MZ | A Lot -KS | A Lot -KJ | — | — |
| Upper Body Dressing | A Little -MZ | A Little -KS | A Little -KJ | — | — |
| Grooming | A Little -MZ | A Little -KS | A Little -KJ | — | — |
| Eating | None -MZ | A Little -KS | A Little -KJ | — | — |
| Daily Activity Inpatient Raw Score (Calculated) | 16 -MZ | 15 -KS | 15 -KJ | — | — |

**AM-PAC Basic Mobility Inpatient**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Turning in Bed Without Bedrail | A Little -MZ | A Little -KS | A Little -KJ | A Little -TF | A Little -RV |
| Lying on Back to | A Little -MZ | A Little -KS | A Little -KJ | A Little -TF | A Little -RV |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1035

Printed by 71334 at 8/21/24 10:11 AM

MC_002886

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

**Sitting on Edge**

| | | | | | |
|---|---|---|---|---|---|
| Moving Bed to Chair | A Lot -MZ | A Lot -KS | A Lot -KJ | A Lot -TF | A Little -RV |
| Standing up from Chair | A Little -MZ | A Little -KS | A Little -KJ | A Lot -TF | A Little -RV |
| Walk in Room | Total -MZ | A Lot -KS | A Lot -KJ | Total -TF | A Little -RV |
| Climbing 3-5 Steps | Total -MZ | Total -KS | Total ▤ not assessed -KJ | Total -TF | — |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 13 -MZ | 14 -KS | 14 -KJ | 12 -TF | — |
| JH-HLM Goal | 4 -MZ | 4 -KS | 4 -KJ | 4 -TF | — |

**Mobility**

| | | | | | |
|---|---|---|---|---|---|
| Highest Level of Mobility Performed (JH-HLM) | Walk 10+ steps (6) -KJ | Transfer to chair (4) -KS | Transfer to chair (4) -KJ | Transfer to chair (4) -TF | Stand for 1 minute (5) -RV |

| Row Name | 12/04/23 2125 | | | | |
|---|---|---|---|---|---|

**AM-PAC Basic Mobility Inpatient**

| | |
|---|---|
| Turning in Bed Without Bedrail | A Little -RV |
| Lying on Back to Sitting on Edge | A Little -RV |
| Moving Bed to Chair | A Little -RV |
| Standing up from Chair | A Little -RV |
| Walk in Room | A Little -RV |

**Mobility**

| | |
|---|---|
| Highest Level of Mobility Performed (JH-HLM) | Stand for 1 minute (5) -RV |

### RCP Treatments

| Row Name | 12/08/23 0809 | 12/08/23 0004 | 12/07/23 1508 | 12/07/23 0816 | 12/07/23 0339 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | — | 87 -AG | 96 -BQ | 83 -BQ | 92 -AG |
| Resp | 18 -BQ | 18 -AG | 18 -BQ | 18 -BQ | 18 -AG |
| SpO2 | 96 % -BQ | 95 % -AG | 98 % -BQ | 99 % -BQ | 100 % -AG |

| Row Name | 12/06/23 2201 | 12/06/23 1714 | 12/06/23 1125 | 12/06/23 0742 | 12/06/23 0334 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | 100 -AG | 90 -AH | 94 -AH | 91 -YL | 98 -JR |
| Resp | 18 -AG | 16 -AH | 14 -AH | 16 -YL | 18 -JR |
| SpO2 | 95 % -AG | 98 % -AH | 93 % -AH | 93 % -YL | 96 % -JR |
| Oxygen Device/Source | — | None (Room Air) - AH | — | CPAP -YL | CPAP -JR |

| Row Name | 12/05/23 2314 | 12/05/23 1943 | 12/05/23 1523 | 12/05/23 1142 | 12/05/23 0818 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | 81 -JR | 86 -DF | 80 -MJ | 90 -MJ | 75 -MJ |
| Resp | 16 -JR | 16 -DF | 16 -MJ | 15 -MJ | 18 -MJ |
| SpO2 | 91 % -JR | 93 % -DF | 96 % -MJ | 96 % -MJ | 96 % -MJ |
| Oxygen Device/Source | None (Room Air) - JR | CPAP -DF | None (Room Air) - MJ | None (Room Air) - MJ | None (Room Air) - MJ |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1036

Printed by 71334 at 8/21/24 10:11 AM

MC_002887

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Row Name | 12/05/23 0322 | 12/04/23 2255 | 12/04/23 2035 | 12/04/23 1900 | 12/04/23 1725 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | 79 -JR | 89 -JR | — | 98 -JR | 95 -YN |
| Resp | 16 -JR | 18 -JR | — | — | 17 -YN |
| SpO2 | 94 % -JR | 95 % -JR | — | 91 % -JR | 95 % -YN |
| Oxygen Device/Source | None (Room Air) - JR | None (Room Air) - JR | — | None (Room Air) - JR | — |
| **Incentive Spirometry Treatment** | | | | | |
| $Level of Service | — | — | Initial Instruction -SY | — | — |
| Repetitions | — | — | 3 -SY | — | — |
| Goal | — | — | 1750 -SY | — | — |
| Achieved | — | — | 2000 -SY | — | — |
| Treatment Tolerance | — | — | Well -SY | — | — |

| Row Name | 12/04/23 1715 | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 | 12/04/23 1620 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | 97 -YN | 97 -YN | 94 -YN | 93 -YN | 94 -YN |
| Resp | 19 -YN | 20 -YN | 14 -YN | 15 -YN | 16 -YN |
| SpO2 | 96 % -YN | 94 % -YN | 92 % -YN | 91 % -YN | 90 % -YN |
| Oxygen Device/Source | Nasal Cannula -YN | — | — | — | Nasal Cannula -AC |
| O2 Flow Rate (L/min) | 2 -YN | — | — | — | 3 -AC |

| Row Name | 12/04/23 1615 | 12/04/23 1605 | 12/04/23 1600 | 12/04/23 1555 | 12/04/23 1545 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | 99 -YN | 97 -YN | 97 -YN | 99 -YN | 102 ! -YN |
| Resp | 15 -YN | 20 -YN | 16 -YN | 18 -YN | 22 -YN |
| SpO2 | 94 % -YN | 92 % -YN | 94 % -YN | 94 % -YN | 95 % -YN |
| Oxygen Device/Source | — | — | — | — | None (Room Air) - YN |

| Row Name | 12/04/23 1535 | 12/04/23 1530 | 12/04/23 1525 | 12/04/23 1520 | 12/04/23 1515 |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | 103 ! -YN | 105 ! -YN | 101 ! -YN | 100 -YN | 91 -YN |
| Resp | 16 -YN | 15 -YN | 16 -YN | 15 -YN | 12 -YN |
| SpO2 | 100 % -YN | 99 % -YN | 97 % -YN | 95 % -YN | 95 % -YN |

**[REMOVED] Endotracheal Tube 12/04/23 1045 12/04/23 1519**

| ETT Properties | Inserted Date: 12/04/23 -DLA Inserted Time: 1045 -DLA Single Lumen Tube Size: 7.5 mm -DLA Cuffed: Cuffed -DLA Insertion Attempts: 1 -DLA ETT Type: ETT - single -DLA Tube Location: Oral -DLA Mask Ventilation: Vent by mask + OA or adjuvant +/- NMBA -DLA Verification: Bilat BS;ETCO2 -DLA Laryngoscope: Macintosh -DLA Blade Size: 3 -DLA View Grade: II -DLA Secured at: 21 cm -DLA Measured from: Lips -DLA Removal Date: 12/04/23 -DLA Removal Time: 1519 -DLA |
|---|---|

| Row Name | 12/04/23 1511 | 12/04/23 0817 | 11/29/23 0820 | | |
|---|---|---|---|---|---|
| **Assessment** | | | | | |
| Pulse | 93 -YN | 76 -CP | 80 -LR | | |
| Resp | 13 -YN | 16 -CP | 14 -LR | | |
| SpO2 | 93 % -YN | 95 % -CP | 96 % -LR | | |
| Oxygen Device/Source | Non-Rebreather Mask -YN | — | — | | |
| O2 Flow Rate (L/min) | 12 -YN | — | — | | |

**[REMOVED] Endotracheal Tube 12/04/23 1045 12/04/23 1519**

| ETT Properties | Inserted Date: 12/04/23 -DLA Inserted Time: 1045 -DLA Single Lumen Tube Size: 7.5 mm -DLA Cuffed: Cuffed -DLA Insertion Attempts: 1 -DLA ETT Type: ETT - single -DLA Tube Location: Oral -DLA Mask Ventilation: Vent by mask + OA or adjuvant +/- NMBA -DLA Verification: Bilat BS;ETCO2 -DLA |
|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1037

Printed by 71334 at 8/21/24 10:11 AM

MC_002888

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Laryngoscope: Macintosh -DLA Blade Size: 3 -DLA View Grade: II -DLA Secured at: 21 cm -DLA Measured from: Lips -DLA Removal Date: 12/04/23 -DLA Removal Time: 1519 -DLA

**Report Given To / Report Given By**

| Row Name | 12/04/23 1518 | | | |
|---|---|---|---|---|
| Intra-Op Handoff | | | | |
| Patient moved to: | PACU 1 -RS | | | |
| Report given to: | Alyce, RN -RS | | | |
| Report given by: | Rian, RN -RS | | | |
| Comments: | SBAR -RS | | | |

**SOFA**

| Row Name | 12/08/23 1601 | 12/08/23 1501 | 12/08/23 1401 | 12/08/23 1301 | 12/08/23 1200 |
|---|---|---|---|---|---|
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/08/23 1101 | 12/08/23 1000 | 12/08/23 0901 | 12/08/23 0801 | 12/08/23 0701 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/08/23 0601 | 12/08/23 0501 | 12/08/23 0401 | 12/08/23 0300 | 12/08/23 0200 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/08/23 0101 | 12/08/23 0001 | 12/07/23 2300 | 12/07/23 2200 | 12/07/23 2101 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/07/23 2001 | 12/07/23 1901 | 12/07/23 1800 | 12/07/23 1701 | 12/07/23 1601 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/07/23 1501 | 12/07/23 1401 | 12/07/23 1301 | 12/07/23 1200 | 12/07/23 1101 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/07/23 1000 | 12/07/23 0901 | 12/07/23 0801 | 12/07/23 0701 | 12/07/23 0601 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/07/23 0501 | 12/07/23 0401 | 12/07/23 0300 | 12/07/23 0200 | 12/07/23 0101 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/07/23 0001 | 12/06/23 2300 | 12/06/23 2200 | 12/06/23 2101 | 12/06/23 2001 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/06/23 1901 | 12/06/23 1800 | 12/06/23 1701 | 12/06/23 1601 | 12/06/23 1501 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/06/23 1401 | 12/06/23 1301 | 12/06/23 1200 | 12/06/23 1101 | 12/06/23 1000 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/06/23 0901 | 12/06/23 0801 | 12/06/23 0700 | 12/06/23 0601 | 12/06/23 0501 |
| OTHER | | | | | |
| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
| Row Name | 12/06/23 0401 | 12/06/23 0300 | 12/06/23 0200 | 12/06/23 0101 | 12/06/23 0001 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1038

Printed by 71334 at 8/21/24 10:11 AM

MC_002889

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

OTHER

| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
|---|---|---|---|---|---|
| **Row Name** | **12/05/23 2300** | **12/05/23 2200** | **12/05/23 2101** | **12/05/23 2001** | **12/05/23 1901** |

OTHER

| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
|---|---|---|---|---|---|
| **Row Name** | **12/05/23 1800** | **12/05/23 1701** | **12/05/23 1601** | **12/05/23 1501** | **12/05/23 1401** |

OTHER

| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
|---|---|---|---|---|---|
| **Row Name** | **12/05/23 1301** | **12/05/23 1200** | **12/05/23 1101** | **12/05/23 1000** | **12/05/23 0901** |

OTHER

| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
|---|---|---|---|---|---|
| **Row Name** | **12/05/23 0801** | **12/05/23 0701** | **12/04/23 1501** | **12/04/23 1401** | **12/04/23 1301** |

OTHER

| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB | |
|---|---|---|---|---|---|
| **Row Name** | **12/04/23 1200** | **12/04/23 1101** | **12/04/23 1000** | **12/04/23 0901** | |

OTHER

| SOFA Score | 10 -SB | 10 -SB | 10 -SB | 10 -SB |
|---|---|---|---|---|

**Surgery Preop**

| Row Name | 12/08/23 1630 | 12/08/23 1358 | 12/08/23 1127 | 12/08/23 1027 | 12/08/23 1010 |
|---|---|---|---|---|---|
| Patient/Chart Verification | | | | | |
| Arm Bands/Charms on | — | — | — | — | ID;Allergies -BQ |
| Pain Education | | | | | |
| Patient's Realistic Pain Goal | 4 -CH | — | — | 4 -CH | — |
| Pain Assessment | | | | | |
| Pain Assessment | Assessment -CH | — | Re-Assessment -CH | Assessment -CH | — |
| Patient Currently in Pain | Yes -CH | — | Sleeping/respirations WNL -CH | Yes -CH | — |
| Pain Relieving Factors | Medication -CH | — | — | Medication;Ice / Cold Therapy -CH | — |
| Pain Aggravating Factors | Positional (add comment) -CH | — | — | Positional (add comment) -CH | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -CH | — | — | Numeric (patient able to self-report) -CH | — |
| Pain 1 | | | | | |
| Numeric Pain Scale 1 | 8/10 -CH | — | — | 7/10 -CH | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities -CH | — | — | Interferes with activities, but not passive activities -CH | — |
| Pain Location 1 | KNEE -CH | — | — | KNEE -CH | — |
| Pain Orientation 1 | Left -CH | — | — | Left -CH | — |
| Pain Duration 1 | Continuous -CH | — | — | Continuous -CH | — |
| Pain Onset 1 | Acute Pain -CH | — | — | Acute Pain -CH | — |
| Pain Quality 1 | Pain -CH | — | — | Pain -CH | — |
| Pain Intervention(s) 1 | Medication -CH | — | — | Medication;Ice (T/pump, cold | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1039

Printed by 71334 at 8/21/24 10:11 AM

MC_002890

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | compress) -CH |
|---|---|---|---|---|---|
| Pain Intervention Education Provided 1 | Yes -CH | — | — | Yes -CH | — |
| Side Effect of Intervention 1 | None -CH | — | — | None -CH | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | 1000 mL -PJ | — | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | — | — | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ |

| Row Name | 12/08/23 0810 | 12/08/23 0809 | 12/08/23 0806 | 12/08/23 0500 | 12/08/23 0400 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies -BQ | — | — |
| **Vitals** | | | | | |
| BP | — | 118/71 -BQ | — | — | — |
| BP Method | — | Automatic -BQ | — | — | — |
| MAP (mmHg) | — | 87 mmHg -BQ | — | — | — |
| Temp | — | 36.5 °C (97.7 °F) - BQ | — | — | — |
| Temp src | — | Temporal -BQ | — | — | — |
| Resp | — | 18 -BQ | — | — | — |
| SpO2 | — | 96 % -BQ | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Supine -BQ | — | — | — |
| BP Site | — | Left forearm -BQ | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -BQ | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -CH | — | — | Re-Assessment -WM |
| Patient Currently in Pain | — | No -CH | — | — | Sleeping/respirations WNL -WM |
| **Neurological** | | | | | |
| Neuro (WDL) | Within Defined Limits -CH | — | — | — | — |
| Eyes Open | Spontaneous -CH | — | — | — | — |
| Best Verbal Response | Oriented -CH | — | — | — | — |
| Best Motor Response | Obeys commands - CH | — | — | — | — |
| GCS Total | 15 -CH | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1040

Printed by 71334 at 8/21/24 10:11 AM

MC_002891

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | Awake;Alert -CH | — | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -CH | — | — | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | Sequential compression devices - knee high;Right -CH | — | Bilateral;Sequential compression devices - knee high -BQ | — | — |
| Anti-Embolism Device Intervention | On;Skin check -CH | — | On -BQ | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | Within Defined Limits -CH | — | — | — | — |
| Cardiac Regularity | Regular -CH | — | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -CH | — | — | — | — |
| **LLE** | | | | | |
| LLE | Injury/trauma;Limited movement -CH | — | — | — | — |
| L Knee | Injury/trauma;Limited movement -CH | — | — | — | — |
| **Gastrointestinal** | | | | | |
| Last Bowel Movement Date | 12/07/23 -CH | — | — | — | — |
| **Genitourinary** | | | | | |
| Urinary Status | Continent -CH | — | — | — | — |
| Urine Void (mL) | — | — | — | 600 mL -WM | — |
| **Skin** | | | | | |
| Pressure Injury Prevention | Float heels;Moisture wicking pads -CH | — | — | — | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | Within Defined Limits -CH | — | — | — | — |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | No impairment -CH | — | — | — | — |
| Moisture | Rarely moist -CH | — | — | — | — |
| Activity | Walks occasionally -CH | — | — | — | — |
| Mobility | Slightly limited -CH | — | — | — | — |
| Nutrition | Adequate -CH | — | — | — | — |
| Friction and Shear | No apparent problem -CH | — | — | — | — |
| Braden Scale Score | 20 -CH | — | — | — | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | No -CH | — | — | — | — |
| Secondary Diagnosis | Yes -CH | — | — | — | — |
| Ambulatory Aid | None, bed rest, | — | — | — | — |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1041                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002892

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | wheelchair or nurse assist -CH | | | | |
| IV or Heparin Lock | Yes -CH | — | — | — | — |
| Gait and Transferring | Normal, bed rest or immobile -CH | — | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -CH | — | — | — | — |
| Morse Fall Risk Total | 35 -CH | — | — | — | — |

**Fall Risk Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | Bones;Anticoagulants;Recent surgery -CH | — | — | — | — |

| Row Name | 12/08/23 0333 | 12/08/23 0329 | 12/08/23 0030 | 12/08/23 0004 | 12/07/23 2200 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies -AG | — | — |
| **Vitals** | | | | | |
| BP | — | — | — | 98/58 -AG | — |
| BP Method | — | — | — | Automatic -AG | — |
| MAP (mmHg) | — | — | — | 71 mmHg -AG | — |
| Temp | — | — | — | 36.2 °C (97.1 °F) - AG | — |
| Temp src | — | — | — | Skin -AG | — |
| Pulse | — | — | — | 87 -AG | — |
| Resp | — | — | — | 18 -AG | — |
| SpO2 | — | — | — | 95 % -AG | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Supine -AG | — |
| BP Site | — | — | — | Left forearm -AG | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -AG | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -WM | — | — | — | — |
| Patient Currently in Pain | Yes -WM | — | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain | 8/10 -WM | — | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1042

Printed by 71334 at 8/21/24 10:11 AM

MC_002893

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Scale 1 | | | | | |
|---|---|---|---|---|---|
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - WM | — | — | — | — |
| Pain Location 1 | KNEE -WM | — | — | — | — |
| Pain Orientation 1 | Left -WM | — | — | — | — |
| Pain Duration 1 | Continuous -WM | — | — | — | — |
| Pain Onset 1 | Acute Pain -WM | — | — | — | — |
| Pain Quality 1 | Pain -WM | — | — | — | — |
| Pain Intervention(s) 1 | Medication -WM | — | — | — | — |
| Pain Intervention Education Provided 1 | Yes -WM | — | — | — | — |
| Side Effect of Intervention 1 | None -WM | — | — | — | — |
| **Neurological** | | | | | |
| Neuro (WDL) | — | Within Defined Limits -WM | — | — | — |
| Level of Consciousness | — | Awake;Alert -WM | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | — | Within Defined Limits -WM | — | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -WM | Sequential compression devices - knee high -AG | — | — |
| Anti-Embolism Device Intervention | — | On -WM | On -AG | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | Within Defined Limits -WM | — | — | — |
| **Cardiac** | | | | | |
| Pacemaker/AICD | — | No -WM | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -WM | — | — | — |
| **LLE** | | | | | |
| LLE | — | Injury/trauma;Limited movement -WM | — | — | — |
| L Knee | — | Injury/trauma;Limited movement -WM | — | — | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | — | 900 mL -AG | — | — |
| **Skin** | | | | | |
| Skin Integrity 1 | — | Incision -WM | — | — | — |
| Skin Location 1 | — | L knee -WM | — | — | — |
| Pressure Injury Prevention | — | Moisture wicking pads -WM | — | — | — |
| **Psychosocial** | | | | | |
| Psychosocial | — | Within Defined | — | — | — |

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 1043    Printed by 71334 at 8/21/24 10:11 AM

MC_002894

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| (WDL) | | Limits -WM | | | |
| Patient Belongings | | | | | |
| Hearing Aid | — | None -WM | — | — | — |
| Braden Scale: High risk < or equal 18 | | | | | |
| Sensory Perceptions | — | No impairment -WM | — | — | — |
| Moisture | — | Rarely moist -WM | — | — | — |
| Activity | — | Walks occasionally -WM | — | — | — |
| Mobility | — | Slightly limited -WM | — | — | — |
| Nutrition | — | Adequate -WM | — | — | — |
| Friction and Shear | — | No apparent problem -WM | — | — | — |
| Braden Scale Score | — | 20 -WM | — | — | — |
| Morse Falls Risk: High Risk is > or equal 45 | | | | | |
| History of Falls in Last 3 Months? | — | No -WM | — | — | — |
| Secondary Diagnosis | — | Yes -WM | — | — | — |
| Ambulatory Aid | — | None, bed rest, wheelchair or nurse assist -WM | — | — | — |
| IV or Heparin Lock | — | Yes -WM | — | — | — |
| Gait and Transferring | — | Normal, bed rest or immobile -WM | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -WM | — | — | — |
| Morse Fall Risk Total | — | 35 -WM | — | — | — |
| Fall Risk Interventions | | | | | |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG |
| Risk for Injury | | | | | |
| Risk for injury | — | Recent surgery -WM | — | — | — |
| **Row Name** | **12/07/23 2028** | **12/07/23 1940** | **12/07/23 1800** | **12/07/23 1630** | **12/07/23 1533** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002895

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Patient/Chart Verification | | | | | |
|---|---|---|---|---|---|
| Arm Bands/Charms on | ID;Allergies -WM | ID;Allergies -AG | ID;Allergies -BQ | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Re-Assessment -CH | — |
| Patient Currently in Pain | — | — | — | No -CH | — |
| **Neurological** | | | | | |
| Neuro (WDL) | Within Defined Limits -WM | — | — | — | Within Defined Limits -CH |
| Eyes Open | Spontaneous -WM | — | — | — | — |
| Best Verbal Response | Oriented -WM | — | — | — | — |
| Best Motor Response | Obeys commands - WM | — | — | — | — |
| GCS Total | 15 -WM | — | — | — | — |
| Level of Consciousness | Awake;Alert -WM | — | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -WM | — | — | — | Within Defined Limits -CH |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | Sequential compression devices - knee high;Right -WM | — | — | — | — |
| Anti-Embolism Device Intervention | On -WM | — | On -BQ | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | Within Defined Limits -WM | — | — | — | Within Defined Limits -CH |
| **Cardiac** | | | | | |
| Pacemaker/AICD | No -WM | — | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -WM | — | — | — | Exceptions to Defined Limits -CH |
| **LLE** | | | | | |
| LLE | Injury/trauma;Limited movement -WM | — | — | — | — |
| L Knee | Injury/trauma;Limited movement -WM | — | — | — | — |
| **Gastrointestinal** | | | | | |
| Last Bowel Movement Date | 12/07/23 -WM | — | — | — | — |
| **Skin** | | | | | |
| Skin Integrity 1 | Incision -WM | — | — | — | — |
| Skin Location 1 | L knee -WM | — | — | — | — |
| Pressure Injury Prevention | Moisture wicking pads -WM | — | — | — | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | Within Defined Limits -WM | — | — | — | Within Defined Limits -CH |
| **Patient Belongings** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1045

Printed by 71334 at 8/21/24 10:11 AM

MC_002896

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Hearing Aid | None -WM | — | — | — | — |
|---|---|---|---|---|---|

**Braden Scale: High risk < or equal 18**

| Sensory Perceptions | No impairment -WM | — | — | — | — |
|---|---|---|---|---|---|
| Moisture | Rarely moist -WM | — | — | — | — |
| Activity | Walks occasionally -WM | — | — | — | — |
| Mobility | Slightly limited -WM | — | — | — | — |
| Nutrition | Adequate -WM | — | — | — | — |
| Friction and Shear | No apparent problem -WM | — | — | — | — |
| Braden Scale Score | 20 -WM | — | — | — | — |

**Morse Falls Risk: High Risk is > or equal 45**

| History of Falls in Last 3 Months? | No -WM | — | — | — | — |
|---|---|---|---|---|---|
| Secondary Diagnosis | Yes -WM | — | — | — | — |
| Ambulatory Aid | None, bed rest, wheelchair or nurse assist -WM | — | — | — | — |
| IV or Heparin Lock | Yes -WM | — | — | — | — |
| Gait and Transferring | Normal, bed rest or immobile -WM | — | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -WM | — | — | — | — |
| Morse Fall Risk Total | 35 -WM | — | — | — | — |

**Fall Risk Interventions**

| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -WM | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |
|---|---|---|---|---|---|

**Risk for Injury**

| Risk for injury | Recent surgery -WM | — | — | — | — |
|---|---|---|---|---|---|
| **Row Name** | **12/07/23 1530** | **12/07/23 1508** | **12/07/23 1453** | **12/07/23 1204** | **12/07/23 1104** |

**Patient/Chart Verification**

| Arm Bands/Charms | — | — | ID;Allergies -BQ | — | — |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1046

Printed by 71334 at 8/21/24 10:11 AM

MC_002897

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

on

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| BP | — | 123/68 -BQ | — | — | — |
| BP Method | — | Automatic -BQ | — | — | — |
| MAP (mmHg) | — | 86 mmHg -BQ | — | — | — |
| Temp | — | 36.3 °C (97.3 °F) - BQ | — | — | — |
| Temp src | — | Temporal -BQ | — | — | — |
| Pulse | — | 96 -BQ | — | — | — |
| Resp | — | 18 -BQ | — | — | — |
| SpO2 | — | 98 % -BQ | — | — | — |

**Orthostatic BP**

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | Sitting -BQ | — | — | — |
| BP Site | — | Left forearm -BQ | — | — | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | Room air -BQ | — | — | — |

**Pain Education**

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | — | — | — | — | 4 -CH |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -NB | — | — | Re-Assessment -CH | Assessment -CH |
| Patient Currently in Pain | Yes -NB | — | — | No -CH | Yes -CH |
| Pain Relieving Factors | Medication -NB | — | — | — | Medication;Ice / Cold Therapy;Sleep / Rest -CH |
| Pain Aggravating Factors | — | — | — | — | Ambulating / Activity -CH |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) - CH |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 8/10 -NB | — | — | — | 8/10 -CH |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with activities, but not passive activities - CH |
| Pain Location 1 | KNEE -NB | — | — | — | KNEE -CH |
| Pain Orientation 1 | — | — | — | — | Left -CH |
| Pain Duration 1 | — | — | — | — | Continuous -CH |
| Pain Onset 1 | — | — | — | — | Acute Pain -CH |
| Pain Quality 1 | — | — | — | — | Sharp;Throbbing - CH |
| Pain Intervention(s) 1 | Medication -NB | — | — | — | Medication;Ice (T/pump, cold compress) -CH |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -CH |
| Side Effect of Intervention 1 | — | — | — | — | None -CH |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Device Intervention | — | — | On -BQ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1047
Printed by 71334 at 8/21/24 10:11 AM

MC_002898

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — |

| Row Name | 12/07/23 1006 | 12/07/23 0816 | 12/07/23 0814 | 12/07/23 0813 | 12/07/23 0800 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | ID;Allergies -BQ | — | — | ID;Allergies -BQ | — |
| **Vitals** | | | | | |
| BP | — | 135/83 -BQ | — | — | — |
| BP Method | — | Automatic -BQ | — | — | — |
| MAP (mmHg) | — | 100 mmHg -BQ | — | — | — |
| Temp | — | 36.5 °C (97.7 °F) - BQ | — | — | — |
| Temp src | — | Temporal -BQ | — | — | — |
| Pulse | — | 83 -BQ | — | — | — |
| Resp | — | 18 -BQ | — | — | — |
| SpO2 | — | 99 % -BQ | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -BQ | — | — | — |
| BP Site | — | Left forearm -BQ | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -BQ | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | — | Assessment -CH |
| Patient Currently in Pain | — | — | — | — | Sleeping/respirations WNL -CH |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | — | — | Within Defined Limits -CH |
| Eyes Open | — | — | — | — | Spontaneous -CH |
| Best Verbal Response | — | — | — | — | Oriented -CH |
| Best Motor Response | — | — | — | — | Obeys commands -CH |
| GCS Total | — | — | — | — | 15 -CH |
| Level of Consciousness | — | — | — | — | Awake;Alert -CH |
| **HEENT** | | | | | |
| HEENT (WDL) | — | — | — | — | Within Defined Limits -CH |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | — | — | — | Sequential compression |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1048

Printed by 71334 at 8/21/24 10:11 AM

MC_002899

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | devices - knee high;Right -CH |
| Anti-Embolism Device Intervention | Off -BQ | — | — | — | On;Skin check -CH |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | — | — | Within Defined Limits -CH |
| Cardiac Regularity | — | — | — | — | Regular -CH |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — | — | — | Exceptions to Defined Limits -CH |
| **LLE** | | | | | |
| L Knee | — | — | — | — | Injury/trauma;Limited movement -CH |
| **Gastrointestinal** | | | | | |
| Last Bowel Movement Date | — | — | — | — | 12/04/23 -CH |
| **Genitourinary** | | | | | |
| Urinary Status | — | — | — | — | Continent -CH |
| Urine Void (mL) | 300 mL -BQ | — | — | — | — |
| **Skin** | | | | | |
| Pressure Injury Prevention | — | — | — | — | Float heels;Moisture wicking pads -CH |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | — | — | — | — | Within Defined Limits -CH |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | — | — | — | — | No impairment -CH |
| Moisture | — | — | — | — | Rarely moist -CH |
| Activity | — | — | — | — | Walks occasionally -CH |
| Mobility | — | — | — | — | Slightly limited -CH |
| Nutrition | — | — | — | — | Adequate -CH |
| Friction and Shear | — | — | — | — | No apparent problem -CH |
| Braden Scale Score | — | — | — | — | 20 -CH |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | — | — | — | No -CH |
| Secondary Diagnosis | — | — | — | — | Yes -CH |
| Ambulatory Aid | — | — | — | — | None, bed rest, wheelchair or nurse assist -CH |
| IV or Heparin Lock | — | — | — | — | Yes -CH |
| Gait and Transferring | — | — | — | — | Weak -CH |
| Mental Status | — | — | — | — | Oriented (and realistic) to own ability -CH |
| Morse Fall Risk | — | — | — | — | 45 -CH |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1049

Printed by 71334 at 8/21/24 10:11 AM

MC_002900

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

### Flowsheets (group 2 of 3) (continued)

Total
Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — | — | Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Personal items within reach;Safety instructions given;Wheels locked -BQ | — |

Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | — | Bones;Anticoagulants;Recent surgery -CH |

2023 - 2024 SEASONAL INFLUENZA

| | | | | | |
|---|---|---|---|---|---|
| Has patient received SEASONAL INFLUENZA vaccine this season | — | — | Yes -NB | — | — |

| Row Name | 12/07/23 0339 | 12/07/23 0331 | 12/07/23 0328 | 12/07/23 0230 | 12/07/23 0158 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies -AG | — | — |
| **Vitals** | | | | | |
| BP | 129/80 -AG | — | — | — | — |
| BP Method | Automatic -AG | — | — | — | — |
| MAP (mmHg) | 96 mmHg -AG | — | — | — | — |
| Temp | 36.6 °C (97.8 °F) -AG | — | — | — | — |
| Temp src | Skin -AG | — | — | — | — |
| Pulse | 92 -AG | — | — | — | — |
| Resp | 18 -AG | — | — | — | — |
| SpO2 | 100 % -AG | — | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Sitting -AG | — | — | — | — |
| BP Site | Left forearm -AG | — | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -AG | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Re-Assessment -WM | Assessment -WM |
| Patient Currently in Pain | — | — | — | Sleeping/respirations WNL -WM | Yes -WM |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | — | 7/10 -WM |
| Functional Pain | — | — | — | — | Interferes with some |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1050

Printed by 71334 at 8/21/24 10:11 AM

MC_002901

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Scale (Self-Report) 1 | | | | | activities -WM |
| Pain Location 1 | — | — | — | — | KNEE -WM |
| Pain Orientation 1 | — | — | — | — | Left -WM |
| Pain Duration 1 | — | — | — | — | Continuous -WM |
| Pain Onset 1 | — | — | — | — | Acute Pain -WM |
| Pain Quality 1 | — | — | — | — | Throbbing -WM |
| Pain Intervention(s) 1 | — | — | — | — | Medication -WM |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -WM |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | 1200 mL -AG | — | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | — | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | — | — |

| Row Name | 12/07/23 0100 | 12/06/23 2214 | 12/06/23 2210 | 12/06/23 2201 | 12/06/23 2030 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | ID;Allergies -WM | — | ID;Allergies -AG | — | — |
| **Vitals** | | | | | |
| BP | — | — | — | 109/71 -AG | — |
| BP Method | — | — | — | Automatic -AG | — |
| MAP (mmHg) | — | — | — | 84 mmHg -AG | — |
| Temp | — | — | — | 36.6 °C (97.8 °F) - AG | — |
| Temp src | — | — | — | Skin -AG | — |
| Pulse | — | — | — | 100 -AG | — |
| Resp | — | — | — | 18 -AG | — |
| SpO2 | — | — | — | 95 % -AG | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -AG | — |
| BP Site | — | — | — | Left forearm -AG | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1051

Printed by 71334 at 8/21/24 10:11 AM

MC_002902

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Oxygen Therapy | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | — | Room air -AG | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | — | Assessment -DL |
| Patient Currently in Pain | — | — | — | — | Yes -DL |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) -DL |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | — | 8/10 -DL |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Interferes with activities, but not passive activities -DL |
| Pain Location 1 | — | — | — | — | KNEE -DL |
| Pain Orientation 1 | — | — | — | — | Left -DL |
| Pain Duration 1 | — | — | — | — | Continuous -DL |
| Pain Onset 1 | — | — | — | — | Acute Pain -DL |
| Pain Quality 1 | — | — | — | — | Pain -DL |
| Pain Intervention(s) 1 | — | — | — | — | Medication -DL |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -DL |
| Side Effect of Intervention 1 | — | — | — | — | None -DL |
| **Neurological** | | | | | |
| Neuro (WDL) | Within Defined Limits -WM | — | — | — | — |
| Eyes Open | Spontaneous -WM | — | — | — | — |
| Best Verbal Response | Oriented -WM | — | — | — | — |
| Best Motor Response | Obeys commands -WM | — | — | — | — |
| GCS Total | 15 -WM | — | — | — | — |
| Level of Consciousness | Awake;Alert -WM | — | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -WM | — | — | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | Right;Sequential compression devices - knee high -WM | — | — | — | — |
| Anti-Embolism Device Intervention | On -WM | — | — | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | Within Defined Limits -WM | — | — | — | — |
| Cardiac Regularity | Regular -WM | — | — | — | — |
| Cardiac | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1052                                                      Printed by 71334 at 8/21/24 10:11 AM

MC_002903

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | No -WM | — | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -WM | — | — | — | — |
| **LLE** | | | | | |
| LLE | Injury/trauma;Limited movement -WM | — | — | — | — |
| L Knee | Injury/trauma;Limited movement -WM | — | — | — | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | 850 mL -AG | — | — | — |
| **Skin** | | | | | |
| Skin Integrity 1 | Incision -WM | — | — | — | — |
| Skin Location 1 | L knee -WM | — | — | — | — |
| Pressure Injury Prevention | Moisture wicking pads -WM | — | — | — | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | Within Defined Limits -WM | — | — | — | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | None -WM | — | — | — | — |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | No impairment -WM | — | — | — | — |
| Moisture | Rarely moist -WM | — | — | — | — |
| Activity | Walks occasionally -WM | — | — | — | — |
| Mobility | No limitations -WM | — | — | — | — |
| Nutrition | Adequate -WM | — | — | — | — |
| Friction and Shear | No apparent problem -WM | — | — | — | — |
| Braden Scale Score | 21 -WM | — | — | — | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | No -WM | — | — | — | — |
| Secondary Diagnosis | Yes -WM | — | — | — | — |
| Ambulatory Aid | None, bed rest, wheelchair or nurse assist -WM | — | — | — | — |
| IV or Heparin Lock | Yes -WM | — | — | — | — |
| Gait and Transferring | Normal, bed rest or immobile -WM | — | — | — | — |
| Mental Status | Oriented (and realistic) to own ability -WM | — | — | — | — |
| Morse Fall Risk Total | 35 -WM | — | — | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1053

Printed by 71334 at 8/21/24 10:11 AM

MC_002904

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -WM | reach;Clear environment provided;Frequently needed objects within reach;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -AG | | | |

| Row Name | 12/06/23 1808 | 12/06/23 1714 | 12/06/23 1700 | 12/06/23 1638 | 12/06/23 1525 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | ID;Allergies -AH | — | — | — |
| **Vitals** | | | | | |
| BP | — | 115/73 -AH | — | — | — |
| BP Method | — | Automatic -AH | — | — | — |
| MAP (mmHg) | — | 84 mmHg -AH | — | — | — |
| Temp | — | 36.1 °C (97 °F) -AH | — | — | — |
| Temp src | — | Temporal -AH | — | — | — |
| Pulse | — | 90 -AH | — | — | — |
| Resp | — | 16 -AH | — | — | — |
| SpO2 | — | 98 % -AH | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Supine -AH | — | — | — |
| BP Site | — | Left forearm -AH | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -AH | — | — | — |
| Oxygen Device/Source | — | None (Room Air) - AH | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KJ | — | Assessment -KJ | — |
| Patient Currently in Pain | — | Yes -KJ | — | Yes -KJ | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 7/10 -KJ | — | 9/10 -KJ | — |
| Pain Intervention(s) 1 | — | — | — | Medication;Ice (T/pump, cold compress) -KJ | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | 900 mL -AH | — | — | — | 500 mL -KJ |
| **Advance Directives** | | | | | |
| Healthcare Directive | — | — | No, patient does not have advance directive for healthcare | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1054

Printed by 71334 at 8/21/24 10:11 AM

MC_002905

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | treatment -KSA | | |
|---|---|---|---|---|---|
| **Discharge Planning** | | | | | |
| Lives With | — | — | Spouse/Domestic Partner;Daughter;Son -KSA | — | — |
| Receives Help From | — | — | Family -KSA | — | — |
| Anticipated Discharge Disposition | — | — | Home -KSA | — | — |
| Who will pick you up when you are ready to leave the hospital? | — | — | Stephen Larocque (son) -KSA | — | — |
| Contact Information | — | — | 253-273-70185 -KSA | — | — |
| On home Oxygen? | — | — | No -KSA | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | — | — | — |

| Row Name | 12/06/23 1408 | 12/06/23 1400 | 12/06/23 1241 | 12/06/23 1214 | 12/06/23 1125 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | — | — | ID;Allergies -AH |
| **Vitals** | | | | | |
| BP | — | — | — | — | 126/70 -AH |
| BP Method | — | — | — | — | Automatic -AH |
| MAP (mmHg) | — | — | — | — | 89 mmHg -AH |
| Temp | — | — | — | — | 36.2 °C (97.2 °F) -AH |
| Temp src | — | — | — | — | Temporal -AH |
| Pulse | — | — | — | — | 94 -AH |
| Resp | — | — | — | — | 14 -AH |
| SpO2 | — | — | — | — | 93 % -AH |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | — | Lying right side -AH |
| BP Site | — | — | — | — | Left forearm -AH |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Room air -AH |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KJ | — | Assessment -KJ | — |
| Patient Currently in Pain | — | Yes -KJ | — | Yes -KJ | — |
| Pain 1 | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1055

Printed by 71334 at 8/21/24 10:11 AM

MC_002906

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 7/10 -KJ | — | 9/10 -KJ | — |
| Pain Intervention(s) 1 | — | — | — | Medication -KJ | — |
| **Neurological** | | | | | |
| Neuro (WDL) | Within Defined Limits -KJ | — | — | — | — |
| Level of Consciousness | Awake;Alert -KJ | — | — | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | Within Defined Limits -KJ | — | — | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | Within Defined Limits -KJ | — | — | — | — |
| Cardiac Regularity | Regular -KJ | — | — | — | — |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -KJ | — | — | — | — |
| **Skin** | | | | | |
| Skin Integrity 1 | Incision -KJ | — | — | — | — |
| Skin Location 1 | L knee -KJ | — | — | — | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | Within Defined Limits -KJ | — | — | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -AH |

| Row Name | 12/06/23 0900 | 12/06/23 0842 | 12/06/23 0808 | 12/06/23 0807 | 12/06/23 0742 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | — | — | ID;Allergies -YL |
| **Vitals** | | | | | |
| BP | — | — | — | — | 113/73 -YL |
| BP Method | — | — | — | — | Automatic -YL |
| MAP (mmHg) | — | — | — | — | 85 mmHg -YL |
| Temp | — | — | — | — | 36.2 °C (97.1 °F) -YL |
| Temp src | — | — | — | — | Skin -YL |
| Pulse | — | — | — | — | 91 -YL |
| Resp | — | — | — | — | 16 -YL |
| SpO2 | — | — | — | — | 93 % -YL |
| **Orthostatic BP** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1056

Printed by 71334 at 8/21/24 10:11 AM

MC_002907

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Pt Position for BP | — | — | — | — | Semi Fowler's -YL |
|---|---|---|---|---|---|
| BP Site | — | — | — | — | Left forearm -YL |

**Oxygen Therapy**

| O2 Delivery | — | — | — | — | Room air -YL |
|---|---|---|---|---|---|
| Oxygen Device/Source | — | — | — | — | CPAP -YL |

**Pain Assessment**

| Pain Assessment | Re-Assessment -KJ | — | — | Assessment -KJ | — |
|---|---|---|---|---|---|
| Patient Currently in Pain | Yes -KJ | — | — | Yes -KJ | — |
| Pain Relieving Factors | — | — | — | Medication -KJ | — |
| Pain Aggravating Factors | — | — | — | Positional (add comment) -KJ | — |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) -KJ | — |

**Pain 1**

| Numeric Pain Scale 1 | 7/10 -KJ | — | — | 8/10 -KJ | — |
|---|---|---|---|---|---|
| Functional Pain Scale (Self-Report) 1 | — | — | — | Interferes with some activities -KJ | — |
| Pain Location 1 | — | — | — | KNEE -KJ | — |
| Pain Orientation 1 | — | — | — | Left -KJ | — |
| Pain Duration 1 | — | — | — | Continuous -KJ | — |
| Pain Onset 1 | — | — | — | Acute Pain -KJ | — |
| Pain Quality 1 | — | — | — | Pain -KJ | — |
| Pain Intervention(s) 1 | — | — | — | Medication -KJ | — |
| Pain Intervention Education Provided 1 | — | — | — | Yes -KJ | — |
| Side Effect of Intervention 1 | — | — | — | None -KJ | — |

**Neurological**

| Neuro (WDL) | — | — | Within Defined Limits -KJ | — | — |
|---|---|---|---|---|---|
| Eyes Open | — | — | Spontaneous -KJ | — | — |
| Best Verbal Response | — | — | Oriented -KJ | — | — |
| Best Motor Response | — | — | Obeys commands -KJ | — | — |
| GCS Total | — | — | 15 -KJ | — | — |
| Level of Consciousness | — | — | Awake;Alert -KJ | — | — |

**HEENT**

| HEENT (WDL) | — | — | Within Defined Limits -KJ | — | — |
|---|---|---|---|---|---|

**Peripheral Vascular**

| Anti-Embolism Devices | — | — | Sequential compression devices - knee high -KJ | — | — |
|---|---|---|---|---|---|
| Anti-Embolism Device | — | — | On;Skin check -KJ | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1057

Printed by 71334 at 8/21/24 10:11 AM

MC_002908

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Intervention
Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | — | Within Defined Limits -KJ | — | — |
| Cardiac Regularity | — | — | Regular -KJ | — | — |

Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | — | — | No -KJ | — | — |

Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | Exceptions to Defined Limits -KJ | | — |

Genitourinary

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | — | 900 mL -YL | — | — | — |

Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | — | Incision -KJ | — | — |
| Skin Location 1 | — | — | L knee -KJ | — | — |
| Pressure Injury Prevention | — | — | Moisture wicking pads -KJ | — | — |

Psychosocial

| | | | | | |
|---|---|---|---|---|---|
| Psychosocial (WDL) | — | — | Within Defined Limits -KJ | — | — |

Patient Belongings

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | — | — | — | None -YL |
| Electronic Equipment | — | — | — | — | Cell Phone -YL |
| Other Belongings | — | — | — | — | CPAP/BiPAP -YL |

Braden Scale: High risk < or equal 18

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | — | No impairment -KJ | — | — |
| Moisture | — | — | Rarely moist -KJ | — | — |
| Activity | — | — | Walks occasionally -KJ | — | — |
| Mobility | — | — | Slightly limited -KJ | — | — |
| Nutrition | — | — | Adequate -KJ | — | — |
| Friction and Shear | — | — | No apparent problem -KJ | — | — |
| Braden Scale Score | — | — | 20 -KJ | — | — |

Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | — | No -KJ | — | — |
| Secondary Diagnosis | — | — | Yes -KJ | — | — |
| Ambulatory Aid | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KJ | — | — |
| IV or Heparin Lock | — | — | Yes -KJ | — | — |
| Gait and Transferring | — | — | Weak -KJ | — | — |
| Mental Status | — | — | Oriented (and realistic) to own ability -KJ | — | — |
| Morse Fall Risk Total | — | — | 60 -KJ | — | — |

Fall Risk Interventions

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1058

Printed by 71334 at 8/21/24 10:11 AM

MC_002909

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | — | Bed/Cart in lowest position -YL |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | Bones;Anticoagulants;Recent surgery -KJ | — | — |

| Row Name | 12/06/23 0652 | 12/06/23 0607 | 12/06/23 0559 | 12/06/23 0334 | 12/06/23 0327 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 118/66 -JR | — |
| BP Method | — | — | — | Automatic -JR | — |
| MAP (mmHg) | — | — | — | 83 mmHg -JR | — |
| Temp | — | — | — | 35.9 °C (96.6 °F) - JR | — |
| Temp src | — | — | — | Temporal -JR | — |
| Pulse | — | — | — | 98 -JR | — |
| Resp | — | — | — | 18 -JR | — |
| SpO2 | — | — | — | 96 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -JR | — |
| BP Site | — | — | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -JR | — |
| Oxygen Device/Source | — | — | — | CPAP -JR | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | — | 4 -KS | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KS | — | Assessment -KS | — | Re-Assessment -KS |
| Patient Currently in Pain | Sleeping/respirations WNL -KS | — | Yes -KS | — | Sleeping/respirations WNL -KS |
| Pain Relieving Factors | — | — | Medication;Ice / Cold Therapy -KS | — | — |
| Pain Aggravating Factors | — | — | Positional (add comment) -KS | — | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - KS | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 8/10 -KS | — | — |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with even passive activities - KS | — | — |
| Pain Location 1 | — | — | KNEE -KS | — | — |
| Pain Orientation | — | — | Left -KS | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1059

Printed by 71334 at 8/21/24 10:11 AM

MC_002910

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Flowsheets (group 2 of 3) (continued)**

1

| | | | | | |
|---|---|---|---|---|---|
| Pain Duration 1 | — | — | Continuous -KS | — | — |
| Pain Onset 1 | — | — | Acute Pain -KS | — | — |
| Pain Quality 1 | — | — | Pain -KS | — | — |
| Pain Intervention(s) 1 | — | — | Medication -KS | — | — |
| Pain Intervention Education Provided 1 | — | — | Yes -KS | — | — |
| Side Effect of Intervention 1 | — | — | None -KS | — | — |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | Within Defined Limits -KS | — | — | — |
| Eyes Open | — | Spontaneous -KS | — | — | — |
| Best Verbal Response | — | Oriented -KS | — | — | — |
| Best Motor Response | — | Obeys commands -KS | — | — | — |
| GCS Total | — | 15 -KS | — | — | — |
| Level of Consciousness | — | Awake;Alert -KS | — | — | — |

HEENT

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | Within Defined Limits -KS | — | — | — |

Peripheral Vascular

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | Sequential compression devices - knee high;Right -KS | — | — | — |
| Anti-Embolism Device Intervention | — | On -KS | — | — | — |

Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | Within Defined Limits -KS | — | — | — |
| Cardiac Regularity | — | Regular -KS | — | — | — |

Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | — | No -KS | — | — | — |

Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | Exceptions to Defined Limits -KS | — | — | — |

Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | Incision -KS | — | — | — |
| Skin Location 1 | — | L knee -KS | — | — | — |
| Pressure Injury Prevention | — | Moisture wicking pads -KS | — | — | — |

Psychosocial

| | | | | | |
|---|---|---|---|---|---|
| Psychosocial (WDL) | — | Within Defined Limits -KS | — | — | — |

Patient Belongings

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | None -KS | — | — | — |

Braden Scale: High risk < or equal 18

| | | | | | |
|---|---|---|---|---|---|
| Sensory | — | No impairment -KS | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1060

Printed by 71334 at 8/21/24 10:11 AM

MC_002911

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Perceptions

| | | | | | |
|---|---|---|---|---|---|
| Moisture | — | Rarely moist -KS | — | — | — |
| Activity | — | Walks occasionally -KS | — | — | — |
| Mobility | — | Slightly limited -KS | — | — | — |
| Nutrition | — | Adequate -KS | — | — | — |
| Friction and Shear | — | No apparent problem -KS | — | — | — |
| Braden Scale Score | — | 20 -KS | — | — | — |

Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | No -KS | — | — | — |
| Secondary Diagnosis | — | Yes -KS | — | — | — |
| Ambulatory Aid | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KS | — | — | — |
| IV or Heparin Lock | — | Yes -KS | — | — | — |
| Gait and Transferring | — | Weak -KS | — | — | — |
| Mental Status | — | Oriented (and realistic) to own ability -KS | — | — | — |
| Morse Fall Risk Total | — | 60 -KS | — | — | — |

Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KS | — | — | — |

Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | Recent surgery;Anticoagulants;Bones -KS | — | — | — |

| Row Name | 12/06/23 0239 | 12/06/23 0200 | 12/06/23 0147 | 12/05/23 2314 | 12/05/23 2310 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | — | — | ID;Allergies;Fall Risk -JR |
| **Vitals** | | | | | |
| BP | — | — | — | 111/61 -JR | — |
| BP Method | — | — | — | Automatic -JR | — |
| MAP (mmHg) | — | — | — | 78 mmHg -JR | — |
| Temp | — | — | — | 36 °C (96.8 °F) -JR | — |
| Temp src | — | — | — | Temporal -JR | — |
| Pulse | — | — | — | 81 -JR | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1061

Printed by 71334 at 8/21/24 10:11 AM

MC_002912

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Row Name | | | | | |
|---|---|---|---|---|---|
| **Resp** | — | — | — | 16 -JR | — |
| SpO2 | — | — | — | 91 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -JR | — |
| BP Site | — | — | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -JR | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - JR | — |
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | 4 -KS | — | 4 -KS | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KS | — | Assessment -KS | — | — |
| Patient Currently in Pain | Yes -KS | — | Yes -KS | — | — |
| Pain Relieving Factors | Medication;Ice / Cold Therapy -KS | — | Medication -KS | — | — |
| Pain Aggravating Factors | Positional (add comment) -KS | — | Positional (add comment) -KS | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KS | — | Numeric (patient able to self-report) - KS | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KS | — | 8/10 -KS | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - KS | — | Interferes with even passive activities - KS | — | — |
| Pain Location 1 | KNEE -KS | — | KNEE -KS | — | — |
| Pain Orientation 1 | Left -KS | — | Left -KS | — | — |
| Pain Duration 1 | Continuous -KS | — | Continuous -KS | — | — |
| Pain Onset 1 | Acute Pain -KS | — | Acute Pain -KS | — | — |
| Pain Quality 1 | Pain -KS | — | Pain -KS | — | — |
| Pain Intervention(s) 1 | Medication -KS | — | Medication -KS | — | — |
| Pain Intervention Education Provided 1 | Yes -KS | — | Yes -KS | — | — |
| Side Effect of Intervention 1 | None -KS | — | None -KS | — | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | 1000 mL -KS | — | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | — | — | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR |

| Row Name | 12/05/23 2245 | 12/05/23 2217 | 12/05/23 2157 | 12/05/23 2121 | 12/05/23 2110 |
|---|---|---|---|---|---|
| **Pain Education** | | | | | |
| Patient's Realistic Pain Goal | — | — | 4 -KS | — | 4 -KS |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KS | — | Re-Assessment -KS | — | Assessment -KS |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1062

Printed by 71334 at 8/21/24 10:11 AM

MC_002913

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Patient Currently in Pain | Sleeping/respirations WNL -KS | — | Yes -KS | — | Yes -KS |
| Pain Relieving Factors | — | — | Medication -KS | — | Medication -KS |
| Pain Aggravating Factors | — | — | Positional (add comment) -KS | — | Positional (add comment) -KS |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) -KS | — | Numeric (patient able to self-report) -KS |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | 8/10 -KS | — | 8/10 -KS |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with even passive activities -KS | — | Interferes with even passive activities -KS |
| Pain Location 1 | — | — | KNEE -KS | — | KNEE -KS |
| Pain Orientation 1 | — | — | Left -KS | — | Left -KS |
| Pain Duration 1 | — | — | Continuous -KS | — | Continuous -KS |
| Pain Onset 1 | — | — | Acute Pain -KS | — | Acute Pain -KS |
| Pain Quality 1 | — | — | Pain -KS | — | Pain -KS |
| Pain Intervention(s) 1 | — | — | Medication -KS | — | Medication -KS |
| Pain Intervention Education Provided 1 | — | — | Yes -KS | — | Yes -KS |
| Side Effect of Intervention 1 | — | — | None -KS | — | None -KS |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | — | Within Defined Limits -KS | — |
| Eyes Open | — | — | — | Spontaneous -KS | — |
| Best Verbal Response | — | — | — | Oriented -KS | — |
| Best Motor Response | — | — | — | Obeys commands -KS | — |
| GCS Total | — | — | — | 15 -KS | — |
| Level of Consciousness | — | — | — | Awake;Alert -KS | — |
| **HEENT** | | | | | |
| HEENT (WDL) | — | — | — | Within Defined Limits -KS | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | — | — | Sequential compression devices - knee high;Right -KS | — |
| Anti-Embolism Device Intervention | — | — | — | Skin check;On -KS | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | — | Within Defined Limits -KS | — |
| Cardiac Regularity | — | — | — | Regular -KS | — |
| **Cardiac** | | | | | |
| Pacemaker/AICD | — | — | — | No -KS | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1063

Printed by 71334 at 8/21/24 10:11 AM

MC_002914

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Musculoskeletal | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -KS | — |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | 950 mL -KS | — | — | — |
| **Skin** | | | | | |
| Skin Integrity 1 | — | — | — | Incision -KS | — |
| Skin Location 1 | — | — | — | L knee -KS | — |
| Pressure Injury Prevention | — | — | — | Moisture wicking pads -KS | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | — | — | — | Within Defined Limits -KS | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | — | — | — | None -KS | — |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | — | — | — | No impairment -KS | — |
| Moisture | — | — | — | Rarely moist -KS | — |
| Activity | — | — | — | Walks occasionally -KS | — |
| Mobility | — | — | — | Slightly limited -KS | — |
| Nutrition | — | — | — | Adequate -KS | — |
| Friction and Shear | — | — | — | No apparent problem -KS | — |
| Braden Scale Score | — | — | — | 20 -KS | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | — | — | No -KS | — |
| Secondary Diagnosis | — | — | — | Yes -KS | — |
| Ambulatory Aid | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KS | — |
| IV or Heparin Lock | — | — | — | Yes -KS | — |
| Gait and Transferring | — | — | — | Weak -KS | — |
| Mental Status | — | — | — | Oriented (and realistic) to own ability -KS | — |
| Morse Fall Risk Total | — | — | — | 60 -KS | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1064

Printed by 71334 at 8/21/24 10:11 AM

MC_002915

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Risk for Injury

| | | | | hours -KS | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | Recent surgery;Anticoagulants;Bones -KS | — |

| Row Name | 12/05/23 1945 | 12/05/23 1943 | 12/05/23 1837 | 12/05/23 1752 | 12/05/23 1705 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | ID;Allergies;Fall Risk -DF | — | — | — | — |
| **Vitals** | | | | | |
| BP | — | 111/60 -DF | — | — | — |
| BP Method | — | Automatic -DF | — | — | — |
| MAP (mmHg) | — | 77 mmHg -DF | — | — | — |
| Temp | — | 36.6 °C (97.8 °F) - DF | — | — | — |
| Temp src | — | Temporal -DF | — | — | — |
| Pulse | — | 86 -DF | — | — | — |
| Resp | — | 16 -DF | — | — | — |
| SpO2 | — | 93 % -DF | — | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Supine -DF | — | — | — |
| BP Site | — | Left forearm -DF | — | — | — |
| **Oxygen Therapy** | | | | | |
| Oxygen Device/Source | — | CPAP -DF | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Re-Assessment -KJ | Assessment -KJ |
| Patient Currently in Pain | — | — | — | Yes -KJ | Yes -KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | 7/10 -KJ | 7/10 -KJ |
| Pain Intervention(s) 1 | — | — | — | — | Medication -KJ |
| **Genitourinary** | | | | | |
| Urine Void (mL) | — | — | 1000 mL -MJ | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear - DF | — | — | — | — |

| Row Name | 12/05/23 1528 | 12/05/23 1523 | 12/05/23 1522 | 12/05/23 1451 | 12/05/23 1325 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm | — | — | ID;Allergies;Fall | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1065
Printed by 71334 at 8/21/24 10:11 AM

MC_002916

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Bands/Charms on | | Risk -MJ | | | |

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| BP | — | 110/57 -MJ | — | — | — |
| BP Method | — | Automatic -MJ | — | — | — |
| MAP (mmHg) | — | 75 mmHg -MJ | — | — | — |
| Temp | — | 36.2 °C (97.2 °F) - MJ | — | — | — |
| Temp src | — | Temporal -MJ | — | — | — |
| Pulse | — | 80 -MJ | — | — | — |
| Resp | — | 16 -MJ | — | — | — |
| SpO2 | — | 96 % -MJ | — | — | — |

**Orthostatic BP**

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | Semi Fowler's -MJ | — | — | — |
| BP Site | — | Left forearm -MJ | — | — | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | Room air -MJ | — | — | — |
| Oxygen Device/Source | — | None (Room Air) - MJ | — | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | — | Re-Assessment -KJ |
| Patient Currently in Pain | — | — | — | — | Yes -KJ |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | — | — | 5/10 -KJ |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | — | — | Within Defined Limits -KJ | — |
| Level of Consciousness | — | — | — | Awake;Alert -KJ | — |

**HEENT**

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | — | — | Within Defined Limits -KJ | — |

**Peripheral Vascular**

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | — | Sequential compression devices - knee high -MJ | — | — |
| Anti-Embolism Device Intervention | — | — | Off -MJ | — | — |

**Cardiovascular**

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | — | — | Within Defined Limits -KJ | — |
| Cardiac Regularity | — | — | — | Regular -KJ | — |

**Musculoskeletal**

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | — | Exceptions to Defined Limits -KJ | — |

**Genitourinary**

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 1100 mL -MJ | — | — | — | — |

**Skin**

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | — | — | Incision -KJ | — |
| Skin Location 1 | — | — | — | L knee -KJ | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1066

Printed by 71334 at 8/21/24 10:11 AM

MC_002917

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Psychosocial

| Psychosocial (WDL) | — | — | — | Within Defined Limits -KJ | — |

### Fall Risk Interventions

| Fall Risk Interventions | — | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Designated non-skid footwear - MJ | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ | — |

| Row Name | 12/05/23 1312 | 12/05/23 1258 | 12/05/23 1143 | 12/05/23 1142 | 12/05/23 1007 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies;Fall Risk -MJ | — | — |
| **Vitals** | | | | | |
| BP | — | — | — | 118/63 -MJ | — |
| BP Method | — | — | — | Automatic -MJ | — |
| MAP (mmHg) | — | — | — | 79 mmHg -MJ | — |
| Temp | — | — | — | 36.1 °C (97 °F) -MJ | — |
| Temp src | — | — | — | Temporal -MJ | — |
| Pulse | — | — | — | 90 -MJ | — |
| Resp | — | — | — | 15 -MJ | — |
| SpO2 | — | — | — | 96 % -MJ | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Sitting -MJ | — |
| BP Site | — | — | — | Left forearm -MJ | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -MJ | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - MJ | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -EW | — | — | — |
| Patient Currently in Pain | — | Yes -EW | — | — | — |
| Pain Relieving Factors | — | Ice / Cold Therapy;Medication -EW | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -EW | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - EW | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 6/10 -EW | — | — | — |
| Functional Pain Scale (Self- | — | Interferes with some activities -EW | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1067

Printed by 71334 at 8/21/24 10:11 AM

MC_002918

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Report) 1

| | | | | | |
|---|---|---|---|---|---|
| Pain Location 1 | — | KNEE -EW | — | — | — |
| Pain Orientation 1 | — | Left -EW | — | — | — |
| Pain Duration 1 | — | Continuous -EW | — | — | — |
| Pain Onset 1 | — | Acute Pain -EW | — | — | — |
| Pain Quality 1 | — | Pain -EW | — | — | — |
| Pain Intervention(s) 1 | — | Medication -EW | — | — | — |

Genitourinary

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | 1000 mL -MJ | — | — | — | 900 mL -MJ |

Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ | — | — |

| Row Name | 12/05/23 0900 | 12/05/23 0841 | 12/05/23 0819 | 12/05/23 0818 | 12/05/23 0752 |
|---|---|---|---|---|---|
| Patient/Chart Verification | | | | | |
| Arm Bands/Charms on | — | — | ID;Allergies;Fall Risk -MJ | — | — |
| Vitals | | | | | |
| BP | — | — | — | 135/66 -MJ | — |
| BP Method | — | — | — | Automatic -MJ | — |
| MAP (mmHg) | — | — | — | 89 mmHg -MJ | — |
| Temp | — | — | — | 36.2 °C (97.2 °F) - MJ | — |
| Temp src | — | — | — | Temporal -MJ | — |
| Pulse | — | — | — | 75 -MJ | — |
| Resp | — | — | — | 18 -MJ | — |
| SpO2 | — | — | — | 96 % -MJ | — |
| Orthostatic BP | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -MJ | — |
| BP Site | — | — | — | Left forearm -MJ | — |
| Oxygen Therapy | | | | | |
| O2 Delivery | — | — | — | Room air -MJ | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - MJ | — |
| Pain Assessment | | | | | |
| Pain Assessment | Re-Assessment -KJ | Assessment -KJ | — | — | — |
| Patient Currently | Yes -KJ | Yes -KJ | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1068
Printed by 71334 at 8/21/24 10:11 AM

MC_002919

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

in Pain

| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | Numeric (patient able to self-report) - KJ | — | — | — |
|---|---|---|---|---|---|

Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 4/10 -KJ | 6/10 -KJ | — | — | — |
| Pain Intervention(s) 1 | — | Medication -KJ | — | — | — |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Neuro (WDL) | — | — | — | — | Within Defined Limits -KJ |
| Eyes Open | — | — | — | — | Spontaneous -KJ |
| Best Verbal Response | — | — | — | — | Oriented -KJ |
| Best Motor Response | — | — | — | — | Obeys commands - KJ |
| GCS Total | — | — | — | — | 15 -KJ |
| Level of Consciousness | — | — | — | — | Awake;Alert -KJ |

HEENT

| | | | | | |
|---|---|---|---|---|---|
| HEENT (WDL) | — | — | — | — | Within Defined Limits -KJ |

Peripheral Vascular

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | — | Sequential compression devices - knee high -MJ | — | Sequential compression devices - knee high;Antiembolism stockings - knee -KJ |
| Anti-Embolism Device Intervention | — | — | On -MJ | — | On;Skin check -KJ |

Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | — | — | — | Within Defined Limits -KJ |
| Cardiac Regularity | — | — | — | — | Regular -KJ |

Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | — | — | — | — | No -KJ |

Musculoskeletal

| | | | | | |
|---|---|---|---|---|---|
| Musculoskeletal (WDL) | — | — | — | — | Exceptions to Defined Limits -KJ |

Gastrointestinal

| | | | | | |
|---|---|---|---|---|---|
| Last Bowel Movement Date | — | — | — | — | 12/04/23 -KJ |

Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | — | — | — | — | Incision -KJ |
| Skin Location 1 | — | — | — | — | L knee -KJ |
| Pressure Injury Prevention | — | — | — | — | Moisture wicking pads -KJ |

Psychosocial

| | | | | | |
|---|---|---|---|---|---|
| Psychosocial (WDL) | — | — | — | — | Within Defined Limits -KJ |

Patient Belongings

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aid | — | — | — | — | None -KJ |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1069

Printed by 71334 at 8/21/24 10:11 AM

MC_002920

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Flowsheets (group 2 of 3) (continued)

Braden Scale: High risk < or equal 18

| | | | | | |
|---|---|---|---|---|---|
| Sensory Perceptions | — | — | — | — | No impairment -KJ |
| Moisture | — | — | — | — | Rarely moist -KJ |
| Activity | — | — | — | — | Walks occasionally -KJ |
| Mobility | — | — | — | — | Slightly limited -KJ |
| Nutrition | — | — | — | — | Adequate -KJ |
| Friction and Shear | — | — | — | — | No apparent problem -KJ |
| Braden Scale Score | — | — | — | — | 20 -KJ |

Morse Falls Risk: High Risk is > or equal 45

| | | | | | |
|---|---|---|---|---|---|
| History of Falls in Last 3 Months? | — | — | — | — | No -KJ |
| Secondary Diagnosis | — | — | — | — | Yes -KJ |
| Ambulatory Aid | — | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KJ |
| IV or Heparin Lock | — | — | — | — | Yes -KJ |
| Gait and Transferring | — | — | — | — | Weak -KJ |
| Mental Status | — | — | — | — | Oriented (and realistic) to own ability -KJ |
| Morse Fall Risk Total | — | — | — | — | 60 -KJ |

Fall Risk Interventions

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear;Fall risk band/charm in place;Personal items within reach;Safety instructions given;Toilet every 2 hours;Wheels locked -MJ | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours -KJ |

Risk for Injury

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | — | Bones;Anticoagulants;Recent surgery -KJ |

| Row Name | 12/05/23 0751 | 12/05/23 0645 | 12/05/23 0322 | 12/05/23 0221 | 12/05/23 0214 |
|---|---|---|---|---|---|
| Patient/Chart Verification | | | | | |
| Arm Bands/Charms | — | ID;Allergies;Blood Band;Fall Risk -DF | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1070

Printed by 71334 at 8/21/24 10:11 AM

MC_002921

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

on

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | — | — | 122/58 -JR | — | — |
| BP Method | — | — | Automatic -JR | — | — |
| MAP (mmHg) | — | — | 79 mmHg -JR | — | — |
| Temp | — | — | 36.4 °C (97.5 °F) - JR | — | — |
| Temp src | — | — | Temporal -JR | — | — |
| Pulse | — | — | 79 -JR | — | — |
| Resp | — | — | 16 -JR | — | — |
| SpO2 | — | — | 94 % -JR | — | — |

### Orthostatic BP

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | — | Supine -JR | — | — |
| BP Site | — | — | Left forearm -JR | — | — |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | Room air -JR | — | — |
| Oxygen Device/Source | — | — | None (Room Air) - JR | — | — |

### Pain Education

| | | | | | |
|---|---|---|---|---|---|
| Patient's Realistic Pain Goal | 4 -KJ | — | — | — | 8 -RV |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -KJ | — | — | — | Assessment -RV |
| Patient Currently in Pain | Yes -KJ | — | — | — | Yes -RV |
| Pain Relieving Factors | Medication -KJ | — | — | — | Medication -RV |
| Pain Aggravating Factors | Positional (add comment) -KJ | — | — | — | Positional (add comment) -RV |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | — | — | — | Numeric (patient able to self-report) - RV |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 4/10 -KJ | — | — | — | 8/10 -RV |
| Functional Pain Scale (Self-Report) 1 | Interferes with some activities -KJ | — | — | — | Doesn't interfere with activities -RV |
| Pain Location 1 | KNEE -KJ | — | — | — | KNEE -RV |
| Pain Orientation 1 | Left -KJ | — | — | — | Left -RV |
| Pain Duration 1 | Continuous -KJ | — | — | — | Continuous -RV |
| Pain Onset 1 | Acute Pain -KJ | — | — | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) - RV |
| Pain Quality 1 | Aching -KJ | — | — | — | Throbbing;Pain;Pins and needles -RV |
| Pain Intervention(s) 1 | Ice (T/pump, cold compress) -KJ | — | — | — | Medication -RV |
| Pain Intervention Education Provided 1 | Yes -KJ | — | — | — | Yes -RV |
| Side Effect of Intervention 1 | None -KJ | — | — | — | None -RV |

### Genitourinary

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1071

Printed by 71334 at 8/21/24 10:11 AM

MC_002922

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Urine Void (mL) | — | 1000 mL -DF | — | 900 mL -RV | — |
| Fall Risk Interventions | | | | | |
| Fall Risk Interventions | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within reach;Safety instructions given;Toilet every 2 hours;Display Falls signage in/outside patient room;Designated non-skid footwear;Fall risk band/charm in place -DF | — | — | — |

| Row Name | 12/05/23 0204 | 12/04/23 2255 | 12/04/23 2125 | 12/04/23 2124 | 12/04/23 2049 |
|---|---|---|---|---|---|
| Patient/Chart Verification | | | | | |
| Arm Bands/Charms on | ID;Allergies;Blood Band;Fall Risk -RV | — | ID;Allergies;Blood Band;Fall Risk -RV | — | — |
| Vitals | | | | | |
| BP | — | 92/73 -JR | — | — | — |
| BP Method | — | Automatic -JR | — | — | — |
| MAP (mmHg) | — | 79 mmHg -JR | — | — | — |
| Temp | — | 36.1 °C (96.9 °F) - JR | — | — | — |
| Temp src | — | Temporal -JR | — | — | — |
| Pulse | — | 89 -JR | — | — | — |
| Resp | — | 18 -JR | — | — | — |
| SpO2 | — | 95 % -JR | — | — | — |
| Orthostatic BP | | | | | |
| Pt Position for BP | — | Semi Fowler's -JR | — | — | — |
| BP Site | — | Left upper arm -JR | — | — | — |
| Oxygen Therapy | | | | | |
| O2 Delivery | — | Room air -JR | — | — | — |
| Oxygen Device/Source | — | None (Room Air) - JR | — | — | — |
| Pain Education | | | | | |
| Patient's Realistic Pain Goal | — | — | — | — | 5 -RV |
| Pain Assessment | | | | | |
| Pain Assessment | — | — | — | — | Assessment -RV |
| Patient Currently in Pain | — | — | — | — | Yes -RV |
| Pain Relieving Factors | — | — | — | — | Medication;Ice / Cold Therapy -RV |
| Pain Aggravating Factors | — | — | — | — | Positional (add comment) -RV |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) - |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1072

Printed by 71334 at 8/21/24 10:11 AM

MC_002923

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

|  |  |  |  |  | RV |
|---|---|---|---|---|---|
| **Pain 1** |  |  |  |  |  |
| Numeric Pain Scale 1 | ---- | ---- | ---- | ---- | 5/10 -RV |
| Functional Pain Scale (Self-Report) 1 | — | — | — | — | Doesn't interfere with activities -RV |
| Pain Location 1 | — | — | — | — | KNEE -RV |
| Pain Orientation 1 | — | — | — | — | Left -RV |
| Pain Duration 1 | ---- | ---- | ---- | ---- | Continuous -RV |
| Pain Onset 1 | ---- | ---- | ---- | ---- | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) -RV |
| Pain Quality 1 | — | — | — | — | Throbbing;Pins and needles;Aching -RV |
| Pain Intervention(s) 1 | — | — | — | — | Medication -RV |
| Pain Intervention Education Provided 1 | — | — | — | — | Yes -RV |
| Side Effect of Intervention 1 | — | — | — | — | None -RV |
| **Neurological** |  |  |  |  |  |
| Neuro (WDL) | Within Defined Limits -RV | — | Within Defined Limits -RV | — | — |
| Eyes Open | Spontaneous -RV | ---- | Spontaneous -RV | ---- | ---- |
| Best Verbal Response | Oriented -RV | ---- | Oriented -RV | ---- | ---- |
| Best Motor Response | Obeys commands -RV | ---- | Obeys commands -RV | ---- | ---- |
| GCS Total | 15 -RV | ---- | 15 -RV | ---- | ---- |
| Level of Consciousness | Awake;Alert -RV | — | Awake;Alert -RV | — | — |
| **HEENT** |  |  |  |  |  |
| HEENT (WDL) | Within Defined Limits -RV | — | Within Defined Limits -RV | — | — |
| **Peripheral Vascular** |  |  |  |  |  |
| Anti-Embolism Devices | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV | — | Antiembolism stockings - knee;Sequential compression devices - knee high;Right -RV | — | — |
| Anti-Embolism Device Intervention | On;Skin check -RV | — | On;Skin check -RV | — | — |
| **Cardiovascular** |  |  |  |  |  |
| Cardiac (WDL) | Within Defined Limits -RV | — | Within Defined Limits -RV | — | — |
| Cardiac Regularity | Regular -RV | ---- | Regular -RV | ---- | ---- |
| **Musculoskeletal** |  |  |  |  |  |
| Musculoskeletal (WDL) | Exceptions to Defined Limits -RV | — | Exceptions to Defined Limits -RV | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1073
Printed by 71334 at 8/21/24 10:11 AM

MC_002924

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Skin | | | | | |
|---|---|---|---|---|---|
| Skin Integrity 1 | Incision -RV | — | Incision -RV | — | — |
| Skin Location 1 | L knee -RV | — | L knee -RV | — | — |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | Within Defined Limits -RV | — | Within Defined Limits -RV | — | — |
| **Patient Belongings** | | | | | |
| Hearing Aid | None -RV | — | None -RV | — | — |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | — | No -RV | No -RV | — |
| When you are discharged is it safe for you to go home? | — | — | Yes -RV | Yes -RV | — |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | No impairment -RV | — | No impairment -RV | — | — |
| Moisture | Rarely moist -RV | — | Rarely moist -RV | — | — |
| Activity | Walks occasionally -RV | — | Walks occasionally -RV | — | — |
| Mobility | Slightly limited -RV | — | Slightly limited -RV | — | — |
| Nutrition | Adequate -RV | — | Adequate -RV | — | — |
| Friction and Shear | No apparent problem -RV | — | No apparent problem -RV | — | — |
| Braden Scale Score | 20 -RV | — | 20 -RV | — | — |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | No -RV | — | No -RV | — | — |
| Secondary Diagnosis | Yes -RV | — | Yes -RV | — | — |
| Ambulatory Aid | Crutches, cane or walker (Prosthetic &/or Orthotic) -RV | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -RV | — | — |
| IV or Heparin Lock | Yes -RV | — | Yes -RV | — | — |
| Gait and Transferring | Weak -RV | — | Weak -RV | — | — |
| Mental Status | Oriented (and realistic) to own ability -RV | — | Oriented (and realistic) to own ability -RV | — | — |
| Morse Fall Risk Total | 60 -RV | — | 60 -RV | — | — |
| **Fall Risk Interventions** | | | | | |
| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within | — | Bed/Cart in lowest position;Call light within reach;Wheels locked;Frequently needed objects within reach;Clear environment provided;Personal items within | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1074

Printed by 71334 at 8/21/24 10:11 AM

MC_002925

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| | reach;Safety instructions given;Toilet every 2 hours -RV | | reach;Safety instructions given;Toilet every 2 hours -RV | | |

**Risk for Injury**

| Risk for injury | Recent surgery -RV | — | Recent surgery -RV | — | — |

| Row Name | 12/04/23 1950 | 12/04/23 1900 | 12/04/23 1754 | 12/04/23 1725 | 12/04/23 1715 |
|---|---|---|---|---|---|
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | ID;Allergies;Blood Band;Fall Risk -JR | — | — | — | — |
| **Vitals** | | | | | |
| BP | — | 109/62 -JR | — | 100/64 -YN | 103/37 ! -YN |
| BP Method | — | Automatic -JR | — | — | — |
| MAP (mmHg) | — | 76 mmHg -JR | — | 76 mmHg -YN | 59 mmHg -YN |
| Pulse | — | 98 -JR | — | 95 -YN | 97 -YN |
| Resp | — | — | — | 17 -YN | 19 -YN |
| SpO2 | — | 91 % -JR | — | 95 % -YN | 96 % -YN |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -JR | — | — | — |
| BP Site | — | Left upper arm -JR | — | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -JR | — | — | Oxygen -YN |
| Oxygen Device/Source | — | None (Room Air) -JR | — | — | Nasal Cannula -YN |
| O2 Flow Rate (L/min) | — | — | — | — | 2 -YN |
| **Neurological** | | | | | |
| Neuro (WDL) | — | — | Within Defined Limits -KF | — | — |
| Eyes Open | — | — | Spontaneous -KF | — | — |
| Best Verbal Response | — | — | Oriented -KF | — | — |
| Best Motor Response | — | — | Obeys commands -KF | — | — |
| GCS Total | — | — | 15 -KF | — | — |
| Level of Consciousness | — | — | Awake;Alert -KF | — | — |
| **HEENT** | | | | | |
| HEENT (WDL) | — | — | Within Defined Limits -KF | — | — |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | — | Antiembolism stockings - knee;Bilateral;Sequential compression devices - knee high 🗎 SCD on right leg only -KF | — | — |
| Anti-Embolism Device Intervention | — | — | On;Skin check -KF | — | — |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | Within Defined Limits -KF | — | — |
| Cardiac | — | — | Regular -KF | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1075

Printed by 71334 at 8/21/24 10:11 AM

MC_002926

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Regularity

**Musculoskeletal**

| Musculoskeletal (WDL) | — | — | Exceptions to Defined Limits -KF | — | — |

**Gastrointestinal**

| Last Bowel Movement Date | — | — | 12/04/23 -KF | — | — |

**Genitourinary**

| Urinary Status | — | — | Voids without difficulty -KF | — | — |

**Skin**

| Skin Integrity 1 | — | — | Incision -KF | — | — |
| Skin Location 1 | — | — | L knee -KF | — | — |

**Psychosocial**

| Psychosocial (WDL) | — | — | Within Defined Limits -KF | — | — |

**Patient Belongings**

| Hearing Aid | — | — | None -KF | — | — |

**Braden Scale: High risk < or equal 18**

| Sensory Perceptions | — | — | No impairment -KF | — | — |
| Moisture | — | — | Rarely moist -KF | — | — |
| Activity | — | — | Walks occasionally -KF | — | — |
| Mobility | — | — | Slightly limited -KF | — | — |
| Nutrition | — | — | Adequate -KF | — | — |
| Friction and Shear | — | — | No apparent problem -KF | — | — |
| Braden Scale Score | — | — | 20 -KF | — | — |

**Morse Falls Risk: High Risk is > or equal 45**

| History of Falls in Last 3 Months? | — | — | No -KF | — | — |
| Secondary Diagnosis | — | — | Yes -KF | — | — |
| Ambulatory Aid | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -KF | — | — |
| IV or Heparin Lock | — | — | Yes -KF | — | — |
| Gait and Transferring | — | — | Weak -KF | — | — |
| Mental Status | — | — | Oriented (and realistic) to own ability -KF | — | — |
| Morse Fall Risk Total | — | — | 60 -KF | — | — |

**Fall Risk Interventions**

| Fall Risk Interventions | Bed/Cart in lowest position;Call light within reach;Wheels locked -JR | — | Bed/Cart in lowest position;Wheels locked -KF | — | — |

**Risk for Injury**

| Risk for injury | — | — | Recent surgery -KF | — | — |
| **Row Name** | **12/04/23 1700** | **12/04/23 1645** | **12/04/23 1630** | **12/04/23 1620** | **12/04/23 1615** |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1076

Printed by 71334 at 8/21/24 10:11 AM

MC_002927

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Arrival

| | | | | | |
|---|---|---|---|---|---|
| Patient/Caregiver Update | — | Called;Family;Updated -YN | — | — | — |

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 121/76 -YN | 93/56 -YN | 99/49 -YN | — | 87/58 ! -YN |
| MAP (mmHg) | 91 mmHg -YN | 68 mmHg -YN | 66 mmHg -YN | — | 68 mmHg -YN |
| Temp | — | — | — | 36.4 °C (97.5 °F) - AC | — |
| Temp src | — | — | — | Temporal -AC | — |
| Pulse | 97 -YN | 94 -YN | 93 -YN | 94 -YN | 99 -YN |
| Resp | 20 -YN | 14 -YN | 15 -YN | 16 -YN | 15 -YN |
| SpO2 | 94 % -YN | 92 % -YN | 91 % -YN | 90 % -YN | 94 % -YN |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | — | Oxygen -AC | — |
| Oxygen Device/Source | — | — | — | Nasal Cannula -AC | — |
| O2 Flow Rate (L/min) | — | — | — | 3 -AC | — |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | Assessment -AC | — |
| Patient Currently in Pain | — | — | Sleeping/respirations WNL -YN | Other (Comment) - AC | — |
| Pain Assessment Tool Used | — | — | — | CPOT (patient unable to self-report) -AC | — |

### Critical Care Pain Observation Tool

| | | | | | |
|---|---|---|---|---|---|
| Facial Expression | — | — | — | Relaxed, neutral - AC | — |
| Body Movements | — | — | — | Absence of movements -AC | — |
| Muscle Tension | — | — | — | Relaxed -AC | — |
| Compliance or Vocalization | — | — | — | Tolerating ventilator or movement, or talking in a normal tone or no sound - AC | — |
| CPOT Total Pain Score | — | — | — | 0 -AC | — |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | — | — | — | 4/10 -YN |
| Pain Location 1 | — | — | — | — | KNEE -YN |
| Pain Orientation 1 | — | — | — | — | Left -YN |
| Pain Intervention(s) 1 | — | — | — | — | Emotional support (active listening, therapeutic touch);Distraction (eg. items, toys, books, puzzles, games, television, movies, etc) -YN |

### Modified Aldrete

| | | | | | |
|---|---|---|---|---|---|
| Activity | — | Able to move 4 extremities voluntarily or on command -YN | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002928

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Respiration | — | Able to breathe deeply and cough freely -YN | — | — | — |
| Circulation | — | Blood pressure is plus or minus 20% of pre-anesthetic level -YN | — | — | — |
| Consciousness | — | Arousable on calling -YN | — | — | — |
| Oxygen Saturation | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -YN | — | — | — |
| Modified Aldrete Score | — | 8 -YN | — | — | — |

**Neurological**

| | | | | | |
|---|---|---|---|---|---|
| Level of Consciousness | — | Awake;Drowsy -YN | — | Arousable -AC | — |

**Genitourinary**

| | | | | | |
|---|---|---|---|---|---|
| Urinary Status | Voids without difficulty -YN | — | — | — | — |
| Pre-Void Bladder Scan | — | 219 -YN | — | — | — |
| Urine Void (mL) | 215 mL -YN | — | — | — | — |

**Morse Falls Risk: High Risk is > or equal 45**

| | | | | | |
|---|---|---|---|---|---|
| IV or Heparin Lock | — | — | — | Yes -AC | — |

**Fall Risk Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | — | Bed/Cart in lowest position;Wheels locked -AC | — |

**PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain**

| | | | | | |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | — | Goal met -YN | — | — |

**PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting**

| | | | | | |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | — | Goal met -YN | — | — |

| Row Name | 12/04/23 1605 | 12/04/23 1600 | 12/04/23 1555 | 12/04/23 1545 | 12/04/23 1535 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 105/56 -YN | — | 117/94 ! -YN | 102/81 -YN |
| MAP (mmHg) | — | 72 mmHg -YN | — | 102 mmHg -YN | 88 mmHg -YN |
| Pulse | 97 -YN | 97 -YN | 99 -YN | 102 ! -YN | 103 ! -YN |
| Resp | 20 -YN | 16 -YN | 18 -YN | 22 -YN | 16 -YN |
| SpO2 | 92 % -YN | 94 % -YN | 94 % -YN | 95 % -YN | 100 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -YN | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - YN | — |
| **Pain Assessment** | | | | | |
| Patient Currently in Pain | — | — | — | — | Yes -YN |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) - YN |
| **Pain 1** | | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1078

Printed by 71334 at 8/21/24 10:11 AM

MC_002929

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN |
| Pain Location 1 | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN |
| Pain Orientation 1 | Left -YN | Left -YN | Left -YN | Left -YN | Left -YN |
| Pain Intervention(s) 1 | Medication;Ice (T/pump, cold compress);Repositioned/elevation;Distraction (eg. items, toys, books, puzzles, games, television, movies, etc);Emotional support (active listening, therapeutic touch) -YN | Medication -YN | Medication -YN | Medication -YN | Medication -YN |

**Modified Aldrete**

| | | | | | |
|---|---|---|---|---|---|
| Activity | — | — | — | — | Able to move 4 extremities voluntarily or on command -YN |
| Respiration | — | — | — | — | Dyspnea or limited breathing -YN |
| Circulation | — | — | — | — | Blood pressure is plus or minus 20% of pre-anesthetic level -YN |
| Consciousness | — | — | — | — | Arousable on calling -YN |
| Oxygen Saturation | — | — | — | — | Able to maintain oxygen saturation greater than 92% on room air -YN |
| Modified Aldrete Score | — | — | — | — | 8 -YN |

**PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance**

| | | | | | |
|---|---|---|---|---|---|
| Evaluation of Goals Met | — | — | — | — | Goal met -YN |

| Row Name | 12/04/23 1530 | 12/04/23 1525 | 12/04/23 1520 | 12/04/23 1515 | 12/04/23 1511 |
|---|---|---|---|---|---|
| **Arrival** | | | | | |
| Arrived From | — | — | — | — | OR -YN |
| Mode of Transport | — | — | — | — | Stretcher -YN |
| **Vitals** | | | | | |
| BP | 85/52 ! -YN | 109/60 -YN | 112/62 -YN | 105/57 -YN | 105/55 -YN |
| BP Method | — | — | — | — | Automatic -YN |
| MAP (mmHg) | 63 mmHg -YN | 76 mmHg -YN | 79 mmHg -YN | 73 mmHg -YN | 72 mmHg -YN |
| Temp | — | — | — | — | 36.1 °C (97 °F) -YN |
| Temp src | — | — | — | — | Temporal -YN |
| Pulse | 105 ! -YN | 101 ! -YN | 100 -YN | 91 -YN | 93 -YN |
| Resp | 15 -YN | 16 -YN | 15 -YN | 12 -YN | 13 -YN |
| SpO2 | 99 % -YN | 97 % -YN | 95 % -YN | 95 % -YN | 93 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Oxygen -YN |
| Oxygen | — | — | — | — | Non-Rebreather |

ALLENMORE HOSPITAL  Larocque, Linda J
1901 S UNION AVE  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702  Adm: 12/4/2023, D/C: 12/8/2023

Page 1079  Printed by 71334 at 8/21/24 10:11 AM

MC_002930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 2 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Device/Source | | | | | Mask -YN |
| O2 Flow Rate (L/min) | — | — | — | — | 12 -YN |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | — | Assessment -YN |
| Patient Currently in Pain | — | — | — | Sleeping/respirations WNL -YN | Sleeping/respirations WNL -YN |
| **Modified Aldrete** | | | | | |
| Activity | — | — | — | — | Unable to move extremities voluntarily or on command -YN |
| Respiration | — | — | — | — | Dyspnea or limited breathing -YN |
| Circulation | — | — | — | — | Blood pressure is plus or minus 20% to 49% of pre-anesthetic level -YN |
| Consciousness | — | — | — | — | Not responding -YN |
| Oxygen Saturation | — | — | — | — | Needs oxygen inhalation to maintain oxygen saturation greater that 90% -YN |
| Modified Aldrete Score | — | — | — | — | 3 -YN |
| **Immobilizers & Interventions** | | | | | |
| Immobilizers | — | — | — | — | Knee immobilizer -YN |
| Interventions | — | — | — | — | Ice pack;Warm blankets -YN |
| **Neurological** | | | | | |
| Level of Consciousness | Drowsy -YN | — | — | — | Sedated -YN |
| **Peripheral Vascular** | | | | | |
| Anti-Embolism Devices | — | — | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high -YN |
| Anti-Embolism Device Intervention | — | — | — | — | On -YN |
| **Cardiovascular** | | | | | |
| Cardiac (WDL) | — | — | — | — | Within Defined Limits -YN |
| Cardiac Regularity | — | — | — | — | Regular -YN |
| **Respiratory** | | | | | |
| Breath Sounds Bilateral | — | — | — | — | Clear -YN |
| Resp Pattern / Effort | — | — | — | — | Non-labored, even -YN |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — | — | — | Exceptions to Defined Limits -YN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1080

Printed by 71334 at 8/21/24 10:11 AM

MC_002931

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Genitourinary

| | | | | | |
|---|---|---|---|---|---|
| Urinary Status | — | — | — | — | Has not voided -YN |

### Skin

| | | | | | |
|---|---|---|---|---|---|
| Skin (WDL) | — | — | — | — | Exceptions to Defined Limits -YN |
| Skin Integrity 1 | — | — | — | — | Incision -YN |
| Skin Location 1 | — | — | — | — | L knee -YN |

### PACU Assessment/Nursing Diagnosis: Potential for Ineffective Airway Maintenance

| | | | | | |
|---|---|---|---|---|---|
| Potential for Ineffective Airway Maintenance - Interventions | — | — | — | — | Assess lung sounds -YN |
| Ineffective Airway Maintenance Care Plan Goal | — | — | — | — | Normal breath sounds -YN |

### PACU Assessment/Nursing Diagnosis: Potential for Alteration in Comfort-Pain

| | | | | | |
|---|---|---|---|---|---|
| Potential for Alteration in Comfort: Pain - Interventions | — | — | — | — | Assess level of comfort/pain -YN |
| Comfort/Pain Goal | — | — | — | — | Patient demonstrates or reports decreased pain level -YN |

### PACU Assessment/Nursing Diagnosis: Potential for Nausea & Vomiting

| | | | | | |
|---|---|---|---|---|---|
| Potential for Nausea and Vomiting - Interventions | — | — | — | — | Assess patient for complaints of nausea -YN |
| Nausea and Vomitting Goal | — | — | — | — | Absence/decreased level of nausea/vomitting -YN |

| Row Name | 12/04/23 1425 | 12/04/23 1141 | 12/04/23 1129 | 12/04/23 1025 | 12/04/23 0858 |
|---|---|---|---|---|---|
| **Preop Information** | | | | | |
| Surgical Procedure (Include laterality) | — | — | — | — | total knee revision regional adductor canal block left -JG |
| Date history reviewed last | — | — | — | — | 12/04/23 -JG |
| Have you had any changes to your medical history since last reviewed? | — | — | — | — | — ▯ more fatigue -JG |
| **Specialists** | | | | | |
| Specialists | — | — | — | — | Cardiology -JG |
| Cardiology provider name | — | — | — | — | Geura -JG |
| Have you ever had an EKG? | — | — | — | — | Yes -JG |
| When? | — | — | — | — | 11/29/23 -JG |
| EKG disposition | — | — | — | — | In MultiCare Connect -JG |
| **Arrival** | | | | | |
| Ride / Caregiver Name | — | — | — | — | steven -JG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1081
Printed by 71334 at 8/21/24 10:11 AM

MC_002932

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Relationship of Caregiver | — | — | — | — | spouse -JG |
| Phone Number for Ride/Caregiver | — | — | — | — | 253-273-7085 -JG |
| Disposition of Ride/Caregiver | — | — | — | — | Waiting room -JG |
| Interpreter used? | — | — | — | — | No -JG |
| Patient Preferred Language | — | — | — | — | English -JG |
| **Patient/Chart Verification** | | | | | |
| Arm Bands/Charms on | — | — | — | — | ID;Allergies;Blood Band -JG |
| History of Present Illness | — | — | — | — | — 🖹 denies -JG |
| **NPO Status** | | | | | |
| Last Solids - Date | — | — | — | — | 12/03/23 -JG |
| Last Solids - Time | — | — | — | — | 2300 -JG |
| Last Liquids - Date | — | — | — | — | 12/04/23 -JG |
| Last Liquids - Time | — | — | — | — | 0600 -JG |
| Last Type of Intake | — | — | — | — | Clear Fluids -JG |
| **Chlorhexidine Prep** | | | | | |
| Chlorhexidine Gluconate Applied | — | — | — | — | AM of surgery -JG |
| **Nasal Antiseptic - Decolonization** | | | | | |
| Nasal Antiseptic Swab applied | — | — | — | — | Pre Op -JG |
| **Anesthesia Related Questions** | | | | | |
| Steroid Use in Last 3 Months | — | — | — | — | No -JG |
| **Exercise tolerance** | | | | | |
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | — | — | — | — | No 🖹 painfully -JG |
| **Pain Education** | | | | | |
| Pain Education | — | — | — | — | Yes -JG |
| Patient's Realistic Pain Goal | — | — | — | — | 4 -JG |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | — | Assessment -JG |
| Patient Currently in Pain | — | — | — | — | Yes -JG |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) -JG |
| **Pain 1** | | | | | |
| Numeric Pain | — | — | — | — | 5/10 -JG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1082

Printed by 71334 at 8/21/24 10:11 AM

MC_002933

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

Scale 1

| | | | | | |
|---|---|---|---|---|---|
| Pain Location 1 | — | — | — | — | HIP -JG |
| Pain Orientation 1 | — | — | — | — | Left -JG |
| Pain Duration 1 | — | — | — | — | Continuous -JG |
| Pain Onset 1 | — | — | — | — | Chronic/ Persistent Pain (including Neuropathic pain) -JG |
| Pain Quality 1 | — | — | — | — | Throbbing;Pins and needles;Aching -JG |

Modified Aldrete

| | | | | | |
|---|---|---|---|---|---|
| Activity | — | — | — | — | Able to move 4 extremities voluntarily or on command -JG |
| Respiration | — | — | — | — | Able to breathe deeply and cough freely -JG |
| Circulation | — | — | — | — | Blood pressure is plus or minus 20% of pre-anesthetic level -JG |
| Consciousness | — | — | — | — | Fully awake -JG |
| Oxygen Saturation | — | — | — | — | Able to maintain oxygen saturation greater than 92% on room air -JG |
| Modified Aldrete Score | — | — | — | — | 10 -JG |

Neurological

| | | | | | |
|---|---|---|---|---|---|
| Eyes Open | — | — | — | — | Spontaneous -JG |
| Best Verbal Response | — | — | — | — | Oriented -JG |
| Best Motor Response | — | — | — | — | Obeys commands -JG |
| GCS Total | — | — | — | — | 15 -JG |

HEENT Assessment

| | | | | | |
|---|---|---|---|---|---|
| Hearing Aids | — | — | — | — | No -JG |
| Requires Visual Aids | — | — | — | — | Yes (Comment) 📄 readers -JG |

Peripheral Vascular

| | | | | | |
|---|---|---|---|---|---|
| Anti-Embolism Devices | — | — | — | — | Antiembolism stockings - knee;Sequential compression devices - knee high -JG |

Cardiovascular

| | | | | | |
|---|---|---|---|---|---|
| Cardiac (WDL) | — | — | — | — | — 📄 regualr -JG |

Cardiac

| | | | | | |
|---|---|---|---|---|---|
| Pacemaker/AICD | — | — | — | — | No -JG |

Respiratory

| | | | | | |
|---|---|---|---|---|---|
| Respiratory (WDL) | — | — | — | — | Exceptions to Defined Limits -JG |
| Breath Sounds Bilateral | — | — | — | — | Clear;Equal -JG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1083                                    Printed by 71334 at 8/21/24 10:11 AM

MC_002934

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Resp Pattern / Effort | — | — | — | — | Non-labored, even - JG |
| **Musculoskeletal** | | | | | |
| Musculoskeletal (WDL) | — | — | — | — | 🗎 left thigh/ hip/ bil knees -JG |
| **Gastrointestinal** | | | | | |
| Gastrointestinal (WDL) | — | — | — | — | Within Defined Limits -JG |
| Last Bowel Movement Date | — | — | — | — | 12/03/23 -JG |
| **Genitourinary** | | | | | |
| Genitourinary (WDL) | — | — | — | — | Within Defined Limits -JG |
| Post-Void Bladder Scan | — | — | — | 0 -TS | — |
| **Menstruation** | | | | | |
| Do you menstruate? | — | — | — | — | No -JG |
| **Skin** | | | | | |
| Skin (WDL) | — | — | — | — | 🗎 ingrown toenail left great toe -JG |
| Do you have any skin breakdown? | — | — | — | — | Yes -JG |
| **Psychosocial** | | | | | |
| Psychosocial (WDL) | — | — | — | — | Within Defined Limits -JG |
| **Patient Belongings** | | | | | |
| Oral Appliance | — | — | None -MM | — | None -JG |
| Vision | — | — | None -MM | — | None -JG |
| Hearing Aid | — | — | None -MM | — | None -JG |
| Jewelry | — | — | None -MM | — | None -JG |
| Clothing | — | — | None -MM | — | Pants;Shirt;Socks;Jacket / coat;Footwear;To Locker/Cubby -JG |
| Electronic Equipment | — | — | None -MM | — | None -JG |
| Home Medications (includes over the counter medications and supplements) | — | — | No -MM | — | No -JG |
| Other Belongings | — | — | None -MM | — | CPAP/BiPAP;To Locker/Cubby -JG |
| **Source of Information** | | | | | |
| Information Obtained From | — | — | — | — | Patient -JG |
| **Domestic Abuse Assessment** | | | | | |
| Are you being hurt, hit or frightened by anyone at home or in your life? | — | — | — | — | No -JG |
| When you are discharged is it | — | — | — | — | Yes -JG |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1084

Printed by 71334 at 8/21/24 10:11 AM

MC_002935

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| safe for you to go home? | | | | | |
| **Coping** | | | | | |
| Any major changes or losses in the last year? | — | — | — | — | Yes 📄 had to put dog down -JG |
| Would you like additional assistance in coping with this hospitalization? | — | — | — | — | No -JG |
| Any special concerns about home during this hospitalization? | — | — | — | — | No -JG |
| Do you have financial concerns related to this hospitalization? | — | — | — | — | No -JG |
| Do you have a medication prescription benefit? | — | — | — | — | Yes -JG |
| Are you depressed today? | — | — | — | — | No -JG |
| Have you thought about causing harm to yourself in the last week? | — | — | — | — | No -JG |
| **Braden Scale: High risk < or equal 18** | | | | | |
| Sensory Perceptions | — | — | — | — | Slightly limited -JG |
| Moisture | — | — | — | — | Occasionally moist -JG |
| Activity | — | — | — | — | Walks occasionally -JG |
| Mobility | — | — | — | — | Very limited -JG |
| Nutrition | — | — | — | — | Adequate -JG |
| Friction and Shear | — | — | — | — | Potential problem -JG |
| Braden Scale Score | — | — | — | — | 16 -JG |
| **Morse Falls Risk: High Risk is > or equal 45** | | | | | |
| History of Falls in Last 3 Months? | — | — | — | — | No -JG |
| Secondary Diagnosis | — | — | — | — | Yes -JG |
| Ambulatory Aid | — | — | — | — | Crutches, cane or walker (Prosthetic &/or Orthotic) -JG |
| IV or Heparin Lock | — | — | — | — | Yes -JG |
| Gait and Transferring | — | — | — | — | Impaired -JG |
| Mental Status | — | — | — | — | Oriented (and realistic) to own |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1085
Printed by 71334 at 8/21/24 10:11 AM

MC_002936

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ability -JG |
| Morse Fall Risk Total | — | — | — | — | 70 -JG |

**Fall Risk Interventions**

| | | | | | |
|---|---|---|---|---|---|
| Fall Risk Interventions | — | — | — | — | Bed/Chair/Personal alarm in place;Bed/Cart in lowest position;Call light within reach;Frequently needed objects within reach;Clear environment provided;Designated non-skid footwear -JG |

**Risk for Injury**

| | | | | | |
|---|---|---|---|---|---|
| Risk for injury | — | — | — | — | Age;Bones;Anticoagulants -JG |

**For Inpatients Only**

| | | | | | |
|---|---|---|---|---|---|
| Is the patient an Inpatient? | — | — | — | — | Yes -JG |

**Nursing Nutrition Screen**

| | | | | | |
|---|---|---|---|---|---|
| Unplanned Weight Loss in Last Three Months | — | — | — | — | No -JG |
| Unusual Weight Gain | — | — | — | — | No -JG |
| Difficulty Chewing or Swallowing | — | — | — | — | No -JG |

**Alcohol Use**

| | | | | | |
|---|---|---|---|---|---|
| Do you drink alcohol? | — | — | — | — | No -JG |

**Pre-Procedure Care Plan Diagnosis: Anxiety Related to Impending Procedure and Anesthesia/Sedation**

| | | | | | |
|---|---|---|---|---|---|
| Does the patient have anxiety? | — | — | — | — | Yes -JG |

**Intraprocedure Care Plan: Infection Goal**

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Infection Interventions | — | Administer prescribed prophalactic antibiotics;Maintain sterile technique;Perform adequate skin prep;Limit unecessary traffic in operative suite -MM | — | — | — |
| Intraprocedure Care Plan: Infection Goal Met | Goal met -MM | — | — | — | — |

**Intraprocedure Care Plan: Privacy Goal**

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Privacy Interventions | — | Limit unnecessary traffic in the operative suite;Maintain | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1086

Printed by 71334 at 8/21/24 10:11 AM

MC_002937

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| | | patient confidentiality and share patient information only with staff directly involved in care;Maintain patient's dignity and privacy;Provide care respecting worth and dignity regardless of diagnosis, disease process, procedure or projected outcomes -MM | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Privacy Goal Met | Goal met -MM | --- | --- | --- | --- |

Intraprocedure Care Plan: Safety Goal

| | | | | | |
|---|---|---|---|---|---|
| Intraprocedure Care Plan: Safety Interventions | — | Check equipment for safety;Check OR bed for proper functioning;Identify surgical site and appropriate position;Pad all bony prominences;Mainta in proper body alignment;Proper use of safety measures for transport and transfer -MM | — | — | — |
| Intraprocedure Care Plan: Safety Goal Met | Goal met -MM | --- | --- | --- | --- |

| Row Name | 12/04/23 0817 | 11/29/23 0820 | 11/21/23 1212 | | |
|---|---|---|---|---|---|
| Preop Information | | | | | |
| Surgical Procedure (Include laterality) | — | — | REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (702053)TOTAL KNEE REVISION; Regional, Adductor canal block (701328) LEFT -JK | | |
| Date history reviewed last | — | — | 11/21/23 -JK | | |
| Arrival | | | | | |
| Ride / Caregiver Name | — | — | Steven -JK | | |
| Relationship of Caregiver | — | — | spouse -JK | | |
| Phone Number for Ride/Caregiver | — | — | 253-273-7085 -JK | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1087

Printed by 71334 at 8/21/24 10:11 AM

MC_002938

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| Interpreter used? | — | — | No -JK |
|---|---|---|---|
| Patient Preferred Language | — | — | English -JK |

**Vitals**

| | | | |
|---|---|---|---|
| BP | 123/81 -CP | 114/67 -LR | — |
| BP Method | Automatic -CP | Automatic -LR | — |
| MAP (mmHg) | 95 mmHg -CP | 83 mmHg -LR | — |
| Temp | 36.4 °C (97.5 °F) - CP | — | — |
| Temp src | Temporal -CP | — | — |
| Pulse | 76 -CP | 80 -LR | — |
| Resp | 16 -CP | 14 -LR | — |
| SpO2 | 95 % -CP | 96 % -LR | — |

**Orthostatic BP**

| | | | |
|---|---|---|---|
| Pt Position for BP | Sitting -CP | — | — |
| BP Site | Right upper arm -CP | — | — |

**Oxygen Therapy**

| | | | |
|---|---|---|---|
| O2 Delivery | Room air -CP | Room air -LR | — |

**Height and Weight**

| | | | |
|---|---|---|---|
| Height | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR | 1.651 m (5' 5") -JK |
| Height Method | Stated -CP | Stated -LR | Stated -JK |
| Weight | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) - LR | 112.9 kg (249 lb) - JK |
| Weight Method | Scale -CP | Scale -LR | Stated -JK |

**Anesthesia Related Questions**

| | | | |
|---|---|---|---|
| Steroid Use in Last 3 Months | — | — | No -JK |

**Exercise tolerance**

| | | | |
|---|---|---|---|
| Are you able to climb one flight of stairs, do light housework, walk up a small hill, etc? | — | — | Yes -JK |

**Pain Education**

| | | | |
|---|---|---|---|
| Pain Education | — | — | Yes -JK |
| Patient's Realistic Pain Goal | — | — | 4 -JK |

**Pain Assessment**

| | | | |
|---|---|---|---|
| Pain Assessment | — | — | Assessment -JK |
| Patient Currently in Pain | — | — | Yes -JK |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - JK |

**Pain 1**

| | | | |
|---|---|---|---|
| Numeric Pain Scale 1 | — | — | 4/10 -JK |
| Pain Location 1 | — | — | GENERAL -JK |

**HEENT Assessment**

| | | | |
|---|---|---|---|
| Hearing Aids | — | — | No -JK |
| Requires Visual Aids | — | — | Yes (Comment) 📄 readers -JK |

**Cardiac**

| | | | |
|---|---|---|---|
| Pacemaker/AICD | — | — | No -JK |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1088

Printed by 71334 at 8/21/24 10:11 AM

MC_002939

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

### Skin

| | | | |
|---|---|---|---|
| Do you have any skin breakdown? | — | — | No -JK |

### Infection Control

| | | | |
|---|---|---|---|
| Current Respiratory Symptoms Requiring Use of PPE | — | — | No -JK |
| Have you been diagnosed within the past year, with a multi-drug resistant organism (MRSA, VRE, ESBL, CRE)? | — | — | No, patient denies - JK |
| Have you been exposed to an infectious disease in the last 3 weeks | — | — | No, Patient denies - JK |

### Discharge Planning

| | | | |
|---|---|---|---|
| Lives With | — | — | Spouse/Domestic Partner -JK |
| Receives Help From | — | — | None - managing in current setting -JK |
| Type of Residence | — | — | Private Residence - JK |
| Anticipated Discharge Disposition | — | — | Home -JK |

### Values / Beliefs

| | | | |
|---|---|---|---|
| Cultural Requests During Hospitalization | — | — | no -JK |
| Spiritual Requests During Hospitalization | — | — | no -JK |
| Would you refuse a blood transfusion for any reason? | — | — | Accepts transfusion -JK |

### Nursing Nutrition Screen

| | | | |
|---|---|---|---|
| Difficulty Chewing or Swallowing | — | — | No -JK |

**User Key**                                   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| SB | Scheduler Batch | — | — |
| KS | Kaelin E Sandberg, RN | Registered Nurse | Nursing |
| SY | Shuji D Yamada, RCP | RESPIRATORY CARE PRACTITIONER | RT |
| DLA | David Lai, MD | Anesthesiologist | — |
| RV | Russel E Villamante, RN | Registered Nurse | Nursing |
| CP | Ciara M Pardo, CNA | Certified Nursing Assistant | — |
| JG | Julia Gould, RN | Registered Nurse | — |

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 1089                                Printed by 71334 at 8/21/24 10:11 AM

MC_002940

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 2 of 3) (continued)**

| EW | Erin Whitehouse, RN | Registered Nurse | Nursing |
|---|---|---|---|
| LR | Lawanda A Robinson, CNA | Certified Nursing Assistant | — |
| TS | Tanisha Slaughter, CNA | Certified Nursing Assistant | — |
| AC | Anna Rosselle L Cajilog Cometa, RN | Registered Nurse | — |
| DL | David Lechich, RN | Registered Nurse | Nursing |
| KJ | Kelly D Jameyson, RN | Registered Nurse | Nursing |
| BQ | Bernice I Quarshie, CNA | Certified Nursing Assistant | — |
| TF | Tatiana Fosdick V, PT | PHYSICAL THERAPY | PT |
| RS | Rian C Schneider, RN | Registered Nurse | Nursing |
| AH | Allyson R Hayes, CNA | Certified Nursing Assistant | Nursing |
| YN | Yu Min Ni, RN | Registered Nurse | Nursing |
| DF | Diana Rose L Fitzpatrick, NA | NURSE ASSISTANT | — |
| MM | Murinda L McCuller, RN | Registered Nurse | Nursing |
| KSA | Korin F Sanda Rogers, RN | Case Manager | — |
| MZ | Morgan L Zumach, PT ASSIST | Physical Therapy Assistant | PT |
| WM | Woodetta Maulana, RN | Registered Nurse | Nursing |
| NB | Nancy M Beachler, RN | Registered Nurse | Nursing |
| AG | Alice Gichuru, CNA | Certified Nursing Assistant | — |
| YL | Yunia H Lunkuse, CNA | Certified Nursing Assistant | — |
| CH | Cheryl Hendren, RN | Registered Nurse | Nursing |
| JK | Jaynee Krzywicki, RN | Registered Nurse | Nursing |
| MJ | Makayla R Jackson, CNA | Certified Nursing Assistant | — |
| JR | Julia G Rosas, CNA | Certified Nursing Assistant | — |
| KF | Kristian P Figueroa, RN | Registered Nurse | Nursing |
| PJ | Paulette J Johnson, LPN | Licensed Practical Nurse | Nursing |

Page 1090

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:11 AM

MC_002941

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Flowsheets (group 3 of 3)

### Vital Signs/Pain

| Row Name | 12/08/23 1630 | 12/08/23 1127 | 12/08/23 1027 | 12/08/23 0809 | 12/08/23 0400 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 118/71 -BQ | — |
| BP Method | — | — | — | Automatic -BQ | — |
| MAP (mmHg) | — | — | — | 87 mmHg -BQ | — |
| Temp | — | — | — | 36.5 °C (97.7 °F) - BQ | — |
| Temp src | — | — | — | Temporal -BQ | — |
| Resp | — | — | — | 18 -BQ | — |
| SpO2 | — | — | — | 96 % -BQ | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Supine -BQ | — |
| BP Site | — | — | — | Left forearm -BQ | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -BQ | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -CH | Re-Assessment -CH | Assessment -CH | Assessment -CH | Re-Assessment -WM |
| Patient Currently in Pain | Yes -CH | Sleeping/respiration s WNL -CH | Yes -CH | No -CH | Sleeping/respiration s WNL -WM |
| Patient's Realistic Pain Goal | 4 -CH | — | 4 -CH | — | — |
| Pain Relieving Factors | Medication -CH | — | Medication;Ice / Cold Therapy -CH | — | — |
| Pain Aggravating Factors | Positional (add comment) -CH | — | Positional (add comment) -CH | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - CH | — | Numeric (patient able to self-report) - CH | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -CH | — | 7/10 -CH | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - CH | — | Interferes with activities, but not passive activities - CH | — | — |
| Pain Location 1 | KNEE -CH | — | KNEE -CH | — | — |
| Pain Orientation 1 | Left -CH | — | Left -CH | — | — |
| Pain Duration 1 | Continuous -CH | — | Continuous -CH | — | — |
| Pain Onset 1 | Acute Pain -CH | — | Acute Pain -CH | — | — |
| Pain Quality 1 | Pain -CH | — | Pain -CH | — | — |
| Pain Intervention(s) 1 | Medication -CH | — | Medication;Ice (T/pump, cold compress) -CH | — | — |
| Pain Intervention Education Provided 1 | Yes -CH | — | Yes -CH | — | — |
| Side Effect of Intervention 1 | None -CH | — | None -CH | — | — |

| Row Name | 12/08/23 0333 | 12/08/23 0004 | 12/07/23 1630 | 12/07/23 1530 | 12/07/23 1508 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 98/58 -AG | — | — | 123/68 -BQ |
| BP Method | — | Automatic -AG | — | — | Automatic -BQ |
| MAP (mmHg) | — | 71 mmHg -AG | — | — | 86 mmHg -BQ |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1091

Printed by 71334 at 8/21/24 10:12 AM

MC_002942

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Temp | — | 36.2 °C (97.1 °F) - AG | — | — | 36.3 °C (97.3 °F) - BQ |
| Temp src | — | Skin -AG | — | — | Temporal -BQ |
| Pulse | — | 87 -AG | — | — | 96 -BQ |
| Resp | — | 18 -AG | — | — | 18 -BQ |
| SpO2 | — | 95 % -AG | — | — | 98 % -BQ |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Supine -AG | — | — | Sitting -BQ |
| BP Site | — | Left forearm -AG | — | — | Left forearm -BQ |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -AG | — | — | Room air -BQ |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -WM | — | Re-Assessment -CH | Assessment -NB | — |
| Patient Currently in Pain | Yes -WM | — | No -CH | Yes -NB | — |
| Pain Relieving Factors | — | — | — | Medication -NB | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -WM | — | — | 8/10 -NB | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities - WM | — | — | — | — |
| Pain Location 1 | KNEE -WM | — | — | KNEE -NB | — |
| Pain Orientation 1 | Left -WM | — | — | — | — |
| Pain Duration 1 | Continuous -WM | — | — | — | — |
| Pain Onset 1 | Acute Pain -WM | — | — | — | — |
| Pain Quality 1 | Pain -WM | — | — | — | — |
| Pain Intervention(s) 1 | Medication -WM | — | — | Medication -NB | — |
| Pain Intervention Education Provided 1 | Yes -WM | — | — | — | — |
| Side Effect of Intervention 1 | None -WM | — | — | — | — |

| Row Name | 12/07/23 1204 | 12/07/23 1104 | 12/07/23 0816 | 12/07/23 0800 | 12/07/23 0339 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 135/83 -BQ | — | 129/80 -AG |
| BP Method | — | — | Automatic -BQ | — | Automatic -AG |
| MAP (mmHg) | — | — | 100 mmHg -BQ | — | 96 mmHg -AG |
| Temp | — | — | 36.5 °C (97.7 °F) - BQ | — | 36.6 °C (97.8 °F) - AG |
| Temp src | — | — | Temporal -BQ | — | Skin -AG |
| Pulse | — | — | 83 -BQ | — | 92 -AG |
| Resp | — | — | 18 -BQ | — | 18 -AG |
| SpO2 | — | — | 99 % -BQ | — | 100 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -BQ | — | Sitting -AG |
| BP Site | — | — | Left forearm -BQ | — | Left forearm -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -BQ | — | Room air -AG |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -CH | Assessment -CH | — | Assessment -CH | — |
| Patient Currently | No -CH | Yes -CH | — | Sleeping/respiration | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1092

Printed by 71334 at 8/21/24 10:12 AM

MC_002943

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| in Pain | | | | s WNL -CH | |
| Patient's Realistic Pain Goal | — | 4 -CH | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy;Sleep / Rest -CH | — | — | — |
| Pain Aggravating Factors | — | Ambulating / Activity -CH | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - CH | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 8/10 -CH | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities - CH | — | — | — |
| Pain Location 1 | — | KNEE -CH | — | — | — |
| Pain Orientation 1 | — | Left -CH | — | — | — |
| Pain Duration 1 | — | Continuous -CH | — | — | — |
| Pain Onset 1 | — | Acute Pain -CH | — | — | — |
| Pain Quality 1 | — | Sharp;Throbbing - CH | — | — | — |
| Pain Intervention(s) 1 | — | Medication;Ice (T/pump, cold compress) -CH | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -CH | — | — | — |
| Side Effect of Intervention 1 | — | None -CH | — | — | — |

| Row Name | 12/07/23 0230 | 12/07/23 0158 | 12/06/23 2201 | 12/06/23 2030 | 12/06/23 1714 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 109/71 -AG | — | 115/73 -AH |
| BP Method | — | — | Automatic -AG | — | Automatic -AH |
| MAP (mmHg) | — | — | 84 mmHg -AG | — | 84 mmHg -AH |
| Temp | — | — | 36.6 °C (97.8 °F) - AG | — | 36.1 °C (97 °F) -AH |
| Temp src | — | — | Skin -AG | — | Temporal -AH |
| Pulse | — | — | 100 -AG | — | 90 -AH |
| Resp | — | — | 18 -AG | — | 16 -AH |
| SpO2 | — | — | 95 % -AG | — | 98 % -AH |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -AG | — | Supine -AH |
| BP Site | — | — | Left forearm -AG | — | Left forearm -AH |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -AG | — | Room air -AH |
| Oxygen Device/Source | — | — | — | — | None (Room Air) - AH |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment - WM | Assessment -WM | — | Assessment -DL | Re-Assessment -KJ |
| Patient Currently in Pain | Sleeping/respiration s WNL -WM | Yes -WM | — | Yes -DL | Yes -KJ |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1093

Printed by 71334 at 8/21/24 10:12 AM

MC_002944

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Flowsheets (group 3 of 3) (continued)

| | | | | DL | |
|---|---|---|---|---|---|
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | ---- | 7/10 -WM | ---- | 8/10 -DL | 7/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | --- | Interferes with some activities -WM | --- | Interferes with activities, but not passive activities - DL | --- |
| Pain Location 1 | ---- | KNEE -WM | ---- | KNEE -DL | ---- |
| Pain Orientation 1 | ---- | Left -WM | ---- | Left -DL | ---- |
| Pain Duration 1 | --- | Continuous -WM | --- | Continuous -DL | --- |
| Pain Onset 1 | --- | Acute Pain -WM | --- | Acute Pain -DL | --- |
| Pain Quality 1 | --- | Throbbing -WM | --- | Pain -DL | --- |
| Pain Intervention(s) 1 | --- | Medication -WM | ---- | Medication -DL | ---- |
| Pain Intervention Education Provided 1 | ---- | Yes -WM | --- | Yes -DL | --- |
| Side Effect of Intervention 1 | --- | --- | --- | None -DL | --- |

| Row Name | 12/06/23 1638 | 12/06/23 1400 | 12/06/23 1214 | 12/06/23 1125 | 12/06/23 0900 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | ---- | ---- | ---- | 126/70 -AH | ---- |
| BP Method | ---- | ---- | ---- | Automatic -AH | ---- |
| MAP (mmHg) | ---- | ---- | ---- | 89 mmHg -AH | ---- |
| Temp | ---- | ---- | ---- | 36.2 °C (97.2 °F) - AH | ---- |
| Temp src | --- | --- | --- | Temporal -AH | --- |
| Pulse | ---- | ---- | ---- | 94 -AH | ---- |
| Resp | ---- | --- | --- | 14 -AH | ---- |
| SpO2 | --- | --- | --- | 93 % -AH | --- |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | ---- | ---- | ---- | Lying right side -AH | ---- |
| BP Site | ---- | ---- | ---- | Left forearm -AH | ---- |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | ---- | ---- | ---- | Room air -AH | ---- |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | Re-Assessment -KJ | Assessment -KJ | — | Re-Assessment -KJ |
| Patient Currently in Pain | Yes -KJ | Yes -KJ | Yes -KJ | — | Yes -KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 9/10 -KJ | 7/10 -KJ | 9/10 -KJ | --- | 7/10 -KJ |
| Pain Intervention(s) 1 | Medication;Ice (T/pump, cold compress) -KJ | --- | Medication -KJ | --- | --- |

| Row Name | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0559 | 12/06/23 0334 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | --- | 113/73 -YL | --- | --- | 118/66 -JR |
| BP Method | — | Automatic -YL | — | — | Automatic -JR |
| MAP (mmHg) | --- | 85 mmHg -YL | --- | --- | 83 mmHg -JR |
| Temp | --- | 36.2 °C (97.1 °F) - YL | --- | --- | 35.9 °C (96.6 °F) - JR |
| Temp src | --- | Skin -YL | --- | --- | Temporal -JR |
| Pulse | — | 91 -YL | — | — | 98 -JR |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1094
Printed by 71334 at 8/21/24 10:12 AM

MC_002945

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 3 of 3) (continued)

| Row Name | | | | | |
|---|---|---|---|---|---|
| Resp | — | 16 -YL | — | — | 18 -JR |
| SpO2 | — | 93 % -YL | — | — | 96 % -JR |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -YL | — | — | Semi Fowler's -JR |
| BP Site | — | Left forearm -YL | — | — | Left forearm -JR |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -YL | — | — | Room air -JR |
| Oxygen Device/Source | — | CPAP -YL | — | — | CPAP -JR |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | — | Re-Assessment -KS | Assessment -KS | — |
| Patient Currently in Pain | Yes -KJ | — | Sleeping/respirations WNL -KS | Yes -KS | — |
| Patient's Realistic Pain Goal | — | — | — | 4 -KS | — |
| Pain Relieving Factors | Medication -KJ | — | — | Medication;Ice / Cold Therapy -KS | — |
| Pain Aggravating Factors | Positional (add comment) -KJ | — | — | Positional (add comment) -KS | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -KJ | — | — | Numeric (patient able to self-report) -KS | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -KJ | — | — | 8/10 -KS | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with some activities -KJ | — | — | Interferes with even passive activities -KS | — |
| Pain Location 1 | KNEE -KJ | — | — | KNEE -KS | — |
| Pain Orientation 1 | Left -KJ | — | — | Left -KS | — |
| Pain Duration 1 | Continuous -KJ | — | — | Continuous -KS | — |
| Pain Onset 1 | Acute Pain -KJ | — | — | Acute Pain -KS | — |
| Pain Quality 1 | Pain -KJ | — | — | Pain -KS | — |
| Pain Intervention(s) 1 | Medication -KJ | — | — | Medication -KS | — |
| Pain Intervention Education Provided 1 | Yes -KJ | — | — | Yes -KS | — |
| Side Effect of Intervention 1 | None -KJ | — | — | None -KS | — |

| Row Name | 12/06/23 0327 | 12/06/23 0239 | 12/06/23 0147 | 12/05/23 2314 | 12/05/23 2245 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 111/61 -JR | — |
| BP Method | — | — | — | Automatic -JR | — |
| MAP (mmHg) | — | — | — | 78 mmHg -JR | — |
| Temp | — | — | — | 36 °C (96.8 °F) -JR | — |
| Temp src | — | — | — | Temporal -JR | — |
| Pulse | — | — | — | 81 -JR | — |
| Resp | — | — | — | 16 -JR | — |
| SpO2 | — | — | — | 91 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -JR | — |
| BP Site | — | — | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -JR | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1095

Printed by 71334 at 8/21/24 10:12 AM

MC_002946

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Oxygen Device/Source | — | — | — | None (Room Air) - JR | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -KS | Re-Assessment -KS | Assessment -KS | — | Re-Assessment -KS |
| Patient Currently in Pain | Sleeping/respirations WNL -KS | Yes -KS | Yes -KS | — | Sleeping/respirations WNL -KS |
| Patient's Realistic Pain Goal | — | 4 -KS | 4 -KS | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -KS | Medication -KS | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -KS | Positional (add comment) -KS | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - KS | Numeric (patient able to self-report) - KS | — | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 6/10 -KS | 8/10 -KS | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities - KS | Interferes with even passive activities - KS | — | — |
| Pain Location 1 | — | KNEE -KS | KNEE -KS | — | — |
| Pain Orientation 1 | — | Left -KS | Left -KS | — | — |
| Pain Duration 1 | — | Continuous -KS | Continuous -KS | — | — |
| Pain Onset 1 | — | Acute Pain -KS | Acute Pain -KS | — | — |
| Pain Quality 1 | — | Pain -KS | Pain -KS | — | — |
| Pain Intervention(s) 1 | — | Medication -KS | Medication -KS | — | — |
| Pain Intervention Education Provided 1 | — | Yes -KS | Yes -KS | — | — |
| Side Effect of Intervention 1 | — | None -KS | None -KS | — | — |

| Row Name | 12/05/23 2157 | 12/05/23 2110 | 12/05/23 1943 | 12/05/23 1752 | 12/05/23 1705 |
|---|---|---|---|---|---|

**Vitals**

| | | | | | |
|---|---|---|---|---|---|
| BP | — | — | 111/60 -DF | — | — |
| BP Method | — | — | Automatic -DF | — | — |
| MAP (mmHg) | — | — | 77 mmHg -DF | — | — |
| Temp | — | — | 36.6 °C (97.8 °F) - DF | — | — |
| Temp src | — | — | Temporal -DF | — | — |
| Pulse | — | — | 86 -DF | — | — |
| Resp | — | — | 16 -DF | — | — |
| SpO2 | — | — | 93 % -DF | — | — |

**Orthostatic BP**

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | — | Supine -DF | — | — |
| BP Site | — | — | Left forearm -DF | — | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| Oxygen Device/Source | — | — | CPAP -DF | — | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Re-Assessment -KS | Assessment -KS | — | Re-Assessment -KJ | Assessment -KJ |
| Patient Currently in Pain | Yes -KS | Yes -KS | — | Yes -KJ | Yes -KJ |
| Patient's Realistic | 4 -KS | 4 -KS | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1096

Printed by 71334 at 8/21/24 10:12 AM

MC_002947

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| Pain Goal | | | | | |
|---|---|---|---|---|---|
| Pain Relieving Factors | Medication -KS | Medication -KS | — | — | — |
| Pain Aggravating Factors | Positional (add comment) -KS | Positional (add comment) -KS | — | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KS | Numeric (patient able to self-report) - KS | — | — | |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -KS | 8/10 -KS | — | 7/10 -KJ | 7/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | Interferes with even passive activities - KS | Interferes with even passive activities - KS | — | — | — |
| Pain Location 1 | KNEE -KS | KNEE -KS | — | — | — |
| Pain Orientation 1 | Left -KS | Left -KS | — | — | — |
| Pain Duration 1 | Continuous -KS | Continuous -KS | — | — | — |
| Pain Onset 1 | Acute Pain -KS | Acute Pain -KS | — | — | — |
| Pain Quality 1 | Pain -KS | Pain -KS | — | — | — |
| Pain Intervention(s) 1 | Medication -KS | Medication -KS | — | — | Medication -KJ |
| Pain Intervention Education Provided 1 | Yes -KS | Yes -KS | — | — | — |
| Side Effect of Intervention 1 | None -KS | None -KS | — | — | — |

| Row Name | 12/05/23 1523 | 12/05/23 1325 | 12/05/23 1258 | 12/05/23 1142 | 12/05/23 0900 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 110/57 -MJ | — | — | 118/63 -MJ | — |
| BP Method | Automatic -MJ | — | — | Automatic -MJ | — |
| MAP (mmHg) | 75 mmHg -MJ | — | — | 79 mmHg -MJ | — |
| Temp | 36.2 °C (97.2 °F) - MJ | — | — | 36.1 °C (97 °F) -MJ | — |
| Temp src | Temporal -MJ | — | — | Temporal -MJ | — |
| Pulse | 80 -MJ | — | — | 90 -MJ | — |
| Resp | 16 -MJ | — | — | 15 -MJ | — |
| SpO2 | 96 % -MJ | — | — | 96 % -MJ | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -MJ | — | — | Sitting -MJ | — |
| BP Site | Left forearm -MJ | — | — | Left forearm -MJ | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -MJ | — | — | Room air -MJ | — |
| Oxygen Device/Source | None (Room Air) - MJ | — | — | None (Room Air) - MJ | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KJ | Re-Assessment -EW | — | Re-Assessment -KJ |
| Patient Currently in Pain | — | Yes -KJ | Yes -EW | — | Yes -KJ |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -EW | — | — |
| Pain Aggravating Factors | — | — | Positional (add comment) -EW | — | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - EW | — | Numeric (patient able to self-report) - KJ |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1097

Printed by 71334 at 8/21/24 10:12 AM

MC_002948

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

### Pain 1

| Row Name | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 5/10 -KJ | 6/10 -EW | — | 4/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -EW | — | — |
| Pain Location 1 | — | — | KNEE -EW | — | — |
| Pain Orientation 1 | — | — | Left -EW | — | — |
| Pain Duration 1 | — | — | Continuous -EW | — | — |
| Pain Onset 1 | — | — | Acute Pain -EW | — | — |
| Pain Quality 1 | — | — | Pain -EW | — | — |
| Pain Intervention(s) 1 | — | — | Medication -EW | — | — |

| Row Name | 12/05/23 0841 | 12/05/23 0818 | 12/05/23 0751 | 12/05/23 0322 | 12/05/23 0214 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 135/66 -MJ | — | 122/58 -JR | — |
| BP Method | — | Automatic -MJ | — | Automatic -JR | — |
| MAP (mmHg) | — | 89 mmHg -MJ | — | 79 mmHg -JR | — |
| Temp | — | 36.2 °C (97.2 °F) - MJ | — | 36.4 °C (97.5 °F) - JR | — |
| Temp src | — | Temporal -MJ | — | Temporal -JR | — |
| Pulse | — | 75 -MJ | — | 79 -JR | — |
| Resp | — | 18 -MJ | — | 16 -JR | — |
| SpO2 | — | 96 % -MJ | — | 94 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -MJ | — | Supine -JR | — |
| BP Site | — | Left forearm -MJ | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -MJ | — | Room air -JR | — |
| Oxygen Device/Source | — | None (Room Air) - MJ | — | None (Room Air) - JR | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | — | Assessment -KJ | — | Assessment -RV |
| Patient Currently in Pain | Yes -KJ | — | Yes -KJ | — | Yes -RV |
| Patient's Realistic Pain Goal | — | — | 4 -KJ | — | 8 -RV |
| Pain Relieving Factors | — | — | Medication -KJ | — | Medication -RV |
| Pain Aggravating Factors | — | — | Positional (add comment) -KJ | — | Positional (add comment) -RV |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | — | Numeric (patient able to self-report) - KJ | — | Numeric (patient able to self-report) - RV |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KJ | — | 4/10 -KJ | — | 8/10 -RV |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -KJ | — | Doesn't interfere with activities -RV |
| Pain Location 1 | — | — | KNEE -KJ | — | KNEE -RV |
| Pain Orientation 1 | — | — | Left -KJ | — | Left -RV |
| Pain Duration 1 | — | — | Continuous -KJ | — | Continuous -RV |
| Pain Onset 1 | — | — | Acute Pain -KJ | — | Acute Pain;Chronic/Persistent Pain -RV |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1098

Printed by 71334 at 8/21/24 10:12 AM

MC_002949

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | (including Neuropathic pain) - RV |
|---|---|---|---|---|---|
| Pain Quality 1 | — | — | Aching -KJ | — | Throbbing;Pain;Pins and needles -RV |
| Pain Intervention(s) 1 | Medication -KJ | — | Ice (T/pump, cold compress) -KJ | — | Medication -RV |
| Pain Intervention Education Provided 1 | — | — | Yes -KJ | — | Yes -RV |
| Side Effect of Intervention 1 | — | — | None -KJ | — | None -RV |

| Row Name | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 1900 | 12/04/23 1725 | 12/04/23 1715 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 92/73 -JR | — | 109/62 -JR | 100/64 -YN | 103/37 ! -YN |
| BP Method | Automatic -JR | — | Automatic -JR | — | — |
| MAP (mmHg) | 79 mmHg -JR | — | 76 mmHg -JR | 76 mmHg -YN | 59 mmHg -YN |
| Temp | 36.1 °C (96.9 °F) - JR | — | — | — | — |
| Temp src | Temporal -JR | — | — | — | — |
| Pulse | 89 -JR | — | 98 -JR | 95 -YN | 97 -YN |
| Resp | 18 -JR | — | — | 17 -YN | 19 -YN |
| SpO2 | 95 % -JR | — | 91 % -JR | 95 % -YN | 96 % -YN |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -JR | — | Semi Fowler's -JR | — | — |
| BP Site | Left upper arm -JR | — | Left upper arm -JR | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -JR | — | Room air -JR | — | Oxygen -YN |
| Oxygen Device/Source | None (Room Air) - JR | — | None (Room Air) - JR | — | Nasal Cannula -YN |
| O2 Flow Rate (L/min) | — | — | — | — | 2 -YN |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -RV | — | — | — |
| Patient Currently in Pain | — | Yes -RV | — | — | — |
| Patient's Realistic Pain Goal | — | 5 -RV | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -RV | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -RV | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - RV | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -RV | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -RV | — | — | — |
| Pain Location 1 | — | KNEE -RV | — | — | — |
| Pain Orientation 1 | — | Left -RV | — | — | — |
| Pain Duration 1 | — | Continuous -RV | — | — | — |
| Pain Onset 1 | — | Acute Pain;Chronic/ Persistent Pain | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1099

Printed by 71334 at 8/21/24 10:12 AM

MC_002950

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | (including Neuropathic pain) - RV | | | |
|---|---|---|---|---|---|
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -RV | — | — | — |
| Pain Intervention(s) 1 | — | Medication -RV | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -RV | — | — | — |
| Side Effect of Intervention 1 | — | None -RV | — | — | — |

| Row Name | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 | 12/04/23 1620 | 12/04/23 1615 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 121/76 -YN | 93/56 -YN | 99/49 -YN | — | 87/58 ! -YN |
| MAP (mmHg) | 91 mmHg -YN | 68 mmHg -YN | 66 mmHg -YN | — | 68 mmHg -YN |
| Temp | — | — | — | 36.4 °C (97.5 °F) - AC | — |
| Temp src | — | — | — | Temporal -AC | — |
| Pulse | 97 -YN | 94 -YN | 93 -YN | 94 -YN | 99 -YN |
| Resp | 20 -YN | 14 -YN | 15 -YN | 16 -YN | 15 -YN |
| SpO2 | 94 % -YN | 92 % -YN | 91 % -YN | 90 % -YN | 94 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Oxygen -AC | — |
| Oxygen Device/Source | — | — | — | Nasal Cannula -AC | — |
| O2 Flow Rate (L/min) | — | — | — | 3 -AC | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Assessment -AC | — |
| Patient Currently in Pain | — | — | Sleeping/respirations WNL -YN | Other (Comment) - AC | — |
| Pain Assessment Tool Used | — | — | — | CPOT (patient unable to self-report) -AC | |
| **Critical Care Pain Observation Tool** | | | | | |
| Facial Expression | — | — | — | Relaxed, neutral - AC | — |
| Body Movements | — | — | — | Absence of movements -AC | — |
| Muscle Tension | — | — | — | Relaxed -AC | — |
| Compliance or Vocalization | — | — | — | Tolerating ventilator or movement, or talking in a normal tone or no sound - AC | — |
| CPOT Total Pain Score | — | — | — | 0 -AC | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | — | 4/10 -YN |
| Pain Location 1 | — | — | — | — | KNEE -YN |
| Pain Orientation 1 | — | — | — | — | Left -YN |
| Pain Intervention(s) 1 | — | — | — | — | Emotional support (active listening, therapeutic touch);Distraction |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1100

Printed by 71334 at 8/21/24 10:12 AM

MC_002951

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| Row Name | 12/04/23 1605 | 12/04/23 1600 | 12/04/23 1555 | 12/04/23 1545 | (eg. items, toys, books, puzzles, games, television, movies, etc) -YN 12/04/23 1535 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 105/56 -YN | — | **117/94 !** -YN | 102/81 -YN |
| MAP (mmHg) | — | 72 mmHg -YN | — | 102 mmHg -YN | 88 mmHg -YN |
| Pulse | 97 -YN | 97 -YN | 99 -YN | **102 !** -YN | **103 !** -YN |
| Resp | 20 -YN | 16 -YN | 18 -YN | 22 -YN | 16 -YN |
| SpO2 | 92 % -YN | 94 % -YN | 94 % -YN | 95 % -YN | 100 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | —— | —— | —— | Room air -YN | —— |
| Oxygen Device/Source | —— | —— | —— | None (Room Air) - YN | —— |
| **Pain Assessment** | | | | | |
| Patient Currently in Pain | —— | —— | —— | —— | Yes -YN |
| Pain Assessment Tool Used | —— | —— | —— | —— | Numeric (patient able to self-report) - YN |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN |
| Pain Location 1 | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN |
| Pain Orientation 1 | Left -YN | Left -YN | Left -YN | Left -YN | Left -YN |
| Pain Intervention(s) 1 | Medication;Ice (T/pump, cold compress);Repositioned/elevation;Distraction (eg. items, toys, books, puzzles, games, television, movies, etc);Emotional support (active listening, therapeutic touch) - YN | Medication -YN | Medication -YN | Medication -YN | Medication -YN |

| Row Name | 12/04/23 1530 | 12/04/23 1525 | 12/04/23 1520 | 12/04/23 1515 | 12/04/23 1511 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | **85/52 !** -YN | 109/60 -YN | 112/62 -YN | 105/57 -YN | 105/55 -YN |
| BP Method | —— | —— | —— | —— | Automatic -YN |
| MAP (mmHg) | 63 mmHg -YN | 76 mmHg -YN | 79 mmHg -YN | 73 mmHg -YN | 72 mmHg -YN |
| Temp | —— | —— | —— | —— | 36.1 °C (97 °F) -YN |
| Temp src | —— | —— | —— | —— | Temporal -YN |
| Pulse | **105 !** -YN | **101 !** -YN | 100 -YN | 91 -YN | 93 -YN |
| Resp | 15 -YN | 16 -YN | 15 -YN | 12 -YN | 13 -YN |
| SpO2 | 99 % -YN | 97 % -YN | 95 % -YN | 95 % -YN | 93 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | — | Oxygen -YN |
| Oxygen Device/Source | — | — | — | — | Non-Rebreather Mask -YN |
| O2 Flow Rate (L/min) | —— | —— | — | — | 12 -YN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Printed by 71334 at 8/21/24 10:12 AM

MC_002952

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | — | — | — | — | Assessment -YN |
| Patient Currently in Pain | — | — | — | Sleeping/respirations WNL -YN | Sleeping/respirations WNL -YN |

| Row Name | 12/04/23 0858 | 12/04/23 0817 | 11/29/23 0820 | 11/21/23 1212 | |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 123/81 -CP | 114/67 -LR | — | |
| BP Method | — | Automatic -CP | Automatic -LR | — | |
| MAP (mmHg) | — | 95 mmHg -CP | 83 mmHg -LR | — | |
| Temp | — | 36.4 °C (97.5 °F) -CP | — | — | |
| Temp src | — | Temporal -CP | — | — | |
| Pulse | — | 76 -CP | 80 -LR | — | |
| Resp | — | 16 -CP | 14 -LR | — | |
| SpO2 | — | 95 % -CP | 96 % -LR | — | |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Sitting -CP | — | — | |
| BP Site | — | Right upper arm -CP | — | — | |
| **Height and Weight** | | | | | |
| Height | — | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR | 1.651 m (5' 5") -JK | |
| Height Method | — | Stated -CP | Stated -LR | Stated -JK | |
| Weight | — | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) -LR | 112.9 kg (249 lb) -JK | |
| Weight Method | — | Scale -CP | Scale -LR | Stated -JK | |
| BMI (Calculated) | — | 40.94 -CP | 41.93 -LR | 41.44 -JK | |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -CP | Room air -LR | — | |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -JG | — | — | Assessment -JK | |
| Patient Currently in Pain | Yes -JG | — | — | Yes -JK | |
| Patient's Realistic Pain Goal | 4 -JG | — | — | 4 -JK | |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -JG | — | — | Numeric (patient able to self-report) -JK | |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 5/10 -JG | — | — | 4/10 -JK | |
| Pain Location 1 | HIP -JG | — | — | GENERAL -JK | |
| Pain Orientation 1 | Left -JG | — | — | — | |
| Pain Duration 1 | Continuous -JG | — | — | — | |
| Pain Onset 1 | Chronic/ Persistent Pain (including Neuropathic pain) -JG | — | — | — | |
| Pain Quality 1 | Throbbing;Pins and needles;Aching -JG | — | — | — | |

**Vitals/Pain**

| Row Name | 12/08/23 1630 | 12/08/23 1127 | 12/08/23 1027 | 12/08/23 0809 | 12/08/23 0400 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 118/71 -BQ | — |
| BP Method | — | — | — | Automatic -BQ | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1102

Printed by 71334 at 8/21/24 10:12 AM

MC_002953

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| MAP (mmHg) | — | — | — | 87 mmHg -BQ | — |
| Temp | — | — | — | 36.5 °C (97.7 °F) - BQ | — |
| Temp src | — | — | — | Temporal -BQ | — |
| Resp | — | — | — | 18 -BQ | — |
| SpO2 | — | — | — | 96 % -BQ | — |

**Orthostatic BP**

| | | | | | |
|---|---|---|---|---|---|
| Pt Position for BP | — | — | — | Supine -BQ | — |
| BP Site | — | — | — | Left forearm -BQ | — |

**Oxygen Therapy**

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | — | Room air -BQ | — |

**Pain Assessment**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment | Assessment -CH | Re-Assessment -CH | Assessment -CH | Assessment -CH | Re-Assessment -WM |
| Patient Currently in Pain | Yes -CH | Sleeping/respirations WNL -CH | Yes -CH | No -CH | Sleeping/respirations WNL -WM |
| Patient's Realistic Pain Goal | 4 -CH | — | 4 -CH | — | — |
| Pain Relieving Factors | Medication -CH | — | Medication;Ice / Cold Therapy -CH | — | — |
| Pain Aggravating Factors | Positional (add comment) -CH | — | Positional (add comment) -CH | — | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -CH | — | Numeric (patient able to self-report) -CH | — | — |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 8/10 -CH | — | 7/10 -CH | — | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities -CH | — | Interferes with activities, but not passive activities -CH | — | — |
| Pain Location 1 | KNEE -CH | — | KNEE -CH | — | — |
| Pain Orientation 1 | Left -CH | — | Left -CH | — | — |
| Pain Duration 1 | Continuous -CH | — | Continuous -CH | — | — |
| Pain Onset 1 | Acute Pain -CH | — | Acute Pain -CH | — | — |
| Pain Quality 1 | Pain -CH | — | Pain -CH | — | — |
| Pain Intervention(s) 1 | Medication -CH | — | Medication;Ice (T/pump, cold compress) -CH | — | — |
| Pain Intervention Education Provided 1 | Yes -CH | — | Yes -CH | — | — |
| Side Effect of Intervention 1 | None -CH | — | None -CH | — | — |

| Row Name | 12/08/23 0333 | 12/08/23 0004 | 12/07/23 1630 | 12/07/23 1530 | 12/07/23 1508 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 98/58 -AG | — | — | 123/68 -BQ |
| BP Method | — | Automatic -AG | — | — | Automatic -BQ |
| MAP (mmHg) | — | 71 mmHg -AG | — | — | 86 mmHg -BQ |
| Temp | — | 36.2 °C (97.1 °F) - AG | — | — | 36.3 °C (97.3 °F) - BQ |
| Temp src | — | Skin -AG | — | — | Temporal -BQ |
| Pulse | — | 87 -AG | — | — | 96 -BQ |
| Resp | — | 18 -AG | — | — | 18 -BQ |
| SpO2 | — | 95 % -AG | — | — | 98 % -BQ |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1103

Printed by 71334 at 8/21/24 10:12 AM

MC_002954

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| Row Name | | | | | |
|---|---|---|---|---|---|
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Supine -AG | — | — | Sitting -BQ |
| BP Site | — | Left forearm -AG | — | — | Left forearm -BQ |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -AG | — | — | Room air -BQ |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -WM | — | Re-Assessment -CH | Assessment -NB | — |
| Patient Currently in Pain | Yes -WM | — | No -CH | Yes -NB | — |
| Pain Relieving Factors | — | — | — | Medication -NB | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -WM | — | — | 8/10 -NB | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with activities, but not passive activities -WM | — | — | — | — |
| Pain Location 1 | KNEE -WM | — | — | KNEE -NB | — |
| Pain Orientation 1 | Left -WM | — | — | — | — |
| Pain Duration 1 | Continuous -WM | — | — | — | — |
| Pain Onset 1 | Acute Pain -WM | — | — | — | — |
| Pain Quality 1 | Pain -WM | — | — | — | — |
| Pain Intervention(s) 1 | Medication -WM | — | — | Medication -NB | — |
| Pain Intervention Education Provided 1 | Yes -WM | — | — | — | — |
| Side Effect of Intervention 1 | None -WM | — | — | — | — |

| Row Name | 12/07/23 1204 | 12/07/23 1104 | 12/07/23 0816 | 12/07/23 0800 | 12/07/23 0339 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 135/83 -BQ | — | 129/80 -AG |
| BP Method | — | — | Automatic -BQ | — | Automatic -AG |
| MAP (mmHg) | — | — | 100 mmHg -BQ | — | 96 mmHg -AG |
| Temp | — | — | 36.5 °C (97.7 °F) - BQ | — | 36.6 °C (97.8 °F) - AG |
| Temp src | — | — | Temporal -BQ | — | Skin -AG |
| Pulse | — | — | 83 -BQ | — | 92 -AG |
| Resp | — | — | 18 -BQ | — | 18 -AG |
| SpO2 | — | — | 99 % -BQ | — | 100 % -AG |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -BQ | — | Sitting -AG |
| BP Site | — | — | Left forearm -BQ | — | Left forearm -AG |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -BQ | — | Room air -AG |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -CH | Assessment -CH | — | Assessment -CH | — |
| Patient Currently in Pain | No -CH | Yes -CH | — | Sleeping/respirations WNL -CH | — |
| Patient's Realistic Pain Goal | — | 4 -CH | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy;Sleep / Rest -CH | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1104

Printed by 71334 at 8/21/24 10:12 AM

MC_002955

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Aggravating Factors | — | Ambulating / Activity -CH | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - CH | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 8/10 -CH | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities - CH | — | — | — |
| Pain Location 1 | — | KNEE -CH | — | — | — |
| Pain Orientation 1 | — | Left -CH | — | — | — |
| Pain Duration 1 | — | Continuous -CH | — | — | — |
| Pain Onset 1 | — | Acute Pain -CH | — | — | — |
| Pain Quality 1 | — | Sharp;Throbbing - CH | — | — | — |
| Pain Intervention(s) 1 | — | Medication;Ice (T/pump, cold compress) -CH | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -CH | — | — | — |
| Side Effect of Intervention 1 | — | None -CH | — | — | — |

| Row Name | 12/07/23 0230 | 12/07/23 0158 | 12/06/23 2201 | 12/06/23 2030 | 12/06/23 1714 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 109/71 -AG | — | 115/73 -AH |
| BP Method | — | — | Automatic -AG | — | Automatic -AH |
| MAP (mmHg) | — | — | 84 mmHg -AG | — | 84 mmHg -AH |
| Temp | — | — | 36.6 °C (97.8 °F) - AG | — | 36.1 °C (97 °F) -AH |
| Temp src | — | — | Skin -AG | — | Temporal -AH |
| Pulse | — | — | 100 -AG | — | 90 -AH |
| Resp | — | — | 18 -AG | — | 16 -AH |
| SpO2 | — | — | 95 % -AG | — | 98 % -AH |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Semi Fowler's -AG | — | Supine -AH |
| BP Site | — | — | Left forearm -AG | — | Left forearm -AH |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | Room air -AG | — | Room air -AH |
| Oxygen Device/Source | — | — | — | — | None (Room Air) - AH |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment - WM | Assessment -WM | — | Assessment -DL | Re-Assessment -KJ |
| Patient Currently in Pain | Sleeping/respiration s WNL -WM | Yes -WM | — | Yes -DL | Yes -KJ |
| Pain Assessment Tool Used | — | — | — | Numeric (patient able to self-report) - DL | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 7/10 -WM | — | 8/10 -DL | 7/10 -KJ |
| Functional Pain Scale (Self- | — | Interferes with some activities -WM | — | Interferes with activities, but not | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1105

Printed by 71334 at 8/21/24 10:12 AM

MC_002956

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Report) 1 | | | | passive activities - DL | |
| Pain Location 1 | — | KNEE -WM | — | KNEE -DL | — |
| Pain Orientation 1 | — | Left -WM | — | Left -DL | — |
| Pain Duration 1 | — | Continuous -WM | — | Continuous -DL | — |
| Pain Onset 1 | — | Acute Pain -WM | — | Acute Pain -DL | — |
| Pain Quality 1 | — | Throbbing -WM | — | Pain -DL | — |
| Pain Intervention(s) 1 | | Medication -WM | — | Medication -DL | — |
| Pain Intervention Education Provided 1 | — | Yes -WM | — | Yes -DL | — |
| Side Effect of Intervention 1 | — | — | — | None -DL | — |

| Row Name | 12/06/23 1638 | 12/06/23 1400 | 12/06/23 1214 | 12/06/23 1125 | 12/06/23 0900 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 126/70 -AH | — |
| BP Method | — | — | — | Automatic -AH | — |
| MAP (mmHg) | — | — | — | 89 mmHg -AH | — |
| Temp | — | — | — | 36.2 °C (97.2 °F) - AH | — |
| Temp src | — | — | — | Temporal -AH | — |
| Pulse | — | — | — | 94 -AH | — |
| Resp | — | — | — | 14 -AH | — |
| SpO2 | — | — | — | 93 % -AH | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Lying right side -AH | — |
| BP Site | — | — | — | Left forearm -AH | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -AH | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | Re-Assessment -KJ | Assessment -KJ | — | Re-Assessment -KJ |
| Patient Currently in Pain | Yes -KJ | Yes -KJ | Yes -KJ | — | Yes -KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 9/10 -KJ | 7/10 -KJ | 9/10 -KJ | — | 7/10 -KJ |
| Pain Intervention(s) 1 | Medication;Ice (T/pump, cold compress) -KJ | — | Medication -KJ | — | — |

| Row Name | 12/06/23 0807 | 12/06/23 0742 | 12/06/23 0652 | 12/06/23 0559 | 12/06/23 0334 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 113/73 -YL | — | — | 118/66 -JR |
| BP Method | — | Automatic -YL | — | — | Automatic -JR |
| MAP (mmHg) | — | 85 mmHg -YL | — | — | 83 mmHg -JR |
| Temp | — | 36.2 °C (97.1 °F) - YL | — | — | 35.9 °C (96.6 °F) - JR |
| Temp src | — | Skin -YL | — | — | Temporal -JR |
| Pulse | — | 91 -YL | — | — | 98 -JR |
| Resp | — | 16 -YL | — | — | 18 -JR |
| SpO2 | — | 93 % -YL | — | — | 96 % -JR |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -YL | — | — | Semi Fowler's -JR |
| BP Site | — | Left forearm -YL | — | — | Left forearm -JR |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1106

Printed by 71334 at 8/21/24 10:12 AM

MC_002957

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -YL | — | — | Room air -JR |
| Oxygen Device/Source | — | CPAP -YL | — | — | CPAP -JR |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | — | Re-Assessment -KS | Assessment -KS | — |
| Patient Currently in Pain | Yes -KJ | — | Sleeping/respirations WNL -KS | Yes -KS | — |
| Patient's Realistic Pain Goal | — | — | — | 4 -KS | — |
| Pain Relieving Factors | Medication -KJ | — | — | Medication;Ice / Cold Therapy -KS | — |
| Pain Aggravating Factors | Positional (add comment) -KJ | — | — | Positional (add comment) -KS | — |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | — | — | Numeric (patient able to self-report) - KS | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -KJ | — | — | 8/10 -KS | — |
| Functional Pain Scale (Self-Report) 1 | Interferes with some activities -KJ | — | — | Interferes with even passive activities - KS | — |
| Pain Location 1 | KNEE -KJ | — | — | KNEE -KS | — |
| Pain Orientation 1 | Left -KJ | — | — | Left -KS | — |
| Pain Duration 1 | Continuous -KJ | — | — | Continuous -KS | — |
| Pain Onset 1 | Acute Pain -KJ | — | — | Acute Pain -KS | — |
| Pain Quality 1 | Pain -KJ | — | — | Pain -KS | — |
| Pain Intervention(s) 1 | Medication -KJ | — | — | Medication -KS | — |
| Pain Intervention Education Provided 1 | Yes -KJ | — | — | Yes -KS | — |
| Side Effect of Intervention 1 | None -KJ | — | — | None -KS | — |

| Row Name | 12/06/23 0327 | 12/06/23 0239 | 12/06/23 0147 | 12/05/23 2314 | 12/05/23 2245 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | — | 111/61 -JR | — |
| BP Method | — | — | — | Automatic -JR | — |
| MAP (mmHg) | — | — | — | 78 mmHg -JR | — |
| Temp | — | — | — | 36 °C (96.8 °F) -JR | — |
| Temp src | — | — | — | Temporal -JR | — |
| Pulse | — | — | — | 81 -JR | — |
| Resp | — | — | — | 16 -JR | — |
| SpO2 | — | — | — | 91 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | — | Semi Fowler's -JR | — |
| BP Site | — | — | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Room air -JR | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - JR | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KS | Re-Assessment -KS | Assessment -KS | — | Re-Assessment -KS |
| Patient Currently | Sleeping/respiration | Yes -KS | Yes -KS | — | Sleeping/respiration |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1107

Printed by 71334 at 8/21/24 10:12 AM

MC_002958

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| in Pain | s WNL -KS | | | | s WNL -KS |
| Patient's Realistic Pain Goal | — | 4 -KS | 4 -KS | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -KS | Medication -KS | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -KS | Positional (add comment) -KS | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - KS | Numeric (patient able to self-report) - KS | — | |

**Pain 1**

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | — | 6/10 -KS | 8/10 -KS | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Interferes with activities, but not passive activities - KS | Interferes with even passive activities - KS | — | — |
| Pain Location 1 | — | KNEE -KS | KNEE -KS | — | — |
| Pain Orientation 1 | — | Left -KS | Left -KS | — | — |
| Pain Duration 1 | — | Continuous -KS | Continuous -KS | — | — |
| Pain Onset 1 | — | Acute Pain -KS | Acute Pain -KS | — | — |
| Pain Quality 1 | — | Pain -KS | Pain -KS | — | — |
| Pain Intervention(s) 1 | — | Medication -KS | Medication -KS | — | — |
| Pain Intervention Education Provided 1 | — | Yes -KS | Yes -KS | — | — |
| Side Effect of Intervention 1 | — | None -KS | None -KS | — | — |

| Row Name | 12/05/23 2157 | 12/05/23 2110 | 12/05/23 1943 | 12/05/23 1752 | 12/05/23 1705 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | — | 111/60 -DF | — | — |
| BP Method | — | — | Automatic -DF | — | — |
| MAP (mmHg) | — | — | 77 mmHg -DF | — | — |
| Temp | — | — | 36.6 °C (97.8 °F) - DF | — | — |
| Temp src | — | — | Temporal -DF | — | — |
| Pulse | — | — | 86 -DF | — | — |
| Resp | — | — | 16 -DF | — | — |
| SpO2 | — | — | 93 % -DF | — | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | — | Supine -DF | — | — |
| BP Site | — | — | Left forearm -DF | — | — |
| **Oxygen Therapy** | | | | | |
| Oxygen Device/Source | — | — | CPAP -DF | — | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Re-Assessment -KS | Assessment -KS | — | Re-Assessment -KJ | Assessment -KJ |
| Patient Currently in Pain | Yes -KS | Yes -KS | — | Yes -KJ | Yes -KJ |
| Patient's Realistic Pain Goal | 4 -KS | 4 -KS | — | — | — |
| Pain Relieving Factors | Medication -KS | Medication -KS | — | — | — |
| Pain Aggravating Factors | Positional (add comment) -KS | Positional (add comment) -KS | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1108

Printed by 71334 at 8/21/24 10:12 AM

MC_002959

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KS | Numeric (patient able to self-report) - KS | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 8/10 -KS | 8/10 -KS | — | 7/10 -KJ | 7/10 -KJ |
| Functional Pain Scale (Self-Report) 1 | Interferes with even passive activities - KS | Interferes with even passive activities - KS | — | — | — |
| Pain Location 1 | KNEE -KS | KNEE -KS | — | — | — |
| Pain Orientation 1 | Left -KS | Left -KS | — | — | — |
| Pain Duration 1 | Continuous -KS | Continuous -KS | — | — | — |
| Pain Onset 1 | Acute Pain -KS | Acute Pain -KS | — | — | — |
| Pain Quality 1 | Pain -KS | Pain -KS | — | — | — |
| Pain Intervention(s) 1 | Medication -KS | Medication -KS | — | — | Medication -KJ |
| Pain Intervention Education Provided 1 | Yes -KS | Yes -KS | — | — | — |
| Side Effect of Intervention 1 | None -KS | None -KS | — | — | — |

| Row Name | 12/05/23 1523 | 12/05/23 1325 | 12/05/23 1258 | 12/05/23 1142 | 12/05/23 0900 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 110/57 -MJ | — | — | 118/63 -MJ | — |
| BP Method | Automatic -MJ | — | — | Automatic -MJ | — |
| MAP (mmHg) | 75 mmHg -MJ | — | — | 79 mmHg -MJ | — |
| Temp | 36.2 °C (97.2 °F) - MJ | — | — | 36.1 °C (97 °F) -MJ | — |
| Temp src | Temporal -MJ | — | — | Temporal -MJ | — |
| Pulse | 80 -MJ | — | — | 90 -MJ | — |
| Resp | 16 -MJ | — | — | 15 -MJ | — |
| SpO2 | 96 % -MJ | — | — | 96 % -MJ | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -MJ | — | — | Sitting -MJ | — |
| BP Site | Left forearm -MJ | — | — | Left forearm -MJ | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -MJ | — | — | Room air -MJ | — |
| Oxygen Device/Source | None (Room Air) - MJ | — | — | None (Room Air) - MJ | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Re-Assessment -KJ | Re-Assessment -EW | — | Re-Assessment -KJ |
| Patient Currently in Pain | — | Yes -KJ | Yes -EW | — | Yes -KJ |
| Pain Relieving Factors | — | — | Ice / Cold Therapy;Medication -EW | — | — |
| Pain Aggravating Factors | — | — | Positional (add comment) -EW | — | — |
| Pain Assessment Tool Used | — | — | Numeric (patient able to self-report) - EW | — | Numeric (patient able to self-report) - KJ |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -KJ | 6/10 -EW | — | 4/10 -KJ |
| Functional Pain Scale (Self- | — | — | Interferes with some activities -EW | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1109

Printed by 71334 at 8/21/24 10:12 AM

MC_002960

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Report) 1 | | | | | |
| Pain Location 1 | — | — | KNEE -EW | — | — |
| Pain Orientation 1 | — | — | Left -EW | — | — |
| Pain Duration 1 | — | — | Continuous -EW | — | — |
| Pain Onset 1 | — | — | Acute Pain -EW | — | — |
| Pain Quality 1 | — | — | Pain -EW | — | — |
| Pain Intervention(s) 1 | — | — | Medication -EW | — | — |

| Row Name | 12/05/23 0841 | 12/05/23 0818 | 12/05/23 0751 | 12/05/23 0322 | 12/05/23 0214 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 135/66 -MJ | — | 122/58 -JR | — |
| BP Method | — | Automatic -MJ | — | Automatic -JR | — |
| MAP (mmHg) | — | 89 mmHg -MJ | — | 79 mmHg -JR | — |
| Temp | — | 36.2 °C (97.2 °F) - MJ | — | 36.4 °C (97.5 °F) - JR | — |
| Temp src | — | Temporal -MJ | — | Temporal -JR | — |
| Pulse | — | 75 -MJ | — | 79 -JR | — |
| Resp | — | 18 -MJ | — | 16 -JR | — |
| SpO2 | — | 96 % -MJ | — | 94 % -JR | — |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Semi Fowler's -MJ | — | Supine -JR | — |
| BP Site | — | Left forearm -MJ | — | Left forearm -JR | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -MJ | — | Room air -JR | — |
| Oxygen Device/Source | — | None (Room Air) - MJ | — | None (Room Air) - JR | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -KJ | — | Assessment -KJ | — | Assessment -RV |
| Patient Currently in Pain | Yes -KJ | — | Yes -KJ | — | Yes -RV |
| Patient's Realistic Pain Goal | — | — | 4 -KJ | — | 8 -RV |
| Pain Relieving Factors | — | — | Medication -KJ | — | Medication -RV |
| Pain Aggravating Factors | — | — | Positional (add comment) -KJ | — | Positional (add comment) -RV |
| Pain Assessment Tool Used | Numeric (patient able to self-report) - KJ | — | Numeric (patient able to self-report) - KJ | — | Numeric (patient able to self-report) - RV |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 6/10 -KJ | — | 4/10 -KJ | — | 8/10 -RV |
| Functional Pain Scale (Self-Report) 1 | — | — | Interferes with some activities -KJ | — | Doesn't interfere with activities -RV |
| Pain Location 1 | — | — | KNEE -KJ | — | KNEE -RV |
| Pain Orientation 1 | — | — | Left -KJ | — | Left -RV |
| Pain Duration 1 | — | — | Continuous -KJ | — | Continuous -RV |
| Pain Onset 1 | — | — | Acute Pain -KJ | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) - RV |
| Pain Quality 1 | — | — | Aching -KJ | — | Throbbing;Pain;Pins and needles -RV |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1110

Printed by 71334 at 8/21/24 10:12 AM

MC_002961

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 3 of 3) (continued)

| | | | | | |
|---|---|---|---|---|---|
| Pain Intervention(s) 1 | Medication -KJ | — | Ice (T/pump, cold compress) -KJ | — | Medication -RV |
| Pain Intervention Education Provided 1 | — | — | Yes -KJ | — | Yes -RV |
| Side Effect of Intervention 1 | — | — | None -KJ | — | None -RV |

| Row Name | 12/04/23 2255 | 12/04/23 2049 | 12/04/23 1900 | 12/04/23 1725 | 12/04/23 1715 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 92/73 -JR | — | 109/62 -JR | 100/64 -YN | **103/37** ! -YN |
| BP Method | Automatic -JR | — | Automatic -JR | — | — |
| MAP (mmHg) | 79 mmHg -JR | — | 76 mmHg -JR | 76 mmHg -YN | 59 mmHg -YN |
| Temp | 36.1 °C (96.9 °F) - JR | — | — | — | — |
| Temp src | Temporal -JR | — | — | — | — |
| Pulse | 89 -JR | — | 98 -JR | 95 -YN | 97 -YN |
| Resp | 18 -JR | — | — | 17 -YN | 19 -YN |
| SpO2 | 95 % -JR | — | 91 % -JR | 95 % -YN | 96 % -YN |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | Semi Fowler's -JR | — | Semi Fowler's -JR | — | — |
| BP Site | Left upper arm -JR | — | Left upper arm -JR | — | — |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | Room air -JR | — | Room air -JR | — | Oxygen -YN |
| Oxygen Device/Source | None (Room Air) - JR | — | None (Room Air) - JR | — | Nasal Cannula -YN |
| O2 Flow Rate (L/min) | — | — | — | — | 2 -YN |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | Assessment -RV | — | — | — |
| Patient Currently in Pain | — | Yes -RV | — | — | — |
| Patient's Realistic Pain Goal | — | 5 -RV | — | — | — |
| Pain Relieving Factors | — | Medication;Ice / Cold Therapy -RV | — | — | — |
| Pain Aggravating Factors | — | Positional (add comment) -RV | — | — | — |
| Pain Assessment Tool Used | — | Numeric (patient able to self-report) - RV | — | — | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | 5/10 -RV | — | — | — |
| Functional Pain Scale (Self-Report) 1 | — | Doesn't interfere with activities -RV | — | — | — |
| Pain Location 1 | — | KNEE -RV | — | — | — |
| Pain Orientation 1 | — | Left -RV | — | — | — |
| Pain Duration 1 | — | Continuous -RV | — | — | — |
| Pain Onset 1 | — | Acute Pain;Chronic/ Persistent Pain (including Neuropathic pain) - RV | — | — | — |
| Pain Quality 1 | — | Throbbing;Pins and needles;Aching -RV | — | — | — |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1111

Printed by 71334 at 8/21/24 10:12 AM

MC_002962

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Pain Intervention(s) 1 | — | Medication -RV | — | — | — |
| Pain Intervention Education Provided 1 | — | Yes -RV | — | — | — |
| Side Effect of Intervention 1 | — | None -RV | — | — | — |

| Row Name | 12/04/23 1700 | 12/04/23 1645 | 12/04/23 1630 | 12/04/23 1620 | 12/04/23 1615 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | 121/76 -YN | 93/56 -YN | 99/49 -YN | — | 87/58 ! -YN |
| MAP (mmHg) | 91 mmHg -YN | 68 mmHg -YN | 66 mmHg -YN | — | 68 mmHg -YN |
| Temp | — | — | — | 36.4 °C (97.5 °F) - AC | — |
| Temp src | — | — | — | Temporal -AC | — |
| Pulse | 97 -YN | 94 -YN | 93 -YN | 94 -YN | 99 -YN |
| Resp | 20 -YN | 14 -YN | 15 -YN | 16 -YN | 15 -YN |
| SpO2 | 94 % -YN | 92 % -YN | 91 % -YN | 90 % -YN | 94 % -YN |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | — | — | Oxygen -AC | — |
| Oxygen Device/Source | — | — | — | Nasal Cannula -AC | — |
| O2 Flow Rate (L/min) | — | — | — | 3 -AC | — |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | Assessment -AC | — |
| Patient Currently in Pain | — | — | Sleeping/respirations WNL -YN | Other (Comment) - AC | — |
| Pain Assessment Tool Used | — | — | — | CPOT (patient unable to self-report) -AC | — |
| **Critical Care Pain Observation Tool** | | | | | |
| Facial Expression | — | — | — | Relaxed, neutral - AC | — |
| Body Movements | — | — | — | Absence of movements -AC | — |
| Muscle Tension | — | — | — | Relaxed -AC | — |
| Compliance or Vocalization | — | — | — | Tolerating ventilator or movement, or talking in a normal tone or no sound - AC | — |
| CPOT Total Pain Score | — | — | — | 0 -AC | — |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | — | — | — | — | 4/10 -YN |
| Pain Location 1 | — | — | — | — | KNEE -YN |
| Pain Orientation 1 | — | — | — | — | Left -YN |
| Pain Intervention(s) 1 | — | — | — | — | Emotional support (active listening, therapeutic touch);Distraction (eg. items, toys, books, puzzles, games, television, movies, etc) -YN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1112

Printed by 71334 at 8/21/24 10:12 AM

MC_002963

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

### POSS Sedation Scale

| POSS Sedation Scale | — | — | — | Sleep, easy to arouse -AC | — |
|---|---|---|---|---|---|

| Row Name | 12/04/23 1605 | 12/04/23 1600 | 12/04/23 1555 | 12/04/23 1545 | 12/04/23 1535 |
|---|---|---|---|---|---|

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | — | 105/56 -YN | — | 117/94 ! -YN | 102/81 -YN |
| MAP (mmHg) | — | 72 mmHg -YN | — | 102 mmHg -YN | 88 mmHg -YN |
| Pulse | 97 -YN | 97 -YN | 99 -YN | 102 ! -YN | 103 ! -YN |
| Resp | 20 -YN | 16 -YN | 18 -YN | 22 -YN | 16 -YN |
| SpO2 | 92 % -YN | 94 % -YN | 94 % -YN | 95 % -YN | 100 % -YN |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | — | Room air -YN | — |
| Oxygen Device/Source | — | — | — | None (Room Air) - YN | — |

### Pain Assessment

| | | | | | |
|---|---|---|---|---|---|
| Patient Currently in Pain | — | — | — | — | Yes -YN |
| Pain Assessment Tool Used | — | — | — | — | Numeric (patient able to self-report) - YN |

### Pain 1

| | | | | | |
|---|---|---|---|---|---|
| Numeric Pain Scale 1 | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN | 7/10 -YN |
| Pain Location 1 | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN | KNEE -YN |
| Pain Orientation 1 | Left -YN | Left -YN | Left -YN | Left -YN | Left -YN |
| Pain Intervention(s) 1 | Medication;Ice (T/pump, cold compress);Repositi oned/elevation;Distr action (eg. items, toys, books, puzzles, games, television, movies, etc);Emotional support (active listening, therapeutic touch) - YN | Medication -YN | Medication -YN | Medication -YN | Medication -YN |

### POSS Sedation Scale

| POSS Sedation Scale | — | — | — | — | Slightly drowsy, easily aroused -YN |
|---|---|---|---|---|---|

| Row Name | 12/04/23 1530 | 12/04/23 1525 | 12/04/23 1520 | 12/04/23 1515 | 12/04/23 1511 |
|---|---|---|---|---|---|

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| BP | 85/52 ! -YN | 109/60 -YN | 112/62 -YN | 105/57 -YN | 105/55 -YN |
| BP Method | — | — | — | — | Automatic -YN |
| MAP (mmHg) | 63 mmHg -YN | 76 mmHg -YN | 79 mmHg -YN | 73 mmHg -YN | 72 mmHg -YN |
| Temp | — | — | — | — | 36.1 °C (97 °F) -YN |
| Temp src | — | — | — | — | Temporal -YN |
| Pulse | 105 ! -YN | 101 ! -YN | 100 -YN | 91 -YN | 93 -YN |
| Resp | 15 -YN | 16 -YN | 15 -YN | 12 -YN | 13 -YN |
| SpO2 | 99 % -YN | 97 % -YN | 95 % -YN | 95 % -YN | 93 % -YN |

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| O2 Delivery | — | — | — | — | Oxygen -YN |
| Oxygen Device/Source | — | — | — | — | Non-Rebreather Mask -YN |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1113

Printed by 71334 at 8/21/24 10:12 AM

MC_002964

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Flowsheets (group 3 of 3) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| O2 Flow Rate (L/min) | — | — | — | — | 12 -YN |
| **Pain Assessment** | | | | | |
| Pain Assessment | — | — | — | — | Assessment -YN |
| Patient Currently in Pain | — | — | — | Sleeping/respirations WNL -YN | Sleeping/respirations WNL -YN |
| **POSS Sedation Scale** | | | | | |
| POSS Sedation Scale | Frequently drowsy, arousable, drifts off to sleep during conversation -YN | — | — | — | Somnolent, minimal or no response to verbal or physical stimulation -YN |

| Row Name | 12/04/23 0858 | 12/04/23 0817 | 11/29/23 0820 | 11/21/23 1212 | |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| BP | — | 123/81 -CP | 114/67 -LR | — | |
| BP Method | — | Automatic -CP | Automatic -LR | — | |
| MAP (mmHg) | — | 95 mmHg -CP | 83 mmHg -LR | — | |
| Temp | — | 36.4 °C (97.5 °F) -CP | — | — | |
| Temp src | — | Temporal -CP | — | — | |
| Pulse | — | 76 -CP | 80 -LR | — | |
| Resp | — | 16 -CP | 14 -LR | — | |
| SpO2 | — | 95 % -CP | 96 % -LR | — | |
| **Orthostatic BP** | | | | | |
| Pt Position for BP | — | Sitting -CP | — | — | |
| BP Site | — | Right upper arm -CP | — | — | |
| **Adult Measurements** | | | | | |
| Weight | — | 115 kg (253 lb 8 oz) -CP | 114.3 kg (252 lb) -LR | 112.9 kg (249 lb) -JK | |
| Weight Method | — | Scale -CP | Scale -LR | Stated -JK | |
| Height | — | 1.676 m (5' 6") -CP | 1.651 m (5' 5") -LR | 1.651 m (5' 5") -JK | |
| BMI (Calculated) | — | 40.94 -CP | 41.93 -LR | 41.44 -JK | |
| **Oxygen Therapy** | | | | | |
| O2 Delivery | — | Room air -CP | Room air -LR | — | |
| **Pain Assessment** | | | | | |
| Pain Assessment | Assessment -JG | — | — | Assessment -JK | |
| Patient Currently in Pain | Yes -JG | — | — | Yes -JK | |
| Patient's Realistic Pain Goal | 4 -JG | — | — | 4 -JK | |
| Pain Assessment Tool Used | Numeric (patient able to self-report) -JG | — | — | Numeric (patient able to self-report) -JK | |
| **Pain 1** | | | | | |
| Numeric Pain Scale 1 | 5/10 -JG | — | — | 4/10 -JK | |
| Pain Location 1 | HIP -JG | — | — | GENERAL -JK | |
| Pain Orientation 1 | Left -JG | — | — | — | |
| Pain Duration 1 | Continuous -JG | — | — | — | |
| Pain Onset 1 | Chronic/ Persistent Pain (including Neuropathic pain) -JG | — | — | — | |
| Pain Quality 1 | Throbbing;Pins and needles;Aching -JG | — | — | — | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1114

Printed by 71334 at 8/21/24 10:12 AM

MC_002965

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Flowsheets (group 3 of 3) (continued)

#### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KS | Kaelin E Sandberg, RN | Registered Nurse | Nursing |
| RV | Russel E Villamante, RN | Registered Nurse | Nursing |
| CP | Ciara M Pardo, CNA | Certified Nursing Assistant | — |
| JG | Julia Gould, RN | Registered Nurse | — |
| EW | Erin Whitehouse, RN | Registered Nurse | Nursing |
| LR | Lawanda A Robinson, CNA | Certified Nursing Assistant | — |
| AC | Anna Rosselle L Cajilog Cometa, RN | Registered Nurse | — |
| DL | David Lechich, RN | Registered Nurse | Nursing |
| KJ | Kelly D Jameyson, RN | Registered Nurse | Nursing |
| BQ | Bernice I Quarshie, CNA | Certified Nursing Assistant | — |
| AH | Allyson R Hayes, CNA | Certified Nursing Assistant | Nursing |
| YN | Yu Min Ni, RN | Registered Nurse | Nursing |
| DF | Diana Rose L Fitzpatrick, NA | NURSE ASSISTANT | — |
| WM | Woodetta Maulana, RN | Registered Nurse | Nursing |
| NB | Nancy M Beachler, RN | Registered Nurse | Nursing |
| AG | Alice Gichuru, CNA | Certified Nursing Assistant | — |
| YL | Yunia H Lunkuse, CNA | Certified Nursing Assistant | — |
| CH | Cheryl Hendren, RN | Registered Nurse | Nursing |
| JK | Jaynee Krzywicki, RN | Registered Nurse | Nursing |
| MJ | Makayla R Jackson, CNA | Certified Nursing Assistant | — |
| JR | Julia G Rosas, CNA | Certified Nursing Assistant | — |

### Care Plan

#### Resolved

##### Problem: Anxiety

Dates: Start: 11/21/23 Resolved: 12/08/23
Disciplines: Interdisciplinary

**Goal: Alleviation of anxiety (Resolved)**

Dates: Start: 11/21/23 Expected End: 12/06/23 Resolved: 12/08/23
Disciplines: Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

**Intervention: Interdisciplinary care coordination - Social Work (Completed)**

Frequency: Ongoing
Dates: Start: 11/21/23 End: 12/08/23

**Intervention: Anxiety and coping skills assessment (Completed)**

Frequency: Ongoing
Dates: Start: 12/04/23 End: 12/08/23

**Intervention: Interdisciplinary care coordination - Chaplain Services (Completed)**

Frequency: Ongoing
Dates: Start: 12/04/23 End: 12/08/23

**Intervention: Interdisciplinary care coordination - Psych ARNP (Completed)**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1115

Printed by 71334 at 8/21/24 10:12 AM

MC_002966

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Care Plan (continued)**

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Comfort promotion (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Coping support (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, treatment regimen (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, positive coping methods (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

## Problem: Aspiration - Risk of

| Dates: | Start: 11/21/23   Resolved: 12/08/23 |
|---|---|
| Disciplines: | Interdisciplinary |

### Goal: Absence of aspiration (Resolved)

| Dates: | Start: 11/21/23   Expected End: 12/06/23   Resolved: 12/08/23 |
|---|---|
| Disciplines: | Interdisciplinary |

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

### Intervention: Interdisciplinary Care Coordination - Nutrition (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 11/21/23   End: 12/08/23 |

### Intervention: Pulmonary assessment (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Swallowing assessment (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Interdisciplinary care coordination - Respiratory Care (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Interdisciplinary care coordination - Speech Therapy (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, aspiration prevention - adult (Completed)

| Frequency: | Ongoing |
|---|---|

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1116                                   Printed by 71334 at 8/21/24 10:12 AM

MC_002967

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

    Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Enteral tube feeding management (Completed)
    Frequency:    Ongoing
    Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Head of bed elevation (Completed)
    Frequency:    Ongoing
    Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Oral intake management (Completed)
    Frequency:    Ongoing
    Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Airway suctioning (Completed)
    Frequency:    Ongoing
    Dates:        Start: 12/04/23  End: 12/08/23
    Description:  DETAIL: Include oral, tube and deep nasotracheal suctioning as prescribed

### Problem: Bariatric Care Needs
    Dates:        Start: 11/21/23  Resolved: 12/08/23
    Disciplines:   Interdisciplinary

#### Goal: Maintain patient comfort (Resolved)
    Dates:        Start: 11/21/23  Expected End: 12/06/23  Resolved: 12/08/23
    Disciplines:   Interdisciplinary

##### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Provide emotional support (Completed)
    Frequency:    Ongoing
    Dates:        Start: 11/21/23  End: 12/08/23

#### Intervention: Care Assistance (Completed)
    Frequency:    Ongoing
    Dates:        Start: 11/21/23  End: 12/08/23
    Description:  DETAIL: Consider scheduling patients care so extra help is available.

#### Intervention: Specialty Bed, Bariatric (Completed)
    Frequency:    Ongoing
    Dates:        Start: 11/21/23  End: 12/08/23
    Description:  DETAIL: to include special bed, commode, lift, and wheel chair.

#### Intervention: Interdisciplinary Care Coordination - Nutrition (Completed)
    Frequency:    Ongoing
    Dates:        Start: 11/21/23  End: 12/08/23

#### Intervention: Interdisciplinary care coordination - Pharmacy (Completed)
    Frequency:    Ongoing
    Dates:        Start: 11/21/23  End: 12/08/23
    Description:  DETAIL: Consult triggered by BMI for weight based dosing

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_002968

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Intervention: Interdisciplinary care coordination - Occupational Therapy (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23  End: 12/08/23 |

### Intervention: Interdisciplinary care coordination - Physical Therapy (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23  End: 12/08/23 |

### Intervention: Interdisciplinary care coordination - Social Work (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23  End: 12/08/23 |

### Intervention: Interdisciplinary care coordination - Care Management (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23  End: 12/08/23 |

### Intervention: Educate patient and family of available community resources (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23  End: 12/08/23 |

### Intervention: Educate patient/family: regarding home activity level, discharge medication and follow-up (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23  End: 12/08/23 |

### Intervention: Educate, patient and family on activity and exercise guidelines (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23  End: 12/08/23 |

**Problem: Cardiac Output - Decreased**

| | |
|---|---|
| Dates: | Start: 12/04/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

**Goal: Cardiac output within specified parameters (Resolved)**

| | |
|---|---|
| Dates: | Start: 12/04/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

### Intervention: Cardiac assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Fluid volume assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Cardiac monitoring (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Invasive Hemodynamic Monitoring (Completed)

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1118                                          Printed by 71334 at 8/21/24 10:12 AM

MC_002969

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Education, cardiac monitoring (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Education, decreased cardiac output signs and symptoms (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Oxygen administration (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: As prescribed |

#### Intervention: Vital signs assessment (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Pulse oximetry (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Problem: Constipation

|  |  |
|---|---|
| Dates: | Start: 12/04/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Goal: Normal bowel habits (Resolved)

|  |  |
|---|---|
| Dates: | Start: 12/04/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

##### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Bowel function assessment (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Stool assessment (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Constipation risk assessment - medication-related (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Education, bowel movement promotion (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Education, high-fiber diet (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1119

Printed by 71334 at 8/21/24 10:12 AM

MC_002970

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Dates:          Start: 12/04/23    End: 12/08/23

#### Intervention: Education, prescribed medication (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23    End: 12/08/23 |
| Description: | DETAIL: - evaluate medications for risk for constipation. |

#### Intervention: Physical activity promotion (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23    End: 12/08/23 |
| Description: | DETAIL: - encourage increased activity and ambulation as tolerated |

#### Intervention: Oral fluid promotion (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23    End: 12/08/23 |

### Problem: Critical Communications

| | |
|---|---|
| Dates: | Start: 12/04/23    Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Goal: Patient and family goals and feedback identified and incorporated into plan of care (Resolved)

| | |
|---|---|
| Dates: | Start: 12/04/23    Expected End: 12/06/23    Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

### Problem: Deep Venous Thrombosis - Risk of

| | |
|---|---|
| Dates: | Start: 11/21/23    Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Goal: Absence of deep venous thrombosis (Resolved)

| | |
|---|---|
| Dates: | Start: 11/21/23    Expected End: 12/06/23    Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/07/23 1559 | Cheryl Hendren, RN | Progressing |
| 12/06/23 0400 | Kaelin E Sandberg, RN | Progressing |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

#### Goal Note filed on 12/07/23 1559 by Cheryl Hendren, RN

No signs or symptoms of DVT. SCD, Xarelto, and ambulation.

#### Intervention: Interdisciplinary care coordination - Pharmacy (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23    End: 12/08/23 |
| Description: | DETAIL: Consult triggered by BMI for weight based dosing |

#### Intervention: Deep venous thrombosis signs and symptoms assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 12/4/2023, D/C: 12/8/2023

Page 1120      Printed by 71334 at 8/21/24 10:12 AM

MC_002971

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Dates:         Start: 12/04/23   End: 12/08/23

#### Intervention: Education, nonpharmacologic deep venous thrombosis prevention (Completed)

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

#### Intervention: Education, deep venous thrombosis signs and symptoms (Completed)

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

#### Intervention: Education, bleeding precautions (Completed)

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

#### Intervention: Education, activity promotion (Completed)

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

#### Intervention: Physical activity promotion (Completed)

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23
Description:   DETAIL: - encourage increased activity including bed exercises and ambulation as tolerated.

#### Intervention: Intermittent pneumatic compression management (Completed)

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23
Description:   DETAIL: - Remove for one hour per shift and assess skin.

#### Intervention: Graduated anti-embolic stocking management (Completed)

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23
Description:   DETAIL: - Remove for one hour per shift and assess skin.

### Problem: Discharge Planning

Dates:         Start: 11/21/23   Resolved: 12/08/23
Disciplines:     Interdisciplinary

#### Goal: Participation and Acceptance of Discharge arrangements (Resolved)

Dates:         Start: 11/21/23   Expected End: 12/06/23   Resolved: 12/08/23
Disciplines:     Interdisciplinary

##### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Interdisciplinary care coordination - Social Work (Completed)

Frequency:     Ongoing
Dates:         Start: 11/21/23   End: 12/08/23

#### Intervention: Interdisciplinary care coordination - Care Management (Completed)

Frequency:     Ongoing
Dates:         Start: 11/21/23   End: 12/08/23

#### Intervention: Living conditions assessment (Completed)

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702   Adm: 12/4/2023, D/C: 12/8/2023

Page 1121                              Printed by 71334 at 8/21/24 10:12 AM

MC_002972

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: ADL ability assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Caregiver assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Financial needs assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Consult and coordination of community resources and agencies (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Healthcare knowledge assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Discharge readiness assessment - adult (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Hospital discharge coordination (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: (Referrals as appropriate based on patient needs and preferences) |

#### Intervention: Discharge instruction distribution (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Patient/family participation promotion (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Patient discharge (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: - Include transportation coordination. |

### Problem: Discharge Readiness

| | |
|---|---|
| Dates: | Start: 12/04/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Goal: Discharge readiness (Resolved)

| | |
|---|---|
| Dates: | Start: 12/04/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Outcomes

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 1122                                    Printed by 71334 at 8/21/24 10:12 AM

MC_002973

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

Intervention: Vital signs stable, Temp less than 38.0' C, and all other vital signs pulse, resp, and BP unchanged from last physician review (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: No ongoing need for cardiac/respiratory monitoring (No significant arrhythmias noted) (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: No visible bleeding (exception post-partum patients) (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Acute illness resolved, pain is controlled to patient's met expectations (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Patient can maintain adequate hydration with no ongoing and uncontrollable vomiting (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Patient is voiding adequately or has catheter in place (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Patient is neurologically stable (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: If patient has had surgery, they have fully recovered and meet anesthesia criteria for discharge (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: The location of discharge care is known and all equipment will be available (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Medication reconciliation is complete and the patient understands their discharge medication plan (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Patient understands who and when to call for any post discharge problems or complications (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Patient has received and signed a completed After Visit Summary. (Completed)

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1123

Printed by 71334 at 8/21/24 10:12 AM

MC_002974

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

**Problem: Falls, High Risk**

| | |
|---|---|
| Dates: | Start: 11/21/23   Resolved: 12/08/23 |
| Description: | Patients should be assessed for fall risk on admission and after a fall.Consider an environmental assessment of the home when older adults who are at risk for falls are discharged from the hospital.Fall prevention programs should incorporate staff education of fall risk factors as a fundamental component. |
| Disciplines: | Interdisciplinary |

**Goal: Absence of falls (Resolved)**

| | |
|---|---|
| Dates: | Start: 11/21/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/08/23 0211 | Woodetta Maulana, RN | Progressing |
| 12/06/23 0400 | Kaelin E Sandberg, RN | Progressing |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

**Goal Note filed on 12/08/23 0211 by Woodetta Maulana, RN**

Fall bundle in place

**Intervention: Interdisciplinary care coordination - Occupational Therapy (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

**Intervention: Interdisciplinary care coordination - Physical Therapy (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

**Intervention: Fall prevention intervention based on Fall Risk Score (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Fall risk assessment (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Gait function assessment (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Education, fall prevention (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Education, home safety (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Education, Patient and/or family - camera monitoring (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: Patient/family informed of potential camera use for injury prevention. |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1124                                              Printed by 71334 at 8/21/24 10:12 AM

MC_002975

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

**Problem: Falls, Standard Risk**

| Dates: | Start: 12/04/23    Resolved: 12/08/23 |
|---|---|
| Disciplines: | Interdisciplinary |

**Goal: Absence of falls (Resolved)**

| Dates: | Start: 12/04/23    Expected End: 12/06/23    Resolved: 12/08/23 |
|---|---|
| Disciplines: | Interdisciplinary |

Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/07/23 1559 | Cheryl Hendren, RN | Progressing |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

**Goal Note filed on 12/07/23 1559 by Cheryl Hendren, RN**

No falls or injuries noted during shift. Bed in low position, SR up, wheels locked. Call bell and personal items in reach.

**Intervention: Fall prevention intervention based on Fall Risk Score (Completed)**

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23    End: 12/08/23 |

**Intervention: Fall risk assessment (Completed)**

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23    End: 12/08/23 |

**Intervention: Education, fall prevention (Completed)**

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23    End: 12/08/23 |

**Intervention: Education, home safety (Completed)**

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23    End: 12/08/23 |

**Intervention: Education, Patient and/or family - camera monitoring (Completed)**

| Frequency: | Ongoing |
|---|---|
| Dates: | Start: 12/04/23    End: 12/08/23 |
| Description: | DETAIL: Patient/family informed of potential camera use for injury prevention. |

**Problem: Fluid Volume - Risk of, Imbalanced**

| Dates: | Start: 12/04/23    Resolved: 12/08/23 |
|---|---|
| Disciplines: | Interdisciplinary |

**Goal: Balanced intake and output (Resolved)**

| Dates: | Start: 12/04/23    Expected End: 12/06/23    Resolved: 12/08/23 |
|---|---|
| Disciplines: | Interdisciplinary |

Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

**Intervention: Fluid volume assessment (Completed)**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1125                                        Printed by 71334 at 8/21/24 10:12 AM

MC_002976

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

#### Intervention: Education, fluid balance promotion (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

#### Intervention: Education, fluid overload signs and symptoms (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

#### Intervention: Hydration management (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23
Description:    DETAIL: Oral intake, intravenous fluid administration, enteral feeding as prescribed.

#### Intervention: Fluid resuscitation (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23
Description:    DETAIL: Albumin, colloids, crystalloids, volume expanders and isotonic fluid administration as prescribed.

#### Intervention: Fluid therapy - elderly (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

### Problem: Infection - Risk of, Surgical Site Infection

Dates:    Start: 12/04/23  Resolved: 12/08/23
Disciplines:    Interdisciplinary

#### Goal: Absence of infection signs and symptoms (Resolved)

Dates:    Start: 12/04/23  Expected End: 12/06/23  Resolved: 12/08/23
Disciplines:    Interdisciplinary

##### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

#### Intervention: Vital signs assessment (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

#### Intervention: Blood glucose monitoring (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

#### Intervention: Infection assessment - general (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

#### Intervention: Wound assessment - surgical site (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 1126    Printed by 71334 at 8/21/24 10:12 AM

MC_002977

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

**Intervention: Interdisciplinary care coordination - Wound/Ostomy Care Services (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Education, hand washing (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Education, hyperglycemia adverse effects - wounds (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Education, incision care (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Education, infection prevention (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Preoperative hair removal (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Incision care (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Nutrition promotion (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Problem: Knowledge Deficit - Hospitalization**

| Dates: | Start: 12/04/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

**Goal: Demonstrate understanding of hospitalization, routine and environment (Resolved)**

| Dates: | Start: 12/04/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

**Intervention: Learning needs assessment (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Assess healthcare knowledge of patient/caregiver (Completed)**

| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Orient patient/family to room and environment (Completed)**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1127

Printed by 71334 at 8/21/24 10:12 AM

MC_002978

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Review with patient/family Orientation pamphlet and folder (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Review Patient's rights and responsibilities (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Review with patient/family hand washing and patient safety (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Review with patient/family fall prevention (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Review with patient/family pain management strategies (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Educate, patient and family about medications (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Hourly Rounding (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Bedside Report (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

### Problem: Knowledge Deficit- Disease Process

Dates: Resolved: 12/08/23
Disciplines: Interdisciplinary
Goal: Patient/Family/Caregiver demonstrates understanding of disease process, treatment plan, medications, and discharge instructions (Resolved)

Dates: Expected End: 12/06/23   Resolved: 12/08/23
Disciplines: Interdisciplinary

#### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Education, AMI Action Plan (Completed)

Frequency: Ongoing
Dates: Start: 12/04/23   End: 12/08/23

#### Intervention: Education, CHF Action Plan (Completed)

Frequency: Ongoing

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Adm: 12/4/2023, D/C: 12/8/2023

Page 1128                               Printed by 71334 at 8/21/24 10:12 AM

MC_002979

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Care Plan (continued)**

|  |  |
|---|---|
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, VAD (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, COPD Action Plan (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, Pneumonia Action Plan (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, Stroke (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, Sepsis Action Plan (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | End: 12/08/23 |

**Problem: Mobility - Impaired**

|  |  |
|---|---|
| Dates: | Start: 11/21/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

**Goal: Able to perform prescribed physical activity (Resolved)**

|  |  |
|---|---|
| Dates: | Start: 11/21/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

### Intervention: Interdisciplinary care coordination - Occupational Therapy (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

### Intervention: Interdisciplinary care coordination - Physical Therapy (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

### Intervention: Interdisciplinary care coordination - Care Management (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

### Intervention: Mobility assessment (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Intervention: Education, prescribed activity level (Completed)

|  |  |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1129

Printed by 71334 at 8/21/24 10:12 AM

MC_002980

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Care Plan (continued)

Intervention: Education, assistive devices - ambulatory (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Physical activity promotion (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: , encourage patient to maximize activity level |

Intervention: Assistive device provision - ambulatory (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

Problem: Nutrition Deficit
| | |
|---|---|
| Dates: | Start: 11/21/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

Goal: Adequate food and fluid intake (Resolved)
| | |
|---|---|
| Dates: | Start: 11/21/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

Intervention: Interdisciplinary Care Coordination - Nutrition (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

Intervention: Body measurement assessment (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Dietary preference assessment (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Enteral tube placement assessment (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Gastrointestinal assessment (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Intake and output measurement (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

Intervention: Nutritional assessment (Completed)
| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1130                                          Printed by 71334 at 8/21/24 10:12 AM

MC_002981

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

**Intervention: Eating environment enhancement (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

**Intervention: Enteral tube feeding management (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

**Intervention: Head of bed elevation (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

**Intervention: Nutrition promotion (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

**Intervention: Nutritional supplementation - oral (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

**Intervention: Total parenteral nutrition administration (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

**Goal: Knowledge of nutritional requirements (Resolved)**

Dates:         Start: 12/04/23   Expected End: 12/06/23   Resolved: 12/08/23
Disciplines:   Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

**Intervention: Education, total parenteral nutrition (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

**Intervention: Education, prescribed diet (Completed)**

Frequency:     Ongoing
Dates:         Start: 12/04/23   End: 12/08/23

### Problem: Pain - Acute

Dates:         Start: 11/21/23   Resolved: 12/08/23
Disciplines:   Interdisciplinary

**Goal: Control of acute pain (Resolved)**

Dates:         Start: 11/21/23   Expected End: 12/06/23   Resolved: 12/08/23
Description:   Health care practices, cultural, addiction concerns, medication concerns and perception, past pain experiences, reluctance to report pain.
Disciplines:   Interdisciplinary

**Outcomes**

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/08/23 0211 | Woodetta Maulana, RN | Progressing |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1131                   Printed by 71334 at 8/21/24 10:12 AM

MC_002982

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Care Plan (continued)**

Goal Note filed on 12/08/23 0211 by Woodetta Maulana, RN

### Pain managed as prescribed and environmental adjustments

**Intervention: Interdisciplinary care coordination - Pharmacy (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |
| Description: | DETAIL: Consult triggered by BMI for weight based dosing |

**Intervention: Interdisciplinary care coordination - Occupational Therapy (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

**Intervention: Interdisciplinary care coordination - Physical Therapy (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

**Intervention: Interdisciplinary care coordination - Social Work (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

**Intervention: Pain assessment scale - adult (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Pain signs and symptoms assessment - adult (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Pain control assessment - expectations (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: Patient stated pain goals. |

**Intervention: Pain control assessment - barriers (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

**Intervention: Pain perception assessment (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: -pain aggravating and relieving factors, impact on ADL's |

**Intervention: Pain-relief response assessment (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: Within 1 hour of intervention |

**Intervention: Education, pain management (Completed)**

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: Include pain scale, prescribed medication use, interaction and alternatives, Patient Controlled Analgesia as appropriate, positive coping methods and self-pacing, and non- |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1132

Printed by 71334 at 8/21/24 10:12 AM

MC_002983

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

pharmacologic pain management.

#### Intervention: Nonpharmacologic pain management (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Problem: Self-care Deficit

| | |
|---|---|
| Dates: | Start: 11/21/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Goal: Able to perform required activities of daily living (Resolved)

| | |
|---|---|
| Dates: | Start: 11/21/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

#### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Interdisciplinary care coordination - Occupational Therapy (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

#### Intervention: Interdisciplinary care coordination - Physical Therapy (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

#### Intervention: Interdisciplinary care coordination - Social Work (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

#### Intervention: Interdisciplinary care coordination - Care Management (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 11/21/23   End: 12/08/23 |

#### Intervention: Support system assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: ADL ability assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: Assess feeding, grooming, bathing, and toileting abilities and needs. |

#### Intervention: Education, assistive devices - dressing/grooming (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: - include dentures, hearing aids, eyeglasses and other personal aids. |

#### Intervention: Education, energy conservation (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Education, functional status promotion (Completed)

| | |
|---|---|
| Frequency: | Ongoing |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1133                                         Printed by 71334 at 8/21/24 10:12 AM

MC_002984

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Dates:        Start: 12/04/23    End: 12/08/23

#### Intervention: Include patient and family in participation and promotion of activities of daily living (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

#### Intervention: Assistive device provision - dressing/grooming (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

#### Intervention: Coping support - patient/caregiver (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

#### Intervention: Dressing/grooming assistance (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

#### Intervention: Independence promotion (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

#### Intervention: Physical activity management (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

### Problem: Skin Integrity - Risk of, Impaired

Dates:            Start: 12/04/23    Resolved: 12/08/23
Disciplines:      Interdisciplinary

#### Goal: Skin integrity intact (Resolved)

Dates:         Start: 12/04/23    Expected End: 12/06/23    Resolved: 12/08/23
Disciplines:      Interdisciplinary

##### Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |
| 12/05/23 0238 | Russel E Villamante, RN | Progressing |

#### Intervention: Skin assessment (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

#### Intervention: Nutrition screening (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23

#### Intervention: Skin care (Completed)

Frequency:      Ongoing
Dates:         Start: 12/04/23    End: 12/08/23
Description:     DETAIL: protocol

#### Intervention: Pressure Ulcer Prevention (Completed)

Frequency:      Ongoing

ALLENMORE HOSPITAL      Larocque, Linda J
1901 S UNION AVE      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 12/4/2023, D/C: 12/8/2023

Page 1134      Printed by 71334 at 8/21/24 10:12 AM

MC_002985

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Pressure-relieving device implementation (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23
Description:   DETAIL: - include use of trapeze as appropriate

#### Intervention: Education, position change (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Patient-turning management (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23

### Problem: Sleep Disturbance/Including Sleep Apnea

Dates:           Start: 12/04/23  Resolved: 12/08/23
Disciplines:     Interdisciplinary

### Goal: Able to achieve restful sleep (Resolved)

Dates:        Start: 12/04/23  Expected End: 12/06/23  Resolved: 12/08/23
Disciplines:   Interdisciplinary

#### Outcomes

| Date/Time | User | Outcome |
| --- | --- | --- |
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Anxiety assessment (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Sleep/rest assessment (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Day-night sleep cycle promotion (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23

#### Intervention: Nonpharmacologic sleep promotion (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23
Description:   DETAIL: Consider back massage, quiet time, snack before bedtime, avoidence of caffeine after 2 pm, earplug provision.

#### Intervention: Sleep environment management (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23
Description:   DETAIL: Promote restful environment

#### Intervention: Coordinate care to reduce interruptions of sleep (Completed)

Frequency:    Ongoing
Dates:        Start: 12/04/23  End: 12/08/23

ALLENMORE HOSPITAL    Larocque, Linda J
1901 S UNION AVE       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702  Adm: 12/4/2023, D/C: 12/8/2023

Page 1135                                       Printed by 71334 at 8/21/24 10:12 AM

MC_002986

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Care Plan (continued)

### Goal: Able to manage obstructive sleep apnea (Resolved)

| | |
|---|---|
| Dates: | Start: 12/04/23   Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Respiratory management (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |
| Description: | DETAIL: Per respiratory therapy |

#### Intervention: Positive pressure device management as prescribed (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Interdisciplinary care coordination - Respiratory Care (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

### Problem: Tissue Perfusion - Cerebral, Altered

| | |
|---|---|
| Dates: | Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

### Goal: Absence of continued neurologic deterioration signs and symptoms (Resolved)

| | |
|---|---|
| Dates: | Expected End: 12/06/23   Resolved: 12/08/23 |
| Disciplines: | Interdisciplinary |

Outcomes

| Date/Time | User | Outcome |
|---|---|---|
| 12/08/23 1624 | Cheryl Hendren, RN | Adequate for Discharge |

#### Intervention: Neurologic assessment/NIH stroke scale (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Altered mental status signs and symptoms assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Seizure activity assessment (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Blood pressure monitoring (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | Start: 12/04/23   End: 12/08/23 |

#### Intervention: Positioning to promote cerebral circulation (Completed)

| | |
|---|---|
| Frequency: | Ongoing |
| Dates: | End: 12/08/23 |

#### Intervention: Intracranial pressure monitoring (Completed)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1136

Printed by 71334 at 8/21/24 10:12 AM

MC_002987

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

#### Intervention: Cerebral perfusion pressure assessment (Completed)

Frequency:    Ongoing
Dates:    Start: 12/04/23  End: 12/08/23

### Care Plan Timemark History

| Reviewed By | Date/Time |
|---|---|
| Russel E Villamante, RN | 12/04/23 2141 |

### Encounter Care Plan Audit Trail

#### Problem: Bariatric Care Needs [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | Interdisciplinary | Jaynee Krzywicki, RN | 11/21/23 1215 |

#### Goal: Maintain patient comfort [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | | | Interdisciplinary | Jaynee Krzywicki, RN | 11/21/23 1215 | |

##### Goal Intervention: Provide emotional support [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

##### Goal Intervention: Care Assistance [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

Intervention Description History

| DETAIL: Consider scheduling patients care so extra help is available. | Jaynee Krzywicki, RN | 11/21/23 1215 |
|---|---|---|

##### Goal Intervention: Specialty Bed, Bariatric [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, | 11/21/23 1215 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1137
Printed by 71334 at 8/21/24 10:12 AM

MC_002988

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

RN

Intervention Description History

DETAIL: to include special bed, commode, lift, and wheel chair.    Jaynee Krzywicki, RN    11/21/23 1215

**Goal Intervention: Interdisciplinary Care Coordination - Nutrition [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Interdisciplinary care coordination - Pharmacy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

Intervention Description History

DETAIL: Consult triggered by BMI for weight based dosing    Jaynee Krzywicki, RN    11/21/23 1215

**Goal Intervention: Interdisciplinary care coordination - Occupational Therapy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Interdisciplinary care coordination - Physical Therapy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Interdisciplinary care coordination - Social Work [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Interdisciplinary care coordination - Care Management [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E | 12/04/23 2141 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1138

Printed by 71334 at 8/21/24 10:12 AM

MC_002989

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | | | |
|---|---|---|---|---|
| | | | Villamante, RN | |
| 11/21/23 | | ONGOING | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Educate patient and family of available community resources [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Educate patient/family: regarding home activity level, discharge medication and follow-up [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Educate, patient and family on activity and exercise guidelines [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Problem: Skin Integrity - Risk of, Impaired [Resolved]**

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |
| 12/04/23 | | Interdisciplinary | Kristian P Figueroa, RN | 12/04/23 1748 |

**Goal: Skin integrity intact [Resolved]**

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | Progressing | Interdisciplinary | Russel E Villamante, RN | 12/05/23 0238 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Kristian P Figueroa, RN | 12/04/23 1748 | |

**Goal Intervention: Skin assessment [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, | 12/08/23 1624 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1139

Printed by 71334 at 8/21/24 10:12 AM

MC_002990

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | | RN | |
| --- | --- | --- | --- | --- | --- |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 12/04/23 | | ONGOING | | Kristian P Figueroa, RN | 12/04/23 1748 |

Goal Intervention: Nutrition screening [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
| --- | --- | --- | --- | --- | --- |
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 12/04/23 | | ONGOING | | Kristian P Figueroa, RN | 12/04/23 1748 |

Goal Intervention: Skin care [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
| --- | --- | --- | --- | --- | --- |
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 12/04/23 | | ONGOING | | Kristian P Figueroa, RN | 12/04/23 1748 |

Intervention Description History
DETAIL: protocol     Kristian P Figueroa, RN   12/04/23 1748

Goal Intervention: Pressure Ulcer Prevention [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
| --- | --- | --- | --- | --- | --- |
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Kristian P Figueroa, RN | 12/04/23 1748 |

Goal Intervention: Pressure-relieving device implementation [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
| --- | --- | --- | --- | --- | --- |
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 12/04/23 | | ONGOING | | Kristian P Figueroa, RN | 12/04/23 1748 |

Intervention Description History
DETAIL: - include use of trapeze as appropriate    Kristian P Figueroa, RN   12/04/23 1748

Goal Intervention: Education, position change [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
| --- | --- | --- | --- | --- | --- |
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 12/04/23 | | ONGOING | | Kristian P Figueroa, RN | 12/04/23 1748 |

Goal Intervention: Patient-turning management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
| --- | --- | --- | --- | --- | --- |
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, | 12/08/23 1624 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1140     Printed by 71334 at 8/21/24 10:12 AM

MC_002991

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | RN | |
|---|---|---|---|
| 12/04/23 | ONGOING | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Critical Communications [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Patient and family goals and feedback identified and incorporated into plan of care [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

### Problem: Knowledge Deficit- Disease Process [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Patient/Family/Caregiver demonstrates understanding of disease process, treatment plan, medications, and discharge instructions [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

##### Goal Intervention: Education, AMI Action Plan [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

##### Goal Intervention: Education, CHF Action Plan [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1141

Printed by 71334 at 8/21/24 10:12 AM

MC_002992

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | | |
|---|---|---|---|---|
| 12/04/23 | | ONGOING | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, VAD [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, COPD Action Plan [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, Pneumonia Action Plan [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, Stroke [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, Sepsis Action Plan [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Knowledge Deficit - Hospitalization [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Demonstrate understanding of hospitalization, routine and environment [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1142

Printed by 71334 at 8/21/24 10:12 AM

MC_002993

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/04/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

Goal Intervention: Learning needs assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Assess healthcare knowledge of patient/caregiver [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Orient patient/family to room and environment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Review with patient/family Orientation pamphlet and folder [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Review Patient's rights and responsibilities [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Review with patient/family hand washing and patient safety [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Review with patient/family fall prevention [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Review with patient/family pain management strategies [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, | 12/08/23 1624 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1143

Printed by 71334 at 8/21/24 10:12 AM

MC_002994

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Care Plan (continued)**

| | | | | | |
|---|---|---|---|---|---|
| | | | | RN | |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Educate, patient and family about medications [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Hourly Rounding [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Bedside Report [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Problem: Anxiety [Resolved]**

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

**Goal: Alleviation of anxiety [Resolved]**

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Russel E Villamante, RN | 12/05/23 0238 | |
| 11/21/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

**Goal Intervention: Interdisciplinary care coordination - Social Work [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1144

Printed by 71334 at 8/21/24 10:12 AM

MC_002995

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Goal Intervention: Anxiety and coping skills assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Interdisciplinary care coordination - Chaplain Services [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Interdisciplinary care coordination - Psych ARNP [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Comfort promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Coping support [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, treatment regimen [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, positive coping methods [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Aspiration - Risk of [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|----------------------|------|-----------|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1145

Printed by 71334 at 8/21/24 10:12 AM

MC_002996

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Absence of aspiration [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Russel E Villamante, RN | 12/05/23 0238 | |
| 11/21/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

#### Goal Intervention: Interdisciplinary Care Coordination - Nutrition [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

#### Goal Intervention: Pulmonary assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Swallowing assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Interdisciplinary care coordination - Respiratory Care [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Interdisciplinary care coordination - Speech Therapy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, aspiration prevention - adult [Completed]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1146

Printed by 71334 at 8/21/24 10:12 AM

MC_002997

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Enteral tube feeding management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Head of bed elevation [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Oral intake management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Airway suctioning [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: Include oral, tube and deep nasotracheal suctioning as prescribed | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Cardiac Output - Decreased [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Cardiac output within specified parameters [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, | 12/04/23 2141 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1147

Printed by 71334 at 8/21/24 10:12 AM

MC_002998

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

RN

### Goal Intervention: Cardiac assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Fluid volume assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Cardiac monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Invasive Hemodynamic Monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, cardiac monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, decreased cardiac output signs and symptoms [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Oxygen administration [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| DETAIL: As prescribed | | | | Russel E Villamante, RN | 12/04/23 2141 |
|---|---|---|---|---|---|

### Goal Intervention: Vital signs assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1148

Printed by 71334 at 8/21/24 10:12 AM

MC_002999

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | | | | |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Pulse oximetry [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Constipation [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Normal bowel habits [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

#### Goal Intervention: Bowel function assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Stool assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Constipation risk assessment - medication-related [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, bowel movement promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1149

Printed by 71334 at 8/21/24 10:12 AM

MC_003000

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | | | | |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, high-fiber diet [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, prescribed medication [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History
DETAIL: - evaluate medications for risk for constipation.          Russel E Villamante, RN          12/04/23 2141

#### Goal Intervention: Physical activity promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History
DETAIL: - encourage increased activity and ambulation as tolerated          Russel E Villamante, RN          12/04/23 2141

#### Goal Intervention: Oral fluid promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Deep Venous Thrombosis - Risk of [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Absence of deep venous thrombosis [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Cheryl Hendren, RN | 12/07/23 1559 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1150                                              Printed by 71334 at 8/21/24 10:12 AM

MC_003001

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/21/23 | 12/06/23 | Progressing | Interdisciplin ary | Kaelin E Sandberg, RN | 12/06/23 0400 | |
| 11/21/23 | 12/06/23 | Progressing | Interdisciplin ary | Russel E Villamante, RN | 12/05/23 0238 | |
| 11/21/23 | 12/06/23 | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 | |

#### Goal Intervention: Interdisciplinary care coordination - Pharmacy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

Intervention Description History
DETAIL: Consult triggered by BMI for weight based dosing        Jaynee Krzywicki, RN        11/21/23 1215

#### Goal Intervention: Deep venous thrombosis signs and symptoms assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, nonpharmacologic deep venous thrombosis prevention [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, deep venous thrombosis signs and symptoms [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, bleeding precautions [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, activity promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E | 12/04/23 2141 |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023
Page 1151                   Printed by 71334 at 8/21/24 10:12 AM

MC_003002

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

Villamante, RN

#### Goal Intervention: Physical activity promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: - encourage increased activity including bed exercises and ambulation as tolerated. | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Intermittent pneumatic compression management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: - Remove for one hour per shift and assess skin. | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Graduated anti-embolic stocking management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: - Remove for one hour per shift and assess skin. | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Falls, Standard Risk [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Absence of falls [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | Progressing | Interdisciplinary | Cheryl Hendren, RN | 12/07/23 1559 | |
| 12/04/23 | | 12/06/23 | | Progressing | Interdisciplinary | Russel E Villamante, RN | 12/05/23 0238 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E | 12/04/23 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1152                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003003

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

|  |  |  | ary | Villamante,
RN | 2141 |
|---|---|---|---|---|---|

**Goal Intervention: Fall prevention intervention based on Fall Risk Score [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Fall risk assessment [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Education, fall prevention [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Education, home safety [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Education, Patient and/or family - camera monitoring [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: Patient/family informed of potential camera use for injury prevention.     Russel E Villamante, RN     12/04/23 2141

**Problem: Falls, High Risk [Resolved]**

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 |  | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

Problem Description History

Patients should be assessed for fall risk on admission and after a fall.Consider an environmental assessment of the home when older adults who are at risk for falls are discharged from the hospital.Fall prevention programs should incorporate staff education of fall risk factors as a fundamental component.     Russel E Villamante, RN     12/04/23 2141

**Goal: Absence of falls [Resolved]**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1153     Printed by 71334 at 8/21/24 10:12 AM

MC_003004

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|------------|------|-----------|----------------|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Woodetta Maulana, RN | 12/08/23 0211 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Kaelin E Sandberg, RN | 12/06/23 0400 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Russel E Villamante, RN | 12/05/23 0238 | |
| 11/21/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

**Goal Intervention: Interdisciplinary care coordination - Occupational Therapy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Interdisciplinary care coordination - Physical Therapy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Fall prevention intervention based on Fall Risk Score [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Fall risk assessment [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Gait function assessment [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E | 12/04/23 2141 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1154

Printed by 71334 at 8/21/24 10:12 AM

MC_003005

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

Villamante, RN

### Goal Intervention: Education, fall prevention [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, home safety [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, Patient and/or family - camera monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: Patient/family informed of potential camera use for injury prevention.    Russel E Villamante, RN    12/04/23 2141

### Problem: Fluid Volume - Risk of, Imbalanced [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|----------------------|------|-----------|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Balanced intake and output [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|------------|------|-----------|----------------|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

### Goal Intervention: Fluid volume assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Education, fluid balance promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1155    Printed by 71334 at 8/21/24 10:12 AM

MC_003006

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | | | | |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, fluid overload signs and symptoms [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Hydration management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: Oral intake, intravenous fluid administration, enteral feeding as prescribed. — Russel E Villamante, RN — 12/04/23 2141

#### Goal Intervention: Fluid resuscitation [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: Albumin, colloids, crystalloids, volume expanders and isotonic fluid administration as prescribed. — Russel E Villamante, RN — 12/04/23 2141

#### Goal Intervention: Fluid therapy - elderly [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Infection - Risk of, Surgical Site Infection [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Absence of infection signs and symptoms [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | Progressing | Interdisciplinary | Russel E Villamante, RN | 12/05/23 0238 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1156

Printed by 71334 at 8/21/24 10:12 AM

MC_003007

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| 12/04/23 | 12/06/23 | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 |
|---|---|---|---|---|---|
| 12/04/23 | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Vital signs assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Blood glucose monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Infection assessment - general [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Wound assessment - surgical site [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Interdisciplinary care coordination - Wound/Ostomy Care Services [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, hand washing [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, hyperglycemia adverse effects - wounds [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, incision care [Completed]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

MC_003008

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, infection prevention [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Preoperative hair removal [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Incision care [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Nutrition promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Mobility - Impaired [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|----------------------|------|-----------|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Able to perform prescribed physical activity [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|------------|------|-----------|----------------|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Russel E Villamante, RN | 12/05/23 0238 | |
| 11/21/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | | | Interdisciplinary | Russel E | 12/04/23 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1158

Printed by 71334 at 8/21/24 10:12 AM

MC_003009

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

|  |  |  | ary | Villamante,<br>RN | 2141 |

**Goal Intervention: Interdisciplinary care coordination - Occupational Therapy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 |  | ONGOING |  | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Interdisciplinary care coordination - Physical Therapy [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 |  | ONGOING |  | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Interdisciplinary care coordination - Care Management [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 |  | ONGOING |  | Jaynee Krzywicki, RN | 11/21/23 1215 |

**Goal Intervention: Mobility assessment [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Education, prescribed activity level [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Education, assistive devices - ambulatory [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Physical activity promotion [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING |  | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 |  | ONGOING |  | Russel E Villamante, RN | 12/04/23 2141 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1159

Printed by 71334 at 8/21/24 10:12 AM

MC_003010

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

<u>Intervention Description History</u>

DETAIL: , encourage patient to maximize activity level      Russel E Villamante,    12/04/23 2141
RN

#### Goal Intervention: Assistive device provision - ambulatory [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Nutrition Deficit [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|----------------------|------|-----------|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Adequate food and fluid intake [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|------------|------|-----------|----------------|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplin ary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 | |

#### Goal Intervention: Interdisciplinary Care Coordination - Nutrition [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

#### Goal Intervention: Body measurement assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Dietary preference assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Enteral tube placement assessment [Completed]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1160          Printed by 71334 at 8/21/24 10:12 AM

MC_003011

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Gastrointestinal assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Intake and output measurement [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Nutritional assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Eating environment enhancement [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Enteral tube feeding management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Head of bed elevation [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Nutrition promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Nutritional supplementation - oral [Completed]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1161

Printed by 71334 at 8/21/24 10:12 AM

MC_003012

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Total parenteral nutrition administration [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Knowledge of nutritional requirements [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

#### Goal Intervention: Education, total parenteral nutrition [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Education, prescribed diet [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Pain - Acute [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Control of acute pain [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | Progressing | Interdisciplinary | Woodetta | 12/08/23 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1162

Printed by 71334 at 8/21/24 10:12 AM

MC_003013

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | | | |
|---|---|---|---|---|---|
| | | ary | Maulana, RN | 0211 | |
| 11/21/23 | 12/06/23 | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

Goal Description History
Health care practices, cultural, addiction concerns, medication concerns and perception,  Russel E        12/04/23
past pain experiences, reluctance to report pain.                                          Villamante, RN   2141

### Goal Intervention: Interdisciplinary care coordination - Pharmacy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

Intervention Description History
DETAIL: Consult triggered by BMI for weight based dosing       Jaynee Krzywicki, RN     11/21/23 1215

### Goal Intervention: Interdisciplinary care coordination - Occupational Therapy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Interdisciplinary care coordination - Physical Therapy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Interdisciplinary care coordination - Social Work [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Pain assessment scale - adult [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1163                                        Printed by 71334 at 8/21/24 10:12 AM

MC_003014

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Goal Intervention: Pain signs and symptoms assessment - adult [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Pain control assessment - expectations [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: Patient stated pain goals.    Russel E Villamante, RN    12/04/23 2141

### Goal Intervention: Pain control assessment - barriers [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Pain perception assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: -pain aggravating and relieving factors, impact on ADL's    Russel E Villamante, RN    12/04/23 2141

### Goal Intervention: Pain-relief response assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: Within 1 hour of intervention    Russel E Villamante, RN    12/04/23 2141

### Goal Intervention: Education, pain management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

DETAIL: Include pain scale, prescribed medication use, interaction and alternatives, Patient Controlled Analgesia as appropriate, positive coping methods and self-pacing, and non-pharmacologic pain management.    Russel E Villamante, RN    12/04/23 2141

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1164

Printed by 71334 at 8/21/24 10:12 AM

MC_003015

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Goal Intervention: Nonpharmacologic pain management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Self-care Deficit [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|----------------------|------|-----------|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Able to perform required activities of daily living [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|------------|------|-----------|----------------|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 11/21/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 11/21/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

### Goal Intervention: Interdisciplinary care coordination - Occupational Therapy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Interdisciplinary care coordination - Physical Therapy [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Interdisciplinary care coordination - Social Work [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Interdisciplinary care coordination - Care Management [Completed]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1165

Printed by 71334 at 8/21/24 10:12 AM

MC_003016

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Care Plan (continued)

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

Goal Intervention: Support system assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: ADL ability assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: Assess feeding, grooming, bathing, and toileting abilities and needs. | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Education, assistive devices - dressing/grooming [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: - include dentures, hearing aids, eyeglasses and other personal aids. | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Education, energy conservation [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Education, functional status promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Goal Intervention: Include patient and family in participation and promotion of activities of daily living [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1166
Printed by 71334 at 8/21/24 10:12 AM

MC_003017

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Goal Intervention: Assistive device provision - dressing/grooming [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Coping support - patient/caregiver [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Dressing/grooming assistance [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Independence promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Physical activity management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Sleep Disturbance/Including Sleep Apnea [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|------------------------|------|-----------|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Able to achieve restful sleep [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|------------|------|-----------|----------------|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1167

Printed by 71334 at 8/21/24 10:12 AM

MC_003018

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

#### Goal Intervention: Anxiety assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Sleep/rest assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Day-night sleep cycle promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Nonpharmacologic sleep promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: Consider back massage, quiet time, snack before bedtime, avoidence of caffeine after 2 pm, earplug provision. | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Sleep environment management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: Promote restful environment | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Coordinate care to reduce interruptions of sleep [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal: Able to manage obstructive sleep apnea [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplin | Russel E | 12/04/23 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1168

Printed by 71334 at 8/21/24 10:12 AM

MC_003019

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | ary | Villamante, RN | 2141 |
|---|---|---|---|---|---|
| 12/04/23 | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Respiratory management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: Per respiratory therapy | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Positive pressure device management as prescribed [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Interdisciplinary care coordination - Respiratory Care [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Tissue Perfusion - Cerebral, Altered [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Absence of continued neurologic deterioration signs and symptoms [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplin ary | Cheryl Hendren, RN | 12/08/23 1624 | |
| | | 12/06/23 | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 | |
| | | | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 | |

### Goal Intervention: Neurologic assessment/NIH stroke scale [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1169

Printed by 71334 at 8/21/24 10:12 AM

MC_003020

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

### Goal Intervention: Altered mental status signs and symptoms assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Seizure activity assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Blood pressure monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Positioning to promote cerebral circulation [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Intracranial pressure monitoring [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Cerebral perfusion pressure assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|-------|-----|-----------|-------------|------|-----------|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Problem: Discharge Planning [Resolved]

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|-------|---------|----------------------|------|-----------|
| 11/21/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Participation and Acceptance of Discharge arrangements [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|-------|-----|---------|----------|---------|-----------|------|-----------|----------------|
| 11/21/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, | 12/08/23 1624 | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1170

Printed by 71334 at 8/21/24 10:12 AM

MC_003021

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | | RN | |
|---|---|---|---|---|---|
| 11/21/23 | 12/06/23 | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | | Interdisciplin ary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Interdisciplinary care coordination - Social Work [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Interdisciplinary care coordination - Care Management [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 11/21/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 11/21/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |
| 11/21/23 | | ONGOING | | Jaynee Krzywicki, RN | 11/21/23 1215 |

### Goal Intervention: Living conditions assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: ADL ability assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Caregiver assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Financial needs assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Consult and coordination of community resources and agencies [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, | 12/08/23 1624 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1171

Printed by 71334 at 8/21/24 10:12 AM

MC_003022

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| | | | | RN | |
|---|---|---|---|---|---|
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Healthcare knowledge assessment [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Discharge readiness assessment - adult [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Hospital discharge coordination [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: (Referrals as appropriate based on patient needs and preferences) | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Discharge instruction distribution [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Patient/family participation promotion [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### Goal Intervention: Patient discharge [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

Intervention Description History

| | | |
|---|---|---|
| DETAIL: - Include transportation coordination. | Russel E Villamante, RN | 12/04/23 2141 |

Problem: Discharge Readiness [Resolved]

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1172

Printed by 71334 at 8/21/24 10:12 AM

MC_003023

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Care Plan (continued)

| Start | Resolve | Discipline (Priority) | User | Date/Time |
|---|---|---|---|---|
| 12/04/23 | 12/08/23 | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 |

### Goal: Discharge readiness [Resolved]

| Start | End | Exp End | Priority | Outcome | Discipline | User | Date/Time | Patient-stated |
|---|---|---|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | 12/06/23 | | Adequate for Discharge | Interdisciplinary | Cheryl Hendren, RN | 12/08/23 1624 | |
| 12/04/23 | | 12/06/23 | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |
| 12/04/23 | | | | | Interdisciplinary | Russel E Villamante, RN | 12/04/23 2141 | |

**Goal Intervention: Vital signs stable, Temp less than 38.0' C, and all other vital signs pulse, resp, and BP unchanged from last physician review [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: No ongoing need for cardiac/respiratory monitoring (No significant arrhythmias noted) [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: No visible bleeding (exception post-partum patients) [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Acute illness resolved, pain is controlled to patient's met expectations [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Patient can maintain adequate hydration with no ongoing and uncontrollable vomiting [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

**Goal Intervention: Patient is voiding adequately or has catheter in place [Completed]**

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1173                                        Printed by 71334 at 8/21/24 10:12 AM

MC_003024

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | | | | |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Patient is neurologically stable [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: If patient has had surgery, they have fully recovered and meet anesthesia criteria for discharge [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: The location of discharge care is known and all equipment will be available [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Medication reconciliation is complete and the patient understands their discharge medication plan [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Patient understands who and when to call for any post discharge problems or complications [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

#### Goal Intervention: Patient has received and signed a completed After Visit Summary. [Completed]

| Start | End | Frequency | Responsible | User | Date/Time |
|---|---|---|---|---|---|
| 12/04/23 | 12/08/23 | ONGOING | | Cheryl Hendren, RN | 12/08/23 1624 |
| 12/04/23 | | ONGOING | | Russel E Villamante, RN | 12/04/23 2141 |

### User Key

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| KS | 07/31/23 - | Kaelin E Sandberg, RN | Registered Nurse | Nursing |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1174

Printed by 71334 at 8/21/24 10:12 AM

MC_003025

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Care Plan (continued)

| | | | | |
|---|---|---|---|---|
| RV | 08/12/21 - | Russel E Villamante, RN | Registered Nurse | Nursing |
| WM | 10/06/23 - | Woodetta Maulana, RN | Registered Nurse | Nursing |
| CH | 05/03/23 - | Cheryl Hendren, RN | Registered Nurse | Nursing |
| JK | 05/03/23 - | Jaynee Krzywicki, RN | Registered Nurse | Nursing |
| KF | 09/25/23 - | Kristian P Figueroa, RN | Registered Nurse | Nursing |

### Care Plan Notes

#### Care Plan Notes by Russel E Villamante, RN at 12/5/2023 0238

##### Version 1 of 1

Author: Russel E Villamante, RN    Service: —    Author Type: Registered Nurse
Filed: 12/05/23 0239    Date of Service: 12/05/23 0238    Status: Signed
Editor: Russel E Villamante, RN (Registered Nurse)

Pt alert and oriented, able to make needs known to staff, Call light within reach, bed wheels lock and in lowest position, VSS.

**Problem: Skin Integrity - Risk of, Impaired**
**Goal: Skin integrity intact**
　　**Outcome: Progressing**

**Problem: Anxiety**
**Goal: Alleviation of anxiety**
　　**Outcome: Progressing**

**Problem: Aspiration - Risk of**
**Goal: Absence of aspiration**
　　**Outcome: Progressing**

**Problem: Deep Venous Thrombosis - Risk of**
**Goal: Absence of deep venous thrombosis**
　　**Outcome: Progressing**

**Problem: Falls, Standard Risk**
**Goal: Absence of falls**
　　**Outcome: Progressing**

**Problem: Falls, High Risk**
**Goal: Absence of falls**
　　**Outcome: Progressing**

**Problem: Infection - Risk of, Surgical Site Infection**
**Goal: Absence of infection signs and symptoms**
　　**Outcome: Progressing**

MC_003026

Care Plan Notes (continued)

## Problem: Mobility - Impaired
## Goal: Able to perform prescribed physical activity
### Outcome: Progressing

Electronically signed by Russel E Villamante, RN at 12/05/23 0239

### Care Plan Notes by Mary E Houston, OTR/L at 12/5/2023 1354

#### Version 1 of 1

| Author: Mary E Houston, OTR/L | Service: Occupational Therapy | Author Type: OCCUPATIONAL THERAPY |
|---|---|---|
| Filed: 12/05/23 1355 | Date of Service: 12/05/23 1354 | Status: Signed |
| Editor: Mary E Houston, OTR/L (OCCUPATIONAL THERAPY) | | |

Orders received, chart reviewed, pt has been mobilizing w/PT, has assistance at home as needed and no OT/self-care concerns at this time, adaptive techniques for LB dressing, DME recommendations, principles of energy conservation/safety were discussed, pt verbalized understanding, OT will follow as needed, family or nrsg to assist pt w/ADLs as needed.  Mary Houston, OTR/L

Electronically signed by Mary E Houston, OTR/L at 12/05/23 1355

### Care Plan Notes by Kaelin E Sandberg, RN at 12/6/2023 0402

#### Version 1 of 1

| Author: Kaelin E Sandberg, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/06/23 0404 | Date of Service: 12/06/23 0402 | Status: Signed |
| Editor: Kaelin E Sandberg, RN (Registered Nurse) | | |

## Problem: Deep Venous Thrombosis - Risk of
## Goal: Absence of deep venous thrombosis
### Outcome: Progressing
Pt is given Xarelto for dvt prophylaxis. Pt BLE skin assessed, no s/sx of dvt.
## Problem: Falls, High Risk
## Goal: Absence of falls
### Outcome: Progressing
Pt had no falls.

Electronically signed by Kaelin E Sandberg, RN at 12/06/23 0404

### Care Plan Notes by Morgan L Zumach, PT ASSIST at 12/6/2023 1244

#### Version 1 of 1

| Author: Morgan L Zumach, PT ASSIST | Service: Physical Therapy | Author Type: Physical Therapy Assistant |
|---|---|---|
| Filed: 12/06/23 1247 | Date of Service: 12/06/23 1244 | Status: Signed |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1176
Printed by 71334 at 8/21/24 10:12 AM

MC_003027

Care Plan Notes (continued)

Editor: Morgan L Zumach, PT ASSIST (Physical Therapy Assistant)

## ACUTE PHYSICAL THERAPY TREATMENT NOTE

Patient Name: Linda J Larocque
MRN#: 172930
DOB: 2/9/1958; Age: 65 year old
LOS: 2

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

Precautions:
Weight Bearing Status -1: Non-weight bearing, LLE
Other precautions: Falls

Recommendations for Nursing:
**Patient should sit up in/on Recliner chair for meals.**
**Recommend use of BSC.**
**Encourage patient to transfer with gait belt, front wheeled walker, and 2 person Contact Guard Assist, 3 times daily. Provide cueing and assistance to maintain NWB precautions.**

Assessment / Response to intervention:
Linda is seen today for PT session with goal of facilitating caregiver training with spouse. Performed functional transfer training directed to both R and L side using FWW, focused on appropriate transfer sequencing and techniques for safe guarding during mobility. Discussed recommendations for adaptations within the home extensively including moving the patient's bed downstairs, obtaining/installing a wheelchair ramp, obtaining a tub transfer bench, and where to purchase gait belts.

RECOMMENDATIONS:
**PT Discharge recommendation:** Home Health PT, Home with assist
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair
**Does patient have recommended equipment:** Yes

---

**Subjective:** Patient is agreeable to PT session focused on caregiver training with spouse.

Home Living:
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023

Page 1177                                      Printed by 71334 at 8/21/24 10:12 AM

MC_003028

## Care Plan Notes (continued)

Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

## Prior Level of Function:

Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

## OBJECTIVE (Current Function):

**Default Flowsheet Data (last 6 hours)**

PT Treatment

| Row Name | 12/06/23 1200 | |
|---|---|---|

**Pain**
| | |
|---|---|
| Pre-Session Rating | 6 |
| Post-Session Rating | 8 |
| Pain Location | Left;LEG;KNEE |

**Bed Mobility**
| | |
|---|---|
| Supine to Sit | SBA |
| Sit to Supine | SBA |

**Transfers**
| | |
|---|---|
| Sit to Stand | SBA;CGA |
| Stand to Sit | SBA;CGA |
| Bed to/from Chair | CGA |
| Assistive Device | FWW;Gait Belt Gait belt to support LLE from floor. |

**Balance**
| | |
|---|---|
| Sitting Balance - Static | Good |
| Sitting Balance - Dynamic | Good |
| Standing Balance - Static | Fair |
| Standing Balance - Dynamic | Not tested |
| Time | >11 min |
| Position | Edge of Bed;Edge of Chair;At walker |
| Performance | UE support required;Fatigues quickly |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1178
Printed by 71334 at 8/21/24 10:12 AM

MC_003029

**Care Plan Notes (continued)**

Education
| | |
|---|---|
| Education Provided | adaptive techniques;adaptive equipment;body mechanics;energy conservation;DME/equipment resources;falls prevention;precautions;joint replacement;home exercise program |
| Pt/family provided info re: abilities and prognosis | Yes;Family |
| Pt/family understand precautions/limitations | Yes;Family |
| Pt/family demonstrates understanding of home program | Yes;Family |

AM-PAC Daily Activity Inpatient
| | |
|---|---|
| Lower body dressing | 2 |
| Bathing | 2 |
| Toileting | 2 |
| Upper Body Dressing | 3 |
| Grooming | 3 |
| Eating | 4 |
| Daily Activity Inpatient Raw Score (Calculated) | 16 |

AM-PAC Basic Mobility Inpatient
| | |
|---|---|
| Turning in Bed Without Bedrail | 3 |
| Lying on Back to Sitting on Edge | 3 |
| Moving Bed to Chair | 2 |
| Standing up from Chair | 3 |
| Walk in Room | 1 |
| Climbing 3-5 Steps | 1 |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 13 |
| JH-HLM Goal | 4 |

**End of session safety:**
Patient positioned in: **Bed; call light reviewed and within patient's reach**
Bed/Chair Alarm Placed: not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately
Handoff Post Therapy Session: Verbal hand-off to RN completed

Ongoing impairments/limitations:
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers

MC_003030

<u>Care Plan Notes (continued)</u>

Factors Limiting Discharge: Severity of Impairments, Comorbidities, Limited Caregiver Support

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Progress (Overall)
Progress: Progressing toward goals, Slow progress, decreased activity tolerance

Patient **IS appropriate for ongoing therapy- see treatment plan and goals below**

**Treatment Plan**
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

**Goals**
Bed mobility: Modified Independent
Rolling : Modified independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Goals Remain Appropriate: Yes
Prognosis for PT Goals: Good

**PT Plan for Next Session: Review transfer techniques, caregiver teachback**

**AMPAC Basic Mobility**
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Lot
Standing up from Chair: A Little
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 13**

**Billable Unit Time:**
Session time start: 0938
Session time end: 1005

Morgan L Zumach, PT ASSIST

Electronically signed by Morgan L Zumach, PT ASSIST at 12/06/23 1247

<u>Care Plan Notes by Korin F Sanda Rogers, RN at 12/6/2023 1807</u>

<u>Version 1 of 1</u>

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023
Page 1180     Printed by 71334 at 8/21/24 10:12 AM

MC_003031

**Care Plan Notes (continued)**

| Author: Korin F Sanda Rogers, RN | Service: Case Management | Author Type: Case Manager |
|---|---|---|
| Filed: 12/06/23 1812 | Date of Service: 12/06/23 1807 | Status: Signed |
| Editor: Korin F Sanda Rogers, RN (Case Manager) | | |

## Case Management Initial Assessment & Plan

**12/6/2023 6:08 PM**
**Linda J Larocque**

**Surrogate Decision Maker/Name(s) & contact information is/are:** Adult children Christopher Larocque (son) .
Healthcare Directive: No, patient does not have advance directive for healthcare treatment. Patient does not have current advanced care planning (ACP) paperwork. I offered resources and education regarding ACP, including offer to complete HCPOA paperwork while in hospital, but patient declined.

Need for interpreter? No. Preferred language English

## Plan
Based on Information Source: Patient, the patient's Preferences and Goals of Care to return home, information from the care team, and this CM RN assessment,

Anticipated Discharge Disposition: Home

**CM steps for progression toward transition to next site of care and successful discharge:**
- Case Management Next Steps: Awaiting clinical progression for medical clearance.
- Follow Up appointment within 7-10 days

**Recommendations:**
This CM/SW recommendations for the healthcare team:
- AM PAC > 17 and can likely return to prior living situation. Please mobilize to avoid hospital acquired debility and skin issues.
- Consider early transition from IV to PO, sublingual, and/or transdermal medication administration routes.
- Consider scheduled medications in lieu of PRN to facilitate transition to facility/home.
- 
- 
- **Transition of Care &/or Social Work Assessment**
- Patient declined home health PT at this time as she states orthopedic surgeon advised her no PT for at least 3 weeks post discharge. Patient will follow up with orhopedic surgeon at follow up appointments for PT if needed.
- No anticipated discharge needs. CM team continues to follow for any discharge needs.
- 
- **Identified SDoH needs:**
  - None identified

Complex Barriers to Discharge: None

**Additional Psychosocial needs identified:**
Who will pick you up when you are ready to leave the hospital?: Stephen Larocque (son)
Contact Information: 253-273-70185

If not enrolled in Meds to Beds program, Discharge Medications will be Filled: Patients preferred pharmacy (Comment location) (Safeway on 56th Street)

## Readmission

MC_003032

## Care Plan Notes (continued)

Readmission Assessment: N/A
Is this a Readmission: No

### Prior to Admission Information

PCP Name: Rachel Dawson, MD
Outpatient agency information, if applicable:

### Prior to Admit Living Environment:

Type of Residence: Private Residence
Lives With: Spouse/Domestic Partner;Daughter;Son
Receives Help From: Family
Name of the person the patient has identified to help right after discharge: Steven Larocque (spouse)
Number of steps to get into residence:
Number of levels in residence:
Number of steps within residence:

### Prior to Admit Baseline Functional Status:

Is the patient independent with ADLS: No - Assistive equipment used
Durable Medical Equipment: Cane;Glucose Monitor;Walker (4 Wheeled Walker);CPAP;Shower Chair
On home Oxygen?: No
If yes,

Vendor(s) and current location(s) of DME if known
Is the patient independent with iADLS: No - Assistive equipment used
Patient manages administration of own medications: Yes
Does patient receive outpt hemodialysis: No

Outpatient Nephrologist Name:

**Electronically Signed by:**
Korin F Sanda Rogers, BSN, RN

Electronically signed by Korin F Sanda Rogers, RN at 12/06/23 1812

### Care Plan Notes by Mary E Houston, OTR/L at 12/7/2023 1102

#### Version 1 of 1

| Author: Mary E Houston, OTR/L | Service: Occupational Therapy | Author Type: OCCUPATIONAL THERAPY |
|---|---|---|
| Filed: 12/07/23 1107 | Date of Service: 12/07/23 1102 | Status: Signed |
| Editor: Mary E Houston, OTR/L (OCCUPATIONAL THERAPY) | | |

Pt has no new OT concerns, will sign off. Mary Houston, OTR/L

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1182
Printed by 71334 at 8/21/24 10:12 AM

MC_003033

Care Plan Notes (continued)

Electronically signed by Mary E Houston, OTR/L at 12/07/23 1107

Care Plan Notes by Morgan L Zumach, PT ASSIST at 12/7/2023 1143

Version 1 of 1

| Author: Morgan L Zumach, PT ASSIST | Service: Physical Therapy | Author Type: Physical Therapy Assistant |
| Filed: 12/07/23 1144 | Date of Service: 12/07/23 1143 | Status: Signed |
| Editor: Morgan L Zumach, PT ASSIST (Physical Therapy Assistant) | | |

## ACUTE PHYSICAL THERAPY TREATMENT NOTE

Patient Name: Linda J Larocque
MRN#: 172930
DOB: 2/9/1958; Age: 65 year old
LOS: 3

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

Precautions:
Weight Bearing Status -1: Non-weight bearing, LLE
Other precautions: Falls

Recommendations for Nursing:
**Patient should sit up in/on Recliner chair for meals.**
**Recommend use of BSC.**
**Encourage patient to transfer with gait belt, front wheeled walker, and 1 person Contact Guard Assist, 3 times daily.  Provide cues for WB precautions.**

Assessment / Response to intervention:
Linda is seen for PT session. Spouse performs teachback of transfer techniques with good safety awareness and ability to facilitate and guard patient during transfers. Noted patient's difficulty to maintain NWB LLE throughout, states "Shane told me I can put the heel down", visibly bears significant weight through the extremity. Reviewed recommendations for wheelchair ramp, patient's bed to be moved downstairs, tub transfer bench, and HHPT servies. Patient states that the PA told her she does not need continued PT due to NWB restrictions of LLE - "you can't do anything with it". Clarified that focus of continued PT would not be LLE, but to strengthen surrounding joints and contralateral LE, improve balance and trunk control, enhance activity tolerance, and facilitate improved ability to maintain WB precautions. Patient ackowledges current difficulty with functional mobility tasks but continues to decline need for HHPT services. Once medically clear, she is appropriate for D/C to home with assist. Continue to recommend HHPT services to enhance safe functional independence and optimize rehab potential.

RECOMMENDATIONS:
**PT Discharge recommendation:** Home with assist, Home Health PT
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair, Tub Transfer Bench (Wheelchair ramp)
**Does patient have recommended equipment:** No- needs community resource options

MC_003034

Care Plan Notes (continued)

**Subjective:** Patient and spouse agreeable to PT session to focus on caregiver training and discuss recommendations for home.

Home Living:
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

Prior Level of Function:
Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

OBJECTIVE (Current Function):
Default Flowsheet Data (last 6 hours)

| PT Treatment | | |
|---|---|---|

| Row Name | 12/07/23 1100 | |
|---|---|---|

Pain
Pre-Session Rating 4
Post-Session Rating 6
Pain Location Left;LEG;KNEE
Intervention Ice;Nursing notified

Bed Mobility
Supine to Sit SBA
Sit to Supine SBA

Transfers
Sit to Stand CGA
Stand to Sit CGA
Bed to/from Chair CGA

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Page 1184
Printed by 71334 at 8/21/24 10:12 AM

MC_003035

## Care Plan Notes (continued)

| | |
|---|---|
| Assistive Device | FWW;Gait Belt 📄 Gait belt to support LLE from floor. |

**Balance**

| | |
|---|---|
| Sitting Balance - Static | Good |
| Sitting Balance - Dynamic | Good |
| Standing Balance - Static | Fair |
| Standing Balance - Dynamic | Not tested |
| Time | >11 min |
| Position | Edge of Bed;Edge of Chair;At walker |
| Performance | Fatigues quickly;UE support required |

**Education**

| | |
|---|---|
| Education Provided | adaptive equipment;adaptive techniques;energy conservation;falls prevention;home exercise program;joint replacement;precautions |
| Pt/family provided info re: abilities and prognosis | Yes;Family |
| Pt/family understand precautions/limitations | Yes;Family |
| Pt/family demonstrates understanding of home program | Yes;Family |

**AM-PAC Daily Activity Inpatient**

| | |
|---|---|
| Lower body dressing | 3 |
| Bathing | 3 |
| Toileting | 3 |
| Upper Body Dressing | 3 |
| Grooming | 3 |
| Eating | 4 |
| Daily Activity Inpatient Raw Score (Calculated) | 19 |

**AM-PAC Basic Mobility Inpatient**

| | |
|---|---|
| Turning in Bed Without Bedrail | 3 |
| Lying on Back to Sitting on Edge | 3 |
| Moving Bed to Chair | 3 |
| Standing up from Chair | 3 |
| Walk in Room | 1 |
| Climbing 3-5 Steps | 1 |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 14 |
| JH-HLM Goal | 4 |

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 1185                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003036

Care Plan Notes (continued)

**End of session safety:**
Patient positioned in: **Bed; call light reviewed and within patient's reach and whiteboard updated**
Bed/Chair Alarm Placed: not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately
Handoff Post Therapy Session: Verbal hand-off to RN completed

---

Ongoing impairments/limitations:
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers
Factors Limiting Discharge: Severity of Impairments, Comorbidities, Limited Caregiver Support

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Progress (Overall)
Progress: Slow progress, decreased activity tolerance, Progressing toward goals

Patient **IS appropriate for ongoing therapy- see treatment plan and goals below**

**Treatment Plan**
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

**Goals**
Bed mobility: Modified Independent
Rolling : Modified independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Goals Remain Appropriate: Yes
Prognosis for PT Goals: Good

**PT Plan for Next Session: Review transfer techniques, caregiver teachback**

**AMPAC Basic Mobility**
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Little
Standing up from Chair: A Little
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 14**

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Adm: 12/4/2023, D/C: 12/8/2023
Page 1186                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003037

**Care Plan Notes (continued)**

**Billable Unit Time:**
Session time start: 1012
Session time end: 1033 (Additional minutes spent from 932-942.)

Morgan L Zumach, PT ASSIST

Electronically signed by Morgan L Zumach, PT ASSIST at 12/07/23 1144

**Care Plan Notes by Cheryl Hendren, RN at 12/7/2023 1601**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Cheryl Hendren, RN | Service: Orthopedics | Author Type: Registered Nurse |
| Filed: 12/07/23 1601 | Date of Service: 12/07/23 1601 | Status: Signed |
| Editor: Cheryl Hendren, RN (Registered Nurse) | | |

**Problem: Deep Venous Thrombosis - Risk of**
**Goal: Absence of deep venous thrombosis**
  **Outcome: Progressing**
  Note: No signs or symptoms of DVT. SCD, Xarelto, and ambulation.

**Problem: Falls, Standard Risk**
**Goal: Absence of falls**
  **Outcome: Progressing**
  Note: No falls or injuries noted during shift. Bed in low position, SR up, wheels locked. Call bell and personal items in reach.

Electronically signed by Cheryl Hendren, RN at 12/07/23 1601

**Care Plan Notes by Woodetta Maulana, RN at 12/8/2023 0212**

**Version 1 of 1**

| | | |
|---|---|---|
| Author: Woodetta Maulana, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 12/08/23 0212 | Date of Service: 12/08/23 0212 | Status: Signed |
| Editor: Woodetta Maulana, RN (Registered Nurse) | | |

**Problem: Falls, High Risk**
**Goal: Absence of falls**
  **Outcome: Progressing**
  Note: Fall bundle in place

**Problem: Pain - Acute**

Page 1187

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003038

Care Plan Notes (continued)

# Goal: Control of acute pain

Description: Health care practices, cultural, addiction concerns, medication concerns and perception, past pain experiences, reluctance to report pain.

### Outcome: Progressing

### Note: Pain managed as prescribed and environmental adjustments

Electronically signed by Woodetta Maulana, RN at 12/08/23 0212

Patient Education

## Title: Knowledge Deficit-Hospitalization ()

### Topic: Knowledge Deficit-Hospitalization (Resolved)

#### Point: Review with Patient/Family Pain Management Strategies (Resolved)

Description:
Review with patient and family pain scales
Establish with patient goal for acceptable level of pain
Review with patient non pharmacological pain management stratagies

**Learning Progress Summary**

| Patient | Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141 |
|---|---|

#### Point: Review with Patient/Family Fall Prevention (Resolved)

Description:
Instruct patient and family on any activity limitations
Falls Risk Interventions:
Bed Alarm
Yellow socks
Call for Nurse

**Learning Progress Summary**

| Patient | Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141 |
|---|---|

#### Point: Review with Patient/Family hand washing and patient safety (Resolved)

Description:
Instruct family and visitors regarding effective handwashing techniques
"Gel in Gel out"
Instruct family and visitors regarding communicable disease and safeguarding patient
"Don't visit patient if you are sick"

**Learning Progress Summary**

| Patient | Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141 |
|---|---|

#### Point: Review patient's rights and responsibilities (Resolved)

Description:
Review Hospital handout "Patient Rights and Responsibilities"

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1188
Printed by 71334 at 8/21/24 10:12 AM

MC_003039

**Patient Education (continued)**

### Learning Progress Summary

Patient          Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141

### Point: Educate patient and family on hourly rounding (Resolved)

Description:
Personal Needs: Offer assistance with personal care needs.
Pain: Evaluate Pain Level and pain management
Position: Is the patient comfortable?
Proximity: Are things within Patients reach? Call light, TV remote, Kleenex, telephone etc.
Pickle: Express Care and Concern. While I am here, is there anything else I can do for you?
Hourly between 0630-2230
Every 2 Hours 2230-0630

### Learning Progress Summary

Patient          Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141

## Title: Pain Management Education ()

### Topic: Pain Management Plan of Care (Resolved)

#### Point: Goal of Pain Intervention (Resolved)

Description:
Medicine will likely not take away all of your pain. You should feel good enough to:
*   Move at your usual level for light activities and to change positions easily
*   Breathe easily/breathe deeply/cough
*   Take care of yourself
*   Do activities that your doctor recommends (e.g., physical therapy, occupational therapy)

#### Learning Progress Summary

Patient          Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559
                                Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141

#### Point: Things to avoid while taking prescription pain medication (Resolved)

Description:
If you are taking prescription medications for pain, do NOT take the following without first talking to your health care provider:
      Alcohol (including beer, wine, and liquor)
      Antihistamines (including allergy medications such as Benadryl®)
      Cough medicine/cough syrup
      Barbiturates and benzodiazepines (often used as sleeping pills and sedatives, such as Ambien®, Xanax®, and
Valium®)
      General anesthetics (often used for surgery)

Patient Friendly Description: If you are taking prescription medications for pain, do NOT take the following without first talking to your health care provider:
      Alcohol (including beer, wine, and liquor)
      Antihistamines (including allergy medications such as Benadryl®)
      Cough medicine/cough syrup
      Barbiturates and benzodiazepines (often used as sleeping pills and sedatives, such as Ambien®, Xanax®, and
Valium®)
      General anesthetics (often used for surgery)

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023
Page 1189                                     Printed by 71334 at 8/21/24 10:12 AM

MC_003040

## Patient Education (continued)

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---------|---------------------------------------------------------------------------|
|         | Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141 |

### Point: After surgery instructions (Resolved)

Description:
• You received a prescription of opioids for your postoperative pain. Opioids are rarely necessary after 1-2 weeks post surgery. Depending on the type of surgery, healing may take longer. After 6 weeks most patients do not require opioid medications.
• If you usually take an opioid for pain, continue your usual opioid medications after surgery. Your surgeon may prescribe extra opioids for the surgery discomfort for a short time. Continue with your usual long-term opioid medication dose for your persistent (chronic) pain and take additional medicine (if needed) for your surgery discomfort. The doses of the long-term opioids do not increase when you are in the hospital.

Patient Friendly Description: • You received a prescription of opioids for your postoperative pain. Opioids are rarely necessary after 1-2 weeks post surgery. Depending on the type of surgery, healing may take longer. After 6 weeks most patients do not require opioid medications.
• If you usually take an opioid for pain, continue your usual opioid medications after surgery. Your surgeon may prescribe extra opioids for the surgery discomfort for a short time. Continue with your usual long-term opioid medication dose for your persistent (chronic) pain and take additional medicine (if needed) for your surgery discomfort. The doses of the long-term opioids do not increase when you are in the hospital.

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---------|---------------------------------------------------------------------------|
|         | Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141 |

### Point: Teach Back Q1: What pain medicine have you been prescribed? (Resolved)

Description:
WHAT PAIN MEDICATIONS WILL YOU BE TAKING?

The patient will list the pain medications they will be using. Any of these drug classes qualify:

-Opioid - Safe Use, Storage, and Disposal of Opioids will be discussed.

-Opioid + acetaminophen (with this option, the opioid safety information will be included)
You have been prescribed a pain medicine that contains acetaminophen (Tylenol). Do not take any other acetaminophen while taking this medicine. Too much acetaminophen can cause severe liver damage. Acetaminophen is found in many medicines. If you are taking any medicines in addition to your pain medicine, check the ingredients on those medicines to see if acetaminophen is listed.

-Non-opioid pain reliever (e.g., nonsteroidal anti-inflammatory drugs [NSAIDs], acetaminophen (Tylenol), muscle relaxers)

-Local anesthetic (numbing medicine)

-Anticonvulsant (e.g., gabapentin (Neurontin), pregabalin (Lyrica))
Although these medications are commonly used for seizures, they are also used to treat pain.

-Antidepressant (e.g., tricyclic antidepressant [TCAs] or serotonin norepinephrine reuptake inhibitors [SNRIs])
Although these medications are commonly used for depression, they are also used to treat pain.

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---------|---------------------------------------------------------------------------|

### Point: Teach Back Q2: What is the goal of pain intervention (Resolved)

Description:
WHAT SHOULD YOU EXPECT WITH THE PRESCRIBED PAIN MANAGEMENT?

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 12/4/2023, D/C: 12/8/2023

Page 1190     Printed by 71334 at 8/21/24 10:12 AM

MC_003041

## Patient Education (continued)

Medicine will likely not take away all the pain. The patient should feel good enough to:
  Move at a usual level for light activities and to change positions easily
  Breathe easily/breathe deeply/cough
  Perform routine self care
  Do activities that your doctor recommends (e.g., physical therapy, occupational therapy)

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---|---|

### Topic: Side Effects of Pain Management Treatment (Resolved)

#### Point: Side effects of some medication (Resolved)

Description:
Side effects of some medicines can include:
  Constipation
  Nausea/Vomiting
  Drowsiness
  Confusion
  Trouble peeing
  Trouble sleeping
  Headache
  Opioid addiction
  Trouble breathing (respiratory depression)

Patient Friendly Description: Side effects of some medicines can include:
  Constipation
  Nausea/Vomiting
  Drowsiness
  Confusion
  Trouble peeing
  Trouble sleeping
  Headache
  Opioid addiction
  Trouble breathing (respiratory depression)

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---|---|
| | Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141 |

#### Point: Constipation (Resolved)

Description:
Opiates cause constipation. You should take a laxative and/or stool softener to make your bowels move every day that you are taking opioid pain medication. Take these medicines the way it tells you to on the label. Eating more fiber, fruits and vegetables, and drinking more water can also help prevent constipation.

Patient Friendly Description: Opiates cause constipation. You should take a laxative and/or stool softener to make your bowels move every day that you are taking opioid pain medication. Take these medicines the way it tells you to on the label. Eating more fiber, fruits and vegetables, and drinking more water can also help prevent constipation.

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---|---|
| | Acceptance, Explanation, Verbalizes Understanding by RV at 12/4/2023 2141 |

#### Point: Teach-back Q1: What are some side effects of pain medicines? (Resolved)

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1191
Printed by 71334 at 8/21/24 10:12 AM

MC_003042

## Patient Education (continued)

Description:
WHAT ARE POSSIBLE SIDE EFFECTS OF YOUR PAIN MEDICATION?
The patient should understand the possible side effects
Constipation
Nausea/Vomiting
Drowsiness
Confusion
Trouble peeing
Trouble sleeping
Headache
Opioid addiction
Trouble breathing (respiratory depression

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---------|---------------------------------------------------------------------------|

### Point: Teach-back Q2: What can you do to help prevent constipation? (Resolved)

Description:
WHAT CAN YOU DO TO PREVENT CONSTIPATION?
The patient should understand the strategy and rationale for preventing constipation.
•       You should take a laxative and/or stool softener to make your bowels move every day that you are taking opioid pain
medication.
•       Eating more fiber, fruits and vegetables, and drinking more water can also help prevent constipation.

Patient Friendly Description: •       You should take a laxative and/or stool softener to make your bowels move every day
that you are taking opioid pain medication.
•       Eating more fiber, fruits and vegetables, and drinking more water can also help prevent constipation.

### Learning Progress Summary

| Patient | Acceptance, Explanation, Verbalizes Understanding by CH at 12/7/2023 1559 |
|---------|---------------------------------------------------------------------------|

### User Key

| Initials | Effective Dates | Name | Provider Type | Discipline |
|----------|-----------------|------|---------------|------------|
| RV | 08/12/21 - | Russel E Villamante, RN | Registered Nurse | Nursing |
| CH | 05/03/23 - | Cheryl Hendren, RN | Registered Nurse | Nursing |

## Patient Instructions

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 12/4/2023

**Check in Time:** Expect to receive a phone call from the hospital about 1-2 business days before surgery to confirm your check in time.

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

MC_003043

Patient Instructions (continued)

## 1. Eating Instructions:
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

## 2. Medication Instructions: Please follow medication instructions provided by your surgeon or prescribing provider.

**If you have not received medication instructions from your surgeon or prescribing provider, please refer to the instructions below.**

Pre-Surgery Instructions:

| Medication | Instructions |
|---|---|
| • verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Consult surgeon or prescribing |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1193

Printed by 71334 at 8/21/24 10:12 AM

MC_003044

**Patient Instructions (continued)**

| | provider |
|---|---|
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| • docusate sodium (COLACE) 100 MG Caps | Ok to take/use as prescribed day of surgery. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks

   4. **Bring with you Day of surgery:**
- CPAP/BiPap
- Co-Pay if instructed
- Contact case and solution and/or glasses with case
- Your list of medications indicating the date/time of last dose taken.
- Picture identification and insurance cards

   5. Additional Information

   - You will need transportation from the hospital & a responsible person to be with you for 24 hours.
   - Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

   Instructions were reviewed with me and my questions have been addressed: Telephone screen
   Instructions sent via My Chart

   **You are scheduled for an EKG at the Pre-anesthesia clinic at Allenmore hospital on 11/29/2023 at 8:20 AM. We will also complete your MRSA swab test. After the EKG we will send you down the hall to get your blood drawn. Please arrive 10 minutes prior to your scheduled appointment. Please follow the directions below for information on where to check in. Thank you!**

   Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1194

Printed by 71334 at 8/21/24 10:12 AM

MC_003045

entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. We are open Monday-Friday 8 AM-4 PM. We are closed daily for lunch from 12PM-1PM.

Once inside Entrance #3, please continue to the front desk and check in.

**When you arrive at the Lab:**
Sign-in and /or tell the receptionist the following;
"I'm from the Pre-Anesthesia Clinic and I have orders from... "

Once you are done in the Lab you are free to leave.
If there are any changes or additional requirements you will be contacted.

**Jayne RN, BSN, PCCN**| Surgical Screener
West Pierce Regional Pre Admit / Pre Anesthesia Clinic
**Allenmore Hospital | MultiCare Health System**
**Phone: 253.459.6877 | Fax: 253.459.6218**
**Address: 1901 South Union Ave, Tacoma, WA, 98405**

YOUR ANESTHESIA CARE

Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.

Options for Your Anesthesia
Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anesthesia, described below, to provide you the best anesthetic care.

**General Anesthesia** makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breathing tube or an airway device to ensure that you breathe safely during surgery.

**Regional Anesthesia** involves numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involving an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

**Sedation** involves the use of injected medicines that relax you and make you less aware. Sedation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

What are the Risks?
All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will continually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

What are the common side effects?
As with all medicines, anesthetics may have side effects. Common side effects of **general anesthesia** include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Page 1195
Printed by 71334 at 8/21/24 10:12 AM

MC_003046

## Patient Instructions (continued)

history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of **regional anesthesia** include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness persists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

If you have any questions or concerns, please call the Pre-Anesthesia Clinic at 253-459-6877.

Electronically signed by Jaynee Krzywicki, RN at 11/21/23 1249

## After Visit Summary

IP After Visit Summary (below)

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 12/4/2023, D/C: 12/8/2023
Page 1196                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003047

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

MultiCare

**Linda J. Larocque** Date of birth: 2/9/1958
Patellar tendon rupture, left, subsequent encounter 12/4/2023 - 12/8/2023 Allenmore Hospital 2F

## Instructions



Your medications have changed

○ START taking:
**acetaminophen** (TYLENOL)
**cephaLEXin** (KEFLEX)
**HYDROmorphone** (Dilaudid)
**morPHINE** (MS Contin)
**ondansetron** (Zofran)
**rivaroxaban** (Xarelto)

CHANGE how you take:
**hydrOXYzine hcl** (ATARAX)

○ STOP taking:
**Aspirin Low Dose 81 MG Chew** (aspirin)
**docusate sodium** 100 MG Caps (Colace)
**hydrocodone-acetaminophen** 10-325 MG Tabs (Norco)

Review your updated medication list below.

## Your Next Steps

Do
☐ Pick up these medications from MultiCare Allenmore Outpatient Pharmacy
 • senna
☐ Pick up 8 medications from SAFEWAY PHARMACY #1594 - TACOMA, WA

Read
☐ Read these attachments
 • Acute Pain Adult (English)

## What's Next

Schedule an appointment with Rachel D Dawson, MD as soon as possible for a visit
As needed

LAKEWOOD MULTICARE CLINIC
5700 100TH ST SW
STE 510
LAKEWOOD WA 98499
253-792-6526

Linda J. Larocque (MRN: 172930) (CSN: 309313333) • Printed by [243027] at 12/8/2023 1:54 PM          Page 1 of 12  *Epic*

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003048

**After Visit Summary (continued)**

What's Next (continued)

Schedule an appointment with Zachary S Adler, MD as soon as
possible for a visit in 2 weeks)
Hospital follow up

3124 S 19th ST
STE C340
TACOMA WA 98405
253-792-5555

Dec   POST OP with Shane Turner, PA-C
22    Friday Dec 22, 2023 3:15 PM (Arrive by 3:00 PM)

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2433
253 792 6555

# During Your Visit
## Your Latest Vitals

| | | | |
|---|---|---|---|
| Blood Pressure 118/71 | BMI 40.92 | Weight 253 lb 8 oz | Height 5' 6" |
| Temperature (Temporal) 97.7 °F | Pulse 87 | Respiration 18 | Oxygen Saturation 96% |
| BSA 2.31 m² | | | |

# Your Health Information
## PCP and Center

| Primary Care Provider | Phone | Center |
|---|---|---|
| Rachel D Dawson, MD | 253-792-6526 | MULTICARE LAKEWOOD CLINIC |

## Allergies as of 12/8/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

**Instructions provided to:**

Linda J. Larocque (MRN: 172930) (CSN: 309313333) • Printed by [243027] at 12/8/2023 1:54 PM      Page 2 of 12  *Epic*

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1198                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003049

## After Visit Summary (continued)

I understand that if any problems occur once I am at home I am to contact my physician.

If you or a member of the household smokes; **stop smoking.** Your physician recommends smoking cessation classes.

**Customer Service:**

If you would like to share comments about your visit please call:

1-866-247-2366

**Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.**

**Always update your medication list if you or your doctor:**
**• Change the type of medication you take**
**• Change a medication dose**
**• Stop a medication**
**• Start a new medication**

**Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.**

Page 1199

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003050

**After Visit Summary (continued)**

## Complete Current Medication List



| | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **START** acetaminophen 500 MG Tabs ... 1,000 mg on December 8, 2023 1:36 PM Take 2 Tablets by mouth every 8 hours for 14 days. ... TYLENOL ... Shane Turner, PA-C | 84 Tablet 0 | | | | | ✓ |
| alprazolam 0.25 MG Tabs ... 0.25 mg on December 8, 2023 10:30 AM Take 1 Tablet by mouth three times a day as needed for anxiety. ... Xanax ... Rachel D Dawson, MD | 15 Tablet 2 | | | | | ✓ |
| **START** cephaLEXin 500 MG Caps ... 500 mg on December 8, 2023 1:36 PM Take 1 Capsule by mouth three times a day for 6 days. ... KEFLEX ... Shane Turner, PA-C | 18 Capsule 0 | ✓ | ✓ | | | |
| duloxetine 60 MG Cpep ... 60 mg on December 8, 2023 8:13 AM Take 1 Capsule by mouth twice daily. ... Cymbalta ... Rachel D Dawson, MD | 180 Capsule 1 | ✓ 12/9/23 | | ✓ | | |

MC_003051

## After Visit Summary (continued)

Complete Current Medication List (continued):



|  | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| hydrochlorothiazide 12.5 MG Caps ... Ask your nurse or doctor. Take 1 Capsule by mouth once daily. ... Microzide ... Rachel D Dawson, MD | 90 Capsule ... 0 | ✓ 12/9/23 | | | | |
| HYDROmorphone 2 MG Tabs ... 8 mg on December 8, 2023 10:30 AM Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days. ... Dilaudid ... Shane Turner, PA-C | 60 Tablet ... 0 | | | | | ✓ |
| hydrOXYzine hcl 25 MG Tabs ... 25 mg on December 7, 2023 10:25 PM Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. ... ATARAX ... Shane Turner, PA-C ... reasons to take this | 30 Tablet ... 1 | | | | | ✓ |
| lisinopril 20 MG Tabs ... 20 mg on December 8, 2023 8:12 AM Take 1 Tablet by mouth once daily. ... PRINIVIL, ZESTRIL ... Rachel D Dawson, MD | 100 Tablet ... 2 | ✓ 12/9/23 | | | | |

MC_003052

**After Visit Summary (continued)**

Complete Current Medication List (continued)



| | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| Misc. Devices Misc Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. ... Shane Turner, PA-C | ... 1 Each ... 0 | | | | | |
| morPHINE 15 MG Tbcr ... 15 mg on December 8, 2023 8:13 AM Take 1 Tablet by mouth every 12 hours for 7 days. ... MS Contin ... Shane Turner, PA-C | ... 14 Tablet ... 0 | ✓ 12/9/23 | | ✓ | | |
| ondansetron 4 MG Tabs ... Ask your nurse or doctor Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. ... Zofran ... Shane Turner, PA-C | ... 21 Tablet ... 1 | | | | | ✓ |
| * OTHER cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago ... Rachel D Dawson, MD | ... 1 Each ... 0 | | | | | |
| ^ OTHER Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. ... Rachel D Dawson, MD | ... 1 Each ... 0 | | | | | |

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Adm: 12/4/2023, D/C: 12/8/2023
                    Printed by 71334 at 8/21/24 10:12 AM

MC_003053

## After Visit Summary (continued)

Complete Current Medication List (continued)



| | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **rivaroxaban 10 mg Tabs** ... 10 mg on December 8, 2023 8:13 AM Take 1 Tablet by mouth each morning for 17 days. ... Xarelto ... Shane Turner, PA-C | 17 Tablet 0 | ✓ 12/9/23 | | | | |
| **rosuvastatin 20 mg Tabs** ... 20 mg on December 7, 2023 8:37 PM Take 1 Tablet by mouth each evening. ... Crestor ... Selam T Estefanos, ARNP | 90 Tablet 3 | | | | ✓ | |
| **senna 8.6 MG Tabs** Take 1 Tablet by mouth once daily. ... SENNA, SENOKOT ... Shane Turner, PA-C | 30 Tablet 1 | ✓ | | | | |
| **TechLite Pen Needles** 31G X 8 MM Misc Use With victoza injections ... Rachel D Dawson, MD ... Insulin Pen Needle | 100 Each 11 | | | | | |
| **verapamil 240 MG Tbcr** ... 240 mg on December 8, 2023 8:13 AM Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist ... CALAN SR ... Daniel Guerra, MD | 90 Tablet 3 | ✓ 12/9/23 | | | | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003054

**After Visit Summary (continued)**

Complete Current Medication List (continued)

|  | Details | AM | Noon | PM | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| Victoza 18 MG/3ML Sopn Inject 1.8 mg under the skin once daily. Rachel D Dawson, MD liraglutide | 27 mL 0 | | | | | |

✠ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## Where to pick up your medications

Pick up these medications at MultiCare Allenmore Outpatient Pharmacy
senna

| Address | 1901 S. Union, TACOMA WA 98405 |
|---|---|
| Hours: | 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm |
| Phone: | 253-459-6746 |

Pick up these medications at SAFEWAY PHARMACY #1594 - TACOMA WA
acetaminophen • alprazolam • cephaLEXin • HYDROmorphone • hydrOXYzine hcl • morPHINE • ondansetron • rivaroxaban

| Address: | 707 S 56TH STREET, TACOMA WA 98408 |
|---|---|
| Phone: | 253-471-1730 |

## Discharge Instructions

Non-weight bearing.
Wear Immobilizer at all times.
PICO drain needs to stay on for 7 days after surgery. Cut tubing close to leg and apply a transparent dressing.
Call for :
temp >100.5
Uncontrolled pain or nausea.
If incision opens and drainage is four smelling.

**Allenmore Hospital 2E**
1901 South Union
Tacoma WA 98405

## Signatures

My signature on this After Visit Summary shows that my questions have been answered. I understand the discharge instructions given to me. I know how to get help if needed. I understand my medicine prescriptions. I will ask my doctor or pharmacist for instructions on my medicines as needed. My personal things have been returned to me. I will follow the instructions to see other doctors or caregivers. I know it is my responsibility to schedule an appointment with my Primary Care Provider or other providers I have been told to see.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003055

## After Visit Summary (continued)

Signatures (continued)

Patient/Representative _____

Staff _____

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1205
Printed by 71334 at 8/21/24 10:12 AM

MC_003056

**After Visit Summary (continued)**

 Attached Information                    Acute Pain, Adult (English)

### Acute Pain, Adult

Acute pain is a type of sudden pain that may last for just a few days or for as long as six months. It is often related to an illness, injury, or medical procedure. Acute pain may be mild, moderate, or severe.

Pain can make it hard for you to do your normal, daily activities. It can cause anxiety and lead to other problems if it is left untreated. Treatment depends on the cause and severity of your pain. Acute pain usually goes away once your injury has healed or you are no longer ill.

### Follow these instructions at home:

**Medicines**



- Take over-the-counter and prescription medicines only as told by your health care provider.
- Take the lowest dose of medicine for the shortest amount of time needed to relieve the pain.
- If you are taking prescription pain medicine:
    ◦ **Do not** stop taking the medicine suddenly. Talk to your health care provider about how and when to discontinue prescription medicine.
    ◦ **Do not** take more pills than told by your health care provider even if your pain is severe.
    ◦ **Do not** take other over-the-counter pain medicines in addition to prescription pain medicine unless told by your health care provider.
    ◦ Ask your health care provider if the medicine requires you to avoid driving or using heavy machinery.
    ◦ Ask your health care provider if the medicine can cause constipation. You may need to take these actions to prevent or treat constipation:
        ▪ Drink enough fluid to keep your urine pale yellow.
        ▪ Eat foods that are high in fiber, such as beans, whole grains, and fresh fruits and vegetables.
        ▪ Take over-the-counter or prescription medicines.
        ▪ Limit foods that are high in fat and processed sugars, such as fried or sweet foods.

**Managing pain, stiffness, and swelling**

Page 1206

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003057

**After Visit Summary (continued)**



If directed, put ice on the affected area. To do this:

- Put ice in a plastic bag.
- Place a towel between your skin and the bag.
- Leave the ice on for 20 minutes, 2–3 times a day.

If directed, apply heat to the affected area as often as told by your health care provider. Use the heat source that your health care provider recommends, such as a moist heat pack or a heating pad.

- Place a towel between your skin and the heat source.
- Leave the heat on for 20–30 minutes.
- Remove the heat if your skin turns bright red. This is especially important if you are unable to feel pain, heat, or cold. You may have a greater risk of getting burned.

**Activity**

- Rest as told by your health care provider.
- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe for you.

**General instructions**

- Check your pain level as told by your health care provider.
- Ask your health care provider if other strategies such as distraction, relaxation, or physical therapies can help your pain.
- Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- Your pain is not controlled by medicine.
- Your pain does not improve or gets worse.

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1207                                                         Printed by 71334 at 8/21/24 10:12 AM

MC_003058

**After Visit Summary (continued)**

- You have side effects from pain medicines, such as vomiting or confusion.

### Get help right away if you:

- Have severe pain.
- Have trouble breathing.
- Lose consciousness.
- Have chest pain or pressure that lasts for more than a few minutes, or if you have other symptoms along with chest pain, including if you:
  - Have pain or discomfort in one or both arms, your back, neck, jaw, or stomach.
  - Have shortness of breath.
  - Break out in a cold sweat.
  - Feel nauseous.
  - Become light-headed.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

### Summary

- Acute pain may be mild, moderate, or severe. It usually goes away once your injury has healed or you are no longer ill.
- Take over-the-counter and prescription medicines only as told by your health care provider.
- Ask your health care provider if the medicine prescribed to you can cause constipation.
- Contact a health care provider if your pain is not controlled by medicine.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 05/04/2020 Document Reviewed: 05/04/2020
Elsevier Patient Education © 2022 Elsevier Inc.

Page 1208

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003059

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**AVS Received**

### Discharge Instruction - Scan on 12/9/2023 0923: Discharge Instruction

Scan (below)

172930 LAROCQUE, LINDA J

Allenmore Hospital, 1901 S Union Ave, Tacoma WA 98405-1706 Ph:253-403-1000

### AFTER VISIT SUMMARY SIGNATURE PAGE

My signature on this After Visit Summary shows that my questions have been answered. I understand the discharge instructions given to me. I know how to get help if needed. I understand my medicine prescriptions. I will ask my doctor or pharmacist for instructions on my medicines as needed. My personal things have been returned to me. I will follow the instructions to see other doctors or caregivers. I know it is my responsibility to schedule an appointment with my Primary Care Provider or other providers I have been told to see.

Patient/Family/Caregiver Signature _____

Date/Time _____

RN signature: _____ Date/Time: _____

LAROCQUE,LINDA J
HAR: 714663873 CSN 309318330    Adm Start
DOB: 2/9/1958 (65 yrs) female     12/4/2023
MRN: 172930                       AHH
CSN:

Larocque, Linda J (MRN # 172930) DOB 02/09/1958 Printed by [243027] at 12/8/2023 1:54 PM          Page 1 of 1

**Discharge Instructions**

### Discharge Instructions by Cheryl Hendren, RN at 12/8/2023 1158

MC_003060

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

### Discharge Instructions (continued)

#### Version 1 of 1

| | | |
|---|---|---|
| Author: Cheryl Hendren, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/08/23 1158 | Date of Service: 12/08/23 1158 | Status: Written |
| Editor: Cheryl Hendren, RN (Registered Nurse) | | |

Non-weight bearing.
Wear Immobilizer at all times.
PICO drain needs to stay on for 7 days after surgery. Cut tubing close to leg and apply a transparent dressing.
Call for :
temp >100.5
Uncontrolled pain or nausea.
If incision opens and drainage is four smelling.

Electronically signed by Cheryl Hendren, RN at 12/08/23 1158

### Discharge References/Attachments

Acute Pain  Adult (English)

### Patient Instructions

**Patient Name:**  Linda J Larocque
**MRN:**  172930

**Surgery Date:** 12/4/2023

**Check in Time:** Expect to receive a phone call from the hospital about 1-2 business days before surgery to confirm your check in time.

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

1. **Eating Instructions:**
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

• 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

• 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

• > 8 hrs before arrival- Usual diet

2. **Medication Instructions: Please follow medication instructions provided by your surgeon or prescribing provider.**

MC_003061

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

Patient Instructions (continued)

**If you have not received medication instructions from your surgeon or prescribing provider, please refer to the instructions below.**

Pre-Surgery Instructions:

| Medication | Instructions |
|---|---|
| • verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Ok to take/use as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Consult surgeon or prescribing provider |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| • docusate sodium (COLACE) 100 MG Caps | Ok to take/use as prescribed day of surgery. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003062

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Patient Instructions (continued)**

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks

   4. **Bring with you Day of surgery:**
- CPAP/BiPap
- Co-Pay if instructed
- Contact case and solution and/or glasses with case
- Your list of medications indicating the date/time of last dose taken.
- Picture identification and insurance cards

   5. Additional Information

   - You will need transportation from the hospital & a responsible person to be with you for 24 hours.
   - Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

   Instructions were reviewed with me and my questions have been addressed: Telephone screen Instructions sent via My Chart

   **You are scheduled for an EKG at the Pre-anesthesia clinic at Allenmore hospital on 11/29/2023 at 8:20 AM. We will also complete your MRSA swab test. After the EKG we will send you down the hall to get your blood drawn. Please arrive 10 minutes prior to your scheduled appointment. Please follow the directions below for information on where to check in. Thank you!**

   Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. We are open Monday-Friday 8 AM-4 PM. We are closed daily for lunch from 12PM-1PM.

   Once inside Entrance #3, please continue to the front desk and check in.

   **When you arrive at the Lab:**
Sign-in and /or tell the receptionist the following;
"I'm from the Pre-Anesthesia Clinic and I have orders from... "

   Once you are done in the Lab you are free to leave.
If there are any changes or additional requirements you will be contacted.

   **Jayne RN, BSN, PCCN| Surgical Screener**

---

| ALLENMORE HOSPITAL | Larocque, Linda J |
| 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98405-1702 | Adm: 12/4/2023, D/C: 12/8/2023 |

Page 1212

Printed by 71334 at 8/21/24 10:12 AM

MC_003063

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Patient Instructions (continued)

West Pierce Regional Pre Admit / Pre Anesthesia Clinic
**Allenmore Hospital | MultiCare Health System**
**Phone: 253.459.6877 | Fax: 253.459.6218**
**Address: 1901 South Union Ave, Tacoma, WA, 98405**

### YOUR ANESTHESIA CARE

Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.

### Options for Your Anesthesia

Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anesthesia, described below, to provide you the best anesthetic care.

**General Anesthesia** makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breathing tube or an airway device to ensure that you breathe safely during surgery.

**Regional Anesthesia** involves numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involving an arm or leg, but can also help in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

**Sedation** involves the use of injected medicines that relax you and make you less aware. Sedation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

### What are the Risks?

All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will continually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

### What are the common side effects?

As with all medicines, anesthetics may have side effects. Common side effects of **general anesthesia** include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of **regional anesthesia** include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness persists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

---

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1213

Printed by 71334 at 8/21/24 10:12 AM

MC_003064

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

Patient Instructions (continued)

If you have any questions or concerns, please call the Pre-Anesthesia Clinic at 253-459-6877.

MC_003065

## 12/04/2023 - Procedure Pass in AH OR

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 309294213

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/4/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2023

Page 1215

Printed by 71334 at 8/21/24 10:12 AM

MC_003066

Larocque, Linda J
MRN: 172930

## 12/04/2023 - Procedure Pass in AH OR (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Admission Information

| | | |
|---|---|---|
| Arrival Date/Time: | Admit Date/Time: 12/04/2023 | IP Adm. Date/Time: |
| Admission Type: | Point of Origin: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: N/A |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

#### Discharge Information

| | | |
|---|---|---|
| Date/Time: — | Disposition: — | Destination: — |
| Provider: — | Unit: — | |

### Call Information

| | Department | Center |
|---|---|---|
| 12/4/2023 12:09 PM | AH OR | AH |

### Results (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Patient Instructions

None

ALLENMORE HOSPITAL       Larocque, Linda J
1901 S UNION AVE         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 12/4/2023

Page 1216                                Printed by 71334 at 8/21/24 10:12 AM

MC_003067

Larocque, Linda J
MRN: 172930

## 11/29/2023 - OP Visit in Allenmore Hosp Laboratory Dept

**MultiCare Health System**          **ALLENMORE HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
**CSN:** 315217520

### Account Information
| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 11/29/2023 0851 | 714765099 | OL | *Allenmore Lab | |

**Admitting Physician:**          **Chief Complaint:**
                                   **Adm Dx:**

Gestational Age: <None>

### Patient Information
**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone          Not on file.
Work Phone          Not on file.
Mobile              253-273-7247
**Employer:**
                    No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:** ADLER, ZACHARY B

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information
**Guarantor Relationship to Pt:** Self
**Guarantor Name:** LAROCQUE,LINDA J
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:** P/F
**Acct ID:** 6338966

**DOB:** 2/9/1958

### Primary Insurance
**Name of Insurance:** PSR AETNA PRIME
**Subscriber Name:** LAROCQUE,LINDA J
**Subscriber DOB:** 02/09/1958
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:** 000003-WA
**Ins ID#:** 101724898200

### Secondary Insurance
**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Accident Information
**Accident Type:**

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 11/29/2023, D/C: 11/29/2023
Page 1217                   Printed by 71334 at 8/21/24 10:12 AM

MC_003068

Larocque, Linda J
MRN: 172930

## 11/29/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 714765099 | Outpatient | Closed |

### Reason for Visit

#### Visit Diagnosis

- Pre-op testing [Z01.818]

### Visit Information

#### Provider Information

##### Referring Provider
Zachary B Adler, MD

#### Department

| Name | Address | | |
|------|---------|--|--|
| Allenmore Hosp Laboratory Dept | 1901 South Union<br>Tacoma WA 98405 | | |

### Call Information

| | Department | Center |
|--|-----------|--------|
| 11/29/2023 8:51 AM | AH LAB | MHS LAB |

### Events

#### Hospital Outpatient at 11/29/2023 0851
Unit: Allenmore Hosp Laboratory Dept
Patient class: Outpatient-Lab

#### Discharge at 11/29/2023 2359
Unit: Allenmore Hosp Laboratory Dept
Patient class: Outpatient-Lab

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### docusate sodium (COLACE) 100 MG Caps

| | |
|--|--|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1218
Printed by 71334 at 8/21/24 10:12 AM

MC_003069

**11/29/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)**

## Medication List (continued)

Start date: 11/9/2012
Quantity: 60 Cap

End date: 12/7/2023
Refill: 0

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 1 Each

Ordered on: 5/21/2019
Action: Patient taking differently
Refill: No refills remaining

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1219

Printed by 71334 at 8/21/24 10:12 AM

MC_003070

## 11/29/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

**Medication List (continued)**

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

**Stopped in Visit**

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1220

Printed by 71334 at 8/21/24 10:12 AM

MC_003071

Larocque, Linda J
MRN: 172930

## 11/29/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

Labs

EMR LR v13.0

| BASIC METABOLIC PANEL (Order 751916264) Results | Status: Final result (Collected: 11/29/2023 09:10) |
|---|---|

### Results

BASIC METABOLIC PANEL Abnormal, Final result — Order: 751916264

Status: **Final result**

| Component Ref Range & Units | 11/29/23 0910 |
|---|---|
| Na 135 - 145 mmol/L | 141 |
| K 3.6 - 5.3 mmol/L | 4.4 |
| Cl 98 - 109 mmol/L | 112 (H) ^ |
| CO2 21 - 32 mmol/L | 23 |
| Anion gap w/o K 4 - 12 | 6 |
| BUN 8 - 24 mg/dL | 19 |
| Creatinine 0.6 - 1.2 mg/dL | 0.67 |
| GFR non African Amer >59 mL/min/1.73 m2 | 88 |
| GFR African American >59 mL/min/1.73 m2 | 107 |
| Glucose 65 - 120 mg/dL | 107 |
| Calcium 8.5 - 10.5 mg/dL | 10.5 |

## END OF LAB RESULTS REPORT

EMR LR v13.0

| CBC (Order 751916265) Results | Status: Final result (Collected: 11/29/2023 09:10) |
|---|---|

### Results

CBC Final result — Order: 751916265

Status: **Final result**

| Component Ref Range & Units | 11/29/23 0910 |
|---|---|
| WBC | |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1221

Printed by 71334 at 8/21/24 10:12 AM

MC_003072

## 11/29/2023 - OP Visit in Allenmore Hosp Laboratory Dept (continued)

Labs (continued)

| | |
|---|---|
| 4.00 - 12.00 K/uL | 5.60 |
| RBC<br>4.00 - 5.50 mil/uL | 4.73 |
| Hgb<br>12.0 - 16.0 g/dL | 14.4 |
| Hct<br>37 - 47 % | 43.0 |
| MCV<br>80 - 98 fL | 90.9 |
| MCH<br>27 - 33 pg | 30.4 |
| MCHC<br>32 - 37 g/dL | 33.5 |
| RDW<br>11.5 - 15.0 % | 12.7 |
| Plt<br>150 - 450 K/uL | 352 |
| Differential type | Automated |
| Abs neuts<br>1.80 - 7.80 K/uL | 3.45 |
| Abs immature grans<br>0.00 - 0.07 K/uL | 0.01 |
| Abs lymphs<br>0.80 - 3.30 K/uL | 1.73 |
| Abs monos<br>0.10 - 1.00 K/uL | 0.34 |
| Abs eos<br>0.00 - 0.40 K/uL | 0.04 |
| Abs basos<br>0.00 - 0.20 K/uL | 0.03 |
| Abs NRBCs<br>0.00 K/uL | 0.00 |
| Neuts<br>% | 61.6 |
| Immature grans<br>0.0 - 0.9 % | 0.2 |
| Lymphs<br>% | 30.9 |
| Monos<br>% | 6.1 |
| Eos<br>% | 0.7 |
| Basos<br>% | 0.5 |
| NRBC<br>0.0 % | 0.0 |

## END OF LAB RESULTS REPORT

| Results | | | (Order ) |
|---|---|---|---|

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1222

Printed by 71334 at 8/21/24 10:12 AM

MC_003073

## Results (continued)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

MULTICARE 003 ALLENMORE OUTPT PHARMACY

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 1901 S. Union<br>TACOMA WA 98405 | 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-459-6746 | 253-459-6251 |

**Other Orders - Pathology**

**Blood Bank**

**TYPE AND SCREEN [751916266] (Edited Result - FINAL)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| W644387 | Blood | — | 719 11/29/23 0910 |

Resulted: 11/29/23 1039, Result status: Edited

**TYPE AND SCREEN [751916266]** — Result - FINAL

Ordering provider: Zachary B Adler, MD  11/29/23 0851
Filed by: New Sunquest, Interface  11/29/23 1039
Resulting lab: MULTICARE MEDICAL GROUP LAB
Acknowledged by: Zachary B Adler, MD on 11/29/23 1329

Order status: Completed
Collected by: 719 11/29/23 0910

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABO/Rh(D) | B Positive | — | — | MG LAB |
| Antibody screen | Negative | — | — | MG LAB |
| Expiration date | 12/07/2023 | — | — | MG LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - MG LAB | MULTICARE MEDICAL GROUP LAB | Unknown | 315 MLK Jr Way Tacoma WA 98405 | 02/01/21 0936 - Present |

**TYPE AND SCREEN [751916266]**  Resulted: 11/29/23 1037, Result status: Final result

Ordering provider: Zachary B Adler, MD  11/29/23 0851
Filed by: New Sunquest, Interface  11/29/23 1037
Resulting lab: MULTICARE MEDICAL GROUP LAB

Order status: Completed
Collected by: 719 11/29/23 0910

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABO/Rh(D) | B Positive | — | — | MG LAB |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1223                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003074

## Preferred Pharmacy (continued)

### Other Orders - Pathology (continued)

| | | | | |
|---|---|---|---|---|
| Antibody screen | Negative | — | — | MG LAB |
| Expiration date | 12/02/2023 | — | — | MG LAB |

#### Reviewed by
Zachary B Adler, MD on 11/29/23 1329

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - MG LAB | MULTICARE MEDICAL GROUP LAB | Unknown | 315 MLK Jr Way Tacoma WA 98405 | 02/01/21 0936 - Present |

Resulted: 11/29/23 1022, Result status: Preliminary result

### TYPE AND SCREEN [751916266]

Ordering provider: Zachary B Adler, MD 11/29/23 0851
Filed by: New Sunquest, Interface 11/29/23 1022
Resulting lab: MULTICARE MEDICAL GROUP LAB

Order status: Completed
Collected by: 719 11/29/23 0910

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABO/Rh(D) | B Positive | — | — | MG LAB |
| Expiration date | 12/02/2023 | — | — | MG LAB |

#### Reviewed by
Zachary B Adler, MD on 11/29/23 1329

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - MG LAB | MULTICARE MEDICAL GROUP LAB | Unknown | 315 MLK Jr Way Tacoma WA 98405 | 02/01/21 0936 - Present |

### TYPE AND SCREEN [751916266]
Resulted: 11/29/23 0934, Result status: In process

Ordering provider: Zachary B Adler, MD 11/29/23 0851
Filed by: New Sunquest, Interface 11/29/23 0934
Resulting lab: MULTICARE MEDICAL GROUP LAB

Order status: Completed
Collected by: 719 11/29/23 0910

#### Reviewed by
Zachary B Adler, MD on 11/29/23 1329

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - MG LAB | MULTICARE MEDICAL GROUP LAB | Unknown | 315 MLK Jr Way Tacoma WA 98405 | 02/01/21 0936 - Present |

### All Reviewers List
Zachary B Adler, MD on 11/29/2023 13:29

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1224

Printed by 71334 at 8/21/24 10:12 AM

MC_003075

## Preferred Pharmacy (continued)

Other Orders - Pathology (continued)

**Flowsheets**

### LACE+ Score

| Row Name | 11/30/23 0009 | | | | |
|----------|---------------|--|--|--|--|
| OTHER | | | | | |
| LACE+ Readmission Risk Score | 30 -SB | | | | |

**User Key**                                              (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|----------|------|---------------|------------|
| SB | Scheduler Batch | — | — |

**Patient Instructions**

None

MC_003076

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic

**MultiCare Health System**          **ALLENMORE HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 314596541

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 11/29/2023 0809 | 714765099 | O | Preadmission | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**
                              Gestational Age: <None>

### Patient Information

| **Home Address:** | 6824 S Park Ave | | **Telephone Information:** | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | LAROCQUE,LINDA J | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Adm: 11/29/2023, D/C: 11/29/2023

Page 1226                                             Printed by 71334 at 8/21/24 10:12 AM

MC_003077

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)



### Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 714765099 | Outpatient | Closed |

### Reason for Visit

#### Visit Diagnosis
- Pre-op testing [Z01.818]

### Visit Information

#### Department

| Name | Address | Phone |
|------|---------|-------|
| Allenmore Hospital Pre Admit Clinic | 1901 South Union Tacoma WA 98405 | 253-459-6877 |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 11/29/2023  8:20 AM | AH PRE ANESTHESIA EKG | AH PRE ANESTHESIA CLINIC | AH |

### Events

#### Hospital Outpatient at 11/29/2023 0809
Unit: Allenmore Hospital Pre Admit Clinic
Patient class: Outpatient

#### Discharge at 11/29/2023 0850
Unit: Allenmore Hospital Pre Admit Clinic
Patient class: Outpatient

### Clinical Notes

#### Nursing Notes by Roy Knott, RN at 11/29/2023 0820

| | | |
|--|--|--|
| Author: Roy Knott, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 11/28/23 1544 | Date of Service: 11/29/23 0820 | Status: Signed |
| Editor: Roy Knott, RN (Registered Nurse) | | |

Pt was called and msg left reminding pt of her EKG appt tomorrow at AH

Electronically signed by Roy Knott, RN at 11/28/23 1544

### Medication List

#### Medication List

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1227

Printed by 71334 at 8/21/24 10:12 AM

MC_003078

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)

### Medication List (continued)

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1228
Printed by 71334 at 8/21/24 10:12 AM

MC_003079

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)

**Medication List (continued)**

| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| Instructions: Take 1 Tablet by mouth once daily. |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 |

### alprazolam (XANAX) 0.25 MG Tab

| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1229

Printed by 71334 at 8/21/24 10:12 AM

MC_003080

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)

### Medication List (continued)

#### Stopped in Visit
None

### Labs

EMR LR v13.0

### MRSA NASAL PCR SCREEN (Order 751916260)
Results

Status: **Final result**
(Collected: 11/29/2023 08:35)

#### Results

MRSA NASAL PCR SCREEN Final result                                    Order: 751916260

Status: **Final result**

Specimen Information:        Nose

| Component | 11/29/23 0835 |
|---|---|
| **MRSA Nasal PCR Screen** | Negative for MRSA by PCR |

## END OF LAB RESULTS REPORT

### Results                                                                   (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)

### EKG

#### EKG (Final result)

Electronically signed by: **Jaynee Krzywicki, RN on 11/21/23 1252**                          Status: **Completed**
Ordering user: Jaynee Krzywicki, RN 11/21/23 1252          Ordering provider: Zachary B Adler, MD
Authorized by: Zachary B Adler, MD                          Ordering mode: Per Protocol - NO COSIGN needed
Frequency: Routine Once 11/29/23 0830 - 1 occurrence        Class: MHS IP Normal
Quantity: 1                                                 Lab status: Final result
Instance released by: Sharon K Scott, CNA (auto-released) 11/29/2023 8:17 AM
Diagnoses
Pre-op testing [Z01.818]

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 751916259 | --- | --- | 11/29/23 0826 |

#### EKG                                           Resulted: 11/29/23 2238, Result status: Final result

Ordering provider: Zachary B Adler, MD  11/29/23 0817          Order status: Completed
Filed by: Interface, Mh Pdf In - Murj  11/29/23 2239          Collected by: 11/29/23 0826

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 11/29/2023, D/C: 11/29/2023

Page 1230                                          Printed by 71334 at 8/21/24 10:12 AM

MC_003081

**11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)**

**EKG (continued)**

Resulting lab: MULTICARE MEDICAL GROUP LAB
Narrative:
Vent Rate: 77 bpm
RR Interval: 776 msec
PR Interval: 223 msec
QRS Duration: 159 msec
QT Interval: 410 msec
QTC Interval: 442 msec
P-R-T Axis: 10 - 55 - -69 degrees

Electronically Signed By: Prashant Atri, MD
Impression:
IMPRESSION:
SINUS RHYTHM WITH FIRST DEGREE AV BLOCK
LEFT BUNDLE BRANCH BLOCK  [120+ ms QRS DURATION, 80+ ms Q/S IN V1/V2, 85+
ms R
IN I/aVL/V5/V6]
ABNORMAL ECG

Acknowledged by
Jaynee Krzywicki, RN on 11/30/23 0812
Zachary B Adler, MD on 11/30/23 1503

View Result (below)

MC_003082

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)

### EKG (continued)

LAROCQUE, LINDA     29-Nov-2023 08:26:46

Other Name:  DIETSCE~LAROCQUEAcc:RC751916259JDA~LAROCQUE^|

SINUS RHYTHM WITH FIRST DEGREE AV BLOCK
LEFT BUNDLE BRANCH BLOCK  [120+ ms QRS DURATION, 80+ ms Q/S IN V1/V2, 85+ ms R IN I/aVL/V5/V6]
ABNORMAL ECG

ID:     172930     Vent Rate:  77 BPM
Second ID:  172930     PR Int.:  223 ms
DOB: 09-Feb-1958  65 Year(s)  QRS Dur.:  159 ms
Female     QT/QTc:  410 / 442
Loc.:    1400626     P-R-T Axes:  10 55 -69
Tech:  /robinson
DX:     Abnormal     CONFIRMED [29-Nov-2023 22:38:38 -0800]     Referred By:  ADLER, ZACHARY     Confirmed By:Prashant Atri, MD



Mortara Instrument, Inc. ID:Mortara   25 mm/sec   10 mm/mV       Cart# ELI380 V2.3.0. Frequency Response[0.05-150] Hz

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - MG LAB | MULTICARE MEDICAL GROUP LAB | Unknown | 315 MLK Jr Way Tacoma WA 98405 | 02/01/21 0936 - Present |

### Indications

Pre-op testing [Z01.818 (ICD-10-CM)]

### All Reviewers List

Zachary B Adler, MD on 11/30/2023 15:03
Jaynee Krzywicki, RN on 11/30/2023 08:12
Zachary B Adler, MD on 11/29/2023 13:29

ALLENMORE HOSPITAL     Larocque, Linda J
1901 S UNION AVE     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Adm: 11/29/2023, D/C: 11/29/2023

Page 1232     Printed by 71334 at 8/21/24 10:12 AM

MC_003083

## 11/29/2023 - PREANESTH VISIT in Allenmore Hospital Pre Admit Clinic (continued)

### Preferred Pharmacy

**Visit Pharmacy**

MULTICARE 003 ALLENMORE OUTPT PHARMACY

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 1901 S. Union TACOMA WA 98405 | 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-459-6746 | 253-459-6251 |

**Flowsheets**

**LACE+ Score**

| Row Name | 11/30/23 0009 | | | |
|---|---|---|---|---|
| OTHER | | | | |
| LACE+ Readmission Risk Score | 30 -SB | | | |

**User Key**      (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| SB | Scheduler Batch | — | — |

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 11/21/2023 12:19 PM |

Last Read in MyChart
11/21/2023 4:44 PM by Linda J Larocque

Appointment Information:
    Visit Type: PREANESTH VISIT
        Date: 11/29/2023
            Dept: Allenmore Hospital Pre Admit Clinic
            Provider: AH PRE ANESTHESIA EKG
            Time: 8:20 AM
            Length: 20 min

Appt Status: Scheduled

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023
Printed by 71334 at 8/21/24 10:12 AM

MC_003084

## Preferred Pharmacy (continued)

**Patient Instructions**

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/29/2023, D/C: 11/29/2023

Page 1234                                                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003085

**11/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 314687993

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 11/22/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | Patellar tendon rupture,* |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD  **Employer Phone:**
**Referring Physician:** TURNER, SHANE  **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 11/22/2023

Page 1235                                Printed by 71334 at 8/21/24 10:12 AM

MC_003086

## 11/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Referring Provider |
|---|
| Shane Turner, PA-C |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MC Ortho & Sports Med-Tac Imaging | 3124 S 19th St Tacoma WA 98405 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/22/2023 9:30 AM | MC ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS IMAGING TAC | MOSMTAC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1236                                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003087

## 11/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2023
Quantity: 90 Capsule

Discontinued on: 2/26/2024

Ordered on: 1/31/2023
End date: 2/26/2024
Refill: No refills remaining

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Discontinued on: 12/7/2023

Ordered on: 2/9/2023
End date: 12/7/2023
Refill: 1 refill by 2/9/2024

### aspirin 81 MG Chew Tab

Discontinued by: Shane Turner, PA-C
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023
Quantity: 84 Tablet

Discontinued on: 12/7/2023

Ordered on: 6/27/2023
End date: 12/7/2023
Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD

Discontinued on: 12/7/2023

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 11/22/2023

Page 1237                                 Printed by 71334 at 8/21/24 10:12 AM

MC_003088

## 11/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD                 Ordered on: 10/5/2023
Start date: 10/5/2023                                         End date: 12/7/2023
Quantity: 15 Tablet                                            Refill: 2 refills by 4/2/2024

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C                Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                 Ordered on: 10/5/2023
Start date: 11/4/2023                                         End date: 12/7/2023
Quantity: 160 Tablet                                          Refill: No refills remaining

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C                Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                 Ordered on: 10/5/2023
Start date: 12/4/2023                                         End date: 12/7/2023
Quantity: 160 Tablet                                          Refill: No refills remaining

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD              Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD                 Ordered on: 10/23/2023
Start date: 10/23/2023                                       End date: 1/31/2024
Quantity: 27 mL                                                Refill: No refills remaining

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD                      Ordered on: 11/8/2023
Start date: 11/8/2023                                         Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

### Stopped in Visit

None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [751916256] (Final result)

| XR Knee 1 or 2 Views Left [751916256] | Resulted: 11/22/23 0927, Result status: Final result |
|---|---|

Ordering provider: Shane Turner, PA-C  11/22/23 0925          Order status: Completed
Filed by: Zachary B Adler, MD  11/29/23 1352                      Performed: 11/22/23 0927 - 11/22/23 0933
Accession number: 30527954
Impression:
2 views left knee dated 11/22/23 reviewed and interpreted by me. Left total knee arthroplasty in place. Severe patella alta with complete disruption of the extensor mechanism. Likely periprosthetic patella fracture off the inferior pole.

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Shane Turner, PA-C on 11/30/23 0645

MC_003089

## 11/22/2023 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Imaging (continued)**

### Indications

Patellar tendon rupture, left, subsequent encounter [S86.812D (ICD-10-CM)]

### All Reviewers List

Shane Turner, PA-C on 11/30/2023 06:45

---

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1239

Printed by 71334 at 8/21/24 10:12 AM

MC_003090

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 312859780

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/22/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Pre-Op Exam
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave |
| | Tacoma WA 98408-5509 |
| SSN: | xxx-xx-5145 |
| Age: | 66 year old |
| DOB: | 2/9/1958 (65 yrs) |
| Sex: | female |
| Marital Status: | Married |

Telephone Information:
| Home Phone | Not on file. |
| Work Phone | Not on file. |
| Mobile | 253-273-7247 |

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | 253-273-7085 | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | PSR AETNA PRIME | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1240
Printed by 71334 at 8/21/24 10:12 AM

MC_003091

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Reason for Visit**

### Chief Complaint

- Pre-Op Exam (Left total knee revision DOS 12/04/23 ADLER)

### Visit Diagnoses

- Preop examination [Z01.818]
- Status post total left knee replacement [Z96.652]
- **Patellar tendon rupture, left, subsequent encounter (primary) [S86.812D]**

**Visit Information**

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Shane Turner, PA-C | Shane Turner, PA-C |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

### Level of Service

| Level of Service |
|---|
| P NO CHARGE VISIT |

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 11/22/2023 8:30 AM | Shane Turner, PA-C | MC ORTHO & SPORTS TAC | MOSMTAC |

**Clinical Notes**

### Nursing Note by Lisette N Cortes, MA at 11/22/2023 0830

| | | |
|---|---|---|
| Author: Lisette N Cortes, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 11/22/23 0845 | Encounter Date: 11/22/2023 | Status: Signed |
| Editor: Lisette N Cortes, MA (Medical Assistant) | | |

## Chief Complaint

**Patient presents with**

- Pre-Op Exam
  *Left total knee revision DOS 12/04/23 ADLER*

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 11/22/2023

Page 1241                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003092

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

Additional Details: Patient is here for preoperative exam of left total knee revision 12/04/23. Patient states concern of achy constant pain radiating up the left thigh. Pain is a 5/10 today at its worst is 7/10 today.

Medication list changes/discrepancies: Medication Comments documented by Lisette N Cortes, MA on 11/22/2023 at 0838.
Medications current/updated per interview with patient. Not taking any additional medications.
Lisette N Cortes, MA

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

    Electronically signed by Lisette N Cortes, MA at 11/22/23 0845

### H&P by Shane Turner, PA-C at 11/22/2023 0830

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/04/23 1006 | Encounter Date: 11/22/2023 | Status: Addendum |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/04/23 1014 |

**11/22/2023**

**PATIENT NAME:** Linda J Larocque
**AGE:** 65 year old

**SURGEON:** Zachary Adler MD

**REFERRING PHYSICIAN/OTHER CONSULTANTS:** Rachel D Dawson, MD

**Chief Complaint:**
**Chief Complaint**

Patient presents with
- Pre-Op Exam
  *Left total knee revision DOS 12/04/23 ADLER*

**HPI:** This is a 65 year old female who presented to our orthopedic clinic for history of **patella tendon rupture s/p left total knee arthroplasty**. Zachary Adler MD was consulted for evaluation and treatment options. The recommendation was made to proceed with surgery. Linda has exhausted all conservative treatment options and is here for preoperative evaluation for **left total knee revision with patella tendon reconstruction with open patellectomy**. SURGERY DATE: December 4, 2023. Linda J Larocque denies any recent fever, illness, other injury since patient was last seen in our clinic.

**Clearances:**
1. Is cardiac clearance needed? No.
2. Is Pulmonary clearance needed? No.

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1242

Printed by 71334 at 8/21/24 10:12 AM

MC_003093

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

3. Does patient have any metal allergies? No.
4. Has patient seen a dentist in the last 6 months/ year? Yes.
5. Is Dental clearance needed? No.
6. Do you have Diabetes? Yes. **Last A1c was 5.8 on 6/23/23.**
7. Do you Smoke or use nicotine products? No.
8. Have you had any recent hospitalizations, infections or visits to the ED in the last 90 days? No.

**Current pain medication use: Hydrocodone 10/325mg 2-3 tablets a day.**

**ROS: Pertinent positives listed below**
**Patient Active Problem List**

Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- Degenerative joint disease of left knee
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, initial encounter

**Current out patient medications:**
**Current Outpatient Medications**

Medication

- verapamil (CALAN SR) 240 MG Tab CR
- liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector
- alprazolam (XANAX) 0.25 MG Tab
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 11/22/2023
Page 1243    Printed by 71334 at 8/21/24 10:12 AM

MC_003094

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

- lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab
- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- hydrOXYzine hcl (ATARAX) 25 MG Tab
- rosuvastatin (CRESTOR) 20 mg Tab
- aspirin 81 MG Chew Tab
- Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc
- hydrochlorothiazide (MICROZIDE) 12.5 MG Caps
- Free Text Medication Entry (OTHER)
- Free Text Medication Entry (OTHER)
- docusate sodium (COLACE) 100 MG Caps
- senna (SENNA, SENOKOT) 8.6 MG Tab

No current facility-administered medications for this visit.

### Past Medical History:

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l chronic pain syndrome Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF<br>*6/2022 ECHO EF 45-50% Dr Guerra cardiologist* | |
| • History of sleep apnea<br>*uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia<br>*heart murmur noted on echo* | |
| • Prediabetes | |
| • Snores | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled<br>*diet controlled* | |
| • Uterine cancer (CMS/HCC) | |

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1244

Printed by 71334 at 8/21/24 10:12 AM

MC_003095

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY | | 2008, 2013 |
| *due in august 2013* | | |
| • **RECONST-RECURR DISLOC PATELLA | Left | 06/26/2023 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY | Left | 11/2022 |
| *retinal tear tx w/ laser* | | |
| • H/O HYSTERECTOMY TOTAL | | 11/01/2009 |
| *uterine cancer stage 1aG1 w bso lnd* | | |
| • H/O ORAL SURGERY | | 2000 |
| *x 2* | | |
| • P FIX INFRAPATELLA TENDON,PRIMARY | | 06/26/2023 |
| • P FOOT/TOES SURGERY PROC UNLISTED | | 01/01/1999 |
| *mortons neuroma right* | | |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |

## Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
| CHF | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU | Mother | | |
| GOUT | | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro | Daughter | | |
| epilepsy | | | |
| • Drug/Alcohol | Daughter | | |
| recovering alcoholic | | | |
| • Cancer | Daughter | | |
| uterine ca | | | |
| • Coronary Artery Disease | Maternal Grandmother | | |
| MI | | | |
| • Cancer | Maternal Grandmother | | |
| BREAST | | | |
| • Coronary Artery Disease | Maternal Grandfather | | |
| MI | | | |
| • Hypertension | Sister | | |
| • Diabetes | Paternal Aunt | | |
| • Other | Sister | | |
| EPILEPSY | | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1245

Printed by 71334 at 8/21/24 10:12 AM

MC_003096

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| • Diabetes | Sister |
| • Arthritis | Brother |
| • Heart | Sister |
| • Diabetes | Maternal Aunt |
| • Other | Paternal Aunt |
| *MIGRAINE* | |
| • Neuro | Sister |
| *early alzheimers.* | |

## Social History

**Socioeconomic History**

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

**Occupational History**
• Not on file

**Tobacco Use**

| | |
|---|---|
| • Smoking status: | Never |
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |

**Vaping Use**

| | |
|---|---|
| • Vaping Use: | Never used |

**Substance and Sexual Activity**

| | |
|---|---|
| • Alcohol use: | Yes |
| *Comment: 1-2x year* | |
| • Drug use: | Not Currently |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Surgical |
| *Comment: married monogamous, vas* | |

**Other Topics** — **Concern**

| | |
|---|---|
| • Have you received a blood transfusion? | No |
| • Regular exercise | No |

**Social History Narrative**
• Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 11/22/2023

Page 1246    Printed by 71334 at 8/21/24 10:12 AM

MC_003097

**11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

BP 111/72 | Pulse 81 | Temp (Src) 96 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 251 lb 3.2 oz (113.944 kg) | LMP 09/14/2009

Estimated body mass index is 40.54 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").
  Weight as of this encounter: 113.9 kg (251 lb 3.2 oz).

**Allergies as of 11/22/2023 - Reviewed 11/22/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

**PHYSICAL EXAMINATION:**

| | |
|---|---|
| General: | Healthy appearing patient who is cooperative with the exam. |
| Psych: | Appropriate and alert. |
| Skin: | Grossly benign, intact. |
| Head: | Normo-cephalic, Atraumatic |
| Neck: | No obvious masses or abnormalities |
| Chest: | Normal excursion |
| CV: | Negative for irregular heartbeat, chest pain. |
| Abdomen: | Soft, non-tender |
| Neuro: | No gross deficits |

**MUSCULOSKELETAL:** Left knee
Examined by Zachary Adler MD and diagnosed her with **patella tendon rupture s/p left total knee arthroplasty.**

Initial history and physical was reviewed today with the patient and there were no changes present.

**PERTINENT TEST (Lab/X-ray, etc.) RESULTS:** See chart notes and films

**DIAGNOSIS:**
**Patella tendon rupture s/p left total knee arthroplasty**

**PLANNED PROCEDURE:**
**Left total knee revision with patella tendon reconstruction with open patellectomy**

**New x-rays ordered today: Yes.**

ALLENMORE BUILDING C       Larocque, Linda J
3124 S 19TH ST             MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702       Visit date: 11/22/2023

Page 1247                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003098

**11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

Clinical Notes (continued)

**Pre-dental antibiotics: She has historically taken these per her dentist due to her SVT history. Continue these.**

**Oxycodone and Tramadol worked after her left total knee.**

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. We went over the risks of infection, bleeding, nerve damage, the chance of not improving, squeaking or clicking of implant(s), implant loosening, possible periprosthetic fracture, possible need for revision, risk of blood clots, pulmonary embolism, possible blood transfusion, the use of blood thinning medication after surgery, the need for physical therapy after surgery, possible death and the risks of anesthesia. Patient accepts the treatment plan as outlined. Linda J Larocque has been given ample opportunity to ask questions about her proposed surgical procedure and consents to such procedure.

Patient Interview and Chart review to screen for significant risk factors for thromboembolic events indicates that there was **no** documented hx of DVT, PE, TIA, stroke or factors that would potentially increase the risk of VTE with fibrinolytics, therefore, we **will** plan to proceed with Tranexamic Acid.

Linda will be placed on **Xarelto 10mg for 3 weeks** for DVT prophylaxis following surgery. This medication will be given upon discharge from hospital. The patient will wear TED hose, or compression stockings, for 3 weeks following surgery also for DVT prophylaxis.

We reviewed patient's postoperative pain expectation and developed a plan of Care to address postoperative pain:
1. Amount of expected pain relative to the procedure
2. Types of medication that will be used post-op to manage pain
3. Use of mulitmodal pain management to include alternatives to Opioids
4. Discussion about appropriate use of opiates- projected time and weaning back to her baseline pain medication to be complete no later than 3 weeks postop.

All questions were answered and Linda J Larocque  understood and was satisfied with this plan.

**Total Joint replacement protocol discharge planning:** Recommend starting outpatient physiotherapy within 2-5 business days of discharge from acute care setting.

**PT referral will be discussed at a later date.**
**DME she has at home.**
**We discussed the goal of DC home postop next day if PT/OT goals are met, voids on her own and pain is well controlled.**
**Linda J Larocque will have family at home with her after surgery.**
**Preop wipes were given today.**

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 12/04/23 1006
Electronically signed by Zachary B Adler, MD at 12/04/23 1014

Medication List

Medication List

MC_003099

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

Active at the End of Visit

### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 11/22/2023

Page 1249      Printed by 71334 at 8/21/24 10:12 AM

MC_003100

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C — Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD — Ordered on: 7/6/2023
Start date: 8/5/2023 — End date: 12/7/2023
Quantity: 160 Tablet — Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D — Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD — Ordered on: 7/11/2023
Start date: 7/11/2023 — End date: 2/13/2024
Quantity: 180 Capsule — Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD — Ordered on: 9/14/2023
Start date: 9/14/2023 — Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD — Discontinued on: 12/7/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD — Ordered on: 10/5/2023
Start date: 10/5/2023 — End date: 12/7/2023
Quantity: 15 Tablet — Refill: 2 refills by 4/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C — Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD — Ordered on: 10/5/2023
Start date: 11/4/2023 — End date: 12/7/2023
Quantity: 160 Tablet — Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C — Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD — Ordered on: 10/5/2023
Start date: 12/4/2023 — End date: 12/7/2023
Quantity: 160 Tablet — Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD — Discontinued on: 1/31/2024
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD — Ordered on: 10/23/2023
Start date: 10/23/2023 — End date: 1/31/2024
Quantity: 27 mL — Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Daniel Guerra, MD — Ordered on: 11/8/2023
Start date: 11/8/2023 — Quantity: 90 Tablet
Refill: 3 refills by 11/7/2024

ALLENMORE BUILDING C — Larocque, Linda J
3124 S 19TH ST — MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702 — Visit date: 11/22/2023
Page 1250 — Printed by 71334 at 8/21/24 10:12 AM

MC_003101

## 11/22/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

#### Stopped in Visit
None

## Imaging

### Imaging

#### XR Knee 1 or 2 Views Left [751916256] (Final result)

| XR Knee 1 or 2 Views Left [751916256] | Resulted: 11/22/23 0927, Result status: Final result |
|---|---|
| Ordering provider: Shane Turner, PA-C  11/22/23 0925 | Order status: Completed |
| Filed by: Zachary B Adler, MD  11/29/23 1352 | Performed: 11/22/23 0927 - 11/22/23 0933 |
| Accession number: 30527954 | |

Impression:
2 views left knee dated 11/22/23 reviewed and interpreted by me. Left total knee arthroplasty in place. Severe patella alta with complete disruption of the extensor mechanism. Likely periprosthetic patella fracture off the inferior pole.

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Shane Turner, PA-C on 11/30/23 0645

#### Indications
Patellar tendon rupture, left, subsequent encounter [S86.812D (ICD-10-CM)]

#### All Reviewers List
Shane Turner, PA-C on 11/30/2023 06:45

### Results                                                                                          (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy
SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET | Not open 24 hours |
| TACOMA WA 98408 | |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1251

Printed by 71334 at 8/21/24 10:12 AM

MC_003102

## Preferred Pharmacy (continued)

**Flowsheets**

### Custom Formula Data

| Row Name | 11/22/23 0838 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Ideal Body Weight | 130.73 lbs -LC | | | | |
| Adjusted Body Weight | 178.92 lbs -LC | | | | |
| % Over/Under Ideal Body Weight | 92.15 -LC | | | | |
| Predicted Body Weight | 59.3 -LC | | | | |
| Length (cm) | 167.6 cm -LC | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -LC | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -LC | | | | |
| BSA (Calculated - sq m) | 2.3 sq meters -LC | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 85 mmHg -LC | | | | |
| BMI | | | | | |
| BMI (Calculated) | 40.56 -LC | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 59.3 -LC | | | | |
| Low Range Vt 6mL/kg | 355.8 mL/kg -LC | | | | |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -LC | | | | |
| Adult High Range Vt 10mL/kg | 593 mL/kg -LC | | | | |
| Vital Signs | | | | | |
| BMI (Calculated) | 40.56 -LC | | | | |
| Weight and Growth Recommendation | | | | | |
| IBW/kg (Calculated) Female | 59.3 kg -LC | | | | |
| IBW/kg (Calculated) Male | 63.8 kg -LC | | | | |

### Encounter Vitals

| Row Name | 11/22/23 0838 | | | | |
|---|---|---|---|---|---|
| Enc Vitals | | | | | |
| BP | 111/72 -LC | | | | |
| Pulse | 81 -LC | | | | |
| Resp | 16 -LC | | | | |
| Temp | 35.6 °C (96 °F) -LC | | | | |
| Temp src | Temporal -LC | | | | |
| Weight | 113.9 kg (251 lb 3.2 oz) measured -LC | | | | |
| Height | 1.676 m (5' 6") -LC | | | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1252

Printed by 71334 at 8/21/24 10:12 AM

MC_003103

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| Pain Score | FIVE/TEN -LC |
| Pain Loc | KNEE -LC |
| Pain Education | Yes -LC |

**User Key**      (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| LC | Lisette N Cortes, MA | Medical Assistant | Nursing |

**After Visit Summary**

After Visit Summary (below)

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 11/22/2023

Page 1253      Printed by 71334 at 8/21/24 10:12 AM

MC_003104

MultiCare 🏥

AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958
📅 11/22/2023 8:30 AM  ♀ MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA 253-792-6555

## Instructions from Shane Turner, PA-C


Today's medication changes
○ START taking
**Misc. Devices**

Accurate as of November 22, 2023  9:23 AM.
**See the end of the After Visit Summary for your complete,
current medication list.**


Pick these up from any pharmacy with your printed
prescription
**Misc. Devices**

## What's Next

| | | |
|---|---|---|
| NOV 29 2023 | PREANEST – VISIT Wednesday November 29 8:20 AM (Arrive by 8:10 AM) | Allenmore Hospital Pre Admit Clinic 1901 South Union Tacoma WA 98405 253-459-6877 |
| OCT 4 2023 | TOTAL KNEE REVISION: Regional, Adductor canal block with Zachary B Adler, MD | ALLENMORE OR 1901 S Union Ave TACOMA WA 98405-1706 |
| DEC 22 2023 | POST OP with Shane Turner, PA-C Friday December 22 3:15 PM (Arrive by 3:00 PM) | MULTICARE ORTHOPEDICS & SPORTS MEDICINE – TACOMA 3124 S 19th St STE C340 Tacoma WA 98405-2432 253-792-6555 |

## Today's Visit

You saw Shane Turner, PA-C on
Wednesday November 22, 2023 for: Pre-
Op Exam.
The following issues were addressed:
• Preop examination
• Status post total left knee replacement
• Patellar tendon rupture, left,
  subsequent encounter

| | |
|---|---|
| Blood Pressure 111/72 | BMI 40.54 |
| Weight 251 lb 3.2 oz | Height 5' 6" |
| Temperature (Temporal) 96 °F | Pulse 81 |
| Respiration 16 | |

## PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
253-792-6526

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/22/2023

Page 1254                                                         Printed by 71334 at 8/21/24 10:12 AM

MC_003105

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 11/22/2023

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your
medications, get trusted health advice, contact your provider, pay bills, and do so much more.  Go to
https://mychart.multicare.org/MyMultiCare/
 and sign in today.

Need help with MyChart?  Visit MyChart at https://mychart.multicare.org/MyMultiCare/

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702       Visit date: 11/22/2023

Page 1255                                                     Printed by 71334 at 8/21/24 10:12 AM

MC_003106

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

## Your Medication List As of November 22, 2023 9:23 AM

(i) Always use your most recent med list.

alprazolam 0.25 MG Tabs
Xanax
15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety.

Aspirin Low Dose 81 MG Chew
aspirin
84 Tablet

Chew and swallow 1 Tablet by mouth twice daily.

docusate sodium 100 MG Caps
Colace
60 Cap

Take 1 Cap by mouth twice daily.

duloxetine 60 MG Cpep
Cymbalta
180 Capsule

Take 1 Capsule by mouth twice daily.

hydrochlorothiazide 12.5 MG Caps
Microzide
90 Capsule

Take 1 Capsule by mouth once daily.

* hydrocodone-acetaminophen 10-325 MG Tabs
Norco
160 Tablet

Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

* hydrocodone-acetaminophen 10-325 MG Tabs
Norco
160 Tablet

Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

* hydrocodone-acetaminophen 10-325 MG Tabs
Norco
160 Tablet

Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
December 4, 2023

hydrOXYzine hcl 25 MG Tabs
ATARAX
120 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus.

lisinopril 20 MG Tabs
PRINIVIL, ZESTRIL
100 Tablet

Take 1 Tablet by mouth once daily.

Misc. Devices Misc
1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

* OTHER
1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
**According to our records, you may have been taking this medication differently.**

Linda J. Larocque (MRN: 172930) (CSN: 312859780) • Printed by [10754] at 11/22/2023 9:23 AM          Page 3 of 4  *Epic*

MC_003107

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of November 22, 2023 9:22 AM

**OTHER**
1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

**rosuvastatin 20 mg Tabs**
Crestor
90 Tablet

Take 1 Tablet by mouth each evening.

**senna 8.6 MG Tabs**
SENNA, SENOKOT
30 Tablet

Take 1 Tablet by mouth once daily.

**TechLite Pen Needles 31G X 8 MM Misc**
Insulin Pen Needle
100 Each

Use With victoza injections

**verapamil 240 MG Tbcr**
CALAN SR
90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

**Victoza 18 MG/3ML Sopn**
liraglutide
27 mL

Inject 1.8 mg under the skin once daily.

✦ * This list has 5 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19th St STE C340
Tacoma WA 98405-2433

### Messages

#### Appointment Scheduled

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 11/22/2023

Page 1257                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003108

## Preferred Pharmacy (continued)

**Messages (continued)**

| From | To | Sent and Delivered |
|------|-----|--------------------|
| Bkg, Mychart | Larocque, Linda J | 11/3/2023  3:09 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
   Visit Type: PRE OP
     Date: 11/22/2023
       Dept: MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
       Provider: Shane Turner
       Time: 8:30 AM
       Length: 30 min

Appt Status: Scheduled

**Patient Instructions**

   None

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 11/22/2023

Page 1258     Printed by 71334 at 8/21/24 10:12 AM

MC_003109

**11/21/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
                                         **CSN:** 314601238

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 11/21/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Rachel D Dawson, MD       **Employer Phone:**
**Referring Physician:**                             **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

ALLENMORE HOSPITAL        Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Visit date: 11/21/2023

Page 1259                 Printed by 71334 at 8/21/24 10:12 AM

MC_003110

## 11/21/2023 - MyChart Secure Pt Message in Allenmore Hospital Pre Admit Clinic (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)

-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Jaynee Krzywicki, RN |

### Department

| Name | Address | Phone | |
|---|---|---|---|
| Allenmore Hospital Pre Admit Clinic | 1901 South Union<br>Tacoma WA 98405 | 253-459-6877 | |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/21/2023 12:49 PM | Jaynee Krzywicki, RN | AH PRE ANESTHESIA CLINIC | AH |

## Results                                                                              (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### Pre anesthesia instructions for 12/4/2023

| From | To | Sent and Delivered |
|---|---|---|
| Jaynee Krzywicki, RN<br>Last Read in MyChart<br>11/21/2023  4:44 PM by Linda J Larocque | Larocque, Linda J | 11/21/2023 12:49 PM |

**Patient Name:** Linda J Larocque
**MRN:** 172930

**Surgery Date:** 12/4/2023

**Check in Time:** Expect to receive a phone call from the hospital about 1-2 business days before surgery to confirm your check in time.

Check into the following area: Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. Once inside Entrance #3, please continue to the front desk where

MC_003111

## Preferred Pharmacy (continued)

you will be greeted by Patient Registration personnel. This where you will check in for your surgery or procedure.

1. **Eating Instructions:**
Please follow bowel prep instructions from your surgeon's office as applicable.

In the event that no instructions were given to you by your surgeon, please follow anesthesia guidelines for intake by mouth as follows:

- 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy or lozenges

- 2-8 hrs before arrival- Clear liquids (8 oz or 1 cup) to include: water, popsicles, clear juice, coffee or teas (NO MILK, CREAMERS, OR ALCOHOL)

- > 8 hrs before arrival- Usual diet

2. **Medication Instructions: Please follow medication instructions provided by your surgeon or prescribing provider.**

If you have not received medication instructions from your surgeon or prescribing provider, please refer to the instructions below.

**Pre-Surgery Instructions:**

| Medication | Instructions |
|---|---|
| • verapamil (CALAN SR) 240 MG Tab CR | Ok to take/use as prescribed day of surgery. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Do NOT take/use day of surgery |
| • alprazolam (XANAX) 0.25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Check blood pressure at home morning of surgery. If blood pressure is 150/90 or above, take with a sip of water. If unable to take blood pressure at home, do NOT take this medication morning of surgery. |
| • duloxetine (CYMBALTA) 60 | Ok to take/use |

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/21/2023

Page 1261

Printed by 71334 at 8/21/24 10:12 AM

MC_003112

## Preferred Pharmacy (continued)

**Messages (continued)**

| | |
|---|---|
| MG Capsule Enteric Coated Particles | as prescribed day of surgery. |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Ok to take/use as prescribed day of surgery. |
| • rosuvastatin (CRESTOR) 20 mg Tab | Ok to take/use as prescribed day of surgery. |
| • aspirin 81 MG Chew Tab | Consult surgeon or prescribing provider |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Ok to take/use as prescribed day of surgery. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Ok to take/use as prescribed day of surgery. |
| • docusate sodium (COLACE) 100 MG Caps | Ok to take/use as prescribed day of surgery. |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Ok to take/use as prescribed day of surgery. |

3. **Surgery Preparation:**
   - Skin preparation: Chlorhexidine Wipes - follow instruction sheet; please view instructional video at the following website - http://www.multicare.org/prepare-for-surgery
   - Do not shave 2 days before procedure. Shaving can irritate your skin and increase your chance of infection
   - Do not wear makeup or fingernail polish
   - Do not wear jewelry, including body piercing, as it can interfere with medical equipment used during surgery. For your safety and their safe keeping, please remove and leave at home
   - Do not bring valuables to the hospital (credit cards, check books, cash), **unless** you have been asked to bring a copayment
   - Do not drink alcohol or use tobacco, vape/smoke (cigarettes, marijuana, etc.) 24 hours before surgery
   - After showering, do not put any lotion, creams, powders, deodorant, or cologne, etc. on your skin
   - Clean pajamas and clean sheets the night before surgery. No pets under the covers
   - Wear or bring loose comfortable clothing to wear home when you are discharged. The hospital will provide you with a gown and non-skid socks

4. **Bring with you Day of surgery:**
   - CPAP/BiPap
   - Co-Pay if instructed
   - Contact case and solution and/or glasses with case
   - Your list of medications indicating the date/time of last dose taken.
   - Picture identification and insurance cards

5. Additional Information

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/21/2023

Page 1262

Printed by 71334 at 8/21/24 10:12 AM

MC_003113

## Preferred Pharmacy (continued)

**Messages (continued)**

- You will need transportation from the hospital & a responsible person to be with you for 24 hours.
- Call your surgeon's office if you develop cold or flu symptoms or have additional questions regarding your surgery.

Instructions were reviewed with me and my questions have been addressed: Telephone screen Instructions sent via My Chart

**You are scheduled for an EKG at the Pre-anesthesia clinic at Allenmore hospital on 11/29/2023 at 8:20 AM. We will also complete your MRSA swab test. After the EKG we will send you down the hall to get your blood drawn. Please arrive 10 minutes prior to your scheduled appointment. Please follow the directions below for information on where to check in. Thank you!**

Allenmore Hospital Patient Registration located at Entrance #3, 1901 S. Union Ave, Tacoma, WA 98405. The entrance is located on Union Ave, next to Umpqua Bank. The parking lot at Entrance #3, is for patient and visitor parking. We are open Monday-Friday 8 AM-4 PM. We are closed daily for lunch from 12PM-1PM.

Once inside Entrance #3, please continue to the front desk and check in.

**When you arrive at the Lab:**
Sign-in and /or tell the receptionist the following;
"I'm from the Pre-Anesthesia Clinic and I have orders from... "

Once you are done in the Lab you are free to leave.
If there are any changes or additional requirements you will be contacted.

**Jayne RN, BSN, PCCN**| Surgical Screener
West Pierce Regional Pre Admit / Pre Anesthesia Clinic
**Allenmore Hospital | MultiCare Health System**
**Phone: 253.459.6877 | Fax: 253.459.6218**
**Address: 1901 South Union Ave, Tacoma, WA, 98405**

**YOUR ANESTHESIA CARE**

Guiding you through surgery safely and comfortably is our priority. Your anesthesia care will be either personally provided by one of our physician anesthesiologists (M.D./D.O.), or by a care team including a physician anesthesiologist and a nurse anesthetist (CRNA). Although you may have received a phone call or had a preoperative anesthesia appointment, you will also meet your physician anesthesiologist prior to surgery.

**Options for Your Anesthesia**
Your anesthesiologist will discuss available options for your anesthesia, based on your medical condition, the type of surgery you are having, and what is safest for you. Often, there is only one "best" option. In some cases, your anesthesia team may combine different types of anesthesia, described below, to provide you the best anesthetic care.

**General Anesthesia** makes you completely unaware of your surroundings and the pain of surgery. It may include inhaled and injected medicines. It usually requires insertion of a breathing tube or an airway device to ensure that you breathe safely during surgery.

**Regional Anesthesia** involves numbing medicines (local anesthetics) that numb or "block" sensation where you are having surgery. It is particularly well-suited for surgery involving an arm or leg, but can also help

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Visit date: 11/21/2023

Page 1263                                            Printed by 71334 at 8/21/24 10:12 AM

MC_003114

## Preferred Pharmacy (continued)

Messages (continued)

in surgery of the chest or abdomen. Regional anesthesia is usually combined with either sedation or general anesthesia.

**Sedation** involves the use of injected medicines that relax you and make you less aware. Sedation is frequently used for short procedures such as endoscopies (colonoscopy, upper GI endoscopy).

### What are the Risks?
All surgery and anesthesia involve some degree of risk. The type of surgery and your medical condition are important factors that determine your level of risk. Your anesthesiologist carefully considers these risks when tailoring your anesthetic plan. Your anesthesia care team will continually monitor you while you are under anesthesia, to ensure that you are safe and that you receive appropriate doses of anesthetics.

### What are the common side effects?
As with all medicines, anesthetics may have side effects. Common side effects of **general anesthesia** include sleepiness, grogginess, nausea ("sick stomach") or vomiting, and sore throat from airway devices. Nausea can be reduced in many cases by anti-nausea medicines that you will receive during and after surgery. If you have a past history of nausea after surgery, please tell your anesthesia providers, and they will tailor your care to minimize it.

Common side effects of **regional anesthesia** include temporary numbness and weakness in the part of your body that has received the numbing medicine. This may feel strange, but it is a sign that the anesthesia is working, and will help provide post-surgery pain relief! Your sense of hot and cold in the numbed area is also temporarily altered, so you must be careful not to leave ice packs or heating pads on that area for long periods of time while the numbness persists. As the numbness wears off, it is normal to feel a "pins and needles" sensation. You may go home with a long-acting nerve block to help with pain relief for several days after surgery; if so, you will receive special instructions about it.

We wish you well, and we look forward to taking care of you!

If you have any questions or concerns, please call the Pre-Anesthesia Clinic at 253-459-6877.

Patient Instructions

None

ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/21/2023

Page 1264

Printed by 71334 at 8/21/24 10:12 AM

MC_003115

**11/20/2023 - PREANESTH CLINIC PHONE CALL in Allenmore Hospital Pre Admit Clinic**

**MultiCare Health System**          **ALLENMORE HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 312868782

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 11/20/2023 2359 | 714663665 | O | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                  **Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Work Phone | Not on file. |
| | | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | LAROCQUE,LINDA J | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

---

### Primary Insurance

| **Name of Insurance:** | PSR AETNA PRIME | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | 02/09/1958 | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### Accident Information

**Accident Type:**

---

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Adm: 11/20/2023, D/C: 11/20/2023

Page 1265          Printed by 71334 at 8/21/24 10:12 AM

MC_003116

## 11/20/2023 - PREANESTH CLINIC PHONE CALL in Allenmore Hospital Pre Admit Clinic (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

|||||||||||||||||||||||||||

### Hospital Account

| Name | Acct ID | Class | Status |
|------|---------|-------|--------|
| Larocque, Linda J | 714663665 | Outpatient | Closed |

### Reason for Visit

#### Visit Diagnosis
- Pre-op testing (primary) [Z01.818]

### Visit Information

#### Department

| Name | Address | Phone | |
|------|---------|-------|--|
| Allenmore Hospital Pre Admit Clinic | 1901 South Union Tacoma WA 98405 | 253-459-6877 | |

### Call Information

| | Provider | Department | Center |
|--|----------|------------|--------|
| 11/20/2023 9:10 AM | AH PRE ANES PH 8 | AH PRE ANESTHESIA CLINIC | AH |

### Events

#### Hospital Outpatient at 11/20/2023 2359
Unit: Allenmore Hospital Pre Admit Clinic
Patient class: Outpatient

#### Discharge at 11/20/2023 2359
Unit: Allenmore Hospital Pre Admit Clinic
Patient class: Outpatient

### Medication List

#### Medication List
This visit has been closed. A record of the med list at the time of the visit is not available.

## Results                                                                      (Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## 11/20/2023 - PREANESTH CLINIC PHONE CALL in Allenmore Hospital Pre Admit Clinic (continued)

### EKG

MC_003117

## 11/20/2023 - PREANESTH CLINIC PHONE CALL in Allenmore Hospital Pre Admit Clinic (continued)

### EKG (continued)

#### EKG (Cancel Held)

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Jaynee Krzywicki, RN 11/20/23 0902
Authorized by: Zachary B Adler, MD
Frequency: Routine Once 11/20/23 0915 - 1 occurrence
Quantity: 1
Diagnoses
Pre-op testing [Z01.818]

##### Indications

Pre-op testing [Z01.818 (ICD-10-CM)]

## Preferred Pharmacy

### Visit Pharmacy

MULTICARE 003 ALLENMORE OUTPT PHARMACY

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 1901 S. Union TACOMA WA 98405 | 8:30am-5pm Monday-Friday, closed for lunch 1-1:30pm |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-459-6746 | 253-459-6251 |

### Other Orders - Orders

#### Nsg Complete

**COLLECT POCT - BLOOD GLUCOSE Preop POCT blood glucose if: • Known diabetic or BMI > 30 (inpatient or outpatient) • Age > 45 AND inpatient / overnight stay Notify anesthesiologist for blood glucose > 180 or < 70. [739064074] (Cancel Held)**

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Jaynee Krzywicki, RN 11/20/23 0902
Authorized by: Zachary B Adler, MD
Frequency: STAT Once 11/20/23 0915 - 1 occurrence
Quantity: 1
Order comments: Preop POCT blood glucose if: • Known diabetic or BMI > 30 (inpatient or outpatient) • Age > 45 AND inpatient / overnight stay Notify anesthesiologist for blood glucose > 180 or < 70.

### Flowsheets

#### LACE+ Score

| Row Name | 11/30/23 0050 | | | | |
|---|---|---|---|---|---|
| OTHER | | | | | |
| LACE+ Readmission Risk Score | 30 -SB | | | | |

#### Preop Screening

| Row Name | 11/20/23 0910 | 11/20/23 0858 | | | |
|---|---|---|---|---|---|

ALLENMORE HOSPITAL          Larocque, Linda J
1901 S UNION AVE            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702        Adm: 11/20/2023, D/C: 11/20/2023

Page 1267                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003118

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

Preop Screening

| Type Of Contact | Preop Phone Call - JK | Preop Phone Call - JK |
|---|---|---|
| Contact made | Left Message 📄 253-273-7247 -JK | Left Message 📄 253-273-7247 -JK |
| Date history reviewed last | — | 11/20/23 -JK |
| Arrival Time Verified | — | 12/4/2023 -JK |
| Surgical Procedure (Include laterality) | — | REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (702053) left, TOTAL KNEE REVISION; Regional, Adductor canal block (701328) left -JK |

**User Key**                                                   (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| SB | Scheduler Batch | — | — |
| JK | Jaynee Krzywicki, RN | Registered Nurse | Nursing |

**Messages**

**Appointment Missed**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart Last Read in MyChart Not Read | Larocque, Linda J | 11/21/2023 11:20 PM |

Appointment Information:
    Visit Type: PREANESTH CLINIC PHONE CALL
        Date: 11/20/2023
            Dept: Allenmore Hospital Pre Admit Clinic
            Provider: AH PRE ANES PH 8
            Time: 9:10
            Length: 40 min

Appt Status: No Show

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 11/3/2023 4:00 PM |

| ALLENMORE HOSPITAL | Larocque, Linda J |
|---|---|
| 1901 S UNION AVE | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| TACOMA WA 98405-1702 | Adm: 11/20/2023, D/C: 11/20/2023 |

Page 1268                                                   Printed by 71334 at 8/21/24 10:12 AM

MC_003119

## Preferred Pharmacy (continued)

**Messages (continued)**

Last Read in MyChart
11/4/2023 1:38 PM by Linda J Larocque

Appointment Information:
Visit Type: PREANESTH CLINIC PHONE CALL
Date: 11/20/2023
Dept: Allenmore Hospital Pre Admit Clinic
Provider: AH PRE ANES PH 8
Time: 9:10 AM
Length: 40 min

Appt Status: Scheduled

**Patient Instructions**

None

MC_003120

## 11/06/2023 - MyChart Secure Pt Message in MultiCare Orthopedics & Sports Medicine - Tacoma

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 312965110

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 11/6/2023 | | | No service for | |

**Admitting Physician:**    **Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 66 year old
**DOB:** 2/9/1958 (65 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

---

### *Primary Insurance*

**Name of Insurance:**    **Group Name:**
**Subscriber Name:**    **Group #:**
**Subscriber DOB:**    **Ins ID#:**
**Pt Relationship to Sub:**

---

### *Secondary Insurance*

**Name of Insurance:**    **Group Name:**
**Subscriber Name:**    **Group #:**
**Subscriber DOB:**    **Ins ID#:**
**Pt Relationship to Sub:**

---

### *Accident Information*

**Accident Type:**

---

ALLENMORE BUILDING C    Larocque, Linda J
3124 S 19TH ST    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702    Visit date: 11/6/2023

Page 1270    Printed by 71334 at 8/21/24 10:12 AM

MC_003121

## 11/06/2023 - MyChart Secure Pt Message in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Injury Date:
Place of Injury:

8/21/2024 10:12 AM

Medical Records use only -(HAR ID)
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

| Encounter Provider |
|---|
| Chart My |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/6/2023 8:27 AM | Chart My | MC ORTHO & SPORTS TAC | MOSMTAC |

| Results | | (Order ) |
|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

## Messages

### Surgery Information and Key Dates (Dr. Adler)

| From | To | Sent and Delivered |
|---|---|---|
| Annie Vega V | Larocque, Linda J | 11/6/2023  8:27 AM |

Last Read in MyChart
11/6/2023 10:26 AM by Linda J Larocque

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda J Larocque,

You have been scheduled for surgery with Zachary Adler, MD
Your surgery schedule is as follows:

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 11/6/2023

Page 1271                                          Printed by 71334 at 8/21/24 10:12 AM

MC_003122

## Preferred Pharmacy (continued)

**Messages (continued)**

**Pre-Admit Phone Call** on 11/20/23 at 9:10 am with a nurse from Allenmore Hospital.
- *The phone call will be +/- 15 minutes of the appointed call time.*
- *The pre-admit call will take approximately 30 minutes, registration will take approximately 5-10 minutes.*
- *The phone call will involve a review of your medical/surgical history, medications, medication allergies and completion of the chart for the hospital.*
- *Please be sure to have medications or medication list and insurance cards available at the time of the phone call.*

**Pre-Op Appointment** - *MultiCare Orthopedics at Allenmore Hospital Building C - 3124 S. 19th St. Ste 340, Tacoma WA 98405* on 11/22/23 at 8:30 am with Shane Turner, PA-C.

**SURGERY** - at Allenmore Hospital - 1901 S. Union Ave. Tacoma WA 98405, Entrance 3 on 12/4/23.

**A REPRESENTATIVE FROM ALLENMORE HOSPITAL WILL CALL WITH YOUR CHECK IN TIME 24-48 HOURS PRIOR TO YOUR SURGERY TO NOTIFY YOU OF YOUR CHECK IN TIME. If they have been unable to reach you by 4pm the business day before your surgery, please call them at 253-459-6600.**

**Post-Op Appointment** - *MultiCare Orthopedics at Allenmore Hospital Building C - 3124 S. 19th St. Ste 340, Tacoma WA 98405* on 12/22/23 at 3:15 pm with Shane Turner, PA-C

If you have any questions regarding your surgery, please call Annie at 253-459-7024.

<<<Please contact me ASAP if your insurance changes prior to surgery. If you fail to do so, your surgery may be canceled and/or you may be held financially responsible for all charges incurred.

### Patient Surgery Instructions

#### 1-2 Weeks Before Surgery

Arrange for transportation home from the hospital. You must have someone drive you home from the hospital, even with minor surgeries. The hospital will not release you without a driver.

Arrange for crutches or a walker, if you will need them after surgery. If you are unsure, please call your surgeon to discuss.

Discontinue the use of Advil, Aleve, Ibuprofen, and other NSAID's a minimum of five days prior to surgery.

#### The Day Before Surgery

Regular meals can be eaten - limit volume/fatty/gassy foods for your recovery comfort. No alcohol.

Inspect the surgical area closely. If you notice a scratch or injury close to the area where you are having surgery, call your surgeon before NOON to discuss.

Shower or bathe as desired.

If you have been instructed to apply chlorhexidine wipes to the surgical area, please see additional

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 11/6/2023
Page 1272     Printed by 71334 at 8/21/24 10:12 AM

MC_003123

## Preferred Pharmacy (continued)

**Messages (continued)**

instructions for application. Do not apply deodorant, perfume, powder or make-up, **and** do not re-shower or bathe on the day of surgery.

Verify your pre-arranged transportation home from the hospital.

*..... @ MIDNIGHT: STOP ALL FOOD AND DRINKS!........*
No coffee, tea, Jell-O, candy, lozenges, chewing tobacco/snuff, gum, etc.
This is for your medical safety and health.

### The Day of Surgery

No food or drinks of any kind. If instructed, may take morning meds with small sip of water only.

If you have not been instructed to apply chlorhexidine wipes to the surgical area, feel free to shower or bathe. Do not apply deodorant, perfume, powder or make-up.

Dress in loose, easy on/off clothing to accommodate bandages following surgery. Wear **flat,** easy-on/off shoes, but **NO** flip-flops. Leave all valuables at home.

After surgery your medication prescriptions will be filled and awaiting pick-up at the hospital pharmacy. Please pick them up before heading home.

### After Surgery

If you are not on a blood thinner following lower limb surgery, we advise the use of the TED hose or compression stockings for up to 6 weeks following surgery and 2 adult aspirin 325 mg daily for 3 weeks following surgery for DVT prophylaxis.

If you have any **travel plans within 6 weeks after your lower extremity surgery,** please make sure to notify us immediately.

**Patient Instructions**

None

ALLENMORE BUILDING C      Larocque, Linda J
3124 S 19TH ST            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702      Visit date: 11/6/2023
Page 1273                                      Printed by 71334 at 8/21/24 10:12 AM

MC_003124

## 11/06/2023 - External Document in MultiCare Health Information

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**   **MRN:** 172930
**CSN:** 314773433

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 11/6/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | | Telephone Information: | |
| | | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**                             **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

**Accident Type:**

MULTICARE CALL CENTER     Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 11/6/2023

Page 1274                                 Printed by 71334 at 8/21/24 10:12 AM

MC_003125

## 11/06/2023 - External Document in MultiCare Health Information (continued)

**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Health Information | 419 South L Street MS: 419-2-CN Tacoma WA 98405-3799 | 800-342-9919 | 253-403-4948 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/6/2023 5:41 PM | HIM SCANNED DOCUMENT | HEALTH INFORMATION | MHS CALL CEN |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 11/6/2023

Page 1275                                         Printed by 71334 at 8/21/24 10:12 AM

MC_003126

## 11/06/2023 - External Document in MultiCare Health Information (continued)

**Documents**

### Referral Attachment - Scan on 11/22/2023 1721: Referral Attachment

Scan (below)

172930 LAROCQUE, LINDA J

MVMPR202U1MAP01     11/6/2023 11:52:38 AM AEST   PAGE   2/004  Fax Server

 **aetna** PO Box 14876
Lexington KY  40512-4876

ZACHARY ADLER
3124 South 19th Street Suite C340
Tacoma, WA 98405

01/06/2023

Member Name  LINDA J LAROCQUE
Member ID  101724898200
Member Date of Birth  02/09/1958
Reference Number  231004023815
Requesting Provider:     ZACHARY B ADLER
Requested Provider(s):    ZACHARY B ADLER
                          TACOMA GENERAL HOSPITAL

Dear LINDA J LAROCQUE,

**WE'VE APPROVED YOUR HEALTH CARE SERVICES**

We have received the request for coverage for the following service from the above
practitioner/provider  This notice is to inform you that the coverage for the requested service has been
approved, subject to the requirements in this letter

**Authorized service:**
27350-PATELLECTOMY/HEMIPATELLECTOMY, LT-Left side (used to identify procedures
performed on the left side of the body)

**Number of authorized services:**
1 Time(s)

**Authorization valid from/to:**
12/04/2023 - 12/04/2023

**Authorized service:**
27487, REVJ TOT KNEE ARTHRP FEM&ENTIRE TIBIAL COMPONE, LT, Left side (used to
identify procedures performed on the left side of the body)

Aetna
Y0001_NR_3032_17780b_2020_C 04/2020                    Page 1

mrn
172930

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 11/6/2023

Page 1276                                    Printed by 71334 at 8/21/24 10:12 AM

MC_003127

## 11/06/2023 - External Document in MultiCare Health Information (continued)

### Documents (continued)

172930  LAROCQUE, LINDA J

MVMPR202U1MAP01        11/6/2023 11:52:36 AM AEST  PAGE   3/004  Fax Server

**Number of authorized services:**
1 Time(s)

**Authorization valid from/to:**
12/04/2023 - 12/04/2023

**Authorized service:**
0150, Room & board ward general classification, Surgical

**Number of authorized services:**
1 Day(s)

**Authorization valid from/to:**
12/04/2023 - 12/04/2023

**Authorized service:**
27381, SUTR INFRAPATELLAR TDN 2 RCNSTJ W/FSCAL/TDN GRF; LT, Left side (used to identify procedures performed on the left side of the body)

**Number of authorized services:**
1 Time(s)

**Authorization valid from/to:**
12/04/2023 - 12/04/2023

**How we made our coverage decision**
We use nationally recognized clinical guidelines and resources, such as Medicare National Coverage Determinations (NCD), Medicare Local Coverage Determinations (LCD) and Medicare Benefit Policy Manual to support these coverage decisions.

**Coverage approvals**
We've approved coverage for the requested services based on the following.

• You're eligible for coverage under the plan.
• Your plan provides coverage for this service (doesn't determine whether you've exhausted this benefit)
• Services meet the criteria for medical necessity

Any additional services that are not listed in this letter may also need authorization and or precertification. For more information, call us at the number on your ID card

Prior authorization/precertification requests are reviewed for medical necessity and plan benefits  All prior authorizations/precertifications are administered in accordance with applicable federal law

**We protect your privacy**
Protecting the privacy of member health information is our top priority. If you call us with questions, we'll confirm your identity first. We ask for your name, ID number and date of birth

Aetna
Y0001_NR_3032_17780b_2020_C 04/2020                        Page 2

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299     Visit date: 11/6/2023
                         Printed by 71334 at 8/21/24 10:12 AM

MC_003128

## 11/06/2023 - External Document in MultiCare Health Information (continued)

### Documents (continued)

172930 LAROCQUE, LINDA J

MVMPR2O2U1MAPO1    11/6/2023 11:52:36 AM AEST  PAGE  4/004  Fax Server

**Report fraud or abuse:**
If you suspect fraud or abuse involving your health benefits, call our toll-free hotline at
1-800-338-6361 or email us at aetnasiu@aetna.com.

**We're here to help**
If you have questions, just call us at 1-800-282-5366, (TTY. 711). We're available 8 a.m. to 8 p.m., 7
days a week.

Sincerely,

Aetna

Information for both participating and non-participating provider/practitioner: Please confirm the
member's eligibility prior to service  The service is authorized only if the member is eligible at the time
of service.

Information only for non-participating provider/practitioner: Reimbursement to non-participating
providers will be based on Medicare laws, rules and regulations.  Medicare regulations generally
provide that non-participating providers must accept, as payment in full, the amounts that the provider
could collect if the Medicare Advantage plan member were enrolled in original Medicare. (See, 42
C F R § 422.214(a)).

All payments made to non-participating providers are subject to the CMS payment policies applicable
to original Medicare.

See Evidence of Coverage for a complete description of plan benefits, exclusions, limitations and
conditions of coverage. Plan features and availability may vary by service area.

Participating physicians, hospitals and other health care providers are independent contractors and
are neither agents nor employees of Aetna. The availability of any particular provider cannot be
guaranteed, and provider network composition is subject to change.

Aetna
Y0001_NR_3032_17780b_2020_C 04/2020                    Page 3

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

MC_003129

**11/06/2023 - External Document in MultiCare Health Information (continued)**

## Medication List (continued)

### Active at the End of Visit

#### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

#### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299      Visit date: 11/6/2023

Page 1279                                   Printed by 71334 at 8/21/24 10:12 AM

MC_003130

## 11/06/2023 - External Document in MultiCare Health Information (continued)

**Medication List (continued)**

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Daniel Guerra, MD | Ordered on: 11/8/2023 |
| Start date: 11/8/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 11/7/2024 | |

MULTICARE CALL CENTER    Larocque, Linda J
419 SOUTH L STREET    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299    Visit date: 11/6/2023

Page 1280      Printed by 71334 at 8/21/24 10:12 AM

MC_003131

| 11/06/2023 - External Document in MultiCare Health Information (continued) |
|---|

**Medication List (continued)**

**Stopped in Visit**
> None

| Results | | | (Order ) |
|---|---|---|---|

## END OF IMAGING QUESTIONNAIRE REPORT

| Preferred Pharmacy |
|---|

**Patient Instructions**
> None

MULTICARE CALL CENTER   Larocque, Linda J
419 SOUTH L STREET   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98415-0299   Visit date: 11/6/2023

Page 1281     Printed by 71334 at 8/21/24 10:12 AM

MC_003132

**11/04/2023 - MyChart Rx Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**     **MRN:** 172930
                                        **CSN:** 312906516

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/4/2023 | | | No service for | |

**Admitting Physician:**                 **Chief Complaint:** Refill Request
                                         **Adm Dx:**

                                         Gestational Age: <None>

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone     Not on file. |
| | | Work Phone     Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile          253-273-7247 |
| **Age:** | 66 year old | **Employer:** |
| **DOB:** | 2/9/1958 (65 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD     **Employer Phone:**
**Referring Physician:**                            **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | **Group Name:** | |
| **Subscriber Name:** | **Group #:** | |
| **Subscriber DOB:** | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | |

### Accident Information

MULTICARE LAKEWOOD     Larocque, Linda J
CLINIC                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW        Visit date: 11/4/2023
LAKEWOOD WA 98499-2767

Page 1282                                Printed by 71334 at 8/21/24 10:12 AM

MC_003133

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Norco-dup), onset date 11/4/2023

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Incoming Web

| | Provider | Department | Center |
|---|---|---|---|
| 11/4/2023 1:41 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 11/6/2023 1253

| Author: Kaela W Davidson | Service: — | Author Type: — |
|---|---|---|
| Filed: 11/06/23 1254 | Encounter Date: 11/4/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

**Norco - Duplicate - Surescript order: Unable to deselect drug. Pharmacist please remove drug and close encounter**
*Last Prescribed on  10/05/2023, #160, R 0 - 3 rx's sent to same pharmacy*
**Receipt confirmed by pharmacy (10/5/2023 11:06 AM PDT)**

Electronically signed by Kaela W Davidson at 11/06/23 1254

#### Telephone Encounter by Kaela W Davidson at 11/6/2023 1254

| Author: Kaela W Davidson | Service: — | Author Type: — |
|---|---|---|
| Filed: 11/06/23 1254 | Encounter Date: 11/4/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/4/2023

Page 1283

Printed by 71334 at 8/21/24 10:12 AM

MC_003134

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | | |
|---|---|---|---|
| Pending Prescriptions: | Disp | Refills | hydrocodone-acetaminophen (NORCO) 10-325 *160 Ta*0 Sig: Take 1-2 |

Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).------------------------------------------------------

--------

Electronically signed by Kaela W Davidson at 11/06/23 1254

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/4/2023

Page 1284

Printed by 71334 at 8/21/24 10:12 AM

MC_003135

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023
Refill: 3 refills by 7/2/2024

Ordered on: 7/3/2023
Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD
Start date: 7/6/2023
Quantity: 120 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 7/6/2023
End date: 12/7/2023
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 7/11/2023
Quantity: 180 Capsule

Discontinued on: 2/13/2024

Ordered on: 7/11/2023
End date: 2/13/2024
Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 9/14/2023
Refill: 2 refills by 9/13/2024

Ordered on: 9/14/2023
Quantity: 100 Tablet

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 10/5/2023
Quantity: 15 Tablet

Discontinued on: 12/7/2023

Ordered on: 10/5/2023
End date: 12/7/2023
Refill: 2 refills by 4/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 11/4/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 10/5/2023
End date: 12/7/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 12/4/2023
Quantity: 160 Tablet

Discontinued on: 12/7/2023

Ordered on: 10/5/2023
End date: 12/7/2023
Refill: No refills remaining

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/4/2023

Page 1285

Printed by 71334 at 8/21/24 10:12 AM

MC_003136

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent and Delivered |
|---|---|---|
| Kaela W Davidson | Larocque, Linda J | 11/6/2023 12:54 PM |
| Last Read in MyChart | | |
| 11/7/2023 7:46 AM by Linda J Larocque | | |

Hello,

Please contact your pharmacy. Your prescription was sent 10/5 with a fill-date for November and the receipt confirmed by your pharmacy as indicated below. Thank you.

**Receipt confirmed by pharmacy (10/5/2023 11:06 AM PDT)**

Medication Renewal Request

| MULTICARE LAKEWOOD CLINIC<br>5700 100th St SW<br>LAKEWOOD WA 98499-2767 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 11/4/2023 |
|---|---|

Page 1286

Printed by 71334 at 8/21/24 10:12 AM

MC_003137

## Preferred Pharmacy (continued)

**Messages (continued)**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 11/4/2023 1:41 PM |

Refills have been requested for the following medications:

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab [Rachel D Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/4/2023

Page 1287

Printed by 71334 at 8/21/24 10:12 AM

MC_003138

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 312906461

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 11/4/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

| | | | |
|---|---|---|---|
| **Primary Care Physician:** | Rachel D Dawson, MD | **Employer Phone:** | |
| **Referring Physician:** | | **Occupation:** | |

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Secondary Insurance

| | | |
|---|---|---|
| **Name of Insurance:** | | **Group Name:** |
| **Subscriber Name:** | | **Group #:** |
| **Subscriber DOB:** | | **Ins ID#:** |
| **Pt Relationship to Sub:** | | |

### Accident Information

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 11/4/2023 |

Printed by 71334 at 8/21/24 10:12 AM

MC_003139

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Xanax-dup), onset date 11/4/2023

#### Visit Diagnosis

- **RECURR DEPR PSYCHOS-MOD (primary) [F33.1]**

### Visit Information

#### Provider Information

**Encounter Provider**

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Incoming Web

| | Provider | Department | Center |
|---|---|---|---|
| 11/4/2023 1:40 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 11/6/2023 1251

| Author: Kaela W Davidson | Service: — | Author Type: — |
|---|---|---|
| Filed: 11/06/23 1252 | Encounter Date: 11/4/2023 | Status: Signed |
| Editor: Kaela W Davidson | | |

### Xanax - Duplicate - Surescript order: Unable to deselect drug, Pharmacist please remove drug and close encounter
*Last Prescribed on 10/05/2023, #15, R 2 - sent to same pharmacy*
**Receipt confirmed by pharmacy (10/5/2023 11:15 AM PDT)**

Electronically signed by Kaela W Davidson at 11/06/23 1252

#### Telephone Encounter by Kaela W Davidson at 11/6/2023 1252

| Author: Kaela W Davidson | Service: — | Author Type: — |
|---|---|---|
| Filed: 11/06/23 1252 | Encounter Date: 11/4/2023 | Status: Signed |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/4/2023

MC_003140

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Editor: Kaela W Davidson
Pending Prescriptions:          Disp   Refills  alprazolam (XANAX) 0.25 MG Tab          15 Tab*2          Sig: Take 1 Tablet by
mouth three times a day as        needed for anxiety.---------------------------------------------------------------------

Electronically signed by Kaela W Davidson at 11/06/23 1252

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019          Action: Patient taking differently
Quantity: 1 Each          Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an
assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021          Quantity: 1 Each
Refill: No refills remaining

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

##### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW          Visit date: 11/4/2023
LAKEWOOD WA 98499-2767

Page 1290          Printed by 71334 at 8/21/24 10:12 AM

MC_003141

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/4/2023

Page 1291

Printed by 71334 at 8/21/24 10:12 AM

MC_003142

## 11/04/2023 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

**Stopped in Visit**

None

## Results                                                                    (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent and Delivered |
|---|---|---|
| Kaela W Davidson | Larocque, Linda J | 11/6/2023 12:52 PM |
| Last Read in MyChart | | |
| 4/5/2024 12:54 PM by Linda J Larocque | | |

Hello,

Please contact your pharmacy. Your prescription sent 10/5 has additional refills remaining and the receipt confirmed by your pharmacy as indicated below.   Thank you.

**Receipt confirmed by pharmacy (10/5/2023 11:15 AM PDT)**

Medication Renewal Request

MC_003143

## Preferred Pharmacy (continued)

### Messages (continued)

| From | To | Sent |
|------|----|----|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool | 11/4/2023  1:40 PM |

Refills have been requested for the following medications:

   alprazolam (XANAX) 0.25 MG Tab [Rachel D Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

### Patient Instructions

   None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/4/2023

Page 1293

Printed by 71334 at 8/21/24 10:12 AM

MC_003144

## 11/03/2023 - Telephone in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 312869648

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/3/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Appointment
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 66 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Secondary Insurance

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/3/2023

Page 1294

Printed by 71334 at 8/21/24 10:12 AM

MC_003145

## 11/03/2023 - Telephone in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Appointment, onset date 11/3/2023

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Call

|  | Provider | Department | Center |
|---|---|---|---|
| 11/3/2023 4:04 PM | Amy J Goodwin, MA | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Amy J Goodwin, MA at 11/3/2023 1604

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 11/03/23 1604 | Encounter Date: 11/3/2023 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

----- Message from Cherrylyn Antolin sent at 11/3/2023  3:56 PM PDT -----
Regarding: AWV Scheduling
Contact: Linda
Pt Name: Linda J Larocque

Name of Caller: Linda

Relationship to Patient:Self

Preferred Contact Number:  253-273-7247

Preferred Call Back Time:Anytime

PCP: Rachel D Dawson, MD

Reason for call:Linda is needing guidance on scheduling her AWV as she's having a leg surgery on December 4th and will be in cast for 6 weeks. She's wondering if it's best to have the AWV prior (availability is on Dec) or after surgery (with or without cast). Please give her a call back. Thank you.

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/3/2023

Page 1295

Printed by 71334 at 8/21/24 10:12 AM

MC_003146

## 11/03/2023 - Telephone in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Duration of concern: N/A
Would you like a response via My Chart: Yes
Okay to leave a message if voicemail is reached: Yes
Educate: Please be advised that return calls from the clinic may take up to 24 - 48 hours:Yes

Cherrylyn Antolin. 11/3/2023. 3:57 PM

Electronically signed by Amy J Goodwin, MA at 11/03/23 1604

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 11/7/2023 1121

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 11/07/23 1122 | Encounter Date: 11/3/2023 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Called And Spoke with patient states Things Are Much More relaxed And Will Schedule After the sugery And She is Recovered .

Electronically signed by Sarah A Tryon, LVN/LPN at 11/07/23 1122

**Medication List**

### Medication List

> (i) This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/3/2023

Page 1296

Printed by 71334 at 8/21/24 10:12 AM

MC_003147

## 11/03/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

### senna (SENNA, SENOKOT) 8.6 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Chew and swallow 1 Tablet by mouth twice daily. | |
| Authorized by: Alexandria Bones, PA-C | Ordered on: 6/27/2023 |
| Start date: 6/27/2023 | End date: 12/7/2023 |
| Quantity: 84 Tablet | Refill: No refills remaining |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Selam T Estefanos, ARNP | Ordered on: 7/3/2023 |
| Start date: 7/3/2023 | Quantity: 90 Tablet |
| Refill: 3 refills by 7/2/2024 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 7/6/2023 | End date: 12/7/2023 |
| Quantity: 120 Tablet | Refill: 11 refills by 7/5/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/6/2023 |
| Start date: 8/5/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Kimberly J Comito, PHARM D | Discontinued on: 2/13/2024 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/11/2023 |
| Start date: 7/11/2023 | End date: 2/13/2024 |
| Quantity: 180 Capsule | Refill: 1 refill by 7/10/2024 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 9/14/2023 |
| Start date: 9/14/2023 | Quantity: 100 Tablet |
| Refill: 2 refills by 9/13/2024 | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/3/2023

Page 1297

Printed by 71334 at 8/21/24 10:12 AM

MC_003148

## 11/03/2023 - Telephone in Lakewood Family Practice (continued)

**Medication List (continued)**

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 12/7/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 10/5/2023 | End date: 12/7/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/2/2024 |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 11/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/5/2023 |
| Start date: 12/4/2023 | End date: 12/7/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/31/2024 |
| Instructions: Inject 1.8 mg under the skin once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/23/2023 |
| Start date: 10/23/2023 | End date: 1/31/2024 |
| Quantity: 27 mL | Refill: No refills remaining |

**Stopped in Visit**

None

**Results** (Order )

# END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

| | MULTICARE LAKEWOOD CLINIC<br>5700 100th St SW<br>LAKEWOOD WA 98499-2767 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 11/3/2023 |
|---|---|---|

Page 1298

Printed by 71334 at 8/21/24 10:12 AM

MC_003149

## Preferred Pharmacy (continued)

**Pharmacy Contact (continued)**

**Patient Instructions**

    None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/3/2023

Page 1299

Printed by 71334 at 8/21/24 10:12 AM

MC_003150

## 11/02/2023 - Office Visit in Lakewood Family Practice

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 310381096

### *Account Information*

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 11/2/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Anxiety; Chronic Pain Ma* |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### *Patient Information*

**Home Address:**  6824 S Park Ave
Tacoma WA 98408-5509

**SSN:**  xxx-xx-5145
**Age:**  66 year old
**DOB:**  2/9/1958 (65 yrs)
**Sex:**  female
**Marital Status:**  Married

Telephone Information:
Home Phone     Not on file.
Work Phone     Not on file.
Mobile          253-273-7247
**Employer:**
No address on file.

**Primary Care Physician:**  Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### *Guarantor Information*

**Guarantor Relationship to Pt:**  Self
**Guarantor Name:**
**Guarantor Address:**  6824 S PARK AVE
TACOMA, WA 98408-5509
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**  P/F
**Acct ID:**  6338966

**DOB:**  2/9/1958

### *Primary Insurance*

**Name of Insurance:**  PSR AETNA PRIME
**Subscriber Name:**  LAROCQUE,LINDA J
**Subscriber DOB:**
**Pt Relationship to Sub:**  Self

**Group Name:**
**Group #:**  000003-WA
**Ins ID#:**  101724898200

### *Secondary Insurance*

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### *Accident Information*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1300                                          Printed by 71334 at 8/21/24 10:12 AM

MC_003151

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Anxiety (Woudl like discuss change in medication due to increased anxiety )
- Chronic Pain Management
- Imm/Inj, onset date 11/2/2023

#### Visit Diagnoses

- **Chronic pain syndrome (primary) [G89.4]**
- Primary osteoarthritis of left knee [M17.12]
- Myofascial muscle pain [M79.18]
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.37]
- Primary osteoarthritis involving multiple joints [M15.9]
- Major depressive disorder, recurrent episode, moderate (CMS/HCC) [F33.1]
- Obstructive sleep apnea (adult) (pediatric) [G47.33]
- Need for vaccination [Z23]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/2/2023 12:30 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Nursing Note by Amy J Goodwin, MA at 11/2/2023 1230

| | | |
|---|---|---|
| Author: Amy J Goodwin, MA | Service: Family Medicine | Author Type: Medical Assistant |
| Filed: 11/02/23 1230 | Encounter Date: 11/2/2023 | Status: Signed |
| Editor: Amy J Goodwin, MA (Medical Assistant) | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1301

Printed by 71334 at 8/21/24 10:12 AM

MC_003152

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

## Chief Complaint
Patient presents with
- Anxiety
  *Woudl like discuss change in medication due to increased anxiety*

Additional Details: None

Medication list changes/discrepancies: Medication Comments documented by Amy J Goodwin, MA on 11/2/2023 at 1224.
Med list reviewed and verified with patient

Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride]  *palpitations* | |
| • Effexor [Venlafaxine]  *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride]  *fatigue* | |
| • Pravastatin  *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl]  *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Zoloft [Sertraline Hcl]  *ineffective* | |
| • Codeine Camsylate  *Ok with food* | Nausea and Itching, Pruritus |
| • Lipitor [Atorvastatin Calcium]  *myalgias* | Myalgia |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium]  *Gi upset* | Nausea |
| • Zocor [Simvastatin]  *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Amy J Goodwin, MA at 11/02/23 1230

**Progress Notes by Rachel D Dawson, MD at 11/2/2023 1230**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1302

Printed by 71334 at 8/21/24 10:12 AM

MC_003153

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
| Filed: 11/08/23 0958 | Encounter Date: 11/2/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

**CHRONIC NON-CANCER PAIN MANAGEMENT (OPIOID ANALGESIA):**
**WA State Mandated Periodic review - Revised Nov 1, 2012**

**CNCP OVERVIEW**
------------------------------------------------------------------------------------------*May Use In Problem List Overview*
Periodic 6 Month Review Date: 11/2/2023
Condition(s) for which opioid analgesic(s) have been prescribed:
(G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

Daily Maintenance opioid dose: hydrocodone 32 mg cymbalta 120 mg
Combined morphine equivalent dose: 32 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
------------------------------------------------------------------------------*May Use in Problem List Overview*

**HPI**
**Reason For Visit**
Linda is a 56 year old female who presents in follow-up for management of chronic non-cancer pain.

**Etiology of Pain**
New diagnostic information regarding etiology of chronic pain condition? NO
Sites of pain, analgesia and functional assessment:peg 444
Change in global pain since last visit: unchanged to slightly worse
**Functional & Behavioral Assessment**
Activities that pain prevents, or significantly limits: see above.
Activities that treatment enables: she is able to care for her spouse and do adls, but walking and lifting and standing are limited more now
Behaviors suggestive of abuse or misuse of the prescribed opioids? No

**Rx Review**
Adverse Rx events such as cognitive or functional decline: No
Other opioid related side effects:none
Home storage of pain medication: kept in her purse which is always either in her possession or hidden in her closet.
Prescription Monitoring Program: No irregularities

**Adjunctive Therapies:**  none currently except for chiropractic care

**MEDICAL HISTORY**

**Common Co-Occuring Conditions**
History of sleep apnea? Yes on cpap which she is using

---

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1303

Printed by 71334 at 8/21/24 10:12 AM

MC_003154

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

HIstory of depression or other psychiatic condition? Compliant w/ antidepressant and feels it is working - she is using the xanax to manage anxiety and does not feel she can do without this med
Aware of the risk of opiates with xanax
Wakes fatigued even after adequate sleep

**Patient Active Problem List**

| Diagnosis |
|---|
| • BENIGN HYPERTENSION |
| • CHONDROMALACIA PATELLAE |
| • PLANTAR FASCIITIS |
| • PLANTAR NERVE LESION |
| • OSTEOARTHROS NOS-UNSPEC |
| • FATTY INFILTRATION LIVER |
| • DIABETES MELLITUS TYPE II-UNCOMPL |
| • Malignant neoplasm of corpus uteri, except isthmus |
| • LUMBAGO |
| • VITAMIN D DEFICIENCY NOS |
| • LUMB/LUMBOSAC DISC DEGEN |
| • RECURR DEPR PSYCHOS-MOD |
| • LIPOID METABOL DIS NOS |
| • Other constipation |
| • Myofacial muscle pain |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • **colonoscopy & polypectomy | | 2008, 2013 |
| *due in august 2013* | | |
| • P foot/toes surgery proc unlisted | | 1999 |
| *mortons neuroma right* | | |
| • H/o hysterectomy total | | 2009/11 |
| *uterine cancer stage 1aG1 w bso lnd* | | |

**History**

| Social History | |
|---|---|
| • Marital Status: | Married |
| Spouse Name: | N/A |
| Number of Children: | N/A |
| • Years of Education: | N/A |
| **Occupational History** | |
| • Not on file. | |
| **Social History Main Topics** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1304

Printed by 71334 at 8/21/24 10:12 AM

MC_003155

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | | |
|---|---|---|---|---|
| • Alcohol Use: | | Yes | | |
| | | Comment: 1/mo | | |
| • Drug Use: | | No | | |
| • Sexual Activity: | | Yes | | |
| | Partners: | Male | | |
| | Birth Control/ Protection: | Surgical | | |
| | | Comment: married monogamous, vas | | |
| Other Topics | | Concern | | |
| • Not on file | | | | |
| Social History Narrative | | | | |
| • No narrative on file | | | | |

**ROS**
Review Of Systems
Skin: Negative
Eyes: Negative
Ears/Nose/Throat: Negative
Respiratory: Negative
Cardiovascular: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Musculoskeletal: see hpi
Neurologic: Negative
Psychiatric: see hpi
Hematologic/Lymphatic/Immunologic: Negative
Endocrine: Negative

**OBJECTIVE**
**Exam**

**Vitals:**

| | 05/25/22 1407 |
|---|---|
| BP: | 132/68 |
| Pulse: | 76 |
| Resp: | 16 |
| Temp: | 96.6 °F (35.9 °C) |
| Weight: | 262 lb (118.8 kg) |
| Height: | 5' 2" (1.575 m) |

general no acute distress
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
Lungs cta
Abd: soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
Ms significant psychosocial stressors
neck rom limited with grimacing
Knee romi but w/ discomfort and crepitus

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1305

Printed by 71334 at 8/21/24 10:12 AM

MC_003156

**11/02/2023 - Office Visit in Lakewood Family Practice (continued)**

**Clinical Notes (continued)**

wrist romi without discomfort
Back - romi
neg straight leg sign
motor strength 5/5
sensation intact to light touch
gait normal without limp
spine straight
mental status:  pt making positive plans

**Labs reviewed from this year**


**IMPRESSION**

(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc  (primary encounter diagnosis)
Comment:
Plan:

(G89.4) Chronic pain syndrome
Comment:
Plan: CHR PAIN,SUD UDS W/CONSLT, RISK 1 W/OUT THC


(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
Comment:
Plan: REFERRAL TO BEHAVIORAL HEALTH AND/OR SUBSTANCE
    USE DISORDER SERVICES


(M79.18) Myofascial muscle pain
Comment:
Plan:

(G47.33) Obstructive sleep apnea (adult) (pediatric)
Comment:
Plan:

(M89.49) Primary osteoarthritis involving multiple joints
Comment:
Plan:

(Z68.42) BMI 45.0-49.9, adult (CMS/HCC)
Comment:
Plan:

Fatigue  Multifactorial in etiology


Demonstrated compliance with agreed treatment plan? Yes

MULTICARE LAKEWOOD           Larocque, Linda J
CLINIC                                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                   Visit date: 11/2/2023
LAKEWOOD WA 98499-2767

Page 1306                                                           Printed by 71334 at 8/21/24 10:12 AM

MC_003157

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Treatment objectives are being met? yes
Changes in treatment plan indicated based on above review? No
CNCP Overview is reflected in the Problem List for "Chronic Pain" Yes


**PLAN**
**Treatment Objectives**
[X] Provide analgesia
[X] Self-care (AODL)
[X] Minimize need for visits to emergency department or urgent care clinics
[X] Minimize adverse events related to pain medication
[X] Comply with terms of treatment agreement
[x ] Maintain gainful employment
[X] Assist with care of family member(s)

**Education** *(Check those that apply)*
**[X]** Treatment plan is documented in patient instructions & printed AVS *(.PainTreatmentPlan)*
[X] Discussed requirement of pain medication safe storage
[X] Discussed requirement of photo ID for Rx pharmacy pickup
[ ] WA DOH pamphlet provided

**Consultation to Pain Specialist:** Has been seen by various specialists

**Lab Studies**
Urine Drug Screening: not done at this visit
Kidney and liver function have been assessed within past 12 months? Yes: normal

**Pain Agreements**
Signed pain agreement form is in patient record: Yes
changes made to the previous agreement: no
**Follow Up**
State mandated periodic reviews are required take place every 6 months for MED = 40 mg.
The frequency of periodic reviews was discussed with the patient.

More than 50% of the 30-minute visit was spent face-to-face with the patient in counseling and coordination of care.

Pt unable to stop using xanax, gets too anxious, uses on av 15 tabs per mo
No se w/ interactions w/ norco
Aware of increased risk falls, sedation but needs to cont this med

Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 11/08/23 0958


**Progress Notes by Rachel D Dawson, MD at 11/2/2023 1230**

| Author: Rachel D Dawson, MD | Service: Family Medicine | Author Type: Physician |
|---|---|---|
| Filed: 11/08/23 0958 | Encounter Date: 11/2/2023 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1307

Printed by 71334 at 8/21/24 10:12 AM

MC_003158

**11/02/2023 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

**CHRONIC NON-CANCER PAIN MANAGEMENT (OPIOID ANALGESIA):**
**WA State Mandated Periodic review - Revised Nov 1, 2012**

**CNCP OVERVIEW**
------------------------------------------------------------------------------------------------*May Use In Problem List Overview*
Periodic 6 Month Review Date: 11/2/2023
Condition(s) for which opioid analgesic(s) have been prescribed:
(G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

Daily Maintenance opioid dose: hydrocodone 32 mg cymbalta 120 mg
Combined morphine equivalent dose: 32 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
------------------------------------------------------------------------------------------------*May Use in Problem List Overview*

**HPI**
**Reason For Visit**
Linda is a 56 year old female who presents in follow-up for management of chronic non-cancer pain.

She had knee joint replacement and did well - but then
May 6 - went to fred meyers - knee slammed into the cart when it suddenly jammed - the sustained a patella tendon rupture and that led to the second surgery
Still wearing knee brace - this really set her back six weeks
Knee cap is not staying in position despite the second surgery so ortho has referred her to dr. Adler
She got clearance from cardiologist
She is really upset about what has happened
Very worried about her ultimate outcome
At least 3-4 night sa week trouble falling asleep
She is having to use a walker and knee brace
She is going to need to be in a full length leg cast for 12 weeks and then extensive rehab
She is now not sure who or how she is going to make it at home in the recovery process
She is having to use a bedside commode
Finances are tight due to medical expenses

Also had 3 teeth pulled
Additionally pet dog passed

She feels her husband is not supportive admits he is doing all he can to take care of himself
He watches too much tv
She tries to pray about it
She is listening to joyce meyers and other christian speakers to lift herself up
Her friends are all getting older and are not able to be there for her
Knows all her neighbors but they are all going through trials right now
She is trying to give away stuff

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1308

Printed by 71334 at 8/21/24 10:12 AM

MC_003159

**11/02/2023 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

**Etiology of Pain**
New diagnostic information regarding etiology of chronic pain condition? NO
Sites of pain, analgesia and functional assessment:peg 444
Change in global pain since last visit: due to knee and repeated surgeries - worse
**Functional & Behavioral Assessment**
Activities that pain prevents, or significantly limits: see above.
Activities that treatment enables: she is unable to care for her spouse and do adls, but with only limited walking and lifting and standing are limited now
Behaviors suggestive of abuse or misuse of the prescribed opioids? No

**Rx Review**
Adverse Rx events such as cognitive or functional decline: No
Other opioid related side effects:none
Home storage of pain medication: kept in her purse which is always either in her possession or hidden in her closet.
Prescription Monitoring Program: No irregularities

**Adjunctive Therapies:** orthopedic surgeon
**MEDICAL HISTORY**

**Common Co-Occuring Conditions**
History of sleep apnea? Yes on cpap which she is using
HIstory of depression or other psychiatic condition? Compliant w/ antidepressant and feels it is working - she is using the xanax to manage anxiety and does not feel she can do without this med
Aware of the risk of opiates with xanax
Wakes fatigued even after adequate sleep

**Patient Active Problem List**

| Diagnosis |
|---|
| • BENIGN HYPERTENSION |
| • CHONDROMALACIA PATELLAE |
| • PLANTAR FASCIITIS |
| • PLANTAR NERVE LESION |
| • OSTEOARTHROS NOS-UNSPEC |
| • FATTY INFILTRATION LIVER |
| • DIABETES MELLITUS TYPE II-UNCOMPL |
| • Malignant neoplasm of corpus uteri, except isthmus |
| • LUMBAGO |
| • VITAMIN D DEFICIENCY NOS |
| • LUMB/LUMBOSAC DISC DEGEN |
| • RECURR DEPR PSYCHOS-MOD |
| • LIPOID METABOL DIS NOS |
| • Other constipation |
| • Myofacial muscle pain |

| Past Surgical History | | |
|---|---|---|
| | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1309

Printed by 71334 at 8/21/24 10:12 AM

MC_003160

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • **colonoscopy & polypectomy | | 2008, 2013 |
| *due in august 2013* | | |
| • P foot/toes surgery proc unlisted | | 1999 |
| *mortons neuroma right* | | |
| • H/o hysterectomy total | | 2009/11 |
| *uterine cancer stage 1aG1 w bso lnd* | | |

### History

**Social History**

| | | |
|---|---|---|
| • Marital Status: | | Married |
| Spouse Name: | | N/A |
| Number of Children: | | N/A |
| • Years of Education: | | N/A |

**Occupational History**
- Not on file.

**Social History Main Topics**

| | | |
|---|---|---|
| • Smoking status: | | Never Smoker |
| • Smokeless tobacco: | | Never Used |
| • Alcohol Use: | | Yes |
| | Comment: 1/mo | |
| • Drug Use: | | No |
| • Sexual Activity: | | Yes |
| Partners: | | Male |
| Birth Control/ Protection: | Surgical | |
| | Comment: married monogamous, vas | |

| Other Topics | Concern |
|---|---|
| • Not on file | |

**Social History Narrative**
- No narrative on file

## ROS

Review Of Systems
Skin: Negative
Eyes: Negative
Ears/Nose/Throat: Negative
Respiratory: Negative
Cardiovascular: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Musculoskeletal: see hpi
Neurologic: Negative
Psychiatric: see hpi
Hematologic/Lymphatic/Immunologic: Negative
Endocrine: Negative

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1310

Printed by 71334 at 8/21/24 10:12 AM

MC_003161

**11/02/2023 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

## OBJECTIVE
## Exam
## Vitals:

| | 11/02/23 1225 |
|---|---|
| BP: | 119/76 |
| Pulse: | 88 |
| Resp: | 16 |
| Temp: | 36.4 °C (97.6 °F) |
| Weight: | 113.2 kg (249 lb 9.6 oz) |
| Height: | 1.66 m (5' 5.34") |

general no acute distress
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
Lungs cta
Abd: soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
Ms significant psychosocial stressors
neck rom limited with grimacing
Left knee in a leg brace
wrist romi without discomfort
Back -sitting comfortably, no pain behaviors

**Labs reviewed from this year**

## IMPRESSION
(G89.4) Chronic pain syndrome (primary encounter diagnosis)
Comment:
Plan:

(M17.12) Primary osteoarthritis of left knee
Comment:
Plan:

(M79.18) Myofascial muscle pain
Comment:
Plan:

(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
Comment:
Plan:

(M15.9) Primary osteoarthritis involving multiple joints
Comment:
Plan:

(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
Comment:

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1311

Printed by 71334 at 8/21/24 10:12 AM

MC_003162

**11/02/2023 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

Plan:

(G47.33) Obstructive sleep apnea (adult) (pediatric)
Comment:
Plan: compliant and seeing benefit

(Z23) Need for vaccination
Comment:
Plan: P  AIIV4 VACC INACTIVATED PRSRV FR 0.5ML DOS IM
    USE

Demonstrated compliance with agreed treatment plan? Yes
Treatment objectives are being met? yes
Changes in treatment plan indicated based on above review? No
CNCP Overview is reflected in the Problem List for "Chronic Pain" Yes

**PLAN**
**Treatment Objectives**
[X] Provide analgesia
[X] Self-care (AODL)
[X] Minimize need for visits to emergency department or urgent care clinics
[X] Minimize adverse events related to pain medication
[X] Comply with terms of treatment agreement
[x ] Maintain gainful employment
[X] Assist with care of family member(s)

**Education** *(Check those that apply)*
**[X]** Treatment plan is documented in patient instructions & printed AVS *(.PainTreatmentPlan)*
[X] Discussed requirement of pain medication safe storage
[X] Discussed requirement of photo ID for Rx pharmacy pickup
[ ] WA DOH pamphlet provided

**Consultation to Pain Specialist:** Has been seen by various specialists

**Lab Studies**
Urine Drug Screening: not done at this visit
Kidney and liver function have been assessed within past 12 months? Yes: normal

**Pain Agreements**
Signed pain agreement form is in patient record: Yes
changes made to the previous agreement: no
**Follow Up**
State mandated periodic reviews are required take place every 6 months for MED = 40 mg.
The frequency of periodic reviews was discussed with the patient.

More than 50% of the 30-minute visit was spent face-to-face with the patient in counseling and coordination of care.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1312

Printed by 71334 at 8/21/24 10:12 AM

MC_003163

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pt unable to stop using xanax, gets too anxious, uses on av 15 tabs per mo
No se w/ interactions w/ norco
Aware of increased risk falls, sedation but needs to cont this med

Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 11/08/23 0958


### Medication List

#### Medication List

⚠ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Action: Patient taking differently |
| Quantity: 1 Each | Refill: No refills remaining |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 2/26/2024 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2023 |
| Start date: 1/31/2023 | End date: 2/26/2024 |
| Quantity: 90 Capsule | Refill: No refills remaining |

**senna (SENNA, SENOKOT) 8.6 MG Tab**

| | |
|---|---|
| Discontinued by: Shane Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Shane Turner, PA-C | Ordered on: 2/9/2023 |
| Start date: 2/9/2023 | End date: 12/7/2023 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/9/2024 |

**aspirin 81 MG Chew Tab**

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1313

Printed by 71334 at 8/21/24 10:12 AM

MC_003164

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

Discontinued by: Shane Turner, PA-C                          Discontinued on: 12/7/2023
Instructions: Chew and swallow 1 Tablet by mouth twice daily.
Authorized by: Alexandria Bones, PA-C
Start date: 6/27/2023                                        Ordered on: 6/27/2023
Quantity: 84 Tablet                                         End date: 12/7/2023
                                                            Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Selam T Estefanos, ARNP
Start date: 7/3/2023                                         Ordered on: 7/3/2023
Refill: 3 refills by 7/2/2024                                Quantity: 90 Tablet

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Shane Turner, PA-C                          Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus.
Authorized by: Rachel D Dawson, MD                           Ordered on: 7/6/2023
Start date: 7/6/2023                                        End date: 12/7/2023
Quantity: 120 Tablet                                        Refill: 11 refills by 7/5/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C                          Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                           Ordered on: 7/6/2023
Start date: 8/5/2023                                        End date: 12/7/2023
Quantity: 160 Tablet                                        Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Kimberly J Comito, PHARM D                  Discontinued on: 2/13/2024
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                           Ordered on: 7/11/2023
Start date: 7/11/2023                                       End date: 2/13/2024
Quantity: 180 Capsule                                       Refill: 1 refill by 7/10/2024

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                           Ordered on: 9/14/2023
Start date: 9/14/2023                                       Quantity: 100 Tablet
Refill: 2 refills by 9/13/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD                         Discontinued on: 12/7/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD                           Ordered on: 10/5/2023
Start date: 10/5/2023                                       End date: 12/7/2023
Quantity: 15 Tablet                                         Refill: 2 refills by 4/2/2024

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C                          Discontinued on: 12/7/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD                           Ordered on: 10/5/2023
Start date: 11/4/2023                                       End date: 12/7/2023
Quantity: 160 Tablet                                        Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Shane Turner, PA-C                          Discontinued on: 12/7/2023

MULTICARE LAKEWOOD         Larocque, Linda J
CLINIC                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW           Visit date: 11/2/2023
LAKEWOOD WA 98499-2767

Page 1314                                          Printed by 71334 at 8/21/24 10:12 AM

MC_003165

## 11/02/2023 - Office Visit in Lakewood Family Practice (continued)

### Medication List (continued)

Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 12/4/2023
Quantity: 160 Tablet

Ordered on: 10/5/2023
End date: 12/7/2023
Refill: No refills remaining

#### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Rachel D Dawson, MD
Instructions: Inject 1.8 mg under the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 10/23/2023
Quantity: 27 mL

Discontinued on: 1/31/2024

Ordered on: 10/23/2023
End date: 1/31/2024
Refill: No refills remaining

### Stopped in Visit

#### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Rachel D Dawson, MD          Discontinued on: 11/2/2023

#### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD          Discontinued on: 11/2/2023

#### amoxicillin (AMOXIL) 500 MG Caps

Discontinued by: Rachel D Dawson, MD          Discontinued on: 11/2/2023

### Immunizations Given

Immunizations last reviewed by Amy J Goodwin, MA on 11/2/2023 1230

#### INFLUENZA IM ADJUVANTED IIV4

Administered by: Sarah A Tryon, LVN/LPN
Site: LEFT DELTOID
CVX code: 205
Next due date: 11/2/2024
Product: Fluad Quadrivalent
Expiration date: 5/10/2024

Administered on: 11/2/2023 1311
Route: Intramuscular
Scanned barcode: 0100370461123045

Manufacturer: Seqirus

Dose: 0.5 mL
NDC: 70461-123-04
VIS date: 8/6/2021

Lot number: 370677

##### Questionnaire

| Question | Answer |
|---|---|
| Date VIS Provided to Patient/Caregiver | 11/2/2023 |

## Results                                                                (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1315

Printed by 71334 at 8/21/24 10:12 AM

MC_003166

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

| Address | Hours |
|---------|-------|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|-----------|-----|
| 253-471-1730 | 253-471-3529 |

## Other Orders - Procedures

### Immunization/Injection

**P AIIV4 VACC INACTIVATED PRSRV FR 0.5ML DOS IM USE [7390640711] (Completed)**

Electronically signed by: **Sarah A Tryon, LVN/LPN on 11/02/23 1424**   Status: **Completed**
Ordering user: Sarah A Tryon, LVN/LPN 11/02/23 1424      Ordering provider: Rachel D Dawson, MD
Authorized by: Rachel D Dawson, MD                       Ordering mode: Per Protocol - NO COSIGN needed
Frequency: Routine 11/02/23 -                            Class: Normal
Quantity: 1
Diagnoses
Need for vaccination [Z23]

#### Indications

Need for vaccination [Z23 (ICD-10-CM)]

## Flowsheets

### Custom Formula Data

| Row Name | 11/02/23 1225 | | | | |
|----------|---------------|--|--|--|--|
| OTHER | | | | | |
| Ideal Body Weight | 127.39 lbs -AG | | | | |
| Adjusted Body Weight | 176.27 lbs -AG | | | | |
| % Over/Under Ideal Body Weight | 95.93 -AG | | | | |
| Predicted Body Weight | 57.782 -AG | | | | |
| Length (cm) | 166 cm -AG | | | | |
| IBW/kg (Calculated) Male | 62.28 kg -AG | | | | |
| IBW/kg (Calculated) Female | 57.78 kg -AG | | | | |
| BSA (Calculated - sq m) | 2.28 sq meters -AG | | | | |
| Vitals | | | | | |
| MAP (mmHg) | 90 mmHg -AG | | | | |
| BMI | | | | | |
| BMI (Calculated) | 41.09 -AG | | | | |
| Adult IBW/VT Calculations | | | | | |
| IBW/kg (Calculated) | 57.78 -AG | | | | |
| Low Range Vt | 346.68 mL/kg -AG | | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1316

Printed by 71334 at 8/21/24 10:12 AM

MC_003167

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

6mL/kg

| | |
|---|---|
| Adult Moderate Range Vt 8mL/kg | 462.24 mL/kg -AG |
| Adult High Range Vt 10mL/kg | 577.8 mL/kg -AG |

Vital Signs

| | |
|---|---|
| BMI (Calculated) | 41.09 -AG |

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 57.78 kg -AG |
| IBW/kg (Calculated) Male | 62.28 kg -AG |

**Encounter Vitals**

| Row Name | 11/02/23 1225 | | | |
|---|---|---|---|---|
| Enc Vitals | | | | |
| BP | 119/76 -AG | | | |
| Pulse | 88 -AG | | | |
| Resp | 16 -AG | | | |
| Temp | 36.4 °C (97.6 °F) - AG | | | |
| Temp src | Temporal -AG | | | |
| SpO2 | 97 % 📄 room air -AG | | | |
| Weight | 113.2 kg (249 lb 9.6 oz) -AG | | | |
| Height | 1.66 m (5' 5.34") 📄 Historical -AG | | | |
| Pain Score | FIVE/TEN -AG | | | |
| Pain Loc | LUMBAR -AG | | | |
| Pain Education | Yes -AG | | | |
| OTHER | | | | |
| BP Site | Right upper arm -AG | | | |
| Pt Position for BP | Sitting -AG | | | |
| Cuff Size | Large Adult -AG | | | |

**Patient Health Questionnaire-2/9**

| Row Name | 11/02/23 1423 | | | |
|---|---|---|---|---|
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | | | | |
| Little interest or pleasure in doing things | More than half the days -ST | | | |
| Feeling down, depressed, or hopeless | More than half the days -ST | | | |
| Patient Health Questionnaire-2 Score | 4 -ST | | | |
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | | | | |
| Trouble falling or staying asleep, or sleeping too | Nearly every day - ST | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1317

Printed by 71334 at 8/21/24 10:12 AM

MC_003168

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| much | |
| Feeling tired or having little energy | Nearly every day - ST |
| Poor appetite or overeating | More than half the days -ST |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days -ST |
| Trouble concentrating on things, such as reading the newspaper or watching television | Nearly every day - ST |
| Moving or speaking so slowly that other people could have noticed? Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual. | Several days -ST |
| Thoughts that you would be better off dead or hurting yourself in some way | Not at all -ST |
| Patient Health Questionnaire-9 Score | 18 -ST |

If you checked off any problems on this questionnaire so far,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Extremely difficult - ST |

**Patient Health Questionnaire-9**

| Row Name | 11/02/23 1423 | | | | |
|---|---|---|---|---|---|

Over the past 2 weeks, how often have you been bothered by any of the following problems?

| | |
|---|---|
| Little interest or pleasure in doing things | More than half the days -ST |
| Feeling down, depressed, or | More than half the days -ST |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1318

Printed by 71334 at 8/21/24 10:12 AM

MC_003169

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| hopeless | |
| Trouble falling or staying asleep, or sleeping too much | Nearly every day - ST |
| Feeling tired or having little energy | Nearly every day - ST |
| Poor appetite or overeating | More than half the days -ST |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | More than half the days -ST |
| Trouble concentrating on things, such as reading the newspaper or watching television | Nearly every day - ST |
| Moving or speaking so slowly that other people could have noticed? Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual. | Several days -ST |
| Thoughts that you would be better off dead or hurting yourself in some way | Not at all -ST |
| Patient Health Questionnaire-9 Score | 18 -ST |

If you checked off any problems on this questionnaire so far,

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Extremely difficult - ST |

### User Key
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| AG | Amy J Goodwin, MA | Medical Assistant | — |
| ST | Sarah A Tryon, LVN/LPN | Licensed Practical Nurse | Nursing |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1319

Printed by 71334 at 8/21/24 10:12 AM

MC_003170

**Preferred Pharmacy (continued)**

Flowsheets (continued)

Patient Instructions

# TREATMENT PLAN

I am being treated for the following medical condition(s): (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M17.12) Primary osteoarthritis of left knee
(M79.18) Myofascial muscle pain
(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
(M15.9) Primary osteoarthritis involving multiple joints
(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
(G47.33) Obstructive sleep apnea (adult) (pediatric)

I agree to use the following goals to determine whether the treatment of my pain is successful:
    a. A reduction in the overall mount of pain I experience.
    b. An increase in my level of specific physical activities that include: resume right leg and core exercises as possible w/ left leg limitations
    c. An increase in my level of specific social activities that include: no changes.
    d. Completion of specific additional diagnostic evaluations or treatments that
       include: I do not advise higher dose of opiates.

I would set things up at home so you can be downstairs during the 12 weeks in a leg cast
Ortho has not given her equipment orders
You are going to need a wheelchair
Once the office calls that surgery is on the books then you need to ask them for orders for the wheelchair

Drug therapy may be adjusted to meet your individual health needs.
Drug prescriptions will include the indication for their use.
The person picking up your prescriptions will be required to show a photo ID.
It is your responsibility to safeguard all medications and keep them is a secure location.
Other treatments or a rehabilitation program may be necessary at the discretion of your health care provider.

Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 11/02/23 1310


After Visit Summary

After Visit Summary (below)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1320

Printed by 71334 at 8/21/24 10:12 AM

MC_003171

# MultiCare 🔲

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958          📅 11/2/2023 12:36 PM  ♀ Lakewood Family Practice 253-792-6526

### Instructions from Rachel D Dawson, MD

Your personalized instructions can be found at the end of this document.



**Today's medication changes**

🔄 CHANGE how you take
**hydrocodone-acetaminophen** (Norco) — multiple changes
Changed by: Rachel D Dawson, MD

❌ STOP taking:
**amoxicillin** 500 MG Caps (AMOXIL)
Stopped by: Rachel D Dawson, MD

**diclofenac** 50 MG Tbec (Voltaren)
Stopped by: Rachel D Dawson, MD

Accurate as of November 2, 2023 1:15 PM
**See the end of the After Visit Summary for your complete, current medication list.**

### What's Next

You currently have no upcoming appointments scheduled.

### PCP

Primary Care Provider                Phone
Rachel D Dawson, MD                253-792-6526

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL
OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL
1-866-636-8584; IN INLAND NORTHWEST REGION CALL
1-509-233-5102

### Allergies as of 11/2/2023

|                                          | Reaction Type |
| ---------------------------------------- | ------------- |
| Actos [pioglitazone Hydrochloride]       | Side Effect   |
| Effexor [venlafaxine]                    | Intolerance   |
| Paxil [paroxetine Hydrochloride]         | Intolerance   |
| Pravastatin                              | Intolerance   |

### Today's Visit

You saw Rachel D Dawson, MD on Thursday November 2, 2023 for: Anxiety and Chronic Pain Management.
The following issues were addressed:
- Chronic pain syndrome
- Primary osteoarthritis of left knee
- Myofascial muscle pain
- Degeneration of lumbar or lumbosacral intervertebral disc
- Primary osteoarthritis involving multiple joints
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Obstructive sleep apnea (adult) (pediatric)

| Blood Pressure | BMI |
| --- | --- |
| 119/76 | 41.10 |
| Weight | Height |
| 249 lb 9.6 oz | 5' 5.34" |
| Temperature (Temporal) | Pulse |
| 97.6 °F | 88 |
| Respiration | Oxygen Saturation |
| 16 | 97% |

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                                    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                  Visit date: 11/2/2023
LAKEWOOD WA 98499-2767

MC_003172

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

### Allergies as of 11/2/2023 (continued)

| | Reaction Type |
|---|---|
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to
https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

MC_003173

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

### Your Medication List As of November 2, 2023 1:15 PM

(i) Always use your most recent med list.

| | |
|---|---|
| alprazolam 0.25 MG Tabs<br>Xanax<br>15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| Aspirin Low Dose 81 MG Chew<br>aspirin<br>84 Tablet | Chew and swallow 1 Tablet by mouth twice daily. |
| docusate sodium 100 MG Caps<br>Colace<br>60 Cap | Take 1 Cap by mouth twice daily. |
| duloxetine 60 MG Cpep<br>Cymbalta<br>180 Capsule | Take 1 Capsule by mouth twice daily. |
| hydrochlorothiazide 12.5 MG Caps<br>Microzide<br>90 Capsule | Take 1 Capsule by mouth once daily. |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt). |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>**November 4, 2023** |
| * hydrocodone-acetaminophen 10-325 MG Tabs<br>Norco<br>160 Tablet | Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).<br>**December 4, 2023** |
| hydrOXYzine hcl 25 MG Tabs<br>ATARAX<br>120 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus. |
| lisinopril 20 MG Tabs<br>PRINIVIL, ZESTRIL<br>100 Tablet | Take 1 Tablet by mouth once daily. |
| * OTHER<br>1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago<br>**According to our records, you may have been taking this medication differently.** |
| * OTHER<br>1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |

Linda J. Larocque (MRN: 172930) (CSN: 310381096) • Printed by [2217] at 11/2/2023 1:15 PM          Page 3 of 5  *Epic*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1323

Printed by 71334 at 8/21/24 10:12 AM

MC_003174

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Your Medication List (continued) as of November 2, 2023 1:15 PM

rosuvastatin 20 mg Tabs
Common name: Crestor
90 Tablet

Take 1 Tablet by mouth each evening.

senna 8.6 MG Tabs
Common name: SENNA, SENOKOT
30 Tablet

Take 1 Tablet by mouth once daily.

TechLite Pen Needles 31G X 8 MM Misc
Insulin Pen Needle
100 Each

Use With victoza injections

verapamil 240 MG Tbcr
Common name: CALAN SR
90 Tablet

Take 1 Tablet by mouth once daily.

Victoza 18 MG/3ML Sopn
Common name: liraglutide
27 mL

Inject 1.8 mg under the skin once daily.

✦ * This list has 5 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
· Change the type of medication you take
· Change a medication dose
· Stop a medication
· Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE S10
LAKEWOOD WA 98499-2767

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1324

Printed by 71334 at 8/21/24 10:12 AM

MC_003175

## Preferred Pharmacy (continued)

### After Visit Summary (continued)

Instructions from Rachel D Dawson, MD

#### TREATMENT PLAN

I am being treated for the following medical condition(s): (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M17.12) Primary osteoarthritis of left knee
(M79.18) Myofascial muscle pain
(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
(M15.9) Primary osteoarthritis involving multiple joints
(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
(G47.33) Obstructive sleep apnea (adult) (pediatric)

I agree to use the following goals to determine whether the treatment of my pain is successful:
    a. A reduction in the overall mount of pain I experience.
    b. An increase in my level of specific physical activities that include: resume right leg and core exercises as possible
w/ left leg limitations
    c. An increase in my level of specific social activities that include: no changes.
    d. Completion of specific additional diagnostic evaluations or treatments that
      include: I do not advise higher dose of opiates.

I would set things up at home so you can be downstairs during the 12 weeks in a leg cast
Ortho has not given her equipment orders
You are going to need a wheelchair
Once the office calls that surgery is on the books then you need to ask them for orders for the wheelchair

Drug therapy may be adjusted to meet your individual health needs.
Drug prescriptions will include the indication for their use.
The person picking up your prescriptions will be required to show a photo ID.
It is your responsibility to safeguard all medications and keep them is a secure location.
Other treatments or a rehabilitation program may be necessary at the discretion of your health care provider.

Rachel D Dawson, MD

### Letters

| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 11/2/2023 |

MC_003176

## Preferred Pharmacy (continued)

**Letters (continued)**

**Other by Rachel D Dawson, MD on 11/2/2023**

Status: Sent
Letter body:

## CHRONIC NON-CANCER PAIN MANAGEMENT AGREEMENT and
## INFORMED CONSENT

**Linda J Larocque**
**172930**

## INTRODUCTION

When possible, treatment for chronic pain should be effective and safe. Treatments might include physical therapy, massage, and exercise. Non-opioid drugs, or drugs that are not like morphine, may be used. Examples include Tylenol and Advil. Sometimes help for mental health and social issues is also required. Drugs that cause serious risk and side effects should usually not be used.

There are times when drugs with increased risk are needed to provide pain relief. The use of what are called opioid drugs may be needed. Opioids are drugs that decrease pain. Examples of opioids are Vicodin and Percocet. When opioids are used, patient and doctor must work as a team to decrease risks. Examples of risks include:

<u>Tolerance</u> – The body's reduced response to a set drug dose after prolonged use.

<u>Sensitization</u> – This means changes in the brain that result in an increase in how strongly you feel pain.

<u>Physical Dependence</u> – Withdrawal symptoms occur if the drug is stopped or the dose is reduced too quickly. You may get stomach cramps, diarrhea, and a runny nose. You may yawn a lot and feel like you have the flu. You may also feel irritable, have goose bumps, and have trouble sleeping.

<u>Addiction</u> – This is the constant, uncontrolled urge to seek and use a drug, even though it may cause physical, mental or social harm.

<u>Overdose</u> – A life-threatening (dangerous) state may occur if high doses are used. Mixing Opioids with other drugs that affect the brain may also cause overdose. This includes alcohol.

<u>Other Risks</u> – Many more side effects may occur. Some examples are nausea and vomiting, constipation, and sleepiness. You may have strange thoughts or dreams. Slow reaction times, a low sex drive, and drug allergies may occur.

Before a MultiCare provider prescribes you an opioid drug, you must agree to follow the terms below. This agreement is meant to reduce risks.

## CHRONIC PAIN MANAGEMENT AGREEMENT

I, Linda J Larocque, agree to comply with or follow these conditions:

1. I understand that opioids are meant to treat pain. These are controlled drugs. Doctors comply with state and federal laws when prescribing controlled drugs.
2. I agree to tell my MultiCare doctor about all drugs, past and present. This includes legal and illegal drugs, herbals, and alcohol. I will also tell my doctor if I am prescribed drugs from a different doctor. If I do not do this, I understand that my prescription for opioids may be stopped at once. I may not be able to get refills. I may no longer be allowed to seek care from MultiCare Medical Group doctors and clinics.
3. All prescriptions for opioids must come from <u>one source</u>. That source will be my doctor, Dr. Rachel D Dawson, MD. I may need a refill when my doctor is not available. In this case, a covering doctor may give me a full or a partial refill. The covering doctor may refuse a refill in some situations. I understand that it is the doctor's desire to give full refills when possible. However, the covering doctor does not know me as well as my own doctor. He or she has the duty to act carefully if doubts occur. I will try to contact my doctor's office a week before a

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1326

Printed by 71334 at 8/21/24 10:12 AM

MC_003177

## Preferred Pharmacy (continued)

**Letters (continued)**

prescription runs out. In no case will I contact my doctor's office in less than 3 days. This way, if something delays my refill I am not likely to run out. The job of prescribing may be turned over to a specialist or another qualified doctor at my clinic.

4. I agree to provide photo ID when picking up prescriptions or when having them filled.

5. I agree it is my responsibility to safeguard all medications. I will keep my pain medications in a locked container or other secure location. Note: **Avoid leaving house with full bottle/ container; rather, take only as many pills (or capsules) as you need for that day or trip. When travelling, keep this medication in a pharmacy-issued container.**

6. I agree to take the medicine only as prescribed. This means to use it as discussed with my doctor and to follow the written instructions on the drug label. Any change in use from what is written on the label should be discussed with my doctor.

7. I will not give my pain medicine to another person. I will not sell, hoard, or use my pain medicine in the wrong way.

8. I may not alter or change a prescription. I understand this is against the law. This may result in immediate termination (ending) of care from MultiCare Medical Group. Law enforcement may be notified.

9. I authorize the prescribing doctor to alert law enforcement if he or she has reason to believe I have broken the law.

10. I must continue to show proof that a set dose of opioid pain medicine is helping me. Examples include lower pain scores, and more physical and social activities. Better sleep, less depression, and better quality of life also show Opioids are helpful.

11. I agree to follow the advice of the prescribing doctor about stopping pain medication should he or she feel it wise to do so.

12. I agree to keep all appointments. I also agree to attend all follow-up visits as decided by my doctor. I will also attend all appointments for tests and/or consultations that my doctor believes are needed. My prescription refill may be denied if I do not keep these appointments. Termination of care from MultiCare Medical Group may also occur

13. I agree to follow medical advice about driving a motor vehicle and/or other hazardous activities. I understand that opioids slow reaction times. It is dangerous to drive a motor vehicle or operate motorized equipment while taking opioid pain drugs.

14. All pain drug prescriptions will be obtained from one pharmacy: Safeway in Tacoma. Changes in my pharmacy will be cleared with my doctor and written in my medical record.

15. Normally, a lost or stolen prescription or drugs does not mean I will get a replacement. A stolen prescription or drug is a crime. The patient must file a police report. A copy of the report must be given to the doctor before another prescription is given.

16. I authorize my doctor to share this agreement with local emergency departments, urgent care centers, and pharmacies. I give permission for my other doctors and pharmacies to report violations of this agreement back to my MultiCare doctor.

17. I will not use alcohol, illegal drugs, or other "controlled" drugs (like sleeping pills or anxiety-reducing drugs) without permission from my doctor.

18. I understand that a drug screen may be needed to make sure I am taking my Opioids as prescribed. A drug screen will also show if drugs other than those prescribed are being used. I agree that I will have a drug test at the doctor's request. Refusing a drug test will be considered a violation of this agreement.

19. I understand that opioids may be stopped if any of the following occur:
    - I develop side effects or other problems that my doctor or covering doctor thinks are of concern
    - I develop tolerance or loss of effect from this treatment. For example, I experience an increase in pain.
    - My everyday normal activities (physical, mental, or social) decrease
    - Improvement in the quality of my life stops
    - I show a pattern of requesting "emergency" pain drugs.
    - My doctors find I do not comply with any of the terms of this agreement.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1327

Printed by 71334 at 8/21/24 10:12 AM

MC_003178

## Preferred Pharmacy (continued)

### Letters (continued)

20. If a decision is made to stop the opioids, my doctor may provide a tapering schedule. This means decreasing the amount of medication. I will receive enough medication to complete the tapering schedule. If I cannot successfully follow the tapering schedule, I agree to enter a suitable treatment under the management of a drug addiction therapist.
21. I agree to work with the clinic staff in a cooperative and polite manner. Abusive or hostile behavior will not be tolerated
22. I understand that if I do not follow the terms of this agreement, the violation and the doctor's input will be entered into my medical record. Changes in the treatment plan will also be entered into the medical record

•

- **INFORMED CONSENT**

•
- By my signature below, I acknowledge I have read this agreement, understand it, and have had all my questions answered to my satisfaction. I voluntarily agree to comply with the conditions set forth above. I understand and agree that if I do not comply with any of the conditions set forth above, my opioid drugs may be stopped and I may be terminated as a patient of Rachel D Dawson, MD and the MultiCare Medical Group. This termination may be immediate.
•
- Patient Signature ............................................. Date 11/2/2023
- Linda J Larocque
•
- Provider Signature ........................................... Date 11/2/2023
- Rachel D Dawson, MD

### Messages

#### Appointment Scheduled

| From | To | Sent and Delivered |
|---|---|---|
| Bkg, Mychart | Larocque, Linda J | 10/10/2023  4:30 PM |
| Last Read in MyChart | | |
| Not Read | | |

Appointment Information:
    Visit Type: Video Visit
        Date: 11/7/2023
            Dept: Lakewood Family Practice
            Provider: Rachel D Dawson
            Time: 5:00 PM
            Length: 30 min

Appt Status: Scheduled

Appt Instructions:

Please see the updated instructions below as we have upgraded our video visit

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1328

Printed by 71334 at 8/21/24 10:12 AM

MC_003179

## Preferred Pharmacy (continued)

**Messages (continued)**

system.

This visit is a Video Visit, using a camera and audio. You will be able to
log-in for your appointment up to fifteen minutes before your appointment time.
To make the most of your appointment time and avoid technical issues during
your visit, please complete a hardware pre-check well in advance of your visit
by clicking this link from the device you will use for your visit.
https://mhstelehealth.avizia.com/#/techcheck

Instructions for MyChart Video Visits on a computer
The following web browsers are compatible with the video visit platform:
Google Chrome
Microsoft Edge (Chromium Version)
Safari

On your computer, log into MyChart: https://mychart.multicare.org/mymulticare.
Select the Visits icon at the top and select ECHECK-IN for the appropriate
appointment for your video visit.
After completing the eCheck-in process, you may be prompted to test your
hardware to ensure your computer audio and video functionalities work
appropriately.
Click on the Details button to open the appointment.
On the Appointment Details page, click Begin Video Visit.
The AmWell Video Portal will launch. Follow the instructions on the screen.
Your provider will join the Video Visit at the scheduled time. Click Accept to
allow your provider to join the call.

Instructions for MyChart Video Visits on a mobile device
The following mobile versions work the best with the MyChart app: iOS 12.0 or
newer or Android OS 9.0 or higher

1. On your mobile device, download and open the MyChart app.
2. Select the Visits icon and select the appropriate video visit.
3. Click Begin Visit to start appointment.
4. AmWell Video Portal will launch. Follow the instructions on the screen.
5. Your provider will join the Video Visit at the scheduled time. Click accept
to allow your provider to join the call.

If the web browser of your mobile device is not compatible with the video
software, you may be asked to download the AW Touchpoint app to support your
video call. Please follow on screen instructions for this step.

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 11/2/2023
LAKEWOOD WA 98499-2767

Page 1329                                           Printed by 71334 at 8/21/24 10:12 AM

MC_003180

## Preferred Pharmacy (continued)

**Messages (continued)**

Please be courteous to our staff and to other patients. If you must cancel your appointment, please do so as far in advance as possible.

For scheduling assistance, please call our MyChart Customer Support Team at 844-388-2356.

If you are still experiencing technical difficulties, please call your provider's office right away to schedule an alternative visit option, so we may provide your care as soon as possible.

**Patient Instructions**

## TREATMENT PLAN

I am being treated for the following medical condition(s): (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M17.12) Primary osteoarthritis of left knee
(M79.18) Myofascial muscle pain
(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
(M15.9) Primary osteoarthritis involving multiple joints
(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
(G47.33) Obstructive sleep apnea (adult) (pediatric)

I agree to use the following goals to determine whether the treatment of my pain is successful:
    a. A reduction in the overall mount of pain I experience.
    b. An increase in my level of specific physical activities that include: resume right leg and core exercises as possible w/ left leg limitations
    c. An increase in my level of specific social activities that include: no changes.
    d. Completion of specific additional diagnostic evaluations or treatments that
        include: I do not advise higher dose of opiates.

I would set things up at home so you can be downstairs during the 12 weeks in a leg cast
Ortho has not given her equipment orders
You are going to need a wheelchair
Once the office calls that surgery is on the books then you need to ask them for orders for the wheelchair

Drug therapy may be adjusted to meet your individual health needs.
Drug prescriptions will include the indication for their use.
The person picking up your prescriptions will be required to show a photo ID.
It is your responsibility to safeguard all medications and keep them is a secure location.
Other treatments or a rehabilitation program may be necessary at the discretion of your health care provider.

Rachel D Dawson, MD

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1330

Printed by 71334 at 8/21/24 10:12 AM

MC_003181

## Preferred Pharmacy (continued)

Patient Instructions (continued)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1331

Printed by 71334 at 8/21/24 10:12 AM

MC_003182

## 11/02/2023 - Health Maintenance Letter

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
                                          **CSN:** 312692527

---

### *Account Information*

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 11/2/2023 | | | No service for | |

**Admitting Physician:**       **Chief Complaint:**
                               **Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

| **Home Address:** | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 66 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (65 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:**   Rachel D Dawson, MD      **Employer Phone:**
**Referring Physician:**                               **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

---

### *Primary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

### *Secondary Insurance*

| **Name of Insurance:** | | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | | **Group #:** | |
| **Subscriber DOB:** | | **Ins ID#:** | |
| **Pt Relationship to Sub:** | | | |

---

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1332                                          Printed by 71334 at 8/21/24 10:12 AM

MC_003183

## 11/02/2023 - Health Maintenance Letter (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

8/21/2024 10:12 AM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Call Information

| | Department | Center |
|---|---|---|
| 11/2/2023 11:23 AM | | |

### Results         (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### Health Reminders

| From | To | Sent and Delivered |
|---|---|---|
| Chart My | Larocque, Linda J | 11/2/2023 11:23 AM |
| Last Read in MyChart | | |
| Not Read | | |

November 2, 2023

Linda J Larocque
6824 S Park Ave
Tacoma WA 98408-5509

Dear Linda:

In addition to helping you feel better when you are sick, we are interested in preventing illness and injury in the first place. In the spirit of maintaining your good health, our electronic system

---

TACOMA GENERAL    Larocque, Linda J
HOSPITAL    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 11/2/2023
WAY
TACOMA WA 98405-4234

Page 1333        Printed by 71334 at 8/21/24 10:12 AM

MC_003184

## Preferred Pharmacy (continued)

**Messages (continued)**

of reminders about your specific healthcare status, indicates that you are due for the following:

Annual Preventative Visit

You can schedule an appointment through MyChart Epichttp://healthmaint[Health Reminders] to make an appointment at your earliest convenience.

Please confirm the availability of a particular test or immunization with your healthcare provider's office prior to making an appointment. Additionally, it is your responsibility to confirm insurance coverage for any recommended screening test or immunization.

We look forward to seeing you soon.


Sincerely,


MyChart Team


**Patient Instructions**

None

TACOMA GENERAL
HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/2/2023

Page 1334

Printed by 71334 at 8/21/24 10:12 AM

MC_003185

# MultiCare

MC_003214

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda, J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail |
|---|---|---|
| 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com |

| PCP |
|---|
| Rachel D Dawson, MD |

## Allergies as of 06/18/2025

### PIOGLITAZONE HYDROCHLORIDE *(Code: 33738,116097005,395828009)*

| | | |
|---|---|---|
| Noted On: 05/30/2007 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: Palpitations | |

### VOLTAREN [DICLOFENAC SODIUM] *(Code: 3355,7034005,62039007,108515008,425650004,426714006)*

| | | |
|---|---|---|
| Noted On: 12/19/2007 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: Nausea | |

### PAXIL [PAROXETINE HYDROCHLORIDE] *(Code: 32937,96214003,372595009,420495003,1269153001,411000220105)*

| | | |
|---|---|---|
| Noted On: 08/20/2009 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: | |

### CODEINE CAMSYLATE *(Code: 2670,261000,1476002,387494007,725666006,766880009,1268991009)*

| | | |
|---|---|---|
| Noted On: 11/05/2009 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: Nausea,Itching, Pruritus | |

### LIPITOR [ATORVASTATIN CALCIUM] *(Code: 83366,108601004,373444002,725658002,1268949007)*

| | | |
|---|---|---|
| Noted On: 04/04/2011 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: Myalgia | |

### ZOCOR [SIMVASTATIN] *(Code: 387584000)*

| | | |
|---|---|---|
| Noted On: 05/19/2011 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: | |

### EFFEXOR [VENLAFAXINE] *(Code: 39786,108434005,372490001)*

| | | |
|---|---|---|
| Noted On: 02/24/2015 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: | |

### PROZAC [FLUOXETINE HCL] *(Code: )*

| | | |
|---|---|---|
| Noted On: 04/30/2015 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: Agitation/Anxiety | |

### ZOLOFT [SERTRALINE HCL] *(Code: )*

| | | |
|---|---|---|
| Noted On: 07/15/2015 | Clinical Status: active | Category: |

Verification Status: confirmed          Reaction:

**METOPROLOL SUCCINATE [METOPROLOL]** *(Code: 6918,72770009,372826007,412432007,1240343008,1240360003,1240361004)*

| | | |
|---|---|---|
| Noted On: 05/23/2022 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: Fatigue | |

**PRAVASTATIN** *(Code: 42463,96306007,373566006)*

| | | |
|---|---|---|
| Noted On: 11/29/2022 | Clinical Status: active | Category: |
| Verification Status: confirmed | Reaction: | |

## Medications as of 06/18/2025

### OTHER

| | | |
|---|---|---|
| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 05/21/2019 |
| Effective Period : 05/21/2019 | Dose Quantity: | Route: |
| Method: | | |

Instructions: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

### OTHER

| | | |
|---|---|---|
| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 10/14/2021 |
| Effective Period : 10/14/2021 | Dose Quantity: | Route: |
| Method: | | |

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

### TECHLITE PEN NEEDLES 31G X 8 MM MISC

| | | |
|---|---|---|
| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 06/27/2023 |
| Effective Period : 06/27/2023 | Dose Quantity: | Route: |
| Method: | | |

Instructions: Use With victoza injections

### MISC. DEVICES MISC

| | | |
|---|---|---|
| Status: active | Authorized by: Shane L Turner, PA-C | Ordered On: 11/22/2023 |
| Effective Period : 11/22/2023 | Dose Quantity: | Route: |
| Method: | | |

Instructions: Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks.

### naloxone (NARCAN) 1 mg/mL intranasal kit

| | | |
|---|---|---|
| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 12/14/2023 |
| Effective Period : 12/14/2023 | Dose Quantity: 2 mL,2 mg | Route: Intranasal |
| Method: Apply | | |

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

### aspirin 81 mg chew tab

| | | |
|---|---|---|
| Status: active | Authorized by: | Ordered On: 05/24/2024 |

Effective Period : -      Dose Quantity: 1 Tablet,81 mg      Route: Oral

Method:

Instructions: Chew and swallow 1 Tablet by mouth once daily.

### OZEMPIC (2 MG/DOSE) 8 MG/3ML SC SOPN

| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 08/05/2024 |
| --- | --- | --- |
| Effective Period : 08/05/2024 | Dose Quantity: 2 mg | Route: Subcutaneous |
| Method: Inject | | |

Instructions: Inject 2 mg under the skin every week. E11.59

### rosuvastatin (CRESTOR) 20 mg tab

| Status: active | Authorized by: Daniel R Guerra, MD | Ordered On: 12/02/2024 |
| --- | --- | --- |
| Effective Period : 12/02/2024 | Dose Quantity: 1 Tablet,20 mg | Route: Oral |
| Method: Take | | |

Instructions: Take 1 Tablet by mouth each evening.

### hydrochlorothiazide (MICROZIDE) 12.5 mg cap

| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 01/28/2025 |
| --- | --- | --- |
| Effective Period : 01/28/2025 | Dose Quantity: 1 Capsule,12.5 mg | Route: Oral |
| Method: | | |

Instructions: Take 1 Capsule by mouth once daily.

### duloxetine (CYMBALTA) 60 mg cap

| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 01/31/2025 |
| --- | --- | --- |
| Effective Period : 01/31/2025 | Dose Quantity: 1 Capsule,60 mg | Route: Oral |
| Method: Take | | |

Instructions: Take 1 Capsule by mouth twice daily.

### hydrOXYzine hcl (ATARAX) 25 mg tab

| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 02/05/2025 |
| --- | --- | --- |
| Effective Period : 02/05/2025 | Dose Quantity: 1 Tablet,25 mg | Route: Oral |
| Method: Take | | |

Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

### alprazolam (XANAX) tab

| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 03/31/2025 |
| --- | --- | --- |
| Effective Period : 03/31/2025 | Dose Quantity: 1 Tablet,0.25 mg | Route: Oral |
| Method: Take | | |

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

### lisinopril (PRINIVIL, ZESTRIL) 20 mg tab

| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 04/03/2025 |
| --- | --- | --- |
| Effective Period : 04/03/2025 | Dose Quantity: 1 Tablet,20 mg | Route: Oral |
| Method: Take | | |

Instructions: Take 1 Tablet by mouth once daily.

**verapamil (CALAN SR) 240 mg tab SR**

| | | |
|---|---|---|
| Status: active | Authorized by: Rachel D Dawson, MD | Ordered On: 05/01/2025 |
| Effective Period : 05/01/2025 | Dose Quantity: 1 Tablet,240 mg | Route: Oral |
| Method: Take | | |

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

**tramadol (ULTRAM) 50 mg tab**

| | | |
|---|---|---|
| Status: active | Authorized by: Vanessa L Daniels, ARNP | Ordered On: 06/05/2025 |
| Effective Period : 06/05/2025 | Dose Quantity: 2 Tablet,100 mg | Route: Oral |
| Method: Take | | |

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain.

## Problem List as of 06/18/2025

### Chondromalacia of patella

| | | |
|---|---|---|
| Name: Chondromalacia of patella | Noted On: 03/31/2000 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

### Other bursitis disorders

| | | |
|---|---|---|
| Name: Other bursitis disorders | Noted On: 03/31/2000 | Clinical Status: resolved |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: RIGHT HIP | | |

### Plantar fascial fibromatosis

| | | |
|---|---|---|
| Name: Plantar fascial fibromatosis | Noted On: 03/31/2000 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

### Closed fracture of other tarsal and metatarsal bones

| | | |
|---|---|---|
| Name: Closed fracture of other tarsal and metatarsal bones | Noted On: 03/31/2000 | Clinical Status: resolved |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: STRESS | | |

### Lesion of plantar nerve

| | | |
|---|---|---|
| Name: Lesion of plantar nerve | Noted On: 03/31/2000 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: MORTON'S NEUROMA | | |

### Osteoarthritis

MC_003217

Name: Osteoarthritis
Noted On: 03/31/2000
Clinical Status: active

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note: L-5

**Essential hypertension, benign**

Name: Essential hypertension, benign
Noted On: 06/07/2000
Clinical Status: active

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note:

**DYSTHYMIC DISORDER**

Name: DYSTHYMIC DISORDER
Noted On: 07/24/2000
Clinical Status: resolved

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note:

**NASH (nonalcoholic steatohepatitis)**

Name: NASH (nonalcoholic steatohepatitis)
Noted On: 10/12/2004
Clinical Status: active

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note:

**Diabetes mellitus without complication (Multi-HCC)**

Name: Diabetes mellitus without complication (Multi-HCC)
Noted On: 09/20/2005
Clinical Status: active

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note:

**Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)**

Name: Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)
Noted On: 10/27/2009
Clinical Status: resolved

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note:

**Lumbago**

Name: Lumbago
Noted On: 06/28/2010
Clinical Status: resolved

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note:

**Unspecified vitamin D deficiency**

Name: Unspecified vitamin D deficiency
Noted On: 10/20/2011
Clinical Status: active

Category: Problem List Item
Resolved on:
Verification Status: confirmed

Note: 10/1/21 Regulatory import

**Degeneration of lumbar or lumbosacral intervertebral disc**

Name: Degeneration of lumbar or lumbosacral intervertebral disc

Noted On: 11/29/2011

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

**Degeneration of lumbar or lumbosacral intervertebral disc**

---

Name: Degeneration of lumbar or lumbosacral intervertebral disc

Noted On: 11/29/2011

Clinical Status: resolved

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

**Major depressive disorder, recurrent episode, moderate (CMS-HCC)**

---

Name: Major depressive disorder, recurrent episode, moderate (CMS-HCC)

Noted On: 11/29/2011

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

**Disorder of lipoid metabolism**

---

Name: Disorder of lipoid metabolism

Noted On: 02/21/2012

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

**Other constipation**

---

Name: Other constipation

Noted On: 11/30/2012

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

**Myofascial muscle pain**

---

Name: Myofascial muscle pain

Noted On: 02/01/2013

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

**Chronic pain**

---

Name: Chronic pain

Noted On: 12/24/2014

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note: Periodic 6 Month Review Date: 12/23/2024 Condition(s) for which opioid analgesic(s) have been prescribed: (G89.4) Chronic pain syndrome (primary encounter diagnosis) (M79.18) Myofascial muscle pain (M15.0) Primary osteoarthritis involving multiple joints Daily Maintenance opioid dose: ultram 250 to 300 mg total daily dose Combined morphine equivalent dose: 25 to 30 mg Opiod Risk Tool score: Moderate risk (4-7) Primary Prescriber: Rachel D Dawson, MD A

**Muscle pain**

---

Name: Muscle pain

Noted On: 07/09/2015

Clinical Status: resolved

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

## Obstructive sleep apnea (adult) (pediatric)

| | | |
|---|---|---|
| Name: Obstructive sleep apnea (adult) (pediatric) | Noted On: 07/23/2015 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

## Type 2 diabetes mellitus with other circulatory complications (Multi-HCC)

| | | |
|---|---|---|
| Name: Type 2 diabetes mellitus with other circulatory complications (Multi-HCC) | Noted On: 12/10/2015 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

## Essential hypertension

| | | |
|---|---|---|
| Name: Essential hypertension | Noted On: 10/06/2016 | Clinical Status: resolved |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

## Hammer toes, bilateral

| | | |
|---|---|---|
| Name: Hammer toes, bilateral | Noted On: 12/13/2016 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

## Bilateral carpal tunnel syndrome

| | | |
|---|---|---|
| Name: Bilateral carpal tunnel syndrome | Noted On: 12/13/2016 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

## SOB (shortness of breath)

| | | |
|---|---|---|
| Name: SOB (shortness of breath) | Noted On: 08/30/2021 | Clinical Status: active |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

## HFrEF (heart failure with reduced ejection fraction) (Multi-HCC)

| | | |
|---|---|---|
| Name: HFrEF (heart failure with reduced ejection fraction) (Multi-HCC) | Noted On: 08/30/2021 | Clinical Status: resolved |
| Category: Problem List Item | Resolved on: | Verification Status: confirmed |
| Note: | | |

## Equivocal stress test

| | | |
|---|---|---|
| Name: Equivocal stress test | Noted On: 10/21/2021 | Clinical Status: active |

MC_003220

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note:

### NSVT (nonsustained ventricular tachycardia) (Multi-HCC)

Name: NSVT (nonsustained ventricular tachycardia) (Multi-HCC)      Noted On: 10/21/2021      Clinical Status: resolved

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note:

### PSVT (paroxysmal supraventricular tachycardia) (HHS-HCC)

Name: PSVT (paroxysmal supraventricular tachycardia) (HHS-HCC)      Noted On: 06/30/2022      Clinical Status: active

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note:

### Retinal tear of left eye

Name: Retinal tear of left eye      Noted On: 11/29/2022      Clinical Status: active

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note: 11/2022 no sx found incidentally and tx w/ laser

### Degenerative joint disease of left knee

Name: Degenerative joint disease of left knee      Noted On: 02/08/2023      Clinical Status: resolved

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note:

### Status post total left knee replacement

Name: Status post total left knee replacement      Noted On: 02/28/2023      Clinical Status: active

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note: Replaced cliniacally inactive records

### Coronary artery disease involving native coronary artery of native heart without angina pectoris

Name: Coronary artery disease involving native coronary artery of native heart without angina pectoris      Noted On: 06/26/2023      Clinical Status: active

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note:

### Patellar tendon rupture, left, initial encounter

Name: Patellar tendon rupture, left, initial encounter      Noted On: 06/26/2023      Clinical Status: resolved

Category: Problem List Item      Resolved on:      Verification Status: confirmed

Note:

### Patellar tendon rupture, left, subsequent encounter

MC_003221

Name: Patellar tendon rupture, left, subsequent encounter

Noted On: 12/04/2023

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

### BMI 40.0-44.9, adult (CMS-HCC)

Name: BMI 40.0-44.9, adult (CMS-HCC)

Noted On: 02/08/2024

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

### Opioid use with opioid-induced disorder (Multi-HCC)

Name: Opioid use with opioid-induced disorder (Multi-HCC)

Noted On: 04/02/2024

Clinical Status: active

Category: Problem List Item

Resolved on:

Verification Status: confirmed

Note:

## Immunizations as of 06/18/2025

### TETANUS

Administered by:

Administered Dates(s): 01/01/1994

Lot Number:

Site:

Route:

Manufacturer:

Status: completed

### HEPATITIS B

Administered by:

Administered Dates(s): 09/22/1999

Lot Number:

Site:

Route:

Manufacturer:

Status: completed

### INFLUENZA INJECTION

Administered by:

Administered Dates(s): 11/22/1999

Lot Number:

Site:

Route:

Manufacturer:

Status: completed

### INFLUENZA INJECTION

Administered by: Tosch, Julianne, LPN

Administered Dates(s): 10/09/2000

Lot Number: U0400AA

Site: LEFT ANTERIOR DELTOID

Route: Intramuscular

Manufacturer: Pasteur Merieux Connaught

Status: completed

### INFLUENZA INJECTION

Administered by: Tosch, Julianne, LPN

Administered Dates(s): 10/16/2001

Lot Number: UO592AA

Site: LEFT DELTOID

Route: Intramuscular

Manufacturer: Aventis-Pasteur, INC.

Status: completed

### INFLUENZA INJECTION

| | | |
|---|---|---|
| Administered by: Tosch, Julianne, LPN | Administered Dates(s): 12/20/2005 | Lot Number: 63194 |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Chiron Corporation |
| Status: completed | | |

### PNEUMOCOCCAL POLYSACCHARIDE

| | | |
|---|---|---|
| Administered by: Anderson, Adrian, LPN | Administered Dates(s): 12/04/2007 | Lot Number: 1224U |
| Site: RIGHT DELTOID | Route: Subcutaneous | Manufacturer: Merck & Co |
| Status: completed | | |

### INFLUENZA INJECTION

| | | |
|---|---|---|
| Administered by: Anderson, Adrian, LPN | Administered Dates(s): 12/04/2007 | Lot Number: 80825 |
| Site: RIGHT DELTOID | Route: Intramuscular | Manufacturer: Novartis |
| Status: completed | | |

### INFLUENZA INJECTION

| | | |
|---|---|---|
| Administered by: Tryon, Sarah A, LVN/LPN | Administered Dates(s): 09/16/2009 | Lot Number: U3204AA |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Sanofi Pasteur |
| Status: completed | | |

### Tdap

| | | |
|---|---|---|
| Administered by: Tryon, Sarah A, LVN/LPN | Administered Dates(s): 09/16/2009 | Lot Number: C3246BA |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Sanofi Pasteur |
| Status: completed | | |

### H1N1 Influenza

| | | |
|---|---|---|
| Administered by: Tryon, Sarah A, LVN/LPN | Administered Dates(s): 12/09/2009 | Lot Number: 102124P1 |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Novartis |
| Status: completed | | |

### INFLUENZA INJECTION

| | | |
|---|---|---|
| Administered by: Tryon, Sarah A, LVN/LPN | Administered Dates(s): 09/15/2010 | Lot Number: AFLA580AA |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: GlaxoSmithKline |
| Status: completed | | |

### INFLUENZA IM NON-PF IIV3

| | | |
|---|---|---|
| Administered by: | Administered Dates(s): 09/15/2010 | Lot Number: |
| Site: | Route: | Manufacturer: |
| Status: completed | | |

### INFLUENZA INJECTION

| | | |
|---|---|---|
| Administered by: Tryon, Sarah A, LVN/LPN | Administered Dates(s): 10/20/2011 | Lot Number: AFLUA631AA |
| Site: RIGHT DELTOID | Route: Intramuscular | Manufacturer: GlaxoSmithKline |
| Status: completed | | |

### INFLUENZA IM NON-PF IIV3

Administered by:              Administered Dates(s): 10/20/2011    Lot Number:

Site:                        Route:                              Manufacturer:

Status: completed

**INFLUENZA INJECTION**

Administered by:              Administered Dates(s): 11/21/2012    Lot Number:

Site:                        Route:                              Manufacturer:

Status: completed

**INFLUENZA INJECTION**

Administered by: Tryon, Sarah A, LVN/LPN    Administered Dates(s): 11/20/2013    Lot Number: UH894AB

Site: LEFT DELTOID           Route: Intramuscular                Manufacturer: Sanofi Pasteur

Status: completed

**INFLUENZA IM NON-PF IIV3**

Administered by:              Administered Dates(s): 11/20/2013    Lot Number:

Site:                        Route:                              Manufacturer:

Status: completed

**INFLUENZA INJECTION**

Administered by: Tryon, Sarah A, LVN/LPN    Administered Dates(s): 11/25/2014    Lot Number: UT4993AA

Site: RIGHT DELTOID          Route: Intramuscular                Manufacturer: Sanofi Pasteur

Status: completed

**INFLUENZA IM NON-PF IIV3**

Administered by:              Administered Dates(s): 11/25/2014    Lot Number:

Site:                        Route:                              Manufacturer:

Status: completed

**INFLUENZA IM ccIIV3**

Administered by: Tryon, Sarah A, LVN/LPN    Administered Dates(s): 11/11/2015    Lot Number: 174274

Site: LEFT DELTOID           Route: Intramuscular                Manufacturer: Novartis

Status: completed

**INFLUENZA IM PF 3 YEARS+ IIV4**

Administered by: Tryon, Sarah A, LVN/LPN    Administered Dates(s): 10/05/2016    Lot Number: 29FD5

Site: LEFT DELTOID           Route: Intramuscular                Manufacturer: GlaxoSmithKline

Status: completed

**INFLUENZA IM PF 3 YRS+ (FLULAVAL 6 MOS+) IIV4**

Administered by: Tryon, Sarah A, LVN/LPN    Administered Dates(s): 10/17/2017    Lot Number: 7754T

Site: LEFT DELTOID           Route: Intramuscular                Manufacturer: GlaxoSmithKline

Status: completed

**INFLUENZA IM NON-PF ccIIV4 (FLUCELVAX)**

Administered by: Tryon, Sarah A, LVN/LPN    Administered Dates(s): 10/18/2018    Lot Number: 252672
Site: RIGHT DELTOID    Route: Intramuscular    Manufacturer: Seqirus
Status: completed

### INFLUENZA IM PF CCIIV4 (FLUCELVAX)

Administered by:    Administered Dates(s): 10/18/2018    Lot Number: 252672
Site: RIGHT DELTOID    Route: Intramuscular    Manufacturer: Unknown manufacturer
Status: completed

### Tdap

Administered by:    Administered Dates(s): 03/01/2019    Lot Number:
Site:    Route:    Manufacturer:
Status: completed

### ZOSTER RECOMBINANT VACCINE (SHINGRIX)

Administered by:    Administered Dates(s): 03/01/2019    Lot Number: ER5ZB
Site:    Route: Intramuscular    Manufacturer: GlaxoSmithKline
Status: completed

### Tdap (Adacel, Boostrix)

Administered by:    Administered Dates(s): 03/01/2019    Lot Number: U6202BA
Site:    Route: Intramuscular    Manufacturer: Sanofi Pasteur
Status: completed

### TDAP (ADACEL, BOOSTRIX) ADULT STATE SUPPLIED

Administered by:    Administered Dates(s): 03/01/2019    Lot Number:
Site:    Route:    Manufacturer:
Status: completed

### ZOSTER RECOMBINANT VACCINE (SHINGRIX)

Administered by:    Administered Dates(s): 05/19/2019    Lot Number: 739K3
Site:    Route: Intramuscular    Manufacturer: GlaxoSmithKline
Status: completed

### INFLUENZA IM PF 6 MOS+ IIV4

Administered by:    Administered Dates(s): 10/10/2019    Lot Number: LD42M
Site: Left Upper Arm for Sub-Q    Route: Intramuscular    Manufacturer: GlaxoSmithKline
Status: completed

### MMR

Administered by:    Administered Dates(s): 10/10/2019    Lot Number: S006646
Site: Left Upper Arm for Sub-Q    Route: Intramuscular    Manufacturer: Unknown manufacturer
Status: completed

### INFLUENZA IM PF 6 MOS+ IIV4

| Administered by: | Administered Dates(s): 08/29/2020 | Lot Number: |
| Site: | Route: | Manufacturer: |
| Status: completed | | |

## COVID-19 VACCINE, VECTOR-NR, RS-AD26 (JANSSEN, J&J) PF 0.5 ML

| Administered by: | Administered Dates(s): 04/09/2021 | Lot Number: 202A21A |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Unknown manufacturer |
| Status: completed | | |

## INFLUENZA IM PF 6 MOS+ IIV4

| Administered by: Tryon, Sarah A, LVN/LPN | Administered Dates(s): 10/14/2021 | Lot Number: 7LX9G |
| Site: RIGHT DELTOID | Route: Intramuscular | Manufacturer: GlaxoSmithKline |
| Status: completed | | |

## COVID-19 MRNA (MODERNA) 100 MCG/0.5 ML

| Administered by: | Administered Dates(s): 11/28/2021 | Lot Number: 065F21A |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Moderna |
| Status: completed | | |

## INFLUENZA IM PF CCIIV4 (FLUCELVAX)

| Administered by: Garley, Destiny, CMA | Administered Dates(s): 11/29/2022 | Lot Number: 348375 |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Seqirus |
| Status: completed | | |

## PCV-20 (PNEUMOCOCCAL)

| Administered by: Tryon, Sarah A, LVN/LPN,Simoneaux, Linda K, ARNP | Administered Dates(s): 02/15/2023 | Lot Number: GL3699 |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Pfizer |
| Status: completed | | |

## INFLUENZA IM ADJUVANTED IIV4

| Administered by: Tryon, Sarah A, LVN/LPN,Dawson, Rachel D, MD | Administered Dates(s): 11/02/2023 | Lot Number: 370677 |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Seqirus |
| Status: completed | | |

## HEP A/HEP B VACCINE (TWINRIX)

| Administered by: | Administered Dates(s): 05/16/2024 | Lot Number: |
| Site: | Route: | Manufacturer: |
| Status: completed | | |

## INFLUENZA IM HIGH DOSE IIV3

| Administered by: Tryon, Sarah A, LVN/LPN,Dawson, Rachel D, MD | Administered Dates(s): 12/23/2024 | Lot Number: UT8437AA |
| Site: LEFT DELTOID | Route: Intramuscular | Manufacturer: Sanofi Pasteur |
| Status: completed | | |

# 06/26/2023 - Pulse Heart Institute Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 06/26/2023 08:30:00 AM | 06/26/2023 08:45:00 AM | 274983098 |

| Hospital Area |
|---|
| Pulse Heart Institute Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003227

| | | |
|---|---|---|
| Author : Daniel Guerra, MD | Service: Cardiology - Interventional | Author Type : Physician |
| Filed : 06/26/2023 08:51 AM | Encounter Date : 06/26/2023 | Status : Signed |
| Editor : Daniel Guerra, MD (Physician) | | |

## CARDIOVASCULAR OFFICE VISIT & FOLLOW-UP

**PATIENT NAME:** Linda J Larocque
**PRIMARY CARE:** Rachel D Dawson, MD
**REFERRED BY:** Rachel D Dawson, MD

I had the pleasure of seeing Linda J Larocque for cardiovascular follow-up. I have placed my impression and plan immediately following this paragraph for your ease of reference.

**ASSESSMENT:**
Linda J Larocque is a 65 year old female who is here for follow up. The patient is doing well overall. The patient is stable from a cardiac standpoint. She has known coronary artery disease which is a stable chronic illness. Her Canadian Cardiovascular Society (CCS) angina classification is 0 (asymptomatic). The patient's blood pressure is 132/74 mmHg. She has known hypertension which is a stable chronic illness. The patient's blood pressure is fine today. She has known high cholesterol (hyperlipidemia) which is a stable chronic illness. She is tolerated 10 mg of rosuvastatin thus far. She has a history of paroxysmal supraventricular tachycardia and denies any prolonged symptoms recently.

**PLAN:**
- For her most important concern today we discussed her cholesterol.
- Continue current cardiac medications at current doses.
- Repeat lipid profile. If her LDL is not at goal I would consider increasing her rosuvastatin dose.
- Follow up in 6 to 9 months is fine, or sooner if problems arise.

----------------------------------------------------------------

**CARDIOVASCULAR PROBLEM LIST (PAST MEDICAL & SURGICAL HISTORY):**
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis confirmed by instantaneous wave-free ratio
- Hypertension
- Hyperlipidemia
Leg aching with pravastatin
Statin intolerance in the past
- Diabetes mellitus type 2
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Left bundle branch block
- Heart failure with mildly reduced ejection fraction
- Medically significant obesity

CARDIOVASCULAR MEDICINE & RADIOLOGY STUDIES:
- 8/12/21 echocardiogram: left ventricular chamber size is moderately enlarged, left ventricular systolic function is mildly reduced with a calculated ejection fraction is 43% by 3D, global longitudinal strain (GLS) is -16.3%, paradoxical septal motion consistent with a left bundle branch block, mild diastolic dysfunction, apical septum, mid inferoseptal, and mid anteroseptal segments are hypokinetic, mild mitral valve regurgitation and tricuspid regurgitation
- 8/30/21-9/28/21 KOH: 4 automatically triggered events. One episode of supraventricular tachycardia at 158 bpm noted that lasted 58 seconds. One 6 beat run of ventricular tachycardia noted. Patient triggered events (4) revealed sinus rhythm or sinus tachycardia.
- 10/4/21 cardiac PET nuclear stress test: medium area of moderate in severity, fixed defect in the inferoseptal, anteroseptal and apical segments. Quantitative findings: SRS (Sum Rest Score): 9, SSS (Sum Stress Score): 9, SDS (Sum Difference Score): 0, Total perfusion defect is 11%. Gated left ventricular systolic function at rest was 53% and stress was 54%
- 6/15/22 limited echocardiogram: left ventricular chamber size is mildly enlarged, LVEF is between 45-50%, paradoxical septal motion consistent with a left bundle branch block, mild concentric LVH with mild mitral and tricuspid valve regurgitation and no evidence of elevated pulmonary systolic pressure

*I personally reviewed, updated, and summarized the results of the unique tests noted above.*

**CHIEF COMPLAINT:** Coronary Artery Disease and Lipids

**SUBJECTIVE & HISTORY OF PRESENT ILLNESS:**
Linda J Larocque is a 65 year old female presenting for follow up. At her last visit with me I stopped her pravastatin and we started rosuvastatin 10 mg to see if she can tolerate that. I have reviewed the medical record in detail.

Today Linda tells me that she was able to tolerate rosuvastatin. The patient denies any symptoms of chest discomfort at rest or with exertion or unusual dyspnea on exertion. She has been dealing with a knee injury after her recent TKR and is going back to the OR today to repair her patella.

**CURRENT OUTPATIENT MEDICATIONS:**

Current Outpatient Medications

| Medication | Sig |
|---|---|
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg into the skin once daily. |
| • diclofenac (VOLTAREN) 50 MG Tab EC | Take 1 Tablet by mouth twice daily. |

MC_003228

- alprazolam (XANAX) 0.25 MG Tab — Take 1 Tablet by mouth three times a day as needed for anxiety.
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab — Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
- [START ON 7/3/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab — Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
- rosuvastatin (CRESTOR) 10 mg Tab — Take 1 Tablet by mouth each evening.
- meloxicam (MOBIC) 7.5 MG Tab — Take 1 Tablet by mouth once daily.
- ondansetron (ZOFRAN) 4 MG Tab — Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
- senna (SENNA, SENOKOT) 8.6 MG Tab — Take 1 Tablet by mouth once daily.
- hydrochlorothiazide (MICROZIDE) 12.5 MG Caps — Take 1 Capsule by mouth once daily.
- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles — Take 1 Capsule by mouth twice daily.
- verapamil (CALAN SR) 240 MG Tab CR — Take 1 Tablet by mouth once daily.
- hydrOXYzine hcl (ATARAX) 25 MG Tab — Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
- Insulin Pen Needle (PEN NEEDLES 31GX5/16") 31G X 8 MM Misc — Use With victoza injections
- Free Text Medication Entry (OTHER) — Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
- Free Text Medication Entry (OTHER) — cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria)
- docusate sodium (COLACE) 100 MG Caps — Take 1 Cap by mouth twice daily.

No current facility-administered medications for this visit.

**ALLERGIES:**

Patients documented allergies

| Allergen | Reactions |
| --- | --- |
| Actos [Pioglitazone Hydrochloride] | |
| *palpitations* | |
| Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| Metoprolol Succinate [Metoprolol] | Fatigue |
| Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| Zocor [Simvastatin] | |
| *myalgias* | |

MC_003229

**SOCIAL HISTORY:**
Social History

Tobacco Use

Smoking Status          Never
- Passive exposure:     Never

Smokeless Tobacco       Never

Vaping Use
- Vaping Use:                                            Not on file

*Pertinent additional social history, family history, and review of systems is documented in the history of present illness section of this record as well as in the electronic medical records separately.*

**PHYSICAL EXAMINATION:**
BP 132/74 | Pulse 88 | Ht 5' 6" (1.676 m) | Wt 240 lb (108.863 kg) | SaO2 97% | LMP 09/14/2009
Body mass index is 38.74 kg/m².
NECK: No elevation of jugular venous pressure.
CARDIOVASCULAR:
        AUSCULTATION: Regular. No murmur.
RESPIRATORY: Normal respiratory effort. No crackles.
EXTREMITIES: No significant right lower extremity edema. No significant left lower extremity edema.

**LABS:**

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| NA | 143 | 06/23/2023 01:15 PM |
| K | 4.1 | 06/23/2023 01:15 PM |
| CL | 111 (H) | 06/23/2023 01:15 PM |
| CO2 | 23 | 06/23/2023 01:15 PM |
| BUN | 17 | 06/23/2023 01:15 PM |
| CREA | 0.82 | 06/23/2023 01:15 PM |
| CREA | 0.66 | 02/09/2023 04:47 AM |
| GLU | 174 (H) | 06/23/2023 01:15 PM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| WBC | 5.70 | 09/02/2022 11:11 AM |
| HGB | 13.9 | 06/23/2023 01:15 PM |
| HCT | 41.2 | 06/23/2023 01:15 PM |
| HCT | 30.5 (L) | 02/09/2023 04:47 AM |
| PLT | 282 | 02/09/2023 04:47 AM |
| INR | 0.92 | 11/05/2009 03:23 PM |
| TSH | 2.1 | 08/17/2010 08:54 AM |

Lab Results

| Component | Value | Date |
|---|---|---|
| CHO | 185 | 02/10/2022 |
| LDLC | 100 | 02/10/2022 |
| HDLC | 53 | 02/10/2022 |
| TRIGC | 160 (H) | 02/10/2022 |
| SGPT | 18 | 09/02/2022 |
| SGOT | 19 | 09/02/2022 |

*I personally reviewed the results of the unique laboratory tests documented in this progress note.*

**ELECTROCARDIOGRAM (ECG):**
The patient did not have a new ECG performed this visit.

Please see the assessment and plan at the beginning of this progress note.

Sincerely,

Daniel R Guerra, MD FACC

Interventional Cardiology

Innovative Heart & Vascular Health Care
www.pulseheartinstitute.org
Puget Sound (253) 572-7320
Inland Northwest (509) 755-5500

**PATIENT NAME:** **Linda J Larocque**
**DATE OF BIRTH:** 2/9/1958
**EPIC MRN:** 172930

Electronically signed by Daniel Guerra, MD at 2023-06-26T15:51:59Z

**Nursing Note by Nicole B Syharath, MA at 06/26/2023 08:30 AM**

| | | |
|---|---|---|
| Author : Nicole B Syharath, MA | Service: | Author Type : Medical Assistant |
| Filed : 06/26/2023 08:28 AM | Encounter Date : 06/26/2023 | Status : Signed |
| Editor : Nicole B Syharath, MA (Medical Assistant) | | |

Patient states all meds are current, did echeckin. Patient does not need any refills at this time.

Electronically signed by Nicole B Syharath, MA at 2023-06-26T15:28:24Z

MC_003231

# 06/26/2023 - Lab - Cedar Medical

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| Daniel R Guerra, MD | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 06/26/2023 09:02:16 AM | 06/26/2023 11:41:00 AM | 298283703 |

| Hospital Area |
|---|
| Lab - Cedar Medical |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|

MC_003232

**Lab**

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| Cholesterol, Total | 175 | mg/dL | <200 | | | 2023-06-26T09:02:00.000 |
| Triglycerides | 137 | mg/dL | <150 | | | 2023-06-26T09:02:00.000 |
| HDL | 56 | mg/dL | 40 - 59 mg/dL | | | 2023-06-26T09:02:00.000 |
| LDLC | 92 | mg/dL | <100 | | The reference ("normal") range for the LDL cholesterol test in adults has been lowered to <100 to reflect National Cholesterol Education Program ATP III guidelines.<br><br>Goal LDL Cholesterol by risk category per NCEP ATEP III Guidelines in adults:<br> CHD and CHD risk equivalents: <100 mg/dL<br>  Multiple (2+) risk factors: <130 mg/dL<br>   Zero to one risk factor: <160 mg/dL | 2023-06-26T09:02:00.000 |
| Non HDL cholesterol | 119 | mg/dL | <130 | | | 2023-06-26T09:02:00.000 |
| Chol/HDL ratio | 3.13 | | | | | 2023-06-26T09:02:00.000 |
| Fasting | Yes | | | | | 2023-06-26T09:02:00.000 |
| SGOT/AST | 22 | IU/L | 5 - 40 IU/L | | | 2023-06-26T09:02:00.000 |
| Alk Phos | 69 | IU/L | 28 - 126 IU/L | | | 2023-06-26T09:02:00.000 |
| SGPT/ALT | 23 | IU/L | 6 - 60 IU/L | | | 2023-06-26T09:02:00.000 |
| Bilirubin total | 0.9 | mg/dL | 0.2 - 1.4 mg/dL | | | 2023-06-26T09:02:00.000 |
| Bili conjugated(dir) | 0.3 | mg/dL | 0.0 - 0.5 mg/dL | | | 2023-06-26T09:02:00.000 |
| Protein, Total | 7.8 | g/dL | 6.1 - 7.8 g/dL | | | 2023-06-26T09:02:00.000 |
| Albumin | 4.5 | g/dL | 3.2 - 5.0 g/dL | | | 2023-06-26T09:02:00.000 |
| Globulin (calc) | 3.3 | g/dL | 2.0 - 4.5 g/dL | | | 2023-06-26T09:02:00.000 |
| A:G Ratio | 1.4 | | >1.0 | | | 2023-06-26T09:02:00.000 |

MC_003233

# 06/26/2023 - AH OR

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | William Frederick Thompson, MD |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 06/26/2023 11:42:00 AM | 06/27/2023 03:36:00 PM | 297993749 |

| Hospital Area |
|---|
| AH OR |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

## Lab

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| Glucose | 101 | mg/dL | 65 - 120 mg/dL | | | 2023-06-26T12:54:00.000 |
| Comment | Notify RN/MD | | | | Venous | 2023-06-26T12:54:00.000 |
| Glucose | 127 | mg/dL | 65 - 120 mg/dL | High | | 2023-06-26T16:29:00.000 |
| Comment | Notify RN/MD | | | | Capillary Fingerstick | 2023-06-26T16:29:00.000 |
| Glucose | 140 | mg/dL | 65 - 120 mg/dL | High | | 2023-06-26T21:30:00.000 |
| Comment | Capillary Fingerstick | | | | | 2023-06-26T21:30:00.000 |
| Glucose | 110 | mg/dL | 65 - 120 mg/dL | | | 2023-06-27T08:20:00.000 |
| Comment | Capillary Fingerstick | | | | | 2023-06-27T08:20:00.000 |

## Imaging

### XR KNEE 1 OR 2 VIEWS LEFT

| | |
|---|---|
| Impression | 2023-06-27T14:43:00.000 |
| | IMPRESSION: |
| | 1. Postoperative changes of left knee secondary to patellar tendon repair with a persistent high riding patella and extensive soft tissue swelling as well as soft tissue air. |
| | ....... |
| | Providers: To speak with a TRA radiologist, call (253)761-4200. |
| | Patient: For further result information, please contact ordering provider. |
| | Comment: |
| Narrative | 2023-06-27T14:43:00.000 |
| | Exam: Left knee, 06/27/2023, 2:12 PM. |
| | HISTORY: 65-year-old female with history of patellar tendon rupture status post repair. |
| | TECHNIQUE: Portable AP and lateral views of the left knee were obtained. |
| | COMPARISON: 06/22/2023. |
| | FINDINGS: |
| | There is extensive soft tissue swelling over the anterior aspect of the knee with skin staples at the anterior skin surface. Once again the patella is relatively high riding with ossific densities noted superior and posterior the patella as well as anterior to the femoral condylar prosthetic component. Extensive air within the anterior soft tissues are noted. Features of prior left knee arthroplasty are identified. |
| | Comment: |

**Progress Notes by Marie Betcher, RN at 06/23/2023 09:42 AM**

| | | |
|---|---|---|
| Author : Marie Betcher, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 06/23/2023 04:09 PM | Encounter Date : 06/23/2023 | Status : Addendum |
| Editor : Marie Betcher, RN (Registered Nurse) | | |

**WEST PIERCE REGIONAL PRE ANESTHESIA CLINIC NOTE**

MC_003235

6/23/2023

Linda J Larocque is a 65 year old female

**DOS:** 6/26/23
**Surgeon:** THOMPSON
**Surgical Procedure:**
   **REPAIR, TENDON, PATELLAR, OPEN (702053)**          Left

**Location:** ALLENMORE

**Summary of Contact(s)6/23/23**
☑ Call completed
      Date/time/initials: 6/23/23@0940 MB RN
☐ No show
      Date/time/initials:
☐ Cold call
      ☐ Call completed:
            Date/time/initials:
      ☐ Call not completed:
            Date/time/initials:

**PAC Nursing Communication:**

**Date/time/Initials          Documentation**
6/23/23@0940Pre-Anesthesia instructions given verbally & via mychart also discussed expectations for not being alone for at least 24 hr after surgery instructions given; pt states understanding MB RN

**Covid Questions:**
      Positive Covid test in last 3 months (includes home test)?  ☐ Yes ☑ No
            If yes, Date:
                  Symptoms?            ☐ Yes ☐ No
                  Cough or dyspnea?    ☐ Yes ☐ No
                  Hospitalization?     ☐ Yes ☐ No
                  ICU admission?       ☐ Yes ☐ No

**Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:**

      Is patient diabetic?  ☐ Yes ☐ No
            If yes, order FBS DOS
      Is patient on Dialysis?  ☐ Yes ☐ No
            If yes, order K+ DOS
      Does patient have heart failure with reduced EF (systolic HF)?  ☐ Yes ☐ No
            If yes, usual labs and workup per pre anesthesia clinic order set indicated.  Please obtain copy of most
            recent echo.  Cardiac clearance not needed.
      Can patient lie flat for 1-2 hours?  ☐ Yes ☐ No
            If no, reason:
            If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and workup
            per pre anesthesia clinic order set indicated.
      Does surgeon request general anesthesia?  ☐ Yes ☐ No
            If yes, usual labs and workup per pre anesthesia clinic order set indicated.

**\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless
specified above.**

**\*Strabismus surgery done with general anesthesia**

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders,
and other pre-surgery tasks**

MC_003236

Additional DOS Special Needs (not included in Procedure Pass):

---

☐ TAA Chart review requested
    Date/time/initials:

**Communication with TAA**

**Relevant Medical History:** HTN, OSA w/cpap, Anemia, LBBB, EF 45-50%, Pre Diabetes

**Clinical Question or concern:**

**Date/time/Initials**        **Documentation**
**6/23/23@1020 MB RN**     **Hx LBBB, SVT, EF 45-50%, Review done--1/25/23, last surgery clearance done 10/31/22 this surgery is emergent--next Cardio visit is early the Am of Surgery**

**Recommendations** (date/time/initials):

    ☑ No further evaluation or testing recommended:**6/23/23**
    ☑ Cardiac clearance: **cardio note 10/31/22**
    ☑ Medical clearance: **Pulm risk note 1/12/23**
    ☐ Follow up with specialist or PCP:
    ☐ Other:

**SOB with exercise:** No
**Chest pain with exercise:** No
**Exercise Capacity (≥ 4 METS yes or no):** Yes 4met
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)
- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG: 2/2/23**
**ECHO: 2021**
**Cardiology notes or Clearance: 10/31/22 Dr Guerra**
**Pacemaker or ICD Clearance:**
**Other relevant information (Lab, ER visits, etc.):**

Electronically signed by Marie Betcher, RN at 2023-06-23T23:09:14Z

**Progress Notes by Lawanda A Robinson, CNA at 06/23/2023 01:01 PM**

| | | |
|---|---|---|
| Author : Lawanda A Robinson, CNA | Service: | Author Type : Certified Nursing Assistant |
| Filed : 06/23/2023 01:03 PM | Encounter Date : 06/23/2023 | Status : Signed |
| Editor : Lawanda A Robinson, CNA (Certified Nursing Assistant) | | |

**Patient here for surgical wipes. Patient stated she has used the surgical wipes and knows how to use them., patient directed to the lab for lab draw.**

MC_003237

Electronically signed by Lawanda A Robinson, CNA at 2023-06-23T20:03:25Z

**H&P by Alexandria Bones, PA-C at 06/26/2023 01:04 PM**

| | | |
|---|---|---|
| Author : Alexandria Bones, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 06/26/2023 01:30 PM | Encounter Date : 06/26/2023 | Status : Attested |
| Editor : Alexandria Bones, PA-C (Physician Assistant) | | |

---

Attestation signed by William Frederick Thompson, MD at 06/26/23 1330
6/26/2023
Patient seen and examined by me.
Agree with above.

W. Frederick Thompson, MD
Orthopaedic Surgery/Sports Medicine

---

## PRE-OP EVALUATION

Name: Linda J Larocque
Age: 65 year old
Date: 6/26/2023

Chief Complaint: Left knee pain from contusion following joint replacement

Patient presented initially for outpatient orthopedic evaluation for a left knee pain. Underwent successful total knee replacement. Was healing uneventfully and had been discharged from supervised physical therapy to HEP, when she had a shopping cart suddenly and unexpectedly hit her lower leg. She then came in for follow up and had xray changes supporting patella tendon rupture and new onset of difficulty raising leg. It was then decided that surgical intervention was indicated.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anemia | |
| • ANESTHESIA REACTION | |

*discovered psvt in pacu*

• Backache, unspecified

*Back pain*

• Depressive disorder, not elsewhere classified

• Essential hypertension, benign

• Generalized osteoarthrosis, involving multiple sites

*Osteoarthritis gen'l  chronic pain syndrome  Norco*

• H/O cardiac arrhythmia

- H/O CHF

  *6/2022 ECHO EF 45-50%   Dr Guerra cardiologist*
- History of sleep apnea

  *uses CPAP*
- Hyperlipidemia
- Lumbago                                                                06/28/2010
- Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)        10/27/2009

  *tx w/ hyst*
- Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus
  *Migraine*
- Paroxysmal supraventricular tachycardia (CMS/HCC)

  *heart murmur noted on echo*
- Prediabetes
- Snores
- Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled
  *diet controlled*
- Uterine cancer (CMS/HCC)

## Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY<br>*retinal tear tx w/ laser* | Left | 11/2022 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 11/01/2009 |
| • H/O ORAL SURGERY<br>*x 2* | | 2000 |
| • P FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 01/01/1999 |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |

## Family History

| Problem | Relation | Name | Age of Onset |
| --- | --- | --- | --- |
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart<br>  *CHF* | Mother | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |

MC_003239

- GU                                    Mother
  *GOUT*
- Alcohol abuse                     Daughter
- Seizures                           Daughter
- Uterine cancer                   Daughter
- Neuro                                Daughter
  *epilepsy*
- Drug/Alcohol                   Daughter
  *recovering alcoholic*
- Cancer                              Daughter
  *uterine ca*
- Coronary Artery Disease      Maternal Grandmother
  *MI*
- Cancer                              Maternal Grandmother
  *BREAST*
- Coronary Artery Disease      Maternal Grandfather
  *MI*
- Hypertension                  Sister
- Diabetes                          Paternal Aunt
- Other                                 Sister
  *EPILEPSY*
- Diabetes                          Sister
- Arthritis                          Brother
- Heart                                 Sister
- Diabetes                          Maternal Aunt
- Other                                 Paternal Aunt
  *MIGRAINE*
- Neuro                                Sister
  *early alzheimers.*

## Social History

### Socioeconomic History
- Marital status:          Married
  Spouse name:       Not on file
- Number of children:   Not on file
- Years of education:    Not on file
- Highest education level:   Not on file

### Occupational History
- Not on file

### Tobacco Use
- Smoking status:        Never
  Passive exposure:     Never
- Smokeless tobacco:    Never

### Vaping Use

MC_003240

- Vaping Use: Not on file

Substance and Sexual Activity

- Alcohol use: Not Currently

  *Comment: 1-2x year*

- Drug use: Never

- Sexual activity: Yes

  Partners: Male

  Birth control/protection: Surgical
  *Comment: married monogamous, vas*

| Other Topics | Concern |
| --- | --- |
| • Have you received a blood transfusion? | No |
| • Regular exercise | No |

Social History Narrative

- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file

Food Insecurity: Not on file

Transportation Needs: Not on file

Physical Activity: Not on file

Stress: Not on file

Social Connections: Not on file

Intimate Partner Violence: Not on file

Housing Stability: Not on file

Allergies: Allergies
Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]

Current medications:

Current Facility-Administered Medications

| Medication | Dose |
| --- | --- |
| • cefazolin 2g iv in syringe (200 mg/mL) for iv push | 2 g |
| • lidocaine preservative free (Xylocaine-MPF) 1 % (PF) inj 0.2 mL | 0.2 mL |
| • saline flush (NS) 0.9% NaCl inj 5-80 mL | 5-80 mL |

## ROS
Otherwise negative except for history present illness, as well as that related to active medical problem list, 10 point review of systems.

MC_003241

Vitals:

| | 06/23/23 0933 | 06/26/23 1150 |
|---|---|---|
| BP: | | (!) 128/92 |
| BP Site: | | Left upper arm |
| Pulse: | | 90 |
| Resp: | | 20 |
| Temp: | | 97.1 °F (36.2 °C) |
| TempSrc: | | Temporal |
| SpO2: | | 97% |
| Weight: | 253 lb (114.8 kg) | 239 lb (108.4 kg) |
| Height: | 5' 6" (1.676 m) | 5' 6" (1.676 m) |

**HEENT**
WNL

**Genitourinary**
Not examined

**Musculoskeletal**
see previously documented attending provider orthopedic examination(s)

**Neurological**
alert, oriented and intact

**Pertinent Test Results** (lab, x-ray, etc.): X-rays reviewed

Diagnosis: Left Knee Patellar Tendon Rupture following history of Left Total Knee Replacement

Planned Procedure(s): Left Knee Patellar Tendon Repair

Counseling Note/ Plan of Care:
**Plan of care to address postoperative pain:**
Customarily this procedure has a type 2 expected medium-term recovery, with use of nonprescription and possible prescription anti-inflammatory medications, and acetaminophen as first line therapy. Occasionally, for severe pain, short-acting opioid derivatives are prescribed for up to 1-7 days postoperatively, at which time these will be discontinued.
The surgical team will manage postoperative pain for the 2 weeks immediately following surgery, after which time, the patient's PCP (or pain specialist) will assume this role.
For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. She has been given ample opportunity to ask questions to her satisfaction about her proposed surgical procedure and consents to such procedure with stated understanding.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 2023-06-26T20:30:38Z

**OR Nursing by Felicidad P Trajico, RN at 06/26/2023 01:50 PM**

| | | |
|---|---|---|
| Author : Felicidad P Trajico, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 06/26/2023 02:18 PM | Encounter Date : 06/26/2023 | Status : Signed |
| Editor : Felicidad P Trajico, RN (Registered Nurse) | | |

Patient verified name, date of birth, surgical site, procedure, surgeon, NPO status, and Allergies: Allergies Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]. Consent signed and on chart. Pt transported to OR 2 per stretcher@1357. Report given to E. Hutchinson, RN@1405.

Electronically signed by Felicidad P Trajico, RN at 2023-06-26T21:18:04Z

**OR Nursing by Felicidad P Trajico, RN at 06/26/2023 04:13 PM**

| Author : Felicidad P Trajico, RN | Service: Nursing | Author Type : Registered Nurse |
|---|---|---|
| Filed : 06/26/2023 04:27 PM | Encounter Date : 06/26/2023 | Status : Signed |
| Editor : Felicidad P Trajico, RN (Registered Nurse) | | |

Patient transported to PACU 1 per stretcher with O2. Report given to PACU RN per Anesthesia Provider & Felicidad P Trajico, RN using SBAR.

Electronically signed by Felicidad P Trajico, RN at 2023-06-26T23:27:44Z

**Procedures by William Frederick Thompson, MD at 06/26/2023 04:22 PM**

| Author : William Frederick Thompson, MD | Service: Orthopedics | Author Type : Physician |
|---|---|---|
| Filed : 06/26/2023 04:37 PM | Encounter Date : 06/26/2023 | Status : Signed |
| Editor : William Frederick Thompson, MD (Physician) | | |

Operative/Procedure Report

PATIENT NAME: Larocque, Linda
MRN: 172930
ENCOUNTER: 297993749
DOB: 2/9/1958
DATE: 6/26/2023
PHYSICIAN: W. FREDERICK THOMPSON, MD


PREPROCEDURE DIAGNOSIS:
Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

POSTPROCEDURE DIAGNOSIS:
Left knee subacute infrapatellar tendon rupture, posttraumatic, following left TKR

PROCEDURE:
Left knee repair of infrapatellar tendon-primary without graft

ASSISTANT: Alexandria Bones, PA-C

ANESTHESIA: general, with image guided adductor canal block per anesthesiologist

DRAINS: none
SPECIMEN: none
ESTIMATED BLOOD LOSS: minimal
COMPLICATIONS: None.
TT: 97 minutes @300 mmHg.
FINDINGS:
Subacute infrapatellar tendon rupture of the left knee, no acute hematoma formation. Some fibers remaining attached to the inferior pole of the patella, with severe, attritional stretching rendering them incompetent
Robust infrapatellar scar tissue, patella alta.

INDICATIONS FOR PROCEDURE: This 65 year old female underwent left TKR 2/8/2023. She was progressing uneventfully, and doing well with routine postoperative supervised physical therapy.
She sustained a traumatic event, involving the left knee, with subsequent severe weakness of the left lower extremity, unable to lift her left leg with straight knee, which she had previously established following surgery, with physical therapy.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room, after which time a universal verification was performed, a general anesthetic was given as well as IV antibiotics.
The left lower extremity was sterilely prepped and draped in the usual manner, below a well-padded tourniquet set at 300 mmHg.

After sterile prep and drape using Ioban barrier drape, the left lower extremity was exsanguinated with a 6 inch Esmarch, followed by inflation of the tourniquet.
The anterior incision, previously used for left TKR was used for the anterior approach to the left knee, incising through the abundant scar tissue down to the extensor mechanism. The medial and lateral borders of the patellar tendon were palpated and then the 10 blade was used to divide the adjacent tissue to isolate the tendon. Palpation revealed an area of thinning, with scar tissue overlying suggesting complete/near complete rupture of the infrapatellar tendon. The anterior prepatellar region and distal quadriceps tendon was also exposed. The soft tissue defect was established, followed by transversely incising this tissue to expose the patellar tendon. The above-mentioned attritional fibers that were stretched from the patella were incised/excised and to allow for patellar tendon suturing and later repair.
The scarred retropatellar fat pad was partially excised. The surgeon's hand was placed into the medial and lateral gutters and the suprapatellar pouch, to separate any scar tissue, to allow better patella mobilization during repair.

The infrapatellar tendon was sutured with both #2 and #5 FiberWire with locking stitches. 2 vertical drill holes were made through the patellar bone/implant construct with a small drill bit followed by placing passing sutures. Small incisions were made in the distal quadriceps tendon to identify these sutures delivered above the superior pole of the patella.
Of note the patellar component, cemented on the patella was stable, and showed no signs of loosening or dislodgment.
After passing these sutures, the patella and patellar tendon were reduced to 1 another with tension applied to the #5 FiberWire, while the #2 FiberWire was tensioned and secured with knot-tying. After this the anterior prepatellar retinacular tissue which was thickened, was sewn in a vest over pants fashion, securing this with #2 Ethibond with multiple sutures.
The remaining #5 FiberWire, now in the suprapatellar region, was tied in a modified Bunnell stitch, to the distal quadriceps tendon.
After this repair was completed, the knee was flexed to approximately 95/100 degrees with excellent soft tissue apposition, without separation or retraction.
During this procedure, the exposed soft tissue, bone and implants were constantly bathed with Irrisept.
Hemostasis was confirmed prior to closure. The medial patellar dissection/arthrotomy was closed with #2 Ethibond, and the lateral tissues were closed with #1 Vicryl. The subcutaneous tissue was then closed with 2-0 Vicryl followed by staples for the skin. The wound was dressed using flex 7 and Acticoat, followed by a 6 inch Ace wrap, and releasing the tourniquet at 97 minutes.

The knee immobilizer that the patient brought with her to the hospital was reapplied, after refitting this.

She was transferred to the recovery room, in stable condition, and in no acute distress.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

Electronically signed by William Frederick Thompson, MD at 2023-06-26T23:37:27Z

**Nursing Notes by Kim Y Anderson, RN at 06/26/2023 06:27 PM**

| Author : Kim Y Anderson, RN | Service: Nursing | Author Type : Registered Nurse |
|---|---|---|
| Filed : 06/26/2023 06:29 PM | Encounter Date : 06/26/2023 | Status : Signed |
| Editor : Kim Y Anderson, RN (Registered Nurse) | | |

SBAR report given to Amelia,RN. All questions answered. Pt meets criteria for transfer. VSS. Pt updated on plan of care and verbalized understanding. Transported to 2E with transporter. All belongings sent with pt during transfer.

Electronically signed by Kim Y Anderson, RN at 2023-06-27T01:29:47Z

**Ancillary Notes by Sandra K Gaines, RT at 06/26/2023 08:47 PM**

| Author : Sandra K Gaines, RT | Service: | Author Type : Respiratory Therapist |
|---|---|---|
| Filed : 06/26/2023 08:47 PM | Encounter Date : 06/26/2023 | Status : Signed |
| Editor : Sandra K Gaines, RT (Respiratory Therapist) | | |

Patient is asleep, IS not started at this time, Rn aware

Electronically signed by Sandra K Gaines, RT at 2023-06-27T03:47:45Z

### Care Plan Notes by Kristen J Rowland, PT at 06/27/2023 09:26 AM

| | | |
|---|---|---|
| Author : Kristen J Rowland, PT | Service: | Author Type : PHYSICAL THERAPY |
| Filed : 06/27/2023 09:30 AM | Encounter Date : 06/27/2023 | Status : Signed |
| Editor : Kristen J Rowland, PT (PHYSICAL THERAPY) | | |

Care coordination units
0845-0915

Order received, chart reviewed. Approached pt for PT screen. Pt states she has been getting around well with immobilizer since last week. She is able to ambulate with walker or crutches and negotiate stairs as needed. Has all support and DME in place.

Reviewed with patient post-op precautions including WBAT, use of immobilizer and correct positioning, and gentle appropriate exercises for this acute stage of healing.

Pt states her primary complaint at this time is pain, for which is working with nursing and will ask MD about.

Pt has no further needs at this time so we will sign off. Thank you. Please reorder should the need arise. Thank you.

Kristen Rowland, DPT, OCS
Physical Therapist
Allenmore Hospital
Available via Tiger Text by name

Electronically signed by Kristen J Rowland, PT at 2023-06-27T16:30:38Z

### Discharge Instructions by Nancy M Beachler, RN at 06/27/2023 12:37 PM

| | | |
|---|---|---|
| Author : Nancy M Beachler, RN | Service: | Author Type : Registered Nurse |
| Filed : 06/27/2023 12:38 PM | Encounter Date : 06/27/2023 | Status : Edited |
| Editor : Nancy M Beachler, RN (Registered Nurse) | | |

## AFTER KNEE SURGERY

- **Your Home Recovery**

Once you are home, take it easy! Deep breathing and coughing  every hour  for today will help expel the anesthesia and prevent pneumonia.
Be prepared to experience moderate to severe swelling in the first few weeks after surgery. You may also have mild to moderate swelling for 3 to 6 months after surgery. To reduce swelling, elevate your leg slightly and apply ice. Early mobility - short walks in house will help prevent blood clots.

*Warning Signs of a Blood Clot*
- Pain in your leg or calf unrelated to your incision
- Tenderness or redness above or below your knee
- Severe swelling of your thigh, calf, ankle or foot

In very rare cases, a blood clot may travel to your lungs and become life-threatening. Signs that a blood clot has traveled to your lungs include:
- Shortness of breath
- Sudden onset of chest pain
- Localized chest pain with coughing

Notify your doctor or return to local emergency department  immediately if you develop any of the above signs.

**Activity**
Keep your knee and leg elevated at or above the level of your heart and do not dangle your leg for prolonged periods of time. Ice can be applied to the surgical wrap at 30-minute increments every hour or two while awake.  Do not apply ice directly to exposed skin. You may use ice therapy to help with pain control for as many days as you want.

You are instructed to remain –

**Full weightbearing as tolerated with use of walker for stability with BRACE ON AT ALL TIMES including at night while you are asleep. As you want to keep your leg straight (in extension).**

- **Exercises**

Maintaining your muscle strength and joint mobility is necessary to speed your recovery. These exercises are necessary to prevent muscle atrophy, improve circulation, and rebuild strength, flexibility and range of motion.

**Quadriceps sets:** Tighten the front thigh muscles by pressing your knee toward the floor and hold for 5-10 seconds, then relax.

**Straight leg raises:** Lift your leg, raising your heel 8-10 inches from the floor, keeping your knee straight, and hold for 5 seconds, then lower your leg slowly.

Each of these exercises can be performed several times a day or as tolerated.

**Pain Relief**

Pain is common after surgery however the amount of pain experienced by patients varies greatly.
Unfortunately, no surgery is pain free and pain after your surgery is normal, but should be manageable. Usually a 3-4/10 is "tolerable" for most patients. Do not expect the pain medications to relieve all of your pain. In fact, some pain can be a helpful reminder to not be overly active as you recover from surgery. However, more severe pain may prevent you from moving around, which is important to help prevent blood clots in your legs and to help prevent pneumonia in your lungs. Use the medications to keep your pain at a tolerable level and stop the medications as soon as you are able to do so comfortably.

In addition to applying ice to the knee, the prescribed pain medication and potentiator should be taken as directed. Avoid drinking alcohol while taking a pain medication as the chemical interaction may cause dizziness, slow your breathing, or possibly be fatal.

**Plan of care to address postoperative pain:**
Customarily this procedure has a type 2 expected medium-term recovery, with use of nonprescription and possible prescription anti-inflammatory medications, and acetaminophen as first line therapy. Occasionally, for severe pain, short-acting opioid derivatives are prescribed for up to 1-7 days postoperatively, at which time these will be discontinued.
The surgical team will manage postoperative pain for the 2 weeks immediately following surgery, after which time, the patient's PCP (or pain specialist) will assume this role.
For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery._

**Please make effort to keep track of medication dosing and times as well as if refill is needed. In most cases the surgical office does require 24-48 hours to obtain approval for medication refill if appropriate.**

For safe use of medications, follow the directions on the prescription/medication container, and assure you have secure storage for opioid medications.
Please promptly dispose of leftover opioids through community-based drug take-back programs, DEA-approved take-back program, or FDA guideline for safe disposal of medicine.
The patient is in agreement with this shared treatment plan regarding duration of opioid prescription(s) upon discharge following surgery.

- **Surgical Dressing**

Keep your surgical dressing intact and dry for 7 days following the operation. ACE BANDAGE CAN BE REMOVED AFTER 24 HOURS. It is not uncommon to experience a small amount of bleeding or oozing on this dressing. You can shower over you surgical dressing after ace wrap removed. After 7 days bandage can be removed and incision can be left open to air. Showering is still appropriate. Pat incision dry afterward and let air dry for 5-10 minutes prior to covering with appropriate bandage if you do not want to leave open to air. DO NOT SOAK OR SUBMERGE YOUR INCISION IN SITTING WATER (I.E BATHTUB SWIMMING POOL OR JACUZZI). In these first few days, it may be best to either sponge bath or bathe with the leg propped out of the tub.

***Warning Signs of Infection***
- Persistent fever (higher than 100 degrees)
- Shaking chills
- Increasing redness, tenderness or swelling of your wound

MC_003246

- Drainage from your wound
- Increasing pain with both activity and rest

- **Diet**

Following surgery, it is not uncommon for you to have a poor appetite and even possibly some nausea from the anesthetic residual and pain medication. I would encourage you to remain well hydrated, beginning with clear liquids. If this is tolerated, you may continue a progressive diet with emphasis on good nutrition. Constipation is a common side effect with some pain medications, so increase your fluids and fiber intake but avoid laxatives. **To prevent constipation:** drink 8-10 glasses water per day, eat extra fruits and veggies, try prune juice, may try over the counter stool softners or fiber supplements . Consider what you normally do to keep bowels regular and continue your routine. If nausea persist and you can't hold down liquids - call MD for possible prescription.

- **Driving**

Avoid driving after knee surgery. Confirm the release of this restriction with your surgeon prior to returning to driving.

- **Follow-up Care**

Confirm your follow-up appointment with your surgeon's office. This is usually within two weeks following the date of surgery. This appointment is critical to your treatment success and recovery.

**CALL YOUR SURGEON AT (253) 792-6555 IF YOU HAVE EXCESSIVE BLEEDING, PAIN UNCONTROLLED BY PRESCRIBED PAIN MEDICATION, FEVER, SHORTNESS OF BREATH, OR NUMBNESS.**


### ACUTE PAIN DISCHARGE INSTRUCTIONS (ADULT)

**PAIN MANAGEMENT PLAN OF CARE:**
- Medicine will likely not take away all of your pain. You should feel good enough to:
  - Move at your usual level for light activities and to change positions easily
  - Breathe easily/breathe deeply/cough
  - Take care of yourself
  - Do activities that your doctor recommends (e.g., physical therapy, occupational therapy)

- You have been prescribed the following medication to treat your pain :
- Opioid

- Additional Instructions for Chronic or Post Op pain control:
  *Post op -
  - You received a prescription of opiates/narcotics for your postoperative pain. This is time limited. Opiates are rarely necessary after 1-2 weeks post surgery. Depending on the type of surgery, healing may take longer. After 6 weeks most patients do not require opioid medications.

- Pain can be managed in many different ways – not just with medication. Your health care provider may refer you to one or more specialists who can help manage the pain.

- If you are taking prescription medications for pain, do **NOT** take the following without first talking to your health care provider:
  - Alcohol (including beer, wine, and liquor)
  - Antihistamines (including allergy medications such as Benadryl®)
  - Cough medicine/cough syrup
  - Barbiturates and benzodiazepines (often used as sleeping pills and sedatives, such as Ambien®, Xanax®, and Valium®)
  - General anesthetics (often used for surgery)

**SIDE EFFECTS OF PAIN MANAGEMENT TREATMENT:**
- Side effects of some medicines can include:
  - Constipation
  - Nausea/Vomiting
  - Drowsiness
  - Confusion
  - Trouble peeing
  - Trouble sleeping
  - Headache
  - Opioid addiction
  - Trouble breathing (respiratory depression)
- If you think you have side effects or a bad reaction to the pain treatment, tell your doctor as soon as possible. Find

out what can be done to treat the side effect. Ask if there is another pain treatment that may work better for you.
- Opiates cause constipation. You should take a laxative and/or stool softener to make your bowels move every day that you are taking opioid pain medication. Take these medicines the way it tells you to on the label. Eating more fiber, fruits and vegetables, and drinking more water can also help prevent constipation.

## CALL YOUR HEALTH CARE PROVIDER IF:
- Your medicine is not helping to lower the pain.
- You vomit or have watery stools shortly after taking the medicine.
- There is new pain in areas that did not hurt before.
- You have a bad reaction to your medicine. This may include:
    - Itching
    - Swelling
    - Dizziness
    - A new rash

## CALL 9-1-1 OR GO TO THE EMERGENCY ROOM IF:
- Your loved one is difficult to wake up or keep awake without frequent stimulation
- You feel dizzy or faint.
- You are very confused or disoriented.
- You cannot stop vomiting.
- Your skin or lips turn pale or bluish in color.
- You have shortness of breath or you are breathing slower than usual.
- You have a severe allergic reaction to your medicine. This includes:
    - Tongue swelling.
    - Trouble breathing.

## ACTIVITIES THAT MIGHT MAKE PAIN WORSE OR DECREASE THE EFFECT OF THE TREATMENT PLAN:
- If you are in moderate or severe pain, don't tough it out. You'll feel better and heal faster if you speak up about your pain.
- Get ahead of the pain. Getting ahead of the pain means not waiting until your pain is too severe before you take your medication. If you wait until your pain is severe or getting worse, it can be hard to control your pain and you will have to wait for the medication to work. Keep in mind that it can take 30-60 minutes for pain medicine to start working.
- Get enough sleep. Sleep is one of the most important things you can do to control your pain. Sleep makes it easier to deal with pain, speeds healing, and can actually lower pain.
- Increase physical activity slowly. It may feel okay when you are doing the activity, but it may not feel good in a few hours. When you are healing from pain, you may feel ready to do your normal activities. If you do too much too soon, your pain may get worse.
- Do not sit too long. Sitting or lying in one place for too long can lead to more pain. Getting up and taking a short walk every hour or two during the day helps keep you from getting stiff. It can also lower the risk of getting blood clots.
- Many people avoid walking because the move from sitting to standing can be painful. If your pain is so severe that you are unable to do simple tasks such as standing and walking, you should talk to your doctor.

### Additional Opioid Instructions:

## HOW TO STOP TAKING OPIOIDS:
- If you have been taking opioid medicine for more than a week, you may need to slowly stop taking them (taper). Tapering your use of opioids can lower your chances of having withdrawal symptoms, such as:
    - Stomach pain and cramping
    - Nausea
    - Sweating
    - Sleepiness
    - Restlessness
    - Uncontrollable shaking (tremors)
    - Cravings for the medicine
- Do not attempt to taper your use of opioids on your own. Talk with your health care provider about how to do this. Your health care provider may prescribe a step-down schedule based on how much medicine you are taking and how long you have been taking it.

## SAFE USE, STORAGE, AND DISPOSAL OF OPIOIDS:
- Opioid (narcotic) Safety Information
    - We care about your comfort and believe you need opioid medication to treat your pain. An opioid is a strong pain medication. It is only available by prescription for moderate to severe pain. Usually these medications are used for a short time to treat pain, but sometimes will be prescribed for longer. Talk with your doctor or nurse about how long they expect you to need this medication.
    - When used the right way, opioids are a safe and effective way to treat your pain. When used in the wrong way, opioids can be dangerous for you or others. Opioids do not work for everyone. Most patients do not get full relief of their pain from opioid medication; full relief of your pain may not be possible.

MC_003248

- For your safety, we ask you to follow these instructions:
    - Only take your opioid medication as prescribed. If your pain is not controlled with the prescribed dose or the medication is not lasting long enough, call your doctor.
    - Do not break or crush your opioid medication unless your doctor or pharmacist says you can. With certain medications, this can be dangerous, and may cause death.
    - Never share your medications with others, even if they appear to have a good reason. Never take someone else's pain medication. This is dangerous and a crime. Overdoses and deaths have occurred.
    - Keep your opioid medications safe, as you would with cash, in a lock box or similar container.
    - Make sure your opioids are secure, especially if you are around children or teens.
    - Talk with your doctor or pharmacist before you take other medications.
    - Avoid driving, operating machinery, or drinking alcohol while taking opioid pain medication-this may be unsafe.
- Guidelines for Drug Disposal
    - Follow any specific disposal instructions on the prescription drug label or patient information that comes with the medicine. Do not flush medicines down the sink or toilet unless this information instructs you to do so.
    - Use community drug take-back programs that allow you to bring unused drugs to a central location for proper disposal. Visit the website, www.takebackyourmeds.org, or call your city or county government's household trash and recycling service to see if a take-back program is available in your community. The U.S. Drug Enforcement Administration (DEA) often sponsors National Prescription Drug Take-Back Days (www.deadiversion.usdoj.gov/drug_disposal/takeback/).
    - If no disposal instructions are given on the prescription drug label and no take-back program is available in your area, throw the drugs in the household trash following these steps.
    - Remove them from their original containers and mix them with an undesirable substance, such as used coffee grounds or kitty litter (this makes the drug less appealing to children and pets, and to people who may go through the trash seeking drugs).
    - Place the mixture in a sealable bag, empty can, or other container to prevent the drug from leaking or breaking out of a garbage bag.
    - Before throwing out a medicine container, scratch out all identifying information on the prescription label to make it unreadable. This will help protect your identity and the privacy of your personal health information.
    - Do not give your medicine to friends. A medicine that works for you could be dangerous for someone else.
    - When in doubt about proper disposal, talk to your pharmacist.

Electronically signed by Nancy M Beachler, RN at 2023-06-27T19:38:46Z

**Care Plan Notes by Niamh M Robles, MSW, LICSW at 06/27/2023 02:01 PM**

| | | |
|---|---|---|
| Author : Niamh M Robles, MSW, LICSW | Service: Social Work | Author Type : Social Worker |
| Filed : 06/27/2023 02:36 PM | Encounter Date : 06/27/2023 | Status : Signed |
| Editor : Niamh M Robles, MSW, LICSW (Social Worker) | | |

### Care Management Admit Note

### Assessment Note: 6/27/2023 2:14 PM

Linda J Larocque 65 year old admitted 6/26/2023, Lives With: Spouse/Domestic Partner, Family in a Private Residence and is being followed by Care Manager (Please check Treatment Team for assigned Care Manager). The demographics in the patient's chart has been updated and verified.

Care Manager met with the patient to answer assessment questions to identify discharge planning needs,identify patient preferences, goals of care and to help reduce hospitalization readmissions. Care Manager contact information was provided and written on the whiteboard.

Source of Information: Patient;Chart Review
Reason for admission as stated by patient/representative: Left knee repair of infrapatellar tendon
Is this a Readmission: No

**Prior to Admit Baseline Functional Status - The patient is a 65 year old female admitted to AH on 6/26/23 for left knee patellar tendon repair. Patient has had medications delivered to her bedside. Patient has been mobilizing well with her knee immobilizer, has had crutches and walker.**
**Patient has follow up appointment with surgery scheduled for 7/6/23 at 3:00 pm**
**Patient will discharge to home today with family. No Care Management needs anticipated.**
**PCP: Dr. Rachel Dawson**

Is the patient independent with ADLS: Yes - Independent
Is the patient independent with iADLS: Yes - Independent

MC_003249

On home Oxygen?: No

Does patient receive outpt hemodialysis: No

**Prior to Admit Living Environment**

Type of Residence: Private Residence
Lives With: Spouse/Domestic Partner;Family
Receives Help From: None - managing in current setting

**Financial and Resource Assessment**

Financial Concerns Identified by the patient: None
Complex Barriers to Discharge: None

**Anticipation of Discharge Plans (at time of Admission)**

Anticipated changes related to this admission: None

Anticipated Discharge Disposition: Home

Discharge Medications will be filled: Prefers MHS outpt pharmacy at discharge

Admission diagnosis is Patellar tendon rupture, left, initial encounter [S86.812A]

**Patient Identified Preferences and Goals of Care include:**

**HealthCare Team plan to support Patients Identified Preferences and Goals of Care:**

Referrals Needed:

**Principle Payors:**Payor: AETNA MEDICARE ADVANTAGE / Plan: PSR AETNA PRIME / Product Type: Referral-Managed
Care
**Primary Contact Information:**
Extended Emergency Contact Information
Primary Emergency Contact: Larocque,Steven J
Address: 6824 SOUTH PARK AVENUE
        TACOMA, WA 98408 United States
Home Phone: 253-273-7085
Relation: Spouse
Secondary Emergency Contact: Larocque,Christopher
 United States
Mobile Phone: 253-678-5322
Relation: Son

Niamh M Robles, MSW, LICSW

Electronically signed by Niamh M Robles, MSW, LICSW at 2023-06-27T21:36:28Z

**Discharge Summary by Alexandria Bones, PA-C at 06/27/2023 03:36 PM**

| Author : Alexandria Bones, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
|---|---|---|
| Filed : 07/20/2023 05:40 PM | Encounter Date : 06/27/2023 | Status : Attested |
| Editor : Alexandria Bones, PA-C (Physician Assistant) | | |

-------------------------------------------------------------------
Attestation signed by William Frederick Thompson, MD at 07/20/23 1740
Agree with above.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*Multicare Orthopedics and Sports Medicine*
   *Office : 253-301-5150*

-----------------------------------------------------------------------------

**Discharge Summary**
**7/20/2023**


Linda J Larocque

Admission date: 6/26/2023
Discharge date: 6/27/2023
Length of Stay: LOS: 0 days

Provisional Diagnosis: Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

Final Diagnosis(es):
      Principal Problem:
  Patellar tendon rupture, left, initial encounter


Procedures:
Left knee repair of infrapatellar tendon-primary without graft

Brief Hospital Course:  The patient was admitted for elective orthopaedic surgery and underwent successful repair. Postoperatively the patient remained stable without any evidence of cardiac or respiratory failure. Perioperative antibiotics and anticoagulation treatment were given. The patient was able to participate in physical therapy as well as occupational therapy.

Consultations:  PT/OT

Reviewed / Discussed home care instructions and medications.



  **Medication List**



START taking these medications


**Aspirin Low Dose** 81 MG Chew
Generic drug: aspirin
Chew and swallow 1 Tablet by mouth twice daily.

---

**oxyCODONE** 5 MG Tabs
Commonly known as: Roxicodone
Take 2 Tablets by mouth every 4 hours as needed.




CHANGE how you take these medications

MC_003251

**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco
Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.**

---

**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

---

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

---

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Use With victoza injections
What changed: **additional instructions**

---

**\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**CONTINUE taking these medications**

**diclofenac** 50 MG Tbec
Commonly known as: Voltaren
Take 1 Tablet by mouth twice daily.

---

**docusate sodium** 100 MG Caps
Commonly known as: Colace
Take 1 Cap by mouth twice daily.

---

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

---

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

---

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

---

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily.

MC_003252

STOP taking these medications

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta

**meloxicam** 7.5 MG Tabs
Commonly known as: Mobic

**ondansetron** 4 MG Tabs
Commonly known as: Zofran

**rosuvastatin** 10 mg Tabs
Commonly known as: Crestor

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide

## Where to Get Your Medications

These medications were sent to
MultiCare Allenmore Outpatient
Pharmacy
    Hours: 8:30am-5pm Monday-
Friday, closed for lunch 1-1:30pm
- Aspirin Low Dose 81 MG Chew
- oxyCODONE 5 MG Tabs

1901 S. Union, TACOMA WA
98405
Phone: 253-459-6746

These medications were sent to
SAFEWAY PHARMACY #1594 - TACOMA,
WA
    Phone: 253-471-1730
- TechLite Pen Needles 31G X 8 MM Misc

707 S 56TH STREET,
TACOMA WA 98408

Home Health:
    Equipment: As needed for discharge to home

    Follow up appointments with:
    Dr.Thompson in 2 weeks

Condition on discharge: Stable

Prognosis: Good

Transferred to Home

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 2023-07-21T00:40:11Z

MC_003253

**Nursing Notes by Nancy M Beachler, RN at 06/27/2023 03:36 PM**

| | | |
|---|---|---|
| Author : Nancy M Beachler, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 06/27/2023 04:39 PM | Encounter Date : 06/27/2023 | Status : Signed |
| Editor : Nancy M Beachler, RN (Registered Nurse) | | |

Patient discharged to home. Discussed instructions; medications, diet, NWB, brace use, etc. Patient stated understood. IV removed. Patient left via wheelchair with belongings.

Electronically signed by Nancy M Beachler, RN at 2023-06-27T23:39:01Z

# 07/06/2023 - MultiCare Orthopedic and Sports Medicine-Mountain

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 07/06/2023 03:00:00 PM | 07/06/2023 03:20:00 PM | 298316526 |

| Hospital Area |
|---|
| MultiCare Orthopedic and Sports Medicine-Mountain |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003255

| | | |
|---|---|---|
| Author : Alexandria Bones, PA-C | Service: | Author Type : Physician Assistant |
| Filed : 07/10/2023 07:24 PM | Encounter Date : 07/06/2023 | Status : Signed |
| Editor : Alexandria Bones, PA-C (Physician Assistant) | | |

## POST OPERATIVE FOLLOW UP

7/6/2023

Linda is seen today accompanied by her daughter in law for post operative follow up following Left knee repair of infrapatellar tendon-primary without graft performed by Dr.Thompson on 6-26-23. Patient states that she is doing better than she did immediately following surgery were she describes having intense pain in the recovery room and sensation of deep burning. Patient states that her discomfort is now tolerable. She states that her brace continues to drift down her leg and is causing irritation to the posterior leg. Patient denies chest pain, shortness of breath or calf tenderness.

PHYSICAL EXAM:

LMP 09/14/2009

Left LE demonstrates benign surgical incision without warmth, redness or drainage. Moderate STS noted. Leg is maintained in full extension during this visit. Staples are removed with application of medical adhesive and steri strips. Knee immobilizer is adjusted and is placed.

Impression: S/P Left knee repair of infrapatellar tendon-primary without graft, 2 weeks post op stable without complications progressing as expected

Plan: I have gone over wound care instructions with Linda. It is stressed the importance of maintaining full extension and wearing her brace at all times expect for showering. She can be WB with brace in place. Ice, rest and elevation. I will have patient follow up in 4 weeks for reexamination and initiation of supervised physical therapy.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 2023-07-11T02:24:48Z

**Nursing Note by Lyubov M Prokopovich, MA at 07/06/2023 03:00 PM**

| | | |
|---|---|---|
| Author : Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 07/06/2023 03:21 PM | Encounter Date : 07/06/2023 | Status : Signed |
| Editor : Lyubov M Prokopovich, MA (Medical Assistant) | | |

Post-op bandage removed, All Staples removed from patients Left leg per Alexandria Bones, PA-C.
Steri strips applied with liquid adhesive mastisol after removal.
Patient tolerated well with no complications.

Electronically signed by Lyubov M Prokopovich, MA at 2023-07-06T22:21:00Z

**Nursing Note by Lyubov M Prokopovich, MA at 07/06/2023 03:00 PM**

| | | |
|---|---|---|
| Author : Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 07/06/2023 03:14 PM | Encounter Date : 07/06/2023 | Status : Signed |
| Editor : Lyubov M Prokopovich, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Post-Op

  *S/p Lt knee open repair patellar tendon DOS: 6/26/23*


Additional Details: patient stated she is doing okay since surgery. States knee if very tender but no other issues or concerns

Pain today 1/10 and at its worst 10/10


Medication list changes/discrepancies: Medications current/updated per interview with patient.  Not taking any additional medications.
Lyubov M Prokopovich, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Lyubov M Prokopovich, MA at 2023-07-06T22:14:33Z

MC_003257

# 08/03/2023 - MultiCare Orthopedic and Sports Medicine-Mountain

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 08/03/2023 04:00:00 PM | 08/03/2023 04:15:00 PM | 299317538 |

| Hospital Area |
|---|
| MultiCare Orthopedic and Sports Medicine-Mountain |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003258

| | | |
|---|---|---|
| Author : Alexandria Bones, PA-C | Service: | Author Type : Physician Assistant |
| Filed : 08/14/2023 01:06 PM | Encounter Date : 08/03/2023 | Status : Signed |
| Editor : Alexandria Bones, PA-C (Physician Assistant) | | |

### POST OPERATIVE FOLLOW UP

8/3/2023

Linda is seen today for postoperative follow-up following left knee repair of infrapatellar tendon–primary without graft performed Dr. Thompson on 6/26/2023. Patient states overall she is doing okay although she is starting to have some mild left hip pain. Patient presents in knee immobilizer on today's appointment.

PHYSICAL EXAM:

BP 109/67 | Pulse 95 | Temp (Src) 97.7 (Tympanic) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 239 lb (108.41 kg) | LMP 09/14/2009

Left knee demonstrates nicely healing surgical incision without warmth, redness or drainage. Moderate soft tissue swelling noted. Limited range of motion.

Impression: Status post left knee repair at the end of the patellar tendon, 5 weeks postop stable without complications

Plan: I have placed the patient in a range of motion brace and set this 0 to 40 degrees. Patient will progressively advance this every week. Patient is to wear this brace at all times except for showering. I have encouraged patient to continue to do straight leg raises ankle range of motion and ankle pumps. I will have the patient follow-up in 1 week for advancement of range of motion on brace as well as initiation of supervised physical therapy.

*Alexandria Bones, Physician Assistant*
*Multicare Orthopedics and Sports Medicine*
*Office : 253-792-6555*

Electronically signed by Alexandria Bones, PA-C at 2023-08-14T20:06:37Z

**Nursing Note by Lyubov M Prokopovich, MA at 08/03/2023 04:00 PM**

| | | |
|---|---|---|
| Author : Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 08/03/2023 04:03 PM | Encounter Date : 08/03/2023 | Status : Signed |
| Editor : Lyubov M Prokopovich, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Surgery Followup
    *S/p Lt knee open repair patellar tendon DOS: 6/26/23*

Additional Details: patient stated her knee is doing okay but she is having left hip pain 6/10

Pain today 2/10

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.
Lyubov M Prokopovich, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Lyubov M Prokopovich, MA at 2023-08-03T23:03:36Z

MC_003260

# 08/10/2023 - MultiCare Orthopedic and Sports Medicine-Mountain

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 08/10/2023 02:30:00 PM | 08/10/2023 02:45:00 PM | 302128468 |

| Hospital Area |
|---|
| MultiCare Orthopedic and Sports Medicine-Mountain |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003261

| | | |
|---|---|---|
| Author : Alexandria Bones, PA-C | Service: | Author Type : Physician Assistant |
| Filed : 08/14/2023 12:36 PM | Encounter Date : 08/10/2023 | Status : Signed |
| Editor : Alexandria Bones, PA-C (Physician Assistant) | | |

## POST OPERATIVE FOLLOW UP

8/10/2023

Linda is seen today for postoperative follow-up following left knee repair of infrapatellar tendon performed by Dr. Thompson on 6/26/2023. Patient presents in range of motion brace that was previously fitted. Patient states that she is having increased pain mainly to her hip and groin region. Patient states that this discomfort increases as she attempts to lift her leg. Patient states that she is still having difficulty with the brace sliding down but she is doing the best she can.

PHYSICAL EXAM:

BP 128/83 | Pulse 106 | Temp (Src) 98 (Tympanic) | Resp 18 | Ht 5' 6" (1.676 m) | Wt 239 lb (108.41 kg) | LMP 09/14/2009

Left lower extremity demonstrates nicely healing surgical incision without any warmth, redness or drainage. Moderate soft tissue swelling noted about the knee. Limited range of motion flexion 80 degrees.

Impression: Status post left knee repair of infrapatellar tendon 6 weeks postop stable without complications

Plan: I have readjusted patient's range of motion brace with parameters of 0 to 90 degrees. Patient is to continue to wear this brace at all times except for showering. I have discussed this case with Dr. Thompson and it is agreed upon that patient will now start supervised physical therapy. Patient can continue to advance range of motion and once she is comfortably stabilized at 90 degrees she can begin to wean from the brace. Patient should continue ambulatory assistive aid for stability and support. Patient can continue to ice and elevate as needed for swelling. I have provided the patient with an anti-inflammatory to help with additional inflammation. I will have Linda follow-up in 3 weeks.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 2023-08-14T19:36:33Z

**Nursing Note by Lyubov M Prokopovich, MA at 08/10/2023 02:30 PM**

| | | |
|---|---|---|
| Author : Lyubov M Prokopovich, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 08/10/2023 02:33 PM | Encounter Date : 08/10/2023 | Status : Signed |
| Editor : Lyubov M Prokopovich, MA (Medical Assistant) | | |

Chief Complaint
Patient presents with

• Surgery Followup

*S/p Lt knee open repair patellar tendon DOS: 6/26/23*

Additional Details: Patient stated they are doing worse since the last visit. States her leg and hip have been "on fire". Pain is getting worse on her left side. Cannot walk down the stairs, has to slide her leg

Pain today 5/10 and gets up to 8/10

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.

Lyubov M Prokopovich, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Lyubov M Prokopovich, MA at 2023-08-10T21:33:38Z

MC_003263

# 08/31/2023 - MultiCare Orthopedic and Sports Medicine-Mountain

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail |
|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | | Admitting Provider |
|---|---|---|
| | | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 08/31/2023 03:00:00 PM | 08/31/2023 03:20:00 PM | 302790355 |

| Hospital Area |
|---|
| MultiCare Orthopedic and Sports Medicine-Mountain |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003264

## Imaging

### XR Knee 1 or 2 Views Left

| | |
|---|---|
| Impression | 2023-08-31T15:56:40.000 |
| | Right knee infrapatellar tendon rupture, worsening of position when compared to that noted on the immediate postoperative films from 6/27/2023. |
| | Possible intra-articular, suprapatellar osteochondral fragment, as seen on previous images |
| | W. Frederick Thompson, MD |
| | Arthroscopic surgery, Joint Replacement, and Fracture Care |
| | Multicare Orthopedics and Sports Medicine |
| | Office : 253-301-5150 |
| | Comment: |
| Narrative | 2023-08-31T15:56:40.000 |
| | Images from the original result were not included. |
| | Reason for x-ray: |
| | History of left knee arthroplasty, subsequent trauma and inferior patellar fracture with patella tendon rupture. |
| | History of recent for patellar tendon repair |
| | Compared to prior films from 6/27/2023, 6/22/2023, 5/9/2023. |
| | Findings |
| | The femoral and tibial components are unremarkable, well affixed with stable appearing bone, cement and implant interfaces. |
| | The lateral view demonstrates substantial patella alto, with change/worsening in position when compared to immediate postoperative films from 6/27/2023. The current patella position/status approximates that seen on preoperative films from 6/22/2023, consistent with disruption of the extensor mechanism/infrapatellar tendon. |
| | There is a small bone fragment adjacent to the femoral component in line with Blumensaat's line representing the inferior pole patella/fracture. |
| | Comment: |

## Progress Notes by Alexandria Bones, PA-C at 08/31/2023 03:00 PM

| | | |
|---|---|---|
| Author : Alexandria Bones, PA-C | Service: | Author Type : Physician Assistant |
| Filed : 09/10/2023 07:37 PM | Encounter Date : 08/31/2023 | Status : Signed |
| Editor : Alexandria Bones, PA-C (Physician Assistant) | | |

### POST OPERATIVE FOLLOW UP

8/312023

Linda is seen today for post operative follow up following Left knee repair of infrapatellar tendon-primary without graft performed by Dr.Thompson on 6-26-23. Patient has been participating in supervised physical therapy but states that she

MC_003265

feels like her knee is staying the same. Patient states that she has intermittent shooting and stabbing pain to her knee as well as a burning sensation up at the lateral superior portion of knee. Patient is using ROM brace for support as well as ambulatory aid as she does not feel stable to go without.

PHYSICAL EXAM:

BP 115/72 | Pulse 92 | Temp (Src) 97.5 (Temporal) | Resp 12 | Ht 5' 6"[historical[ (1.676 m) | Wt 239 lb (108.41 kg) | LMP 09/14/2009

Left LE demonstrates nicely healed surgical incision. Moderate STS noted about the knee. ROM 5-100. Unable to perform straight leg raise.

Xrays reviewed concern for patella position with change from initial post operative films.

Impression: S/P Left knee repair of infrapatellar tendon-primary without graft 2 months post op radiographic changes

Plan: I have discussed xray findings with the patient. I have instructed her to continue brace use and to hold PT at this time. I will discuss her case further with Dr.Thompson upon his immediate return on Tuesday and contact patient with plan.

Alexandria Bones, PA-C

Electronically signed by Alexandria Bones, PA-C at 2023-09-11T02:37:51Z

**Nursing Note by Kevin D Swasey, MA at 08/31/2023 03:00 PM**

| Author : Kevin D Swasey, MA | Service: | Author Type : Medical Assistant |
|---|---|---|
| Filed : 08/31/2023 02:57 PM | Encounter Date : 08/31/2023 | Status : Signed |
| Editor : Kevin D Swasey, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Surgery Followup

    *Left knee*

Additional Details: Linda J Larocque is a 65 year old female here for left knee(s) surgery follow up, date of surgery 6/26/2023. Patient states that the left knee(s) is staying the same.

Vitals:

| | 08/31/23 1455 |
|---|---|
| BP: | 115/72 |
| Pulse: | 92 |
| Resp: | 12 |
| Temp: | 97.5 °F (36.4 °C) |
| TempSrc: | Temporal |
| Weight: | 108.4 kg (239 lb) |
| Height: | 1.676 m (5' 6") |

Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA

Electronically signed by Kevin D Swasey, MA at 2023-08-31T21:57:43Z

MC_003267

# 09/29/2023 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | | Admitting Provider |
|---|---|---|
| | | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 09/29/2023 08:15:00 AM | 09/29/2023 08:30:00 AM | 306712873 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003268

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 09/29/2023 12:13 PM | Encounter Date : 09/29/2023 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

Dear Rachel D Dawson, MD,

I had the pleasure of evaluating Linda J Larocque in the Orthopaedic and Sports Medicine Adult Reconstruction clinic at the Multicare Health System today, at your request. I appreciate the referral very much and thank you for allowing me to participate in your patient's care. As you may recall, Linda J Larocque is a 65 year old female who presents today with a chief complaint of left medial, lateral and anterior knee pain.

She had a left total knee arthroplasty by Dr. Fred Thompson on 2/8/2023 (DePuy Attune Size 5 PS femur, Size 6 RP tibia, 8mm PS poly, 38mm patella). Unfortunately, she sustained a postoperative patella tendon rupture on 5/6/23 for which she returned to the operating room with Dr. Thompson on 6/26/2023 for primary repair. After the surgery she was in a knee immobilizer for 6 weeks.

She can only walk 1 block with a walker secondary to pain.

They do have pain at rest. They do have pain at night.

After the documented attempts at conservative treatments, Linda J Larocque reports their pain and dysfunction are worsening.

Prior treatment modalities have included:

- OTC Medications: Yes tylenol
- Prescribed Medications: Yes vicodin (4 pills a day)
- Physical Therapy: Yes
- Steroid Injections: No
- Assistive device: Yes walker
- Brace: Yes

Past medical history, surgical history, allergies, medications, family history, and social history are all reviewed by me on the patient self-assessment/intake form which was signed and dated on this visit. This form is to be scanned into the permanent medical record.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.

PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); and **reconst-recurr disloc patella (Left, 06/26/2023).

Allergies:

**Allergies as of 09/29/2023 - Reviewed 09/29/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| Effexor [venlafaxine] | | 02/23/2015 |
| Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| Pravastatin | | 11/29/2022 |
| Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| Zoloft [sertraline hcl] | | 07/15/2015 |

MC_003269

| | | |
|---|---|---|
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Medications: Current Outpatient Medications: lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab, Take 1 Tablet by mouth once daily., Disp: 100 Tablet, Rfl: 2
duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles, Take 1 Capsule by mouth twice daily., Disp: 180 Capsule, Rfl: 1
alprazolam (XANAX) 0.25 MG Tab, Take 1 Tablet by mouth three times a day as needed for anxiety., Disp: 15 Tablet, Rfl: 2
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrOXYzine hcl (ATARAX) 25 MG Tab, Take 1 Tablet by mouth three times a day as needed for itching/pruritus., Disp: 120 Tablet, Rfl: 11
liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector, Inject 1.8 mg under the skin once daily., Disp: 18 mL, Rfl: 1
rosuvastatin (CRESTOR) 20 mg Tab, Take 1 Tablet by mouth each evening., Disp: 90 Tablet, Rfl: 3
aspirin 81 MG Chew Tab, Chew and swallow 1 Tablet by mouth twice daily., Disp: 84 Tablet, Rfl: 0
Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc, Use With victoza injections, Disp: 100 Each, Rfl: 11
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrochlorothiazide (MICROZIDE) 12.5 MG Caps, Take 1 Capsule by mouth once daily., Disp: 90 Capsule, Rfl: 0
verapamil (CALAN SR) 240 MG Tab CR, Take 1 Tablet by mouth once daily., Disp: 90 Tablet, Rfl: 3
Free Text Medication Entry (OTHER), Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device., Disp: 1 Each, Rfl: 0
Free Text Medication Entry (OTHER), cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria), Disp: 1 Each, Rfl: 0
docusate sodium (COLACE) 100 MG Caps, Take 1 Cap by mouth twice daily., Disp: 60 Cap, Rfl: 0
diclofenac (VOLTAREN) 50 MG Tab EC, 1 Tablet twice daily., Disp: 60 Tablet, Rfl: 2
senna (SENNA, SENOKOT) 8.6 MG Tab, Take 1 Tablet by mouth once daily., Disp: 30 Tablet, Rfl: 1

Family History: family history includes Alcohol abuse in her daughter; Arthritis in her brother; Cancer in her daughter, maternal grandmother, and mother; Coronary Artery Disease in her maternal grandfather and maternal grandmother; Diabetes in her maternal aunt, paternal aunt, and sister; Drug/Alcohol in her daughter; GU in her mother; Heart in her father, mother, and sister; Hypertension in her father, mother, and sister; Neuro in her daughter and sister; Other in her paternal aunt and sister; Seizures in her daughter; Stroke in her father; Uterine cancer in her daughter.

Social History:  reports that she has never smoked. She has never been exposed to tobacco smoke. She has never used smokeless tobacco. She reports that she does not currently use alcohol. She reports that she does not use drugs.

ROS:  A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

Vital Signs: BP 117/65 | Pulse 88 | Temp (Src) 95 (Temporal) | Resp 16 | Ht 5' 6.339"[measured without shoes[ (1.685 m) | Wt 247 lb 9.6 oz (112.311 kg) | LMP 09/14/2009 Body mass index is 39.56 kg/m².

General:  AAOX3, No acute distress, normal affect and disposition, well kept and appearing adult female.
Range of motion of the Left knee was -48 active to 126 and -2 to 126 passive with crepitus.
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive Medial, Lateral joint line tenderenss and 2+ effusion was present.
Knee alignment was neutral and there  was a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact. Foot alignment was neutral.
>5mm anterior drawer
Distal neurovascular exam was normal with 4/5 motor in the ankle and toes and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of gait did reveal an antalgic gait.

Radiographic Data: Current and prior radiographs were personally reviewed and interpreted by me.

MC_003270

3 views left knee dated 8/31/2023 reviewed and interpreted by me. Left total knee arthroplasty in place. Severe patella alta with complete disruption of the extensor mechanism. Likely periprosthetic patella fracture off the inferior pole.

Assessment: Linda J Larocque is a 65 year old female status post left total knee arthroplasty with chronic patellar tendon rupture

| | | ICD-10-CM | |
|---|---|---|---|
| 1. | Patellar tendon rupture, left, initial encounter | S86.812A | CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY |
| 2. | Status post total left knee replacement | Z96.652 | CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY |

Plan:

Orders Placed This Encounter

- CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY
  *Adductor canal block*

  *Clearance:*
  *PCP: No*
  *Dental: No*
  *Cardiac: No*
  *Pulmonary: No*
  *Rheumatology: No*
  *Diabetic with Hb A1c >8: No*
  *Smoker: No*

| Order Specific Question: | Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079? |
|---|---|
| Answer: | Yes |
| Order Specific Question: | Special needs |
| Answer: | Zimmer RHK revision total knee with cones, flexible osteotomes, tamp, power, DeMayo knee positioner, microsag saw, Shukla total knee extractor, 10"x14" marlex mesh graft |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P PART/FULL REMOVAL OF KNEECAP [27350] |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P FIX PATELLA TENDN,SECONDARY [27381] |
| Order Specific Question: | Same Day Discharge? |
| Answer: | No |
| Order Specific Question: | Number of nights staying? |
| Answer: | 2 |
| Order Specific Question: | Tier Level |
| Answer: | Tier 2 [102] |

We discussed the options for treating chronic patellar tendon rupture with extensor mechanism disruption status post

MC_003271

left total knee arthroplasty. Unfortunately, this is a very difficult problem. I discussed with her historical treatment options for chronic extensor mechanism disruptions have included primary pair, allograft reconstruction, hamstring autograft reconstruction, etc. Currently, the most successful reconstruction option for chronic extensor mechanism disruption in the presence of total knee arthroplasty is conversion to hinged total knee replacement with Marlex mesh reconstruction of the extensor mechanism and papillectomy. This will require 2 to 3 months of postoperative immobilization in a long-leg cast.

Linda J Larocque was counseled regarding the risks associated with revision Left total knee arthroplasty with extensor mechanism reconstruction including but not exclusive to: wear, loosening, infection, stiffness, dislocation, leg length discrepancy, persistent extensor mechanism weakness/deficiency, persistent pain, prosthetic clicking or squeaking, periprosthetic fracture, internal bleeding associated with blood thinners to prevent dvt, and PE, the possible need for blood bank blood transfusion, postoperative nausea, vomiting, difficulty with pain control, possible need for a urinary catheter and / or delayed urinary dysfunction or symptoms, possible electrolyte abnormalities or organ dysfunction due to the stress of surgery as well as medical and/or cardiac perioperative complications, possible death, need for revision surgery and they were provided a patient information handbook specific to joint replacement if available to refer to while they consider and await scheduling their reconstructive surgery.

We will schedule the procedure and request appropriate pre-operative optimization if indicated. They will return to my adult reconstruction clinic and have an appointment with pre-anesthesia clinic one to two weeks prior to their surgery date for a pre-operative evaluation. Thank you for the referral and the opportunity to participate in the care of your patient. If you have any questions regarding my treatment recommendations don't hesitate to call.

**As Documented in the Office Visit Note Above, Current Milliman criteria for Total Knee Arthoplasty listed below have been met by LAROCQUE,LINDA J.**

1. Procedure may be indicated for **1 or more** of the following(1):
    1. Treatment of degenerative joint disease is needed as indicated by **ALL** of the following(4):
        1. Presence of significant radiographic findings, including knee joint destruction, angular deformity, or severe narrowing
        2. Optimal medical management has been tried and failed.
        3. Patient has failed or is not a candidate for more conservative measures (eg, osteotomy, patellofemoral arthroplasty).
        4. Treatment is needed because of **1 or more** of the following:
            * Disabling pain
            * Functional disability
    2. Failure of a previous proximal tibial or distal femoral osteotomy
    3. Posttraumatic knee joint destruction
    4. Distal femur fracture repair in an elderly patient with osteoporosis(5)
    5. Revision procedure for a failed prior reconstruction procedure
    6. Limb salvage for malignancy(6)
2. Replacement (revision) of previous arthroplasty is needed as indicated by **1 or more** of the following(7):
    1. Disabling pain
    2. Functional disability
    3. Progressive and substantial bone loss
    4. Fracture of patella(8)
    5. Dislocation of patella
    6. Aseptic component instability(9)
    7. Infection(10)
    8. Periprosthetic fracture(11)

**Alternatives to Procedure**

* Alternatives include(1)(4):
    * Optimal medical management, which may include:
        * Anti-inflammatory medication
        * Analgesics
        * Flexibility and muscle strengthening exercises
        * Physical therapy
        * Reasonable restriction of activities
        * Cane or crutch use
        * Weight reduction
        * Intra-articular steroids(12)(13)
        * Hyaluronic acid derivatives injection
    * Arthroscopy with or without debridement. See Knee Arthroscopy[ISC].
    * Osteotomy (high tibial, distal femoral). See Tibial Osteotomy, Adult[ISC].
    * Patellofemoral arthroplasty(14)
    * Arthrodesis(15)

MC_003272

Greater than 45 minutes was spent reviewing records, evaluating films, face-to-face encounter, creating care plan, and documenting.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

DEXA scan is up to date for Linda J Larocque

Electronically signed by Zachary B Adler, MD at 2023-09-29T19:13:12Z

---

**Nursing Note by Kasey J Dycus, MA at 09/29/2023 08:15 AM**

| | | |
|---|---|---|
| Author : Kasey J Dycus, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 09/29/2023 08:23 AM | Encounter Date : 09/29/2023 | Status : Addendum |
| Editor : Kasey J Dycus, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Consultation

  *Left knee*

Additional Details: Patient presents for consultation for her left knee. Patient is S/P Left TKA on 2/8/23 and Open Patella Tendon Repair on 6/26/23 by Dr. Thompson. Patient stated she went to the grocery store and the cart stopped suddenly causing patient to hit her knee on the cart and her patella to dislocate. Patient stated she is unable to lift her leg and her left hip is also painful. Patient also mentioned she has balance issues. Patient rates her pain as a 3/10 today and takes Norco for the pain.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

Electronically signed by Kasey J Dycus, MA at 2023-09-29T15:23:01Z

# 10/31/2023 - MultiCare Orthopedics and Sports Medicine - Auburn

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 10/31/2023 12:00:00 AM | 10/31/2023 12:00:00 AM | 312439636 |

| Hospital Area |
|---|
| MultiCare Orthopedics and Sports Medicine - Auburn |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003274

| | | |
|---|---|---|
| Author : Trisha L Flett, RN | Service: | Author Type : Registered Nurse |
| Filed : 10/31/2023 12:25 PM | Encounter Date : 10/31/2023 | Status : Signed |
| Editor : Trisha L Flett, RN (Registered Nurse) | | |

### Orthopedic Nurse Navigator Fitness for Surgery Note on (10/31/2023)

**PROCEDURE:** Left Total Knee Revision with Dr. Adler

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION | |
| *discovered psvt in pacu* | |
| • Backache, unspecified | |
| *Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites | |
| *Osteoarthritis gen'l chronic pain syndrome Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF | |
| *6/2022 ECHO EF 45-50% Dr Guerra cardiologist* | |
| • History of sleep apnea | |
| *uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) | 10/27/2009 |
| *tx w/ hyst* | |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus *Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC) | |
| *heart murmur noted on echo* | |
| • Prediabetes | |
| • Snores | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled *diet controlled* | |
| • Uterine cancer (CMS/HCC) | |

**Social History**

**Tobacco Use**

| | |
|---|---|
| • Smoking status: | Never |
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |

**Vaping Use**

| | |
|---|---|
| • Vaping Use: | Not on file |

MC_003275

- Alcohol use: Not Currently

  *Comment: 1-2x year*

- Drug use: Never

## Current Outpatient Medications

| Medication | Instructions |
| --- | --- |
| • alprazolam (XANAX) | 0.25 mg, Oral, TID PRN |
| • Aspirin Low Dose | 81 mg, Oral, BID |
| • diclofenac (VOLTAREN) | 50 mg, BID |
| • docusate sodium (COLACE) | 100 mg, Oral, BID |
| • duloxetine (CYMBALTA) | 60 mg, Oral, BID |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose <BR>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| • hydrochlorothiazide (MICROZIDE) | 12.5 mg, Oral, DAILY |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • [START ON 11/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | 1-2 Tablets, Oral, Q6H PRN |
| • hydrOXYzine hcl (ATARAX) | 25 mg, Oral, TID PRN |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections |
| • lisinopril (PRINIVIL, ZESTRIL) | 20 mg, Oral, DAILY |
| • rosuvastatin (CRESTOR) | 20 mg, Oral, Q PM |
| • senna (SENNA, SENOKOT) | 8.6 mg, Oral, DAILY |
| • verapamil (CALAN SR) | 240 mg, Oral, DAILY |
| • Victoza | 1.8 mg, Subcutaneous, DAILY |

**Surgeon Pre Surgical Clearance Request :**
Clearance:
PCP: No
Dental: No
Cardiac: No
Pulmonary: No
Rheumatology: No
Diabetic with Hb A1c >8: No
Smoker: No

Total Hip and Knee Fitness for Surgery Clearance

Patient has participated in shared decision-making process and wishes to proceed to surgery?: **Yes.**

X-rays demonstrate moderate to severe osteoarthritis (Kellegren-Lawrence grade 3 or 4 for Knee patient)?: **Yes. Revision case**

3+ month trial of non-operative treatment (within the last 12-18 months): Weight loss if indicated
Activity modification
Assistive devices

Trial of medications management (when appropriate): Acetaminophen
Oral non-steroidal anti-inflammatory drugs

**Opioids**

Is the current BMI equal to or greater than 40 or less than 19?: **No. BMI - 39.56**

Is there a history of diabetes?: **Yes. Last A1C on file 5.8- 6/23/23**

If yes, has the A1C been at 8.0 or greater in the last 90 days?: **No.**

Is chronic opioid use a concern?: **No.**

Current active nicotine user?: **No.**

Anticipated post-operative discharge location has been identified as (provide comment detail if selecting multiple locations): **Home (outpatient PT).**

Patient has appointed a care partner that will assist in post-operative care and recovery needs? (name care partner in comments if able) **Yes. This patient has identified her care partner as her spouse - Steven.**

Patient length of stay is anticipated to be... **1 night.**

A referral to pre-operative physical therapy has been provided? (if no, please comment) **No. This referral to be given at pre operative apt. This patient is established at Anchor PT in Tacoma.**

Patient requires PCP clearance prior to surgery? **No. PCP - Dr Rachel D Dawson MD - This patient sees her PCP regularly.**

Patient requires cardiac clearance prior to surgery? **Yes. Cardiac - Dr Daniel Guerra MD - Cleared - 10/12/23 - PHI risk assessment in media tab.**

Patient requires dental clearance prior to surgery? **Yes. Dental - Dr Mark Kaboshima DDS. Cleared patient . 10/31/23. Placed in media tab.**

Patient requires additional referrals or clearances prior to surgery? **No.**


Special Needs: None
Mental Health: prior history of depression
ETOH Screen: Drinks. No substance abuse concerns.
Illicit Substances Screen : no history of illicit drug use

**Medications Review:**
Anticoagulants: ASPIRIN
DMARDs: NONE

**Pain Management:**
Non-opioid analgesics: acetaminophen (Tylenol), diclofenac (Voltaren)
Opioids: hydrocodone/acetaminophen 10/325
Topical analgesics: NONE

**ED Visits (in last 6 -12 months): none**

**MRSA Test Status: Negative (-) 2/2/2023**

**AMBULATORY RN ORTHO CARE MANAGER DISCHARGE PLAN PRE-OP NOTE on (10/31/2023).**

**Is this patient appropriate for Same Day Surgery Discharge:** 2359 for revision case. Medical co morbidities - HTN, HLD, CHF, SVT, CAD, DM II, h/o heart cath 2021, OSA.

MC_003277

## Discharge plan: Home

- Discharge to:  Home
- Post op Care Partner: Spouse - steven
- Verified care partner able to provide appropriate assistance:  Yes
- Type of residence: Single-level Home
- Home Stairs: No stairs  Has 5 outdoor stairs with rails
- Stationary Chair and Leg Rest: Yes
- Shower: Tub shower combo
- Toilet Height: Standard
- Equipment: Cane and Front Wheeled Walker
- Physical Therapy: Established OPPT at Anchor located in Tacoma (253) 474- 7474
- ADLs/iADLs functional status:  Independent with ADLs and IADLs at baseline
- Falls in past 3 months:  No
- ETOH &/or Recreational Drugs: Drinks 1- 2 per year  and consumes no recreational drugs
- Transportation at discharge: privately owned vehicle. Spouse - Steven to transport patient to and from hospital.

## Risk Assessment and Prediction Tool (RAPT)
- Age: 65 year old
- Gender: Female
- Assistive device used for ambulation at baseline: Cane
- Walking distance without pain: More than 2 blocks
- Community supports: No
- Will support person be living with you upon return home: Yes, with Family

## Risk Assessment and Prediction Tool (RAPT) Score: 10

| Score | Recommendation |
|---|---|
| Score <6 | Extended Inpatient Rehabilitation Recommended |
| Score 6 -9 | Additional intervention to discharge directly home Recommended (e.g. Rehabilitation in the Home) |
| Score >9 | Discharge directly home |

## RN Concerns:

Fit for surgery chart review completed.  No additional clearances needed.. Outbound call made to patient on 10/31/2023 to assess discharge plan. This RN has determined the patient's discharge plan is appropriate for scheduling. Patient reports appropriate home support is arranged at discharge and is aware of medical equipment that is needed and must be obtained prior to surgery. Patient appreciative of call and has been given this RN's direct number if further needs arise prior to surgery. Scheduler notified patient can proceed with surgery scheduling and required pre- and post-op appointments.

**Trish Flett MBA, MSN, RN** | Clinic Ortho-Surgical Nurse Navigator
Ambulatory RN Ortho Care Manager
Allenmore - Total Joints | MultiCare
**Phone:** 253 - 459-7044 **Off on Fridays**
**Fax:** 253.864.2703 | **Email:** tiflett@multicare.org
**Allenmore - Address:** 3124 South 19th St., Suite340, Tacoma, WA. 98405

Electronically signed by Trisha L Flett, RN at 2023-10-31T19:25:08Z

MC_003278

# 11/02/2023 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | | Admitting Provider |
|---|---|---|
| | | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 11/02/2023 12:30:00 PM | 11/02/2023 01:00:00 PM | 310381096 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003279

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 11/08/2023 09:58 AM | Encounter Date : 11/02/2023 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

## CHRONIC NON-CANCER PAIN MANAGEMENT (OPIOID ANALGESIA): WA State Mandated Periodic review - Revised Nov 1, 2012

### CNCP OVERVIEW
-------------------------------------------------------------------------------------------------*May Use In Problem List Overview*
Periodic 6 Month Review Date: 11/2/2023
Condition(s) for which opioid analgesic(s) have been prescribed:
(G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

Daily Maintenance opioid dose: hydrocodone 32 mg cymbalta 120 mg
Combined morphine equivalent dose: 32 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
.........................................................................................................................................*May Use In Problem List Overview*

### HPI
**Reason For Visit**
Linda is a 56 year old female who presents in follow-up for management of chronic non-cancer pain.

She had knee joint replacement and did well - but then
May 6 - went to fred meyers - knee slammed into the cart when it suddenly jammed - the sustained a patella tendon rupture and that led to the second surgery
Still wearing knee brace - this really set her back six weeks
Knee cap is not staying in position despite the second surgery so ortho has referred her to dr. Adler
She got clearance from cardiologist
She is really upset about what has happened
Very worried about her ultimate outcome
At least 3-4 night sa week trouble falling asleep
She is having to use a walker and knee brace
She is going to need to be in a full length leg cast for 12 weeks and then extensive rehab
She is now not sure who or how she is going to make it at home in the recovery process
She is having to use a bedside commode
Finances are tight due to medical expenses

Also had 3 teeth pulled
Additionally pet dog passed

She feels her husband is not supportive admits he is doing all he can to take care of himself
He watches too much tv
She tries to pray about it
She is listening to joyce meyers and other christian speakers to lift herself up
Her friends are all getting older and are not able to be there for her
Knows all her neighbors but they are all going through trials right now
She is trying to give away stuff

**Etiology of Pain**
New diagnostic information regarding etiology of chronic pain condition? NO
Sites of pain, analgesia and functional assessment:peg 444
Change in global pain since last visit: due to knee and repeated surgeries - worse
**Functional & Behavioral Assessment**
Activities that pain prevents, or significantly limits: see above.
Activities that treatment enables: she is unable to care for her spouse and do adls, but with only limited walking and lifting and standing are limited now
Behaviors suggestive of abuse or misuse of the prescribed opioids? No

**Rx Review**
Adverse Rx events such as cognitive or functional decline: No

Other opioid related side effects: none
Home storage of pain medication: kept in her purse which is always either in her possession or hidden in her closet.
Prescription Monitoring Program: No irregularities

**Adjunctive Therapies:** orthopedic surgeon
**MEDICAL HISTORY**

**Common Co-Occuring Conditions**
History of sleep apnea? Yes on cpap which she is using
HIstory of depression or other psychiatic condition? Compliant w/ antidepressant and feels it is working - she is using the xanax to manage anxiety and does not feel she can do without this med
Aware of the risk of opiates with xanax
Wakes fatigued even after adequate sleep

**Patient Active Problem List**

**Diagnosis**

- BENIGN HYPERTENSION
- CHONDROMALACIA PATELLAE
- PLANTAR FASCIITIS
- PLANTAR NERVE LESION
- OSTEOARTHROS NOS-UNSPEC
- FATTY INFILTRATION LIVER
- DIABETES MELLITUS TYPE II-UNCOMPL
- Malignant neoplasm of corpus uteri, except isthmus
- LUMBAGO
- VITAMIN D DEFICIENCY NOS
- LUMB/LUMBOSAC DISC DEGEN
- RECURR DEPR PSYCHOS-MOD
- LIPOID METABOL DIS NOS
- Other constipation
- Myofacial muscle pain

**Past Surgical History**

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • **colonoscopy & polypectomy | | 2008, 2013 |
| *due in august 2013* | | |
| • P foot/toes surgery proc unlisted | | 1999 |
| *mortons neuroma right* | | |
| • H/o hysterectomy total | | 2009/11 |
| *uterine cancer stage 1aG1 w bso lnd* | | |

**History**

**Social History**

| • Marital Status: | Married |
|---|---|
| Spouse Name: | N/A |
| Number of Children: | N/A |

MC_003281

- Years of Education: N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used
- Alcohol Use: Yes

  *Comment: 1/mo*
- Drug Use: No
- Sexual Activity: Yes

  Partners: Male

  Birth Control/ Protection: Surgical

  *Comment: married monogamous, vas*

Other Topics                                    Concern
- Not on file

Social History Narrative
- No narrative on file

**ROS**
Review Of Systems
Skin: Negative
Eyes: Negative
Ears/Nose/Throat: Negative
Respiratory: Negative
Cardiovascular: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Musculoskeletal: see hpi
Neurologic: Negative
Psychiatric: see hpi
Hematologic/Lymphatic/Immunologic: Negative
Endocrine: Negative

**OBJECTIVE**
**Exam**

Vitals:

|  | 11/02/23 1225 |
| --- | --- |
| BP: | 119/76 |
| Pulse: | 88 |
| Resp: | 16 |
| Temp: | 36.4 °C (97.6 °F) |
| Weight: | 113.2 kg (249 lb 9.6 oz) |
| Height: | 1.66 m (5' 5.34") |

general no acute distress
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
Lungs cta
Abd: soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
Ms significant psychosocial stressors
neck rom limited with grimacing
Left knee in a leg brace
wrist romi without discomfort
Back -sitting comfortably, no pain behaviors

MC_003282

**Labs reviewed from this year**

**IMPRESSION**
  (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
Comment:
Plan:

(M17.12) Primary osteoarthritis of left knee
Comment:
Plan:

(M79.18) Myofascial muscle pain
Comment:
Plan:

(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
Comment:
Plan:

(M15.9) Primary osteoarthritis involving multiple joints
Comment:
Plan:

(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
Comment:
Plan:

(G47.33) Obstructive sleep apnea (adult) (pediatric)
Comment:
Plan: compliant and seeing benefit

(Z23) Need for vaccination
Comment:
Plan: P  AIIV4 VACC INACTIVATED PRSRV FR 0.5ML DOS IM
      USE


Demonstrated compliance with agreed treatment plan? Yes
Treatment objectives are being met? yes
Changes in treatment plan indicated based on above review? No
CNCP Overview is reflected in the Problem List for "Chronic Pain" Yes


**PLAN**
**Treatment Objectives**
[X] Provide analgesia
[X] Self-care (AODL)
[X] Minimize need for visits to emergency department or urgent care clinics
[X] Minimize adverse events related to pain medication
[X] Comply with terms of treatment agreement
[x ] Maintain gainful employment
[X] Assist with care of family member(s)

**Education** *(Check those that apply)*
**[X]** Treatment plan is documented in patient instructions & printed AVS *(.PainTreatmentPlan)*
[X] Discussed requirement of pain medication safe storage
[X] Discussed requirement of photo ID for Rx pharmacy pickup
[ ] WA DOH pamphlet provided

**Consultation to Pain Specialist:** Has been seen by various specialists

**Lab Studies**
Urine Drug Screening: not done at this visit
Kidney and liver function have been assessed within past 12 months? Yes: normal

**Pain Agreements**
Signed pain agreement form is in patient record: Yes

MC_003283

changes made to the previous agreement: no
**Follow Up**
State mandated periodic reviews are required take place every 6 months for MED = 40 mg.
The frequency of periodic reviews was discussed with the patient.

More than 50% of the 30-minute visit was spent face-to-face with the patient in counseling and coordination of care.

Pt unable to stop using xanax, gets too anxious, uses on av 15 tabs per mo
No se w/ interactions w/ norco
Aware of increased risk falls, sedation but needs to cont this med

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 2023-11-08T17:58:31Z

**Progress Notes by Rachel D Dawson, MD at 11/02/2023 12:30 PM**

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 11/08/2023 09:58 AM | Encounter Date : 11/02/2023 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

**CHRONIC NON-CANCER PAIN MANAGEMENT (OPIOID ANALGESIA):**
**WA State Mandated Periodic review - Revised Nov 1, 2012**

**CNCP OVERVIEW**
----------------------------------------------------------------------*May Use In Problem List Overview*
Periodic 6 Month Review Date: 11/2/2023
Condition(s) for which opioid analgesic(s) have been prescribed:
(G89.4) Chronic pain syndrome (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

Daily Maintenance opioid dose: hydrocodone 32 mg cymbalta 120 mg
Combined morphine equivalent dose: 32 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
.................................................................................*May Use in Problem List Overview*

**HPI**
**Reason For Visit**
Linda is a 56 year old female who presents in follow-up for management of chronic non-cancer pain.

**Etiology of Pain**
New diagnostic information regarding etiology of chronic pain condition? NO
Sites of pain, analgesia and functional assessment:peg 444
Change in global pain since last visit: unchanged to slightly worse
**Functional & Behavioral Assessment**
Activities that pain prevents, or significantly limits: see above.
Activities that treatment enables: she is able to care for her spouse and do adls, but walking and lifting and standing are limited more now
Behaviors suggestive of abuse or misuse of the prescribed opioids? No

**Rx Review**
Adverse Rx events such as cognitive or functional decline: No
Other opioid related side effects:none
Home storage of pain medication: kept in her purse which is always either in her possession or hidden in her closet.
Prescription Monitoring Program: No irregularities

**Adjunctive Therapies:** none currently except for chiropractic care

**MEDICAL HISTORY**

**Common Co-Occuring Conditions**
History of sleep apnea? Yes on cpap which she is using

MC_003284

History of depression or other psychiatic condition? Compliant w/ antidepressant and feels it is working - she is using the xanax to manage anxiety and does not feel she can do without this med
Aware of the risk of opiates with xanax
Wakes fatigued even after adequate sleep

## Patient Active Problem List

### Diagnosis

- BENIGN HYPERTENSION
- CHONDROMALACIA PATELLAE
- PLANTAR FASCIITIS
- PLANTAR NERVE LESION
- OSTEOARTHROS NOS-UNSPEC
- FATTY INFILTRATION LIVER
- DIABETES MELLITUS TYPE II-UNCOMPL
- Malignant neoplasm of corpus uteri, except isthmus
- LUMBAGO
- VITAMIN D DEFICIENCY NOS
- LUMB/LUMBOSAC DISC DEGEN
- RECURR DEPR PSYCHOS-MOD
- LIPOID METABOL DIS NOS
- Other constipation
- Myofacial muscle pain

Past Surgical History

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| **colonoscopy & polypectomy | | 2008, 2013 |
| *due in august 2013* | | |
| P foot/toes surgery proc unlisted | | 1999 |
| *mortons neuroma right* | | |
| H/o hysterectomy total | | 2009/11 |
| *uterine cancer stage 1aG1 w bso lnd* | | |

## History

### Social History
- Marital Status:      Married
  - Spouse Name:      N/A
  - Number of Children:      N/A
- Years of Education:      N/A

### Occupational History
- Not on file.

### Social History Main Topics
- Smoking status:      Never Smoker
- Smokeless tobacco:      Never Used
- Alcohol Use:      Yes

MC_003285

*Comment: 1/mo*
- Drug Use:                No
- Sexual Activity:         Yes

           Partners:          Male

           Birth Control/ Protection: Surgical

*Comment: married monogamous, vas*

| Other Topics | Concern |
| --- | --- |

- Not on file

| Social History Narrative | |
| --- | --- |

- No narrative on file

**ROS**
Review Of Systems
Skin: Negative
Eyes: Negative
Ears/Nose/Throat: Negative
Respiratory: Negative
Cardiovascular: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Musculoskeletal: see hpi
Neurologic: Negative
Psychiatric: see hpi
Hematologic/Lymphatic/Immunologic: Negative
Endocrine: Negative

**OBJECTIVE**
**Exam**

Vitals:

| | 05/25/22 1407 |
| --- | --- |
| BP: | 132/68 |
| Pulse: | 76 |
| Resp: | 16 |
| Temp: | 96.6 °F (35.9 °C) |
| Weight: | 262 lb (118.8 kg) |
| Height: | 5' 2" (1.575 m) |

general no acute distress
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
Lungs cta
Abd: soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
Ms significant psychosocial stressors
neck rom limited with grimacing
Knee romi but w/ discomfort and crepitus
wrist romi without discomfort
Back - romi
neg straight leg sign
motor strength 5/5
sensation intact to light touch
gait normal without limp
spine straight
mental status: pt making positive plans

**Labs reviewed from this year**

MC_003286

**IMPRESSION**

(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc  (primary encounter diagnosis)
Comment:
Plan:

(G89.4) Chronic pain syndrome
Comment:
Plan: CHR PAIN,SUD UDS W/CONSLT, RISK 1 W/OUT THC


(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
Comment:
Plan: REFERRAL TO BEHAVIORAL HEALTH AND/OR SUBSTANCE
    USE DISORDER SERVICES


(M79.18) Myofascial muscle pain
Comment:
Plan:

(G47.33) Obstructive sleep apnea (adult) (pediatric)
Comment:
Plan:

(M89.49) Primary osteoarthritis involving multiple joints
Comment:
Plan:

(Z68.42) BMI 45.0-49.9, adult (CMS/HCC)
Comment:
Plan:


Fatigue  Multifactorial in etiology


Demonstrated compliance with agreed treatment plan? Yes
Treatment objectives are being met? yes
Changes in treatment plan indicated based on above review? No
CNCP Overview is reflected in the Problem List for "Chronic Pain" Yes


**PLAN**
**Treatment Objectives**
[X] Provide analgesia
[X] Self-care (AODL)
[X] Minimize need for visits to emergency department or urgent care clinics
[X] Minimize adverse events related to pain medication
[X] Comply with terms of treatment agreement
[x ] Maintain gainful employment
[X] Assist with care of family member(s)

**Education** *(Check those that apply)*
**[X]** Treatment plan is documented in patient instructions & printed AVS *(.PainTreatmentPlan)*
[X] Discussed requirement of pain medication safe storage
[X] Discussed requirement of photo ID for Rx pharmacy pickup
[ ] WA DOH pamphlet provided

**Consultation to Pain Specialist:** Has been seen by various specialists

**Lab Studies**
Urine Drug Screening: not done at this visit
Kidney and liver function have been assessed within past 12 months? Yes: normal

**Pain Agreements**
Signed pain agreement form is in patient record: Yes
changes made to the previous agreement: no
**Follow Up**
State mandated periodic reviews are required take place every 6 months for MED = 40 mg.

MC_003287

The frequency of periodic reviews was discussed with the patient.

More than 50% of the 30-minute visit was spent face-to-face with the patient in counseling and coordination of care.

Pt unable to stop using xanax, gets too anxious, uses on av 15 tabs per mo
No se w/ interactions w/ norco
Aware of increased risk falls, sedation but needs to cont this med

Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 2023-11-08T17:58:31Z

### Nursing Note by Amy J Goodwin, MA at 11/02/2023 12:30 PM

| | | |
|---|---|---|
| Author : Amy J Goodwin, MA | Service: Family Medicine | Author Type : Medical Assistant |
| Filed : 11/02/2023 12:30 PM | Encounter Date : 11/02/2023 | Status : Signed |
| Editor : Amy J Goodwin, MA (Medical Assistant) | | |


## Chief Complaint

Patient presents with

- Anxiety

    *Woudl like discuss change in medication due to increased anxiety*


Additional Details: None

Medication list changes/discrepancies: Medication Comments documented by Amy J Goodwin, MA on 11/2/2023 at 1224. Med list reviewed and verified with patient


Allergy list changes/discrepancies :

## Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] | |
| *palpitations* | |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |

*Gi upset*

- Zocor [Simvastatin]

  *myalgias*

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Amy J Goodwin, MA at 2023-11-02T19:30:08Z

MC_003289

# 11/22/2023 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 11/22/2023 08:30:00 AM | 11/22/2023 09:00:00 AM | 312859780 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003290

## Imaging

XR Knee 1 or 2 Views Left

| | |
|---|---|
| Impression | 2023-11-22T09:33:54.000 |
| | 2 views left knee dated 11/22/23 reviewed and interpreted by me. Left total knee arthroplasty in place. Severe patella alta with complete disruption of the extensor mechanism. Likely periprosthetic patella fracture off the inferior pole. |
| | Zachary B Adler, MD, FAAOS |
| | Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery |
| | Comment: |

## H&P by Shane Turner, PA-C at 11/22/2023 08:30 AM

| | | |
|---|---|---|
| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 12/04/2023 10:06 AM | Encounter Date : 11/22/2023 | Status : Addendum |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

### 11/22/2023

**PATIENT NAME:** Linda J Larocque
AGE: 65 year old

**SURGEON:** Zachary Adler MD

**REFERRING PHYSICIAN/OTHER CONSULTANTS:** Rachel D Dawson, MD

**Chief Complaint:**

Chief Complaint

Patient presents with

- Pre-Op Exam

    *Left total knee revision DOS 12/04/23 ADLER*

**HPI:** This is a 65 year old female who presented to our orthopedic clinic for history of **patella tendon rupture s/p left total knee arthroplasty.** Zachary Adler MD was consulted for evaluation and treatment options. The recommendation was made to proceed with surgery. Linda has exhausted all conservative treatment options and is here for preoperative evaluation for **left total knee revision with patella tendon reconstruction with open patellectomy.** SURGERY DATE: December 4, 2023. Linda J Larocque denies any recent fever, illness, other injury since patient was last seen in our clinic.

<u>**Clearances:**</u>
1. Is cardiac clearance needed? No.
2. Is Pulmonary clearance needed? No.
3. Does patient have any metal allergies? No.
4. Has patient seen a dentist in the last 6 months/ year? Yes.
5. Is Dental clearance needed? No.
6. Do you have Diabetes? Yes. **Last A1c was 5.8 on 6/23/23.**
7. Do you Smoke or use nicotine products? No.
8. Have you had any recent hospitalizations, infections or visits to the ED in the last 90 days? No.

**Current pain medication use: Hydrocodone 10/325mg 2-3 tablets a day.**

**ROS: Pertinent positives listed below**

Patient Active Problem List

Diagnosis

- Essential hypertension, benign

- Chondromalacia of patella

- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- Degenerative joint disease of left knee
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, initial encounter

**Current out patient medications:**

Current Outpatient Medications

Medication

- verapamil (CALAN SR) 240 MG Tab CR
- liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector
- alprazolam (XANAX) 0.25 MG Tab
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab
- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- hydrOXYzine hcl (ATARAX) 25 MG Tab
- rosuvastatin (CRESTOR) 20 mg Tab
- aspirin 81 MG Chew Tab
- Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc
- hydrochlorothiazide (MICROZIDE) 12.5 MG Caps
- Free Text Medication Entry (OTHER)
- Free Text Medication Entry (OTHER)

MC_003292

- docusate sodium (COLACE) 100 MG Caps
- senna (SENNA, SENOKOT) 8.6 MG Tab

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| - ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| - Backache, unspecified<br>*Back pain* | |
| - Depressive disorder, not elsewhere classified | |
| - Essential hypertension, benign | |
| - Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l  chronic pain syndrome  Norco* | |
| - H/O cardiac arrhythmia | |
| - H/O CHF<br>*6/2022 ECHO EF 45-50%  Dr Guerra cardiologist* | |
| - History of sleep apnea<br>*uses CPAP* | |
| - Hyperlipidemia | |
| - Lumbago | 06/28/2010 |
| - Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| - Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| - Paroxysmal supraventricular tachycardia<br>*heart murmur noted on echo* | |
| - Prediabetes | |
| - Snores | |
| - Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled<br>*diet controlled* | |
| - Uterine cancer (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| - **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| - **RECONST-RECURR DISLOC PATELLA | Left | 06/26/2023 |
| - CARDIAC CATHETERIZATION | Left | 11/2021 |
| - H/O EYE SURGERY<br>*retinal tear tx w/ laser* | Left | 11/2022 |
| - H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 11/01/2009 |
| - H/O ORAL SURGERY | | 2000 |

MC_003293

*x 2*
- P FIX INFRAPATELLA TENDON,PRIMARY 06/26/2023

- P FOOT/TOES SURGERY PROC UNLISTED 01/01/1999
  *mortons neuroma right*
- P TOTAL KNEE REPLACEMENT Left 02/08/2023


## Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| Stroke | Father | | |
| Heart | Father | | |
| Hypertension | Father | | |
| Heart | Mother | | |
| *CHF* | | | |
| Hypertension | Mother | | |
| Cancer | Mother | | |
| GU | Mother | | |
| *GOUT* | | | |
| Alcohol abuse | Daughter | | |
| Seizures | Daughter | | |
| Uterine cancer | Daughter | | |
| Neuro | Daughter | | |
| *epilepsy* | | | |
| Drug/Alcohol | Daughter | | |
| *recovering alcoholic* | | | |
| Cancer | Daughter | | |
| *uterine ca* | | | |
| Coronary Artery Disease | Maternal Grandmother | | |
| *MI* | | | |
| Cancer | Maternal Grandmother | | |
| *BREAST* | | | |
| Coronary Artery Disease | Maternal Grandfather | | |
| *MI* | | | |
| Hypertension | Sister | | |
| Diabetes | Paternal Aunt | | |
| Other | Sister | | |
| *EPILEPSY* | | | |
| Diabetes | Sister | | |
| Arthritis | Brother | | |
| Heart | Sister | | |
| Diabetes | Maternal Aunt | | |
| Other | Paternal Aunt | | |
| *MIGRAINE* | | | |
| Neuro | Sister | | |
| *early alzheimers.* | | | |

MC_003294

## Social History

### Socioeconomic History

- Marital status:      Married
  - Spouse name:      Not on file
- Number of children:      Not on file
- Years of education:      Not on file
- Highest education level:      Not on file

### Occupational History

- Not on file

### Tobacco Use

- Smoking status:      Never
  - Passive exposure:      Never
- Smokeless tobacco:      Never

### Vaping Use

- Vaping Use:      Never used

### Substance and Sexual Activity

- Alcohol use:      Yes
  - *Comment: 1-2x year*
- Drug use:      Not Currently
- Sexual activity:      Yes
  - Partners:      Male
  - Birth control/protection:      Surgical
  - *Comment: married monogamous, vas*

### Other Topics      Concern

- Have you received a blood transfusion?      No
- Regular exercise      No

### Social History Narrative

- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file

Food Insecurity: Not on file

Transportation Needs: Not on file

Physical Activity: Not on file

Stress: Not on file

Social Connections: Not on file

Intimate Partner Violence: Not on file

Housing Stability: Not on file

BP 111/72 | Pulse 81 | Temp (Src) 96 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 251 lb 3.2 oz (113.944 kg) | LMP 09/14/2009

Estimated body mass index is 40.54 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").
  Weight as of this encounter: 113.9 kg (251 lb 3.2 oz).

MC_003295

Allergies as of 11/22/2023 - Reviewed 11/22/2023

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

**PHYSICAL EXAMINATION:**
General:          Healthy appearing patient who is cooperative with the exam.
Psych:            Appropriate and alert.
Skin:             Grossly benign, intact.
Head:          Normo-cephalic, Atraumatic
Neck:          No obvious masses or abnormalities
Chest:            Normal excursion
CV:            Negative for irregular heartbeat, chest pain.
Abdomen:       Soft, non-tender
Neuro:              No gross deficits

**MUSCULOSKELETAL:** Left knee
Examined by Zachary Adler MD and diagnosed her with **patella tendon rupture s/p left total knee arthroplasty.**

Initial history and physical was reviewed today with the patient and there were no changes present.

**PERTINENT TEST (Lab/X-ray, etc.) RESULTS:** See chart notes and films

**DIAGNOSIS:**
**Patella tendon rupture s/p left total knee arthroplasty**

**PLANNED PROCEDURE:**
**Left total knee revision with patella tendon reconstruction with open patellectomy**

**New x-rays ordered today: Yes.**

**Pre-dental antibiotics: She has historically taken these per her dentist due to her SVT history. Continue these.**

**Oxycodone and Tramadol worked after her left total knee.**

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. We went over the risks of infection, bleeding, nerve damage, the chance of not improving, squeaking or clicking of implant(s), implant loosening, possible periprosthetic fracture, possible need for revision, risk of blood clots, pulmonary embolism, possible blood transfusion, the use of blood thinning medication after surgery, the need for physical therapy after surgery, possible death and the risks of anesthesia. Patient accepts the treatment plan as outlined. Linda J Larocque has been given ample opportunity to ask questions about her proposed surgical procedure and consents to such procedure.

Patient Interview and Chart review to screen for significant risk factors for thromboembolic events indicates that there was **no** documented hx of DVT, PE, TIA, stroke or factors that would potentially increase the risk of VTE with fibrinolytics, therefore, we **will** plan to proceed with Tranexamic Acid.

Linda will be placed on **Xarelto 10mg for 3 weeks** for DVT prophylaxis following surgery. This medication will be given upon discharge from hospital. The patient will wear TED hose, or compression stockings, for 3 weeks following surgery

MC_003296

also for DVT prophylaxis.

We reviewed patient's postoperative pain expectation and developed a plan of Care to address postoperative pain:
1. Amount of expected pain relative to the procedure
2. Types of medication that will be used post-op to manage pain
3. Use of mulitmodal pain management to include alternatives to Opioids
4. Discussion about appropriate use of opiates- projected time and weaning back to her baseline pain medication to be complete no later than 3 weeks postop.

All questions were answered and Linda J Larocque understood and was satisfied with this plan.


**Total Joint replacement protocol discharge planning:** Recommend starting outpatient physiotherapy within 2-5 business days of discharge from acute care setting.

**PT referral will be discussed at a later date.**
**DME she has at home.**
**We discussed the goal of DC home postop next day if PT/OT goals are met, voids on her own and pain is well controlled.**
**Linda J Larocque will have family at home with her after surgery.**
**Preop wipes were given today.**

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 2023-12-04T18:06:27Z

---

**Nursing Note by Lisette N Cortes, MA at 11/22/2023 08:30 AM**

| | | |
|---|---|---|
| Author : Lisette N Cortes, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 11/22/2023 08:45 AM | Encounter Date : 11/22/2023 | Status : Signed |
| Editor : Lisette N Cortes, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Pre-Op Exam

    *Left total knee revision DOS 12/04/23 ADLER*


Additional Details: Patient is here for preoperative exam of left total knee revision 12/04/23. Patient states concern of achy constant pain radiating up the left thigh. Pain is a 5/10 today at its worst is 7/10 today.

Medication list changes/discrepancies: Medication Comments documented by Lisette N Cortes, MA on 11/22/2023 at 0838.
Medications current/updated per interview with patient. Not taking any additional medications.
Lisette N Cortes, MA


Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Lisette N Cortes, MA at 2023-11-22T16:45:02Z

# 11/29/2023 - Allenmore Hospital Pre Admit Clinic

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 11/29/2023 08:09:22 AM | 11/29/2023 08:50:00 AM | 314596541 |

| Hospital Area |
|---|
| Allenmore Hospital Pre Admit Clinic |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003298

## Lab

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|-----------|-------|------|-----------------|------|---------|------|
| MRSA Nasal PCR Screen | Negative for MRSA by PCR | | | | | 2023-11-29T08:35:00.000 |

## Cardiology

### EKG

| | |
|---|---|
| Impression | 2023-11-29T08:26:46.000 |
| | IMPRESSION: |
| | SINUS RHYTHM WITH FIRST DEGREE AV BLOCK |
| | LEFT BUNDLE BRANCH BLOCK [120+ ms QRS DURATION, 80+ ms Q/S IN V1/V2, 85+ |
| | ms R |
| | IN I/aVL/V5/V6] |
| | ABNORMAL ECG |
| Narrative | 2023-11-29T08:26:46.000 |
| | Vent Rate: 77 bpm |
| | RR Interval: 776 msec |
| | PR Interval: 223 msec |
| | QRS Duration: 159 msec |
| | QT Interval: 410 msec |
| | QTC Interval: 442 msec |
| | P-R-T Axis: 10 - 55 - -69 degrees |
| | Electronically Signed By: Prashant Atri, MD |

## Nursing Notes by Roy Knott, RN at 11/29/2023 08:20 AM

| | | |
|---|---|---|
| Author : Roy Knott, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 11/28/2023 03:44 PM | Encounter Date : 11/29/2023 | Status : Signed |
| Editor : Roy Knott, RN (Registered Nurse) | | |

Pt was called and msg left reminding pt of her EKG appt tomorrow at AH

Electronically signed by Roy Knott, RN at 2023-11-28T23:44:03Z

MC_003299

# 11/29/2023 - Allenmore Hosp Laboratory Dept

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 11/29/2023 08:51:00 AM | 11/29/2023 11:59:00 PM | 315217520 |

| Hospital Area |
|---|
| Allenmore Hosp Laboratory Dept |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003300

**Lab**

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| Na | 141 | mmol/L | 135 - 145 mmol/L | | | 2023-11-29T09:10:00.000 |
| K | 4.4 | mmol/L | 3.6 - 5.3 mmol/L | | | 2023-11-29T09:10:00.000 |
| Cl | 112 | mmol/L | 98 - 109 mmol/L | High | | 2023-11-29T09:10:00.000 |
| CO2 | 23 | mmol/L | 21 - 32 mmol/L | | | 2023-11-29T09:10:00.000 |
| Anion gap w/o K | 6 | | 4 - 12 | | | 2023-11-29T09:10:00.000 |
| BUN | 19 | mg/dL | 8 - 24 mg/dL | | | 2023-11-29T09:10:00.000 |
| Creatinine | 0.67 | mg/dL | 0.6 - 1.2 mg/dL | | | 2023-11-29T09:10:00.000 |
| GFR non African Amer | 88 | mL/min/1.73 m2 | >59 | | | 2023-11-29T09:10:00.000 |
| GFR African American | 107 | mL/min/1.73 m2 | >59 | | | 2023-11-29T09:10:00.000 |
| Glucose | 107 | mg/dL | 65 - 120 mg/dL | | | 2023-11-29T09:10:00.000 |
| Calcium | 10.5 | mg/dL | 8.5 - 10.5 mg/dL | | | 2023-11-29T09:10:00.000 |
| WBC | 5.6 | K/uL | 4.00 - 12.00 K/uL | | | 2023-11-29T09:10:00.000 |
| RBC | 4.73 | mil/uL | 4.00 - 5.50 mil/uL | | | 2023-11-29T09:10:00.000 |
| Hgb | 14.4 | g/dL | 12.0 - 16.0 g/dL | | | 2023-11-29T09:10:00.000 |
| Hct | 43 | % | 37 - 47 % | | | 2023-11-29T09:10:00.000 |
| MCV | 90.9 | fL | 80 - 98 fL | | | 2023-11-29T09:10:00.000 |
| MCH | 30.4 | pg | 27 - 33 pg | | | 2023-11-29T09:10:00.000 |
| MCHC | 33.5 | g/dL | 32 - 37 g/dL | | | 2023-11-29T09:10:00.000 |
| RDW | 12.7 | % | 11.5 - 15.0 % | | | 2023-11-29T09:10:00.000 |
| Plt | 352 | K/uL | 150 - 450 K/uL | | | 2023-11-29T09:10:00.000 |
| Differential type | Automated | | | | | 2023-11-29T09:10:00.000 |
| Abs neuts | 3.45 | K/uL | 1.80 - 7.80 K/uL | | | 2023-11-29T09:10:00.000 |
| Abs immature grans | 0.01 | K/uL | 0.00 - 0.07 K/uL | | | 2023-11-29T09:10:00.000 |
| Abs lymphs | 1.73 | K/uL | 0.80 - 3.30 K/uL | | | 2023-11-29T09:10:00.000 |
| Abs monos | 0.34 | K/uL | 0.10 - 1.00 K/uL | | | 2023-11-29T09:10:00.000 |
| Abs eos | 0.04 | K/uL | 0.00 - 0.40 K/uL | | | 2023-11-29T09:10:00.000 |
| Abs basos | 0.03 | K/uL | 0.00 - 0.20 K/uL | | | 2023-11-29T09:10:00.000 |
| Abs NRBCs | 0 | K/uL | 0.00 | | | 2023-11-29T09:10:00.000 |
| Neuts | 61.6 | % | | | | 2023-11-29T09:10:00.000 |
| Immature grans | 0.2 | % | 0.0 - 0.9 % | | | 2023-11-29T09:10:00.000 |
| Lymphs | 30.9 | % | | | | 2023-11-29T09:10:00.000 |
| Monos | 6.1 | % | | | | 2023-11-29T09:10:00.000 |
| Eos | 0.7 | % | | | | 2023-11-29T09:10:00.000 |
| Basos | 0.5 | % | | | | 2023-11-29T09:10:00.000 |
| NRBC | 0 | % | 0.0 | | | 2023-11-29T09:10:00.000 |

MC_003301

# 12/04/2023 - AH OR

## Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

## Admission Information

| Attending Provider | Admitting Provider |
|---|---|
| | Zachary B Adler, MD |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 12/04/2023 08:09:00 AM | 12/08/2023 04:39:00 PM | 309313333 |

| Hospital Area |
|---|
| AH OR |

## Primary Coverage

| Group Number | Subscriber ID |
|---|---|
| | |

## Lab

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| Glucose | 94 | mg/dL | 65 - 120 mg/dL | | | 2023-12-04T09:53:00.000 |
| Comment | Venous | | | | | 2023-12-04T09:53:00.000 |
| Special Requests | None | | | | | 2023-12-04T11:19:00.000 |
| Culture Results | No anaerobic organisms isolated. | | | | | 2023-12-04T11:19:00.000 |
| Special Requests | None | | | | | 2023-12-04T11:19:00.000 |
| Gram stain | Few white blood cells | | | | | 2023-12-04T11:19:00.000 |
| Gram stain | No organisms seen | | | | | 2023-12-04T11:19:00.000 |
| Culture Results | No growth 3 days | | | | | 2023-12-04T11:19:00.000 |
| Na | 139 | mmol/L | 135 - 145 mmol/L | | | 2023-12-05T02:21:00.000 |
| K | 4.2 | mmol/L | 3.6 - 5.3 mmol/L | | | 2023-12-05T02:21:00.000 |
| Cl | 110 | mmol/L | 98 - 109 mmol/L | High | | 2023-12-05T02:21:00.000 |
| CO2 | 19 | mmol/L | 21 - 32 mmol/L | Low | | 2023-12-05T02:21:00.000 |
| Anion gap w/o K | 10 | | 4 - 12 | | | 2023-12-05T02:21:00.000 |
| BUN | 21 | mg/dL | 8 - 24 mg/dL | | | 2023-12-05T02:21:00.000 |
| Creatinine | 0.69 | mg/dL | 0.6 - 1.2 mg/dL | | | 2023-12-05T02:21:00.000 |
| GFR non African Amer | 85 | mL/min/1.73 m2 | >59 | | | 2023-12-05T02:21:00.000 |
| GFR African American | 103 | mL/min/1.73 m2 | >59 | | | 2023-12-05T02:21:00.000 |
| Glucose | 172 | mg/dL | 65 - 120 mg/dL | High | | 2023-12-05T02:21:00.000 |
| Calcium | 9 | mg/dL | 8.5 - 10.5 mg/dL | | | 2023-12-05T02:21:00.000 |
| WBC | 13.26 | K/uL | 4.00 - 12.00 K/uL | High | | 2023-12-05T02:21:00.000 |
| RBC | 3.5 | mil/uL | 4.00 - 5.50 mil/uL | Low | | 2023-12-05T02:21:00.000 |
| Hgb | 10.8 | g/dL | 12.0 - 16.0 g/dL | Low | | 2023-12-05T02:21:00.000 |
| Hct | 32.8 | % | 37 - 47 % | Low | | 2023-12-05T02:21:00.000 |
| MCV | 93.7 | fL | 80 - 98 fL | | | 2023-12-05T02:21:00.000 |
| MCH | 30.9 | pg | 27 - 33 pg | | | 2023-12-05T02:21:00.000 |
| MCHC | 32.9 | g/dL | 32 - 37 g/dL | | | 2023-12-05T02:21:00.000 |
| RDW | 13.2 | % | 11.5 - 15.0 % | | | 2023-12-05T02:21:00.000 |
| Plt | 334 | K/uL | 150 - 450 K/uL | | | 2023-12-05T02:21:00.000 |
| Differential type | Automated | | | | | 2023-12-05T02:21:00.000 |
| Abs neuts | 11.4 | K/uL | 1.80 - 7.80 K/uL | High | | 2023-12-05T02:21:00.000 |
| Abs immature grans | 0.06 | K/uL | 0.00 - 0.07 K/uL | | | 2023-12-05T02:21:00.000 |
| Abs lymphs | 1.07 | K/uL | 0.80 - 3.30 K/uL | | | 2023-12-05T02:21:00.000 |
| Abs monos | 0.7 | K/uL | 0.10 - 1.00 K/uL | | | 2023-12-05T02:21:00.000 |
| Abs eos | 0.02 | K/uL | 0.00 - 0.40 K/uL | | | 2023-12-05T02:21:00.000 |
| Abs basos | 0.01 | K/uL | 0.00 - 0.20 K/uL | | | 2023-12-05T02:21:00.000 |
| Abs NRBCs | 0 | K/uL | 0.00 | | | 2023-12-05T02:21:00.000 |
| Neuts | 85.8 | % | | | | 2023-12-05T02:21:00.000 |
| Immature grans | 0.5 | % | 0.0 - 0.9 % | | | 2023-12-05T02:21:00.000 |
| Lymphs | 8.1 | % | | | | 2023-12-05T02:21:00.000 |

MC_003303

| Test | Value | Unit | Reference Range | Flag | Date |
|---|---|---|---|---|---|
| Monos | 5.3 | % | | | 2023-12-05T02:21:00.000 |
| Eos | 0.2 | % | | | 2023-12-05T02:21:00.000 |
| Basos | 0.1 | % | | | 2023-12-05T02:21:00.000 |
| NRBC | 0 | % | 0.0 | | 2023-12-05T02:21:00.000 |
| Na | 141 | mmol/L | 135 - 145 mmol/L | | 2023-12-06T02:47:00.000 |
| K | 4 | mmol/L | 3.6 - 5.3 mmol/L | | 2023-12-06T02:47:00.000 |
| Cl | 112 | mmol/L | 98 - 109 mmol/L | High | 2023-12-06T02:47:00.000 |
| CO2 | 20 | mmol/L | 21 - 32 mmol/L | Low | 2023-12-06T02:47:00.000 |
| Anion gap w/o K | 9 | | 4 - 12 | | 2023-12-06T02:47:00.000 |
| BUN | 11 | mg/dL | 8 - 24 mg/dL | | 2023-12-06T02:47:00.000 |
| Creatinine | 0.55 | mg/dL | 0.6 - 1.2 mg/dL | Low | 2023-12-06T02:47:00.000 |
| GFR non African Amer | 111 | mL/min/1.73 m2 | >59 | | 2023-12-06T02:47:00.000 |
| GFR African American | 134 | mL/min/1.73 m2 | >59 | | 2023-12-06T02:47:00.000 |
| Glucose | 146 | mg/dL | 65 - 120 mg/dL | High | 2023-12-06T02:47:00.000 |
| Calcium | 9 | mg/dL | 8.5 - 10.5 mg/dL | | 2023-12-06T02:47:00.000 |
| WBC | 7.5 | K/uL | 4.00 - 12.00 K/uL | | 2023-12-06T02:47:00.000 |
| RBC | 3.18 | mil/uL | 4.00 - 5.50 mil/uL | Low | 2023-12-06T02:47:00.000 |
| Hgb | 9.8 | g/dL | 12.0 - 16.0 g/dL | Low | 2023-12-06T02:47:00.000 |
| Hct | 29.9 | % | 37 - 47 % | Low | 2023-12-06T02:47:00.000 |
| MCV | 94 | fL | 80 - 98 fL | | 2023-12-06T02:47:00.000 |
| MCH | 30.8 | pg | 27 - 33 pg | | 2023-12-06T02:47:00.000 |
| MCHC | 32.8 | g/dL | 32 - 37 g/dL | | 2023-12-06T02:47:00.000 |
| RDW | 13.5 | % | 11.5 - 15.0 % | | 2023-12-06T02:47:00.000 |
| Plt | 252 | K/uL | 150 - 450 K/uL | | 2023-12-06T02:47:00.000 |
| Differential type | Automated | | | | 2023-12-06T02:47:00.000 |
| Abs neuts | 4.77 | K/uL | 1.80 - 7.80 K/uL | | 2023-12-06T02:47:00.000 |
| Abs immature grans | 0.03 | K/uL | 0.00 - 0.07 K/uL | | 2023-12-06T02:47:00.000 |
| Abs lymphs | 1.78 | K/uL | 0.80 - 3.30 K/uL | | 2023-12-06T02:47:00.000 |
| Abs monos | 0.83 | K/uL | 0.10 - 1.00 K/uL | | 2023-12-06T02:47:00.000 |
| Abs eos | 0.08 | K/uL | 0.00 - 0.40 K/uL | | 2023-12-06T02:47:00.000 |
| Abs basos | 0.01 | K/uL | 0.00 - 0.20 K/uL | | 2023-12-06T02:47:00.000 |
| Abs NRBCs | 0 | K/uL | 0.00 | | 2023-12-06T02:47:00.000 |
| Neuts | 63.6 | % | | | 2023-12-06T02:47:00.000 |
| Immature grans | 0.4 | % | 0.0 - 0.9 % | | 2023-12-06T02:47:00.000 |
| Lymphs | 23.7 | % | | | 2023-12-06T02:47:00.000 |
| Monos | 11.1 | % | | | 2023-12-06T02:47:00.000 |
| Eos | 1.1 | % | | | 2023-12-06T02:47:00.000 |
| Basos | 0.1 | % | | | 2023-12-06T02:47:00.000 |
| NRBC | 0 | % | 0.0 | | 2023-12-06T02:47:00.000 |
| Na | 139 | mmol/L | 135 - 145 mmol/L | | 2023-12-07T03:35:00.000 |
| K | 3.8 | mmol/L | 3.6 - 5.3 mmol/L | | 2023-12-07T03:35:00.000 |

MC_003304

| Test | Value | Units | Reference Range | Flag | Date |
|---|---|---|---|---|---|
| Cl | 106 | mmol/L | 98 - 109 mmol/L | | 2023-12-07T03:35:00.000 |
| CO2 | 23 | mmol/L | 21 - 32 mmol/L | | 2023-12-07T03:35:00.000 |
| Anion gap w/o K | 10 | | 4 - 12 | | 2023-12-07T03:35:00.000 |
| BUN | 13 | mg/dL | 8 - 24 mg/dL | | 2023-12-07T03:35:00.000 |
| Creatinine | 0.52 | mg/dL | 0.6 - 1.2 mg/dL | Low | 2023-12-07T03:35:00.000 |
| GFR non African Amer | 118 | mL/min/1.73 m2 | >59 | | 2023-12-07T03:35:00.000 |
| GFR African American | 143 | mL/min/1.73 m2 | >59 | | 2023-12-07T03:35:00.000 |
| Glucose | 157 | mg/dL | 65 - 120 mg/dL | High | 2023-12-07T03:35:00.000 |
| Calcium | 9.5 | mg/dL | 8.5 - 10.5 mg/dL | | 2023-12-07T03:35:00.000 |
| WBC | 7.15 | K/uL | 4.00 - 12.00 K/uL | | 2023-12-07T03:35:00.000 |
| RBC | 3.52 | mil/uL | 4.00 - 5.50 mil/uL | Low | 2023-12-07T03:35:00.000 |
| Hgb | 10.7 | g/dL | 12.0 - 16.0 g/dL | Low | 2023-12-07T03:35:00.000 |
| Hct | 32.9 | % | 37 - 47 % | Low | 2023-12-07T03:35:00.000 |
| MCV | 93.5 | fL | 80 - 98 fL | | 2023-12-07T03:35:00.000 |
| MCH | 30.4 | pg | 27 - 33 pg | | 2023-12-07T03:35:00.000 |
| MCHC | 32.5 | g/dL | 32 - 37 g/dL | | 2023-12-07T03:35:00.000 |
| RDW | 13.4 | % | 11.5 - 15.0 % | | 2023-12-07T03:35:00.000 |
| Plt | 301 | K/uL | 150 - 450 K/uL | | 2023-12-07T03:35:00.000 |
| Differential type | Automated | | | | 2023-12-07T03:35:00.000 |
| Abs neuts | 4.21 | K/uL | 1.80 - 7.80 K/uL | | 2023-12-07T03:35:00.000 |
| Abs immature grans | 0.03 | K/uL | 0.00 - 0.07 K/uL | | 2023-12-07T03:35:00.000 |
| Abs lymphs | 1.99 | K/uL | 0.80 - 3.30 K/uL | | 2023-12-07T03:35:00.000 |
| Abs monos | 0.72 | K/uL | 0.10 - 1.00 K/uL | | 2023-12-07T03:35:00.000 |
| Abs eos | 0.17 | K/uL | 0.00 - 0.40 K/uL | | 2023-12-07T03:35:00.000 |
| Abs basos | 0.03 | K/uL | 0.00 - 0.20 K/uL | | 2023-12-07T03:35:00.000 |
| Abs NRBCs | 0 | K/uL | 0.00 | | 2023-12-07T03:35:00.000 |
| Neuts | 58.9 | % | | | 2023-12-07T03:35:00.000 |
| Immature grans | 0.4 | % | 0.0 - 0.9 % | | 2023-12-07T03:35:00.000 |
| Lymphs | 27.8 | % | | | 2023-12-07T03:35:00.000 |
| Monos | 10.1 | % | | | 2023-12-07T03:35:00.000 |
| Eos | 2.4 | % | | | 2023-12-07T03:35:00.000 |
| Basos | 0.4 | % | | | 2023-12-07T03:35:00.000 |
| NRBC | 0 | % | 0.0 | | 2023-12-07T03:35:00.000 |
| Na | 140 | mmol/L | 135 - 145 mmol/L | | 2023-12-08T02:28:00.000 |
| K | 4 | mmol/L | 3.6 - 5.3 mmol/L | | 2023-12-08T02:28:00.000 |
| Cl | 110 | mmol/L | 98 - 109 mmol/L | High | 2023-12-08T02:28:00.000 |
| CO2 | 21 | mmol/L | 21 - 32 mmol/L | | 2023-12-08T02:28:00.000 |
| Anion gap w/o K | 9 | | 4 - 12 | | 2023-12-08T02:28:00.000 |
| BUN | 16 | mg/dL | 8 - 24 mg/dL | | 2023-12-08T02:28:00.000 |
| Creatinine | 0.56 | mg/dL | 0.6 - 1.2 mg/dL | Low | 2023-12-08T02:28:00.000 |
| GFR non African Amer | 109 | mL/min/1.73 m2 | >59 | | 2023-12-08T02:28:00.000 |

MC_003305

| | | | | | |
|---|---|---|---|---|---|
| GFR African American | 131 | mL/min/1.73 m2 | >59 | | 2023-12-08T02:28:00.000 |
| Glucose | 123 | mg/dL | 65 - 120 mg/dL | High | 2023-12-08T02:28:00.000 |
| Calcium | 9.4 | mg/dL | 8.5 - 10.5 mg/dL | | 2023-12-08T02:28:00.000 |
| WBC | 7.16 | K/uL | 4.00 - 12.00 K/uL | | 2023-12-08T02:28:00.000 |
| RBC | 3.2 | mil/uL | 4.00 - 5.50 mil/uL | Low | 2023-12-08T02:28:00.000 |
| Hgb | 10 | g/dL | 12.0 - 16.0 g/dL | Low | 2023-12-08T02:28:00.000 |
| Hct | 29.4 | % | 37 - 47 % | Low | 2023-12-08T02:28:00.000 |
| MCV | 91.9 | fL | 80 - 98 fL | | 2023-12-08T02:28:00.000 |
| MCH | 31.3 | pg | 27 - 33 pg | | 2023-12-08T02:28:00.000 |
| MCHC | 34 | g/dL | 32 - 37 g/dL | | 2023-12-08T02:28:00.000 |
| RDW | 13.1 | % | 11.5 - 15.0 % | | 2023-12-08T02:28:00.000 |
| Plt | 275 | K/uL | 150 - 450 K/uL | | 2023-12-08T02:28:00.000 |
| Differential type | Automated | | | | 2023-12-08T02:28:00.000 |
| Abs neuts | 4.16 | K/uL | 1.80 - 7.80 K/uL | | 2023-12-08T02:28:00.000 |
| Abs immature grans | 0.03 | K/uL | 0.00 - 0.07 K/uL | | 2023-12-08T02:28:00.000 |
| Abs lymphs | 1.92 | K/uL | 0.80 - 3.30 K/uL | | 2023-12-08T02:28:00.000 |
| Abs monos | 0.83 | K/uL | 0.10 - 1.00 K/uL | | 2023-12-08T02:28:00.000 |
| Abs eos | 0.2 | K/uL | 0.00 - 0.40 K/uL | | 2023-12-08T02:28:00.000 |
| Abs basos | 0.02 | K/uL | 0.00 - 0.20 K/uL | | 2023-12-08T02:28:00.000 |
| Abs NRBCs | 0 | K/uL | 0.00 | | 2023-12-08T02:28:00.000 |
| Neuts | 58.1 | % | | | 2023-12-08T02:28:00.000 |
| Immature grans | 0.4 | % | 0.0 - 0.9 % | | 2023-12-08T02:28:00.000 |
| Lymphs | 26.8 | % | | | 2023-12-08T02:28:00.000 |
| Monos | 11.6 | % | | | 2023-12-08T02:28:00.000 |
| Eos | 2.8 | % | | | 2023-12-08T02:28:00.000 |
| Basos | 0.3 | % | | | 2023-12-08T02:28:00.000 |
| NRBC | 0 | % | 0.0 | | 2023-12-08T02:28:00.000 |

## Imaging

### XR KNEE 2 VIEW AP LAT LEFT

| | |
|---|---|
| Impression | 2023-12-04T15:35:00.000 |
| | IMPRESSION: |
| | 1. Status post left knee arthroplasty revision without apparent complications as detailed above. |
| | ....... |
| | Providers: To speak with a TRA radiologist, call (253)761-4200. |
| | Patient: For further result information, please contact ordering provider. |
| | Comment: |
| Narrative | 2023-12-04T15:35:00.000 |
| | Exam: Portable left knee, 12/04/2023, 3:28 PM. |
| | HISTORY: 65-year-old female with history of failed left total knee |

arthroplasty. Patient is status post left knee arthroplasty revision.

TECHNIQUE: Portable AP and crosstable lateral views of left knee were

obtained in recovery room immediately following revision of a left knee

arthroplasty.

COMPARISON: 11 2223.

FINDINGS:

There are features of revision of a left knee arthroplasty. There appears

to been articulated femoral condylar and tibial plateau prosthesis which

appear well seated and anatomically aligned. No acute fractures or

complications are detected. The patella appears to be surgically

resected. Some postoperative air in the soft tissues are noted.

Correlation with Dr. Adler's operative report and findings would be

advisable.

Comment:

---

**Progress Notes by Jaynee Krzywicki, RN at 11/20/2023 09:14 AM**

---

| Author : Jaynee Krzywicki, RN | Service: Nursing | Author Type : Registered Nurse |
|---|---|---|
| Filed : 11/21/2023 12:53 PM | Encounter Date : 11/20/2023 | Status : Addendum |
| Editor : Jaynee Krzywicki, RN (Registered Nurse) | | |

---

**WEST PIERCE REGIONAL PRE ANESTHESIA CLINIC NOTE**
1901 S. Union Ave, 19U-H1-PAC, Tacoma, WA 98405
Phone: 253- 459-6877    Fax: 253-459-6218

**11/20/2023**

Linda J Larocque is a 65 year old female

**DOS:** 12/4/2023
**Surgeon(s) and Role:**
  * **Zachary B Adler, MD - Primary**
  * **Shane Turner, PA-C - Assisting PA**
**Surgical Procedure(s):**
**TOTAL KNEE REVISION; Regional, Adductor canal block (Left)**
**REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left)**

**Location:** ALLENMORE OR

**Summary of Contact(s)**
☐ Call completed
        Date/time/initials:
☑ No show
        Date/time/initials: 11/20/2023 9:10 AM JKRN
☐ Cold call
        ☑ Call completed:
            Date/time/initials: 11/21/2023 12:53 PM JKRN
        ☐ Call not completed:
            Date/time/initials:

**PAC Nursing Communication:**

**Date/time/Initials          Documentation**
**11/20/2023 9:10 AM No answer left VMX2 at 253-273-7247. Instructed to call back with any questions about
this message or to try to re-schedule this screening. Contacted Camille, MA to please notify surgeon's**

MC_003307

**office of pt's missed appointment. JKRN**

11/21/2023 12:53 PM JKRN   Instructions given verbally and sent via Mychart. Pt verbalized understanding.

## Covid, RSV, Influenza questions:

Positive test for Covid, RSV, or Influenza in the last 4 weeks?　☐ Yes ☑ No
Current symptoms?　☐ Yes ☑ No
　　☐ Cough
　　☐ Wheezing
　　☐ SOB
　　☐ Other (please list):
Hospitalization required?　☐ Yes ☐ No
Surgeon's office notified?　☐ Yes ☐ No

## Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:

Is patient diabetic?　☐ Yes ☐ No
　　If yes, order FBS DOS
Is patient on Dialysis?　☐ Yes ☐ No
　　If yes, order K+ DOS
Does patient have heart failure with reduced EF (systolic HF)?　☐ Yes ☐ No
　　If yes, usual labs and workup per pre anesthesia clinic order set indicated.  Please obtain copy of most
　　recent echo.  Cardiac clearance not needed.
Can patient lie flat for 1-2 hours?　☐ Yes ☐ No
　　If no, reason:
　　If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and workup
　　per pre anesthesia clinic order set indicated.
Does surgeon request general anesthesia?　☐ Yes ☐ No
　　If yes, usual labs and workup per pre anesthesia clinic order set indicated.

**\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless specified above.**

**\*Strabismus surgery done with general anesthesia**

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders, and other pre-surgery tasks**

Additional DOS Special Needs (not included in Procedure Pass):

---

☑ TAA Chart review requested
　　Date/time/initials:

**Communication with TAA**

**Relevant Medical History:**
Obtained from chart: PSVT, CAD, HTN, HLD, LBB, Heart failure with mildly reduced ejection fraction, OSA, DM

**Clinical Question or concern:**

**Date/time/Initials**　　　　　**Documentation**
11/20/2023 9:17 AM JKRN　　Last TAA review > 90 days. PHI risk assessment in media 10/13/2023

**Recommendations** (date/time/initials):

MC_003308

☐ No further evaluation or testing recommended:
☐ Cardiac clearance:
☐ Medical clearance:
☐ Follow up with specialist or PCP:
☑ Other:  See TAA note update 11/20/2023 -11/20/2023 9:38 AM JKRN


**SOB with exercise:  no**
**Chest pain with exercise: no**
**Exercise Capacity (≥ 4 METS yes or no):yes**
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)
- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG: 2/2/2023**
**ECHO: 6/15/2022**
**Cardiology notes or Clearance:  Guerra 6/26/2023**
**Pacemaker or ICD Information/Clearance:**
   **Cardiologist or Device Clinic managing pacemaker/ICD:**
   **Date of last device interrogation (month/year):**
   **Clearance requested:**   ☐ Yes ☐ No:
**Other relevant information (Lab, ER visits, etc.):**


Electronically signed by Jaynee Krzywicki, RN at 2023-11-21T20:53:28Z

**H&P (View-Only) by Shane Turner, PA-C at 11/22/2023 08:30 AM**

| | | |
|---|---|---|
| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 12/04/2023 10:06 AM | Encounter Date : 11/22/2023 | Status : Signed |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

**11/22/2023**

**PATIENT NAME:** Linda J Larocque
AGE:  65 year old

**SURGEON:** Zachary Adler MD

**REFERRING PHYSICIAN/OTHER CONSULTANTS:**  Rachel D Dawson, MD

**Chief Complaint:**

Chief Complaint

Patient presents with

- Pre-Op Exam
    *Left total knee revision DOS 12/04/23 ADLER*


**HPI:** This is a 65 year old female who presented to our orthopedic clinic for history of **patella tendon rupture s/p left total knee arthroplasty**. Zachary Adler MD was consulted for evaluation and treatment options. The recommendation

MC_003309

was made to proceed with surgery. Linda has exhausted all conservative treatment options and is here for preoperative evaluation for **left total knee revision with patella tendon reconstruction with open patellectomy.** SURGERY DATE: December 4, 2023. Linda J Larocque denies any recent fever, illness, other injury since patient was last seen in our clinic.

## Clearances:
1. Is cardiac clearance needed? No.
2. Is Pulmonary clearance needed? No.
3. Does patient have any metal allergies? No.
4. Has patient seen a dentist in the last 6 months/ year? Yes.
5. Is Dental clearance needed? No.
6. Do you have Diabetes? Yes. **Last A1c was 5.8 on 6/23/23.**
7. Do you Smoke or use nicotine products? No.
8. Have you had any recent hospitalizations, infections or visits to the ED in the last 90 days? No.

**Current pain medication use: Hydrocodone 10/325mg 2-3 tablets a day.**

**ROS: Pertinent positives listed below**

Patient Active Problem List

Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- Degenerative joint disease of left knee
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, initial encounter

**Current out patient medications:**

MC_003310

## Current Outpatient Medications

Medication

- verapamil (CALAN SR) 240 MG Tab CR
- liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector
- alprazolam (XANAX) 0.25 MG Tab
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab
- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- hydrOXYzine hcl (ATARAX) 25 MG Tab
- rosuvastatin (CRESTOR) 20 mg Tab
- aspirin 81 MG Chew Tab
- Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc
- hydrochlorothiazide (MICROZIDE) 12.5 MG Caps
- Free Text Medication Entry (OTHER)
- Free Text Medication Entry (OTHER)
- docusate sodium (COLACE) 100 MG Caps
- senna (SENNA, SENOKOT) 8.6 MG Tab

No current facility-administered medications for this visit.

## Past Medical History:

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l  chronic pain syndrome  Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF<br>*6/2022 ECHO EF 45-50%   Dr Guerra cardiologist* | |
| • History of sleep apnea<br>*uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia<br>*heart murmur noted on echo* | |

- Prediabetes

- Snores

- Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled
  *diet controlled*

- Uterine cancer (CMS/HCC)


**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| • **RECONST-RECURR DISLOC PATELLA | Left | 06/26/2023 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY<br>*retinal tear tx w/ laser* | Left | 11/2022 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 11/01/2009 |
| • H/O ORAL SURGERY<br>*x 2* | | 2000 |
| • P FIX INFRAPATELLA TENDON,PRIMARY | | 06/26/2023 |
| • P FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 01/01/1999 |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |


**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart<br>*CHF* | Mother | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU<br>*GOUT* | Mother | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro<br>*epilepsy* | Daughter | | |
| • Drug/Alcohol<br>*recovering alcoholic* | Daughter | | |
| • Cancer<br>*uterine ca* | Daughter | | |

MC_003312

- Coronary Artery Disease        Maternal Grandmother

  *MI*
- Cancer        Maternal Grandmother

  *BREAST*
- Coronary Artery Disease        Maternal Grandfather

  *MI*
- Hypertension        Sister
- Diabetes        Paternal Aunt
- Other        Sister

  *EPILEPSY*
- Diabetes        Sister
- Arthritis        Brother
- Heart        Sister
- Diabetes        Maternal Aunt
- Other        Paternal Aunt

  *MIGRAINE*
- Neuro        Sister

  *early alzheimers.*

## Social History

### Socioeconomic History
- Marital status: Married

  Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

### Occupational History
- Not on file

### Tobacco Use
- Smoking status: Never

  Passive exposure: Never
- Smokeless tobacco: Never

### Vaping Use
- Vaping Use: Never used

### Substance and Sexual Activity
- Alcohol use: Yes

  *Comment: 1-2x year*
- Drug use: Not Currently
- Sexual activity: Yes

  Partners: Male

  Birth control/protection: Surgical
  *Comment: married monogamous, vas*

### Other Topics    Concern
- Have you received a blood transfusion?    No

MC_003313

- Regular exercise No

Social History Narrative
- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

BP 111/72 | Pulse 81 | Temp (Src) 96 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 251 lb 3.2 oz (113.944 kg) | LMP 09/14/2009

Estimated body mass index is 40.54 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").
  Weight as of this encounter: 113.9 kg (251 lb 3.2 oz).

Allergies as of 11/22/2023 - Reviewed 11/22/2023

| Allergen | Reaction | Noted |
|---|---|---|
| Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| Effexor [venlafaxine] | | 02/23/2015 |
| Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| Pravastatin | | 11/29/2022 |
| Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| Zoloft [sertraline hcl] | | 07/15/2015 |
| Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| Zocor [simvastatin] | | 05/19/2011 |

## PHYSICAL EXAMINATION:

General: Healthy appearing patient who is cooperative with the exam.
Psych: Appropriate and alert.
Skin: Grossly benign, intact.
Head: Normo-cephalic, Atraumatic
Neck: No obvious masses or abnormalities
Chest: Normal excursion
CV: Negative for irregular heartbeat, chest pain.
Abdomen: Soft, non-tender
Neuro: No gross deficits

**MUSCULOSKELETAL:** Left knee
Examined by Zachary Adler MD and diagnosed her with **patella tendon rupture s/p left total knee arthroplasty.**

Initial history and physical was reviewed today with the patient and there were no changes present.

**PERTINENT TEST (Lab/X-ray, etc.) RESULTS:** See chart notes and films

MC_003314

**DIAGNOSIS:**
Patella tendon rupture s/p left total knee arthroplasty

**PLANNED PROCEDURE:**
Left total knee revision with patella tendon reconstruction with open patellectomy

**New x-rays ordered today: Yes.**

**Pre-dental antibiotics: She has historically taken these per her dentist due to her SVT history. Continue these.**

**Oxycodone and Tramadol worked after her left total knee.**

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. We went over the risks of infection, bleeding, nerve damage, the chance of not improving, squeaking or clicking of implant(s), implant loosening, possible periprosthetic fracture, possible need for revision, risk of blood clots, pulmonary embolism, possible blood transfusion, the use of blood thinning medication after surgery, the need for physical therapy after surgery, possible death and the risks of anesthesia. Patient accepts the treatment plan as outlined. Linda J Larocque has been given ample opportunity to ask questions about her proposed surgical procedure and consents to such procedure.

Patient Interview and Chart review to screen for significant risk factors for thromboembolic events indicates that there was **no** documented hx of DVT, PE, TIA, stroke or factors that would potentially increase the risk of VTE with fibrinolytics, therefore, we **will** plan to proceed with Tranexamic Acid.

Linda will be placed on **Xarelto 10mg for 3 weeks** for DVT prophylaxis following surgery. This medication will be given upon discharge from hospital. The patient will wear TED hose, or compression stockings, for 3 weeks following surgery also for DVT prophylaxis.

We reviewed patient's postoperative pain expectation and developed a plan of Care to address postoperative pain:
1. Amount of expected pain relative to the procedure
2. Types of medication that will be used post-op to manage pain
3. Use of mulitmodal pain management to include alternatives to Opioids
4. Discussion about appropriate use of opiates- projected time and weaning back to her baseline pain medication to be complete no later than 3 weeks postop.

All questions were answered and Linda J Larocque understood and was satisfied with this plan.

**Total Joint replacement protocol discharge planning:** Recommend starting outpatient physiotherapy within 2-5 business days of discharge from acute care setting.

**PT referral will be discussed at a later date.**
**DME she has at home.**
**We discussed the goal of DC home postop next day if PT/OT goals are met, voids on her own and pain is well controlled.**
**Linda J Larocque will have family at home with her after surgery.**
**Preop wipes were given today.**

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 2023-12-04T18:06:27Z

**Nursing Notes by Roy Knott, RN at 11/29/2023 08:58 AM**

| | | |
|---|---|---|
| Author : Roy Knott, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 11/29/2023 08:58 AM | Encounter Date : 11/29/2023 | Status : Signed |
| Editor : Roy Knott, RN (Registered Nurse) | | |

2 pt identifiers used. MRSA swab completed in each nares. Specimen labeled and walked to lab.
Pt taken to lab in whlchr

Electronically signed by Roy Knott, RN at 2023-11-29T16:58:45Z

**Progress Notes by Lawanda A Robinson, CNA at 11/29/2023 09:41 AM**

MC_003315

Author : Lawanda A Robinson, CNA     Service:     Author Type : Certified Nursing Assistant

Filed : 11/29/2023 09:41 AM     Encounter Date : 11/29/2023   Status : Signed

Editor : Lawanda A Robinson, CNA (Certified Nursing Assistant)

**Patient here for vitals, ekg. Patient stated she received the surgical wipes from the surgeon office.**

Electronically signed by Lawanda A Robinson, CNA at 2023-11-29T17:41:51Z

### Interval H&P Note by Zachary B Adler, MD at 12/04/2023 10:15 AM

Author : Zachary B Adler, MD     Service: Orthopedics     Author Type : Physician

Filed : 12/04/2023 10:15 AM     Encounter Date : 12/04/2023     Status : Signed

Editor : Zachary B Adler, MD (Physician)

## Pre-Operative H&P Update

**ID:** Linda J Larocque 65 year old female

**Location:**     ORAHP/ORAHP
**Hospital Day:**   LOS: 0 days

**Attending:**     Zachary B Adler, MD
**PCP:**     Rachel D Dawson, MD

### Problem List:

Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • Coronary artery disease involving native coronary artery of native heart without angina pectoris | 06/26/2023 |
| • Patellar tendon rupture, left, initial encounter | 06/26/2023 |
| • : Left total knee replacement. 02-08-23 | 02/28/2023 |
| • Degenerative joint disease of left knee | 02/08/2023 |
| • Retinal tear of left eye | 11/29/2022 |

> *Overview Note:*
>
> 11/2022 no sx found incidentally and tx w/ laser

| Diagnosis | Date Noted |
|---|---|
| • PSVT (paroxysmal supraventricular tachycardia) | 06/30/2022 |
| • Equivocal stress test | 10/21/2021 |
| • NSVT (nonsustained ventricular tachycardia) (CMS/HCC) | 10/21/2021 |
| • SOB (shortness of breath) | 08/30/2021 |
| • HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) | 08/30/2021 |
| • Hammer toes, bilateral | 12/13/2016 |
| • Bilateral carpal tunnel syndrome | 12/13/2016 |
| • Type 2 diabetes mellitus without complication (CMS/HCC) | 12/10/2015 |
| • Obstructive sleep apnea (adult) (pediatric) | 07/23/2015 |
| • Chronic pain | 12/24/2014 |

> *Overview Note:*

Periodic 6 Month Review Date: 5/25/2022
Condition(s) for which opioid analgesic(s) have been prescribed: (G89.4) Chronic pain syndrome (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(M15.0) Primary osteoarthritis involving multiple joints
Daily Maintenance opioid dose: hydrocodone 32 mg
Combined morphine equivalent dose: 32 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
**A**

| | |
|---|---|
| • Myofascial muscle pain | 02/01/2013 |
| • Other constipation | 11/30/2012 |
| • Disorder of lipoid metabolism | 02/21/2012 |
| • Degeneration of lumbar or lumbosacral intervertebral disc | 11/29/2011 |
| • Major depressive disorder, recurrent episode, moderate (CMS/HCC) | 11/29/2011 |
| • Unspecified vitamin D deficiency | 10/20/2011 |

> *Overview Note:*
>
> 10/1/21 Regulatory import

| | |
|---|---|
| • Diabetes mellitus without complication (CMS/HCC) | 09/20/2005 |
| • NASH (nonalcoholic steatohepatitis) | 10/12/2004 |
| • Essential hypertension, benign | 06/07/2000 |
| • Chondromalacia of patella | |
| • Plantar fascial fibromatosis | |
| • Lesion of plantar nerve | |

> *Overview Note:*
>
> MORTON'S NEUROMA

• Osteoarthritis

> *Overview Note:*
>
> L-5

## Allergies:

Allergies as of 09/29/2023 - Reviewed 09/29/2023

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Immunizations: states are up to date

Labs as of 10:15 AM, 12/4/2023

Hct (%)

| Date | Value |
| --- | --- |
| 11/29/2023 | 43.0 |

Hgb (g/dL)

| Date | Value |
| --- | --- |
| 11/29/2023 | 14.4 |

WBC (K/uL)

| Date | Value |
| --- | --- |
| 11/29/2023 | 5.60 |

Plt (K/uL)

| Date | Value |
| --- | --- |
| 11/29/2023 | 352 |

K (mmol/L)

| Date | Value |
| --- | --- |
| 11/29/2023 | 4.4 |

Creatinine (mg/dL)

| Date | Value |
| --- | --- |
| 11/29/2023 | 0.67 |

INR (no units)

| Date | Value |
| --- | --- |
| 11/05/2009 | 0.92 |

HCG urine (no units)

| Date | Value |
| --- | --- |
| 11/10/2009 | Negative |

**Vital Signs:** BP 123/81 | Pulse 76 | Temp (Src) 97.5 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 95% | LMP 09/14/2009

**Interval / Update Note** Full H&P done within 30 days of procedure and H&P reviewed
Patient examined
No changes to H&P

This interval note was completed within 24 hours following the patient's admission/registration and before the planned procedure.

MC_003318

Zachary B Adler, MD

Electronically signed by Zachary B Adler, MD at 2023-12-04T18:15:33Z

## OR Nursing by Rian C Schneider, RN at 12/04/2023 10:28 AM

| | | |
|---|---|---|
| Author : Rian C Schneider, RN | Service: Orthopedics | Author Type : Registered Nurse |
| Filed : 12/04/2023 10:28 AM | Encounter Date : 12/04/2023 | Status : Signed |
| Editor : Rian C Schneider, RN (Registered Nurse) | | |

Patient verbalized name, date of birth, site, procedure, surgeon, NPO status, and Allergies:  Allergies
Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin].  Consent signed and on chart.  Pt transported to OR 2 per stretcher.

Electronically signed by Rian C Schneider, RN at 2023-12-04T18:28:32Z

## Op Note by Zachary B Adler, MD at 12/04/2023 10:34 AM

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 12/04/2023 03:45 PM | Encounter Date : 12/04/2023 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

Preop Diangosis:
1. Failed Left Total Knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Postop Diangosis:
1. Failed Left Total knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Procedure Performed:
1. Left Revision Hinged Total Knee Arthroplasty, CPT 27487
2. Left Knee Extensor Mechanism Reconstruction, CPT 27381
3. Left Knee Patellectomy, CPT 27350
4. Application disposable negative pressure wound therapy (PICO 30 x 10), CPT 97607

Modifier 22 : YES There was an increased level of technical difficulty encountered during the procedure due to  morbid obesity with BMI 40.92.  As such,  surgical dissection, exposure, and implant placement took two times longer than usual given the technical difficulty.

Date of Procedure: 12/4/2023

Surgeon: Zachary B. Adler, MD

First Assist: Robert Tamurian, MD
Second Assist: Jeremiah Steed, MD and Shane Turner, PA-C
Anesthesia:  Local, General and ACB
IVF 1700cc
EBL 300cc
UOP 0cc
Tourniquet Time: 112 and 27 minutes
Findings: failed left TKA secondary to chronic extensor mechanism reconstruction
Specimen: Left knee deep tissue for culture
Drains: none
Complications: None

MC_003319

Outcome: Stable to PACU

Components: Zimmer RHK
Femur: Size E Left with 10mm medial distal/5mm medial posterior/5mm lateral distal augments and 16x100mm stem
Tibia: Size 3 with 51x34 full cone
Tibial Polyethylene Insert: 12 mm
Mesh: Bard monofilament polypropylene 10x14 inch

Indications for Procedure:
Linda J Larocque is a 65 year old female who developed a failed total knee arthroplasty secondary to chronic extensor mechanism disruption. I counseled Linda J Larocque at length regarding the risks and benefits of revision total knee arthroplasty with patellectomy and marlex mesh extensor mechanism reconstruction including but not exclusive to: extensor lag, recurrent disruption, wear, loosening, infection, stiffness, mechanical failure, dislocation, leg length inequality, need for aggressive post-operative physical therapy, possible chronic persistent pain due to normal joint function despite arthroplasty, activity modifications and restrictions after joint arthroplasty, need for revision surgery as a result of mechanical failure and/or loosening, general risks of orthopaedic extremity surgery such as nerve or blood vessal damage, wound healing difficulty, deep vein thrombosis, pulmonary embolis, perioperative organ system dysfunction, need for blood transfusion, and even perioperative death. Linda J Larocque has taken the opportunity to consider all the above risks and has been given the benefit of a pre-operative consultation and has signed an informed consent documenting the above. All questions were answered and Linda J Larocque demonstrated understanding without barriers to learning. Linda J Larocque has had their medical condition optimized for surgery in conjunction with their primary care physician and wishes to proceed with revision total joint arthroplasty.

Details of the procedure: Linda J Larocque was taken to the operating room theatre, where they were positioned on the operating room table having all bony prominences and sensitve areas padded while a general and/or regional anesthetic was induced per the anesthesia team. An intraoperative sequential compression device was placed on the well leg. The Left knee was prepped and draped in the usual sterile fasion after well padded tourniquet was placed. Personal protective hoods were donned by all technical operating personnel and a standard surgical "Time Out" was performed verifying all instruments and implants were available and sterile prior to procedure. Pre-operative antibiotics were administered prior to incision, compression exsanguination was perfomed, and the pneumotourniquet was inflated to 250 mmHg. A longitudinal incision was made over the Left knee using a #10 blade and a standard median parapatellar approach was carried out after medial and lateral elevation of the subcutaneous flaps. Bovie electorcautery was used to maintain meticulous hemostasis throughout the entire procedure. Parapatellar arthrotomy was performed medial to the patellar tendon, along the medial third of the patella, and down the central aspect of the quadricep tendon. A medial tibial slide was performed to the level of the medial hamstring bursa at the joint line and extended along the tibia as needed for visualization. Deep cultures were then obtained.

Given the very high rising patella secondary to chronic extensor mechanism disruption, patellectomy was performed. This was done by providing by traction across the patella and releasing it from the superficial soft tissues. Patella was then discarded.

Homans were then placed so that I had excellent exposure of the femoral and tibial components. Osteotome was used to dissociate the polyethylene from the tibial baseplate. The femoral component was examined and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the femoral component. This was then removed with a tamp. There was noted to be 5-10 of bone loss distally on the medial and lateral condyle. There was also noted to be 5 of bone loss posteriorly on the medialcondyle. The tibia was then subluxed anteriorly with hyperflexion. The tibial component was then assessed and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the tibial component. A tamp was used to remove the tibial component in a retrograde fashion. A combination of osteotomes and curettes were used to remove all of the residual cement and nonviable bone and soft tissue around the distal femur and proximal tibia.

Homans were placed medially and laterally to protect the medial and lateral soft tissues and ligaments and the PCL retractor was placed posteriorly to translate the tibia anteriorly. I then sequentially reamed intramedullary until a 14 millimeter reamer provided excellent fit. The proximal tibia cutting guide was then placed over the reamer. This was planned in place anteriorly. Proximal tibia cleanup cut was performed so as to remove a minimal amount of proximal bone and prepare the proximal tibia for cementation of the final components. Given the appearance of the proximal tibia I did not have to remove excess medial and/or lateral tibial plateau in order to accommodate augments. Reamer was then removed. I then sequentially reamed and broached for the appropriately sized tibial cone. This was found to be size 51x34. Trial cone was then placed. Tibia was then sized and found to be a size 3. Tibial trial was then placed. I then returned my attention to the distal femur.

Homans were placed medially and laterally so as to protect the medial and lateral soft tissues. I then sequentially reamed until a 16 mm reamer provided excellent fit. The appropriately sized distal femoral component and stem was assembled on the back table and impacted on the distal femur. With the trial femoral component in place I then inserted the appropriate thickness polyethylene trial so as to balance the flexion gap. With the trial components in place, a trial spacer of 12 mm provided the best restoration of joint balance Using the femoral component I was able to perform the indicated distal femur and posterior femur cuts so as to accommodate the appropriate augments which provided excellent femoral component stability and bone contact. The trial components were then removed and the box cutting jig was placed. Box was then cut to accommodate the reivision distal femur. The wound was then irrigated with dilute

MC_003320

Betadine solution. This was also allowed to sit for 3 minutes before being evacuated with pulsatile lavage. I then called for an open the femoral and tibial components.

Marlex mesh was then folded on itself 8-10 times and held in the appropriate position with #5 Ethibond suture. I then impacted the tibial cone such that it was 3 middle millimeters deep to the tibial cut. I placed 5 cm of the Marlex mesh into the tibial cone followed by the trial tibial component to make sure these fit appropriately. Once this was found to be acceptable, 2 bags antibiotic cement with 1 g vancomycin powder was then mixed. Cement restrictor was placed in the tibia such that was 1 cm beyond the tip of the tibial component. Third-generation cement technique was then used to cement 5 cm of Marlex mesh anterior to the stem of the tibial component. Tibial component was impacted and all excess cement was removed. Care was taken to make sure there is no cement neither dorsal or ventral to the Marlex mesh as it exited along the inferior border of the tibial baseplate in line with the tibial tubercle. Direct pressure was held until the cement hardened.

Cement restrictor was then placed in the distal femur such it would be 1 cm beyond the tip of the femoral stem. 2 bags of antibiotic cement with 1 g vancomycin powder was then mixed. Third-generation cement technique was then used to cement the femoral component with the appropriate stem and augments. Once the femoral component was impacted down to the level of the osteotomy, all excess cement was removed. Final tibial insert thickness of 12millimeters was then inserted and the knee brought out to full extension. Cold saline was used to mitigate the exothermic reaction during cement curing. The joint was reduced and then washed with a pulsatile jet lavage. Reck was then injected into the periosteal soft tissues.

Vastus medialis and vastus lateralis were then released both superficially and deep so as to provide appropriate excursion to cover the Marlex mesh extensor mechanism reconstruction. A coronal split was then made in the residual patellar tendon and the Marlex mesh was unitized with the soft tissue directly as it exited the anterior tibia such that there was 100% circumferential soft tissue exposure of the Marlex mesh. Above the level of the patellar tendon, the Marlex mesh was then unitized with the vastus lateralis superficially while light longitudinal proximal tension was held on the Marlex mesh. The tendon of the vastus lateralis was then pulled over the Marlex mesh and sewn down over the mesh so as to create layered tendon/Marlex mesh/tendon extensor mechanism reconstruction. The soft tissues were then oversewn with #2 FiberWire in a running #1 Vicryl.

Deep soft tissues were closed with 0 Vicryl, superficial soft tissues with 3-0 Vicryl and a 3-0 nylon for the skin.

Application disposable negative pressure wound therapy (PICO 30 x 10): Given the anatomical location of the patient's incision on the anterior knee and the patient's increased risk for wound complications associated with revision reconstruction with prolonged immobilization extension a disposable negative pressure wound therapy was applied. After incision was closed, clean, and dry the pico was applied in the ideal position. This was then sealed. Power was turned on and dressing was found to be without leak.

The patient was then reversed from their anesthetic state per the anesthesia team and was transferred to their hospital bed. There were no immediate perioperative complications and the pateint was taken to the recovery room on satisfactory and stable condition. I, Dr. Zachary B. Adler was present and directly performed or supervised the entire procedure from incision to completed closure.

**Post-Operative Plan**

DVT Prophylaxis Plan: Xarelto x3 weeks

Antibiotic prophylaxis plan: Ancef x24 hours then Keflex 500PO TID x10 days due to increased risk of prosthetic joint infection from type 2 diabetes and morbid obesity with BMI of 40.9 to

Weight Bearing Instructions: Nonweightbearing in a hinged knee brace locked in full extension x 2 to 3 weeks. Anticipate conversion to long-leg cast x 3 months 1 suture removed. After 3 months of long-leg cast immobilization, will place back in hinged knee brace. First month and brace motion will be from 0-45, second month in brace motion will be from 0-60, third month in brace motion will be from 0-90. Once long-leg cast was removed and patient is transition to hinged knee brace, can weight-bear as tolerated with the brace locked in full extension.

Wound Care: Per pico protocol

Discharge Disposition : Home

Follow up with Shane Turner PA-C in 2 Week for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
12/4/2023
3:35 PM

MC_003321

Electronically signed by Zachary B Adler, MD at 2023-12-04T23:45:20Z

**Nursing Notes by Yu Min Ni, RN at 12/04/2023 04:59 PM**

| | | |
|---|---|---|
| Author : Yu Min Ni, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 12/04/2023 05:00 PM | Encounter Date : 12/04/2023 | Status : Signed |
| Editor : Yu Min Ni, RN (Registered Nurse) | | |

VSS, pain controlled/tolerable. Patient informed of pending transfer. Report given to Christen, RN using SBAR. Any questions addressed and answered.

Transferred to room 2205-1 via cart accompanied by transporter.

Belongings transferred with patient.

Family notified of transfer.

Electronically signed by Yu Min Ni, RN at 2023-12-05T01:00:56Z

**Nursing Notes by Kristian P Figueroa, RN at 12/04/2023 06:04 PM**

| | | |
|---|---|---|
| Author : Kristian P Figueroa, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 12/04/2023 06:07 PM | Encounter Date : 12/04/2023 | Status : Signed |
| Editor : Kristian P Figueroa, RN (Registered Nurse) | | |

Post-op assessment completed. Pt is calm and pleasant. Pt self reports 3/10 pain and denies pain medication at this time. Pt husband is in room with patient currently. P voided in recovery before transfer o med surg. Will continue to monitor.

Electronically signed by Kristian P Figueroa, RN at 2023-12-05T02:07:59Z

**Care Plan Notes by Russel E Villamante, RN at 12/05/2023 02:38 AM**

| | | |
|---|---|---|
| Author : Russel E Villamante, RN | Service: | Author Type : Registered Nurse |
| Filed : 12/05/2023 02:39 AM | Encounter Date : 12/05/2023 | Status : Signed |
| Editor : Russel E Villamante, RN (Registered Nurse) | | |

Pt alert and oriented, able to make needs known to staff, Call light within reach, bed wheels lock and in lowest position, VSS.

Problem: Skin Integrity - Risk of, Impaired
Goal: Skin integrity intact
    Outcome: Progressing

Problem: Anxiety
Goal: Alleviation of anxiety
    Outcome: Progressing

Problem: Aspiration - Risk of
Goal: Absence of aspiration
    Outcome: Progressing

Problem: Deep Venous Thrombosis - Risk of
Goal: Absence of deep venous thrombosis
    Outcome: Progressing

Problem: Falls, Standard Risk
Goal: Absence of falls
    Outcome: Progressing

Problem: Falls, High Risk
Goal: Absence of falls

MC_003322

Outcome: Progressing

Problem: Infection - Risk of, Surgical Site Infection
Goal: Absence of infection signs and symptoms
    Outcome: Progressing

Problem: Mobility - Impaired
Goal: Able to perform prescribed physical activity
    Outcome: Progressing

Electronically signed by Russel E Villamante, RN at 2023-12-05T10:39:02Z

**Progress Notes by Shane Turner, PA-C at 12/05/2023 07:03 AM**

Author : Shane Turner, PA-C                  Service: Orthopedics          Author Type : Physician Assistant

Filed : 12/05/2023 07:10 AM                  Encounter Date : 12/05/2023   Status : Signed

Editor : Shane Turner, PA-C (Physician Assistant)

## ORTHOPEDIC PROGRESS NOTE

12/5/2023

**POD# 1**
Revision left total knee (hinged) with extensor mechanism reconstruction

**Patient Name:** Linda J Larocque

**MRN:** 172930

Admission Date: 12/4/2023
**Surgeon:** Zachary Adler MD

Primary Care Provider: Rachel D Dawson, MD

**SUBJECTIVE:** She is up at bedside this morning. She is doing rather well. She does have family at home to help her when she discharges from the hospital. She still has a fair amount of pain during mobility from the bed to the commode. Otherwise, no new complaints.

**OBJECTIVE:**
VITALS:  BP 122/58 | Pulse 79 | Temp (Src) 97.5 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 94% | LMP 09/14/2009, Temp (24hrs), Avg:36.3 °C (97.3 °F), Min:36.1 °C (96.9 °F), Max:36.4 °C (97.5 °F)

Intake/Output Summary (Last 24 hours) at 12/5/2023 0703
Last data filed at 12/5/2023 0645

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 2380 ml           |
| Output | 2415 ml           |
| **Net** | -35 ml           |

Today's weight:       12/5/2023 :          Weight: 115 kg (253 lb 8 oz)
GENERAL:  in no apparent distress, well developed and well nourished, alert, and oriented x3.

SKIN: Warm and dry

**EXTREMITIES:**      Left knee
PICO dressing is c/d/I and functioning.
Hnged knee brace is on and locked in extension.
Mild swelling.
Calf is supple and nontender.
DNVI.

**LABS:** last 24 hours

Labs in the last 24 hours

### GLUCOSE (POINT OF CARE)

Collection Time: 12/04/23  9:53 AM

| Result | Value | Ref Range |
| --- | --- | --- |
| Glucose | 94 | 65 - 120 mg/dL |
| Comment | Venous | |

### CULTURE AND GRAM STAIN

Collection Time: 12/04/23 11:19 AM

Specimen: Knee, Left; Fluid

| Result | Value | Ref Range |
| --- | --- | --- |
| Special Requests | None | |
| Gram stain | Few white blood cells | |
| Gram stain | No organisms seen | |

### BASIC METABOLIC PANEL

Collection Time: 12/05/23  2:21 AM

| Result | Value | Ref Range |
| --- | --- | --- |
| Na | 139 | 135 - 145 mmol/L |
| K | 4.2 | 3.6 - 5.3 mmol/L |
| Cl | 110 (H) | 98 - 109 mmol/L |
| CO2 | 19 (L) | 21 - 32 mmol/L |
| Anion gap w/o K | 10 | 4 - 12 |
| BUN | 21 | 8 - 24 mg/dL |
| Creatinine | 0.69 | 0.6 - 1.2 mg/dL |
| GFR non African Amer | 85 | >59 mL/min/1.73 m2 |
| GFR African American | 103 | >59 mL/min/1.73 m2 |
| Glucose | 172 (H) | 65 - 120 mg/dL |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL |

### CBC WITH DIFF

Collection Time: 12/05/23  2:21 AM

| Result | Value | Ref Range |
| --- | --- | --- |
| WBC | 13.26 (H) | 4.00 - 12.00 K/uL |
| RBC | 3.50 (L) | 4.00 - 5.50 mil/uL |
| Hgb | 10.8 (L) | 12.0 - 16.0 g/dL |
| Hct | 32.8 (L) | 37 - 47 % |
| MCV | 93.7 | 80 - 98 fL |
| MCH | 30.9 | 27 - 33 pg |
| MCHC | 32.9 | 32 - 37 g/dL |
| RDW | 13.2 | 11.5 - 15.0 % |
| Plt | 334 | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 11.40 (H) | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.06 | 0.00 - 0.07 K/uL |
| Abs lymphs | 1.07 | 0.80 - 3.30 K/uL |
| Abs monos | 0.70 | 0.10 - 1.00 K/uL |
| Abs eos | 0.02 | 0.00 - 0.40 K/uL |

MC_003324

| | | |
|---|---|---|
| Abs basos | 0.01 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 85.8 | % |
| Immature grans | 0.5 | 0.0 - 0.9 % |
| Lymphs | 8.1 | % |
| Monos | 5.3 | % |
| Eos | 0.2 | % |
| Basos | 0.1 | % |
| NRBC | 0.0 | 0.0 % |

**ASSESSMENT:**
Acute blood loss anemia, stable

S/p  Procedure(s):
Revision left total knee (hinged) with extensor mechanism reconstruction.

**PLAN:**
Continue PT/OT.
Continue Xarelto 10mg BID x 3 weeks postop for DVT prophylaxis.
NWB left leg.
Continue with knee brace locked in extension. No bending of the left knee.
Start Keflex 500mg TID x 10 days this afternoon.
DC planning for home once she passes PT/OT.
Follow up with Shane Turner, PA-C in 2-3 weeks.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C

**Attending Physician:** Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 2023-12-05T15:10:22Z

**Progress Notes by Morgan L Zumach, PT ASSIST at 12/05/2023 12:34 PM**

| | | |
|---|---|---|
| Author : Morgan L Zumach, PT ASSIST | Service: Physical Therapy | Author Type : Physical Therapy Assistant |
| Filed : 12/05/2023 12:38 PM | Encounter Date : 12/05/2023 | Status : Signed |
| Editor : Morgan L Zumach, PT ASSIST (Physical Therapy Assistant) | | |

Coordinated patient care with patient and evaluating physical therapist Tanya Fosdick. Discussed precautions, barriers to discharge including inaccessible home environment/recommendations for environmental modifications, scheduling caregiver training, and adaptive techniques.

17 minutes spent from 1142-1159. 1 stat unit billed accordingly.

Electronically signed by Morgan L Zumach, PT ASSIST at 2023-12-05T20:38:42Z

**Ancillary Notes by Tatiana Fosdick V, PT at 12/05/2023 01:12 PM**

| | | |
|---|---|---|
| Author : Tatiana Fosdick V, PT | Service: Physical Therapy | Author Type : PHYSICAL THERAPY |
| Filed : 12/05/2023 01:21 PM | Encounter Date : 12/05/2023 | Status : Signed |
| Editor : Tatiana Fosdick V, PT (PHYSICAL THERAPY) | | |

### ACUTE PHYSICAL THERAPY EVALUATION

Patient Name: Linda J Larocque
MRN#: 172930

DOB: 2/9/1958; Age: 65 year old
LOS: 1

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

## Precautions:
Weight Bearing Status -1: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Other precautions: Falls

## Recommendations for Nursing:
**Patient should sit up in/on Recliner chair for meals and for environmental interaction**
**Recommend use of Bedside commode.**
**Encourage patient to transfer via squat- or stand-pivot with gait belt, front wheeled walker and 2 person Moderate Assist (one person for CGA, another for managing the LEFT LE by keeping it off the floor), 3 times daily.**
**If ambulatory, promote ambulation in room for short distances (bed<>chair). Progress mobility as able.**

## Assessment / Response to intervention:
Patient admitted with LEFT TKR with patella tendon reconstruction with open patellectomy on 12/4/2023. At baseline patient reports being modified-independent with a FWW over the last six months due to the increasing LEFT knee pain. Currently patient requires mod-assist for all out-of-bed mobility. She transferred via squat-pivot to the recliner, as well as stood at the edge of the chair with a FWW while taking small hops over a foot distance. Patient required my assist to keep her LEFT LE off the ground (NWB per PA Shane Turner, heel-touch WB per Dr. Adler) via the gait belt around her ankle. Eventually she progressed to wrapping the free gait belt end around the walker handle, and could manage the lift of the LEFT LE at CGA. Patient currently presents below baseline mobility status, and appears appropriate for acute skilled PT. When able to reach all acute skilled PT goals with PT staff (mobilize at CGA to min-A due to her husband only being able to provide min-assist), and when able to secure all equipment (a ramp to enter her home), the patient will benefit from discharge home with 24/7 assist and home health PT to follow.

## RECOMMENDATIONS:
**PT Discharge recommendation:** Home with assist, Home Health PT
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair
**Does patient have recommended equipment:** Yes

---

**Subjective:** Pt is agreeable to skilled PT evaluation.

## Home Living:
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

## Prior Level of Function:
Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

## OBJECTIVE (Current Function):

MC_003326

Bed Mobility
Supine to Sit: CGA, Bed Rail, HOB elevated

Transfers
Sit to Stand: ModA (assist for LEFT LE management)
Stand to Sit: ModA (assist for LEFT LE management)
Bed to/from Chair: ModA, Cues for safety (for LEFT LE management)
Assistive Device : FWW, Gait Belt

Ambulation
Weight Bearing Status: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Distance (feet): 1 foot at the edge of bed
Assistance Level: ModA (assist for LEFT LE management)
Assistive Device: FWW, Gait Belt (another gait belt on patient's LEFT ankle)
Gait Characteristics: Decreased Pace, Unsteady
Verbal Cues: Sequencing, LE advancement, Device management, Safety, Weight bearing

Cognition
Overall Cognitive Status: Within functional limits

Balance
Sitting Balance - Static: Good
Sitting Balance - Dynamic: Good
Standing Balance - Static: Fair
Standing Balance - Dynamic: Fair
Time: >11 min
Position: Edge of Bed, Edge of Chair, At walker
Performance: UE support required, Fatigues quickly

**Education/Treatment provided**:
Education Provided: adaptive equipment, adaptive techniques, body mechanics, energy conservation, falls prevention, home exercise program, joint replacement, precautions
Pt/family provided info re: abilities and prognosis: Yes
Pt/family understand precautions/limitations: Yes
Pt/family demonstrates understanding of home program: Yes (it is unclear what the precautions are regarding LEFT hip and ankle ROM; PA Shane Turner noted that he educated patient on those.)

**End of session safety:**
Patient positioned in: **Recliner chair; call light reviewed and within patient's reach**
Bed/Chair Alarm Placed: Yes

MC_003327

Handoff Post Therapy Session: Verbal hand-off to RN completed

Impairments:
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury
Limitations:
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Factors Limiting Discharge: Inaccessible Living Environment, Severity of Impairments, Comorbidities

Patient **IS appropriate for ongoing therapy- see treatment plan and goals below**

**Treatment Plan**
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

**Goals**
Bed mobility: Modified Independent
Rolling : Modified independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Prognosis for PT Goals: Good

**PT Plan for Next Session: transfer independence progression**

**AMPAC Basic Mobility**
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Lot
Standing up from Chair: A Lot
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 12**

**Billable Unit Time:**
Session time start: 1035
Session time end: 1200

Tatiana V Fosdick, PT

Electronically signed by Tatiana Fosdick V, PT at 2023-12-05T21:21:48Z

**Care Plan Notes by Mary E Houston, OTR/L at 12/05/2023 01:54 PM**

| | | |
|---|---|---|
| Author : Mary E Houston, OTR/L | Service: Occupational Therapy | Author Type : OCCUPATIONAL THERAPY |
| Filed : 12/05/2023 01:55 PM | Encounter Date : 12/05/2023 | Status : Signed |
| Editor : Mary E Houston, OTR/L (OCCUPATIONAL THERAPY) | | |

Orders received, chart reviewed, pt has been mobilizing w/PT, has assistance at home as needed and no OT/self-care concerns at this time, adaptive techniques for LB dressing, DME recommendations, principles of energy conservation/safety were discussed, pt verbalized understanding, OT will follow as needed, family or nrsg to assist pt w/ADLs as needed. Mary Houston, OTR/L

Electronically signed by Mary E Houston, OTR/L at 2023-12-05T21:55:11Z

**Care Plan Notes by Kaelin E Sandberg, RN at 12/06/2023 04:02 AM**

| Author : Kaelin E Sandberg, RN | Service: Nursing | Author Type : Registered Nurse |
|---|---|---|
| Filed : 12/06/2023 04:04 AM | Encounter Date : 12/06/2023 | Status : Signed |
| Editor : Kaelin E Sandberg, RN (Registered Nurse) | | |

Problem: Deep Venous Thrombosis - Risk of
Goal: Absence of deep venous thrombosis
   Outcome: Progressing
 Pt is given Xarelto for dvt prophylaxis. Pt BLE skin assessed, no s/sx of dvt.
Problem: Falls, High Risk
Goal: Absence of falls
   Outcome: Progressing
 Pt had no falls.

Electronically signed by Kaelin E Sandberg, RN at 2023-12-06T12:04:59Z

**Progress Notes by Shane Turner, PA-C at 12/06/2023 07:52 AM**

| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
|---|---|---|
| Filed : 12/06/2023 08:49 AM | Encounter Date : 12/06/2023 | Status : Addendum |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

**ORTHOPEDIC PROGRESS NOTE**

12/6/2023

**POD# 2**
Revision left total knee (hinged) with extensor mechanism reconstruction

**Patient Name:** Linda J Larocque

**MRN:** 172930

Admission Date: 12/4/2023
**Surgeon:** Zachary Adler MD

Primary Care Provider: Rachel D Dawson, MD

**SUBJECTIVE:** She is having trouble with pain control this morning. She does not feel she is ready for discharge home yet. Otherwise, no new complaints.

**OBJECTIVE:**
VITALS:  BP 113/73 | Pulse 91 | Temp (Src) 97.1 (Skin ) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 93% | LMP 09/14/2009, Temp (24hrs), Avg:36.2 °C (97.1 °F), Min:35.9 °C (96.6 °F), Max:36.6 °C (97.8 °F)

,
Intake/Output Summary (Last 24 hours) at 12/6/2023 0752
Last data filed at 12/6/2023 0608

| | Gross per 24 hour |
|---|---|
| Intake | 3177 ml |
| Output | 5950 ml |
| **Net** | -2773 ml |

,
Today's weight:    12/6/2023 :    Weight: 115 kg (253 lb 8 oz)
GENERAL:  in no apparent distress, alert, and oriented x3.

SKIN: Warm and dry

**EXTREMITIES:**    Left knee
PICO dressing is c/d/I and functioning.
Hnged knee brace is on and locked in extension.
Mild swelling.
Calf is supple and nontender.

MC_003329

DNVI.

**LABS**: last 24 hours

BASIC METABOLIC PANEL

Collection Time: 12/06/23  2:47 AM

| Result | Value | Ref Range |
|---|---|---|
| Na | 141 | 135 - 145 mmol/L |
| K | 4.0 | 3.6 - 5.3 mmol/L |
| Cl | 112 (H) | 98 - 109 mmol/L |
| CO2 | 20 (L) | 21 - 32 mmol/L |
| Anion gap w/o K | 9 | 4 - 12 |
| BUN | 11 | 8 - 24 mg/dL |
| Creatinine | 0.55 (L) | 0.6 - 1.2 mg/dL |
| GFR non African Amer | 111 | >59 mL/min/1.73 m2 |
| GFR African American | 134 | >59 mL/min/1.73 m2 |
| Glucose | 146 (H) | 65 - 120 mg/dL |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL |

CBC WITH DIFF

Collection Time: 12/06/23  2:47 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 7.50 | 4.00 - 12.00 K/uL |
| RBC | 3.18 (L) | 4.00 - 5.50 mil/uL |
| Hgb | 9.8 (L) | 12.0 - 16.0 g/dL |
| Hct | 29.9 (L) | 37 - 47 % |
| MCV | 94.0 | 80 - 98 fL |
| MCH | 30.8 | 27 - 33 pg |
| MCHC | 32.8 | 32 - 37 g/dL |
| RDW | 13.5 | 11.5 - 15.0 % |
| Plt | 252 | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 4.77 | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.03 | 0.00 - 0.07 K/uL |
| Abs lymphs | 1.78 | 0.80 - 3.30 K/uL |
| Abs monos | 0.83 | 0.10 - 1.00 K/uL |
| Abs eos | 0.08 | 0.00 - 0.40 K/uL |
| Abs basos | 0.01 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 63.6 | % |
| Immature grans | 0.4 | 0.0 - 0.9 % |
| Lymphs | 23.7 | % |
| Monos | 11.1 | % |
| Eos | 1.1 | % |
| Basos | 0.1 | % |
| NRBC | 0.0 | 0.0 % |

**ASSESSMENT:**

MC_003330

Acute blood loss anemia, stable

S/p Procedure(s):
Revision left total knee (hinged) with extensor mechanism reconstruction

**PLAN:**
Continue PT/OT.
Continue Xarelto for 3 weeks postop for DVT prophylaxis.
NWB left leg.
Continue with knee brace locked in extension. No bending of the left knee.
Continue Keflex TID until 10 days postop.
I have discontinued the Oxycodone and IV Dilaudid. Started her on oral Dilaudid.
DC planning for home possibly tomorrow if her pain is better controlled.
Follow up with Shane Turner, PA-C in 2-3 weeks.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof**
**dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C

**Attending Physician:** Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 2023-12-06T16:49:55Z

---

**Care Plan Notes by Morgan L Zumach, PT ASSIST at 12/06/2023 12:44 PM**

Author : Morgan L Zumach, PT ASSIST          Service: Physical Therapy     Author Type : Physical Therapy Assistant

Filed : 12/06/2023 12:47 PM                   Encounter Date : 12/06/2023 Status : Signed

Editor : Morgan L Zumach, PT ASSIST (Physical Therapy Assistant)

---

### ACUTE PHYSICAL THERAPY TREATMENT NOTE

Patient Name: Linda J Larocque
MRN#: 172930
DOB: 2/9/1958; Age: 65 year old
LOS: 2

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

**Precautions:**
Weight Bearing Status -1: Non-weight bearing, LLE
Other precautions: Falls

**Recommendations for Nursing:**
**Patient should sit up in/on Recliner chair for meals.**
**Recommend use of BSC.**
**Encourage patient to transfer with gait belt, front wheeled walker, and 2 person Contact Guard Assist, 3 times daily. Provide cueing and assistance to maintain NWB precautions.**

**Assessment / Response to intervention:**
Linda is seen today for PT session with goal of facilitating caregiver training with spouse. Performed functional transfer training directed to both R and L side using FWW, focused on appropriate transfer sequencing and techniques for safe guarding during mobility. Discussed recommendations for adaptations within the home extensively including moving the patient's bed downstairs, obtaining/installing a wheelchair ramp, obtaining a tub transfer bench, and where to purchase gait belts.

**RECOMMENDATIONS:**
**PT Discharge recommendation:** Home Health PT, Home with assist
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair
**Does patient have recommended equipment:** Yes

MC_003331

**Subjective:** Patient is agreeable to PT session focused on caregiver training with spouse.

**Home Living:**
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

**Prior Level of Function:**
Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

**OBJECTIVE (Current Function):**
Default Flowsheet Data (last 6 hours)

PT Treatment

| Row Name | 12/06/23 1200 |
| --- | --- |
| Pain | |
| Pre-Session Rating | 6 |
| Post-Session Rating | 8 |
| Pain Location | Left;LEG;KNEE |
| | |
| Bed Mobility | |
| Supine to Sit | SBA |
| Sit to Supine | SBA |
| | |
| Transfers | |
| Sit to Stand | SBA;CGA |
| Stand to Sit | SBA;CGA |
| Bed to/from Chair | CGA |
| Assistive Device | FWW;Gait Belt  Gait belt to support LLE from floor. |
| | |
| Balance | |
| Sitting Balance - Static | Good |
| Sitting Balance - Dynamic | Good |
| Standing Balance - Static | Fair |
| Standing Balance - Dynamic | Not tested |
| Time | >11 min |

MC_003332

| | |
|---|---|
| Position | Edge of Bed;Edge of Chair;At walker |
| Performance | UE support required;Fatigues quickly |

Education

| | |
|---|---|
| Education Provided | adaptive techniques;adaptive equipment;body mechanics;energy conservation;DME/equipment resources;falls prevention;precautions;joint replacement;home exercise program |
| Pt/family provided info re: abilities and prognosis | Yes;Family |
| Pt/family understand precautions/limitations | Yes;Family |
| Pt/family demonstrates understanding of home program | Yes;Family |

AM-PAC Daily Activity Inpatient

| | |
|---|---|
| Lower body dressing | 2 |
| Bathing | 2 |
| Toileting | 2 |
| Upper Body Dressing | 3 |
| Grooming | 3 |
| Eating | 4 |
| Daily Activity Inpatient Raw Score (Calculated) | 16 |

AM-PAC Basic Mobility Inpatient

| | |
|---|---|
| Turning in Bed Without Bedrail | 3 |
| Lying on Back to Sitting on Edge | 3 |
| Moving Bed to Chair | 2 |
| Standing up from Chair | 3 |
| Walk in Room | 1 |
| Climbing 3-5 Steps | 1 |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 13 |
| JH-HLM Goal | 4 |

**End of session safety:**
Patient positioned in: **Bed; call light reviewed and within patient's reach**
Bed/Chair Alarm Placed: not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately
Handoff Post Therapy Session: Verbal hand-off to RN completed

Ongoing impairments/limitations:
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers
Factors Limiting Discharge: Severity of Impairments, Comorbidities, Limited Caregiver Support

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Progress (Overall)
Progress: Progressing toward goals, Slow progress, decreased activity tolerance

Patient **IS appropriate for ongoing therapy- see treatment plan and goals below**

**Treatment Plan**
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

**Goals**
Bed mobility: Modified Independent
Rolling : Modified Independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Goals Remain Appropriate: Yes
Prognosis for PT Goals: Good

**PT Plan for Next Session: Review transfer techniques, caregiver teachback**

**AMPAC Basic Mobility**
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Lot
Standing up from Chair: A Little
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 13**

**Billable Unit Time**:
Session time start: 0938
Session time end: 1005

Morgan L Zumach, PT ASSIST

Electronically signed by Morgan L Zumach, PT ASSIST at 2023-12-06T20:47:32Z

**Nursing Notes by Kelly D Jameyson, RN at 12/06/2023 05:52 PM**

| | | |
|---|---|---|
| Author : Kelly D Jameyson, RN | Service: | Author Type : Registered Nurse |
| Filed : 12/06/2023 05:56 PM | Encounter Date : 12/06/2023 | Status : Signed |
| Editor : Kelly D Jameyson, RN (Registered Nurse) | | |

Pt has been struggling with pain all shift. Obtained order for long acting medication this morning. Pt taking max amount of po dilaudid with minimal relief. Discussed with PA Turner. Pt states that she takes norco at home for chronic back pain. Found Rx in chart for #160 pills of norco 10/325 per month from R Dawson for chronic back pain that pt takes at baseline. This would make her postop pain very difficult to manage. PA Turner increased dose of po dilaudid to 6-8 mg. Will continue with adjunctive medications and nonpharm methods of pain relief.

Electronically signed by Kelly D Jameyson, RN at 2023-12-07T01:56:17Z

**Care Plan Notes by Korin F Sanda Rogers, RN at 12/06/2023 06:07 PM**

## Case Management Initial Assessment & Plan

**12/6/2023 6:08 PM**
**Linda J Larocque**

**Surrogate Decision Maker/Name(s) & contact information is/are:** Adult children Christopher Larocque (son). Healthcare Directive: No, patient does not have advance directive for healthcare treatment. Patient does not have current advanced care planning (ACP) paperwork. I offered resources and education regarding ACP, including offer to complete HCPOA paperwork while in hospital, but patient declined.

Need for interpreter? No. Preferred language English

### Plan
Based on Information Source: Patient, the patient's Preferences and Goals of Care to return home, information from the care team, and this CM RN assessment,

Anticipated Discharge Disposition: Home

**CM steps for progression toward transition to next site of care and successful discharge:**
- Case Management Next Steps: Awaiting clinical progression for medical clearance.
- Follow Up appointment within 7-10 days

**Recommendations:**
This CM/SW recommendations for the healthcare team:
- AM PAC > 17 and can likely return to prior living situation. Please mobilize to avoid hospital acquired debility and skin issues.
- Consider early transition from IV to PO, sublingual, and/or transdermal medication administration routes.
- Consider scheduled medications in lieu of PRN to facilitate transition to facility/home.

### Transition of Care &/or Social Work Assessment
Patient declined home health PT at this time as she states orthopedic surgeon advised her no PT for at least 3 weeks post discharge. Patient will follow up with orhopedic surgeon at follow up appointments for PT if needed.
No anticipated discharge needs. CM team continues to follow for any discharge needs.

**Identified SDoH needs:**
None identified

Complex Barriers to Discharge: None

**Additional Psychosocial needs identified:**
Who will pick you up when you are ready to leave the hospital?: Stephen Larocque (son)
Contact Information: 253-273-70185

If not enrolled in Meds to Beds program, Discharge Medications will be Filled: Patients preferred pharmacy (Comment location) (Safeway on 56th Street)

### Readmission
Readmission Assessment: N/A
Is this a Readmission: No

### Prior to Admission Information

PCP Name: Rachel Dawson, MD
Outpatient agency information, if applicable:

**Prior to Admit Living Environment:**

Type of Residence: Private Residence
Lives With: Spouse/Domestic Partner;Daughter;Son
Receives Help From: Family

Name of the person the patient has identified to help right after discharge: Steven Larocque (spouse)
Number of steps to get into residence:
Number of levels in residence:
Number of steps within residence:

**Prior to Admit Baseline Functional Status:**

Is the patient independent with ADLS: No - Assistive equipment used
Durable Medical Equipment: Cane;Glucose Monitor;Walker (4 Wheeled Walker);CPAP;Shower Chair
On home Oxygen?: No
If yes,

Vendor(s) and current location(s) of DME if known
Is the patient independent with iADLS: No - Assistive equipment used
Patient manages administration of own medications: Yes
Does patient receive outpt hemodialysis: No

Outpatient Nephrologist Name:

**Electronically Signed by:**
Korin F Sanda Rogers, BSN, RN

Electronically signed by Korin F Sanda Rogers, RN at 2023-12-07T02:12:50Z

---

**Discharge Summary by Shane Turner, PA-C at 12/07/2023 07:30 AM**

---

| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
|---|---|---|
| Filed : 12/07/2023 07:32 AM | Encounter Date : 12/07/2023 | Status : Signed |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

---

**Discharge Summary**

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]
Surgeon: Zachary Adler MD
Reason for Admission: Linda J Larocque is a 65 year old female who on 12/4/2023 and underwent LEFT P REVISE KNEE
JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381] without perioperative complications.
Hospital course: Linda J Larocque was admitted for postoperative care consisting of pain control, gait training and
mobility. Linda J Larocque remained hemodynamically stable, labs were reviewed, progressed to adequate oral intake of
fluids and solids, pain was well controlled on oral analgesics, cleared physical therapy and was considered stable for
discharge on POD 3, 12/7/2023 to home.
See med reconciliation for discharge and any modifications to pre-op meds.
Weight Bearing Instructions: NWB left leg with knee locked in extension at all times.

**EXAM: Left knee**
PICO dressing is c/d/I and functioning.
No erythema.
No ecchymosis.
Moderate swelling.
Calf is supple and nontender.
DNVI.

Total Joint replacement protocol discharge planning: Recommend starting outpatient physiotherapy within 2 business days of discharge from acute care setting.

## Medication List

### START taking these medications

**acetaminophen** 500 MG Tabs
Commonly known as: TYLENOL
Take 2 Tablets by mouth every 8 hours for 14 days.

---

**cephaLEXin** 500 MG Caps
Commonly known as: KEFLEX
Take 1 Capsule by mouth three times a day for 7 days.

---

**HYDROmorphone** 4 MG Tabs
Commonly known as: Dilaudid
Take 1-2 Tablets by mouth every 4 hours as needed for up to 5 days.

---

**morPHINE** 15 MG Tbcr
Commonly known as: MS Contin
Take 1 Tablet by mouth every 12 hours for 7 days.

---

**ondansetron** 4 MG Tabs
Commonly known as: Zofran
Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

---

**rivaroxaban** 10 mg Tabs
Commonly known as: Xarelto
Take 1 Tablet by mouth each morning for 18 days.

### CHANGE how you take these medications

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
What changed: **reasons to take this**

---

**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

---

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

**\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

### CONTINUE taking these medications

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Take 1 Tablet by mouth three times a day as needed for anxiety.

---

MC_003337

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Take 1 Capsule by mouth twice daily.

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

**Misc. Devices** Misc
Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Take 1 Tablet by mouth each evening.

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Use With victoza injections

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide
Inject 1.8 mg under the skin once daily.

## STOP taking these medications

**Aspirin Low Dose** 81 MG Chew
Generic drug: aspirin

**docusate sodium** 100 MG Caps
Commonly known as: Colace

**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco

## Where to Get Your Medications

These medications were sent to
MultiCare Allenmore Outpatient
Pharmacy                              1901 S. Union, TACOMA WA 98405

Hours: 8:30am-5pm Monday-Friday,        Phone: 253-459-6746
closed for lunch 1-1:30pm
- acetaminophen 500 MG Tabs
- cephaLEXin 500 MG Caps
- HYDROmorphone 4 MG Tabs
- hydrOXYzine hcl 25 MG Tabs

- morPHINE 15 MG Tbcr
- ondansetron 4 MG Tabs
- rivaroxaban 10 mg Tabs
- senna 8.6 MG Tabs

Discharge Disposition : Home.
Follow up with Shane Turner, PA-C in 2 week(s) for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C
12/7/2023
7:30 AM

Attending: Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 2023-12-07T15:32:48Z

---

**Care Plan Notes by Mary E Houston, OTR/L at 12/07/2023 11:02 AM**

| | |
|---|---|
| Author : Mary E Houston, OTR/L | Service: Occupational Therapy   Author Type : OCCUPATIONAL THERAPY |
| Filed : 12/07/2023 11:07 AM | Encounter Date : 12/07/2023   Status : Signed |
| Editor : Mary E Houston, OTR/L (OCCUPATIONAL THERAPY) | |

Pt has no new OT concerns, will sign off. Mary Houston, OTR/L

Electronically signed by Mary E Houston, OTR/L at 2023-12-07T19:07:50Z

---

**Care Plan Notes by Morgan L Zumach, PT ASSIST at 12/07/2023 11:43 AM**

| | |
|---|---|
| Author : Morgan L Zumach, PT ASSIST | Service: Physical Therapy   Author Type : Physical Therapy Assistant |
| Filed : 12/07/2023 11:44 AM | Encounter Date : 12/07/2023   Status : Signed |
| Editor : Morgan L Zumach, PT ASSIST (Physical Therapy Assistant) | |

### ACUTE PHYSICAL THERAPY TREATMENT NOTE

Patient Name: Linda J Larocque
MRN#: 172930
DOB: 2/9/1958; Age: 65 year old
LOS: 3

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

**Precautions:**
Weight Bearing Status -1: Non-weight bearing, LLE
Other precautions: Falls

**Recommendations for Nursing:**
**Patient should sit up in/on Recliner chair for meals.**
**Recommend use of BSC.**
**Encourage patient to transfer with gait belt, front wheeled walker, and 1 person Contact Guard Assist, 3 times daily.   Provide cues for WB precautions.**

**Assessment / Response to intervention:**
Linda is seen for PT session. Spouse performs teachback of transfer techniques with good safety awareness and ability to

MC_003339

facilitate and guard patient during transfers. Noted patient's difficulty to maintain NWB LLE throughout, states "Shane told me I can put the heel down", visibly bears significant weight through the extremity. Reviewed recommendations for wheelchair ramp, patient's bed to be moved downstairs, tub transfer bench, and HHPT servies. Patient states that the PA told her she does not need continued PT due to NWB restrictions of LLE - "you can't do anything with it". Clarified that focus of continued PT would not be LLE, but to strengthen surrounding joints and contralateral LE, improve balance and trunk control, enhance activity tolerance, and facilitate improved ability to maintain WB precautions. Patient ackowledges current difficulty with functional mobility tasks but continues to decline need for HHPT services. Once medically clear, she is appropriate for D/C to home with assist. Continue to recommend HHPT services to enhance safe functional independence and optimize rehab potential.

### RECOMMENDATIONS:
**PT Discharge recommendation:** Home with assist, Home Health PT
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair, Tub Transfer Bench (Wheelchair ramp)
**Does patient have recommended equipment:** No- needs community resource options

---

**Subjective:** Patient and spouse agreeable to PT session to focus on caregiver training and discuss recommendations for home.

### Home Living:
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

### Prior Level of Function:
Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

### OBJECTIVE (Current Function):
Default Flowsheet Data (last 6 hours)

PT Treatment

| Row Name | 12/07/23 1100 |
|---|---|
| Pain | |
| Pre-Session Rating | 4 |
| Post-Session Rating | 6 |
| Pain Location | Left;LEG;KNEE |
| Intervention | Ice;Nursing notified |
| | |
| Bed Mobility | |
| Supine to Sit | SBA |
| Sit to Supine | SBA |
| | |
| Transfers | |
| Sit to Stand | CGA |

| | |
|---|---|
| Stand to Sit | CGA |
| Bed to/from Chair | CGA |
| Assistive Device | FWW;Gait Belt  Gait belt to support LLE from floor. |

Balance

| | |
|---|---|
| Sitting Balance - Static | Good |
| Sitting Balance - Dynamic | Good |
| Standing Balance  - Static | Fair |
| Standing Balance  - Dynamic | Not tested |
| Time | >11 min |
| Position | Edge of Bed;Edge of Chair;At walker |
| Performance | Fatigues quickly;UE support required |

Education

| | |
|---|---|
| Education Provided | adaptive equipment;adaptive techniques;energy conservation;falls prevention;home exercise program;joint replacement;precautions |
| Pt/family provided info re: abilities and prognosis | Yes;Family |
| Pt/family understand precautions/limitations | Yes;Family |
| Pt/family demonstrates understanding of home program | Yes;Family |

AM-PAC Daily Activity Inpatient

| | |
|---|---|
| Lower body dressing | 3 |
| Bathing | 3 |
| Toileting | 3 |
| Upper Body Dressing | 3 |
| Grooming | 3 |
| Eating | 4 |
| Daily Activity Inpatient Raw Score (Calculated) | 19 |

AM-PAC Basic Mobility Inpatient

| | |
|---|---|
| Turning in Bed Without Bedrail | 3 |
| Lying on Back to Sitting on Edge | 3 |
| Moving Bed to Chair | 3 |
| Standing up from Chair | 3 |
| Walk in Room | 1 |
| Climbing 3-5 Steps | 1 |
| JH-AMP AM-PAC Mobility Inpatient Raw Score | 14 |
| JH-HLM Goal | 4 |

MC_003341

**End of session safety:**
Patient positioned in: **Bed; call light reviewed and within patient's reach and whiteboard updated**
Bed/Chair Alarm Placed: not on falls precautions - patient demonstrates understanding and safety awareness to use call light appropriately
Handoff Post Therapy Session: Verbal hand-off to RN completed

Ongoing impairments/limitations:
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers
Factors Limiting Discharge: Severity of Impairments, Comorbidities, Limited Caregiver Support

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Progress (Overall)
Progress: Slow progress, decreased activity tolerance, Progressing toward goals

Patient **IS appropriate for ongoing therapy- see treatment plan and goals below**

**Treatment Plan**
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

**Goals**
Bed mobility: Modified Independent
Rolling : Modified independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Goals Remain Appropriate: Yes
Prognosis for PT Goals: Good

**PT Plan for Next Session: Review transfer techniques, caregiver teachback**

**AMPAC Basic Mobility**
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Little
Standing up from Chair: A Little
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 14**

**Billable Unit Time:**
Session time start: 1012
Session time end: 1033 (Additional minutes spent from 932-942.)

Morgan L Zumach, PT ASSIST

Electronically signed by Morgan L Zumach, PT ASSIST at 2023-12-07T19:44:16Z

**Care Plan Notes by Cheryl Hendren, RN at 12/07/2023 04:01 PM**

| Author : Cheryl Hendren, RN | Service: Orthopedics | Author Type : Registered Nurse |
|---|---|---|
| Filed : 12/07/2023 04:01 PM | Encounter Date : 12/07/2023 | Status : Signed |

MC_003342

Problem: Deep Venous Thrombosis - Risk of
Goal: Absence of deep venous thrombosis
  Outcome: Progressing
  Note: No signs or symptoms of DVT. SCD, Xarelto, and ambulation.

Problem: Falls, Standard Risk
Goal: Absence of falls
  Outcome: Progressing
  Note: No falls or injuries noted during shift. Bed in low position, SR up, wheels locked. Call bell and personal items in reach.

Electronically signed by Cheryl Hendren, RN at 2023-12-08T00:01:45Z

**Care Plan Notes by Woodetta Maulana, RN at 12/08/2023 02:12 AM**

| | | |
|---|---|---|
| Author : Woodetta Maulana, RN | Service: Nursing | Author Type : Registered Nurse |
| Filed : 12/08/2023 02:12 AM | Encounter Date : 12/08/2023 | Status : Signed |
| Editor : Woodetta Maulana, RN (Registered Nurse) | | |

Problem: Falls, High Risk
Goal: Absence of falls
  Outcome: Progressing
  Note: Fall bundle in place

Problem: Pain - Acute
Goal: Control of acute pain
Description: Health care practices, cultural, addiction concerns, medication concerns and perception, past pain experiences, reluctance to report pain.
  Outcome: Progressing
  Note: Pain managed as prescribed and environmental adjustments

Electronically signed by Woodetta Maulana, RN at 2023-12-08T10:12:36Z

**Discharge Summary by Shane Turner, PA-C at 12/08/2023 07:23 AM**

| | | |
|---|---|---|
| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 12/08/2023 07:26 AM | Encounter Date : 12/08/2023 | Status : Signed |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

## Discharge Summary

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]
Surgeon: Zachary Adler MD
Reason for Admission: Linda J Larocque is a 65 year old female who on 12/4/2023 and underwent LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381] without perioperative complications. She did stay one more night due to pain control issues. This morning she feels she is doing better and ready for discharge home.

Hospital course: Linda J Larocque was admitted for postoperative care consisting of pain control, gait training and mobility. Linda J Larocque remained hemodynamically stable, labs were reviewed, progressed to adequate oral intake of fluids and solids, pain was well controlled on oral analgesics, cleared physical therapy and was considered stable for discharge on POD 4, 12/8/2023 to home.
See med reconciliation for discharge and any modifications to pre-op meds.
Weight Bearing Instructions: NWB with hinged knee brace on and locked in extension at all times.

**EXAM: Left knee**
PICO dressing is c/d/I and functioning.
Hinged knee brace in on and locked in extension.
No erythema.
No ecchymosis.
Moderate swelling.
Calf is supple and nontender.
DNVI.


## Medication List


### START taking these medications

**acetaminophen** 500 MG Tabs
Commonly known as: TYLENOL
Take 2 Tablets by mouth every 8 hours for 14 days.

---

**cephaLEXin** 500 MG Caps
Commonly known as: KEFLEX
Take 1 Capsule by mouth three times a day for 6 days.

---

**HYDROmorphone** 2 MG Tabs
Commonly known as: Dilaudid
Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days.

---

**morPHINE** 15 MG Tbcr
Commonly known as: MS Contin
Take 1 Tablet by mouth every 12 hours for 7 days.

---

**ondansetron** 4 MG Tabs
Commonly known as: Zofran
Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

---

**rivaroxaban** 10 mg Tabs
Commonly known as: Xarelto
Take 1 Tablet by mouth each morning for 17 days.


### CHANGE how you take these medications

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
What changed: **reasons to take this**

---

**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

---

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

MC_003344

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## CONTINUE taking these medications

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Take 1 Tablet by mouth three times a day as needed for anxiety.

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Take 1 Capsule by mouth twice daily.

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

**Misc. Devices** Misc
Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Take 1 Tablet by mouth each evening.

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Use With victoza injections

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide
Inject 1.8 mg under the skin once daily.

## STOP taking these medications

**Aspirin Low Dose** 81 MG Chew
Generic drug: aspirin

**docusate sodium** 100 MG Caps
Commonly known as: Colace

**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco

## Where to Get Your Medications

These medications were sent to
**MultiCare Allenmore Outpatient
Pharmacy**                              1901 S. Union, TACOMA WA 98405

Hours: 8:30am-5pm Monday-Friday,       Phone: 253-459-6746
closed for lunch 1-1:30pm
- senna 8.6 MG Tabs


These medications were sent to
**SAFEWAY PHARMACY #1594 - TACOMA,**   707 S 56TH STREET, TACOMA WA
**WA**                                                      98408

Phone: 253-471-1730

- acetaminophen 500 MG Tabs
- alprazolam 0.25 MG Tabs
- cephaLEXin 500 MG Caps
- HYDROmorphone 2 MG Tabs
- hydrOXYzine hcl 25 MG Tabs
- morPHINE 15 MG Tbcr
- ondansetron 4 MG Tabs
- rivaroxaban 10 mg Tabs


Discharge Disposition : Home.
Follow up with Shane Turner, PA-C in 2-3 week(s) for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

Shane Turner, PA-C
12/8/2023
7:24 AM

Attending: Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 2023-12-08T15:26:05Z

### Discharge Instructions by Cheryl Hendren, RN at 12/08/2023 11:58 AM

| Author : Cheryl Hendren, RN | Service: | Author Type : Registered Nurse |
|---|---|---|
| Filed : 12/08/2023 11:58 AM | Encounter Date : 12/08/2023 | Status : Written |
| Editor : Cheryl Hendren, RN (Registered Nurse) | | |

Non-weight bearing.
Wear Immobilizer at all times.
PICO drain needs to stay on for 7 days after surgery. Cut tubing close to leg and apply a transparent dressing.
Call for :
temp >100.5
Uncontrolled pain or nausea.
If incision opens and drainage is four smelling.

Electronically signed by Cheryl Hendren, RN at 2023-12-08T19:58:18Z

### Nursing Notes by Cheryl Hendren, RN at 12/08/2023 02:30 PM

| Author : Cheryl Hendren, RN | Service: Orthopedics | Author Type : Registered Nurse |
|---|---|---|
| Filed : 12/08/2023 02:32 PM | Encounter Date : 12/08/2023 | Status : Signed |
| Editor : Cheryl Hendren, RN (Registered Nurse) | | |

Discharge instructions and medications reviewed with patient. Questions and concerns addressed. Pain controlled with PO pain medications. PIV removed. Patient to be discharged to home with husband via POV.

Electronically signed by Cheryl Hendren, RN at 2023-12-08T22:32:10Z

MC_003347

# 12/14/2023 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 12/14/2023 11:00:00 AM | 12/14/2023 11:30:00 AM | 316505613 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003348

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 01/08/2024 11:34 AM | Encounter Date : 12/14/2023 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 65 year old female is here for follow up of recent hospital admission to allenmore hospital on 12/4/2023 to 12/8/2023 for
Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]
Hospital records have been requested and reviewed including pending diagnostic tests and treatments
START taking these medications

**acetaminophen** 500 MG Tabs
Commonly known as: TYLENOL
Take 2 Tablets by mouth every 8 hours for 14 days.

---

**cephaLEXin** 500 MG Caps
Commonly known as: KEFLEX
Take 1 Capsule by mouth three times a day for 6 days.

---

**HYDROmorphone** 2 MG Tabs
Commonly known as: Dilaudid
Take 2-4 Tablets by mouth every 4 hours as needed for pain for up to 5 days.

---

**morPHINE** 15 MG Tbcr
Commonly known as: MS Contin
Take 1 Tablet by mouth every 12 hours for 7 days.

---

**ondansetron** 4 MG Tabs
Commonly known as: Zofran
Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

---

**rivaroxaban** 10 mg Tabs
Commonly known as: Xarelto
Take 1 Tablet by mouth each morning for 17 days.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

The transitional care coordination note has not been reviewed.

Appropriate referrals and community resources have been arranged.

Currently the patient is feeling .
Pt was given morphine 15 mg twice daily at discharge to use for 7 days 14 tabs to finish 12/14
Along with dilaudid 4 mg 1-2 tabs every 4 hours for 5 days at discharge to finish 12/12
60 tabs

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 2 |
| senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |
| Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 0 |
| lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 1 |
| rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |

MC_003350

- Free Text Medication Entry (OTHER)  cpap equipment  1 Each  0
new mask and
new hose
Adult obstructive
sleep apnea - last
sleep study done
by dr. clerc about
three years ago
(Patient taking
differently: cpap
equipment new
mask and new
hose
Adult obstructive
sleep apnea - last
sleep study done
by dr. clerc about
three years ago
Vendor is Apria)

No current facility-administered medications on file prior to visit.

**Vitals:**

|  | 12/14/23 1123 |
| --- | --- |
| BP: | 102/60 |
| Pulse: | 94 |
| Resp: | 18 |
| Temp: | 36 °C (96.8 °F) |
| Weight: | 114.8 kg (253 lb) |
| Height: | 1.651 m (5' 5") |

general no acute distress
Lungs cta
ms smiling cheerful
ext nl postop edema, minimal calf tenderness
Well healing surgical scar
skin without rashes

(G89.4) Chronic pain syndrome  (primary encounter diagnosis)
Comment:
Plan:  on coat w/ acute surgical post op pain

(Z98.890) H/O knee surgery
Comment:
Plan:

**Patient Instructions**

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]

The plan is to stop morphine 12/14 and switch over to hydrocodone
Rachel D Dawson, MD

MC_003351

Electronically signed by Rachel D Dawson, MD at 2024-01-08T19:34:56Z

MC_003352

# 12/22/2023 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 12/22/2023 03:15:00 PM | 12/22/2023 03:30:00 PM | 312860020 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003353

**Imaging**

| | |
|---|---|
| Impression | 2023-12-22T15:58:28.000 |

Radiographs obtained, reviewed, and interpreted by me: 3 views of the left knee on 12/22/23

Prior studies for comparison are dated 12/4/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. The patella has been removed. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD

Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Comment:

---

**Progress Notes by Shane Turner, PA-C at 12/22/2023 03:15 PM**

| | | |
|---|---|---|
| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 12/27/2023 07:54 AM | Encounter Date : 12/22/2023 | Status : Signed |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

---

**Chief Complaint**

Patient presents with

- Left Knee - Post Op

    *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

**HPI:**
Surgery: 18 days s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.
Surgeon: Zachary Adler MD

Linda J Larocque is doing well. She is taking Xarelto for DVT prophylaxis. She has been wearing the hinged knee brace locked in extension as directed. Otherwise, no new complaints.

**VITALS:**
BP 119/72 | Pulse 89 | Temp (Src) 97.9 (Temporal) | Resp 17 | Ht 5' 5"[historical[ (1.651 m) | Wt 0 lb (0 kg) | SaO2 96% | LMP 09/14/2009

**PHYSICAL EXAMINATION:**
General:        Healthy appearing patient who is cooperative with the exam.
Psych:          Appropriate and alert.
Skin:           Grossly benign, intact.

**EXTREMITY EXAM: Left knee**
Minor TTP throughout.
Incision is healing well with sutures intact.
Moderate effusion with no erythema.
No ecchymosis.
Calf is supple and nontender.
ROM not tested per postop plan.

+ EHL/FHL/TA/GS
Intact DP/SP/Tib nerve to light touch
CRT < 2 sec
2+ DP pulse

MC_003354

**IMAGING: 3 views left knee**
Intact appearing left total knee arthroplasty. Final read to follow by Zachary Adler MD.

**IMPRESSION:**
18 days s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.

**PLAN:**
Her sutures were removed and steri strips placed.
Finish Xarelto as directed at 3 weeks postop.
She was placed into a long leg cylinder fiberglass cast today.
She will be casted for a total of 2.5 months from today.
Continue WBAT in the cast.
RTC in 2 weeks for cast check or sooner if needed.

Linda J Larocque was given ample opportunity to ask questions. All questions were answered to the patients satisfaction prior to leaving the office today.

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 2023-12-27T15:54:40Z

---

**Nursing Note by Andrea J Steele, MA at 12/22/2023 03:15 PM**

| | | |
|---|---|---|
| Author : Andrea J Steele, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 12/22/2023 06:27 PM | Encounter Date : 12/22/2023 | Status : Signed |
| Editor : Andrea J Steele, MA (Medical Assistant) | | |

Surgical incision area washed with rubbing alcohol 70%. Sutures/staples removed & steri strips placed. Patient tolerated procedure well and without complications. All procedures done per Shane Turner, PAC.

Applied long leg cylindar fiberglass cast to Left LE per and assisted by Shane Turner, PAC. Patient tolerated procedure well and without complication. Cast/splint care given verbally & written in Patient Instructions. Patient has good capillary refill before, during and after the procedure. Patient's questions were answered. Patient denied any complaints with the comfort of the cast/splint.

Electronically signed by Andrea J Steele, MA at 2023-12-23T02:27:35Z

---

**Nursing Note by Courtney R Santiago at 12/22/2023 03:15 PM**

| | | |
|---|---|---|
| Author : Courtney R Santiago | Service: | Author Type : Medical Assistant Resident |
| Filed : 12/22/2023 03:32 PM | Encounter Date : 12/22/2023 | Status : Signed |
| Editor : Courtney R Santiago (Medical Assistant Resident) | | |

Chief Complaint

Patient presents with

• Left Knee - Post Op

Additional Details: patient states having consistent pain 3/10

Medication list changes/discrepancies: Medication Comments documented by Courtney Santiago, MA RESIDENT on 12/22/2023 at 1529.
Medciations an pharmacy reviewed with patient
Courtney Santiago, MA

Allergy list changes/discrepancies :
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Courtney R Santiago at 2023-12-22T23:32:35Z

MC_003356

# 12/28/2023 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 12/28/2023 02:00:00 PM | 12/28/2023 02:30:00 PM | 318086651 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|

MC_003357

**Nursing Note by Andrea J Steele, MA at 12/28/2023 02:00 PM**

Author : Andrea J Steele, MA                     Service: Orthopedics                     Author Type : Medical Assistant

Filed : 12/28/2023 03:44 PM                      Encounter Date : 12/28/2023               Status : Addendum

Editor : Andrea J Steele, MA (Medical Assistant)

**Chief Complaint**

Patient presents with

- Left Knee - Post Op

    *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*
- Cast Check


Additional Details:   Linda is in today with her husband to have her cast adjusted if possible.  The ankle cuff is not protecting the edges like it should and it is starting to rub a sore area as it comes down with gravity.  Without altering the position of the cast placed yesterday, we were able to adhere some ortho felt with adhesive backing to pad the areas causing concern. She had relief and states she feels this will work until her next appointment next week.  There was not any skin breakdown from the cast.   She understands she can call sooner if needed.  No further concerns

Patient accompanied by: Self only & spouse

Electronically signed by Andrea J Steele, MA at 2023-12-28T23:44:25Z

MC_003358

# 01/05/2024 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 01/05/2024 08:30:00 AM | 01/05/2024 08:45:00 AM | 317713352 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003359

| | | |
|---|---|---|
| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 01/12/2024 04:30 PM | Encounter Date : 01/05/2024 | Status : Signed |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

**Chief Complaint**

Patient presents with

- Post Op

  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

**HPI:**
Surgery: 4.5 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.
Surgeon: Zachary Adler MD

Linda J Larocque is doing well. She is here today for a cast check. She says the cast has slid down her leg and is painfully rubbing on her achilles and top of her left foot. Otherwise, no new complaints.

**VITALS:**
BP 129/70 | Pulse 90 | Temp (Src) 97 (Temporal) | Resp 16 | Ht 5' 5"[hx[ (1.651 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

**PHYSICAL EXAMINATION:**
General:          Healthy appearing patient who is cooperative with the exam.
Psych:            Appropriate and alert.
Skin:             Grossly benign, intact.

**EXTREMITY EXAM: Left knee**
Cast was removed.
Minor TTP globally.
Incision is well healed
Minor effusion with no erythema

Calf is supple and nontender.

ROM not tested per postop plan to remain in extension for 3 months.

NVI bilateral LE, no deficits appreciated

**IMPRESSION:**
4.5 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.

**PLAN:**
Linda J Larocque was placed back into a left long leg fiberglass cast. She can heel WB for transfers. RTC in 4 weeks for new x-rays out of cast and cast change, or sooner if needed.

Linda J Larocque was given ample opportunity to ask questions. All questions were answered to the patients satisfaction prior to leaving the office today.

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 2024-01-13T00:30:18Z

**Nursing Note by Andrea J Steele, MA at 01/05/2024 08:30 AM**

| | | |
|---|---|---|
| Author : Andrea J Steele, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 01/05/2024 10:26 AM | Encounter Date : 01/05/2024 | Status : Signed |
| Editor : Andrea J Steele, MA (Medical Assistant) | | |

MC_003360

Previous cast removed from Left LE prior to x-ray/exam. Patient tolerated procedure well and without complications. All procedures done per Shane Turner, PAC .

Applied long leg cylinder style fiberglass cast to Left LE per Shane Turner, PAC in full extension. Patient tolerated procedure well and without complication. Cast/splint care given verbally & written in Patient Instructions. Patient has good capillary refill before, during and after the procedure. Patient's questions were answered. Patient denied any complaints with the comfort of the cast/splint.

Electronically signed by Andrea J Steele, MA at 2024-01-05T18:26:02Z

**Nursing Note by Lisette N Cortes, MA at 01/05/2024 08:30 AM**

| | | |
|---|---|---|
| Author : Lisette N Cortes, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 01/05/2024 08:30 AM | Encounter Date : 01/05/2024 | Status : Signed |
| Editor : Lisette N Cortes, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Post Op

    *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

Additional Details: Paient is here for follow up on left knee.Patient reports cast rubbing on foot and causing pain.Patient denies any other concerns at this time.Pain is a 2/10 today.

Medication list changes/discrepancies: Medication Comments documented by Courtney Santiago, MA on 12/22/2023 at 1529.
Medciations an pharmacy reviewed with patient
Courtney Santiago, MA

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Lisette N Cortes, MA at 2024-01-05T16:30:28Z

MC_003361

# 02/02/2024 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 02/02/2024 08:30:00 AM | 02/02/2024 09:00:00 AM | 318797746 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003362

## Imaging

**XR Knee 1 or 2 Views Left**

| Impression | 2024-02-02T09:03:20.000 |
|---|---|
| | Radiographs obtained, reviewed, and interpreted by me: 3 views of the left knee on 2/2/24 |
| | Prior studies for comparison are dated 12/22/23 |
| | Clinical history: Status post left revision total knee arthroplasty. |
| | Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision hinged total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. The patella has been excised. There has been no change compared to prior study. |
| | Impression: Stable left revision total knee arthroplasty with associated findings as outlined above. |
| | Zachary B Adler, MD |
| | Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery |
| | Comment: |

## Progress Notes by Shane Turner, PA-C at 02/02/2024 08:30 AM

| | | |
|---|---|---|
| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 02/02/2024 10:14 AM | Encounter Date : 02/02/2024 | Status : Signed |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

## Chief Complaint

**Patient presents with**

- Post Op

  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

**HPI:**
Surgery: 8 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.
Surgeon: Zachary Adler MD

Linda J Larocque is doing well. She is here today for cast change and new x-rays. Otherwise, no new complaints.

**VITALS:**
BP 136/83 | Pulse 109 | Temp (Src) 96.7 (Temporal) | Resp 18 | Ht 5' 5"[HX unable to measure wheelchair[ (1.651 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

**PHYSICAL EXAMINATION:**
General:        Healthy appearing patient who is cooperative with the exam.
Psych:        Appropriate and alert.
Skin:        Grossly benign, intact.

**EXTREMITY EXAM: Left knee**
Minimal TTP about the surgical area.
Incision is well healed
Minimal effusion with no erythema

Calf is supple and nontender.

ROM not tested as we are holding off on this until 3 months postop.

NVI bilateral LE, no deficits appreciated

**IMAGING: 3 views left knee**

Intact appearing revision of left TKA with patellectomy and extensor mechanism reconstruction. Final read will be done by Dr. Adler.

**IMPRESSION:**
8 weeks s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.

**PLAN:**

**Orders Placed This Encounter**

- XR Knee 1 or 2 Views Left

Linda J Larocque was placed back into a long leg fiberglass cylinder cast today. She can heel WB for transfers. RTC in 1 month with Zachary Adler MD for cast removal and transition back to her hinged ROM knee brace, which she will bring with her, or sooner if needed.

Linda J Larocque was given ample opportunity to ask questions. All questions were answered to the patients satisfaction prior to leaving the office today.

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 2024-02-02T18:14:12Z

### Nursing Note by Andrea J Steele, MA at 02/02/2024 08:30 AM

| | | |
|---|---|---|
| Author : Andrea J Steele, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 02/02/2024 10:02 AM | Encounter Date : 02/02/2024 | Status : Signed |
| Editor : Andrea J Steele, MA (Medical Assistant) | | |

Applied long leg cylinder style fiberglass cast to Left LE per Shane Turner, PAC. Patient tolerated procedure well and without complication. Cast/splint care given verbally & written in Patient Instructions. Patient has good capillary refill before, during and after the procedure. Patient's questions were answered. Patient denied any complaints with the comfort of the cast/splint.

Electronically signed by Andrea J Steele, MA at 2024-02-02T18:02:16Z

### Nursing Note by Lisette N Cortes, MA at 02/02/2024 08:30 AM

| | | |
|---|---|---|
| Author : Lisette N Cortes, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 02/02/2024 08:41 AM | Encounter Date : 02/02/2024 | Status : Signed |
| Editor : Lisette N Cortes, MA (Medical Assistant) | | |

Post surgical cast removed prior to exam per Shane Turner PA-C  Patient was counseled on wound care management. Patient verbalized understanding and tolerated bandage/splint removal without complications. Wound appears intact with no redness or drainage.

Electronically signed by Lisette N Cortes, MA at 2024-02-02T16:41:53Z

### Nursing Note by Lisette N Cortes, MA at 02/02/2024 08:30 AM

| | | |
|---|---|---|
| Author : Lisette N Cortes, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 02/02/2024 08:41 AM | Encounter Date : 02/02/2024 | Status : Signed |
| Editor : Lisette N Cortes, MA (Medical Assistant) | | |

**Chief Complaint**

Patient presents with

- Post Op

  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

MC_003364

Additional Details: Patient is here for a follow up on left knee. Patient reports swelling making cast tight. Patient denies any other concerns at this time. Pain is a 1/10 today .

Medication list changes/discrepancies: Medication Comments documented by Lisette N Cortes, MA on 2/2/2024 at 0839. Medications current/updated per interview with patient.  Not taking any additional medications.
Lisette N Cortes, MA

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Lisette N Cortes, MA at 2024-02-02T16:41:23Z

MC_003365

# 02/08/2024 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 02/08/2024 12:30:00 PM | 02/08/2024 01:00:00 PM | 322218351 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003366

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 02/08/2024 02:29 PM | Encounter Date : 02/08/2024 | Status : Signed |
| . Editor : Rachel D Dawson, MD (Physician) | | |

Fu dm
Insurance will not cover victoza anymore
Pt needs to be switched to another med
denies sx of low or high blood sugars.
Fu chronic pain due to oa - needs rf of ultram working well
Fu depression needs rf of xanax uses prn -lots of changes her son his wife and their grandchildren are moving to Japan for 3 years which is going to really upset her husband and he does not know yet
She is trying to think optimistically that this gives him an opportunity to travel to Japan and see their family and visit a foreign country.
S/p knee surgery -she is in a long-leg cast and unfortunately it is rubbing on the back of her Achilles tendon and is very painful she is planning to try and see the orthopedic specialist to get a cast revision tomorrow
It does not help that she accidentally got water on the cast  showering
She is now allowed to touch weight-bear on the left foot
Still in a wheelchair

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 11 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 0 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |

MC_003367

| | | | |
|---|---|---|---|
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 1 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

No current facility-administered medications on file prior to visit.

**Patient Active Problem List**

Diagnosis
• Essential hypertension, benign

MC_003368

- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- Degenerative joint disease of left knee
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, initial encounter
- Patellar tendon rupture, left, subsequent encounter

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above

Vitals:

|  | 02/08/24 1240 |
| --- | --- |
| BP: | 118/82 |
| Pulse: | (!) 102 |
| Resp: | 18 |
| Temp: | 36.6 °C (97.9 °F) |
| Weight: | 114.8 kg (253 lb) |
| Height: | 1.651 m (5' 5") |

general no acute distress
ms smiling cheerful but stressors as above
ext without edema
skin without rashes
Left leg Pink cast long-leg toes look pink and healthy

(E11.9) Type 2 diabetes mellitus without complication, without long-term current use of insulin (CMS/HCC) (primary encounter diagnosis)
Comment:
Plan: After discussing the options patient elected to try Ozempic she has 2 more
Pens of Victoza and she will finish those up first

MC_003369

Then she will start the Ozempic 0.25 mg weekly for 4 weeks and then 0.5 mg weekly for 4 weeks I have asked her to come and see me and reassess before she is out of the 0.5 mg dose we will check her labs at that time and see how she is progressing with weight loss
Unfortunately with her in a cast we do not have an accurate weight today just reported weight.

(F33.1) RECURR DEPR PSYCHOS-MOD
Comment: Refilled Xanax stable use
Plan:

(M15.9) Primary osteoarthritis involving multiple joints
Comment:
Plan: Refilled tramadol

(G89.4) Chronic pain syndrome
Comment:
Plan: Pain contract current

I totally agree with her plan to let Ortho know the problems she is having with rubbing sore on the Achilles tendon area I believe her cast needs to be revised
Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 2024-02-08T22:29:50Z

---

**Nursing Note by Sarah A Tryon, LVN/LPN at 02/08/2024 12:30 PM**

| | | |
|---|---|---|
| Author : Sarah A Tryon, LVN/LPN | Service: | Author Type : Licensed Practical Nurse |
| Filed : 02/08/2024 02:05 PM | Encounter Date : 02/08/2024 | Status : Addendum |
| Editor : Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Chief Complaint

Patient presents with
- Medication

Additional Details:here to follow up on victoza no longer covered through aetna , casting on left leg is wet enough to wet her sock and shoe states she did shower today she has a tender area in casted leg that is painful when getting up and down . Can pin point the area not abe to visualize she will contact the ortho tomorrow.

Medication list changes/discrepancies: Yes, wants refill of tramadol and xanax

Allergy list changes/discrepancies : noe
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 2024-02-08T22:05:10Z

MC_003370

# 02/09/2024 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 02/09/2024 01:30:00 PM | 02/09/2024 01:45:00 PM | 322691409 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003371

**Progress Notes by Shane Turner, PA-C at 02/09/2024 01:30 PM**

| | | |
|---|---|---|
| Author : Shane Turner, PA-C | Service: Orthopedics | Author Type : Physician Assistant |
| Filed : 02/09/2024 04:13 PM | Encounter Date : 02/09/2024 | Status : Signed |
| Editor : Shane Turner, PA-C (Physician Assistant) | | |

She is here today for cast check. She feels like the cylinder cast is rubbing a lot on her left achilles tendon. I agree with modifying the cast about the achilles area to relive the pressure. If this works for her she will follow up as planned for cast removal. If this does not work she will follow up sooner and we will place her in a long leg cast to include her ankle and foot.

Electronically signed by Shane Turner, PA-C at 2024-02-10T00:13:59Z

**Nursing Note by Andrea J Steele, MA at 02/09/2024 01:30 PM**

| | | |
|---|---|---|
| Author : Andrea J Steele, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 02/09/2024 03:41 PM | Encounter Date : 02/09/2024 | Status : Addendum |
| Editor : Andrea J Steele, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Left Leg - Post Op
- Cast Check

Linda J Larocque came in today as she called yesterday and had continued concerns of pain at her achilles area with the cast. She is worried that it is rubbing a blister or break in the skin again as it is so tender.

Per Shane Turner, PAC cast area of concern windowed out to check skin. There is some definite redness and irritation, but no skin break down or bleeding. PAC came down and informally evaluated patient and needs. Advisement given to try weekend with achilles window and if this is not resolving, then she will come back early next week for recasting of a LLC to incorporate the foot.

Electronically signed by Andrea J Steele, MA at 2024-02-09T23:41:54Z

MC_003372

# 03/01/2024 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 03/01/2024 02:30:00 PM | 03/01/2024 02:45:00 PM | 321918484 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003373

## Imaging

### XR Knee 1 or 2 Views Left

| | |
|---|---|
| Impression | 2024-03-01T15:10:25.000 |

Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 3/1/214

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD

Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Comment:

## Progress Notes by Zachary B Adler, MD at 03/01/2024 02:30 PM

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 03/05/2024 10:02 AM | Encounter Date : 03/01/2024 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

Linda J Larocque  Returns today 3 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/23. Linda is doing well.  Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. Linda J Larocque has not returned to work and/or their previous activities and they are requiring analgesics for the operative Knee since reconstructive surgery.

Cast was removed on 3/1/2024 with no complications.

PMH:  has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia, Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH:  has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
Social History

### Tobacco Use

- Smoking status:  Never
-     Passive exposure:  Never
- Smokeless tobacco:  Never

### Substance Use Topics

- Alcohol use:  Yes
-     Comment: *1-2x year*

MC_003374

Medications reviewed. Refer to medication module.
Allergies:

**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] | |
| *palpitations* | |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

ROS:  A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

BP 127/68[automatic- radial[ | Pulse 97 | Temp (Src) 96 (Temporal) | Resp 14 | Ht 5' 5"[historical- wheelchair[ (1.651 m) | Wt 0 lb (0 kg) | SaO2 4% | LMP 09/14/2009 Body mass index is 42.1 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Range of motion of the Left knee was active motion from full extension to 20
There was no regional adenopathy detected and there were not any skin changes present.   Incision site shows sign of healing with no infection.
The hip did not reveal pain at the extremes of motion.
1+ effusion was present.
Knee alignment was neutral and there was not a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact.
Foot alignment was neutral.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.

Evaluation of Gait did reveal an antalgic gait.


Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 3/1/214

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or

implant malposition.  Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

A/P

Doing well s/p Left Revision Total  knee Arthroplasty with extensor mechanism reconstruction

| | ICD-10-CM |
|---|---|
| **1.  S/P revision of total knee, left** | **Z96.652** |
| 2.   Patellar tendon rupture, left, subsequent encounter | S86.812D |

I recommend discontinuing her long-leg cast immobilization.  Prescription was provided for physical therapy to initiate range of motion.

She was placed back into her hinged knee brace set from 0-45.  She will maintain this motion for 1 month.  She will then increase her hinged knee brace from 0-60 for 1 month, followed by increasing her hinged knee brace motion from 0-90 for 1 month.  She can weight-bear as tolerated in the brace locked in full extension.  She may work on active and passive range of motion exercises and begin resisted extension in 6 weeks.

Continue activities as tolerated per TKA protocol  and will continue antibiotic prophylaxis for invasive dental or surgical procedures per their dentists evaluation and current AAOS evidence based protocol.   Return to clinic in 4 weeks. Patient instructed to return to clinic for signs and or symptoms of infection or dvt.  Linda J Larocque  was counseled today regarding risks and signs and symptoms to watch for  including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

Orders Placed This Encounter

- XR Knee 1 or 2 Views Left

    *Cast room Adler/ Tamurian*

    | | |
    |---|---|
    | Order Specific Question: | Reason for order |
    | Answer: | Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian) |
    | Order Specific Question: | Radiologist can change order? |
    | Answer: | Yes |
    | Order Specific Question: | Release to patient : |
    | Answer: | Immediate [1] |

- REFERRAL TO NON MHS PHYSICAL THERAPY

    *Status post revision left TKA with extensor mechanism reconstruction. Will place back in hinged knee brace.  First month in brace motion will be from 0-45, second month in brace motion will be from 0-60, third month in brace motion will be from 0-90.  Can weight-bear as tolerated with the brace locked in full extension.*

    *Okay for active and passive flexion and extension. Begin resisted knee extension in 6 weeks.*

    | | |
    |---|---|
    | Order Specific Question: | My clinical question is: |
    | Answer: | see coments for extensor mechanism rehab protocol |

Kindest regards,

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma

MC_003376

surgery

-----
Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

Electronically signed by Zachary B Adler, MD at 2024-03-05T18:02:34Z

## Nursing Note by Andi J Burch, MA at 03/01/2024 02:30 PM

| | | |
|---|---|---|
| Author : Andi J Burch, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 03/01/2024 02:54 PM | Encounter Date : 03/01/2024 | Status : Signed |
| Editor : Andi J Burch, MA (Medical Assistant) | | |

Post surgical cast removed prior to exam per Zachary Adler, MD   Patient was counseled on wound care management. Patient verbalized understanding and tolerated bandage/splint removal without complications. Wound appears intact with no redness or drainage.
Andi J Burch, MA

Electronically signed by Andi J Burch, MA at 2024-03-01T22:54:01Z

MC_003377

# 04/02/2024 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 04/02/2024 08:30:00 AM | 04/02/2024 09:00:00 AM | 322591733 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003378

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 04/02/2024 10:47 AM | Encounter Date : 04/02/2024 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

Linda J Larocque

Care gaps reviewed w/ pt

Chart review
Ortho dr. Adler s/p knee joint replacement out of cast and now going to physical therapy w/ hinged knee brace and weight bearing as tolerated with brace in full extension
Blisters from cast rubbing all healed now

Last visit to cardiology June 2023 dr. Guerra notes reviewed

Seeing how weak she is and having more back pain and limited mobility due to knee issues
But out of wheelchair and using walker
Going to pt twice a week
Also has hep doing daily as well
She is also doing bands for her arms
Has been eating high calorie foods as eating what spouse brings her
denies sx of ha, numbness or tingling, cp, sob, palpitations, orthopnea, edema, doe.
denies sx of low or high blood sugars.
She is on victoza
She could not afford Ozempic
Now she is more mobile she is going to start visiting the food banks again to get more diabetic type foods and she can now cook again and make recipes that are more appropriate
She is upset at how much weight she has gained

Patient Active Problem List

Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)

- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS/HCC)
- Opioid use with opioid-induced disorder (CMS/HCC)

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 0 |
| alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 1 |
| liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 11 |
| naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |
| Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

No current facility-administered medications on file prior to visit.

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above

Vitals:

| | 04/02/24 0832 |
|---|---|
| BP: | 114/60 |
| Pulse: | 68 |
| Resp: | 18 |
| Temp: | 35.6 °C (96 °F) |
| Weight: | 121.3 kg (267 lb 8 oz) |
| Height: | 1.651 m (5' 5") |

general no acute distress
Heent: perrl, sclera anicteric, no matting

MC_003381

Ms excited about meeting her new daughter-in-law
neck: no abnl la, or tmg, no nuchal rigidity
Lungs: cta, no rales, wheezes, or ronchi, no use of assessory muscles of respiration
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
ext: without edema
skin: without rashes
Abd: soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
foot nl pulses, no deformity, no redness or swelling, nl rom ankle, no pain with resistance rom, neg ant drawer sign, no tenderness with compression metatarsal heads or with palpation foot
Normal monofilament examination
Left knee in hinged brace
Back sitting comfortably no pain behaviors
Able to stand up on the first try using her hands
Gait slow w/ walker and knee brace affecting gait

(E11.59) Type 2 diabetes mellitus with other circulatory complications (CMS/HCC) (primary encounter diagnosis)
Comment:
Plan: CBC WITH DIFF, COMPREHEN METABOLIC PANEL, LIPID
    PANEL, HEMOGLOBIN A1C, MICROALBUMIN UR RANDOM,
    P DIABETIC FOOT EXAM, REFERRAL TO OPTOMETRY
    Plans for making better food choices appropriate

(I10) Essential hypertension, benign
Comment:
Plan: COMPREHEN METABOLIC PANEL, LIPID PANEL
    Well-controlled

(F11.99) Opioid use with opioid-induced disorder (CMS/HCC)
Comment:
Plan: Refilled tramadol

(I50.20) HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
Comment:
Plan: Stable reminded patient due for follow-up with cardiologist

(I47.29) NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
Comment:
Plan: Stable and asymptomatic

(Z78.0) Postmenopausal status
Comment:
Plan: Dexa Bone Density Study


(F33.1) RECURR DEPR PSYCHOS-MOD
Comment:
Plan: alprazolam (XANAX) 0.25 MG Tab
    Mood is good

(H33.312) Retinal tear of left eye
Comment:
Plan: REFERRAL TO OPHTHALMOLOGY
    Reminded patient due for follow-up for this and for her diabetic eye exam

**Patient Instructions**

Barry huse od - due for dm eye exam  or his associate and with dr. Haynie for the retinal exam

Mammogram due
Dexa due
Labs due
Due for visit to dr. Guerra June 2024

Consider going to various food banks to get diabetic appropriate food
Consider hepatitis a vaccine if covered by insurance - ask at the pharmacy
Consider a covid booster

Contact pharmacy when 2 weeks from running out of victoza and then ask them to send you a refill

MC_003382

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 2024-04-02T17:47:16Z

**Nursing Note by Sarah A Tryon, LVN/LPN at 04/02/2024 08:30 AM**

| | | |
|---|---|---|
| Author : Sarah A Tryon, LVN/LPN | Service: | Author Type : Licensed Practical Nurse |
| Filed : 04/02/2024 08:34 AM | Encounter Date : 04/02/2024 | Status : Signed |
| Editor : Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

Chief Complaint

Patient presents with

- Diabetes

Additional Details: here  fr  follow up on   diabetes

Medication list changes/discrepancies: Yes, reviewed

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 2024-04-02T15:34:46Z

# 04/02/2024 - Lab - Lakewood

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| Rachel D Dawson, MD | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 04/02/2024 09:17:14 AM | 04/02/2024 11:59:00 PM | 328388261 |

| Hospital Area |
|---|
| Lab - Lakewood |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003384

**Lab**

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| WBC | 6.29 | K/uL | 4.00 - 12.00 K/uL | | | 2024-04-02T09:17:00.000 |
| RBC | 4.95 | mil/uL | 4.00 - 5.50 mil/uL | | | 2024-04-02T09:17:00.000 |
| Hgb | 14.5 | g/dL | 12.0 - 16.0 g/dL | | | 2024-04-02T09:17:00.000 |
| Hct | 44 | % | 37 - 47 % | | | 2024-04-02T09:17:00.000 |
| MCV | 88.9 | fL | 80 - 98 fL | | | 2024-04-02T09:17:00.000 |
| MCH | 29.3 | pg | 27 - 33 pg | | | 2024-04-02T09:17:00.000 |
| MCHC | 33 | g/dL | 32 - 37 g/dL | | | 2024-04-02T09:17:00.000 |
| RDW | 12.9 | % | 11.5 - 15.0 % | | | 2024-04-02T09:17:00.000 |
| Plt | 430 | K/uL | 150 - 450 K/uL | | | 2024-04-02T09:17:00.000 |
| Differential type | Automated | | | | | 2024-04-02T09:17:00.000 |
| Abs neuts | 4.35 | K/uL | 1.80 - 7.80 K/uL | | | 2024-04-02T09:17:00.000 |
| Abs immature grans | 0.02 | K/uL | 0.00 - 0.07 K/uL | | | 2024-04-02T09:17:00.000 |
| Abs lymphs | 1.31 | K/uL | 0.80 - 3.30 K/uL | | | 2024-04-02T09:17:00.000 |
| Abs monos | 0.49 | K/uL | 0.10 - 1.00 K/uL | | | 2024-04-02T09:17:00.000 |
| Abs eos | 0.08 | K/uL | 0.00 - 0.40 K/uL | | | 2024-04-02T09:17:00.000 |
| Abs basos | 0.04 | K/uL | 0.00 - 0.20 K/uL | | | 2024-04-02T09:17:00.000 |
| Abs NRBCs | 0 | K/uL | 0.00 | | | 2024-04-02T09:17:00.000 |
| Neuts | 69.2 | % | | | | 2024-04-02T09:17:00.000 |
| Immature grans | 0.3 | % | 0.0 - 0.9 % | | | 2024-04-02T09:17:00.000 |
| Lymphs | 20.8 | % | | | | 2024-04-02T09:17:00.000 |
| Monos | 7.8 | % | | | | 2024-04-02T09:17:00.000 |
| Eos | 1.3 | % | | | | 2024-04-02T09:17:00.000 |
| Basos | 0.6 | % | | | | 2024-04-02T09:17:00.000 |
| NRBC | 0 | % | 0.0 | | | 2024-04-02T09:17:00.000 |
| Na | 138 | mmol/L | 135 - 145 mmol/L | | | 2024-04-02T09:17:00.000 |
| K | 5 | mmol/L | 3.6 - 5.3 mmol/L | | | 2024-04-02T09:17:00.000 |
| Cl | 104 | mmol/L | 98 - 109 mmol/L | | | 2024-04-02T09:17:00.000 |
| CO2 | 23 | mmol/L | 21 - 32 mmol/L | | | 2024-04-02T09:17:00.000 |
| Anion gap w/o K | 11 | | 4 - 12 | | | 2024-04-02T09:17:00.000 |
| BUN | 24 | mg/dL | 8 - 24 mg/dL | | | 2024-04-02T09:17:00.000 |

MC_003385

| Test | Result | Units | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| Creatinine | 0.7 | mg/dL | 0.6 - 1.2 mg/dL | | | 2024-04-02T09:17:00.000 |
| eGFR | 95 | mL/min/1.73 m2 | >59 | | eGFR calculated by CKD-EPI (2021) Equation | 2024-04-02T09:17:00.000 |
| Glucose | 124 | mg/dL | 65 - 120 mg/dL | High | | 2024-04-02T09:17:00.000 |
| SGOT/AST | 19 | IU/L | 5 - 40 IU/L | | | 2024-04-02T09:17:00.000 |
| Alk Phos | 77 | IU/L | 28 - 126 IU/L | | | 2024-04-02T09:17:00.000 |
| SGPT/ALT | 16 | IU/L | 6 - 60 IU/L | | | 2024-04-02T09:17:00.000 |
| Bilirubin total | 0.7 | mg/dL | 0.2 - 1.4 mg/dL | | | 2024-04-02T09:17:00.000 |
| Protein, Total | 7.8 | g/dL | 6.1 - 7.8 g/dL | | | 2024-04-02T09:17:00.000 |
| Albumin | 4.4 | g/dL | 3.2 - 5.0 g/dL | | | 2024-04-02T09:17:00.000 |
| Globulin (calc) | 3.4 | g/dL | 2.0 - 4.5 g/dL | | | 2024-04-02T09:17:00.000 |
| A:G Ratio | 1.3 | | >1.0 | | | 2024-04-02T09:17:00.000 |
| Calcium | 10.1 | mg/dL | 8.5 - 10.5 mg/dL | | | 2024-04-02T09:17:00.000 |
| Cholesterol, Total | 161 | mg/dL | <200 | | | 2024-04-02T09:17:00.000 |
| Triglycerides | 142 | mg/dL | <150 | | | 2024-04-02T09:17:00.000 |
| HDL | 58 | mg/dL | 40 - 59 mg/dL | | | 2024-04-02T09:17:00.000 |
| LDLC | 75 | mg/dL | <100 | | The reference ("normal") range for the LDL cholesterol test in adults has been lowered to <100 to reflect National Cholesterol Education Program ATP III guidelines. Goal LDL Cholesterol by risk category per NCEP ATEP III Guidelines in adults: CHD and CHD risk equivalents: <100 mg/dL Multiple (2+) risk factors: <130 mg/dL Zero to one risk factor: <160 mg/dL | 2024-04-02T09:17:00.000 |
| Non HDL cholesterol | 103 | mg/dL | <130 | | | 2024-04-02T09:17:00.000 |
| Chol/HDL ratio | 2.78 | | | | | 2024-04-02T09:17:00.000 |
| Fasting | Yes | | | | | 2024-04-02T09:17:00.000 |
| Hemoglobin A1C | 5.8 | % | <5.7 | High | HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing. | 2024-04-02T09:17:00.000 |
| Est average glucose | 120 | mg/dL | | | Est average glucose = estimated average glucose. New term and calculation recommended by ADA for more accurate average glucose and better correlation with glucometer values. | 2024-04-02T09:17:00.000 |
| Microalb/creat ratio | 7 | mg/g creat | 0 - 30 mg/g creat | | | 2024-04-02T09:17:00.000 |
| Creatinine, Urine | 163.5 | mg/dL | | | The random urine creatinine is provided for your information. Do not recalculate the microalbumin/creatinine ratio. | 2024-04-02T09:17:00.000 |

MC_003386

# 04/12/2024 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 04/12/2024 03:30:00 PM | 04/12/2024 03:45:00 PM | 327323426 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003387

| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
|---|---|---|
| Filed : 04/12/2024 05:14 PM | Encounter Date : 04/12/2024 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

Linda J Larocque  Returns today 5 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/2023. Linda is doing well.  Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. Linda J Larocque has returned to work and/or their previous activities and they are not requiring analgesics for the operative Knee since reconstructive surgery.

Long-leg cast was removed on 3/1/2024.  She has been working with physical therapy.


PMH:  has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH:  has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
Social History


## Tobacco Use

- Smoking status:        Never
  - Passive exposure:     Never
- Smokeless tobacco:    Never

## Substance Use Topics

- Alcohol use:          Yes
  - *Comment: 1-2x year*


Medications reviewed. Refer to medication module.
Allergies:

## Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] | |
| *palpitations* | |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |

- Zoloft [Sertraline Hcl]
  *ineffective*
- Codeine Camsylate       Nausea and Itching, Pruritus
  *Ok with food*
- Lipitor [Atorvastatin Calcium]    Myalgia
  *myalgias*
- Metoprolol Succinate [Metoprolol]  Fatigue
- Voltaren [Diclofenac Sodium]   Nausea
  *Gi upset*
- Zocor [Simvastatin]
  *myalgias*

ROS: A Complete review of systems was performed. Except as noted in the HPI and nursing notes. All other systems were negative.

BP 111/64 | Pulse 91 | Temp (Src) 95.7 (Temporal) | Resp 16 | Ht 5' 5"[historical[ (1.651 m) | Wt 273 lb 12.8 oz (124.195 kg) | SaO2 95% | LMP 09/14/2009 Body mass index is 45.56 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Focused exam of the Bilateral lower extremities was performed.
The wound is well healed without signs of infection, no erythema, tenderness or discharge. Skin does not reveal any new lesions. Palpation of the regional nodal basin dies not reveal any lymphadenopathy.
Knee range of motion is passively full extension, actively -6 to 72
The is not laxity to varus or valgus stress at full extension and midflexion
Lower extremities reveal no signs of deep venous thrombosis; calves and thighs are soft without swelling, induration or tenderness, Homan's sign is negative.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Gait is antalgic, without trendelenburg or abductor lurch.

Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 3/1/214

Prior studies for comparison are dated 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

A/P

Doing well s/p Left Revision Total knee Arthroplasty with extensor mechanism reconstruction

| | | ICD-10-CM |
|---|---|---|
| 1. | **S/P revision of total knee, left** | **Z96.652** |
| 2. | Patellar tendon rupture, left, subsequent encounter | S86.812D |
| 3. | Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| 4. | Nutritional counseling | Z71.3 |

She was placed back into her hinged knee brace set from 0-70. She will maintain this motion for 2 weeks. She will then increase her hinged knee brace from 0-90 on 5/1/24 for 1 month. She can weight-bear as tolerated in the brace locked in full extension. She may work on active and passive range of motion exercises and begin resisted extension.

Continue activities as tolerated per TKA protocol and will continue antibiotic prophylaxis for invasive dental or surgical

MC_003389

procedures per their dentists evaluation and current AAOS evidence based protocol. Return to clinic in 6 weeks. Linda J Larocque will need repeat radiographs of the knee. Patient instructed to return to clinic for signs and or symptoms of infection or dvt. Linda J Larocque was counseled today regarding risks and signs and symptoms to watch for including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

Orders Placed This Encounter

- REFERRAL TO NON MHS PHYSICAL THERAPY

    *Status post left revision TKA with extensor mechanism reconstructions. She was placed back into her hinged knee brace set from 0-70. She will maintain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as tolerated in the brace locked in full extension. She may work on active and passive range of motion exercises and begin resisted extension.*

    | | |
    |---|---|
    | Order Specific Question: | My clinical question is: |
    | Answer: | Status post left revision TKA with extensor mechanism reconstructions. |

Kindest regards,

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

------
Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.


**BMI Plan**


BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 45.56 kg/m² as calculated from the following:
  Height as of this encounter: 1.651 m (5' 5").
  Weight as of this encounter: 124.2 kg (273 lb 12.8 oz).

S/P revision of total knee, left  (primary encounter diagnosis)
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY

Patellar tendon rupture, left, subsequent encounter
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY

Severe obesity (BMI >= 40) (CMS/HCC)

Nutritional counseling
Comment: Nutritional counseling performed.


**Goals**
None



Reasons for Referral(s):

Referral to physical activity program: Dietary management education, guidance, and counseling (procedure)


Electronically signed by Zachary B Adler, MD at 2024-04-13T00:14:56Z

---
**Nursing Note by Precelia Derricks, MA at 04/12/2024 03:30 PM**

## Chief Complaint

Patient presents with

- Left Knee - Follow Up

Additional Details: patient reports that her knee is doing much better. Patient reports that she still has the occasional pain and typically worsens after physical therapy. Currently rates her pain to be a 1/10. Patient also states that her pain can sometimes spread down to her shin, depending on how active she has been throughout the day.

Patient states that she has questions regarding her incision site, reports that she feels like she experiencing a tearing sensation and wants to know if that is normal.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies :

### Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] | |
| *palpitations* | |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Precelia Derricks, MA at 2024-04-12T22:25:00Z

MC_003391

# 05/15/2024 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE TACOMA WA 98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 05/15/2024 08:30:00 AM | 05/15/2024 09:00:00 AM | 328006122 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003392

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 05/15/2024 09:36 AM | Encounter Date : 05/15/2024 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

## Annual Wellness Visit
Care gaps reviewed w/ pt
Last labs 4/2/2024 reviewed and goals met on current meds
Barry huse od - due for dm eye exam  or his associate and with dr. Haynie for the retinal exam
Mammogram due
Dexa due
Due for visit to dr. Guerra June 2024

Victoza no longer covered as of earlier this mo
She would like ozempic and she will pay the $200 a mo copay she is so tired of being overweight

Depression
Has decided spouse is not going to change and she needs to accept him the way he is and focus on herself she is praying and is at peace now
She really wants to lose weight and be more mobile and enjoy life
Getting over the surgery is tough, still struggling w/ mobility issues but getting better daily
Still in physical therapy

## Patient Active Problem List
### Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
- Retinal tear of left eye
- Status post total left knee replacement
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter

MC_003393

- BMI 40.0-44.9, adult (CMS/HCC)

- Opioid use with opioid-induced disorder (CMS/HCC)

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 1 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg under the skin once daily. | 27 mL | 11 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • ondansetron (ZOFRAN) 4 MG Tab | Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting. | 21 Tablet | 1 |
| • senna (SENNA, SENOKOT) 8.6 MG Tab | Take 1 Tablet by mouth once daily. | 30 Tablet | 1 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |

MC_003394

| | | | |
|---|---|---|---|
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

No current facility-administered medications on file prior to visit.

## ASSESSMENTS

### Health Risk Assessment (HRA) FORM
*Form completed on paper & concerns reviewed with patient.*

### Cognitive Screen (Mini-Cog)
Word recall: 3/3 words; Clock drawing: normal
Interpretation: Screening was negative

### Fall Risk
Fall Risk reviewed and 30 second test performed: normal

## COUNSELING

### Health Maintenance - Preventative Services(*Quick Reference Information*)
*A listing of Medicare preventative services was provided to the patient*
Eligible services that are overdue and discussed:none refused

### Advance Directives & POLST
Advance Directives: Advance Care Planning discussed - patient did not wish to name a surrogate decision maker or provide an advance care plan.
POLST: Discussed purpose of POLST/POST form, but patient was unwilling or unable to complete at this time.

## EXAM & OTHER CONCERNS:
LMP 09/14/2009

Vitals:

BP:          118/70

Pulse:       91

Resp:        18

Temp:        35.9 °C (96.7 °F)

Weight:      125.1 kg (275 lb 11.2 oz)

Height:      1.676 m (5' 6")

general no acute distress
Ms smiling cheerful + plans, stressors spouse and her own health issues
Dm labs reviewed

(Z00.00) Wellness examination  (primary encounter diagnosis)
Comment:
Plan:

(E11.59) Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
Comment:
Plan: Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4
      MG/3ML Solution Pen-injector

(I47.10) PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
Comment:
Plan: stable followed annually by cardiology

(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
Comment:
Plan: doing well on present meds

(E11.9) Diabetes mellitus without complication (CMS/HCC)
Comment:
Plan: ozempic a good choice

(Z68.41) BMI 40.0-44.9, adult (CMS/HCC)
Comment:
Plan: ozempic a good choice for her

(I10) Essential hypertension, benign
Comment:
Plan: well controlled

(E78.9) Disorder of lipoid metabolism
Comment:
Plan: to goal on meds

FULL CODE STATUS
Comment:  confirmed w/ pt
Given advanced directives sample form
Plan:

**Patient Instructions**


Mammogram scheduled
Dexa scheduled
Due for visit to dr. Guerra June 2024
keep dr hainey for dm eye exam scheduled
Hepatitis a vaccine check with pharmacy

  Ozempic 0.25 mg weekly for four weeks
Then increase dose to 0.5 mg weekly for four weeks
Then increase dose to 1 mg weekly
Main side effects bloating the day or so after the shot
Positive effect significant decrease in appetite resulting in weight loss

MC_003396

Rachel D Dawson, MD

**CARE TEAM**
**PCP: Rachel D Dawson, MD**
**Last encounter with PCP: 4/2/2024**
Patient Care Team:
Rachel D Dawson, MD as PCP - General
Scott A Voelpel, PA-C
Julianne Tosch, LPN
Erin E Dodge, MD
Christ Siebel Bryant, MA
Sarah Moi, MA
David A Schoen, PA-C
Anne L Palsissa, MA (Population Health Coordinator)
Lam-Phuong Nguyen, DO as CONSULTING PHYSICIAN (Pulmonology)
Gregory Scott Watson, PA-C (Physician Assistant)

**PHARMACY**

SAFEWAY PHARMACY #1594 - TACOMA, WA
707 S 56TH STREET
TACOMA WA 98408
Phone: 253-471-1730 Fax: 253-471-3529

MultiCare Allenmore Outpatient Pharmacy
1901 S. Union
TACOMA WA 98405
Phone: 253-459-6746 Fax: 253-459-6251

COSTCO PHARMACY # 95 - TACOMA, WA
2219 SOUTH 37TH STREET
TACOMA WA 98409
Phone: 253-671-6002 Fax: 253-671-6009

**HISTORY**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION | |
| *discovered psvt in pacu* | |
| • Backache, unspecified | |
| *Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites | |
| *low back/ bil knees/ bil hips* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF | |
| *6/2022 ECHO EF 45-50%   Dr Guerra cardiologist* | |
| • History of sleep apnea | |
| *uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |

MC_003397

- Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)    10/27/2009
  *tx w/ hyst*
- Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus
  *Migraine*
- Paroxysmal supraventricular tachycardia (CMS/HCC)
  *heart murmur noted on echo*
- Prediabetes
- Snores
- Type 2 diabetes mellitus (CMS/HCC)
  *prediabetic*
- Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled
  *diet controlled*
- Uterine cancer (CMS/HCC)    2009

**Social History**

| Tobacco Use | | |
|---|---|---|
| • Smoking status: | Never | |
| Passive exposure: | Never | |
| • Smokeless tobacco: | Never | |
| Vaping Use | | |
| • Vaping status: | Never Used | |
| Substance Use Topics | | |
| • Alcohol use: | Yes | |
| Comment: *1-2x year* | | |
| • Drug use: | Not Currently | |

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
| *CHF* | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU | Mother | | |
| *GOUT* | | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro | Daughter | | |
| *epilepsy* | | | |
| • Drug/Alcohol | Daughter | | |
| *recovering alcoholic* | | | |
| • Cancer | Daughter | | |

MC_003398

*uterine ca*

| | |
|---|---|
| • Coronary Artery Disease | Maternal Grandmother |
| *MI* | |
| • Cancer | Maternal Grandmother |
| *BREAST* | |
| • Coronary Artery Disease | Maternal Grandfather |
| *MI* | |
| • Hypertension | Sister |
| • Diabetes | Paternal Aunt |
| • Other | Sister |
| *EPILEPSY* | |
| • Diabetes | Sister |
| • Arthritis | Brother |
| • Heart | Sister |
| • Diabetes | Maternal Aunt |
| • Other | Paternal Aunt |
| *MIGRAINE* | |
| • Neuro | Sister |
| *early alzheimers.* | |

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 2024-05-15T16:36:28Z

## Nursing Note by Yvette N Morales-Zamudio, MA at 05/15/2024 08:30 AM

| | | |
|---|---|---|
| Author : Yvette N Morales-Zamudio, MA | Service: | Author Type : Medical Assistant |
| Filed : 05/15/2024 08:55 AM | Encounter Date : 05/15/2024 | Status : Signed |
| Editor : Yvette N Morales-Zamudio, MA (Medical Assistant) | | |

### Chief Complaint

Patient presents with:

• Annual Exam

*Wellness*

Additional Details: none

Medication list changes/discrepancies: Medication Comments documented by Morales-Zamudio N Yvette, MA on 5/15/2024 at 0846.
Medication was reviewed with patient today

Allergy list changes/discrepancies :

### Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |

> *Moody irritable body aches*

- Paxil [Paroxetine Hydrochloride]
  > *fatigue*
- Pravastatin
  > *Leg aches?  Seemed better off this med*
- Prozac [Fluoxetine Hcl]                Agitation/Anxiety
  > *Given this med postpartum 27 years ago*
- Zoloft [Sertraline Hcl]
  > *ineffective*
- Codeine Camsylate                      Nausea and Itching, Pruritus
  > *Ok with food*
- Lipitor [Atorvastatin Calcium]         Myalgia
  > *myalgias*
- Metoprolol Succinate [Metoprolol]      Fatigue
- Voltaren [Diclofenac Sodium]           Nausea
  > *Gi upset*
- Zocor [Simvastatin]
  > *myalgias*

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Yvette N Morales-Zamudio, MA at 2024-05-15T15:55:06Z

MC_003400

# 05/24/2024 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 05/24/2024 09:30:00 AM | 05/24/2024 09:45:00 AM | 329651093 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

## Imaging

| | |
|---|---|
| Impression | 2024-05-24T09:49:45.000 |

Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 5/24/214

Prior studies for comparison are dated 3/1/24 and 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD

Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Comment:

## Progress Notes by Zachary B Adler, MD at 05/24/2024 09:30 AM

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 05/24/2024 10:22 AM | Encounter Date : 05/24/2024 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

Linda J Larocque  Returns today ~6 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/2023 doing well.  Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. She has attended PT but has not completed all the sessions yet. Linda J Larocque has returned to work and/or their previous activities and they are not requiring analgesics for the operative Knee since reconstructive surgery. She reports lower right back and hip pain. She has been ambulating with a locked brace and walker.

Long-leg cast was removed on 3/1/2024. She has been working with physical therapy and her brace locked from 0-90. She uses a walker to ambulate.

PMH:  has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH:  has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); pr foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
Social History

### Tobacco Use

| | |
|---|---|
| • Smoking status: | Never |
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |

### Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |

*Comment: 1-2x year*

Medications reviewed. Refer to medication module.
Allergies:

Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

ROS: A Complete review of systems was performed. Except as noted in the HPI and nursing notes. All other systems were negative.

BP 120/66 | Pulse 88 | Temp (Src) 97 (Temporal) | Resp 16 | Ht 5' 6"[hx[ (1.676 m) | Wt 275 lb (124.739 kg) | LMP 09/14/2009 Body mass index is 44.39 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Focused exam of the Bilateral lower extremities was performed.
The wound is well healed without signs of infection, no erythema, tenderness or discharge. Skin does not reveal any new lesions. Palpation of the regional nodal basin dies not reveal any lymphadenopathy.
Left Knee active range of motion is -15 passive range of motion is 0. Flexion is 104.
The is not laxity to varus or valgus stress at full extension and midflexion
Lower extremities reveal no signs of deep venous thrombosis; calves and thighs are soft without swelling, induration or tenderness, Homan's sign is negative. Gait is not antalgic, without trendelenburg or abductor lurch.

Active ROM: -15
Passive ROM: 0
Flexion: 104
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Medial and lateral joint line pain.

Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
XR Knee 1 or 2 Views Left

Result Date: 5/24/2024
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 5/24/214 Prior studies for comparison are dated 3/1/24 and 12/22/23 Clinical history: Status post left revision total knee arthroplasty. Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has

MC_003403

been excised. There has been no change compared to prior study.   Impression: Stable left revision total knee arthroplasty with associated findings as outlined above. Zachary B Adler, MD Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

A/P

Doing well s/p Left Revision Total knee Arthroplasty with extensor mechanism reconstruction

|   |   | ICD-10 CM |
|---|---|---|
| **1.** | **S/P revision of total knee, left** | **Z96.652** |
| 2. | Patellar tendon rupture, left, subsequent encounter | S86.812D |
| 3. | Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| 4. | Nutritional counseling | Z71.3 |

She may unlock her hinged knee brace on 6/1/2024.  She can then wean out of her hinged knee brace on 6/8/2024 and wean off of her assistive device as function and balance allow.

Continue activities as tolerated per TKA protocol. Return to clinic in 6 weeks without x-ray.  Patient instructed to return to clinic for signs and or symptoms of infection or dvt.  Linda J Larocque  was counseled today regarding risks and signs and symptoms to watch for  including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

Orders Placed This Encounter
- XR Knee 1 or 2 Views Left
  *Rm 8 Adler*

| Order Specific Question: | Reason for order |
|---|---|
| Answer: | S/P TKA revision w/ patella tendon repair |
| Order Specific Question: | Radiologist can change order? |
| Answer: | Yes |
| Order Specific Question: | Release to patient : |
| Answer: | Immediate [1] |

- REFERRAL TO NON MHS PHYSICAL THERAPY

  *Left knee revision TKA with extensor mechanism reconstruction. Please eval and treat, include adjuvant modalities.*
  *Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off of walker as function and balance allow.*

| Order Specific Question: | My clinical question is: |
|---|---|
| Answer: | Left knee revision TKA with extensor mechanism reconstruction. Please eval and treat, include adjuvant modalities. |

Kindest regards,

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

------
Portions of this note were prepared by Misha Tasaka, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

**BMI Plan**

BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 44.39 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").

Weight as of this encounter: 124.7 kg (275 lb).

S/P revision of total knee, left  (primary encounter diagnosis)
Plan: XR Knee 1 or 2 Views Left, REFERRAL TO NON MHS
    PHYSICAL THERAPY

Patellar tendon rupture, left, subsequent encounter
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY

Severe obesity (BMI >= 40) (CMS/HCC)

Nutritional counseling
Comment: Nutritional counseling performed.


**Goals**
None



Reasons for Referral(s):

Exercise encouragement: Dietary management education, guidance, and counseling (procedure)


Electronically signed by Zachary B Adler, MD at 2024-05-24T17:22:17Z

**Nursing Note by Kasey J Dycus, MA at 05/24/2024 09:30 AM**

| | | |
|---|---|---|
| Author : Kasey J Dycus, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 05/24/2024 09:39 AM | Encounter Date : 05/24/2024 | Status : Signed |
| Editor : Kasey J Dycus, MA (Medical Assistant) | | |


Chief Complaint

Patient presents with

- Surgery Followup
    *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023*


Additional Details: Patient presents for follow up of her left knee. Patient rates her current pain as 1/10 and stated her pain in the knee is mostly in the anterior knee and radiates down the leg. Patient also complains of right hip and low back pain that she is wanting to know if it is related to her left knee. Patient is currently doing PT 2x per week, which is going ok.

Medication list changes/discrepancies: Medication Comments documented by Kasey J Dycus, MA on 5/24/2024 at 0934. Medications current/updated per interview with patient.  Not taking any additional medications. Kasey Dycus, MA

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Kasey J Dycus, MA at 2024-05-24T16:39:23Z

# 05/28/2024 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE TACOMA WA 98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | | Admitting Provider |
|---|---|---|
| | | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 05/28/2024 11:00:00 AM | 05/28/2024 11:30:00 AM | 333743320 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003406

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 05/28/2024 01:18 PM | Encounter Date : 05/28/2024 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 66-year-old with chronic pain syndrome due to osteoarthritis multiple joints and degenerative spine disease
She is being managed on a combination of tramadol and Tylenol for pain management along with periodic chiropractic adjustments which have worked the best for her in the past.

Interval hx
Reviewed dr. Adlers notes re her recovery status post total knee replacement
Hx from pt  She reports lower right back and hip pain. She has been ambulating with a locked brace and walker.
Long-leg cast was removed on 3/1/2024. She has been working with physical therapy and her brace locked from 0-90. She uses a walker to ambulate.
At that visit he allowed her to unlock the hinged knee brace and wean off brace as tolerated
Recheck in 6 weeks with cont physical therapy

Last visit pt wanted to start ozempic bcs victoza no longer covered and wants to lose weight  5/15/2024   patient shares she has not started it yet because she wanted to finish up the Victoza supplies she had   she lost the instructions on how to take the Ozempic

Today   patient reports she is aggravated her chronic back issues
Pt states 5/4 was sitting on the sideo f the bed with right leg on bed and left leg on the ground and 45 pound grandkid jumped on her leg on the bed and it pushed her back into the bed  and pt has had pain in the  right leg and low back ever since pain shoots from her back down to her leg mainly when she is walking.  If she is sitting the pain stays in her low back area sometimes she feels pain coming into her right medial groin area as well.  She is limited in how far she can walk and how long she can stand due to pain.
can walk w/ walker but painful
She can't do physical therapy for the left leg  right now because of how her back is feeling so she has put physical therapy on hold
She uses a walker still due to knee
No new issues with urination or defecation.
She is ok if just sitting or laying
Overall she is much better than right after the injury but is still not back to baseline

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. | | |
| • Semaglutide,0.25 or 0.5MG/DOS, (OZEMPIC, 0.25 OR 0.5 MG/DOSE,) 2 MG/3ML Solution Pen-injector | Inject 0.25 mg under the skin every week for 28 days, THEN 0.5 mg every week for 28 days. E11.65 | 3 mL | 0 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 1 |

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

MC_003408

- [START ON 7/10/2024] Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector | Inject 1 mg under the skin every week. | 3 mL | 11

No current facility-administered medications on file prior to visit.

Patient Active Problem List

| Diagnosis |
| --- |
- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)
- Retinal tear of left eye
- Status post total left knee replacement
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS/HCC)
- Opioid use with opioid-induced disorder (CMS/HCC)

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above

Vitals:

| | 05/28/24 1149 |
| --- | --- |
| BP: | 118/62 |
| Pulse: | 90 |
| Resp: | 18 |
| Temp: | 35.6 °C (96 °F) |
| Weight: | 124.9 kg (275 lb 6.4 oz) |

MC_003409

Height:    1.651 m (5' 5")

general no acute distress
Back -romi but flexion with discomfort, more comfortable sitting
dtr's 2 + symmetrical
neg straight leg sign
motor strength 5/5
sensation intact to light touch
gait normal without limp
heel walk  with discomfort when weight bearing
toe walk  with discomfort
But when I have her dorsiflex and plantarflex about the ankle there is no discomfort
spine straight
Hip romi but slight medical groin discomfort to palpation but pt feels it is not the joint but her myofascial pain issues
Palpation thigh does not reproduce pain
Knee discomfort with range of motion especially medially but no redness or swelling or skin discoloration appreciated

(M54.16) Acute right lumbar radiculopathy  (primary encounter diagnosis)
Comment:
Plan: hydrOXYzine hcl (ATARAX) 25 MG Tab, REFERRAL TO
     CHIROPRACTIC


(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
Comment:
Plan: hydrOXYzine hcl (ATARAX) 25 MG Tab, REFERRAL TO
     CHIROPRACTIC

Follow-up diabetes -reprinted patient's after visit summary from her last visit and reviewed again the instructions for starting Ozempic which she can do now follow-up in 2 months

I am a little concerned about the pain in her right medial groin and we talked about doing a hip x-ray but neither the patient nor I could figure out a mechanism where her hip would have broken based on what happened and she is very clear that the pain is primarily in her low back going down her right leg to below the knee.
This is not atypical for her with a flare of her chronic back issues
We debated physical therapy versus chiropractic care and patient elected to try chiropractic care first
Rachel D Dawson, MD



Electronically signed by Rachel D Dawson, MD at 2024-05-28T20:18:30Z

**Nursing Note by Sarah A Tryon, LVN/LPN at 05/28/2024 11:00 AM**

| Author : Sarah A Tryon, LVN/LPN | Service: | Author Type : Licensed Practical Nurse |
| --- | --- | --- |
| Filed : 05/28/2024 11:52 AM | Encounter Date : 05/28/2024 | Status : Signed |
| Editor : Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

No chief complaint on file.


Additional Details: here for low back and leg pain on  right states grd son jumped on her lap and leg went to the side , pain to low back and upper thigh

Medication list changes/discrepancies: Yes, reviewed with patient

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only


Electronically signed by Sarah A Tryon, LVN/LPN at 2024-05-28T18:52:04Z

MC_003410

# 07/10/2024 - TRA LAKEWOOD

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | | Admitting Provider |
|---|---|---|
| | | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 07/10/2024 12:00:00 AM | 07/10/2024 12:00:00 AM | 364706902 |

| Hospital Area |
|---|
| TRA LAKEWOOD |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

## Imaging

### Dexa Bone Density Study

| | |
|---|---|
| Impression | 2024-07-10T09:45:00.000 |

IMPRESSION: The patient has normal bone mass. The patient has risk factors, including: previous low trauma fracture. The BMD for the Total Hip(Left) decreased, changing by -5.1% since the last DXA exam. The BMD for the Femoral Neck(Left) decreased, changing by -3.9% since the last DXA exam. The BMD for the Total Hip(Right) decreased, changing by -2.6% since the last DXA exam. The BMD for the Femoral Neck(Right) decreased, changing by -12.0% since the last DXA exam.

Discussion: INCREASED RISK OF FRACTURE DUE TO HISTORY OF FRACTURE.

Previous fracture puts the patient at high risk of a future fracture.

In untreated patients, the risk of osteoporotic fracture increases approximately two-fold for each 1.0 SD decrease in T-score. Low bone density is not the only risk factor for fracture; also consider factors such as patients age, frailty or poor health, risk of falling, risk of injury, previous osteoporotic fracture, family history of osteoporosis, cigarette smoking, low body weight, etc.

Not everyone with a low trauma fracture has osteoporosis; osteomalacia and other metabolic bone disorders should also be considered. Patients who have osteoporosis should be evaluated for specific diseases and conditions (secondary causes) that may cause or contribute to bone loss and fracture risk.

National Osteoporosis Foundation (NOF) recommends pharmacologic intervention for patients with a prior hip or vertebral fracture regardless of BMD T-score. The patient should follow a healthful lifestyle (good nutrition with adequate calcium and vitamin D, and appropriate weight-bearing exercise).

Follow-Up: Consider a repeat BMD and Vertebral Fracture Assessment (VFA) exam in 2 years or sooner if medically necessary, to reassess this patients status.

Reported: Anand Suresh, MD 10 Jul 2024 11:09

Electronically Signed: Anand Suresh, MD 10 Jul 2024 11:17

Comment:

| | |
|---|---|
| Narrative | 2024-07-10T09:45:00.000 |

==============================================================

Bone Density Report

MC_003412

===============================================================================

Patient ID: 185800

Age: 66

Sex: Female

Ethnicity: White

Date of Birth: 02/09/1958

-------------------------------------------------------------

INDICATION: postmenopausal; screening for osteoporosis; height

loss; prior fracture; hysterectomy;

Left forearm included per protocol to compare with prior exam/s

Study: Bone densitometry was performed.

Exam Date: July 10, 2024

Accession number: 12293364

Bone Density:

-------------------------------------------------------------

Region BMD T-score Z-score Classification

-------------------------------------------------------------

AP Spine(L2, L3, L4) 1.086 0.1 2.0 Normal

Femoral Neck (Left) 0.808 -0.4 1.2 Normal

Total Hip (Left) 1.043 0.8 2.1 Normal

Femoral Neck (Right) 0.791 -0.5 1.1 Normal

Total Hip (Right) 1.068 1.0 2.3 Normal

Femoral Neck Mean 0.799 -0.4 1.1 Normal

Total Hip Mean 1.056 0.9 2.2 Normal

Total Forearm (Left) 0.641 1.1 2.8 Normal

1/3 Forearm (Left) 0.724 0.5 2.3 Normal

UD Forearm (Left) 0.509 1.1 2.4 Normal

-------------------------------------------------------------

World Health Organization criteria for BMD impression

classify patients as:

Normal (T-score at or above -1.0),

Osteopenia (T-score between -1.0 and -2.5), or

Osteoporosis (T-score at or below -2.5).

10-year Fracture Risk:

-------------------------------------------------------------

FRAX not reported because:

All T-scores for Spine Total, Hip Total, Femoral Neck at or

above -1.0

Prior hip or vertebral fracture

-------------------------------------------------------------

Extended Spine:

MC_003413

```
----------------------------------------------------------------
Region Area BMC BMD T-score Peak Z-score Age
cm2 g g/cm2 Reference Matched
----------------------------------------------------------------
L1 17.06 21.54 1.262 2.5 128 4.1 156
L2 14.89 17.16 1.152 1.1 112 3.0 139
L3 15.85 17.15 1.082 0.0 100 1.9 124
L4 16.65 17.16 1.031 -0.3 97 1.7 122
L1-L2 31.96 38.70 1.211 2.1 124 3.9 154
L1,L3 32.92 38.69 1.175 1.5 116 3.3 144
L1,L4 33.71 38.70 1.148 1.0 111 2.9 138
L2-L3 30.75 34.30 1.116 0.5 105 2.4 131
L2,L4 31.54 34.32 1.088 0.1 101 2.0 126
L3-L4 32.50 34.31 1.056 -0.4 96 1.6 119
L1-L3 47.81 55.84 1.168 1.4 115 3.2 143
L1-L2,L4 48.60 55.86 1.149 1.0 111 2.9 138
L1,L3-L4 49.56 55.85 1.127 0.7 107 2.6 133
L2-L4 47.39 51.46 1.086 0.1 101 2.0 125
L1-L4 64.45 73.00 1.133 0.8 108 2.6 134
----------------------------------------------------------------

Previous Exams:

----------------------------------------------------------------
Region Exam Age BMD T-score BMD Change BMD Change
Date g/cm2 vs Baseline vs Previous
----------------------------------------------------------------
AP Spine (L2-L4)
07/10/2024 66 1.086 0.1 1.2%# 1.2%#
06/25/2021 63 1.073 -0.1
Total Hip(Left)
07/10/2024 66 1.043 0.8 -5.1%* -5.1%*
06/25/2021 63 1.099 1.3
Femoral Neck(Left)
07/10/2024 66 0.808 -0.4 -3.9%* -3.9%*
06/25/2021 63 0.841 -0.1
Total Hip(Right)
07/10/2024 66 1.068 1.0 -2.6%* -2.6%*
06/25/2021 63 1.097 1.3
Femoral Neck(Right)
07/10/2024 66 0.791 -0.5 -12.0%* -12.0%*
06/25/2021 63 0.899 0.4
Total Hip (Mean)
```

MC_003414

07/10/2024 66 1.056 0.9 -3.8%* -3.8%*

06/25/2021 63 1.098 1.3

Femoral Neck (Mean)

07/10/2024 66 0.799 -0.4 -8.1%* -8.1%*

06/25/2021 63 0.870 0.2

Trochanter (Mean)

07/10/2024 66 0.680 -0.2 -6.7%* -6.7%*

06/25/2021 63 0.729 0.3

Inter (Mean)

07/10/2024 66 1.303 1.3 -3.6%* -3.6%*

06/25/2021 63 1.352 1.6

Wards (Mean)

07/10/2024 66 0.538 -1.7 -12.9%* -12.9%*

06/25/2021 63 0.618 -1.0

1/3 Forearm(Left)

07/10/2024 66 0.724 0.5 2.5% 2.5%

06/25/2021 63 0.707 0.2

-------------------------------------------------------------------

*Denotes significance at 95% confidence level, LSC for AP Spine

= 0.022 g/cm2, LSC for Total Hip = 0.027 g/cm2, LSC for

Femoral Neck = 0.029 g/cm2, LSC for 1/3 Forearm = 0.023 g/cm2

# Denotes dissimilar scan types or analysis methods

Clinical Information Provided by Patient:

-------------------------------------------------------------------

Have had a previous hip or vertebral fracture

Has had a low trauma fracture

Has used the following medications: Vitamin D

Has the following medical conditions: Hysterectomy, Compression

fx to mid back

Patient maximum height was 69

Menopause Age: 51

No regular weight bearing exercise

Drinks caffeinated beverages

Onset of menses at age 13

Number of children 3

-------------------------------------------------------------

Comment:

MAM Screening Bilateral Digital With 3D Tomo

Impression        2024-07-10T10:15:00.000

IMPRESSION: NO MAMMOGRAPHIC EVIDENCE OF MALIGNANCY.

ASSESSMENT: ACR BI-RADS Category 2 - Benign

MC_003415

RECOMMENDATION:

1. Routine screening mammogram of both breasts in one year

2. Monthly self breast examination.

Per National MQSA guidelines, a breast imaging result letter will be

provided to your patient.

We thank you for trusting us with your care.

Reported: Grant Tibbetts, MD 10 Jul 2024 16:37

Electronically Signed: Grant Tibbetts, MD 10 Jul 2024 16:41

Comment:

Narrative

2024-07-10T10:15:00.000

EXAM: MG SCREENING BILATERAL, 7/10/2024 10:18 AM

ACCESSION: 12293365

HISTORY: Screening (asymptomatic). Past Medical/Surgical: N/A; FHx: None

TECHNIQUE: Low dose digital high-resolution 3D tomosynthesis and 2D

technique.

CAD: Images also analyzed by integrated R2 computer-aided detection

PRIOR BREAST COMPARISONS: 11-15-2022; 06-25-2021; 06-24-2020; 10-29-2018;

06-08-2016;

DENSITY: The breast tissue is almost entirely fatty.

FINDINGS:

No unexplained architectural distortion. There is no suspicious mass. No

suspicious calcification. Benign calcifications noted.

No suspicious adenopathy. No skin thickening.

No suspicious interval change.

Comment:

MC_003416

# 07/10/2024 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
|  |  |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 07/10/2024 03:30:00 PM | 07/10/2024 03:45:00 PM | 351232671 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
|  |  |

MC_003417

## Lab

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| Narrative | Zachary B Adler, MD 7/10/2024 5:39 PM Large Joint Injection/Arthrocentesis: R knee on 7/10/2024 4:55 PM Indications: pain Details: 22 G needle, anteromedial approach Medications: 40 mg triamcinolone 40 mg/mL; 20 mg lidocaine 1 % Outcome: tolerated well, no immediate complications Right knee intra-articular injection: Using sterile technique the Right Knee was prepped and topical anesthetic spray was used as local anesthetic. Using sterile technique, the joint was entered and 1cc of 40mg/cc kenalog (for a total of 40 mg) and 3 cc's of 0.5% plain lidocaine was then injected and the needle withdrawn. There was no medication wasted. The procedure was well tolerated. The patient is asked to continue to rest the joint for a few more days before resuming regular activities. It may be more painful for the first 1-2 days. Watch for fever, or increased swelling or persistent pain in the joint. Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion. | | | | | 2024-07-10T16:55:22.000 |

## Imaging

### XR Knee 4+ Views Complete Right

| Impression | 2024-07-10T16:06:31.000 |
|---|---|

I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 7/10/24.

The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:

grade 0 - no radiographic features of OA are present

grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping

grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.

grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity

grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis. Degenerative changes most severe in the patellofemoral compartment.

Zachary B Adler, MD

Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Comment:

## Progress Notes by Zachary B Adler, MD at 07/10/2024 03:30 PM

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 07/10/2024 05:39 PM | Encounter Date : 07/10/2024 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

### Large Joint Injection/Arthrocentesis: R knee on 7/10/2024 4:55 PM
Indications: pain
Details: 22 G needle, anteromedial approach
Medications: 40 mg triamcinolone 40 mg/mL; 20 mg lidocaine 1 %
Outcome: tolerated well, no immediate complications

Right knee intra-articular injection:

Using sterile technique the Right Knee was prepped and topical anesthetic spray was used as local anesthetic. Using sterile technique, the joint was entered and 1cc of 40mg/cc kenalog (for a total of 40 mg) and 3 cc's of 0.5% plain lidocaine was then injected and the needle withdrawn. There was no medication wasted. The procedure was well tolerated. The patient is asked to continue to rest the joint for a few more days before resuming regular activities. It may be more painful for the first 1-2 days. Watch for fever, or increased swelling or persistent pain in the joint.

MC_003418

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by thpatient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion.

Electronically signed by Zachary B Adler, MD at 2024-07-11T00:39:34Z

**Progress Notes by Zachary B Adler, MD at 07/10/2024 03:30 PM**

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 07/10/2024 05:39 PM | Encounter Date : 07/10/2024 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

Linda J Larocque  Returns today 7 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/2023 doing well.  Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. Linda J Larocque has returned to work and/or their previous activities and they are not requiring analgesics for the operative Knee since reconstructive surgery.

Long-leg cast was removed on 3/1/2024. She has been working with physical therapy and her brace unlocked.  She uses a walker to ambulate.

Her primary complaint at this time is progressively severe right knee pain.

PMH:  has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH:  has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); pr foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
Social History

Tobacco Use
• Smoking status: Never
  Passive exposure: Never
• Smokeless tobacco: Never

Substance Use Topics
• Alcohol use: Yes
  *Comment: 1-2x year*

Medications reviewed. Refer to medication module.
Allergies:

Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |

*Moody irritable body aches*

- Paxil [Paroxetine Hydrochloride]
    *fatigue*
- Pravastatin
    *Leg aches? Seemed better off this med*
- Prozac [Fluoxetine Hcl]                                    Agitation/Anxiety
    *Given this med postpartum 27 years ago*
- Zoloft [Sertraline Hcl]
    *ineffective*
- Codeine Camsylate                                         Nausea and Itching, Pruritus
    *Ok with food*
- Lipitor [Atorvastatin Calcium]                            Myalgia
    *myalgias*
- Metoprolol Succinate [Metoprolol]                         Fatigue
- Voltaren [Diclofenac Sodium]                              Nausea
    *Gi upset*
- Zocor [Simvastatin]
    *myalgias*

ROS: A Complete review of systems was performed. Except as noted in the HPI and nursing notes. All other systems were negative.

BP 138/69 | Pulse 93 | Temp (Src) 96.5 (Temporal) | Resp 18 | Ht 5' 5"[hx[ (1.651 m) | Wt 275 lb (124.739 kg) | LMP 09/14/2009 Body mass index is 45.76 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Focused exam of the Bilateral lower extremities was performed.
The wound is well healed without signs of infection, no erythema, tenderness or discharge. Skin does not reveal any new lesions. Palpation of the regional nodal basin dies not reveal any lymphadenopathy.
Knee range of motion is 0 passively and -18 actively to 114
Lower extremities reveal no signs of deep venous thrombosis; calves and thighs are soft without swelling, induration or tenderness, Homan's sign is negative.

Range of motion of the Right knee was 0 to 114
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive crepitus, positive joint line tenderness and 2+ effusion was present.
Knee alignment was neutral and there was not a flexion contracture present.
The ligamentous exam revealed no pseudolaxity. MCL was intact.
Foot alignment was neutral.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of Gait did reveal an antalgic gait.

Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
    07/10/2024 1606
Result Impression

I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 7/10/24.

The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
grade 0 - no radiographic features of OA are present
grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity

MC_003420

grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis.  Degenerative changes most severe in the patellofemoral compartment.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery


A/P

Doing well s/p Left Revision Total  knee Arthroplasty with progressively severe right knee DJD

|  |  | ICD-10-CM |
|---|---|---|
| 1. | **Arthritis of right knee** | **M17.11** |
| 2. | S/P revision of total knee, left | Z96.652 |
| 3. | Patellar tendon rupture, left, subsequent encounter | S86.812 D |
| 4. | Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| 5. | Nutritional counseling | Z71.3 |

We discussed the treatment options for  progressively severe right knee DJD  including conservative and surgical managment.  At this point, Linda J Larocque does have radiographic and/or clinical findings that support total knee arthroplasty based on published appropriate use Criteria (Osteoarthritis of the Knee: Surgical Management 2016). However, patient does have modifiable and non-modifiable risk factors which increase the risk of complications associated with arthroplasty.  Specifically, BMI over 40.  I discussed with the patient that based on published Washington state criteria (Bree Collaborative, www.BreeCollaborative.org), BMI should below 40 before elective total joint replacement can safely be performed secondary to the dramatically elevated risk of perioperative complications. These include but are not limited to: Infection, dislocation, implant failure or loosening, need for revision surgery, pneumonia, blood clot, urinary tract infection, pressure ulcers or bed sores, and death.  She has agreed to get their weight below 260 pounds before proceeding with elective arthroplasty.  My recommendation for management of their degenerative joint disease and pain are:

- NSAIDs: Yes, discussed
- Turmeric: No
- Physical Therapy: Yes, continue
- Activity modification: No
- Lateral support: No
- Weight loss: Yes, discussed
- Anti-inflammatory/Plant based diet: No
- Brace: No
- Injection: Yes, right knee injection done today in clinic

In regards to her left knee, can discontinue her hinged knee brace at this time.  May wean off of her walker/cane as able. Continue activities as tolerated per revision TKA protocol  and will continue antibiotic prophylaxis for invasive dental or surgical procedures per their dentists evaluation and current AAOS evidence based protocol.   Return to clinic in 2.5 months.  Linda J Larocque  will need repeat radiographs of the knee.   Patient instructed to return to clinic for signs and or symptoms of infection or dvt.  Linda J Larocque  was counseled today regarding risks and signs and symptoms to watch for  including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.


Orders Placed This Encounter

- Large Joint Injection/Arthrocentesis: R knee

   *This order was created via procedure documentation*

- XR Knee 4+ Views Complete Right

   *Rm 7 Adler*

   | Order Specific Question: | Reason for order |
   |---|---|
   | Answer: | pain |
   | Order Specific Question: | Radiologist can change order? |

MC_003421

| Answer: | Yes |
| Order Specific Question: | Release to patient : |
| Answer: | Immediate [1] |

Kindest regards,

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

-----
Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

**BMI Plan**

BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 45.76 kg/m² as calculated from the following:
  Height as of this encounter: 1.651 m (5' 5").
  Weight as of this encounter: 124.7 kg (275 lb).

Arthritis of right knee  (primary encounter diagnosis)
Plan: XR Knee 4+ Views Complete Right, Large Joint
    Injection/Arthrocentesis: R knee

S/P revision of total knee, left

Patellar tendon rupture, left, subsequent encounter

Severe obesity (BMI >= 40) (CMS/HCC)

Nutritional counseling
Comment: Nutritional counseling performed.

> **Goals**
> None

Reasons for Referral(s):

Exercise encouragement: Dietary management education, guidance, and counseling (procedure)

Electronically signed by Zachary B Adler, MD at 2024-07-11T00:39:34Z

**Nursing Note by Kasey J Dycus, MA at 07/10/2024 03:30 PM**

| | | |
|---|---|---|
| Author : Kasey J Dycus, MA | Service: Orthopedics | Author Type : Medical Assistant |
| Filed : 07/10/2024 03:51 PM | Encounter Date : 07/10/2024 | Status : Signed |
| Editor : Kasey J Dycus, MA (Medical Assistant) | | |

Chief Complaint

Patient presents with

- Surgery Followup

    *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

Additional Details: Patient stated her knee is doing well and she has continued to do her PT and exercises, which is now on hold for resting for the next 5 weeks. Patient rates her current pain as 0/10.

Patient also mentioned she has issues with her right knee from the medial knee and up the thigh into the lower back.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Kasey J Dycus, MA at 2024-07-10T22:51:51Z

MC_003423

# 08/05/2024 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 08/05/2024 08:30:00 AM | 08/05/2024 09:00:00 AM | 353028211 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003424

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 08/05/2024 11:02 AM | Encounter Date : 08/05/2024 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 66-year-old with hypertension diabetes chronic pain syndrome with chronic back pain and osteoarthritis multiple joints

Pt has not yet recovered from the injury where her grandchild jumped on her on the bed

Pt did not go to chiropractor failed physical therapy just seemed to make things worse
She saw ortho and they gave her an inj in her right knee and joint inj right knee really helped for about two weeks
Back pain cont unchanged

Using ultram 50 mg three times  with two tylenol three times daily
Walking w/ cane and walker most of the time

Back on ozempic
To have replacement surgery she needs to get weight down to 245
She needs joint replacement surgery

Fu dm
No significant side effects with the increase in Ozempic to 1 mg but she feels like even though she is lost about 8 pounds of the weight is coming off too quickly and that her appetite needs to be suppressed more she would like to try the higher dose of Ozempic
She used to take Victoza and she felt like the Victoza actually worked better but her insurance will not cover it anymore
Spouse is cooking and so eats what he makes too painful to go downstairs to cook in the kitchen ie stairs
If does not move does not hurt but really limited in her activities now
Not shopping etc knee just too painful.  With weight bearing
ie painful to get in and out of the car
She is not calorie counting she is just trying to make good food choices

Fu htn
denies sx of  ha, numbness or tingling, cp, sob, palpitations, orthopnea, edema, doe.

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. Replaces norco for chronic pain exempt | 160 Tablet | 2 |
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. | | |

MC_003425

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector | Inject 1 mg under the skin every week. | 3 mL | 11 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 2 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

MC_003426

- [DISCONTINUED]  Take 1 Capsule  90  0
  hydrochlorothiazide  by mouth once  Capsule
  (MICROZIDE) 12.5 MG Caps  daily.

No current facility-administered medications on file prior to visit.

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above

Vitals:

|  | 08/05/24 0833 |
|---|---|
| BP: | 96/60 |
| Pulse: | 91 |
| Resp: | 16 |
| Temp: | 35.4 °C (95.7 °F) |
| Weight: | 121.8 kg (268 lb 9.6 oz) |
| Height: | 1.676 m (5' 6") |

Repeat blood pressure was 112/60 patient denies feeling lightheaded or dizzy on arising-
general no acute distress
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
Lungs cta
Ext no edema
Skin no rashes
Back sitting comfortably no pain behaviors gait slow with aid of cane
Right knee joint enlarged no redness
Ms smiling cheerful but discouraged with her mobility limitations due to the right knee
Reviewed orthopedic consult note
Reviewed diabetic dashboard

(I50.20) HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)  (primary encounter diagnosis)
Comment:
Plan: Stable

(E11.59) Type 2 diabetes mellitus with other circulatory complications (CMS/HCC)
Comment:
Plan: Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8
    MG/3ML Solution Pen-injector

(I10) Hypertension, essential, benign
Comment:
Plan: Controlled

(M17.11) Primary osteoarthritis of right knee
Comment:
Plan: Agree joint replacement surgery is likely the best treatment option if we can get her BMI down

Obesity BMI 41

**Patient Instructions**

Increase ozempic to 2 mg weekly
Goal to get weight off so can have knee joint replacement
Keep fu with dr. Adler

Continue chiropractic care for your back

Reduce portion sizes
Drink plenty of water 2 liters per day

Rachel D Dawson, MD

MC_003427

Electronically signed by Rachel D Dawson, MD at 2024-08-05T18:02:23Z

**Nursing Note by Alexis A Dillon, MA at 08/05/2024 08:30 AM**

| | | |
|---|---|---|
| Author : Alexis A Dillon, MA | Service: Family Medicine | Author Type : Medical Assistant |
| Filed : 08/05/2024 08:33 AM | Encounter Date : 08/05/2024 | Status : Signed |
| Editor : Alexis A Dillon, MA (Medical Assistant) | | |

### Chief Complaint

Patient presents with

- Weight Check

  *Follow up on use of ozempic*

- Leg Pain

  *Right side pain of the leg, thigh, and knee*

Additional Details: ozsempic and leg pain

Medication list changes/discrepancies: Medication Comments documented by Alexis A Dillon, MA on 8/5/2024 at 0832. Medds and pharmacy updated

Allergy list changes/discrepancies :

### Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

MC_003428

Electronically signed by Alexis A Dillon, MA at 2024-08-05T15:33:28Z

MC_003429

# 11/05/2024 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 11/05/2024 09:00:00 AM | 11/05/2024 09:30:00 AM | 367926218 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 11/05/2024 05:59 PM | Encounter Date : 11/05/2024 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 66-year-old here today for follow-up type 2 diabetes complicated by obesity with serious comorbidities her obesity is exacerbating her issues with chronic knee and chronic back pain

**Patient Instructions**

Increase ozempic to 2 mg weekly
Goal to get weight off so can have knee joint replacement
Keep fu with dr. Adler

Continue chiropractic care for your back

Reduce portion sizes
Drink plenty of water 2 liters per day

Rachel D Dawson, MD

Today
Fu dm
Ozempic went up to $100 but is definitely working
She is taking it every 10 days
Insurance won't cover victoza
Eating much smaller portions and she has successfully lost weight 6 pounds over the last 8 weeks
2. Having worsening low back pain
Has to sit down after walking about 50 feet
Has to pace herself
Can't do her yardwork outside
She is walking w/ aid of walker or cane
She is doing the exercises for the knee she learned from physical therapy but has an ache in the anterior shin she has pain in her thigh and low back
Her left knee feels stiff along the anterior shin   despite doing the exercises
3. Depression
This year has been a hard one for her but she is doing better lately
She has had a really neg attitude
And she has had an epiphany she is just going to get on with her life
What brings her pleasure is caring for others
She loves being active with her grandchildren and with her extended family
She found an attorney about the situation that happened to her who is going to take her case
Worries about spouse health and feels like he has given up and is just waiting to die
What would life be like if he dies
But she cannot let that affect her she is no longer going to sit beside him and just watch TV and do nothing

Patient Active Problem List

Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (Multi-HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS-HCC)
- Disorder of lipoid metabolism

MC_003431

- Other constipation

- Myofascial muscle pain

- Chronic pain

- Obstructive sleep apnea (adult) (pediatric)

- Type 2 diabetes mellitus with other circulatory complications (Multi-HCC)

- Hammer toes, bilateral

- Bilateral carpal tunnel syndrome

- SOB (shortness of breath)

- HFrEF (heart failure with reduced ejection fraction) (Multi-HCC)

- Equivocal stress test

- PSVT (paroxysmal supraventricular tachycardia) (Multi-HCC)

- Retinal tear of left eye

- Status post total left knee replacement

- Coronary artery disease involving native coronary artery of native heart without angina pectoris

- Patellar tendon rupture, left, subsequent encounter

- BMI 40.0-44.9, adult (CMS-HCC)

- Opioid use with opioid-induced disorder (Multi-HCC)

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4 | 160 Tablet | 1 |
| lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 1 |
| Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector | Inject 2 mg under the skin every week. E11.59 | 3 mL | 11 |
| hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. | | |

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector | Inject 1 mg under the skin every week. | 3 mL | 11 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |

No current facility-administered medications on file prior to visit.

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above

Vitals:

| | 11/05/24 0859 |
|---|---|
| BP: | 127/80 |

Pulse: 98
Resp: 17
Temp: 35.9 °C (96.6 °F)
Weight: 119 kg (262 lb 6.4 oz)
Height: 1.676 m (5' 6")

general no acute distress
Ms smiling positive plans
Left knee well-healed midline scar no warmth or redness and she has full range of motion
Palpation of her anterior shin does not reproduce pain
Ext  bilateral edema noted no pitting no blisters some healing scratches consistent with pet injuries

(E11.9) Diabetes mellitus without complication (Multi-HCC)  (primary encounter diagnosis)
Comment:
Plan: BASIC METABOLIC PANEL

Depression -patient excited about her grandson coming to visit this weekend    we discussed other things she can do to enjoy life that she likes

(E11.9) Diabetes mellitus without complication (Multi-HCC)  (primary encounter diagnosis)
(G89.4) Chronic pain syndrome
(M15.0) Primary osteoarthritis involving multiple joints
(M51.372) Degeneration of intervertebral disc of lumbosacral region with discogenic back pain and lower extremity pain

Patient has responded well in the past to chiropractic care but finances are limited making it difficult for her to continue care
She desperately needs to lose weight
She thinks she can continue to pay the $100 every 6 weeks for her Ozempic she is going to stretch out the dosing to every 10 days because she is finding that that still keeps her appetite curbed
Congratulated patient on her decision to not sit and watch TV but to get up and get going and doing the things that she enjoys doing no matter what her husband does
Congratulated patient on her weight loss her A1c is well-controlled

Electronically signed by Rachel D Dawson, MD at 2024-11-06T01:59:09Z

**Nursing Note by Laarni Mendoza, MA at 11/05/2024 09:00 AM**

| Author : Laarni Mendoza, MA | Service: Family Medicine | Author Type : Medical Assistant |
|---|---|---|
| Filed : 11/05/2024 09:01 AM | Encounter Date : 11/05/2024 | Status : Signed |
| Editor : Laarni Mendoza, MA (Medical Assistant) | | |

**Chief Complaint**

Patient presents with
- Weight Check
    *3 mos f/u*

Additional Details: none

Medication list changes/discrepancies: None

Allergy list changes/discrepancies :

**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
|   *Moody irritable body aches* | |

- Paxil [Paroxetine Hydrochloride]

    *fatigue*
- Pravastatin

    *Leg aches?  Seemed better off this med*
- Prozac [Fluoxetine Hcl]                         Agitation/Anxiety

    *Given this med postpartum 27 years ago*
- Zoloft [Sertraline Hcl]

    *ineffective*
- Codeine Camsylate                              Nausea and Itching, Pruritus

    *Ok with food*
- Lipitor [Atorvastatin Calcium]                 Myalgia

    *myalgias*
- Metoprolol Succinate [Metoprolol]              Fatigue
- Voltaren [Diclofenac Sodium]                   Nausea

    *Gi upset*
- Zocor [Simvastatin]

    *myalgias*


Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only


Electronically signed by Laarni Mendoza, MA at 2024-11-05T17:01:10Z

MC_003435

# 11/15/2024 - Lab - Lakewood

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| Rachel D Dawson, MD | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 11/15/2024 10:50:26 AM | 11/15/2024 11:59:00 PM | 381346499 |

| Hospital Area |
|---|
| Lab - Lakewood |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|

MC_003436

**Lab**

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| Na | 138 | mmol/L | 135 - 145 mmol/L | | | 2024-11-15T10:50:00.000 |
| K | 4.4 | mmol/L | 3.6 - 5.3 mmol/L | | | 2024-11-15T10:50:00.000 |
| Cl | 110 | mmol/L | 98 - 109 mmol/L | High | | 2024-11-15T10:50:00.000 |
| CO2 | 22 | mmol/L | 21 - 32 mmol/L | | | 2024-11-15T10:50:00.000 |
| Anion gap w/o K | 6 | | 4 - 12 | | | 2024-11-15T10:50:00.000 |
| BUN | 17 | mg/dL | 8 - 24 mg/dL | | | 2024-11-15T10:50:00.000 |
| Creatinine | 0.77 | mg/dL | 0.6 - 1.2 mg/dL | | | 2024-11-15T10:50:00.000 |
| eGFR | 85 | mL/min/1.73 m2 | >59 | | eGFR calculated by CKD-EPI (2021) Equation | 2024-11-15T10:50:00.000 |
| Glucose | 125 | mg/dL | 65 - 120 mg/dL | High | | 2024-11-15T10:50:00.000 |
| Calcium | 9.9 | mg/dL | 8.5 - 10.5 mg/dL | | | 2024-11-15T10:50:00.000 |

MC_003437

# 12/02/2024 - Pulse Heart Institute Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | | Admitting Provider |
|---|---|---|
| | | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 12/02/2024 12:45:00 PM | 12/02/2024 01:00:00 PM | 369721789 |

| Hospital Area |
|---|
| Pulse Heart Institute Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

**Cardiology**

## ECHO Complete

| | |
|---|---|
| Impression | 2025-03-20T08:33:42.000 |

CONCLUSIONS:

1. Normal left ventricular size. Upper normal left ventricular wall thickness.
Dyssynchronous septal motion consistent with intraventricular conduction delay
or bundle branch block. Ejection fraction is borderline reduced and is
visually assessed at 50-55%. 3D LV Ejection Fraction is 55 %. Left ventricular
diastolic parameters are consistent with Grade I diastolic dysfunction
(impaired relaxation).

2. There are no significant valvular abnormalities.

-----------------------

Electronically Signed By:

Daniel Guerra, MD

03/24/2025 10:39:44 AM PDT

---

**Progress Notes by Daniel Guerra, MD at 12/02/2024 12:45 PM**

| | | |
|---|---|---|
| Author : Daniel Guerra, MD | Service: Cardiology - Interventional | Author Type : Physician |
| Filed : 12/02/2024 01:27 PM | Encounter Date : 12/02/2024 | Status : Signed |
| Editor : Daniel Guerra, MD (Physician) | | |

## CARDIOVASCULAR OFFICE VISIT & FOLLOW-UP

**PATIENT NAME:** **Linda J Larocque**
**PRIMARY CARE:** Rachel D Dawson, MD
**REFERRED BY:** Rachel D Dawson, MD

I had the pleasure of seeing Linda J Larocque for cardiovascular follow-up. I have placed my impression and plan immediately following this paragraph for your ease of reference.

**ASSESSMENT:**
Linda J Larocque is a 65 year old female who is here for follow up. The patient seems stable from a cardiac standpoint. She has known coronary artery disease which is a stable chronic illness. Her Canadian Cardiovascular Society (CCS) angina classification is 0 (asymptomatic). The patient's blood pressure is 124/80 mmHg. She has known hypertension which is a stable chronic illness. The patient's blood pressure is great today. She has known high cholesterol (hyperlipidemia) which is a stable chronic illness. She is tolerating 20 mg of rosuvastatin and her last lipids were improved. She has a history of paroxysmal supraventricular tachycardia and denies any prolonged symptoms recently. She has a history of HFmrEF and reports increased fatigue.

**PLAN:**
- Continue current cardiac medications at current doses.
- I encouraged the patient to follow a heart healthy diet, increase her physical activity, and try to lose weight.
- Echocardiogram to reassess her EF.
- Follow up after that to review results, reassess symptoms, and adjust medications if needed.

-------------------------------------------------------------------

**CARDIOVASCULAR PROBLEM LIST (PAST MEDICAL & SURGICAL HISTORY):**
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting right coronary artery stenosis, confirmed by iFR
- Hypertension
- Hyperlipidemia
Leg aching with pravastatin
Statin intolerance in the past
- Diabetes mellitus type 2
- Heart failure with mildly reduced ejection fraction

MC_003439

- Left bundle branch block
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Medically significant obesity

CARDIOVASCULAR MEDICINE & RADIOLOGY STUDIES:
- 8/12/21 echocardiogram: left ventricular chamber size is moderately enlarged, left ventricular systolic function is mildly reduced with a calculated ejection fraction is 43% by 3D, global longitudinal strain (GLS) is -16.3%, paradoxical septal motion consistent with a left bundle branch block, mild diastolic dysfunction, apical septum, mid inferoseptal, and mid anteroseptal segments are hypokinetic, mild mitral valve regurgitation and tricuspid regurgitation
- 8/30/21-9/28/21 KOH: 4 automatically triggered events. One episode of supraventricular tachycardia at 158 bpm noted that lasted 58 seconds. One 6 beat run of ventricular tachycardia noted. Patient triggered events (4) revealed sinus rhythm or sinus tachycardia.
- 10/4/21 cardiac PET nuclear stress test: medium area of moderate in severity, fixed defect in the inferoseptal, anteroseptal and apical segments. Quantitative findings: SRS (Sum Rest Score): 9, SSS (Sum Stress Score): 9, SDS (Sum Difference Score): 0, Total perfusion defect is 11%. Gated left ventricular systolic function at rest was 53% and stress was 54%
- 6/15/22 limited echocardiogram: left ventricular chamber size is mildly enlarged, LVEF is between 45-50%, paradoxical septal motion consistent with a left bundle branch block, mild concentric LVH with mild mitral and tricuspid valve regurgitation and no evidence of elevated pulmonary systolic pressure

*I personally reviewed, updated, and summarized the results of the unique tests noted above.*

**CHIEF COMPLAINT:** Coronary Artery Disease and Follow Up

**SUBJECTIVE & HISTORY OF PRESENT ILLNESS:**
Linda J Larocque is a 66 year old female presenting for follow up. She was doing well at her last visit with me in June 2023. I have reviewed the medical record in detail.

Today Linda tells me that has has been doing well from a cardiac standpoint. She had major left knee reconstruction surgery about a year and is still recovering from that. She denies any symptoms of chest discomfort at rest or with exertion or unusual dyspnea on exertion. She has lost over 20 lbs on Ozempic. She does report increased fatigue and occasional dyspnea on exertion. She has had occasional "blips" of palpitations but nothing severe or prolonged.

**CURRENT OUTPATIENT MEDICATIONS:**

Current Outpatient Medications

| Medication | Sig |
| --- | --- |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. |
| • Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector | Inject 2 mg under the skin every week. E11.59 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. |
| • Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector | Inject 1 mg under the skin every week. |

- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles — Take 1 Capsule by mouth twice daily.
- naloxone (NARCAN) 1 mg/mL Solution — Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
- Misc. Devices Misc — Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.
- rosuvastatin (CRESTOR) 20 mg Tab — Take 1 Tablet by mouth each evening.
- Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc — Use With victoza injections
- Free Text Medication Entry (OTHER) — Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
- Free Text Medication Entry (OTHER) — cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Vendor is Apria)

No current facility-administered medications for this visit.


**ALLERGIES:**

Patients documented allergies

| Allergen | Reactions |
| --- | --- |
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

**SOCIAL HISTORY:**
Social History

Tobacco Use
Smoking Status        Never
- Passive exposure:   Never
Smokeless Tobacco     Never

*Pertinent additional social history, family history, and review of systems is documented in the history of present illness section of this record as well as in the electronic medical records separately.*

**PHYSICAL EXAMINATION:**
BP 124/80 | Pulse 93 | Ht 5' 6" (1.676 m) | Wt 253 lb (114.76 kg) | SaO2 96% | LMP 09/14/2009
Body mass index is 40.84 kg/m².
NECK: No elevation of jugular venous pressure.
CARDIOVASCULAR:
        AUSCULTATION: Regular. No murmur.
RESPIRATORY: Normal respiratory effort. No crackles.
EXTREMITIES: No significant right lower extremity edema. No significant left lower extremity edema.

**LABS:**

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| NA | 138 | 11/15/2024 10:50 AM |
| K | 4.4 | 11/15/2024 10:50 AM |
| CL | 110 (H) | 11/15/2024 10:50 AM |
| CO2 | 22 | 11/15/2024 10:50 AM |
| BUN | 17 | 11/15/2024 10:50 AM |
| CREA | 0.77 | 11/15/2024 10:50 AM |
| CREA | 0.70 | 04/02/2024 09:17 AM |
| GLU | 125 (H) | 11/15/2024 10:50 AM |

Lab Results

| Component | Value | Date/Time |
|---|---|---|
| WBC | 6.29 | 04/02/2024 09:17 AM |
| HGB | 14.5 | 04/02/2024 09:17 AM |
| HCT | 44.0 | 04/02/2024 09:17 AM |
| HCT | 29.4 (L) | 12/08/2023 02:28 AM |
| PLT | 430 | 04/02/2024 09:17 AM |
| INR | 0.92 | 11/05/2009 03:23 PM |
| TSH | 2.1 | 08/17/2010 08:54 AM |

Lab Results

| Component | Value | Date |
|---|---|---|
| CHO | 161 | 04/02/2024 |
| LDLC | 75 | 04/02/2024 |
| HDLC | 58 | 04/02/2024 |

MC_003442

| TRIGC | 142 | 04/02/2024 |
| SGPT | 16 | 04/02/2024 |
| SGOT | 19 | 04/02/2024 |

*I personally reviewed the results of the unique laboratory tests documented in this progress note.*

**ELECTROCARDIOGRAM (ECG):**
The patient did not have a new ECG performed this visit.

Please see the assessment and plan at the beginning of this progress note.

Sincerely,

Daniel R Guerra, MD FACC
Interventional Cardiology

Innovative Heart & Vascular Health Care
www.pulseheartinstitute.org
Puget Sound (253) 572-7320
Inland Northwest (509) 755-5500

**PATIENT NAME:** **Linda J Larocque**
**DATE OF BIRTH:** 2/9/1958
**EPIC MRN:** 172930

Electronically signed by Daniel Guerra, MD at 2024-12-02T21:27:40Z

---

**Nursing Note by Nicole B Syharath, MA at 12/02/2024 12:45 PM**

| | | |
|---|---|---|
| Author : Nicole B Syharath, MA | Service: | Author Type : Medical Assistant |
| Filed : 12/02/2024 12:49 PM | Encounter Date : 12/02/2024 | Status : Signed |
| Editor : Nicole B Syharath, MA (Medical Assistant) | | |

---

Patient reviewed meds verbally. Patient is requesting a refill on rosuvastatin.

Electronically signed by Nicole B Syharath, MA at 2024-12-02T20:49:55Z

# 12/23/2024 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 12/23/2024 10:00:00 AM | 12/23/2024 10:30:00 AM | 379902856 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003444

## Imaging

### XR Lumbar Spine 2-3 Views - AP and Lateral

| | |
|---|---|
| Impression | 2025-01-08T16:08:12.000 |
| | IMPRESSION: |
| | - No acute findings in the lumbar spine. Multilevel degenerative changes |
| | as above. |
| | ........ |
| | Providers: To speak with a TRA radiologist, call (253)761-4200. |
| | Patient: For further result information, please contact ordering provider. |
| | Comment: |
| Narrative | 2025-01-08T16:08:12.000 |
| | EXAM: |
| | XR L-SPINE 2-3 VIEWS - AP, LATERAL |
| | CLINICAL HISTORY: |
| | worsening chronic low back pain |
| | TECHNIQUE: |
| | Frontal and lateral views of the lumbar spine and sacrum. |
| | COMPARISON: |
| | None available. |
| | FINDINGS: |
| | VERTEBRAE: Mild left convex curvature with the apex at the L2 level. |
| | Grade 1 degenerative anterolisthesis at L3-4 and L4-5. No acute fracture. |
| | SACRUM/COCCYX: Unremarkable as visualized. No acute fracture. |
| | DISC SPACES: Severe disc height loss at T12-L1. |
| | SOFT TISSUES: Unremarkable. |
| | Comment: |

## Progress Notes by Rachel D Dawson, MD at 12/23/2024 10:00 AM

| | | |
|---|---|---|
| Author : Rachel D Dawson, MD | Service: Family Medicine | Author Type : Physician |
| Filed : 12/23/2024 05:26 PM | Encounter Date : 12/23/2024 | Status : Signed |
| Editor : Rachel D Dawson, MD (Physician) | | |

**CHRONIC NON-CANCER PAIN MANAGEMENT (OPIOID ANALGESIA):**
**WA State Mandated Periodic review - Revised Nov 1, 2012**

**CNCP OVERVIEW**
----------------------------------------------------------------------------------*May Use In Problem List Overview* ↓
Periodic 6 Month Review Date: 12/23/2024
Condition(s) for which opioid analgesic(s) have been prescribed:
(G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

Daily Maintenance opioid dose: tramadol 300 mg  cymbalta 120 mg
Combined morphine equivalent dose: 30 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD

MC_003445

Linda J Larocque is a 66-year-old here for follow-up chronic pain syndrome with chronic back pain, osteoarthritis multiple joints status post multiple left knee surgeries total knee with revision removal of patella

Pt states back is her main issue
Left knee is gets pain in the anterior portion of the knee and electric shocks from time to time and it does not feel stable although she has not fallen
back just on fire feeling both sides but not radiating down either leg
Feels off balance when walking
Right leg is dragging at times and almost falling
Has a walker and a cane and uses them when having flares or feeling more unsteady
Stairs are an issue lifting right leg up
She is doing some leg stretches in the morning in bed
And she is doing some stretches during the day

Pt had an injury last year in a parking lot and she is working w/ an attorney as she felt the business owner should have reimbursed her for her injuries
Finances are tight
They may have to move
Spouse refinanced their house and the interest rate was flexible and now their mortgage payment has gone up significantly at a time when her son and daughter-in-law are moving out and no longer subsidizing the costs of the home.


## Patient Active Problem List

Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (Multi-HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS-HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (Multi-HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (Multi-HCC)
- Equivocal stress test
- PSVT (paroxysmal supraventricular tachycardia) (Multi-HCC)
- Retinal tear of left eye
- Status post total left knee replacement
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS-HCC)
- Opioid use with opioid-induced disorder (Multi-HCC)

MC_003446

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4 | 160 Tablet | 1 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 1 |
| • Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector | Inject 2 mg under the skin every week. E11.59 | 3 mL | 11 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. | | |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |

MC_003447

| | | | |
|---|---|---|---|
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each | 0 |
| • [DISCONTINUED] Semaglutide, 1 MG/DOSE, (OZEMPIC, 1 MG/DOSE,) 4 MG/3ML Solution Pen-injector | Inject 1 mg under the skin every week. | 3 mL | 11 |

No current facility-administered medications on file prior to visit.

**Etiology of Pain**
New diagnostic information regarding etiology of chronic pain condition? NO
Sites of pain, analgesia and functional assessment:peg 444
Change in global pain since last visit: due to knee and repeated surgeries - worse
**Functional & Behavioral Assessment**
Activities that pain prevents, or significantly limits: see above.
Activities that treatment enables: she is unable to care for her spouse and do adls, but with only limited walking and lifting and standing are limited now
Behaviors suggestive of abuse or misuse of the prescribed opioids? No

**Rx Review**
Adverse Rx events such as cognitive or functional decline: No
Other opioid related side effects:none
Home storage of pain medication: kept in a secure hidden location at home
Prescription Monitoring Program: No irregularities

**Adjunctive Therapies:** orthopedic surgeon
**MEDICAL HISTORY**

**Common Co-Occuring Conditions**
History of sleep apnea? Yes on cpap which she is using
HIstory of depression or other psychiatic condition? Compliant w/ antidepressant and feels it is working - she is using the xanax to manage anxiety and does not feel she can do without this med
Aware of the risk of opiates with xanax

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros above

Vitals:

| | 12/23/24 1013 |
|---|---|
| BP: | 128/76 |
| Pulse: | 84 |
| Resp: | 18 |
| Temp: | 35.6 °C (96.1 °F) |
| Weight: | 116.5 kg (256 lb 14.4 oz) |
| Height: | 1.651 m (5' 5") |

general no acute distress
Back - romi but w/ discomfort, nt to palpation along spine but pain in the entire lumbar area otherwise
dtr's 2 + symmetrical

neg straight leg sign no foot drop
motor strength 5/5
sensation intact to light touch
gait normal without limp or foot drop but pt not lifting her feet very far off ground almost shuffling  no balance issues turn and pivot nl
spine straight
Knee left knee midline well-healed surgical scar no redness no swelling but patient has some tenderness to palpation anterior knee
Right knee no redness or swelling
Ms significant stressors
Reviewed MRI results from 2010
Patient has not had any back x-rays since then

(M17.11) Primary osteoarthritis of right knee  (primary encounter diagnosis)
Comment:
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY


(M79.18) Myofascial muscle pain
Comment:
Plan: REFERRAL TO NON MHS PHYSICAL THERAPY


(M51.372) Degeneration of intervertebral disc of lumbosacral region with discogenic back pain and lower extremity pain
Comment:
Plan: XR Lumbar Spine 2-3 Views - AP and Lateral
    Rf to pt anchor has worked w/ her in the past
I feel that she would benefit from strengthening and her current regimen of home exercise is probably less than what she needs
She and are both worried about falling
(F33.1) RECURR DEPR PSYCHOS-MOD
Comment:
Plan: alprazolam (XANAX) 0.25 MG Tab


(Z23) Need for vaccination
Comment:
Plan: P FLU VACC,(HIGH DOSE) SPLIT VIRUS PRES FREE,
    ENH IMMUNO, IM


(G89.4) Chronic pain syndrome
Comment:
Plan: CHR PAIN,SUD UDS W/CONSLT, RISK 1 W/OUT THC

Demonstrated compliance with agreed treatment plan? Yes
Treatment objectives are being met? yes
Changes in treatment plan indicated based on above review? No
CNCP Overview is reflected in the Problem List for "Chronic Pain" Yes


**PLAN**
**Treatment Objectives**
[X] Provide analgesia
[X] Self-care (AODL)
[X] Minimize need for visits to emergency department or urgent care clinics
[X] Minimize adverse events related to pain medication
[X] Comply with terms of treatment agreement
[x ] Maintain gainful employment
[X] Assist with care of family member(s)

**Education *(Check those that apply)***
[X] Treatment plan is documented in patient instructions & printed AVS *(.PainTreatmentPlan)*
[X] Discussed requirement of pain medication safe storage
[X] Discussed requirement of photo ID for Rx pharmacy pickup
[ ] WA DOH pamphlet provided

**Consultation to Pain Specialist:** Has been seen by various specialists

MC_003449

**Lab Studies**
Urine Drug Screening: not done at this visit
Kidney and liver function have been assessed within past 12 months? Yes: normal

**Pain Agreements**
Signed pain agreement form is in patient record: Yes
changes made to the previous agreement: no
**Follow Up**
State mandated periodic reviews are required take place every 6 months for MED = 40 mg.
The frequency of periodic reviews was discussed with the patient.

More than 50% of the 30-minute visit was spent face-to-face with the patient in counseling and coordination of care.

Pt unable to stop using xanax, gets too anxious, uses on av 15 tabs per mo
No se w/ interactions w/ norco
Aware of increased risk falls, sedation but needs to cont this med

Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 2024-12-24T01:26:26Z

MC_003450

# 01/22/2025 - MultiCare Orthopedics & Sports Medicine - Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 01/22/2025 02:00:00 PM | 01/22/2025 02:15:00 PM | 377551446 |

| Hospital Area |
|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003451

**Lab**

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|-----------|-------|------|-----------------|------|---------|------|
| Narrative | Zachary B Adler, MD 1/22/2025 5:46 PM Large Joint Injection/Arthrocentesis: R knee on 1/22/2025 2:37 PM Indications: pain Details: 22 G needle, anteromedial approach Medications: 40 mg triamcinolone 40 mg/mL; 20 mg lidocaine 1 % Outcome: tolerated well, no immediate complications Right knee intra-articular injection: Using sterile technique the Right Knee was prepped and topical anesthetic spray was used as local anesthetic. Using sterile technique, the joint was entered and 1cc of 40mg/cc kenalog (for a total of 40 mg) and 3 cc's of 0.5% plain lidocaine was then injected and the needle withdrawn. There was no medication wasted. The procedure was well tolerated. The patient is asked to continue to rest the joint for a few more days before resuming regular activities. It may be more painful for the first 1-2 days. Watch for fever, or increased swelling or persistent pain in the joint. Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion. | | | | | 2025-01-22T14:37:05.000 |

---

**Progress Notes by Zachary B Adler, MD at 01/22/2025 02:00 PM**

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 01/22/2025 05:46 PM | Encounter Date : 01/22/2025 | Status : Signed |
| Editor : Zachary B Adler, MD (Physician) | | |

**Large Joint Injection/Arthrocentesis: R knee on 1/22/2025 2:37 PM**
Indications: pain
Details: 22 G needle, anteromedial approach
Medications: 40 mg triamcinolone 40 mg/mL; 20 mg lidocaine 1 %
Outcome: tolerated well, no immediate complications

Right knee intra-articular injection:

Using sterile technique the Right Knee was prepped and topical anesthetic spray was used as local anesthetic. Using sterile technique, the joint was entered and 1cc of 40mg/cc kenalog (for a total of 40 mg) and 3 cc's of 0.5% plain lidocaine was then injected and the needle withdrawn. There was no medication wasted. The procedure was well tolerated. The patient is asked to continue to rest the joint for a few more days before resuming regular activities. It may be more painful for the first 1-2 days. Watch for fever, or increased swelling or persistent pain in the joint.

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion.

Electronically signed by Zachary B Adler, MD at 2025-01-23T01:46:33Z

**Progress Notes by Zachary B Adler, MD at 01/22/2025 02:00 PM**

| | | |
|---|---|---|
| Author : Zachary B Adler, MD | Service: Orthopedics | Author Type : Physician |
| Filed : 01/22/2025 05:47 PM | Encounter Date : 01/22/2025 | Status : Addendum |
| Editor : Zachary B Adler, MD (Physician) | | |

Dear Rachel D Dawson, MD,

Linda J Larocque reports the same knee moderate pain. We have been managing their Right knee arthritis conservatively with an exercise program, weight optimization, with medications/ NSAIDS (Tramadol) and with right knee injections (7/10/2024) which has provided her significant relief for around 2 months. Linda J Larocque reports no improvement Knee function and the same ability to perform ADL's, recreational, and vocational tasks / activities.

She states that she experiences instability in both of her knees and describes her right knee pain as moderate to severe.

MC_003452

She has had a previous left revision total knee arthroplasty with extensor mechanism reconstruction by me on 12/4/2023, doing well.

She can only walk 25 steps with a cane secondary to pain.

They do not have pain at rest. They do not have pain at night.

After the documented attempts at conservative treatments, Linda J Larocque reports their pain and dysfunction show no change.

Past medical history, surgical history, allergies, medications, family history, and social history are all reviewed by me on the patient self-assessment/intake form which was signed and dated on this visit. This form is to be scanned into the permanent medical record.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (Multi-HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (Multi-HCC), Prediabetes, Snores, Type 2 diabetes mellitus (Multi-HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (Multi-HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.

PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); pr foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).

Allergies:

Allergies as of 01/22/2025 - Reviewed 01/22/2025

| Allergen | Reaction | Noted |
|---|---|---|
| • Pioglitazone hydrochloride | Palpitations | 03/31/2015 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Medications: Current Outpatient Medications: alprazolam (XANAX) 0.25 MG Tab, Take 1 Tablet by mouth three times a day as needed for anxiety., Disp: 15 Tablet, Rfl: 0<BR>tramadol (ULTRAM) 50 MG Tab, Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4, Disp: 160 Tablet, Rfl: 1<BR>rosuvastatin (CRESTOR) 20 mg Tab, Take 1 Tablet by mouth each evening., Disp: 90 Tablet, Rfl: 3<BR>hydrochlorothiazide (MICROZIDE) 12.5 MG Caps, Take 1 Capsule by mouth once daily., Disp: 90 Capsule, Rfl: 0<BR>verapamil (CALAN SR) 240 MG Tab CR, Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist, Disp: 90 Tablet, Rfl: 3<BR>lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab, Take 1 Tablet by mouth once daily., Disp: 100 Tablet, Rfl: 1<BR>Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector, Inject 2 mg under the skin every week. E11.59, Disp: 3 mL, Rfl: 11<BR>hydrOXYzine hcl (ATARAX) 25 MG Tab, Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain., Disp: 30 Tablet, Rfl: 1<BR>aspirin 81 MG Chew Tab, Chew and swallow 1 Tablet by mouth once daily., Disp: , Rfl: <BR>duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles, Take 1 Capsule by mouth twice daily., Disp: 180 Capsule, Rfl: 2<BR>naloxone (NARCAN) 1 mg/mL Solution, Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.., Disp: 1 Kit, Rfl: 0<BR>Misc. Devices Misc, Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12

MC_003453

weeks., Disp: 1 Each, Rfl: 0<BR>Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc, Use With victoza injections, Disp: 100 Each, Rfl: 11<BR>Free Text Medication Entry (OTHER), Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device., Disp: 1 Each, Rfl: 0<BR>Free Text Medication Entry (OTHER), cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago, Disp: 1 Each, Rfl: 0

Family History: family history includes Alcohol abuse in her daughter; Arthritis in her brother; Cancer in her daughter, maternal grandmother, and mother; Coronary Artery Disease in her maternal grandfather and maternal grandmother; Diabetes in her maternal aunt, paternal aunt, and sister; Drug/Alcohol in her daughter; GU in her mother; Heart in her father, mother, and sister; Hypertension in her father, mother, and sister; Neuro in her daughter and sister; Other in her paternal aunt and sister; Seizures in her daughter; Stroke in her father; Uterine cancer in her daughter.

Social History: reports that she has never smoked. She has never been exposed to tobacco smoke. She has never used smokeless tobacco. She reports current alcohol use. She reports that she does not currently use drugs.

ROS: A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

Vital Signs: BP 111/68 | Pulse 91 | Temp (Src) 96.4 (Temporal) | Resp 18 | Ht 5' 5"[HX[ (1.651 m) | Wt 256 lb (116.121 kg) | LMP 09/14/2009 Body mass index is 42.6 kg/m².

General: AAOX3, No acute distress, normal affect and disposition, well kept and appearing adult female.
Range of motion of the **Left** knee was -24 actively, 0 passively to 114
There was no regional adenopathy detected and there were not any skin changes present.   Skin around incision healed without signs of infection.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive crepitus.

Range of motion of the **Right** knee was 0 to 128 with crepitus.
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive Medial joint line tenderness and 1+ effusion was present.
Knee alignment was neutral and there was not a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact.
Foot alignment was neutral.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of Gait did reveal an antalgic gait.

Radiographic Data: Current and prior radiographs were personally reviewed and interpreted by me.
I personally reviewed and interpreted radiographs of the right knee(s) dated 7/10/24.

The **Kellgren & Lawrence system** is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
**grade 0** - no radiographic features of OA are present
**grade 1** - doubtful joint space narrowing (JSN) and possible osteophytic lipping
**grade 2** - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
**grade 3** - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
**grade 4** - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade **4** knee arthritis.  Degenerative changes most severe in the patellofemoral compartment.

Assessment: Linda J Larocque is a 66 year old  female with progressively severe degenerative joint disease of the Right Knee.

| | | ICD-10-CM | |
|---|---|---|---|
| 1. | Arthritis of right knee | M17.11 | Large Joint Injection/Arthrocentesis: R knee |
| 2. | S/P revision of total knee, left | Z96.652 | |
| 3. | Patellar tendon rupture, left, subsequent encounter | S86.812 D | |

MC_003454

4.  Severe obesity (BMI >= 40) (CMS-    E66.01
    HCC)

5.  Nutritional counseling    Z71.3
    Nutritional counseling performed.

Plan:

Orders Placed This Encounter

- Large Joint Injection/Arthrocentesis: R knee
    *This order was created via procedure documentation*

We discussed the treatment options for progressively severe degenerative joint disease of the Right Knee including conservative and surgical managment. At this point, Linda J Larocque does have radiographic and/or clinical findings that support total knee arthroplasty based on published appropriate use Criteria (Osteoarthritis of the Knee: Surgical Management 2016). We reviewed the nature of the proposed procedure, reasonable alternatives, risks, benefits, and post-op plans. Sufficient time was taken to address all questions and concerns. They have indicated they understand. However, patient does have modifiable and non-modifiable risk factors which increase the risk of complications associated with arthroplasty. Specifically, BMI over 40, heart failure, and type 2 diabetes mellitus. I discussed with the patient that based on published Washington state criteria (Bree Collaborative, www.BreeCollaborative.org), BMI should below 40 before elective total joint replacement can safely be performed secondary to the dramatically elevated risk of perioperative complications. These include but are not limited to: Infection, dislocation, implant failure or loosening, need for revision surgery, pneumonia, blood clot, urinary tract infection, pressure ulcers or bed sores, and death. However she has met criteria for Bree exemption due to significant weight loss since her last visit. She does not want surgical intervention at this time and would like to continue with nonoperative treatments. My recommendation for management of their degenerative joint disease and pain are:

- NSAIDs: Yes, discussed
- Turmeric: No
- Physical Therapy: Yes, continue
- Activity modification: No
- Lateral support: No
- Weight loss: Yes, discussed
- Anti-inflammatory/Plant based diet: No
- Brace: No
- Injection: Yes, right knee injection done today in clinic

Linda J Larocque will return to clinic in 3 month(s) without repeat radiographs to monitor their progress and assess the need for injectable therapy or possibly surgery.

Thank you for allowing me to participate in the care of your patient. If you have any questions or concerns regarding their care, please do not hesitate to call. I appreciate your ongoing expert care of their on going medical needs.

Kindest regards,

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

-----
Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

**BMI Plan**

BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 42.6 kg/m² as calculated from the following:
  Height as of this encounter: 1.651 m (5' 5").

Weight as of this encounter: 116.1 kg (256 lb).

Arthritis of right knee  (primary encounter diagnosis)
Plan: Large Joint Injection/Arthrocentesis: R knee

S/P revision of total knee, left

Patellar tendon rupture, left, subsequent encounter

Severe obesity (BMI >= 40) (CMS-HCC)

Nutritional counseling
Comment: Nutritional counseling performed.

**Goals**
None

Reasons for Referral(s):

Exercise encouragement: Dietary management education, guidance, and counseling (procedure)

Electronically signed by Zachary B Adler, MD at 2025-01-23T01:47:22Z

**Nursing Note by Sheri L Larios, MA at 01/22/2025 02:00 PM**

| | | |
|---|---|---|
| Author : Sheri L Larios, MA | Service: | Author Type : Medical Assistant |
| Filed : 01/22/2025 02:07 PM | Encounter Date : 01/22/2025 | Status : Signed |
| Editor : Sheri L Larios, MA (Medical Assistant) | | |

**Chief Complaint**

Patient presents with

- Consultation

    *Right knee pain*

Additional Details: Patient is here to follow up on large joint / Arthrocentesis injection to right knee received on 07/10/2024 . Pateint reports 75% improvement that lasted 6 months. Patient states pain is a 2/10 today. Patient would like to discuss large joint / Arthrocentesis  injection today. Patient has stared physical therapy last week for her right knee. Patient takes Tylenol and Tramadol for pain as needed .

Medication list changes/discrepancies: Medications current/updated per face to face interview with patient.  Not taking any additional medications.
Sheri L Larios, MA

Allergy list changes/discrepancies :

**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |

    *Moody irritable body aches*

- Paxil [Paroxetine Hydrochloride]

    *fatigue*

- Pravastatin

    *Leg aches?  Seemed better off this med*

MC_003456

- Prozac [Fluoxetine Hcl]  Agitation/Anxiety
  *Given this med postpartum 27 years ago*
- Zoloft [Sertraline Hcl]
  *ineffective*
- Codeine Camsylate  Nausea and Itching, Pruritus
  *Ok with food*
- Lipitor [Atorvastatin Calcium]  Myalgia
  *myalgias*
- Metoprolol Succinate [Metoprolol]  Fatigue
- Voltaren [Diclofenac Sodium]  Nausea
  *GI upset*
- Zocor [Simvastatin]
  *myalgias*

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sheri L Larios, MA at 2025-01-22T22:07:37Z

MC_003457

# 03/25/2025 - Lakewood Family Practice

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 03/25/2025 01:30:00 PM | 03/25/2025 02:00:00 PM | 397282427 |

| Hospital Area |
|---|
| Lakewood Family Practice |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003458

## MRI Lumbar Spine Without Contrast

| | |
|---|---|
| Impression | 2025-05-01T09:03:14.000 |
| | IMPRESSION: |
| | 1. Suggestion of presence of lumbosacral transitional vertebrae with lumbarized S1. 12 paired thoracic ribs are confirmed on a chest CT of 11/15/2012. Numbering is counted from above beginning with the first rib-free vertebrae as L1 to be consistent. Attention recommended if there is any future plans for intervention. |
| | 2. No MRI evidence of acute osseous abnormality of the lumbar spine identified. |
| | 3. Advanced degenerative disc at L1-L2 with obliteration of disc space associated with fusion of the vertebral bodies. |
| | 4. Mild to moderate degenerative disc within the remaining lumbar levels most prominent at L4-L5 and L5-S1. |
| | 5. Combination of spondylosis, ligamentum flavum complex hypertrophy, and facet nephropathy resulting in moderate spinal canal narrowing and moderate bilateral neural foraminal stenoses at L4-L5 and L5-S1. |
| | 6. Also mild neural foraminal stenoses at L1-L2, L2-L3, and L3-L4. |
| | 7. Chronic degenerative 4 mm retrolisthesis of L1 over L2, 3 mm anterolisthesis of L4 over L5, and 4 mm anterolisthesis of L5 over S1. |
| | ....... |
| | Providers: To speak with a TRA radiologist, call (253)761-4200. |
| | Patient: For further result information, please contact ordering provider. |
| | Comment: |
| Narrative | 2025-05-01T09:03:14.000 |
| | MRI OF THE LUMBAR SPINE WITHOUT CONTRAST |
| | CLINICAL INFORMATION: limited ability to walk due to back pain;Low back pain, symptoms persist with > 6wks conservative treatment |
| | COMPARISON: Lumbar spine radiograph 1/8/2025. |
| | TECHNIQUE: MRI lumbar spine was performed. The following sequences were obtained: Multiplanar T1, T2, and sagittal STIR without intravenous contrast. |
| | FINDINGS: |
| | Suggestion of presence of lumbosacral transitional vertebrae with lumbarized S1. 12 paired thoracic ribs are confirmed on a chest CT of 11/15/2012. Numbering is counted from above beginning with the first rib-free vertebrae as L1 to be consistent. |
| | Alignment: Chronic degenerative 4 mm retrolisthesis of L1 over L2, 3 mm anterolisthesis of L4 over L5, and 4 mm anterolisthesis of L5 over S1. |
| | Marrow: Marrow signal is normal.. Vertebral body heights are preserved. |

MC_003459

Disc: Advanced degenerative disc at L1-L2 with obliteration of disc space associated with fusion of the vertebral bodies. Mild-to-moderate degenerative change of the remaining disc with slight loss of disc height and disc desiccation most prominent at L4-L5, L5-S1.

Spinal cord: Conus medullaris terminates normally at the level of L1. Lumbar spinal cord and cauda equina are normal configuration and signal characteristic.

Prevertebral space: Unremarkable.

Extraspinal: Unremarkable.

Axial interbody analysis:

T12-L1: Tiny posterior disc bulge. Mild ligamentum flavum complex thickening and facet arthropathy. No significant disc herniation, spinal canal narrowing, or neural foraminal stenosis.

L1-L2: Small posterior disc bulge. Mild ligamentum flavum complex thickening and facet arthropathy. There are mild bilateral neural foraminal stenoses with partial effacement of perineural fat. No significant spinal canal narrowing.

L2-L3: Tiny posterior disc bulge. Mild ligamentum flavum complex thickening and facet arthropathy. There are mild bilateral neural foraminal stenoses with partial effacement of perineural fat. No significant spinal canal narrowing.

L3-L4: Mild ligamentum flavum complex thickening and facet arthropathy. There are mild bilateral neural foraminal stenoses with partial effacement of perineural fat. No significant spinal canal narrowing.

L4-L5: Posterior disc uncovering. Small posterior disc bulge. Moderate ligamentum flavum complex thickening and facet arthropathy. This results in moderate spinal canal narrowing associated with partial obliteration of surrounding CSF and partial crowding of nerve roots. . There are mild bilateral neural foraminal stenoses with partial effacement of perineural fat. AP spinal canal diameter measures approximately 7 mm.

L5-S1: Posterior disc uncovering.Small posterior disc bulge. Moderate ligamentum flavum complex thickening and facet arthropathy. This results in moderate spinal canal narrowing associated with partial obliteration of surrounding CSF and partial crowding of nerve roots. . There is moderate bilateral neural foraminal stenoses with obliteration of perineural fat. AP spinal canal diameter measures approximately 7 mm.

S1-S2: Moderate ligamentum flavum complex thickening and facet arthropathy. No significant disc herniation, spinal canal narrowing, or neural foraminal stenosis.

Comment:

MC_003460

Linda J Larocque is a 67 yo w/ chronic pain syndrome and depression here today w/ the following concerns

My chart concerns leading to this appointment
Called and spoke with patient states she is not doing well
having back pain appointment made for 3/25 @ 1:30 , she
says been going on since February . Not able to stand
for any length of time , patient crying and states they are
moving she will miss her grd son . She is having trouble
with depression no need to squeeze her in today
tomorrow works for her. She has her husband there with
her .
I've been having issues with my urine smelling very off these past 6 weeks or so. It is causing me extreme pain in my
middle to lower back. I can only stand for a few minutes without having to constantly sit and is continuing to feel worse.

Interval hx
Saw dr. Adler 1/2025 and got a cortisone shot knee

Today
Follow-up chronic back pain no previous surgeries
Using walker or cane regularly
Pt has been in pt now weekly since 1/26 for weeks now
They are working on strengthening her leg
She does not feel making much progress
Can't walk very far at all  and is very disabled
Pain does not radiate down either leg
No numbness or tingling in her legs
Although patient has knee joint arthritis she feels it is not the knee pain that stopping her from being able to continue
walking she has been working with Dr. Adler she needs knee joint replacement but she needs to lose weight first


Noting urine odor for 3 mo that is new for her
No classic uti sx

Fu dm trying to make lower calorie food choices
Salads and baked chicken yogurt protein shakes at costco
She did stop ozempic due to cost
Not checking bs at home
No foot problems
Last eye exam last year with dr. Heney




## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4 | 160 Tablet | 2 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 2 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | 30 Tablet | 1 |

MC_003461

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 2 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 1 |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. | 90 Tablet | 3 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 100 Tablet | 1 |
| • Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector | Inject 2 mg under the skin every week. E11.59 | 3 mL | 11 |
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. | | |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) In each nostril (2 mg total); repeat in 3-5 minutes.. | 1 Kit | 0 |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. | 1 Each | 0 |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each | 0 |

No current facility-administered medications on file prior to visit.

MC_003462

## Patient Active Problem List

### Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (Multi-HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS-HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (Multi-HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (Multi-HCC)
- Equivocal stress test
- PSVT (paroxysmal supraventricular tachycardia) (HHS-HCC)
- Retinal tear of left eye
- Status post total left knee replacement
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS-HCC)
- Opioid use with opioid-induced disorder (Multi-HCC)

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above
Vital signs noted
general no acute distress
Ms tearful about the departure this weekend of her grandson to move to Utah but excited about being able to  have her whole house to her and her husband for years she has had family members living with her
Back sitting comfortably with no pain behaviors
Negative straight leg sign
Motor strength to resistive testing was normal
No foot drop
Sensation intact to light touch
Reviewed her MRI from 2010 which showed mild spinal stenosis of the lumbar spine at 2 levels

(M48.061) Degenerative lumbar spinal stenosis  (primary encounter diagnosis)
Comment:
Plan: MRI Lumbar Spine Without Contrast


(E11.9) Diabetes mellitus without complication (Multi-HCC)
Comment:
Plan: CBC WITH DIFF, COMPREHEN METABOLIC PANEL, LIPID
     PANEL, HEMOGLOBIN A1C, MICROALBUMIN UR RANDOM

MC_003463

(K75.81) NASH (nonalcoholic steatohepatitis)
Comment:
Plan: COMPREHEN METABOLIC PANEL


Patient's gait is significantly limited she is having trouble even walking around her house  walking to the curb etc
She was able to walk from the parking lot to the our office using a walker
Pain stops her and she is then better after resting in bed and is able to proceed further
She is failing conservative management with physical therapy
I am recommending that she obtain an MRI of her lumbar spine
Congratulated patient on her efforts at weight loss
We discussed reducing her portion sizes now that she is making good food choices
Also we think it would be easier to keep sweets out of the house now that family has moved out
Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 2025-03-26T00:50:21Z

**Nursing Note by Sarah A Tryon, LVN/LPN at 03/25/2025 01:30 PM**

| Author : Sarah A Tryon, LVN/LPN | Service: | Author Type : Licensed Practical Nurse |
|---|---|---|
| Filed : 03/25/2025 05:58 PM | Encounter Date : 03/25/2025 | Status : Signed |
| Editor : Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |


**Chief Complaint**

Patient presents with

• Back Pain


Additional Details: here  for  low  back pain states she is  unable  to  stand  for  very  long , and  has  to  sit , and having  right  knee  trouble  also , she  is  depressed  kids  have  moved  out and  grd  child  moving  to  another state has  her  upset  and  crying  a lot .

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only


Electronically signed by Sarah A Tryon, LVN/LPN at 2025-03-26T00:58:09Z

MC_003464

# 04/02/2025 - Pulse Heart Institute Tacoma

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | Admitting Provider |
|---|---|
| | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 04/02/2025 12:45:00 PM | 04/02/2025 01:00:00 PM | 383262734 |

| Hospital Area |
|---|
| Pulse Heart Institute Tacoma |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|
| | |

MC_003465

| | | |
|---|---|---|
| Author : Daniel R Guerra, MD | Service: Cardiology - Interventional | Author Type : Physician |
| Filed : 04/02/2025 01:18 PM | Encounter Date : 04/02/2025 | Status : Signed |
| Editor : Daniel R Guerra, MD (Physician) | | |

## CARDIOVASCULAR OFFICE VISIT & FOLLOW-UP

**PATIENT NAME:**   Linda J Larocque
**PRIMARY CARE:**   Rachel D Dawson, MD
**REFERRED BY:**    Rachel D Dawson, MD

I had the pleasure of seeing Linda J Larocque for cardiovascular follow-up. I have placed my impression and plan immediately following this paragraph for your ease of reference.

**ASSESSMENT:**
Linda J Larocque is a 67 year old female who is here for follow up. The patient seems stable from a cardiac standpoint. She has known coronary artery disease which is a stable chronic illness. Her Canadian Cardiovascular Society (CCS) angina classification is 0 (asymptomatic). The patient's blood pressure is 118/72 mmHg. She has known hypertension which is a stable chronic illness. The patient's blood pressure is great today. She has known high cholesterol (hyperlipidemia) which is a stable chronic illness. She is tolerating 20 mg of rosuvastatin and her last lipids were improved. She has a history of paroxysmal supraventricular tachycardia and denies any prolonged symptoms recently. She has a history of HFmrEF and her most recent EF is low normal. She may be having knee surgery later this year.

**PLAN:**
- Continue current cardiac medications at current doses.
- I encouraged the patient to follow a heart healthy diet, increase her physical activity, and try to lose weight.
- OK to proceed with knee surgery without further cardiac evaluation.
- Yearly follow up with me is fine, or sooner if problems arise.

---

**CARDIOVASCULAR PROBLEM LIST (PAST MEDICAL & SURGICAL HISTORY):**
- Coronary artery disease
Left heart catheterization 11/3/21: moderate non flow-limiting RCA disease confirmed by iFR
- Hypertension
- Hyperlipidemia
Leg aching with pravastatin
Statin intolerance in the past
- Diabetes mellitus type 2
- Heart failure with mildly reduced ejection fraction, improved
- Left bundle branch block
- Paroxysmal supraventricular tachycardia, evaluated by Dr. Rome 12/2021
- Dyspnea on exertion
- Medically significant obesity

**CARDIOVASCULAR MEDICINE & RADIOLOGY STUDIES:**
- 8/30/21-9/28/21 KOH: 4 automatically triggered events. One episode of supraventricular tachycardia at 158 bpm noted that lasted 58 seconds. One 6 beat run of ventricular tachycardia noted.  Patient triggered events (4) revealed sinus rhythm or sinus tachycardia.
- 10/4/21 cardiac PET nuclear stress test: medium area of moderate in severity, fixed defect in the inferoseptal, anteroseptal and apical segments. Quantitative findings: SRS (Sum Rest Score): 9, SSS (Sum Stress Score): 9, SDS (Sum Difference Score): 0, Total perfusion defect is 11%. Gated left ventricular systolic function at rest was 53% and stress was 54%
- 6/15/22 limited echocardiogram: left ventricular chamber size is mildly enlarged, LVEF is between 45-50%, paradoxical septal motion consistent with a left bundle branch block, mild concentric LVH with mild mitral and tricuspid valve regurgitation and no evidence of elevated pulmonary systolic pressure
- 3/20/25 echocardiogram: visual EF 50 to 55%, 3D EF 55%, mild diastolic dysfunction, no signficant valvular disease

*I personally reviewed, updated, and summarized the results of the unique tests noted above.*

**CHIEF COMPLAINT:** Coronary Artery Disease and Follow Up On Diagnostic Testing

**SUBJECTIVE & HISTORY OF PRESENT ILLNESS:**
Linda J Larocque is a 67 year old female presenting for follow up. She had a recent echocardiogram that revealed a low

normal EF, which has improved compared to prior studies. I reviewed the echocardiogram images personally and discussed the results with the patient in detail.

Today Linda tells me she has been about the from a cardiac standpoint. She denies any symptoms of chest discomfort at rest or with exertion or unusual dyspnea on exertion. She lost over 20 lbs on Ozempic but she can no longer afford it and she has gained a few pounds back. She has had occasional "blips" of palpitations but nothing severe or prolonged. She was happy to hear her echocardiogram results.


**CURRENT OUTPATIENT MEDICATIONS:**


Current Outpatient Medications

| Medication | Sig |
| --- | --- |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. |
| • Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector | Inject 2 mg under the skin every week. E11.59 |
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago |

No current facility-administered medications for this visit.


**ALLERGIES:**


Patients documented allergies

| Allergen | Reactions |
| --- | --- |

- Pioglitazone Hydrochloride        Palpitations
- Effexor [Venlafaxine]
  - *Moody irritable body aches*
- Paxil [Paroxetine Hydrochloride]
  - *fatigue*
- Pravastatin
  - *Leg aches? Seemed better off this med*
- Prozac [Fluoxetine Hcl]        Agitation/Anxiety
  - *Given this med postpartum 27 years ago*
- Zoloft [Sertraline Hcl]
  - *ineffective*
- Codeine Camsylate        Nausea and Itching, Pruritus
  - *Ok with food*
- Lipitor [Atorvastatin Calcium]        Myalgia
  - *myalgias*
- Metoprolol Succinate [Metoprolol]        Fatigue
- Voltaren [Diclofenac Sodium]        Nausea
  - *Gi upset*
- Zocor [Simvastatin]
  - *myalgias*

**SOCIAL HISTORY:**
Social History

| Tobacco Use | |
| --- | --- |
| Smoking Status | Never |
| • Passive exposure: | Never |
| Smokeless Tobacco | Never |

*Pertinent additional social history, family history, and review of systems is documented in the history of present illness section of this record as well as in the electronic medical records separately.*

**PHYSICAL EXAMINATION:**
BP 118/72 | Pulse 94 | Ht 5' 6" (1.676 m) | Wt 255 lb (115.667 kg) | SaO2 98%
Body mass index is 41.16 kg/m².
NECK: No elevation of jugular venous pressure.
CARDIOVASCULAR:
      AUSCULTATION: Regular. No murmur.
RESPIRATORY: Normal respiratory effort. No crackles.
EXTREMITIES: No significant right lower extremity edema. No significant left lower extremity edema.

**LABS:**

Lab Results

| Component | Value | Date/Time |
| --- | --- | --- |
| NA | 138 | 11/15/2024 10:50 AM |
| K | 4.4 | 11/15/2024 10:50 AM |
| CL | 110 (H) | 11/15/2024 10:50 AM |
| CO2 | 22 | 11/15/2024 10:50 AM |
| BUN | 17 | 11/15/2024 10:50 AM |

MC_003468

| | | |
|---|---|---|
| CREA | 0.77 | 11/15/2024 10:50 AM |
| CREA | 0.70 | 04/02/2024 09:17 AM |
| GLU | 125 (H) | 11/15/2024 10:50 AM |

## Lab Results

| Component | Value | Date/Time |
|---|---|---|
| WBC | 6.29 | 04/02/2024 09:17 AM |
| HGB | 14.5 | 04/02/2024 09:17 AM |
| HCT | 44.0 | 04/02/2024 09:17 AM |
| HCT | 29.4 (L) | 12/08/2023 02:28 AM |
| PLT | 430 | 04/02/2024 09:17 AM |
| INR | 0.92 | 11/05/2009 03:23 PM |
| TSH | 2.1 | 08/17/2010 08:54 AM |

## Lab Results

| Component | Value | Date |
|---|---|---|
| CHO | 161 | 04/02/2024 |
| LDLC | 75 | 04/02/2024 |
| HDLC | 58 | 04/02/2024 |
| TRIGC | 142 | 04/02/2024 |
| SGPT | 16 | 04/02/2024 |
| SGOT | 19 | 04/02/2024 |

*I personally reviewed the results of the unique laboratory tests documented in this progress note.*

**ELECTROCARDIOGRAM (ECG):**
The patient did not have a new ECG performed this visit.

Please see the assessment and plan at the beginning of this progress note.

Sincerely,

Daniel R Guerra, MD FACC
Interventional Cardiology

Innovative Heart & Vascular Health Care
www.pulseheartinstitute.org
Puget Sound (253) 572-7320
Inland Northwest (509) 755-5500

**PATIENT NAME:** **Linda J Larocque**
**DATE OF BIRTH:** 2/9/1958
**EPIC MRN:** 172930

Electronically signed by Daniel R Guerra, MD at 2025-04-02T20:18:18Z

**Nursing Note by Nicole B Syharath, MA at 04/02/2025 12:45 PM**

| | | |
|---|---|---|
| Author : Nicole B Syharath, MA | Service: | Author Type : Medical Assistant |
| Filed : 04/02/2025 12:41 PM | Encounter Date : 04/02/2025 | Status : Signed |
| Editor : Nicole B Syharath, MA (Medical Assistant) | | |

Patient did echeckin, all meds current. Patient does not need any refills at this time.

Electronically signed by Nicole B Syharath, MA at 2025-04-02T19:41:07Z

MC_003470

# 06/11/2025 - Lab - Lakewood

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Larocque, Linda,J | 172930 | xxx-xx-xxxx | Female | 02/09/1958 |

| Address | Phone | E-mail | |
|---|---|---|---|
| 6824 S PARK AVE<br>TACOMA WA<br>98408-5509 | 253-273-7247 (M) | lynlarock@gmail.com | |

| PCP |
|---|
| Rachel D Dawson, MD |

**Admission Information**

| Attending Provider | | Admitting Provider |
|---|---|---|
| Rachel D Dawson, MD | | |

| Admission Date/Time | Discharge Date/Time | Encounter# |
|---|---|---|
| 06/11/2025 10:45:51 AM | 06/11/2025 11:59:00 PM | 407959997 |

| Hospital Area |
|---|
| Lab - Lakewood |

**Primary Coverage**

| Group Number | Subscriber ID |
|---|---|

MC_003471

## Lab

| Component | Value | Unit | Reference Range | Flag | Comment | Date |
|---|---|---|---|---|---|---|
| WBC | 7.48 | K/uL | 4.00 - 12.00 K/uL | | | 2025-06-11T10:45:00.000 |
| RBC | 5.11 | mil/uL | 4.00 - 5.50 mil/uL | | | 2025-06-11T10:45:00.000 |
| Hgb | 15.6 | g/dL | 12.0 - 16.0 g/dL | | | 2025-06-11T10:45:00.000 |
| Hct | 46.3 | % | 37 - 47 % | | | 2025-06-11T10:45:00.000 |
| MCV | 90.6 | fL | 80 - 98 fL | | | 2025-06-11T10:45:00.000 |
| MCH | 30.5 | pg | 27 - 33 pg | | | 2025-06-11T10:45:00.000 |
| MCHC | 33.7 | g/dL | 32 - 37 g/dL | | | 2025-06-11T10:45:00.000 |
| RDW | 12.2 | % | 11.5 - 15.0 % | | | 2025-06-11T10:45:00.000 |
| Plt | 433 | K/uL | 150 - 450 K/uL | | | 2025-06-11T10:45:00.000 |
| Differential type | Automated | | | | | 2025-06-11T10:45:00.000 |
| Abs neuts | 5.05 | K/uL | 1.80 - 7.80 K/uL | | | 2025-06-11T10:45:00.000 |
| Abs immature grans | 0.03 | K/uL | 0.00 - 0.07 K/uL | | | 2025-06-11T10:45:00.000 |
| Abs lymphs | 1.76 | K/uL | 0.80 - 3.30 K/uL | | | 2025-06-11T10:45:00.000 |
| Abs monos | 0.51 | K/uL | 0.10 - 1.00 K/uL | | | 2025-06-11T10:45:00.000 |
| Abs eos | 0.09 | K/uL | 0.00 - 0.40 K/uL | | | 2025-06-11T10:45:00.000 |
| Abs basos | 0.04 | K/uL | 0.00 - 0.20 K/uL | | | 2025-06-11T10:45:00.000 |
| Abs NRBCs | 0 | K/uL | 0.00 | | | 2025-06-11T10:45:00.000 |
| Neuts | 67.6 | % | | | | 2025-06-11T10:45:00.000 |
| Immature grans | 0.4 | % | 0.0 - 0.9 % | | | 2025-06-11T10:45:00.000 |
| Lymphs | 23.5 | % | | | | 2025-06-11T10:45:00.000 |
| Monos | 6.8 | % | | | | 2025-06-11T10:45:00.000 |
| Eos | 1.2 | % | | | | 2025-06-11T10:45:00.000 |
| Basos | 0.5 | % | | | | 2025-06-11T10:45:00.000 |
| NRBC | 0 | % | 0.0 | | | 2025-06-11T10:45:00.000 |
| Na | 136 | mmol/L | 135 - 145 mmol/L | | | 2025-06-11T10:45:00.000 |
| K | 4.5 | mmol/L | 3.6 - 5.3 mmol/L | | | 2025-06-11T10:45:00.000 |
| Cl | 104 | mmol/L | 98 - 109 mmol/L | | | 2025-06-11T10:45:00.000 |
| CO2 | 22 | mmol/L | 21 - 32 mmol/L | | | 2025-06-11T10:45:00.000 |
| Anion gap w/o K | 10 | | 4 - 12 | | | 2025-06-11T10:45:00.000 |
| BUN | 19 | mg/dL | 8 - 24 mg/dL | | | 2025-06-11T10:45:00.000 |

MC_003472

| Test | Result | Units | Reference Range | Flag | Notes | Date |
|---|---|---|---|---|---|---|
| Creatinine | 0.73 | mg/dL | 0.6 - 1.2 mg/dL | | | 2025-06-11T10:45:00.000 |
| eGFR | 90 | mL/min/1.73 m2 | >59 | | eGFR calculated by CKD-EPI (2021) Equation | 2025-06-11T10:45:00.000 |
| Glucose | 141 | mg/dL | 65 - 120 mg/dL | High | | 2025-06-11T10:45:00.000 |
| SGOT/AST | 24 | IU/L | 5 - 40 IU/L | | | 2025-06-11T10:45:00.000 |
| Alk Phos | 67 | IU/L | 28 - 126 IU/L | | | 2025-06-11T10:45:00.000 |
| SGPT/ALT | 25 | IU/L | 6 - 60 IU/L | | | 2025-06-11T10:45:00.000 |
| Bilirubin total | 0.8 | mg/dL | 0.2 - 1.4 mg/dL | | | 2025-06-11T10:45:00.000 |
| Protein, Total | 7.8 | g/dL | 6.1 - 7.8 g/dL | | | 2025-06-11T10:45:00.000 |
| Albumin | 4.3 | g/dL | 3.2 - 5.0 g/dL | | | 2025-06-11T10:45:00.000 |
| Globulin (calc) | 3.5 | g/dL | 2.0 - 4.5 g/dL | | | 2025-06-11T10:45:00.000 |
| A:G Ratio | 1.2 | | >1.0 | | | 2025-06-11T10:45:00.000 |
| Calcium | 10.3 | mg/dL | 8.5 - 10.5 mg/dL | | | 2025-06-11T10:45:00.000 |
| Cholesterol, Total | 165 | mg/dL | <200 | | | 2025-06-11T10:45:00.000 |
| Triglycerides | 153 | mg/dL | <150 | High | | 2025-06-11T10:45:00.000 |
| HDL | 53 | mg/dL | 40 - 59 mg/dL | | | 2025-06-11T10:45:00.000 |
| LDLC | 81 | mg/dL | <100 | | The reference ("normal") range for the LDL cholesterol test in adults has been lowered to <100 to reflect National Cholesterol Education Program ATP III guidelines.<br><br>Goal LDL Cholesterol by risk category per NCEP ATEP III Guidelines in adults:<br>CHD and CHD risk equivalents: <100 mg/dL<br>Multiple (2+) risk factors: <130 mg/dL<br>Zero to one risk factor: <160 mg/dL | 2025-06-11T10:45:00.000 |
| Non HDL cholesterol | 112 | mg/dL | <130 | | | 2025-06-11T10:45:00.000 |
| Chol/HDL ratio | 3.11 | | | | | 2025-06-11T10:45:00.000 |
| Trig interpretation | Borderline High 150-199 | | | | High 200-499<br>Very High >499 | 2025-06-11T10:45:00.000 |
| Fasting | Yes | | | | | 2025-06-11T10:45:00.000 |
| Hemoglobin A1C | 6.5 | % | <5.7 | High | HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing. | 2025-06-11T10:45:00.000 |
| Est average glucose | 140 | mg/dL | | | Est average glucose = estimated average glucose. New term and calculation recommended by ADA for more accurate average glucose and better correlation with glucometer values. | 2025-06-11T10:45:00.000 |
| Microalb/creat ratio | 12 | mg/g creat | 0 - 30 mg/g creat | | | 2025-06-11T10:45:00.000 |

MC_003473

| | | | | |
|---|---|---|---|---|
| Creatinine, Urine | 181.98 | mg/dL | The random urine creatinine is provided for your information. Do not recalculate the microalbumin/creatinine ratio. | 2025-06-11T10:45:00.000 |

MC_003474