# EXHIBIT 5

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 437093013

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 1/20/2026 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | |
| | Tacoma WA 98408-5509 | |

**Telephone Information:**
| | |
|---|---|
| Home Phone | Not on file. |
| Work Phone | Not on file. |
| Mobile | 253-273-7247 |

| | |
|---|---|
| **SSN:** | xxx-xx-5145 |
| **Age:** | 68 year old |
| **DOB:** | 2/9/1958 (67 yrs) |
| **Sex:** | female |
| **Marital Status:** | Married |

**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

---

### Guarantor Information

| | | | | |
|---|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | | **Acct Type:** | |
| **Guarantor Name:** | | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | | |
| **Guarantor's Employer:** | | | | |
| **Work Phone:** | | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | SCAN MEDADVANTAGE HMO | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | H4026M |
| **Subscriber DOB:** | | **Ins ID#:** | 40081746801 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Accident Information

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 1/20/2026 |

MC_003540

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Tramadol SAFEWAY PHARMACY #1594 - TACOMA, WA ); onset date 1/20/2026
- Rx Refill Center - Control Medication, onset date 1/20/2026
- Rx Refill Center - No Pcp Listed In Epic, onset date 1/20/2026

#### Visit Diagnoses

- (primary)
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.379]
- Opioid dependence with opioid-induced disorder (Multi-HCC) [F11.29]

### Visit Information

#### Provider Information

##### Encounter Provider

Jennifer L Reed, ARNP

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 1/20/2026 12:31 PM | Jennifer L Reed, ARNP | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Tia N Youngchild at 1/21/2026 1030

| | | |
|---|---|---|
| Author: Tia N Youngchild | Service: Pharmacy | Author Type: — |
| Filed: 1/21/2026 10:31 AM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Tia N Youngchild | | |

## Pharmacy Refill Center Support Note
## Controlled Substance
## No PCP

## Back Office Staff - Clinical Follow Up:
*There is no back office staff staging for this refill request.*
**Route** *message to PCP*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

MC_003541

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

Clinical Notes (continued)

### *PRC Case Review*
*Last prescribed by Jennifer L Reed, ARNP  on 12-23-2025*
*Last dispensed: 12-23-2025*
*Last encounter with Selected No PCP:  Visit date not found*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*
Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/05/2025 | 0.61 | 0.6 - 1.2 mg/dL | Final |

eGFR

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/05/2025 | 98 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Tia N Youngchild at 1/21/2026 10:31 AM

### Telephone Encounter by Tia N Youngchild at 1/21/2026 1031

| Author: Tia N Youngchild | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 1/21/2026 10:31 AM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Tia N Youngchild | | |

Pending Prescriptions:            Disp  Refills
  traMADol (ULTRAM) 50 MG Tab       60 Tab*0
Sig: Take 1 Tablet by mouth twice daily as needed for
     pain.

--------------------------------------------------------

Electronically signed by Tia N Youngchild at 1/21/2026 10:31 AM

### Telephone Encounter by Ajanae C Gray at 1/21/2026 1126

| Author: Ajanae C Gray | Service: — | Author Type: — |
|---|---|---|
| Filed: 1/21/2026 11:26 AM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Ajanae C Gray | | |

## Requested Prescriptions

Pending Prescriptions

| | Disp | Refills |
|---|---|---|
| • traMADol (ULTRAM) 50 MG Tab | 60 Tablet | 0 |

Sig: Take 1 Tablet by mouth twice daily as needed for pain.

Electronically signed by Ajanae C Gray at 1/21/2026 11:26 AM

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 3

Printed by 403528 at 2/12/26 4:51 PM

MC_003542

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

---

### Telephone Encounter by Ajanae C Gray at 1/21/2026 1126

| Author: Ajanae C Gray | Service: — | Author Type: — |
|---|---|---|
| Filed: 1/21/2026 11:26 AM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Ajanae C Gray | | |

| Pending Prescriptions: | Disp | Refills |
|---|---|---|
| traMADol (ULTRAM) 50 MG Tab | 60 Tab*0 | |

Sig: Take 1 Tablet by mouth twice daily as needed for pain.

---

Electronically signed by Ajanae C Gray at 1/21/2026 11:26 AM

### Telephone Encounter by Jennifer L Reed, ARNP at 1/21/2026 1448

| Author: Jennifer L Reed, ARNP | Service: Family Medicine | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 1/21/2026 2:48 PM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Jennifer L Reed, ARNP (Nurse Practitioner) | | |

| Signed Prescriptions: | Disp | Refills |
|---|---|---|
| traMADol (ULTRAM) 50 MG Tab | 60 Tab*0 | |

Sig: Take 1 Tablet by mouth twice daily as needed for pain.
Authorizing Provider: REED, JENNIFER L

---

Electronically signed by Jennifer L Reed, ARNP at 1/21/2026 2:48 PM

**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
|---|---|
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
|---|---|
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 4

Printed by 403528 at 2/12/26 4:51 PM

MC_003543

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 11/26/2025
Refill: 1 refill by 11/26/2026

Ordered on: 11/26/2025
Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Maria Christina Dajoyag-Maplii, MD
Start date: 11/30/2025
Quantity: 100 Tablet

Discontinued on: 2/9/2026

Ordered on: 11/30/2025
End date: 2/9/2026
Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Jing Weng, ARNP
Start date: 12/3/2025
Quantity: 180 Capsule

Discontinued on: 2/9/2026

Ordered on: 12/3/2025
End date: 2/9/2026
Refill: No refills remaining

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 5

Printed by 403528 at 2/12/26 4:51 PM

MC_003544

## 01/20/2026 - MyChart Rx Refill In Lakewood Family Practice (continued)

**Medication List (continued)**

### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 1/21/2026 |
| Start date: 1/21/2026 | End date: 2/9/2026 |
| Quantity: 60 Tablet | Refill: No refills remaining |

**Stopped In Visit**

None

**Medication Comment**

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results

(Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool<br>(supporting Jennifer L Reed, ARNP) | 1/20/2026 12:31 PM |

## Refills have been requested for the following medications:

traMADol (ULTRAM) 50 MG Tab [Jennifer Reed, ARNP]

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 6

Printed by 403528 at 2/12/26 4:51 PM

MC_003545

## Preferred Pharmacy (continued)

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

Medication renewals requested in this message routed separately:

alprazolam (XANAX) 0.25 MG Tab [Charlotte Haley, MD]

## Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 7

Printed by 403528 at 2/12/26 4:51 PM

MC_003546

---

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:**   172930
                                             **CSN:**   437093012

---

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 1/20/2026 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request; Rx Refil*
                                   **Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

| Home Address: | 6824 S Park Ave |  | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### *Guarantor Information*

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

---

### *Primary Insurance*

| Name of Insurance: | SCAN MEDADVANTAGE HMO | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | H4026M |
| Subscriber DOB: | | Ins ID#: | 40081746801 |
| Pt Relationship to Sub: | Self | | |

---

### *Secondary Insurance*

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### *Accident Information*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 8          Printed by 403528 at 2/12/26 4:51 PM

MC_003547

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Xanax SAFEWAY PHARMACY #1594 - TACOMA, WA ); onset date 1/20/2026
- Rx Refill Center - Control Medication, onset date 1/20/2026
- Rx Refill Center - No Pcp Listed In Epic, onset date 1/20/2026

#### Visit Diagnoses

- (primary)
- Panic disorder [F41.0]
- Benzodiazepine dependence (Multi-HCC) [F13.20]

### Visit Information

#### Provider Information

##### Encounter Provider

Charlotte A Haley, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 1/20/2026 12:31 PM | Charlotte A Haley, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Tia N Youngchild at 1/21/2026 1029

| | | |
|---|---|---|
| Author: Tia N Youngchild | Service: Pharmacy | Author Type: — |
| Filed: 1/21/2026 10:30 AM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Tia N Youngchild | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**
**No PCP**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 9

Printed by 403528 at 2/12/26 4:51 PM

MC_003548

**01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)**

Clinical Notes (continued)

### PRC Case Review
*Last prescribed by* Charlotte A Haley, MD *on 10-15-2025*
*Last dispensed: 10-16-2025*
*Last encounter with Selected No PCP: Visit date not found*
*Next appointment with PCP: Visit date not found*

### Renal Function:
**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/05/2025 | 0.61 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/05/2025 | 98 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Tia N Youngchild at 1/21/2026 10:30 AM

**Telephone Encounter by Tia N Youngchild at 1/21/2026 1030**

Author: Tia N Youngchild          Service: Pharmacy          Author Type: ---
Filed: 1/21/2026 10:30 AM         Encounter Date: 1/20/2026  Status: Signed
Editor: Tia N Youngchild

Pending Prescriptions:          Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab      15 Tab*
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety. Must last 3 months

------------------------------------------------------------

Electronically signed by Tia N Youngchild at 1/21/2026 10:30 AM

**Telephone Encounter by Ajanae C Gray at 1/21/2026 1126**

Author: Ajanae C Gray          Service: ---          Author Type: ---
Filed: 1/21/2026 11:26 AM      Encounter Date: 1/20/2026   Status: Signed
Editor: Ajanae C Gray

## Requested Prescriptions

| Pending Prescriptions | Disp | Refills |
|------------------------|------|---------|
| • alprazolam (XANAX) 0.25 MG Tab | 15 Tablet | |

Sig: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

Electronically signed by Ajanae C Gray at 1/21/2026 11:26 AM

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW           Visit date: 1/20/2026
LAKEWOOD WA 98499-2767

Page 10                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003549

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

---

#### Telephone Encounter by Ajanae C Gray at 1/21/2026 1126

| | | |
|---|---|---|
| Author: Ajanae C Gray | Service: — | Author Type: — |
| Filed: 1/21/2026 11:26 AM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Ajanae C Gray | | |

Pending Prescriptions:        Disp   Refills
  alprazolam (XANAX) 0.25 MG Tab       15 Tab*
Sig: Take 1 Tablet by mouth three times a day as needed
     for anxiety. Must last 3 months

-------------------------------------------------------

Electronically signed by Ajanae C Gray at 1/21/2026 11:26 AM

---

#### Telephone Encounter by Jennifer L Reed, ARNP at 1/21/2026 1533

| | | |
|---|---|---|
| Author: Jennifer L Reed, ARNP | Service: Family Medicine | Author Type: Nurse Practitioner |
| Filed: 1/21/2026 3:33 PM | Encounter Date: 1/20/2026 | Status: Signed |
| Editor: Jennifer L Reed, ARNP (Nurse Practitioner) | | |

Signed Prescriptions:        Disp   Refills
  alprazolam (XANAX) 0.25 MG Tab       15 Tab*0
Sig: Take 1 Tablet by mouth three times a day as needed
     for anxiety. Must last 3 months
Authorizing Provider: REED, JENNIFER L

-------------------------------------------------------

Electronically signed by Jennifer L Reed, ARNP at 1/21/2026  3:33 PM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

---

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 1/20/2026
LAKEWOOD WA 98499-2767

Page 11                                        Printed by 403528 at 2/12/26  4:51 PM

MC_003550

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023
Start date: 12/14/2023 | Quantity: 1 Kit
Refill: No refills remaining

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025
Start date: 5/1/2025 | Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025
Start date: 7/31/2025 | End date: 2/9/2026
Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025
Start date: 10/7/2025 | End date: 2/9/2026
Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025
Start date: 11/26/2025 | Quantity: 90 Tablet
Refill: 1 refill by 11/26/2026

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 11/30/2025
Start date: 11/30/2025 | End date: 2/9/2026
Quantity: 100 Tablet | Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025
Start date: 12/3/2025 | End date: 2/9/2026
Quantity: 180 Capsule | Refill: No refills remaining

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 12

Printed by 403528 at 2/12/26 4:51 PM

MC_003551

## 01/20/2026 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 1/21/2026 |
| Start date: 1/21/2026 | End date: 2/9/2026 |
| Quantity: 15 Tablet | Refill: No refills remaining |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 1/21/2026 |
| Start date: 1/21/2026 | End date: 2/9/2026 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results                                                                      (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

#### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool<br>(supporting Charlotte A Haley, MD) | 1/20/2026 12:31 PM |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 13

Printed by 403528 at 2/12/26 4:51 PM

MC_003552

## Preferred Pharmacy (continued)

### Messages (continued)

Refills have been requested for the following medications:

alprazolam (XANAX) 0.25 MG Tab [Charlotte Haley, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

Medication renewals requested in this message routed separately:

traMADol (ULTRAM) 50 MG Tab [Jennifer Reed, ARNP]

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/20/2026

Page 14                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003553

___

## 01/15/2026 - Appointment in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 424744155

___

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 1/15/2026 | | | No service for | |

**Admitting Physician:**                    **Chief Complaint:**
                                            **Adm Dx:**

Gestational Age: <None>

___

### *Patient Information*

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

___

### *Guarantor Information*

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

___

### *Primary Insurance*

| Name of Insurance: | SCAN MEDADVANTAGE HMO | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | H4026M |
| Subscriber DOB: | | Ins ID#: | 40081746801 |
| Pt Relationship to Sub: | Self | | |

___

### *Secondary Insurance*

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

___

### *Accident Information*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/15/2026

Page 15                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003554

## 01/15/2026 - Appointment in Lakewood Family Practice (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)
--

## Hospital Account

Not on file

## Visit Information

### Appointment Information

**SIMPLE VISIT**                                              Canceled
1/15/2026  8:15 AM

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 8:15 AM | Jennifer L Reed, ARNP | LAKEWOOD FP | 30 min |

Auto Confirm Status:    Answered Not Confirmed

Notes:
^^^100 fa - (9/24/2024 - 2/3/2026)
F/U IN 3 MO

### History

| | | | | |
|---|---|---|---|---|
| Made On: | 10/15/2025  2:35 PM | By: | Alessia Arcudia | ES |
| Changed: | 10/31/2025  8:39 AM | By: | Yara A Reese | ES |
| Change Notes: | 1/8/2026 12:42 PM | By: | Maria G Guerrero | ES |
| Canceled: | 1/9/2026  2:56 PM | By: | Chart My | Pt Web |
| Cancel Rsn: | MyChart | | | |

### Changes

10/31/2025  8:39 AM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: SIMPLE VISIT | Visit Type: SIMPLE VISIT |
| Provider: **Jing Weng, ARNP** | Provider: **Jennifer L Reed, ARNP** |
| Dept: LAKEWOOD FP [51609] | Dept: LAKEWOOD FP [51609] |
| Date: 1/15/2026 | Date: 1/15/2026 |
| Time: **8:10 AM** | Time: **8:15 AM** |
| Length: 30 | Length: 30 |
| Mode: In Person | Mode: In Person |

## Results                                                        (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

MULTICARE LAKEWOOD       Larocque, Linda J
CLINIC                   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW         Visit date: 1/15/2026
LAKEWOOD WA 98499-2767

Page 16                                  Printed by 403528 at 2/12/26  4:51 PM

MC_003555

## 01/15/2026 - Appointment in Lakewood Family Practice (continued)

### Preferred Pharmacy

**Messages**

**Appointment canceled**

| From | To | Sent |
|------|-----|------|
| Larocque, Linda J | P Lakewood Fp Admin Support Pool | 1/9/2026 2:56 PM |

Appointment canceled for Linda J Larocque (172930)
Visit type: SIMPLE VISIT
1/15/2026 8:15 AM (30 minutes) with Jennifer Reed, ARNP in LAKEWOOD FP

Reason for cancellation: MyChart

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/15/2026

Page 17

Printed by 403528 at 2/12/26 4:51 PM

MC_003556

---

**01/11/2026 - Refill in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 435840305

---

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 1/11/2026 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

---

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 68 year old
**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | SCAN MEDADVANTAGE HMO | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | H4026M |
| **Subscriber DOB:** | | **Ins ID#:** | 40081746801 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Accident Information

---

Page 18

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/11/2026

Printed by 403528 at 2/12/26 4:51 PM

MC_003557

## 01/11/2026 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Refill Request (verapamil (CALAN SR) 240 MG Tab CR     - dup )

### Visit Diagnosis

- (primary)

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 1/11/2026 2:07 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Telephone Encounter by Thanh D Tran et 1/13/2026 1104

| Author: Thanh D Tran | Service: — | Author Type: — |
|---|---|---|
| Filed: 1/13/2026 11:04 AM | Encounter Date: 1/11/2026 | Status: Signed |
| Editor: Thanh D Tran | | |

Refused Prescriptions:    Disp   Reflls   verepamil (CALAN SR) 240 MG Tab CR [Pharma*90 Tab*0    Sig: Take 1 Tablet by mouth once daily. May take a second    tablet if having paroxysmal ventricular    tachycardic symptoms per cardiologistRefused By: TRAN, THANH DReason for Refusal: Patient no longer under prescriber care------------------------------------------------------------

Electronically signed by Thanh D Tran at 1/13/2026 11:04 AM

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/11/2026

Page 19

Printed by 403528 at 2/12/26 4:51 PM

MC_003558

## 01/11/2026 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Refill: No refills remaining

Ordered on: 5/21/2019
Quantity: 1 Each

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD
Start date: 10/15/2025
Quantity: 15 Tablet

Discontinued on: 1/21/2026

Ordered on: 10/15/2025
End date: 1/20/2026
Refill: 2 refills by 4/13/2026

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD

Ordered on: 11/26/2025

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/11/2026

Page 20

Printed by 403528 at 2/12/26 4:51 PM

MC_003559

## 01/11/2026 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Start date: 11/26/2025
Refill: 1 refill by 11/26/2026

Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Maria Christina Dajoyag-Maplli, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 12/23/2025 |
| Start date: 12/23/2025 | End date: 1/20/2026 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET
TACOMA WA 98408 | Not open 24 hours |

| | | |
|---|---|---|
| | MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767 | Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/11/2026 |

MC_003560

## Preferred Pharmacy (continued)

### Pharmacy Address and Hours (continued)

### Pharmacy Contact

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/11/2026

Page 22

Printed by 403528 at 2/12/26 4:51 PM

MC_003561

**01/02/2026 - External Document in Tg Mhs Transcription**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930

**CSN:** 436073709

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 1/2/2026 | | | No service for | |

Admitting Physician:

Chief Complaint:

Adm Dx:

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD

Referring Physician:

Employer Phone:

Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

Home Phone:

Guarantor's Employer:

Work Phone:

### Primary Insurance

| Name of Insurance: | SCAN MEDADVANTAGE HMO | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | H4026M |
| Subscriber DOB: | | Ins ID#: | 40081746801 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/2/2026

Page 23      Printed by 403528 at 2/12/26 4:51 PM

MC_003562

## 01/02/2026 - External Document in Tg Mhs Transcription (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

**Department**

**Name**
TG MHS TRANSCRIPTION

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 1/2/2026 8:40 AM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

MULTICARE TACOMA    Larocque, Linda J
GENERAL HOSPITAL    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 1/2/2026
WAY
TACOMA WA 98405-4234

Page 24                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003563

## 01/02/2026 - External Document in Tg Mhs Transcription (continued)

### Documents

Correspondence - Provider and Clinic - Scan on 1/12/2026 4:25 PM: Correspondence - Provider and Clinic

Scan (below)

01-02-2026 2:50 AM     (253) 475-4870     → 12534597049     pg 2 of 2

m - 172930



| Unable to Schedule Treatment

Re: Linda Larocque; DOB: 02-09-1958

Hi Alex Pittman,

Thank you for referring Linda Larocque (DOB: 02-09-1958) to Olympic Sports & Spine. We have made several attempts to contact this patient to initiate treatment, but have not been able to schedule them for therapy. We will deactivate Linda 's case at this time, but would be happy to treat them in the future with an updated new referral.

Thank you for supporting Olympic Sports & Spine. We appreciate the opportunity to care for your patients.

Sincerely,

Olympic Sports & Spine
6704 Tacoma Mall Blvd Ste 100
Tacoma WA 98409-9001
(253) 475-4870

### Medication List

MULTICARE TACOMA     Larocque, Linda J
GENERAL HOSPITAL     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 1/2/2026
WAY
TACOMA WA 98405-4234

Page 25     Printed by 403528 at 2/12/26 4:51 PM

MC_003564

## 01/02/2026 - External Document in Tg Mhs Transcription (continued)

### Medication List (continued)

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

##### verapemil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

##### alprazolam (XANAX) 0.25 MG Tab

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/2/2026

Page 26

Printed by 403528 at 2/12/26 4:51 PM

MC_003565

---

## 01/02/2026 - External Document in Tg Mhs Transcription (continued)

### Medication List (continued)

Discontinued by: Jennifer L Reed, ARNP

Discontinued on: 1/21/2026

Reason for discontinuation: Reorder

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025 |
| Start date: 11/26/2025 | Quantity: 90 Tablet |
| Refill: 1 refill by 11/26/2026 | |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Charlotte A Haley, MD

Discontinued on: 2/9/2026

Reason for discontinuation: Reorder

Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Charlotte A Haley, MD

Discontinued on: 2/9/2026

Reason for discontinuation: Reorder

Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### traMADol (ULTRAM) 50 MG Tab

Discontinued by: Jennifer L Reed, ARNP

Discontinued on: 1/21/2026

Reason for discontinuation: Reorder

Instructions: Take 1 Tablet by mouth twice daily as needed for pain.

| | |
|---|---|
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 12/23/2025 |
| Start date: 12/23/2025 | End date: 1/20/2026 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medde and pharmacy updated

## Results

(Order )

## END OF IMAGING QUESTIONNAIRE REPORT

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/2/2026

Page 27

Printed by 403528 at 2/12/26 4:51 PM

MC_003566

## 01/02/2026 - External Document In Tg Mhs Transcription (continued)

### Preferred Pharmacy

**Patient Instructions**

None

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 1/2/2026

MC_003567

---

## 12/19/2025 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 433290937

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/19/2025 | | | No service for | |

Admitting Physician:

Chief Complaint: Refill Request; Rx Refil*
Adm Dx:

Gestational Age: <None>

---

### Patient Information

| | | | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician:  Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | |
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2025

Page 29

Printed by 403528 at 2/12/26 4:51 PM

MC_003568

## 12/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Tramadol-SAFEWAY PHARMACY #1594 - TACOMA, WA ); onset date 12/19/2025
- Rx Refill Center - Control Medication, onset date 12/19/2025
- Rx Refill Center - No Pcp Listed In Epic, onset date 12/19/2025

#### Visit Diagnoses

- (primary)
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.379]
- Opioid dependence with opioid-induced disorder (Multi-HCC) [F11.29]

### Visit Information

#### Provider Information

##### Encounter Provider

Micah Atwood, DO

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 12/19/2025 9:43 AM | Micah Atwood, DO | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Kaela W Davidson at 12/21/2025 0719

| | | |
|---|---|---|
| Author: Kaela W Davidson | Service: Pharmacy | Author Type: --- |
| Filed: 12/21/2025 7:20 AM | Encounter Date: 12/19/2025 | Status: Signed |
| Editor: Kaela W Davidson | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**
**No PCP Designated**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2025

MC_003569

**12/19/2025 - MyChart Rx Refill In Lakewood Family Practice (continued)**

Clinical Notes (continued)

### PRC Case Review
*Clinical content:*
**Pt has pending appt with J. Reed on 01/15/2026.**
*Last prescribed by M. Atwood on 11/21/2025*
*Last dispensed: 11/21/2025*
*Last encounter with Selected No PCP: Visit date not found*
*Last encounter with a provider from the same clinic: 12/3/2025*
*Next appointment with PCP: Visit date not found*

### Renal Function:
**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/05/2025 | 0.61 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/05/2025 | 98 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Kaela W Davidson at 12/21/2025 7:20 AM

**Telephone Encounter by Kaela W Davidson at 12/21/2025 0720**

| Author: Kaela W Davidson | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 12/21/2025 7:20 AM | Encounter Date: 12/19/2025 | Status: Signed |
| Editor: Kaela W Davidson | | |

| Pending Prescriptions: | Disp | Refills |
|---|---|---|
| traMADol (ULTRAM) 50 MG Tab | 60 Tab*0 | |

Sig: Take 1 Tablet by mouth twice daily as needed for pain.

--------------------------------------------------------

Electronically signed by Kaela W Davidson at 12/21/2025 7:20 AM

**Telephone Encounter by Nadia N Abbasi, MA at 12/22/2025 0912**

| Author: Nadia N Abbasi, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 12/22/2025 9:12 AM | Encounter Date: 12/19/2025 | Status: Signed |
| Editor: Nadia N Abbasi, MA (Medical Assistant) | | |

2/09/2026 with Haley TOC. 1/15/2026 follow up with REED scheduled.

## Requested Prescriptions

| Pending Prescriptions | Disp | Refills |
|---|---|---|
| • traMADol (ULTRAM) 50 MG Tab | 60 | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2025

Page 31

Printed by 403528 at 2/12/26 4:51 PM

MC_003570

## 12/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Tablet

Sig: Take 1 Tablet by mouth twice daily as needed for pain.

Please review

Electronically signed by Nadia N Abbasi, MA at 12/22/2025 9:12 AM

---

**Telephone Encounter by Nadia N Abbasi, MA at 12/22/2025 0912**

| Author: Nadia N Abbasi, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 12/22/2025 9:12 AM | Encounter Date: 12/19/2025 | Status: Signed |

Editor: Nadia N Abbasi, MA (Medical Assistant)

| Pending Prescriptions: | Disp | Refills |
|---|---|---|
| traMADol (ULTRAM) 50 MG Tab | 60 Tab*0 | |

Sig: Take 1 Tablet by mouth twice daily as needed for pain.

------------------------------------------------------------

Electronically signed by Nadia N Abbasi, MA at 12/22/2025 9:12 AM

---

**Telephone Encounter by Jennifer L Reed, ARNP at 12/23/2025 0837**

| Author: Jennifer L Reed, ARNP | Service: Family Medicine | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 12/23/2025 8:37 AM | Encounter Date: 12/19/2025 | Status: Signed |

Editor: Jennifer L Reed, ARNP (Nurse Practitioner)

| Signed Prescriptions: | Disp | Refills |
|---|---|---|
| traMADol (ULTRAM) 50 MG Tab | 60 Tab*0 | |

Sig: Take 1 Tablet by mouth twice daily as needed for pain.

Authorizing Provider: REED, JENNIFER L

------------------------------------------------------------

Electronically signed by Jennifer L Reed, ARNP at 12/23/2025 8:37 AM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
|---|---|
| Start date: 5/21/2019 | Quantity: 1 Each |

Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2025

Page 32

Printed by 403528 at 2/12/26 4:51 PM

MC_003571

## 12/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Heley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD
Start date: 10/15/2025
Quantity: 15 Tablet

Discontinued on: 1/21/2026

Ordered on: 10/15/2025
End date: 1/20/2026
Refill: 2 refills by 4/13/2026

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerre, MD
Start date: 11/26/2025
Refill: 1 refill by 11/26/2026

Ordered on: 11/26/2025
Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2025

Page 33

Printed by 403528 at 2/12/26 4:51 PM

MC_003572

## 12/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Marla Christina Dajoyag-Mapili, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 12/23/2025 |
| Start date: 12/23/2025 | End date: 1/20/2026 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results
(Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET | Not open 24 hours |
| TACOMA WA 98408 | |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2025

Page 34

Printed by 403528 at 2/12/26 4:51 PM

MC_003573

## Preferred Pharmacy (continued)

### Pharmacy Contact (continued)

### Messages

#### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool (supporting Micah Atwood, DO) | 12/19/2025 9:43 AM |

Refills have been requested for the following medications:

traMADol (ULTRAM) 50 MG Tab [Micah Atwood, DO]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/19/2025

Page 35

Printed by 403528 at 2/12/26 4:51 PM

MC_003574

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 431757775

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/11/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Left Foot - Follow Up, P*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

Home Phone:
Guarantor's Employer:
Work Phone:

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 36

Printed by 403528 at 2/12/26 4:51 PM

MC_003575

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Follow Up - Left Foot (MRI on 12/02/2025)
- Pain - Left Foot (MRI on 12/02/2025)

#### Visit Diagnosis

- **Ankle injury, left, initial encounter (primary) [S99.912A]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Alex A Pittman, PA-C | Alex A Pittman, PA-C |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Gig Harbor | 4545 Point Fosdick Dr Ste 145 Gig Harbor WA 98335-1700 | 253-792-6555 | 253-530-8252 |

#### Level of Service

**Level of Service**
**PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM, IF USING TIME, 20 MINUTES OR MORE**

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/11/2025 8:40 AM | Alex A Pittman, PA-C | MC ORTHO & SPORTS GH | MOSGH |

### Clinical Notes

#### Nursing Note by Samantha M Kelly, ATC at 12/11/2025 0840

| | | |
|---|---|---|
| Author: Samantha M Kelly, ATC | Service: Orthopedics | Author Type: Athletic Trainer |
| Filed: 12/11/2025 8:02 AM | Encounter Date: 12/11/2025 | Status: Signed |
| Editor: Samantha M Kelly, ATC (Athletic Trainer) | | |

## Chief Complaint
Patient presents with
- Left Foot - Follow Up, Pain
  *MRI on 12/02/2025*

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 37

Printed by 403528 at 2/12/26 4:51 PM

MC_003576

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

Additional Details: patient is here for MRI review of left foot/ankle. Pain today is 1/10 at rest, with movement 3/10. Patient states they wrap the foot/ankle in ACE wrap at night due to not being able to sleep with the boot on.

Medication list changes/discrepancies: Medications current/updated per face to face interview with patient. Not taking any additional medications.
Samantha M Kelly, ATC

Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Samantha M Kelly, ATC at 12/11/2025 8:02 AM

### Progress Notes by Alex A Pittman, PA-C at 12/11/2025 0840

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/11/2025 9:34 AM | Encounter Date: 12/11/2025 | Status: Addendum |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | Cosigner: Hossein Pakzad Sedigh, MD at 12/11/2025 10:44 AM |

Chief Complaint -left lateral ankle pain

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 38

Printed by 403528 at 2/12/26 4:51 PM

MC_003577

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

Injury -she states she was going up the stairs last Thursday when she felt a pop in the lateral aspect of her ankle

HPI -67-year-old female status post above noted injury afterwards patient states she had significant ecchymosis and swelling on the lateral aspect of her ankle she denies any inversion she is now here today for orthopedic evaluation and treatment options states this is hard to bear weight and range of motion and strength is limited she denies any numbness

Left foot and ankle exam

Sensory intact

First capillary refill
No significant ecchymosis

 swelling lateral aspect of the foot and ankle improved

Tender to palpation throughout the peroneals

Range of motion is is near normal compared to contralateral side today

Strength is significantly improved from previous clinical exam and dorsiflexion and eversion

Nontender to palpation throughout the midfoot 1st through 5th metatarsal phalangeal's

Nontender to palpation throughout the distal third of the fibula tibia and syndesmosis

Not specifically tender to palpation over the ATFL plate PTFL calcaneofibular and deltoid ligament

Diagnosis - 1. High-grade partial-thickness to full-thickness tear of peroneus longus left ankle

Clinical Exam and Imaging was discussed with patient. Afterwards we discussed epidemiology and etiology of the diagnosis, as well as treatment options. We worked together to form a treatment plan that is best suited for the above noted diagnosis.

Exam Postives -tender to palpation throughout the peroneals

Imaging -images the left foot and ankle demonstrate no obvious out of acute fracture or dislocation awaiting official read by TRA radiologist

MRI at TRA demonstrated severe peroneus longus tendinopathy with high-grade partial-thickness near full-thickness tear for full images and report logon to TRA

Plan

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 39

Printed by 403528 at 2/12/26 4:51 PM

MC_003578

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

Medication -continue home medications

Casting/DME -boot immobilization to stabilize ankle

Weightbearing Status-limited left lower extremity

Activity -Limited left lower extremity

Follow up -at this time we discussed various treatment options. At this time we will contact Dr.Pakzad to discuss next steps patient's clinical exam is significantly improved from previous clinical exam we have informed the patient that we will contact them after discussing with Dr. Pakzad.

Addendum: I was able to speak to Dr. Pakzad. At this time he suggested slowly weaning out of the boot and beginning a course of therapy. Patient will follow-up in 6 to 8 weeks after course of therapy has been completed to discuss efficacy of treatment patient agrees to this plan.

Patient counseled on physical exam findings, Any and all imaging and/or lab findings, as well as the assessment, and plan. Discussed all points with patient at length, and in lay language. Patient verbalized understanding of all patient teaching. Discussed all risks versus benefits of treatment with the patient in detail. Discussed alternatives to selected treatment, including performing no treatment at all. No guarantee is made, offered or suggested regarding treatment outcome.

Patient is aware that I am a physician assistant not a medical doctor and as such I act as a physician extender for multicare orthopedics and sports medicine.

Note is being sent to the physician that specializes in the above noted diagnosis for co signature and to ensure appropriate treatment is being followed. If an error in the treatment plan is identified by the surgeon the patient will be contacted to correct plan of care. Otherwise plan will be continued as specified above with agreement from surgeon.

All patient scheduling is decided by multicare orthopedics and sports medicine care line administrators and physicians, including timeframe and pathology being seen, unless otherwise delineated in chart.

*The documentation above was entered into the medical record using voice recognition software. Any errors in spelling, context, or content potentially affecting patient care should be brought to my attention, so appropriate corrective measures can be taken*

Electronically signed by Alex A Pittman, PA-C at 12/11/2025 9:34 AM
Electronically signed by Hossein Pakzad Sedigh, MD at 12/11/2025 10:44 AM

### Addendum Note by Alex A Pittman, PA-C at 12/11/2025 0840

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/11/2025 9:34 AM | Encounter Date: 12/11/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 40

Printed by 403528 at 2/12/26 4:51 PM

MC_003579

**12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)**

**Clinical Notes (continued)**

Addended by: PITTMAN, ALEX A on: 12/11/2025 09:34 AM

Modules accepted: Orders

Electronically signed by Alex A Pittman, PA-C at 12/11/2025  9:34 AM

**External Rehab Plan of Care by Ossr Interface at 1/20/2026 0141**

| Author: Ossr Interface | Service: Orthopedics | Author Type: Physician |
|---|---|---|
| Filed: 1/20/2026  3:04 PM | Encounter Date: 12/11/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | |



# Physical Therapy Plan of Care

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-20-26 | **Referral Source:** | Alex Pittman, PA-C |
| **Patient Name:** | Linda Larocque | **Date of Onset:** | |
| **Patient Number:** | 0222955 | **Certification Period:** | 01-20-26 - 03-02-26 |
| **Date of Birth:** | 02-09-1958 | **Case:** | PT001 |

## ASSESSMENT

Linda Larocque is a 67 year-old female presents today with clinical signs and symptoms consistent with left ankle sprain, possible peroneal tendon tear. Patient presents with: limited ankle range of motion and reduced lower extremity strength/stability. Functionally, patient is limited with difficulty walking (immediate), balance deficits, standing (immediate), unable to walk to get groceries, stair negotiation upstairs/downstairs in home (requires HHA on railing with step to gait), going into basement patient walks backwards, household cleaning, difficulty getting in/out of car

PMH possibly impacting POC includes: 3 knee surgeries on left knee in span on 10 months. Complex trauma on knee post TKA
* Joint Pain
* Osteoarthritis
* Anxiety
* Depression
* Diabetes Type II

Patient would benefit from skilled physical therapy in order to improve ankle range of motion, hip and lower extremity strength and stability, and promote successful return to PLOF.

She and/or family is aware of her diagnosis.
The plans and goals have been developed and discussed with the patient.

## REHAB POTENTIAL

The patient's rehab potential is good.

| Goals | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|
| | | | | |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 41

Printed by 403528 at 2/12/26  4:51 PM

MC_003580

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

| | | | | |
|---|---|---|---|---|
| Improve active range of motion (AROM) | 8 weeks | New | Current: 0 DF, 38 PF, 25 INV p!, 10 EV p! | 1/20/26 |
| Improve Muscle strength to of LE to 5/5 | 8 weeks | New | Current: 3+/5 - 4-5 | 1/20/26 |
| Stairs/Curbs - Able to climb/descend 1+ flight of stairs with step-through pattern | 8 weeks | New | Current: step to gait with railing assist | 1/20/26 |
| Standing - Able to stand for 30 minutes | 8 weeks | New | Current: pain immediately | 1/20/26 |
| Walking - Ambulate 30 minutes with normal gait pattern | 8 weeks | New | Current: pain immediately | 1/20/26 |

## PLAN

This is visit # 1 out of 12.

The patient will be seen 2 times per week for 6 weeks, for a total of 12 visits.

The treatment plan includes:
- Balance Training
- E-Stim (unattended)
- Joint and soft tissue mobilization
- Manual therapy
- Neuromuscular re-education
- Self Management
- Therapeutic activities
- Therapeutic exercises
- Vasopneumatic device

**Use of manual therapy to improve ankle mobility and reduce soft tissue tone and tenderness.**
**Progress hip stabilization and lower extremity strength as appropriate to improve tolerance to functional activities.**
**Use of modalities as appropriate.**

Hardeep Gill PT

This document was electronically signed on 01-20-26 at 09:41a by Hardeep Gill PT.

**TO BE COMPLETED BY PHYSICIAN:**
I certify that the above rehabilitative services are medically necessary and authorized, and that the patient's plan will be reviewed as required.

MULTICARE GIG HARBOR MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 42

Printed by 403528 at 2/12/26 4:51 PM

MC_003581

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

Alex Pittman, PA-C                                                      Date

Please sign the above plan of care and return
to:
OSS - Parkland                                    Phone:      (253) 449-0858
12223 Pacific Ave S                               Fax:        (253) 449-0859
Tacoma, WA  98444-5126

Electronically signed by Alex A Pittman, PA-C at 1/20/2026  3:04 PM

---

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                Ordered on: 5/21/2019
Start date: 5/21/2019                             Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                Ordered on: 10/14/2021
Start date: 10/14/2021                            Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD                Ordered on: 12/14/2023
Start date: 12/14/2023                            Quantity: 1 Kit
Refill: No refills remaining

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                     Entered on: 5/24/2024

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD                Ordered on: 5/1/2025
Start date: 5/1/2025                              Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD            Discontinued on: 2/9/2026

---

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive      Visit date: 12/11/2025
GIG HARBOR WA 98335-1700

Page 43                                           Printed by 403528 at 2/12/26  4:51 PM

MC_003582

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Medication List (continued)

Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD
Start date: 10/15/2025
Quantity: 15 Tablet

Discontinued on: 1/21/2026

Ordered on: 10/15/2025
End date: 1/20/2026
Refill: 2 refills by 4/13/2026

#### traMADol (ULTRAM) 50 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.
Authorized by: Micah Atwood, DO
Start date: 11/21/2025
Quantity: 60 Tablet

Discontinued on: 12/23/2025

Ordered on: 11/21/2025
End date: 12/19/2025
Refill: No refills remaining

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 11/26/2025
Refill: 1 refill by 11/26/2026

Ordered on: 11/26/2025
Quantity: 90 Tablet

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Marla Christina Dajoyag-Maplli, MD
Start date: 11/30/2025
Quantity: 100 Tablet

Discontinued on: 2/9/2026

Ordered on: 11/30/2025
End date: 2/9/2026
Refill: No refills remaining

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Jing Weng, ARNP
Start date: 12/3/2025
Quantity: 180 Capsule

Discontinued on: 2/9/2026

Ordered on: 12/3/2025
End date: 2/9/2026
Refill: No refills remaining

### Stopped In Visit

None

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 44

Printed by 403528 at 2/12/26 4:51 PM

MC_003583

## 12/11/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Medication List (continued)**

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

### Referral

**Referral to Olympic Sports & Spine: MHS Affiliated Out-Patient PT, OT & Massage (Active) [996719581]**

| | |
|---|---|
| Electronically signed by: **Alex A Pittman, PA-C on 12/11/25 0934** | Status: **Active** |
| Ordering user: Alex A Pittman, PA-C 12/11/25 0934 | Authorized by: Alex A Pittman, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 12/11/25 - | Class: Normal |
| Quantity: 1 | |

Diagnoses
Ankle injury, left, initial encounter [S99.912A]

#### Questionnaire

| Question | Answer |
|---|---|
| What Service? | Physical Therapy |
| Choose scheduling method: | Eval and Treat |

**Flowsheets**

### Custom Formula Data

| Row Name | 12/11/25 0758 |
|---|---|
| OTHER | |
| Ideal Body Weight | 130.73 lbs -SK |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 45

Printed by 403528 at 2/12/26 4:51 PM

MC_003584

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| Adjusted Body Weight | 184.44 lbs -SK |
| % Over/Under Ideal Body Weight | 102.71 -SK |
| Predicted Body Weight | 59.3 -SK |
| Length (cm) | 167.6 cm -SK |
| IBW/kg (Calculated) Male | 63.8 kg -SK |
| IBW/kg (Calculated) Female | 59.3 kg -SK |
| BSA (Calculated - sq m) | 2.37 sq meters -SK |

### BMI

| | |
|---|---|
| BMI (Calculated) | 42.79 -SK |

### Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -SK |
| Low Range Vt 6mL/kg | 355.8 mL/kg -SK |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -SK |
| Adult High Range Vt 10mL/kg | 593 mL/kg -SK |

### Vital Signs

| | |
|---|---|
| BMI (Calculated) | 42.79 -SK |

### Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -SK |
| IBW/kg (Calculated) Male | 63.8 kg -SK |

### Vitals

| | |
|---|---|
| MAP (mmHg) | 93 mmHg -SK |

### Encounter Vitals

| Row Name | 12/11/25 0758 |
|---|---|
| Encounter Vitals | |
| BP | 134/72 -SK |
| Pulse | 79 -SK |
| Temp | 97.1 °F (36.2 °C) -SK |
| Temp src | Temporal -SK |
| Weight | 265 lb hx -SK |
| Height | 5' 6" hx -SK |
| Resp | 16 -SK |
| SpO2 | 94 % -SK |
| Pain Score | ONE/TEN -SK |
| Pain Loc | FOOT -SK |
| Pain Education | Yes -SK |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 46

Printed by 403528 at 2/12/26 4:51 PM

MC_003585

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| User Key | | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By |
|---|---|---|---|
| Initials | Name | Provider Type | Discipline |
| SK | Samantha M Kelly, ATC | Athletic Trainer | — |

**Messages**

**MyChart Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Alex A Pittman, PA-C | Larocque, Linda J | 12/9/2025  1:53 AM |
| Last Read in MyChart | | |
| 12/19/2025  9:43 AM by Larocque, Linda J | | |

Appointment Reminder

Dept:   MultiCare Orthopedics & Sports Medicine - Gig Harbor
4545 Point Fosdick Dr Ste 145
Gig Harbor WA 98335-1700
253-792-6555
Provider: Alex A Pittman, PA-C

Date: 12/11/25
Time: 8:40 AM

Arrival Time:  8:10 AM PST

Please click epichttp://appointments [here] to view more details about your appointment.

**Patient Instructions**

None

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/11/2025

Page 47

Printed by 403528 at 2/12/26  4:51 PM

MC_003586

## 12/07/2025 - Results Follow-Up in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 431604697

---

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/7/2025 | | | No service for | |

Admitting Physician:

Chief Complaint:
Adm Dx:

Gestational Age: <None>

---

### *Patient Information*

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### *Guarantor Information*

| Guarantor Relationship to Pt: | Self | | Acct Type: | |
|---|---|---|---|---|
| Guarantor Name: | | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |

Home Phone:
Guarantor's Employer:
Work Phone:

---

### *Primary Insurance*

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### *Secondary Insurance*

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### *Accident Information*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2025

Page 48

Printed by 403528 at 2/12/26 4:51 PM

MC_003587

## 12/07/2025 - Results Follow-Up in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

##### Encounter Provider

Jing Weng, ARNP

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6528 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/7/2025 8:59 PM | Jing Weng, ARNP | LAKEWOOD FP | LWMCC |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                       Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                      Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                      Quantity: 1 Kit
Refill: No refills remaining

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2025

Page 49                                                     Printed by 403528 at 2/12/26  4:51 PM

MC_003588

## 12/07/2025 - Results Follow-Up in Lakewood Family Practice (continued)

**Medication List (continued)**

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD

Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD
Start date: 10/15/2025
Quantity: 15 Tablet

Discontinued on: 1/21/2026

Ordered on: 10/15/2025
End date: 1/20/2026
Refill: 2 refills by 4/13/2026

### traMADol (ULTRAM) 50 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.
Authorized by: Micah Atwood, DO
Start date: 11/21/2025
Quantity: 60 Tablet

Discontinued on: 12/23/2025

Ordered on: 11/21/2025
End date: 12/19/2025
Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 11/26/2025
Refill: 1 refill by 11/26/2026

Ordered on: 11/26/2025
Quantity: 90 Tablet

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Marla Christina Dajoyag-Mapili, MD
Start date: 11/30/2025

Discontinued on: 2/9/2026

Ordered on: 11/30/2025
End date: 2/9/2026

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2025

Page 50

Printed by 403528 at 2/12/26 4:51 PM

MC_003589

## 12/07/2025 - Results Follow-Up in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Quantity: 100 Tablet | Refill: No refills remaining |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

**Stopped In Visit**

None

**Medication Comment**

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results

(Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Message about your results**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Lakewood Fp Clinical Support Pool<br>(supporting Jing Weng, ARNP) | 12/9/2025 2:13 PM |

Hi Jing, I completely understand your concerns and realize that for the past 6+ months I have not done a very good job of keeping myself in check. Time to get back to work. FYI I have an appointment with Alex Pittman this Thursday Dec 11,2025@8:40 AM to go over the MRI on my left ankle. Did you

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003590

## Preferred Pharmacy (continued)

### Messages (continued)

get the records sent to you. I will make sure they are at my visit. I will let you know what the plan is moving forward. Thank you Jung for being a great APNP. I am grateful for all You've done helping me more than you know... Take care, Linda

### Message about your results

| From | To | Sent and Delivered |
|---|---|---|
| Jing Weng, ARNP | Larocque, Linda J | 12/7/2025 9:02 PM |
| Last Read in MyChart | | |
| 1/20/2026 2:05 PM by Larocque, Linda J | | |

Hello Linda, I have reviewed your results.
- A1C is 6.7, within the goal of less than 7, but has worsen compared to 6 months ago.
- Recommend lifestyle changes at this time and recheck in 6 months.
- If A1C >7.0, may need to consider medication therapy.
- Normal kidney and liver function.

•Eat a healthy diet – Try to eat a diet with lots of fruits, vegetables, and low-fat dairy products, but low in meats, sweets, and refined grains. If you don't have fresh fruits and vegetables available, you can eat frozen ones instead. Try to avoid sweet drinks, like soda and juice.

If you are above your goal body weight, trying to get to a healthy body weight can help. Your doctor or nurse can help you find healthy ways to do this.

Losing 5 to 10 percent of your body weight can lower your risk a lot. For example:

•If you weigh 200 pounds (91 kg), this means losing 10 to 20 pounds (4.5 to 9 kg).

•If you weigh 150 pounds (68 kg), this means losing 7 to 15 pounds (3 to 7 kg).

•Be active for 30 minutes a day – You don't have to go to the gym or do heavy exercise to get a benefit. Activities like walking, gardening, and dancing can all help improve your health.

•Quit smoking – Ask your doctor or nurse for help with quitting. People are much more likely to succeed if they have help and get medicines to help them quit.

If you have any questions, feel free to send a MyChart message or call the clinic at 253-792-6526.

Jing Weng, ARNP

### Patient Instructions

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/7/2025

Page 52

Printed by 403528 at 2/12/26 4:51 PM

MC_003591

## 12/05/2025 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930
                                          **CSN:** 431502007

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/5/2025 | | | No service for | |

Admitting Physician:       Chief Complaint: Appointment
                          Adm Dx:

                          Gestational Age: <None>

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD       Employer Phone:
Referring Physician:                                 Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

Accident Type:

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 12/5/2025

Page 53                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003592

## 12/05/2025 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

* Appointment (Follow up MRI review of the left ankle. ), onset date 12/5/2025

### Visit Diagnosis

* (primary)

## Visit Information

### Nursing Assessment

No Nursing Assessment available for this encounter.

## Incoming Call

| | Provider | Department | Center |
|---|---|---|---|
| 12/5/2025 3:28 PM | Maritess D Jose, LVN/LPN | MC ORTHO & SPORTS TAC | MOSMTAC |

## Clinical Notes

### Telephone Encounter by Maritess D Jose, LVN/LPN at 12/5/2025 1528

| | | |
|---|---|---|
| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
| Filed: 12/5/2025 3:28 PM | Encounter Date: 12/5/2025 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

----- Message from Pamela F sent at 12/5/2025 2:40 PM PST -----
Regarding: Patient is calling for the results of her Left foot MRi done at TRA 12/02/25.
Alex Pittman Location

Who is calling: patient Linda
Relationship to patient:self

Patient is being seen for: Lt foot/ Ankle

Reason for call: Patient completed her MRI At TRA in Lacey memorial Plaza 12/02/25. She is calling for the results .
As she is very uncomfortable wearing the boot.

She would like to know if she will or will not need surgery.

Preferred Contact #: Telephone Information:
Mobile      253-273-7247

MC_003593

## 12/05/2025 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Okay to leave detailed message if voice mail is reached: yes
#Please note in message if a callback is not required#

Caller is aware that call backs can take 24-48 hours.

Please route all scheduling responses to the MAC ORTHO Pool (17292).

Thank you,
Pamela

> Electronically signed by Maritess D Jose, LVN/LPN at 12/5/2025  3:28 PM

### Telephone Encounter by Maritess D Jose, LVN/LPN at 12/5/2025 1529

| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 12/5/2025  3:36 PM | Encounter Date: 12/5/2025 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

Routing to Alex A. Pittman, PA-C for scheduling advisement.

> Electronically signed by Maritess D Jose, LVN/LPN at 12/5/2025  3:36 PM

### Telephone Encounter by Maritess D Jose, LVN/LPN at 12/8/2025 1516

| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
|---|---|---|
| Filed: 12/8/2025  3:18 PM | Encounter Date: 12/5/2025 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

Spoke to Linda and got her scheduled for her MRI review of the left ankle. MRI was done at TRA. Pt was thankful for the follow up and acknowledges date/time/location of her appointment.

Currently scheduled with Alex Pittman, PA-C to review MRI results of the left ankle on 12/11/2025 at 8:40 am in Gig Harbor clinic.

> Electronically signed by Maritess D Jose, LVN/LPN at 12/8/2025  3:18 PM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
|---|---|
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### Free Text Medication Entry (OTHER)

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/5/2025

Page 55

Printed by 403528 at 2/12/26  4:51 PM

MC_003594

## 12/05/2025 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD
Start date: 10/15/2025
Quantity: 15 Tablet

Discontinued on: 1/21/2026

Ordered on: 10/15/2025
End date: 1/20/2026
Refill: 2 refills by 4/13/2026

### traMADol (ULTRAM) 50 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.
Authorized by: Micah Atwood, DO
Start date: 11/21/2025
Quantity: 60 Tablet

Discontinued on: 12/23/2025

Ordered on: 11/21/2025
End date: 12/19/2025
Refill: No refills remaining

### rosuvastatin (CRESTOR) 20 mg Tab

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/5/2025

Page 56

Printed by 403528 at 2/12/26 4:51 PM

MC_003595

## 12/05/2025 - Telephone in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD     Ordered on: 11/26/2025
Start date: 11/26/2025     Quantity: 90 Tablet
Refill: 1 refill by 11/26/2026

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Charlotte A Haley, MD     Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Marla Christina Dajoyag-Mapili, MD     Ordered on: 11/30/2025
Start date: 11/30/2025     End date: 2/9/2026
Quantity: 100 Tablet     Refill: No refills remaining

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Charlotte A Haley, MD     Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Jing Weng, ARNP     Ordered on: 12/3/2025
Start date: 12/3/2025     End date: 2/9/2026
Quantity: 180 Capsule     Refill: No refills remaining

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Meds and pharmacy updated

## Results     (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702     Visit date: 12/5/2025

Page 57     Printed by 403528 at 2/12/26 4:51 PM

MC_003596

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

None

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/5/2025
Printed by 403528 at 2/12/26  4:51 PM

MC_003597

## 12/05/2025 - Lab In Lab - Lakewood

**MultiCare Health System**　　　**MULTICARE TACOMA GENERAL HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**　　　**MRN:** 172930

**CSN:** 431445775

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/5/2025 1129 | 720574715 | OL | *Lakewood Place | |

Admitting Physician:

Chief Complaint:

Adm Dx: Diabetes mellitus withou*

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD　　　Employer Phone:

Referring Physician: WENG, JING　　　Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | | |
|---|---|---|---|---|
| Guarantor Relationship to Pt: | Self | | Acct Type: | P/F |
| Guarantor Name: | LAROCQUE,LINDA J | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |

Home Phone:

Guarantor's Employer:

Work Phone:

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | 02/09/1958 | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | |
|---|---|---|
| Name of Insurance: | | Group Name: |
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/5/2025, D/C: 12/5/2025

Page 59　　　Printed by 403528 at 2/12/26 4:51 PM

MC_003598

## 12/05/2025 - Lab in Lab - Lakewood (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

| Name | Acct ID | Class | Status |
|---|---|---|---|
| Larocque, Linda J | 720574715 | Outpatient-Lab | Billed |

### Reason for Visit

#### Visit Diagnoses

- (primary)
- Diabetes mellitus without complication (Multi-HCC) [E11.9]

### Visit Information

#### Provider Information

| Encounter Provider | Referring Provider |
|---|---|
| Lakewood Lab | Jing Weng, ARNP |

#### Department

| Name | Address |
|---|---|
| Lab - Lakewood | 5700 100TH ST SW SUITE 510<br>Lakewood WA 98499 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/5/2025 11:30 AM | Lakewood Lab | TG LWLAB LAKEWOOD LAB | MHS LAB |

MULTICARE TACOMA    Larocque, Linda J
GENERAL HOSPITAL    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 12/5/2025, D/C: 12/5/2025
WAY
TACOMA WA 98405-4234

Page 60                                    Printed by 403528 at 2/12/26  4:51 PM

MC_003599

## 12/05/2025 - Lab in Lab - Lakewood (continued)

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|----------|---------|------|---------------|-----------|------|-----|
| Jing Weng, ARNP | — | Attending | — | Family Medicine | — | — |

### Events

#### Hospital Outpatient at 12/5/2025 1129

Unit: Lab - Lakewood
Patient class: Outpatient-Lab

#### Discharge at 12/5/2025 2359

Unit: Lab - Lakewood
Patient class: Outpatient-Lab

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/21/2019
Start date: 5/21/2019                                  Quantity: 1 Each
Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                    Ordered on: 10/14/2021
Start date: 10/14/2021                                 Quantity: 1 Each
Refill: No refills remaining

###### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD                    Ordered on: 12/14/2023
Start date: 12/14/2023                                 Quantity: 1 Kit
Refill: No refills remaining

###### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                          Entered on: 5/24/2024

###### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/1/2025
Start date: 5/1/2025                                   Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

MULTICARE TACOMA          Larocque, Linda J
GENERAL HOSPITAL          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 12/5/2025, D/C: 12/5/2025
WAY
TACOMA WA 98405-4234

Page 61                                              Printed by 403528 at 2/12/26  4:51 PM

MC_003600

## 12/05/2025 - Lab in Lab - Lakewood (continued)

### Medication List (continued)

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025 |
| Start date: 11/26/2025 | Quantity: 90 Tablet |
| Refill: 1 refill by 11/26/2026 | |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

MULTICARE TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/5/2025, D/C: 12/5/2025

Page 62

Printed by 403528 at 2/12/26 4:51 PM

MC_003601

## 12/05/2025 - Lab In Lab - Lakewood (continued)

**Medication List (continued)**

### Stopped In Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

**Labs**

EMR LR v13.0

## COMPREHEN METABOLIC PANEL (Order 994806351)
**Results**

Status: **Final result**
(Collected: 12/5/2025 11:39)

### Results

**COMPREHEN METABOLIC PANEL [994806351] (Abnormal)**      Resulted: 12/05/25 1751, Result status: Final result

Resulting lab: MHS CENTRAL LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F471716 | Blood | — | 12/05/25 1139 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Na | 141 | 135 - 145 mmol/L | — | Tacoma General Hospital Laboratory |
| K | 4.6 | 3.6 - 5.3 mmol/L | — | Tacoma General Hospital Laboratory |
| Cl | 108 | 98 - 109 mmol/L | — | Tacoma General Hospital Laboratory |
| CO2 | 21 | 21 - 32 mmol/L | — | Tacoma General Hospital Laboratory |
| Anion gap w/o K | 12 | 4 - 12 | — | Tacoma General Hospital Laboratory |
| BUN | 12 | 6 - 24 mg/dL | — | Tacoma General Hospital Laboratory |
| Creatinine | 0.61 | 0.6 - 1.2 mg/dL | — | Tacoma General Hospital Laboratory |
| eGFR | 98 | >59 mL/min/1.73 m2 | — | Tacoma General Hospital Laboratory |
| Comment: eGFR calculated by CKD-EPI (2021) Equation | | | | |
| Glucose | 181 | 65 - 120 mg/dL | H^ | Tacoma General Hospital Laboratory |
| SGOT/AST | 18 | 5 - 40 IU/L | — | Tacoma General Hospital Laboratory |
| Alk Phos | 66 | 28 - 126 IU/L | — | Tacoma General Hospital Laboratory |
| SGPT/ALT | 17 | 6 - 60 IU/L | — | Tacoma General |

MULTICARE TACOMA      Larocque, Linda J
GENERAL HOSPITAL      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 12/5/2025, D/C: 12/5/2025
WAY
TACOMA WA 98405-4234

Page 63                                        Printed by 403528 at 2/12/26  4:51 PM

MC_003602

## 12/05/2025 - Lab in Lab - Lakewood (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Bilirubin total | 0.6 | 0.2 - 1.4 mg/dL | — | Hospital Laboratory<br>Tacoma General |
| Protein, Total | 6.5 | 6.1 - 7.8 g/dL | — | Hospital Laboratory<br>Tacoma General |
| Albumin | 4.0 | 3.1 - 4.5 g/dL | — | Hospital Laboratory<br>Tacoma General |
| Globulin (calc) | 2.5 | 2.0 - 4.5 g/dL | — | Hospital Laboratory<br>Tacoma General |
| A:G Ratio | 1.6 | >1.0 | — | Hospital Laboratory<br>Tacoma General |
| Calcium | 9.4 | 8.5 - 10.5 mg/dL | — | Hospital Laboratory<br>Tacoma General<br>Hospital Laboratory |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 534 - Tacoma General Hospital Laboratory | MHS CENTRAL LABORATORY | Unknown | 315 S Martin L King Jr Way<br>Tacoma WA 98415 | 04/14/25 0828 - 02/02/26 0633 |

## END OF LAB RESULTS REPORT

EMR LR v13.0

## HEMOGLOBIN A1C (Order 994806353)
### Results

Status: **Final result**
(Collected: 12/5/2025 11:39)

### Results

**HEMOGLOBIN A1C [994806353] (Abnormal)**　　　　　　　　Resulted: 12/06/25 1928, Result status: Final result

Resulting lab: MHS CENTRAL LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| F471720 | Blood | — | 12/05/25 1139 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1C | 6.7 | <5.7 % | H⋆ | Tacoma General Hospital Laboratory |

Comment:
HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing.

| | | | | |
|---|---|---|---|---|
| Est average glucose | 146 | mg/dL | — | Tacoma General Hospital Laboratory |

Comment:
Est average glucose = estimated average glucose. New term and calculation recommended by ADA for more accurate average glucose and better correlation with glucometer values.

MULTICARE TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/5/2025, D/C: 12/5/2025

Page 64　　　　　　　　　　　　　　　　Printed by 403528 at 2/12/26 4:51 PM

MC_003603

## 12/05/2025 - Lab In Lab - Lakewood (continued)

**Labs (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 534 - Tacoma General Hospital Laboratory | MHS CENTRAL LABORATORY | Unknown | 315 S Martin L King Jr Way Tacoma WA 98415 | 04/14/25 0828 - 02/02/26 0633 |

## END OF LAB RESULTS REPORT

**Results**                                                                                     (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Flowsheets**

### LACE+ Score

| Row Name | 12/06/25 0011 |
|---|---|
| **OTHER** | |
| LACE+ Readmission Risk Score | 38 -GB |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| GB | Batch Job, Grand Central | — | — |

**Patient Instructions**

None

MULTICARE TACOMA GENERAL HOSPITAL 315 MARTIN LUTHER KING JR WAY TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 12/5/2025, D/C: 12/5/2025

Page 65                                                              Printed by 403528 at 2/12/26 4:51 PM

MC_003604

## 12/05/2025 - Appointment in MultiCare West Tacoma Family Medicine

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 397313629

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/5/2025 | | | No service for | |
| Admitting Physician: | | | Chief Complaint: | |
| | | | Adm Dx: | |
| | | | | Gestational Age: <None> |

### Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| SSN: | xxx-xx-5145 | Work Phone | Not on file. |
| | | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE WEST TACOMA  Larocque, Linda J
FAMILY MEDICINE       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
2209 N Pearl St       Visit date: 12/5/2025
TACOMA WA 98406-2529

Page 66                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003605

## 12/05/2025 - Appointment in MultiCare West Tacoma Family Medicine (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Appointment Information

| TRANSFER PATIENT | Canceled |
|---|---|
| 12/5/2025 11:00 AM | |

| Time | Provider | Department | Length |
|---|---|---|---|
| 11:00 AM | Thomas J Morello, DO | MC WEST TACOMA FAMILY MED | 30 min |

Auto Confirm Status:     Wants to Cancel

Notes:
TOCdawson/ regence

#### History

| Made On: | 3/24/2025  3:53 PM | By: | Erin Kane | ES |
|---|---|---|---|---|
| Canceled: | 11/28/2025  5:01 PM | By: | Autoappt Status Batch | ES |
| Cancel Rsn: | Cancelled by Automated Status Update Batch | | | |

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Patient Instructions

None

MULTICARE WEST TACOMA     Larocque, Linda J
FAMILY MEDICINE     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
2209 N Pearl St     Visit date: 12/5/2025
TACOMA WA 98406-2529

MC_003606

---

## 12/04/2025 - Refill in Lakewood Family Practice

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 431331234

---

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/4/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request
**Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145

**Age:** 68 year old

**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile        253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### *Guarantor Information*

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

---

### *Primary Insurance*

**Name of Insurance:** AETNA HMO MEDICARE ADVAN*  **Group Name:**
**Subscriber Name:** LAROCQUE,LINDA J    **Group #:** 000003-WA
**Subscriber DOB:**    **Ins ID#:** 101724898200
**Pt Relationship to Sub:** Self

---

### *Secondary Insurance*

**Name of Insurance:** RX MEDD AETNA PDP AND MA*  **Group Name:**
**Subscriber Name:** LAROCQUE,LINDA J    **Group #:** RXAETD
**Subscriber DOB:**    **Ins ID#:** 101724898200
**Pt Relationship to Sub:** Self

---

### *Accident Information*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 68                                    Printed by 403528 at 2/12/26  4:51 PM

MC_003607

## 12/04/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request (Lisinopril-dup )

#### Visit Diagnosis

- (primary)

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 12/4/2025 3:11 PM | Maria Christina Dajoyag-Mapili, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Caleb L Watters at 12/7/2025 1338

| | | |
|---|---|---|
| Author: Caleb L Watters | Service: Pharmacy | Author Type: — |
| Filed: 12/7/2025 1:38 PM | Encounter Date: 12/4/2025 | Status: Signed |
| Editor: Caleb L Watters | | |

Refused Prescriptions: Disp Refills lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab [*100 Ta*0 Sig: Take 1 Tablet by mouth once daily.Refused By: WATTERS, CALEB LReason for Refusal: Patient has requested refill too soon (Please send a refill request no earlier than 30 days of when it is due to be filled)Reason for Refusal Comment: last dispensed 11/30/25 100ds----------------
----------------------------------------

Electronically signed by Caleb L Watters at 12/7/2025 1:38 PM

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 69

Printed by 403528 at 2/12/26 4:51 PM

MC_003608

## 12/04/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                   Ordered on: 5/21/2019
Start date: 5/21/2019                                Quantity: 1 Each
Refill: No refills remaining

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assiative device.
Authorized by: Rachel D Dawson, MD                   Ordered on: 10/14/2021
Start date: 10/14/2021                               Quantity: 1 Each
Refill: No refills remaining

### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD                   Ordered on: 12/14/2023
Start date: 12/14/2023                               Quantity: 1 Kit
Refill: No refills remaining

### aapirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                        Entered on: 5/24/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD                   Ordered on: 5/1/2025
Start date: 5/1/2025                                 Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

### hydrochlorothiezide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD               Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD                 Ordered on: 7/31/2025
Start date: 7/31/2025                                End date: 2/9/2026
Quantity: 90 Capsule                                 Refill: 1 refill by 7/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD               Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD                 Ordered on: 10/7/2025
Start date: 10/7/2025                                End date: 2/9/2026
Quantity: 30 Tablet                                  Refill: 1 refill by 10/7/2026

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP               Discontinued on: 1/21/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD                 Ordered on: 10/15/2025
Start date: 10/15/2025                               End date: 1/20/2026
Quantity: 15 Tablet                                  Refill: 2 refills by 4/13/2026

### traMADol (ULTRAM) 50 MG Tab

Discontinued by: Jennifer L Reed, ARNP               Discontinued on: 12/23/2025

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 12/4/2025
LAKEWOOD WA 98499-2767

Page 70                                              Printed by 403528 at 2/12/26  4:51 PM

MC_003609

## 12/04/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.

| | |
|---|---|
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025 |
| Start date: 11/26/2025 | Quantity: 90 Tablet |
| Refill: 1 refill by 11/26/2026 | |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 6/5/2024 0832

Medds and pharmacy updated

## Results                                                                        (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET | Not open 24 hours |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 71                                            Printed by 403528 at 2/12/26 4:51 PM

MC_003610

## Preferred Pharmacy (continued)

**Pharmacy Address and Hours (continued)**

| Address | Hours |
| --- | --- |
| TACOMA WA 98408 | |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003611

## 12/04/2025 - Patient Outreach in MultiCare Accountable Care Coordination

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 431206167

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/4/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Medication Management
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 68 year old
**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:** AETNA HMO MEDICARE ADVAN*
**Subscriber Name:** LAROCQUE,LINDA J
**Subscriber DOB:**
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:** 000003-WA
**Ins ID#:** 101724898200

### Secondary Insurance

**Name of Insurance:** RX MEDD AETNA PDP AND MA*
**Subscriber Name:** LAROCQUE,LINDA J
**Subscriber DOB:**
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:** RXAETD
**Ins ID#:** 101724898200

ZZ MULTICARE
ACCOUNTABLE CARE
COORDINATION
521 Martin Luther King Jr Way
Tacoma WA 98405-4238

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 73     Printed by 403528 at 2/12/26 4:51 PM

MC_003612

## 12/04/2025 - Patient Outreach in MultiCare Accountable Care Coordination (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

* Medication Management (Lisinopril), onset date 12/4/2025

#### Visit Diagnosis

* (primary)

### Visit Information

#### Provider Information

##### Encounter Provider
Donna D Foster, CMA

#### Department

| Name | Address | Fax |
|------|---------|-----|
| MultiCare Accountable Care Coordination | 521 MLK Jr Way Tacoma WA 98405-4238 | 253-403-4732 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 12/4/2025 7:40 AM | Donna D Foster, CMA | ZZ MC ACCOUNTABLE CARE COORD | MACC |

### Clinical Notes

#### Telephone Encounter by Donna D Foster, CMA at 12/4/2025 0740

| | | |
|---|---|---|
| Author: Donna D Foster, CMA | Service: — | Author Type: PHC |
| Filed: 12/4/2025 7:41 AM | Encounter Date: 12/4/2025 | Status: Signed |
| Editor: Donna D Foster, CMA (PHC) | | |

## Medication Adherence Review

As part of MultiCare's goal to improve medication adherence as supported by our pharmacy team, this patient was shown to be at possible risk for medication non-adherence to Lisinopril 20 mg.

PDMP review - Med refilled on 11/26/2025 for 90 days. No need to contact patient at this time.

ZZ MULTICARE
ACCOUNTABLE CARE
COORDINATION
521 Martin Luther King Jr Way
Tacoma WA 98405-4238

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 74

Printed by 403528 at 2/12/26 4:51 PM

MC_003613

## 12/04/2025 - Patient Outreach in MultiCare Accountable Care Coordination (continued)

### Clinical Notes (continued)

Electronically signed by Donna D Foster, CMA at 12/4/2025 7:41 AM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Refill: No refills remaining

Ordered on: 5/21/2019
Quantity: 1 Each

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardia symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

ZZ MULTICARE
ACCOUNTABLE CARE
COORDINATION
521 Martin Luther King Jr Way
Tacoma WA 98405-4238

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 75

Printed by 403528 at 2/12/26 4:51 PM

MC_003614

## 12/04/2025 - Patient Outreach In MultiCare Accountable Care Coordination (continued)

### Medication List (continued)

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.

| | |
|---|---|
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025 |
| Start date: 11/26/2025 | Quantity: 90 Tablet |
| Refill: 1 refill by 11/26/2026 | |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Maria Christina Dajoyag-Maplli, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

ZZ MULTICARE
ACCOUNTABLE CARE
COORDINATION
521 Martin Luther King Jr Way
Tacoma WA 98405-4238

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 76

Printed by 403528 at 2/12/26 4:51 PM

MC_003615

**12/04/2025 - Patient Outreach in MultiCare Accountable Care Coordination (continued)**

Medication List (continued)

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

ZZ MULTICARE
ACCOUNTABLE CARE
COORDINATION
521 Martin Luther King Jr Way
Tacoma WA 98405-4238

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/4/2025

Page 77

Printed by 403528 at 2/12/26 4:51 PM

MC_003616

**12/03/2025 - Office Visit in Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**     MRN: 172930
CSN: 430033893

### Account Information

| Admit Date 12/3/2025 | HAR# | Pt Class | Hospital Svc No service for | Bed |
|---|---|---|---|---|
| Admitting Physician: | | | Chief Complaint: | Leg Pain; Imm/Inj |
| | | | Adm Dx: | |
| | | | | Gestational Age: <None> |

### Patient Information

| Home Address: | 6824 S Park Ave Tacoma WA 98408-5509 | | Telephone Information: | |
|---|---|---|---|---|
| | | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD     Employer Phone:
Referring Physician:     Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 78     Printed by 403528 at 2/12/26 4:51 PM

MC_003617

## 12/03/2025 - Office Visit in Lakewood Family Practice (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)
--

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Leg Pain (Patient stated that her left leg pain is better)
- Imm/Inj, onset date 12/3/2025

#### Visit Diagnoses

- **Chronic pain syndrome (primary) [G89.4]**
- Diabetes mellitus without complication (Multi-HCC) [E11.9]
- Major depressive disorder, recurrent episode, moderate (CMS-HCC) [F33.1]
- Need for vaccination [Z23]
- Injury of left ankle, subsequent encounter [S99.912D]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Jing Weng, ARNP | Jing Weng, ARNP |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Level of Service

| Level of Service |
| --- |
| PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM, IF USING TIME, 30 MINUTES OR MORE |

**Log History**

Additional EM Code History

### Cell Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 12/3/2025 9:10 AM | Jing Weng, ARNP | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Nursing Note by Tomika Long, MA at 12/3/2025 0910

| Author: Tomika Long, MA | Service: --- | Author Type: Medical Assistant |
| --- | --- | --- |
| Filed: 12/3/2025 9:19 AM | Encounter Date: 12/3/2025 | Status: Signed |
| Editor: Tomika Long, MA (Medical Assistant) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 79

Printed by 403528 at 2/12/26 4:51 PM

MC_003618

## 12/03/2025 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Chief Complaint**
Patient presents with
- Leg Pain
  *Patient stated that her left leg pain is better*

Additional Details: none

Medication list changes/discrepancies: Medication Comments documented by Alexis A Dillon, MA on 8/5/2024 at 0832.
Medds and pharmacy updated
Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse (Name:steven)

Tomika Long, MA

Electronically signed by Tomika Long, MA at 12/3/2025 9:19 AM

**Progress Notes by Jing Weng, ARNP at 12/3/2025 0910**

| Author: Jing Weng, ARNP | Service: Family Medicine | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 12/3/2025 12:04 PM | Encounter Date: 12/3/2025 | Status: Signed |
| Editor: Jing Weng, ARNP (Nurse Practitioner) | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 80

Printed by 403528 at 2/12/26 4:51 PM

MC_003619

**12/03/2025 - Office Visit in Lakewood Family Practice (continued)**

Clinical Notes (continued)

# Subjective

**Patient ID:** Linda J Larocque is a 67 year old female who presents for Leg Pain (Patient stated that her left leg pain is better).

Prior to recording, I discussed recording the conversation with the patient and all other people in the room so I can use it help me write my note, and all gave verbal consent.

History of Present Illness
Linda J Larocque is a 67 year old female with chronic pain who presents for pain management and follow-up on a foot injury.

Left foot pain and swelling
- Acute injury to the left foot while walking upstairs
- Sensation of a pop on the plantar surface at the time of injury
- Initial pain localized to the plantar surface, subsequently shifting laterally near the bone
- Associated swelling of the left foot
- Was evaluated by orthopedic provider and currently using a boot for immobilization
- MRI was ordered and completed; results pending.

Chronic mid-back pain
- Chronic mid-back pain limiting daily activities
- Pain managed with tramadol 50 mg twice daily, she tries to limit daytime tramadol use, some days she is able to managed her pain with ibuprofen or acetaminophen during the day
- Duloxetine used as adjunctive pain management
- Need to update pain contract

# Objective

BP 131/84 | Pulse 82 | Temp (Src) 97.6 (Temporal) | Resp 16 | Ht 5' 6"[historical[ (1.676 m) | Wt 265 lb (120.203 kg) | SaO2 96%

**Physical Exam**
Constitutional:
  Appearance: Normal appearance.
Cardiovascular:
  Rate and Rhythm: Normal rate.
  Pulses: Normal pulses.
Pulmonary:
  Effort: Pulmonary effort is normal.
Musculoskeletal:
  General: Tenderness and signs of injury present.
  Comments: **Orthopedic boot on left lower extremity, non weight bearing.**
Skin:
  General: Skin is warm and dry.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 81

Printed by 403528 at 2/12/26 4:51 PM

MC_003620

## 12/03/2025 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Neurological:
  General: No focal deficit present.
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood normal.
  Behavior: Behavior normal.

## Assessment & Plan

### 1. Chronic pain syndrome

Chronic back pain is managed with tramadol BID, Cymbalta, ibuprofen and Tylenol. Patient has been working on reducing her daytime tramadol use with ibuprofen and tylenol, reports doing well on that. Reviewed and updated patient's pain contract today.

- Continue tramadol 50 mg twice daily as needed
- Ibuprofen or Tylenol as needed during the day to reduce tramadol use
- Avoid combining tramadol with Xanax

### 2. Diabetes mellitus without complication (Multi-HCC)

Updating lab work.

- COMPREHEN METABOLIC PANEL; Future
- HEMOGLOBIN A1C; Future

### 3. Major depressive disorder, recurrent episode, moderate (CMS-HCC)

Refill sent.

- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles; Take 1 Capsule by mouth twice daily.  Dispense: 180 Capsule; Refill: 0

### 4. Need for vaccination

Flu vaccine is administered in the office today.

- P FLU VACC,(HIGH DOSE) SPLIT VIRUS PRES FREE, ENH IMMUNO, IM

### 5. Injury of left ankle, subsequent encounter

Recent left ankle injury, suspicion for peroneal tendon injury. Had MRI done yesterday and awaiting for result. Current pain is well managed, recommend continuing follow up with orthopedic.

Jing Weng, ARNP

◀▮▶ Contains text generated by Abridge

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 82

Printed by 403528 at 2/12/26  4:51 PM

MC_003621

## 12/03/2025 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Jing Weng, ARNP at 12/3/2025 12:04 PM

### Nursing Note by Tomika Long, MA at 12/3/2025 0910

| | | |
|---|---|---|
| Author: Tomika Long, MA | Service: — | Author Type: Medical Assistant |
| Filed: 12/3/2025 11:12 AM | Encounter Date: 12/3/2025 | Status: Signed |
| Editor: Tomika Long, MA (Medical Assistant) | | |

Linda J Larocque is 67 year old. Patient /Self only has agreed to Influenza vaccine(s) today.
The vaccine screening questionnaire has been completed/reviewed and there are not contraindications.
Patient's immunization history was reviewed in patient chart, Washington State Immunization Information System.
Patient was instructed to remain in the clinic for 15 minutes after being vaccinated and to report any signs and symptoms of adverse reactions to clinic staff.

Electronically signed by Tomika Long, MA at 12/3/2025 11:12 AM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                       Quantity: 1 Each
Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                       Quantity: 1 Each
Refill: No refills remaining

###### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                       Quantity: 1 Kit
Refill: No refills remaining

###### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA               Entered on: 5/24/2024

###### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD          Ordered on: 5/1/2025
Start date: 5/1/2025                         Quantity: 90 Tablet

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 83                                      Printed by 403528 at 2/12/26 4:51 PM

MC_003622

## 12/03/2025 - Office Visit in Lakewood Family Practice (continued)

### Medication List (continued)

Refill: 2 refills by 5/1/2026

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025 |
| Start date: 11/26/2025 | Quantity: 90 Tablet |
| Refill: 1 refill by 11/26/2026 | |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 84

Printed by 403528 at 2/12/26 4:51 PM

MC_003623

## 12/03/2025 - Office Visit in Lakewood Family Practice (continued)

### Medication List (continued)

#### Stopped In Visit

None

#### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

### Immunizations Given

Immunizations never marked as reviewed

**INFLUENZA IM HIGH DOSE IIV3**

| | | |
|---|---|---|
| Given by: Tomika Long, MA | Date: 12/3/2025 | Dose: 0.5 mL |
| Site: LEFT DELTOID | Route: Intramuscular | NDC: 49281-125-88 |
| CVX code: 135 | Scanned barcode: 0100349281125881 | VIS Publish Date: 1/31/2025 |
| Product: Fluzone High-Dose | Manufacturer: Sanofi Pasteur | Lot number: U8800CA |
| Expiration date: 6/30/2026 | | |

#### Questionnaire

| Question | Answer |
|---|---|
| Date VIS Provided to Patient/Caregiver | 12/3/2025 |

## Results                                                                          (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

#### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

#### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

#### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Other Orders - Procedures

#### Immunization/Injection

**P FLU VACC,(HIGH DOSE) SPLIT VIRUS PRES FREE, ENH IMMUNO, IM (Completed) [993878008]**

| | |
|---|---|
| Electronically signed by: **Jing Weng, ARNP on 12/03/25 0927** | Status: **Completed** |
| Ordering user: Jing Weng, ARNP 12/03/25 0927     Authorized by: Jing Weng, ARNP | |
| Ordering mode: Standard | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 85

Printed by 403528 at 2/12/26 4:51 PM

MC_003624

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

| | |
|---|---|
| Frequency: Routine 12/03/25 - | Class: Normal |
| Quantity: 1 | |
| Diagnoses | |
| Need for vaccination [Z23] | |

### Flowsheets

#### Custom Formula Data

| Row Name | 12/03/25 1018 | 12/03/25 0915 |
|---|---|---|
| **OTHER** | | |
| Ideal Body Weight | — | 130.73 lbs -TL |
| Adjusted Body Weight | — | 184.44 lbs -TL |
| % Over/Under Ideal Body Weight | — | 102.71 -TL |
| Predicted Body Weight | — | 59.3 -TL |
| Length (cm) | — | 167.6 cm -TL |
| IBW/kg (Calculated) Male | — | 63.8 kg -TL |
| IBW/kg (Calculated) Female | — | 59.3 kg -TL |
| BSA (Calculated - sq m) | — | 2.37 sq meters -TL |
| **Vitals** | | |
| MAP (mmHg) | — | 100 mmHg -TL |
| **BMI** | | |
| BMI (Calculated) | — | 42.79 -TL |
| **Adult IBW/VT Calculations** | | |
| IBW/kg (Calculated) | — | 59.3 -TL |
| Low Range Vt 6mL/kg | — | 355.8 mL/kg -TL |
| Adult Moderate Range Vt 8mL/kg | — | 474.4 mL/kg -TL |
| Adult High Range Vt 10mL/kg | — | 593 mL/kg -TL |
| **Vital Signs** | | |
| BMI (Calculated) | — | 42.79 -TL |
| **Weight and Growth Recommendation** | | |
| IBW/kg (Calculated) Female | — | 59.3 kg -TL |
| IBW/kg (Calculated) Male | — | 63.8 kg -TL |
| **Other** | | |
| Gender | 0=Female -JW | — |

### Encounter Vitals

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 86

Printed by 403528 at 2/12/26 4:51 PM

MC_003625

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| Row Name | 12/03/25 0915 |
|---|---|
| **Encounter Vitals** | |
| BP | 131/84 -TL |
| BP Site | Left forearm -TL |
| Pt Position for BP | Sitting -TL |
| Cuff Size | Radial -TL |
| Pulse | 82 -TL |
| Temp | 97.6 °F (36.4 °C) - TL |
| Temp src | Temporal -TL |
| Weight | 265 lb 🖹 measured - TL |
| Height | 5' 6" 🖹 historical -TL |
| Resp | 16 -TL |
| SpO2 | 96 % -TL |
| Pain Score | THREE/TEN -TL |
| Pain Loc | FOOT 🖹 left -TL |

### Opioid Risk Tool

| Row Name | 12/03/25 1018 |
|---|---|
| **Family History of Substance Abuse** | |
| Alcohol | Yes -JW |
| Illegal Drugs | No -JW |
| Prescription Drugs | Yes -JW |
| **Medical History of Substance Abuse** | |
| Alcohol | No -JW |
| Illegal Drugs | No -JW |
| Prescription Drugs | Yes -JW |
| **Other** | |
| Age range: 16-45 years (yes=1, no=0) | 0 -JW |
| History of preadolescent sexual abuse | No -JW |
| Gender | 0=Female -JW |
| **Psychological Disease** | |
| ADD, OCD, bipolar, schizophrenia | None -JW |
| Depression | None -JW |
| **Opioid Risk Score: Low Risk: <=3; Moderate Risk: 4-7; High Risk: 8 or more** | |
| Opioid Risk Total Score | 10 -JW |

### PEG

| Row Name | 12/03/25 1000 |
|---|---|
| PEG (Pain) | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

MC_003626

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| 1. What number best describes your pain on average in the past week, on a scale of 0-10 where 0 is "no pain" and 10 is "pain as bad as you can imagine"? | 5 -JW |
| 2. What number best describes how, during the past week, pain has interfered with your enjoyment of life on a 0-10 scale, where 0 is "does not interfere" and 10 is "completely interferes"? | 8 [image] recent ankle injury -JW |
| 3. What number best describes how, during the past week, pain has interfered with your general activity on a 0-10 scale, where 0 is "does not interfere" and 10 is "completely interferes"? | 7 -JW |
| PEG Score | 7 -JW |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| JW | Jing Weng, ARNP | Nurse Practitioner | ARNP |
| TL | Tomika Long, MA | Medical Assistant | — |

### Patient Instructions

- Blood work ordered today, no fasting needed
- Pain contract is updated today as of 12/03/2025
- FLU shot in the office today
- Please follow up with your sports medicine provider for further management of your left ankle injury, MRI result is pending.

Electronically signed by Jing Weng, ARNP at 12/3/2025 9:55 AM

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003627

**Preferred Pharmacy (continued)**

After Visit Summary (below)

## AFTER VISIT SUMMARY

MultiCare ✚

**Linda J. Larocque** DoB: 2/9/1958
CEID: MCR-NHPG-9CRQ-ZR34

📅 12/3/2025 9:10 AM  📍 Lakewood Family Practice
253-792-6526

### Instructions from Jing Weng, ARNP

- Blood work ordered today, no fasting needed
- Pain contract is updated today as of 12/03/2025
- FLU shot in the office today
- Please follow up with your sports medicine provider for further management of your left ankle injury, MRI result is pending.

🛒 Pick up these medications at SAFEWAY PHARMACY #1594 - TACOMA, WA
- duloxetine
Your estimated payment per fill: $0

Address: 707 S 56TH STREET, TACOMA WA 98408
Phone: 253-471-1730

⚗️ Labs ordered today
COMPREHEN METABOLIC PANEL
Complete this on or around 12/3/2025.
Must be done by 12/4/2026
Go to MULTICARE MEDICAL GROUP LAB

HEMOGLOBIN A1C
Complete this on or around 12/3/2025.
Must be done by 12/4/2026
Go to MULTICARE MEDICAL GROUP LAB

### Today's Visit

You saw Jing Weng, ARNP on Wednesday December 3, 2025 for: Leg Pain and Imm/Inj.
The following issues were addressed:
- Need for vaccination
- Diabetes mellitus without complication (Multi-HCC)
- Major depressive disorder, recurrent episode, moderate (CMS-HCC)

| | | | |
|---|---|---|---|
| Blood Pressure **131/84** | | BMI **42.77** | |
| Weight **265 lb** | | Height **5' 6"** | |
| Temperature (Temporal) **97.6 °F** | | Pulse **82** | |
| Respiration **16** | | Oxygen Saturation **96%** | |

### What's Next

JAN 15 2026 — Simple Visit with Jennifer Reed, ARNP
Thursday January 15 8:15 AM

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767
253-792-6526

Page 89

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003628

## Preferred Pharmacy (continued)

### What's Next (continued)

| | | |
|---|---|---|
| FEB<br>9<br>2026 | New Patient with Charlotte Haley, MD<br>Monday February 9 9:15 AM | Lakewood Family Practice<br>5700 100th St SW STE 510<br>LAKEWOOD WA 98499-2767<br>253-792-6526 |
| MAR<br>11<br>2026 | Simple Visit with Zachary Adler, MD<br>Wednesday March 11 8:15 AM (Arrive by 6:00 AM) | MultiCare Orthopedics & Sports Medicine - Tacoma<br>3124 S 19th St STE C340<br>Tacoma WA 98405-2433<br>253-792-6555 |

## PCP
Primary Care Provider
No Pcp Selected

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-0584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 12/3/2025

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your
medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://
mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 90                                                      Printed by 403528 at 2/12/26 4:51 PM

MC_003629

## Preferred Pharmacy (continued)

## Your Medication List as of December 3, 2025 9:55 AM

ⓘ Always use your most recent med list.

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Quantity: 15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

**aspirin** 81 MG Chew

Chew and swallow 1 Tablet by mouth once daily.

**duloxetine** 60 MG Cpap
Commonly known as: Cymbalta
Quantity: 180 Capsule

Take 1 Capsule by mouth twice daily.

**hydroCHLOROthiazide** 12.5 MG Caps
Commonly known as: Microzide
Quantity: 90 Capsule

Take 1 Capsule by mouth once daily.

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Quantity: 30 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Quantity: 100 Tablet

Take 1 Tablet by mouth once daily.

**Misc. Devices** Misc
Quantity: 1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

**naloxone** 1 mg/mL Soln
Commonly known as: NARCAN
Quantity: 1 Kit

Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

**\* OTHER**
Quantity: 1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

**\* OTHER**
Quantity: 1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Quantity: 90 Tablet

Take 1 Tablet by mouth each evening.

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Quantity: 100 Each

Use With victoza injections

**traMADol** 50 MG Tabs
Commonly known as: Ultram
Quantity: 60 Tablet

Take 1 Tablet by mouth twice daily as needed for pain.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

MC_003630

## Preferred Pharmacy (continued)

**Your Medication List (continued)** as of December 3, 2025 9:55 AM

verapamil 240 MG Tbcr
Commonly known as: CALAN SR
Quantity: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

✦ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767



Notice of language availability | Free interpreter services: If you speak a language other than English, MultiCare offers interpreter services at no cost to you. To learn more about this free service, scan the QR code or visit multicare.org/interpreter.

| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 12/3/2025 |

## Preferred Pharmacy (continued)

### Letter by Jing Weng, ARNP on 12/3/2025

Status: Sent
Letter body:

## CHRONIC NON-CANCER PAIN MANAGEMENT AGREEMENT and
## INFORMED CONSENT

**Linda J Larocque**
**172930**

### INTRODUCTION

When possible, treatment for chronic pain should be effective and safe. Treatments might include physical therapy, massage, exercise, and injections. Non-opioid drugs, or drugs that are not like morphine, should be used first. Examples include Tylenol, Advil/Aleve and other NSAIDs (anti-inflammatory pain relievers), Gabapentin, Lyrica, other anti-seizure medications known to be useful in reducing chronic pain, Cymbalta, Amitriptyline, Nortriptyline, and other medications people commonly think of as antidepressants, as well as compounded pain creams. Sometimes help for mental health and social issues is also required. Drugs that cause serious risk and side effects (such as opiates) should usually not be used. There are times when drugs with increased risk are needed to provide pain relief. The use of what are called opioid drugs may be needed. Opioids are drugs that block pain. Examples of opioids are Tramadol, Codeine, Vicodin (hydrocodone/acetaminophen), Percocet (oxycodone/acetaminophen), Oxycodone, Morphine, Fentanyl. When opioids are used, the patient and doctor must work as a team to decrease risks. Examples of risks include:

Tolerance -- The body's reduced response to a set drug dose with ongoing use.

Sensitization -- This means changes in the brain that result in an increase in how strongly you feel pain. **Ongoing opiate use increases everyone's sense of pain** so that we feel more pain with less cause.

Physical Dependence -- Withdrawal symptoms occur if the drug is stopped or the dose is reduced too quickly. You may get all over body pain, chills and temperature fluctuations, blood pressure fluctuations, stomach cramps, nausea/vomiting, diarrhea, runny nose, flulike symptoms, anxiety, tremors/shakes, irritability, insomnia and other symptoms.

Addiction -- This is the constant, uncontrolled urge to seek and use a drug, even though it may cause physical, mental or social harm.

Overdose -- A life-threatening (dangerous) state may occur if high doses are used. Mixing Opioids with other drugs that affect the brain may also cause overdose. This includes alcohol, sedatives and certain other medications.

Other Risks -- Many more side effects may occur. Some examples are nausea and vomiting, constipation, bowel obstruction, respiratory suppression and sudden respiratory arrest, sudden death, skin itching, rash, swelling and sleepiness. You may have strange thoughts or dreams. Slow reaction times, a low sex drive and other effects of low hormones due to Opioid suppression of Estrogen and Testosterone, and drug allergies may occur.

Before a MultiCare provider prescribes you an opioid drug, you must agree to follow the terms below. This agreement is meant to reduce risks.

### CHRONIC PAIN MANAGEMENT AGREEMENT

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 93

Printed by 403528 at 2/12/26 4:51 PM

MC_003632

## Preferred Pharmacy (continued)

<u>Letters (continued)</u>

**I, Linda J Larocque,** agree to comply with or follow these conditions:

1. I understand that opioids are meant to treat pain. These are controlled drugs. Doctors comply with state and federal laws when prescribing controlled drugs.
2. I agree to tell my MultiCare doctor about all drugs, past and present. This includes legal and illegal drugs, herbals, and alcohol. I will also tell my doctor if I am prescribed drugs from a different doctor. If I do not do this, I understand that my prescription for opioids may be stopped at once. I may not be able to get refills. I may no longer be allowed to seek care from MultiCare Medical Group doctors and clinics.
3. All prescriptions for opioids must come from <u>one source</u>. That source will be my doctor, Dr. Martin J Iversen, MD. An office visit will be required and should be planned for all pain medication prescription refills. I may need a refill when my doctor is not available. In this case, a covering doctor may give me a full or a partial refill. The covering doctor may refuse a refill in some situations. I understand that it is the doctor's desire to give full refills when possible. However, the covering doctor does not know me as well as my own doctor. He or she has the duty to act carefully if doubts occur. I will try to contact my doctor's office a week before a prescription runs out. In no case will I contact my doctor's office in less than 3 days. This way, if something delays my refill I am not likely to run out. The job of prescribing may be turned over to a specialist or another qualified doctor.
4. I agree to provide photo ID when picking up prescriptions or when having them filled.
5. I agree it is my responsibility to safeguard all medications. I will keep my pain medications in a locked container or other secure location. Note: **Avoid leaving house with full bottle/container; rather, take only as many pills (or capsules) as you need for that day or trip. When travelling, keep this medication in a pharmacy-issued container.**
6. I agree to take the medicine only as prescribed. This means to use it as discussed with my doctor and to follow the written instructions on the drug label. Any change in use from what is written on the label should be discussed with my doctor.
7. I will not give my pain medicine to another person. I will not sell, hoard, or use my pain medicine in the wrong way.
8. I may not alter or change a prescription. I understand this is against the law. This may result in immediate termination (ending) of care from MultiCare Medical Group. Law enforcement may be notified.
9. I authorize the prescribing doctor to alert law enforcement if he or she has reason to believe I have broken the law.
10. I must continue to show proof that a set dose of opioid pain medicine is helping me. Examples include lower pain scores, and more physical and social activities. Better sleep, less depression, and better quality of life also show Opioids are helpful.
11. I agree to follow the advice of the prescribing doctor about reducing or stopping pain medication should he or she feel it wise to do so.
12. I agree to keep all appointments. I also agree to attend all follow-up visits as decided by my doctor. I will also attend all appointments for tests and/or consultations that my doctor believes are needed. My prescription refill may be denied if I do not keep these appointments. Termination of care from MultiCare Medical Group may also occur.
13. I agree to follow medical advice about driving a motor vehicle and/or other hazardous activities. I understand that opioids slow reaction times and impaired decision-making. It is dangerous to drive a motor vehicle or operate motorized equipment while taking opioid pain drugs. Driving a vehicle, operating a motor/sail boat, operating motorized equipment while on opiates medications must be thought of as same as driving while drunk.
14. All pain drug prescriptions will be obtained from <u>one pharmacy</u>. Changes in my pharmacy will be cleared with my doctor and written in my medical record.
15. Normally, a lost or stolen prescription or drugs does not mean I will get a replacement. A stolen prescription or drug is a crime. The patient must file a police report. A copy of the report must be given to the doctor before another prescription will be considered.
16. I authorize my doctor to share this agreement with local emergency departments, urgent care centers, other

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 94

Printed by 403528 at 2/12/26 4:51 PM

MC_003633

## Preferred Pharmacy (continued)

### Letters (continued)

physicians is relevant to my care and pharmacies. I give permission for my other doctors and pharmacies to report violations of this agreement back to my MultiCare doctor.

17. I will not use alcohol, illegal drugs (including Cannabis/Marijuana) or other "controlled" drugs (like sleeping pills or anxiety-reducing medications) or any prescription medications that are not currently prescribed to me, without permission from my doctor.

18. I understand that a drug screen may be needed to make sure I am taking my Opioids as prescribed. A drug screen will also show if drugs other than those prescribed are being used. I agree that I will have a drug test at the doctor's request. Refusing a drug test will be considered a violation of this agreement.

19. I understand that opioids may be <u>stopped</u> if any of the following occur:
    - I develop side effects or other problems that my doctor or covering doctor thinks are of concern
    - I develop tolerance or loss of effect from this treatment. For example, I experience an increase in pain.
    - My everyday normal activities (physical, mental, or social) decrease
    - Improvement in the quality of my life stops
    - I show a pattern of requesting "emergency" pain drugs.
    - I do not treat the physician or staff with respect.
    - My doctors find I do not comply with any of the terms of this agreement.

20. If a decision is made to stop the opioids, my doctor may provide a tapering schedule. This means decreasing the amount of medication. I will receive enough medication to complete the tapering schedule. If I cannot successfully follow the tapering schedule, I agree to enter a suitable treatment under the management of a drug addiction therapist.

21. I agree to work with the clinic staff in a cooperative and polite manner. Manipulative, histrionic, condescending, disrespectful, abusive or hostile behavior will not be tolerated.

22. I understand that if I do not follow the terms of this agreement, the violation and the doctor's input will be entered into my medical record. Changes in the treatment plan will also be entered into the medical record

- 
- 
- 
- 
- **INFORMED CONSENT**

- 
- By my signature below, I acknowledge I have read this agreement, understand it, and have had all my questions answered to my satisfaction. I voluntarily agree to comply with the conditions set forth above. I understand and agree that if I do not comply with any of the conditions set forth above, my opioid drugs may be stopped and I may be terminated as a patient of Jing Weng, ARNP and the MultiCare Medical Group. This termination may be immediate.

- 
- 
- Patient Signature ...............................................
- **Linda J Larocque**   Date 12/3/2025
- 
- 
- Provider Signature ...............................................
- **Jing Weng, ARNP**   Date 12/3/2025

### Messages

#### MyChart Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| Jing Weng, ARNP<br>Last Read in MyChart | Larocque, Linda J | 11/30/2025  1:44 AM |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 95

Printed by 403528 at 2/12/26  4:51 PM

MC_003634

## Preferred Pharmacy (continued)

### Messages (continued)

12/4/2025 11:13 AM by Larocque, Linda J

Appointment Reminder

Dept:  Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767
253-792-6526
Provider: Jing Weng, ARNP

Date: 12/03/25
Time: 9:10 AM

Arrival Time:  9:10 AM PST

Please click epichttp://appointments [here] to view more details about your appointment.

### Patient Instructions

- Blood work ordered today, no fasting needed
- Pain contract is updated today as of 12/03/2025
- FLU shot in the office today
- Please follow up with your sports medicine provider for further management of your left ankle injury, MRI result is pending.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Printed by 403528 at 2/12/26  4:51 PM

MC_003635

## 12/03/2025 - Clinical Consent Form In Tg Mhs Transcription

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**   **MRN:** 172930
**CSN:** 431361814

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 12/3/2025 | | | No service for | |

**Admitting Physician:**   **Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD   Employer Phone:
Referring Physician:   Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-3322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

MULTICARE TACOMA   Larocque, Linda J
GENERAL HOSPITAL   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 12/3/2025
WAY
TACOMA WA 98405-4234

MC_003636

## 12/03/2025 - Clinical Consent Form in Tg Mhs Transcription (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

**Department**

**Name**
TG MHS TRANSCRIPTION

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/3/2025 6:06 PM | HIM SCANNED DOCUMENT | TG MHS TRANSCRIPTION | TGH |

MULTICARE TACOMA    Larocque, Linda J
GENERAL HOSPITAL    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 12/3/2025
WAY
TACOMA WA 98405-4234

MC_003637

## 12/03/2025 - Clinical Consent Form in Tg Mhs Transcription (continued)

**Documents**

Consent - Chronic Pain Management Agreement - Scan on 12/4/2025 5:58 PM: Consent - Chronic Pain Management Agreement

Scan (below)

172930 LAROCQUE, LINDA J

2025-12-03 09:50    MHS_L Fam Practice 253 459 6064 >> MultiCare Fax TD1    P 1/4

172930

**MultiCare**
BetterConnected

Allenmore Hospital
Good Samaritan Hospital
Mary Bridge Children's Hospital & Health Center
Tacoma General Hospital
Good Samaritan Clinics
MultiCare Clinics

### CHRONIC NON-CANCER PAIN MANAGEMENT AGREEMENT and INFORMED CONSENT

Linda J Larocque
172930

### INTRODUCTION

When possible, treatment for chronic pain should be effective and safe. Treatments might include physical therapy, massage, exercise, and injections. Non-opioid drugs, or drugs that are not like morphine, should be used first. Examples include Tylenol, Advil/Aleve and other NSAIDs (anti-inflammatory pain relievers), Gabapentin, Lyrica, other anti-seizure medications known to be useful in reducing chronic pain, Cymbalta, Amitriptyline, Nortriptyline, and other medications people commonly think of as antidepressants, as well as compounded pain creams. Sometimes help for mental health and social issues is also required. Drugs that cause serious risk and side effects (such as opiates) should usually not be used. There are times when drugs with increased risk are needed to provide pain relief. The use of what are called opioid drugs may be needed. Opioids are drugs that block pain. Examples of opioids are Tramadol, Codeine, Vicodin (hydrocodone/acetaminophen), Percocet (oxycodone/acetaminophen), Oxycodone, Morphine, Fentanyl. When opioids are used, the patient and doctor must work as a team to decrease risks. Examples of risks include:

Tolerance – The body's reduced response to a set drug dose with ongoing use.

Sensitization – This means changes in the brain that result in an increase in how strongly you feel pain. Ongoing opiate use increases everyone's sense of pain so that we feel more pain with less cause.

Physical Dependence – Withdrawal symptoms occur if the drug is stopped or the dose is reduced too quickly. You may get all over body pain, chills and temperature fluctuations, blood pressure fluctuations, stomach cramps, nausea/vomiting, diarrhea, runny nose, flulike symptoms, anxiety, tremors/shakes, irritability, insomnia and other symptoms.

Addiction – This is the constant, uncontrolled urge to seek and use a drug, even though it may cause physical, mental or social harm.

Overdose – A life-threatening (dangerous) state may occur if high doses are used. Mixing Opioids with other drugs that affect the brain may also cause overdose. This includes alcohol, sedatives and certain other medications.

MULTICARE TACOMA          Larocque, Linda J
GENERAL HOSPITAL          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 12/3/2025
WAY
TACOMA WA 98405-4234

Page 99                                     Printed by 403528 at 2/12/26 4:51 PM

MC_003638

## 12/03/2025 - Clinical Consent Form In Tg Mhs Transcription (continued)

**Documents (continued)**

Other Risks – Many more side effects may occur. Some examples are nausea and vomiting, constipation, bowel obstruction, respiratory suppression and sudden respiratory arrest, sudden death, skin itching, rash, swelling and sleepiness. You may have strange thoughts or dreams. Slow reaction times, a low sex drive and other effects of low hormones due to Opioid suppression of Estrogen and Testosterone, and drug allergies may occur.

Before a MultiCare provider prescribes you an opioid drug, you must agree to follow the terms below. This agreement is meant to reduce risks.

### CHRONIC PAIN MANAGEMENT AGREEMENT

I, Linda J Larocque, agree to comply with or follow these conditions:

1. I understand that opioids are meant to treat pain. These are controlled drugs. Doctors comply with state and federal laws when prescribing controlled drugs.
2. I agree to tell my MultiCare doctor about all drugs, past and present. This includes legal and illegal drugs, herbals, and alcohol. I will also tell my doctor if I am prescribed drugs from a different doctor. If I do not do this, I understand that my prescription for opioids may be stopped at once. I may not be able to get refills. I may no longer be allowed to seek care from MultiCare Medical Group doctors and clinics.
3. All prescriptions for opioids must come from one source. That source will be my doctor, Dr. Martin J Iversen, MD. An office visit will be required and should be planned for all pain medication prescription refills. I may need a refill when my doctor is not available. In this case, a covering doctor may give me a full or a partial refill. The covering doctor may refuse a refill in some situations. I understand that it is the doctor's desire to give full refills when possible. However, the covering doctor does not know me as well as my own doctor. He or she has the duty to act carefully if doubts occur. I will try to contact my doctor's office a week before a prescription runs out. In no case will I contact my doctor's office in less than 3 days. This way, if something delays my refill I am not likely to run out. The job of prescribing may be turned over to a specialist or another qualified doctor.
4. I agree to provide photo ID when picking up prescriptions or when having them filled.
5. I agree it is my responsibility to safeguard all medications. I will keep my pain medications in a locked container or other secure location. Note: Avoid leaving house with full bottle/container; rather, take only as many pills (or capsules) as you need for that day or trip. When travelling, keep this medication in a pharmacy-issued container.
6. I agree to take the medicine only as prescribed. This means to use it as discussed with my doctor and to follow the written instructions on the drug label. Any change in use from what is written on the label should be discussed with my doctor.
7. I will not give my pain medicine to another person. I will not sell, hoard, or use my pain medicine in the wrong way.
8. I may not alter or change a prescription. I understand this is against the law. This may result in immediate termination (ending) of care from MultiCare Medical Group. Law enforcement may be notified.
9. I authorize the prescribing doctor to alert law enforcement if he or she has reason to believe I have broken the law.
10. I must continue to show proof that a set dose of opioid pain medicine is helping me. Examples include lower pain scores, and more physical and social activities. Better sleep, less depression, and better quality of life also show Opioids are helpful.

PAGE 2/4 * RCVD AT 12/3/2025 10:08:54 AM [Pacific Standard Time] * SVR:TD0VNBFAXDT0001/37 * DNIS:2535842560 * CSID:253 459 6064 * ANI:12534586064 * DURATION (mm-ss):01-4

MULTICARE TACOMA          Larocque, Linda J
GENERAL HOSPITAL          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 12/3/2025
WAY
TACOMA WA 98405-4234

Page 100                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003639

## 12/03/2025 - Clinical Consent Form In Tg Mhs Transcription (continued)

Documents (continued)

172930 LAROCQUE, LINDA J

2025-12-03 09:51    MHS_L Fam Practice 253 459 6064 >> MultiCare Fax TD1    P 3/4

11. I agree to follow the advice of the prescribing doctor about reducing or stopping pain medication should he or she feel it wise to do so.

12. I agree to keep all appointments. I also agree to attend all follow-up visits as decided by my doctor. I will also attend all appointments for tests and/or consultations that my doctor believes are needed. My prescription refill may be denied if I do not keep those appointments. Termination of care from MultiCare Medical Group may also occur.

13. I agree to follow medical advice about driving a motor vehicle and/or other hazardous activities. I understand that opioids slow reaction times and impaired decision-making. It is dangerous to drive a motor vehicle or operate motorized equipment while taking opioid pain drugs. Driving a vehicle, operating a motor/sail boat, operating motorized equipment while on opiates medications must be thought of as same as driving while drunk.

14. All pain drug prescriptions will be obtained from one pharmacy. Changes in my pharmacy will be cleared with my doctor and written in my medical record.

15. Normally, a lost or stolen prescription or drugs does not mean I will get a replacement. A stolen prescription or drug is a crime. The patient must file a police report. A copy of the report must be given to the doctor before another prescription will be considered.

16. I authorize my doctor to share this agreement with local emergency departments, urgent care centers, other physicians is relevant to my care and pharmacies. I give permission for my other doctors and pharmacies to report violations of this agreement back to my MultiCare doctor.

17. I will not use alcohol, illegal drugs (including Cannabis/Marijuana) or other "controlled" drugs (like sleeping pills or anxiety-reducing medications) or any prescription medications that are not currently prescribed to me, without permission from my doctor.

18. I understand that a drug screen may be needed to make sure I am taking my Opioids as prescribed. A drug screen will also show if drugs other than those prescribed are being used. I agree that I will have a drug test at the doctor's request. Refusing a drug test will be considered a violation of this agreement.

19. I understand that opioids may be stopped if any of the following occur:
    - I develop side effects or other problems that my doctor or covering doctor thinks are of concern
    - I develop tolerance or loss of effect from this treatment. For example, I experience an increase in pain.
    - My everyday normal activities (physical, mental, or social) decrease
    - Improvement in the quality of my life stops
    - I show a pattern of requesting "emergency" pain drugs.
    - I do not treat the physician or staff with respect.
    - My doctors find I do not comply with any of the terms of this agreement.

20. If a decision is made to stop the opioids, my doctor may provide a tapering schedule. This means decreasing the amount of medication. I will receive enough medication to complete the tapering schedule. If I cannot successfully follow the tapering schedule, I agree to enter a suitable treatment under the management of a drug addiction therapist.

21. I agree to work with the clinic staff in a cooperative and polite manner. Manipulative, histrionic, condescending, disrespectful, abusive or hostile behavior will not be tolerated.

PAGE 3/4 * RCVD AT 12/3/2025 10:03:54 AM [Pacific Standard Time] * SVR:TGGVRFAXDTS001/27 * DNIS:2333842866 * CSID:253 459 6064 * ANI:12534599064 * DURATION (mm-ss):01-4

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 101

Printed by 403528 at 2/12/26 4:51 PM

MC_003640

## 12/03/2025 - Clinical Consent Form In Tg Mhs Transcription (continued)

**Documents (continued)**

2025-12-03 09:52    MHS_L Fam Practice 253 459 6064 >> MultiCare Fax TD1        P 4/4

172930 LAROCQUE, LINDA J

22. I understand that if I do not follow the terms of this agreement, the violation and the doctor's input will be entered into my medical record. Changes in the treatment plan will also be entered into the medical record

### INFORMED CONSENT

By my signature below, I acknowledge I have read this agreement, understand it, and have had all my questions answered to my satisfaction. I voluntarily agree to comply with the conditions set forth above. I understand and agree that if I do not comply with any of the conditions set forth above, my opioid drugs may be stopped and I may be terminated as a patient of Jing Weng, ARNR and the MultiCare Medical Group. This termination may be immediate.

Patient Signature _____
    Linda J Larocque    Date 12/3/2025

Provider Signature _____
    Jing Weng, ARNP    Date 12/3/2025

PAGE 4/4 * RCVD AT 12/3/2025 10:05:54 AM [Pacific Standard Time]* SVR:TDCVAFAXDTG001/37 * DNIS:2538842855 * CSID:253 459 6064 * ANI:+12034596064 * DURATION (mm-ss):01-4

MULTICARE TACOMA        Larocque, Linda J
GENERAL HOSPITAL        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 12/3/2025
WAY
TACOMA WA 98405-4234

Page 102                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003641

## 12/03/2025 - Clinical Consent Form In Tg Mhs Transcription (continued)

### Documents (continued)

**Consent - Chronic Pain Management Agreement - Scan on 12/9/2025 6:38 PM: Consent - Chronic Pain Management Agreement**

Scan (below)

172930 LAROCQUE, LINDA J

**MultiCare** 🔔
**BetterConnected**

Allenmore Hospital
Good Samaritan Hospital
Mary Bridge Children's Hospital & Health Center
Tacoma General Ho
Good Samaritan Cli
MultiCare Clinics

FT: 172930
DOB: 2/9/1958 (67 yrs)
SEX: Female
CSN:

EXDR: 88626087 12/3/2025 9:10 AM
DEPT: Lakewood Family Practice
PROV: Jing Wang, ARNP
PCP: No Pcp Selected
REF: No ref provider found
ACCT: 0531000 Personal/Family
GUAR: Larocque, Linda J
AETNA MEDICARE ADVANTAGE
AETNA 1040 MEDICARE ADVANTAGE

**CHRONIC NON-CANCER PAIN MANAGEMENT AGREEMENT and
INFORMED CONSENT**

Linda J Larocque
172930

#### INTRODUCTION

When possible, treatment for chronic pain should be effective and safe.
Treatments might include physical therapy, massage, exercise, and injections. Non-opioid drugs, or drugs that are not like morphine, should be used first. Examples include Tylenol, Advil/Aleve and other NSAIDs (anti-inflammatory pain relievers), Gabapentin, Lyrica, other anti-seizure medications known to be useful in reducing chronic pain, Cymbalta, Amitriptyline, Nortriptyline, and other medications people commonly think of as antidepressants, as well as compounded pain creams. Sometimes help for mental health and social issues is also required. Drugs that cause serious risk and side effects (such as opiates) should usually not be used. There are times when drugs with increased risk are needed to provide pain relief. The use of what are called opioid drugs may be needed. Opioids are drugs that block pain. Examples of opioids are Tramadol, Codeine, Vicodin (hydrocodone/acetaminophen), Percocet (oxycodone/acetaminophen), Oxycodone, Morphine, Fentanyl. When opioids are used, the patient and doctor must work as a team to decrease risks. Examples of risks include:

<u>Tolerance</u> – The body's reduced response to a set drug dose with ongoing use.

<u>Sensitization</u> – This means changes in the brain that result in an increase in how strongly you feel pain. Ongoing opiate use increases everyone's sense of pain so that we feel more pain with less cause.

<u>Physical Dependence</u> – Withdrawal symptoms occur if the drug is stopped or the dose is reduced too quickly. You may get all over body pain, chills and temperature fluctuations, blood pressure fluctuations, stomach cramps, nausea/vomiting, diarrhea, runny nose, flulike symptoms, anxiety, tremors/shakes, irritability, insomnia and other symptoms.

<u>Addiction</u> – This is the constant, uncontrolled urge to seek and use a drug, even though it may cause physical, mental or social harm.

<u>Overdose</u> – A life-threatening (dangerous) state may occur if high doses are used. Mixing Opioids with other drugs that affect the brain may also cause overdose. This includes alcohol, sedatives and certain other medications.

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 103

Printed by 403528 at 2/12/26 4:51 PM

MC_003642

## 12/03/2025 - Clinical Consent Form In Tg Mhs Transcription (continued)

**Documents (continued)**

172930 LAROCQUE, LINDA J

<u>Other Risks</u> – Many more side effects may occur. Some examples are nausea and vomiting, constipation, bowel obstruction, respiratory suppression and sudden respiratory arrest, sudden death, skin itching, rash, swelling and sleepiness. You may have strange thoughts or dreams, slow reaction times, a low sex drive and other effects of low hormones due to Opioid suppression of Estrogen and Testosterone, and drug allergies may occur.

Before a MultiCare provider prescribes you an opioid drug, you must agree to follow the terms below. This agreement is meant to reduce risks.

### CHRONIC PAIN MANAGEMENT AGREEMENT

I, Linda J Larocque, agree to comply with or follow these conditions:

1. I understand that opioids are meant to treat pain. These are controlled drugs. Doctors comply with state and federal laws when prescribing controlled drugs.
2. I agree to tell my MultiCare doctor about all drugs, past and present. This includes legal and illegal drugs, herbals, and alcohol. I will also tell my doctor if I am prescribed drugs from a different doctor. If I do not do this, I understand that my prescription for opioids may be stopped at once. I may not be able to get refills. I may no longer be allowed to seek care from MultiCare Medical Group doctors and clinics.
3. All prescriptions for opioids must come from <u>one source</u>. That source will be my doctor, Dr. Martin J Iversen, MD. An office visit will be required and should be planned for all pain medication prescription refills. I may need a refill when my doctor is not available. In this case, a covering doctor may give me a full or a partial refill. The covering doctor may refuse a refill in some situations. I understand that it is the doctor's desire to give full refills when possible. However, the covering doctor does not know me as well as my own doctor. He or she has the duty to act carefully if doubts occur. I will try to contact my doctor's office a week before a prescription runs out. In no case will I contact my doctor's office in less than 3 days. This way, if something delays my refill I am not likely to run out. The job of prescribing may be turned over to a specialist or another qualified doctor.
4. I agree to provide photo ID when picking up prescriptions or when having them filled.
5. I agree it is my responsibility to safeguard all medications. I will keep my pain medications in a locked container or other secure location. Note: Avoid leaving house with full bottle/container; rather, take only as many pills (or capsules) as you need for that day or trip. When travelling, keep this medication in a pharmacy-issued container.
6. I agree to take the medicine only as prescribed. This means to use it as discussed with my doctor and to follow the written instructions on the drug label. Any change in use from what is written on the label should be discussed with my doctor.
7. I will not give my pain medicine to another person. I will not sell, hoard, or use my pain medicine in the wrong way.
8. I may not alter or change a prescription. I understand this is against the law. This may result in immediate termination (ending) of care from MultiCare Medical Group. Law enforcement may be notified.
9. I authorize the prescribing doctor to alert law enforcement if he or she has reason to believe I have broken the law.
10. I must continue to show proof that a set dose of opioid pain medicine is helping me. Examples include lower pain scores, and more physical and social activities. Better sleep, less depression, and better quality of life also show Opioids are helpful.

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 104

Printed by 403528 at 2/12/26 4:51 PM

MC_003643

## 12/03/2025 - Clinical Consent Form in Tg Mhs Transcription (continued)

**Documents (continued)**

172930 LAROCQUE, LINDA J

11. I agree to follow the advice of the prescribing doctor about reducing or stopping pain medication should he or she feel it wise to do so.

12. I agree to keep all appointments. I also agree to attend all follow-up visits as decided by my doctor. I will also attend all appointments for tests and/or consultations that my doctor believes are needed. My prescription refill may be denied if I do not keep these appointments. Termination of care from MultiCare Medical Group may also occur.

13. I agree to follow medical advice about driving a motor vehicle and/or other hazardous activities. I understand that opioids slow reaction times and impaired decision-making. It is dangerous to drive a motor vehicle or operate motorized equipment while taking opioid pain drugs. Driving a vehicle, operating a motor/sail boat, operating motorized equipment while on opiates medications must be thought of as same as driving while drunk.

14. All pain drug prescriptions will be obtained from one pharmacy. Changes in my pharmacy will be cleared with my doctor and written in my medical record.

15. Normally, a lost or stolen prescription or drugs does not mean I will get a replacement. A stolen prescription or drug is a crime. The patient must file a police report. A copy of the report must be given to the doctor before another prescription will be considered.

16. I authorize my doctor to share this agreement with local emergency departments, urgent care centers, other physicians is relevant to my care and pharmacies. I give permission for my other doctors and pharmacies to report violations of this agreement back to my MultiCare doctor.

17. I will not use alcohol, illegal drugs (including Cannabis/Marijuana) or other "controlled" drugs (like sleeping pills or anxiety-reducing medications) or any prescription medications that are not currently prescribed to me, without permission from my doctor.

18. I understand that a drug screen may be needed to make sure I am taking my Opioids as prescribed. A drug screen will also show if drugs other than those prescribed are being used. I agree that I will have a drug test at the doctor's request. Refusing a drug test will be considered a violation of this agreement.

19. I understand that opioids may be stopped if any of the following occur:
    - I develop side effects or other problems that my doctor or covering doctor thinks are of concern
    - I develop tolerance or loss of effect from this treatment. For example, I experience an increase in pain.
    - My everyday normal activities (physical, mental, or social) decrease
    - Improvement in the quality of my life stops
    - I show a pattern of requesting "emergency" pain drugs.
    - I do not treat the physician or staff with respect.
    - My doctors find I do not comply with any of the terms of this agreement.

20. If a decision is made to stop the opioids, my doctor may provide a tapering schedule. This means decreasing the amount of medication. I will receive enough medication to complete the tapering schedule. If I cannot successfully follow the tapering schedule, I agree to enter a suitable treatment under the management of a drug addiction therapist.

21. I agree to work with the clinic staff in a cooperative and polite manner. Manipulative, histrionic, condescending, disrespectful, abusive or hostile behavior will not be tolerated.

MULTICARE TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 105

Printed by 403528 at 2/12/26 4:51 PM

MC_003644

## 12/03/2025 - Clinical Consent Form in Tg Mhs Transcription (continued)

**Documents (continued)**

172930 LAROCQUE, LINDA J

> . . .

22. I understand that if I do not follow the terms of this agreement, the violation and the doctor's input will be entered into my medical record. Changes in the treatment plan will also be entered into the medical record

### INFORMED CONSENT

By my signature below, I acknowledge I have read this agreement, understand it, and have had all my questions answered to my satisfaction. I voluntarily agree to comply with the conditions set forth above. I understand and agree that if I do not comply with any of the conditions set forth above, my opioid drugs may be stopped and I may be terminated as a patient of Jing Weng, ARNP and the MultiCare Medical Group. This termination may be immediate.

Patient Signature *Linda J Larocque*
Linda J Larocque    Date 12/3/2025

Provider Signature *(signature)*
Jing Weng, ARNP    Date 12/3/2025

L

**Medication List**

**Medication List**

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 106                                          Printed by 403528 at 2/12/26  4:51 PM

MC_003645

## 12/03/2025 - Clinical Consent Form in Tg Mhs Transcription (continued)

### Medication List (continued)

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

##### verepamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

##### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

##### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |

MULTICARE TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 107

Printed by 403528 at 2/12/26 4:51 PM

MC_003646

## 12/03/2025 - Clinical Consent Form in Tg Mhs Transcription (continued)

### Medication List (continued)

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.

| | |
|---|---|
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025 |
| Start date: 11/26/2025 | Quantity: 90 Tablet |
| Refill: 1 refill by 11/26/2026 | |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.

| | |
|---|---|
| Authorized by: Maria Christina Dajoyag-Maplii, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Jing Weng, ARNP | Ordered on: 12/3/2025 |
| Start date: 12/3/2025 | End date: 2/9/2026 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results

(Order )

## END OF IMAGING QUESTIONNAIRE REPORT

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 12/3/2025

Page 108

Printed by 403528 at 2/12/26 4:51 PM

MC_003647

## 12/03/2025 - Clinical Consent Form In Tg Mhs Transcription (continued)

## Preferred Pharmacy

### Patient Instructions

None

MULTICARE TACOMA    Larocque, Linda J
GENERAL HOSPITAL    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 12/3/2025
WAY
TACOMA WA 98405-4234

Page 109

Printed by 403528 at 2/12/26 4:51 PM

MC_003648

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park

**MultiCare Health System**  **MULTICARE GIG HARBOR MEDICAL PARK**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
 **CSN:** 430236186

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/25/2025 1340 | 720493432 | OR | Radiology | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**  Ankle injury, left, init*
Gestational Age: <None>

### *Patient Information*

| | | Telephone Information: | |
|---|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 68 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (67 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Charlotte A Haley, MD    **Employer Phone:**
**Referring Physician:** PITTMAN, ALEX A       **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### *Guarantor Information*

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | LAROCQUE,LINDA J | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### *Primary Insurance*

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | 02/09/1958 | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### *Secondary Insurance*

| Name of Insurance: | | Group Name: | |
|---|---|---|---|
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

### *Accident Information*

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 110          Printed by 403528 at 2/12/26  4:51 PM

MC_003649

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)
--

### Hospital Account

| Name | Acct ID | Class | Status |
|---|---|---|---|
| Larocque, Linda J | 720493432 | Outpatient-Radiology | Closed |

### Visit information

#### Provider Information

##### Referring Provider
Alex A Pittman, PA-C

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Imaging Gig Harbor Medical Park | 4545 Pt Fosdick Drive NW Gig Harbor WA 98335 | 253-792-6220 | 253-792-6230 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/25/2025 1:40 PM | GHRAD1 | GH HSD DIAGNOSTIC IMAGING | GH HOSP SVCS |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 111

Printed by 403528 at 2/12/26 4:51 PM

MC_003650

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Alex A Pittman, PA-C | — | Attending | — | Orthopedic Surgery | — | — |

### Events

#### Hospital Outpatient at 11/25/2025 1340

Unit: MultiCare Imaging Gig Harbor Medical Park
Patient class: Outpatient-Radiology

#### Discharge at 11/25/2025 2359

Unit: MultiCare Imaging Gig Harbor Medical Park
Patient class: Outpatient-Radiology

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.

| | |
|---|---|
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 112

Printed by 403528 at 2/12/26 4:51 PM

MC_003651

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

### Medication List (continued)

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |

Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.

| | |
|---|---|
| Authorized by: Maria Christina Dajoyag-Maplll, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.

| | |
|---|---|
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

### Medication Comment

Alexis A Dillon, MA on 8/5/2024 0832

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 113

Printed by 403528 at 2/12/26 4:51 PM

MC_003652

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

### Medication List (continued)

Meds and pharmacy updated

## Imaging

### Imaging

#### XR Ankle 3+ Views Complete Left (Final result) [991673510]

| XR Ankle 3+ Views Complete Left [991673510] | Resulted: 11/27/25 1715, Result status: Final result |
|---|---|
| Ordering provider: Alex A Pittman, PA-C 11/25/25 1336<br>Resulted by: Anand Suresh, MD<br>Performed: 11/25/25 1341 - 11/25/25 1347<br>Resulting lab: MULTICARE RADIANT INTERFACE<br>Acknowledged by: Alex A Pittman, PA-C on 11/28/25 1113 | Order status: Completed<br>Filed by: Radiant, Results Interface 11/27/25 1716<br>Accession number: 45688275 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 55 - Unknown | MULTICARE RADIANT INTERFACE | Unknown | Unknown | 03/26/13 0741 - Present |

#### Study Result

```
EXAM:  XR ANKLE 3+ VIEW COMPLETE LEFT

HISTORY: left foot/ankle injury (DOI: 11/20/25); Pain

TECHNIQUE: 3 views.

COMPARISON: No relevant comparisons at the time of interpretation.


FINDINGS/IMPRESSION:

No acute fracture. No dislocation. Mortise is congruent. No osteochondral
defect. Mild osteoarthritis. Heel spur.
No significant soft tissue swelling.

.......
Providers: To speak with a TRA radiologist, call (253)761-4200.
Patient: For further result information, please contact ordering provider.
```

#### Indications

Ankle injury, left, initial encounter [S99.912A (ICD-10-CM)]

#### Study Signed

Electronically signed by Anand Suresh, MD on 11/27/25 at 1716 PST

#### All Reviewers List

Alex A Pittman, PA-C on 11/28/2025 11:13

MULTICARE GIG HARBOR MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 114

Printed by 403528 at 2/12/26 4:51 PM

MC_003653

**11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)**

Imaging (continued)

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Flowsheets**

**LACE+ Score**

| Row Name | 11/26/25 0010 |
| --- | --- |
| OTHER | |
| LACE+ Readmission Risk Score | 30 -GB |

**User Key**
(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
| --- | --- | --- | --- |
| GB | Batch Job, Grand Central | — | — |

**Referral**

**Radiology Services #28402691**

| | |
| --- | --- |
| Priority: Routine | Class: Internal |
| Status: Closed - All visit requests met | Status updated on: 11/25/2025 |
| Valid dates: From 11/25/2025 to 11/25/2026 | |

**Referred From**

| | |
| --- | --- |
| Location: MULTICARE GIG HARBOR MEDICAL PARK | Department: MC ORTHO & SPORTS GH |
| Department phone: 253-792-6555 | Provider: Alex A Pittman, PA-C |
| Provider phone: 253-792-6555 | Provider address: 3124 S 19th St STE C340 Tacoma WA 98405 |

**Referred To**

Specialty: Radiology

**Visits**

| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |
| --- | --- | --- | --- |

**Procedures**

**73610L - XR Ankle 3+ Views Complete Left**

| Modifier: LT | Number requested: 1 |
| --- | --- |
| Number approved: 1 | |

**Diagnoses**

- 959.7 (ICD-9-CM) - S99.912A (ICD-10-CM) - Ankle injury, left, initial encounter

**Referral Notes**

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 115

Printed by 403528 at 2/12/26 4:51 PM

MC_003654

## Preferred Pharmacy (continued)

**Referral (continued)**

### Provider Comments by Maritess D Jose, LVN/LPN at 11/25/2025 1336

Summary: Provider Comments

Alex Pittman, PA-C

### Status History

| Change | User | Date/Time |
|---|---|---|
| From Authorized to Closed (auto) | Susan M Harty | 11/25/2025 1340 |

### Order

#### XR Ankle 3+ Views Complete Left [991673510]

Electronically signed by: **Maritess D Jose, LVN/LPN on 11/25/25 1336**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Maritess D Jose, LVN/LPN 11/25/25 1336      Ordering provider: Alex A Pittman, PA-C
Authorized by: Alex A Pittman, PA-C          Ordered during: Office Visit on 11/25/2025
Diagnoses
Ankle Injury, left, Initial encounter [S99.912A]
Order comments: Alex Pittman, PA-C

### Triage

#### Triage Information

Decision: None          Schedule by date: 12/9/2025

### Coverages

#### AETNA MEDICARE ADVANTAGE

| Plan: AETNA HMO MEDICARE ADVANTAGE Member #: 101724898200 | Covered: Covered | From: 1/1/2025 | To: 12/31/2025 |
|---|---|---|---|

**Patient Instructions**

None

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Dr          Adm: 11/25/2025, D/C: 11/25/2025
GIG HARBOR WA 98335-1700

Page 116          Printed by 403528 at 2/12/26 4:51 PM

MC_003655

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 429953657

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/25/2025 | | | No service for | |

Admitting Physician:                          **Chief Complaint:** Left Foot - Pain; Consul*
                                              **Adm Dx:**

                                              Gestational Age: <None>

### *Patient Information*

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 68 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (67 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/F |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### *Primary Insurance*

| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### *Secondary Insurance*

| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### *Accident Information*

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive      Visit date: 11/25/2025
GIG HARBOR WA 98335-1700

MC_003656

## 11/25/2025 - Office Visit In MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

* Pain - Left Foot
* Consultation

#### Visit Diagnoses

* Ankle injury, left, initial encounter (primary) [S99.912A]
* Peroneal tendon injury, left, initial encounter [S86.302A]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Alex A Pittman, PA-C | Alex A Pittman, PA-C |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedics & Sports Medicine - Gig Harbor | 4545 Point Fosdick Dr Ste 145 Gig Harbor WA 98335-1700 | 253-792-6555 | 253-530-8252 |

#### Level of Service

**Level of Service**
PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM, IF USING TIME, 20 MINUTES OR MORE

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 11/25/2025 1:30 PM | Alex A Pittman, PA-C | MC ORTHO & SPORTS GH | MOSGH |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 118

Printed by 403528 at 2/12/26 4:51 PM

MC_003657

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Documents

**Durable Medical Equipment Order - Document on 11/26/2025 12:46 AM**

Document (below)

PATIENT RECEIPT
MultiCare Health System - MC ORTHO & SPORTS GIG HARBOR

4545 Pt Foedick Dr, #145
Gig Harbor, WA - 98335

Date of Order:
11/25/2025

STANDARD WRITTEN ORDER

| Patient Name: | Patient Code/MRN: | DOB: | Zip Code: |
|---|---|---|---|
| Linda Larocque | 172930 (SID:429953657) | 02/09/1958 | NA |

| Provider: | NPI: | Signature: | Date: |
|---|---|---|---|
| Alex Pittman PAC | 1881970200 | Electronically signed by Alex Pittman PAC | 11/25/2025 |

Notes:

| Supplier | Product Name | Part# | Qty. | HCPCS | Side | Dx Code | Size |
|---|---|---|---|---|---|---|---|
| Workday | WALKER GENESIS 3 STRP GRAY XL | BL515009 | 1 | L4361 | L | S99.912A | XL |

PROOF OF DELIVERY

| Patient Name: | Delivery Address: |
|---|---|
| Linda Larocque | 4545 Pt Fosdick Dr, #145<br>Gig Harbor, WA - 98335 |

Product(s) Delivered:

| Supplier | Product Name | Part# | Qty. | HCPCS | Side | Dx Code | Size |
|---|---|---|---|---|---|---|---|
| Workday | WALKER GENESIS 3 STRP GRAY XL | BL515009 | 1 | L4361 | L | S99.912A | XL |

Patient/Guardian Signature:

Date of Delivery:
11/25/2025

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 119

Printed by 403528 at 2/12/26 4:51 PM

MC_003658

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Documents (continued)

PATIENT CONSENT AND ASSIGNMENT OF BENEFITS

| Patient Name: | Provider: | Insurance: |
|---|---|---|
| Linda Larocque | Alex Pittman PAC | AETNA HMO MEDICARE ADVANTAGE |

| Dx Code: | Patient Code/MRN: |
|---|---|
| S99.912A | 172930 (SID:429953657) |

**Durable Medical Equipment and Orthotics Patient Consent**

- I understand that my provider has prescribed the WALKER GENESIS 3 STRP GRAY XL, as part of my treatment plan.

- I understand that I have a choice in where I receive my prescribed supplies and services.

- I authorize MultiCare Health System to furnish this service/product and to provide my insurance provider with any information requested for payment.

- I instruct my insurance provider to pay MultiCare Health System directly for these services/products.

- I understand that my insurance company may deny payment for this supply because it is a non-covered item, deemed not medically necessary, experimental or investigational and I will be financially liable.

- I understand that I am fully responsible for any deductible or co-insurance cost related to this service/supply.

- I understand any costs not covered by my insurance provider will be my financial responsibility.

- I have received the prescribed item and have been fully instructed on the use and care of the above products/services.

- I understand that all medical devices are not returnable unless there is a material defect.

- I have read and understand that canes, crutches, and walkers are categorized as inexpensive/routinely purchased items and agree to purchase this item (if provided).

- I have received and/or reviewed the Patient Information Sheet with Deposit, Return Policy, Warranty Information, Fitting / Safety Instructions, and Supplier Standards(if applicable).

- If email address provided, I agree to receive notice of information electronically.

| Patient/Guardian Signature: | Date: |
|---|---|
| *[signature]* | 11/25/2025 |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 120

Printed by 403528 at 2/12/26 4:51 PM

MC_003659

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Documents (continued)

ATTENTION: PATIENT

Important Information Regarding the Medical Product You Are About to Receive:

MultiCare Health System is providing you with the brace, splint, support, and/or other medical device that the healthcare professional has prescribed for your care. It is our policy to provide high quality product to support the healthcare professional's protocol for treatment. MultiCare Health System will bill your insurance company for the product. *Remember that if the bill is denied or is not covered by your insurance company, you will be responsible for payment in full of this bill.*If you do not wish to receive this product from the healthcare professional, you may ask your healthcare professional for a prescription. The prescription can be filled at a local Orthotic & Prosthetic shop or medical supply company.

Orthotic and Prosthetic Deposit or Medicare Co-Insurance: It has become common practice in the orthotic and prosthetic industry to require a Deposit or Medicare Co-Insurance pending further reimbursement from the insurance companies. This "Deposit" or "Medicare Co-Insurance" is applied toward the total cost of the brace/supply. Insurance providers may have a separate deductible and co-insurance for orthotics and prosthetics. If your insurance covers the brace/supply at 100% then the Deposit or Medicare Co-Insurance will be credited to your MultiCare Health System account.

Return Policy for Orthotics & Prosthetics: Medical devices are considered one time use and once the device leaves the healthcare professional's office they are considered non-returnable. There are two exceptions to the rule. 1) If there is a manufacturer defect. 2) If the product was deemed unsuitable for the patient at the time it was provided. If there is a manufacturer defect, the product will be exchanged for the same product.

Fitting and Safety Instructions: Apply and remove the brace as instructed at the time of fitting or described in detail with the instructions for use. Wear the brace for the period of time described by your healthcare professional. The brace can be cleaned with mild soap and water and allowed to air dry only. Should the brace result in increased pain, decreased feeling (numbness/tingling), increased swelling or an overall worsening of your medical condition, please contact our office immediately. If an emergency situation occurs from wearing the brace after our business hours, please dial 911 and seek immediate medical attention. Please contact our office should you have any questions about the brace issued to you.

Medicare Secondary Payer Guideline: It is against the Medicare Secondary Payer laws to accept payment from a beneficiary upon admission or when services are being rendered when another insurer is primary to Medicare.

Medicare Beneficiary: The products and/or services provided to you by (MultiCare Health System) are subject to the supplier standards contained in the Federal regulations shown at 42 Code of Federal Regulations Section 424.57(c). These standards concern business, professional and operational matters (e.g., honoring warranties and hours of operation). The full text of these standards can be obtained at https://www.ecfr.gov. Upon request we will furnish you a written copy of the standards.

DMEPOS Product Warranty

Products are warranted for manufacturing or material defects. If you should have an issue with your product under warranty, please return it to MultiCare Health System for repair or replacement at no charge. The warranty periods are as follows:

BREG.

WALKER GENESIS 3 STRP GRAY XL:

Cold Therapy: Units & Pads: 6 months. VPULSE: Units & Pads: 6 months. Hip Bracing: Rigid brace frame & soft goods: 6 months. Lower Extremity: Walker Boots: 6 months. Walker Boot Soft Goods: 6 months. Walker Accessories: 6 months. Ultra Ankle: 1 year. Lace Up Ankle, Axiom Ankle, Ultimate Ankle: 6 months. Ankle Stirrups: 3 months. Soft Ankle Sleeves: 3 months. Foot Bracing (PFS, Cast & Post Op Shoes, misc. splints, insole, pads): Shoe - 6 months. Pads & Insoles - 3 months. Knee Bracing: Post-Op Knee: 3 months. Custom Rigid Brace Frame & Hinges: 5 years. Prefabricated Rigid Brace Frame & Hinges (including Freestyle OA & OA Impulse): 1 year. Rigid brace pads, straps, clips: 6 months. Soft Knee Sleeve: 6 months. Spine Bracing: Aspen (Lumbar & Collars): 1 year. Hope/Bledsoe: 1 year. Spine Soft Goods/Straps/Clips: 6 months. Flexible Back Supports: 6 months. Soft Cervical Collar/Clavicle: 6 months. Upper Extremity: Shoulder Supports: 3 months. Post-Op Elbow Brace (T-Scope, T-Chek): 6 months. Aligner PHX: 6 months. X2K Elbow Brace: Frame - 1 year. Soft Goods - 6 months. Elbow Support (w/ & w/o hinge): 6 months. Wrist Bracing: 3 months. Splint & Fracture Management: 3 months. Misc: Home therapy Kits: 6 months. Crutches, Canes, Walkers: Aluminum Frame - 1 year. Hand Grips, Rubber Tips, Wheels, Underarm Pads - 3 months. FastForm: FastForm Research

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 121

Printed by 403528 at 2/12/26 4:51 PM

MC_003660

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Documents (continued)**

Ltd covers defects in workmanship and materials. Dispensed product: 12 weeks after initial application. Damage caused Improper heating, by normal wear & tear or abuse are not eligible for warranty. ManaMed Products: 30 days.

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 122

Printed by 403528 at 2/12/26 4:51 PM

MC_003661

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes

#### Nursing Note by Maritess D Jose, LVN/LPN at 11/25/2025 1330

| | | |
|---|---|---|
| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
| Filed: 11/25/2025 1:17 PM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

**Chief Complaint**
Patient presents with
- Left Foot - Pain
- Consultation


Additional Details: States stepped wrong going up the stairs last Thursday night. States that she had bruising. Has warmth and swelling. Rest, ice, Ibuprofen, Tylenol, and elevate. Pain is lateral of foot.

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.
Maritess D Jose, LVN/LPN

Allergy list changes/discrepancies : None

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient and spouse
Patient accompanied by: Steven Larocque

Electronically signed by Maritess D Jose, LVN/LPN at 11/25/2025 1:17 PM


#### Progress Notes by Alex A Pittman, PA-C at 11/25/2025 1330

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 11/25/2025 2:44 PM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | Cosigner: Hossein Pakzad Sadigh, MD at 11/25/2025 11:26 PM |

Chief Complaint -left lateral ankle pain

Injury -she states she was going up the stairs last Thursday when she felt a pop in the lateral aspect of her ankle


HPI -67-year-old female status post above noted injury afterwards patient states she had significant ecchymosis and swelling on the lateral aspect of her ankle she denies any inversion she is now here today for orthopedic evaluation and treatment options states this is hard to bear weight and range of motion and strength is limited she denies any numbness

Left foot and ankle exam

Sensory intact

First capillary refill

Page 123

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003662

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Clinical Notes (continued)**

No significant ecchymosis

significant swelling lateral aspect of the foot and ankle

Tender to palpation throughout the peroneals

Range of motion is limited in dorsiflexion as well as inversion and eversion

Patient states it is painful to resist dorsiflexion as well as eversion

Nontender to palpation throughout the midfoot 1st through 5th metatarsal phalangeal's

Nontender to palpation throughout the distal third of the fibula tibia and syndesmosis

Not specifically tender to palpation over the ATFL plate PTFL calcaneofibular and deltoid ligament

Diagnosis - 1. Possible peroneal tendon injury left ankle

Clinical Exam and Imaging was discussed with patient. Afterwards we discussed epidemiology and etiology of the diagnosis, as well as treatment options. We worked together to form a treatment plan that is best suited for the above noted diagnosis.

Exam Postives -tender to palpation throughout the peroneals

Imaging -images the left foot and ankle demonstrate no obvious out of acute fracture or dislocation awaiting official read by TRA radiologist

Plan

Medication -continue home medications

Casting/DME -boot immobilization to stabilize ankle

Weightbearing Status-limited left lower extremity

Activity -Limited left lower extremity

Follow up -at this time we discussed various treatment options. Patient would benefit from stat MRI to further assess for potential tendon injury patient placed in a boot today and instructed to limit her activities left lower extremity until MRI was performed patient agrees to this plan

Patient counseled on physical exam findings, Any and all imaging and/or lab findings, as well as the assessment , and plan. Discussed all points with patient at length, and in lay language. Patient verbalized understanding of all patient teaching. Discussed all risks versus benefits of treatment with the patient in detail. Discussed alternatives to selected treatment, including performing no treatment at all. No guarantee is made, offered or suggested regarding treatment

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 124

Printed by 403528 at 2/12/26 4:51 PM

MC_003663

**11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)**

Clinical Notes (continued)

outcome.

Patient is aware that I am a physician assistant not a medical doctor and as such I act as a physician extender for multicare orthopedics and sports medicine.

Note is being sent to the physician that specializes in the above noted diagnosis for co signature and to ensure appropriate treatment is being followed. If an error in the treatment plan is identified by the surgeon the patient will be contacted to correct plan of care. Otherwise plan will be continued as specified above with agreement from surgeon.

All patient scheduling is decided by multicare orthopedics and sports medicine care line administrators and physicians, including timeframe and pathology being seen, unless otherwise delineated in chart.

*The documentation above was entered into the medical record using voice recognition software. Any errors in spelling, context, or content potentially affecting patient care should be brought to my attention, so appropriate corrective measures can be taken.*

Electronically signed by Alex A Pittman, PA-C at 11/25/2025  2:44 PM
Electronically signed by Hossein Pakzad Sedigh, MD at 11/25/2025 11:26 PM

**Procedures by Alex A Pittman, PA-C at 11/25/2025 1646**

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 11/25/2025  4:46 PM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 125

Printed by 403528 at 2/12/26  4:51 PM

MC_003664

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

Document on 11/26/2025 12:46 AM by Alex A Pittman, PA-C (below)

PATIENT RECEIPT

MultiCare Health System - MC ORTHO & SPORTS GIG HARBOR

4545 Pt Fosdick Dr, #145
Gig Harbor, WA - 98335

Date of Order:
11/25/2025

STANDARD WRITTEN ORDER

| Patient Name: | Patient Code/MRN: | DOB: | Zip Code: |
|---|---|---|---|
| Linda Larocque | 172930 (SID:429953657) | 02/09/1958 | NA |

| Provider: | NPI: | Signature: | Date: |
|---|---|---|---|
| Alex Pittman PAC | 1881970200 | Electronically signed by Alex Pittman PAC | 11/25/2025 |

Notes:

| Supplier | Product Name | Part# | Qty. | HCPCS | Side | Dx Code | Size |
|---|---|---|---|---|---|---|---|
| Workday | WALKER GENESIS 3 STRP GRAY XL | BL515009 | 1 | L4361 | L | S99.912A | XL |

PROOF OF DELIVERY

| Patient Name: | Delivery Address: |
|---|---|
| Linda Larocque | 4545 Pt Fosdick Dr, #145 Gig Harbor, WA - 98335 |

Product(s) Delivered:

| Supplier | Product Name | Part# | Qty. | HCPCS | Side | Dx Code | Size |
|---|---|---|---|---|---|---|---|
| Workday | WALKER GENESIS 3 STRP GRAY XL | BL515009 | 1 | L4361 | L | S99.912A | XL |

Patient/Guardian Signature:

Date of Delivery:
11/25/2025

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 126

Printed by 403528 at 2/12/26 4:51 PM

MC_003665

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Clinical Notes (continued)**

PATIENT CONSENT AND ASSIGNMENT OF BENEFITS

| Patient Name: | Provider: | Insurance: |
|---|---|---|
| Linda Larocque | Alex Pittman PAC | AETNA HMO MEDICARE ADVANTAGE |

| Dx Code: | Patient Code/MRN: |
|---|---|
| S99.912A | 172930 (SID:429953657) |

**Durable Medical Equipment and Orthotics Patient Consent**

- I understand that my provider has prescribed the WALKER GENESIS 3 STRP GRAY XL, as part of my treatment plan.

- I understand that I have a choice in where I receive my prescribed supplies and services.

- I authorize MultiCare Health System to furnish this service/product and to provide my insurance provider with any information requested for payment.

- I instruct my insurance provider to pay MultiCare Health System directly for these services/products.

- I understand that my insurance company may deny payment for this supply because it is a non-covered item, deemed not medically necessary, experimental or investigational and I will be financially liable.

- I understand that I am fully responsible for any deductible or co-insurance cost related to this service/supply.

- I understand any costs not covered by my insurance provider will be my financial responsibility.

- I have received the prescribed item and have been fully instructed on the use and care of the above products/services.

- I understand that all medical devices are not returnable unless there is a material defect.

- I have read and understand that canes, crutches, and walkers are categorized as inexpensive/routinely purchased items and agree to purchase this item (if provided).

- I have received and/or reviewed the Patient Information Sheet with Deposit, Return Policy, Warranty Information, Fitting / Safety Instructions, and Supplier Standards(if applicable).

- If email address provided, I agree to receive notice of information electronically.

| Patient/Guardian Signature: | Date: |
|---|---|
| *[signature]* | 11/25/2025 |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 127

Printed by 403528 at 2/12/26 4:51 PM

MC_003666

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

ATTENTION: PATIENT

Important Information Regarding the Medical Product You Are About to Receive:

MultiCare Health System is providing you with the brace, splint, support, and/or other medical device that the healthcare professional has prescribed for your care. It is our policy to provide high quality product to support the healthcare professional's protocol for treatment. MultiCare Health System will bill your insurance company for the product. *Remember that if the bill is denied or is not covered by your insurance company, you will be responsible for payment in full of this bill.*If you do not wish to receive this product from the healthcare professional, you may ask your healthcare professional for a prescription. The prescription can be filled at a local Orthotic & Prosthetic shop or medical supply company.

Orthotic and Prosthetic Deposit or Medicare Co-Insurance: It has become common practice in the orthotic and prosthetic industry to require a Deposit or Medicare Co-Insurance pending further reimbursement from the insurance companies. This "Deposit" or "Medicare Co-Insurance" is applied toward the total cost of the brace/supply. Insurance providers may have a separate deductible and co-insurance for orthotics and prosthetics. If your insurance covers the brace/supply at 100% then the Deposit or Medicare Co-Insurance will be credited to your MultiCare Health System account.

Return Policy for Orthotics & Prosthetics: Medical devices are considered one time use and once the device leaves the healthcare professional's office they are considered non-returnable. There are two exceptions to the rule. 1) If there is a manufacturer defect. 2) If the product was deemed unsuitable for the patient at the time it was provided. If there is a manufacturer defect, the product will be exchanged for the same product.

Fitting and Safety Instructions: Apply and remove the brace as instructed at the time of fitting or described in detail with the instructions for use. Wear the brace for the period of time described by your healthcare professional. The brace can be cleaned with mild soap and water and allowed to air dry only. Should the brace result in increased pain, decreased feeling (numbness/tingling), increased swelling or an overall worsening of your medical condition, please contact our office immediately. If an emergency situation occurs from wearing the brace after our business hours, please dial 911 and seek immediate medical attention. Please contact our office should you have any questions about the brace issued to you.

Medicare Secondary Payer Guideline: It is against the Medicare Secondary Payer laws to accept payment from a beneficiary upon admission or when services are being rendered when another insurer is primary to Medicare.

Medicare Beneficiary: The products and/or services provided to you by (MultiCare Health System) are subject to the supplier standards contained in the Federal regulations shown at 42 Code of Federal Regulations Section 424.57(c). These standards concern business, professional and operational matters (e.g., honoring warranties and hours of operation). The full text of these standards can be obtained at https://www.ecfr.gov. Upon request we will furnish you a written copy of the standards.

DMEPOS Product Warranty

Products are warranted for manufacturing or material defects. If you should have an issue with your product under warranty, please return it to MultiCare Health System for repair or replacement at no charge. The warranty periods are as follows:

BREG.

WALKER GENESIS 3 STRP GRAY XL:

Cold Therapy: Units & Pads: 6 months. VPULSE: Units & Pads: 6 months. Hip Bracing: Rigid brace frame & soft goods: 6 months. Lower Extremity: Walker Boots: 6 months. Walker Boot Soft Goods: 6 months. Walker Accessories: 6 months. Ultra Ankle: 1 year. Lace Up Ankle, Axiom Ankle, Ultimate Ankle: 6 months. Ankle Stirrups: 3 months. Soft Ankle Sleeves: 3 months. Foot Bracing (PFS, Cast & Post Op Shoes, misc. splints, insole, pads): Shoe + 3 months. Pads & Insoles - 3 months. Knee Bracing: Post-Op Knee: 3 months. Custom Rigid Brace Frame & Hinges: 5 years. Prefabricated Rigid Brace Frame & Hinges (including Freestyle OA & OA Impulse): 1 year. Rigid brace pads, straps, clips: 6 months. Soft Knee Sleeve: 6 months. Spine Bracing: Aspen (Lumbar & Collars): 1 year. Hope/Bledsoe: 1 year. Spine Soft Goods/Straps/Clips: 6 months. Flexible Back Supports: 6 months. Soft Cervical Collar/Clavicle: 6 months. Upper Extremity: Shoulder Supports: 3 months. Post-Op Elbow Brace (T-Scope, T-Chek): 6 months. Aligner PHX: 6 months. X2K Elbow Brace: Frame - 1 year. Soft Goods - 6 months. Elbow Support (w/ & w/o hinge): 6 months. Wrist Bracing: 3 months. Splint & Fracture Management: 3 months. Misc: Home therapy Kits: 6 months. Crutches, Canes, Walkers: Aluminum Frame - 1 year. Hand Grips, Rubber Tips, Wheels, Underarm Pads - 3 months. FastForm: FastForm Research

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 128

Printed by 403528 at 2/12/26 4:51 PM

MC_003667

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

Ltd covers defects in workmanship and materials. Dispensed product: 12 weeks after initial application. Damage caused improper heating, by normal wear & tear or abuse are not eligible for warranty. ManaMed Products: 30 days.

Electronically signed by Alex A Pittman, PA-C at 11/25/2025  4:46 PM

Page 129

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Printed by 403528 at 2/12/26  4:51 PM

MC_003668

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/21/2019
Start date: 5/21/2019                                 Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                    Ordered on: 10/14/2021
Start date: 10/14/2021                                Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD                    Ordered on: 12/14/2023
Start date: 12/14/2023                                Quantity: 1 Kit
Refill: No refills remaining

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA                         Entered on: 5/24/2024

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapili, MD   Discontinued on: 11/30/2025
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD                    Ordered on: 4/3/2025
Start date: 4/3/2025                                  End date: 11/30/2025
Quantity: 100 Tablet                                  Refill: 1 refill by 4/3/2026

##### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/1/2025
Start date: 5/1/2025                                  Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD                Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD                  Ordered on: 7/31/2025
Start date: 7/31/2025                                 End date: 2/9/2026
Quantity: 90 Capsule                                  Refill: 1 refill by 7/31/2026

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive      Visit date: 11/25/2025
GIG HARBOR WA 98335-1700

Page 130                                              Printed by 403528 at 2/12/26 4:51 PM

MC_003669

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Medication List (continued)

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Imaging

### Imaging

#### XR Ankle 3+ Views Complete Left (Final result) [991673510]

| XR Ankle 3+ Views Complete Left [991673510] | Resulted: 11/27/25 1715, Result status: Final result |
|---|---|
| Ordering provider: Alex A Pittman, PA-C  11/25/25 1336 | Order status: Completed |
| Resulted by: Anand Suresh, MD | Filed by: Radiant, Results Interface  11/27/25 1716 |
| Performed: 11/25/25 1341 - 11/25/25 1347 | Accession number: 45688275 |
| Resulting lab: MULTICARE RADIANT INTERFACE | |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 131

Printed by 403528 at 2/12/26 4:51 PM

MC_003670

## 11/25/2025 - Office Visit In MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Imaging (continued)**

Acknowledged by: Alex A Pittman, PA-C on 11/28/25 1113

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 55 - Unknown | MULTICARE RADIANT INTERFACE | Unknown | Unknown | 03/26/13 0741 - Present |

**Study Result**

EXAM:   XR ANKLE 3+ VIEW COMPLETE LEFT

HISTORY: left foot/ankle injury (DOI: 11/20/25); Pain

TECHNIQUE: 3 views.

COMPARISON: No relevant comparisons at the time of interpretation.


FINDINGS/IMPRESSION:


No acute fracture. No dislocation. Mortise is congruent. No osteochondral
defect. Mild osteoarthritis. Heel spur.
No significant soft tissue swelling.


. . . . . . .
Providers: To speak with a TRA radiologist, call (253)761-4200.
Patient: For further result information, please contact ordering provider.


**Indications**

Ankle injury, left, initial encounter [S99.912A (ICD-10-CM)]

**Study Signed**

Electronically signed by Anand Suresh, MD on 11/27/25 at 1716 PST

**All Reviewers List**

Alex A Pittman, PA-C on 11/28/2025 11:13


## Results                                                                    (Order )

### END OF IMAGING QUESTIONNAIRE REPORT


### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA


MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 132                                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003671

## Preferred Pharmacy (continued)

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

## Other Orders - Imaging

### Imaging

#### MRI Ankle Without Contrast Left (Active) [991593122]

Electronically signed by: Alex A Pittman, PA-C on 11/25/25 1425      Status: **Active**
Ordering user: Alex A Pittman, PA-C 11/25/25 1425      Authorized by: Alex A Pittman, PA-C
Ordering mode: Standard
Frequency: STAT 11/25/25 -      Class: Imaging Referral
Quantity: 1      Indications of use: Ankle pain, tendon abnormality suspected, neg xray

Released by: Alex A Pittman, PA-C 11/25/25 1425
Diagnoses
Ankle injury, left, initial encounter [S99.912A]
Peroneal tendon injury, left, initial encounter [S86.302A]

##### Questionnaire

| Question | Answer |
|---|---|
| Radiologist can change order? | Yes |
| Release to patient : | Immediate |

##### Screening Form

###### General Information

| | |
|---|---|
| Patient Name: Larocque, Linda J | MRN: 172930 |
| Date of Birth: 2/9/1958 | Mobile: **253-273-7247** |
| Sex Assigned at Birth: Female | |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| O MRI ANKLE W/O CONTRAST LEFT | | Alex A Pittman, PA-C<br>☎253-792-6555 | |

###### Screening Form Questions

No questionnaires are associated with this screening form.

###### LMP/OB Status

**OB Status**
Unknown

###### Implants

| | Manufacturer | Model Number | Serial Number | MRI Safety Status |
|---|---|---|---|---|
| Headless Trocar Drill Pin 3.2mm diameter 75mm length | ZIMMER BIOMET | 00-5901-020-00 | | |
| STEM XTN 100MM 16MM NXGN STRT | ZIMMER BIOMET | 00598801016 | | |
| CMPNT FEM E 72X62MM KNEE LEFT | ZIMMER BIOMET | 00588001501 | | |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 133      Printed by 403528 at 2/12/26 4:51 PM

MC_003672

## Preferred Pharmacy (continued)

### Other Orders - Imaging (continued)

| | | |
|---|---|---|
| AUG TIB 34MM 51MM LG CONE KNEE | ZIMMER BIOMET | 00545001351 |
| PLT TIB 67X46MM NXGN 3 KNEE | ZIMMER BIOMET | 00586000300 |
| BLCK AUG NXGN E 5MM KNEE DIST | ZIMMER BIOMET | 00599003510 |
| BLCK AUG NXGN E 5MM POST PRECT | ZIMMER BIOMET | 00599003501 |
| Bard Mesh | C R BARD INC | 0112660 |
| CMNT BONE BMT 40GM | ZIMMER BIOMET | 110035368 |
| CMNT BONE BMT 40GM | ZIMMER BIOMET | 110035368 |
| BLCK AUG NXGN E 10MM DIST | ZIMMER BIOMET | 00599003520 |
| KIT BONE CMNT BIOPREP FEM PREP | STRYKER CORP | 0206-710-000 |
| SRFC ARTC 74X44X12MM NXGN 4-6 E KNEE UHMWPE ZML | ZIMMER BIOMET | 00586005012 |

### Flowsheets

#### Custom Formula Data

| Row Name | 11/25/25 1300 |
|---|---|
| **OTHER** | |
| Ideal Body Weight | 130.63 lbs  -MJ |
| Adjusted Body Weight | 184.38 lbs  -MJ |
| % Over/Under Ideal Body Weight | 102.86  -MJ |
| Predicted Body Weight | 59.254  -MJ |
| Length (cm) | 167.6 cm  -MJ |
| IBW/kg (Calculated) Male | 63.75 kg  -MJ |
| IBW/kg (Calculated) Female | 59.25 kg  -MJ |
| BSA (Calculated - sq m) | 2.37 sq meters  -MJ |
| **BMI** | |
| BMI (Calculated) | 42.79  -MJ |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 59.25  -MJ |
| Low Range Vt | 355.5 mL/kg  -MJ |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 134

Printed by 403528 at 2/12/26  4:51 PM

MC_003673

## Preferred Pharmacy (continued)

### Flowsheets (continued)

6mL/kg
Adult Moderate    474 mL/kg -MJ
Range Vt 8mL/kg
Adult High Range    592.5 mL/kg -MJ
Vt 10mL/kg

Vital Signs

BMI (Calculated)    42.79 -MJ

Weight and Growth Recommendation

IBW/kg    59.25 kg -MJ
(Calculated)
Female
IBW/kg    63.75 kg -MJ
(Calculated) Male

### Encounter Vitals

| Row Name | 11/25/25 1300 |
| --- | --- |
| Encounter Vitals | |
| Temp | 98.9 °F (37.2 °C) -MJ |
| Temp src | Temporal -MJ |
| Weight | 265 lb HX -MJ |
| Height | 5' 5.98" HX -MJ |
| Pain Score | SIX/TEN -MJ |
| Pain Loc | FOOT -MJ |
| Pain Education | Yes -MJ |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
| --- | --- | --- | --- |
| MJ | Maritess D Jose, LVN/LPN | Licensed Practical Nurse | Nursing |

### After Visit Summary

After Visit Summary (below)

MULTICARE GIG HARBOR    Larocque, Linda J
MEDICAL PARK    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive    Visit date: 11/25/2025
GIG HARBOR WA 98335-1700

Page 135    Printed by 403528 at 2/12/26 4:51 PM

MC_003674

---

## Preferred Pharmacy (continued)

---

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958
CEID: MCH-NHPG-9CRQ-ZR34

**MultiCare** 🔡

📅 11/25/2025 1:30 PM  ♀ MultiCare Orthopedics &
Sports Medicine - Gig Harbor  253-792-6555

### Instructions from Alex Pittman, PA-C



Referrals made today
XR Ankle 3+ Views Complete Left
Scheduled for 11/25/2025
Expires: 11/25/2026 (requested)

MRI Ankle Without Contrast Left
Expires: 11/25/2026 (requested)

### What's Next

| DEC 3 2025 | Complex Visit with Jing Weng, ARNP<br>Wednesday December 3 9:10 AM | Lakewood Family Practice<br>5700 100th St SW STE 510<br>LAKEWOOD WA 98499-2767<br>253-792-6526 |
| DEC 5 2025 | TRANSFER PATIENT with Thomas Morello, DO<br>Friday December 5 11:00 AM (Arrive by 10:45 AM) | MultiCare West Tacoma Family Medicine<br>2209 North Pearl Street, Suite 100<br>Tacoma WA 98406-2529<br>253-792-6900 |
| JAN 15 2026 | Simple Visit with Jennifer Reed, ARNP<br>Thursday January 15 8:15 AM | Lakewood Family Practice<br>5700 100th St SW STE 510<br>LAKEWOOD WA 98499-2767<br>253-792-6526 |
| FEB 9 2026 | New Patient with Charlotte Haley, MD<br>Monday February 9 9:15 AM | Lakewood Family Practice<br>5700 100th St SW STE 510<br>LAKEWOOD WA 98499-2767<br>253-792-6526 |

### Today's Visit

You saw Alex Pittman, PA-C on Tuesday November 25, 2025 for: Pain of the Left Foot and Consultation. The following issues were addressed: Ankle injury, left, initial encounter and Peroneal tendon injury, left, initial encounter.

| 👤 | BMI<br>42.80 | 🗜 | Weight<br>265 lb |
| 👤 | Height<br>5' 5.98" | 🌡 | Temperature (Temporal)<br>98.9 °F |

### MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/ and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

.

---

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 136

Printed by 403528 at 2/12/26 4:51 PM

MC_003675

## Preferred Pharmacy (continued)

### What's Next (continued)

MAR
11
2025

Simple Visit with Zachary Adler, MD
Wednesday March 11 8:15 AM (Arrive by 8:00 AM)

MultiCare Orthopedics & Sports Medicine - Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433
253-792-6555

## PCP

Primary Care Provider
No Pcp Selected

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-0584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 11/25/2025

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 137                                                              Printed by 403528 at 2/12/26  4:51 PM

MC_003676

## Preferred Pharmacy (continued)

<u>After Visit Summary (continued)</u>

### Your Medication List as of November 25, 2025 3:03 PM

ⓘ Always use your most recent med list.

| Medication | Instructions |
|---|---|
| **alprazolam** 0.25 MG Tabs<br>Commonly known as: Xanax<br>Quantity: 15 Tablet | Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months |
| **aspirin** 81 MG Chew | Chew and swallow 1 Tablet by mouth once daily. |
| **duloxetine** 60 MG Cpep<br>Commonly known as: Cymbalta<br>Quantity: 180 Capsule | Take 1 Capsule by mouth twice daily. |
| **hydroCHLOROthiazide** 12.5 MG Caps<br>Commonly known as: Microzide<br>Quantity: 90 Capsule | Take 1 Capsule by mouth once daily. |
| **hydrOXYzine hcl** 25 MG Tabs<br>Commonly known as: ATARAX<br>Quantity: 30 Tablet | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| **lisinopril** 20 MG Tabs<br>Commonly known as: PRINIVIL, ZESTRIL<br>Quantity: 100 Tablet | Take 1 Tablet by mouth once daily. |
| **Misc. Devices** Misc<br>Quantity: 1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| **naloxone** 1 mg/mL Soln<br>Commonly known as: NARCAN<br>Quantity: 1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes. |
| **\* OTHER**<br>Quantity: 1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago |
| **\* OTHER**<br>Quantity: 1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| **rosuvastatin** 20 mg Tabs<br>Commonly known as: Crestor<br>Quantity: 90 Tablet | Take 1 Tablet by mouth each evening. |
| **TechLite Pen Needles** 31G X 8 MM Misc<br>Generic drug: Insulin Pen Needle<br>Quantity: 100 Each | Use With victoza injections |
| **traMADol** 50 MG Tabs<br>Commonly known as: Ultram<br>Quantity: 60 Tablet | Take 1 Tablet by mouth twice daily as needed for pain. |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 138

Printed by 403528 at 2/12/26  4:51 PM

MC_003677

## Preferred Pharmacy (continued)

Your Medication List (continued) as of November 25, 2025 3:03 PM

verapamil 240 MG Tbcr
Commonly known as: CALAN SR
Quantity: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

✠ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MultiCare Orthopedics & Sports Medicine – Gig Harbor
4545 Point Fosdick Dr Ste 145
Gig Harbor WA 98335-1700



Notice of language availability | Free interpreter services: If you speak a language other than English, MultiCare offers interpreter services at no cost to you. To learn more about this free service, scan the QR code or visit **multicare.org/interpreter**.

## Messages

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 139                                    Printed by 403528 at 2/12/26  4:51 PM

MC_003678

## Preferred Pharmacy (continued)

**Messages (continued)**

**MyChart Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Alex A Pittman, PA-C | Larocque, Linda J | 11/25/2025 1:50 AM |
| Last Read in MyChart | | |
| 11/26/2025 7:27 PM by Larocque, Linda J | | |

Appointment Reminder

Dept: MultiCare Orthopedics & Sports Medicine - Gig Harbor
4545 Point Fosdick Dr Ste 145
Gig Harbor WA 98335-1700
253-792-6555
Provider: Alex A Pittman, PA-C

Date: 11/25/25
Time: 1:30 PM

Arrival Time: 1:00 PM PST

Please click epichttp://appointments [here] to view more details about your appointment.

**Patient Instructions**

None

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 140

Printed by 403528 at 2/12/26 4:51 PM

MC_003679

---

### 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park

**MultiCare Health System**          **MULTICARE GIG HARBOR MEDICAL PARK**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 430224154

---

## *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/25/2025 1255 | 720493432 | OR | Radiology | |

**Admitting Physician:**          **Chief Complaint:**

                                  **Adm Dx:**          Left foot pain [M79.672]
                                                       Gestational Age: <None>

---

## *Patient Information*

| | |
|---|---|
| Home Address: 6824 S Park Ave<br>Tacoma WA 98408-5509 | Telephone Information:<br>Home Phone   Not on file.<br>Work Phone   Not on file.<br>Mobile   253-273-7247 |
| SSN:   xxx-xx-5145 | Employer: |
| Age:   68 year old | No address on file. |
| DOB:   2/9/1958 (67 yrs) | |
| Sex:   female | |
| Marital Status:   Married | |

Primary Care Physician:   Charlotte A Haley, MD          **Employer Phone:**
Referring Physician:   PITTMAN, ALEX A          **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

## *Guarantor Information*

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
| Guarantor Name: | LAROCQUE,LINDA J | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

---

## *Primary Insurance*

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | 02/09/1958 | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

## *Secondary Insurance*

| | | | |
|---|---|---|---|
| Name of Insurance: | | Group Name: | |
| Subscriber Name: | | Group #: | |
| Subscriber DOB: | | Ins ID#: | |
| Pt Relationship to Sub: | | | |

---

## *Accident Information*

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Dr          Adm: 11/25/2025, D/C: 11/25/2025
GIG HARBOR WA 98335-1700

Page 141          Printed by 403528 at 2/12/26 4:51 PM

MC_003680

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

| Name | Acct ID | Class | Status |
|---|---|---|---|
| Larocque, Linda J | 720493432 | Outpatient-Radiology | Closed |

### Visit Information

#### Provider Information

##### Referring Provider

Alex A Pittman, PA-C

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Imaging Gig Harbor Medical Park | 4545 Pt Fosdick Drive NW Gig Harbor WA 98335 | 253-792-6220 | 253-792-6230 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/25/2025 12:55 PM | GHRAD1 | GH HSD DIAGNOSTIC IMAGING | GH HOSP SVCS |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 142

Printed by 403528 at 2/12/26 4:51 PM

MC_003681

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Alex A Pittman, PA-C | — | Attending | — | Orthopedic Surgery | — | — |

### Events

#### Hospital Outpatient at 11/25/2025 1255

Unit: MultiCare Imaging Gig Harbor Medical Park
Patient class: Outpatient-Radiology

#### Discharge at 11/25/2025 1339

Unit: MultiCare Imaging Gig Harbor Medical Park
Patient class: Outpatient-Radiology

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD    Ordered on: 5/21/2019
Start date: 5/21/2019    Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD    Ordered on: 10/14/2021
Start date: 10/14/2021    Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD    Ordered on: 12/14/2023
Start date: 12/14/2023    Quantity: 1 Kit
Refill: No refills remaining

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA    Entered on: 5/24/2024

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapill, MD    Discontinued on: 11/30/2025
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD    Ordered on: 4/3/2025
Start date: 4/3/2025    End date: 11/30/2025
Quantity: 100 Tablet    Refill: 1 refill by 4/3/2026

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 143    Printed by 403528 at 2/12/26 4:51 PM

MC_003682

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

### Medication List (continued)

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

Alexis A Dillon, MA on 8/5/2024 0832

MULTICARE GIG HARBOR MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 144

Printed by 403528 at 2/12/26  4:51 PM

MC_003683

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

### Medication List (continued)

Medds and pharmacy updated

### Imaging

#### Imaging

##### XR Foot 3+ Views Complete Left (Final result) [991375582]

| XR Foot 3+ Views Complete Left [991375582] | Resulted: 11/27/25 1713, Result status: Final result |
|---|---|
| Ordering provider: Maritess D Jose, LVN/LPN 11/24/25 1716<br>Resulted by: Anand Suresh, MD<br>Performed: 11/25/25 1257 - 11/25/25 1311<br>Resulting lab: MULTICARE RADIANT INTERFACE<br>Acknowledged by: Alex A Pittman, PA-C on 11/28/25 1113 | Order status: Completed<br>Filed by: Radiant, Results Interface 11/27/25 1715<br>Accession number: 45686795 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 55 - Unknown | MULTICARE RADIANT INTERFACE | Unknown | Unknown | 03/26/13 0741 - Present |

**Study Result**

EXAM:   XR FOOT 3+ VIEW COMPLETE LEFT

HISTORY: pain; Pain

TECHNIQUE: 3 views

COMPARISON: No relevant comparisons at the time of interpretation.


FINDINGS/IMPRESSION:

No acute fracture. No dislocation. Mild to moderate multifocal
arthropathy. Erosions versus degenerative cysts. This is nonspecific. This
pattern can be seen with osteoarthritis, inflammatory arthropathy, or
crystal deposition disease. Heel spur.

.......
Providers: To speak with a TRA radiologist, call (253)761-4200.
Patient: For further result information, please contact ordering provider.


**Indications**

Left foot pain [M79.672 (ICD-10-CM)]

**Study Signed**

Electronically signed by Anand Suresh, MD on 11/27/25 at 1715 PST

**All Reviewers List**

Alex A Pittman, PA-C on 11/28/2025 11:13

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 145

Printed by 403528 at 2/12/26 4:51 PM

MC_003684

## 11/25/2025 - XR GENERAL in MultiCare Imaging Gig Harbor Medical Park (continued)

**Imaging (continued)**

**Results** (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Flowsheets**

**LACE+ Score**

| Row Name | 11/26/25 0010 |
|---|---|
| OTHER | |
| LACE+ Readmission Risk Score | 30 -GB |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| GB | Batch Job, Grand Central | — | — |

**Referral**

**Radiology Services #28392450**

| | |
|---|---|
| Priority: Routine | Class: Internal |
| Status: Closed - All visit requests met | Status updated on: 11/24/2025 |
| Valid dates: From 11/24/2025 to 11/24/2026 | |

**Referred From**

| | |
|---|---|
| Location: MULTICARE GIG HARBOR MEDICAL PARK | Department: MC ORTHO & SPORTS GH |
| Department phone: 253-792-6555 | Provider: Alex A Pittman, PA-C |
| Provider phone: 253-792-6555 | Provider address: 3124 S 19th St STE C340 Tacoma WA 98405 |

**Referred To**

Specialty: Radiology

**Visits**

| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |
|---|---|---|---|

**Procedures**

**73630L - XR Foot 3+ Views Complete Left**

| Modifier: LT | Number requested: 1 |
|---|---|
| Number approved: 1 | |

**Diagnoses**

* 729.5 (ICD-9-CM) - M79.672 (ICD-10-CM) - Left foot pain

**Status History**

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 146

Printed by 403528 at 2/12/26 4:51 PM

MC_003685

## Preferred Pharmacy (continued)

### Referral (continued)

| Change | User | Date/Time |
|---|---|---|
| From Authorized to Closed (auto) | Carrie Kordonowy | 11/25/2025 1257 |

### Order

#### XR Foot 3+ Views Complete Left [991375582]

Electronically signed by: **Marltess D Jose, LVN/LPN on 11/24/25 1716**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Marltess D Jose, LVN/LPN 11/24/25 1716     Ordering provider: Marltess D Jose, LVN/LPN
Authorized by: Alex A Pittman, PA-C     Ordered during: Additional Orders on 11/24/2025
Diagnoses
Left foot pain [M79.672]

### Triage

#### Triage Information

Decision: None          Schedule by date: 12/8/2025

### Coverages

#### AETNA MEDICARE ADVANTAGE

| Plan: AETNA HMO MEDICARE ADVANTAGE Member #: 101724898200 | Covered: Covered | From: 1/1/2025 | To: 12/31/2025 |
|---|---|---|---|

### Patient Instructions

None

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Dr
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 11/25/2025, D/C: 11/25/2025

Page 147          Printed by 403528 at 2/12/26 4:51 PM

MC_003686

## 11/25/2025 - Appointment in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　**CSN:** 429822127

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/25/2025 | | | No service for | |

Admitting Physician:　　　　　　　　　　　Chief Complaint:
　　　　　　　　　　　　　　　　　　　　Adm Dx:

　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD　　　Employer Phone:
Referring Physician:　　　　　　　　　　　　　　Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 148　　　　　　　　　　　　　　　　　　Printed by 403528 at 2/12/26 4:51 PM

MC_003687

## 11/25/2025 - Appointment in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
–

### Hospital Account

Not on file

### Visit Information

#### Appointment Information

**COMPLEX VISIT**                                    Canceled
11/25/2025  8:40 AM

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 8:40 AM | Jing Weng, ARNP | LAKEWOOD FP | 30 min |

**Notes:**
---L leg pain / Aetna

History

| | | | | |
|---|---|---|---|---|
| Made On: | 11/21/2025  2:49 PM | By: | Catherine Mina | ES |
| Change Notes: | 11/24/2025  8:12 AM | By: | Adam K Calkins | ES |
| Canceled: | 11/24/2025 11:59 AM | By: | Florentina Sayalinaea | ES |
| Cancel Rsn: | PATIENT RESCHEDULED | | | |

## Results                                                                (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Messages

#### MyChart Appointment Reminder

| From | To | Sent and Delivered |
|------|-----|--------------------|
| Jing Weng, ARNP | Larocque, Linda J | 11/22/2025  1:59 AM |
| Last Read in MyChart | | |
| 12/1/2025 10:21 AM by Larocque, Linda J | | |

### Appointment Reminder

Dept:  Lakewood Family Practice

| | | |
|---|---|---|
| | MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
| | 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | LAKEWOOD WA 98499-2767 | Visit date: 11/25/2025 |

MC_003688

## Preferred Pharmacy (continued)

### Messages (continued)

5700 100th St SW STE 510
LAKEWOOD WA 98499-2767
253-792-6526
Provider: Jing Weng, ARNP

Date: 11/25/25
Time: 8:40 AM

Arrival Time: 8:40 AM PST

Please click epichttp://appointments [here] to view more details about your appointment.

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 150

Printed by 403528 at 2/12/26 4:51 PM

MC_003689

---

## 11/25/2025 - Refill In Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930

                **CSN:** 430292365

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/25/2025 | | | No service for | |

**Admitting Physician:**                       **Chief Complaint:** Refill Request; Rx Refil*

                                           **Adm Dx:**

                                           Gestational Age: <None>

---

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave<br>Tacoma WA 98408-5509 | **Telephone Information:** |
| | | Home Phone    Not on file. |
| | | Work Phone    Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile        253-273-7247 |
| **Age:** | 68 year old | **Employer:** |
| **DOB:** | 2/9/1958 (67 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Charlotte A Haley, MD      **Employer Phone:**

**Referring Physician:**                                  **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

---

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Accident Information

| | |
|---|---|
| MULTICARE LAKEWOOD<br>CLINIC<br>5700 100th St SW<br>LAKEWOOD WA 98499-2767 | Larocque, Linda J<br>MRN: 172930, DOB: 2/9/1958, Legal Sex: F<br>Visit date: 11/25/2025 |

MC_003690

## 11/25/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

**Hospital Account**

Not on file

**Reason for Visit**

### Chief Complaints

- Refill Request (Lisdexamfetamine-SAFEWAY PHARMACY #1594 - TACOMA, WA)
- Rx Refill Center - No Pcp Listed In Epic, onset date 11/25/2025

### Visit Diagnosis

- (primary)

**Visit Information**

### Nursing Assessment

No Nursing Assessment available for this encounter.

**Incoming Interface**

| | Provider | Department | Center |
|---|---|---|---|
| 11/25/2025 5:52 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

**Clinical Notes**

### Telephone Encounter by Anamarie Seveses at 11/28/2025 0822

| | | |
|---|---|---|
| Author: Anamarie Seveses | Service: Pharmacy | Author Type: --- |
| Filed: 11/28/2025 8:23 AM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Anamarie Seveses | | |

## Pharmacy Refill Center Support Note
## No PCP Listed

## Back Office Staff - Clinical Follow Up:
*There is no back office staff staging for this refill request.*
***Route*** *message to PCP*

## *PRC Case Review*
*Last dispensed: 7/9/25*
*Last encounter with Selected No PCP: 3/25/2025*
*Next appointment with PCP: Visit date not found*

**Hypertension Rx Labs**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 152

Printed by 403528 at 2/12/26 4:51 PM

MC_003691

## 11/25/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

**BP Readings from Last 3 Encounters:**

| | |
|---|---|
| 11/18/25 | 134/68 |
| 11/07/25 | 130/82 |
| 10/15/25 | 135/86 |

**Na**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/11/2025 | 136 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/11/2025 | 4.5 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/11/2025 | 19 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 06/11/2025 | 90 | >59 mL/min/1.73 m2 | Final |

Comment:
eGFR calculated by CKD-EPI (2021) Equation

Electronically signed by Anamarie Seveses at 11/28/2025 8:23 AM

### Telephone Encounter by Anamarie Seveses at 11/28/2025 0823

| | | |
|---|---|---|
| Author: Anamarie Seveses | Service: Pharmacy | Author Type: — |
| Filed: 11/28/2025 8:23 AM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Anamarie Seveses | | |

Pending Prescriptions:      Disp   Refills
lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab [*100 Ta*
Sig: Take 1 Tablet by mouth once daily.

---

Electronically signed by Anamarie Seveses at 11/28/2025 8:23 AM

### Telephone Encounter by Nadia N Abbasi, MA at 11/28/2025 0831

| | | |
|---|---|---|
| Author: Nadia N Abbasi, MA | Service: — | Author Type: Medical Assistant |
| Filed: 11/28/2025 8:32 AM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Nadia N Abbasi, MA (Medical Assistant) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 153

Printed by 403528 at 2/12/26 4:51 PM

MC_003692

## 11/25/2025 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Transfer with Morello 12/05/25

### Requested Prescriptions

| Pending Prescriptions | Disp | Refills |
|---|---|---|
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab [Pharmacy Med Name: Lisinopril 20 Mg Tab Solc] | 100 Tablet | |

Sig: Take 1 Tablet by mouth once daily.

Please review

Electronically signed by Nadia N Abbasi, MA at 11/28/2025 8:32 AM

---

**Telephone Encounter by Nadia N Abbasi, MA at 11/28/2025 0832**

| Author: Nadia N Abbasi, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 11/28/2025 8:32 AM | Encounter Date: 11/25/2025 | Status: Signed |

Editor: Nadia N Abbasi, MA (Medical Assistant)
Pending Prescriptions:        Disp    Refills
 lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab [*100 Ta*
Sig: Take 1 Tablet by mouth once daily.

-----------------------------------------------

Electronically signed by Nadia N Abbasi, MA at 11/28/2025 8:32 AM

---

**Telephone Encounter by Maria Christina Dajoyag-Mapili, MD at 11/30/2025 0801**

| Author: Maria Christina Dajoyag-Mapili, MD | Service: Family Medicine | Author Type: Physician |
|---|---|---|
| Filed: 11/30/2025 8:01 AM | Encounter Date: 11/25/2025 | Status: Signed |

Editor: Maria Christina Dajoyag-Mapili, MD (Physician)
Signed Prescriptions:        Disp   Refills  lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab   100 Ta*0     Sig: Take 1 Tablet by mouth once daily.Authorizing Provider: DAJOYAG-MAPILI, MARIA CHRISTINA-------------------------------------------------

Electronically signed by Maria Christina Dajoyag-Mapili, MD at 11/30/2025 8:01 AM

---

**Telephone Encounter by Maria Christina Dajoyag-Mapili, MD at 11/30/2025 0801**

| Author: Maria Christina Dajoyag-Mapili, MD | Service: Family Medicine | Author Type: Physician |
|---|---|---|
| Filed: 11/30/2025 8:01 AM | Encounter Date: 11/25/2025 | Status: Signed |

Editor: Maria Christina Dajoyag-Mapili, MD (Physician)
Signed Prescriptions:        Disp   Refills  lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab   100 Ta*0     Sig: Take 1 Tablet by mouth once daily.Authorizing Provider: DAJOYAG-MAPILI, MARIA CHRISTINA-------------------------------------------------

Electronically signed by Maria Christina Dajoyag-Mapili, MD at 11/30/2025 8:01 AM

---

**Medication List**

**Medication List**

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 154                                          Printed by 403528 at 2/12/26 4:51 PM

MC_003693

## 11/25/2025 - Refill In Lakewood Family Practice (continued)

### Medication List (continued)

⚠ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Refill: No refills remaining

Ordered on: 5/21/2019
Quantity: 1 Each

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Jing Weng, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Maria Christina Dajoyag-Mapili, MD
Start date: 9/24/2025
Quantity: 180 Capsule

Discontinued on: 12/3/2025

Ordered on: 9/24/2025
End date: 12/3/2025
Refill: No refills remaining

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

Discontinued on: 2/9/2026

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 155

Printed by 403528 at 2/12/26 4:51 PM

MC_003694

## 11/25/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 11/26/2025 |
| Start date: 11/26/2025 | Quantity: 90 Tablet |
| Refill: 1 refill by 11/26/2026 | |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 11/30/2025 |
| Start date: 11/30/2025 | End date: 2/9/2026 |
| Quantity: 100 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 11/25/2025 |

MC_003695

## Preferred Pharmacy (continued)

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/25/2025

Page 157

Printed by 403528 at 2/12/26 4:51 PM

MC_003696

## 11/25/2025 - Procedure Pass in MultiCare Orthopedics & Sports Medicine - Gig Harbor

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 430249943

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/25/2025 | . | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (68 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | |
|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: |
| Guarantor Name: | | Acct ID: |
| Guarantor Address: | 6824 S PARK AVE | |
| | TACOMA, WA 98408-5509 | DOB: 2/9/1958 |
| Home Phone: | | |
| Guarantor's Employer: | | |
| Work Phone: | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | SCAN MEDADVANTAGE HMO | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | H4026M |
| Subscriber DOB: | | Ins ID#: | 40081746801 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: —

Page 158

Printed by 403528 at 2/12/26 4:51 PM

MC_003697

## 11/25/2025 - Procedure Pass in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

--

### Hospital Account

Not on file

### Visit Information

#### Admission Information

| | | |
|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | IP Adm. Date/Time: |
| Admission Type: | Point of Origin: | Admit Category: |
| Means of Arrival: | Primary Service: | Secondary Service: N/A |
| Transfer Source: | Service Area: | Unit: |
| Admit Provider: | Attending Provider: | Referring Provider: |

#### Discharge Information

| | | |
|---|---|---|
| Date/Time: — | Disposition: — | Destination: — |
| Provider: — | Unit: — | |

### Call Information

| | Department | Center |
|---|---|---|
| 11/25/2025 2:25 PM | MC ORTHO & SPORTS GH | MOSGH |

## Results
(Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Patient Instructions

None

MULTICARE GIG HARBOR       Larocque, Linda J
MEDICAL PARK               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive   Visit date: —
GIG HARBOR WA 98335-1700

Page 159                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003698

## 11/24/2025 - Additional Orders in MultiCare Orthopedics & Sports Medicine - Gig Harbor

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 430113001

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/24/2025 | | | No service for | |
| Admitting Physician: | | | Chief Complaint: | |
| | | | Adm Dx: | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | | | |
|---|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Telephone Information: | | |
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. | |
| | | | Work Phone | Not on file. | |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 | |
| Age: | 68 year old | | Employer: | | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. | |
| Sex: | female | | | | |
| Marital Status: | Married | | | | |

Primary Care Physician: Charlotte A Haley, MD          Employer Phone:
Referring Physician:                                   Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | | |
|---|---|---|---|---|
| Guarantor Relationship to Pt: | Self | | Acct Type: | |
| Guarantor Name: | | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |
| Home Phone: | | | | |
| Guarantor's Employer: | | | | |
| Work Phone: | | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/24/2025

Page 160                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003699

## 11/24/2025 - Additional Orders In MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Reason for Visit

#### Visit Diagnosis

* Left foot pain (primary) [M79.672]

### Visit Information

#### Provider Information

##### Encounter Provider

Maritess D Jose, LVN/LPN

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedics & Sports Medicine - Gig Harbor | 4545 Point Fosdick Dr Ste 145 Gig Harbor WA 98335-1700 | 253-792-6555 | 253-530-8252 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 11/24/2025 5:15 PM | Maritess D Jose, LVN/LPN | MC ORTHO & SPORTS GH | MOSGH |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                    Ordered on: 5/21/2019
Start date: 5/21/2019                                 Quantity: 1 Each
Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                    Ordered on: 10/14/2021
Start date: 10/14/2021                                Quantity: 1 Each
Refill: No refills remaining

###### naloxone (NARCAN) 1 mg/mL Solution

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive      Visit date: 11/24/2025
GIG HARBOR WA 98335-1700

Page 161                                              Printed by 403528 at 2/12/26  4:51 PM

MC_003700

## 11/24/2025 - Additional Orders in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Medication List (continued)

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining
Ordered on: 12/14/2023
Quantity: 1 Kit

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA
Entered on: 5/24/2024

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026
Ordered on: 5/1/2025
Quantity: 90 Tablet

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 11/26/2025
Refill: 1 refill by 11/26/2026
Ordered on: 11/26/2025
Quantity: 90 Tablet

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Instructions: Take 1 Tablet by mouth three times a day as needed (anxiety).
Authorized by: Charlotte A Haley, MD
Start date: 2/9/2026
Refill: 2 refills by 2/9/2027
Ordered on: 2/9/2026
Quantity: 30 Tablet

#### metformin (GLUCOPHAGE XR) 500 MG Tablet SR 24 HR

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 2/9/2026
Refill: 1 refill by 2/9/2027
Ordered on: 2/9/2026
Quantity: 90 Tablet

#### hydroCHLOROthiazide (MICROZIDE) 12.5 MG Caps

Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 2/9/2026
Refill: 1 refill by 2/9/2027
Ordered on: 2/9/2026
Quantity: 90 Capsule

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 2/9/2026
Refill: 2 refills by 2/9/2027
Ordered on: 2/9/2026
Quantity: 100 Tablet

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Charlotte A Haley, MD
Start date: 2/9/2026
Refill: 2 refills by 2/9/2027
Ordered on: 2/9/2026
Quantity: 180 Capsule

#### traMADol (ULTRAM) 50 MG Tab

Instructions: Take 1 Tablet by mouth twice daily as needed for pain.

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/24/2025

Page 162

Printed by 403528 at 2/12/26 4:51 PM

MC_003701

## 11/24/2025 - Additional Orders in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Medication List (continued)

Authorized by: Charlotte A Haley, MD
Start date: 2/9/2026
Refill: No refills remaining

Ordered on: 2/9/2026
Quantity: 60 Tablet

#### Stopped in Visit

None

#### Medication Comment

Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Imaging

### Imaging

#### XR Foot 3+ Views Complete Left (Final result) [991375582]

| XR Foot 3+ Views Complete Left [991375582] | Resulted: 11/27/25 1713, Result status: Final result |
|---|---|
| Ordering provider: Maritess D Jose, LVN/LPN 11/24/25 1716 Resulted by: Anand Suresh, MD Performed: 11/25/25 1257 - 11/25/25 1311 Resulting lab: MULTICARE RADIANT INTERFACE Acknowledged by: Alex A Pittman, PA-C on 11/28/25 1113 | Order status: Completed Filed by: Radiant, Results Interface 11/27/25 1715 Accession number: 45686795 |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 55 - Unknown | MULTICARE RADIANT INTERFACE | Unknown | Unknown | 03/26/13 0741 - Present |

#### Study Result

```
EXAM:  XR FOOT 3+ VIEW COMPLETE LEFT

HISTORY: pain; Pain

TECHNIQUE: 3 views

COMPARISON: No relevant comparisons at the time of interpretation.


FINDINGS/IMPRESSION:

No acute fracture. No dislocation. Mild to moderate multifocal
arthropathy. Erosions versus degenerative cysts. This is nonspecific. This
 pattern can be seen with osteoarthritis, inflammatory arthropathy, or
crystal deposition disease. Heel spur.

. . . . . . .
```

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/24/2025

Page 163

Printed by 403528 at 2/12/26 4:51 PM

MC_003702

## 11/24/2025 - Additional Orders in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Imaging (continued)

```
Providers: To speak with a TRA radiologist, call (253)761-4200.
Patient: For further result information, please contact ordering provider.
```

### Indications

Left foot pain [M79.672 (ICD-10-CM)]

### Study Signed

Electronically signed by Anand Suresh, MD on 11/27/25 at 1715 PST

### All Reviewers List

Alex A Pittman, PA-C on 11/28/2025 11:13

## Results
(Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/24/2025

Page 164

Printed by 403528 at 2/12/26 4:51 PM

MC_003703

## 11/24/2025 - Refill in Pulse Heart Institute Cardiology

**MultiCare Health System**

'

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930

                                          **CSN:** 430007718

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/24/2025 | | | No service for | |
| Admitting Physician: | | | Chief Complaint: | Refill Request |
| | | | Adm Dx: | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD        Employer Phone:

Referring Physician:                                 Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

PULSE HEART INSTITUTE           Larocque, Linda J
PUYALLUP                       MRN: 172930, DOB: 2/9/1958, Legal Sex: F
1450 5th St SE                 Visit date: 11/24/2025
Puyallup WA 98372-4602

Page 165                                        Printed by 403528 at 2/12/26 4:51 PM

MC_003704

## 11/24/2025 - Refill in Pulse Heart Institute Cardiology (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Refill Request, onset date 11/24/2025

#### Visit Diagnosis

- Coronary artery disease involving native coronary artery of native heart without angina pectoris (primary) [I25.10]

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Fax

| | Provider | Department | Center |
|---|---|---|---|
| 11/24/2025 10:39 AM | Samantha Weik, MA | PULSE CARDIOLOGY PUYALLUP | Pulse PUY |

### Clinical Notes

#### Telephone Encounter by Samantha Weik, MA at 11/24/2025 1039

| | | |
|---|---|---|
| Author: Samantha Weik, MA | Service: — | Author Type: Medical Assistant |
| Filed: 11/24/2025 10:41 AM | Encounter Date: 11/24/2025 | Status: Signed |
| Editor: Samantha Weik, MA (Medical Assistant) | | |

Dr: Guerra
Last Date Filled by Provider: 12/02/2024

Last Office Visit: 04/02/2025
Plan of Last OV: - Yearly follow up with me is fine, or sooner if problems arise.
Follow Up Scheduled: No
Message to Scheduling: No, appointment not due

Please Cosign

Electronically signed by Samantha Weik, MA at 11/24/2025 10:41 AM

#### Telephone Encounter by Daniel R Guerra, MD at 11/26/2025 1042

PULSE HEART INSTITUTE
PUYALLUP
1450 5th St SE
Puyallup WA 98372-4602

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/24/2025

Page 166

Printed by 403528 at 2/12/26 4:51 PM

MC_003705

## 11/24/2025 - Refill in Pulse Heart Institute Cardiology (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Daniel R Guerra, MD | Service: Cardiology - Interventional | Author Type: Physician |
| Filed: 11/26/2025 10:42 AM | Encounter Date: 11/24/2025 | Status: Signed |
| Editor: Daniel R Guerra, MD (Physician) | | |

Signed Prescriptions:    Disp  Refills
  rosuvastatin (CRESTOR) 20 mg Tab  90 Tab*1
Sig: Take 1 Tablet by mouth each evening.
Authorizing Provider: GUERRA, DANIEL R

------------------------------------------------------

Electronically signed by Daniel R Guerra, MD at 11/26/2025 10:42 AM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

##### verapamil (CALAN SR) 240 MG Tab CR

PULSE HEART INSTITUTE
PUYALLUP
1450 5th St SE
Puyallup WA 98372-4602

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/24/2025

Page 167

Printed by 403528 at 2/12/26 4:51 PM

MC_003706

## 11/24/2025 - Refill in Pulse Heart Institute Cardiology (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD      Ordered on: 5/1/2025
Start date: 5/1/2025      Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD      Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD      Ordered on: 7/31/2025
Start date: 7/31/2025      End date: 2/9/2026
Quantity: 90 Capsule      Refill: 1 refill by 7/31/2026

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Jing Weng, ARNP      Discontinued on: 12/3/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Maria Christina Dajoyag-Mapili, MD      Ordered on: 9/24/2025
Start date: 9/24/2025      End date: 12/3/2025
Quantity: 180 Capsule      Refill: No refills remaining

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD      Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD      Ordered on: 10/7/2025
Start date: 10/7/2025      End date: 2/9/2026
Quantity: 30 Tablet      Refill: 1 refill by 10/7/2026

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP      Discontinued on: 1/21/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD      Ordered on: 10/15/2025
Start date: 10/15/2025      End date: 1/20/2026
Quantity: 15 Tablet      Refill: 2 refills by 4/13/2026

#### traMADol (ULTRAM) 50 MG Tab

Discontinued by: Jennifer L Reed, ARNP      Discontinued on: 12/23/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.
Authorized by: Micah Atwood, DO      Ordered on: 11/21/2025
Start date: 11/21/2025      End date: 12/19/2025
Quantity: 60 Tablet      Refill: No refills remaining

#### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD      Ordered on: 11/26/2025
Start date: 11/26/2025      Quantity: 90 Tablet
Refill: 1 refill by 11/26/2026

### Stopped In Visit

None

PULSE HEART INSTITUTE      Larocque, Linda J
PUYALLUP      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
1450 5th St SE      Visit date: 11/24/2025
Puyallup WA 98372-4602

Page 168      Printed by 403528 at 2/12/26 4:51 PM

MC_003707

## 11/24/2025 - Refill in Pulse Heart Institute Cardiology (continued)

**Medication List (continued)**

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results                                                                                     (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

PULSE HEART INSTITUTE
PUYALLUP
1450 5th St SE
Puyallup WA 98372-4602

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/24/2025

Page 169

Printed by 403528 at 2/12/26 4:51 PM

MC_003708

## 11/19/2025 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System·**

**Patient Name: LAROCQUE, LINDA J**　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　**CSN:** 429521365

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/19/2025 | | | No service for | |

Admitting Physician:　　　　　　　　　　　　　Chief Complaint:　Refill Request; Rx Refil*
　　　　　　　　　　　　　　　　　　　　　　Adm Dx:

　　　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD　　　　**Employer Phone:**
**Referring Physician:**　　　　　　　　　　　　　　　**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/19/2025

MC_003709

## 11/19/2025 - MyChart Rx Refill In Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Tramadol- SAFEWAY PHARMACY #1594 - TACOMA, WA ); onset date 11/20/2025
- Rx Refill Center - Control Medication, onset date 11/19/2025
- Rx Refill Center - No Pcp Listed In Epic, onset date 11/19/2025

#### Visit Diagnoses

- (primary)
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.379]
- Opioid dependence with opioid-induced disorder (Multi-HCC) [F11.29]

### Visit Information

#### Provider Information

##### Encounter Provider

Charlotte A Haley, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/19/2025 7:01 PM | Charlotte A Haley, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Rachelle B Noel at 11/20/2025 1559

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: Pharmacy | Author Type: — |
| Filed: 11/20/2025 4:00 PM | Encounter Date: 11/19/2025 | Status: Signed |
| Editor: Rachelle B Noel | | |

**Pharmacy Refill Center Support Note**
**No Pcp Selected**
**Controlled Substance**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
*Route message to provider*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/19/2025

Page 171

Printed by 403528 at 2/12/26 4:51 PM

MC_003710

## 11/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### *PRC Case Review*
*Clinical content:*
**Pt has pending appt with T.Morello on 12/05/2025.**
*Last prescribed by Charlotte Haley on 10/15/2025*
*Last dispensed: 10/16/2025*
*Last encounter with Selected No PCP: Visit date not found*
*Last encounter with a provider from the same clinic: 10/15/2025 with J.Weng*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*
**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 90 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Rachelle B Noel at 11/20/2025  4:00 PM

### Telephone Encounter by Rachelle B Noel at 11/20/2025 1600

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: Pharmacy | Author Type: — |
| Filed: 11/20/2025  4:00 PM | Encounter Date: 11/19/2025 | Status: Signed |
| Editor: Rachelle B Noel | | |

Pending Prescriptions:        Disp  Refills
 traMADol (ULTRAM) 50 MG Tab       60 Tab*0
Sig: Take 1 Tablet by mouth twice daily as needed for
    pain.

Electronically signed by Rachelle B Noel at 11/20/2025  4:00 PM

### Telephone Encounter by Nadia N Abbasi, MA at 11/20/2025 1605

| | | |
|---|---|---|
| Author: Nadia N Abbasi, MA | Service: — | Author Type: Medical Assistant |
| Filed: 11/20/2025 4:12 PM | Encounter Date: 11/19/2025 | Status: Signed |
| Editor: Nadia N Abbasi, MA (Medical Assistant) | | |

Reviewed chart and noticed she has two TOC scheduled with different providers.

TOC with Thomas Morello 12/05/25.
Another TOC found 2/09/26 with Charlotte Haley.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/19/2025

Page 172

Printed by 403528 at 2/12/26 4:51 PM

MC_003711

**11/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)**

Clinical Notes (continued)

Attempted to call to clarify which transfer she is keeping to cancel one. Voicemail box is full no voicemail left.

### Requested Prescriptions

Pending Prescriptions         Disp    Refills
- traMADol (ULTRAM) 50 MG Tab     60      0
                                               Tablet

     Sig: Take 1 Tablet by mouth twice daily as needed for pain.

Please review

    Electronically signed by Nadia N Abbasi, MA at 11/20/2025 4:12 PM

---

**Telephone Encounter by Nadia N Abbasi, MA at 11/20/2025 1612**

Author: Nadia N Abbasi, MA     Service: —                  Author Type: Medical Assistant
Filed: 11/20/2025 4:12 PM     Encounter Date: 11/19/2025     Status: Signed
Editor: Nadia N Abbasi, MA (Medical Assistant)
Pending Prescriptions:      Disp   Refills
   traMADol (ULTRAM) 50 MG Tab     60 Tab*0
Sig: Take 1 Tablet by mouth twice daily as needed for
     pain.

-----------------------------------------------------------

    Electronically signed by Nadia N Abbasi, MA at 11/20/2025 4:12 PM

---

**Telephone Encounter by Micah Atwood, DO at 11/21/2025 1239**

Author: Micah Atwood, DO     Service: —                  Author Type: Physician
Filed: 11/21/2025 12:39 PM     Encounter Date: 11/19/2025     Status: Signed
Editor: Micah Atwood, DO (Physician)
Signed Prescriptions:        Disp   Refills
   traMADol (ULTRAM) 50 MG Tab     60 Tab*0
Sig: Take 1 Tablet by mouth twice daily as needed for
     pain.
Authorizing Provider: ATWOOD, MICAH

-----------------------------------------------------------

    Electronically signed by Micah Atwood, DO at 11/21/2025 12:39 PM

---

Medication List

### Medication List

   ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

MULTICARE LAKEWOOD     Larocque, Linda J
CLINIC                         MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW          Visit date: 11/19/2025
LAKEWOOD WA 98499-2767

Page 173                                        Printed by 403528 at 2/12/26 4:51 PM

MC_003712

## 11/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Ordered on: 5/21/2019
Start date: 5/21/2019
Quantity: 1 Each
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Ordered on: 10/14/2021
Start date: 10/14/2021
Quantity: 1 Each
Refill: No refills remaining

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Ordered on: 12/14/2023
Start date: 12/14/2023
Quantity: 1 Kit
Refill: No refills remaining

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA
Entered on: 5/24/2024

#### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD
Discontinued on: 11/26/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Ordered on: 12/2/2024
Start date: 12/2/2024
End date: 11/24/2025
Quantity: 90 Tablet
Refill: 3 refills by 12/2/2025

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapili, MD
Discontinued on: 11/30/2025
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Ordered on: 4/3/2025
Start date: 4/3/2025
End date: 11/30/2025
Quantity: 100 Tablet
Refill: 1 refill by 4/3/2026

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Ordered on: 5/1/2025
Start date: 5/1/2025
Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Ordered on: 7/31/2025
Start date: 7/31/2025
End date: 2/9/2026
Quantity: 90 Capsule
Refill: 1 refill by 7/31/2026

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/19/2025

Page 174

Printed by 403528 at 2/12/26 4:51 PM

MC_003713

## 11/19/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 12/23/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Micah Atwood, DO | Ordered on: 11/21/2025 |
| Start date: 11/21/2025 | End date: 12/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

**Stopped In Visit**

None

**Medication Comment**

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results                                                                                          ˜ (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/19/2025

Page 175

Printed by 403528 at 2/12/26 4:51 PM

MC_003714

## Preferred Pharmacy (continued)

### Visit Pharmacy (continued)

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

#### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool<br>(supporting Charlotte A Haley, MD) | 11/19/2025  7:01 PM |

Refills have been requested for the following medications:

traMADol (ULTRAM) 50 MG Tab [Charlotte Haley, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/19/2025

Page 176

Printed by 403528 at 2/12/26  4:51 PM

MC_003715

## 11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930

**CSN:** 427841273

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/18/2025 | | | No service for | |
| Admitting Physician: | | | Chief Complaint: | Left Hip - Pain; Imm/Inj |
| | | | Adm Dx: | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Core Physician: Charlotte A Haley, MD  Employer Phone:
Referring Physician: ADLER, ZACHARY B  Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | P/T |
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 177          Printed by 403528 at 2/12/26 4:51 PM

MC_003716

**11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)**

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
--

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Pain - Left Hip
- Imm/Inj (USG corticosteroid injection to the left hip. Referred by Dr. Adler)

#### Visit Diagnosis

- Arthritis of left hip (primary) [M16.12]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Alex A Pittman, PA-C | Alex A Pittman, PA-C | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Gig Harbor | 4545 Point Fosdick Dr Ste 145 Gig Harbor WA 98335-1700 | 253-792-6555 | 253-530-8252 |

#### Level of Service

| Level of Service |
|---|
| P NO CHARGE VISIT |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/18/2025 10:30 AM | Alex A Pittman, PA-C | MC ORTHO & SPORTS GH | MOSGH |

### Clinical Notes

#### Nursing Note by Maritess D Jose, LVN/LPN at 11/18/2025 1030

| | | |
|---|---|---|
| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
| Filed: 11/18/2025 9:59 AM | Encounter Date: 11/18/2025 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

**Chief Complaint**
Patient presents with
- Left Hip - Pain
- Imm/Inj
  *USG corticosteroid injection to the left hip. Referred by Dr. Adler*

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 178

Printed by 403528 at 2/12/26 4:51 PM

MC_003717

**11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)**

Clinical Notes (continued)

Additional Details: Patient is here for a USG injection to the left hip. Referred by Dr. Adler.

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.
Maritess D Jose, LVN/LPN

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Maritess D Jose, LVN/LPN at 11/18/2025  9:59 AM

**Progress Notes by Alex A Pittman, PA-C at 11/18/2025 1030**

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 11/18/2025  1:02 PM | Encounter Date: 11/18/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 11/19/2025  2:35 PM |

Chief Complaint - Left hip pain

HPI -67 year-old female here for Left intra-articular hip injection she denies any changes since last visit.

Left hip exam

Sensory intact
Brisk capillary refill

Procedure  Left intra-articular hip injection with ultrasound guidance

Risks and benefits were discussed in great detail.  Patient gave verbal consent.  The patient was laid supine the procedure began with visualization of the hip joint images were saved and stored.  Then neurovascular structures medial to the hip were visualized.  Images were saved and stored.  Afterwards patient was prepped with chlorhexidine using sterile ultrasound gel visualization of hip was obtained.  Patient was injected with 40 mg of Kenalog and 3 cc of 1% lidocaine using a 22-gauge 3.5 inch spinal needle injected anteriorly.  Visualization with ultrasound was utilized needle pierced the capsule at the femoral neck during the procedure joint capsule was visualized to expand.  Post procedure images were saved and

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 179

Printed by 403528 at 2/12/26 4:51 PM

MC_003718

**11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)**

**Clinical Notes (continued)**

stored. Patient tolerated procedure well.

Diagnosis - 1. Left hip pain status post left
intra-articular hip injection

Clinical Exam and Imaging was discussed with patient. Afterwards we
discussed epidemiology and etiology of the diagnosis, as well as
treatment options. We worked together to form a treatment plan that is
best suited for the above noted diagnosis.

Plan

At this time patient will return to activities as tolerated he will follow-
up for repeat evaluation to judge the efficacy of injection. Immediately
after injection patient states she had

HAD IMPROVEMENT

The patient was given warning signs of neurovascular compromise or
infection if any of these occur he will contact clinic as soon as possible
or present to ED

*The documentation above was entered into the medical record using
voice recognition software. Any errors in spelling, context, or content
potentially affecting patient care should be brought to my attention, so
appropriate corrective measures can be taken.*

Electronically signed by Alex A Pittman, PA-C at 11/18/2025 1:02 PM
Electronically signed by Zachary B Adler, MD at 11/19/2025 2:35 PM

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 180                                                              Printed by 403528 at 2/12/26 4:51 PM

MC_003719

## 11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Medication List (continued)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Refill: No refills remaining

Ordered on: 5/21/2019
Quantity: 1 Each

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD
Start date: 10/14/2021
Refill: No refills remaining

Ordered on: 10/14/2021
Quantity: 1 Each

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

#### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 12/2/2024
Quantity: 90 Tablet

Discontinued on: 11/26/2025

Ordered on: 12/2/2024
End date: 11/24/2025
Refill: 3 refills by 12/2/2025

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapill, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 4/3/2025
Quantity: 100 Tablet

Discontinued on: 11/30/2025

Ordered on: 4/3/2025
End date: 11/30/2025
Refill: 1 refill by 4/3/2026

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Jing Weng, ARNP

Discontinued on: 12/3/2025

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 181

Printed by 403528 at 2/12/26 4:51 PM

MC_003720

## 11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Medication List (continued)

Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Maria Christina Dajoyag-Mapill, MD
Start date: 9/24/2025
Quantity: 180 Capsule

Ordered on: 9/24/2025
End date: 12/3/2025
Refill: No refills remaining

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

#### traMADol (ULTRAM) 50 MG Tab

Discontinued by: Micah Atwood, DO
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/15/2025
Quantity: 60 Tablet

Discontinued on: 11/21/2025

Ordered on: 10/15/2025
End date: 11/19/2025
Refill: No refills remaining

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD
Start date: 10/15/2025
Quantity: 15 Tablet

Discontinued on: 1/21/2026

Ordered on: 10/15/2025
End date: 1/20/2026
Refill: 2 refills by 4/13/2026

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results                                                        (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 182

Printed by 403528 at 2/12/26 4:51 PM

MC_003721

## Preferred Pharmacy (continued)

### Pharmacy Address and Hours (continued)

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

## Other Orders - Imaging

### Imaging

#### US Arthrocentesis Aspiration or Injection Major Joint Bursa (Active) [989161613]

| | |
| --- | --- |
| Electronically signed by: Alex A Pittman, PA-C on 11/18/25 1010 | Status: **Active** |
| This order may be acted on in another encounter. | |
| Ordering user: Alex A Pittman, PA-C 11/18/25 1010 | Authorized by: Alex A Pittman, PA-C |
| Ordering mode: Standard | |
| Frequency: Routine 11/18/25 - | Class: MHS IP Normal |
| Quantity: 1 | |
| Diagnoses | |
| Arthritis of left hip [M16.12] | |

##### Questionnaire

| Question | Answer |
| --- | --- |
| Specify side and joint | left hip |
| Reason for order | pain |
| POCUS Ortho Clinic performed? | Yes |

## Flowsheets

### Custom Formula Data

| Row Name | 11/18/25 1006 |
| --- | --- |
| **OTHER** | |
| Ideal Body Weight | 130.63 lbs -MJ |
| Adjusted Body Weight | 184.5 lbs -MJ |
| % Over/Under Ideal Body Weight | 103.09 -MJ |
| Predicted Body Weight | 59.254 -MJ |
| Length (cm) | 167.6 cm -MJ |
| IBW/kg (Calculated) Male | 63.75 kg -MJ |
| IBW/kg (Calculated) Female | 59.25 kg -MJ |
| BSA (Calculated - sq m) | 2.37 sq meters -MJ |
| **Vitals** | |
| MAP (mmHg) | 90 mmHg -MJ |
| **BMI** | |
| BMI (Calculated) | 42.84 -MJ |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1956, Legal Sex: F
Visit date: 11/18/2025

Page 183

Printed by 403528 at 2/12/26 4:51 PM

MC_003722

## Preferred Pharmacy (continued)

### Flowsheets (continued)

#### Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 59.25 -MJ |
| Low Range Vt 6mL/kg | 355.5 mL/kg -MJ |
| Adult Moderate Range Vt 8mL/kg | 474 mL/kg -MJ |
| Adult High Range Vt 10mL/kg | 592.5 mL/kg -MJ |

#### Vital Signs

| | |
|---|---|
| BMI (Calculated) | 42.84 -MJ |

#### Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.25 kg -MJ |
| IBW/kg (Calculated) Male | 63.75 kg -MJ |

### Encounter Vitals

| Row Name | 11/18/25 1006 |
|---|---|
| **Encounter Vitals** | |
| BP | 134/68 -MJ |
| Pulse | 86 -MJ |
| Temp | 97.3 °F (36.3 °C) - MJ |
| Temp src | Temporal -MJ |
| Weight | 265 lb 4.8 oz MEASURED -MJ |
| Height | 5' 5.98" hx -MJ |
| Resp | 16 -MJ |
| Pain Score | SIX/TEN -MJ |
| Pain Loc | HIP LEFT -MJ |
| Pain Education | Yes -MJ |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| MJ | Maritess D Jose, LVN/LPN | Licensed Practical Nurse | Nursing |

### After Visit Summary

After Visit Summary (below)

MULTICARE GIG HARBOR MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 184

Printed by 403528 at 2/12/26 4:51 PM

MC_003723

MultiCare **+**

## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958
CEID: MCH-NHPG-9CRQ-ZR34

📅 11/18/2025 10:30 AM  📍 MultiCare Orthopedics &
Sports Medicine - Gig Harbor  253-792-6555

### Instructions from Alex Pittman, PA-C

US Arthrocentesis Aspiration or Injection Major Joint
Bursa
Scheduled for 11/18/2025
Expires: 11/18/2026 (requested)

### What's Next

**DEC 5 2025** TRANSFER PATIENT with
Thomas Morello, DO
Friday December 5 11:00 AM (Arrive
by 10:45 AM)

MultiCare West Tacoma
Family Medicine
2209 North Pearl Street,
Suite 100
Tacoma WA 90406-2529
253-792-6900

**JAN 15 2026** Simple Visit with Jennifer Reed,
ARNP
Thursday January 15 8:15 AM

Lakewood Family
Practice
5700 100th St SW STE
510
LAKEWOOD WA
98499-2767
253-792-6526

**FEB 9 2026** New Patient with Charlotte
Haley, MD
Monday February 9 9:15 AM

Lakewood Family
Practice
5700 100th St SW STE
510
LAKEWOOD WA
98499-2767
253-792-6526

**MAR 11 2025** Simple Visit with Zachary Adler,
MD
Wednesday March 11 8:15 AM
(Arrive by 8:00 AM)

MultiCare Orthopedics
& Sports Medicine -
Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433
253-792-6555

### Imaging Referrals
US Arthrocentesis Aspiration or Injection Major Joint Bursa

### Today's Visit

You saw Alex Pittman, PA-C on Tuesday
November 18, 2025 for: Pain of the Left
Hip and Imm/Inj. The following issue was
addressed: Arthritis of left hip.

| | | | |
|---|---|---|---|
| Blood Pressure | 134/68 | BMI | 42.85 |
| Weight | 265 lb 4.8 oz | Height | 5' 5.98" |
| Temperature (Temporal) | 97.3 °F | Pulse | 86 |
| Respiration | 16 | | |

### MyChart Activation

MyChart is your free online resource to
schedule your appointments, see your
test results, review and refill your
medications, get trusted health advice,
contact your provider, pay bills, and do so
much more. Go to https://
mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart
at
https://mychart.multicare.org/
MyMultiCare/

.

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 185

Printed by 403528 at 2/12/26 4:51 PM

MC_003724

## Preferred Pharmacy (continued)

## PCP
Primary Care Provider
No Pcp Selected

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 11/18/2025

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK                  MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive      Visit date: 11/18/2025
GIG HARBOR WA 98335-1700

Page 186                                           Printed by 403528 at 2/12/26  4:51 PM

MC_003725

## Preferred Pharmacy (continued)

### Your Medication List as of November 18, 2025 10:45 AM

Ⓘ Always use your most recent med list.

| | |
|---|---|
| **alprazolam** 0.25 MG Tabs<br>Commonly known as: Xanax<br>Quantity: 15 Tablet | Take **1** Tablet by mouth three times a day as needed for anxiety. Must last 3 months |
| **aspirin** 81 MG Chew | Chew and swallow 1 Tablet by mouth once daily. |
| **duloxetine** 60 MG Cpep<br>Commonly known as: Cymbalta<br>Quantity: 180 Capsule | Take **1** Capsule by mouth twice daily. |
| **hydroCHLOROthiazide** 12.5 MG Caps<br>Commonly known as: Microzide<br>Quantity: 90 Capsule | Take **1** Capsule by mouth once daily. |
| **hydrOXYzine hcl** 25 MG Tabs<br>Commonly known as: ATARAX<br>Quantity: 30 Tablet | Take **1** Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| **lisinopril** 20 MG Tabs<br>Commonly known as: PRINIVIL, ZESTRIL<br>Quantity: 100 Tablet | Take **1** Tablet by mouth once daily. |
| **Misc. Devices** Misc<br>Quantity: 1 Each | Dispense one wheel chair with leg extenders/rests.<br>Dx: S86.812D, Z96.652<br>LON: 12 weeks. |
| **naloxone** 1 mg/mL Soln<br>Commonly known as: NARCAN<br>Quantity: 1 Kit | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| **\* OTHER**<br>Quantity: 1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago |
| **\* OTHER**<br>Quantity: 1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| **rosuvastatin** 20 mg Tabs<br>Commonly known as: Crestor<br>Quantity: 90 Tablet | Take **1** Tablet by mouth each evening. |
| **TechLite Pen Needles** 31G X 8 MM Misc<br>Generic drug: Insulin Pen Needle<br>Quantity: 100 Each | Use With victoza injections |
| **traMADol** 50 MG Tabs<br>Commonly known as: Ultram<br>Quantity: 60 Tablet | Take **1** Tablet by mouth twice daily as needed for pain. |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 187

Printed by 403528 at 2/12/26 4:51 PM

MC_003726

## Preferred Pharmacy (continued)

**After Visit Summary (continued)**

**Your Medication List (continued)** as of November 18, 2025 10:45 AM

**verapamil 240 MG Tbcr**
Commonly known as: CALAN SR
Quantity: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

✛ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MultiCare Orthopedics & Sports Medicine – Gig Harbor
4545 Point Fosdick Dr Ste 145
Gig Harbor WA 98335-1700



**Notice of language availability | Free Interpreter services:** If you speak a language other than English, MultiCare offers interpreter services at no cost to you. To learn more about this free service, scan the QR code or visit **multicare.org/interpreter**.

**Messages**

| | |
|---|---|
| MULTICARE GIG HARBOR MEDICAL PARK 4545 Point Fosdick Drive GIG HARBOR WA 98335-1700 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 11/18/2025 |

MC_003727

## Preferred Pharmacy (continued)

### Messages (continued)

#### MyChart Appointment Reminder

| From | To | Sent and Delivered |
|---|---|---|
| Alex A Pittman, PA-C | Larocque, Linda J | 11/15/2025 1:59 AM |
| Last Read in MyChart | | |
| 11/26/2025 7:27 PM by Larocque, Linda J | | |

Appointment Reminder

Dept:   MultiCare Orthopedics & Sports Medicine - Gig Harbor
4545 Point Fosdick Dr Ste 145
Gig Harbor WA 98335-1700
253-792-6555
Provider: Alex A Pittman, PA-C

Date: 11/18/25
Time: 10:30 AM

Arrival Time: 10:00 AM PST

Please click epichttp://appointments [here] to view more details about your appointment.

### Referral

#### Consultation #28195597

| Priority: Routine | Class: Internal |
|---|---|
| Status: Authorized - No Auth Required | Status updated on: 11/7/2025 |
| Valid dates: From 11/7/2025 to 11/8/2026 | |

##### Referred From

| Location: ALLENMORE BUILDING C | Department: MC ORTHO & SPORTS TAC |
|---|---|
| Department phone: 253-792-6555 | Provider: Zachary B Adler, MD |
| Provider phone: 253-459-7000 | Provider address: 3124 South 19th Street Ste C-340 MS: 19U-C3-OSM Tacoma WA 98405 |

##### Referred To

Specialty: Sports Medicine

##### Visits

| Requested: 3 | Authorized: 3 | Completed: 2 | Scheduled: 0 |
|---|---|---|---|

##### Procedures

###### REF058 - REFERRAL TO SPORTS MEDICINE

| Number requested: 1 | Number approved: 1 |
|---|---|

##### Diagnoses

- 719.45 (ICD-9-CM) - M25.552 (ICD-10-CM) - Left hip pain

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 189

Printed by 403528 at 2/12/26 4:51 PM

MC_003728

## Preferred Pharmacy (continued)

### Referral (continued)

#### Referral Notes

**Provider Comments by Zachary B Adler, MD at 11/7/2025 0901**

Summary: Provider Comments

Please perform US guided injection of the left hip

#### Order

**REFERRAL TO SPORTS MEDICINE [985611718]**

| | | |
|---|---|---|
| Electronically signed by: **Zachary B Adler, MD on 11/07/25 0901** | | Status: **Active** |
| Ordering user: Zachary B Adler, MD 11/07/25 0901 | Authorized by: Zachary B Adler, MD | |

Ordered during: Office Visit on 11/07/2025
Diagnoses
Arthritis of left hip [M16.12]
Order comments: Please perform US guided injection of the left hip

#### Triage

**Triage Information**

Decision: None                          Schedule by date: 11/21/2025

#### Coverages

**SCAN MED ADVANTAGE HMO**

| Plan: SCAN MEDADVANTAGE HMO | Covered: Covered | From: 1/1/2026 | Member #: 40061746801 |
|---|---|---|---|

**AETNA MEDICARE ADVANTAGE**

| Plan: AETNA HMO MEDICARE ADVANTAGE Member #: 101724898200 | Covered: Covered | From: 1/1/2025 | To: 12/31/2025 |
|---|---|---|---|

#### Patient Instructions

None

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-17D0

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 190

Printed by 403528 at 2/12/26 4:51 PM

MC_003729

## 11/18/2025 - Appointment in MultiCare Ultrasound Ortho Surg & Spine Gig Harbor

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 429224675

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/18/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:** Arthritis of left hip [M*
Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 68 year old
**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile        253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:** PITTMAN, ALEX A

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:** P/F
**Acct ID:** 6338966

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:**
**Subscriber Name:**
**Subscriber DOB:**
**Pt Relationship to Sub:**

**Group Name:**
**Group #:**
**Ins ID#:**

### Secondary Insurance

**Name of Insurance:** AETNA HMO MEDICARE ADVAN*
**Subscriber Name:** LAROCQUE,LINDA J
**Subscriber DOB:**
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:** 000003-WA
**Ins ID#:** 101724898200

### Accident Information

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 191                           Printed by 403528 at 2/12/26 4:51 PM

MC_003730

## 11/18/2025 - Appointment in MultiCare Ultrasound Ortho Surg & Spine Gig Harbor (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)

-

### Hospital Account

Not on file

### Visit Information

#### Appointment Information

**ORTHO US POC**
11/18/2025 10:15 AM

**Completed**

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 10:15 AM | MC GIG HARBOR ORTHO ULTRASOUND | MC ULTRASOUND ORTHO & SPORTS MEDICINE GIG HARBOR | 15 min |

| Referrals: | **Restricted** | | |
|------------|------------|------------|------------|
| Referral Provider: | PITTMAN, ALEX A | Arrival Time: | 10:10 AM |
| Enc Form Number: | 89388415 | | |

History

| Made On: | 11/18/2025 10:10 AM | By: | System User Cadence | MR |
|----------|---------------------|-----|---------------------|-----|
| Checked In: | 11/18/2025 10:10 AM | By: | System User Cadence | MR |
| EOD Status: | 11/22/2025 11:07 PM | By: | User Epic | ES |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 11/18/2025 10:15 AM | MC GIG HARBOR ORTHO ULTRASOUND | MC ULTRASOUND ORTHO & SPORTS MEDICINE GIG HARBOR | |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 192                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003731

---

## 11/18/2025 - Appointment in MultiCare Ultrasound Ortho Surg & Spine Gig Harbor (continued)

### Medication List (continued)

| | |
|---|---|
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.

| | |
|---|---|
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

#### rosuvestatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |

---

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 193

Printed by 403528 at 2/12/26 4:51 PM

MC_003732

## 11/18/2025 - Appointment in MultiCare Ultrasound Ortho Surg & Spine Gig Harbor (continued)

### Medication List (continued)

| | |
|---|---|
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Micah Atwood, DO | Discontinued on: 11/21/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 11/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

### Stopped In Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results                                                            (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

### Other Orders - Imaging

#### Imaging

##### US Arthrocentesis Aspiration or Injection Major Joint Bursa (Active) [989161613]

| | |
|---|---|
| Electronically signed by: Alex A Pittman, PA-C on 11/18/25 1010 | Status: **Active** |
| This order may be acted on in another encounter. | |
| Ordering user: Alex A Pittman, PA-C 11/18/25 1010 | Authorized by: Alex A Pittman, PA-C |
| Ordering mode: Standard | Ordered during: Office Visit on 11/18/2025 |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 194

Printed by 403528 at 2/12/26 4:51 PM

MC_003733

## Preferred Pharmacy (continued)

### Other Orders - Imaging (continued)

Frequency: Routine  11/18/25 -
Quantity: 1
Diagnoses
Arthritis of left hip [M16.12]

#### Questionnaire

| Question | Answer |
|---|---|
| Specify side and joint | left hip |
| Reason for order | pain |
| POCUS Ortho Clinic performed? | Yes |

Class: MHS IP Normal

### Referral

#### Radiology Services #28314788

Priority: Routine
Status: Closed - All visit requests met
Valid dates: From 11/18/2025 to 11/18/2025

Class: Internal
Status updated on: 11/18/2025

##### Referred From

Location: MULTICARE GIG HARBOR MEDICAL PARK
Department phone: 253-792-6555
Provider phone: 253-792-6555

Department: MC ORTHO & SPORTS GH
Provider: Alex A Pittman, PA-C
Provider address: 3124 S 19th St STE C340 Tacoma WA 98405

##### Referred To

Department: MC ULTRASOUND ORTHO & SPORTS MEDICINE    Department phone: 253-792-6555
GIG HARBOR
Specialty: Radiology

##### Visits

| Requested: 1 | Authorized: 1 | Completed: 1 | Scheduled: 0 |
|---|---|---|---|

##### Procedures

**20611A - US Arthrocentesis Aspiration or Injection Major Joint Bursa**

Number requested: 1                           Number approved: 1

##### Diagnoses

* 716.95 (ICD-9-CM) - M16.12 (ICD-10-CM) - Arthritis of left hip

##### Referral Notes

**Consults by Kenneth A Janizen at 11/18/2025 1052**

REFERRED BY SCRUB ON CONSULT AUTH REQUIRED

INSURANCE VERIFIED & VALIDATED: YES VIA RTE FOR 11/2025
INSURANCE NAME: AETNA MED ADV

AUTH/PLAN APPROVED REFERRAL REQUIRED: NO
AUTH-CONTACT: AVAILITY
AUTH-SUBMITTED: NO

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 195

Printed by 403528 at 2/12/26 4:51 PM

MC_003734

## Preferred Pharmacy (continued)

### Referral (continued)

AUTH-APPROVED: NOT REQUIRED
AUTH APPROVAL/SUBMISSION #: N/A
DATE RANGE: 11/18/25
# OF VISITS APPROVED: 1
CPT APPROVED: YES

AUTH F/U NEEDED? NO

NOTES: SERVICE ALREADY RENDERED, CLOSING REFERRAL.

Transaction ID: Not Found          Customer ID: 398318          Transaction Date: NA

**No Authorization Required**

| | |
|---|---|
| **Place of Service** | **Service From - To Date** |
| 11 - Office | NA |

**Admission Type**
9

**Diagnosis Code 1**
M1612 - Unilateral primary
osteoarthritis left hip

| **Procedure Code 1** | **Quantity** | **Procedure From - To Date** |
|---|---|---|
| 20611 | 1 Units | 2025-11-18 |

**Status**          **Message**
NO AUTH REQUIRED     PRECERT IS NOT REQUIRED OR ONLY REQUIRED IN UNIQUE
                     CIRCUMSTANCES FOR MEDICAID REFER TO PRIOR AUTH TOOL ON
                     AETNABETTERHEALTH.COM FOR ALL OTHERS REFER TO CODE
                     SEARCH TOOL ON AETNA.COM COVERAGE OF SERVICES ARE
                     SUBJECT TO BENEFITS AND ELIGIBILITY

### Status History

| Change | User | Date/Time |
|---|---|---|
| From New Request to Pending Review (auto) | Alex A Pittman, PA-C | 11/18/2025 1010 |
| From Pending Review to Closed | Kenneth A Jantzen | 11/18/2025 1053 |

### Order

**US Arthrocentesis Aspiration or Injection Major Joint Bursa [989161613]**

| | |
|---|---|
| Electronically signed by: **Alex A Pittman, PA-C on 11/18/25 1010** | Status: **Active** |
| This order may be acted on in another encounter. | |
| Ordering user: Alex A Pittman, PA-C 11/18/25 1010 | Authorized by: Alex A Pittman, PA-C |
| Ordered during: Office Visit on 11/18/2025 | |
| Diagnoses | |
| Arthritis of left hip [M16.12] | |

### Triage

**Triage Information**

| Decision: None | Schedule by date: 11/18/2025 |
|---|---|

MULTICARE GIG HARBOR           Larocque, Linda J
MEDICAL PARK                   MRN: 172930, DOB: 2/9/1958, Legal Sex: F
4545 Point Fosdick Drive       Visit date: 11/18/2025
GIG HARBOR WA 98335-1700

Page 196                                              Printed by 403528 at 2/12/26 4:51 PM

MC_003735

## Preferred Pharmacy (continued)

**Referral (continued)**

### Coverages

**AETNA MEDICARE ADVANTAGE**

| Plan: AETNA HMO MEDICARE ADVANTAGE Member #: 101724898200 | Covered: Covered | From: 1/1/2025 | To: 12/31/2025 |
|---|---|---|---|

**Patient Instructions**

None

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/18/2025

Page 197

Printed by 403528 at 2/12/26 4:51 PM

MC_003736

**11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 427828208

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/7/2025 | | | No service for | |

Admitting Physician:

Chief Complaint:
Adm Dx: Arthritis of right knee *
Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician: ADLER, ZACHARY B

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

Home Phone:
Guarantor's Employer:
Work Phone:

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

Accident Type:

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 198

Printed by 403528 at 2/12/26 4:51 PM

MC_003737

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Referring Provider
Zachary B Adler, MD

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MC Ortho & Sports Med-Tac Imaging | 3124 S 19th St<br>Tacoma WA 98405 | 253-792-6555 | 253-459-7047 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/7/2025 8:25 AM | MC ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS IMAGING TAC | MOSMTAC |

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019          Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021          Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023          Quantity: 1 Kit
Refill: No refills remaining

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 199          Printed by 403528 at 2/12/26 4:51 PM

MC_003738

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Medication List (continued)**

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Micah Atwood, DO | Discontinued on: 11/21/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 11/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 200

Printed by 403528 at 2/12/26 4:51 PM

MC_003739

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Medication List (continued)

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Imaging

### Imaging

#### XR Knee 4+ Views Complete Right (Final result) [985591144]

| XR Knee 4+ Views Complete Right [985591144] | Resulted: 11/07/25 0823, Result status: Final result |
|---|---|
| Ordering provider: Zachary B Adler, MD  11/07/25 0821 | Order status: Completed |
| Filed by: Zachary B Adler, MD  11/07/25 0853 | Performed: 11/07/25 0823 - 11/07/25 0842 |

Accession number: 45314673
Impression:
I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 11/7/25.

The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
grade 0 - no radiographic features of OA are present
grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis. Degenerative changes most severe in the patellofemoral and medial compartment.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

### Indications

Arthritis of right knee [M17.11 (ICD-10-CM)]

### All Reviewers List

Zachary B Adler, MD on 11/7/2025 10:33

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 201

Printed by 403528 at 2/12/26  4:51 PM

MC_003740

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Imaging (continued)**

### XR Knee 3 Views Left (Final result) [985591145]

| XR Knee 3 Views Left [985591145] | Resulted: 11/07/25 0823, Result status: Final result |
|---|---|

Ordering provider: Zachary B Adler, MD  11/07/25 0821          Order status: Completed
Filed by: Zachary B Adler, MD  11/07/25 0852                          Performed: 11/07/25 0823 - 11/07/25 0842
Accession number: 45314674
Impression:
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 11/7/25

Prior studies for comparison are dated 5/24/214, 3/1/24, and 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

**Indications**

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

**All Reviewers List**

Zachary B Adler, MD on 11/7/2025 10:33

### XR Hip 2-3 Views Left With Pelvis (Final result) [985594403]

| XR Hip 2-3 Views Left With Pelvis [985594403] | Resulted: 11/07/25 0829, Result status: Final result |
|---|---|

Ordering provider: Zachary B Adler, MD  11/07/25 0828          Order status: Completed
Filed by: Zachary B Adler, MD  11/07/25 0850                          Performed: 11/07/25 0823 - 11/07/25 0842
Accession number: 45314885
Impression:
I personally reviewed and interpreted AP Pelvis weight bearing with lateral x-rays of the left hip dated 11/7/25. These reveal mild and moderate degenerative joint disease with mild and moderate osteophyte formation, mild and moderate joint space narrowing, mild subluxation and deformity. The contralateral right hip demonstrates mild DJD.

Tonnis Classification describes progressive degrees of degenerative changes in the hip.

Grade 0: No signs of osetoarthritis
Grade 1: Slight narrowing of the joint space, slight lipping at the joint margin, and slight sclerosis of the femoral head or acetabulum
Grade 2: Small bony cysts, increasing narrowing of the joint space, and moderate loss of femoral head sphericity
Grade 3: Large bony cysts, severe narrowing or obliteration of the joint space, severe femoral head deformity, and/or avascular necrosis

Using this grading system, the patient has Grade 1-2 hip degenerative joint disease of the left hip.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

MC_003741

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Imaging (continued)**

### Indications

Arthritis of left hip [M16.12 (ICD-10-CM)]

### All Reviewers List

Zachary B Adler, MD on 11/7/2025 10:33

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 203

Printed by 403528 at 2/12/26 4:51 PM

MC_003742

---

### 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 419085433

---

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/7/2025 | | | No service for | |

**Admitting Physician:**  **Chief Complaint:** Orthopedic
**Adm Dx:**

Gestational Age: <None>

---

### *Patient Information*

| Home Address: | 6824 S Park Ave | Telephone Information: | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Charlotte A Haley, MD   **Employer Phone:**
**Referring Physician:**   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### *Guarantor Information*

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

---

### *Primary Insurance*

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### *Secondary Insurance*

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### *Accident Information*

**Accident Type:**

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 204   Printed by 403528 at 2/12/26 4:51 PM

MC_003743

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

‑

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Orthopedic (Arthritis of right knee)

#### Visit Diagnoses

- **Arthritis of right knee (primary) [M17.11]**
- S/P revision of total knee, left [Z96.652]
- Patellar tendon rupture, left, subsequent encounter [S86.812D]
- Arthritis of left hip [M16.12]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Zachary B Adler, MD | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

#### Follow-up and Dispositions

Return in about 4 months (around 3/7/2026).

### Level of Service

#### Level of Service

PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM, IF USING TIME, 30 MINUTES OR MORE

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 11/7/2025 8:00 AM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

### Clinical Notes

#### Progress Notes by Zachary B Adler, MD at 11/7/2025 0800

| | | |
| --- | --- | --- |
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 11/7/2025 10:33 AM | Encounter Date: 11/7/2025 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Dear Rachel D Dawson, MD

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 205

Printed by 403528 at 2/12/26 4:51 PM

MC_003744

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

Clinical Notes (continued)

I had the pleasure of reevaluating Linda J Larocque in the Multicare Orthopaedic and Sports Medicine adult reconstruction clinic today. They are getting worse after treatment that began Visit date not found for

| | | ICD-10-CM | |
|---|---|---|---|
| 1. | Arthritis of right knee | M17.11 | XR Knee 4+ Views Complete Right Large Joint Injection/Arthrocentesis: R knee |
| 2. | S/P revision of total knee, left | Z96.652 | XR Knee 3 Views Left |
| 3. | Patellar tendon rupture, left, subsequent encounter | S86.812 D | |
| 4. | Arthritis of left hip | M16.12 | XR Hip 2-3 Views Left With Pelvis REFERRAL TO SPORTS MEDICINE |

. Linda J Larocque reports worsening knee severe pain. We have been managing their Right knee arthritis conservatively with an exercise program, weight optimization, with medications/ NSAIDS and with right knee injections (1/22/2025) thus far. Linda J Larocque reports no improvement Knee function and worsening ability to perform ADL's, recreational, and vocational tasks / activities.

She has had a previous left revision total knee arthroplasty with extensor mechanism reconstruction by me on 12/4/2023. She states she has noticed progressively worsening pain which she attributes to her left hip pain and is unable to weight bear on her left leg. She reports a "ripping and tearing" feeling in the hip which has been treated with injections and physical therapy which did not provide any significant relief.

She does have increasing pain walking short distances with a cane.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (Multi-HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (HHS-HCC), Prediabetes, Snores, Type 2 diabetes mellitus (Multi-HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (Multi-HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.

PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); pr foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).

Allergies:
Allergies as of 11/07/2025 - Reviewed 11/07/2025

| Allergen | Reaction | Noted |
|---|---|---|
| • Pioglitazone hydrochloride | Palpitations | 03/31/2015 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 206

Printed by 403528 at 2/12/26 4:51 PM

MC_003745

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Medications: Current Medications[1]

Family History: family history includes Alcohol abuse in her daughter; Arthritis in her brother; Cancer in her daughter, maternal grandmother, and mother; Coronary Artery Disease in her maternal grandfather and maternal grandmother; Diabetes in her maternal aunt, paternal aunt, and sister; Drug/Alcohol in her daughter; GU in her mother; Heart in her father, mother, and sister; Hypertension in her father, mother, and sister; Neuro in her daughter and sister; Other in her paternal aunt and sister; Seizures in her daughter; Stroke in her father; Uterine cancer in her daughter.

Social History: reports that she has never smoked. She has never been exposed to tobacco smoke. She has never used smokeless tobacco. She reports current alcohol use. She reports that she does not currently use drugs.

ROS: A Complete review of systems was performed. Except as noted in the HPI and nursing notes. All other systems were negative.

Vital Signs: BP 130/82 | Pulse 93 | Temp (Src) 95.6 (Temporal) | Resp 16 | Ht 5' 5.984"[Hx[ (1.676 m) | Wt 265 lb 3.4 oz (120.3 kg) Body mass index is 42.83 kg/m².

General: AAOX3, No acute distress, normal affect and disposition, well kept and appearing adult female.
Comprehensive examination of the Bilateral lower extremities was performed.
Range of motion of the **Left** hip was painful at the extremes of flexion, adduction, internal rotation.
The hip did reveal pain at the extremes of flexion, abduction, and external rotation.
Palpation of the trochanteric bursa was tender and does reproduce some of the pain and symtoms.
There was no regional adenopathy detected and there were not any skin changes present.
Straight leg was negative.
Foot alignment was neutral.

Range of motion of the **Left** knee was 0° passively, 20° actively to 114°
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive crepitus, positive Lateral joint line tenderness and 1+ effusion was present.
Knee alignment was neutral and there was not a flexion contracture present.
The ligamentous exam revealed no pseudolaxity. MCL was intact.
Foot alignment was neutral.

Range of motion of the **Right** knee was -4 to 114
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive crepitus, positive Medial and Lateral joint line tenderness and 1+ effusion was present.
Knee alignment was neutral and there was a flexion contracture present.
The ligamentous exam revealed no pseudolaxity. MCL was intact.
Foot alignment was neutral.

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 207                                     Printed by 403528 at 2/12/26 4:51 PM

MC_003746

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Distal neurovascular exam was with 5/5 motor and decrease sensation in a stocking-glove distribution consistent with peripheral neuropathy.
Evaluation of Gait did reveal an antalgic gait.

Radiographic Data: Current and prior radiographs were personally viewed and interpreted by me.
I personally reviewed and interpreted radiographs of the right knee(s) dated 7/10/24.

The **Kellgren & Lawrence system** is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
- **grade 0** - no radiographic features of OA are present
- **grade 1** - doubtful joint space narrowing (JSN) and possible osteophytic lipping
- **grade 2** - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
- **grade 3** - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
- **grade 4** - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade **4** knee arthritis. Degenerative changes most severe in the patellofemoral compartment.

XR Knee 1 or 2 Views Left

Result Date: 5/24/2024
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 5/24/214 Prior studies for comparison are dated 3/1/24 and 12/22/23 Clinical history: Status post left revision total knee arthroplasty. Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study. Impression: Stable left revision total knee arthroplasty with associated findings as outlined above. Zachary B Adler, MD Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Labs:
6/10/25
HbA1c 6.5

Assessment: Linda J Larocque is a 67 year old female with progressively severe degenerative joint disease of the Right Knee, status post revision left total knee arthroplasty with extensor mechanism reconstruction and residual extension lag, and mild to moderate left hip arthritis.

| | | ICD-10-CM | |
|---|---|---|---|
| 1. | Arthritis of right knee | **M17.11** | **XR Knee 4+ Views Complete Right** |
| | | | **Large Joint Injection/Arthrocentesis: R knee** |
| 2. | S/P revision of total knee, left | Z96.652 | XR Knee 3 Views Left |
| 3. | Patellar tendon rupture, left, subsequent encounter | S86.812 D | |
| 4. | Arthritis of left hip | M16.12 | XR Hip 2-3 Views Left With Pelvis |
| | | | REFERRAL TO SPORTS MEDICINE |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 208

Printed by 403528 at 2/12/26 4:51 PM

MC_003747

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

Plan:
**Orders Placed This Encounter**
- Large Joint Injection/Arthrocentesis: R knee
  *This order was created via procedure documentation*
- XR Knee 4+ Views Complete Right
  *Rm 7 Adler*

| | |
|---|---|
| Reason for order: | Right knee pain |
| Radiologist can change order?: | Yes |
| Release to patient :: | Immediate [1] |

- XR Knee 3 Views Left
  *Rm 7 Adler*

| | |
|---|---|
| Reason for order: | history of total knee replacement |
| Radiologist can change order?: | Yes |
| Release to patient :: | Immediate [1] |

- XR Hip 2-3 Views Left With Pelvis
  *Rm 7 Adler*

| | |
|---|---|
| Reason for order: | left hip pain |
| Radiologist can change order?: | Yes |
| Release to patient :: | Immediate [1] |

- REFERRAL TO SPORTS MEDICINE
  *Please perform US guided injection of the left hip*

| | |
|---|---|
| My clinical question is:: | Please perform US guided injection of the left hip |

We discussed the treatment options forprogressively severe degenerative joint disease of the Right Knee, status post revision left total knee arthroplasty with extensor mechanism reconstruction and residual extension lag, and mild to moderate left hip arthritis including conservative and surgical managment.  At this point, Linda J Larocque does have radiographic and/or clinical findings that support right total knee arthroplasty based on published appropriate use Criteria (Osteoarthritis of the Knee: Surgical Management 2016). We reviewed the nature of the proposed procedure, reasonable alternatives, risks, benefits, and post-op plans. Sufficient time was taken to address all questions and concerns. They have indicated they understand. She does not want surgical intervention on her right knee at this time because her left hip pain with referred pain to the left knee is currently more symptomatic.  She does not have radiographic and/or clinical findings that support left total hip arthroplasty based on her published appropriate use criteria. My recommendation for management of their degenerative joint disease and pain are:

- NSAIDs: Yes, discussed
- Physical Therapy: Yes, continue
- Activity modification: Yes
- Lateral support: Yes
- Weight loss: Yes
- Brace: No
- Injection: Yes, right knee injection done today in clinic and referral provided today for left US guided hip injection
- 
- 	Linda J Larocque will return to clinic in 4 month(s) without repeat radiographs to monitor their progress and assess the need for injectable therapy or possibly surgery.
- 
- 	Thank you for allowing me to participate in the care of your patient.  If you have any questions or concerns regarding their care, please do not hesitate to call.  I appreciate your ongoing expert care of their on going medical needs.

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 209

Printed by 403528 at 2/12/26  4:51 PM

MC_003748

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

- 
- Kindest regards,
- 
- Zachary B Adler, MD, FAAOS
- Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
- 
- -----
- Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

Current Outpatient Medications:
- alprazolam (XANAX) 0.25 MG Tab, Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months, Disp: 15 Tablet, Rfl: 2
- traMADol (ULTRAM) 50 MG Tab, Take 1 Tablet by mouth twice daily as needed for pain., Disp: 60 Tablet, Rfl: 0
- hydrOXYzine hcl (ATARAX) 25 MG Tab, Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain., Disp: 30 Tablet, Rfl: 1
- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles, Take 1 Capsule by mouth twice daily., Disp: 180 Capsule, Rfl: 0
- hydrochlorothiazide (MICROZIDE) 12.5 MG Caps, Take 1 Capsule by mouth once daily., Disp: 90 Capsule, Rfl: 1
- verapamil (CALAN SR) 240 MG Tab CR, Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist, Disp: 90 Tablet, Rfl: 2
- lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab, Take 1 Tablet by mouth once daily., Disp: 100 Tablet, Rfl: 1
- rosuvastatin (CRESTOR) 20 mg Tab, Take 1 Tablet by mouth each evening., Disp: 90 Tablet, Rfl: 3
- aspirin 81 MG Chew Tab, Chew and swallow 1 Tablet by mouth once daily., Disp: , Rfl:
- naloxone (NARCAN) 1 mg/mL Solution, Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.., Disp: 1 Kit, Rfl: 0
- Misc. Devices Misc, Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. (Patient taking differently: Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks.), Disp: 1 Each, Rfl: 0
- Free Text Medication Entry (OTHER), Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device., Disp: 1 Each, Rfl: 0
- Free Text Medication Entry (OTHER), cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago, Disp: 1 Each, Rfl: 0
- Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc, Use With victoza injections (Patient not taking: Reported on 11/7/2025), Disp: 100 Each, Rfl: 11

Electronically signed by Zachary B Adler, MD at 11/7/2025 10:33 AM

### Nursing Note by Kayla Conklin, MA at 11/7/2025 0800

| Author: Kayla Conklin, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 11/7/2025 8:02 AM | Encounter Date: 11/7/2025 | Status: Signed |
| Editor: Kayla Conklin, MA (Medical Assistant) | | |

## Chief Complaint
Patient presents with
- Orthopedic

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 210

Printed by 403528 at 2/12/26 4:51 PM

MC_003749

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

*Arthritis of right knee*

Additional Details: Patient is here to follow up on right knee. Patient states that the injection done on 1/22/2025 did great. She received about 75% pain relief for about 3 months. Pain is a 6/10 today.

She would like to discuss her left hip today also. Pain is a 8/10 today.

Medication list changes/discrepancies: Medications current/updated per face to face interview with patient. Not taking any additional medications.
Kayla Conklin, MA

Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
|    *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
|    *fatigue* | |
| • Pravastatin | |
|    *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
|    *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
|    *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
|    *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
|    *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
|    *Gi upset* | |
| • Zocor [Simvastatin] | |
|    *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Kayla Conklin, MA at 11/7/2025 8:02 AM

### Progress Notes by Zachary B Adler, MD at 11/7/2025 0800

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 11/7/2025 10:33 AM | Encounter Date: 11/7/2025 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 211

Printed by 403528 at 2/12/26 4:51 PM

MC_003750

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

Procedure Orders
1. Large Joint Injection/Arthrocentesis: R knee [985612258] ordered by Zachary B Adler, MD

Post-procedure Diagnoses
1. Arthritis of right knee

### Large Joint Injection/Arthrocentesis: R knee on 11/7/2025 9:02 AM
Indications: pain
Details: 22 G needle, anteromedial approach
Medications: 20 mg lidocaine 1 %; 6 mg betamethasone acetate/betamethasone sodium phosphate 6 (3-3) mg/mL
Outcome: tolerated well, no immediate complications

Right knee intra-articular injection:

Using sterile technique the Right Knee was prepped and topical anesthetic spray was used as local anesthetic. Using sterile technique, the joint was entered and 1cc of 6mg/cc betamethasone (for a total of 6 mg) and 3 cc's of 0.5% plain lidocaine was then injected and the needle withdrawn. There was no medication wasted. The procedure was well tolerated. The patient is asked to continue to rest the joint for a few more days before resuming regular activities. It may be more painful for the first 1-2 days. Watch for fever, or increased swelling or persistent pain in the joint.

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion.

Electronically signed by Zachary B Adler, MD at 11/7/2025 10:33 AM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                Ordered on: 5/21/2019
Start date: 5/21/2019                              Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                Ordered on: 10/14/2021
Start date: 10/14/2021                             Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST                MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702          Visit date: 11/7/2025
Page 212                                          Printed by 403528 at 2/12/26 4:51 PM

MC_003751

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

**aspirin 81 MG Chew Tab**

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

**rosuvastatin (CRESTOR) 20 mg Tab**

Discontinued by: Daniel R Guerra, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 12/2/2024
Quantity: 90 Tablet

Discontinued on: 11/26/2025

Ordered on: 12/2/2024
End date: 11/24/2025
Refill: 3 refills by 12/2/2025

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

Discontinued by: Maria Christina Dajoyag-Mapili, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 4/3/2025
Quantity: 100 Tablet

Discontinued on: 11/30/2025

Ordered on: 4/3/2025
End date: 11/30/2025
Refill: 1 refill by 4/3/2026

**verapamil (CALAN SR) 240 MG Tab CR**

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Discontinued by: Jing Weng, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Maria Christina Dajoyag-Mapili, MD
Start date: 9/24/2025
Quantity: 160 Capsule

Discontinued on: 12/3/2025

Ordered on: 9/24/2025
End date: 12/3/2025
Refill: No refills remaining

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

**traMADol (ULTRAM) 50 MG Tab**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 213

Printed by 403528 at 2/12/26 4:51 PM

MC_003752

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication List (continued)

Discontinued by: Micah Atwood, DO | Discontinued on: 11/21/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth twice daily as needed for pain.
Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025
Start date: 10/15/2025 | End date: 11/19/2025
Quantity: 60 Tablet | Refill: No refills remaining

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025
Start date: 10/15/2025 | End date: 1/20/2026
Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026

### Stopped In Visit

None

### Medication Comment

#### Alexie A Dillon, MA on 8/5/2024 0632

Medds and pharmacy updated

## Imaging

### Imaging

#### XR Knee 4+ Views Complete Right (Final result) [985591144]

| XR Knee 4+ Views Complete Right [985591144] | Resulted: 11/07/25 0823, Result status: Final result |
|---|---|
| Ordering provider: Zachary B Adler, MD 11/07/25 0821 | Order status: Completed |
| Filed by: Zachary B Adler, MD 11/07/25 0853 | Performed: 11/07/25 0823 - 11/07/25 0842 |
| Accession number: 45314673 | |

Impression:
I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 11/7/25.

The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
grade 0 - no radiographic features of OA are present
grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis. Degenerative changes most severe in the patellofemoral and medial compartment.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

#### Indications

Arthritis of right knee [M17.11 (ICD-10-CM)]

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 214

Printed by 403528 at 2/12/26 4:51 PM

MC_003753

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Imaging (continued)**

### All Reviewers List

Zachary B Adler, MD on 11/7/2025 10:33

### XR Knee 3 Views Left (Final result) [985591145]

| XR Knee 3 Views Left [985591145] | Resulted: 11/07/25 0823, Result status: Final result |
|---|---|
| Ordering provider: Zachary B Adler, MD 11/07/25 0821 | Order status: Completed |
| Filed by: Zachary B Adler, MD 11/07/25 0852 | Performed: 11/07/25 0823 - 11/07/25 0842 |

Accession number: 45314674

Impression:
Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 11/7/25

Prior studies for comparison are dated 5/24/214, 3/1/24, and 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

### Indications

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

### All Reviewers List

Zachary B Adler, MD on 11/7/2025 10:33

### XR Hip 2-3 Views Left With Pelvis (Final result) [985594403]

| XR Hip 2-3 Views Left With Pelvis [985594403] | Resulted: 11/07/25 0829, Result status: Final result |
|---|---|
| Ordering provider: Zachary B Adler, MD 11/07/25 0828 | Order status: Completed |
| Filed by: Zachary B Adler, MD 11/07/25 0850 | Performed: 11/07/25 0823 - 11/07/25 0842 |

Accession number: 45314885

Impression:
I personally reviewed and interpreted AP Pelvis weight bearing with lateral x-rays of the left hip dated 11/7/25. These reveal mild and moderate degenerative joint disease with mild and moderate osteophyte formation, mild and moderate joint space narrowing, mild subluxation and deformity. The contralateral right hip demonstrates mild DJD.

Tonnis Classification describes progressive degrees of degenerative changes in the hip.

Grade 0: No signs of osetoarthritis
Grade 1: Slight narrowing of the joint space, slight tipping at the joint margin, and slight sclerosis of the femoral head or acetabulum
Grade 2: Small bony cysts, increasing narrowing of the joint space, and moderate loss of femoral head sphericity
Grade 3: Large bony cysts, severe narrowing or obliteration of the joint space, severe femoral head deformity, and/or avascular necrosis

Using this grading system, the patient has Grade 1-2 hip degenerative joint disease of the left hip.

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 215

Printed by 403528 at 2/12/26 4:51 PM

MC_003754

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Imaging (continued)

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

#### Indications

Arthritis of left hip [M16.12 (ICD-10-CM)]

#### All Reviewers List

Zachary B Adler, MD on 11/7/2025 10:33

## Results                                                                (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

## 11/07/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Medication Administrations

#### betamethasone acetate/betamethasone sodium phosphate (Celestone) 6 (3-3) mg/mL Inj 6 mg [985665088]

Status: Completed (Past End Date/Time)
Starts/Ends: 11/07/25 0902 - 11/07/25 0902
Ordered Rate/Order Duration: — / —

Ordered On: 11/07/25 1033
Ordered Dose (Remaining/Total): 6 mg (0/1)
Frequency: ONCE PRN

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 11/07/25 0902 Documented: 11/07/25 1033 | Given $ | 6 mg | — | Performed by: Zachary B Adler, MD Scanned Package: 0517-0720-01 |

#### lidocaine (Xylocaine) 1 % Inj 20 mg [985665087]

Status: Completed (Past End Date/Time)
Starts/Ends: 11/07/25 0902 - 11/07/25 0902
Ordered Rate/Order Duration: — / —

Ordered On: 11/07/25 1033
Ordered Dose (Remaining/Total): 20 mg (0/1)
Frequency: ONCE PRN

| Timestamps | Action | Dose | Route / Site / Linked Line | Other Information |
|---|---|---|---|---|
| Performed 11/07/25 0902 Documented: 11/07/25 1033 | Given $ | 20 mg | — | Performed by: Zachary B Adler, MD Scanned Package: 0409-4276-16 |

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 216                                                Printed by 403528 at 2/12/26  4:51 PM

MC_003755

## Preferred Pharmacy (continued)

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

## Other Orders - Procedures

### Procedures

#### Large Joint Injection/Arthrocentesis: R knee (Final result) [985612258]

Electronically signed by: **Zachary B Adler, MD** on 11/07/25 0902          Status: **Completed**
Ordering user: Zachary B Adler, MD 11/07/25 0902          Authorized by: Zachary B Adler, MD
Ordering mode: Standard
Frequency: Routine 11/07/25 -          Class: Clinic Performed
Quantity: 1          Lab status: Final result
Diagnoses
Arthritis of right knee [M17.11]
Order comments: This order was created via procedure documentation

| Large Joint Injection/Arthrocentesis: R knee [985612258] | Resulted: 11/07/25 0902, Result status: Final result |
|---|---|

Order status: Completed          Filed by: Zachary B Adler, MD 11/07/25 1033
Narrative:
Zachary B Adler, MD     11/7/2025 10:33 AM
Large Joint Injection/Arthrocentesis: R knee on 11/7/2025 9:02 AM
Indications: pain
Details: 22 G needle, anteromedial approach
Medications: 20 mg lidocaine 1 %; 6 mg betamethasone acetate/betamethasone
sodium phosphate 6 (3-3) mg/mL
Outcome: tolerated well, no immediate complications

Right knee intra-articular injection:

Using sterile technique the Right Knee was prepped and topical anesthetic
spray was used as local anesthetic. Using sterile technique, the joint was
entered and 1cc of 6mg/cc betamethasone (for a total of 6 mg) and 3 cc's
of 0.5% plain lidocaine was then injected and the needle withdrawn. There
was no medication wasted. The procedure was well tolerated. The patient
is asked to continue to rest the joint for a few more days before resuming
regular activities. It may be more painful for the first 1-2 days. Watch
for fever, or increased swelling or persistent pain in the joint.

Procedure, treatment alternatives, risks and benefits explained, specific
risks discussed. Consent was given by the patient. Immediately prior to
procedure a time out was called to verify the correct patient, procedure,
equipment, support staff and site/side marked as required. Patient was
prepped and draped in the usual sterile fashion.

Post-procedure diagnoses:
Arthritis of right knee
Acknowledged by: Zachary B Adler, MD on 11/07/25 1258

| Procedures Performed | Chargeables |
|---|---|
| PR ARTHROCENTESIS MAJOR JOINT OR BURSA W/O US GUIDANCE [20610] | |

**Indications**

Arthritis of right knee [M17.11 (ICD-10-CM)]

MC_003756

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

#### All Reviewers List

Zachary B Adler, MD on 11/7/2025 12:58

### Referral

#### REFERRAL TO SPORTS MEDICINE (Active) [985611718]

| | |
|---|---|
| Electronically signed by: **Zachary B Adler, MD on 11/07/25 0901** | Status: **Active** |
| Ordering user: Zachary B Adler, MD 11/07/25 0901 | Authorized by: Zachary B Adler, MD |
| Ordering mode: Standard | |
| Frequency: Routine 11/07/25 - | Class: Referral - Internal |
| Quantity: 1 | |

Diagnoses
Arthritis of left hip [M16.12]

##### Questionnaire

| Question | Answer |
|---|---|
| My clinical question is: | Please perform US guided injection of the left hip |

Order comments: Please perform US guided injection of the left hip

### Flowsheets

#### Custom Formula Data

| Row Name | 11/07/25 0758 |
|---|---|
| OTHER | |
| Ideal Body Weight | 130.65 lbs -KC |
| Adjusted Body Weight | 184.48 lbs -KC |
| % Over/Under Ideal Body Weight | 103 -KC |
| Predicted Body Weight | 59.2632 -KC |
| Length (cm) | 167.6 cm -KC |
| IBW/kg (Calculated) Male | 63.76 kg -KC |
| IBW/kg (Calculated) Female | 59.26 kg -KC |
| BSA (Calculated - sq m) | 2.37 sq meters -KC |
| BMI | |
| BMI (Calculated) | 42.83 -KC |
| Adult IBW/VT Calculations | |
| IBW/kg (Calculated) | 59.26 -KC |
| Low Range Vt 6mL/kg | 355.56 mL/kg -KC |
| Adult Moderate Range Vt 8mL/kg | 474.08 mL/kg -KC |
| Adult High Range Vt 10mL/kg | 592.6 mL/kg -KC |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 218

Printed by 403528 at 2/12/26 4:51 PM

MC_003757

## Preferred Pharmacy (continued)

### Flowsheets (continued)

#### Vital Signs
| | |
|---|---|
| BMI (Calculated) | 42.83 -KC |

#### Weight and Growth Recommendation
| | |
|---|---|
| IBW/kg (Calculated) Female | 59.26 kg -KC |
| IBW/kg (Calculated) Male | 63.76 kg -KC |

#### Vitals
| | |
|---|---|
| MAP (mmHg) | 98 mmHg -KC |

### Encounter Vitals

| Row Name | 11/07/25 0756 |
|---|---|

#### Encounter Vitals
| | |
|---|---|
| BP | 130/82 -KC |
| Pulse | 93 -KC |
| Temp | 95.6 °F (35.3 °C) - KC |
| Temp src | Temporal -KC |
| Weight | 265 lb 3.4 oz Hx -KC |
| Height | 5' 5.98" Hx -KC |
| Resp | 16 -KC |
| Pain Score | SIX/TEN -KC |
| Pain Loc | KNEE -KC |
| Pain Education | Yes -KC |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KC | Kayla Conklin, MA | Medical Assistant | — |

### Patient Instructions

You have just been given an injection to include, betamethasone and Lidocaine. The medication may make your joint(s) feel stiff and sore for 24-48 hours. It is possible that you may experience increase swelling or soreness during the next 24 hours. It is not necessary to go the ER but rest, elevation, and icing will help you recover from that reaction. At the end of this time, you may actually have a temporary increase in pain. Applying ice for 20 minutes every hour will help with this discomfort. You may take an anti-inflammatory or pain medication, as directed by your doctor.

The injection usually starts providing relief in 2 days but can take 1-2 weeks. It may take 6 weeks for the medication to provide full effect. The medication can last between 3-4 months or more in some cases.

If you experience any of the following symptoms: redness, increase swelling, fever or chills, please contact our office at 253-792-6555.

Electronically signed by Zachary B Adler, MD at 11/7/2025 9:03 AM

### After Visit Summary

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 219

Printed by 403528 at 2/12/26 4:51 PM

MC_003758

**Preferred Pharmacy (continued)**

After Visit Summary (below)

## AFTER VISIT SUMMARY

MultiCare ⊞

**Linda J. Larocque** DoB: 2/9/1958

📅 11/7/2025  8:00 AM   📍 MultiCare Orthopedics & Sports Medicine - Tacoma 253-792-6555

### Instructions  from Zachary Adler, MD

You have just been given an injection to include, betamethasone and Lidocaine. The medication may make your joint(s) feel stiff and sore for 24-48 hours. It is possible that you may experience increase swelling or soreness during the next 24 hours. It is not necessary to go the ER but rest, elevation, and icing will help you recover from that reaction. At the end of this time, you may actually have a temporary increase in pain. Applying ice for 20 minutes every hour will help with this discomfort. You may take an anti-inflammatory or pain medication, as directed by your doctor.

The injection usually starts providing relief in 2 days but can take 1-2 weeks. It may take 6 weeks for the medication to provide full effect. The medication can last between 3-4 months or more in some cases.

If you experience any of the following symptoms: redness, increase swelling, fever or chills, please contact our office at 253-792-6555.

👤 REFERRAL TO SPORTS MEDICINE
Multiple visits requested (expires 11/8/2026)

📅 Return in about 4 months
(around 3/7/2026).

### What's Next

DEC 5 2025  TRANSFER PATIENT with
Thomas Morello, DO
Friday December 5 11:00 AM (Arrive by 10:45 AM)

MultiCare West Tacoma
Family Medicine
2209 North Pearl Street,
Suite 100
Tacoma WA 98406-2529
253-792-6900

### Today's Visit

You saw Zachary Adler, MD on Friday November 7, 2025 for: Orthopedic
The following issues were addressed:
- Arthritis of right knee
- S/P revision of total knee, left
- Patellar tendon rupture, left, subsequent encounter
- Arthritis of left hip

 Blood Pressure
130/82

 BMI
42.83

Weight
265 lb
3.4 oz

Height
5' 5.98"

 Temperature (Temporal)
95.6 °F

Pulse
93

Respiration
16

⊕ Done Today
Large Joint Injection/Arthrocentesis: R knee for Arthritis of right knee

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 220                                            Printed by 403528 at 2/12/26  4:51 PM

MC_003759

## Preferred Pharmacy (continued)

### What's Next (continued)

| | | |
|---|---|---|
| JAN 15 2026 | Simple Visit with Jennifer Reed, ARNP<br>Thursday January 15 8:15 AM | Lakewood Family Practice<br>5700 100th St SW STE 510<br>LAKEWOOD WA 98499-2767<br>253-792-6526 |
| FEB 9 2026 | New Patient with Charlotte Haley, MD<br>Monday February 9 9:15 AM | Lakewood Family Practice<br>5700 100th St SW STE 510<br>LAKEWOOD WA 98499-2767<br>253-792-6526 |

Imaging Referrals
XR Hip 2-3 Views Left With Pelvis

XR Knee 3 Views Left

XR Knee 4+ Views Complete Right

## PCP

Primary Care Provider
Rachel D Dawson, MD

Phone
360-659-1231

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 11/7/2025

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 221                                                    Printed by 403528 at 2/12/26  4:51 PM

MC_003760

## Preferred Pharmacy (continued)

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 222                                                           Printed by 403528 at 2/12/26  4:51 PM

MC_003761

## Preferred Pharmacy (continued)

### Your Medication List as of November 7, 2025 9:03 AM

ⓘ Always use your most recent med list.

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Quantity: 15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

**aspirin** 81 MG Chew

Chew and swallow 1 Tablet by mouth once daily.

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Quantity: 180 Capsule

Take 1 Capsule by mouth twice daily.

**hydroCHLOROthiazide** 12.5 MG Caps
Commonly known as: Microzide
Quantity: 90 Capsule

Take 1 Capsule by mouth once daily.

**hydrOXYzine** hcl 25 MG Tabs
Commonly known as: ATARAX
Quantity: 30 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Quantity: 100 Tablet

Take 1 Tablet by mouth once daily.

**Misc. Devices** Misc
Quantity: 1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

**naloxone** 1 mg/mL Soln
Commonly known as: NARCAN
Quantity: 1 Kit

Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

**\* OTHER**
Quantity: 1 Each

cpep equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

**\* OTHER**
Quantity: 1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Quantity: 90 Tablet

Take 1 Tablet by mouth each evening.

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Quantity: 100 Each

Use With victoza injections

**traMADol** 50 MG Tabs
Commonly known as: Ultram
Quantity: 60 Tablet

Take 1 Tablet by mouth twice daily as needed for pain.

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 223                                                                    Printed by 403528 at 2/12/26  4:51 PM

MC_003762

## Preferred Pharmacy (continued)

### Your Medication List (continued) as of November 7, 2025 9:03 AM

verapamil 240 MG Tbcr
Commonly known as: CALAN SR
Quantity: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

⬥ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

MultiCare Orthopedics & Sports Medicine - Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433



**Notice of language availability | Free interpreter services:** If you speak a language other than English, MultiCare offers interpreter services at no cost to you. To learn more about this free service, scan the QR code or visit **multicare.org/interpreter.**

## Letters

### Letter by Zachary B Adler, MD on 11/7/2025

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 224                                Printed by 403528 at 2/12/26 4:51 PM

MC_003763

## Preferred Pharmacy (continued)

**Letters (continued)**

Status: Sent
Letter body:

# MultiCare ✚

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - TACOMA
3124 S 19TH ST STE C340
TACOMA WA 98405-2433
ph: 253-792-6555
fax: 253-459-7047

November 7, 2025

Patient:   **Linda J Larocque**
Date of Birth: **2/9/1958**
Date of Visit: **11/7/2025**


To Whom it May Concern:

Linda Larocque was seen in my clinic on 11/7/2025 at 8:00 am. Please see the progress notes from this visit, attached.

If you have any questions or concerns, please don't hesitate to call.


Sincerely,


Zachary B Adler, MD


**Messages**

**MyChart Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Zachary B Adler, MD | Larocque, Linda J | 11/4/2025 1:57 AM |
| Last Read in MyChart | | |
| 11/14/2025 4:36 PM by Larocque, Linda J | | |


Appointment Reminder

Dept:  MultiCare Orthopedics & Sports Medicine - Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 225                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003764

## Preferred Pharmacy (continued)

**Messages (continued)**

253-792-6555
Provider: Zachary B Adler, MD

Date: 11/07/25
Time: 8:00 AM

Arrival Time: 7:45 AM PST

Please click epichttp://appointments [here] to view more details about your appointment.

**Patient Instructions**

You have just been given an injection to include, betamethasone and Lidocaine. The medication may make your joint(s) feel stiff and sore for 24-48 hours. It is possible that you may experience increase swelling or soreness during the next 24 hours. It is not necessary to go the ER but rest, elevation, and icing will help you recover from that reaction. At the end of this time, you may actually have a temporary increase in pain. Applying ice for 20 minutes every hour will help with this discomfort. You may take an anti-inflammatory or pain medication, as directed by your doctor.

The injection usually starts providing relief in 2 days but can take 1-2 weeks. It may take 6 weeks for the medication to provide full effect. The medication can last between 3-4 months or more in some cases.

If you experience any of the following symptoms: redness, increase swelling, fever or chills, please contact our office at 253-792-6555.

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/7/2025

Page 226

Printed by 403528 at 2/12/26 4:51 PM

MC_003765

## 11/03/2025 - Appointment in MultiCare Primary Care Access Clinic

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 424416168

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/3/2025 | | | No service for | |
| Admitting Physician: | | | Chief Complaint: | |
| | | | Adm Dx: | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| SSN: | xxx-xx-5145 | Work Phone | Not on file. |
| Age: | 68 year old | Mobile | 253-273-7247 |
| DOB: | 2/9/1958 (67 yrs) | Employer: | |
| Sex: | female | | No address on file. |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | | |
|---|---|---|---|---|
| Guarantor Relationship to Pt: | Self | | Acct Type: | P/F |
| Guarantor Name: | | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |
| Home Phone: | | | | |
| Guarantor's Employer: | | | | |
| Work Phone: | | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MultiCare Puyallup Medical
Clinic
220 15th Ave SE
PUYALLUP WA 98372-3797

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 11/3/2025

Page 227

Printed by 403528 at 2/12/26 4:51 PM

MC_003766

## 11/03/2025 - Appointment in MultiCare Primary Care Access Clinic (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Appointment Information

**NEW PATIENT** ◼                                          Canceled
11/3/2025 10:45 AM

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 10:45 AM | Hilton A Chen, MD | MC PSR PRIMARY CARE ACCESS CLINIC | 30 min |

Notes:
NP medication review/aetna

History
| | | | | |
|---|---|---|---|---|
| Made On: | 10/13/2025  3:44 PM | By: | April Smith | ES |
| Canceled: | 10/15/2025  2:26 PM | By: | Nyasha Harrison, MA | ES |
| Cancel Rsn: | PATIENT CANCELLED (seen at clinic today) | | | |

## Results                                                                (Order)

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

MultiCare Puyallup Medical        Larocque, Linda J
Clinic                            MRN: 172930, DOB: 2/9/1958, Legal Sex: F
220 15th Ave SE                   Visit date: 11/3/2025
PUYALLUP WA 98372-3797

Page 228                                          Printed by 403528 at 2/12/26  4:51 PM

MC_003767

## 10/22/2025 - Appointment in MultiCare Orthopedics & Sports Medicine - Tacoma

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 419040560

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/22/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:**

Gestational Age: <None>

### *Patient Information*

| | | |
|---|---|---|
| Home Address: | 6824 S Park Ave | Telephone Information: |
| | Tacoma WA 98408-5509 | Home Phone    Not on file. |
| SSN: | xxx-xx-5145 | Work Phone    Not on file. |
| Age: | 68 year old | Mobile    253-273-7247 |
| DOB: | 2/9/1958 (67 yrs) | Employer: |
| Sex: | female | No address on file. |
| Marital Status: | Married | |

Primary Care Physician:   Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### *Guarantor Information*

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### *Primary Insurance*

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### *Secondary Insurance*

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### *Accident Information*

**Accident Type:**

Page 229

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/22/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003768

## 10/22/2025 - Appointment in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Appointment Information

**SIMPLE VISIT**                                                      Canceled
10/22/2025  4:00 PM

| Time | Provider | Department | Length |
|------|----------|-----------|--------|
| 4:00 PM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | 15 min |

Notes:

F/Up / R knee - cortisone injection / no recent imaging / Aetna

History

| | | | | |
|---|---|---|---|---|
| Made On: | 9/4/2025  4:33 PM | By: | Ashley S Cornejo | ES |
| Canceled: | 9/5/2025  8:53 AM | By: | Ashley S Cornejo | ES |
| Cancel Rsn: | PATIENT RESCHEDULED | | | |

**Results**                                                                          (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Patient Instructions**

None

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: 2/9/1958, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 10/22/2025

Page 230                                              Printed by 403528 at 2/12/26  4:51 PM

MC_003769

## 10/22/2025 - Letter (Out) in MultiCare Orthopedics and Sports Medicine - Auburn

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 425636267

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/22/2025 | | | No service for | |

Admitting Physician:

Chief Complaint:
Adm Dx:

Gestational Age: <None>

### *Patient Information*

| | | | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### *Guarantor Information*

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | |
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### *Primary Insurance*

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### *Secondary Insurance*

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### *Accident Information*

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/22/2025

Page 231

Printed by 403528 at 2/12/26 4:51 PM

MC_003770

## 10/22/2025 - Letter (Out) in MultiCare Orthopedics and Sports Medicine - Auburn (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

**Hospital Account**

Not on file

**Visit Information**

**Department**

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| MultiCare Orthopedics and Sports Medicine - Auburn | 121 N Division St Suite 310 Auburn WA 98001-4931 | 253-792-6555 | 253-372-7296 |

**Call Information**

| | Department | Center |
|------|-----------|--------|
| 10/22/2025 2:42 PM | MC ORTHO & SPORTS AUB MOB | MOSMTAC |

## Results

(Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Letters**

**Referral Letter by James Lee on 10/22/2025**

Status: Sent by batch
Letter body:

Hello Linda,

This letter is to inform you that a request by your provider for a special procedure or consultation by a specialist has been approved for scheduling. Below is the information regarding your referral. You can also review details of your referral by navigating to the epichttp://referrals[Referrals] page.

REFERRAL INFORMATION
Referred by Department Phone Number: 253-792-6526
Referred to Provider: No referral provider
Referred to Specialty: No referred to POS or Provider on referral.
Referral ID Number 27912385

Procedures:
   REF033 - REFERRAL TO ORTHOPEDICS
AETNA MEDICARE ADVANTAGE
Authorization #:

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/22/2025

Page 232

Printed by 403528 at 2/12/26 4:51 PM

MC_003771

## Preferred Pharmacy (continued)

**Letters (continued)**

Referral Start Date:10/15/2025
Referral End Date: 10/15/2026
Number of Authorized visits:12
Referred to Department Phone Number: 253-792-6555


SCHEDULING
If an appointment has already been scheduled, no further action is needed at this time. If this referral still needs to be scheduled, please call 253-792-6555

Referred to Provider: No referral provider

MORE INFORMATION
If your insurance changes, please contact the referring department 253-792-6526 to update your coverage.


**Patient Instructions**

None

MULTICARE AUBURN
REGIONAL MEDICAL PLAZA
121 N DIVISION ST
AUBURN WA 98001-4931

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/22/2025

Page 233

Printed by 403528 at 2/12/26 4:51 PM

MC_003772

## 10/20/2025 - Results Follow-Up in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 425235884

### Account Information

| Admit Date 10/20/2025 | HAR# | Pt Class | Hospital Svc No service for | Bed |
|---|---|---|---|---|

**Admitting Physician:**                     **Chief Complaint:**
                                             **Adm Dx:**
                                             Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave Tacoma WA 98408-5509 | | Telephone Information: | |
|---|---|---|---|---|

Home Phone    Not on file.
Work Phone    Not on file.
Mobile        253-273-7247

**SSN:** xxx-xx-5145          **Employer:**
**Age:** 68 year old                        No address on file.
**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

**Primary Care Physician:** Charlotte A Haley, MD     **Employer Phone:**
**Referring Physician:**                              **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767          Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2025

Page 234                                      Printed by 403528 at 2/12/26 4:51 PM

MC_003773

## 10/20/2025 - Results Follow-Up in Lakewood Family Practice (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)
-

## Hospital Account

Not on file

## Visit Information

### Provider Information

#### Encounter Provider

Jing Weng, ARNP

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/20/2025 10:07 AM | Jing Weng, ARNP | LAKEWOOD FP | LWMCC |

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019          Quantity: 1 Each
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021          Quantity: 1 Each
Refill: No refills remaining

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023          Quantity: 1 Kit
Refill: No refills remaining

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2025

Page 235

Printed by 403528 at 2/12/26 4:51 PM

MC_003774

## 10/20/2025 - Results Follow-Up in Lakewood Family Practice (continued)

**Medication List (continued)**

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA · Entered on: 5/24/2024

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD · Ordered on: 5/1/2025
Start date: 5/1/2025 · Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD · Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD · Ordered on: 7/31/2025
Start date: 7/31/2025 · End date: 2/9/2026
Quantity: 90 Capsule · Refill: 1 refill by 7/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD · Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD · Ordered on: 10/7/2025
Start date: 10/7/2025 · End date: 2/9/2026
Quantity: 30 Tablet · Refill: 1 refill by 10/7/2026

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Jennifer L Reed, ARNP · Discontinued on: 1/21/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months
Authorized by: Charlotte A Haley, MD · Ordered on: 10/15/2025
Start date: 10/15/2025 · End date: 1/20/2026
Quantity: 15 Tablet · Refill: 2 refills by 4/13/2026

### rosuvastatin (CRESTOR) 20 mg Tab

Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD · Ordered on: 11/26/2025
Start date: 11/26/2025 · Quantity: 90 Tablet
Refill: 1 refill by 11/26/2026

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Charlotte A Haley, MD · Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Maria Christina Dajoyag-Mapili, MD · Ordered on: 11/30/2025
Start date: 11/30/2025 · End date: 2/9/2026
Quantity: 100 Tablet · Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Charlotte A Haley, MD · Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Jing Weng, ARNP · Ordered on: 12/3/2025
Start date: 12/3/2025 · End date: 2/9/2026

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2025

Page 236

Printed by 403528 at 2/12/26 4:51 PM

MC_003775

## 10/20/2025 - Results Follow-Up in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Quantity: 180 Capsule | Refill: No refills remaining |

### Stopped in Visit
None

### Medication Comment
**Alexis A Dillon, MA on 8/5/2024 0832**
Medds and pharmacy updated

# Results           (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy
SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

#### Message about your results

| From | To | Sent and Delivered |
|---|---|---|
| Jing Weng, ARNP<br>Last Read in MyChart<br>1/23/2026  4:38 PM by Larocque, Linda J | Larocque, Linda J | 10/20/2025 10:10 AM |

Hello Linda, I have reviewed your left hip Xray results. Your left hip Xray showed mild hip osteoarthritis and mild sacroiliac joint osteoarthritis. Please follow up with orthopedic for further management.

Jing Weng, ARNP

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2025

Page 237

Printed by 403528 at 2/12/26  4:51 PM

MC_003776

## Preferred Pharmacy (continued)

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/20/2025

Page 238

Printed by 403528 at 2/12/26 4:51 PM

MC_003777

## 10/15/2025 - Additional Orders in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 424789480

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/15/2025 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                   **Adm Dx:**
                                   Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| | | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 10/15/2025
LAKEWOOD WA 98499-2767

MC_003778

## 10/15/2025 - Additional Orders in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Visit Diagnoses

- Degeneration of lumbar or lumbosacral intervertebral disc (primary) [M51.379]
- Panic disorder [F41.0]
- Benzodiazepine dependence (Multi-HCC) [F13.20]
- Opioid dependence with opioid-induced disorder (Multi-HCC) [F11.29]

### Visit Information

#### Provider Information

##### Encounter Provider

Charlotte A Haley, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/15/2025 9:25 PM | Charlotte A Haley, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Progress Notes by Charlotte A Haley, MD at 10/15/2025 2125

| | | |
|---|---|---|
| Author: Charlotte A Haley, MD | Service: — | Author Type: Physician |
| Filed: 10/15/2025 9:32 PM | Encounter Date: 10/15/2025 | Status: Signed |
| Editor: Charlotte A Haley, MD (Physician) | | |

Patient tramadol and Xanax sent in, patient has already been counseled by ARNP Jing Weng on risks taking both of these medications together including side effects like respiratory depression at appt today, will plan to discuss tapering patient safely off of one of them at future appointment.

Electronically signed by Charlotte A Haley, MD at 10/15/2025 9:32 PM

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

MC_003779

## 10/15/2025 - Additional Orders in Lakewood Family Practice (continued)

**Medication List (continued)**

Instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 241

Printed by 403528 at 2/12/26 4:51 PM

MC_003780

## 10/15/2025 - Additional Orders in Lakewood Family Practice (continued)

### Medication List (continued)

Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Maplli, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

#### traMADol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Micah Atwood, DO | Discontinued on: 11/21/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth twice daily as needed for pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 11/19/2025 |
| Quantity: 60 Tablet | Refill: No refills remaining |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP       _ | Discontinued on: 1/21/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

### Stopped in Visit

None

### Medication Comment

#### Alexie A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results                                                                                        (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

MC_003781

## Preferred Pharmacy (continued)

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 243

Printed by 403528 at 2/12/26 4:51 PM

MC_003782

## 10/15/2025 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**      **MRN:** 172930
                                          **CSN:** 424672746

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/15/2025 | | | No service for | |

Admitting Physician:                      **Chief Complaint:** Knee Pain; Hip Pain
                                          **Adm Dx:**

                                          Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave | Telephone Information: | |
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD      Employer Phone:
Referring Physician:                               Occupation:

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | P/F |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

MC_003783

## 10/15/2025 - Office Visit In Lakewood Family Practice (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Knee Pain (Patient is here for left knee pain. )
- Hip Pain (Patient is here for hip pain )

#### Visit Diagnoses

- **Chronic left hip pain (primary) [M25.552, G89.29]**
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.379]
- Primary osteoarthritis of right knee [M17.11]
- Anxiety [F41.9]
- RECURR DEPR PSYCHOS-MOD [F33.1]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Jing Weng, ARNP | Jing Weng, ARNP |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

#### Follow-up and Dispositions

Return in about 3 months (around 1/15/2026) for medication review and pain management.

#### Level of Service

**Level of Service**
PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM, IF USING TIME, 30 MINUTES OR MORE
**Log History**
Additional EM Code History

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 10/15/2025 1:10 PM | Jing Weng, ARNP | LAKEWOOD FP | LWMCC |

### Clinical Notes

| | |
| --- | --- |
| MULTICARE LAKEWOOD CLINIC 5700 100th St SW LAKEWOOD WA 98499-2767 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 10/15/2025 |

MC_003784

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### Nursing Note by Nyasha Harrison, MA at 10/15/2025 1310

| | | |
|---|---|---|
| Author: Nyasha Harrison, MA | Service: — | Author Type: Medical Assistant |
| Filed: 10/15/2025 1:17 PM | Encounter Date: 10/15/2025 | Status: Signed |
| Editor: Nyasha Harrison, MA (Medical Assistant) | | |

**Chief Complaint**
Patient presents with
- Knee Pain
  *Patient is here for left knee pain.*
- Hip Pain
  *Patient is here for hip pain*

Additional Details: Patient is here for left hip and knee pain. Patient had 3 knee surgery in 2023. Patient has swelling in hip and knee. Patient states it feels like she broke her butt.

Medication list changes/discrepancies: Yes, see medication review

Allergy list changes/discrepancies :
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
|    *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
|    *fatigue* | |
| • Pravastatin | |
|    *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
|    *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
|    *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
|    *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
|    *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
|    *Gi upset* | |
| • Zocor [Simvastatin] | |
|    *myalgias* | |

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Nyasha Harrison, MA at 10/15/2025 1:17 PM

### Progress Notes by Jing Weng, ARNP at 10/15/2025 1310

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 246

Printed by 403528 at 2/12/26 4:51 PM

MC_003785

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: Jing Weng, ARNP | Service: Family Medicine | Author Type: Nurse Practitioner |
| Filed: 10/15/2025 4:27 PM | Encounter Date: 10/15/2025 | Status: Signed |
| Editor: Jing Weng, ARNP (Nurse Practitioner) | | |

### Chief Complaint & HPI:

Linda J Larocque is a 67 year old female here for medication refills.

Patient with history of chronic pain syndrome and osteoarthritis involving multiple joints here today for refill on her tramadol and 100 mg 3 times daily as needed. As well as her Xanax as needed 3 times a day for her anxiety attack.

She had 3 procedures on her left knee since 2023 and is still suffering a lot of pain from it. She is seen Dr. Adler for steroid injection in 2 weeks. She also reports worsening chronic right hip pain. Reports sharp pain radiating down to her foot. States that she is not able to stand on her left leg or putting weight on it due to increasing pain. And frequent awakenings due to the pain at night.

She usually takes 2 tabs of tramadol 2 times a day and Xanax 2-3 times a week. Explained to patient about the risk of taking tramadol together with Xanax including respiratory depression, increase fall risk, overdose, dependence, worsening mental health outcome. she verbalized understanding but emphasized on the need of those medications. She agreed to decrease her tramadol to 1 tab as needed for up to 3 times a day and follow up every 3 months.

### Most Recent PHQ-9 Score

Patient Health Questionnaire-9 Score                12

Problem List[1]
Medical History[2]
Past Surgical History[3]
Family History[4]

*I have personally reviewed this patient's social, medical, surgical, and family history, and have updated the records as appropriate.*

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. |
| • tramadol (ULTRAM) 50 MG Tab | Take 2 Tablets by mouth every 8 hours as needed for pain. |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003786

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

|  |  |
|---|---|
|  | anxiety. |
| • rosuvastatin (CRESTOR) 20 mg Tab | Take 1 Tablet by mouth each evening. |
| • Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector | Inject 2 mg under the skin every week. E11.59 |
| • aspirin 81 MG Chew Tab | Chew and swallow 1 Tablet by mouth once daily. |
| • naloxone (NARCAN) 1 mg/mL Solution | Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. |
| • Misc. Devices Misc | Dispense one wheel chair with leg extenders/rests. Dx: S86.812D, Z96.652 LON: 12 weeks. |
| • Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc | Use With victoza injections |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago |

No current facility-administered medications for this visit.

### Physical Exam:
There were no vitals taken for this visit.
There is no height or weight on file to calculate BMI.
No LMP recorded.

### Physical Exam
Constitutional:
  Appearance: Normal appearance.
Musculoskeletal:
  General: Swelling and tenderness present. No deformity.
  Legs:

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

MC_003787

## 10/15/2025 - Office Visit In Lakewood Family Practice (continued)

**Clinical Notes (continued)**



R    L        L    R

Comments: **Mild swelling noted on her left lateral knee, no erythema or warmth. Localized tenderness on left hip as marked.**
**Mild non pitting edema on bilateral lower extremities.**
Neurological:
    Mental Status: She is alert.

## A/P:

### 1. Chronic left hip pain
### 2. Degeneration of lumbar or lumbosacral intervertebral disc
### 3. Primary osteoarthritis of right knee

Worsening left hip pain over time, suspect osteoarthritis. Recommend imaging on left hip and referral to Dr. Adler as she is seeing him for her knee. One time dose of Toradol is offered in the clinic for pain relief. Will follow up with her on pain management in 3 months.

- REFERRAL TO ORTHOPEDICS
- XR Hip 2-3 Views Complete Left
- ketoROLAC (Toradol) 15 mg/mL inj 15 mg

### 4. Anxiety
Patient understands the risks of being on Xanax and Tramadol at same time, but states she needs to have it as needed at this time. She agrees to discuss at her next appointment for anxiety medication management.

### 5. RECURR DEPR PSYCHOS-MOD
**Depression screen follow-up**
- Emotional Support Management (lifestyle management examples: sleep hygiene, diet, exercise, meditation)
- Medication: currently on med
- P BRIEF EMOTIONAL/BEHAVIORAL ASSESSMENT, W SCORING AND DOCUMENTATION, PER STANDARDIZED INSTRUMENT

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 249

Printed by 403528 at 2/12/26 4:51 PM

MC_003788

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Written and verbal information shared with patient who expresses understanding and agreement with plan.

Jing Weng, ARNP

[1]

**Patient Active Problem List**
Diagnosis
- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (Multi-HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS-HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus with other circulatory complications (Multi-HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- Equivocal stress test
- PSVT (paroxysmal supraventricular tachycardia) (HHS-HCC)
- Retinal tear of left eye
- Status post total left knee replacement
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, subsequent encounter
- BMI 40.0-44.9, adult (CMS-HCC)
- Opioid use with opioid-induced disorder (Multi-HCC)

[2]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| ANESTHESIA REACTION *discovered psvt in pacu* | |
| Backache, unspecified *Back pain* | |
| Depressive disorder, not elsewhere classified | |
| Essential hypertension, benign | |
| Generalized osteoarthrosis, involving multiple sites *low back/ bil knees/ bil hips* | |
| H/O cardiac arrhythmia | |
| H/O CHF *6/2022 ECHO EF 45-50%   Dr Guerra cardiologist* | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 250

Printed by 403528 at 2/12/26 4:51 PM

MC_003789

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

- History of sleep apnea
  *uses CPAP*
- Hyperlipidemia
- Lumbago                                                              06/28/2010
- Malignant neoplasm of corpus uteri, except isthmus (Multi-HCC)      10/27/2009
  *tx w/ hyst*
- Migraine, unspecified, without mention of intractable migraine without mention of
  status migrainosus
  *Migraine*
- Paroxysmal supraventricular tachycardia (HHS-HCC)
  *heart murmur noted on echo*
- Prediabetes
- Snores
- Type 2 diabetes mellitus (Multi-HCC)
  *prediabetic*
- Type II or unspecified type diabetes mellitus without mention of complication, not
  stated as uncontrolled
  *diet controlled*
- Uterine cancer (Multi-HCC)                                           2009

[3]

**Past Surgical History:**

| Procedure | Laterality | Date |
| --- | --- | --- |
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| • **RECONST-RECURR DISLOC PATELLA | Left | 06/26/2023 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O CARDIAC CATHETERIZATION | | |
| • H/O EYE SURGERY<br>*retinal tear tx w/ laser* | Left | 11/2022 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 11/01/2009 |
| • H/O ORAL SURGERY<br>*x 2* | | 2000 |
| • P DOPPLER ECHO HEART,COMPLETE | | |
| • P FIX INFRAPATELLA TENDON,PRIMARY | | 06/26/2023 |
| • P FIX PATELLA TENDN,SECONDARY | Left | 12/04/2023 |
| • P REVISE KNEE JOINT REPLACE,ALL PARTS | Left | 12/04/2023 |
| • P STRESS TREADMIL W/O INTERP | | |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |
| • PR FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 01/01/1999 |

[4]

**Family History**

| Problem | Relation | Name | Age of Onset |
| --- | --- | --- | --- |
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart<br>  *CHF* | Mother | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003790

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| • Hypertension | Mother |
| • Cancer | Mother |
| • GU | Mother |
| *GOUT* | |
| • Alcohol abuse | Daughter |
| • Seizures | Daughter |
| • Uterine cancer | Daughter |
| • Neuro | Daughter |
| *epilepsy* | |
| • Drug/Alcohol | Daughter |
| *recovering alcoholic* | |
| • Cancer | Daughter |
| *uterine ca* | |
| • Coronary Artery Disease | Maternal Grandmother |
| *MI* | |
| • Cancer | Maternal Grandmother |
| *BREAST* | |
| • Coronary Artery Disease | Maternal Grandfather |
| *MI* | |
| • Hypertension | Sister |
| • Diabetes | Paternal Aunt |
| • Other | Sister |
| *EPILEPSY* | |
| • Diabetes | Sister |
| • Arthritis | Brother |
| • Heart | Sister |
| • Diabetes | Maternal Aunt |
| • Other | Paternal Aunt |
| *MIGRAINE* | |
| • Neuro | Sister |
| *early alzheimers.* | |

Electronically signed by Jing Weng, ARNP at 10/15/2025 4:27 PM

**Nursing Note by Nyasha Harrison, MA at 10/15/2025 1310**

| | | |
|---|---|---|
| Author: Nyasha Harrison, MA | Service: — | Author Type: Medical Assistant |
| Filed: 10/15/2025 2:24 PM | Encounter Date: 10/15/2025 | Status: Signed |
| Editor: Nyasha Harrison, MA (Medical Assistant) | | |

Patient was given ketorolac 15 mg IM at 2:21 PM 10/15/2025 by Nyasha Harrison, MA. See medication administration form for further documentation.

Patient is having left hip and knee pain. Patient appears to be doing well with the medication. Patient advised of the side effects to look out for.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 252

Printed by 403528 at 2/12/26 4:51 PM

MC_003791

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Nyasha Harrison, MA at 10/15/2025 2:24 PM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

##### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

##### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

##### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

##### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 253

Printed by 403528 at 2/12/26 4:51 PM

MC_003792

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 9/10/2025 |
| Start date: 9/10/2025 | End date: 10/15/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 254

Printed by 403528 at 2/12/26 4:51 PM

MC_003793

## 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### 10/15/2025 - Office Visit in Lakewood Family Practice (continued)

**Medication Administrations**

### ketoROLAC (Toradol) 15 mg/mL inj 15 mg [978039918]

| | |
|---|---|
| Ordering Provider: Jing Weng, ARNP | Status: Completed (Past End Date/Time) |
| Ordered On: 10/15/25 1355 | Starts/Ends: 10/15/25 1400 – 10/15/25 1416 |
| Ordered Dose (Remaining/Total): 15 mg (0/1) | Route: Intravenous |
| Frequency: ONCE | Ordered Rate/Order Duration: — / — |

Admin Instructions: IM: Administer slowly and deeply into muscle; IV bolus: Administer over at least 15 seconds. Maximum therapy duration 5 days.

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| Performed 10/15/25 1416 Documented: 10/15/25 1421 | Given $ | 15 mg | Intravenous Left Ventrogluteal | Performed by: Nyasha Harrison, MA Scanned Package: 25021-700-01 |

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Imaging**

### Imaging

#### XR Hip 2-3 Views Complete Left (Active) [978038950]

| | |
|---|---|
| Electronically signed by: **Jing Weng, ARNP** on 10/15/25 1353 | Status: **Active** |
| Ordering user: Jing Weng, ARNP 10/15/25 1353 | Authorized by: Jing Weng, ARNP |
| Ordering mode: Standard | |
| Frequency: Routine 10/15/25 - | Class: Imaging Referral |
| Quantity: 1 | |

Diagnoses
Chronic left hip pain [M25.552, G89.29]

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for order | left hip pain |
| Radiologist can change order? | Yes |
| Release to patient : | Immediate |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 255

Printed by 403528 at 2/12/26 4:51 PM

MC_003794

## Preferred Pharmacy (continued)

**Other Orders - Imaging (continued)**

---

**Other Orders - Procedures**

### Referral

#### REFERRAL TO ORTHOPEDICS (Active) [978038949]

| | |
|---|---|
| Electronically signed by: **Jing Weng, ARNP on 10/15/25 1353** | Status: **Active** |
| Ordering user: Jing Weng, ARNP 10/15/25 1353 | Authorized by: Jing Weng, ARNP |
| Ordering mode: Standard | |
| Frequency: Routine 10/15/25 - | Class: Referral - Internal |
| Quantity: 1 | |
| Diagnoses | |

Chronic left hip pain [M25.552, G89.29]

#### Questionnaire

| Question | Answer |
|---|---|
| My clinical question is: | Pt is seeing Dr. Adler in Allenmore for her left knee pain, and woud like to see him for her left hip as well |

---

**Other Orders - Orders**

### Other

#### P BRIEF EMOTIONAL/BEHAVIORAL ASSESSMENT, W SCORING AND DOCUMENTATION, PER STANDARDIZED INSTRUMENT (Completed) [978021881]

| | |
|---|---|
| Electronically signed by: **Jing Weng, ARNP on 10/15/25 1353** | Status: **Completed** |
| Ordering user: Jing Weng, ARNP 10/15/25 1353 | Authorized by: Jing Weng, ARNP |
| Ordering mode: Standard | |
| Frequency: Routine 10/15/25 - | Class: Normal |
| Quantity: 1 | Released by: Jing Weng, ARNP 10/15/25 1353 |
| Diagnoses | |

Major depressive disorder, recurrent episode, moderate (CMS-HCC) [F33.1] - RECURR DEPR PSYCHOS-MOD

---

**Flowsheets**

### Custom Formula Data

| Row Name | 10/15/25 1311 |
|---|---|
| OTHER | |
| Ideal Body Weight | 130.65 lbs -NH |
| Adjusted Body Weight | 184.47 lbs -NH |
| % Over/Under Ideal Body Weight | 102.99 -NH |
| Predicted Body Weight | 59.2632 -NH |
| Length (cm) | 167.6 cm -NH |
| IBW/kg (Calculated) Male | 63.76 kg -NH |
| IBW/kg (Calculated) Female | 59.26 kg -NH |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 256

Printed by 403528 at 2/12/26 4:51 PM

MC_003795

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| BSA (Calculated - sq m) | 2.37 sq meters -NH |

#### Vitals

| | |
|---|---|
| MAP (mmHg) | 102 mmHg -NH |

#### BMI

| | |
|---|---|
| BMI (Calculated) | 42.82 -NH |

#### Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 59.26 -NH |
| Low Range Vt 6mL/kg | 355.56 mL/kg -NH |
| Adult Moderate Range Vt 8mL/kg | 474.08 mL/kg -NH |
| Adult High Range Vt 10mL/kg | 592.6 mL/kg -NH |

#### Vital Signs

| | |
|---|---|
| BMI (Calculated) | 42.82 -NH |

#### Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.26 kg -NH |
| IBW/kg (Calculated) Male | 63.76 kg -NH |

### Encounter Vitals

| Row Name | 10/15/25 1311 |
|---|---|
| Encounter Vitals | |
| BP | 135/86 -NH |
| BP Site | Left forearm -NH |
| Pt Position for BP | Sitting -NH |
| Cuff Size | Radial -NH |
| Pulse | 96 -NH |
| Temp | 96.8 °F (36 °C) -NH |
| Temp src | Temporal -NH |
| Weight | 265 lb 3.2 oz MEASURED -NH |
| Height | 5' 5.98" HISTORICAL -NH |
| Resp | 20 -NH |
| SpO2 | 97 % -NH |
| Pain Score | SIX/TEN -NH |
| Pain Loc | KNEE HIP AND KNEE -NH |

### Patient Health Questionnaire-2/9

| Row Name | 10/15/25 1321 |
|---|---|
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More then half the days -NH |
| Feeling down, | More then half the |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 257

Printed by 403528 at 2/12/26 4:51 PM

MC_003796

## Preferred Pharmacy (continued)

### Flowsheets (continued)

| | |
|---|---|
| depressed, or hopeless | days -NH |
| Patient Health Questionnaire-2 Score | 4 -NH |

**Over the past 2 weeks, how often have you been bothered by any of the following problems?**

| | |
|---|---|
| Trouble falling or staying asleep, or sleeping too much | More than half the days -NH |
| Feeling tired or having little energy | More than half the days -NH |
| Poor appetite or overeating | More than half the days -NH |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days -NH |
| Trouble concentrating on things, such as reading the newspaper or watching television | Several days -NH |
| Moving or speaking so slowly that other people could have noticed? Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual. | Not at all -NH |
| Thoughts that you would be better off dead or hurting yourself in some way | Not at all -NH |
| Patient Health Questionnaire-9 Score | 12 -NH |

**If you checked off any problems on this questionnaire,**

| | |
|---|---|
| How difficult have these problems made it for you to do your work, take care of things at home, or get along with other people? | Very difficult -NH |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 258

Printed by 403528 at 2/12/26 4:51 PM

MC_003797

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

**Patient Health Questionnaire-9**

| Row Name | 10/15/25 1321 |
|---|---|
| Over the past 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | More than half the days -NH |
| Feeling down, depressed, or hopeless | More than half the days -NH |
| Trouble falling or staying asleep, or sleeping too much | More than half the days -NH |
| Feeling tired or having little energy | More than half the days -NH |
| Poor appetite or overeating | More than half the days -NH |
| Feeling bad about yourself - or that you are a failure or have let yourself or your family down | Several days -NH |
| Trouble concentrating on things, such as reading the newspaper or watching television | Several days -NH |
| Moving or speaking so slowly that other people could have noticed? Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual. | Not at all -NH |
| Thoughts that you would be better off dead or hurting yourself in some way | Not at all -NH |
| Patient Health Questionnaire-9 Score | 12 -NH |
| If you checked off any problems on this questionnaire, | |
| How difficult have these problems made it for you to do your work, take care of | Very difficult -NH |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

MC_003798

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

things at home,
or get along with
other people?

**User Key**                                          (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
| --- | --- | --- | --- |
| NH | Nyasha Harrison, MA | Medical Assistant | — |

**Patient Instructions**

- Toradol injection is given to you today in the clinic, please avoid any type of NSAIDs such as ibuprofen today.
- Left hip XR is ordered for you today and you can have it done in TRA or Allenmore.
- Referral to Dr. Adler for your left hip is sent out today.
- Your medication refills will be sent
- Please follow up with us in 3 months

Electronically signed by Jing Weng, ARNP at 10/15/2025  2:14 PM

**After Visit Summary**

After Visit Summary (below)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Printed by 403528 at 2/12/26  4:51 PM

MC_003799

**Preferred Pharmacy (continued)**



## AFTER VISIT SUMMARY

**Linda J. Larocque** DoB: 2/9/1958    📅 10/15/2025 1:10 PM   📍 Lakewood Family Practice 253-792-6526

### Instructions from Jing Weng, ARNP

- Toradol injection is given to you today in the clinic, please avoid any type of NSAIDs such as Ibuprofen today.
- Left hip XR is ordered for you today and you can have it done in TRA or Allenmore.
- Referral to Dr. Adler for your left hip is sent out today.
- Your medication refills will be sent
- Please follow up with us in 3 months

 Referrals made today
REFERRAL TO ORTHOPEDICS
Multiple visits requested (expires 10/15/2026)

XR Hip 2-3 Views Complete Left
Expires: 10/15/2026 (requested)

 Return in about 3 months
(around 1/15/2026).

### Today's Visit

You saw Jing Weng, ARNP on Wednesday October 15, 2025 for: Knee Pain and Hip Pain.
The following issues were addressed:
- Chronic left hip pain
- Degeneration of lumbar or lumbosacral intervertebral disc
- Primary osteoarthritis of right knee
- Anxiety
- RECURR DEPR PSYCHOS-MOD

| | | | |
|---|---|---|---|
| Blood Pressure 135/86 | | BMI 42.83 | |
| Weight 265 lb 3.2 oz | | Height 5' 5.98" | |
| Temperature (Temporal) 96.8 °F | | Pulse 96 | |
| Respiration 20 | | Oxygen Saturation 97% | |

Done Today
P BRIEF EMOTIONAL/BEHAVIORAL ASSESSMENT, W SCORING AND DOCUMENTATION, PER STANDARDIZED INSTRUMENT for RECURR DEPR PSYCHOS-MOD

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 261      Printed by 403528 at 2/12/26 4:51 PM

MC_003800

## Preferred Pharmacy (continued)

What's Next

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 262

Printed by 403528 at 2/12/26  4:51 PM

MC_003801

## Preferred Pharmacy (continued)

<u>After Visit Summary (continued)</u>

What's Next (continued)

**NOV 3 2025** New Patient (Video Visit) with Hilton Chen, MD
Monday November 3 10:45 AM (Arrive by 10:40 AM)

You can use your computer, tablet, or smartphone to start a video visit. Using your smartphone is the easiest option because it already has a camera and microphone built in.

For the best experience, MyChart users are encouraged to download the MyChart app from the Apple App Store or Google Play Store. To use without the app, follow the instructions below.

Using Your Smartphone
If you use an iOS/Apple smartphone, make sure your default browser is set to Safari: How to change the default browser on iOS. Upgrade to the latest version of iOS for the best experience.
If you use an Android smartphone, make sure your default browser is set to Chrome: How to change the default browser on Android.
Using Your Computer
If you use a desktop computer, you need to set up a camera and a microphone for your visit. Laptops already have a camera and microphone built in.
Get Ready Before Your Visit
Find a quiet, private space to have your visit. Make sure the space has good lighting and a strong internet connection.
At least 15 minutes before your video visit appointment, go to eCheck-In to complete the necessary steps. eCheck-In will be available starting 3 days before your appointment. You should complete eCheck-In well before your appointment time so you can quickly connect with your provider at your scheduled time. eCheck-In is required to be completed to start your video visit.
After you've completed eCheck-In, select Begin Visit to connect to your video visit. The Begin Visit button will be available 15 minutes before the scheduled appointment start time.
If prompted, allow your browser to access your device's microphone and camera. Then, complete a hardware test to ensure your device camera, microphone, and speakers are working. Double-check your video to make sure your face is clearly visible. Select Join Call.
If the connection was successful, you will be placed in a virtual waiting room. Your provider will be with you shortly!
The quality of care and your experience are top priorities for us. Please ensure you are in a quiet location during your appointment free from all interruptions such as crowds, driving, or any other physical activities which could distract you or the provider. Any disruptions may require your provider or caregiver to discontinue the visit out of safety concerns and have your appointment rescheduled.

Please be courteous to our staff and to other patients. If you must cancel your appointment, please do so as far in advance as possible.
If you are having trouble, the Having a Scheduled Video Visit in MyChart video will show you the steps to join a video visit.
For all other video visit questions, please call our MyChart customer support at 844-388-2356.

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 263                                                              Printed by 403528 at 2/12/26  4:51 PM

MC_003802

## Preferred Pharmacy (continued)

### What's Next (continued)

| | | |
|---|---|---|
| NOV 7 2025 | Simple Visit with Zachary Adler, MD<br>Friday November 7 8:00 AM (Arrive by 7:45 AM) | MultiCare Orthopedics & Sports Medicine - Tacoma<br>3124 S 19th St STE C340<br>Tacoma WA 98405-2433<br>253-792-6555 |
| DEC 5 2025 | TRANSFER PATIENT with Thomas Morello, DO<br>Friday December 5 11:00 AM (Arrive by 10:45 AM) | MultiCare West Tacoma Family Medicine<br>2200 North Pearl Street, Suite 100<br>Tacoma WA 98406-2529<br>253-792-6900 |
| FEB 9 2026 | New Patient with Charlotte Haley, MD<br>Monday February 9 9:15 AM | Lakewood Family Practice<br>5700 100th St SW STE 510<br>LAKEWOOD WA 98499-2767<br>253-792-6526 |

## Medications You Will Be Given

| | |
|---|---|
| OCT 15 2025 | ketoROLAC (Toradol)<br>Next due Wednesday October 15<br>Expected: one time only (1 dose remaining) |

## PCP

| Primary Care Provider | Phone |
|---|---|
| Rachel D Dawson, MD | 360-659-1231 |

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 10/15/2025

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 264                                                                 Printed by 403528 at 2/12/26  4:51 PM

MC_003803

**Preferred Pharmacy (continued)**

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 265

Printed by 403528 at 2/12/26  4:51 PM

MC_003804

## Preferred Pharmacy (continued)

## Your Medication List as of October 15, 2025 2:15 PM

ⓘ Always use your most recent med list.

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Quantity: 15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety.

**aspirin** 81 MG Chew

Chew and swallow 1 Tablet by mouth once daily.

**duloxetine** 60 MG Cpap
Commonly known as: Cymbalta
Quantity: 180 Capsule

Take 1 Capsule by mouth twice daily.

**hydroCHLOROthiazide** 12.5 MG Caps
Commonly known as: Microzide
Quantity: 90 Capsule

Take 1 Capsule by mouth once daily.

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Quantity: 30 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Quantity: 100 Tablet

Take 1 Tablet by mouth once daily.

**Misc. Devices** Misc
Quantity: 1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

**naloxone** 1 mg/mL Soln
Commonly known as: NARCAN
Quantity: 1 Kit

Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

**\* OTHER**
Quantity: 1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

**\* OTHER**
Quantity: 1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

**Ozempic (2 MG/DOSE)** 8 MG/3ML Sopn
Generic drug: semaglutide (2 MG/DOSE)
Quantity: 3 mL

Inject 2 mg under the skin every week. E11.59

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Quantity: 90 Tablet

Take 1 Tablet by mouth each evening.

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Quantity: 100 Each

Use With victoza injections

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

MC_003805

## Preferred Pharmacy (continued)

Your Medication List (continued) as of October 15, 2025 2:15 PM

**traMADol** 50 MG Tabs
Commonly known as: Ultram
Quantity: 160 Tablet

Take 2 Tablets by mouth every 8 hours as needed for pain.

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Quantity: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

⊕ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767



**Notice of language availability | Free interpreter services:** If you speak a language other than English, MultiCare offers interpreter services at no cost to you. To learn more about this free service, scan the QR code or visit **multicare.org/interpreter.**

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 267

Printed by 403528 at 2/12/26 4:51 PM

MC_003806

## Preferred Pharmacy (continued)

### Patient Instructions

- Toradol injection is given to you today in the clinic, please avoid any type of NSAIDs such as ibuprofen today.
- Left hip XR is ordered for you today and you can have it done in TRA or Allenmore.
- Referral to Dr. Adler for your left hip is sent out today.
- Your medication refills will be sent
- Please follow up with us in 3 months

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 268

Printed by 403528 at 2/12/26 4:51 PM

MC_003807

## 10/15/2025 - Additional Orders in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930

**CSN:** 424684036

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/15/2025 | | | No service for | |

**Admitting Physician:**      **Chief Complaint:**

**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | |
|---|---|
| **Home Address:** 6824 S Park Ave<br>Tacoma WA 98408-5509 | **Telephone Information:**<br>Home Phone    Not on file.<br>Work Phone    Not on file. |
| **SSN:** xxx-xx-5145 | Mobile    253-273-7247 |
| **Age:** 68 year old | **Employer:** |
| **DOB:** 2/9/1958 (67 yrs) | No address on file. |
| **Sex:** female | |
| **Marital Status:** Married | |

**Primary Care Physician:** Charlotte A Haley, MD      **Employer Phone:**

**Referring Physician:**      **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 269      Printed by 403528 at 2/12/26 4:51 PM

MC_003808

## 10/15/2025 - Additional Orders in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

**Hospital Account**

Not on file

**Visit Information**

**Provider Information**

**Encounter Provider**

Charlotte A Haley, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 10/15/2025 10:46 AM | Charlotte A Haley, MD | LAKEWOOD FP | LWMCC |

**Medication List**

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                       Quantity: 1 Each
Refill: No refills remaining

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                      Quantity: 1 Each
Refill: No refills remaining

**naloxone (NARCAN) 1 mg/mL Solution**

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                      Quantity: 1 Kit
Refill: No refills remaining

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 270                                     Printed by 403528 at 2/12/26 4:51 PM

MC_003809

## 10/15/2025 - Additional Orders in Lakewood Family Practice (continued)

### Medication List (continued)

---

**aspirin 81 MG Chew Tab**

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

---

**Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector**

Discontinued by: Jing Weng, ARNP
Reason for discontinuation: Patient discontinued
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2024
Action: Patient not taking
Refill: 11 refills by 8/5/2025

Discontinued on: 10/15/2025

Ordered on: 8/5/2024
End date: 10/15/2025
Quantity: 3 mL

---

**rosuvastatin (CRESTOR) 20 mg Tab**

Discontinued by: Daniel R Guerra, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 12/2/2024
Quantity: 90 Tablet

Discontinued on: 11/26/2025

Ordered on: 12/2/2024
End date: 11/24/2025
Refill: 3 refills by 12/2/2025

---

**alprazolam (XANAX) 0.25 MG Tab**

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 3/31/2025
Quantity: 15 Tablet

Discontinued on: 10/15/2025

Ordered on: 3/31/2025
End date: 10/15/2025
Refill: 2 refills by 9/27/2025

---

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

Discontinued by: Maria Christina Dajoyag-Maplil, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 4/3/2025
Quantity: 100 Tablet

Discontinued on: 11/30/2025

Ordered on: 4/3/2025
End date: 11/30/2025
Refill: 1 refill by 4/3/2026

---

**verapamil (CALAN SR) 240 MG Tab CR**

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

---

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

---

**tramadol (ULTRAM) 50 MG Tab**

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain.

Discontinued on: 10/15/2025

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 271

Printed by 403528 at 2/12/26  4:51 PM

MC_003810

## 10/15/2025 - Additional Orders in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 9/10/2025 |
| Start date: 9/10/2025 | End date: 10/15/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Marla Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/7/2025 |
| Start date: 10/7/2025 | End date: 2/9/2026 |
| Quantity: 30 Tablet | Refill: 1 refill by 10/7/2026 |

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Meds and pharmacy updated

## Results                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address end Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 272

Printed by 403528 at 2/12/26 4:51 PM

MC_003811

## Preferred Pharmacy (continued)

**Patient Instructions (continued)**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/15/2025

Page 273

Printed by 403528 at 2/12/26 4:51 PM

MC_003812

---

## 10/13/2025 - MyChart Rx Refill In Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 424432402

---

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/13/2025 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request; Rx Refil*
                                  **Adm Dx:**

                                  Gestational Age: <None>

---

### *Patient Information*

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 68 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (67 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

---

### *Guarantor Information*

| **Guarantor Relationship to Pt:** | Self | | **Acct Type:** | |
|---|---|---|---|---|
| **Guarantor Name:** | | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | | |
| **Guarantor's Employer:** | | | | |
| **Work Phone:** | | | | |

---

### *Primary Insurance*

| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### *Secondary Insurance*

| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### *Accident Information*

| MULTICARE LAKEWOOD | Larocque, Linda J |
|---|---|
| CLINIC | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| 5700 100th St SW | Visit date: 10/13/2025 |
| LAKEWOOD WA 98499-2767 | |

MC_003813

## 10/13/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Tramadol - SAFEWAY PHARMACY #1594 - TACOMA, WA ); onset date 10/13/2025
- Rx Refill Center - Control Medication, onset date 10/13/2025
- Rx Refill Center - No Pcp Listed In Epic, onset date 10/13/2025

#### Visit Diagnosis

- **Degeneration of lumbar or lumbosacral intervertebral disc (primary) [M51.379]**

### Visit Information

#### Provider Information

##### Encounter Provider
Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|----------|------------|--------|
| 10/13/2025 5:07 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Josette M Pallotta et 10/14/2025 1243

| | | |
|---|---|---|
| Author: Josette M Pallotta | Service: — | Author Type: — |
| Filed: 10/14/2025 12:44 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Josette M Pallotta | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**
**PCP gone**
**Last Rx Authorization by Another Provider**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2025

Page 275

Printed by 403528 at 2/12/26 4:51 PM

MC_003814

**10/13/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)**

Clinical Notes (continued)

### PRC Case Review

Patient comment: Dr. Haley   I tried to get an appointment with you and was refused. A dr.
Chen in Puyallup was the earliest I could get a virtual is Nov.3rd and in person Nov 17th. My
meds were do last week. can you approve October's refill? or can i get a appointment with
you,please

*Last prescribed by Jennifer L Reed,ARNP on 9.10.2025*
*Last dispensed: 9.11.2025*
*Last encounter with Rachel D Dawson, MD:  10/18/2018*
*Next appointment with PCP: Visit date not found*

### Renal Function:
**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 90 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Josette M Pallotta at 10/14/2025 12:44 PM

**Telephone Encounter by Josette M Pallotta at 10/14/2025 1244**

| | | |
|---|---|---|
| Author: Josette M Pallotta | Service: — | Author Type: — |
| Filed: 10/14/2025 12:44 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Josette M Pallotta | | |

| Pending Prescriptions: | Disp | Refills |
|---|---|---|
| tramadol (ULTRAM) 50 MG Tab | 160 Ta* | |

Sig: Take 2 Tablets by mouth every 6 hours as needed for
pain.

Electronically signed by Josette M Pallotta at 10/14/2025 12:44 PM

**Telephone Encounter by Ajanae C Gray et 10/14/2025 1327**

| | | |
|---|---|---|
| Author: Ajanae C Gray | Service: — | Author Type: — |
| Filed: 10/14/2025 1:27 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

## Requested Prescriptions

| Pending Prescriptions | Disp | Refills |
|---|---|---|
| • tramadol (ULTRAM) 50 MG Tab | 160 | |

| | MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|---|
| | 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| | LAKEWOOD WA 98499-2767 | Visit date: 10/13/2025 |
| Page 276 | | Printed by 403528 at 2/12/26  4:51 PM |

MC_003815

---

## 10/13/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Tablet

Sig: Take 2 Tablets by mouth every 8 hours as needed for pain.

Electronically signed by Ajanae C Gray at 10/14/2025 1:27 PM

### Telephone Encounter by Ajanae C Gray at 10/14/2025 1327

| Author: Ajanae C Gray | Service: — | Author Type: — |
| --- | --- | --- |
| Filed: 10/14/2025 1:27 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

Pending Prescriptions:     Disp  Refills
  tramadol (ULTRAM) 50 MG Tab    160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.

-------------------------------------------------------------

Electronically signed by Ajanae C Gray at 10/14/2025 1:27 PM

### Telephone Encounter by Kristen D Abrams, ARNP at 10/14/2025 1410

| Author: Kristen D Abrams, ARNP | Service: — | Author Type: Nurse Practitioner |
| --- | --- | --- |
| Filed: 10/14/2025 2:10 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Kristen D Abrams, ARNP (Nurse Practitioner) | | |

Pending Prescriptions:     Disp  Refills
  tramadol (ULTRAM) 50 MG Tab    160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.

-------------------------------------------------------------

Electronically signed by Kristen D Abrams, ARNP at 10/14/2025 2:10 PM

### Telephone Encounter by Teresa L Aman, LPN at 10/14/2025 1500

| Author: Teresa L Aman, LPN | Service: — | Author Type: Licensed Practical Nurse |
| --- | --- | --- |
| Filed: 10/14/2025 3:00 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Teresa L Aman, LPN (Licensed Practical Nurse) | | |

Pending Prescriptions:     Disp  Refills
  tramadol (ULTRAM) 50 MG Tab    160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.

-------------------------------------------------------------

Electronically signed by Teresa L Aman, LPN at 10/14/2025 3:00 PM

### Telephone Encounter by Charlotte A Haley, MD at 10/14/2025 1858

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2025

Page 277

Printed by 403528 at 2/12/26 4:51 PM

MC_003816

## 10/13/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Charlotte A Haley, MD | Service: — | Author Type: Physician |
| Filed: 10/14/2025 6:58 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Charlotte A Haley, MD (Physician) | | |

Refused Prescriptions:    Disp  Refills
  tramadol (ULTRAM) 50 MG Tab    160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
  pain.
Refused By: HALEY, CHARLOTTE
Reason for Refusal: Patient needs an appointment

-------------------------------------------------------------------

Electronically signed by Charlotte A Haley, MD at 10/14/2025 6:58 PM

### Telephone Encounter by Charlotte A Haley, MD at 10/14/2025 1858

| | | |
|---|---|---|
| Author: Charlotte A Haley, MD | Service: — | Author Type: Physician |
| Filed: 10/14/2025 6:59 PM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Charlotte A Haley, MD (Physician) | | |

Please schedule pt for med review appt with Jing/Jenny, she has not been seen for a while and on controlled substances should be being seen every 3-6 months at a minimum.

Electronically signed by Charlotte A Haley, MD at 10/14/2025 6:59 PM

### Telephone Encounter by Ajanae C Gray at 10/15/2025 1030

| | | |
|---|---|---|
| Author: Ajanae C Gray | Service: — | Author Type: — |
| Filed: 10/15/2025 10:53 AM | Encounter Date: 10/13/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

Spoke with patient ;

- informed of medication denial, patient will; see covering provider on 10/15/25 to discuss refill and referral

- patient does NOT want TOC with Dr. Chen or Dr. Morello, offered TOC with Dr. Atwood but patient wants a female doctor

- patient agreed to potentially transfer to Dr. Atwood due to spouse transferring

- patient did express frustration with individual assisting her on th phone earlier this week

- patient requested to speak to manager, aware that manager will follow up later AFTER appt if concern is still present

- routing back to pool, will close after appt

Electronically signed by Ajanae C Gray at 10/15/2025 10:53 AM

### Medication List

#### Medication List

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2025

Page 278      Printed by 403528 at 2/12/26 4:51 PM

MC_003817

## 10/13/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |
| Action: Patient not taking | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2025

Page 279

Printed by 403528 at 2/12/26 4:51 PM

MC_003818

## 10/13/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Discontinued by: Marla Christina Dajoyag-Mapili, MD     Discontinued on: 11/30/2025
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 4/3/2025
Start date: 4/3/2025     End date: 11/30/2025
Quantity: 100 Tablet     Refill: 1 refill by 4/3/2026

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD     Ordered on: 5/1/2025
Start date: 5/1/2025     Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD     Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD     Ordered on: 7/31/2025
Start date: 7/31/2025     End date: 2/9/2026
Quantity: 90 Capsule     Refill: 1 refill by 7/31/2026

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Charlotte A Haley, MD     Discontinued on: 10/15/2025
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain.
Authorized by: Jennifer L Reed, ARNP     Ordered on: 9/10/2025
Start date: 9/10/2025     End date: 10/15/2025
Quantity: 160 Tablet     Refill: No refills remaining

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Jing Weng, ARNP     Discontinued on: 12/3/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Marla Christina Dajoyag-Mapili, MD     Ordered on: 9/24/2025
Start date: 9/24/2025     End date: 12/3/2025
Quantity: 180 Capsule     Refill: No refills remaining

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD     Discontinued on: 2/9/2026
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD     Ordered on: 10/7/2025
Start date: 10/7/2025     End date: 2/9/2026
Quantity: 30 Tablet     Refill: 1 refill by 10/7/2026

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dilton, MA on 8/5/2024 0832

Medds and pharmacy updated

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2025

Page 280     Printed by 403528 at 2/12/26 4:51 PM

MC_003819

## 10/13/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

**Results** (Order)

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98406 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Messages**

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool (supporting Kristen D Abrams, ARNP) | 10/13/2025  5:07 PM |

Refills have been requested for the following medications:

tramadol (ULTRAM) 50 MG Tab [Jennifer Reed, ARNP]
Patient Comment: Dr. Haley   I tried to get an appointment with you and was refused. A dr. Chen in Puyallup was the earliest I could get a virtual is Nov.3rd and in person Nov 17th. My meds were do last week. can you approve October's refill? or can i get a appointment with you,please

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/13/2025

Page 281

Printed by 403528 at 2/12/26  4:51 PM

MC_003820

**10/06/2025 - MyChart Rx Refill In Lakewood Family Practice**

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 423436523

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/6/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003821

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints
- Refill Request (Tramadol-SAFEWAY PHARMACY #1594 - TACOMA, WA ); onset date 10/6/2025
- Rx Refill Center - Medication Outside Of Protocol, onset date 10/6/2025

#### Visit Diagnosis
- Degeneration of lumbar or lumbosacral intervertebral disc (primary) [M51.379]

### Visit Information

#### Provider Information

##### Encounter Provider
Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/6/2025 11:47 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Amanda K Brown at 10/6/2025 1633

| | | |
|---|---|---|
| Author: Amanda K Brown | Service: Pharmacy | Author Type: — |
| Filed: 10/6/2025 4:34 PM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Amanda K Brown | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance**
**PCP Gone**
**Last Rx Authorization by Another Provider**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
**Route** *message to PCP*

Page 283

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003822

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### *PRC Case Review*

*Last prescribed by J Reed on 9/10/25*
*Last dispensed: 9/11/25*
*Last encounter with Rachel D Dawson, MD: 3/25/2025*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 90 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Amanda K Brown at 10/6/2025  4:34 PM

**Telephone Encounter by Amanda K Brown at 10/6/2025 1634**

| Author: Amanda K Brown | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 10/6/2025  4:34 PM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Amanda K Brown | | |

Pending Prescriptions:    Disp  Refills
  tramadol (ULTRAM) 50 MG Tab    160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
  pain.

------------------------------------------------

Electronically signed by Amanda K Brown at 10/6/2025  4:34 PM

**Telephone Encounter by Nadia N Abbasi, MA at 10/7/2025 0828**

| Author: Nadia N Abbasi, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 10/7/2025  8:30 AM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Nadia N Abbasi, MA (Medical Assistant) | | |

Former Dawson. Transfer with Morello, 12/05/25.
Made on
3/24/2025 3:53 PM

**Requested Prescriptions**

Pending Prescriptions        Disp    Refills
• tramadol (ULTRAM) 50 MG Tab     160
                         Tablet

    Sig: Take 2 Tablets by mouth every 8 hours as needed for pain.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 284

Printed by 403528 at 2/12/26 4:51 PM

MC_003823

**10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)**

<u>Clinical Notes (continued)</u>

Please review

Electronically signed by Nadia N Abbasi, MA at 10/7/2025 8:30 AM

**Telephone Encounter by Nadia N Abbasi, MA at 10/7/2025 0930**

| | | |
|---|---|---|
| Author: Nadia N Abbasi, MA | Service: --- | Author Type: Medical Assistant |
| Filed: 10/7/2025 8:30 AM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Nadia N Abbasi, MA (Medical Assistant) | | |

Pending Prescriptions:     Disp   Refills
  tramadol (ULTRAM) 50 MG Tab    160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.

Electronically signed by Nadia N Abbasi, MA at 10/7/2025 8:30 AM

**Telephone Encounter by Charlotte A Haley, MD at 10/7/2025 0916**

| | | |
|---|---|---|
| Author: Charlotte A Haley, MD | Service: --- | Author Type: Physician |
| Filed: 10/7/2025 9:16 AM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Charlotte A Haley, MD (Physician) | | |

Refused Prescriptions:     Disp   Refills
  tramadol (ULTRAM) 50 MG Tab    160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.
Refused By: HALEY, CHARLOTTE
Reason for Refusal: Patient needs an appointment

Electronically signed by Charlotte A Haley, MD at 10/7/2025 9:16 AM

**Telephone Encounter by Kevin Roberts, MA at 10/9/2025 1258**

| | | |
|---|---|---|
| Author: Kevin Roberts, MA | Service: — | Author Type: Medical Assistant |
| Filed: 10/9/2025 1:02 PM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Kevin Roberts, MA (Medical Assistant) | | |

Letter sent to the patient inviting them to schedule an appointment with her primary care provider to follow up on her medication refill needs.

Electronically signed by Kevin Roberts, MA at 10/9/2025 1:02 PM

**Telephone Encounter by Angeline Phouksouvath at 10/13/2025 0903**

| | | |
|---|---|---|
| Author: Angeline Phouksouvath | Service: — | Author Type: — |
| Filed: 10/13/2025 9:03 AM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Angeline Phouksouvath | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 285

Printed by 403528 at 2/12/26 4:51 PM

MC_003824

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| Refused Prescriptions: | Disp | Refills |
|---|---|---|
| tramadol (ULTRAM) 50 MG Tab | 160 Ta* | |

Sig: Take 2 Tablets by mouth every 8 hours as needed for pain.
Refused By: HALEY, CHARLOTTE
Reason for Refusal: Patient needs an appointment

----------------------------------------------------

Electronically signed by Angeline Phouksouvath at 10/13/2025 9:03 AM

### Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

#### naloxone (NARCAN) 1 mg/mL Solution

| | |
|---|---|
| Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes.. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |
| Action: Patient not taking | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

#### rosuvastatin (CRESTOR) 20 mg Tab

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 286

Printed by 403528 at 2/12/26 4:51 PM

MC_003825

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 9/10/2025 |
| Start date: 9/10/2025 | End date: 10/15/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### Stopped in Visit

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 287

Printed by 403528 at 2/12/26 4:51 PM

MC_003826

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

### Medication Comment

**Alexie A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

---

## Results

(Order)

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

**Medication Renewal Request**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool<br>(supporting Kristen D Abrams, ARNP) | 10/13/2025 8:39 AM |

i will make an appointment asap. thank you
linda

**Medication Renewal Request**

| From | To | Sent and Delivered |
|---|---|---|
| Kevin Roberts, MA<br>Last Read in MyChart<br>10/13/2025 8:37 AM by Larocque, Linda J | Larocque, Linda J | 10/8/2025 1:21 PM |

Good afternoon Linda. I Have a message to relay to you from Dr. Haley regarding your refill request for Ultram.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 288

Printed by 403528 at 2/12/26 4:51 PM

MC_003827

## Preferred Pharmacy (continued)

### Messages (continued)

Per Dr. Haley, "Patient needs an appointment."

Please contact your current primary care provider with this request. You can also contact our office to schedule an appointment as well.

Best,

Kevin CMA

### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool (supporting Kristen D Abrams, ARNP) | 10/6/2025 11:47 AM |

Refills have been requested for the following medications:

tramadol (ULTRAM) 50 MG Tab [Jennifer Reed, ARNP]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

Medication renewals requested in this message routed separately:

hydrOXYzine hcl (ATARAX) 25 MG Tab [Rachel Dawson, MD]

### Patient Instructions

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 289

Printed by 403528 at 2/12/26 4:51 PM

MC_003828

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 423436521

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/6/2025 | | | No service for | |

Admitting Physician:

Chief Complaint: Refill Request; Rx Refil*
Adm Dx:

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | |
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 290

Printed by 403528 at 2/12/26 4:51 PM

MC_003829

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

--

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Hydroxyzine SAFEWAY PHARMACY #1594 - TACOMA, WA); onset date 10/6/2025
- Rx Refill Center - Medication Outside Of Protocol, onset date 10/6/2025
- Rx Refill Center - No Pcp Listed In Epic, onset date 10/6/2025

#### Visit Diagnoses

- **(primary)**
- Acute right lumbar radiculopathy [M54.16]
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.379]

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/6/2025 11:47 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Jennifer T Zamira at 10/7/2025 1249

| | | |
|---|---|---|
| Author: Jennifer T Zamira | Service: — | Author Type: — |
| Filed: 10/7/2025 12:51 PM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Jennifer T Zamira | | |

**Pharmacy Refill Center Support Note**
**Non-Protocol Rx**
**PCP Gone**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
***Route*** *message to PCP*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 291

Printed by 403528 at 2/12/26 4:51 PM

MC_003830

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### *PRC Case Review*
*Last dispensed: 05/29/2025*
*Last encounter with Rachel D Dawson, MD: 3/25/2025.*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*
**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Jennifer T Zamira at 10/7/2025 12:51 PM

---

**Telephone Encounter by Jennifer T Zamira at 10/7/2025 1251**

| Author: Jennifer T Zamira | Service: — | Author Type: — |
|---|---|---|
| Filed: 10/7/2025 12:51 PM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Jennifer T Zamira | | |

Pending Prescriptions:      Disp  Refills
  hydrOXYzine hcl (ATARAX) 25 MG Tab    30 Tab*
Sig: Take 1 Tablet by mouth three times a day as needed
     for itching/pruritus or pain.

-------------------------------------------------------------

Electronically signed by Jennifer T Zamira at 10/7/2025 12:51 PM

---

**Telephone Encounter by Paige Davidson, MA at 10/7/2025 1311**

| Author: Paige Davidson, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 10/7/2025 1:12 PM | Encounter Date: 10/6/2025 | Status: Signed |
| Editor: Paige Davidson, MA (Medical Assistant) | | |

Former Dr. Dawson Patient.
Patient has a TOC scheduled with Morello on 12/05/2025, appointment made on 03/24/2025.

Electronically signed by Paige Davidson, MA at 10/7/2025 1:12 PM

---

**Telephone Encounter by Paige Davidson, MA at 10/7/2025 1312**

| Author: Paige Davidson, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 10/7/2025 1:12 PM | Encounter Date: 10/6/2025 | Status: Signed |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 292

Printed by 403528 at 2/12/26 4:51 PM

MC_003831

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Editor: Paige Davidson, MA (Medical Assistant)
Pending Prescriptions:    Disp  Refills
  hydrOXYzine hcl (ATARAX) 25 MG Tab   30 Tab*
Sig: Take 1 Tablet by mouth three times a day as needed
     for itching/pruritus or pain.

------------------------------------------------------------

Electronically signed by Paige Davidson, MA at 10/7/2025 1:12 PM

### Telephone Encounter by Charlotte A Haley, MD at 10/7/2025 1551

Author: Charlotte A Haley, MD     Service: —     Author Type: Physician
Filed: 10/7/2025 3:51 PM     Encounter Date: 10/6/2025     Status: Signed
Editor: Charlotte A Haley, MD (Physician)
Signed Prescriptions:    Disp  Refills
  hydrOXYzine hcl (ATARAX) 25 MG Tab   30 Tab*1
Sig: Take 1 Tablet by mouth three times a day as needed
     for itching/pruritus or pain.
Authorizing Provider: HALEY, CHARLOTTE A

------------------------------------------------------------

Electronically signed by Charlotte A Haley, MD at 10/7/2025 3:51 PM

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD     Ordered on: 5/21/2019
Start date: 5/21/2019     Quantity: 1 Each
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD     Ordered on: 10/14/2021
Start date: 10/14/2021     Quantity: 1 Each
Refill: No refills remaining

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD     Ordered on: 12/14/2023
Start date: 12/14/2023     Quantity: 1 Kit

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 293     Printed by 403528 at 2/12/26 4:51 PM

MC_003832

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Refill: No refills remaining

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |
| Action: Patient not taking | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 294

Printed by 403528 at 2/12/26 4:51 PM

MC_003833

## 10/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain.
Authorized by: Jennifer L Reed, ARNP
Start date: 9/10/2025
Quantity: 160 Tablet

Ordered on: 9/10/2025
End date: 10/15/2025
Refill: No refills remaining

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Jing Weng, ARNP
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Maria Christina Dajoyag-Maplii, MD
Start date: 9/24/2025
Quantity: 180 Capsule

Discontinued on: 12/3/2025

Ordered on: 9/24/2025
End date: 12/3/2025
Refill: No refills remaining

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Charlotte A Haley, MD
Start date: 10/7/2025
Quantity: 30 Tablet

Discontinued on: 2/9/2026

Ordered on: 10/7/2025
End date: 2/9/2026
Refill: 1 refill by 10/7/2026

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results                                                                  (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

MC_003834

## Preferred Pharmacy (continued)

### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool (supporting Rachel D Dawson, MD) | 10/6/2025 11:47 AM |

Refills have been requested for the following medications:

hydrOXYzine hcl (ATARAX) 25 MG Tab [Rachel Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

Medication renewals requested in this message routed separately:

tramadol (ULTRAM) 50 MG Tab [Jennifer Reed, ARNP]

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 10/6/2025

Page 296

Printed by 403528 at 2/12/26 4:51 PM

MC_003835

## 09/20/2025 - Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 421296271

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/20/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refill*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145
**Age:** 68 year old
**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone    Not on file.
Work Phone    Not on file.
Mobile    253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Self
**Guarantor Name:**
**Guarantor Address:** 6824 S PARK AVE
TACOMA, WA 98408-5509

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:**
**Acct ID:**

**DOB:** 2/9/1958

### Primary Insurance

**Name of Insurance:** AETNA HMO MEDICARE ADVAN*  **Group Name:**
**Subscriber Name:** LAROCQUE,LINDA J       **Group #:** 000003-WA
**Subscriber DOB:**                **Ins ID#:** 101724898200
**Pt Relationship to Sub:** Self

### Secondary Insurance

**Name of Insurance:** RX MEDD AETNA PDP AND MA*  **Group Name:**
**Subscriber Name:** LAROCQUE,LINDA J       **Group #:** RXAETD
**Subscriber DOB:**                **Ins ID#:** 101724898200
**Pt Relationship to Sub:** Self

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2025

Page 297

Printed by 403528 at 2/12/26 4:51 PM

MC_003836

## 09/20/2025 - Refill In Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Duloxetine SAFEWAY PHARMACY #1594 - TACOMA, WA )
- Rx Refill Center - No Pcp Listed In Epic, onset date 9/20/2025

#### Visit Diagnosis

- Major depressive disorder, recurrent episode, moderate (CMS-HCC) (primary) [F33.1]

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 9/20/2025 8:54 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Tia N Youngchild at 9/21/2025 1317

| | | |
|---|---|---|
| Author: Tia N Youngchild | Service: Pharmacy | Author Type: — |
| Filed: 9/21/2025  1:17 PM | Encounter Date: 9/20/2025 | Status: Signed |
| Editor: Tia N Youngchild | | |

**Pharmacy Refill Center Support Note**
**Non-Protocol - pcp gone**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

**PRC Case Review**
*Last dispensed: 7-7-2025*
*Last encounter with Rachel D Dawson, MD:  3/25/2025*
*Next appointment with PCP: Visit date not found*

**Renal Function:**
Creatinine

| Date | Value | Ref Range | Status |
|---|---|---|---|

Page 298

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2025

Printed by 403528 at 2/12/26  4:51 PM

MC_003837

## 09/20/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| 06/11/2025 | 0.73 | | 0.6 - 1.2 mg/dL | Final |
|---|---|---|---|---|

**eGFR**

| Date | Value | | Ref Range | Status |
|---|---|---|---|---|
| 06/11/2025 | 90 | | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Tia N Youngchild at 9/21/2025 1:17 PM

### Telephone Encounter by Tia N Youngchild at 9/21/2025 1317

| Author: Tia N Youngchild | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 9/21/2025 1:17 PM | Encounter Date: 9/20/2025 | Status: Signed |
| Editor: Tia N Youngchild | | |

Pending Prescriptions: Disp Refills
duloxetine (CYMBALTA) 60 MG Capsule Enteri*180 Ca*
Sig: Take 1 Capsule by mouth twice daily.

--------------------------------------------------

Electronically signed by Tia N Youngchild at 9/21/2025 1:17 PM

### Telephone Encounter by Ajanae C Gray at 9/22/2025 0906

| Author: Ajanae C Gray | Service: — | Author Type: — |
|---|---|---|
| Filed: 9/22/2025 9:06 AM | Encounter Date: 9/20/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

## Requested Prescriptions

| Pending Prescriptions | Disp | Refills |
|---|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles [Pharmacy Med Name: Duloxetine Hydrochloride Dr 60 Mg Cap Ajan] Sig: Take 1 Capsule by mouth twice daily. | 180 Capsule | |

Electronically signed by Ajanae C Gray at 9/22/2025 9:06 AM

### Telephone Encounter by Ajanae C Gray at 9/22/2025 0906

| Author: Ajanae C Gray | Service: — | Author Type: — |
|---|---|---|
| Filed: 9/22/2025 9:06 AM | Encounter Date: 9/20/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2025

Page 299

Printed by 403528 at 2/12/26 4:51 PM

MC_003838

## 09/20/2025 - Refill In Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:      Disp  Refills
  duloxetine (CYMBALTA) 60 MG Capsule Enterl*180 Ca*
Sig: Take 1 Capsule by mouth twice daily.

-------------------------------------------------------------

Electronically signed by Ajanae C Gray at 9/22/2025 9:08 AM

### Telephone Encounter by Maria Christina Dajoyag-Mapili, MD at 9/24/2025 0656

Author: Maria Christina Dajoyag-Mapili, MD  Service: Family Medicine    Author Type: Physician
Filed: 9/24/2025 6:56 AM    Encounter Date: 9/20/2025    Status: Signed
Editor: Maria Christina Dajoyag-Mapili, MD (Physician)
Signed Prescriptions:    Disp  Refills  duloxetine (CYMBALTA) 60 MG Capsule Enterl*180 Ca*0  Sig: Take 1 Capsule by mouth twice daily.Authorizing Provider: DAJOYAG-MAPILI, MARIA CHRISTINA----------------------------------------

Electronically signed by Maria Christina Dajoyag-Mapili, MD at 9/24/2025 6:56 AM

### Telephone Encounter by Maria Christina Dajoyag-Mapili, MD at 9/26/2025 0522

Author: Maria Christina Dajoyag-Mapili, MD  Service: Family Medicine    Author Type: Physician
Filed: 9/26/2025 5:22 AM    Encounter Date: 9/20/2025    Status: Signed
Editor: Maria Christina Dajoyag-Mapili, MD (Physician)
Signed Prescriptions:    Disp  Refills  duloxetine (CYMBALTA) 60 MG Capsule Enterl*180 Ca*0  Sig: Take 1 Capsule by mouth twice daily.Authorizing Provider: DAJOYAG-MAPILI, MARIA CHRISTINA----------------------------------------

Electronically signed by Maria Christina Dajoyag-Mapili, MD at 9/26/2025 5:22 AM

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

### Active at the End of Visit

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD    Ordered on: 5/21/2019
Start date: 5/21/2019    Quantity: 1 Each
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD    Ordered on: 10/14/2021
Start date: 10/14/2021    Quantity: 1 Each
Refill: No refills remaining

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767
Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2025
Page 300    Printed by 403528 at 2/12/26 4:51 PM

MC_003839

## 09/20/2025 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

Discontinued by: Jing Weng, ARNP
Reason for discontinuation: Patient discontinued
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2024
Action: Patient not taking
Refill: 11 refills by 8/5/2025

Discontinued on: 10/15/2025

Ordered on: 8/5/2024
End date: 10/15/2025
Quantity: 3 mL

### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 12/2/2024
Quantity: 90 Tablet

Discontinued on: 11/26/2025

Ordered on: 12/2/2024
End date: 11/24/2025
Refill: 3 refills by 12/2/2025

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD
Start date: 2/5/2025
Quantity: 30 Tablet

Discontinued on: 10/7/2025

Ordered on: 2/5/2025
End date: 10/6/2025
Refill: 1 refill by 2/5/2026

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 3/31/2025
Quantity: 15 Tablet

Discontinued on: 10/15/2025

Ordered on: 3/31/2025
End date: 10/15/2025
Refill: 2 refills by 9/27/2025

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapili, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 4/3/2025
Quantity: 100 Tablet

Discontinued on: 11/30/2025

Ordered on: 4/3/2025
End date: 11/30/2025
Refill: 1 refill by 4/3/2026

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2025

Page 301

Printed by 403528 at 2/12/26 4:51 PM

MC_003840

## 09/20/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Jennifer L Reed, ARNP | Ordered on: 9/10/2025 |
| Start date: 9/10/2025 | End date: 10/15/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 12/3/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 9/24/2025 |
| Start date: 9/24/2025 | End date: 12/3/2025 |
| Quantity: 180 Capsule | Refill: No refills remaining |

### Stopped in Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0632

Medds and pharmacy updated

## Results                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2025

Page 302

Printed by 403528 at 2/12/26 4:51 PM

MC_003841

## Preferred Pharmacy (continued)

**Pharmacy Contact (continued)**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/20/2025

Page 303

Printed by 403528 at 2/12/26 4:51 PM

MC_003842

---

### 09/09/2025 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
 **CSN:** 419518996

---

### *Account Information*

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 9/9/2025 | | | No service for | |

Admitting Physician:  Chief Complaint:  Refill Request; Rx Refil*
Adm Dx:

Gestational Age: <None>

---

### *Patient Information*

| Home Address: | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Work Phone | Not on file. |
| | | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

Primary Care Physician: Charlotte A Haley, MD  Employer Phone:
Referring Physician:  Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### *Guarantor Information*

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

Home Phone:
Guarantor's Employer:
Work Phone:

---

### *Primary Insurance*

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### *Secondary Insurance*

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### *Accident Information*

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/9/2025

Page 304

Printed by 403528 at 2/12/26 4:51 PM

MC_003843

## 09/09/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (tramadol - SAFEWAY PHARMACY #1594 - TACOMA, WA)
- Rx Refill Center - Control Medication, onset date 9/9/2025

#### Visit Diagnosis

- **Degeneration of lumbar or lumbosacral intervertebral disc (primary) [M51.379]**

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 9/9/2025 9:43 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Collette R Whiteacre at 9/10/2025 0819

| Author: Collette R Whiteacre | Service: — | Author Type: — |
|---|---|---|
| Filed: 9/10/2025 8:23 AM | Encounter Date: 9/9/2025 | Status: Signed |
| Editor: Collette R Whiteacre | | |

**Pharmacy Refill Center Support Note**
**PCP Gone**
**Controlled Substance**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
***Route*** *message to provider*

***PRC Case Review***
*Clinical content:*
**Pending TOC 12/05/2025 with Thomas J Morello, DO**
*Last prescribed by Kristen D Abrams, ARNP on 8/07/2025*
*Last dispensed: 8/08/2025*
*Last encounter with Rachel D Dawson, MD: 3/25/2025.*
*Next appointment with PCP: Visit date not found*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/9/2025

Page 305

Printed by 403528 at 2/12/26 4:51 PM

MC_003844

## 09/09/2025 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### The most relevant results are:

The last BMP result was

**Na**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 136 | 135 - 145 mmol/L | Final |

**K**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 4.5 | 3.6 - 5.3 mmol/L | Final |

**BUN**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 19 | 8 - 24 mg/dL | Final |

**Creatinine**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

The last SGOT result was

**SGOT/AST**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 24 | 5 - 40 IU/L | Final |
| 06/26/2023 | 22 | 5 - 40 IU/L | Final |

The last SGPT result was

**SGPT/ALT**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 25 | 6 - 60 IU/L | Final |

**Amphetamine scr ur**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Barbiturate scr ur**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Benzodiazepin scr ur**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Cannabinoid scr ur**
| Date | Value | | Ref Range | Status |
|------|-------|--|-----------|--------|
| 09/03/2020 | Negative | ( <50 ng/mL) | | Final |

**Cocaine metabol ur**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Methadone scr urine**
| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/9/2025

Page 306

Printed by 403528 at 2/12/26 4:51 PM

MC_003845

## 09/09/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

**Oxycodone ur**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 05/25/2022 | Negative | Negative | Final |

**Comment**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 09/03/2020 | | | Final |

Comment:

*Negative = no drug detected at defined sensitivity limits. Confirm positives by
alternate method if medically indicated. Test results for medical purposes only,
not for forensic, evidentiary, employment, criminal prosecution.*

Electronically signed by Collette R Whiteacre at 9/10/2025 8:23 AM

### Telephone Encounter by Collette R Whiteacre at 9/10/2025 0823

| Author: Collette R Whiteacre | Service: --- | Author Type: --- |
|------|------|------|
| Filed: 9/10/2025 8:23 AM | Encounter Date: 9/9/2025 | Status: Signed |
| Editor: Collette R Whiteacre | | |

Pending Prescriptions:  Disp  Refills
  tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
  pain.

-----------------------------------------------------------

Electronically signed by Collette R Whiteacre at 9/10/2025 8:23 AM

### Telephone Encounter by Nadia N Abbasi, MA at 9/10/2025 0838

| Author: Nadia N Abbasi, MA | Service: Family Medicine | Author Type: Medical Assistant |
|------|------|------|
| Filed: 9/10/2025 8:40 AM | Encounter Date: 9/9/2025 | Status: Signed |
| Editor: Nadia N Abbasi, MA (Medical Assistant) | | Cosigner: Annette M Spencer, MA at 9/10/2025 12:06 PM |

Former Dawson. Transfer of care scheduled for 12/5/25 with Thomas J Morello.
Date scheduled 3/24/2025 3:53 PM.

### Requested Prescriptions

Pending Prescriptions  Disp  Refills
- tramadol (ULTRAM) 50 MG Tab [Pharmacy Med Name: Tramadol Hydrochloride 50  160
  Mg Tab Unic]  Tablet
    Sig: Take 2 Tablets by mouth every 8 hours as needed for pain.

Please review

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/9/2025

Page 307

Printed by 403528 at 2/12/26 4:51 PM

MC_003846

## 09/09/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Nadia N Abbasi, MA at 9/10/2025 8:40 AM
Electronically signed by Annette M Spencer, MA at 9/10/2025 12:06 PM

### Telephone Encounter by Nadia N Abbasi, MA at 9/10/2025 0840

| Author: Nadia N Abbasi, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 9/10/2025 8:40 AM | Encounter Date: 9/9/2025 | Status: Signed |

Editor: Nadia N Abbasi, MA (Medical Assistant)
Pending Prescriptions:      Disp   Refills
  tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.

---------------------------------------------------------------

Electronically signed by Nadia N Abbasi, MA at 9/10/2025 8:40 AM

### Telephone Encounter by Jennifer L Reed, ARNP at 9/10/2025 1610

| Author: Jennifer L Reed, ARNP | Service: Family Medicine | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 9/10/2025 4:10 PM | Encounter Date: 9/9/2025 | Status: Signed |

Editor: Jennifer L Reed, ARNP (Nurse Practitioner)
Signed Prescriptions:      Disp   Refills
  tramadol (ULTRAM) 50 MG Tab     160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.
Authorizing Provider: REED, JENNIFER L

---------------------------------------------------------------

Electronically signed by Jennifer L Reed, ARNP at 9/10/2025 4:10 PM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
|---|---|
| Start date: 5/21/2019 | Quantity: 1 Each |

Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
|---|---|
| Start date: 10/14/2021 | Quantity: 1 Each |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/9/2025

Page 308

Printed by 403528 at 2/12/26 4:51 PM

MC_003847

## 09/09/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Refill: No refills remaining

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD
Start date: 12/14/2023
Refill: No refills remaining

Ordered on: 12/14/2023
Quantity: 1 Kit

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA

Entered on: 5/24/2024

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

Discontinued by: Jing Weng, ARNP
Reason for discontinuation: Patient discontinued
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD
Start date: 8/5/2024
Action: Patient not taking
Refill: 11 refills by 8/5/2025

Discontinued on: 10/15/2025

Ordered on: 8/5/2024
End date: 10/15/2025
Quantity: 3 mL

#### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 12/2/2024
Quantity: 90 Tablet

Discontinued on: 11/26/2025

Ordered on: 12/2/2024
End date: 11/24/2025
Refill: 3 refills by 12/2/2025

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Maria Christina Dajoyag-Mapili, MD
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2025
Quantity: 180 Capsule

Discontinued on: 9/24/2025

Ordered on: 1/31/2025
End date: 9/24/2025
Refill: 2 refills by 1/31/2026

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD
Start date: 2/5/2025
Quantity: 30 Tablet

Discontinued on: 10/7/2025

Ordered on: 2/5/2025
End date: 10/6/2025
Refill: 1 refill by 2/5/2026

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 3/31/2025
Quantity: 15 Tablet

Discontinued on: 10/15/2025

Ordered on: 3/31/2025
End date: 10/15/2025
Refill: 2 refills by 9/27/2025

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapili, MD
Instructions: Take 1 Tablet by mouth once daily.

Discontinued on: 11/30/2025

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/9/2025

Page 309

Printed by 403528 at 2/12/26 4:51 PM

MC_003848

## 09/09/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Authorized by: Rachel D Dawson, MD
Start date: 4/3/2025
Quantity: 100 Tablet

Ordered on: 4/3/2025
End date: 11/30/2025
Refill: 1 refill by 4/3/2026

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Charlotte A Haley, MD
Start date: 7/31/2025
Quantity: 90 Capsule

Discontinued on: 2/9/2026

Ordered on: 7/31/2025
End date: 2/9/2026
Refill: 1 refill by 7/31/2026

#### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain.
Authorized by: Jennifer L Reed, ARNP
Start date: 9/10/2025
Quantity: 160 Tablet

Discontinued on: 10/15/2025

Ordered on: 9/10/2025
End date: 10/15/2025
Refill: No refills remaining

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Results

(Order)

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 9/9/2025

Page 310

Printed by 403528 at 2/12/26 4:51 PM

MC_003849

## Preferred Pharmacy (continued)

### Pharmacy Address and Hours (continued)

### Pharmacy Contact

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                     MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW           Visit date: 9/9/2025
LAKEWOOD WA 98499-2767

Page 311                                      Printed by 403528 at 2/12/26  4:51 PM

MC_003850

## 08/04/2025 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**　　　　　**MRN:** 172930
　　　　　　　　　　　　　　　　　　　　　　　**CSN:** 414654230

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 8/4/2025 | | | No service for | |

**Admitting Physician:**　　　　　　　　　**Chief Complaint:** Refill Request; Rx Refil*
　　　　　　　　　　　　　　　　　　　　**Adm Dx:**

　　　　　　　　　　　　　　　　　　　　Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD　　　**Employer Phone:**
**Referring Physician:**　　　　　　　　　　　　　　　**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | | Acct Type: | |
|---|---|---|---|---|
| Guarantor Name: | | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |
| Home Phone: | | | | |
| Guarantor's Employer: | | | | |
| Work Phone: | | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD　　　Larocque, Linda J
CLINIC　　　　　　　　　　MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW　　　　　Visit date: 8/4/2025
LAKEWOOD WA 98499-2767

Page 312　　　　　　　　　　　　　　　　　　　Printed by 403528 at 2/12/26 4:51 PM

MC_003851

## 08/04/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Tramadol- SAFEWAY PHARMACY #1594 - TACOMA, WA )
- Rx Refill Center - Control Medication, onset date 8/4/2025
- Rx Refill Center - No Pcp Listed In Epic, onset date 8/4/2025

#### Visit Diagnosis

- Degeneration of lumbar or lumbosacral intervertebral disc (primary) [M51.379]

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 8/4/2025 12:08 PM | Kristen D Abrams, ARNP | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Rachelle B Noel at 8/5/2025 1029

| Author: Rachelle B Noel | Service: Pharmacy | Author Type: — |
|---|---|---|
| Filed: 8/5/2025 10:30 AM | Encounter Date: 8/4/2025 | Status: Signed |
| Editor: Rachelle B Noel | | |

**Pharmacy Refill Center Support Note**
**Non-Protocol-PCP Gone**
**Controlled Substance**

**Back Office Staff - Clinical Follow Up:**
*Schedule* a transfer of care appointment
*Route* message to provider

*PRC Case Review*
*Clinical content:*
**Pt has pending appt with T.Morello on 12/05/2025.**

*Last prescribed by Kristen Abrams on 07/08/2025*

| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 8/4/2025 |

Page 313

Printed by 403528 at 2/12/26 4:51 PM

MC_003852

---

## 08/04/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

*Last dispensed: 07/08/2025*
*Last encounter with Rachel D Dawson, MD: 03/25/2025*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*
**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 90 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Rachelle B Noel at 8/5/2025 10:30 AM

---

### Telephone Encounter by Rachelle B Noel at 8/5/2025 1030

| | | |
|---|---|---|
| Author: Rachelle B Noel | Service: Pharmacy | Author Type: — |
| Filed: 8/5/2025 10:30 AM | Encounter Date: 8/4/2025 | Status: Signed |
| Editor: Rachelle B Noel | | |

Pending Prescriptions:              Disp   Refills
 tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
   pain.

-----------------------------------------------------------

Electronically signed by Rachelle B Noel at 8/5/2025 10:30 AM

---

### Telephone Encounter by Ajanae C Gray at 8/5/2025 1158

| | | |
|---|---|---|
| Author: Ajanae C Gray | Service: — | Author Type: — |
| Filed: 8/5/2025 11:58 AM | Encounter Date: 8/4/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

## Requested Prescriptions

| Pending Prescriptions | Disp | Refills |
|---|---|---|
| • tramadol (ULTRAM) 50 MG Tab [Pharmacy Med Name: Tramadol Hydrochloride 50 Mg Tab Unic]<br>Sig: Take 2 Tablets by mouth every 8 hours as needed for pain. | 160 Tablet | 0 |

Electronically signed by Ajanae C Gray at 8/5/2025 11:58 AM

---

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2025

MC_003853

## 08/04/2025 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### Telephone Encounter by Ajanae C Gray at 8/5/2025 1158

| | | |
|---|---|---|
| Author: Ajanae C Gray | Service: — | Author Type: — |
| Filed: 8/5/2025 11:58 AM | Encounter Date: 8/4/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

Pending Prescriptions:      Disp   Refills
  tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.

----------------------------------------------------------

Electronically signed by Ajanae C Gray at 8/5/2025 11:58 AM

### Telephone Encounter by Kristen D Abrams, ARNP at 8/7/2025 1357

| | | |
|---|---|---|
| Author: Kristen D Abrams, ARNP | Service: — | Author Type: Nurse Practitioner |
| Filed: 8/7/2025 1:57 PM | Encounter Date: 8/4/2025 | Status: Signed |
| Editor: Kristen D Abrams, ARNP (Nurse Practitioner) | | |

Signed Prescriptions:      Disp   Refills
  tramadol (ULTRAM) 50 MG Tab     160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.
Authorizing Provider: ABRAMS, KRISTEN D

----------------------------------------------------------

Electronically signed by Kristen D Abrams, ARNP at 8/7/2025 1:57 PM

### Telephone Encounter by Kristen D Abrams, ARNP at 8/7/2025 1357

| | | |
|---|---|---|
| Author: Kristen D Abrams, ARNP | Service: — | Author Type: Nurse Practitioner |
| Filed: 8/7/2025 1:57 PM | Encounter Date: 8/4/2025 | Status: Signed |
| Editor: Kristen D Abrams, ARNP (Nurse Practitioner) | | |

Signed Prescriptions:      Disp   Refills
  tramadol (ULTRAM) 50 MG Tab     160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
    pain.
Authorizing Provider: ABRAMS, KRISTEN D

----------------------------------------------------------

Electronically signed by Kristen D Abrams, ARNP at 8/7/2025 1:57 PM

**Medication List**

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2025

Page 315

Printed by 403528 at 2/12/26 4:51 PM

MC_003854

## 08/04/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                       Quantity: 1 Each
Refill: No refills remaining

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                      Quantity: 1 Each
Refill: No refills remaining

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                      Quantity: 1 Kit
Refill: No refills remaining

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA               Entered on: 5/24/2024

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector

Discontinued by: Jing Weng, ARNP            Discontinued on: 10/15/2025
Reason for discontinuation: Patient discontinued
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD          Ordered on: 8/5/2024
Start date: 8/5/2024                        End date: 10/15/2025
Action: Patient not taking                  Quantity: 3 mL
Refill: 11 refills by 8/5/2025

#### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD        Discontinued on: 11/26/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD          Ordered on: 12/2/2024
Start date: 12/2/2024                       End date: 11/24/2025
Quantity: 90 Tablet                         Refill: 3 refills by 12/2/2025

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Maria Christina Dajoyag-Mapili, MD    Discontinued on: 9/24/2025
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 1/31/2025
Start date: 1/31/2025                       End date: 9/24/2025
Quantity: 180 Capsule                       Refill: 2 refills by 1/31/2026

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD      Discontinued on: 10/7/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD          Ordered on: 2/5/2025
Start date: 2/5/2025                        End date: 10/6/2025
Quantity: 30 Tablet                         Refill: 1 refill by 2/5/2026

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2025

Page 316

Printed by 403528 at 2/12/26 4:51 PM

MC_003855

## 08/04/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

**verapamil (CALAN SR) 240 MG Tab CR**

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

**tramadol (ULTRAM) 50 MG Tab**

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 9/10/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Kristen D Abrams, ARNP | Ordered on: 8/7/2025 |
| Start date: 8/7/2025 | End date: 9/10/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Meds and pharmacy updated

## Results

(Order )

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2025

Page 317

Printed by 403528 at 2/12/26 4:51 PM

MC_003856

## 08/04/2025 - Refill in Lakawood Family Practice (continued)

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

__Visit Pharmacy__

SAFEWAY PHARMACY #1594 - TACOMA, WA

__Pharmacy Address and Hours__

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

__Pharmacy Contact__

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

__Patient Instructions__

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2025

Page 318

Printed by 403528 at 2/12/26 4:51 PM

MC_003857

## 08/04/2025 - Patient Message in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                            **CSN:** 414633476

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 8/4/2025 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:**
                                 **Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | Telephone Information: | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
|---|---|
| 5700 100th St SW | MRN: 172930, DOB: 2/9/1958, Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 8/4/2025 |

Page 319                                   Printed by 403528 at 2/12/26 4:51 PM

MC_003858

## 08/04/2025 - Patient Message in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

##### Encounter Provider

Chart My

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 8/4/2025 11:08 AM | Chart My | LAKEWOOD FP | LWMCC |

**Results** (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Messages**

**refill**

| From | To | Sent and Delivered |
|---|---|---|
| Ajanae C Gray Last Read In MyChart 11/26/2025 7:28 PM by Larocque, Linda J | Larocque, Linda J | 8/4/2025 11:08 AM |

Good morning Linda,

You refill request for alprazolam (XANAX) 0.25 MG  has been denied due to you needing an appointment .

Please contact the clinic at 253-792-6526 or leave a MyChart message if you have any questions or concerns.

I hope you have a wonderful day, thank you!

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2025

Page 320

Printed by 403528 at 2/12/26  4:51 PM

MC_003859

## Preferred Pharmacy (continued)

**Messages (continued)**

Ajanae C Gray MA-C LWFP

**MyChart is not intended for Urgent/Emergent communication. Please call 911 if you are having an emergency.**

**\*\* Please note any messages ssnt after business hours (Monday-Friday 7AM-5:30PM) or over the weekend/holiday do not get reviewed until next business day by clinic staff.**

**MyChart messages do not go directly to the providers personal inbox. Messagea can take 24–48 business hours for a response once it is received and reviewed by provider**

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/4/2025

MC_003860

___

## 08/01/2025 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**      **MRN:** 172930
       **CSN:** 414433389

___

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 8/1/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| Home Address: | 6824 S Park Ave |
| | Tacoma WA 98408-5509 |

Telephone Information:
Home Phone — Not on file.
Work Phone — Not on file.
Mobile — 253-273-7247
**Employer:**

No address on file.

SSN: xxx-xx-5145
Age: 68 year old
DOB: 2/9/1958 (67 yrs)
Sex: female
Marital Status: Married

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |

Home Phone:
Guarantor's Employer:
Work Phone:

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2025

MC_003861

## 08/01/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (alprazolam (XANAX) 0.25 MG Tab--SAFEWAY PHARMACY #1594 - TACOMA, WA); onset date 8/1/2025
- Rx Refill Center - No Pcp Listed in Epic, onset date 8/1/2025
- Rx Refill Center - Control Medication, onset date 8/1/2025

#### Visit Diagnosis

- RECURR DEPR PSYCHOS-MOD (primary) [F33.1]

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 8/1/2025 12:46 PM | Rachel D Dewson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Leakekna Kao at 8/1/2025 1247

| | | |
|---|---|---|
| Author: Leakekna Kao | Service: Pharmacy | Author Type: — |
| Filed: 8/1/2025 12:47 PM | Encounter Date: 8/1/2025 | Status: Signed |
| Editor: Leakekna Kao | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance. Please include ICD code.**
**PCP listed is gone.**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

*PRC Case Review*
*Last dispensed: 07/11/25*
*Last encounter with Rachel D Dawson, MD: 3/25/2025*
*Next appointment with PCP: Visit date not found*

*Renal Function:*

Page 323

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003862

## 08/01/2025 - Refill In Lakewood Family Practice (continued)

### Clinical Notes (continued)

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Leakekna Kao at 8/1/2025 12:47 PM

---

### Telephone Encounter by Ajanae C Gray at 8/1/2025 1255

| | | |
|---|---|---|
| Author: Ajanae C Gray | Service: — | Author Type: — |
| Filed: 8/1/2025 12:56 PM | Encounter Date: 8/1/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

### Requested Prescriptions

Pending Prescriptions

| | Disp | Refills |
|---|---|---|
| • alprazolam (XANAX) 0.25 MG Tab | 15 Tablet | 2 |

Sig: Take 1 Tablet by mouth three times a day as needed for anxiety.

Electronically signed by Ajanae C Gray at 8/1/2025 12:56 PM

---

### Telephone Encounter by Ajanae C Gray at 8/1/2025 1256

| | | |
|---|---|---|
| Author: Ajanae C Gray | Service: — | Author Type: — |
| Filed: 8/1/2025 12:56 PM | Encounter Date: 8/1/2025 | Status: Signed |
| Editor: Ajanae C Gray | | |

Pending Prescriptions:    Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab    15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
    for anxiety.

----------------------------------------------

Electronically signed by Ajanae C Gray at 8/1/2025 12:56 PM

---

### Telephone Encounter by Charlotte A Haley, MD at 8/1/2025 1418

| | | |
|---|---|---|
| Author: Charlotte A Haley, MD | Service: — | Author Type: Physician |
| Filed: 8/1/2025 2:18 PM | Encounter Date: 8/1/2025 | Status: Signed |
| Editor: Charlotte A Haley, MD (Physician) | | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2025

Page 324

Printed by 403528 at 2/12/26 4:51 PM

MC_003863

## 08/01/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Refused Prescriptions:           Disp  Refills
  alprazolam (XANAX) 0.25 MG Tab      15 Tab*2
Sig: Take 1 Tablet by mouth three times a day as needed
     for anxiety.
Refused By: HALEY, CHARLOTTE
Reason for Refusal: Patient needs an appointment

-----------------------------------------------------------------

Electronically signed by Charlotte A Haley, MD at 8/1/2025  2:18 PM

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                       Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                       Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                       Quantity: 1 Kit
Refill: No refills remaining

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA               Entered on: 5/24/2024

##### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector

Discontinued by: Jing Weng, ARNP            Discontinued on: 10/15/2025
Reason for discontinuation: Patient discontinued
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD          Ordered on: 8/5/2024
Start date: 8/5/2024                         End date: 10/15/2025
Action: Patient not taking                   Quantity: 3 mL
Refill: 11 refills by 8/5/2025

##### rosuvastatin (CRESTOR) 20 mg Tab

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 8/1/2025
LAKEWOOD WA 98499-2767

Page 325                                    Printed by 403528 at 2/12/26  4:51 PM

MC_003864

## 08/01/2025 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 9/24/2025 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025 |
| Start date: 1/31/2025 | End date: 9/24/2025 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025 |
| Start date: 2/5/2025 | End date: 10/6/2025 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Kristen D Abrams, ARNP | Discontinued on: 8/7/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Kristen D Abrams, ARNP | Ordered on: 7/8/2025 |
| Start date: 7/8/2025 | End date: 8/7/2025 |
| Quantity: 180 Tablet | Refill: No refills remaining |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2025

Page 326

Printed by 403528 at 2/12/26 4:51 PM

MC_003865

## 08/01/2025 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

| | |
|---|---|
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

**Stopped in Visit**

None

**Medication Comment**

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results                                                                                     (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 8/1/2025

Page 327

Printed by 403528 at 2/12/26 4:51 PM

MC_003866

## 07/30/2025 - Refill in Lakewood Family Practice

## MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 414029985

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/30/2025 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Refill Request; Rx Refil*
                                  **Adm Dx:**

                                  Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**Telephone Information:**
Home Phone          Not on file.
Work Phone          Not on file.
Mobile              253-273-7247

**SSN:** xxx-xx-5145
**Age:** 68 year old
**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:**          Self          **Acct Type:**
**Guarantor Name:**                                       **Acct ID:**
**Guarantor Address:**                     6824 S PARK AVE
                                           TACOMA, WA 98408-5509          **DOB:**          2/9/1958
**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

### Primary Insurance

**Name of Insurance:**          AETNA HMO MEDICARE ADVAN*  **Group Name:**
**Subscriber Name:**            LAROCQUE,LINDA J          **Group #:**          000003-WA
**Subscriber DOB:**                                       **Ins ID#:**          101724898200
**Pt Relationship to Sub:**     Self

### Secondary Insurance

**Name of Insurance:**          RX MEDD AETNA PDP AND MA*  **Group Name:**
**Subscriber Name:**            LAROCQUE,LINDA J          **Group #:**          RXAETD
**Subscriber DOB:**                                       **Ins ID#:**          101724898200
**Pt Relationship to Sub:**     Self

### Accident Information

Page 328

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/30/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003867

## 07/30/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Hydrochlorothiazide-SAFEWAY PHARMACY #1594 - TACOMA, WA )
- Rx Refill Center - No Pcp Listed In Epic, onset date 7/30/2025

#### Visit Diagnosis

- (primary)

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 7/30/2025 3:19 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Quynh Giao T Nguyen, PHARM D at 7/31/2025 1538

| Author: Quynh Giao T Nguyen, PHARM D | Service: Pharmacy | Author Type: Pharmacist |
|---|---|---|
| Filed: 7/31/2025 3:41 PM | Encounter Date: 7/30/2025 | Status: Signed |
| Editor: Quynh Giao T Nguyen, PHARM D (Pharmacist) | | |

**Pharmacy Refill Center Support Note**
**Non-Protocol - pcp listed as gone**

**Back Office Staff - Clinical Follow Up:**
*There is no back office staff staging for this refill request.*
*Route message to PCP*

***PRC Case Review***
*Last encounter with Rachel D Dawson, MD: 3/25/2025*
*Next appointment with PCP: Visit date not found*

**Hypertension Rx Labs**
BP Readings from Last 3 Encounters:
04/02/25     118/72
03/25/25     126/74

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/30/2025

Page 329

Printed by 403528 at 2/12/26 4:51 PM

MC_003868

## 07/30/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| 01/22/25 | 111/68 |
|----------|--------|

**Na**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 136 | 135 - 145 mmol/L | Final |

**K**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 4.5 | 3.6 - 5.3 mmol/L | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 19 | 8 - 24 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**eGFR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 06/11/2025 | 90 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Quynh Giao T Nguyen, PHARM D at 7/31/2025 3:41 PM

### Telephone Encounter by Quynh Giao T Nguyen, PHARM D at 7/31/2025 1541

| | | |
|---|---|---|
| Author: Quynh Giao T Nguyen, PHARM D | Service: Pharmacy | Author Type: Pharmacist |
| Filed: 7/31/2025 3:41 PM | Encounter Date: 7/30/2025 | Status: Signed |
| Editor: Quynh Giao T Nguyen, PHARM D (Pharmacist) | | |

Pending Prescriptions:      Disp    Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*1
Sig: Take 1 Capsule by mouth once daily.

-------------------------------------------------------------

Electronically signed by Quynh Giao T Nguyen, PHARM D at 7/31/2025 3:41 PM

### Telephone Encounter by Tomika Long, MA at 7/31/2025 1559

| | | |
|---|---|---|
| Author: Tomika Long, MA | Service: — | Author Type: Medical Assistant |
| Filed: 7/31/2025 3:59 PM | Encounter Date: 7/30/2025 | Status: Signed |
| Editor: Tomika Long, MA (Medical Assistant) | | |

Page 330

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/30/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003869

## 07/30/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Pending Prescriptions:     Disp  Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*1
Sig: Take 1 Capsule by mouth once daily.

----------------------------------------------------------

Electronically signed by Tomika Long, MA at 7/31/2025 3:59 PM

### Telephone Encounter by Charlotte A Haley, MD at 7/31/2025 2146

| | | |
|---|---|---|
| Author: Charlotte A Haley, MD | Service: — | Author Type: Physician |
| Filed: 7/31/2025 9:46 PM | Encounter Date: 7/30/2025 | Status: Signed |
| Editor: Charlotte A Haley, MD (Physician) | | |

Signed Prescriptions:     Disp  Refills
  hydrochlorothiazide (MICROZIDE) 12.5 MG Ca*90 Cap*1
Sig: Take 1 Capsule by mouth once daily.
Authorizing Provider: HALEY, CHARLOTTE A

----------------------------------------------------------

Electronically signed by Charlotte A Haley, MD at 7/31/2025 9:46 PM

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quentity: 1 Kit |
| Refill: No refills remaining | |

###### aspirin 81 MG Chew Tab

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/30/2025

MC_003870

## 07/30/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA      Entered on: 5/24/2024

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |
| Action: Patient not taking | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 9/24/2025 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025 |
| Start date: 1/31/2025 | End date: 9/24/2025 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026 |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025 |
| Start date: 2/5/2025 | End date: 10/6/2025 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardia symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/30/2025

Page 332      Printed by 403528 at 2/12/26 4:51 PM

MC_003871

## 07/30/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

**tramadol (ULTRAM) 50 MG Tab**

| | |
|---|---|
| Discontinued by: Kristen D Abrams, ARNP | Discontinued on: 8/7/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Kristen D Abrams, ARNP | Ordered on: 7/8/2025 |
| Start date: 7/8/2025 | End date: 8/7/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 2/9/2026 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Charlotte A Haley, MD | Ordered on: 7/31/2025 |
| Start date: 7/31/2025 | End date: 2/9/2026 |
| Quantity: 90 Capsule | Refill: 1 refill by 7/31/2026 |

### Stopped in Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1956, Legal Sex: F
Visit date: 7/30/2025

Page 333

Printed by 403528 at 2/12/26 4:51 PM

MC_003872

## 07/07/2025 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**        **MRN:** 172930
                                          **CSN:** 411103898

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/7/2025 | | | No service for | |

**Admitting Physician:**                  **Chief Complaint:** Refill Request; Rx Refil*
                                          **Adm Dx:**

                                          Gestational Age: <None>

---

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| Home Address: | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | | Mobile | 253-273-7247 |
| Age: | 68 year old | | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | | No address on file. |
| Sex: | female | | | |
| Marital Status: | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD        **Employer Phone:**
**Referring Physician:**                                 **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### Guarantor Information

| Guarantor Relationship to Pt: | Self | Acct Type: | |
|---|---|---|---|
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

---

### Primary Insurance

| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### Secondary Insurance

| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
|---|---|---|---|
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/7/2025

Page 334                                          Printed by 403528 at 2/12/26  4:51 PM

MC_003873

---

## 07/07/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (tramadol (ULTRAM) 50 MG Tab--SAFEWAY PHARMACY #1594 - TACOMA, WA)
- Rx Refill Center - Control Medication, onset date 7/7/2025

#### Visit Diagnosis

- **Degeneration of lumbar or lumbosacral intervertebral disc (primary) [M51.379]**

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

|  | Provider | Department | Center |
|---|---|---|---|
| 7/7/2025 1:29 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Leakekna Kao at 7/8/2025 0648

| | | |
|---|---|---|
| Author: Leakekna Kao | Service: Pharmacy | Author Type: — |
| Filed: 7/8/2025  6:49 AM | Encounter Date: 7/7/2025 | Status: Signed |
| Editor: Leakekna Kao | | |

**Pharmacy Refill Center Support Note**
**Controlled Substance. MD / Office, please include ICD code.**

**Clinical Follow Up - BOS:**
*There is no back office staff staging for this refill request.*
**Route** *message to PCP*

**PRC Case Review**
*Last dispensed: 06/05/25*
*Last encounter with Rachel D Dawson, MD: 3/25/2025*
*Next appointment with PCP: Visit date not found*

**Renal Function:**
**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|

Page 335

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/7/2025

Printed by 403528 at 2/12/26  4:51 PM

MC_003874

## 07/07/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | | |
|---|---|---|---|
| 06/11/2025 | 0.73 | 0.6 - 1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 109 | >59 mL/min/1.73 m2 | Final |

**GFR African American**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2023 | 131 | >59 mL/min/1.73 m2 | Final |

Electronically signed by Leakekna Kao at 7/8/2025 6:49 AM

### Telephone Encounter by Paige Davidson, MA at 7/8/2025 0819

| | | |
|---|---|---|
| Author: Paige Davidson, MA | Service: — | Author Type: Medical Assistant |
| Filed: 7/8/2025 8:19 AM | Encounter Date: 7/7/2025 | Status: Signed |
| Editor: Paige Davidson, MA (Medical Assistant) | | |

Patient has transfer of care on 12/05/2025 with Morello

Electronically signed by Paige Davidson, MA at 7/8/2025 8:19 AM

### Telephone Encounter by Paige Davidson, MA at 7/8/2025 0819

| | | |
|---|---|---|
| Author: Paige Davidson, MA | Service: — | Author Type: Medical Assistant |
| Filed: 7/8/2025 8:19 AM | Encounter Date: 7/7/2025 | Status: Signed |
| Editor: Paige Davidson, MA (Medical Assistant) | | |

Pending Prescriptions:     Disp   Refills

tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*0

Sig: Take 2 Tablets by mouth every 8 hours as needed for pain.

---

Electronically signed by Paige Davidson, MA at 7/8/2025 8:19 AM

### Telephone Encounter by Kristen D Abrams, ARNP at 7/8/2025 0844

| | | |
|---|---|---|
| Author: Kristen D Abrams, ARNP | Service: — | Author Type: Nurse Practitioner |
| Filed: 7/8/2025 8:44 AM | Encounter Date: 7/7/2025 | Status: Signed |
| Editor: Kristen D Abrams, ARNP (Nurse Practitioner) | | |

Signed Prescriptions:     Disp   Refills

tramadol (ULTRAM) 50 MG Tab    160 Ta*0

Sig: Take 2 Tablets by mouth every 6 hours as needed for pain.

Authorizing Provider: ABRAMS, KRISTEN D

---

Electronically signed by Kristen D Abrams, ARNP at 7/8/2025 8:44 AM

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/7/2025

Page 336

Printed by 403528 at 2/12/26 4:51 PM

MC_003875

## 07/07/2025 - Refill in Lakewood Family Practice (continued)

### Clinical Notes (continued)

#### Telephone Encounter by Vanessa L Daniels, ARNP at 7/8/2025 0913

| | | |
|---|---|---|
| Author: Vanessa L Daniels, ARNP | Service: Internal Medicine | Author Type: Nurse Practitioner |
| Filed: 7/8/2025  9:13 AM | Encounter Date: 7/7/2025 | Status: Signed |
| Editor: Vanessa L Daniels, ARNP (Nurse Practitioner) | | |

Signed Prescriptions:         Disp  Refills  tramadol (ULTRAM) 50 MG Tab         160 Ta*0     Sig: Take 2 Tablets by mouth
every 8 hours as needed for         pain.Authorizing Provider: ABRAMS, KRISTEN D---------------------------------------------------------------

Electronically signed by Vanessa L Daniels, ARNP at 7/8/2025  9:13 AM

#### Telephone Encounter by Vanessa M Perez at 7/8/2025 1050

| | | |
|---|---|---|
| Author: Vanessa M Perez | Service: — | Author Type: — |
| Filed: 7/8/2025 10:50 AM | Encounter Date: 7/7/2025 | Status: Signed |
| Editor: Vanessa M Perez | | |

Signed Prescriptions:         Disp  Refills  tramadol (ULTRAM) 50 MG Tab         160 Ta*0     Sig: Take 2 Tablets by mouth
every 8 hours as needed for         pain.Authorizing Provider: ABRAMS, KRISTEN D---------------------------------------------------------------

Electronically signed by Vanessa M Perez at 7/8/2025 10:50 AM

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

###### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

###### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.

| | |
|---|---|
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/7/2025

Page 337

Printed by 403528 at 2/12/26 4:51 PM

MC_003876

## 07/07/2025 - Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |
| Action: Patient not taking | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 7/31/2025 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/28/2025 |
| Start date: 1/28/2025 | End date: 7/31/2025 |
| Quantity: 90 Capsule | Refill: 1 refill by 1/28/2026 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 9/24/2025 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025 |
| Start date: 1/31/2025 | End date: 9/24/2025 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025 |
| Start date: 2/5/2025 | End date: 10/6/2025 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

### verapamil (CALAN SR) 240 MG Tab CR

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/7/2025

Page 338

Printed by 403528 at 2/12/26  4:51 PM

MC_003877

## 07/07/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

**tramadol (ULTRAM) 50 MG Tab**

| | |
|---|---|
| Discontinued by: Kristen D Abrams, ARNP | Discontinued on: 8/7/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Kristen D Abrams, ARNP | Ordered on: 7/8/2025 |
| Start date: 7/8/2025 | End date: 8/7/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 7/7/2025

Page 339

Printed by 403528 at 2/12/26 4:51 PM

MC_003878

---

## 06/11/2025 - Lab In Lab - Lakewood

**MultiCare Health System**  **MULTICARE TACOMA GENERAL HOSPITAL**

**Patient Name: LAROCQUE, LINDA J**  MRN: 172930
CSN: 407959997

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 6/11/2025 1045 | 719080812 | OL | *Lakewood Place | |

**Admitting Physician:**

**Chief Complaint:**
**Adm Dx:** Diabetes mellitus withou*
Gestational Age: <None>

---

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-5145

**Age:** 68 year old

**DOB:** 2/9/1958 (67 yrs)
**Sex:** female
**Marital Status:** Married

Telephone Information:
Home Phone  Not on file.
Work Phone  Not on file.
Mobile  253-273-7247
**Employer:**

No address on file.

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:** DAWSON, RACHEL D

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

---

### Guarantor Information

| | | | | |
|---|---|---|---|---|
| Guarantor Relationship to Pt: | Self | | Acct Type: | P/F |
| Guarantor Name: | LAROCQUE,LINDA J | | Acct ID: | 6338966 |
| Guarantor Address: | 6824 S PARK AVE | | | |
| | TACOMA, WA 98408-5509 | | DOB: | 2/9/1958 |
| Home Phone: | | | | |
| Guarantor's Employer: | | | | |
| Work Phone: | | | | |

---

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | 02/09/1958 | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

---

### Secondary Insurance

| | | |
|---|---|---|
| Name of Insurance: | | Group Name: |
| Subscriber Name: | | Group #: |
| Subscriber DOB: | | Ins ID#: |
| Pt Relationship to Sub: | | |

---

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 340

Printed by 403528 at 2/12/26  4:51 PM

MC_003879

## 06/11/2025 - Lab In Lab - Lakewood (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

| Name | Acct ID | Class | Status |
|---|---|---|---|
| Larocque, Linda J | 719080812 | Outpatient-Lab | Closed |

### Reason for Visit

#### Visit Diagnoses
- (primary)
- Diabetes mellitus without complication (Multi-HCC) [E11.9]
- NASH (nonalcoholic steatohepatitis) [K75.81]

### Visit Information

#### Provider Information

| Encounter Provider | Referring Provider |
|---|---|
| Lakewood Lab | Rachel D Dawson, MD |

#### Department

| Name | Address |
|---|---|
| Lab - Lakewood | 5700 100TH ST SW SUITE 510 |
| | Lakewood WA 98499 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/11/2025 10:55 AM | Lakewood Lab | TG LWLAB LAKEWOOD LAB | MHS LAB |

MULTICARE TACOMA    Larocque, Linda J
GENERAL HOSPITAL    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 6/11/2025, D/C: 6/11/2025
WAY
TACOMA WA 98405-4234

Page 341                                              Printed by 403528 at 2/12/26 4:51 PM

MC_003880

## 06/11/2025 - Lab in Lab - Lakewood (continued)

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|----------|---------|------|---------------|-----------|------|-----|
| Rachel D Dawson, MD | — | Attending | — | Family Medicine | — | — |

### Events

**Hospital Outpatient at 6/11/2025 1045**

Unit: Lab - Lakewood
Patient class: Outpatient-Lab

**Discharge at 6/11/2025 2359**

Unit: Lab - Lakewood
Patient class: Outpatient-Lab

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

**naloxone (NARCAN) 1 mg/mL Solution**

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |
| Refill: No refills remaining | |

**aspirin 81 MG Chew Tab**

Instructions: Chew and swallow 1 Tablet by mouth once daily.

| | |
|---|---|
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

**Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector**

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 342

Printed by 403528 at 2/12/26 4:51 PM

MC_003881

## 06/11/2025 - Lab In Lab - Lakewood (continued)

**Medication List (continued)**

Action: Patient not taking
Refill: 11 refills by 8/5/2025
Quantity: 3 mL

### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD
Start date: 12/2/2024
Quantity: 90 Tablet

Discontinued on: 11/26/2025

Ordered on: 12/2/2024
End date: 11/24/2025
Refill: 3 refills by 12/2/2025

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/28/2025
Quantity: 90 Capsule

Discontinued on: 7/31/2025

Ordered on: 1/28/2025
End date: 7/31/2025
Refill: 1 refill by 1/28/2026

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Maria Christina Dajoyag-Mapili, MD
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD
Start date: 1/31/2025
Quantity: 180 Capsule

Discontinued on: 9/24/2025

Ordered on: 1/31/2025
End date: 9/24/2025
Refill: 2 refills by 1/31/2026

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD
Start date: 2/5/2025
Quantity: 30 Tablet

Discontinued on: 10/7/2025

Ordered on: 2/5/2025
End date: 10/6/2025
Refill: 1 refill by 2/5/2026

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Charlotte A Haley, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 3/31/2025
Quantity: 15 Tablet

Discontinued on: 10/15/2025

Ordered on: 3/31/2025
End date: 10/15/2025
Refill: 2 refills by 9/27/2025

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapili, MD
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 4/3/2025
Quantity: 100 Tablet

Discontinued on: 11/30/2025

Ordered on: 4/3/2025
End date: 11/30/2025
Refill: 1 refill by 4/3/2026

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD
Start date: 5/1/2025
Refill: 2 refills by 5/1/2026

Ordered on: 5/1/2025
Quantity: 90 Tablet

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 343

Printed by 403528 at 2/12/26 4:51 PM

MC_003882

## 06/11/2025 · Lab In Lab · Lakewood (continued)

### Medication List (continued)

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Kristen D Abrams, ARNP | Discontinued on: 7/8/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Vanessa L Daniels, ARNP | Ordered on: 6/5/2025 |
| Start date: 6/5/2025 | End date: 7/8/2025 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### Stopped In Visit

None

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

### Labs

EMR LR v13.0

## CBC WITH DIFF (Order 937719671)
**Results**

Status: **Final result**
(Collected: 6/11/2025 10:45)

### Results

**CBC WITH DIFF [937719671]**          Resulted: 06/11/25 1936, Result status: Final result

Resulting lab: MHS CENTRAL LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| W675793 | Blood | — | 06/11/25 1045 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.48 | 4.00 - 12.00 K/uL | — | Tacoma General Hospital Laboratory |
| RBC | 5.11 | 4.00 - 5.50 mil/uL | — | Tacoma General Hospital Laboratory |
| Hgb | 15.6 | 12.0 - 16.0 g/dL | — | Tacoma General Hospital Laboratory |
| Hct | 46.3 | 37 - 47 % | — | Tacoma General Hospital Laboratory |
| MCV | 90.6 | 80 - 98 fL | — | Tacoma General Hospital Laboratory |
| MCH | 30.5 | 27 - 33 pg | — | Tacoma General Hospital Laboratory |
| MCHC | 33.7 | 32 - 37 g/dL | — | Tacoma General Hospital Laboratory |
| RDW | 12.2 | 11.5 - 15.0 % | — | Tacoma General Hospital Laboratory |

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 344

Printed by 403528 at 2/12/26 4:51 PM

MC_003883

## 06/11/2025 - Lab in Lab - Lakewood (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Plt | 433 | 150 - 450 K/uL | — | Tacoma General Hospital Laboratory |
| Differential type | Automated | — | — | Tacoma General Hospital Laboratory |
| Abs neuts | 5.05 | 1.80 - 7.80 K/uL | — | Tacoma General Hospital Laboratory |
| Abs immature grans | 0.03 | 0.00 - 0.07 K/uL | — | Tacoma General Hospital Laboratory |
| Abs lymphs | 1.76 | 0.80 - 3.30 K/uL | — | Tacoma General Hospital Laboratory |
| Abs monos | 0.51 | 0.10 - 1.00 K/uL | — | Tacoma General Hospital Laboratory |
| Abs eos | 0.09 | 0.00 - 0.40 K/uL | — | Tacoma General Hospital Laboratory |
| Abs basos | 0.04 | 0.00 - 0.20 K/uL | — | Tacoma General Hospital Laboratory |
| Abs NRBCs | 0.00 | 0.00 K/uL | — | Tacoma General Hospital Laboratory |
| Neuts | 67.6 | % | — | Tacoma General Hospital Laboratory |
| Immature grans | 0.4 | 0.0 - 0.9 % | — | Tacoma General Hospital Laboratory |
| Lymphs | 23.5 | % | — | Tacoma General Hospital Laboratory |
| Monos | 6.8 | % | — | Tacoma General Hospital Laboratory |
| Eos | 1.2 | % | — | Tacoma General Hospital Laboratory |
| Basos | 0.5 | % | — | Tacoma General Hospital Laboratory |
| NRBC | 0.0 | 0.0 % | — | Tacoma General Hospital Laboratory |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 534 - Tacoma General Hospital Laboratory | MHS CENTRAL LABORATORY | Unknown | 315 S Martin L King Jr Way Tacoma WA 98415 | 04/14/25 0828 - 02/02/26 0633 |

## END OF LAB RESULTS REPORT
EMR LR v13.0

## COMPREHEN METABOLIC PANEL (Order 937719673)
### Results

**Status: Final result**
**(Collected: 6/11/2025 10:45)**

### Results

**COMPREHEN METABOLIC PANEL [937719673] (Abnormal)**     Resulted: 06/11/25 2017, Result status: Final result

Resulting lab: MHS CENTRAL LABORATORY

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| W675792 | Blood | — | 06/11/25 1045 |

MULTICARE TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 345

Printed by 403528 at 2/12/26 4:51 PM

MC_003884

## 06/11/2025 - Lab in Lab - Lakewood (continued)

### Labs (continued)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Na | 136 | 135 - 145 mmol/L | — | Tacoma General Hospital Laboratory |
| K | 4.5 | 3.6 - 5.3 mmol/L | — | Tacoma General Hospital Laboratory |
| Cl | 104 | 98 - 109 mmol/L | — | Tacoma General Hospital Laboratory |
| CO2 | 22 | 21 - 32 mmol/L | — | Tacoma General Hospital Laboratory |
| Anion gap w/o K | 10 | 4 - 12 | — | Tacoma General Hospital Laboratory |
| BUN | 19 | 8 - 24 mg/dL | — | Tacoma General Hospital Laboratory |
| Creatinine | 0.73 | 0.6 - 1.2 mg/dL | — | Tacoma General Hospital Laboratory |
| eGFR | 90 | >59 mL/min/1.73 m2 | — | Tacoma General Hospital Laboratory |
| Comment: eGFR calculated by CKD-EPI (2021) Equation | | | | |
| Glucose | 141 | 65 - 120 mg/dL | H* | Tacoma General Hospital Laboratory |
| SGOT/AST | 24 | 5 - 40 IU/L | — | Tacoma General Hospital Laboratory |
| Alk Phos | 67 | 28 - 126 IU/L | — | Tacoma General Hospital Laboratory |
| SGPT/ALT | 25 | 6 - 60 IU/L | — | Tacoma General Hospital Laboratory |
| Bilirubin total | 0.8 | 0.2 - 1.4 mg/dL | — | Tacoma General Hospital Laboratory |
| Protein, Total | 7.8 | 6.1 - 7.8 g/dL | — | Tacoma General Hospital Laboratory |
| Albumin | 4.3 | 3.2 - 5.0 g/dL | — | Tacoma General Hospital Laboratory |
| Globulin (calc) | 3.5 | 2.0 - 4.5 g/dL | — | Tacoma General Hospital Laboratory |
| A:G Ratio | 1.2 | >1.0 | — | Tacoma General Hospital Laboratory |
| Calcium | 10.3 | 8.5 - 10.5 mg/dL | — | Tacoma General Hospital Laboratory |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 534 - Tacoma General Hospital Laboratory | MHS CENTRAL LABORATORY | Unknown | 315 S Martin L King Jr Way Tacoma WA 98415 | 04/14/25 0828 - 02/02/26 0633 |

### END OF LAB RESULTS REPORT

EMR LR v13.0

### LIPID PANEL (Order 937719675)
**Results**

Status: Final result
(Collected: 6/11/2025 10:45)

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 346

Printed by 403528 at 2/12/26 4:51 PM

MC_003885

## 06/11/2025 - Lab in Lab - Lakewood (continued)

Labs (continued)

### Results

**LIPID PANEL [937719675] (Abnormal)**　　　　　Resulted: 06/11/25 2017, Result status: Final result

Resulting lab: MHS CENTRAL LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| W675792 | Blood | — | 06/11/25 1045 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total | 165 | <200 mg/dL | — | Tacoma General Hospital Laboratory |
| Triglycerides | 153 | <150 mg/dL | H^ | Tacoma General Hospital Laboratory |
| HDL Cholesterol | 53 | 40 - 59 mg/dL | — | Tacoma General Hospital Laboratory |
| LDLC | 81 | <100 mg/dL | — | Tacoma General Hospital Laboratory |

Comment:

The reference ("normal") range for the LDL cholesterol test in adults has been lowered to <100 to reflect National Cholesterol Education Program ATP III guidelines.

Goal LDL Cholesterol by risk category per NCEP ATEP III Guidelines in adults:
　CHD and CHD risk equivalents: <100 mg/dL
　　Multiple (2+) risk factors: <130 mg/dL
　　Zero to one risk factor: <160 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Non HDL cholesterol | 112 | <130 mg/dL | — | Tacoma General Hospital Laboratory |
| Chol/HDL ratio | 3.11 | — | — | Tacoma General Hospital Laboratory |
| Trig interpretation | Borderline High 150-199 | — | — | Tacoma General Hospital Laboratory |

　　Comment: High　　200-499
　　Very High　　>499

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Fasting | Yes | — | — | Tacoma General Hospital Laboratory |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 534 - Tacoma General Hospital Laboratory | MHS CENTRAL LABORATORY | Unknown | 315 S Martin L King Jr Way Tacoma WA 98415 | 04/14/25 0828 - 02/02/26 0633 |

### END OF LAB RESULTS REPORT

EMR LR v13.0

MULTICARE TACOMA　　　　　Larocque, Linda J
GENERAL HOSPITAL　　　　　MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Adm: 6/11/2025, D/C: 6/11/2025
WAY
TACOMA WA 98405-4234

Page 347　　　　　　　　　　　　　　　　Printed by 403528 at 2/12/26　4:51 PM

MC_003886

## 06/11/2025 - Lab in Lab - Lakewood (continued)

**Labs (continued)**

### HEMOGLOBIN A1C (Order 937719677)
Results

Status: **Final result**
(Collected: 6/11/2025 10:45)

### Results

**HEMOGLOBIN A1C [937719677] (Abnormal)**                                    Resulted: 06/12/25 1255, Result status: Final result
Resulting lab: MHS CENTRAL LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| W675793 | Blood | — | 06/11/25 1045 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1C | 6.5 | <5.7 % | H* | Tacoma General Hospital Laboratory |

Comment:
HbA1c values of 5.7-6.4 percent indicate an increased risk for developing diabetes mellitus ("prediabetes"). HbA1c values greater than or equal to 6.5 percent are diagnostic of diabetes mellitus. For diagnosis of diabetes in individuals without unequivocal hyperglycemia, results should be confirmed by repeat testing.

| | | | | |
|---|---|---|---|---|
| Est average glucose | 140 | mg/dL | — | Tacoma General Hospital Laboratory |

Comment:
Est average glucose = estimated average glucose. New term and calculation recommended by ADA for more accurate average glucose and better correlation with glucometer values.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 534 - Tacoma General Hospital Laboratory | MHS CENTRAL LABORATORY | Unknown | 315 S Martin L King Jr Way Tacoma WA 98415 | 04/14/25 0828 - 02/02/26 0633 |

## END OF LAB RESULTS REPORT
EMR LR v13.0

### MICROALBUMIN UR RANDOM (Order 937719679)
Results

Status: **Final result**
(Collected: 6/11/2025 10:45)

### Results

**MICROALBUMIN UR RANDOM [937719679]**                                    Resulted: 06/11/25 2214, Result status: Final result
Resulting lab: MHS CENTRAL LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| W675794 | Urine | — | 06/11/25 1045 |

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 348

Printed by 403528 at 2/12/26 4:51 PM

MC_003887

## 06/11/2025 - Lab in Lab - Lakewood (continued)

**Labs (continued)**

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Microalb/creat ratio | 12 | 0 - 30 mg/g creat | — | Tacoma General Hospital Laboratory |
| Creatinine, Urine | 181.98 | mg/dL | — | Tacoma General Hospital Laboratory |

Comment:
The random urine creatinine is provided for your information. Do not
recalculate the microalbumin/creatinine ratio.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 534 - Tacoma General Hospital Laboratory | MHS CENTRAL LABORATORY | Unknown | 315 S Martin L King Jr Way Tacoma WA 98415 | 04/14/25 0828 – 02/02/26 0633 |

## END OF LAB RESULTS REPORT

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Flowsheets**

**LACE+ Score**

| Row Name | 06/12/25 0011 |
|---|---|
| OTHER | |
| LACE+ Readmission Risk Score | 55 -GB |

**User Key**  (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| GB | Batch Job, Grand Central | — | — |

**Patient Instructions**

None

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Adm: 6/11/2025, D/C: 6/11/2025

Page 349

Printed by 403528 at 2/12/26 4:51 PM

MC_003888

## 06/04/2025 - Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 407014058

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/4/2025 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Refill Request; Rx Refil* |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | |
|---|---|
| **Home Address:** 6824 S Park Ave<br>Tacoma WA 98408-5509 | **Telephone Information:**<br>Home Phone   Not on file.<br>Work Phone   Not on file. |
| **SSN:** xxx-xx-5145 | Mobile   253-273-7247 |
| **Age:** 68 year old | **Employer:** |
| **DOB:** 2/9/1958 (67 yrs) | No address on file. |
| **Sex:** female | |
| **Marital Status:** Married | |

**Primary Care Physician:** Charlotte A Haley, MD     **Employer Phone:**
**Referring Physician:**     **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE<br>TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/4/2025

Page 350     Printed by 403528 at 2/12/26 4:51 PM

MC_003889

## 06/04/2025 - Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Ultram -- SAFEWAY PHARMACY #1594 - TACOMA, WA )
- Rx Refill Center - Control Medication, onset date 6/4/2025

#### Visit Diagnosis

- **Degeneration of lumbar or lumbosacral intervertebral disc (primary) [M51.379]**

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Incoming Interface

| | Provider | Department | Center |
|---|---|---|---|
| 6/4/2025 10:04 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Clinical Notes

#### Telephone Encounter by Angeline Phouksouvath at 6/5/2025 0905

| | | |
|---|---|---|
| Author: Angeline Phouksouvath | Service: — | Author Type: — |
| Filed: 6/5/2025 9:06 AM | Encounter Date: 6/4/2025 | Status: Signed |
| Editor: Angeline Phouksouvath | | |

## Pharmacy Refill Center Support Note
## Controlled Substance

### Clinical Follow Up - BOS:
*There is no back office staff staging for this refill request.*
**Route** *message to PCP*

### *PRC Case Review*
*Last dispensed: 05/08/2025*
*Last encounter with Rachel D Dawson, MD: 3/25/2025*
*Next appointment with PCP: Visit date not found*

### *Renal Function:*
**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| | | | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/4/2025

MC_003890

## 06/04/2025 - Refill in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| 11/15/2024 | 0.77 | 0.6 - 1.2 mg/dL | Final |
|---|---|---|---|

**eGFR**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 11/15/2024 | 85 | >59 mL/min/1.73 m2 | Final |

Comment:
*eGFR calculated by CKD-EPI (2021) Equation*

Electronically signed by Angeline Phouksouvath at 6/5/2025 9:06 AM

### Telephone Encounter by Angeline Phouksouvath at 6/5/2025 0906

Author: Angeline Phouksouvath    Service: —    Author Type: —
Filed: 6/5/2025 9:06 AM    Encounter Date: 6/4/2025    Status: Signed
Editor: Angeline Phouksouvath
Pending Prescriptions:    Disp   Refills
   tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
   pain.

-------------------------------------------------

Electronically signed by Angeline Phouksouvath at 6/5/2025 9:06 AM

### Telephone Encounter by Sarah A Tryon, LVN/LPN at 6/5/2025 0943

Author: Sarah A Tryon, LVN/LPN    Service: —    Author Type: Licensed Practical Nurse
Filed: 6/5/2025 9:43 AM    Encounter Date: 6/4/2025    Status: Signed
Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse)
Pending Prescriptions:    Disp   Refills
   tramadol (ULTRAM) 50 MG Tab [Pharmacy Med *160 Ta*0
Sig: Take 2 Tablets by mouth every 8 hours as needed for
   pain.

-------------------------------------------------

Electronically signed by Sarah A Tryon, LVN/LPN at 6/5/2025 9:43 AM

### Telephone Encounter by Vanessa L Daniels, ARNP at 6/5/2025 1020

Author: Vanessa L Daniels, ARNP    Service: Internal Medicine    Author Type: Nurse Practitioner
Filed: 6/5/2025 10:20 AM    Encounter Date: 6/4/2025    Status: Signed
Editor: Vanessa L Daniels, ARNP (Nurse Practitioner)

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/4/2025

Page 352

Printed by 403528 at 2/12/26 4:51 PM

MC_003891

## 06/04/2025 - Refill In Lakewood Family Practice (continued)

### Clinical Notes (continued)

```
Signed Prescriptions:            Disp  Refills
  tramadol (ULTRAM) 50 MG Tab       160 Ta*0
Sig: Take 2 Tablets by mouth every 6 hours as needed for
  pain.
Authorizing Provider: DANIELS, VANESSA L
```

-------------------------------------------------------------------

Electronically signed by Vanessa L Daniels, ARNP at 6/5/2025 10:20 AM

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                        Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                       Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                       Quantity: 1 Kit
Refill: No refills remaining

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA               Entered on: 5/24/2024

##### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

Discontinued by: Jing Weng, ARNP            Discontinued on: 10/15/2025
Reason for discontinuation: Patient discontinued
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD          Ordered on: 8/5/2024
Start date: 8/5/2024                         End date: 10/15/2025
Action: Patient not taking                   Quantity: 3 mL
Refill: 11 refills by 8/5/2025

##### rosuvastatin (CRESTOR) 20 mg Tab

MULTICARE LAKEWOOD            Larocque, Linda J
CLINIC                        MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW              Visit date: 6/4/2025
LAKEWOOD WA 98499-2767

Page 353                                      Printed by 403528 at 2/12/26 4:51 PM

MC_003892

## 06/04/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 7/31/2025 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/28/2025 |
| Start date: 1/28/2025 | End date: 7/31/2025 |
| Quantity: 90 Capsule | Refill: 1 refill by 1/28/2026 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 9/24/2025 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025 |
| Start date: 1/31/2025 | End date: 9/24/2025 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026 |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025 |
| Start date: 2/5/2025 | End date: 10/6/2025 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

#### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Kristen D Abrams, ARNP | Discontinued on: 7/8/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. | |
| Authorized by: Vanessa L Daniels, ARNP | Ordered on: 6/5/2025 |
| Start date: 6/5/2025 | End date: 7/8/2025 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/4/2025

Page 354

Printed by 403528 at 2/12/26 4:51 PM

MC_003893

## 06/04/2025 - Refill in Lakewood Family Practice (continued)

### Medication List (continued)

| | |
|---|---|
| Quantity: 160 Tablet | Refill: No refills remaining |

#### Stopped in Visit

None

#### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results                                                                (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

#### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

#### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

#### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

#### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 6/4/2025

Page 355

Printed by 403528 at 2/12/26 4:51 PM

MC_003894

## 05/28/2025 - Telephone in Multicare Outpatient Pharmacy Services

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 406039386

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/28/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Prior Authorization
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | Telephone Information: | |
|---|---|---|---|---|
| **Home Address:** | 6824 S Park Ave | | Home Phone | Not on file. |
| | Tacoma WA 98408-5509 | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Mobile | 253-273-7247 |
| **Age:** | 68 year old | | **Employer:** | |
| **DOB:** | 2/9/1958 (67 yrs) | | | No address on file. |
| **Sex:** | female | | | |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                    **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2025

Page 356                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003895

## 05/28/2025 - Telephone in Multicare Outpatient Pharmacy Services (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Prior Authorization (hydrOXYzine hcl (ATARAX) 25 MG Tab), onset date 5/28/2025

#### Visit Diagnosis

- (primary)

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/28/2025 10:45 AM | Miy Yong O'Brian, PHARM D | MHS OUTPT PHARMACY SERVICES | TGH |

### Clinical Notes

#### Telephone Encounter by Tavry Chan at 5/28/2025 1046

| | | |
|---|---|---|
| Author: Tavry Chan | Service: — | Author Type: — |
| Filed: 5/28/2025 10:47 AM | Encounter Date: 5/28/2025 | Status: Signed |
| Editor: Tavry Chan | | |

Received a prior authorization request for hydrOXYzine hcl (ATARAX) 25 MG Tab from safeway. Caremark requires authorization for coverage of this medication.

**PA pending with CMM**

Associated Diagnosis(es): Itching/Prutitus-L29.9

CMM **BM69TEY3** .
Insurance: Caremark
Insurance phone #: 800-364-6331
Pt ID #: 101724898200
Zip Code: 98408

| | | |
|---|---|---|
| | MULTICARE TACOMA GENERAL HOSPITAL 315 MARTIN LUTHER KING JR WAY TACOMA WA 98405-4234 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 5/28/2025 |

Page 357

Printed by 403528 at 2/12/26 4:51 PM

MC_003896

## 05/28/2025 - Telephone in Multicare Outpatient Pharmacy Services (continued)

**Clinical Notes (continued)**

Provider: Rachel D Dawson, MD
5700 100TH ST SW STE 510, LAKEWOOD WA 98499
Phone: 253-792-6526   Fax: 253-864-4093
DEA #: BD1602653   NPI: 1356363162

Pharmacy:
SAFEWAY PHARMACY #1594 - TACOMA, WA
707 S 56TH STREET, TACOMA WA 98408
Phone: 253-471-1730  Fax: 253-471-3529

Electronically signed by Tavry Chan at 5/28/2025 10:47 AM

### Telephone Encounter by Tavry Chan at 5/28/2025 1207

| | | |
|---|---|---|
| Author: Tavry Chan | Service: — | Author Type: — |
| Filed: 5/28/2025 12:07 PM | Encounter Date: 5/28/2025 | Status: Signed |
| Editor: Tavry Chan | | |

PA for hydroxyzine APPROVED by aetna until 12/31/2025. Pharmacy notified. Ref:n/a

Electronically signed by Tavry Chan at 5/28/2025 12:07 PM

## Medication List

### Medication List

ⓒ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023 |
| Start date: 12/14/2023 | Quantity: 1 Kit |

MULTICARE TACOMA
GENERAL HOSPITAL
315 MARTIN LUTHER KING JR
WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2025

MC_003897

## 05/28/2025 - Telephone in Multicare Outpatient Pharmacy Services (continued)

### Medication List (continued)

Refill: No refills remaining

#### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |
| Action: Patient not taking | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

#### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 7/31/2025 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/28/2025 |
| Start date: 1/28/2025 | End date: 7/31/2025 |
| Quantity: 90 Capsule | Refill: 1 refill by 1/28/2026 |

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 9/24/2025 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025 |
| Start date: 1/31/2025 | End date: 9/24/2025 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026 |

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025 |
| Start date: 2/5/2025 | End date: 10/6/2025 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026 |

#### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Vanessa L Daniels, ARNP | Discontinued on: 6/5/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/12/2025 |
| Start date: 3/12/2025 | End date: 6/5/2025 |
| Quantity: 180 Tablet | Refill: 2 refills by 9/8/2025 |

#### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |

MULTICARE TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR WAY
TACOMA WA 98405-4234

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/28/2025

Page 359

Printed by 403528 at 2/12/26  4:51 PM

MC_003898

## 05/28/2025 - Telephone In Multicare Outpatient Pharmacy Services (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD          Ordered on: 3/31/2025
Start date: 3/31/2025                        End date: 10/15/2025
Quantity: 15 Tablet                          Refill: 2 refills by 9/27/2025

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dejoyag-Mapili, MD     Discontinued on: 11/30/2025
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD          Ordered on: 4/3/2025
Start date: 4/3/2025                         End date: 11/30/2025
Quantity: 100 Tablet                         Refill: 1 refill by 4/3/2026

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD          Ordered on: 5/1/2025
Start date: 5/1/2025                         Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Meds and pharmacy updated

## Results                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Patient Instructions

None

Page 360

MULTICARE TACOMA          Larocque, Linda J
GENERAL HOSPITAL          MRN: 172930, DOB: 2/9/1958, Legal Sex: F
315 MARTIN LUTHER KING JR Visit date: 5/28/2025
WAY
TACOMA WA 98405-4234

Printed by 403528 at 2/12/26 4:51 PM

MC_003899

## 05/07/2025 - Telephone in Lakewood Family Practice

### MultiCare Health System

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 403398485

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/7/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Results
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

| **Home Address:** | 6824 S Park Ave | **Telephone Information:** | |
|---|---|---|---|
| | Tacoma WA 98408-5509 | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | Mobile | 253-273-7247 |
| **Age:** | 68 year old | **Employer:** | |
| **DOB:** | 2/9/1958 (67 yrs) | | No address on file. |
| **Sex:** | female | | |
| **Marital Status:** | Married | | |

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

---

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

---

### Primary Insurance

| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Secondary Insurance

| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

---

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

MC_003900

## 05/07/2025 - Telephone in Lakewood Family Practice (continued)

Accident Type:
Injury Date:
Place of Injury:

2/12/2026 4:51 PM

Medical Records use only -(HAR ID)

---

**Hospital Account**

Not on file

**Reason for Visit**

### Chief Complaint

- Results, onset date 5/7/2025

### Visit Diagnosis

- (primary)

**Visit Information**

### Nursing Assessment

No Nursing Assessment available for this encounter.

**Incoming Call**

| | Provider | Department | Center |
|---|---|---|---|
| 5/7/2025 2:47 PM | Vila L Thomas, MA | LAKEWOOD FP | LWMCC |

**Clinical Notes**

### Telephone Encounter by Vila L Thomas, MA at 5/7/2025 1447

| Author: Vila L Thomas, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 5/7/2025 2:47 PM | Encounter Date: 5/7/2025 | Status: Signed |
| Editor: Vila L Thomas, MA (Medical Assistant) | | |

----- Message from Rachel Dawson, MD sent at 5/6/2025 1:49 PM PDT -----
Advise pt to see mychart lab notes  rd

Electronically signed by Vila L Thomas, MA at 5/7/2025 2:47 PM

### Telephone Encounter by Vila L Thomas, MA at 5/7/2025 1447

| Author: Vila L Thomas, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 5/7/2025 2:47 PM | Encounter Date: 5/7/2025 | Status: Signed |
| Editor: Vila L Thomas, MA (Medical Assistant) | | |

Signing and closing this encounter patient has read mychart message.

Electronically signed by Vila L Thomas, MA at 5/7/2025 2:47 PM

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

MC_003901

## 05/07/2025 - Telephone in Lakewood Family Practice (continued)

### Clinical Notes (continued)

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

##### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD     Ordered on: 5/21/2019
Start date: 5/21/2019     Quantity: 1 Each
Refill: No refills remaining

##### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD     Ordered on: 10/14/2021
Start date: 10/14/2021     Quantity: 1 Each
Refill: No refills remaining

##### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD     Ordered on: 12/14/2023
Start date: 12/14/2023     Quantity: 1 Kit
Refill: No refills remaining

##### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA     Entered on: 5/24/2024

##### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-injector

Discontinued by: Jing Weng, ARNP     Discontinued on: 10/15/2025
Reason for discontinuation: Patient discontinued
Instructions: Inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD     Ordered on: 8/5/2024
Start date: 8/5/2024     End date: 10/15/2025
Action: Patient not taking     Quantity: 3 mL
Refill: 11 refills by 8/5/2025

##### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD     Discontinued on: 11/26/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD     Ordered on: 12/2/2024
Start date: 12/2/2024     End date: 11/24/2025
Quantity: 90 Tablet     Refill: 3 refills by 12/2/2025

##### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD     Discontinued on: 7/31/2025
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 1/28/2025
Start date: 1/28/2025     End date: 7/31/2025

Page 363

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003902

## 05/07/2025 - Telephone in Lakewood Family Practice (continued)

### Medication List (continued)

Quantity: 90 Capsule | Refill: 1 refill by 1/26/2026

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 9/24/2025
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025
Start date: 1/31/2025 | End date: 9/24/2025
Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025
Start date: 2/5/2025 | End date: 10/6/2025
Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026

#### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Vanessa L Daniels, ARNP | Discontinued on: 6/5/2025
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4
Authorized by: Rachel D Dawson, MD | Ordered on: 3/12/2025
Start date: 3/12/2025 | End date: 6/5/2025
Quantity: 160 Tablet | Refill: 2 refills by 9/8/2025

#### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025
Start date: 3/31/2025 | End date: 10/15/2025
Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025

#### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025
Start date: 4/3/2025 | End date: 11/30/2025
Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026

#### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025
Start date: 5/1/2025 | Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

### Stopped In Visit

None

### Medication Comment

#### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

Page 364

Printed by 403528 at 2/12/26 4:51 PM

MC_003903

## 05/07/2025 - Telephone In Lakewood Family Practice (continued)

**Medication List (continued)**

**Results** (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Patient Instructions**

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

Page 365

Printed by 403528 at 2/12/26 4:51 PM

MC_003904

## 05/07/2025 - MyChart Ask Your Doctor in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 403367746

### *Account Information*

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 5/7/2025 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### *Patient Information*

| | |
|---|---|
| **Home Address:** 6824 S Park Ave  Tacoma WA 98408-5509 | **Telephone Information:**  Home Phone    Not on file.  Work Phone    Not on file.  Mobile    253-273-7247 |
| **SSN:** xxx-xx-5145 | **Employer:** |
| **Age:** 68 year old | No address on file. |
| **DOB:** 2/9/1958 (67 yrs) | |
| **Sex:** female | |
| **Marital Status:** Married | |

**Primary Care Physician:** Charlotte A Haley, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### *Guarantor Information*

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | |
| **Guarantor Name:** | | **Acct ID:** | |
| **Guarantor Address:** | 6824 S PARK AVE  TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### *Primary Insurance*

| | | | |
|---|---|---|---|
| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### *Secondary Insurance*

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### *Accident Information*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

MC_003905

## 05/07/2025 - MyChart Ask Your Doctor In Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

##### Encounter Provider
Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-8064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/7/2025 12:52 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019
Start date: 5/21/2019                                        Quantity: 1 Each
Refill: No refills remaining

###### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD          Ordered on: 10/14/2021
Start date: 10/14/2021                                      Quantity: 1 Each
Refill: No refills remaining

###### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD          Ordered on: 12/14/2023
Start date: 12/14/2023                                      Quantity: 1 Kit
Refill: No refills remaining

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

MC_003906

## 05/07/2025 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)

**Medication List (continued)**

### aspirin 81 MG Chew Tab

| | |
|---|---|
| Instructions: Chew and swallow 1 Tablet by mouth once daily. | |
| Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024 |

### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

| | |
|---|---|
| Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Patient discontinued | |
| Instructions: Inject 2 mg under the skin every week. E11.59 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024 |
| Start date: 8/5/2024 | End date: 10/15/2025 |
| Action: Patient not taking | Quantity: 3 mL |
| Refill: 11 refills by 8/5/2025 | |

### rosuvastatin (CRESTOR) 20 mg Tab

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024 |
| Start date: 12/2/2024 | End date: 11/24/2025 |
| Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025 |

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 7/31/2025 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/28/2025 |
| Start date: 1/28/2025 | End date: 7/31/2025 |
| Quantity: 90 Capsule | Refill: 1 refill by 1/28/2026 |

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Maplli, MD | Discontinued on: 9/24/2025 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025 |
| Start date: 1/31/2025 | End date: 9/24/2025 |
| Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026 |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025 |
| Start date: 2/5/2025 | End date: 10/6/2025 |
| Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Maplli, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

Page 368

Printed by 403528 at 2/12/26 4:51 PM

MC_003907

**05/07/2025 - MyChart Ask Your Doctor in Lakewood Family Practice (continued)**

**Medication List (continued)**

Start date: 4/3/2025      End date: 11/30/2025
Quantity: 100 Tablet      Refill: 1 refill by 4/3/2026

### verapamil (CALAN SR) 240 MG Tab CR

Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist
Authorized by: Rachel D Dawson, MD      Ordered on: 5/1/2025
Start date: 5/1/2025      Quantity: 90 Tablet
Refill: 2 refills by 5/1/2026

### tramadol (ULTRAM) 50 MG Tab

Discontinued by: Kristen D Abrams, ARNP      Discontinued on: 8/7/2025
Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain.
Authorized by: Kristen D Abrams, ARNP      Ordered on: 7/8/2025
Start date: 7/8/2025      End date: 8/7/2025
Quantity: 160 Tablet      Refill: No refills remaining

**Stopped In Visit**

None

**Medication Comment**

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Results      (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Messages**

**MRI results**

| From | To | Sent |
|------|----|----|
| Larocque, Linda J | P Dawson Message Pool (supporting Rachel D Dawson, MD) | 5/8/2025 11:21 AM |

Thank you for the information will look into this.
Dr. Dawson, on to the many milestones awaiting. Embrace these Precious Moments. Thank you for 35+years of amazing care of Our family.   Linda & Steve

**MRI results**

| From | To | Sent and Delivered |
|------|----|----|
| | MULTICARE LAKEWOOD CLINIC 5700 100th St SW LAKEWOOD WA 98499-2767 | Larocque, Linda J MRN: 172930, DOB: 2/9/1958, Legal Sex: F Visit date: 5/7/2025 |

MC_003908

## Preferred Pharmacy (continued)

**Messages (continued)**

| Rachel D Dawson, MD | Larocque, Linda J | 5/7/2025 5:57 PM |
|---|---|---|
| Last Read in MyChart | | |
| 5/10/2025 2:48 PM by Larocque, Linda J | | |

So surgeons only want to see you if you need surgery
A physical medicine specialist maybe more of what you are thinking of?
Reality is mainstay of treatment is exercise exercise exercise
Good posture
Tylenol
And pacing yourself
Swedish once put out a good summary in a pdf file that is available on the internet - google swedish stomp pain

Rachel D Dawson, MD

**MRI results**

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Dawson Message Pool (supporting Rachel D Dawson, MD) | 5/7/2025 12:52 PM |

DR. Dawson,
I would be very interested in consulting with a spinal specialist to become informed on future self-care. Please advise.
    thank you, Linda,

**Patient Instructions**

None

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/7/2025

Page 370

Printed by 403528 at 2/12/26 4:51 PM

MC_003909

## 05/06/2025 - MyChart Rx Refill in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 403163652

### Account Information

| Adult Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/6/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Refill Request; Rx Refil*
**Adm Dx:**

Gestational Age: <None>

### Patient Information

| | | | |
|---|---|---|---|
| Home Address: | 6824 S Park Ave Tacoma WA 98408-5509 | Telephone Information: | |
| | | Home Phone | Not on file. |
| | | Work Phone | Not on file. |
| SSN: | xxx-xx-5145 | Mobile | 253-273-7247 |
| Age: | 68 year old | Employer: | |
| DOB: | 2/9/1958 (67 yrs) | | No address on file. |
| Sex: | female | | |
| Marital Status: | Married | | |

Primary Care Physician: Charlotte A Haley, MD
Referring Physician:

Employer Phone:
Occupation:

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| Name: | Larocque,Steven J | Larocque,Christopher | | | |
| Rel to Pat: | Spouse | Son | | | |
| Home Phone: | | | | | |
| Work Phone: | | | | | |
| Mobile Phone: | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| Guarantor Relationship to Pt: | Self | Acct Type: | |
| Guarantor Name: | | Acct ID: | |
| Guarantor Address: | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | DOB: | 2/9/1958 |
| Home Phone: | | | |
| Guarantor's Employer: | | | |
| Work Phone: | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | AETNA HMO MEDICARE ADVAN* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | 000003-WA |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| Name of Insurance: | RX MEDD AETNA PDP AND MA* | Group Name: | |
| Subscriber Name: | LAROCQUE,LINDA J | Group #: | RXAETD |
| Subscriber DOB: | | Ins ID#: | 101724898200 |
| Pt Relationship to Sub: | Self | | |

### Accident Information

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/6/2025

Printed by 403528 at 2/12/26 4:51 PM

MC_003910

## 05/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
--

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Refill Request (Hydroxyzine hcl & alprazolam-- dup), onset date 5/6/2025
- Rx Refill Center - Control Medication, onset date 5/6/2025
- Rx Refill Center - Medication Outside Of Protocol, onset date 5/6/2025

#### Visit Diagnoses

- (primary)
- Acute right lumbar radiculopathy [M54.16]
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.379]
- RECURR DEPR PSYCHOS-MOD [F33.1]

### Visit Information

#### Provider Information

##### Encounter Provider

Rachel D Dawson, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/6/2025 10:42 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

##### Active at the End of Visit

###### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                Ordered on: 5/21/2019
Start date: 5/21/2019                             Quantity: 1 Each
Refill: No refills remaining

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/6/2025

Page 372                                          Printed by 403528 at 2/12/26  4:51 PM

MC_003911

## 05/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

### Medication List (continued)

#### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021
Start date: 10/14/2021 | Quantity: 1 Each
Refill: No refills remaining

#### naloxone (NARCAN) 1 mg/mL Solution

Instructions: Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..
Authorized by: Rachel D Dawson, MD | Ordered on: 12/14/2023
Start date: 12/14/2023 | Quantity: 1 Kit
Refill: No refills remaining

#### aspirin 81 MG Chew Tab

Instructions: Chew and swallow 1 Tablet by mouth once daily.
Entered by: Kasey J Dycus, MA | Entered on: 5/24/2024

#### Semaglutide, 2 MG/DOSE, (OZEMPIC, 2 MG/DOSE,) 8 MG/3ML Solution Pen-Injector

Discontinued by: Jing Weng, ARNP | Discontinued on: 10/15/2025
Reason for discontinuation: Patient discontinued
Instructions: inject 2 mg under the skin every week. E11.59
Authorized by: Rachel D Dawson, MD | Ordered on: 8/5/2024
Start date: 8/5/2024 | End date: 10/15/2025
Action: Patient not taking | Quantity: 3 mL
Refill: 11 refills by 8/5/2025

#### rosuvastatin (CRESTOR) 20 mg Tab

Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/26/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Daniel R Guerra, MD | Ordered on: 12/2/2024
Start date: 12/2/2024 | End date: 11/24/2025
Quantity: 90 Tablet | Refill: 3 refills by 12/2/2025

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Charlotte A Haley, MD | Discontinued on: 7/31/2025
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 1/28/2025
Start date: 1/28/2025 | End date: 7/31/2025
Quantity: 90 Capsule | Refill: 1 refill by 1/28/2026

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Maria Christina Dajoyag-Maplll, MD | Discontinued on: 9/24/2025
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD | Ordered on: 1/31/2025
Start date: 1/31/2025 | End date: 9/24/2025
Quantity: 180 Capsule | Refill: 2 refills by 1/31/2026

#### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/7/2025
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.
Authorized by: Rachel D Dawson, MD | Ordered on: 2/5/2025
Start date: 2/5/2025 | End date: 10/6/2025
Quantity: 30 Tablet | Refill: 1 refill by 2/5/2026

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/6/2025

Page 373 | Printed by 403528 at 2/12/26 4:51 PM

MC_003912

## 05/06/2025 - MyChart Rx Refill in Lakewood Family Practice (continued)

**Medication List (continued)**

### tramadol (ULTRAM) 50 MG Tab

| | |
|---|---|
| Discontinued by: Vanessa L Daniels, ARNP | Discontinued on: 6/5/2025 |
| Instructions: Take 2 Tablets by mouth every 8 hours as needed for pain. G89.4 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/12/2025 |
| Start date: 3/12/2025 | End date: 6/5/2025 |
| Quantity: 160 Tablet | Refill: 2 refills by 9/8/2025 |

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Charlotte A Haley, MD | Discontinued on: 10/15/2025 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/31/2025 |
| Start date: 3/31/2025 | End date: 10/15/2025 |
| Quantity: 15 Tablet | Refill: 2 refills by 9/27/2025 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Maria Christina Dajoyag-Mapili, MD | Discontinued on: 11/30/2025 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/3/2025 |
| Start date: 4/3/2025 | End date: 11/30/2025 |
| Quantity: 100 Tablet | Refill: 1 refill by 4/3/2026 |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Instructions: Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/1/2025 |
| Start date: 5/1/2025 | Quantity: 90 Tablet |
| Refill: 2 refills by 5/1/2026 | |

**Stopped in Visit**

None

**Medication Comment**

**Alexis A Dillon, MA on 8/5/2024 0632**

Medds and pharmacy updated

## Results

(Order )

## END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/6/2025

Page 374

Printed by 403528 at 2/12/26 4:51 PM

MC_003913

## Preferred Pharmacy (continued)

### Pharmacy Address and Hours (continued)

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Messages

#### Medication Renewal Request

| From | To | Sent and Delivered |
|---|---|---|
| Annette R Franklin<br>Last Read in MyChart<br>5/7/2025 12:45 PM by Larocque, Linda J | Larocque, Linda J | 5/7/2025 7:50 AM |

Please contact pharmacy for remaining refill(s)

#### Medication Renewal Request

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Pharmacy Tech Rx Refill Pool<br>(supporting Rachel D Dawson, MD) | 5/6/2025 10:42 AM |

Refills have been requested for the following medications:

hydrOXYzine hcl (ATARAX) 25 MG Tab [Rachel Dawson, MD]

alprazolam (XANAX) 0.25 MG Tab [Rachel Dawson, MD]

Preferred pharmacy: SAFEWAY PHARMACY #1594 - TACOMA, WA
Delivery method: Pickup

### Patient Instructions

None

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/6/2025

Page 375

Printed by 403528 at 2/12/26 4:51 PM

MC_003914

## 05/05/2025 - Appointment in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 401268465

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 5/5/2025 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| **Home Address:** | 6824 S Park Ave | | Telephone Information: | |
|---|---|---|---|---|
| | Tacoma WA 98408-5509 | | Home Phone | Not on file. |
| **SSN:** | xxx-xx-5145 | | Work Phone | Not on file. |
| **Age:** | 68 year old | | Mobile | 253-273-7247 |
| **DOB:** | 2/9/1958 (67 yrs) | | **Employer:** | |
| **Sex:** | female | | | No address on file. |
| **Marital Status:** | Married | | | |

**Primary Care Physician:** Charlotte A Haley, MD          **Employer Phone:**
**Referring Physician:**                                   **Occupation:**

| | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | 253-273-7085 | 253-678-5322 | | | |

### Guarantor Information

| **Guarantor Relationship to Pt:** | Self | **Acct Type:** | P/P |
|---|---|---|---|
| **Guarantor Name:** | | **Acct ID:** | 6338966 |
| **Guarantor Address:** | 6824 S PARK AVE | | |
| | TACOMA, WA 98408-5509 | **DOB:** | 2/9/1958 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| **Name of Insurance:** | AETNA HMO MEDICARE ADVAN* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 000003-WA |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| **Name of Insurance:** | RX MEDD AETNA PDP AND MA* | **Group Name:** | |
|---|---|---|---|
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | RXAETD |
| **Subscriber DOB:** | | **Ins ID#:** | 101724898200 |
| **Pt Relationship to Sub:** | Self | | |

### Accident Information

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW            Visit date: 5/5/2025
LAKEWOOD WA 98499-2767

Page 376                                    Printed by 403528 at 2/12/26 4:51 PM

MC_003915

## 05/05/2025 - Appointment in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Appointment Information

**SIMPLE VISIT**                                                                    Canceled
5/5/2025 2:00 PM

| Time | Provider | Department | Length |
|------|----------|-----------|--------|
| 2:00 PM | Rachel D Dawson, MD | LAKEWOOD FP | 30 min |

Notes:
mri results
CHANGED FROM PHYSICAL - PATIENT NOT DUE

History

| | | | By: | | |
|---|---|---|---|---|---|
| Made On: | 4/23/2025 10:35 AM | | By: | Chart My | Pt Web |
| Changed: | 4/23/2025 11:20 AM | | By: | Piper M Goodroad | ES |
| Canceled: | 4/24/2025 12:01 PM | | By: | Chart My | Pt Web |
| Cancel Rsn: | SCHEDULE CONFLICT. | | | | |

Changes
4/23/2025 11:20 AM

| Old Appointment: | New Appointment: |
|------------------|------------------|
| Visit Type: **ADULT PHYSICAL** | Visit Type: **SIMPLE VISIT** |
| Provider: Rachel D Dawson, MD | Provider: Rachel D Dawson, MD |
| Dept: LAKEWOOD FP [51609] | Dept: LAKEWOOD FP [51609] |
| Date: 5/5/2025 | Date: 5/5/2025 |
| Time: 2:00 PM | Time: 2:00 PM |
| Length: 30 | Length: 30 |
| Mode: In Person | Mode: In Person |

### Results                                                                                    (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                                    MRN: 172930, DOB: 2/9/1958, Legal Sex: F
5700 100th St SW                   Visit date: 5/5/2025
LAKEWOOD WA 98499-2767

MC_003916

## Preferred Pharmacy (continued)

### Messages

#### Appointment canceled

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Lakewood Fp Admin Support Pool | 4/24/2025 12:01 PM |

Appointment canceled for Linda J Larocque (172930)
Visit type: SIMPLE VISIT
5/5/2025 2:00 PM (30 minutes) with Rachel Dawson, MD in LAKEWOOD FP

Reason for cancellation: SCHEDULE CONFLICT

#### Appointment scheduled from MyChart

| From | To | Sent |
|---|---|---|
| Larocque, Linda J | P Lakewood Fp Admin Support Pool | 4/23/2025 10:35 AM |

Appointment for: Linda J Larocque (172930)
Visit type: ADULT PHYSICAL (18319)
5/5/2025 2:00 PM (30 minutes) with Rachel Dawson, MD in LAKEWOOD FP

Patient comments:
mri results

### Patient Instructions

None

## ----------------End of Report----------------

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: 2/9/1958, Legal Sex: F
Visit date: 5/5/2025

Page 378

Printed by 403528 at 2/12/26 4:51 PM

MC_003917