EXHIBIT 6

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 5/10/2023   *Visit # 21*

**Provider:** Ross Anderson, PT   *NPI # 1588626931*


ANCHOR Physical Therapy

### Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 6030 Main St. SW Suite D Lakewood, WA 98499-6505 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534333134 | |

### Case Details

| Injury Description | Injury Onset Date |
|---|---|
| M25.562: Pain in left knee | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562, S83.402D | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

### Patient Self-Report

Linda states on 5/6/2023 she went into a store and was leaving and was pushing a shopping cart and it suddenly stopped in the doorway. She said the shopping cart locked up and the cart unfortunately is designed for that. She spoke w/ the store staff and was frustrated with the cart stopping because she slammed her left knee into the cart and she is in pain. She did go to see Dr. A. Bones (5/9/2023) this week and was assess and Dr./ Bones reports she stressed the knee and she advised her to return back to PT to address her left knee. She indicates she feels pain constantly and feels a needling pain. She is now having to use her cane and is limited with standing/walking and feels her knee is worse that it was prior to her recent DC>

### FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 24.0 |

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Patient Education | 97110 | | | | | 4 | Yes | Included instruction of HEP w/ cues/correction on position/posture. Advised on self progression and symptom management. |

AP_000097

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Quad Set | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Yes | |
| Supine Heel Slides | 97110 | 3 | 10 | | | | Not today | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Yes | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Yes | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 4 | Yes | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 4 | Yes | |
| Re-Eval | 97164 | | | | | 12 | Yes | |
| Straight Leg Raise (SLR) | 97110 | 3 | 10 | | 3 sec | | Not today | |

## General Objective Analysis

Treatment as per flowsheet with a re-assessment and included review over HEP, symptom management.
Ther ex; Purpose was to update HEP, improve knee strength and stability.
Ther act; Purpose to increase functional mobility and strength
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

## Range of Motion Measurements

| KNEE EXTENSION | | | | KNEE FLEXION | | |
|---|---|---|---|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| -10.0 deg | Active ROM | -5.0 deg | | 105.0 deg | Active ROM | 130.0 deg |
| -8.0 deg | Passive ROM | -3.0 deg | | 110.0 deg | Passive ROM | 135.0 deg |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 4- / 5 | 4+ / 5 |
| Knee Flexion | 3+ / 5 | 4+ / 5 |
| Knee Extension | 3 / 5 | 4+ / 5 |

# Assessment

AP_000098

### Patient Assessment / Diagnosis

Linda returned back to physical therapy today after having an injury while exiting Fred Meyer and the cart stopped while she continued forward and she slammed her left knee into the cart. She was assessed today and she demonstrated reduced left knee AROM/PROM and diminished degree of strength from her DC visit less than a month ago. She had noted TTP along her peri-patellar region, reduced patellar mobility and reduced degree of hip/quad activation. She appears to have sustained a left knee strain following the incident which resulted in reduced AROM and elevated functional capacity w/ walking, standing and navigating over objects. She is currently back to using her cane and was advised to use the cane daily to help limit her potential for LOB/falls. She appears to have a good prognosis and will benefit with physical therapy to address her elevated tissue irritation/sprain/strain soft tissue symptoms.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | |

| THERAPIST LONG-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | |

## Plan

### Notes on Plan

Plan is to have her return to PT 1-2x's/week for 4-6 additional weeks. Her therapy will consist of HEP progression, review/update and advance w/ ROM/flexibility and address her level of functional capacity to address her strength and dynamic stability/balance. Her rx will include manual rx, patellar mobs and modalities as indicated.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 6/21/2023 |

| SERVICES PROVIDED DURING VISIT | | |
| --- | --- | --- |
| CPT CODE | UNITS | MINUTES |
| G0283 | 1.000 | 10 |
| 97112 | 0.000 | 4 |
| 97110 | 2.000 | 24 |
| 97164 | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 28 |
| Total Treatment Time | | 50 |

AP_000099

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-05-10 18:53 PDT. License #: PT0000752*

AP_000100

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 5/11/2023  *Visit # 22*

**Provider:** Alex Benoit, PTA  *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |

**Phone #**
2534747474

**Fax #**
2534747479

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| M25.562: Pain in left knee | 2/8/2020 |

**Diagnosis Codes**
M25.562, S83.402D

**Referring Physician**
W. Fred Thompson, MD

## Subjective Analysis

### Patient Self-Report

Linda reports that her kne continues to feel stiff and sore. It also feels hot and swollen since the incident at Fred Meyers where cart locked up on her and her knee banged into the cart. She is still having to use the cane since the incident and her knee does not feel as strong.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Patient Education | 97110 | | | | | 11 | Yes | Reviewed HEP and went over task/symptom management for home. |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 4 | Yes | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 5 | Yes | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Straight Leg Raise (SLR) | 97110 | 3 | 10 | | 3 sec | | Not today | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Supine Heel Slides | 97110 | 3 | 10 | | | 4 | Yes | |

AP_000101

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|-----------|---------------------|
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Re-Eval | | | | | | 12 | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |

## Manual Therapy Techniques - 1 Units - 18 Minutes

• Performed Passive Range of Motion (PROM) on the knee.

     **Additional Comments:** for flexion. Pt consented to manual therapy.

• Performed Soft Tissue Mobilization (STM) on the knee.

     **Additional Comments:** Patient consented to palpation and manual therapy.

## General Objective Analysis

Treatment as per flowsheet with continued pt education over symptom and task management and proper progression for HEP.
Ther ex; Purpose was to increase pt understanding of HEP, increase knee strength.
Ther act; HELD
Manual therapy; To reduce swelling and improve knee mobility.
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

# Assessment

**Patient Assessment / Diagnosis**

Linda presents w/ continued irritation of R knee since incident at Fred Meyers. Her knee had more swelling today and was warmer to touch. Her ROM was also more restricted due to tightness/pain especially flexion. Her quad recruitment was also diminished. She ambulates w/ more antalgic gait pattern and is having to use her SPC now. Patient tolerated session well and will continue to benefit from therapy to regain knee strength/ROM to return to PLOF.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing. Independent with HEP and able to self progress. | 8 weeks | |

# Plan

Patient: Linda Larocque (DOB: 2/9/1958)      Treated by Alex Benoit, PTA (License #P160546779)
DOS: 5/11/2023
Page 2 of 3 of Daily Note

AP_000102

## Notes on Plan

Plan to resume light WB exercises and increasing her quad recruitment and knee stability.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 6/21/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 0.000 | 4 |
| 97140 | 1.000 | 18 |
| 97110 | 2.000 | 23 |
| G0283 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 45 |
| Total Treatment Time | | 55 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-05-11 17:35 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-05-11 22:12 PDT. License #: PT0000752*

AP_000103

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 5/15/2023 *Visit # 23*

**Provider:** Alex Benoit, PTA *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee is worse today then last week and has been bothering her more all weekend. She is now having to use her cane at all times, even inside the house and even that does not give her very good stability. Patient reports that she feels burning pain throughout her whole leg and it has been much more swollen lately. Patient reports that she feels she continues to regress and is frustrated because she was doing well before the incident.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Straight Leg Raise (SLR) | 97110 | 3 | 10 | | 3 sec | | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Yes | |
| Re-Eval | | | | | | 12 | Not today | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 5 | Yes | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |

AP_000104

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Supine Hip Adduction Squeeze | 97110 | 3 | 10 | | 5 sec | 4 | Yes | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Yes | |
| Supine Heel Slides | 97110 | 3 | 10 | | | 4 | Yes | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Patient Education | 97110 | | | | | 11 | Not today | Reviewed HEP and went over task/symptom management for home. |

## Manual Therapy Techniques - 2 Units - 28 Minutes

• Performed Passive Range of Motion (PROM) on the knee.

   Additional Comments: for flexion. Pt consented to manual therapy.

• Performed Soft Tissue Mobilization (STM) on the knee.

   Additional Comments: Patient consented to palpation and manual therapy.

## General Objective Analysis

Treatment as per flowsheet; modified session today.
Ther ex; Purpose was to improve knee ROM and strength.
Ther act; HELD
Manual therapy; To reduce swelling and improve knee mobility.
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ increased L knee pain. She continues to has decreased ROM and has more instability of the L knee, she is now having to use her SPC again. There was significant amount of swelling in her knee and lower leg today. Her AROM was very limited especially with flexion, only to achieve aprox 100 degrees before her symptoms increased. Patient had fair tolerance to session but most exercises were aggravating. Also was TTP to even light manual therapy today. She will continue to benefit from therapy to further progress her knee ROM and restore strength/stability to improve her functional mobility.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | |

# Plan

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Alex Benoit, PTA (License #P160546779)
DOS: 5/15/2023
Page 2 of 3 of Daily Note

AP_000105

## Notes on Plan

Consider gentle WB progressions to help improve her functional mobility.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 6/21/2023 |

### SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| G0283 | 1.000 | 10 |
| 97140 | 2.000 | 28 |
| 97110 | 2.000 | 25 |
| Total Timed Code Treatment Minutes | | 53 |
| Total Treatment Time | | 63 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-05-15 16:29 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-05-15 23:37 PDT. License #: PT0000752*

AP_000106

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 5/18/2023 *Visit # 24*

**Provider:** Alex Benoit, PTA *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee continues to very painful and swollen. She states that she is very frustrated that she has gone backwards so far that even simple things are not easy anymore. Patient reports that she has a hard time completing her exercises at home because of the pain. She also really does not trust her balance anymore and struggles with getting in and out of her shower because it feels like her knee is going to give out.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Straight Leg Raise (SLR) | 97110 | 1 | 10 | | 3 sec | 3 | Yes | therapist assistance |
| Patient Education | 97110 | | | | | 11 | Not today | Reviewed HEP and went over task/symptom management for home. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Yes | |
| Supine Heel Slides | 97110 | 3 | 10 | | | 4 | Yes | |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Supine Hip Adduction Squeeze | 97110 | 3 | 10 | | 5 sec | 4 | Not today | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Re-Eval | | | | | | 12 | Not today | |

AP_000107

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Quad Set | 97110 | 3 | 10 | | 5 sec | 5 | Yes | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |

## Manual Therapy Techniques - 2 Units - 28 Minutes

• Performed Passive Range of Motion (PROM) on the knee.

  Additional Comments: for flexion. Pt consented to manual therapy.

• Performed Soft Tissue Mobilization (STM) on the knee.

  Additional Comments: Patient consented to palpation and manual therapy.

## General Objective Analysis

Treatment as per flowsheet; continued with light supine strengthening.
Ther ex; Purpose was to improve knee ROM and strength to tolerance.
Ther act; HELD
Manual therapy; Purpose was to increase L knee ROM and reduce swelling.
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

# Assessment

### Patient Assessment / Diagnosis

  Linda presents to therapy w/ continued elevated L knee pain. She was not as symptomatic as she was on Monday but continued to focus on light supine ROM and strengthening activities. Her L knee continues to have moderate degree of swelling and warmth to touch. She had better tolerance to exercises today. ROM continues to be limited w/ flexion and she has diminished quad recruitment evident by her need for assistance when lifting L leg. Pt will continue to benefit from therapy to further progress her knee ROM/strength and restore PLOF to assist w/ more walking/standing and daily activities.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | |

# Plan

AP_000108

## Notes on Plan

Plan to add in standing heel raises, trial bike.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 6/21/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| G0283 | 1.000 | 10 |
| 97140 | 2.000 | 28 |
| 97110 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 43 |
| Total Treatment Time | | 53 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-05-18 14:18 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-05-18 21:09 PDT. License #: PT0000752*

AP_000109

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 5/23/2023  *Visit # 25*

**Provider:** Alex Benoit, PTA  *NPI #*


**ANCHOR** Physical Therapy

---

## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee continues to be very swollen and painful. She reports that she feels like it is very stiff and weak. She is not able to do SLR anymore which is really frustrating to her. Patient states that she tried to do some light yard work on Sunday, about 45 minutes and then she was not able to do anything the rest of the day.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Supine Hip Adduction Squeeze | 97110 | 3 | 10 | | 5 sec | 4 | Yes | |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Supine Heel Slides | 97110 | 3 | 10 | | | 4 | Yes | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Heel Raises | 97110 | 2 | 10 | | 3 sec | 3 | Yes | |
| Quad Set | 97110 | 3 | 10 | | 5 sec | 5 | Yes | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Yes | |
| Straight Leg Raise (SLR) | 97110 | 1 | 10 | | 3 sec | 3 | Yes | therapist assistance |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Patient Education | 97110 | | | | | 11 | Not today | Reviewed HEP and went over task/symptom management for home. |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Recumbent Bike | 97110 | | | | | 5 | Yes | half revs |
| Re-Eval | | | | | | 12 | Not today | |

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed Soft Tissue Mobilization (STM) on the knee.

Additional Comments: Patient consented to palpation and manual therapy.

## General Objective Analysis

Treatment as per flowsheet; Resumed some light Wb activities.
Ther ex; Purpose was to increase knee ROM and strength.
Ther act; HELD
Manual therapy; Purpose was to increase L knee ROM and reduce swelling.
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ continued high levels of symptoms in L knee. She has had decline in function since the incident and is no longer able to tolerate simple tasks at home without frequent seated rest breaks. Patient presents w/ moderate degree of swelling today and diminshed quad recruitment, unable to complete SLR w/o mod assist from therapist. We were able to resume the bike today but patient could only complete half revolutions today. Patient will continue to benefit from therapy

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | |

# Plan

### Notes on Plan

Plan to add in 4 in step ups to work on functional mobility.

AP_000111

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 6/21/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 2.000 | 27 |
| 97140 | 1.000 | 15 |
| G0283 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 42 |
| Total Treatment Time | | 52 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-05-23 12:58 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-05-23 18:27 PDT. License #: PT0000752*

AP_000112

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 5/25/2023  *Visit # 26*

**Provider:** Ross Anderson, PT  *NPI # 1588626931*



ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |

**Phone #**

2534747474

**Fax #**

2534747479

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |

**Diagnosis Codes**

M25.562

**Referring Physician**

W. Fred Thompson, MD

# Subjective Analysis

### Patient Self-Report

Linda states she has been to see her chiropractor for the first time. She also had a slight knee adjustment and feels she did ok, but did throw up. She indicates the left knee remains irritated, but is better since the adjustment. She has had poor sleep and experiences pain daily which is affecting her ability to stand/walk and do simple activities in the home. She has been doing the HEP/stretches and icing the knee daily. She is walking w/ a cane at all times and will need to stop after 2-3 minutes at this time.

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 11.0 |

# Objective Analysis

## Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 4 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Yes | Provider assisted |
| Heel Raises | 97110 | 2 | 10 | | 3 sec | 3 | Not today | |

AP_000113

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| Recumbent Bike | 97110 | | | | | 5 | Not today | half revs |
| Patient Education | 97112 | | | | | 8 | Yes | Cues/direction on hip/quad recruitment. Discussion on strategies to self progress w/ the HEP and directed to participate more, but monitor for safety and not over doing it. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 4 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed Soft Tissue Mobilization (STM) on the knee.

  **Additional Comments: Patient consented to palpation and manual therapy.**

## General Objective Analysis

Treatment as per flowsheet:  Included discussion on her symptoms, POC updates and strategies to self progress.
Ther ex; Purpose to progress w/ L knee PROM/AAROM and hip/quad strength.
Ther act; HELD
Manual therapy; Purpose assist with  PROM, scar/patellar ability and reduce swelling.
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

PROM:  (5/25/23)  0 to 115 degrees  Elevated left knee temp.

## Range of Motion Measurements

| KNEE EXTENSION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 0.0 deg | Active ROM | 0.0 deg |
| 0.0 deg | Passive ROM | 0.0 deg |

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 60.0 deg | Active ROM | 130.0 deg |
| 110.0 deg | Passive ROM | 135.0 deg |

AP_000114

## Strength Measurements

| GROSS MUSCLE TESTS | | |
| --- | --- | --- |
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 3- / 5 | 5 / 5 |
| Knee Flexion | 3- / 5 | |
| Knee Extension | 2+ / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda was re-assessed today w/ focus on ROM/flexibility and assisted w/ hip/quad and lower leg active recruitment to help assist w/ muscle activity. She remains highly guarded w/ mild/moderate degree of left knee joint effusion. She is TTP along her left knee lateral joint line w/ noted edema and elevated tissue temp. She has significant degree of diminished quad/hamstring activation w/ needed manual assist w/ knee flexion. She walks w/ a cane today which has advanced from a walker. Her degree of balance/stamina is limited and she appears to be a fall risk if standing/walking over 3-5 minutes. Prior to her recent incident she appeared to be more active, had less issues w/ balance and was progressing as anticipated. She has had a set back and we are currently addressing her elevated edema, pain and re-establishing hip/quad/ham motor control to help w/ her degree of function and safety.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits.<br>Stand up to 60 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing |

| THERAPIST LONG-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 3 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. | 8 weeks | Walk up to 60 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 2 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. |

# Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 6-8 additional weeks. Her rx will consist of HEP progression, added hip/quad/glute/hamstring recruitment training w/ emphasis on edema/pain control and advancing to more step/stand and squat activity tolerance over the next 3-6 weeks. Her rx will include manual rx/stretches and modalites as indicated.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 7/6/2023 |

AP_000115

| SERVICES PROVIDED DURING VISIT | | |
| --- | --- | --- |
| CPT CODE | UNITS | MINUTES |
| 97112 | 2.000 | 25 |
| G0283 | 1.000 | 10 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 50 |

## Signatures

### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-05-25 22:27 PDT. License #: PT0000752*

AP_000116

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 6/1/2023   *Visit # 27*

**Provider:** Alex Benoit, PTA   *NPI #*



ANCHOR
Physical Therapy

### Clinic Details

| Clinic | Address |
| --- | --- |
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |

**Phone #**

2534747474

**Fax #**

2534747479

### Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| L Knee (PT) | 2/8/2020 |

**Diagnosis Codes**

M25.562

**Referring Physician**

W. Fred Thompson, MD

## Subjective Analysis

### Patient Self-Report

Linda reports that her knee is able to bend a little better now and feels a little stronger but the pain has not changed. She saw her Dr today and they opted out of cortisone injection but recommended deep tissue massage. Patient reports more pain at night. Still having to use her cane and her balance still feels off. She has continued to do her exercises at home.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Yes | Provider assisted |
| Patient Education | 97112 | | | | | 8 | Not today | Cues/direction on hip/quad recruitment. Discussion on strategies to self progress w/ the HEP and directed to participate more, but monitor for safety and not over doing it. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Yes | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Heel Raises | 97110 | 2 | 10 | | 3 sec | 3 | Yes | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 4 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |

AP_000117

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Recumbent Bike | 97110 | | | | | 5 | Yes | half revs |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 4 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed Soft Tissue Mobilization (STM) on the knee.

   Additional Comments: Patient consented to palpation and manual therapy.

## General Objective Analysis

Treatment as per flowsheet: Focus was on increasing knee ROM and restoring hamstring/quad strength.
Ther ex; Purpose to improve knee ROM and strength.
Ther act; HELD
Manual therapy; Purpose assist with PROM, scar/patellar ability and reduce swelling.
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

PROM: (6/1/23) -2-115, moderate swelling along medial compartment of knee.

# Assessment

### Patient Assessment / Diagnosis

   Linda presents today w/ continued elevated symptoms along L medial compartment of knee and peri-patellar tissues. Patient continues to have moderate loss of ROM, extension is better but she continues to be limited with flexion due to pain and guarding of quadricep muscle. Demonstrates poor quad control, extensor lag noted during even small ROM of SLR. Patient needs to continue working on improving her quad/hamstring recruitment to help w/ her daily tasks and activities.

## Goals

AP_000118

| THERAPIST SHORT-TERM GOALS | | | THERAPIST LONG-TERM GOALS | | |
|---|---|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits.<br>Stand up to 60 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing | Walk up to 90 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 3 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. | 8 weeks | Walk up to 60 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 2 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. |

# Plan

### Notes on Plan

Plan to resume more WB activities w/ light side steps, cone step overs and trial some 4 in step ups.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/6/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 1.000 | 11 |
| 97112 | 1.000 | 17 |
| G0283 | 1.000 | 10 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 43 |
| Total Treatment Time | | 53 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-06-01 13:39 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-06-01 22:30 PDT. License #: PT0000752*

AP_000119

# Daily Note

**Patient:**   Linda Larocque

**DOB:**   2/9/1958   *Sex: F*

**Visit:**   6/6/2023   *Visit # 28*

**Provider:**   Alex Benoit, PTA   *NPI #*


ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

### Patient Self-Report

Linda reports that her knee continues to be very painful. She has been having a lot more nerve symptoms and it feels like her knee is being pulled apart. Patient reports that she continues to walk and tries to keep up with her exercises at home. Her leg continues to be swollen and feels very weak. She continues to be limited with her balance and has to hold onto things. She reports that she is limited with stairs.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Rope walk | 97530 | 1 | 4 | | | 4 | Yes | w/ cane |
| Patient Education | 97112 | | | | | 8 | Yes | Discussed current symptoms, pt education on ways to engage more of her quad w/ daily activities. |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |

AP_000120

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Recumbent Bike | 97110 | | | | | 5 | Yes | half revs |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 4 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Yes | UE support |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Yes | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 4 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Standing Hamstring Curls | 97112 | 3 | 10 | | | 3 | Yes | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Yes | Provider assisted |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |

## General Objective Analysis

Treatment as per flowsheet: Focus remained on improving knee ROM and strength.
Ther ex; Purpose remained increasing knee ROM and strength
Ther act; Purpose was to improve WB tolerance, functional mobility.
Manual therapy;
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

PROM: (6/6/23) 0-115, moderate swelling along medial compartment of knee. Very ttp to light touch today.

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ continued high pain levels. She was experiencing more sharp/nerve like pain today. Her symptoms were increased even w/ light touch so we avoided manual thearpy today. We did advance w/ more WB activities but she continues to demonstrate moderate WB deficits when standing on L LE w/ noted balance deficits. Quad recruitment remains poor and still very challenged w/ SLR. She will continue to benefit from therapy to further progress strength and return to PLOF before injury.

## Goals

AP_000121

| THERAPIST SHORT-TERM GOALS | | | | THERAPIST LONG-TERM GOALS | | |
|---|---|---|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | | GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits.<br>Stand up to 60 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing | | Walk up to 90 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 3 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. | 8 weeks | Walk up to 60 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 2 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. |

# Plan

## Notes on Plan

Continue to advance Wb exercises at home.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/6/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 1.000 | 11 |
| 97110 | 0.000 | 5 |
| 97112 | 2.000 | 28 |
| G0283 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 44 |
| Total Treatment Time | | 54 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-06-06 14:57 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-06-06 19:08 PDT. License #: PT0000752*

AP_000122

# Progress Note

172930

**ANCHOR**
Physical Therapy

**Patient:** Linda Larocque
**DOB:** 2/9/1958 *Sex: F*
**Visit:** 5/25/2023 *Visit # 26*
**Provider:** Ross Anderson, PT *NPI # 1588626931*

## Clinic Details

**Clinic**
Ross M Anderson, Anchor
Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
L Knee (PT)

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson, MD

**Injury Onset Date**
2/8/2020

## Subjective Analysis

**Patient Self-Report**

Linda states she has been to see her chiropractor for the first time. She also had a slight knee adjustment and feels she did ok, but did throw up. She indicates the left knee remains irritated, but is better since the adjustment. She has had poor sleep and experiences pain daily which is affecting her ability to stand/walk and do simple activities in the home. She has been doing the HEP/stretches and icing the knee daily. She is walking w/ a cane at all times and will need to stop after 2-3 minutes at this time.

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 11.0 |

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 4 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Yes | Provider assisted |
| Heel Raises | 97110 | 2 | 10 | | 3 sec | 3 | Not today | |

Patient: Linda Larocque (DOB: 2/9/1958)    Treated by Ross Anderson, PT (License #PT0000752)
DOS: 5/25/2023
Page 1 of 4 of Progress Note

AP_000123

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | | Not today | |
| Recumbent Bike | 97110 | | | | | 5 | Not today | half revs |
| Patient Education | 97112 | | | | | 8 | Yes | Cues/direction on hip/quad recruitment. Discussion on strategies to self progress w/ the HEP and directed to participate more, but monitor for safety and not over doing it. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 4 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues |

## Manual Therapy Techniques   1 Units   15 Minutes

- Performed Soft Tissue Mobilization (STM) on the knee.

    Additional Comments: Patient consented to palpation and manual therapy.

## General Objective Analysis

Treatment as per flowsheet: Included discussion on her symptoms, POC updates and strategies to self progress.
Ther ex; Purpose to progress w/ L knee PROM/AAROM and hip/quad strength.
Ther act; HELD
Manual therapy; Purpose assist with  PROM, scar/patellar ability and reduce swelling.
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to help reduce symptoms.

PROM: (5/25/23) 0 to 115 degrees. Elevated left knee temp

## Inspection

None Reported

## Range of Motion Measurements

| KNEE EXTENSION | | | KNEE FLEXION | | |
|---|---|---|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 0.0 deg | Active ROM | 0.0 deg | 60.0 deg | Active ROM | 130.0 deg |
| 0.0 deg | Passive ROM | 0.0 deg | 110.0 deg | Passive ROM | 135.0 deg |

AP_000124

## Strength Measurements

### GROSS MUSCLE TESTS

| BODY PART | LEFT | RIGHT |
|---|---|---|
| Hip Flexion | 3- / 5 | 5 / 5 |
| Knee Flexion | 3- / 5 | |
| Knee Extension | 2+ / 5 | |

## Assessment

### Patient Assessment / Diagnosis

Linda was re-assessed today w/ focus on ROM/flexibility and assisted w/ hip/quad and lower leg active recruitment to help assist w/ muscle activity. She remains highly guarded w/ mild/moderate degree of left knee joint effusion. She is TTP along her left knee lateral joint line w/ noted edema and elevated tissue temp. She has significant degree of diminished quad/hamstring activation w/ needed manual assist w/ knee flexion. She walks w/ a cane today which has advanced from a walker. Her degree of balance/stamina is limited and she appears to be a fall risk if standing/walking over 3-5 minutes. Prior to her recent incident she appeared to be more active, had less issues w/ balance and was progressing as anticipated. She has had a set back and we are currently addressing her elevated edema, pain and re-establishing hip/quad/ham motor control to help w/ her degree of function and safety.

## Goals

| THERAPIST SHORT-TERM GOALS | | | THERAPIST LONG-TERM GOALS | | |
|---|---|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing | Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | Walk up to 60 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 2 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. |

## Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 6-8 additional weeks. Her rx will consist of HEP progression, added hip/quad/glute/hamstring recruitment training w/ emphasis on edema/pain control and advancing to more step/stand and squat activity tolerance over the next 3-6 weeks. Her rx will include manual rx/stretches and modalites as indicated.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/6/2023 |

Patient: Linda Larocque (DOB: 2/9/1958)     Treated by Ross Anderson, PT (License #PT0000752)
DOS: 5/25/2023
Page 3 of 4 of Progress Note

AP_000125

*172930*

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 | 2.000 | 25 |
| G0283 | 1.000 | 10 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 50 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-05-25 22:27 PDT License # PT0000752*

## Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

✓ I have no revisions to the plan of care.

___ Revise the plan of care as follows:

I, W. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Physician            Date            Time

W. Fred Thompson, MD                    5.2023.                    PDT

AP_000126

# Plan of Care



**ANCHOR**
Physical Therapy

172930

**Patient:** Linda Larocque
**DOB:** 2/9/1958 *Sex: F*
**Visit:** 5/25/2023 *Visit # 26*
**Provider:** Ross Anderson, PT *NPI # 1588626931*

## Clinic Details

**Clinic**
Ross M Anderson, Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
L Knee (PT)

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson, MD

**Date of Plan of Care**
5/25/2023

**Injury Onset Date**
2/8/2020

**Date of Initial Eval**
2/20/2023

## Assessment

**Patient Self-Report**

Linda states she has been to see her chiropractor for the first time. She also had a slight knee adjustment and feels she did ok, but did throw up. She indicates the left knee remains irritated, but is better since the adjustment. She has had poor sleep and experiences pain daily which is affecting her ability to stand/walk and do simple activities in the home. She has been doing the HEP/stretches and icing the knee daily. She is walking w/ a cane at all times and will need to stop after 2-3 minutes at this time.

**Patient Assessment / Diagnosis**

Linda was re-assessed today w/ focus on ROM/flexibility and assisted w/ hip/quad and lower leg active recruitment to help assist w/ muscle activity. She remains highly guarded w/ mild/moderate degree of left knee joint effusion. She is TTP along her left knee lateral joint line w/ noted edema and elevated tissue temp. She has significant degree of diminished quad/hamstring activation w/ needed manual assist w/ knee flexion. She walks w/ a cane today which has advanced from a walker. Her degree of balance/stamina is limited and she appears to be a fall risk if standing/walking over 3-5 minutes. Prior to her recent incident she appeared to be more active, had less issues w/ balance and was progressing as anticipated. She has had a set back and we are currently addressing her elevated edema, pain and re-establishing hip/quad/ham motor control to help w/ her degree of function and safety.

## Goals

### THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing |

### THERAPIST LONG-TERM GOALS

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | Walk up to 60 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 2 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. |

## Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 6-8 additional weeks. Her rx will consist of HEP progression, added hip/quad/glute/hamstring recruitment training w/ emphasis on edema/pain control and advancing to more step/stand and squat activity tolerance over the next 3-6 weeks. Her rx will include manual rx/stretches and modalites as indicated.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/6/2023 |

## Signatures

### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-05-25 22:27 PDT. License #: PT0000752*

### Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, Alexandria A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| | 5.30 23 | PDT |
| Alexandria A Bones, PA-C | | |

AP_000128

# Plan of Care

**Patient:**   Linda Larocque

**DOB:**   2/9/1958   *Sex: F*

**Visit:**   5/10/2023   *Visit # 21*

**Provider:**   Ross Anderson, PT   *NPI # 1588626931*



men
172930

## Clinic Details

**Clinic**
Ross M Anderson, Anchor
Physical Therapy

**Phone #**
2534747474

**Fax #**
2534333134

**Address**
6030 Main St. SW
Suite D
Lakewood, WA 98499-6505

## Case Details

**Injury Description**
M25.562: Pain in left knee

**Diagnosis Codes**
M25.562, S83.402D

**Referring Physician**
W. Fred Thompson, MD

**Date of Plan of Care**
5/10/2023

**Injury Onset Date**
2/8/2020

**Date of Initial Eval**
2/20/2023

## Assessment

**Patient Self-Report**

Linda states on 5/6/2023 she went into a store and was leaving and was pushing a shopping cart and it suddenly stopped in the doorway. She said the shopping cart locked up and the cart unfortunately is designed for that. She spoke w/ the store staff and was frustrated with the cart stopping because she slammed her left knee into the cart and she is in pain. She did go to see Dr. A. Bones (5/9/2023) this week and was assess and Dr./ Bones reports she stressed the knee and she advised her to return back to PT to address her left knee. She indicates she feels pain constantly and feels a needling pain. She is now having to use her cane and is limited with standing/walking and feels her knee is worse that it was prior to her recent DC>

**Patient Assessment / Diagnosis**

Linda returned back to physical therapy today after having an injury while exiting Fred Meyer and the cart stopped while she continued forward and she slammed her left knee into the cart. She was assessed today and she demonstrated reduced left knee AROM/PROM and diminished degree of strength from her DC visit less than a month ago. She had noted TTP along her peri-patellar region, reduced patellar mobility and reduced degree of hip/quad activation. She appears to have sustained a left knee strain following the incident which resulted in reduced AROM and elevated functional capacity w/ walking, standing and navigating over objects. She is currently back to using her cane and was advised to use the cane daily to help limit her potential for LOB/falls. She appears to have a good prognosis and will benefit with physical therapy to address her elevated tissue irritation/sprain/strain soft tissue symptoms.

## Goals

| THERAPIST SHORT-TERM GOALS | | | THERAPIST LONG-TERM GOALS | | |
|---|---|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | |

AP_000129

## Plan

### Notes on Plan

Plan is to have her return to PT 1-2x's/week for 4-6 additional weeks. Her therapy will consist of HEP progression, review/update and advance w/ ROM/flexibility and address her level of functional capacity to address her strength and dynamic stability/balance. Her rx will include manual rx, patellar mobs and modalities as indicated.

*men 172930*

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 6/21/2023 |

## Signatures

### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-05-10 18:53 PDT. License #: PT0000752*

### Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

___✓___ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, W. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Physician     Date     Time

W. Fred Thompson, MD        5.30.23              PDT

Patient: Linda Larocque (DOB: 2/9/1958)        Treated by Ross Anderson, PT (License #PT0000752)
DOS: 5/10/2023
Page 2 of 2 of Plan of Care

P 7/15        << Mt Ortho 2537612451 >>        2023-05-30 16:50

AP_000130

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 6/8/2023   *Visit # 29*

**Provider:** Ross Anderson, PT   *NPI # 1588626931*



ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |

**Phone #**

2534747474

**Fax #**

2534747479

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |

**Diagnosis Codes**

M25.562

**Referring Physician**

W. Fred Thompson, MD

## Subjective Analysis

### Patient Self-Report

Linda states she has been having more good than bad days, but notes the level of activity remains very limited. Even simple sit to stand and transition to walking has been limited. She has random episodes of elevated edema, the knee feels warm at times. She is frustrated w/ her progress and notes she was ding better before she had the shopping cart incident. She has been trying to keep up with the HEP and feels it hit/miss with being able to keep up with them due to pain/irritation.

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 24.0 |

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Rope walk | 97530 | 1 | 4 | | | 4 | Yes | w/ cane |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |

AP_000135

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Yes | |
| Patient Education | 97112 | | | | | 6 | Yes | Discussed current symptoms and updated on activity progression options. Included cues/correction and options to self progress. |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Not today | Provider assisted |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Recumbent Bike | 97110 | | | | | 5 | Yes | |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Yes | UE support |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Rope Wrap - chest level | 97530 | | | | | 5 | Yes | |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Yes | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Not today | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed Soft Tissue Mobilization (STM) on the left knee.

**Additional Comments: Patient consented to palpation and manual therapy. Edema massage, patellar mobs and peri-patellar STM/MFR.**

## General Objective Analysis

Treatment as per flowsheet: Included a re-assessment for ROM/strength and level of function.
Ther ex; Purpose to progress more with ROM/strength and function.
Ther act; Purpose to advance more with CKC/step activities.
Manual therapy;
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to decrease level of tissue irritation and discomfort.

PROM: (6/8/23) 0-115. TTP along left supralateral patellar region. Diminished quad activation and noted mild tissue temp elevation.

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 106.0 deg | Active ROM | Not Tested |
| 112.0 deg | Passive ROM | Not Tested |

AP_000136

## Strength Measurements

| GROSS MUSCLE TESTS | | |
| --- | --- | --- |
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 3 / 5 | |
| Knee Flexion | | 5 / 5 |
| Knee Extension | | 5 / 5 |

# Assessment

### Patient Assessment / Diagnosis

Linda has been making fair progress overall. She had an injury with a shopping cart in early may. She returned to physical therapy on 5/10/23 and has been seen for 9 visits since her 5/10/23 return to physical therapy. Linda has had random episodes of elevated symptoms, edema and limited w/ her capacity to rise to stand, walk and navigate stairs. Her left knee AROM remains good, but the degree of edema/irritation has limited her degree of hip/quad/lower leg strength resulting in functional limitations w/ her daily activities. Overall she is making progress and w/ direction/modification to her activity intensity she has a modified protocol to help her meet her long term functional goals. She remains a good candidate to continue with her physical therapy to increase w/ her strength and functional capacity.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

| THERAPIST LONG-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

# Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks. Her rx will consist of HEP progression, added hip/quad strength/recruitment, address her functional capacity with gait, steps and participating w/ shopping/cooking activities. Her rx will include manual rx, scar tissue mobs and modalities.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 8/3/2023 |

Patient: Linda Larocque (DOB: 2/9/1958)  Treated by Ross Anderson, PT (License #PT0000752)
DOS: 6/8/2023
Page 3 of 4 of Daily Note

AP_000137

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 1.000 | 20 |
| 97140 | 1.000 | 15 |
| 97110 | 1.000 | 8 |
| G0283 | 1.000 | 10 |
| 97112 | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 55 |
| Total Treatment Time | | 65 |

## Signatures

### Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-06-08 22:25 PDT. License #: PT0000752*

AP_000138

# Progress Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 6/8/2023  *Visit # 29*

**Provider:** Ross Anderson, PT  *NPI # 1588626931*



### Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

### Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

### Patient Self-Report

Linda states she has been having more good than bad days, but notes the level of activity remains very limited. Even simple sit to stand and transition to walking has been limited. She has random episodes of elevated edema, the knee feels warm at times. She is frustrated w/ her progress and notes she was ding better before she had the shopping cart incident. She has been trying to keep up with the HEP and feels it hit/miss with being able to keep up with them due to pain/irritation.

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 24.0 |

## Objective Analysis

## Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Rope walk | 97530 | 1 | 4 | | | 4 | Yes | w/ cane |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |

AP_000139

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Yes | |
| Patient Education | 97112 | | | | | 6 | Yes | Discussed current symptoms and updated on activity progression options. Included cues/correction and options to self progress. |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Not today | Provider assisted |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| IFC | G0283 | | | | | 10 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Recumbent Bike | 97110 | | | | | 5 | Yes | |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Yes | UE support |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Rope Wrap - chest level | 97530 | | | | | 5 | Yes | |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Yes | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Not today | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed Soft Tissue Mobilization (STM) on the left knee.

**Additional Comments: Patient consented to palpation and manual therapy. Edema massage, patellar mobs and peri-patellar STM/MFR.**

## General Objective Analysis

Treatment as per flowsheet: Included a re-assessment for ROM/strength and level of function.
Ther ex; Purpose to progress more with ROM/strength and function.
Ther act; Purpose to advance more with CKC/step activities.
Manual therapy;
Neuro re-ed; HELD
Modalities; Ended with ICE/IFC to decrease level of tissue irritation and discomfort.

PROM:  (6/8/23) 0-115. TTP along left supralateral patellar region.  Diminished quad activation and noted mild tissue temp elevation.

## Inspection

None Reported

AP_000140

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 106.0 deg | Active ROM | Not Tested |
| 112.0 deg | Passive ROM | Not Tested |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 3 / 5 | |
| Knee Flexion | | 5 / 5 |
| Knee Extension | | 5 / 5 |

# Assessment

### Patient Assessment / Diagnosis

Linda has been making fair progress overall. She had an injury with a shopping cart in early may. She returned to physical therapy on 5/10/23 and has been seen for 9 visits since her 5/10/23 return to physical therapy. Linda has had random episodes of elevated symptoms, edema and limited w/ her capacity to rise to stand, walk and navigate stairs. Her left knee AROM remains good, but the degree of edema/irritation has limited her degree of hip/quad/lower leg strength resulting in functional limitations w/ her daily activities. Overall she is making progress and w/ direction/modification to her activity intensity she has a modified protocol to help her meet her long term functional goals. She remains a good candidate to continue with her physical therapy to increase w/ her strength and functional capacity.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

# Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks. Her rx will consist of HEP progression, added hip/quad strength/recruitment, address her functional capacity with gait, steps and participating w/ shopping/cooking activities. Her rx will include manual rx, scar tissue mobs and modalities.

AP_000141

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 1.000 | 20 |
| 97140 | 1.000 | 15 |
| 97110 | 1.000 | 8 |
| G0283 | 1.000 | 10 |
| 97112 | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 55 |
| Total Treatment Time | | 65 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-06-08 22:25 PDT. License #: PT0000752*

## Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, W. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| | | PDT |

*W. Fred Thompson, MD*

AP_000142

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 6/13/2023 *Visit # 30*

**Provider:** Alex Benoit, PTA *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

### Patient Self-Report

Linda states that her L knee continues to be painful and her R knee is starting to hurt too because of the pressure she puts on it. She finds that she continues to struggle w/ stairs, walking and standing in one place. She feels there are times where her knee hyper-extends and is not sure why. She also still has a large bump on the top of her knee that is painful to touch. She has been keeping up with the exercises at home, at least the ones she can manage.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Patient Education | 97110 | | | | | 10 | Yes | Patient education on her concern regarding knee hyper-extending and how to manage. Also discussed her concern on lack of quad strength and ways to encourage activation during daily tasks. |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| IFC | G0283 | | | | | 15 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |

AP_000143

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Yes | TC for quad activation and motor recruitment |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Yes | UE support |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Not today | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | Yes | |
| Recumbent Bike | 97110 | | | | | 5 | Yes | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Yes | |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Yes | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |

## General Objective Analysis

Treatment per flowsheet; Focus was on increasing quad and LE strength

# Assessment

### Patient Assessment / Diagnosis

Linda presents today w/ continued report of increased L knee pain. She still is showing improvements in her knee ROM but she has deficits w/ quad strength that affects her ability to walk or stand for longer periods of time. Patient also continues to have elevated tissue tone and a bump/swelling just superior and lateral to patella, possible contusion. She also has complaint of knee hyper-extending and is likely due to decreased quad control. Patient will continue to benefit from therapy to further progress her knee stability and return to PLOF before injury.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

AP_000144

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 3 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. | 8 weeks | 1. Not met<br>2. Not met<br>3. Not met<br>4. Not met |

# Plan

### Notes on Plan

Assess response to last visit. Add in star taps and quarter squats to work on leg stability.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 1.000 | 22 |
| G0283 | 1.000 | 15 |
| 97530 | 1.000 | 10 |
| 97112 | 1.000 | 9 |
| Total Timed Code Treatment Minutes | | 41 |
| Total Treatment Time | | 56 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-06-13 17:52 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-06-13 23:21 PDT. License #: PT0000752*

AP_000145

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 6/15/2023 *Visit # 31*

**Provider:** Alex Benoit, PTA *NPI #*



ANCHOR
Physical Therapy

---

### Clinic Details

| Clinic | Address |
| --- | --- |
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

---

### Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

---

## Subjective Analysis

### Patient Self-Report

Linda reports that her whole L leg feels pretty sore today because she did more of her exercises last night and is feeling sore from that. Patient reports that she continues to feel some swelling in the knee and still has that bump on the top of her knee. She reports that she feels like the pain levels have improved some but it continues to feel very weak.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | Not today | |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Yes | cues for quad contraction |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Patient Education | 97110 | | | | | 10 | Not today | Patient education on her concern regarding knee hyper-extending and how to manage. Also discussed her concern on lack of quad strength and ways to encourage activation during daily tasks. |
| Rope walk | 97530 | 1 | 4 | | | 4 | Yes | w/ cane |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |

AP_000146

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|-----------|---------------------|
| Recumbent Bike | 97110 | | | | | 5 | Yes | |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Not today | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Yes | UE support |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Yes | tandem on foam |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Yes | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Yes | TC for quad activation and motor recruitment |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Yes | |
| IFC | G0283 | | | | | 15 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |

## General Objective Analysis

See tx flowsheet; Focus was on increasing WB tolerance.

# Assessment

### Patient Assessment / Diagnosis

Linda presents today w/ continued report of L knee pain. She demonstrates improved ROM but continues to lack good quad recruitment. She also continues to have report of locking in the knee during TKE. Patient was also more unsteady today during balance activities especially on uneven surface today. Patient will continue to benefit from therapy to further progress her knee stability and strength.

## Goals

AP_000147

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

| THERAPIST LONG-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

# Plan

### Notes on Plan

Assess response to last visit. Continue to work on progressing strength of L knee/quad and functional mobility.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
| --- | --- | --- |
| CPT CODE | UNITS | MINUTES |
| 97530 | 1.000 | 11 |
| G0283 | 1.000 | 15 |
| 97112 | 1.000 | 16 |
| 97110 | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-06-15 12:50 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-06-15 21:29 PDT. License #: PT0000752*

Patient: Linda Larocque (DOB: 2/9/1958)      Treated by Alex Benoit, PTA (License #P160546779)
DOS: 6/15/2023
Page 3 of 3 of Daily Note

AP_000148

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 6/20/2023  *Visit # 32*

**Provider:** Alex Benoit, PTA  *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |

**Phone #**

2534747474

**Fax #**

2534747479

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |

**Diagnosis Codes**

M25.562

**Referring Physician**

W. Fred Thompson, MD

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee remains unchanged. She reports that she continues to be very frustrated with her symptoms. She states that she does her exercises at home but that just causes more pain in the knee but she continues to do them because she knows she needs to get stronger. She reports that she continues to notice a lot of difficulty with completing daily tasks and sleeping. She has seen minimal improvements since starting back to therapy. She will be seeing her doctor this Thursday and will discuss all of this with her as well.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Yes | @ smith machine |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | Yes | |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Yes | UE support |

AP_000149

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Patient Education | 97110 | | | | | 10 | Yes | Discussed current symptoms. Also discussed her HEP and ways to help encourage quad recruitment to stabilize knee during daily tasks/activities. |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Yes | |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Not today | tandem on foam |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | TC for quad activation and motor recruitment |
| Recumbent Bike | 97110 | | | | | 5 | Yes | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Yes | |
| IFC | G0283 | | | | | 15 | Not today | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | cues for quad contraction |
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Not today | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |

## General Objective Analysis

See tx flowsheet; Continued w/ modified session

## Assessment

### Patient Assessment / Diagnosis

Linda continues to present w/ elevated L knee pain. There is still general swelling/effusion and warmth to the tissues but there is also a larger spot of swelling just superior/lateral to patella that has not changed. Her pain continues to limit her daily activities but she also continues to be much weaker in the R LE since the injury. She continues to demonstrate decreased quad recruitment capability, often needing UE support or activation of hip flexors to raise her leg. During TKE patient is also experiencing a "locking pain" that prevents full VMO/quad contraction. Given that it has been 6 weeks since the injury she sustained at Fred Meyers, it is concerning that she continues to struggle to complete daily tasks (stairs, sit-stand and general self care) with little change in her quad/hip strength. She has been dedicated to attending her therapy visits and keeping up with her home program. Will plan to follow up w/ patient after she speaks to MD to determine what the next step is in improving her overall LE strength, stability and help return to PLOF before injury.

## Goals

AP_000150

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits.<br>Stand up to 60 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met)<br>Stand up to 10 minutes holding onto object. (Partially met)<br>Limited with stairs. (Partially met) |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 3 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. | 8 weeks | 1. Not met<br>2. Not met<br>3. Not met<br>4. Not met |

# Plan

### Notes on Plan

Plan to follow up w/ patient after she meets with doctor.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 0.000 | 6 |
| 97530 | 1.000 | 14 |
| 97110 | 2.000 | 22 |
| Total Timed Code Treatment Minutes | | 42 |
| Total Treatment Time | | 42 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-06-20 13:08 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-06-20 18:36 PDT. License #: PT0000752*

AP_000151

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 6/22/2023   *Visit # 33*

**Provider:** Alex Benoit, PTA   *NPI #*



ANCHOR Physical Therapy

---

## Clinic Details

| Clinic | Address |
|---|---|
| Ross M Anderson, Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that she saw her doctor today and after x-rays were taken it was revealed that her patellar tendon ruptured. She will be having surgery on Monday and is a brace.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Not today | @ smith machine |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | cues for quad contraction |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | TC for quad activation and motor recruitment |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Not today | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |

AP_000152

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Not today | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Not today | |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Not today | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Not today | UE support |
| Recumbent Bike | 97110 | | | | | 5 | Not today | |
| Patient Education | 97110 | | | | | 38 | Yes | Follow up from doctors visit, knee anatomy in regards to patellar tendon. Brace donning/doffing and importance of following instructions from doctor. |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Not today | |
| IFC | G0283 | | | | | 15 | Not today | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Not today | tandem on foam |

## General Objective Analysis

See tx flowsheet; Patient education only.

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ confirmation that her patellar tendon is ruptured. She will be having surgery on Monday so session focused on expectations and recovery. Also discussed use of brace as she needs to be in it now until after surgery when cleared by surgeon. PT on hold.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs. (Partially met) |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

AP_000153

# Plan

### Notes on Plan

Hold on PT until cleared by doctor to return.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 3.000 | 38 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 38 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-06-22 13:42 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-06-22 23:38 PDT. License #: PT0000752*

AP_000154

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 6/8/2023   *Visit # 29*

**Provider:** Ross Anderson, PT   *NPI# 15886269931*



ANCHOR
Physical Therapy

## Clinic Details

**Clinic**
Ross M Anderson, Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
L Knee (PT)

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson, MD

**Date of Plan of Care**
6/8/2023

**Injury Onset Date**
2/8/2020

**Date of Initial Eval**
2/20/2023

## Assessment

**Patient Self-Report**

Linda states she has been having more good than bad days, but notes the level of activity remains very limited. Even simple sit to stand and transition to walking has been limited. She has random episodes of elevated edema, the knee feels warm at times. She is frustrated w/ her progress and notes she was doing better before she had the shopping cart incident. She has been trying to keep up with the HEP and feels it hit/miss with being able to keep up with them due to pain/irritation.

**Patient Assessment / Diagnosis**

Linda has been making fair progress overall. She had an injury with a shopping cart in early may. She returned to physical therapy on 5/10/23 and has been seen for 9 visits since her 5/10/23 return to physical therapy. Linda has had random episodes of elevated symptoms, edema and limited w/ her capacity to rise to stand, walk and navigate stairs. Her left knee AROM remains good, but the degree of edema/irritation has limited her degree of hip/quad/lower leg strength resulting in functional limitations w/ her daily activities. Overall she is making progress and w/ direction/modification to her activity intensity she has a modified protocol to help her meet her long term functional goals. She remains a good candidate to continue with her physical therapy to increase w/ her strength and functional capacity.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| **GOAL** | **DURATION** | **GOAL PROGRESS** |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 30 minutes w/ shopping cart (Partially met) Stand up to 10 minutes holding onto object. (Partially met) Limited with stairs (Partially met) |

| THERAPIST LONG TERM GOALS | | |
| --- | --- | --- |
| **GOAL** | **DURATION** | **GOAL PROGRESS** |
| Walk up to 90 minutes over uneven surfaces w/ no deficits Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

Patient: Linda Larocque (DOB: 2/9/1958)     Treated by Ross Anderson, PT (License #PT0000752)
DOS: 6/8/2023
Page 1 of 2 of Plan of Care

AP_000155

**Notes on Plan**

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks. Her rx will consist of HEP progression, added hip/quad strength/recruitment, address her functional capacity with gait, steps and participating w/ shopping/cooking activities. Her rx will include manual rx, scar tissue mobs and modalities.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023 06 08 22:25 PDT. License #: PT0000752*

## Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____  I have no revisions to the plan of care

✓  Revise the plan of care as follows:   hold PT

I, Alexandria A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| | 6.22.23. | PDT |
| Alexandria A Bones, PA-C | | |

AP_000156

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 8/15/2023   *Visit # 34*

**Provider:** Ross Anderson, PT   *NPI # 1588626931*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy, Lakewood | 6030 Main St. SW Suite D Lakewood, WA 98499-6505 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534333134 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

### Patient Self-Report

Linda returns back to physical therapy following a 2nd surgery on 6/22/23. Linda had to have her left knee cap repositioned and stabilized. She has been on NWB to PWB since the procedure. She returns today walking w/ a FFW and is WBAT. She has c/o the left knee burning, feeling weak and has limited ability to stand, walk and get in/out of her car. She has had meds on board which has helped. She is anxious to get ack to PT and get her knee up and running.

Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

### FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 21.0 |

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Not today | @ smith machine |

AP_000157

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Patient Education | 97110 | | | | | 16 | Yes | Update on HEP, progression strategies per protocol, assisted w/ safety/balance awareness, improve w/ AROM/scar mobs and general POC expectations. Reviewed over use of walker and the brace that she had today. |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Not today | UE support |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Not today | tandem on foam |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | Yes | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Yes | |
| Recumbent Bike | 97110 | | | | | 5 | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Not today | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Re-Eval | 97164 | | | | | 16 | Yes | |
| IFC | G0283 | | | | | 15 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | cues for quad contraction |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | TC for quad activation and motor recruitment |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Not today | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |

## Manual Therapy Techniques - 1 Units - 10 Minutes

• Performed Soft Tissue Mobilization (STM) on the left knee.

**Additional Comments: Patient consented to palpation and manual therapy. Edema massage, scar tissue mobilization and light peri-patellar STM/MFR.**

## General Objective Analysis

AP_000158

See tx flowsheet: Seen for a re-evaluation and addressed her ROM/hip/quad recruitment and directed to advance as tolerated.

Updated with ther ex/activities and addressed HEP w/ strategies to help increase ROM/flexibility and hip/quad activation.

## Range of Motion Measurements

| KNEE FLEXION | | |
| --- | --- | --- |
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 60.0 deg | Active ROM | Not Tested |
| 65.0 deg | Passive ROM | Not Tested |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
| --- | --- | --- |
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 2+ / 5 | |
| Knee Flexion | 2 / 5 | |
| Knee Extension | 2- / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda retuned today after her left patellar tendon repair surgery on 6/22/2023. She demonstrated elevated left knee joint edema/join effusion. She has limited AROM, diminished hip/quad activation and has limitations on PROM and standing/walking. Currently requires a FWW to help w/ gait and safety. She did well w/ the rx today and appears to have scar/soft tissue adhesions, moderate edema, pain w/ palpation and significant deficits w/ knee flexion and her gait which requires a walker. She has a good prognosis and will benefit w/ PT to address her hip/quad/lower leg strength, quad activation/recruitment, AROM/PROM, scar/patellar mobility and improve her functional capacity with standing and step activities.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. |

| THERAPIST LONG-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

# Plan

### Notes on Plan

Plan to see Linda 2-3x's/week for 8 weeks. Her rx will include HEP progression, added knee/hip AROM/PROM, scar tissue mobs, hip/quad recruitment training, functional training for ADLs/steps/car transfers and include manual rx/modalities as indicated.

AP_000159

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
| --- | --- | --- |
| CPT CODE | UNITS | MINUTES |
| 97110 | 2.000 | 23 |
| 97112 | 0.000 | 6 |
| G0283 | 1.000 | 15 |
| 97164 | 1.000 | 16 |
| 97140 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 70 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-08-15 18:50 PDT. License #: PT0000752*

AP_000160

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 8/15/2023  *Visit # 34*

**Provider:** Ross Anderson, PT  *NPI # 1588626931*



ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy, Lakewood | 6030 Main St. SW Suite D Lakewood, WA 98499-6505 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534333134 | |

## Case Details

| Injury Description | Date of Plan of Care |
|---|---|
| L Knee (PT) | 8/15/2023 |
| **Diagnosis Codes** | **Injury Onset Date** |
| M25.562 | 2/8/2020 |
| **Referring Physician** | **Date of Initial Eval** |
| W. Fred Thompson, MD | 2/20/2023 |

## Assessment

### Patient Self-Report

Linda returns back to physical therapy following a 2nd surgery on 6/22/23. Linda had to have her left knee cap repositioned and stabilized. She has been on NWB to PWB since the procedure. She returns today walking w/ a FFW and is WBAT. She has c/o the left knee burning, feeling weak and has limited ability to stand, walk and get in/out of her car. She has had meds on board which has helped. She is anxious to get ack to PT and get her knee up and running.

Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

### Patient Assessment / Diagnosis

Linda retuned today after her left patellar tendon repair surgery on 6/22/2023. She demonstrated elevated left knee joint edema/join effusion. She has limited AROM, diminished hip/quad activation and has limitations on PROM and standing/walking. Currently requires a FWW to help w/ gait and safety. She did well w/ the rx today and appears to have scar/soft tissue adhesions, moderate edema, pain w/ palpation and significant deficits w/ knee flexion and her gait which requires a walker. She has a good prognosis and will benefit w/ PT to address her hip/quad/lower leg strength, quad activation/recruitment, AROM/PROM, scar/patellar mobility and improve her functional capacity with standing and step activities.

## Goals

### THERAPIST SHORT-TERM GOALS

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. |

### THERAPIST LONG-TERM GOALS

| GOAL | DURATION | GOAL PROGRESS |
|---|---|---|
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

## Plan

AP_000161

### Notes on Plan

Plan to see Linda 2-3x's/week for 8 weeks. Her rx will include HEP progression, added knee/hip AROM/PROM, scar tissue mobs, hip/quad recruitment training, functional training for ADLs/steps/car transfers and include manual rx/modalities as indicated.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-08-15 18:50 PDT. License #: PT0000752*

## Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, Alexandria A Bones, PA-C, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

| Signature of Referring Physician | Date | Time |
|---|---|---|
| | | PDT |

*Alexandria A Bones, PA-C*

AP_000162

# Re-Evaluation Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 8/15/2023   *Visit # 34*

**Provider:** Ross Anderson, PT   *NPI # 1588626931*



### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy, Lakewood | 6030 Main St. SW Suite D Lakewood, WA 98499-6505 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534333134 | |

### Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda returns back to physical therapy following a 2nd surgery on 6/22/23. Linda had to have her left knee cap repositioned and stabilized. She has been on NWB to PWB since the procedure. She returns today walking w/ a FFW and is WBAT. She has c/o the left knee burning, feeling weak and has limited ability to stand, walk and get in/out of her car. She has had meds on board which has helped. She is anxious to get ack to PT and get her knee up and running.

Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

### FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 21.0 |

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Not today | @ smith machine |

AP_000163

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Patient Education | 97110 | | | | | 16 | Yes | Update on HEP, progression strategies per protocol, assisted w/ safety/balance awareness, improve w/ AROM/scar mobs and general POC expectations. Reviewed over use of walker and the brace that she had today. |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Not today | UE support |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Not today | tandem on foam |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | Yes | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 3 | 10 | | | 3 | Yes | |
| Recumbent Bike | 97110 | | | | | 5 | Not today | |
| Straight Leg Raise (SLR) | 97112 | 1 | 10 | | 3 sec | 3 | Not today | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Re-Eval | 97164 | | | | | 16 | Yes | |
| IFC | G0283 | | | | | 15 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | cues for quad contraction |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 3 | 10 | | | 3 | Not today | |
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | TC for quad activation and motor recruitment |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Not today | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |

## Manual Therapy Techniques - 1 Units - 10 Minutes

• Performed Soft Tissue Mobilization (STM) on the left knee.

**Additional Comments: Patient consented to palpation and manual therapy. Edema massage, scar tissue mobilization and light peri-patellar STM/MFR.**

## General Objective Analysis

AP_000164

See tx flowsheet: Seen for a re-evaluation and addressed her ROM/hip/quad recruitment and directed to advance as tolerated.

Updated with ther ex/activities and addressed HEP w/ strategies to help increase ROM/flexibility and hip/quad activation.

## Inspection

None Reported

## Range of Motion Measurements

| KNEE FLEXION | | |
| --- | --- | --- |
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 60.0 deg | Active ROM | Not Tested |
| 65.0 deg | Passive ROM | Not Tested |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
| --- | --- | --- |
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 2+ / 5 | |
| Knee Flexion | 2 / 5 | |
| Knee Extension | 2- / 5 | |

# Assessment

**Patient Assessment / Diagnosis**

Linda retuned today after her left patellar tendon repair surgery on 6/22/2023. She demonstrated elevated left knee joint edema/join effusion. She has limited AROM, diminished hip/quad activation and has limitations on PROM and standing/walking. Currently requires a FWW to help w/ gait and safety. She did well w/ the rx today and appears to have scar/soft tissue adhesions, moderate edema, pain w/ palpation and significant deficits w/ knee flexion and her gait which requires a walker. She has a good prognosis and will benefit w/ PT to address her hip/quad/lower leg strength, quad activation/recruitment, AROM/PROM, scar/patellar mobility and improve her functional capacity with standing and step activities.

## Goals

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. |

| THERAPIST LONG-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

# Plan

AP_000165

## Notes on Plan

Plan to see Linda 2-3x's/week for 8 weeks. Her rx will include HEP progression, added knee/hip AROM/PROM, scar tissue mobs, hip/quad recruitment training, functional training for ADLs/steps/car transfers and include manual rx/modalities as indicated.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 2.000 | 23 |
| 97112 | 0.000 | 6 |
| G0283 | 1.000 | 15 |
| 97164 | 1.000 | 16 |
| 97140 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 70 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-08-15 18:50 PDT. License #: PT0000752*

## Referring Provider Signature

*If you are the referring physician, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.

_____ Revise the plan of care as follows:

I, W. Fred Thompson, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Physician                    Date                    Time

                                                                           PDT

*W. Fred Thompson, MD*

AP_000166

# Daily Note



**ANCHOR** Physical Therapy

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 8/18/2023  *Visit # 35*

**Provider:** Ross Anderson, PT  *NPI # 1588626931*

### Clinic Details

| Clinic | Address |
| --- | --- |
| Anchor Physical Therapy, Lakewood | 6030 Main St. SW Suite D Lakewood, WA 98499-6505 |

**Phone #**
2534747474

**Fax #**
2534333134

### Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| L Knee (PT) | 2/8/2020 |

**Diagnosis Codes**
M25.562

**Referring Physician**
W. Fred Thompson, MD

## Subjective Analysis

**Patient Self-Report**

Linda reports she has been doing the HEP daily and feels the level of hip/knee irritation has been worse w/ the exercises, but feels the level of symptoms is due to the muscle soreness. She indicates she is fatigued, but is doing what she can to keep her muscles active. She wearing the brace daily and use the walker for safety/ Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Recumbent Bike | 97110 | | | | | 5 | Not today | |
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 2 | 10 | | | 3 | Yes | Therapist applied resistance to help increase recruitment. |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Yes | Therapist assist |
| Patient Education | 97110 | | | | | 6 | Yes | directed on hip/quad/ankle activation w/ cues to limit added stress and help to engage soft tissues more w/ stand/step activities. Addressed her safety. |

AP_000167

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Not today | @ smith machine |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Not today | UE support |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Not today | tandem on foam |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Not today | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| IFC | G0283 | | | | | 15 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | Yes | GTB  Therapist assist |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | cues for quad contraction |
| Bean bag side step | 97530 | 1 | 3 | | | 4 | Yes | Along table top w/ PT assist. SBA |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | TC for quad activation and motor recruitment |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 3 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |

## Manual Therapy Techniques - 1 Units - 8 Minutes

• Performed Soft Tissue Mobilization (STM) on the left knee.

Additional Comments: Patient consented to palpation and manual therapy. Edema massage,  scar tissue mobilization and light peri-patellar STM/MFR.

## General Objective Analysis

See tx flowsheet: Included a review over her  HEP, added ROM/flexibility/isometric exercises and side step CKC activities to assist w/ her ability to stand and step.

# Assessment

Patient Assessment / Diagnosis

Linda responded well w/ the added AROM/AAROM, manual rx and CKC stand/step activities to assist w/ strength and level of safety/ Needed to have SBA and cues to help w/ positioning to limit compromised postures and safety.

## Goals

AP_000168

| THERAPIST SHORT-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. |

| THERAPIST LONG-TERM GOALS | | |
| --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

# Plan

### Notes on Plan

Plan to progress Linda with stand/step and AROM activities.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
| --- | --- | --- |
| CPT CODE | UNITS | MINUTES |
| 97110 | 1.000 | 15 |
| G0283 | 1.000 | 15 |
| 97112 | 1.000 | 13 |
| 97530 | 0.000 | 4 |
| 97140 | 1.000 | 8 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2023-08-18 16:19 PDT. License #: PT0000752*

AP_000169

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 8/21/2023 *Visit # 36*

**Provider:** Alex Benoit, PTA *NPI #*



ANCHOR
Physical Therapy

### Clinic Details

| Clinic | Address |
| --- | --- |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

### Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee is doing ok. She is still having pain and difficulty wearing the brace because it keeps sliding down but overall doing well. She states that she feels as though the pain is not as severe and she is feeling better with the ROM. The leg still feels very weak and is not able to lift it on her own. She reports that she has been doing her exercises at home.
Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 3 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Bean bag side step | 97530 | 1 | 3 | | | 4 | Not today | Along table top w/ PT assist. SBA |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |

AP_000170

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | TC for quad activation and motor recruitment |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 2 | 10 | | | 3 | Yes | Therapist applied resistance to help increase recruitment. |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Not today | @ smith machine |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Not today | |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | Yes | GTB  Therapist assist |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Patient Education | 97110 | | | | | 10 | Yes | Discussed her current level of healing/recovery. Reviewed appropriate HEP and activity level for patient |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | cues for quad contraction |
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Recumbent Bike | 97110 | | | | | 5 | Not today | |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Not today | UE support |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Not today | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Yes | Therapist assist |
| IFC | G0283 | | | | | 15 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Not today | tandem on foam |

## Manual Therapy Techniques - 1 Units - 13 Minutes

• Performed Passive Range of Motion (PROM) on the knee.

   Additional Comments: for flexion. Pt consented to manual therapy.

## General Objective Analysis

See tx flowsheet: w/ continued focus on knee ROM and light strengthening.

# Assessment

### Patient Assessment / Diagnosis

   Linda did well in therapy today. She was able to achieve 90 degrees of AAROM flexion today. Brace is set to 70 degrees flexion. She does not yet have adequate quad control/stability so encouraged patient to continue w/ brace at this time. She demonstrated better quad set today but she continues to require assistance w/ lifting of leg. Patient will continue to benefit from therapy to further increase her knee ROM and WB tolerance as able.

## Goals

AP_000171

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits.<br>Stand up to 60 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW.<br>Stand up to 5 minutes w/ FFW for support.<br>Needs assistance w/ stairs. |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits.<br>Stand up to 2 hours while participating with ADLs.<br>Go up/down 3 flight of steps w/ mild deficits using the railing<br>Independent with HEP and able to self progress. | 8 weeks | 1. Not met<br>2. Not met<br>3. Not met<br>4. Not met |

# Plan

### Notes on Plan

Plan to add abduction walk along table/desks, assisted SLR and gentle WB quad iso.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97140 | 1.000 | 13 |
| 97112 | 1.000 | 13 |
| G0283 | 1.000 | 15 |
| 97110 | 1.000 | 16 |
| Total Timed Code Treatment Minutes | | 42 |
| Total Treatment Time | | 57 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-08-21 16:05 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-08-21 22:00 PDT. License #: PT0000752*

AP_000172

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 8/23/2023  *Visit # 37*

**Provider:** Alex Benoit, PTA  *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street |
| | Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Physician** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that she is feeling pretty good today. She was able to get out and do some yard work yesterday (with brace on) and her knee did well but did have some episodes where the knee felt unsteady but that just reminded her to rest. She still cannot raise her leg very well.
Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

## Objective Analysis

### Flow Sheet Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 4 | Yes | vs ball @ wall |
| Bean bag side step | 97530 | 1 | 3 | | | 4 | Not today | Along table top w/ PT assist. SBA |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | Not today | GTB  Therapist assist |
| Hip Bridge | 97110 | 3 | 10 | | | 4 | Not today | |
| Heel Raises | 97530 | 2 | 10 | | 3 sec | 3 | Not today | |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 3 | Yes | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Yes | |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 5 | Yes | |

AP_000173

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | COMPLETED | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|---|
| Rope Wrap - chest level | 97530 | | | | | 5 | Not today | |
| Lateral Step Over with Cones | 97112 | 5 | 5 | | | 3 | Not today | |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | TC for quad activation and motor recruitment |
| Forward Step Over with Cones | 97112 | 3 | 10 | | | | Not today | |
| Rope walk | 97530 | 1 | 4 | | | 4 | Not today | w/ cane |
| Standing Marches | 97112 | | 4 | | | 4 | Yes | |
| Tandem Stance with Chair Support | 97112 | | 4 | | | 4 | Not today | tandem on foam |
| Supine Hip Adduction Squeeze | 97112 | 3 | 10 | | 5 sec | 3 | Not today | Therapist assisted w/ hip/glut/adductors when engaging w/ activity |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 3 | Not today | cues for quad contraction |
| Recumbent Bike | 97110 | | | | | 5 | Not today | |
| IFC | G0283 | | | | | 15 | Yes | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Abduction walk | 97530 | 1 | 4 | | | 4 | Not today | UE support |
| Standing Hamstring Curls | 97530 | 3 | 10 | | | 4 | Not today | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 2 | 10 | | | 3 | Yes | Therapist applied resistance to help increase recruitment. |
| Standing Marches | 97530 | 2 | 10 | | | 3 | Not today | @ smith machine |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | Yes | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Yes | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Patient Education | 97110 | | | | | 10 | Not today | Discussed her current level of healing/recovery. Reviewed appropriate HEP and activity level for patient |

## Manual Therapy Techniques - 1 Units - 10 Minutes

• Performed Soft Tissue Mobilization (STM) on the left knee.

Additional Comments: Patient consented to palpation and manual therapy. Edema massage, scar tissue mobilization and light peripatellar STM/MFR.

## General Objective Analysis

See tx flowsheet: Addition of more WB activities.

# Assessment

### Patient Assessment / Diagnosis

Linda had good tolerance to therapy today. Her knee ROM is very good. Still wearing brace as instructed which is good because she still has poor quad recruitment. She struggles w/ SLR and needs assistance through motion. She tolerated the WB activities well without increase in symptoms. She needs to continue working on quad recruitment and improving balance/proprioception.

AP_000174

## Goals

| THERAPIST SHORT-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. |

| THERAPIST LONG-TERM GOALS | | |
|---|---|---|
| GOAL | DURATION | GOAL PROGRESS |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met |

# Plan

### Notes on Plan

Continue w/ light WB activities to encourage functional mobility.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 2.000 | 23 |
| G0283 | 1.000 | 15 |
| 97110 | 0.000 | 6 |
| 97140 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-08-23 15:33 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-08-23 23:50 PDT. License #: PT0000752*

AP_000175

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 8/28/2023 *Visit # 38*

**Provider:** Alex Benoit, PTA *NPI #*


ANCHOR Physical Therapy

### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

### Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Provider** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee is doing pretty well. She still had difficulty with prolonged yard work because of the uneven surface and her balance. Still having difficulty lifting her leg up.
Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Lateral Weight Shift | 97112 | 3 | 10 | | | 5 | |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | |
| Rope walk | 97530 | 1 | 4 | | | 4 | w/ cane |
| Abduction walk | 97530 | 1 | 4 | | | 4 | UE support |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 3 | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | GTB  Therapist assist |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Standing Marches | 97112 | | 4 | | | 4 | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |

AP_000176

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Tandem Stance with Chair Support | 97112 | 4 | | | | 4 | |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 2 | 10 | | | 3 | Therapist applied resistance to help increase recruitment. |

## General Objective Analysis

See tx flowsheet: Addition of tandem stance

# Assessment

### Patient Assessment / Diagnosis

Linda did well in therapy today. Tolerated standing exercises well but was challenged w/ proprioception/balance. ROM looks very good but she still has decreased quad strength resuting in difficulty raising L LE. Patient will continue to benefit from therapy to further progress her LE strength and functional mobility.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met | Long Term |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. | Short Term |

# Plan

### Notes on Plan

Continue to work on increasing LE strength, improve tolerance to leg lifts.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 1.000 | 23 |
| G0283 | 1.000 | 15 |
| 97110 | 1.000 | 9 |
| 97530 | 1.000 | 8 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

AP_000177

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-08-28 15:53 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-08-28 22:55 PDT. License #: PT0000752*

AP_000178

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 8/30/2023   *Visit # 39*

**Provider:** Alex Benoit, PTA   *NPI #*



### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street |
| **Phone #** | Ste A-100 |
| 2534747474 | Tacoma, WA 98404-5906 |
| **Fax #** | |
| 2534747479 | |

### Case Details

| Injury Description | Injury Onset Date |
|---|---|
| L Knee (PT) | 2/8/2020 |
| **Diagnosis Codes** | |
| M25.562 | |
| **Referring Provider** | |
| W. Fred Thompson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee was pretty sore after last session but not sure why. She had trouble sleeping for 2 nights and the knee just felt very irritated. She continues to wear her brace because the knee feels weak and her balance is very poor so she does not want to fall. She has been doing a little more activities around the house and yard but the knee tells her when she has done to much. Still challenged with lifting the leg up.

Left knee TKA and followed up w/ patellar tendon repair following an incident at Fred Meyer when she his her knee on the shopping cart.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. |
| Standing Marches | 97530 | 2 | 10 | | | 3 | @ smith machine |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97110 | 2 | 10 | | | 3 | Therapist applied resistance to help increase recruitment. |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 3 | Provider assisted w/ manual/verbal cues to engage hip/quad soft tissues. |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 3 | therapist assistance w/ quad activation and position/placement to reduce stress to the left knee soft tissues. |
| Seated Ball Squeeze | 97110 | 3 | 10 | | 5 sec | 3 | |
| Abduction walk | 97530 | 1 | 4 | | | 4 | UE support |
| Rope walk | 97530 | 1 | 4 | | | 4 | w/ cane |

AP_000179

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed Soft Tissue Mobilization (STM) on the left knee.

Additional Comments: Patient consented to palpation and manual therapy. Edema massage, scar tissue mobilization and light peri-patellar STM/MFR.

## General Objective Analysis

See tx flowsheet: Continued to work on light WB/proprioception training and supine strengthening.

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ report of increased L knee pain. She had fair tolerance to WB actiivties today but needs UE support w/ most due to balance deficits. Her knee ROM is good. She continues to have fair quad contraction w/ supine but struggles more w/ SLR and WB activities. She will continue to benefit from therapy to further progress her strength of L knee and improve her balance/proprioception.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Walk up to 90 minutes over uneven surfaces w/ no deficits. Stand up to 2 hours while participating with ADLs. Go up/down 3 flight of steps w/ mild deficits using the railing Independent with HEP and able to self progress. | 8 weeks | 1. Not met 2. Not met 3. Not met 4. Not met | Long Term |
| Walk up to 45 minutes over uneven surfaces w/ no deficits. Stand up to 60 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walk up to 5 minutes w/ FFW. Stand up to 5 minutes w/ FFW for support. Needs assistance w/ stairs. | Short Term |

# Plan

### Notes on Plan

Plan to follow up with pt regarding her doctors visit. Continue to work on proprioception and balance training.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 8/3/2023 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97140 | 1.000 | 15 |
| 97110 | 0.000 | 6 |
| 97530 | 1.000 | 11 |
| 97112 | 1.000 | 10 |
| G0283 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 42 |
| Total Treatment Time | | 57 |

AP_000180

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2023-08-31 11:24 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2023-08-31 20:42 PDT. License #: PT0000752*

AP_000181

# Initial Evaluation Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 3/6/2024 *Visit # 1*

**Provider:** Ross Anderson, PT *NPI # 1588626931*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

### Patient Self-Report

Age: 66 years
Chief Complaint: C/O having moderate level of deficits w/ walking w/ her FWW, getting to bathroom/back, going up stairs and navigating in the community and travel to the car. She is now wearing a brace and the knee is fixed at 0 to 40 degrees. She states explains she has moderate level of pain/discomfort and her level of irritation has been more constant.
Mechanism of Injury: S/P left TKA re-vision on 12/4/2023.
Date/Duration of injury: 12/4/2023
Previous Treatment: PT prior for her initial TKE in 2023.
Past medical history: See intake sheet for list of medical hx.
Medications: See list of meds in hard copy chart.
Diagnostic testing:
Pain improves when: Non WB and resting.
Functional Limitations: Walking, standing, stepping and navigating over objects.

### Medical History Review

Low Complexity - The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care

## Pain Scales

| Bodypart | Knee |
|---|---|
| Side of Body | Left |
| Pain at Best | 4 |
| Pain at Time of Visit | 5 |
| Pain at Worst | 10 |
| Pain Descriptors | Aching, Burning, Shooting, Sharp, Throbbing, Constant |

AP_000182

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 8.0 |

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | Therapist assist to 30 degrees of flexion. |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | GTB |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball |
| Initial Evaluation | 97161 | | | | | 12 | |
| IFC | G0283 | | | | | 10 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97110 | | | | | 4 | Included instruction of HEP w/ cues/correction on position/posture. Advised on self progression and symptom management. |

## General Objective Analysis

Status Post revision left TKA remain in extension brace motion will be from in hinged knee brace. First month with the brace she will be set at 0-45 degrees. Second month the brace will be set at 0-60 degrees. Third month the brace will be set to 0-90 degrees.

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 5.0 deg | Active ROM | Not Tested |
| 25.0 deg | Passive ROM | Not Tested |

| KNEE EXTENSION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 0.0 deg | Active ROM | Not Tested |
| 0.0 deg | Passive ROM | Not Tested |

AP_000183

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 2- / 5 | |

| MANUAL MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Anterior Tibialis | 3- / 5 | |
| Quadriceps | 2- / 5 | |
| Hamstrings | 2- / 5 | |
| Gastrocnemius | 3- / 5 | |

# Assessment

### Rehab Prognosis/Potential

Good

### Contraindications to Therapy

No contraindications noted per patient.

### Patient Assessment / Diagnosis

Linda presents S/P L TKA revision. She has specific restrictions limiting her AROM/PROM. She has diminished hip/quad recruitment, limited capacity to rise to stand and transfer. She also has UE weakness which makes her walking/standing and transfer status a concern. She is highly deconditioned w/ noted moderate degree of edema and scar tissue adhesions. She will benefit w/ PT to address her ROM/flexibility, hip/quad/gastroc strength/recruitment and address her degree of functional capacity w/ attention to safety.

Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

Plan is to see Linda 1-2x's/week for 6 weeks. The rx will consist of a HEP, AROM/PROM, patellar mobilization, quad/hip/trunk recruitment exercises, CKC activities for proprioception, balance/proprioception training, manual rx and modalities as indicated.

AP_000184

+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 1.000 | 11 |
| 97161 | 1.000 | 12 |
| G0283 | 1.000 | 10 |
| 97112 | 1.000 | 13 |
| Total Timed Code Treatment Minutes | | 24 |
| Total Treatment Time | | 46 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2024-03-06 15:27 PST. License #: PT00007523*

AP_000185

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 3/7/2024 *Visit # 2*

**Provider:** Alex Benoit, PTA *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that her leg is really sore and swollen but that is just how it is, not because of her eval. She states that the R leg has been more sore because of how much she has to use it and she feels like she strained it as she is having more sharp pain in the front of her leg when she tries to walk or get into bed. She has been doing the exercises at home like she was told and those are going ok.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | active |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | GTB |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Manual therapy | 97140 | | | | | 25 | retrograde technique for swelling, PROM into knee flexion. 40 degrees only. |

### General Objective Analysis

AP_000186

See tx flowsheet; Focus was on light manual to address swelling and improve knee ROM.
**SEE PROTOCOL**

## Inspection

## Assessment

### Patient Assessment / Diagnosis

Linda presents w/ moderate degree of swelling/edema in L LE. She presents w/ FWW and brace on locked in extension. She demonstrates good quad control. Her knee ROM was actually pretty good today, able to get 30 degrees of active flexion and therapist was able to passively move her into 40 degrees of flexion w/o hard end feel but stopped at 40 due to protocol. Pt will continue to benefit from therapy to further progress her knee ROM as indicated by protocol.
Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

## Plan

### Notes on Plan

Continue w/ gentle ROM, stopping at 40 degrees of flexion.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

AP_000187

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97140 | 2.000 | 25 |
| 97112 | 1.000 | 13 |
| G0283 | 1.000 | 15 |
| 97110 | 0.000 | 3 |
| Total Timed Code Treatment Minutes | | 41 |
| Total Treatment Time | | 56 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-03-07 15:27 PST. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-03-07 22:47 PST. License #: PT00007523*

AP_000188

# Plan of Care

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 3/6/2024 *Visit # 1*

**Provider:** Ross Anderson, PT *NPI# 1588626931*



ANCHOR
Physical Therapy

---

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
'Z96.652, S86.812D L/Knee
(PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Date of Plan of Care**
3/6/2024

**Injury Onset Date**
Not Reported

**Date of Initial Eval**
3/6/2024

---

# Assessment

### Patient Self-Report

Age: 66 years
Chief Complaint: C/O having moderate level of deficits w/ walking w/ her FWW, getting to bathroom/back, going up stairs and navigating in the community and travel to the car. She is now wearing a brace and the knee is fixed at 0 to 40 degrees. She states explains she has moderate level of pain/discomfort and her level of irritation has been more constant.
Mechanism of Injury: S/P left TKA re-vision on 12/4/2023.
Date/Duration of injury: 12/4/2023
Previous Treatment: PT prior for her initial TKE in 2023.
Past medical history: See intake sheet for list of medical hx.
Medications: See list of meds in hard copy chart.
Diagnostic testing:
Pain improves when: Non WB and resting.
Functional Limitations: Walking, standing, stepping and navigating over objects.

### Patient Assessment / Diagnosis

Linda presents S/P L TKA revision. She has specific restrictions limiting her AROM/PROM. She has diminished hip/quad recruitment, limited capacity to rise to stand and transfer. She also has UE weakness which makes her walking/standing and transfer status a concern. She is highly deconditioned w/ noted moderate degree of edema and scar tissue adhesions. She will benefit w/ PT to address her ROM/flexibility, hip/quad/gastroc strength/recruitment and address her degree of functional capacity w/ attention to safety.

Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Rehab Prognosis/Potential

Good

## Goals

Patient: Linda Larocque (DOB: 2/9/1958)     Treated by Ross Anderson, PT (License #PT00007523)
DOS: 3/6/2024
Page 1 of 2 of Plan of Care

AP_000189

GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|---|---|---|---|
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

Plan is to see Linda 1-2x's/week for 6 weeks. The rx will consist of a HEP, AROM/PROM, patellar mobilization. quad/hip/trunk recruitment exercises, CKC activities for proprioception, balance/proprioception training, manual rx and modalities as indicated.

+++LIMIT to 40 degrees for the first month from 3/1/2024 +++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2024-03-06 15:27 PST License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

____✓____ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, ZACHARY ADLER. MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Provider          Date          Time

_____          __3/8/24__          _____ PST

*ZACHARY ADLER, MD*

AP_000190

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 3/12/2024 *Visit # 3*

**Provider:** Alex Benoit, PTA *NPI #*



ANCHOR Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that she is feeling better today then she was last week. She states that she has been more careful about how much stress she is putting through the R leg (non surgical side) when she is doing activities so that pain has eased. She is being good about following the doctors orders, working on her exercises at home and moving slowly.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | active |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | GTB |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97110 | | | | | 5 | Discussed her bed mobility to improve ability to complete w/o increasing symptoms. |
| Manual therapy | 97140 | | | | | 22 | retrograde technique for swelling, PROM into knee flexion. 40 degrees only. Patient consented to manual therapy. |

### General Objective Analysis

See tx flowsheet; Continued w/ ROM in allowed ROM, quad strengthening and manual therapy.
**SEE PROTOCOL**

AP_000191

Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda did well w/ therapy today. She showed improved ability to complete transfers/transitional movements such as getting onto table and out of chair. She has been doing well w/ her exercises at home and also being cautious to not stress the knee joint. Pt had overall decreased swelling/edema in the L knee today. Pt was able to demo good Quad set today and glute set. ROM performed w/ brace on and focused on getting to 40 degrees which patient was able to get to 40 degrees.
Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

Consider just some gentle core and proprioception activities.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

AP_000192

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| G0283 | 1.000 | 15 |
| 97112 | 1.000 | 9 |
| 97140 | 1.000 | 22 |
| 97110 | 1.000 | 8 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-03-13 09:17 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-03-13 18:48 PDT. License #: PT00007523*

AP_000193

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 3/14/2024 *Visit # 4*

**Provider:** Alex Benoit, PTA *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

### Patient Self-Report

Linda reports that her L knee is doing ok but she has this constant burning sensation at the top of her incision. She feels that the swelling has been better. She is still dealing w/ more R hip pain and that has limited her ability to get around. Exercises at home are going well.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | |
| Supine Heel Slides | 97112 | 2 | 10 | | | 4 | done in sitting w/ slide board |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | GTB |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97110 | | | | | 6 | Review of her protocol/precautions. |
| Manual therapy | 97140 | | | | | 22 | retrograde technique for swelling, PROM into knee flexion. 40 degrees only. Patient consented to manual therapy. |

### General Objective Analysis

AP_000194

See tx flowsheet; Focus on light/gentle LE strengthening/ROM within protocol and manual therapy.
**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ continued report of L knee pain, mostly at most proximal part of incision. Her knee appears to be healing well, normal tissue temp/color and she presented today w/ decreased swelling/edema. Her ROM continues to be 40 degrees flexion both passive and active which is right where protocol wants her to be. She will need to work more on her hip/trunk stability to assist w/ her ability to ambulate around the house, increase in ROM will happen in next phase of protocol s.
Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

Add in more standing hip/TA strengthening to improve her functional mobility.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

AP_000195

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| G0283 | 1.000 | 15 |
| 97140 | 1.000 | 22 |
| 97112 | 1.000 | 9 |
| 97110 | 1.000 | 13 |
| Total Timed Code Treatment Minutes | | 44 |
| Total Treatment Time | | 59 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-03-14 17:31 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-03-14 17:46 PDT. License #: PT00007523*

AP_000196

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 3/19/2024   *Visit # 5*

**Provider:** Alex Benoit, PTA   *NPI #*


ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that she over did it yesterday at home and her knee/leg is very sore. She reports that she did a little bit in her yard and then was standing talking to her neighbors for about 25 minutes and thinks it was to much because she had a lot of difficulty sleeping last night. She reports that her leg has still been very swollen.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | done in sitting w/ slide board and brace on. limit to 40 degrees. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | GTB, brace on |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97110 | | | | | 15 | Pt education on her activity level. Discussed the benefit of some gentle walking/standing but to limit the time/duration to avoid stressing knee. Also educated pt on her current level of healing and to take things slow. reviewed icing/elevation to help manage swelling. |

AP_000197

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Manual therapy | 97140 | | | | | 6 | Gentle retrograde/swelling management manual therapy.<br>Patient consented to manual therapy. |
| Tandem stance | 97112 | | | | | 3 | W/ brace on and locked in extension<br>Modified tandem w/ cues for core recruitment. |

## General Objective Analysis

See tx flowsheet; Addition of some more proprioception/balance exercises
**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ some increased pain in her L knee/LE. She appeared to have done to much standing yesterday and was more inflammed/irritated today. She has been good about wearing her brace/following protocol. Her leg was pretty swollen today, no signs of DVT but increased swelling was noted. Her ROM continues to be 40 degrees which is goal for this phase of protocol. She tolerated new standing/proprioception exercisies/activities fair today, she remains weak in proximal hip/core muscles and fatigues quickly. Pt was advised to not over do her activities at home but did encourage light walking/standing but not push herself to the point of exhaustion.
Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|-------|--|--|--|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes.<br>Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs.<br>Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

AP_000198

Continue w/ gentle ROM to 40 degrees. Continue to work on light strengthening in WB position as able.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

### SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 | 2.000 | 26 |
| 97140 | 0.000 | 6 |
| 97112 | 1.000 | 8 |
| G0283 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-03-19 15:00 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-03-19 18:21 PDT. License #: PT00007523*

AP_000199

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 3/22/2024 *Visit # 6*

**Provider:** Kamilah Kent *NPI # 1013773647*


ANCHOR Physical Therapy

## Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| | |
|---|---|
| **Injury Description** | **Injury Onset Date** |
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Knee feeling sore today and continues to have swelling. States that she is still recovering from when she was doing a lot of standing/walking the other day. Current pain 1/10. Appt with Dr Adler 4/12 to continue progressing ROM to get the "ok" to progress knee flexion to 65deg.

---------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | |
| Supine Heel Slides | 97110 | 2 | 10 | | | 4 | done in sitting w/ slide board and brace on. limit to 40 degrees. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Manual therapy | 97140 | | | | | 12 | Gentle retrograde/swelling management manual therapy. Patient consented to manual therapy. |
| Glute Sets - Isometrics | 97110 | 2 | 10 | | 5 sec | 5 | |

AP_000200

## General Objective Analysis

See tx flowsheet:

**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Pt continues to present with increased pain/swelling on L LE. Pt does well with heel slides this session with knee brace locked to 45deg. Does not report pain with this activity. L LE cont. to demonstrate increased swelling. Retrograde massage performed to reduce swelling and pain management. Pt will benefit from skilled physical therapy services to address impaired activity tolerance and functional mobility.

Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

AP_000201

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97140 | 1.000 | 12 |
| G0283 | 1.000 | 15 |
| 97112 | 0.000 | 5 |
| 97110 | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 29 |
| Total Treatment Time | | 44 |

## Signatures

### Treating Provider Signature

*Initiated by Kamilah Kent on 2024-03-24 10:46 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-03-25 21:07 PDT. License #: PT00007523*

AP_000202

# Daily Note

**Patient:**   Linda Larocque

**DOB:**   2/9/1958   *Sex: F*

**Visit:**   3/26/2024   *Visit # 7*

**Provider:**   Claudia Burns, DPT   *NPI # 1174923577*


ANCHOR Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

### Patient Self-Report

Didn't sleep too well, so I'm tired today.
Knee is achy/sore and throbbing.
My first surgery was in Feb - TKR, May 4th DC'd  but then May 6th
came back to PT then June 26th another surgery for patellar dislocation/relocation(?)
3 months later went back for TKR revision surgery which was extensive.

Knee feeling sore today and continues to have swelling. States that she is still recovering from when she was doing a lot of standing/walking the other day. Current pain 1/10. Appt with Dr Adler 4/12 to continue progressing ROM to get the "ok" to progress knee flexion to 65deg.

---------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Heel Slides | 97110 | 2 | 10 | | 3 sec | 5 | done in supine without brace. PT confimed 45 deg. |
| Supine Hip Abduction with Elastic Band | 97110 | 3 | 10 | | | 5 | No band. AROM with slide board |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Manual therapy | 97140 | | | | | 15 | Gentle retrograde/swelling management manual therapy. Patient consented to manual therapy. |
| Glute Sets - Isometrics | 97110 | 2 | 10 | | 5 sec | 5 | |

AP_000203

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97110 | 3 | 10 | | 5 sec | 5 | |
| Plantarflexion with CLX Resistance Band | 97110 | 3 | 20 | | | 5 | OTB |

## General Objective Analysis

3/10 RP in L knee

**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Pt presents with mild resting pain and reports of tenderness in L knee and anterior/lateral thigh. Genlte soft tissue mobilization to this area including scar mobilization followed by PROM flexion to 45 degrees. Remainder of session spent progressing open chain strength including quad set, hip abduction and ankle PF against resistance.

Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

Continue w/ gentle ROM to 40 degrees. Continue to work on light strengthening in WB position as able.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

AP_000204

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97140 | 1.000 | 15 |
| G0283 | 1.000 | 15 |
| 97110 | 2.000 | 25 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

# Signatures

## Treating Provider Signature

*Initiated by Claudia Burns, DPT on 2024-03-26 16:29 PDT. License #: PT61265814*
*Electronically co-signed by Ross Anderson, PT on 2024-03-27 10:16 PDT. License #: PT00007523*

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Claudia Burns, DPT (License #PT61265814)
DOS: 3/26/2024
Page 3 of 3 of Daily Note

AP_000205

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 3/28/2024 *Visit # 8*

**Provider:** Elis Sassi, PT *NPI # 1013654862*


ANCHOR Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that overall she is feeling pretty good today with her ROM. She felt like the massage woke up some aching in her shin area last time.

----------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Hip Abduction with Elastic Band | 97110 | 2 | 10 | | | 5 | No band. AROM with slide board |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | no towel roll today |
| Plantarflexion with CLX Resistance Band | 97110 | 3 | 10 | | | 7 | OTB |
| UBE | 97110 | | | | | 6 | 2 min fwd, 2 min backward, end 1 min fwd/1 min backward 2.0 resistance black bike |

### Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed MFR/STM on the knee.

AP_000206

**Additional Comments:** Patient consented to tissue palpation, manual treatment/mobilization. STM around the incision, and quad/hip flexors/IT band

## General Objective Analysis

Treatment via flowsheet: AROM into knee flexion with sliding board, and UBE

**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Continued with AAROM with rope and AROM into knee flexion to a maximum of 45 degrees in long sitting this visit- pt reports increased challenge to the hip flexor and lumbar spine without increased pain. Pt reports increased lateral hip soreness at the end of the session stating "it feels good though". Ended with 6 minutes on the upper body ergometer for improved cardiovascular endurance. Patient will continue to benefit from skilled physical therapy to improve ROM, proximal and distal strength, and mobility for ease with home and community activities.

Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes.<br>Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs.<br>Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

Continue w/ gentle ROM to 40 degrees- progress to 60 deg after 1 month of therapy per protocol. Continue to work on light strengthening in WB position as able. Begin with UBE for CV endurance?
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

AP_000207

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| G0283 | 1.000 | 15 |
| 97140 | 1.000 | 15 |
| 97110 | 2.000 | 23 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 53 |

# Signatures

## Treating Provider Signature

*Initiated by Elis Sassi, PT on 2024-03-28 13:45 PDT.*
*Electronically co-signed by Ross Anderson, PT on 2024-03-28 18:09 PDT. License #: PT00007523*

AP_000208

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 4/1/2024 *Visit # 9*

**Provider:** Alex Benoit, PTA *NPI #*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that she continues to have elevated pain in the L knee/leg and lower back but is probably because she has been trying to walk around more. She still feels frustrated about how little she is able to do. She feels that the exercises at home are a good challenge for her but she continues to participate in them. She is waiting to see her doctor next week, hoping to get in earlier to see if she is ready to start working on 60 degrees of flexion.

---------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| Supine Hip Abduction with Elastic Band | 97110 | 2 | 10 | | | 5 | No band. AROM with slide board |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97110 | | | | | 12 | Pt education on expected increased symptoms as her activity level increases, encouraged more core bracing to limit strss to LE |
| Manual therapy | 97140 | | | | | 15 | Gentle retrograde/swelling management manual therapy. Patient consented to manual therapy. |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | no towel roll today |

Patient: Linda Larocque (DOB: 2/9/1958)     Treated by Alex Benoit, PTA (License #P160546779)
DOS: 4/1/2024
Page 1 of 3 of Daily Note

AP_000209

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Plantarflexion with CLX Resistance Band | 97110 | 3 | 10 | | | 4 | OTB |

## General Objective Analysis

Treatment via flowsheet: Continued w/ light AAROM/AROM for knee flexion, quad/hip strengthening and manual techniques.

**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents today w/ some increased symptoms in her L leg. She has been doing a little more standing/walking which has led to some increased symptoms, swelling still was not to severe. She was more TTP/irritated along medial compartment of knee today and by the end of session was quite painful. Her knee ROM is looking good, kept to 45 degrees today but should be able to work gaining more ROM after her follow up. Quad strength is improving, she would still benefit from more proximal hip and core strengthening to allow better tolerance to walking/standing and encourage better overall strength/conditioning. Pt will continue to benefit from therapy to further progress her LE strength/stability, progress AROM as allowed by protocol.

Areas of concern:

1. Left knee flexion ROM deficits.
2. Diminished hip/quad/glute and UE strength.
3. Moderate deficits w/ transfers and needs SBA to Min A.
4. Challenged with getting to therapy, transportation to clinic.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|-------|--|--|--|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

AP_000210

Assess response to last visit, consider to focus on LE strengthening, manual therapy as needed.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/1/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| G0283 | 1.000 | 15 |
| 97140 | 1.000 | 15 |
| 97110 | 2.000 | 30 |
| Total Timed Code Treatment Minutes | | 45 |
| Total Treatment Time | | 60 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-04-01 17:37 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-04-01 23:26 PDT. License #: PT00007523*

AP_000211

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958   *Sex: F*

**Visit:** 4/2/2024   *Visit # 10*

**Provider:** Ross Anderson, PT   *NPI # 1588626931*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda states her left knee pain level has declined, but the region along the scar zone and gastroc is tender. She is having more issues w/ walking and feels that is affecting her back which is irritating her back and slowing her down. She has been doing the HEP and self progressing when she can. She can now get up onto the table and get around in the home w/ use of a 1/2 walker. In the community she needs a walker and is needing to rest to do simple shopping activities. Standing is one of her biggest challenges w/ her balance a major concern. She has not pushed herself, but she is not not doing anything as well.

---------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Pain Scales

| Bodypart | Knee |
|---|---|
| Side of Body | Left |
| Pain at Best | 2 |
| Pain at Time of Visit | 4 |
| Pain at Worst | 8 |
| Pain Descriptors | Sharp, Aching, Burning |
| Pain Aggravating Factors | Standing, Walking, Going upstairs |
| Pain Alleviating Factors | Resting, Icing |

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 15.0 |

AP_000212

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97112 | | | | | 4 | Cues/direction on position/stance to engage key muscle groups to assist standing/stepping activities. |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 4 | Brace on and locked, cues for glute contraction. WBAT |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | no towel roll today |
| Re-Assessment | 97530 | | | | | 18 | ROM/Strength/Flexibility/Functional level- Assess functional capacity. |
| Single Leg Standing Marching | 97530 | 2 | 10 | | | 3 | 3 Point of contact w/ single leg march at a time. |
| Standing Hamstring Curls | 97112 | 2 | 10 | | | 4 | 3 points of contact-Standing. |
| Hip Abduction | 97112 | 2 | 10 | | | 4 | standing w/ 3 point of contact. Hip abd R/L. |

## General Objective Analysis

Treatment via flowsheet: Progressed as per protocol and included a re-assessment to help get her updated on the progression strategies.

**SEE PROTOCOL**

## Inspection

## Range of Motion Measurements

| KNEE EXTENSION | | |
|----------------|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 0.0 deg | Active ROM | Not Tested |
| 0.0 deg | Passive ROM | Not Tested |

| KNEE FLEXION | | |
|--------------|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 45.0 deg | Active ROM | Not Tested |
| 50.0 deg | Passive ROM | Not Tested |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|--------------------|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 2+ / 5 | |

| MANUAL MUSCLE TESTS | | |
|---------------------|---|---|
| BODY PART | LEFT | RIGHT |
| Hamstrings | 3- / 5 | |
| Anterior Tibialis | 3 / 5 | |
| Gastrocnemius | 3 / 5 | |
| Quadriceps | 2+ / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda has been able to progress more over the last 2 weeks w/ noted increased hip/quad activation and better recruitment of her hamstrings for knee flexion in anti-gravity task. She continues to have general hip/quad/glute/hamstring weakness and is not able to actively engage w/ CKC activities w/out an assistive device. Even w/ her FWW she is limited to 2-3 minutes of standing activity. She has been dedicated to her HEP and appears ready to progress more, but will need to have the splint restrictions modified to allow additional knee flexion. Her prognosis is good and we will continue w/ her PT and advance as per protocol.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

## Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks to address her HEP, advance w/ AROM/AAROM/PROM, hip/glute/quad/hamstring/gastroc strength, address her functional capacity and include manual rx/modalities as indicated.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 0.000 | 5 |
| 97530 | 2.000 | 21 |
| 97112 | 1.000 | 16 |
| G0283 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 42 |
| Total Treatment Time | | 57 |

AP_000214

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2024-04-02 22:08 PDT. License #: PT00007523*

AP_000215

# Progress Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 4/2/2024  *Visit # 10*

**Provider:** Ross Anderson, PT  *NPI # 1588626931*



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda states her left knee pain level has declined, but the region along the scar zone and gastroc is tender. She is having more issues w/ walking and feels that is affecting her back which is irritating her back and slowing her down. She has been doing the HEP and self progressing when she can. She can now get up onto the table and get around in the home w/ use of a 1/2 walker. In the community she needs a walker and is needing to rest to do simple shopping activities. Standing is one of her biggest challenges w/ her balance a major concern. She has not pushed herself, but she is not not doing anything as well.

---------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Pain Scales

| Bodypart | Knee |
|---|---|
| Side of Body | Left |
| Pain at Best | 2 |
| Pain at Time of Visit | 4 |
| Pain at Worst | 8 |
| Pain Descriptors | Sharp, Aching, Burning |
| Pain Aggravating Factors | Standing, Walking, Going upstairs |
| Pain Alleviating Factors | Resting, Icing |

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 15.0 |

AP_000216

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97112 | | | | | 4 | Cues/direction on position/stance to engage key muscle groups to assist standing/stepping activities. |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 4 | Brace on and locked, cues for glute contraction. WBAT |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | no towel roll today |
| Re-Assessment | 97530 | | | | | 18 | ROM/Strength/Flexibility/Functional level- Assess functional capacity. |
| Single Leg Standing Marching | 97530 | 2 | 10 | | | 3 | 3 Point of contact w/ single leg march at a time. |
| Standing Hamstring Curls | 97112 | 2 | 10 | | | 4 | 3 points of contact-Standing. |
| Hip Abduction | 97112 | 2 | 10 | | | 4 | standing w/ 3 point of contact. Hip abd R/L. |

## General Objective Analysis

Treatment via flowsheet: Progressed as per protocol and included a re-assessment to help get her updated on the progression strategies.

**SEE PROTOCOL**

## Inspection

## Range of Motion Measurements

| KNEE EXTENSION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 0.0 deg | Active ROM | Not Tested |
| 0.0 deg | Passive ROM | Not Tested |

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 45.0 deg | Active ROM | Not Tested |
| 50.0 deg | Passive ROM | Not Tested |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 2+ / 5 | |

| MANUAL MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hamstrings | 3- / 5 | |
| Anterior Tibialis | 3 / 5 | |
| Gastrocnemius | 3 / 5 | |
| Quadriceps | 2+ / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda has been able to progress more over the last 2 weeks w/ noted increased hip/quad activation and better recruitment of her hamstrings for knee flexion in anti-gravity task. She continues to have general hip/quad/glute/hamstring weakness and is not able to actively engage w/ CKC activities w/out an assistive device. Even w/ her FWW she is limited to 2-3 minutes of standing activity. She has been dedicated to her HEP and appears ready to progress more, but will need to have the splint restrictions modified to allow additional knee flexion. Her prognosis is good and we will continue w/ her PT and advance as per protocol.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

# Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks to address her HEP, advance w/ AROM/AAROM/PROM, hip/glute/quad/hamstring/gastroc strength, address her functional capacity and include manual rx/modalities as indicated.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 0.000 | 5 |
| 97530 | 2.000 | 21 |
| 97112 | 1.000 | 16 |
| G0283 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 42 |
| Total Treatment Time | | 57 |

AP_000218

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2024-04-02 22:08 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.              _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Provider                                    Date                                    Time

                                                                                                                                    PDT

*ZACHARY ADLER, MD*

AP_000219

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958  *Sex: F*

**Visit:** 4/9/2024  *Visit # 11*

**Provider:** Alex Benoit, PTA  *NPI #*


ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

### Patient Self-Report

Linda reports that her knee is doing better overall, she states that her lower back continues to bother her and she struggles w/ prolonged walking/standing. She states that she does feel like her leg is getting a little stronger but she still has difficulty lifting it up when she is laying on the bed. She is anxious to see the doctor this week to see what else she can start doing.

---------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | done in supine without brace. PT confimed 45 deg. AAROM with strap for 2 x10 AROM with sliding board 2x10 |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| Supine Hip Abduction with Elastic Band | 97110 | 2 | 10 | | | 5 | pink |

AP_000220

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 4 | Brace on and locked, cues for glute contraction. WBAT |
| Tandem stance | 97112 | | | | | 3 | W/ brace on and locked in extension Modified tandem w/ cues for core recruitment. |
| Glute Sets - Isometrics | 97110 | 2 | 10 | | 5 sec | 5 | |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | no towel roll today |
| Standing Hamstring Curls | 97112 | 2 | 10 | | | 4 | 3 points of contact-Standing. |
| Hip Abduction | 97112 | 2 | 10 | | | 4 | standing w/ 3 point of contact. Hip abd R/L. |

## General Objective Analysis

Treatment via flowsheet: Continued w/ hip/LE strengthening

**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda has been making good progress in therapy. Knee ROM continues to look good, there was only mild swelling/warmth to tissues today. She demonstrated better gait cycle today w/ improved step through pattern and improved posture. She fatigues very quickly during WB activities due to low back pain and continued weakness in LE. Pt will continue to benefit from therapy to further progress her strength/stability of L LE/back and improve her tolerance to more walking/standing and daily activities.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

AP_000221

# Plan

### Notes on Plan

Plan to assess response to last visit, continue working on LE strengthening as tolerated. HEP review/goals for therapy.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 2.000 | 26 |
| G0283 | 1.000 | 15 |
| 97112 | 1.000 | 19 |
| Total Timed Code Treatment Minutes | | 45 |
| Total Treatment Time | | 60 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-04-09 13:27 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-04-09 14:02 PDT. License #: PT00007523*

AP_000222

# Daily Note

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 4/11/2024 *Visit # 12*

**Provider:** Alex Benoit, PTA *NPI #*


ANCHOR Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

### Patient Self-Report

Linda reports her knee is doing alright but her back is really bothering her. Pt reports that yesterday she was able to walk around costco without needing to hold onto the cart, just use the walker for about 30 minutes. She was also able to raise her leg on the bed yesterday for the first time.

---------
Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | done in supine without brace. PT confimed 45 deg.<br><br>AAROM with strap for 2 x10<br>AROM with sliding board 2x10 |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| Supine Hip Abduction with Elastic Band | 97110 | 2 | 10 | | | 5 | pink |
| Straight Leg Raise (SLR) | 97110 | 2 | 5 | | | 2 | supine w/ brace |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Tandem stance | 97112 | | | | | 4 | W/ brace on and locked in extension<br>Modified tandem w/ cues for core recruitment. |
| Glute Sets - Isometrics | 97110 | 2 | 10 | | 5 sec | 5 | |

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed MFR/STM on the knee.

**Additional Comments: Patient consented to tissue palpation, manual treatment/mobilization. STM around the incision, and quad/hip flexors/IT band**

## General Objective Analysis

Treatment via flowsheet: Manual therapy for swelling/symptoms, continued w/ strengthening and ROM as appropriate.

**SEE PROTOCOL**

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ minimal complaint of knee pain but increased lower back pain from prolonged standing yesterday. Her low back/hip and knee all limit her tolerance to standing activities but she is starting to improve in this area. She tolerated the session well, continue to show good knee ROM in allowable range and was able to demo SLR w/ minimal extensor lag. Pt will continue to benefit from therapy to further progress her strength/stability of L LE, and ROM when cleared for more.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes.<br>Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs.<br>Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met.<br>2. Not Met<br>3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min)<br>2. Partially Met. (2 min)<br>3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

# Plan

### Notes on Plan

AP_000224

Follow up w/ pt regarding her doctors visit.
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97140 | 1.000 | 15 |
| 97112 | 1.000 | 8 |
| G0283 | 1.000 | 15 |
| 97110 | 1.000 | 20 |
| Total Timed Code Treatment Minutes | | 43 |
| Total Treatment Time | | 58 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-04-11 15:20 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-04-12 13:01 PDT. License #: PT00007523*

AP_000225

# Daily Note



**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Alex Benoit, PTA**
*NPI #*

**Visit:**
**4/16/2024**

**Visit #:**
**13**

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that she saw Dr Adler last week and he was very pleased with her progress. He measured her at 77 degrees of flexion and that was good but wants the brace to be set at 70 degrees of flexion now until May 1st and then can work on getting to 90 degrees. Brace still needs to be locked in extension when WB but she can be WBAT and can now do some resisted knee extension. Pt reports that she has been feeling pretty good, feels a little better when walking now and the knee feels more stable.

---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | w/o brace, to 70 degrees. |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Straight Leg Raise (SLR) | 97110 | 2 | 5 | | | 2 | supine w/ brace |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |

AP_000226

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Tandem stance | 97112 | | | | | 4 | W/ brace on and locked in extension<br>Modified tandem w/ cues for core recruitment. |
| Single Leg Standing Marching | 97530 | 2 | 10 | | | 3 | 3 Point of contact w/ single leg march at a time. |
| Standing Hamstring Curls | 97112 | 2 | 10 | | | 4 | 3 points of contact-Standing. |
| Hip Abduction | 97112 | 2 | 10 | | | 4 | standing w/ 3 point of contact. Hip abd R/L. |

## Manual Therapy Techniques - 1 Units - 15 Minutes

• Performed MFR/STM on the knee.

Additional Comments:
Patient consented to tissue palpation, manual treatment/mobilization. STM around the incision espcially superior.

## General Objective Analysis

Treatment via flowsheet: Continued to work on improving her knee ROM, WB tolerance.
**New Protocol from 4/16 is scanned into file***

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda did well w/ therapy today and continues to make good progress in therapy. She saw her surgeon last week who cleared her to work up to 70 degrees of flexion until May 1st when she can start working to 90 degrees. She still has to have the brace locked in extension w/ WB activities. Linda was able to demonstrate improved gait pattern today w/ less degree of compensation patterns. Easily able to achieve 70 degrees of flexion w/ minimal report of tightness/discomfort. She still does fatigue quickly w/ WB and will need to continue working on her proprioception/stability in L knee/LE. Pt continues to have pain along most superior part of incision/quad and distal tibia but is to expected at this time. She will continue to benefit from therapy to further progress her trunk and L LE stablity, tolerance to more walking and standing activities.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

# Goals

AP_000227

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

# Plan

### Notes on Plan

Follow up w/ pt regarding her doctors visit.
+++LIMIT to 70 degrees until May 1st, then can work on getting to 90**

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 1.000 | 16 |
| 97110 | 1.000 | 9 |
| G0283 | 1.000 | 15 |
| 97530 | 0.000 | 3 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 43 |
| Total Treatment Time | | 58 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-04-16 17:36 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-04-19 01:15 PDT. License #: PT00007523*

AP_000228

# Daily Note



**Patient:** **Linda Larocque**  
**DOB:** **2/9/1958**  
**Sex:** **Female**

**Scheduled Provider:**  
**Alex Benoit, PTA**  
*NPI #*

**Visit:** **4/18/2024**  
**Visit #:** **14**

## Clinic Details

| Clinic | Address |
| --- | --- |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** 2534747474 | |
| **Fax #** 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |

**Diagnosis Codes**  
M25.562, M17.12, M17.32

**Referring Provider**  
ZACHARY ADLER

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee is doing ok. She wishes she could do more but knows that she has to not push herself but is frustrated at times. She does feel like her leg is getting a little stronger, she has less pain in the hip now. She can stand and do things for maybe 5-10 minutes before her leg will start to bother her. She reports that she has been doing her exercises at home.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | w/o brace, to 70 degrees. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Straight Leg Raise (SLR) | 97110 | 2 | 5 | | | 2 | supine w/ brace |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Tandem stance | 97112 | | | | | 4 | W/ brace on and locked in extension Modified tandem w/ cues for core recruitment. |
| Standing Hamstring Curls | 97112 | 2 | 10 | | | 4 | 3 points of contact-Standing. |
| Hip Abduction | 97112 | 2 | 10 | | | 4 | standing w/ 3 point of contact. Hip abd R/L. |

AP_000229

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Abduction walk | 97112 | | | | | 4 | along desks, cues for her posture and LE positioning. |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 4 | standing w/ brace, 3 sec hold |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | 3 sec | 4 | cues for quad activation. |

## Manual Therapy Techniques - 1 Units - 10 Minutes

• Performed MFR/STM on the knee.

Additional Comments:
Patient consented to tissue palpation, manual treatment/mobilization. STM around the incision espcially superior.

## General Objective Analysis

Treatment via flowsheet: Continued w/ LE strengthening, ROM to 70.
**New Protocol from 4/16 is scanned into file***

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda had good tolerance to therapy today. She continues to show good ability to reach 70 degrees of AAROM w/o report of pain. Her strength is getting better, SLR is fair but does have moderate difficulty maintaining good quad activation. Her tolerance to WB is improving, less report of hip/lower back pain, just fatigues quickly. Pt will continue to benefit from therapy to further progress her strength and stability.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

AP_000230

# Plan

### Notes on Plan

Continue w/ LE strengthening ,Wb activities as tolerated, resisted knee extension.
+++LIMIT to 70 degrees until May 1st, then can work on getting to 90**

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
| --- | --- | --- |
| CPT CODE | UNITS | MINUTES |
| 97140 | 1.000 | 10 |
| 97110 | 0.000 | 9 |
| 97112 | 2.000 | 24 |
| G0283 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 43 |
| Total Treatment Time | | 58 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-04-18 16:52 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-04-19 01:16 PDT. License #: PT00007523*

# Plan of Care



**ANCHOR** Physical Therapy

**Patient:** Linda Larocque

**DOB:** 2/9/1958 *Sex: F*

**Visit:** 4/2/2024 *Visit # 10*

**Provider:** Ross Anderson, PT *NPI # 1588626931*

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Date of Plan of Care**
4/2/2024

**Injury Onset Date**
Not Reported

**Date of Initial Eval**
3/6/2024

## Assessment

### Patient Self-Report

Linda states her left knee pain level has declined, but the region along the scar zone and gastroc is tender. She is having more issues w/ walking and feels that is affecting her back which is irritating her back and slowing her down. She has been doing the HEP and self progressing when she can. She can now get up onto the table and get around in the home w/ use of a 1/2 walker. In the community she needs a walker and is needing to rest to do simple shopping activities. Standing is one of her biggest challenges w/ her balance a major concern. She has not pushed herself, but she is not not doing anything as well.

--------

Next appt with Dr. Adler 4/12
3/22: NO MORE THAN 45DEG KNEE FLEXION

### Patient Assessment / Diagnosis

Linda has been able to progress more over the last 2 weeks w/ noted increased hip/quad activation and better recruitment of her hamstrings for knee flexion in anti-gravity task. She continues to have general hip/quad/glute/hamstring weakness and is not able to actively engage w/ CKC activities w/out an assistive device. Even w/ her FWW she is limited to 2-3 minutes of standing activity. She has been dedicated to her HEP and appears ready to progress more, but will need to have the splint restrictions modified to allow additional knee flexion. Her prognosis is good and we will continue w/ her PT and advance as per protocol.

### Rehab Prognosis/Potential

Good

## Goals

Patient: Linda Larocque (DOB: 2/9/1958)        Treated by Ross Anderson, PT (License #PT00007523)
DOS: 4/2/2024
Page 1 of 2 of Plan of Care

AP_000232

## GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|------|----------|---------------|-----------|
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

# Plan

### Notes on Plan

Plan is to request continued physical therapy for Linda 2x's/week for 8 additional weeks to address her HEP, advance w/ AROM/AAROM/PROM, hip/glute/quad/hamstring/gastroc strength, address her functional capacity and include manual rx/modalities as indicated
+++LIMIT to 40 degrees for the first month from 3/1/2024.+++

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|------------------------|------------------------|
| 2x every week | until 5/28/2024 |

# Signatures

## Treating Provider Signature

*Electronically signed by Ross Anderson, PT on 2024-04-02 22:08 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

___✓___ I have no revisions to the plan of care.            _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Ross Anderson, PT's care.

Signature of Referring Provider                    Date                    Time

                                                   4/16/24                              PDT

ZACHARY ADLER, MD

AP_000233



# ANCHOR
Physical Therapy

# Fax

_TO'._

_from·_     _To_ **To Name:** ZACHARY ADLER, MD          _TO'._ **From Name:** Ross Anderson

**To Fax:** 253-459-7049                              **From Fax:** 253-474-7479

**Subject:** Re: L. Larocque                          **From Phone:** 253-474-7474

**Date:** April 2nd, 2024 10:09 PM (PDT)

**Signature Required: Yes**

**Message:**

Confidentiality Warning: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information which is privileged, confidential, proprietary or exempt from disclosure under applicable law. If you are not the intended recipient or the person responsible for delivering the message to the intended recipient, you are strictly prohibited from disclosing, distributing, copying or in any way using this message. If you have received this communication in error, please notify the sender, and destroy and delete any copies you may have received.

AP_000234

# Daily Note



| | | |
|---|---|---|
| Patient: | DOB: | Sex: |
| **Linda Larocque** | **2/9/1958** | **Female** |

Scheduled Provider:
**Claudia Burns, DPT**
*NPI # 1174923577*

| | |
|---|---|
| Visit: | Visit #: |
| **4/23/2024** | **15** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street<br>Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Knee is okay. Got new restriction of 70 deg of knee flexion max and into 10 degrees of extension.
top of my knee is sore by the end of the day - most of my pain is the tenderness at the incision site.
Ambulates with RW when out and hemi walker with wheels
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97112 | | | | | 6 | Cues/direction on position to engage key muscle groups to assist standing/stepping activities. |
| Glute Sets - Isometrics | 97110 | 2 | 10 | | 5 sec | 5 | |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | with SLR, but extensor lag so DC |
| Hip Abduction | 97112 | 4 | 5 | | | 8 | sidelying short axis lifts |
| Short Arc Quad (SAQ) | 97112 | 4 | 5 | | 3 sec | 5 | cues for quad activation. focus on eccentric lowering portion. passive lift with rope, eccentric lowering over 5 sec |
| Clamshells | 97110 | 3 | 10 | | | 5 | sidelying |

AP_000235

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Bridges | 97112 | | | | | 5 | no band, staggered stance to keep L knee at 70 degrees flexion |

## General Objective Analysis

0/10

Treatment via flowsheet: Continued w/ LE strengthening, ROM to 70.
**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-?0. She will maint,ain this moEion for 2 weeke. She will then increase her hinged knee brace to 0-90 on 5/L/24 for l month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may r.rork on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Pt presents with biggest concern of LE strength and stability. ROM is within surgeon's protocol and not painful at this end range of 70 degrees. Majority of today's session spent reviewing and progressing proximal LE strength as well as quad engagement at ternminal knee extension. Pt unable to hold quad set during SLR so regressed to SAQ lowering from full extension.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met.  (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

# Plan

### Notes on Plan

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Claudia Burns, DPT (License #PT61265814)
DOS: 4/23/2024
Page 2 of 3 of Daily Note

AP_000236

Continue w/ LE strengthening ,Wb activities as tolerated, resisted knee extension.
+++LIMIT to 70 degrees until May 1st, then can work on getting to 90**

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
| --- | --- | --- |
| CPT CODE | UNITS | MINUTES |
| 97112 | 2.000 | 24 |
| G0283 | 1.000 | 15 |
| 97110 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

## Treating Provider Signature

*Initiated by Claudia Burns, DPT on 2024-04-23 13:48 PDT. License #: PT61265814*
*Electronically co-signed by Ross Anderson, PT on 2024-04-23 15:20 PDT. License #: PT00007523*

AP_000237

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Alex Benoit, PTA**
*NPI #*

Visit:
**4/25/2024**

Visit #:
**16**


**ANCHOR** Physical Therapy

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee
(PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Injury Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda reports that her leg was sore after last visit from some of the new exercises. Felt muscle soreness but also some pain. She reports that her leg does feel stronger and is bending better but is staying within the 70 degrees.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| IFC | G0283 | | | | | 15 | Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Manual therapy | 97140 | | | | | 15 | Gentle retrograde/swelling management manual therapy. PROM to 70 degrees of flexion Patient consented to manual therapy. |
| Tandem stance | 97112 | | | | | 4 | W/ brace on and locked in extension Modified tandem w/ cues for core recruitment. |

Patient: Linda Larocque (DOB: 2/9/1958)   Treated by Alex Benoit, PTA (License #P160546779)
DOS: 4/25/2024
Page 1 of 3 of Daily Note

AP_000238

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Abduction walk | 97112 | | | | | 4 | along desks, cues for her posture and LE positioning. |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 4 | standing w/ brace, 3 sec hold |
| Clamshells | 97110 | 3 | 10 | | | 5 | sidelying |

## General Objective Analysis

See tx flowsheet; Focus on increasing L knee strength, stability and addition of manual interventions today.

**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-?0. She will maint,ain this moEion for 2 weeke. She will then increase her hinged knee brace to 0-90 on 5/L/24 for l month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may r.rork on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Pt did well w/ therapy today. She presents w/ some increased symptoms but there was minimal swelling/edema noted today. Her ROM continues to look good and can reach 70 degrees w/o report of pain. Strength is improving, she shows better quad recruitment and improved SLR tolerance. Pt will continue to benefit from therapy to further progress her tolerance to standing, walking and doing daily tasks and activities.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|-------|--------|-------------|------|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially Met. (6 min) 2. Partially Met. (2 min) 3. Partially Met. (1 step at a time and goes up 5 to get to her home) | Short Term |

AP_000239

# Plan

### Notes on Plan

Continue with current level of strengthening, continue to work on ROM to 70. Focus on quad/hip strengthening and balance. +++LIMIT to 70 degrees until May 1st, then can work on getting to 90**

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97140 | 1.000 | 15 |
| G0283 | 1.000 | 15 |
| 97112 | 1.000 | 12 |
| 97110 | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-04-25 15:33 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-04-25 16:40 PDT. License #: PT00007523*

AP_000240

# Daily Note



| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |

Scheduled Provider:
**Alex Benoit, PTA**
*NPI #*

| Visit: | Visit #: |
|---|---|
| **5/2/2024** | **18** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street |
| | Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

## Subjective Analysis

### Patient Self-Report

Linda reports that her knee was sore after her last session but not to bad. She reports that her strength feels better overall and she is able to walk about 30 minutes with less issues.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | w/o brace, to 90 degrees. |
| Straight Leg Raise (SLR) | 97110 | 2 | 5 | | | 2 | supine w no brace - eccentrics |
| IFC | G0283 | | | | | 15 | with ICE Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Patient Education | 97110 | | | | | 6 | Pt education on new ROM, maintain brace locked w/ WB |
| Manual therapy | 97140 | | | | | 15 | IASTM to peripatellare area. Patient consented to manual therapy. |
| Tandem stance | 97112 | | | | | 4 | W/ brace on and locked in extension Modified tandem w/ cues for core recruitment. |
| Abduction walk | 97112 | | | | | 4 | along desks, cues for her posture and LE positioning. |

AP_000241

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 4 | standing w/ brace, 3 sec hold |
| Bridges | 97112 | | | | | 5 | no band, staggered stance to keep L knee at 70 degrees flexion |

## General Objective Analysis

See tx flowsheet; Progressed to 90 degrees of ROM
**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-90. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda did well w/ therapy today. We were able to move to 90 degrees of knee flexion per protocol which she was able to do AAROM/AROM w/o any pain. She demonstrates improved quad strength, still needs some cues for correct quad recruitment but better today. She fatigues quickly w/ WB activities and still has some moderate balance/proprioception deficits. Pt will continue to benefit from therapy to further progress her knee strength, ROM as able and functional mobility.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

# Goals

| GOALS | | | |
|-------|--|--|--|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes.<br>Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs.<br>Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met.<br>2. Not Met<br>3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD)<br>2. MET (standing 30 min)<br>3. MET | Short Term |

# Plan

AP_000242

## Notes on Plan

Continue to focus on quad/hip strength, work on trunk/hip strength as well.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

### SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 | 1.000 | 17 |
| 97110 | 1.000 | 12 |
| G0283 | 1.000 | 15 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 44 |
| Total Treatment Time | | 59 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-05-02 13:54 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-05-02 19:36 PDT. License #: PT00007523*

AP_000243

# Daily Note



**ANCHOR** Physical Therapy

Patient: **Linda Larocque**

DOB: **2/9/1958**

Sex: **Female**

Scheduled Provider: **Claudia Burns, DPT**
*NPI # 1174923577*

Visit: **4/30/2024**

Visit #: **17**

## Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| | |
|---|---|
| **Injury Description** | **Injury Onset Date** |
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda repoerts improvement in overall functioning. 50% better in L knee. But I Feel like the limiting factor in my endurance walking and with stairs (2 tier stair case in my house (5+landing+7) is back pain
Back feels about 20% better. Still
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Pain Scales

| Bodypart | Knee |
|---|---|
| Side of Body | Left |
| Pain at Best | 1 |
| Pain at Time of Visit | 1 |
| Pain at Worst | 5 |
| Pain Descriptors | Aching, Sharp, Burning |
| Pain Aggravating Factors | Standing, Walking, Going upstairs |
| Pain Alleviating Factors | Icing, Resting |

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 33.0 |

AP_000244

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| IFC | G0283 | | | | | 15 | with ICE Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Manual therapy | 97140 | | | | | 15 | IASTM to peripatellare area.<br>STM and scar mobilization to decrease sensativity.<br>Patient consented to manual therapy. |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 4 | No brace, ball behind knee against wall for cues of quad contraction. WBAT |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | with SLR, but extensor lag so DC |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 4 | standing w/ brace, 3 sec hold |
| Short Arc Quad (SAQ) | 97112 | 4 | 5 | | 3 sec | 5 | cues for quad activation. PT assist focus on eccentric lowering portion. |
| Clamshells | 97110 | 3 | 10 | | | 5 | sidelying |
| Bridges | 97112 | | | | | 5 | no band, staggered stance to keep L knee at 70 degrees flexion |

## General Objective Analysis

See tx flowsheet; Focus on increasing L knee strength, stability and addition of manual interventions today.

**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-70. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 70.0 deg | Passive ROM | Not Tested |

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Claudia Burns, DPT (License #PT61265814)
DOS: 4/30/2024
Page 2 of 4 of Daily Note

AP_000245

## Strength Measurements

| GROSS MUSCLE TESTS | | |
| --- | --- | --- |
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 4+ / 5 | |

| MANUAL MUSCLE TESTS | | |
| --- | --- | --- |
| BODY PART | LEFT | RIGHT |
| Anterior Tibialis | 5 / 5 | |
| Quadriceps | 3- / 5 | |
| Hamstrings | 4+ / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda Larocque is a 66 year-old female who has attended 16 visits since initial evaluation on 3/6/24. Since that time pt reports about 50% improvement in L knee pain and function. She reports constant mild pain in R knee that gets up to a 5/10 achiness with prolonged standing and walking, though these activities are limited more by back pain then knee pain. Objectively, strength has improved, though continued extensor lag with terminal knee extension. She is currently ambulating in knee bace locked from 0-70 degrees and will increase this to 90 degrees tomorrow. ROM measured at 70 today but no tissue resistance so could likely go further - avoiding due to current limits. Current deficits include prolonged walking, stairs, sit-stands. Reccomend continued PT to address these impairments and return pt to PLOF.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
| --- | --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD) 2. MET (standing 30 min) 3. MET | Short Term |

# Plan

### Notes on Plan

Continue with current level of strengthening, continue to work on ROM to 70. Focus on quad/hip strengthening and balance.
+++LIMIT to 70 degrees until May 1st, then can work on getting to 90**

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 5/28/2024 |

Patient: Linda Larocque (DOB: 2/9/1958)　　　　　Treated by Claudia Burns, DPT (License #PT61265814)
DOS: 4/30/2024
Page 3 of 4 of Daily Note

AP_000246

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97140 | 1.000 | 15 |
| 97110 | 1.000 | 10 |
| 97112 | 1.000 | 18 |
| G0283 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 43 |
| Total Treatment Time | | 58 |

# Signatures

## Treating Provider Signature

*Initiated by Claudia Burns, DPT on 2024-05-02 08:13 PDT. License #: PT61265814*
*Electronically co-signed by Ross Anderson, PT on 2024-05-02 20:50 PDT. License #: PT00007523*

AP_000247

# Progress Note



**ANCHOR** Physical Therapy

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Claudia Burns, DPT**
*NPI # 1174923577*

Visit:
**4/30/2024**

Visit #:
**17**

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee
(PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Injury Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda repoerts improvement in overall functioning. 50% better in L knee. But I Feel like the limiting factor in my endurance walking and with stairs (2 tier stair case in my house (5+landing+7) is back pain
Back feels about 20% better. Still
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Pain Scales

| Bodypart | Knee |
|---|---|
| Side of Body | Left |
| Pain at Best | 1 |
| Pain at Time of Visit | 1 |
| Pain at Worst | 5 |
| Pain Descriptors | Aching, Sharp, Burning |
| Pain Aggravating Factors | Standing, Walking, Going upstairs |
| Pain Alleviating Factors | Icing, Resting |

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 33.0 |

Patient: Linda Larocque (DOB: 2/9/1958)                    Treated by Claudia Burns, DPT (License #PT61265814)
DOS: 4/30/2024
Page 1 of 4 of Progress Note

AP_000248

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| IFC | G0283 | | | | | 15 | with ICE Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Manual therapy | 97140 | | | | | 15 | IASTM to peripatellare area. STM and scar mobilization to decrease sensativity. Patient consented to manual therapy. |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 4 | No brace, ball behind knee against wall for cues of quad contraction. WBAT |
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | with SLR, but extensor lag so DC |
| Terminal Knee Extension with a Ball (TKE) | 97112 | 2 | 10 | | 3 sec | 4 | standing w/ brace, 3 sec hold |
| Short Arc Quad (SAQ) | 97112 | 4 | 5 | | 3 sec | 5 | cues for quad activation. PT assist focus on eccentric lowering portion. |
| Clamshells | 97110 | 3 | 10 | | | 5 | sidelying |
| Bridges | 97112 | | | | | 5 | no band, staggered stance to keep L knee at 70 degrees flexion |

## General Objective Analysis

See tx flowsheet; Focus on increasing L knee strength, stability and addition of manual interventions today.

**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-70. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 70.0 deg | Passive ROM | Not Tested |

AP_000249

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 4+ / 5 | |

| MANUAL MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Anterior Tibialis | 5 / 5 | |
| Quadriceps | 3- / 5 | |
| Hamstrings | 4+ / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda Larocque is a 66 year-old female who has attended 16 visits since initial evaluation on 3/6/24. Since that time pt reports about 50% improvement in L knee pain and function. She reports constant mild pain in R knee that gets up to a 5/10 achiness with prolonged standing and walking, though these activities are limited more by back pain then knee pain. Objectively, strength has improved, though continued extensor lag with terminal knee extension. She is currently ambulating in knee bace locked from 0-70 degrees and will increase this to 90 degrees tomorrow. ROM measured at 70 today but no tissue resistance so could likely go further - avoiding due to current limits. Current deficits include prolonged walking, stairs, sit-stands. Reccomend continued PT to address these impairments and return pt to PLOF.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD) 2. MET (standing 30 min) 3. MET | Short Term |

# Plan

### Notes on Plan

Continue with current level of strengthening, continue to work on ROM to 70. Focus on quad/hip strengthening and balance.
+++LIMIT to 70 degrees until May 1st, then can work on getting to 90**

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

AP_000250

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97140 | 1.000 | 15 |
| 97110 | 1.000 | 10 |
| 97112 | 1.000 | 18 |
| G0283 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 43 |
| Total Treatment Time | | 58 |

# Signatures

## Treating Provider Signature

*Initiated by Claudia Burns, DPT on 2024-05-02 08:13 PDT. License #: PT61265814*
*Electronically co-signed by Ross Anderson, PT on 2024-05-02 20:50 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Claudia Burns, DPT's care.

Signature of Referring Provider                    Date                    Time

_____     _____     _____  PDT

*ZACHARY ADLER, MD*

AP_000251

# Daily Note



ANCHOR
Physical Therapy

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Alex Benoit, PTA**
*NPI #*

Visit:
**5/7/2024**

Visit #:
**19**

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

**Phone #**
2534747474

**Fax #**
2534747479

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Injury Onset Date**
Not Reported

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

## Subjective Analysis

### Patient Self-Report

Linda reports that her L knee is doing pretty well today but her R leg is in a lot of pain because her grandson landed on that leg and tweaked it on Saturday. She states that she is having a lot of pain moving/standing on the R leg and that is causing more discomfort to the L knee. She states that she is feeling frustrated overall but has been trying to keep up with her exercises.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | w/o brace, to 90 degrees. seated today. |
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| IFC | G0283 | | | | | 15 | with ICE Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Short Arc Quad (SAQ) | 97112 | 4 | 5 | | 3 sec | 5 | cues for quad activation. PT assist focus on eccentric lowering portion. |

AP_000252

## Manual Therapy Techniques - 1 Units - 20 Minutes

• Performed MFR/STM on the knee.

**Additional Comments:**
Patient consented to tissue palpation, manual treatment/mobilization. STM around the incision espcially superior.

## General Objective Analysis

See tx flowsheet; Focus was more on seated strengthening/ROM for L knee due to pt having increased R LE pain.
**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-90. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ increased R groin/adductor and hip pain today. The pain was pretty severe and she was unable to tolerate standing or getting onto table. Due to this, tx focused on seated strengthening of L LE to improve her knee/hip strength as well as ROM. She easily gets to 90 degrees of knee flexion w/o report of pain/tightness. Quad strength is improving and is showing signs of better glute/quad recruitment. Pt will continue to benefit from therapy to further progress her strength/stability and tolerance to more walking/standing.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD) 2. MET (standing 30 min) 3. MET | Short Term |

# Plan

AP_000253

### Notes on Plan

Plan to resume more Wb activities if able.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 1.000 | 9 |
| 97110 | 1.000 | 11 |
| G0283 | 1.000 | 15 |
| 97140 | 1.000 | 20 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-05-08 10:20 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-05-08 14:05 PDT. License #: PT00007523*

AP_000254

# Plan of Care



**ANCHOR**
Physical Therapy

Patient:                          DOB:           Sex:
**Linda Larocque**         **2/9/1958**   **Female**

Scheduled Provider:
**Claudia Burns, DPT**
*NPI # 1174923577*

Visit:                            Visit #:
**4/30/2024**               **17**

## Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| | |
|---|---|
| **Injury Description** | **Date of Plan of Care** |
| *Z96.652, S86.812D L/Knee (PT) | 4/30/2024 |
| **Diagnosis Codes** | **Injury Onset Date** |
| M25.562, M17.12, M17.32 | Not Reported |
| **Referring Provider** | **Date of Initial Eval** |
| ZACHARY ADLER | 3/6/2024 |

## Assessment

### Patient Self-Report

Linda repoerts improvement in overall functioning. 50% better in L knee. But I Feel like the limiting factor in my endurance walking and with stairs (2 tier stair case in my house (5+landing+7) is back pain
Back feels about 20% better. Still
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

### Patient Assessment / Diagnosis

Linda Larocque is a 66 year-old female who has attended 16 visits since initial evaluation on 3/6/24. Since that time pt reports about 50% improvement in L knee pain and function. She reports constant mild pain in R knee that gets up to a 5/10 achiness with prolonged standing and walking, though these activities are limited more by back pain then knee pain. Objectively, strength has improved, though continued extensor lag with terminal knee extension. She is currently ambulating in knee bace locked from 0-70 degrees and will increase this to 90 degrees tomorrow. ROM measured at 70 today but no tissue resistance so could likely go further - avoiding due to current limits. Current deficits include prolonged walking, stairs, sit-stands. Reccomend continued PT to address these impairments and return pt to PLOF.

### Rehab Prognosis/Potential

Good

## Goals

AP_000255

## GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|---|---|---|---|
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD) 2. MET (standing 30 min) 3. MET | Short Term |

## Plan

### Notes on Plan

Continue with current level of strengthening, continue to work on ROM to 70. Focus on quad/hip strengthening and balance.
+++LIMIT to 70 degrees until May 1st, then can work on getting to 90**

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

## Signatures

### Treating Provider Signature

*Initiated by Claudia Burns, DPT on 2024-05-02 08:13 PDT. License #: PT61265814*
*Electronically co-signed by Ross Anderson, PT on 2024-05-02 20:50 PDT. License #: PT00007523*

### Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

__✓__ I have no revisions to the plan of care.      _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Claudia Burns, DPT's care.

Signature of Referring Provider                    Date                    Time

_____          5/8/24          _____          PDT

ZACHARY ADLER, MD

AP_000256

# Daily Note


**ANCHOR** Physical Therapy

| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |

Scheduled Provider:
**Alex Benoit, PTA**
*NPI #*

| Visit: | Visit #: |
|---|---|
| **5/9/2024** | **20** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

### Patient Self-Report

Linda reports that her L knee is doing pretty well, it was a little sore after her last session but not to bad. Her R leg feels a little better today, not quite as sore but still having difficulty w/ stnaidng and walking. She reports that she has kept up with her exercises at home as best as she can. She can tell the L leg feels stronger and does not get the same intense pain that she used to.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | w/o brace, to 90 degrees. seated today. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| Supine Hip Abduction with Elastic Band | 97110 | 2 | 10 | | | 5 | pink, seated |
| Straight Leg Raise (SLR) | 97110 | 2 | 5 | | | 2 | supine w no brace - eccentrics |
| Manual therapy | 97140 | | | | | 10 | STM/MFR to lateral L knee. Patient consented to manual therapy. |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 4 | No brace, ball behind knee against wall for cues of quad contraction. WBAT |

AP_000257

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Tandem stance | 97112 | | | | | 4 | W/ brace on and locked in extension Modified tandem w/ cues for core recruitment. |
| Plantarflexion with CLX Resistance Band | 97110 | 3 | 10 | | | 4 | OTB |
| Short Arc Quad (SAQ) | 97112 | 4 | 5 | | 3 sec | 5 | cues for quad activation. PT assist focus on eccentric lowering portion. |

## General Objective Analysis

See tx flowsheet; Continued w/ modified session due to R LE pain w/ Wb activities.
**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-90. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ ongoing report of R LE pain. Trialed some gentle Wb activities but R sided pain was increased today so stayed w/ more seated activities. Her L knee demonstrates good ROM overall, able to achieve the 90 degrees in hinged brace w/o difficulty. Quad/hip strength is also improving w/ less report of pain or fatigue. Hopefully her R LE will be feeling better next week and will be able to resume more standing/WB activities to improve her functional strength.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|-------|-------|---------------|-------|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD) 2. MET (standing 30 min) 3. MET | Short Term |

AP_000258

# Plan

### Notes on Plan

Plan to resume more Wb activities and stepping.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 1.000 | 13 |
| 97110 | 1.000 | 22 |
| 97140 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 45 |
| Total Treatment Time | | 45 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-05-09 13:41 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-05-09 17:33 PDT. License #: PT00007523*

AP_000259

# Daily Note



**ANCHOR** Physical Therapy

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Alex Benoit, PTA**
*NPI #*

Visit:
**5/14/2024**

Visit #:
**21**

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Injury Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda reports that her L knee has been doing pretty well. She reports that she is actually having more pain in the R leg from the incident a week ago where her grandson landed on her leg. She reports that she has had more pain with trying to raise the R leg, will be seeing the doctor tomrrow for that. Her L knee is feeling better, still gets a pulling/pinging pain that comes along the incision site. She reports that strength is ok but admits she has not been able to be on her feet as much since injuring the R LE.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Supine Heel Slides | 97110 | 1 | 10 | | 3 sec | 4 | w/o brace, to 90 degrees. seated today. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| Straight Leg Raise (SLR) | 97112 | 2 | 5 | | | 3 | supine w brace - eccentrics |
| IFC | G0283 | | | | | 15 | with ICE Patient consented to electrode placement, palpation and intensity settings during treatment. Supine w/ ICE/IFC to the left anterior knee. |
| Manual therapy | 97140 | | | | | 15 | STM/MFR to lateral L knee. Scar mobs Patient consented to manual therapy. |

Patient: Linda Larocque (DOB: 2/9/1958)     Treated by Alex Benoit, PTA (License #P160546779)
DOS: 5/14/2024
Page 1 of 3 of Daily Note

AP_000260

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97110 | 2 | 10 | | 5 sec | 5 | |
| Short Arc Quad (SAQ) | 97112 | 4 | 5 | | 3 sec | 5 | cues for quad activation. PT assist focus on eccentric lowering portion. |

## General Objective Analysis

See tx flowsheet; Focus on L knee ROM, strength in sitting/supine and manual interventions.
**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-90. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ continued report of R leg pain (non-surgical side) that has affected her ability to walk/stand. Her L leg has been improving. She continues to have 90 degrees of knee flexion w/o pain, and is starting to show improved quad strength/recruitment w/ less extensor lag. Sessions have focused more on seated/supine exercises lately due to her R leg pain. She will continue to benefit from therapy to further progress her strength/stability, and tolerance to more walking/standing.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met. 2. Not Met 3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD) 2. MET (standing 30 min) 3. MET | Short Term |

# Plan

### Notes on Plan

AP_000261

Follow up from doctors regarding her R LE and continue to work on more standing/WB position as pt can tolerate.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| G0283 | 1.000 | 15 |
| 97110 | 1.000 | 16 |
| 97112 | 1.000 | 8 |
| 97140 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-05-14 13:36 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-05-14 15:30 PDT. License #: PT00007523*

AP_000262

# Daily Note

**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**



**Scheduled Provider:**
**Elis Sassi, PT**
*NPI # 1013654862*

**Visit:**
**5/16/2024**

**Visit #:**
**22**

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Injury Onset Date**
Not Reported

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

## Subjective Analysis

**Patient Self-Report**

Linda had to have an assessment test with her doctor yesterday due to Medicare requirements. On 5/28 she will be having a follow up on the right hip, right groin, and right knee. Pt describes aching, and has shooting pain up the anterior right leg. The left knee is doing okay and is trying to compensate. She felt a little sore after the last time, more than normal. Walking is very difficult right now.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Heel Slides | 97110 | 2 | 10 | | 3 sec | 4 | w/o brace, to 90 degrees. seated today. |
| Ankle Pumps (Ankle Dorsiflexion/Plantarflexion AROM) | 97110 | 2 | 10 | | | 3 | OTB, brace on |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 8 | supine without brace, with rope assist x20 x10 without rope |
| Patient Education | 97110 | | | | | 10 | Discussed potential for sartorius mm strain on RLE. Additionally, discussed updated exercises she can perform on both sides. |
| Quad Set | 97112 | 1 | 10 | | 5 sec | 5 | R only today- Educated pt to perform at home if there is no increased pain |

AP_000263

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Short Arc Quad (SAQ) | 97112 | 1 | 20 | | 3 sec | 4 | tactile cue for quad activation, modertae assist to acheive full knee extension and verbal cue for eccentric motion<br><br>L only |
| Seated knee extension isometrics | 97112 | 2 | 10 | | 3 sec | 4 | 90-90 from PT resistance, less than 50% max |
| Cold Pack | | | | | | 15 | supine with bolster under knees<br>R CP on thigh, L CP on knee |

## Manual Therapy Techniques - 1 Units - 10 Minutes

• Performed MFR/STM on the knee.

**Additional Comments:**
Patient consented to tissue palpation, manual treatment/mobilization. STM R quad/hip flexor/glutes

## General Objective Analysis

See tx flowsheet; rope assist with SLR on left, therapist assist with SAQ on left, knee extension iso at 90-90 on L, STM to R leg for pain, quad sets on right, patient education

**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-90. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Began with STM to the right side of the quadricep, hip flexor, and gluteals for pain modulation due to continued pain that began 2 weeks ago from her 3 year old grandson jumping on her non-surgical leg. Pt demonstrates moderate tenderness to light palpation along the path of the sartorius. Added quad sets on RLE with shaking to the leg and minimal pain above the R knee cap- educated pt to perform at home if pt reports no increase in pain symptoms from this. On the left knee, pt demonstrates difficulty with full left quadricep activation with SLR's and SAQ's. Therapist assist provided with short arc quads and rope assist with SLR's. Additionally, added in seated knee extension isometrics at 90-90 without increased knee pain- educated pt to perform at home with less than 50% full force and to avoid increased pain. Patient will continue to benefit from skilled physical therapy to improve left knee strength and mobility as allowed through protocol, and reduce pain at the R knee/thigh from recent injury to allow ease with functional activities.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

AP_000264

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes.<br>Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs.<br>Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met.<br>2. Not Met<br>3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD)<br>2. MET (standing 30 min)<br>3. MET | Short Term |

# Plan

### Notes on Plan

re-add WB activities as tolerated

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97140 | 1.000 | 10 |
| 97112 | 1.000 | 21 |
| 97110 | 1.000 | 17 |
| Total Timed Code Treatment Minutes | | 48 |
| Total Treatment Time | | 48 |

# Signatures

## Treating Provider Signature

*Initiated by Elis Sassi, PT on 2024-05-16 13:35 PDT.*
*Electronically co-signed by Ross Anderson, PT on 2024-05-16 14:29 PDT. License #: PT00007523*

AP_000265

# Daily Note



**ANCHOR** Physical Therapy

**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Alex Benoit, PTA**
*NPI #*

**Visit:**
**5/21/2024**

**Visit #:**
**23**

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee
(PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Injury Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda reports that her R leg has calmed down a bit but is still having difficulty lifting/raising the leg. She has noticed that this has reduced the amount of standing/walking she can do which is affecting her progress with her L knee. She also continues to experience increased lower back pain with standing/walking. She reports that her L knee has minimal pain and notices that strength with SLR and other movements are a little easier. She will see Dr Adler on 5/24 for a follow up.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| Supine Hip Abduction with Elastic Band | 97110 | 2 | 10 | | | 5 | pink, seated |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 6 | supine without brace, with rope assist x20 x10 without rope |
| Short Arc Quad (SAQ) | 97112 | 1 | 20 | | 3 sec | 4 | tactile cue for quad activation, modertae assist to acheive full knee extension and verbal cue for eccentric motion<br><br>L only |

AP_000266

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Bridges | 97112 | | | | | 5 | no band, staggered stance to keep L knee at 70 degrees flexion |
| Seated knee extension isometrics | 97112 | 2 | 10 | | 3 sec | 4 | 90-90 from PT resistance, less than 50% max |
| Abdominal Bracing Training (Supine or Standing) | 97112 | 3 | 10 | | 5 sec | 6 | |

## General Objective Analysis

See tx flowsheet; Continued w/ L LE strengthening, improving her lumbar/core stability.

**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-90. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents w/ continued report of R LE pain and lower back pain that has affected her L LE progress due to decreased tolerance for Wb position. Her L knee is experiencing decreased symptoms overall and showing improved quad recruitment overall, ROM continues to be good (90 degrees per protocol). We added in more lumbar stability training today to help w/ her ability to stand/walk longer w/ less complaint of LB pain and improve her L LE Wb tolerance. Pt will continue to benefit from therapy to further progress her strength, stability and tolerance to daily tasks/activities.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

# Goals

AP_000267

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes.<br>Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs.<br>Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met.<br>2. Not Met<br>3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD)<br>2. MET (standing 30 min)<br>3. MET | Short Term |

# Plan

### Notes on Plan

Continue w/ lumbar stability training,

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 | 1.000 | 9 |
| 97112 | 2.000 | 29 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 38 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-05-21 14:58 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-05-21 15:20 PDT. License #: PT00007523*

AP_000268

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Alex Benoit, PTA**
*NPI #*

Visit:
**5/23/2024**

Visit #:
**24**



## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee
(PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Injury Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda reports that her R leg feels much better after taking it easy yesterday. She reports that her lower back was sore after last session. Pt reports that her L leg is doing well and is not bothering her to much. She will be seeing her surgeon tomorrow and is hoping for some progressions.
---------
Next appt with Dr. Adler 5/24
4/16: NO MORE THAN 70DEG KNEE FLEXION, can increased to 90 on 5/1/24

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 2 | 10 | | | 4 | Therapist assist w/ VC/MC |
| Supine Hip Adduction Squeeze | 97110 | 2 | 10 | | 5 sec | 4 | Ball done in seated w/ brace |
| Supine Hip Abduction with Elastic Band | 97110 | 2 | 10 | | | 5 | pink, seated |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 6 | supine without brace, with rope assist x20 x10 without rope |
| Lateral Weight Shift | 97112 | 3 | 10 | | | 4 | No brace, ball behind knee against wall for cues of quad contraction. WBAT |
| Quad Set | 97112 | 1 | 10 | | 5 sec | 5 | |
| Hip Abduction | 97112 | 4 | 5 | | | 4 | sidelying short axis lifts |

AP_000269

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Short Arc Quad (SAQ) | 97112 | 1 | 20 | | 3 sec | 4 | tactile cue for quad activation, modertae assist to acheive full knee extension and verbal cue for eccentric motion<br><br>L only |
| Bridges | 97112 | | | | | 5 | no band, staggered stance to keep L knee at 70 degrees flexion |

## General Objective Analysis

See tx flowsheet; Continued w/ tx focusing on L LE, focusing on improving quad and hip strength.

**New Protocol from 4/16 is scanned into file***

From

"Status post left. revision TKA with extensor mechanism reconatructions. She was placed back into her hinged knee brace set from 0-90. She will maint,ain this motion for 2 weeks. She will then increase her hinged knee brace to 0-90 on 5/1/24 for 1 month. She can weight-bear as t.oLerated in the brace locked in full ext,ension. She may work on active and passive range of motion exercises and begin resisted extension."

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presents today w/ improvement in her R LE symptoms. L knee continues to progress well. Still demonstrating moderate quad recruitment/strength deficits. Transfer ability is better w/ less support needed. Pt has decreased swelling in L knee. She will continue to benefit from therapy to further progress her knee ROM when able/cleared, progress quad strength and her ability to walk/stand longer.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes.<br>Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs.<br>Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Not Met.<br>2. Not Met<br>3. Partially Met. | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits.<br>Stand up to 30 minutes while participating with ADLs.<br>Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Partially met (walking 30 min with AD)<br>2. MET (standing 30 min)<br>3. MET | Short Term |

AP_000270

# Plan

### Notes on Plan

Assess response to last visit, follow up from doctor visit and progress as instructed.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 5/28/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 2.000 | 32 |
| 97110 | 1.000 | 9 |
| Total Timed Code Treatment Minutes | | 41 |
| Total Treatment Time | | 41 |

# Signatures

## Treating Provider Signature

*Initiated by Alex Benoit, PTA on 2024-05-23 13:37 PDT. License #: P160546779*
*Electronically co-signed by Ross Anderson, PT on 2024-05-23 21:04 PDT. License #: PT00007523*

AP_000271

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Visit:
**5/30/2024**

Visit #:
**25**



**ANCHOR**
Physical Therapy

## Clinic Details

| Clinic | Address |
| --- | --- |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

States that she has made 85-90% progress with knee in terms of improving function/pain.
States that biggest issue right now is the increased low back pain. Believes that it has been caused as a result of knee pain d/t compensations during gait. Unable to stand for a few minutes to do dishes, walking or carrying any weights. States that she would like to be provided with activities to address the LBP.

----------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

### Pain Scales

| Bodypart | Knee |
| --- | --- |
| Side of Body | Left |
| Pain at Best | 0 |
| Pain at Time of Visit | 0 |
| Pain at Worst | 3 |
| Pain Descriptors | Aching |

### FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
| --- | --- |
| Lower Extremity Functional Scale | 33.0 |

AP_000272

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Re-Eval | 97164 | | | | | 18 | |
| Patient education | 97530 | | | | | 10 | RE importance of bringing awareness to low back posture during walking and standing activities. educated on ways to modify activity to maintain upright posture/decreased LB stress. |
| Lumbar trunk rotation | 97110 | | | | | 5 | B LEs over red swiss ball |
| Swiss Ball Rollouts | 97110 | | 30 | | | 5 | seated, blue swiss ball |
| Supine Marching | 97112 | 2 | 10 | | | 5 | cues for TrA activation |

## General Objective Analysis

See tx flowsheet: PN, updated HEP

MedBridge Access Code: 7MK2CRPY

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | | | KNEE EXTENSION | | |
|--------------|--|--|--|----------------|--|--|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 100.0 deg | Active ROM | Not Tested | | 0.0 deg | Active ROM | Not Tested |

## Strength Measurements

| MANUAL MUSCLE TESTS | | |
|---------------------|--|--|
| BODY PART | LEFT | RIGHT |
| Quadriceps | 4+ / 5 | |
| Hamstrings | 5 / 5 | |
| Anterior Tibialis | 5 / 5 | |
| Gastrocnemius | 5 / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 25 visits since initial evaluation on 3/6/24. Since that time pt reports 85-90% improvement in knee pain/function/ROM since IE however recent onset of LBP has significantly limited how much walking/house chores she is able to participate in per pt. Objectively, Pt makes 30deg improvement in AROM knee flexion and quad/hamstring strength improves. Gait assessment reveals increased forward flexed posture which may be contributing to increased compression on low back. Skilled physical therapy services are indicated to address these impairments and promote return to PLOF.

AP_000273

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

# Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

### Notes on Plan

Will continue to treat Linda 2x/week for PT. PT will consist of LE and core strengthening, thoracolumbar mobility, functional mobility training, balance/proprioception, improving activity tolerance, pt education regarding activity tolerance.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 1.000 | 10 |
| 97164 | 1.000 | 18 |
| 97112 | 0.000 | 5 |
| 97110 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 25 |
| Total Treatment Time | | 43 |

AP_000274

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-02 16:42 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-02 23:38 PDT. License #: PT00007523*

AP_000275

# Progress Note

**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Kamilah Kent**
*NPI # 1013773647*

**Visit:**
**5/30/2024**

**Visit #:**
**25**



<table>
<tr><td colspan="2">

## Clinic Details

</td></tr>
<tr><td>

**Clinic**

Anchor Physical Therapy

**Phone #**

2534747474

**Fax #**

2534747479

</td><td>

**Address**

1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

</td></tr>
</table>

<table>
<tr><td colspan="2">

## Case Details

</td></tr>
<tr><td>

**Injury Description**

*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**

M25.562, M17.12, M17.32

**Referring Provider**

ZACHARY ADLER

</td><td>

**Injury Onset Date**

Not Reported

</td></tr>
</table>

## Subjective Analysis

**Patient Self-Report**

States that she has made 85-90% progress with knee in terms of improving function/pain.
States that biggest issue right now is the increased low back pain. Believes that it has been caused as a result of knee pain d/t compensations during gait. Unable to stand for a few minutes to do dishes, walking or carrying any weights. States that she would like to be provided with activities to address the LBP.

----------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Pain Scales

| Bodypart | Knee |
| --- | --- |
| Side of Body | Left |
| Pain at Best | 0 |
| Pain at Time of Visit | 0 |
| Pain at Worst | 3 |
| Pain Descriptors | Aching |

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
| --- | --- |
| Lower Extremity Functional Scale | 33.0 |

AP_000276

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Re-Eval | 97164 | | | | | 18 | |
| Patient education | 97530 | | | | | 10 | RE importance of bringing awareness to low back posture during walking and standing activities. educated on ways to modify activity to maintain upright posture/decreased LB stress. |
| Lumbar trunk rotation | 97110 | | | | | 5 | B LEs over red swiss ball |
| Swiss Ball Rollouts | 97110 | | 30 | | | 5 | seated, blue swiss ball |
| Supine Marching | 97112 | 2 | 10 | | | 5 | cues for TrA activation |

## General Objective Analysis

See tx flowsheet: PN, updated HEP

MedBridge Access Code: 7MK2CRPY

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | | | KNEE EXTENSION | | |
|---|---|---|---|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 100.0 deg | Active ROM | Not Tested | | 0.0 deg | Active ROM | Not Tested |

## Strength Measurements

| MANUAL MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Quadriceps | 4+ / 5 | |
| Hamstrings | 5 / 5 | |
| Anterior Tibialis | 5 / 5 | |
| Gastrocnemius | 5 / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 25 visits since initial evaluation on 3/6/24. Since that time pt reports 85-90% improvement in knee pain/function/ROM since IE however recent onset of LBP has significantly limited how much walking/house chores she is able to participate in per pt. Objectively, Pt makes 30deg improvement in AROM knee flexion and quad/hamstring strength improves. Gait assessment reveals increased forward flexed posture which may be contributing to increased compression on low back. Skilled physical therapy services are indicated to address these impairments and promote return to PLOF.

AP_000277

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

## Plan

### Notes on Plan

Will continue to treat Linda 2x/week for PT. PT will consist of LE and core strengthening, thoracolumbar mobility, functional mobility training, balance/proprioception, improving activity tolerance, pt education regarding activity tolerance.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 1.000 | 10 |
| 97164 | 1.000 | 18 |
| 97112 | 0.000 | 5 |
| 97110 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 25 |
| Total Treatment Time | | 43 |

AP_000278

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-02 16:42 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-02 23:38 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.        _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Kamilah Kent's care.

Signature of Referring Provider                          Date                          Time

PDT

*ZACHARY ADLER, MD*

AP_000279

# Daily Note


ANCHOR
Physical Therapy

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Visit:
**6/4/2024**

Visit #:
**26**

| Clinic Details | | Case Details | |
|---|---|---|---|
| **Clinic** <br> Anchor Physical Therapy <br><br> **Phone #** <br> 2534747474 <br><br> **Fax #** <br> 2534747479 | **Address** <br> 1407 East 72nd Street <br> Ste A-100 <br> Tacoma, WA 98404-5906 | **Injury Description** <br> *Z96.652, S86.812D L/Knee <br> (PT) <br><br> **Diagnosis Codes** <br> M25.562, M17.12, M17.32 <br><br> **Referring Provider** <br> ZACHARY ADLER | **Injury Onset Date** <br> Not Reported |

## Subjective Analysis

### Patient Self-Report

Pt states she's she's feeling better. States that lumbar lateral rotation on the ball and sitting ball rolling has been very helpful.

\---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Hip Internal and External Rotation (Leg Rolls) - Supine | 97112 | 3 | 10 | | | 5 | Pt in sitting. ER only. |
| Straight Leg Raise (SLR) | 97112 | 2 | 10 | | 3 sec | 4 | supine without brace, 2x10 on B LEs |
| Lumbar trunk rotation | 97110 | | | | | 5 | B LEs over red swiss ball |
| Supine Marching | 97112 | 2 | 10 | | | 8 | cues for TrA activation |
| Seated Long Arc Quad (LAQ) | 97112 | 3 | 10 | | | 6 | B LEs 3x10 with 3 sec hold. |
| Standing Marching | 97530 | 2 | 20 | | | 8 | B UE support, with core brace. |
| HEP | 97110 | | | | | 5 | HEP instruction for general banded UE strengthening activities for endurance when ambulating with FWW, and visual demo for modified waiter's bow. |

Patient: Linda Larocque (DOB: 2/9/1958)　　　　　　　Treated by Kamilah Kent (License #PT61501520)
DOS: 6/4/2024
Page 1 of 3 of Daily Note

AP_000280

## General Objective Analysis

See tx flowsheet:

MedBridge Access Code: 7MK2CRPY

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda appears to be ambulating with less antalgic gait and overall improved low back symptoms after consistent performance of new HEP stretches. Continued focus on thoracolumbar mobility this date and proximal hip strengthening for support/optimal knee alignment. Pt does well this session although requires verbal cueing for increased low abdominal activation with supine marches. Pt voices that she would like to work toward stair climbing eventually. PT services indicated to promote return to PLOF.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

AP_000281

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 | 1.000 | 23 |
| 97530 | 1.000 | 8 |
| 97110 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 41 |
| Total Treatment Time | | 41 |

## Signatures

### Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-05 15:51 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-05 22:22 PDT. License #: PT00007523*

AP_000282



# Plan of Care

 **ANCHOR** Physical Therapy

**Patient:**
Linda Larocque

**DOB:**
2/9/1958

**Sex:**
Female

**Scheduled Provider:**
Kamilah Kent
*NPI # 1013773647*

**Visit:**
5/30/2024

**Visit #:**
25

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Date of Plan of Care**
5/30/2024

**Injury Onset Date**
Not Reported

**Date of Initial Eval**
3/6/2024

## Assessment

**Patient Self-Report**

States that she has made 85-90% progress with knee in terms of improving function/pain.
States that biggest issue right now is the increased low back pain. Believes that it has been caused as a result of knee pain d/t compensations during gait. Unable to stand for a few minutes to do dishes, walking or carrying any weights. States that she would like to be provided with activities to address the LBP.

PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

**Patient Assessment / Diagnosis**

Linda is a 66 year-old F who has attended 25 visits since initial evaluation on 3/6/24. Since that time pt reports 85-90% improvement in knee pain/function/ROM since IE however recent onset of LBP has significantly limited how much walking/house chores she is able to participate in per pt. Objectively, Pt makes 30deg improvement in AROM knee flexion and quad/hamstring strength improves. Gait assessment reveals increased forward flexed posture which may be contributing to increased compression on low back. Skilled physical therapy services are indicated to address these impairments and promote return to PLOF.

**Rehab Prognosis/Potential**

Good

## Goals

AP_000283

GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|------|----------|---------------|-----------|
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

## Plan

### Notes on Plan

Will continue to treat Linda 2x/week for PT PT will consist of LE and core strengthening, thoracolumbar mobility, functional mobility training, balance/proprioception, improving activity tolerance, pt education regarding activity tolerance.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

## Signatures

### Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-02 16:42 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-02 23:38 PDT. License #: PT00007523*

### Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

✓ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Kamilah Kent's care.

| Signature of Referring Provider | Date | Time |
|---|---|---|
| | 6/5/24 | PDT |

ZACHARY ADLER, MD

Patient: Linda Larocque (DOB: 2/9/1958)
Treated by Kamilah Kent (License #PT61501520)
DOS: 5/30/2024
Page 2 of 2 of Plan of Care

AP_000284

# Daily Note



**ANCHOR** Physical Therapy

| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |

Scheduled Provider:
**Elis Sassi, PT**
*NPI # 1013654862*

| Visit: | Visit #: |
|---|---|
| **6/6/2024** | **27** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

## Subjective Analysis

**Patient Self-Report**

Linda reports that she is hurting today in the low back. She states that last time she was here, the exercises woke up some muscles. Stepping over objects is an issue for her due to her limited balance.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Cold Pack | | | | | | 15 | supine with bolster under knees CP on lumbar spine,, L CP on knee |
| Lumbar trunk rotation | 97110 | | | | | 5 | B LEs over red swiss ball |
| Swiss Ball Rollouts | 97110 | | 5 | | | 4 | seated, blue swiss ball |
| Seated Long Arc Quad (LAQ) | 97112 | 2 | 10 | | | 6 | B LEs 3x10 with 3 sec hold. |
| Gait Training | 97116 | | | | | 8 | WITH SPC on R UE, 2 point gait pattern - needed sitting rest break after ~ 40 feet due to pain in low back |
| Stair Training | 97116 | 1 | 10 | 0.00 lbs | | 5 | forward x10 each lateral x5 right only 4 inch, bilateral UE support on stair |
| SLR | 97112 | 2 | 5 | | | 4 | over cone taps with SLR |

AP_000286

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Standing Hip Abduction | 97112 | 1 | 10 | | 2 sec | 3 | bilateral, hand support on stair handrails |
| LE Weight Shift | 97116 | | 20 | | | 5 | lateral and A-P (Bilat), x20 each |

## General Objective Analysis

See tx flowsheet: gait training with SPC, stair training with BUE support, weight-shifting, standing hip abduction

MedBridge Access Code: 7MK2CRPY

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Implemented stair training at a 4inch step with bilateral arm support on handrails- pt reports ease with LLE ascent after verbal cueing for posterior chain engagement. Attempted lateral step ups on the R with moderate difficulty due to hip weakness- only achieved 5 repetitions. Practiced gait training with SPC only- limited with distance due to increase in back pain requiring seated rest breaks. Added in standing weight-shifting with encouragement for least UE support as able to improve LE strength to allow ease with transition to ambulation without AD. Educated pt to slowly wean off the brace starting on Saturday, as instructed by surgeon. Educated pt that she can take it off and use her walker for support initially and then put the brace back on as needed with increased pain/weakness noted. Patient will continue to benefit from skilled physical therapy to improve mobility, strength, and stability for ease with home and community ADLs.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|-------|--------|---------------|-----------|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

### Notes on Plan

progress balance, gait training, stair training as able with weaning off of knee brace

AP_000287

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 1.000 | 13 |
| 97110 | 1.000 | 9 |
| 97116 | 1.000 | 18 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 40 |

# Signatures

## Treating Provider Signature

*Initiated by Elis Sassi, PT on 2024-06-06 13:29 PDT.*
*Electronically co-signed by Ross Anderson, PT on 2024-06-06 13:58 PDT. License #: PT00007523*

Patient: Linda Larocque (DOB: 2/9/1958)      Treated by Elis Sassi, PT (License #)
DOS: 6/6/2024
Page 3 of 3 of Daily Note

AP_000288

# Daily Note



**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Kamilah Kent**
*NPI # 1013773647*

**Visit:**
**6/11/2024**

**Visit #:**
**28**

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Injury Onset Date**
Not Reported

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

## Subjective Analysis

**Patient Self-Report**

Felt like she was pretty unstable being out of the brace over the weekend. R knee and back pain has been persistent lately and feels like it's the biggest limiting factor in ability to walk last session in addition to fatigue.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| waiter's bow | 97110 | | | | | 8 | 1x12 reps with holding for a few seconds, few mins for walking hands out to L and R on plinth for QL stretch. |
| Lateral Weight Shift | 97112 | 2 | 10 | | | 10 | 2x10 forward/back and 2x10 lateral weight shift with 1-2 sec hold. rest breaks. |
| Side stepping | 97530 | | | | | 6 | no AD, no UE support. gait belt donned and CGA for safety. rest breaks. |
| Seated Long Arc Quad (LAQ) | 97110 | 3 | 10 | | | 5 | B LEs at same time |
| Hip Flexor Bed Stretch (Table)/Modified Thomas Test Position | 97110 | | 3 | | 30 sec | 6 | hip flexor/quad stretch in supine for R LE. educating to perform at home with help PRN for R thigh pain. instructed on self-STM |
| standing knee bend | 97110 | 2 | 10 | | | 4 | L LE |

AP_000289

## General Objective Analysis

See tx flowsheet:

MedBridge Access Code: 7MK2CRPY

## Inspection

# Assessment

### Patient Assessment / Diagnosis

This session focused on improving tolerance to standing activities without brace per protocol. With weight shifting, pt demos mild instability and self-selects to use UE support stating "I don't trust this leg" referring to L LE. Pt requires several rest breaks with standing activities throughout session to manage fatigue/R thigh pain/LBP. Pt benefits from verbal/tactile cueing this session to maintain upright posture as she presents with increased fwd flexion with standing/walking. Educated on hip flexor/quad stretch for R LE as this has been limiting walking tolerance. Responds well stating "this feels good" and instructed to perform as needed. Pt would benefit from PT services to progress functional mobility to PLOF.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

AP_000290

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 0.000 | 6 |
| 97110 | 2.000 | 23 |
| 97112 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 39 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-12 14:55 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-12 18:26 PDT. License #: PT00007523*

AP_000291

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Visit:
**6/13/2024**

Visit #:
**29**



## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Pt reports that she felt much better after quad/hip flexor stretch and that she is doing much better today.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| LE Weight Shift | 97112 | | 20 | | | 6 | lateral and fwd/back |
| waiter's bow | 97110 | | | | | 8 | 1x12 reps with holding for a few seconds, few mins for walking hands out to L and R on plinth for QL stretch. |
| Side stepping | 97530 | | | | | 12 | no AD, no UE support. gait belt donned and CGA for safety. rest breaks. initially side stepping then stepping side stepping over bean bags for several laps. |
| Seated Long Arc Quad (LAQ) | 97110 | 3 | 10 | | | 5 | B LEs at same time |
| Hip Flexor Bed Stretch (Table)/Modified Thomas Test Position | 97110 | | 3 | | 30 sec | 6 | education on activity for home on chair, and in prone. with use of belt, education on how to use gait belt. |
| Seated Hip IR | 97112 | 3 | 10 | | | 4 | cues for isolation to hip ERs |

AP_000292

Inspection

# Assessment

### Patient Assessment / Diagnosis

Pt with excellent performance of activities today and much better tolerance to standing activities vs last session. Continued education on hip flexor/quad stretch in prone as this is best for pt home setup. Greatest limitation to walking activities continues to be R thigh discomfort and LBP. Ongoing education to pt regarding maintaining upright posture as she continues with forward flexion on standing/walking however awareness of posture is improving. Pt progressed quickly from standing weight shift>side stepping>side stepping over bean bags. Reports fatigue however was not limited by R thigh/LBP vs last session. VC for upright posture and motor planning. PT indicated to promote return to PLOF.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

AP_000293

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 | 1.000 | 10 |
| 97530 | 1.000 | 12 |
| 97110 | 1.000 | 19 |
| Total Timed Code Treatment Minutes | | 41 |
| Total Treatment Time | | 41 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-14 13:20 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-14 19:08 PDT. License #: PT00007523*

AP_000294

# Daily Note

**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**


**ANCHOR** Physical Therapy

**Scheduled Provider:**
**Elis Sassi, PT**
*NPI # 1013654862*

**Visit:**
**6/18/2024**

**Visit #:**
**30**

## Clinic Details

| Clinic | Address |
| --- | --- |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
| --- | --- |
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |
| **Diagnosis Codes** | |
| M25.562, M17.12, M17.32 | |
| **Referring Provider** | |
| ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Linda reports that she has been in pain for the last 36 hours since trying the prone quad stretch at home since her bed is squishy. She thinks she did it wrong. Her right thigh is the area that is bothering her and she denies left knee pain. She is without her knee brace at home, but uses it outside still.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Cold Pack | | | | | | 15 | supine with bolster under knees CP on lumbar spine,, L CP on knee |
| Stair Training | 97116 | 1 | 10 | 0.00 lbs | | 5 | 4 inch, bilateral UE on stairs x10 bilat |
| LE Weight Shift | 97112 | | 20 | | | 6 | lateral and fwd/back |
| Side stepping | 97530 | | | | | 6 | gait belt and CGA, 2 laps, 10 steps each way |
| Hip Flexor Bed Stretch (Table)/Modified Thomas Test Position | 97110 | 2 | | | 30 sec | 4 | off table today |
| Seated Bilateral Hip Abduction | 97112 | 1 | 20 | | 5 sec | 4 | isometric with gait belt, cued to reduce force with increased pain --> increased pain down the leg |

AP_000295

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Recumbent Bike | 97110 | | | | | 5 | seat 8, level 1 |
| Walking Marches | 97112 | 1 | 2 | | | 4 | CGA, gait belt, verbal cues to improve step length |
| bean bag front step | 97530 | 1 | 2 | | | 5 | 6 bags, CGA/gait belt |
| Bean bag side step | 97530 | 1 | 2 | | | 5 | 6 bags, CGA/gait belt |
| DKTC | 97110 | 2 | 10 | 0.00 lbs | | 3 | feet on ball, cues to use L leg greater than R leg |

## General Objective Analysis

See tx flowsheet: progressed with step ups (bilateral), side-stepping, marching walks, recumbent bike, educated to hold on prone stretch d/t increased pain at home

MedBridge Access Code: 7MK2CRPY

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda presenting with increased pain initially at session due to right anterior hip pain with radicular symptoms. Began with pain modulation through modified hip flexor stretch and SB DKTC for improved mobility. Pt continuing to demonstrate difficulty with weight-shifting balance with table assist with A-P movements- pt demonstrating moderate instability with RLE forward. Session focus on side-stepping, bean bag step overs, and walking marches to improve standing balance with CGA/gait belt. Ended with around 5 minutes on the bike this session showing reduced pain and improved mobility. Cleared patient to DC knee brace at home and when coming to appointments- told her to keep on if working in the garden at this time until improving strength and confidence. While at home, pt to use SPC for assist in the mean time. Patient will continue to benefit from skilled physical therapy to improve mobility and balance for ease with home ADLs.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

# Goals

AP_000296

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

### Notes on Plan

assess tolerance to weaning off brace at home. Progress to single arm support with step ups

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97112 | 1.000 | 14 |
| 97530 | 1.000 | 16 |
| 97116 | 0.000 | 5 |
| 97110 | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 47 |
| Total Treatment Time | | 47 |

# Signatures

## Treating Provider Signature

*Initiated by Elis Sassi, PT on 2024-06-18 14:39 PDT.*
*Electronically co-signed by Ross Anderson, PT on 2024-06-18 15:45 PDT. License #: PT00007523*

AP_000297

# Daily Note

| | | |
|---|---|---|
| Patient: | DOB: | Sex: |
| **Linda Larocque** | **2/9/1958** | **Female** |



Scheduled Provider:
**Elis Sassi, PT**
*NPI # 1013654862*

| Visit: | Visit #: |
|---|---|
| **6/20/2024** | **31** |

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Injury Onset Date**
Not Reported

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

## Subjective Analysis

**Patient Self-Report**

Linda states that her back and right leg are bothering her more than the left knee. She was sore after the last visit here, but good soreness.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Tandem stance | 97112 | | 2 | | 30 sec | 4 | no brace, table at support prn |
| Bridges | 97112 | 3 | 10 | | 3 sec | 5 | knees at 90 degrees, YTB around knees last 2 sets |
| Cold Pack | | | | | | 15 | supine with bolster under knees<br>CP on lumbar spine,, L CP on knee |
| Gait Training | 97116 | | | | | 4 | 2 laps, SBA, no AD, no brace<br>verbal cues to improve upright posture and arm swing |
| Stair Training | 97116 | 1 | 10 | 0.00 lbs | | 5 | 4 inch, bilateral, x10 bilat, single arm support with LLE, no arm support RLE |
| Side stepping | 97530 | | | | | 6 | supervision, 2 laps, 10 steps each way |
| Recumbent Bike | 97110 | | | | | 5 | seat 8, level 1 |
| Walking Marches | 97530 | 1 | 2 | | | 4 | CGA, gait belt, verbal cues to improve step length |

AP_000298

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Sidelying Hip Abduction 2 | 97112 | 3 | 10 | | | 8 | bilateral |

## General Objective Analysis

See tx flowsheet: side-lying hip abduction, YTB around knees with bridges, step ups at low step, gait training
MedBridge Access Code: 7MK2CRPY

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Began at the recumbent bike this session at level 1 to progress blood flow to the LE's for ease with the rest of the session. Progressed hip extension strength with yellow banded resistance. Progressed to side-lying hip abduction bilaterally to improve gluteus medius strength for improved stability with ambulation. Progressed to step ups at 4 inch step with single arm support for the left side, and no arm support on the right. Pt reported clicking in her left knee while ambulating which is not new- plan to focus on quad strength in following sessions to ensure proper stability. Patient will continue to benefit from skilled physical therapy to improve gait mobility while managing pain symptoms.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

### Notes on Plan

progress as able to gait and mobility, focus on quadricep strength next visit due to reports of clicking of the joint while ambulating.

AP_000299

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 | 1.000 | 17 |
| 97116 | 1.000 | 9 |
| 97110 | 0.000 | 5 |
| 97530 | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 41 |
| Total Treatment Time | | 41 |

# Signatures

## Treating Provider Signature

*Initiated by Elis Sassi, PT on 2024-06-20 13:37 PDT.*
*Electronically co-signed by Ross Anderson, PT on 2024-06-20 14:57 PDT. License #: PT00007523*

AP_000300

# Daily Note

**Patient:**
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Visit:
**6/25/2024**

Visit #:
**32**



**ANCHOR** Physical Therapy

---

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Injury Description**
*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Injury Onset Date**
Not Reported

---

## Subjective Analysis

**Patient Self-Report**

Reports R leg (thigh) is really bothering her today. States that walking without the brace has felt weird but is trusting the L LE more.
---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| waiter's bow | 97110 | | | | | 5 | 1x12 reps with holding for a few seconds, few mins for walking hands out to L and R on plinth for QL stretch. |
| Hip Flexor Bed Stretch (Table)/Modified Thomas Test Position | 97110 | | 20 | | 5 sec | 4 | off table today, R LE only |
| Recumbent Bike | 97110 | | | | | 4 | seat 8, level 1 |
| Hip Adduction | 97112 | | | | | 4 | 2x10 isometric hold, 5sec. |
| Walking | 97530 | | | | | 10 | ambulating w/o FWW and knee brace. rest breaks req. 2/2 fatigue. |
| Forward step ups | 97530 | | | | | 8 | |
| Seated Long Arc Quad (LAQ) | 97112 | 3 | 10 | | | 5 | 3x10 B LEs, cues for increasing eccentric control. |

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Kamilah Kent (License #PT61501520)
DOS: 6/25/2024
Page 1 of 3 of Daily Note

AP_000301

## General Objective Analysis

See tx flowsheet: s
MedBridge Access Code: 7MK2CRPY

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Began session with R LE stretching and cont. with recumbent bike to warm up both LEs in preparation for functional mobility training. Pt ambulating this date without knee brace and FWW. Demos increased fwd flexion, mild antalgic gait and decreased heel strike L foot however able to correct fwd flexion with verbal cues for upright posture. Requires prolonged rest breaks d/t fatigue and R LE pain. Tolerates step ups well however benefits from rest breaks. PT indicated to promote return to PLOF.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
| --- | --- | --- | --- |
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
| --- | --- |
| 2x every week | until 7/25/2024 |

AP_000302

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 | 1.000 | 13 |
| 97530 | 1.000 | 18 |
| 97112 | 1.000 | 9 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 40 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-25 13:27 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-25 16:28 PDT. License #: PT00007523*

AP_000303

# Daily Note



| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

| Visit: | Visit #: |
|---|---|
| **6/27/2024** | **33** |

---

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

---

# Subjective Analysis

**Patient Self-Report**

R thigh has been bothersome lately. Feels like endurance is low in the right leg and gets sharp pain every once in a while. Reports that L leg has been fine.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
5/30/24: Hinged knee brace currently locked at 90deg of knee flexion.

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Hip Flexor Bed Stretch (Table)/Modified Thomas Test Position | 97110 | | 3 | | 30 sec | 4 | off table today, R LE only |
| Seated Bilateral Hip Abduction | 97112 | | 20 | | 5 sec | 5 | isometric with gait belt, cued to reduce force with increased pain --> increased pain down the leg |
| Recumbent Bike | 97110 | | | | | 6 | seat 8, level 1 |
| Seated Long Arc Quad (LAQ) | 97112 | 3 | 10 | | | 5 | 3x10 B LEs, cues for increasing eccentric control. |
| Standing Marching | 97530 | 3 | 10 | | | 6 | with B UE support |
| hamstring stretch | 97110 | | | | | 5 | supine with strap 3x20-30" with B LEs |
| alternating cone taps | 97112 | 2 | 20 | | | 3 | unilateral UE support |

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Kamilah Kent (License #PT61501520)
DOS: 6/27/2024
Page 1 of 3 of Daily Note

AP_000304

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Mini Squat | 97530 | 2 | 12 | | | 5 | moving though about 50% ROM, B UE support |

## General Objective Analysis

See tx flowsheet:
MedBridge Access Code: 7MK2CRPY

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Continued with B LE stretching in preparation for functional mobility. Pt moderately limited this session by continued R thigh pain which she states is shooting with standing marches and alternating cone taps. Pt is tearful during session feeling that R thigh pain has caused her to regress. Education to pace herself and take rest breaks before continuing with exercises to manage discomfort. Cues for heel to toe gait and upright posture with ambulation in gym, which pt responds well/adheres to. Pt would benefit from PT services to progress functional mobility.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Progressing 2. Progressing well, knee flexion at 100deg and ext 0deg. 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. MET. However this has been significantly limited lately d/t LBP. 2. MET. However this has been significantly limited lately d/t LBP. 3. MET. However this has been significantly limited lately d/t LBP. | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 7/25/2024 |

AP_000305

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 | 1.000 | 13 |
| 97110 | 1.000 | 15 |
| 97530 | 1.000 | 11 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 39 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-06-27 13:37 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-06-27 14:41 PDT. License #: PT00007523*

AP_000306

# Daily Note



**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Kamilah Kent**
*NPI # 1013773647*

**Visit:**
**7/2/2024**

**Visit #:**
**34**

| Clinic Details | | Case Details | |
|---|---|---|---|
| **Clinic**<br>Anchor Physical Therapy | **Address**<br>1407 East 72nd Street<br>Ste A-100<br>Tacoma, WA 98404-5906 | **Injury Description**<br>*Z96.652, S86.812D L/Knee (PT) | **Injury Onset Date**<br>Not Reported |
| **Phone #**<br>2534747474 | | **Diagnosis Codes**<br>M25.562, M17.12, M17.32 | |
| **Fax #**<br>2534747479 | | **Referring Provider**<br>ZACHARY ADLER | |

## Subjective Analysis

**Patient Self-Report**

Pt reports a "pulling/tearing" sensation in the R thigh which has persisted since May. States that it's really concerning her because it hasn't improved significantly. Pt has been doing self-massage, heat/ice, stretching, strengthening. "My quality of life isn't where it needs to be". Last night standing/cooking for several hours and by the end of the evening found it difficulty to walk and ascend stairs.

L knee: "L knee has been doing pretty good" feels like knee flexion is at it's max, sensitivity has been getting better. Pt reports mild knee instability. Pt states that she has no complaints.

Aggravating factors: lifting/carrying, lifting the leg (to step up, getting into the bed). Pt has been doing self-massage, heat/ice, stretching, strengthening.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
F/u with Dr. Adler: 7/10/24

### FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 35.0 |

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|

AP_000307

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Progress Note: Ther Act | 97530 | | | | | 23 | discuss POC, functional goals, reassess strength, and knee ROM. |
| HEP | 97110 | | | | | 15 | review/update HEP with pt. holding PT for one month education RE activity modification with increased R thigh/LBP. |

## General Objective Analysis

See tx flowsheet: PN

MedBridge Access Code: 7MK2CRPY

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 112.0 deg | Active ROM | Not Tested |

| KNEE EXTENSION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 0.0 deg | Active ROM | Not Tested |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 5 / 5 | |

| MANUAL MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Quadriceps | 5 / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 34 visits since initial evaluation on 3/6/24. Since that time pt reports significant improvement in L knee pain/stability/strength since beginning PT. Continues to ambulate with FWW and increased difficulty progressing mobility d/t R thigh and LBP. Last month of PT has focused on progressing LE strength, standing balance, functional mobility training and decreasing flare of R thigh/LBP. Objectively, L knee flexion has improved 12deg and L knee strength increased to 5/5. Skilled physical therapy services are indicated to address these impairments and progress functional mobility to the highest level.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

AP_000308

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Regressed, R thigh and LBP limiting. 2. Progressing, knee flexion ROM has improved. 3. Goal 100% MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Regressed, R thigh and LBP limiting. 2. Regressed, R thigh and LBP limiting. 3. Regressed, R thigh and LBP limiting. | Short Term |

# Plan

### Notes on Plan

Plan to hold PT for 1 month d/t exacerbation of R thigh and LBP. Then plan to treat 1x/week for 4-6 weeks. PT to consist of functional training (ambulation without FWW, stair training, transfers) and LE strengthening as tolerated, balance/proprioception.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 9/13/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 2.000 | 23 |
| 97110 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 38 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-07-11 17:20 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-07-11 19:36 PDT. License #: PT00007523*

AP_000309

# Progress Note



**Patient:** Linda Larocque    **DOB:** 2/9/1958    **Sex:** Female

**Scheduled Provider:**
**Kamilah Kent**
*NPI # 1013773647*

**Visit:** 7/2/2024    **Visit #:** 34

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** 2534747474 | |
| **Fax #** 2534747479 | |

## Case Details

| Injury Description | Injury Onset Date |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | Not Reported |

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

## Subjective Analysis

**Patient Self-Report**

Pt reports a "pulling/tearing" sensation in the R thigh which has persisted since May. States that it's really concerning her because it hasn't improved significantly. Pt has been doing self-massage, heat/ice, stretching, strengthening. "My quality of life isn't where it needs to be". Last night standing/cooking for several hours and by the end of the evening found it difficulty to walk and ascend stairs.

L knee: "L knee has been doing pretty good" feels like knee flexion is at it's max, sensitivity has been getting better. Pt reports mild knee instability. Pt states that she has no complaints.

Aggravating factors: lifting/carrying, lifting the leg (to step up, getting into the bed). Pt has been doing self-massage, heat/ice, stretching, strengthening.

---------
PROTOCOL from Dr. Adler 5/24/24: Unlock knee brace on 6/1/24. Wean out of brace on 6/8/24. Wean off walker as function and balance allow.
F/u with Dr. Adler: 7/10/24

### FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 35.0 |

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Patient: Linda Larocque (DOB: 2/9/1958)      Treated by Kamilah Kent (License #PT61501520)
DOS: 7/2/2024
Page 1 of 4 of Progress Note

AP_000310

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Progress Note: Ther Act | 97530 | | | | | 23 | discuss POC, functional goals, reassess strength, and knee ROM. |
| HEP | 97110 | | | | | 15 | review/update HEP with pt. holding PT for one month education RE activity modification with increased R thigh/LBP. |

## General Objective Analysis

See tx flowsheet: PN

MedBridge Access Code: 7MK2CRPY

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 112.0 deg | Active ROM | Not Tested |

| KNEE EXTENSION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 0.0 deg | Active ROM | Not Tested |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Hip Flexion | 5 / 5 | |

| MANUAL MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Quadriceps | 5 / 5 | |

# Assessment

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 34 visits since initial evaluation on 3/6/24. Since that time pt reports significant improvement in L knee pain/stability/strength since beginning PT. Continues to ambulate with FWW and increased difficulty progressing mobility d/t R thigh and LBP. Last month of PT has focused on progressing LE strength, standing balance, functional mobility training and decreasing flare of R thigh/LBP. Objectively, L knee flexion has improved 12deg and L knee strength increased to 5/5. Skilled physical therapy services are indicated to address these impairments and progress functional mobility to the highest level.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

AP_000311

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Regressed, R thigh and LBP limiting. 2. Progressing, knee flexion ROM has improved. 3. Goal 100% MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Regressed, R thigh and LBP limiting. 2. Regressed, R thigh and LBP limiting. 3. Regressed, R thigh and LBP limiting. | Short Term |

# Plan

### Notes on Plan

Plan to hold PT for 1 month d/t exacerbation of R thigh and LBP. Then plan to treat 1x/week for 4-6 weeks. PT to consist of functional training (ambulation without FWW, stair training, transfers) and LE strengthening as tolerated, balance/proprioception.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 9/13/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 | 2.000 | 23 |
| 97110 | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 38 |

AP_000312

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-07-11 17:20 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-07-11 19:36 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.　　　　　_____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Kamilah Kent's care.

Signature of Referring Provider　　　　　　　　　　　Date　　　　　　　　　　　Time

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PDT

*ZACHARY ADLER, MD*

AP_000313

## GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|---|---|---|---|
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. Regressed, R thigh and LBP limiting. 2. Progressing, knee flexion ROM has improved. 3. Goal 100% MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | 1. Regressed, R thigh and LBP limiting. 2. Regressed, R thigh and LBP limiting. 3. Regressed, R thigh and LBP limiting. | Short Term |

# Plan

### Notes on Plan

Plan to hold PT for 1 month d/t exacerbation of R thigh and LBP. Then plan to treat 1x/week for 4-6 weeks. PT to consist of functional training (ambulation without FWW, stair training, transfers) and LE strengthening as tolerated, balance/proprioception.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 9/13/2024 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-07-11 17:20 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-07-11 19:36 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required fill out in the blank space to the right.*

✓ _____ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Kamilah Kent's care.

| Signature of Referring Provider | Date | Time |
|---|---|---|
| *[signature]* | 7/17/24 | PDT |
| ZACHARY ADLER, MD | | |

Shane Turner-PAC
Multicare Orthopedics & Sports Medicine
3124 S. 19th St, Ste 340 Tacoma, WA 98405
Tel: 253-792-6555
Fax, 253-459-7047

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Kamilah Kent (License #PT61501520)
DOS: 7/2/2024
Page 2 of 2 of Plan of Care

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Finalizing Provider:
**Ross Anderson, PT**
*NPI # 1588626931*

Visit:
**8/8/2024**

Visit #:
**35**



---

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

---

## Case Details

**Condition Description**
*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Onset Date**
Not Reported

---

# Subjective Analysis

### Patient Self-Report

L: pt reports that she has the mobility to do all of her usual activities. States that when she doesn't do the exercises, things begin to feel tight. Every once in a while will get "zingers" of pain at the incision site.
R: unable to drive d/t R thigh pain, lifting leg to get into the car is very difficult. Reports that the "tearing" pain. Walking/standing/recreation/stairs severely limited.
Back: "my back is not good" unable to stand for 1hr. States that this isn't getting any better.

Dr. Adler has cleared the L knee; no WB or ROM precautions.
R TKA awaiting to be scheduled, possibly end of 2024 or early 2025. Needing to lose 25lbs first per MD.

## Pain Scales

| Bodypart | Knee |
|---|---|
| Side of Body | Left |
| Pain at Best | 0 |
| Pain at Time of Visit | 0 |
| Pain at Worst | 1 |
| Pain Descriptors | Sharp, Aching |

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 46.0 |

# Objective Analysis

AP_000316

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Progress Note: Ther Act | 97530 | | | | | 25 | discuss POC, functional goals, and knee ROM, pathoanatomy, pt education activity modification and use of ACE bandage vs bracing. |
| HEP | 97110 | | | | | 14 | review/update HEP with pt |

## General Objective Analysis

See tx flowsheet: d/c

MedBridge Access Code: 7MK2CRPY

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | | | KNEE EXTENSION | | |
|--------------|-------------|------------------|---|----------------|-------------|------------------|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 115.0 deg | Active ROM | Not Tested | | 0.0 deg | Active ROM | Not Tested |

# Assessment

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 35 visits since initial evaluation on March 6th, 2024. Since that time pt reports significant improvement in L knee function since IE. Pt reports that strength/mobility in L knee is optimal however mobility is significantly limited 2/2 R thigh/knee and LBP. Objectively, L knee flexion AROM improves to 115deg. Pt agreeable to d/c this date from PT to updated/independent HEP.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|-------|----------|---------------|------------|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. L quad/hamstring strength WNL 2. AROM improves to 115deg 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walking/standing/stairs severely limited d/t R thigh and LBP. (15%) | Short Term |

AP_000317

# Plan

### Notes on Plan

d/c

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 9/13/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 2.000 | 25 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 14 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 39 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-08-11 10:45 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-08-11 20:13 PDT. License #: PT00007523*

AP_000318

# Plan of Care

| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |



**ANCHOR** Physical Therapy

| Scheduled Provider: | Finalizing Provider: |
|---|---|
| **Kamilah Kent** | **Ross Anderson, PT** |
| *NPI # 1013773647* | *NPI # 1588626931* |

| Visit: | Visit #: |
|---|---|
| **8/8/2024** | **35** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Condition Description | Date of Plan of Care |
|---|---|
| *Z96.652, S86.812D L/Knee (PT) | 8/8/2024 |
| **Diagnosis Codes** | **Onset Date** |
| M25.562, M17.12, M17.32 | Not Reported |
| **Referring Provider** | **Date of Initial Eval** |
| ZACHARY ADLER | 3/6/2024 |

## Assessment

### Patient Self-Report

L: pt reports that she has the mobility to do all of her usual activities. States that when she doesn't do the exercises, things begin to feel tight. Every once in a while will get "zingers" of pain at the incision site.
R: unable to drive d/t R thigh pain, lifting leg to get into the car is very difficult. Reports that the "tearing" pain. Walking/standing/recreation/stairs severely limited.
Back: "my back is not good" unable to stand for 1hr. States that this isn't getting any better.

Dr. Adler has cleared the L knee; no WB or ROM precautions.
R TKA awaiting to be scheduled, possibly end of 2024 or early 2025. Needing to lose 25lbs first per MD.

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 35 visits since initial evaluation on March 6th, 2024. Since that time pt reports significant improvement in L knee function since IE. Pt reports that strength/mobility in L knee is optimal however mobility is significantly limited 2/2 R thigh/knee and LBP. Objectively, L knee flexion AROM improves to 115deg. Pt agreeable to d/c this date from PT to updated/independent HEP.

### Rehab Prognosis/Potential

Good

## Goals

AP_000319

## GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|---|---|---|---|
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. L quad/hamstring strength WNL 2. AROM improves to 115deg 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walking/standing/stairs severely limited d/t R thigh and LBP. (15%) | Short Term |

# Plan

### Notes on Plan

d/c

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 9/13/2024 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-08-11 10:45 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-08-11 20:13 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.                    _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Kamilah Kent's care.

Signature of Referring Provider                    Date                    Time

_____        _____        _____ PDT

*ZACHARY ADLER, MD*

AP_000320

# Progress Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Finalizing Provider:
**Ross Anderson, PT**
*NPI # 1588626931*

Visit:
**8/8/2024**

Visit #:
**35**



ANCHOR
Physical Therapy

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Onset Date**
Not Reported

## Subjective Analysis

### Patient Self-Report

L: pt reports that she has the mobility to do all of her usual activities. States that when she doesn't do the exercises, things begin to feel tight. Every once in a while will get "zingers" of pain at the incision site.
R: unable to drive d/t R thigh pain, lifting leg to get into the car is very difficult. Reports that the "tearing" pain. Walking/standing/recreation/stairs severely limited.
Back: "my back is not good" unable to stand for 1hr. States that this isn't getting any better.

Dr. Adler has cleared the L knee; no WB or ROM precautions.
R TKA awaiting to be scheduled, possibly end of 2024 or early 2025. Needing to lose 25lbs first per MD.

## Pain Scales

| Bodypart | Knee |
|---|---|
| Side of Body | Left |
| Pain at Best | 0 |
| Pain at Time of Visit | 0 |
| Pain at Worst | 1 |
| Pain Descriptors | Sharp, Aching |

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 46.0 |

## Objective Analysis

Patient: Linda Larocque (DOB: 2/9/1958)          Treated by Kamilah Kent (License #PT61501520)
DOS: 8/8/2024
Page 1 of 3 of Progress Note

AP_000321

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Progress Note: Ther Act | 97530 | | | | | 25 | discuss POC, functional goals, and knee ROM, pathoanatomy, pt education activity modification and use of ACE bandage vs bracing. |
| HEP | 97110 | | | | | 14 | review/update HEP with pt |

## General Objective Analysis

See tx flowsheet: d/c

MedBridge Access Code: 7MK2CRPY

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | | | KNEE EXTENSION | | |
|---|---|---|---|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 115.0 deg | Active ROM | Not Tested | | 0.0 deg | Active ROM | Not Tested |

# Assessment

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 35 visits since initial evaluation on March 6th, 2024. Since that time pt reports significant improvement in L knee function since IE. Pt reports that strength/mobility in L knee is optimal however mobility is significantly limited 2/2 R thigh/knee and LBP. Objectively, L knee flexion AROM improves to 115deg. Pt agreeable to d/c this date from PT to updated/independent HEP.

### Contraindications to Therapy

No contraindications noted per patient.

### Rehab Prognosis/Potential

Good

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. L quad/hamstring strength WNL 2. AROM improves to 115deg 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walking/standing/stairs severely limited d/t R thigh and LBP. (15%) | Short Term |

AP_000322

# Plan

### Notes on Plan

d/c

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 9/13/2024 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 2.000 | 25 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 14 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 39 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-08-11 10:45 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-08-11 20:13 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Kamilah Kent's care.

Signature of Referring Provider                    Date                    Time

                                                                                                    PDT

*ZACHARY ADLER, MD*

AP_000323

# Discharge Summary



**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Kamilah Kent**
*NPI # 1013773647*

**Finalizing Provider:**
**Ross Anderson, PT**
*NPI # 1588626931*

**Visit:**
**8/8/2024**

**Visit #:**
**35**

---

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |

**Phone #**
2534747474

**Fax #**
2534747479

---

## Case Details

**Condition Description**
*Z96.652, S86.812D L/Knee (PT)

**Diagnosis Codes**
M25.562, M17.12, M17.32

**Referring Provider**
ZACHARY ADLER

**Onset Date**
Not Reported

**Date of Initial Eval**
3/6/2024

---

## Assessment

### Patient Self-Report

L: pt reports that she has the mobility to do all of her usual activities. States that when she doesn't do the exercises, things begin to feel tight. Every once in a while will get "zingers" of pain at the incision site.
R: unable to drive d/t R thigh pain, lifting leg to get into the car is very difficult. Reports that the "tearing" pain. Walking/standing/recreation/stairs severely limited.
Back: "my back is not good" unable to stand for 1hr. States that this isn't getting any better.

Dr. Adler has cleared the L knee; no WB or ROM precautions.
R TKA awaiting to be scheduled, possibly end of 2024 or early 2025. Needing to lose 25lbs first per MD.

### Patient Assessment / Diagnosis

Linda is a 66 year-old F who has attended 35 visits since initial evaluation on March 6th, 2024. Since that time pt reports significant improvement in L knee function since IE. Pt reports that strength/mobility in L knee is optimal however mobility is significantly limited 2/2 R thigh/knee and LBP. Objectively, L knee flexion AROM improves to 115deg. Pt agreeable to d/c this date from PT to updated/independent HEP.

### Rehab Prognosis/Potential

Good

## Goals

AP_000324

| GOALS | | | |
|---|---|---|---|
| **GOAL** | **DURATION** | **GOAL PROGRESS** | **GOAL TERM** |
| Increase hip/quad strength to assist with walking up to 90 minutes. Advance with knee AROM/strength to assist with activities that require squatting and going up/down steps/stairs. Independent with HEP and able to participate w/ self progression to improve their overall level of function. | 8 weeks | 1. L quad/hamstring strength WNL 2. AROM improves to 115deg 3. MET | Long Term |
| Walk up to 20 minutes over uneven surfaces w/ no deficits. Stand up to 30 minutes while participating with ADLs. Go up/down 1 flight of steps w/ mild deficits using the railing. | 4 weeks | Walking/standing/stairs severely limited d/t R thigh and LBP. (15%) | Short Term |

# Plan

### Notes on Plan

d/c

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 9/13/2024 |

# Signatures

## Treating Provider Signature

*Initiated by Kamilah Kent on 2024-08-11 10:45 PDT. License #: PT61501520*
*Electronically co-signed by Ross Anderson, PT on 2024-08-11 20:13 PDT. License #: PT00007523*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, ZACHARY ADLER, MD, certify the need for these services furnished under this plan of treatment and while under Kamilah Kent's care.

Signature of Referring Provider                    Date                    Time

_____     _____     _____  PDT

*ZACHARY ADLER, MD*

AP_000325

# Initial Evaluation Note


**ANCHOR** Physical Therapy

Patient: | DOB: | Sex:
**Linda Larocque** | **2/9/1958** | **Female**

Scheduled Provider: | Finalizing Provider:
**Brandon Roadman, PT** | **Brandon Roadman, PT**
*NPI # 1609487388* | *NPI # 1609487388*

Visit: | Visit #:
**1/16/2025** | **1**

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

**Onset Date**
Not Reported

## Subjective Analysis

### Patient Self-Report

Linda Larocque is a 66 year old Female referred to Physical Therapy by Rachel Dawson, MD due to right knee pain. Linda is familiar to this office with a complex history of left knee TKA with subsequent revision 12/4/23 secondary to a patellar subluxation s/p primary TKA. Linda's chief complaint is experiencing significant back pain that necessitates frequent stopping while walking, even with the support of a shopping cart. She notes she has significantly declined since DC from PT in August 2024 where she was ambulating with SPC. She has noticed persistent swelling in her left knee and has been experiencing episodes of instability and buckling occasionally. She has osteoarthritis and a history of heavy physical work, including lifting and bending. Linda has been experiencing despondency, with periods of not wanting to get out of bed for the last five to six months. She has a history of significant personal losses and stressors, including the death of her best friend and neighbor, and the loss of her best friend's daughter. She states she has not been compliant with her home exercise program due to her physical and emotional state and feels this might be contributing to her right knee pain and back pain.

Previous Treatment: PT s/p TKA/Revision
Diagnostic testing: X Ray (Unsure results of L/S images)
Agg: Prolonged walking >1 min (Uses FWW, reports greater limitations when unsupported)
Ease: Sitting/Laying
PMHx/PSHx: Extensive L knee TKA/Revision
Medications: See Chart
Functional Limitations: Limited with prolonged standing, walking
Patient Goals:
- Improve pain with standing and walking

### Medical History Review

Low Complexity - The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care

AP_000342

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 20.0 |

# Objective Analysis

## Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Initial Evaluation | 97161 | | | | | 15 | |
| HEP | 97110 | | | | | 8 | Patient instructed in proper performance of HEP including ideas for progression or regression accordingly. Printed copy provided to patient and verbalized understanding. HEP accessible via MedBridge Access Code: 97DTDVPB |
| Quad Set | 97112 | 2 | 15 | | 5 sec | 5 | |
| Straight Leg Raise (SLR) | 97112 | 1 | 5 | | 3 sec | 4 | |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Supine Pelvic Tilt with Knees Bent | 97112 | | 3 | | 30 sec | 4 | |
| Supine Marching | 97112 | 1 | 10 | | | 4 | Verbal and tactile cueing required to prevent compensatory lumbar lordosis and promote proper pelvic and spinal neutral postures during activity. |

## Inspection

## Observation

### Gait

Antalgic, weak quads causing hyperextension during mid-stance, apprehensive when weightbearing, shortened stride length

*Note:* Ambulates 50 feet with FWW prior to standing rest breatk, heavy UE reliance, limited left knee AROM through gait cycle.

## Range of Motion Measurements

| KNEE EXTENSION | | | | KNEE FLEXION | | |
|---|---|---|---|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| -8.0 deg | Active ROM | -5.0 deg | | 115.0 deg | Active ROM | 115.0 deg |

AP_000343

## Strength Measurements

| GROSS MUSCLE TESTS | | |
| --- | --- | --- |
| BODY PART | LEFT | RIGHT |
| Knee Flexion | 4+ / 5 | 4+ / 5 |
| Knee Extension | 4 / 5 | 4+ / 5 |
| Core Stabilization | Result: 3- / 5 | |

## Other General Tests

| OTHER GENERAL TESTS | | |
| --- | --- | --- |
| TEST | LEFT | RIGHT |
| Squat Assessment | Result: Unable > 1/4 depth with UE support on FWW | |

# Assessment

### Strength Assessment

Unable to maintain pelvic neutral with unilateral LE march

### Patient Assessment / Diagnosis

Linda Larocque is a 66 year old Female referred to Physical Therapy by Rachel Dawson, MD due to right knee pain. Patient demonstrates signs and symptoms consistent with significant L LE weakness resulting in R LE compensations with gait and functional abilities increasing R knee OA symptoms and LBP likely stenosis in nature. Patient presents with the following relevant clinical impairments: Decreased left knee flexion/extension AROM, 4/5 left knee extension strength 3/5 core stabilization strength, 30 degree extensor lag with SLR.

The above listed impairments result in functional limitations and diminished participation in recreation, household activity, functional mobility, diminished work capacity, and decreased performance with IADL's as observed through examination. Patient would benefit from skilled physical therapy services to address the above impairments and promote return to PLOF.

### Function Assessment

SLR: 30 degree L knee extensor lag

## Goals

AP_000344

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

The plan is to start with gradual resumption of knee flexion and extension strengthening of bilateral knees. Plan to perform further evaluation of LBP when clinically indicated however weakness in L LE is likely primary driver of compensatory movement and remains the largest functional limitation.

Proposed treatment to include modalities for pain control and edema reduction, manual therapy to promote normative physiologic/arthrokinematics joint/soft tissue function, therapeutic exercise to address presenting strength/dynamic stability deficits, neuromuscular re-education to restore postural stability/control with dynamic activity, therapeutic activities to improve functional ability to perform ADL and IADL's, and development of a home program for continued independent self-care.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 8 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97161 - Physical therapy evaluation: low complexity | 1.000 | 15 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 17 |
| Total Timed Code Treatment Minutes | | 25 |
| Total Treatment Time | | 55 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-01-28 09:44 PST. License #: PT61096990*

AP_000345

# Daily Note


**ANCHOR** Physical Therapy

| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |

| Scheduled Provider: | Finalizing Provider: |
|---|---|
| **Brandon Roadman, PT** | **Brandon Roadman, PT** |
| *NPI # 1609487388* | *NPI # 1609487388* |

| Visit: | Visit #: |
|---|---|
| **1/23/2025** | **2** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street |
| | Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Condition Description | Onset Date |
|---|---|
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |

**Diagnosis Codes**

R53.1, R26.89, M25.562, M25.561

**Referring Provider**

Rachel Dawson, MD

## Subjective Analysis

### Patient Self-Report

Linda reports she has been working on HEP as advised and feels she is improving in her ability to engage with her left quadricep muscles. Has not trialed progressing activities as she remains challenged with trying to perform a straight leg raise.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| HEP | 97110 | | | | | 6 | Patient instructed in proper performance of HEP including ideas for progression or regression accordingly. Printed copy provided to patient and verbalized understanding. HEP accessible via MedBridge Access Code: 97DTDVPB |
| Recumbent Bike | 97110 | | | | | 5 | |
| Quad Set | 97112 | 2 | 15 | | 5 sec | 6 | |
| Straight Leg Raise (SLR) | 97112 | 2 | 5 | | 3 sec | 6 | Therapist assisted to prevent quad lag |
| Short Arc Quad (SAQ) | 97112 | 2 | 8 | | 3 sec | 6 | Cueing for proper NMR of quadriceps contraction, Thearpist assist for TKE |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |

AP_000346

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Pelvic Tilt with Knees Bent | 97112 | | 3 | | 30 sec | 5 | |
| Single Leg Bent Knee Fallout | 97112 | 3 | 10 | | | 5 | |

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Spent duration of session performing NMR to improve quadriceps contraction and trialed progression of assisted SLR and SAQ. Noted fatigue with interventions though no reports of adverse reaction. Remainder of session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Patient would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

The plan is to start with gradual resumption of knee flexion and extension strengthening of bilateral knees. Plan to perform further evaluation of LBP when clinically indicated however weakness in L LE is likely primary driver of compensatory movement and remains the largest functional limitation.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

AP_000347

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 11 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 2.000 | 28 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-01-29 14:08 PST. License #: PT61096990*

AP_000348

# Plan of Care



Patient: **Linda Larocque**
DOB: **2/9/1958**
Sex: **Female**

Scheduled Provider: **Brandon Roadman, PT**
*NPI # 1609487388*

Finalizing Provider: **Brandon Roadman, PT**
*NPI # 1609487388*

Visit: **1/23/2025**
Visit #: **2**

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

**Date of Plan of Care**
1/23/2025

**Onset Date**
Not Reported

**Date of Initial Eval**
1/16/2025

## Assessment

### Patient Self-Report

Linda reports she has been working on HEP as advised and feels she is improving in her ability to engage with her left quadricep muscles. Has not trialed progressing activities as she remains challenged with trying to perform a straight leg raise.

### Patient Assessment / Diagnosis

Spent duration of session performing NMR to improve quadriceps contraction and trialed progression of assisted SLR and SAQ. Noted fatigue with interventions though no reports of adverse reaction. Remainder of session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Patient would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

AP_000349

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

The plan is to start with gradual resumption of knee flexion and extension strengthening of bilateral knees. Plan to perform further evaluation of LBP when clinically indicated however weakness in L LE is likely primary driver of compensatory movement and remains the largest functional limitation.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-01-29 14:08 PST. License #: PT61096990*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.          _____ Revise the plan of care as follows:

I, Rachel Dawson, MD, certify the need for these services furnished under this plan of treatment and while under Brandon Roadman, PT's care.

Signature of Referring Provider                     Date                          Time

_____        _____        _____  PST

*Rachel Dawson, MD*

AP_000350

# Progress Note



**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Brandon Roadman, PT**
*NPI # 1609487388*

**Finalizing Provider:**
**Brandon Roadman, PT**
*NPI # 1609487388*

**Visit:**
**1/23/2025**

**Visit #:**
**2**

---

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

**Phone #**
2534747474

**Fax #**
2534747479

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Onset Date**
Not Reported

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

---

## Subjective Analysis

### Patient Self-Report

Linda reports she has been working on HEP as advised and feels she is improving in her ability to engage with her left quadricep muscles. Has not trialed progressing activities as she remains challenged with trying to perform a straight leg raise.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| HEP | 97110 | | | | | 6 | Patient instructed in proper performance of HEP including ideas for progression or regression accordingly. Printed copy provided to patient and verbalized understanding. HEP accessible via MedBridge Access Code: 97DTDVPB |
| Recumbent Bike | 97110 | | | | | 5 | |
| Quad Set | 97112 | 2 | 15 | | 5 sec | 6 | |
| Straight Leg Raise (SLR) | 97112 | 2 | 5 | | 3 sec | 6 | Therapist assisted to prevent quad lag |
| Short Arc Quad (SAQ) | 97112 | 2 | 8 | | 3 sec | 6 | Cueing for proper NMR of quadriceps contraction, Thearpist assist for TKE |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |

AP_000351

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Pelvic Tilt with Knees Bent | 97112 | | 3 | | 30 sec | 5 | |
| Single Leg Bent Knee Fallout | 97112 | 3 | 10 | | | 5 | |

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Spent duration of session performing NMR to improve quadriceps contraction and trialed progression of assisted SLR and SAQ. Noted fatigue with interventions though no reports of adverse reaction. Remainder of session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Patient would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

The plan is to start with gradual resumption of knee flexion and extension strengthening of bilateral knees. Plan to perform further evaluation of LBP when clinically indicated however weakness in L LE is likely primary driver of compensatory movement and remains the largest functional limitation.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

AP_000352

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 11 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 2.000 | 28 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-01-29 14:09 PST. License #: PT61096990*

AP_000353

# Daily Note


**ANCHOR** Physical Therapy

**Patient:**
**Linda Larocque**

**DOB:** 2/9/1958  **Sex:** Female

**Scheduled Provider:**
**Brandon Roadman, PT**
*NPI # 1609487388*

**Visit:**
**1/28/2025**

**Visit #:**
**3**

## Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| | |
|---|---|
| **Condition Description** | **Onset Date** |
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |
| **Diagnosis Codes** | |
| R53.1, R26.89, M25.562, M25.561 | |
| **Referring Provider** | |
| Rachel Dawson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda Larocque reports significant muscle soreness following leg raises performed during the last session, which she describes as a very sore and intense feeling lasting for 2-3 days. She indicates that the soreness was back to normal by Sunday or Monday. Notes she has been under the weather with cold like symptoms as she has been watching her grandchild.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| HEP | 97110 | | | | | 5 | Patient instructed in proper performance of HEP including ideas for progression or regression accordingly. Printed copy provided to patient and verbalized understanding. HEP accessible via MedBridge Access Code: 97DTDVPB |
| Recumbent Bike | 97110 | | | | | 5 | |
| Quad Set | 97112 | 2 | 15 | | 5 sec | 5 | |
| Straight Leg Raise (SLR) | 97112 | 2 | 5 | | 3 sec | 4 | |
| Short Arc Quad (SAQ) | 97110 | 3 | 10 | | 3 sec | 3 | |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |

AP_000354

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Supine Pelvic Tilt with Knees Bent | 97112 | 3 | | | 30 sec | 4 | |
| Single Leg Bent Knee Fallout | 97112 | 3 | 10 | | | 3 | |
| Patient Education | 97530 | | | | | 10 | Patient educated regarding relevant anatomy, biomechanics, activity modification, and symptom management strategies to facilitate independence and return to function. |

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Limited progression of activities and regressed quadriceps heavy activities due to muscle soreness following leg raises at last session. The session emphasized gluteal and lower abdominal activities with Cueing required for proper neuromotor activation. Educated Linda regarding the anatomy and function of the quadricep muscle in relation to the patella. Remainder of session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Linda would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

The plan is to start with gradual resumption of knee flexion and extension strengthening of bilateral knees. Plan to perform further evaluation of LBP when clinically indicated however weakness in L LE is likely primary driver of compensatory movement and remains the largest functional limitation.

AP_000355

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 16 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 10 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 13 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-01-29 14:13 PST. License #: PT61096990*

AP_000356

# Daily Note


ANCHOR
Physical Therapy

| | | |
|---|---|---|
| Patient: | DOB: | Sex: |
| **Linda Larocque** | **2/9/1958** | **Female** |
| Scheduled Provider: | Finalizing Provider: | |
| **Brandon Roadman, PT** | **Brandon Roadman, PT** | |
| NPI # 1609487388 | NPI # 1609487388 | |
| Visit: | Visit #: | |
| **1/31/2025** | **4** | |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Condition Description | Onset Date |
|---|---|
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |
| **Diagnosis Codes** | |
| R53.1, R26.89, M25.562, M25.561 | |
| **Referring Provider** | |
| Rachel Dawson, MD | |

## Subjective Analysis

**Patient Self-Report**

Linda Larocque reports soreness in her buttocks which she describes as muscle soreness from the last session. She indicates that the soreness is not as painful as after previous sessions.Linda also mentions her adherence to the home exercise program, indicating progress with her pain and functional limitations.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| HEP | 97110 | | | | | 5 | Patient instructed in proper performance of HEP including ideas for progression or regression accordingly. Printed copy provided to patient and verbalized understanding. HEP accessible via MedBridge Access Code: 97DTDVPB |
| Recumbent Bike | 97110 | | | | | 5 | |
| Straight Leg Raise (SLR) | 97112 | 3 | 5 | | 3 sec | 4 | |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Supine Pelvic Tilt with Knees Bent | 97112 | 2 | 10 | | 5 sec | 5 | |

AP_000357

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Single Leg Bent Knee Fallout | 97112 | 3 | 10 | | | 6 | |
| Patient Education | 97530 | | | | | 8 | Patient educated regarding relevant anatomy, biomechanics, activity modification, and symptom management strategies to facilitate independence and return to function. |
| Hip Adduction | 97112 | 2 | 10 | | 5 sec | 6 | |

## General Objective Analysis

Treatment as Per Flowsheet: Quad Set, SLR from Bolseter, Add Squeeez, ABD with Band
Medbridge Access Code:

## Inspection

# Assessment

### Patient Assessment / Diagnosis

The session emphasized continued quadriceps neuromuscular engagement and strengthening. She showed improvement in muscle engagement compared to previous sessions noting ability to perform modified SLR from elevated bolster with minA. The remainder of the session was spent reviewing the Home Exercise Program (HEP), requiring intermittent cueing for form. Linda would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

The plan of care includes continuing with the exercises demonstrated during the session, with an emphasis on neuromuscular engagement and strengthening.

AP_000358

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 10 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 21 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 8 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-02-01 12:33 PST. License #: PT61096990*

AP_000359

# Daily Note



| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |

| Scheduled Provider: | Finalizing Provider: |
|---|---|
| **Brandon Roadman, PT** | **Brandon Roadman, PT** |
| *NPI # 1609487388* | *NPI # 1609487388* |

| Visit: | Visit #: |
|---|---|
| **2/4/2025** | **5** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Condition Description | Onset Date |
|---|---|
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |

**Diagnosis Codes**

R53.1, R26.89, M25.562, M25.561

**Referring Provider**

Rachel Dawson, MD

## Subjective Analysis

### Patient Self-Report

Linda Larocque reports feeling tired but notes improvement since the last visit. She mentions that her glutes are no longer as sore as they were initially. Linda experiences some discomfort on the outside of her left knee, described as a sharper pain, but confirms it was not too severe. She acknowledges skipping her home exercises yesterday due to the wintry weather.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Recumbent Bike | 97110 | | | | | 5 | |
| Straight Leg Raise (SLR) | 97112 | 3 | 5 | | 3 sec | 6 | Modifed ROM from Bolster due to inability to perform in supine |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Supine Pelvic Tilt with Knees Bent | 97112 | 2 | 10 | | 5 sec | 5 | |
| Single Leg Bent Knee Fallout | 97112 | 3 | 10 | | | 6 | |
| Patient Education | 97530 | | | | | 6 | Patient educated regarding relevant anatomy, biomechanics, activity modification, and symptom management strategies to facilitate independence and return to function. |

AP_000360

## Manual Therapy Techniques - 1 Units - 12 Minutes

• Performed Soft Tissue Mobilization (STM) on the knee.

Additional Comments:
Patient consented to palpation and manual therapy. STM L Distal Quadriceps

## General Objective Analysis

Treatment as Per Flowsheet: Quad Set, SLR from Bolster,
Medbridge Access Code:

## Inspection

# Assessment

**Patient Assessment / Diagnosis**

Patient presents with noted improvement in quadriceps neuromuscular activation evidenced by increasing independence with modified ROM SLR. Session emphasized quadriceps activation and proper form during leg raises. Educated patient regarding protein intake and the importance of nutrition in recovery. Remainder of session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Patient would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

**Notes on Plan**

The plan of care includes continuing with the exercises demonstrated during the session, with an emphasis on neuromuscular engagement and strengthening.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

AP_000361

**SERVICES PROVIDED DURING VISIT**

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 0.000 | 5 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 17 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97140 - Manual therapy techniques | 1.000 | 12 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 6 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-02-08 16:55 PST. License #: PT61096990*

AP_000362

# Daily Note

| | | |
|---|---|---|
| Patient: | DOB: | Sex: |
| **Linda Larocque** | **2/9/1958** | **Female** |


**ANCHOR** Physical Therapy

| | |
|---|---|
| Scheduled Provider: | Finalizing Provider: |
| **Brandon Roadman, PT** | **Brandon Roadman, PT** |
| *NPI # 1609487388* | *NPI # 1609487388* |

| | |
|---|---|
| Visit: | Visit #: |
| **2/6/2025** | **6** |

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Condition Description | Onset Date |
|---|---|
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |

**Diagnosis Codes**

R53.1, R26.89, M25.562, M25.561

**Referring Provider**

Rachel Dawson, MD

## Subjective Analysis

**Patient Self-Report**

Linda Larocque reports experiencing increased back pain which started after her last session. She also expresses concern about forgetfulness, which she perceives as normal but is attentive to this due to her family history of dementia. Linda's response to previous sessions includes soreness and fatigue.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Recumbent Bike | 97110 | | | | | 5 | |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Single Leg Bent Knee Fallout | 97112 | 3 | 10 | | | 5 | GreenTB |
| Patient Education | 97530 | | | | | 8 | Patient educated regarding relevant anatomy, biomechanics, activity modification, and symptom management strategies to facilitate independence and return to function. |
| Hip Adduction | 97112 | 2 | 10 | | 5 sec | 5 | Seated |
| pole stretch | 97110 | | | | | 5 | |
| Seated Back Stretch with Exercise Ball (Lumbar flexion) | 97110 | | 3 | | 30 sec | 5 | |

AP_000363

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Therapeutic Ball Press: hands and knees in supine | 97112 | 1 | 20 | | 3 sec | 6 | Verbal and tactile cueing required to prevent compensatory lumbar lordosis and promote proper pelvic and spinal neutral postures during activity. |

## General Objective Analysis

Treatment as Per Flowsheet: Seated activities secondary to increased LBP
Medbridge Access Code:

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Session emphasized lumbar flexion mobility for symptom relief and core strengthening and activation exercises in seated positions. Educated Linda regarding proper form and movement patterns to alleviate back pain and improve core stability. Remainder of the session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Linda would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

### Notes on Plan

The plan of care includes continuing with the exercises demonstrated during the session, with an emphasis on neuromuscular engagement and strengthening.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

Patient: Linda Larocque (DOB: 2/9/1958)     Treated by Brandon Roadman, PT (License #PT61096990)
DOS: 2/6/2025
Page 2 of 3 of Daily Note

AP_000364

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 16 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 8 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 15 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-02-08 16:59 PST. License #: PT61096990*

AP_000365

# Daily Note

Patient: **Linda Larocque**
DOB: **2/9/1958**
Sex: **Female**

Scheduled Provider: **Kamilah Kent** *NPI # 1013773647*
Finalizing Provider: **Kamilah Kent** *NPI # 1013773647*

Visit: **2/11/2025**
Visit #: **7**


ANCHOR Physical Therapy

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

**Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda reports frustration with the weakness in her quad and how she's having to compensate with hip flexion during quad strengthening activities. She also reports difficulty with stair climbing at home when leading with L LE during stair climbing, particularly with advancing the limb forward.

She expressed that the SLR exercises are too difficult for her, even with the rope. Expressing desire to have these activities modified.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| HEP | 97110 | | | | | 8 | Addressing concerns regarding HEP being too difficult, regressing activities. provided with handout w/ review.<br><br>HEP accessible via MedBridge Access Code: 97DTDVPB |
| Recumbent Bike | 97110 | | | | | 6 | |
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | |
| Short Arc Quad (SAQ) | 97112 | 2 | 10 | | | 10 | SAQ initially with stabilization from therapist of thigh to prevent compensation w/ hip flexion and tactile cueing for quad activation. this was followed by LAQ on EOB, also requiring stabilization from therapist to promote quad activation. active quad contraction too difficult therefore modified to therapist assisted concentric and patient controlling eccentric movement. |

AP_000366

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Clams | 97112 | 3 | 10 | | 5 sec | 6 | VC for glute med and minimizing trunk rotation |
| Bridge | 97112 | 3 | 10 | | | 6 | |
| Hamstring curl | 97110 | | | | | 4 | standing, L only |

## General Objective Analysis

Treatment as Per Flowsheet:

Medbridge Access Code: 97DTDVPB

## Inspection

# Assessment

### Patient Assessment / Diagnosis

This session focused on quad strengthening and modification of HEP. Began session with SAQ which patient found difficult d/t poor quad activation/inability to extend knee without compensating with hip flexion. Therapist stabilization provided at distal femur to prevent compensation. Patient achieving partial quad AROM during SAQ. Trialed LAQ noting the same difficulties as mentioned above. Therapist assist for concentric while patient managing eccentric control. Verbal and tactile cueing to promote eccentric control.

Patient expressed that quad sets are where she is able to notice the best engagement of her quads and would like to perform these at home. Ex was added to HEP along with other proximal hip strengthening activities. Educated that SLR and SAQ may be too difficult at home w/o therapist assist, therefore will continue working on this in PT sessions vs at home. PT services indicated to promote functional mobility.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

# Plan

AP_000367

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

### SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 18 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 2.000 | 27 |
| Total Timed Code Treatment Minutes | | 45 |
| Total Treatment Time | | 45 |

# Signatures

*Electronically signed by Kamilah Kent on 2025-02-11 13:54 PST. License #: PT61501520*

AP_000368

# Anchor Physical Therapy & Massage



# PROGRESS NOTE:

**Patient:** Linda Larocque    **Date:** 2/13/25

**Case:** L/R Knee

**Frequency:** 1x    **Duration:** 6 weeks

**Progress Report Update:**    Good    Fair    Met
  **Increased range of motion:**    ✓
  **Reduced level of pain/discomfort**        ✓

**Functional Progression:**

**Goals for the coming weeks:**

**Home Exercise Program:**

**Plan of Care Expiration:** 3/26/25

**Physical Therapist Signature**

AP_000369

# Lower Extremity Functional Index

*LINDA LAROCQUE*
*2/13/2024*

We are interested in knowing whether you are having any difficulty at all with the activities listed below <u>because of your lower limb</u> problem for which you are currently seeking attention. Please provide an answer for each activity.

**Today, <u>do you</u> or <u>would you</u> have any difficulty at all with:**

*(Circle one number on each line)*

| Activities  *Very limited —* | Extreme Difficulty or unable to perform activity | Quite a bit of difficulty | Moderate difficulty | A little bit of difficulty | No difficulty |
|---|---|---|---|---|---|
| a. Any of your usual work, housework or schoo activities. | 0 | (1) | 2 | 3 | 4 |
| b. Your usual hobbies, recreational or sporting activities | (0) | 1 | 2 | 3 | 4 |
| c. Getting into or out of the bath. | 0 | 1 | 2 | (3) | 4 |
| d. Walking between rooms. | 0 | 1 | (2) | 3 | 4 |
| e. Putting on your shoes or socks. | 0 | 1 | 2 | 3 | (4) |
| f. Squatting. | (0) | 1 | 2 | 3 | 4 |
| g. Lifting an object, like a bag of groceries from the floor. | (0) | 1 | 2 | 3 | 4 |
| h. Performing light activities around your home. | 0 | 1 | (2) | 3 | 4 |
| i. Performing heavy activities around your home. | (0) | 1 | 2 | 3 | 4 |
| j. Getting into or out of a car. | 0 | 1 | 2 | 3 | (4) |
| k. Walking 2 blocks. | (0) | 1 | 2 | 3 | 4 |
| l. Walking a mile. | (0) | 1 | 2 | 3 | 4 |
| m. Going up or down 10 stairs (about 1 flight of stairs). | 0 | (1) | 2 | 3 | 4 |
| n. Standing for 1 hour. | (0) | 1 | 2 | 3 | 4 |
| o. Sitting for 1 hour. | 0 | 1 | 2 | 3 | (4) |
| p. Running on even ground. | (0) | 1 | 2 | 3 | 4 |
| q. Running on uneven ground. | (0) | 1 | 2 | 3 | 4 |
| r. Making sharp turns while running fast. | (0) | 1 | 2 | 3 | 4 |
| s. Hopping. | (0) | 1 | 2 | 3 | 4 |
| t. Rolling over in bed. | 0 | 1 | 2 | (3) | 4 |
| **COLUMN TOTALS** | | | | | |

Score variation ± 6 LEFTS points
MDC & MCID = 9 LEFS points

Score _____ /80

172930

# Plan of Care



**ANCHOR**
Physical Therapy

| | | |
|---|---|---|
| Patient: | DOB: | Sex: |
| **Linda Larocque** | **2/9/1958** | **Female** |

| | |
|---|---|
| Scheduled Provider: | Finalizing Provider: |
| **Brandon** | **Brandon** |
| **Roadman, PT** | **Roadman, PT** |
| *NPI # 1609487388* | *NPI # 1609487388* |

| | |
|---|---|
| Visit: | Visit #: |
| **1/16/2025** | **1** |

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

**Date of Plan of Care**
1/16/2025

**Onset Date**
Not Reported

**Date of Initial Eval**
1/16/2025

## Assessment

**Patient Assessment / Diagnosis**

Linda Larocque is a 66 year old Female referred to Physical Therapy by Rachel Dawson, MD due to right knee pain. Patient demonstrates signs and symptoms consistent with significant L LE weakness resulting in R LE compensations with gait and functional abilities increasing R knee OA symptoms and LBP likely stenosis in nature. Patient presents with the following relevant clinical impairments: Decreased left knee flexion/extension AROM, 4/5 left knee extension strength 3/5 core stabilization strength, 30 degree extensor lag with SLR.

The above listed impairments result in functional limitations and diminished participation in recreation, household activity, functional mobility, diminished work capacity, and decreased performance with IADL's as observed through examination. Patient would benefit from skilled physical therapy services to address the above impairments and promote return to PLOF.

**Patient Self-Report**

Linda Larocque is a 66 year old Female referred to Physical Therapy by Rachel Dawson, MD due to right knee pain. Linda is familiar to this office with a complex history of left knee TKA with subsequent revision 12/4/23 secondary to a patellar subluxation s/p primary TKA. Linda's chief complaint is experiencing significant back pain that necessitates frequent stopping while walking, even with the support of a shopping cart. She notes she has significantly declined since DC from PT in August 2024 where she was ambulating with SPC. She has noticed persistent swelling in her left knee and has been experiencing episodes of instability and buckling occasionally. She has osteoarthritis and a history of heavy physical work, including lifting and bending. Linda has been experiencing despondency, with periods of not wanting to get out of bed for the last five to six months. She has a history of significant personal losses and stressors, including the death of her best friend and neighbor, and the loss of her best friend's daughter. She states she has not been compliant with her home exercise program due to her physical and emotional state and feels this might be contributing to her right knee pain and back pain.

Previous Treatment: PT s/p TKA/Revision
Diagnostic testing: X Ray (Unsure results of L/S images)
Agg: Prolonged walking >1 min (Uses FWW, reports greater limitations when unsupported)
Ease: Sitting/Laying
PMHx/PSHx: Extensive L knee TKA/Revision
Medications: See Chart
Functional Limitations: Limited with prolonged standing, walking
Patient Goals:
- Improve pain with standing and walking

Patient: Linda Larocque (DOB: 2/9/1958)                    Treated by Brandon Roadman, PT (License #PT61096990)
DOS: 1/16/2025
Page 1 of 3 of Plan of Care

AP_000372

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by ≥9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

## Plan

### Notes on Plan

The plan is to start with gradual resumption of knee flexion and extension strengthening of bilateral knees. Plan to perform further evaluation of LBP when clinically indicated however weakness in L LE is likely primary driver of compensatory movement and remains the largest functional limitation.

Proposed treatment to include modalities for pain control and edema reduction, manual therapy to promote normative physiologic/arthrokinematics joint/soft tissue function, therapeutic exercise to address presenting strength/dynamic stability deficits, neuromuscular re-education to restore postural stability/control with dynamic activity, therapeutic activities to improve functional ability to perform ADL and IADL's, and development of a home program for continued independent self-care.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

Patient Linda Larocque (DOB: 2/3/1958)          Treated by Brandon Roadman, PT (License #PT61096990)

DOS: 1/16/2025
Page 2 of 3 of Plan of Care

AP_000373

## Signatures

*Electronically signed by Brandon Roadman, PT on 2025-01-28 09:44 PST. License #: PT61096990*

## Referring Provider Signature

*If you are the referring provider, please select one of the following options before signing and returning the form. If any revisions are required, fill out in the blank space to the right.*

_____ I have no revisions to the plan of care.        _____ Revise the plan of care as follows:

I, Rachel Dawson, MD, certify the need for these services furnished under this plan of treatment and while under Brandon Roadman, PT's care.

Signature of Referring Provider        Date        Time

Rachel Dawson, MD                                     PST

Patient: Linda Larocque (DOB: 2/9/1958)

DOS: 1/16/2025

Page 3 of 3 of Plan of Care

PAGE 4/4 * RCVD AT 1/28/2025 9:46:41 AM [Pacific Standard Time] * SVR:TDCVRFAXDTS001/30 * DNIS:2538642866 * CSID:12534747479 * ANI:+12534747470 * DURATION (mm-ss):02-48

Treated by Brandon Roadman, PT (License #PT61096990)

2025-02-10 14:39        MHS_L Fam Practice 253 459 6064 >>        P 4/4

AP_000374

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Visit:
**2/20/2025**

Visit #:
**9**


ANCHOR
Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Onset Date**
Not Reported

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

## Subjective Analysis

**Patient Self-Report**

Linda reports continued weakness in her quad and significant discomfort in the R knee today. Reports that although the pain is present daily she tries to take a loop/walk around a large grocery store daily for exercise.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | towel roll under popliteal crease |
| calf stretching | 97110 | | | | | 6 | on tilt board, 3x30" - both sides |
| Glute Sets - Isometrics | 97112 | 3 | 10 | | 5 sec | 5 | |
| TKE | 97112 | 2 | 12 | | | 6 | orange power band |
| Manual therapy - Knee | 97110 | | | | | 8 | heel slide, AAROM w/ rope and therapist assist. |
| forward gait | 97535 | | | | | 8 | several laps around gym w/ rest breaks |

### General Objective Analysis

Treatment as Per Flowsheet: added blocked practice of ambulation and TKE.

Medbridge Access Code: 97DTDVPB

### Inspection

AP_000375

# Assessment

**Patient Assessment / Diagnosis**

Pt presents w/ continued significant quad weakness and therefore tx focused on strengthening ex (quad sets) w/ palpation to ensure proper engagement of quad mm. She continues to be very challenged w/ SAQ/LAQ and unable to perform these ex through full ROM, indicating very diminished strength. Introduced TKE w/ good tolerance and engagement. Trialed ambulation with AD w/ VC for upright posture and increased R stance time. Tolerance to ambulation decreased over time, and gait speed decreased. Required rest breaks to manage these sx. PT services indicated to progress functional mobiity.

## Goals

| GOALS | | | |
|---|---|---|---|
| **GOAL** | **DURATION** | **GOAL PROGRESS** | **GOAL TERM** |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | | Short Term |

## Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 2x every week | until 2/27/2025 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| **CPT CODE** | **UNITS** | **MINUTES** |
| 97535 - Self-care/home management training, direct one-on-one contact | 1.000 | 8 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 14 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 16 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 38 |

## Signatures

*Electronically signed by Kamilah Kent on 2025-02-25 10:46 PST. License #: PT61501520*

AP_000376

# Daily Note

Patient: **Linda Larocque**
DOB: **2/9/1958**
Sex: **Female**

Scheduled Provider: **Brandon Roadman, PT**
*NPI # 1609487388*

Finalizing Provider: **Brandon Roadman, PT**
*NPI # 1609487388*

Visit: **2/13/2025**
Visit #: **8**



**ANCHOR** Physical Therapy

## Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| | |
|---|---|
| **Condition Description** | **Onset Date** |
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |
| **Diagnosis Codes** | |
| R53.1, R26.89, M25.562, M25.561 | |
| **Referring Provider** | |
| Rachel Dawson, MD | |

## Subjective Analysis

### Patient Self-Report

Linda Larocque reports feeling achy, particularly experiencing difficulty with lifting her leg. She expresses concerns about using up her appointments, especially with a potential right knee surgery planned for the summer. Linda indicates that she has been adhering to her home exercise program, mentioning doing bridges yesterday morning and this morning. She reports soreness in her back following the last session.

Objective:
During the session, Linda demonstrated a limitation in leg strength and range of motion. On the right side, there was a slight gain in strength. The left knee strength continues to be a focus for improvement. Linda's ability to engage her quadriceps has improved; she was able to lift her leg to about a 20-degree angle compared to a 30-degree angle previously. Knee flexion has improved to 115 degrees. She was able to engage her thigh and push down, which she previously could not do. Linda also participated in exercises involving pressure into a ball with her left knee and was able to feel the muscle engage without ankle discomfort. She was instructed on quad strengthening exercises and was advised to continue with a variety of home exercises, including those that can be done while sitting or lying down.

### FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
|---|---|
| Lower Extremity Functional Scale | 24.0 |

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|

AP_000377

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Seated Long Arc Quad (LAQ) | 97112 | 2 | 10 | | 5 sec | 6 | Isometric kick into stabilized Theraball in ~60 degree knee flexion |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Patient Education | 97530 | | | | | 8 | Patient educated regarding relevant anatomy, biomechanics, activity modification, and symptom management strategies to facilitate independence and return to function. |
| Seated Back Stretch with Exercise Ball (Lumbar flexion) | 97110 | | 3 | | 30 sec | 5 | |
| Therapeutic Ball Press: hands and knees in supine | 97112 | 1 | 20 | | 3 sec | 6 | Verbal and tactile cueing required to prevent compensatory lumbar lordosis and promote proper pelvic and spinal neutral postures during activity. |
| Progress Note | 97530 | | | | | 15 | Progress note performed, functional goal review, education regarding PT POC addressing remaining impairments and functional limitations. |

## General Objective Analysis

Treatment as Per Flowsheet: PN

Medbridge Access Code: 97DTDVPB

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | | | KNEE EXTENSION | | |
|---|---|---|---|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) | | LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 128.0 deg | Active ROM | 128.0 deg | | Not Tested | Active ROM | -4.0 deg |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Knee Flexion | 5 / 5 | 5 / 5 |
| Knee Extension | 4 / 5 | 5 / 5 |

# Assessment

### Function Assessment

SLR: 20 degree L knee extensor lag

### Patient Assessment / Diagnosis

Patient has attended 8 visits since January 16th, 2025 with subjective reports of mild improvement in right knee pain and function. Patient demonstrates objective improvements in bilateral knee AROM, left knee extension strength and improving quadriceps control. Patient still demonstrating significant impairments in bilateral (L>R) knee extension strength and gait stability without assistance of FWW.

AP_000378

The above listed impairments result in functional limitations and diminished participation in recreation, household activity, functional mobility, diminished work capacity, and decreased performance with IADL's as observed through examination. Patient would benefit from skilled physical therapy services to address the above impairments and promote return to PLOF.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

## Plan

### Notes on Plan

Patient may likely benefit from use of at home electrical stimulation unit for pain modulation to reduce need for pharmacological intervention for pain relief as they has demonstrated benefit from this within clinic.

Proposed treatment to include modalities for pain control and edema reduction, manual therapy to promote normative physiologic/arthrokinematics joint/soft tissue function, therapeutic exercise to address presenting strength/dynamic stability deficits, neuromuscular re-education to restore postural stability/control with dynamic activity, therapeutic activities to improve functional ability to perform ADL and IADL's, and development of a home program for continued independent self-care.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 12 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 0.000 | 5 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 2.000 | 23 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

AP_000379

## Signatures

*Electronically signed by Brandon Roadman, PT on 2025-02-26 14:43 PST. License #: PT61096990*

AP_000380

# Progress Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**



**ANCHOR**
Physical Therapy

Scheduled Provider:
**Brandon Roadman, PT**
*NPI # 1609487388*

Finalizing Provider:
**Brandon Roadman, PT**
*NPI # 1609487388*

Visit:
**2/13/2025**

Visit #:
**8**

## Clinic Details

| Clinic | Address |
| --- | --- |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Condition Description | Onset Date |
| --- | --- |
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |
| **Diagnosis Codes** | |
| R53.1, R26.89, M25.562, M25.561 | |
| **Referring Provider** | |
| Rachel Dawson, MD | |

## Subjective Analysis

### Patient Self-Report

Linda Larocque reports feeling achy, particularly experiencing difficulty with lifting her leg. She expresses concerns about using up her appointments, especially with a potential right knee surgery planned for the summer. Linda indicates that she has been adhering to her home exercise program, mentioning doing bridges yesterday morning and this morning. She reports soreness in her back following the last session.

Objective:
During the session, Linda demonstrated a limitation in leg strength and range of motion. On the right side, there was a slight gain in strength. The left knee strength continues to be a focus for improvement. Linda's ability to engage her quadriceps has improved; she was able to lift her leg to about a 20-degree angle compared to a 30-degree angle previously. Knee flexion has improved to 115 degrees. She was able to engage her thigh and push down, which she previously could not do. Linda also participated in exercises involving pressure into a ball with her left knee and was able to feel the muscle engage without ankle discomfort. She was instructed on quad strengthening exercises and was advised to continue with a variety of home exercises, including those that can be done while sitting or lying down.

## FLR Survey Results

| SURVEY COMPLETED | SURVEY SCORE |
| --- | --- |
| Lower Extremity Functional Scale | 24.0 |

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- |

AP_000381

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Seated Long Arc Quad (LAQ) | 97112 | 2 | 10 | | 5 sec | 6 | Isometric kick into stabilized Theraball in ~60 degree knee flexion |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Patient Education | 97530 | | | | | 8 | Patient educated regarding relevant anatomy, biomechanics, activity modification, and symptom management strategies to facilitate independence and return to function. |
| Seated Back Stretch with Exercise Ball (Lumbar flexion) | 97110 | | 3 | | 30 sec | 5 | |
| Therapeutic Ball Press: hands and knees in supine | 97112 | 1 | 20 | | 3 sec | 6 | Verbal and tactile cueing required to prevent compensatory lumbar lordosis and promote proper pelvic and spinal neutral postures during activity. |
| Progress Note | 97530 | | | | | 15 | Progress note performed, functional goal review, education regarding PT POC addressing remaining impairments and functional limitations. |

## General Objective Analysis

Treatment as Per Flowsheet: PN

Medbridge Access Code: 97DTDVPB

## Inspection

## Range of Motion Measurements

| KNEE FLEXION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| 128.0 deg | Active ROM | 128.0 deg |

| KNEE EXTENSION | | |
|---|---|---|
| LEFT SIDE (DEG) | MEASUREMENT | RIGHT SIDE (DEG) |
| Not Tested | Active ROM | -4.0 deg |

## Strength Measurements

| GROSS MUSCLE TESTS | | |
|---|---|---|
| BODY PART | LEFT | RIGHT |
| Knee Flexion | 5 / 5 | 5 / 5 |
| Knee Extension | 4 / 5 | 5 / 5 |

# Assessment

### Function Assessment

SLR: 20 degree L knee extensor lag

### Patient Assessment / Diagnosis

Patient has attended 8 visits since January 16th, 2025 with subjective reports of mild improvement in right knee pain and function. Patient demonstrates objective improvements in bilateral knee AROM, left knee extension strength and improving quadriceps control. Patient still demonstrating significant impairments in bilateral (L>R) knee extension strength and gait stability without assistance of FWW.

AP_000382

The above listed impairments result in functional limitations and diminished participation in recreation, household activity, functional mobility, diminished work capacity, and decreased performance with IADL's as observed through examination. Patient would benefit from skilled physical therapy services to address the above impairments and promote return to PLOF.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

## Plan

### Notes on Plan

Patient may likely benefit from use of at home electrical stimulation unit for pain modulation to reduce need for pharmacological intervention for pain relief as they has demonstrated benefit from this within clinic.

Proposed treatment to include modalities for pain control and edema reduction, manual therapy to promote normative physiologic/arthrokinematics joint/soft tissue function, therapeutic exercise to address presenting strength/dynamic stability deficits, neuromuscular re-education to restore postural stability/control with dynamic activity, therapeutic activities to improve functional ability to perform ADL and IADL's, and development of a home program for continued independent self-care.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 12 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 0.000 | 5 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 2.000 | 23 |
| Total Timed Code Treatment Minutes | | 40 |
| Total Treatment Time | | 55 |

AP_000383

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-02-26 14:43 PST. License #: PT61096990*

AP_000384

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**


ANCHOR
Physical Therapy

Scheduled Provider:
**Kamilah Kent**
*NPI # 1013773647*

Finalizing Provider:
**Kamilah Kent**
*NPI # 1013773647*

Visit:
**2/27/2025**

Visit #:
**10**

## Clinic Details

**Clinic**

Anchor Physical Therapy

**Phone #**

2534747474

**Fax #**

2534747479

**Address**

1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**

*R Knee/Myofascial muscle
pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**

R53.1, R26.89, M25.562,
M25.561

**Referring Provider**

Rachel Dawson, MD

**Onset Date**

Not Reported

## Subjective Analysis

### Patient Self-Report

Linda states she's been walking around the house more often and going upstairs to do laundry. States that she's most challenged with lifting/carrying at this point in time.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Quad Set | 97112 | 3 | 10 | | 5 sec | 5 | towel roll under popliteal crease |
| Clams | 97112 | 2 | 10 | | 5 sec | 3 | VC for glute med and minimizing trunk rotation |
| Bridge | 97112 | 3 | 10 | | | 4 | |
| TKE | 97112 | 2 | 12 | | | 5 | orange power band |
| forward gait | 97530 | | | | | 3 | 1 lap around gym w/ rest breaks |
| Short Arc Quad (SAQ) | 97112 | 3 | 10 | | 3 sec | 5 | VC/TC to limit compensation w/ hip flexors, |
| side stepping | 97530 | | | | | 5 | side step w/ no resistance 3 laps |
| Squat with TRX | 97530 | 2 | 10 | | | 5 | sit to stand |

### General Objective Analysis

Treatment as Per Flowsheet: added TRX STS

Medbridge Access Code: 97DTDVPB

AP_000385

Inspection

# Assessment

**Patient Assessment / Diagnosis**

***pt 5min late arrival

This session continued focus on open and closed-chain quad strengthening. Revisited SAQ, and the patient remains challenged with knee extension without hip flexion compensation. Tactile cues and education to only move through knee extension range of motion that she can complete w/o compensation. Pt achieves about 50% knee flexion. Introduced side-stepping, which she did well with but does note significant squat fatigue with repetition. VC w/ this exercise to avoid hyperextension of the knee and maintaining good quad engagement. Good tolerance to TRX sit<>stands. Pt would benefit from further PT services to promote return to PLOF.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 13 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 22 |
| Total Timed Code Treatment Minutes | | 35 |
| Total Treatment Time | | 35 |

AP_000386

## Signatures

*Electronically signed by Kamilah Kent on 2025-02-27 12:33 PST. License #: PT61501520*

AP_000387

# Daily Note



| | | |
|---|---|---|
| **Patient:**<br>Linda Larocque | **DOB:**<br>2/9/1958 | **Sex:**<br>Female |
| **Scheduled Provider:**<br>Kamilah Kent<br>*NPI # 1013773647* | **Finalizing Provider:**<br>Kamilah Kent<br>*NPI # 1013773647* | |
| **Visit:**<br>3/5/2025 | **Visit #:**<br>11 | |

## Clinic Details

| | |
|---|---|
| **Clinic**<br>Anchor Physical Therapy | **Address**<br>1407 East 72nd Street<br>Ste A-100<br>Tacoma, WA 98404-5906 |
| **Phone #**<br>2534747474 | |
| **Fax #**<br>2534747479 | |

## Case Details

| | |
|---|---|
| **Condition Description**<br>*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | **Onset Date**<br>Not Reported |
| **Diagnosis Codes**<br>R53.1, R26.89, M25.562, M25.561 | |
| **Referring Provider**<br>Rachel Dawson, MD | |

## Subjective Analysis

**Patient Self-Report**

States that the knee overall feels sore today. She is concerned that the scar tissue is restricting her motion and that it is more tender with direct pressure.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Recumbent Bike | 97110 | | | | | 6 | |
| Short Arc Quad (SAQ) | 97112 | 3 | 10 | | | 6 | SAQ w/ tactile cueing from therapist |
| Bridge | 97112 | 3 | 10 | | | 6 | |
| Terminal Knee Extension with a Ball (TKE) | 97110 | 3 | 10 | | | 4 | blue power band |
| Patient Education | 97530 | | | | | 8 | rationale+scar desensitization/mobilization, functional goal review, pathoanatomy related to dx and expectations for tissue healing. |
| Squat with TRX | 97530 | 2 | 10 | | | 5 | sit to stand |
| side stepping | 97530 | | | | | 4 | over bean bags, 2 laps |

### General Objective Analysis

Patient: Linda Larocque (DOB: 2/9/1958)    Treated by Kamilah Kent (License #PT61501520)<br>DOS: 3/5/2025<br>Page 1 of 3 of Daily Note

AP_000388

Treatment as Per Flowsheet:

Medbridge Access Code: 97DTDVPB

## Inspection

## Assessment

### Patient Assessment / Diagnosis

Pt is making fair progress towards PT goals as she is able to tolerate WB activities better, although stability w/o FWW and quad strength continues to be limited. This session provided education on scar management for joint mobility and desensitization. Instructed to perform these activities for HEP. Most challenged this session with side step over bean bags; her stability is overall good but lacks confidence during L SLS. Therapist providing SBA for safety. Required ongoing verbal and visual cueing for motor planning. She would benefit from further PT services to progress functional mobility to the highest level.

## Goals

### GOALS

| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
|------|----------|---------------|-----------|
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

## Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|------------------------|------------------------|
| 1x every week | until 3/27/2025 |

### SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|----------|-------|---------|
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 10 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 17 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 12 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 39 |

AP_000389

## Signatures

*Electronically signed by Kamilah Kent on 2025-03-05 23:20 PST. License #: PT61501520*

AP_000390

433014

# Plan of Care

**Patient:** | **DOB:** | **Sex:**
Linda Larocque | 2/9/1958 | **Female**

**ANCHOR**
Physical Therapy

**Scheduled Provider:**
**Brandon**
**Roadman, PT**
*NPI# 1609487388*

**Finalizing Provider:**
**Brandon**
**Roadman, PT**
*NPI# 1609487388*

**Visit:**
2/13/2025

**Visit #:**
8

### Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** 2534747474 | |
| **Fax #** 2534747479 | |

### Case Details

| Condition Description | Date of Plan of Care |
|---|---|
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | 2/13/2025 |
| **Diagnosis Codes** | **Onset Date** |
| R53.1, R26.89, M25.562, M25.561 | Not Reported |
| | **Date of Initial Eval** |
| **Referring Provider** | 1/16/2025 |
| Rachel Dawson, MD | |

## Assessment

### Patient Assessment / Diagnosis

Patient has attended 8 visits since January 16th, 2025 with subjective reports of mild improvement in right knee pain and function. Patient demonstrates objective improvements in bilateral knee AROM, left knee extension strength and improving quadriceps control. Patient still demonstrating significant impairments in bilateral (L>R) knee extension strength and gait stability without assistance of FWW.

The above listed impairments result in functional limitations and diminished participation in recreation, household activity, functional mobility, diminished work capacity, and decreased performance with ADL's as observed through examination. Patient would benefit from skilled physical therapy services to address the above impairments and promote return to PLOF.

### Patient Self-Report

Linda Larocque reports feeling achy, particularly experiencing difficulty with lifting her leg. She expresses concerns about using up her appointments, especially with a potential right knee surgery planned for the summer. Linda indicates that she has been adhering to her home exercise program, mentioning doing bridges yesterday morning and this morning. She reports soreness in her back following the last session.

### Objective:

During the session, Linda demonstrated a limitation in leg strength and range of motion. On the right side, there was a slight gain in strength. The left knee strength continues to be a focus for improvement. Linda's ability to engage her quadriceps has improved; she was able to lift her leg to about a 20-degree angle compared to a 30-degree angle previously. Knee flexion has improved to 115 degrees. She was able to engage her thigh and push down, which she previously could not do. Linda also participated in exercises involving pressure into a ball with her left knee and was able to feel the muscle engage without ankle discomfort. She was instructed on quad strengthening exercises and was advised to continue with a variety of home exercises, including those that can be done while sitting or lying down.

## Goals

Patient: Linda Larocque (DOB: 2/9/1958)                    Treated by Brandon Roadman, PT (License #PT01090990)
DOS: 2/13/2025
Page 1 of 2 of Plan of Care

PAGE 2/3 * RCVD AT 2/26/2025 2:44:23 PM [Pacific Standard Time] * SVR:TDCVRFAXAPP001/37 * DNIS:2538942886 * CSID:12534747479 * ANI:+12534747479 * DURATION (mm-ss):01-56

AP_000392

# Daily Note



**ANCHOR** Physical Therapy

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Ross Anderson, PT**
*NPI # 1588626931*

Finalizing Provider:
**Ross Anderson, PT**
*NPI # 1588626931*

Visit:
**3/13/2025**

Visit #:
**12**

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

**Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda states walking remains a challenge with episodes of tripping which is a concern fir her. She has limited confidence due to her balance and she is afraid of hurting the left knee again. Plus the right knee is feeling weak when she has to go up a small step. She

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|------|-----|------|------|--------|------|------------------|---------------------|
| Recumbent Bike | 97110 | 1 | 1 | | | 5 | L1 |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Patient Education | 97530 | 1 | 1 | | | 8 | Included VC/MC to correct position/posture to limit substitution and assist w/ functional activity performance. |
| Hip Adduction | 97112 | 2 | 10 | | 5 sec | 5 | Seated |
| Squat with TRX | 97530 | 2 | 10 | | | 5 | sit to stand |
| Treadmill | 97110 | | | | | 5 | |
| standing hip abduction | 97530 | 2 | 10 | | | 4 | Along treadmill |
| Standing Calf Stretch (Gastroc) | 97110 | | 3 | | 30 sec | 3 | |
| Front/High Rows | 97112 | 2 | 15 | | | 4 | |

AP_000393

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Wall V | 97530 | 2 | 10 | | | 4 | Reaching while standing |

## Manual Therapy Techniques - 1 Units - 12 Minutes

• Performed Soft Tissue Mobilization (STM) on the right knee.

**Additional Comments:**
Patient consented to palpation and manual therapy. Supine w/ PROM to R knee/patellar mobs, STM/MFR to mid to distal quad w/ cross fibe mobs and scar tissue mobilization.

## General Objective Analysis

Treatment as Per Flowsheet: Added rows, treadmill, hip abduction and education/training to assist with her condition. Addressed her ROM/flexibility and directed on HEP progression options.

Medbridge Access Code: 97DTDVPB

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda tolerated the progression with her CKC/step and standing activities. She continues to fatigue and needs to limit the time w/ standing and squatting. She still requires her walker and is unsteady walking over 10-15 feet. She has noted increased knee ROM, reduced edema, but the degree of her quad tissue mobility remains guarded affecting her level of recruitment. She was reviewed over the HEP, challenged with self progression and included STM/scar mobs direction.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

# Plan

### Notes on Plan

AP_000394

Plan is to continue to advance more w/ her step/CKC activities and address her capacity to stand/walk for extended periods of time.

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 21 |
| 97140 - Manual therapy techniques | 1.000 | 12 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 9 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 13 |
| Total Timed Code Treatment Minutes | | 55 |
| Total Treatment Time | | 70 |

# Signatures

*Electronically signed by Ross Anderson, PT on 2025-03-13 23:13 PDT. License #: PT00007523*

AP_000395

# Daily Note

| Patient: | DOB: | Sex: |
|---|---|---|
| **Linda Larocque** | **2/9/1958** | **Female** |

| Scheduled Provider: | Finalizing Provider: |
|---|---|
| **Brandon Roadman, PT** | **Brandon Roadman, PT** |
| *NPI # 1609487388* | *NPI # 1609487388* |

| Visit: | Visit #: |
|---|---|
| **3/21/2025** | **13** |



**ANCHOR** Physical Therapy

## Clinic Details

| Clinic | Address |
|---|---|
| Anchor Physical Therapy | 1407 East 72nd Street |
| | Ste A-100 |
| **Phone #** | Tacoma, WA 98404-5906 |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| Condition Description | Onset Date |
|---|---|
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | Not Reported |

**Diagnosis Codes**

R53.1, R26.89, M25.562, M25.561

**Referring Provider**

Rachel Dawson, MD

## Subjective Analysis

**Patient Self-Report**

Linda Larocque reports experiencing worsening back pain over the past couple of months. She describes the pain as severe and states that it is preventing her from standing and walking for extended periods. Linda also mentions fatigue and feels like she is "going backwards". She expresses frustration with her lack of progress despite her efforts. She reports having to modify her activities, such as cutting vegetables while seated, due to the pain. Linda also mentions stress related to personal issues, including caring for her grandson and finding a new doctor after her previous one retired. She has been non-compliant with her home exercise program, specifically avoiding exercises like bridges due to searing pain in her left side when performing them.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Lower Trunk Rotation | 97110 | 3 | 10 | | | 3 | |
| Patient Education | 97530 | 1 | 1 | | | 12 | Patient educated regarding relevant anatomy, biomechanics, activity modification, and symptom management strategies to facilitate independence and return to function.<br><br>Stair training to promote proper gluteal recruitment to prevent compensatory lumbar motion |
| Seated Back Stretch with Exercise Ball (Lumbar flexion) | 97110 | | 3 | | 30 sec | 5 | |

AP_000396

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Glute Sets - Isometrics | 97112 | 2 | 10 | | 5 sec | 5 | Verbal and tactile cueing required to prevent excessive compensatory anterior chain overuse and to promote proper gluteal neuromotor recruitment. |
| Manual therapy - Lumbar/Thoracic | 97140 | | | | | 10 | Patient consented to manual therapy and palpation: LE supported on ball Bilateral LE distraction |
| Single Knee to Chest Stretch (SKTC) | 97110 | | 3 | | 30 sec | 4 | |

## General Objective Analysis

Treatment as Per Flowsheet: LE Distraction, SKTC/LTR for HEP

Medbridge Access Code: 97DTDVPB

## Inspection

# Assessment

### Patient Assessment / Diagnosis

The session emphasized identifying the mechanical triggers of her pain and education regarding activities to improve her tolerance to likely lumbar stenosis. Patient remains challenged with mat based lumbopelvic strengthening activities, regressed bridging activities due to inability to complete while maintaining pelvis neutral and instead reliance upon lumbar extension to lift likely exacerbating back pain. Linda would continue to benefit from further skilled therapy services to address her remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

AP_000397

| SERVICES PROVIDED DURING VISIT | | |
|---|---|---|
| CPT CODE | UNITS | MINUTES |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 12 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 12 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 0.000 | 5 |
| 97140 - Manual therapy techniques | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 39 |
| Total Treatment Time | | 54 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-03-24 08:41 PDT. License #: PT61096990*

AP_000398

# Daily Note


**ANCHOR** Physical Therapy

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Brandon Roadman, PT**
*NPI # 1609487388*

Finalizing Provider:
**Brandon Roadman, PT**
*NPI # 1609487388*

Visit:
**3/27/2025**

Visit #:
**14**

---

## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

**Onset Date**
Not Reported

---

## Subjective Analysis

**Patient Self-Report**

Linda Larocque reports experiencing a tough day and feeling emotionally overwhelmed, which led to crying herself to sleep after her last session. She mentions no worsening of symptoms due to PT, though overwhelmed by her physical limitations and her grand son leaving. Linda mentions a history of degenerative issues with her spine, with the last MRI conducted in 2010. She has been adhering to her home exercise program, attempting to use her hips correctly when going up stairs and noticing difficulty lifting one leg.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Recumbent Bike | 97110 | 1 | 1 | | | 5 | L1 |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Lower Trunk Rotation | 97110 | 3 | 10 | | | 4 | |
| Seated Back Stretch with Exercise Ball (Lumbar flexion) | 97110 | | 3 | | 30 sec | 5 | |
| Glute Sets - Isometrics | 97112 | 2 | 10 | | 5 sec | 5 | Verbal and tactile cueing required to prevent excessive compensatory anterior chain overuse and to promote proper gluteal neuromotor recruitment. |
| Manual therapy - Lumbar/Thoracic | 97140 | | | | | 10 | Patient consented to manual therapy and palpation: LE supported on ball Bilateral LE distraction |

AP_000399

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Single Knee to Chest Stretch (SKTC) | 97110 | 3 | | | 30 sec | 4 | |
| Piriformis Stretch - Supine | 97110 | 3 | | | 30 sec | 5 | |

## General Objective Analysis

Treatment as Per Flowsheet: LE Distraction, Bridges

Medbridge Access Code: 97DTDVPB

## Inspection

# Assessment

### Patient Assessment / Diagnosis

During the session, Linda engaged in various exercises and stretches to address her back and knee ROM limitations. The session emphasized proper movement patterns and body mechanics. Educated Linda regarding the importance of using her hips and glutes to reduce strain on her back particularly with stair ascent. Remainder of session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Linda would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

AP_000400

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 0.000 | 5 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 2.000 | 23 |
| 97140 - Manual therapy techniques | 1.000 | 10 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 53 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-04-02 17:17 PDT. License #: PT61096990*

Patient: Linda Larocque (DOB: 2/9/1958)      Treated by Brandon Roadman, PT (License #PT61096990)
DOS: 3/27/2025
Page 3 of 3 of Daily Note

AP_000401

# Daily Note

Patient:
**Linda Larocque**

DOB:
**2/9/1958**

Sex:
**Female**

Scheduled Provider:
**Kamilah Kent, PT**
*NPI # 1013773647*

Finalizing Provider:
**Kamilah Kent, PT**
*NPI # 1013773647*

Visit:
**4/10/2025**

Visit #:
**16**



## Clinic Details

**Clinic**
Anchor Physical Therapy

**Phone #**
2534747474

**Fax #**
2534747479

**Address**
1407 East 72nd Street
Ste A-100
Tacoma, WA 98404-5906

## Case Details

**Condition Description**
*R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18)

**Diagnosis Codes**
R53.1, R26.89, M25.562, M25.561

**Referring Provider**
Rachel Dawson, MD

**Onset Date**
Not Reported

## Subjective Analysis

**Patient Self-Report**

Linda reports that her knee pain is "just really tight" today, particularly following going up and down the stairs for laundry yesterday 5-6x. She used a ball for stretching which was helpful in alleviating tightness. After the last physical therapy session, Linda felt that her walking mobility improved especially after lumbar distraction, although balance is still a challenge. She is engaging in exercises to strengthen her knee and reports HS stretch with exercise ball is quite effective.
MRI: 5/1/25 low back

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Recumbent Bike | 97110 | 1 | 1 | | | 5 | L1 |
| Short Arc Quad (SAQ) | 97112 | 3 | 10 | | | 6 | SAQ w/ tactile cueing from therapist |
| Bridge | 97112 | 3 | 10 | | | 5 | |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Standing Calf Stretch (Gastroc) | 97110 | | 3 | | 30 sec | 6 | |
| Manual therapy - Lumbar/Thoracic | 97140 | | | | | 10 | Patient consented to manual therapy and palpation: LE supported on ball Bilateral LE distraction |
| side stepping | 97530 | | | | | 3 | |

AP_000402

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Anatomy Instruction/Review | 97110 | | | | | 3 | pathoanatomy related to dx |

## General Objective Analysis

Treatment as Per Flowsheet: side stepping

Medbridge Access Code: 97DTDVPB

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Linda demonstrated a fair response to the treatment session today, primarily due to required modifications and reports of persistent tightness and cramping in the right knee and lower back. The session focused on knee mobility, quadriceps activation, and balance improvement to address functional limitations in walking and weight-bearing activities. The therapist provided extensive verbal and tactile cueing during exercises such as bridges and squats to ensure proper form and quad activation. Linda expressed frustration regarding the enduring tightness/limited knee extension post-surgery. Suspecting that active knee extension is still insufficient due to scar tissue involvement and cont. quad weakness. Pt exhibited difficulty during side stepping w/o UE support d/t decreased balance and sharp R knee pain. Despite these challenges, Linda shows motivation to improve strength and mobility, though progress toward her functional goals are hindered by ongoing pain in various body areas and LE weakness. Pt would benefit from continued PT services to address remaining deficits and return to prior level of function.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

AP_000403

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97112 - Neuromuscular re-education of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities | 1.000 | 11 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| 97140 - Manual therapy techniques | 1.000 | 10 |
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 0.000 | 3 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 14 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 53 |

# Signatures

*Electronically signed by Kamilah Kent, PT on 2025-04-10 11:01 PDT. License #: PT61501520*

AP_000404

# Daily Note



**Patient:**
**Linda Larocque**

**DOB:**
**2/9/1958**

**Sex:**
**Female**

**Scheduled Provider:**
**Brandon Roadman, PT**
*NPI # 1609487388*

**Finalizing Provider:**
**Brandon Roadman, PT**
*NPI # 1609487388*

**Visit:**
**4/3/2025**

**Visit #:**
**15**

---

## Clinic Details

| | |
|---|---|
| **Clinic** | **Address** |
| Anchor Physical Therapy | 1407 East 72nd Street Ste A-100 Tacoma, WA 98404-5906 |
| **Phone #** | |
| 2534747474 | |
| **Fax #** | |
| 2534747479 | |

## Case Details

| | | |
|---|---|---|
| **Condition Description** | | **Onset Date** |
| *R Knee/Myofascial muscle pain(PT)(M17.11)(M79.18) | | Not Reported |
| **Diagnosis Codes** | | |
| R53.1, R26.89, M25.562, M25.561 | | |
| **Referring Provider** | | |
| Rachel Dawson, MD | | |

---

## Subjective Analysis

**Patient Self-Report**

Linda Larocque reports her back is feeling better after last session. Feels the stretches seemed to help the pain. Still challenged with any prolonged standing walking or stairs due to her back and her knee limitations.

## Objective Analysis

### Flow Sheet Completed Exercises

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Recumbent Bike | 97110 | 1 | 1 | | | 5 | L1 |
| Forward step ups | 97530 | 2 | 10 | | | 5 | 4" Step |
| Lateral step-up | 97530 | 2 | 10 | | | 5 | 4" Step |
| IFC E-Stim | G0283 | | | | | 15 | Patient consented treatment intensity and pad placement to: + CP to Lowback, CP to Bil Knees |
| Lower Trunk Rotation | 97110 | 3 | 10 | | | 4 | |
| Manual therapy - Lumbar/Thoracic | 97140 | | | | | 10 | Patient consented to manual therapy and palpation: LE supported on ball Bilateral LE distraction |
| Single Knee to Chest Stretch (SKTC) | 97110 | | 3 | | 30 sec | 4 | |

AP_000405

| NAME | CPT | SETS | REPS | WEIGHT | HOLD | BILLABLE MINUTES | ADDITIONAL COMMENTS |
|---|---|---|---|---|---|---|---|
| Piriformis Stretch - Supine | 97110 | 3 | | | 30 sec | 5 | |

## General Objective Analysis

Treatment as Per Flowsheet: LE Distraction, Bridges

Medbridge Access Code: 97DTDVPB

## Inspection

# Assessment

### Patient Assessment / Diagnosis

Patient presents with knee and back discomfort. Session emphasized lower extremity strengthening and back stretching. Educated patient regarding proper exercise form and the importance of maintaining alignment to avoid compensatory movements with step ups. Remainder of session spent reviewing Home Exercise Program (HEP) requiring intermittent cueing for form. Patient would continue to benefit from further skilled therapy services to address remaining impairments and functional limitations.

## Goals

| GOALS | | | |
|---|---|---|---|
| GOAL | DURATION | GOAL PROGRESS | GOAL TERM |
| Patient will improve LE strength and function evidenced by >9 point improvement in LEFS score. | 6 weeks | (50%) | Long Term |
| Patient will report the ability to tolerate 10 repetitions of 6 inch step ups within clinic with UE assistance on rail and < 2/10 pain in 6 weeks in order to improve ability to perform community and household ambulation. | 6 weeks | | Long Term |
| Patient will report the ability to walk 1/2 mile on a flat sidewalk with FWW assistance and < 2/10 pain in 6 weeks in order to improve ability to ambulate community distances. | 6 weeks | | Long Term |
| Patient will improve knee flexion AROM to 120 degrees in order to improve ability to ambulate with improved gait mechanics and perform lower body dressing tasks. | 6 weeks | (75%) | Long Term |
| Patient will improve left knee extension strength assessed via MMT to 5/5 in order to improve ability to perform gait with LRAD. | 6 weeks | (75%) | Long Term |
| Pt will demonstrate independence and compliance with HEP. | 4 weeks | (100%) | Short Term |

# Plan

| FREQUENCY OF TREATMENT | DURATION OF TREATMENT |
|---|---|
| 1x every week | until 3/27/2025 |

AP_000406

## SERVICES PROVIDED DURING VISIT

| CPT CODE | UNITS | MINUTES |
|---|---|---|
| 97530 - Dynamic activites to improve functional performance, direct (one-on-one) with the patient | 1.000 | 10 |
| 97140 - Manual therapy techniques | 1.000 | 10 |
| 97110 - Therapeutic excercises to develop strength and endurance, range of motion, and flexibility | 1.000 | 18 |
| G0283 - Electrical stimulation (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care | 1.000 | 15 |
| Total Timed Code Treatment Minutes | | 38 |
| Total Treatment Time | | 53 |

# Signatures

*Electronically signed by Brandon Roadman, PT on 2025-04-13 10:47 PDT. License #: PT61096990*

AP_000407