# EXHIBIT 7



# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-30-26 | **Therapist:** | Tyler Althof PT |
| **Patient Name:** | Larocque, Linda | **Referring MD:** | Alex Pittman PA-C |
| **Patient #:** | 0222955 | **Insurance ID:** | 40081746801 |
| **Date of Birth:** | 02-09-1958 | **Certification Period:** | 01-20-26 - 03-02-26 |

**Next MD Visit:**

**Surgical date:** **Job of Injury:**

**Diagnosis:**

| | |
|---|---|
| S99.912A | Unspecified injury of left ankle, initial encounter |
| M25.572 | Pain in left ankle and joints of left foot |
| M62.81 | Muscle weakness (generalized) |

**Visit Start Time:** 09:20am
**Visit End Time:** 10:00am

## SUBJECTIVE

Patient informs that she has noticed improvement in her ankle after previous visit. Pt did have increased soreness in her low back after doing the standing hip exercises.

**ACTIVITY LOG**

| Time Based Activities | Comment | Status | Sets | Reps | Weight | Time | CPT |
|---|---|---|---|---|---|---|---|
| Charge Neuromuscular Re-Education | Indicated to improve muscle activation, motor patterning, proprioception, and/ or balance skills | | | | | 25 | Neuro Re-Ed (97112) - [TP002] |
| Ankle Inversion | | | 2 | 20 | YTB | | |
| Ankle Eversion | | | 2 | 20 | YTB | | |
| Standing March | | | | 15 | | | |
| Hip Extension-Standing | | | | 15 | | | |
| Hip Abduction-Standing | | | | 15 | | | |
| Tandem Stance Eyes Open | 3x30 sec each | | | | | | |
| LAQ | 2lb AW | | 3 | 10 | | | |
| Charge Therapeutic Activities | Indicated for performance of functional tasks necessary for completion of ADLs, IADLs, recreational, and/ or occupational goals at prior level of function. | | | | | 15 | Therapeutic Activity (97530) - [TP009] |
| UBE | Lower extremity bike - seat 14, x5 minutes - patient only able to finish 3 minutes due to c/o pain in right lower leg. | | | | | | |
| Heel Raises | | | 2 | 20 | | | |
| Toe Raises | | | 2 | 20 | | | |
| Stair Training | education over using rail | | | | | | |

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA  98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 1 of 2

OS_000001

| Time Based Activities | Comment | Status | Sets | Reps | Weight | Time | CPT |
|---|---|---|---|---|---|---|---|
| | and AD - emphasis on proper step-through gait pattern | | | | | | |

## ASSESSMENT

Noting good response to previous visit with no pain in ankle reported after previous visit. Pt did have reported increased soreness in low back from performing standing hip strengthening movements. Introduced balance training today including tandem standing. Pt did require closer supervision and min A intermittently due to LOB episodes. Pt is still at increased fall risk, including when attempting to perform stairs with normal gait pattern. Pt will continue to benefit from skilled physical therapy.

Patient consents to treatment plan and goals and gives verbal informed consent.

| Goals | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|
| Improve active range of motion (AROM) | 8 weeks | New | Current: 0 DF, 38 PF, 25 INV p!, 10 EV p! | 1/20/26 |
| Improve Muscle strength to of LE to 5/5 | 8 weeks | New | Current: 3+/5 - 4-5 | 1/20/26 |
| Stairs/Curbs - Able to climb/descend 1+ flight of stairs with step-through pattern | 8 weeks | New | Current: step to gait with railing assist | 1/20/26 |
| Standing - Able to stand for 30 minutes | 8 weeks | New | Current: pain immediately | 1/20/26 |
| Walking - Ambulate 30 minutes with normal gait pattern | 8 weeks | New | Current: pain immediately | 1/20/26 |

## PLAN

Linda will continue therapy as prescribed. This is visit # 4.

Best regards,

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA  98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 2 of 2
OS_000002



# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-28-26 | **Therapist:** | Tyler Althof PT |
| **Patient Name:** | Larocque, Linda | **Referring MD:** | Alex Pittman PA-C |
| **Patient #:** | 0222955 | **Insurance ID:** | 40081746801 |
| **Date of Birth:** | 02-09-1958 | **Certification Period:** | 01-20-26 - 03-02-26 |

**Next MD Visit:**
**Surgical date:**                                              **Job of Injury:**

**Diagnosis:**

| | |
|---|---|
| S99.912A | Unspecified injury of left ankle, initial encounter |
| M25.572 | Pain in left ankle and joints of left foot |
| M62.81 | Muscle weakness (generalized) |

**Visit Start Time:** 09:22am
**Visit End Time:** 10:07am

## SUBJECTIVE

Patient brought more paperwork today. Informs that she thinks her ankle motion is getting a little better from doing the home exercises. Informs that she is still nervous when walking and is unsure for doing things around the house and is afraid to fall.

**ACTIVITY LOG**

| Time Based Activities | Comment | Status | Sets | Reps | Weight | Time | CPT |
|---|---|---|---|---|---|---|---|
| Charge Neuromuscular Re-Education | Indicated to improve muscle activation, motor patterning, proprioception, and/ or balance skills | | | | | 25 | Neuro Re-Ed (97112) - [TP002] |
| Ankle Inversion | | | 2 | 10 | YTB | | |
| Ankle Eversion | | | 2 | 10 | YTB | | |
| Standing March | | | | 15 | | | |
| Hip Extension-Standing | | | | 15 | | | |
| Hip Abduction-Standing | | | | 15 | | | |
| Charge Therapeutic Exercise | Indicated to improve muscle length, strength, and/ or endurance. | | | | | 20 | Therapeutic Exercise (97110) - [TP001] |
| AROM: Ankle | 2x30 reps - ankle pumps, CW, CCW | | | | | | |
| Ankle Alphabet | | | | 1 | | | |
| Gastroc Stretch | | | 3 | | | 30s | |
| Heel Raises | | | | 20 | | | |
| Toe Raises | | | | 20 | | | |

## ASSESSMENT

Patient presents back to physical therapy with reports small improvements in ankle mobility but continues to have difficulty with walking and WB activities. Pt requires frequent rest breaks during visit due to onset of fatigue. Pt also needed frequent VCuing and encouragement during visit to perform interventions and would express feeling depressed at times. Progressed

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA 98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 1 of 2
OS_000003

Patient today including standing hip strengthening and WB heel and toe raises. Pt was able to complete all required repetitions and only had c/o intermittent pain in the left knee and low back but not in the ankle. Pt will continue to benefit from skilled physical therapy to address functional impairments.

Patient consents to treatment plan and goals and gives verbal informed consent.

| Goals | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|
| Improve active range of motion (AROM) | 8 weeks | New | Current: 0 DF, 38 PF, 25 INV p!, 10 EV p! | 1/20/26 |
| Improve Muscle strength to of LE to 5/5 | 8 weeks | New | Current: 3+/5 - 4-5 | 1/20/26 |
| Stairs/Curbs - Able to climb/descend 1+ flight of stairs with step-through pattern | 8 weeks | New | Current: step to gait with railing assist | 1/20/26 |
| Standing - Able to stand for 30 minutes | 8 weeks | New | Current: pain immediately | 1/20/26 |
| Walking - Ambulate 30 minutes with normal gait pattern | 8 weeks | New | Current: pain immediately | 1/20/26 |

# PLAN
Linda will continue therapy as prescribed. This is visit #   3.

Best regards,

Tyler Althof PT

This document was electronically signed on 01-28-26 at 10:13a  by Tyler Althof PT.

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA  98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 2 of 2
OS_000004



# Daily Note

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-23-26 | **Therapist:** | Hardeep Gill PT |
| **Patient Name:** | Larocque, Linda | **Referring MD:** | Alex Pittman PA-C |
| **Patient #:** | 0222955 | **Insurance ID:** | 40081746801 |
| **Date of Birth:** | 02-09-1958 | **Certification Period:** | 01-20-26 - 03-02-26 |

**Next MD Visit:**

**Surgical date:** **Job of Injury:**

**Diagnosis:**

| | |
|---|---|
| S99.912A | Unspecified injury of left ankle, initial encounter |
| M25.572 | Pain in left ankle and joints of left foot |
| M62.81 | Muscle weakness (generalized) |

**Visit Start Time:** 09:20pm
**Visit End Time:** 10:00pm

## SUBJECTIVE
Patient brought in all surgical paperwork for review with PT

### ACTIVITY LOG

| Time Based Activities | Comment | Status | Sets | Reps | Weight | Time | CPT |
|---|---|---|---|---|---|---|---|
| Charge Manual Therapy | Indicated to restore normalized joint mobility and/or soft tissue extensibility. | | | | | 15 | Manual Therapy (97140) - [TP007] |
| Manual Therapy - Soft Tissue Mobilization | Left peroneals and gastroc | | | | | | |
| Charge Neuromuscular Re-Education | Indicated to improve muscle activation, motor patterning, proprioception, and/ or balance skills | | | | | 10 | Neuro Re-Ed (97112) - [TP002] |
| Ankle Inversion | | | 2 | 10 | YTB | | |
| Ankle Eversion | | | 2 | 10 | YTB | | |
| Charge Therapeutic Activities | Indicated for performance of functional tasks necessary for completion of ADLs, IADLs, recreational, and/ or occupational goals at prior level of function. | | | | | 15 | Therapeutic Activity (97530) - [TP009] |
| Patient Education | Review of op reports with patient | | | | | | |

## ASSESSMENT
Quick look through of paperwork with patient to determine if any surgery was done to impact ankle, thorough review to be done later (documents scanned into chart). Requested patient bring in copy of xray and MRI report as well. MT to address soft tissue restrictions along lateral leg. Banded ankle inversion and eversion to assist in ankle stability.

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA 98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 1 of 2

OS_000005

Patient consents to treatment plan and goals and gives verbal informed consent.

| Goals | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|
| Improve active range of motion (AROM) | 8 weeks | New | Current: 0 DF, 38 PF, 25 INV p!, 10 EV p! | 1/20/26 |
| Improve Muscle strength to of LE to 5/5 | 8 weeks | New | Current: 3+/5 - 4-5 | 1/20/26 |
| Stairs/Curbs - Able to climb/descend 1+ flight of stairs with step-through pattern | 8 weeks | New | Current: step to gait with railing assist | 1/20/26 |
| Standing - Able to stand for 30 minutes | 8 weeks | New | Current: pain immediately | 1/20/26 |
| Walking - Ambulate 30 minutes with normal gait pattern | 8 weeks | New | Current: pain immediately | 1/20/26 |

# PLAN
Linda will continue therapy as prescribed. This is visit # 2.

Best regards,

Hardeep Gill PT

This document was electronically signed on 01-23-26 at 03:22p by Hardeep Gill PT.

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA 98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 2 of 2
OS_000006



# Initial Evaluation

| | | | |
|---|---|---|---|
| **Date of Visit:** | 01-20-26 | **Therapist:** | Hardeep Gill PT |
| **Patient Name:** | Larocque, Linda | **Referring MD:** | Alex Pittman PA-C |
| **Patient #:** | 0222955 | **Insurance ID:** | 40081746801 |
| **Date of Birth:** | 02-09-1958 | **Certification Period:** | 01-20-26 - 03-02-26 |

**Diagnosis:**

| | |
|---|---|
| S99.912A | Unspecified injury of left ankle, initial encounter |
| M25.572 | Pain in left ankle and joints of left foot |
| M62.81 | Muscle weakness (generalized) |

**Visit Start Time:** 08:40am
**Visit End Time:** 09:20am

## SUBJECTIVE

Linda Larocque is a 67 year-old female who presents with left ankle pain due to turn on stairs. She was on first set of stairs and turning to go up onto landing and she heard a pop and felt like immediate pulling. She immediately paused on stairs and did not continue going up the stairs. Reported date of onset is November 20th. Later that day she layed in bed and elevated the ankle. She saw the MD on the 25th. The whole bottom of her foot was bruised and the side. They took xray's and he didnt see anything. He wanted her to get an MRI done since he thinks something was torn.

History of total of 3 surgeries on right knee: total knee, knee cap replacement, and another total knee. She had tendons taken from ankle to anchor knee. They also took some of her quad tendon. She was in full leg brace. Unsure of what tendons where taken from her ankle/lower leg.

She recently had an injection in her hip for a different pain.

Pain increases: difficulty walking (immediate), balance deficits, standing (immediate), unable to walk to get groceries, stair negotiation upstairs/downstairs in home (requires HHA on railing with step to gait), going into basement patient walks backwards, household cleaning, difficulty getting in/out of car

Pain decreases: ice and rest

Patient's primary language is English.  No communications issues.
The therapist has reviewed the Medication List and Medical Profile Questionnaire with the patient and these forms have been scanned into the medical record.
Patient is oriented x 4 to person, place, time and situation.

## OBJECTIVE
### ANKLE/FOOT EVALUATION

**RANGE OF MOTION:**

| Ankle/Foot | Initial | Goal |
|---|---|---|
| **Right AROM** | **01-20-26** | |
| Dorsiflexion (10-20) | 10 | 10 |
| Plantarflexion (40-50) | 55 | 55 |
| Inversion (30-35) | 35 | 35 |
| Eversion (15-25) | 20 | 25 |

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA  98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 1 of 4
OS_000007

| Ankle/Foot | Initial | Goal | Comments |
|---|---|---|---|
| **Left AROM** | **01-20-26** | | |
| Dorsiflexion (10-20) | 0 | 10 | |
| Plantarflexion (40-50) | 38 | 55 | |
| Inversion (30-35) | 25 | 35 | pain lateral ankle |
| Eversion (15-25) | 10 | 20 | tight, pain into knee |

**MANUAL MUSCLE TEST:**

| Ankle/Foot | Initial | Goal | Comments |
|---|---|---|---|
| **Right MMT** | **01-20-26** | | |
| Dorsiflexion | 4 | 5 | pain in lateral ankle |
| Plantarflexion | | | Single leg heel raise: unable |
| Inversion | 4- | 5 | pain in lateral |
| Eversion | 3+ | 5 | pain in lateral ankle |

| Ankle/Foot | Initial | Goal | Comments |
|---|---|---|---|
| **Left MMT** | **01-20-26** | | |
| Dorsiflexion | 5 | 5 | |
| Plantarflexion | | | Single leg heel raise: NT |
| Inversion | 5 | 5 | |
| Eversion | 5 | 5 | |

**PALPATION:**

TTP: lateral ankle

**ACTIVITY LOG**

| Time Based Activities | Comment | Status | Sets | Reps | Weight | Time | CPT |
|---|---|---|---|---|---|---|---|
| Charge Therapeutic Activities | Indicated for performance of functional tasks necessary for completion of ADLs, IADLs, recreational, and/ or occupational goals at prior level of function. | | | | | 12 | Therapeutic Activity (97530) - [TP009] |
| Discussed Attendance Policy | Olympic Sports and Spine's cancellation and no-show policy has been discussed with the patient. The patient acknowledges and verbally agrees to this policy. | | | | | | |
| Patient Education | Anatomy, dx, px, POC, and HEP. Education on providing MRI result and op reports for knee surgery | | | | | | |

# ASSESSMENT

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA  98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 2 of 4
OS_000008

Linda Larocque is a 67 year-old female presents today with clinical signs and symptoms consistent with left ankle sprain, possible peroneal tendon tear. Patient presents with: limited ankle range of motion and reduced lower extremity strength/stability. Functionally, patient is limited with difficulty walking (immediate), balance deficits, standing (immediate), unable to walk to get groceries, stair negotiation upstairs/downstairs in home (requires HHA on railing with step to gait), going into basement patient walks backwards, household cleaning, difficulty getting in/out of car

PMH possibly impacting POC includes: 3 knee surgeries on left knee in span on 10 months. Complex trauma on knee post TKA
• Joint Pain
• Osteoarthritis
• Anxiety
• Depression
• Diabetes Type II

Patient would benefit from skilled physical therapy in order to improve ankle range of motion, hip and lower extremity strength and stability, and promote successful return to PLOF.

The patient's rehab potential is good.

She and/or family is aware of her diagnosis.

The plans and goals have been developed and discussed with the patient.

Patient consents to treatment plan and goals and gives verbal informed consent.

| Goals | Time Frame | Result | Comment | Last Assessed |
|---|---|---|---|---|
| Improve active range of motion (AROM) | 8 weeks | New | Current: 0 DF, 38 PF, 25 INV p!, 10 EV p! | 1/20/26 |
| Improve Muscle strength to of LE to 5/5 | 8 weeks | New | Current: 3+/5 - 4-5 | 1/20/26 |
| Stairs/Curbs - Able to climb/descend 1+ flight of stairs with step-through pattern | 8 weeks | New | Current: step to gait with railing assist | 1/20/26 |
| Standing - Able to stand for 30 minutes | 8 weeks | New | Current: pain immediately | 1/20/26 |
| Walking - Ambulate 30 minutes with normal gait pattern | 8 weeks | New | Current: pain immediately | 1/20/26 |

## Assessment of Complexity:

Medical and Therapy History: 3-4 personal factors and/or comorbidities that impact the plan of care.
Patient Examination: Examination of body systems was completed using standardized tests and measures addressing 3 or more elements from any of the following: body structures and functions, activity limitations, and/or participation restrictions.
Clinical Presentation: Evolving clinical presentation with changing characteristics.
Clinical Decision Making: Moderate complexity using standardized patient assessment instrument and/or measurable assessment of functional outcome.

Based on the Physical Therapy Evaluation performed, the patient complexity is determined to be moderate.

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA  98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 3 of 4
OS_000009

## PLAN

The patient's treatment will include Balance Training, E-Stim (unattended), Joint and soft tissue mobilization, Manual therapy, Neuromuscular re-education, Self Management, Therapeutic activities, Therapeutic exercises and Vasopneumatic device.  Use of manual therapy to improve ankle mobility and reduce soft tissue tone and tenderness.
Progress hip stabilization and lower extremity strength as appropriate to improve tolerance to functional activities.
Use of modalities as appropriate.
 The patient will be seen 2 times per week for 6 weeks, for a total of 12 visits.


Thank you for your referral.  We will keep you updated on this patient's progress.

Best regards,



Hardeep Gill PT

This document was electronically signed on 01-20-26 at 09:41a  by Hardeep Gill PT.

Olympic Sports & Spine - Tacoma
12223 Pacific Ave S, Tacoma, WA  98444-5126
Phone: (253) 449-0858 | Fax: (253) 449-0859 | www.osstherapy.com

Patient: Linda Larocque
DOB: 02-09-1958
Page 4 of 4
OS_000010

## What's Next (continued)

**FEB 9 2026**    **New Patient with Charlotte Haley, MD**
Monday February 9 9:15 AM

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767
253-792-6526

**MAR 11 2026**    **Simple Visit with Zachary Adler, MD**
Wednesday March 11 8:15 AM (Arrive by 8:00 AM)

MultiCare Orthopedics & Sports Medicine - Tacoma
3124 S 19th St STE C340
Tacoma WA 98405-2433
253-792-6555

## PCP

Primary Care Provider
No Pcp Selected

IF YOU DO NOT HAVE A PRIMARY CARE PROVIDER, YOU CAN CALL OUR MEDICAL REFERRAL LINE: IN PUGET
SOUND REGION CALL 1-866-636-8584; IN INLAND NORTHWEST REGION CALL 1-509-233-5102

## Allergies as of 12/3/2025

| | Reaction Type |
|---|---|
| Pioglitazone Hydrochloride | Intolerance |
| Effexor [venlafaxine] | Intolerance |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Pravastatin | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Zoloft [sertraline Hcl] | Intolerance |
| Codeine Camsylate | Intolerance |
| Lipitor [atorvastatin Calcium] | Allergy |
| Metoprolol Succinate [metoprolol] | Intolerance |
| Voltaren [diclofenac Sodium] | Intolerance |
| Zocor [simvastatin] | Side Effect |

## MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your
medications, get trusted health advice, contact your provider, pay bills, and do so much more. Go to https://
mychart.multicare.org/MyMultiCare/
and sign in today.

Need help with MyChart? Visit MyChart at https://mychart.multicare.org/MyMultiCare/

OS_000011

# Your Medication List as of December 3, 2025 9:55 AM

ⓘ Always use your most recent med list.

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Quantity: 15 Tablet

Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

---

**aspirin** 81 MG Chew

Chew and swallow 1 Tablet by mouth once daily.

---

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Quantity: 180 Capsule

Take 1 Capsule by mouth twice daily.

---

**hydroCHLOROthiazide** 12.5 MG Caps
Commonly known as: Microzide
Quantity: 90 Capsule

Take 1 Capsule by mouth once daily.

---

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Quantity: 30 Tablet

Take 1 Tablet by mouth three times a day as needed for itching/pruritus or pain.

---

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Quantity: 100 Tablet

Take 1 Tablet by mouth once daily.

---

**Misc. Devices** Misc
Quantity: 1 Each

Dispense one wheel chair with leg extenders/rests.
Dx: S86.812D, Z96.652
LON: 12 weeks.

---

**naloxone** 1 mg/mL Soln
Commonly known as: NARCAN
Quantity: 1 Kit

Apply 2 mL to nostril(s) as needed for narcotic reversal. Give 1 mg (1 mL) in each nostril (2 mg total); repeat in 3-5 minutes..

---

**\* OTHER**
Quantity: 1 Each

cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

---

**\* OTHER**
Quantity: 1 Each

Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

---

**rosuvastatin** 20 mg Tabs
Commonly known as: Crestor
Quantity: 90 Tablet

Take 1 Tablet by mouth each evening.

---

**TechLite Pen Needles** 31G X 8 MM Misc
Generic drug: Insulin Pen Needle
Quantity: 100 Each

Use With victoza injections

---

**traMADol** 50 MG Tabs
Commonly known as: Ultram
Quantity: 60 Tablet

Take 1 Tablet by mouth twice daily as needed for pain.

---

OS_000012

## Your Medication List (continued) as of December 3, 2025 9:55 AM

**verapamil** 240 MG Tbcr *
Commonly known as: CALAN SR
Quantity: 90 Tablet

Take 1 Tablet by mouth once daily. May take a second tablet if having paroxysmal ventricular tachycardic symptoms per cardiologist

⊕ * This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

Please review your updated medication list with care. Note changes. Take this list with you to your next doctor's appointment. Review it with your doctor. Call your doctor if you have any medication questions.

Always update your medication list if you or your doctor:
• Change the type of medication you take
• Change a medication dose
• Stop a medication
• Start a new medication

Be sure to include over-the-counter and herbal medications on your list. Keep a copy of your medication list with you at all times. You will need it in case of an emergency.

Lakewood Family Practice
5700 100th St SW STE 510
LAKEWOOD WA 98499-2767



**Notice of language availability | Free interpreter services**: If you speak a language other than English, MultiCare offers interpreter services at no cost to you. To learn more about this free service, scan the QR code or visit **multicare.org/interpreter**.



OS_000013

 **MEDICAL IMAGING**

**TRA OLYMPIA - ON LILLY**

500 Lilly Rd NE Ste 160, Olympia WA 98506

Phone: 253-761-4200 | Fax: 253-761-4201

ALEX PITTMAN, PA-C
MHS ORTHOPEDICS SPORTS MEDICINE GH
4545 POINT FOSDICK DRSTE 145
GIG HARBOR, WA 98335
Phone: (253)792-6555
Fax: (253)459-7049

LAROCQUE, LINDA J
67 yrs (Feb  9 1958) MRN: 185800
Ph: (253)273-7247
Exam Date:  **Dec 02, 2025**
Exam #: 12872576
Location: TRA ON LILLY

---

**MRI ANKLE LEFT WITHOUT IV CONTRAST**

EXAM: MRI ANKLE LEFT WITHOUT IV CONTRAST; 12/2/2025 4:47 PM

HISTORY: LEFT ANKLE INJURY, PERONEAL TENDON INJURY

TECHNIQUE: Multisequence, multiplanar MR examination of the ankle is performed without intravenous contrast.

COMPARISON: No available comparison exam.

FINDINGS: Exam is degraded by motion artifact

Ligaments:
The anterior talofibular, posterior talofibular, and calcaneofibular ligaments are intact without significant thickening.  The syndesmotic ligaments are intact.  No evidence of high ankle sprain.
The deltoid ligament is intact without significant thickening or abnormal signal.

Tendons/Muscles:
There is severe peroneus longus tendinopathy with high-grade partial-thickness to near full-thickness delaminating tearing inferior to the cuboid. There is no significant peroneus brevis tendinopathy. Fluid in the peroneal tendon sheath can be seen with tenosynovitis. Clinical correlation is advised. The flexor digitorum, flexor hallucis longus and tibialis posterior tendons are intact without tendinopathy.
The extensor tendons are intact without tendinopathy.
Achilles tendon is intact without tendinopathy.
Edema in the musculature is nonspecific.

Bones/Joints:
No MR evidence of fracture or dislocation. No talar dome osteochondral abnormality. There is mild mid foot arthropathy. Erosions versus degenerative cysts. This is nonspecific. This pattern can be seen with osteoarthritis, inflammatory arthropathy, or crystal deposition disease.. Small subtalar effusion.

Other Soft Tissues:

There is marked subcutaneous edema at the anterolateral aspect of the ankle. Mild plantar fascia thickening. No acute fasciitis. No rupture. Sinus Tarsi is unremarkable.

IMPRESSION:

1. Severe peroneus longus tendinopathy with high-grade partial-thickness to near full-thickness tearing. Fluid in the tendon sheath suggests potential tenosynovitis.

Reported:                Anand Suresh, MD  03 Dec 2025 08:27
Electronically Signed:  Anand Suresh, MD  03 Dec 2025 09:51

OS_000014

NAME: **LINDA LAROCQUE**      DOB: **02/09/1958**      Exam Date:**12/02/25**      MRNO:**185800**

OS_000015

Physical Therapy Plan of Care

Date of Visit: 01-20-26 Referral Source: Alex Pittman, PA-C
Patient Name: Linda Larocque Date of Onset:
Patient Number: 0222955 Certification Period: 01-20-26 - 03-02-26
Date of Birth: 02-09-1958 Case: PT001

ASSESSMENT
Linda Larocque is a 67 year-old female presents today with clinical signs and
symptoms consistent with left ankle sprain, possible peroneal tendon tear.
Patient presents with: limited ankle range of motion and reduced lower extremity
strength/stability. Functionally, patient is limited with difficulty walking
(immediate), balance deficits, standing (immediate), unable to walk to get
groceries, stair negotiation upstairs/downstairs in home (requires HHA on
railing with step to gait), going into basement patient walks backwards,
household cleaning, difficulty getting in/out of car


PMH possibly impacting POC includes: 3 knee surgeries on left knee in span on 10
months. Complex trauma on knee post TKA
Joint Pain
Osteoarthritis
Anxiety
Depression
Diabetes Type II

Patient would benefit from skilled physical therapy in order to improve ankle
range of motion, hip and lower extremity strength and stability, and promote
successful return to PLOF.

She and/or family is aware of her diagnosis.
The plans and goals have been developed and discussed with the patient.

REHAB POTENTIAL
The patient's rehab potential is good.

Goals Time Frame Result Comment Last Assessed
Improve active range of motion (AROM) 8 weeks New Current: 0 DF, 38 PF, 25 INV
p!, 10 EV p! 1/20/26
Improve Muscle strength to of LE to 5/5 8 weeks New Current: 3+/5 - 4-5 1/20/26
Stairs/Curbs - Able to climb/descend 1+ flight of stairs with step-through
pattern 8 weeks New Current: step to gait with railing assist 1/20/26
Standing - Able to stand for 30 minutes 8 weeks New Current: pain immediately
1/20/26
Walking - Ambulate 30 minutes with normal gait pattern 8 weeks New Current: pain
immediately 1/20/26

PLAN
This is visit # 1 out of 12.

The patient will be seen 2 times per week for 6 weeks, for a total of 12 visits.

The treatment plan includes:
Balance Training
E-Stim (unattended)
Joint and soft tissue mobilization
Manual therapy
Neuromuscular re-education
Self Management
Therapeutic activities
Therapeutic exercises
Vasopneumatic device

OS_000016

Use of manual therapy to improve ankle mobility and reduce soft tissue tone and tenderness.
Progress hip stabilization and lower extremity strength as appropriate to improve tolerance to functional activities.
Use of modalities as appropriate.


Hardeep Gill PT
This document was electronically signed on 01-20-26 at 09:41a  by Hardeep Gill PT.


TO BE COMPLETED BY PHYSICIAN:
I certify that the above rehabilitative services are medically necessary and authorized, and that the patient's plan will be reviewed as required.


Alex Pittman, PA-C  Date

Please sign the above plan of care and return to:
OSS - Parkland Phone:   (253) 449-0858
12223 Pacific Ave S Fax:   (253) 449-0859
Tacoma, WA  98444-5126

Document electronically signed by Alex A Pittman on 01-20-26 at 03:04p.

OS_000017

# Procedures

Signed Jun 26, 2023

①

## Procedures by William Thompson, MD at 06/26/23 1622

Pre-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter [S86.812A]
Post-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter [S86.812A]
Procedures
1. P FIX INFRAPATELLA TENDON,PRIMARY [27380 (CPT®)]

### Operative/Procedure Report

PATIENT NAME: Larocque, Linda
MRN: 172930
ENCOUNTER: 297993749
DOB: 2/9/1958
DATE: 6/26/2023
PHYSICIAN: W. FREDERICK THOMPSON, MD


PREPROCEDURE DIAGNOSIS:
Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

POSTPROCEDURE DIAGNOSIS:
Left knee subacute infrapatellar tendon rupture, posttraumatic, following left TKR

PROCEDURE:
Left knee repair of infrapatellar tendon-primary without graft

ASSISTANT: Alexandria Bones, PA-C

ANESTHESIA: general, with image guided adductor canal block per anesthesiologist

DRAINS: none
SPECIMEN: none
ESTIMATED BLOOD LOSS: minimal
COMPLICATIONS: None.
TT: 97 minutes @300 mmHg.
FINDINGS:
Subacute infrapatellar tendon rupture of the left knee, no acute hematoma formation. Some fibers remaining attached to the inferior pole of the patella, with severe, attritional stretching rendering them incompetent
Robust infrapatellar scar tissue, patella alta.

INDICATIONS FOR PROCEDURE: This 65 year old female underwent left TKR 2/8/2023. She was progressing uneventfully, and doing well with routine postoperative supervised physical therapy.
She sustained a traumatic event, involving the left knee, with subsequent severe weakness of the left lower extremity, unable to lift her left leg with straight knee, which she had previously established following surgery, with physical therapy.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room, after which time a universal verification was performed, a general anesthetic was given as well as IV antibiotics.

1 of 3

Subacute infrapatellar tendon rupture of the left knee, no acute hematoma formation. Some fibers remaining attached to the inferior pole of the patella, with severe, attritional stretching rendering them incompetent
Robust infrapatellar scar tissue, patella alta.

INDICATIONS FOR PROCEDURE: This 65 year old female underwent left TKR 2/8/2023. She was progressing uneventfully, and doing well with routine postoperative supervised physical therapy.
She sustained a traumatic event, involving the left knee, with subsequent severe weakness of the left lower extremity, unable to lift her left leg with straight knee, which she had previously established following surgery, with physical therapy.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room, after which time a universal verification was performed, a general anesthetic was given as well as IV antibiotics.
The left lower extremity was sterilely prepped and draped in the usual manner, below a well-padded tourniquet set at 300 mmHg.

After sterile prep and drape using Ioban barrier drape, the left lower extremity was exsanguinated with a 6 inch Esmarch, followed by inflation of the tourniquet.
The anterior incision, previously used for left TKR was used for the anterior approach to the left knee, incising through the abundant scar tissue down to the extensor mechanism. The medial and lateral borders of the patellar tendon were palpated and then the 10 blade was used to divide the adjacent tissue to isolate the tendon. Palpation revealed an area of thinning, with scar tissue overlying suggesting complete/near complete rupture of the infrapatellar tendon. The anterior prepatellar region and distal quadriceps tendon was also exposed. The soft tissue defect was established, followed by transversely incising this tissue to expose the patellar tendon. The above-mentioned attritional fibers that were stretched from the patella were incised/excised and to allow for patellar tendon suturing and later repair.
The scarred retropatellar fat pad was partially excised. The surgeon's hand was placed into the medial and lateral gutters and the suprapatellar pouch, to separate any scar tissue, to allow better patella mobilization during repair.

The infrapatellar tendon was sutured with both #2 and #5 FiberWire with locking stitches. 2 vertical drill holes were made through the patellar bone/implant construct with a small drill bit followed by placing passing sutures. Small incisions were made in the distal quadriceps tendon to identify these sutures delivered above the superior pole of the patella.
Of note the patellar component, cemented on the patella was stable, and showed no signs of loosening or dislodgment.
After passing these sutures, the patella and patellar tendon were reduced to 1 another with tension applied to the #5 FiberWire, while the #2 FiberWire was tensioned and secured with knot-tying. After this the anterior prepatellar retinacular tissue which was thickened, was sewn in a vest over pants fashion, securing this with #2 Ethibond with multiple sutures.
The remaining #5 FiberWire, now in the suprapatellar region, was tied in a modified Bunnell stitch, to the distal quadriceps tendon.
After this repair was completed, the knee was flexed to approximately 95/100 degrees with excellent soft tissue apposition, without separation or retraction.
During this procedure, the exposed soft tissue, bone and implants were constantly bathed with Irrisept.
Hemostasis was confirmed prior to closure. The medial patellar dissection/arthrotomy was closed with #2 Ethibond, and the lateral tissues were closed with #1 Vicryl. The subcutaneous tissue was then closed with 2-0 Vicryl followed by staples for the skin. The wound was dressed using flex 7 and Acticoat, followed by a 6 inch Ace wrap, and releasing the tourniquet at 97 minutes.

The knee immobilizer that the patient brought with her to the hospital was reapplied, after refitting this.

OS_000019

The left lower extremity was sterilely prepped and draped in the usual manner, below a well-padded tourniquet set at 300 mmHg.

After sterile prep and drape using Ioban barrier drape, the left lower extremity was exsanguinated with a 6 inch Esmarch, followed by inflation of the tourniquet.
The anterior incision, previously used for left TKR was used for the anterior approach to the left knee, incising through the abundant scar tissue down to the extensor mechanism. The medial and lateral borders of the patellar tendon were palpated and then the 10 blade was used to divide the adjacent tissue to isolate the tendon. Palpation revealed an area of thinning, with scar tissue overlying suggesting complete/near complete rupture of the infrapatellar tendon. The anterior prepatellar region and distal quadriceps tendon was also exposed. The soft tissue defect was established, followed by transversely incising this tissue to expose the patellar tendon. The above-mentioned attritional fibers that were stretched from the patella were incised/excised and to allow for patellar tendon suturing and later repair. The scarred retropatellar fat pad was partially excised. The surgeon's hand was placed into the medial and lateral gutters and the suprapatellar pouch, to separate any scar tissue, to allow better patella mobilization during repair.

The infrapatellar tendon was sutured with both #2 and #5 FiberWire with locking stitches. 2 vertical drill holes were made through the patellar bone/implant construct with a small drill bit followed by placing passing sutures. Small incisions were made in the distal quadriceps tendon to identify these sutures delivered above the superior pole of the patella.
Of note the patellar component, cemented on the patella was stable, and showed no signs of loosening or dislodgment.
After passing these sutures, the patella and patellar tendon were reduced to 1 another with tension applied to the #5 FiberWire, while the #2 FiberWire was tensioned and secured with knot-tying. After this the anterior prepatellar retinacular tissue which was thickened, was sewn in a vest over pants fashion, securing this with #2 Ethibond with multiple sutures.
The remaining #5 FiberWire, now in the suprapatellar region, was tied in a modified Bunnell stitch, to the distal quadriceps tendon.
After this repair was completed, the knee was flexed to approximately 95/100 degrees with excellent soft tissue apposition, without separation or retraction.
During this procedure, the exposed soft tissue, bone and implants were constantly bathed with Irrisept.
Hemostasis was confirmed prior to closure. The medial patellar dissection/arthrotomy was closed with #2 Ethibond, and the lateral tissues were closed with #1 Vicryl. The subcutaneous tissue was then closed with 2-0 Vicryl followed by staples for the skin. The wound was dressed using flex 7 and Acticoat, followed by a 6 inch Ace wrap, and releasing the tourniquet at 97 minutes.

The knee immobilizer that the patient brought with her to the hospital was reapplied, after refitting this.

She was transferred to the recovery room, in stable condition, and in no acute distress.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*

*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

MyChart® licensed from Epic Systems Corporation© 1999 - 2026



# Op Note

Signed Dec 4, 2023

*SX: Dec 4th*

Op Note by Zachary Adler, MD at 12/04/23 1034

Preop Diangosis:
1. Failed Left Total Knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruptio
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Postop Diangosis:
1. Failed Left Total knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruptio
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Procedure Performed:
1. Left Revision Hinged Total Knee Arthroplasty, CPT 27487
2. Left Knee Extensor Mechanism Reconstruction, CPT 27381
3. Left Knee Patellectomy, CPT 27350
4. Application disposable negative pressure wound therapy (PICO 30 x 10), CPT 97607

Modifier 22 : YES There was an increased level of technical difficulty encountered during the procedure due to morbid obesity with BMI 40.92. As such, surgical dissection, exposure, and implant placement took two times longer than usual given the technical difficulty.

Date of Procedure: 12/4/2023

Surgeon: Zachary B. Adler, MD

First Assist: Robert Tamurian, MD
Second Assist: Jeremiah Steed, MD and Shane Turner, PA-C
Anesthesia: Local, General and ACB
IVF 1700cc
EBL 300cc
UOP 0cc
Tourniquet Time: 112 and 27 minutes
Findings: failed left TKA secondary to chronic extensor mechanism reconstruction
Specimen: Left knee deep tissue for culture
Drains: none
Complications: None
Outcome: Stable to PACU

Components: Zimmer RHK
Femur: Size E Left with 10mm medial distal/5mm medial posterior/5mm lateral distal augments and 16x100mm stem
Tibia: Size 3 with 51x34 full cone
Tibial Polyethylene Insert: 12 mm
Mesh: Bard monofilament polypropylene 10x14 inch

Indications for Procedure:

Linda J Larocque is a 65 year old female who developed a failed total knee arthroplasty secondary to chronic extensor mechanism disruption. I counseled Linda J Larocque at length regarding the risks and benefits of revision total knee arthroplasty with patellectomy and marlex mesh extensor mechanism reconstruction including but not exclusive to: extensor lag, recurrent disruption, wear, loosening, infection, stiffness, mechanical failure, dislocation, leg length inequality, need for aggressive post-operative physical therapy, possible chronic persistent pain due to normal joint function despite arthroplasty, activity modifications and restrictions after joint arthroplasty, need for revision surgery as a result of mechanical failure and/or loosening, general risks of orthopaedic extremity surgery such as nerve or blood vessal damage, wound healing difficulty, deep vein thrombosis, pulmonary embolis, perioperative organ system dysfunction, need for blood transfusion, and even perioperative death. Linda J Larocque has taken the opportunity to consider all the above risks and has been given the benefit of a pre-operative consultation and has signed an informed consent documenting the above. All questions were answered and Linda J Larocque demonstrated understanding without barriers to learning. Linda J Larocque has had their medical condition optimized for surgery in conjunction with their primary care physician and wishes to proceed with revision total joint arthroplasty.

Details of the procedure: Linda J Larocque was taken to the operating room theatre, where they were positioned on the operating room table having all bony prominences and sensitve areas padded while a general and/or regional anesthetic was induced per the anesthesia team. An intraoperative sequential compression device was placed on the well leg. The Left knee was prepped and draped in the usual sterile fasion after well padded tourniquet was placed. Personal protective hoods were donned by all technical operating personnel and a standard surgical "Time Out" was performed verifying all instruments and implants were available and sterile prior to procedure. Pre-operative antibiotics were administered prior to incision, compression exsanguination was perfomed, and the pneumotourniquet was inflated to 250 mmHg. A longitudinal incision was made over the Left knee using a #10 blade and a standard median parapatellar approach was carried out after medial and lateral elevation of the subcutaneous flaps. Bovie electorcautery was used to maintain meticulous hemostasis throughout the entire procedure. Parapatellar arthrotomy was performed medial to the patellar tendon, along the medial third of the patella, and down the central aspect of the quadricep tendon. A medial tibial slide was performed to the level of the medial hamstring bursa at the joint line and extended along the tibia as needed for visualization. Deep cultures were then obtained.

Given the very high rising patella secondary to chronic extensor mechanism disruption, patellectomy was performed. This was done by providing by traction across the patella and releasing it from the superficial soft tissues. Patella was then discarded.

Homans were then placed so that I had excellent exposure of the femoral and tibial components. Osteotome was used to dissociate the polyethylene from the tibial baseplate. The femoral component was examined and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the femoral component. This was then removed with a tamp. There was noted to be 5-10 of bone loss distally on the medial and lateral condyle. There was also noted to be 5 of bone loss posteriorly on the medialcondyle. The tibia was then subluxed anteriorly with hyperflexion. The tibial component was then assessed and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the tibial component. A tamp was used to remove the tibial component in a retrograde fashion. A combination of osteotomes and curettes were used to remove all of the residual cement and nonviable bone and soft tissue around the distal femur and proximal tibia.

Homans were placed medially and laterally to protect the medial and lateral soft tissues and ligaments and the PCL retractor was placed posteriorly to translate the tibia anteriorly. I then sequentially reamed intramedullary until a 14 millimeter reamer provided excellent fit. The proximal tibia cutting guide was then placed over the reamer. This was planned in place anteriorly. Proximal tibia cleanup cut was performed so as to remove a minimal amount of proximal bone and prepare the proximal tibia for cementation of the final components. Given the appearance of the proximal tibia I did not have to remove excess medial and/or lateral tibial plateau in order to accommodate augments. Reamer was then removed. I then

12-21-23

OS_000022

sequentially reamed and broached for the appropriately sized tibial cone. This was found to be size 51x34. Trial cone was then placed. Tibia was then sized and found to be a size 3. Tibial trial was then placed. I then returned my attention to the distal femur.

Homans were placed medially and laterally so as to protect the medial and lateral soft tissues. I then sequentially reamed until a 16 mm reamer provided excellent fit. The appropriately sized distal femoral component and stem was assembled on the back table and impacted on the distal femur. With the trial femoral component in place I then inserted the appropriate thickness polyethylene trial so as to balance the flexion gap. With the trial components in place, a trial spacer of 12 mm provided the best restoration of joint balance Using the femoral component I was able to perform the indicated distal femur and posterior femur cuts so as to accommodate the appropriate augments which provided excellent femoral component stability and bone contact. The trial components were then removed and the box cutting jig was placed. Box was then cut to accommodate the reivision distal femur. The wound was then irrigated with dilute Betadine solution. This was also allowed to sit for 3 minutes before being evacuated with pulsatile lavage. I then called for an open the femoral and tibial components.

Marlex mesh was then folded on itself 8-10 times and held in the appropriate position with #5 Ethibond suture. I then impacted the tibial cone such that it was 3 middle millimeters deep to the tibial cut. I placed 5 cm of the Marlex mesh into the tibial cone followed by the trial tibial component to make sure these fit appropriately. Once this was found to be acceptable, 2 bags antibiotic cement with 1 g vancomycin powder was then mixed. Cement restrictor was placed in the tibia such that was 1 cm beyond the tip of the tibial component. Third-generation cement technique was then used to cement 5 cm of Marlex mesh anterior to the stem of the tibial component. Tibial component was impacted and all excess cement was removed. Care was taken to make sure there is no cement neither dorsal or ventral to the Marlex mesh as it exited along the inferior border of the tibial baseplate in line with the tibial tubercle. Direct pressure was held until the cement hardened.

Cement restrictor was then placed in the distal femur such it would be 1 cm beyond the tip of the femoral stem. 2 bags of antibiotic cement with 1 g vancomycin powder was then mixed. Third-generation cement technique was then used to cement the femoral component with the appropriate stem and augments. Once the femoral component was impacted down to the level of the osteotomy, all excess cement was removed. Final tibial insert thickness of 12millimeters was then inserted and the knee brought out to full extension. Cold saline was used to mitigate the exothermic reaction during cement curing. The joint was reduced and then washed with a pulsatile jet lavage. Reck was then injected into the periosteal soft tissues.

Vastus medialis and vastus lateralis were then released both superficially and deep so as to provide appropriate excursion to cover the Marlex mesh extensor mechanism reconstruction. A coronal split was then made in the residual patellar tendon and the Marlex mesh was unitized with the soft tissue directly as it exited the anterior tibia such that there was 100% circumferential soft tissue exposure of the Marlex mesh. Above the level of the patellar tendon, the Marlex mesh was then unitized with the vastus lateralis superficially while light longitudinal proximal tension was held on the Marlex mesh. The tendon of the vastus lateralis was then pulled over the Marlex mesh and sewn down over the mesh so as to create layered tendon/Marlex mesh/tendon extensor mechanism reconstruction. The soft tissues were then oversewn with #2 FiberWire in a running #1 Vicryl.

Deep soft tissues were closed with 0 Vicryl, superficial soft tissues with 3-0 Vicryl and a 3-0 nylon for the skin.

Application disposable negative pressure wound therapy (PICO 30 x 10): Given the anatomical location of the patient's incision on the anterior knee and the patient's increased risk for wound complications associated with revision reconstruction with prolonged immobilization extension a disposable negative pressure wound therapy was applied. After incision was closed, clean, and dry the pico was applied in the ideal position. This was then sealed. Power was turned on and dressing was found to be without leak.

12-4-23

OS_000023

The patient was then reversed from their anesthetic state per the anesthesia team and was transferred to their hospital bed. There were no immediate perioperative complications and the pateint was taken to the recovery room on satisfactory and stable condition. I, Dr. Zachary B. Adler was present and directly performed or supervised the entire procedure from incision to completed closure.

**Post-Operative Plan**

DVT Prophylaxis Plan: Xarelto x3 weeks

Antibiotic prophylaxis plan: Ancef x24 hours then Keflex 500PO TID x10 days due to increased risk of prosthetic joint infection from type 2 diabetes and morbid obesity with BMI of 40.9 to

Weight Bearing instructions: Nonweightbearing in a hinged knee brace locked in full extension x 2 to 3 weeks. Anticipate conversion to long-leg cast x 3 months 1 suture removed. After 3 months of long-leg cast immobilization, will place back in hinged knee brace. First month and brace motion will be from 0-45, second month in brace motion will be from 0-60, third month in brace motion will be from 0-90. Once long-leg cast was removed and patient is transition to hinged knee brace, can weight-bear as tolerated with the brace locked in full extension.

Wound Care: Per pico protocol

Discharge Disposition : Home

Follow up with Shane Turner PA-C in 2 Week for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
12/4/2023
3:35 PM

MyChart® licensed from Epic Systems Corporation© 1999 - 2026

12-4-23

OS_000024



# Discharge Summary

Signed Dec 8, 2023



Discharge Summary by Shane Turner, PA-C at 12/08/23 0723

### Discharge Summary

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]
Surgeon: Zachary Adler MD
Reason for Admission: Linda J Larocque is a 65 year old female who on 12/4/2023 and underwent LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381] without perioperative complications. She did stay one more night due to pain control issues. This morning she feels she is doing better and ready for discharge home.
Hospital course:  Linda J Larocque was admitted for postoperative care consisting of pain control, gait training and mobility.  Linda J Larocque remained hemodynamically stable, labs were reviewed, progressed to adequate oral intake of fluids and solids, pain was well controlled on oral analgesics, cleared physical therapy and was considered stable for discharge on POD 4, 12/8/2023 to home.
See med reconciliation for discharge and any modifications to pre-op meds.
Weight Bearing instructions: NWB with hinged knee brace on and locked in extension at all times.

### EXAM: Left knee
PICO dressing is c/d/I and functioning.
Hinged knee brace in on and locked in extension.
No erythema.
No ecchymosis.
Moderate swelling.
Calf is supple and nontender.
DNVI.

### Medication List

START taking these medications

*Cast on left leg*

3A



# Office Visit - Dec 22, 2023

with Shane Turner, PA-C at MultiCare Orthopedics & Sports Medicine - Tacoma

## Notes from Care Team

## Progress Notes

Shane Turner, PA-C at 12/22/23 1515

**Chief Complaint**
Patient presents with
- Left Knee - Post Op
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy.
  DOS: 12/4/2023 (Adler/Tamurian)*

**HPI:**
Surgery: 18 days s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.
Surgeon: Zachary Adler MD

Linda J Larocque is doing well. She is taking Xarelto for DVT prophylaxis. She has been wearing the hinged knee brace locked in extension as directed. Otherwise, no new complaints.

**VITALS:**
BP 119/72 | Pulse 89 | Temp (Src) 97.9 (Temporal) | Resp 17 | Ht 5' 5"[historical[ (1.651 m) | Wt 0 lb (0 kg) | SaO2 96% | LMP 09/14/2009

**PHYSICAL EXAMINATION:**
General:          Healthy appearing patient who is cooperative with the exam.
Psych:            Appropriate and alert.
Skin:             Grossly benign, intact.

**EXTREMITY EXAM: Left knee**
Minor TTP throughout.
Incision is healing well with sutures intact.
Moderate effusion with no erythema.
No ecchymosis.
Calf is supple and nontender.
ROM not tested per postop plan.

+ EHL/FHL/TA/GS
Intact DP/SP/Tib nerve to light touch
CRT < 2 sec
2+ DP pulse

**IMAGING: 3 views left knee**
Intact appearing left total knee arthroplasty. Final read to follow by Zachary Adler MD.

12-22-23                                    10/2

OS_000026

**IMPRESSION:**
18 days s/p revision of left TKA with patellectomy and extensor mechanism reconstruction.

**PLAN:**
Her sutures were removed and steri strips placed.
Finish Xarelto as directed at 3 weeks postop.
She was placed into a long leg cylinder fiberglass cast today.
She will be casted for a total of 2.5 months from today.
Continue WBAT in the cast.
RTC in 2 weeks for cast check or sooner if needed.

Linda J Larocque was given ample opportunity to ask questions. All questions were answered to the patients satisfaction prior to leaving the office today.

Shane Turner, PA-C

# Nursing Note

### Andrea S, MA at 12/22/23 1515

Surgical incision area washed with rubbing alcohol 70%. Sutures/staples removed & steri strips placed. Patient tolerated procedure well and without complications. All procedures done per Shane Turner, PAC.

Applied long leg cylindar fiberglass cast to Left LE per and assisted by Shane Turner, PAC. Patient tolerated procedure well and without complication. Cast/splint care given verbally & written in Patient Instructions. Patient has good capillary refill before, during and after the procedure. Patient's questions were answered. Patient denied any complaints with the comfort of the cast/splint.

### Courtney S at 12/22/23 1515

**Chief Complaint**
Patient presents with
• Left Knee - Post Op

Additional Details: patient states having consistent pain 3/10

Medication list changes/discrepancies: Medication Comments documented by Courtney Santiago, MA RESIDENT on 12/22/2023 at 1529.
Medciations an pharmacy reviewed with patient
Courtney Santiago, MA

Allergy list changes/discrepancies :
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

MyChart® licensed from Epic Systems Corporation© 1999 - 2026

OS_000027

# Office Visit - Sep 29, 2023

with Zachary Adler, MD at MultiCare Orthopedics & Sports Medicine - Tacoma

## Notes from Care Team

## Progress Notes

Zachary Adler, MD at 09/29/23 0815

Dear Rachel D Dawson, MD,

I had the pleasure of evaluating Linda J Larocque in the Orthopaedic and Sports Medicine Adult Reconstruction clinic at the Multicare Health System today, at your request. I appreciate the referral very much and thank you for allowing me to participate in your patient's care. As you may recall, Linda J Larocque is a 65 year old female who presents today with a chief complaint of left medial, lateral and anterior knee pain.

She had a left total knee arthroplasty by Dr. Fred Thompson on 2/8/2023 (DePuy Attune Size 5 PS femur, Size 6 RP tibia, 8mm PS poly, 38mm patella). Unfortunately, she sustained a postoperative patella tendon rupture on 5/6/23 for which she returned to the operating room with Dr. Thompson on 6/26/2023 for primary repair. After the surgery she was in a knee immobilizer for 6 weeks.

She can only walk 1 block with a walker secondary to pain.

They do have pain at rest. They do have pain at night.

After the documented attempts at conservative treatments, Linda J Larocque reports their pain and dysfunction are worsening.

Prior treatment modalities have included:

- OTC Medications: Yes tylenol
- Prescribed Medications: Yes vicodin (4 pills a day)
- Physical Therapy: Yes
- Steroid Injections: No
- Assistive device: Yes walker
- Brace: Yes

Past medical history, surgical history, allergies, medications, family history, and social history are all reviewed by me on the patient self-assessment/intake form which was signed and dated on this visit. This form is to be scanned into the permanent medical record.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia

(CMS/HCC), Prediabetes, Snores, Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC).



She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.

PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); and **reconst-recurr disloc patella (Left, 06/26/2023).

Allergies:

**Allergies as of 09/29/2023 - Reviewed 09/29/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Medications: Current Outpatient Medications: lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab, Take 1 Tablet by mouth once daily., Disp: 100 Tablet, Rfl: 2
duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles, Take 1 Capsule by mouth twice daily., Disp: 180 Capsule, Rfl: 1
alprazolam (XANAX) 0.25 MG Tab, Take 1 Tablet by mouth three times a day as needed for anxiety., Disp: 15 Tablet, Rfl: 2
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrOXYzine hcl (ATARAX) 25 MG Tab, Take 1 Tablet by mouth three times a day as needed for itching/pruritus., Disp: 120 Tablet, Rfl: 11
liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector, Inject 1.8 mg under the skin once daily., Disp: 18 mL, Rfl: 1
rosuvastatin (CRESTOR) 20 mg Tab, Take 1 Tablet by mouth each evening., Disp: 90 Tablet, Rfl: 3
aspirin 81 MG Chew Tab, Chew and swallow 1 Tablet by mouth twice daily., Disp: 84 Tablet, Rfl: 0
Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc, Use With victoza injections, Disp: 100 Each, Rfl: 11
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0
hydrochlorothiazide (MICROZIDE) 12.5 MG Caps, Take 1 Capsule by mouth once daily., Disp: 90 Capsule, Rfl: 0



verapamil (CALAN SR) 240 MG Tab CR, Take 1 Tablet by mouth once daily., Disp: 90 Tablet, Rfl: 3
Free Text Medication Entry (OTHER), Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device., Disp: 1 Each, Rfl: 0
Free Text Medication Entry (OTHER), cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria), Disp: 1 Each, Rfl: 0
docusate sodium (COLACE) 100 MG Caps, Take 1 Cap by mouth twice daily., Disp: 60 Cap, Rfl: 0
diclofenac (VOLTAREN) 50 MG Tab EC, 1 Tablet twice daily., Disp: 60 Tablet, Rfl: 2
senna (SENNA, SENOKOT) 8.6 MG Tab, Take 1 Tablet by mouth once daily., Disp: 30 Tablet, Rfl: 1

Family History: family history includes Alcohol abuse in her daughter; Arthritis in her brother; Cancer in her daughter, maternal grandmother, and mother; Coronary Artery Disease in her maternal grandfather and maternal grandmother; Diabetes in her maternal aunt, paternal aunt, and sister; Drug/Alcohol in her daughter; GU in her mother; Heart in her father, mother, and sister; Hypertension in her father, mother, and sister; Neuro in her daughter and sister; Other in her paternal aunt and sister; Seizures in her daughter; Stroke in her father; Uterine cancer in her daughter.

Social History:  reports that she has never smoked. She has never been exposed to tobacco smoke. She has never used smokeless tobacco. She reports that she does not currently use alcohol. She reports that she does not use drugs.

ROS:  A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

Vital Signs: BP 117/65 | Pulse 88 | Temp (Src) 95 (Temporal) | Resp 16 | Ht 5' 6.339"[measured without shoes[ (1.685 m) | Wt 247 lb 9.6 oz (112.311 kg) | LMP 09/14/2009 Body mass index is 39.56 kg/m².

General:  AAOX3, No acute distress, normal affect and disposition, well kept and appearing adult female.
Range of motion of the Left knee was -48 active to 126 and -2 to 126 passive with crepitus.
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive Medial, Lateral joint line tenderenss and 2+ effusion was present.
Knee alignment was neutral and there  was a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact. Foot alignment was neutral.
>5mm anterior drawer
Distal neurovascular exam was normal with 4/5 motor in the ankle and toes and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of gait did reveal an antalgic gait.

Radiographic Data: Current and prior radiographs were personally reviewed and interpreted by me.
3 views left knee dated 8/31/2023 reviewed and interpreted by me.  Left total knee arthroplasty in place.  Severe patella alta with complete disruption of the extensor mechanism.  Likely periprosthetic patella fracture off the inferior pole.

Assessment: Linda J Larocque is a 65 year old  female status post left total knee

OS_000030

arthroplasty with chronic patellar tendon rupture

<table>
<tr><td></td><td></td><td>ICD-10-CM</td><td></td></tr>
<tr><td>1.</td><td>**Patellar tendon rupture, left, initial encounter**</td><td>**S86.812A**</td><td>**CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY**</td></tr>
<tr><td>2.</td><td>Status post total left knee replacement</td><td>Z96.652</td><td>CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY</td></tr>
</table>

Plan:

Orders Placed This Encounter
- CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY
  *Adductor canal block*

  *Clearance:*
  *PCP: No*
  *Dental: No*
  *Cardiac: No*
  *Pulmonary: No*
  *Rheumatology: No*
  *Diabetic with Hb A1c >8: No*
  *Smoker: No*

| | |
|---|---|
| Order Specific Question: | Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079? |
| Answer: | Yes |
| Order Specific Question: | Special needs |
| Answer: | Zimmer RHK revision total knee with cones, flexible osteotomes, tamp, power, DeMayo knee positioner, microsag saw, Shukla total knee extractor, 10"x14" marlex mesh graft |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P PART/FULL REMOVAL OF KNEECAP [27350] |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P FIX PATELLA TENDN,SECONDARY [27381] |
| Order Specific Question: | Same Day Discharge? |
| Answer: | No |
| Order Specific Question: | Number of nights staying? |
| Answer: | 2 |
| Order Specific Question: | Tier Level |
| Answer: | Tier 2 [102] |

We discussed the options for treating chronic patellar tendon rupture with extensor mechanism disruption status post left total knee arthroplasty. Unfortunately, this is a very difficult problem. I discussed with her historical treatment options for chronic extensor mechanism disruptions have included primary pair, allograft

OS_000031

reconstruction, hamstring autograft reconstruction, etc. Currently, the most successful reconstruction option for chronic extensor mechanism disruption in the presence of total knee arthroplasty is conversion to hinged total knee replacement with Marlex mesh reconstruction of the extensor mechanism and papillectomy. This will require 2 to 3 months of postoperative immobilization in a long-leg cast.

Linda J Larocque was counseled regarding the risks associated with revision Left total knee arthroplasty with extensor mechanism reconstruction including but not exclusive to: wear, loosening, infection, stiffness, dislocation, leg length discrepancy, persistent extensor mechanism weakness/deficiency, persistent pain, prosthetic clicking or squeaking, periprosthetic fracture, internal bleeding associated with blood thinners to prevent dvt, and PE, the possible need for blood bank blood transfusion, postoperative nausea, vomiting, difficulty with pain control, possible need for a urinary catheter and / or delayed urinary dysfunction or symptoms, possible electrolyte abnormalities or organ dysfunction due to the stress of surgery as well as medical and/or cardiac perioperative complications, possible death, need for revision surgery and they were provided a patient information handbook specific to joint replacement if available to refer to while they consider and await scheduling their reconstructive surgery.

We will schedule the procedure and request appropriate pre-operative optimization if indicated. They will return to my adult reconstruction clinic and have an appointment with pre-anesthesia clinic one to two weeks prior to their surgery date for a pre-operative evaluation. Thank you for the referral and the opportunity to participate in the care of your patient. If you have any questions regarding my treatment recommendations don't hesitate to call.

**As Documented in the Office Visit Note Above, Current Milliman criteria for Total Knee Arthoplasty listed below have been met by LAROCQUE,LINDA J.**

1. Procedure may be indicated for **1 or more** of the following(1):
    1. Treatment of degenerative joint disease is needed as indicated by **ALL** of the following(4):
        1. Presence of significant radiographic findings, including knee joint destruction, angular deformity, or severe narrowing
        2. Optimal medical management has been tried and failed.
        3. Patient has failed or is not a candidate for more conservative measures (eg, osteotomy, patellofemoral arthroplasty).
        4. Treatment is needed because of **1 or more** of the following:
            - Disabling pain
            - Functional disability
    2. Failure of a previous proximal tibial or distal femoral osteotomy
    3. Posttraumatic knee joint destruction
    4. Distal femur fracture repair in an elderly patient with osteoporosis(5)
    5. Revision procedure for a failed prior reconstruction procedure
    6. Limb salvage for malignancy(6)
2. Replacement (revision) of previous arthroplasty is needed as indicated by **1 or more** of the following(7):
        1. Disabling pain
        2. Functional disability
        3. Progressive and substantial bone loss
        4. Fracture of patella(8)
        5. Dislocation of patella
        6. Aseptic component instability(9)
        7. Infection(10)
        8. Periprosthetic fracture(11)
**Alternatives to Procedure**

- Alternatives include(1)(4):
    - Optimal medical management, which may include:

- Anti-inflammatory medication
- Analgesics
- Flexibility and muscle strengthening exercises
- Physical therapy
- Reasonable restriction of activities
- Cane or crutch use
- Weight reduction
- Intra-articular steroids(12)(13)
- Hyaluronic acid derivatives injection
  - Arthroscopy with or without debridement. See Knee Arthroscopy ⬀ ISC.
  - Osteotomy (high tibial, distal femoral). See Tibial Osteotomy, Adult ⬀ ISC.
  - Patellofemoral arthroplasty(14)
  - Arthrodesis(15)

Greater than 45 minutes was spent reviewing records, evaluating films, face-to-face encounter, creating care plan, and documenting.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

DEXA scan is up to date for Linda J Larocque

# Nursing Note

Kasey D, MA at 09/29/23 0815
**Chief Complaint**
Patient presents with
- Consultation
  *Left knee*

Additional Details: Patient presents for consultation for her left knee. Patient is S/P Left TKA on 2/8/23 and Open Patella Tendon Repair on 6/26/23 by Dr. Thompson. Patient stated she went to the grocery store and the cart stopped suddenly causing patient to hit her knee on the cart and her patella to dislocate. Patient stated she is unable to lift her leg and her left hip is also painful. Patient also mentioned she has balance issues. Patient rates her pain as a 3/10 today and takes Norco for the pain.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

MyChart® licensed from Epic Systems Corporation© 1999 - 2026

3A



7887

OS_000034

Name: Linda J Larocque | DOB: 2/9/1958 | MRN: 172930 | PCP: Selected No PCP | Legal Name: Linda J Larocque

# Ancillary Notes

Signed Dec 5, 2023

Ancillary Notes by Tatiana F, PT at 12/05/23 1312

## ACUTE PHYSICAL THERAPY EVALUATION

Patient Name: Linda J Larocque
MRN#: 172930
DOB: 2/9/1958; Age: 65 year old
LOS: 1

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy;
Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

### Precautions:
Weight Bearing Status -1: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Other precautions: Falls

### Recommendations for Nursing:
**Patient should sit up in/on Recliner chair for meals and for environmental interaction**
**Recommend use of Bedside commode.**
**Encourage patient to transfer via squat- or stand-pivot with gait belt, front wheeled walker and 2 person Moderate Assist (one person for CGA, another for managing the LEFT LE by keeping it off the floor), 3 times daily.**
**If ambulatory, promote ambulation in room for short distances (bed<>chair). Progress mobility as able.**

### Assessment / Response to intervention:
Patient admitted with LEFT TKR with patella tendon reconstruction with open patellectomy on 12/4/2023. At baseline patient reports being modified-independent with a FWW over the last six months due to the increasing LEFT knee pain. Currently patient requires mod-assist for all out-of-bed mobility. She transferred via squat-pivot to the recliner, as well as stood at the edge of the chair with a FWW while taking small hops over a foot distance. Patient required my assist to keep her LEFT LE off the ground (NWB per PA Shane Turner, heel-touch WB per Dr. Adler) via the gait belt around her ankle. Eventually she progressed to wrapping the free gait belt end around the walker handle, and could manage the lift of the LEFT LE at CGA. Patient currently presents below baseline mobility status, and appears appropriate for acute skilled PT. When able to reach all acute skilled PT goals with PT staff (mobilize at CGA to min-A due to her husband only being able to provide min-assist), and when able to secure all equipment (a ramp to enter her home), the patient will benefit from discharge home with 24/7 assist and home health PT to follow.

### RECOMMENDATIONS:
**PT Discharge recommendation:** Home with assist, Home Health PT
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair
**Does patient have recommended equipment:** Yes

**Subjective:** Pt is agreeable to skilled PT evaluation.

### Home Living:
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

### Prior Level of Function:
Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

### OBJECTIVE (Current Function):

Bed Mobility
Supine to Sit: CGA, Bed Rail, HOB elevated

Transfers
Sit to Stand: ModA (assist for LEFT LE management)
Stand to Sit: ModA (assist for LEFT LE management)
Bed to/from Chair: ModA, Cues for safety (for LEFT LE management)
Assistive Device : FWW, Gait Belt

Ambulation
Weight Bearing Status: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Distance (feet): 1 foot at the edge of bed
Assistance Level: ModA (assist for LEFT LE management)
Assistive Device: FWW, Gait Belt (another gait belt on patient's LEFT ankle)
Gait Characteristics: Decreased Pace, Unsteady
Verbal Cues: Sequencing, LE advancement, Device management, Safety, Weight bearing

Cognition
Overall Cognitive Status: Within functional limits

Balance
Sitting Balance - Static: Good
Sitting Balance - Dynamic: Good

OS_000036

Standing Balance  - Static: Fair
Standing Balance  - Dynamic: Fair
Time: >11 min
Position: Edge of Bed, Edge of Chair, At walker
Performance: UE support required, Fatigues quickly





### Education/Treatment provided:
Education Provided: adaptive equipment, adaptive techniques, body mechanics, energy conservation, falls prevention, home exercise program, joint replacement, precautions
Pt/family provided info re: abilities and prognosis: Yes
Pt/family understand precautions/limitations: Yes
Pt/family demonstrates understanding of home program: Yes (it is unclear what the precautions are regarding LEFT hip and ankle ROM; PA Shane Turner noted that he educated patient on those.)

### End of session safety:
Patient positioned in: **Recliner chair; call light reviewed and within patient's reach**
Bed/Chair Alarm Placed: Yes
Handoff Post Therapy Session: Verbal hand-off to RN completed

Impairments:
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury
Limitations:
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Factors Limiting Discharge: Inaccessible Living Environment, Severity of Impairments, Comorbidities

Patient **IS appropriate for ongoing therapy- see treatment plan and goals below**

### Treatment Plan
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

### Goals
Bed mobility: Modified Independent
Rolling : Modified independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Prognosis for PT Goals: Good

**PT Plan for Next Session: transfer independence progression**

### AMPAC Basic Mobility
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Lot



OS_000037

Standing up from Chair: A Lot
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 12**

**Billable Unit Time**:
Session time start: 1035
Session time end: 1200


Tatiana V Fosdick, PT

MyChart® licensed from Epic Systems Corporation© 1999 - 2026

OS_000038

# Prescription for Therapy to
# Olympic Sports & Spine

**Patient Name:**  Linda J Larocque          **DOB:**  02-09-1958

**Order Date**:  12-11-25

**Prescribing MD Name:**  Alex Pittman, PA-C

**Prescribing Location:** MC ORTHO & SPORTS GH

**Diagnosis:**

| | |
|---|---|
| S99.912A | Unspecified injury of left ankle, initial encounter |
| M25.572 | Pain in left ankle and joints of left foot |
| M62.81 | Muscle weakness (generalized) |

## Treatment Details:

Evaluate and Treat.
What Service?->Physical Therapy
Choose scheduling method:->Eval and Treat

*Electronically Signed by:  Pittman, Alex A, PA-C    Date:  12-11-25*

OS_000039