HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                              Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                              Defendants. | NO.  3:25-cv-05380<br><br>[PROPOSED] ORDER DENYING DEFENDANT GATEKEEPER SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br><br>NOTED: JULY 6, 2026 |

The Court has considered Plaintiff Linda LaRocque's Opposition to Gatekeeper Systems, Inc.'s Motion for Summary Judgment against together with the material provided by counsel.  Based upon those materials, and any oral arguments that took place, it is

ORDERED that Defendant Gatekeeper Systems, Inc.'s Motion for Summary Judgment is DENIED.

[PROPOSED] ORDER DENYING GATEKEEPER'S MSJ - 1 of 2
[4871-5472-8598]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

DONE IN OPEN COURT this _____ day of July, 2026.


_____
HONORABLE TIFFANY M. CARTWRIGHT


Presented by:

GORDON THOMAS HONEYWELL LLP


By _____
   Robert C. Wilke, WSBA No. 49937
   rwilke@gthlaw.com
   Ian M. Leifer, WSBA No. 56670
   ileifer@gth-law.com
   Attorneys for Plaintiff


[PROPOSED] ORDER DENYING GATEKEEPER'S MSJ - 2 of 2
[4871-5472-8598]