HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>                              Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>                              Defendants. | NO.  3:25-cv-05380<br><br>DECLARATION OF ROBERT C. WILKE IN SUPPORT OF PLATINTIFF LINDA LAROCQUE'S OPPOSITION TO GATEKEEPER SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br><br>NOTED: JULY 6, 2026 |

I, Robert C. Wilke, declare under penalty of perjury as follows:

1.      I am one of the attorneys representing Plaintiff Linda LaRocque.

2.      Attached as **Exhibit 1** is a true and correct copy of the Cart Classification log for produced by Gatekeeper Systems, Inc for May 6, 2023. On that date in the Tacoma Stevens Fred Meyer Store, there were 21 total cart locking activations. Of those 21 activations, 12 of them were empty cart scenarios.

WILKE DECL ISO PLTF'S OPP TO GATEKEEPER'S MSJ - 1 of 3
[4871-5472-8598]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

3. Attached as **Exhibit 2** is a true and correct copy of Defendant Gatekeeper Systems, Inc.'s Fifth Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests for Production dated June 24, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of tender letters Gatekeeper produced on June 24, 2026. The first 71 pages are simply reproductions of what Fred Meyer already produced and still include Fred Meyer's Bates Label stamp. The last 20 pages are 7 new tender letters produced by Gatekeeper. Gatekeeper did not produce any of its responses to the tender letters.

5. Attached as **Exhibit 4** is a true and correct copy of a June 30, 2025 tender letter package from Sarah Tuthill-Kveton, Counsel for The Kroger Co. and Fred Meyer Stores, Inc. to Defendant Gatekeeper Systems, Inc. related to the incident in which Ms. LaRocque was injured by Gatekeeper's product at Fred Meyer's store.

6. Attached as **Exhibit 5** are true and correct copies of tender letters from Fred Meyer to Gatekeeper regarding injury claims date ranged March 20, 2023 and January 20, 2026 produced by Fred Meyer.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from Levi Dixon's deposition transcript.

Dated this 29th day of June, 2026 in Tacoma, Washington.

_____
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com

WILKE DECL ISO PLTF'S OPP TO GATEKEEPER'S MSJ - 2 of 3
[4871-5472-8598]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565

## DECLARATION OF SERVICE

I hereby declare that on June 29, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

| John R. Barhoum, WSBA #42776<br>Sarah Tuthill-Kveton, WSBA #51801<br>Hanna R. Lukes, WSBA #62610<br>Chock Barhoum LLP<br>121 SW Morrison Street, Suite 500<br>Portland, OR 97204<br>john.barhoum@chockbarhoum.com<br>sarah@chockbarhoum.com<br>hanna.lukes@chockbarhoum.com<br>michelle.heilbrun@chockbarhoum.com<br>devon.haggart@chockbarhoum.com<br>e-service@chockbarhoum.com | ☐ Via Legal Messenger<br>☐ Via U.S. Mail<br>☒ Via CM/ECF E-Filing<br>☒ Via Email |
| --- | --- |
| Francis S. Floyd, WSBA No. 10642<br>Skyler P. Urban, WSBA No. 58761<br>Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA  98121<br>ffloyd@nwtrialattorneys.com<br>surban@nwtrialattorneys.com<br>ecampbell@nwtrialattorneys.com<br>skatinas@nwtrialattorneys.com | ☐ Via Legal Messenger<br>☐ Via U.S. Mail<br>☒ Via CM/ECF E-Filing<br>☒ Via Email |

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Sarah M. Weger, Legal Assistant
sweger@gth-law.com

WILKE DECL ISO PLTF'S OPP TO GATEKEEPER'S MSJ - 3 of 3
[4871-5472-8598]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON  98402
(253) 620-6500  -  FACSIMILE (253) 620-6565