# EXHIBIT 1

| Row Labels | FOOD DOOR Employee Empty | Empty | FOOD DOOR Total | HOME GOODS DOOR Employee Empty | Empty | HOME GOODS DOOR Total | Grand Total |
|---|---|---|---|---|---|---|---|
| 6 AM | 2 | | 2 | | | | 2 |
| :17 | 1 | | 1 | | | | 1 |
| :18 | 1 | | 1 | | | | 1 |
| 9 AM | | | | | 3 | 3 | 3 |
| :32 | | | | | 1 | 1 | 1 |
| :49 | | | | | 1 | 1 | 1 |
| :54 | | | | | 1 | 1 | 1 |
| 10 AM | 2 | 1 | 3 | | | | 3 |
| :06 | 1 | | 1 | | | | 1 |
| :08 | 1 | | 1 | | | | 1 |
| :21 | | 1 | 1 | | | | 1 |
| 12 PM | 2 | | 2 | | | | 2 |
| :40 | 1 | | 1 | | | | 1 |
| :50 | 1 | | 1 | | | | 1 |
| 2 PM | | | | 1 | 1 | 2 | 2 |
| :10 | | | | 1 | | 1 | 1 |
| :38 | | | | | 1 | 1 | 1 |
| 3 PM | | 2 | 2 | | | | 2 |
| :06 | | 1 | 1 | | | | 1 |
| :22 | | 1 | 1 | | | | 1 |
| 5 PM | | 2 | 2 | | | | 2 |
| :40 | | 1 | 1 | | | | 1 |
| :43 | | 1 | 1 | | | | 1 |
| 6 PM | | 1 | 1 | | | | 1 |
| :11 | | 1 | 1 | | | | 1 |
| 7 PM | | 2 | 2 | | | | 2 |
| :23 | | 1 | 1 | | | | 1 |
| :31 | | 1 | 1 | | | | 1 |
| 8 PM | 1 | | 1 | | | | 1 |
| :27 | 1 | | 1 | | | | 1 |
| 9 PM | 1 | | 1 | | | | 1 |
| :32 | 1 | | 1 | | | | 1 |
| Grand Total | 8 | 8 | 16 | 1 | 4 | 5 | 21 |

GK_0101