# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA LAROCQUE,

Plaintiff,

v.

THE KROGER CO., a foreign corporation doing business in Washington state; and FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state,

Defendants.

NO. 3:25-cv-05380-MJP

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC. – **AND FIFTH SUPPLEMENTAL RESPONSES THERETO**

COMES NOW Defendant Gatekeeper Systems, Inc. and answers and responds to Plaintiff's First Interrogatories and Requests for Production with the following Fifth Supplemental Responses.

## GENERAL STATEMENT

As discovery is ongoing, Defendant and its attorneys reserve the right to timely supplement discovery in accordance with the Civil Rules, and to offer and/or rely at trial on

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC. – **AND FIFTH SUPPLEMENTAL RESPONSES THERETO - 1**

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

subsequently discovered information for documents, or on information omitted from its answers and responses as the result of any good-faith oversight, error, or mistake.

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC.
– **AND FIFTH SUPPLEMENTAL RESPONSES THERETO - 2**

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5**:         Produce all documents and communications related to injuries caused by the shopping cart anti-theft mechanism you manufactured and provided to the Fred Meyer store at issue in this lawsuit from January 1, 2020 to present. Your production should <u>not</u> be limited to injuries occurring only at that Fred Meyer location or other Fred Meyer stores.

**RESPONSE**:

Objection. Defendant objects to this Interrogatory as overbroad, unduly burdensome, and not likely to lead to the discovery of admissible evidence. Defendant objects to this Interrogatory as it seeks documents not relevant to the issues in the case and is not reasonably calculated to lead to the discovery of admissible evidence. Based upon the scope, breadth, and timing of Plaintiff's discovery requests, it is clear Plaintiff's discovery is intended to annoy, oppress, or harass.

Subject to and without waiving these objections:

This Request is overbroad and unduly burdensome. Defendant Gatekeeper may supplement its response upon a narrowing of scope.

**JANUARY 2, 2026 SUPPLEMENTAL RESPONSE:**

Subject to and without waiving the foregoing objections:

See GK_00079 for incidents known to Gatekeeper occurring in the State of Washington from 2020 to present.

Gatekeeper is not in possession of any other responsive documents concerning these claims between 2020 – present in the State of Washington.

**APRIL 6, 2026 SUPPLEMENTAL RESPONSE:**

Subject to and without waiving the foregoing objections:

See 0080 – 0100 for accident reports provided by Travelers for the previously identified incidents, for which an incident report was in Travelers file.

By way of further response, Gatekeeper states that it does not receive or maintain these reports in the ordinary course of business. These reports are generated at the store level, and transmitted directly to Travelers by the store (or the store's insurer).

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC.
– **AND FIFTH SUPPLEMENTAL RESPONSES THERETO - 3**

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

Gatekeeper does not possess independent copies of these files. To facilitate discovery, Gatekeeper requested these documents from Travelers specifically for this production and is providing them now.

**JUNE 24, 2026 SUPPLEMENTAL RESPONSE:**

See GK_0102 – 0192.

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC.
– **AND FIFTH SUPPLEMENTAL RESPONSES THERETO - 4**

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

## ATTORNEY CERTIFICATION

I, Skyler P. Urban, as attorney for Defendant Gatekeeper Systems, Inc., hereby certify that I have read the answers and responses of my clients to the above First Interrogatories and Requests for Production, along with any objection that I have interposed, and that such responses, answers and objections are grounded in fact, not interposed for an improper purpose and otherwise are in compliance with the civil rules.

DATED this 24th day of June, 2026.

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS, P.S.

Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
*Attorneys for Defendant Gatekeeper Systems, Inc.*

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC. – **AND FIFTH SUPPLEMENTAL RESPONSES THERETO - 5**

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

**VERIFICATION**

I, Zach Ball , declare under penalty of perjury under the laws of the State of Washington that I am the Risk Manager for Defendant Gatekeeper Systems, Inc. in the above-entitled action; I have read the foregoing interrogatories and requests for production and answers, know the contents of the answers, and believe them to be true.

DATED this 23 day of June , 20226 , at Foothill Ranch , California.

*Zach Ball*

Print Name: Zach Ball

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS
FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC. –
**AND FIFTH SUPPLEMENTAL RESPONSES THERETO - 6**

**FLOYD│PFLUEGER**
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

DECLARATION OF SERVICE

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the State of Washington that on the below date, I delivered a true and correct copy of the foregoing via the method indicated below to the following parties:

| | | |
|---|---|---|
| Robert C. Wilke<br>Ian M. Leifer<br>Gordon Thomas Honeywell, LLP 1201<br>Pacific Avenue, Ste. 2100 Tacoma,<br>WA  98401<br>rwilke@gth-law.com<br>ileifer@gth-law.com | *Counsel for Plaintiff* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |
| John R. Barhoum<br>Sarah Tuthill-Kveton<br>Hanna R. Lukes<br>Samuel ben Behar<br>Chock Barhoum, LLP<br>121 SW Morrison St, Suite 500<br>Portland, OR  97204<br>john.barhoum@chockbarhoum.com<br>sarah@chockbarhoum.com<br>hanna.lukes@chockbarhoum.com<br>sam.behar@chockbarhoum.com | *Counsel for Defendants The Kroger Company and Fred Meyer Stores, Inc.* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |

DATED this 24th day of June, 2026

s/ Sophia E. S. Katinas
Sophia E. S. Katinas, Legal Assistant

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT GATEKEEPER SYSTEMS, INC. – **AND FIFTH SUPPLEMENTAL RESPONSES THERETO - 7**

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455