# EXHIBIT 3

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**

Phone: (877)957-6437
Fax: (877)498-8441

May 25, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Juliana Proctor
       Client:          The Kroger Co.
       Date of Loss:    04/30/2023
       Claim Number:    4A230554225-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS EXITING STORE THROUGH STARBUCKS ENTRANCE WHEN CART LOCKED UP ON HER. CM INJURED LEFT SHOULDER FROM TRYING TO PUSH CART. CM UNABLE TO LIFT ARM.

Please forward this matter to your insurance carrier.    In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



    5/25/2023         4A2305542250001              562023052516804



GK_0102

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Juliana Proctor**
**2946 S Webster**
**Seattle, WA 98108**


If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate



 5/25/2023    4A2305542250001    562023052516804

GK_0103

(513)483-5134

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



    5/25/2023       4A2305542250001          562023052516804



GK_0104

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**®

Phone:  (877)957-6437
Fax:  (877)498-8441

December 13, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:       Allison Cleman
        Client:              The Kroger Co.
        Date of Loss:        11/28/2024
        Claim Number:        4A24121J5V5-0001
        Location:            ELLENSBURG

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM WAS EXITING STORE WITH CARTS. CART LOCKED UP ON THE CUSTOMER. LACERATION AND BRUISE TO UNKNOWN LEG

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees….. As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

!C03092674.342-1978!

GK_0105

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Allison Cleman**
**(509)925-4015**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.
Cc:      File

!C03092674.342-1978!

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



Phone:  (513)483-8719
Fax:  (877)498-8441

November 24, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Cindy Grewell
        Client:            The Kroger Co.
        Date of Loss:      10/15/2024
        Claim Number:      4A2410H3GQQ-0001
        Location:          BURLINGTON

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM WAS TAKING GROCERIES OUT TO CAR, AFTER SHE WALKED DOWN THE RAMP INTO THE PARKING LOT, THE CART LOCKED UP AND CM RAN INTO CART AND FELL ON BOTH KNEES. PAIN AND SWELLING IN BOTH KNEES

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



GK_0107

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees…..
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Cindy Grewell**
**19597 Skyridge Road**
**Mount Vernon, WA 98274**
**(360)708-8146**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Iyona Bentley
Liability Claims Representative
(513)483-8719



Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:        File



GK_0109

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

December 13, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:     Allison Cleman
       Client:            The Kroger Co.
       Date of Loss:      11/28/2024
       Claim Number:      4A24121J5V5-0001
       Location:          ELLENSBURG

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS EXITING STORE WITH CARTS. CART LOCKED UP ON THE CUSTOMER. LACERATION AND BRUISE TO UNKNOWN LEG

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

!C03092674.342-1978!

GK_0110
DEF FRED MEYER_000500

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Allison Cleman**
**(509)925-4015**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.
Cc:        File

!C03092674.342-1978!

GK_0111
DEF FRED MEYER_000501

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**®

Phone: (877)957-6437
Fax: (877)498-8441

January 06, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Carmen Hoffmann
       Client:    The Kroger Co.
       Date of Loss:    11/26/2024
       Claim Number:    4A2411TCVMP-0001
       Location:    EAST WENATCHEE

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM GRABBED A SMALL CART AND WALKED INTO APPAREL, CM TURNED AROUND WITH SMALL CART TO SWITCH TO A LARGE CART AND CART LOCKED UP. UPPER BODY STRAIN, NECK, AND ARM STRAIN.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."

!C03077924.342-1978!

GK_0112
DEF FRED MEYER_000502

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Carmen Hoffmann**
**1618 North Ashland Avenue**
**East Wenatchee, WA 98802**
**(509)741-0851**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C03077924.342-1978!

GK_0113
DEF FRED MEYER_000503

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File

!C03077924.342-1978!

4A2411TCVMP0001

GK_0114
DEF FRED MEYER_000504

**Sedgwick Claims Management Services, Inc.**
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**

Phone: 7ujk,m
Fax: (877)498-8441

January 31, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:      Suzanne Lintwin
        Client:             The Kroger Co.
        Date of Loss:       12/27/2024
        Claim Number:       4A2412W8T7X-0001
        Location:           SPOKANE - SULLIVAN

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, Cust was exiting with a shopping cart but the cart check system locked up jerking the cust which cust said her right shoulder and neck hurt having trouble moving her shoulder

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."

!C03184691.342-1978!

GK_0115
DEF FRED MEYER_000505

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Suzanne Lintwin**
**7124 East 13Th Avenue**
**Spokane, WA 99212**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C03184691.342-1978!

GK_0116
DEF FRED MEYER_000506

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File

!C03184691.342-1978!

GK_0117
DEF FRED MEYER_000507

1-31-2025                                                      4A2412W8T7X0001

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax: (877)498-8441

January 20, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:    Tina Cambell
        Client:          The Kroger Co.
        Date of Loss:    12/31/2025
        Claim Number:    4A26010Y471-0001
        Location:        FISHERS LANDING
                         16600 SE Mcgillivray Blvd  Vancouver, WA 98683

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, Customer hurt left knee on cart - bruising and swelling

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."

!C01067921.102-1978!

GK_0118
DEF FRED MEYER_000508
6020260120005359

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
Tina Cambell
1408 Northeast 151St Ave
Vancouver, WA 98684
360-601-4833

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Brittany.Herthel@Sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C01067921.102-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File

!C01067921.102-1978!

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone:  (877)957-6437
Fax:  (877)498-8441

January 20, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:      Claimant Name:     **Barbara Adams**
         Client:            **The Kroger Co.**
         Date of Loss:      **12/14/2025**
         Claim Number:      **4A2512PMDJ3-0001**
         Location:          **ISSAQUAH**
                            **6100 E Lake Sammamish Pkwy SE  Issaquah, WA 98029**

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM exiting doors near home dept when cart locked. CM claims jerking motion caused aggravation to pre-existing condition in neck. CM reported incident a week after it reportedly happened.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."

!C01034883.102-1978!

GK_0121
DEF FRED MEYER_000511

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Barbara Adams**
**23800 Se Tiger Mountain Rd**
**Trlr 22**
**Issaquah, WA 98027**
**206-348-3048**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Brittany.Herthel@Sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C01034883.102-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File

**!C01034883.102-1978!**

GK_0123

DEF FRED MEYER_000513

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

March 20, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Stephanie Tisby
        Client:            The Kroger Co.
        Date of Loss:      02/06/2023
        Claim Number:      4A23027YP2T-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM APPROACHED THE EXIT AND WAS STOPPED DUE TO AUTOMATIC LOCKS ON CARTS. CLAIMS WHEN THE WHEELS LOCKED UP SHE INJURED HER BACK AND LEFT ANKLE. CM HAS PRE-EXISTING BACK PROBLEMS.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



GK_0124
DEF FRED MEYER_000514

representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Stephanie Tisby**
**814 Taylor Lane Unit C**
**Olympia, WA 98506**


If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5188.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jessica Weisenberger



GK_0125
DEF FRED MEYER_000515

Liability Claims Representative
(513)483-5188
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:       File



3-20-2023

4A23027YP2T0001

GK_0126
DEF FRED MEYER_000516

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

May 25, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Juliana Proctor
        Client:            The Kroger Co.
        Date of Loss:      04/30/2023
        Claim Number:      4A230554225-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS EXITING STORE THROUGH STARBUCKS ENTRANCE WHEN CART LOCKED UP ON HER. CM INJURED LEFT SHOULDER FROM TRYING TO PUSH CART. CM UNABLE TO LIFT ARM.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



GK_0127
DEF FRED MEYER_000517

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Juliana Proctor**
**2946 S Webster**
**Seattle, WA 98108**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate



*C00608346.342-1978*

6-20-2023                          4A2305542250001

GK_0128
DEF FRED MEYER_000518

(513)483-5134

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



GK_0129
DEF FRED MEYER_000519

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

July 14, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

| RE: | Claimant Name: | Young |
|---|---|---|
| | Client: | The Kroger Co. |
| | Date of Loss: | 06/28/2023 |
| | Claim Number: | 4A23071K59F-0001 |

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, Customer pushing a shopping cart inside the store with the baby in the cart. Customer indicated that the wheels locked up and the infant (8 months old) got jerked and hit his body on his back and the back of his neck on the back side of the seat in the buggy. Customer indicated she took the baby to the doctor indicated that there was nothing wrong.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



GK_0130
DEF FRED MEYER_000520

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from
suit with respect to injuries to seller's employees."

**Master Services Agreement-** "Vendor will indemnify and hold Kroger harmless from and against all suits,
proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or
incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for
damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of
Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement-** "Undersigned agrees to indemnify, defend and save harmless Kroger and its
directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's
purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or
willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger
shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents,
representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or
party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify
Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but
arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and
costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers.
Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance
carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to
deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows, :
**Young**
**4345 Andasio Loop Southeast**
**Port Orchard, WA 98366**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The
Kroger Co. in this claim, please contact me immediately at (513)483-5163.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to
this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this
information and other important areas relating to your privacy and data protection, please read our privacy
notice www.sedgwick.com.

Sincerely,
Sedgwick

Jordyn Garves
Liability Claims Associate
(513)483-5163



GK_0131
DEF FRED MEYER_000521

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:       File



7-14-2023

4A23071K59F0001

GK_0132
DEF FRED MEYER_000522

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

August 28, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

| RE: | Claimant Name: | Sherri Boyd |
|---|---|---|
| | Client: | M701 Kroger West/Meyer Store #390 4505 South 19th Tacoma, WA 98405 |
| | Date of Loss: | 08/21/2023 |
| | Claim Number: | 4A2308PW77R-0001 |

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM WAS TRYING TO PUSH THE CART OUT HOME SIDE DOORS, CART LOCKED UP, CM HIT RIGHT SHIN ON BOTTOM OF CART, RESULTING IN A KNOT AND BRUISING.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."



GK_0133
DEF FRED MEYER_000523

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend, and save harmless Kroger and its directors.... paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees."

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, its employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Sherri Boyd**
**8101 83Rd Avenue Southwest Apt F2**
**Lakewood, WA 98498**
**(253)765-3127**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5127.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Thomasina Bohannon
Liability Claims Associate
(513)483-5127
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..


*C0108620 3.342-1978*

GK_0134
DEF FRED MEYER_000524

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:     File



DEF FRED MEYER_000525

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

September 21, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Melissa Nolen
       Client:          The Kroger Co.
       Date of Loss:    09/05/2023
       Claim Number:    4A230967ZW0-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM GONE THRU CHECK STAND 8 AND THE CART LOCKED UP CAUSING HER TO JERK FORWARD INJURING HER BACK

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates........from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....



GK_0136
DEF FRED MEYER_000526

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Melissa Nolen**
**323 S Houston**
**East Wenatchee, WA 98802**
**(509)264-3990**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5127.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Thomasina Bohannon
Liability Claims Associate
(513)483-5127
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..



We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



GK_0138

DEF FRED MEYER_000528

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**

Phone: (877)957-6437
Fax: (877)498-8441

January 30, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Tina Camden
       Client:          The Kroger Co.
       Date of Loss:    01/08/2024
       Claim Number:    4A24017MS59-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS PUSHING CART OUT AND IT LOCKED, INJURING RT ARM AND SHOULDER. CM'S COFFEE FELL ONTO HER GROCERIES.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."



1-30-2024                    4A24017MS590001                    70202401300047187

GK_0139
DEF FRED MEYER_000529

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement-** "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement-** "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Tina Camden**
**10415 197Th Street East**
**Graham, WA 98338**
**(253)961-1643**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..



GK_0140
DEF FRED MEYER_000530

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



4A24017MS590001

GK_0141

DEF FRED MEYER_000531

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**®

Phone: (877)957-6437
Fax: (877)498-8441

April 12, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Florpina Akana
        Client:            The Kroger Co.
        Date of Loss:      04/06/2024
        Claim Number:      4A24045FHM7-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CART LOCKED UP ON THE CM AS THEY WERE PUSHING IT OUTSIDE THE STORE. WHEN THE CART STOPPED, IT STRUCK INTO THE LEFT SIDE OF THE CM'S CHEST. STRAIN TO LEFT SIDE OF CHEST

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates........from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....



GK_0142
DEF FRED MEYER_000532

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Florpina Akana**
**9422 185Th Street Court East**
**Puyallup, WA 98375**
**SLORIEAKANA@GMAIL.COM**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8716.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jermaine Gordon
Liability Claims Associate
(513)483-8716



GK_0143
DEF FRED MEYER_000533

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



GK_0144
DEF FRED MEYER_000534

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

May 02, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Wick Conrad
       Client:          The Kroger Co.
       Date of Loss:    03/29/2024
       Claim Number:    4A2403Y6509-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

**More specifically, CM STATED THAT THE CART LOCKED UP AND CAUSED PAIN TO NECK AND SHOULDER BLADE.**

**NO CONTACT HAS BEEN MADE WITH THE CM AFTER SEVERAL ATTEMPTS.**

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



GK_0145
DEF FRED MEYER_000535

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Wick Conrad**
**33114 1St Place Sw**
**Federal Way, WA 98023**
**(253)391-0365**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8716.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jermaine Gordon
Liability Claims Associate
(513)483-8716



Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



GK_0147
DEF FRED MEYER_000537

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (513)483-8719
Fax: (877)498-8441

May 31, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:      Travis Bevan
        Client:             The Kroger Co.
        Date of Loss:       05/09/2024
        Claim Number:       4A24058DD7S-0001
        Location:           Fred Meyer Store No. 608, 915 Northwest 45th St., Seattle, WA  98107

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM CART LOCKED UP AND HE FELL HEADFIRST OVER SMALL SHOPPING CART, POSSIBLE BACK AND UNKNOWN WRIST STRAIN, ALSO  RECENT SURGERY TO UNKNOWN BODY PART

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



GK_0148
DEF FRED MEYER_000538

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Travis Bevan**
**Unknown**
,
**(701)371-6575**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Iyona Bentley
Liability Claims Representative
(513)483-8719



GK_0149
DEF FRED MEYER_000539

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

June 19, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Lori Hardman
        Client:            The Kroger Co.
        Date of Loss:      06/09/2024
        Claim Number:      4A240698FTV-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, The customer was exiting the store through the third entry after completing a purchase at the self-checkout when her shopping cart locked up. This caused the customer to strike her front torso against the handle of the shopping cart. The customer complains of pain in her torso, stomach and ribs. The customer declined first aid and medical assistance. The customer reports she will seek medical treatment with her primary care provider.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



GK_0151
DEF FRED MEYER_000541

representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Lori Hardman**
**4821 168Th St Sw E205**
**Lynnwood, WA 98037**


If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate



GK_0152
DEF FRED MEYER_000542

(513)483-5109

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:     File



6-19-2024                                    4A240698FTV0001

GK_0153

DEF FRED MEYER_000543

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

July 19, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Amy MacBeth
        Client:           The Kroger Co.
        Date of Loss:     04/29/2024
        Claim Number:     4A240504KSJ-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS GOING OUT AND CART LOCKED UP AND CM HIT HER RIGHT LEG/KNEE

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."



*C02078038.342-1978*

GK_0154
DEF FRED MEYER_000544

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Amy MacBeth**
**12715 Northwest 47Th Avenue**
**Vancouver, WA 98685**
**(708)528-0942**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..



We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

November 07, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:      Maria Bivian
        Client:             The Kroger Co.
        Date of Loss:       10/15/2024
        Claim Number:       4A2410RD0YJ-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS LEAVING THE STORE NEAR THE GROCERY/APPAREL FOYER. CM CLAIMS THE CART LOCKED UP ON HER, POPPED UP AND LANDED ON HER LEFT KNEE. DID NOT REPORT IMMEDIATELY

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."



4A2410RD0YJ0001

GK_0157
DEF FRED MEYER_000547

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Maria Bivian**
**4019 NE 94Th Street**
**Vancouver, WA 98665**
**(360)901-5380**
**MARIABIBIAN21@YAHOO.COM**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8716.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jermaine Gordon
Liability Claims Associate
(513)483-8716



GK_0158
DEF FRED MEYER_000548

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



4A2410RD0YJ0001

GK_0159
DEF FRED MEYER_000549

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (513)483-8719
Fax: (877)498-8441

November 24, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Cindy Grewell
       Client:          The Kroger Co.
       Date of Loss:    10/15/2024
       Claim Number:    4A2410H3GQQ-0001
       Location:        BURLINGTON

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS TAKING GROCERIES OUT TO CAR, AFTER SHE WALKED DOWN THE RAMP INTO THE PARKING LOT, THE CART LOCKED UP AND CM RAN INTO CART AND FELL ON BOTH KNEES. PAIN AND SWELLING IN BOTH KNEES

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



GK_0160
DEF FRED MEYER_000550

representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement-** "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement-** "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Cindy Grewell**
**19597 Skyridge Road**
**Mount Vernon, WA 98274**
**(360)708-8146**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Iyona Bentley



GK_0161
DEF FRED MEYER_000551

Liability Claims Representative
(513)483-8719
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



11-25-2024                                          4A2410H3GQQ0001

GK_0162
DEF FRED MEYER_000552

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax: (877)498-8441

July 30, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:      Claimant Name:      Kimberly Paulson
         Client:             The Kroger Co.
         Date of Loss:       07/20/2025
         Claim Number:       4A2507NSJQ4-0001
         Location:           BURLINGTON
                             920 South Burlington Blvd  Burlington, WA 98233

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, Customer paid for groceries, while walking out, cart locked up and sudden stop caused her to injure her neck. No physical, seeking medical.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



7-30-2025                          4A2507NSJQ40001                 7020250720131747

GK_0163
DEF FRED MEYER_000553

representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Kimberly Paulson**
**4707 237Th St Sw**
**Mountlake Terrace, WA 98043**


If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate



GK_0164
DEF FRED MEYER_000554

(513)483-5134

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:     File



7-30-2025                          4A2507NSJQ40001

GK_0165
DEF FRED MEYER_000555

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (513)483-8719
Fax: (877)498-8441

January 08, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:      Claimant Name:      Karen Martinez
         Client:             The Kroger Co.
         Date of Loss:       11/01/2025
         Claim Number:       4A2512PN2J5-0001
         Location:           TUMWATER
                             555 Trosper Rd S.W.  Tumwater, WA 98512

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM STATES THEY HAD REUSABLE BAGS, HAD NOT PURCHASED ANYTHING AND THE CART LOCKED UP WHEN THEY WERE LEAVING, RESULTING IN PAIN IN KNEE AND HIP

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



1-8-2026                           4A2512PN2J50001

representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.…. As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Karen Martinez**
**Po Box 1243**
**Tenino, WA 98589**
**Phone: 253-569-6395**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick



Iyona Bentley
Liability Claims Adjuster
(513)483-8719
Iyona.Bentley@sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



1-8-2026                                    4A2512PN2J50001

GK_0168
DEF FRED MEYER_000558

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

2/6/24

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610 USA

RE:    Claimant Name:    Jean Lubken
       Client:          The Kroger Co. #390, 4505 South 19th, Tacoma WA 98405
       Date of Loss:    12/23/23
       Claim Number:    4A2312Q4CZ0-0001 - LUBKEN, JEAN - 12/23/2023

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

**More specifically, shopping cart wheel locked up and caused customer to lose her balance and fall to the floor.**

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."



**Master Services Agreement-** "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement-** "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's attorney's contact information is as follows:

Attorney Name: Joseph Lombino
Firm: Lombino Martino
Representing: Jean Lubken
Effective: 01/22/24
Address 1: 9315 Gravelly Lake Road SW
City: Lakewood
State: WA
Zip: 98499
Phone Number: 253-830-2700

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5186.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441 or email. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.



2-8-2024

4A2312Q4CZ00001

GK_0170
DEF FRED MEYER_000560

Sedgwick manages claims on behalf of The Kroger Co..

Sincerely,
Sedgwick

Sedgwick manages claims on behalf of The Kroger Co..
Dennis Campbell
Claims Adjuster - Liability
Sedgwick Claims Management Services, Inc.
Phone: 800-314-1814 x35150
Fax: 877-498-8441
Dennis.Campbell@sedgwick.com



2-8-2024                                                    4A2312Q4CZ00001

GK_0171 6020240208010128
DEF FRED MEYER_000561

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone:  (877)957-6437
Fax:  (877)498-8441

January 06, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:      Carmen Hoffmann
        Client:             The Kroger Co.
        Date of Loss:       11/26/2024
        Claim Number:       4A2411TCVMP-0001
        Location:           EAST WENATCHEE

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM GRABBED A SMALL CART AND WALKED INTO APPAREL, CM TURNED AROUND WITH SMALL CART TO SWITCH TO A LARGE CART AND CART LOCKED UP. UPPER BODY STRAIN, NECK, AND ARM STRAIN.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees….."

!C03077924.342-1978!

GK_0172

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Carmen Hoffmann**
**1618 North Ashland Avenue**
**East Wenatchee, WA 98802**
**(509)741-0851**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C03077924.342-1978!

GK_0173

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File

!C03077924.342-1978!

GK_0174

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax: (877)498-8441

January 20, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:      Tina Cambell
       Client:            The Kroger Co.
       Date of Loss:      12/31/2025
       Claim Number:      4A26010Y471-0001
       Location:          FISHERS LANDING
                          16600 SE Mcgillivray Blvd  Vancouver, WA 98683

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, Customer hurt left knee on cart - bruising and swelling

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees….. As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

!C01067921.102-1978!

GK_0175

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Tina Cambell**
**1408 Northeast 151St Ave**
**Vancouver, WA 98684**
**360-601-4833**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Brittany.Herthel@Sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C01067921.102-1978!

GK_0176

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File

!C01067921.102-1978!

GK_0177

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone:  7ujk,m
Fax:  (877)498-8441

January 31, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:        Suzanne Lintwin
        Client:               The Kroger Co.
        Date of Loss:         12/27/2024
        Claim Number:         4A2412W8T7X-0001
        Location:             SPOKANE - SULLIVAN

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, Cust was exiting with a shopping cart but the cart check system locked up jerking the cust which cust said her right shoulder and neck hurt having trouble moving her shoulder

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees….. As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

!C03184691.342-1978!

GK_0178

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Suzanne Lintwin**
**7124 East 13Th Avenue**
**Spokane, WA 99212**


If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.
Cc:      File


!C03184691.342-1978!

GK_0179

!C03184691.342-1978!

GK_0180

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone:  (513)483-8719
Fax:  (877)498-8441

January 08, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:       Karen Martinez
       Client:              The Kroger Co.
       Date of Loss:        11/01/2025
       Claim Number:        4A2512PN2J5-0001
       Location:            TUMWATER
                            555 Trosper Rd S.W.  Tumwater, WA 98512

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM STATES THEY HAD REUSABLE BAGS, HAD NOT PURCHASED ANYTHING AND THE CART LOCKED UP WHEN THEY WERE LEAVING, RESULTING IN PAIN IN KNEE AND HIP

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



GK_0181

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees…..
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Karen Martinez**
**Po Box 1243**
**Tenino, WA 98589**
**Phone: 253-569-6395**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Iyona Bentley
Liability Claims Adjuster



GK_0182

(513)483-8719
Iyona.Bentley@sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.
Cc:       File



GK_0183

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax: (877)498-8441

July 30, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

| RE: | Claimant Name: | Kimberly Paulson |
|---|---|---|
| | Client: | The Kroger Co. |
| | Date of Loss: | 07/20/2025 |
| | Claim Number: | 4A2507NSJQ4-0001 |
| | Location: | BURLINGTON |
| | | 920 South Burlington Blvd  Burlington, WA 98233 |

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, Customer paid for groceries, while walking out, cart locked up and sudden stop caused her to injure her neck. No physical, seeking medical.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees….."

!C00403135.102-1978!

GK_0184

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Kimberly Paulson**
**4707 237Th St Sw**
**Mountlake Terrace, WA 98043**


If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C00403135.102-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:        File

!C00403135.102-1978!

GK_0186

**Sedgwick Claims Management Services, Inc.**
P O Box 14452
Lexington, KY 40512-4452



**sedgwick.**

Phone: (877)957-6137
Fax: (877)498-8441

November 07, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     **Claimant Name:**    Maria Bivian
         **Client:**    The Kroger Co.
         **Date of Loss:**    10/15/2024
         **Claim Number:**    4A2410RD0YJ-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS LEAVING THE STORE NEAR THE GROCERY/APPAREL FOYER. CM CLAIMS THE CART LOCKED UP ON HER, POPPED UP AND LANDED ON HER LEFT KNEE. DID NOT REPORT IMMEDIATELY

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates........from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."



*C0295324 9.342-1978*



GK_0187

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement-** "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement-** "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
Maria Bivian
4019 NE 94Th Street
Vancouver, WA 98665
(360)901-5380
MARIABIBIAN21@YAHOO.COM

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8716.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jermaine Gordon
Liability Claims Associate
(513)483-8716



 11/7/2024      4A2410RD0YJ0001      562024110710529



GK_0188

**Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..**

**We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.**

Cc:      File



    11/7/2024        4A2410RD0YJ0001          56202411071 0529

GK_0189

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax: (877)498-8441

January 20, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Barbara Adams
        Client:            The Kroger Co.
        Date of Loss:      12/14/2025
        Claim Number:      4A2512PMDJ3-0001
        Location:          ISSAQUAH
                           6100 E Lake Sammamish Pkwy SE  Issaquah, WA 98029

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM exiting doors near home dept when cart locked. CM claims jerking motion caused aggravation to pre-existing condition in neck. CM reported incident a week after it reportedly happened.

Please forward this matter to your insurance carrier.   In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees…..

!C01034883.102-1978!

GK_0190

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Barbara Adams**
**23800 Se Tiger Mountain Rd**
**Trlr 22**
**Issaquah, WA 98027**
**206-348-3048**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Brittany.Herthel@Sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C01034883.102-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:       File

!C01034883.102-1978!

GK_0192