# EXHIBIT 5

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

December 13, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Allison Cleman
        Client:           The Kroger Co.
        Date of Loss:     11/28/2024
        Claim Number:     4A24121J5V5-0001
        Location:         ELLENSBURG

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS EXITING STORE WITH CARTS. CART LOCKED UP ON THE CUSTOMER. LACERATION AND BRUISE TO UNKNOWN LEG

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship ***and*** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees….. As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

!C03092674.342-1978!

DEF FRED MEYER_000500

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Allison Cleman**
**(509)925-4015**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.
Cc:        File

!C03092674.342-1978!

**Sedgwick Claims Management Services, Inc.**
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**®

Phone: (877)957-6437
Fax: (877)498-8441

January 06, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Carmen Hoffmann
        Client:            The Kroger Co.
        Date of Loss:      11/26/2024
        Claim Number:      4A2411TCVMP-0001
        Location:          EAST WENATCHEE

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM GRABBED A SMALL CART AND WALKED INTO APPAREL, CM TURNED AROUND WITH SMALL CART TO SWITCH TO A LARGE CART AND CART LOCKED UP. UPPER BODY STRAIN, NECK, AND ARM STRAIN.

Please forward this matter to your insurance carrier.   In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."

!C03077924.342-1978!

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Carmen Hoffmann**
**1618 North Ashland Avenue**
**East Wenatchee, WA 98802**
**(509)741-0851**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C03077924.342-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File

!C03077924.342-1978!

DEF FRED MEYER_000504

**Sedgwick Claims Management Services, Inc.**
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**®

Phone: 7ujk,m
Fax: (877)498-8441

January 31, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

| RE: | Claimant Name: | Suzanne Lintwin |
|---|---|---|
| | Client: | The Kroger Co. |
| | Date of Loss: | 12/27/2024 |
| | Claim Number: | 4A2412W8T7X-0001 |
| | Location: | SPOKANE - SULLIVAN |

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, Cust was exiting with a shopping cart but the cart check system locked up jerking the cust which cust said her right shoulder and neck hurt having trouble moving her shoulder

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."

!C03184691.342-1978!

DEF FRED MEYER_000505

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Suzanne Lintwin**
**7124 East 13Th Avenue**
**Spokane, WA 99212**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C03184691.342-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:        File

!C03184691.342-1978!

DEF FRED MEYER_000507

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax:  (877)498-8441

January 20, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:      Tina Cambell
       Client:             The Kroger Co.
       Date of Loss:       12/31/2025
       Claim Number:       4A26010Y471-0001
       Location:           FISHERS LANDING
                           16600 SE Mcgillivray Blvd  Vancouver, WA 98683

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, Customer hurt left knee on cart - bruising and swelling

Please forward this matter to your insurance carrier.   In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....

!C01067921.102-1978!

6020260120005359

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Tina Cambell**
**1408 Northeast 151St Ave**
**Vancouver, WA 98684**
**360-601-4833**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Brittany.Herthel@Sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C01067921.102-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:       File

!C01067921.102-1978!

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax: (877)498-8441

January 20, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Barbara Adams
        Client:            The Kroger Co.
        Date of Loss:      12/14/2025
        Claim Number:      4A2512PMDJ3-0001
        Location:          ISSAQUAH
                           6100 E Lake Sammamish Pkwy SE  Issaquah, WA 98029

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM exiting doors near home dept when cart locked. CM claims jerking motion caused aggravation to pre-existing condition in neck. CM reported incident a week after it reportedly happened.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."

!C01034883.102-1978!

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Barbara Adams**
**23800 Se Tiger Mountain Rd**
**Trlr 22**
**Issaquah, WA 98027**
**206-348-3048**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate
(513)483-5109
Brittany.Herthel@Sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

!C01034883.102-1978!

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:       File

!C01034883.102-1978!

6020260120005899

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

March 20, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:      Stephanie Tisby
        Client:             The Kroger Co.
        Date of Loss:       02/06/2023
        Claim Number:       4A23027YP2T-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM APPROACHED THE EXIT AND WAS STOPPED DUE TO AUTOMATIC LOCKS ON CARTS. CLAIMS WHEN THE WHEELS LOCKED UP SHE INJURED HER BACK AND LEFT ANKLE. CM HAS PRE-EXISTING BACK PROBLEMS.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



DEF FRED MEYER_000514

representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Stephanie Tisby**
**814 Taylor Lane Unit C**
**Olympia, WA 98506**


If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5188.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jessica Weisenberger



Liability Claims Representative
(513)483-5188
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



3-20-2023                                          4A23027YP2T0001

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick.**

Phone: (877)957-6437
Fax: (877)498-8441

May 25, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Juliana Proctor
        Client:            The Kroger Co.
        Date of Loss:      04/30/2023
        Claim Number:      4A230554225-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS EXITING STORE THROUGH STARBUCKS ENTRANCE WHEN CART LOCKED UP ON HER. CM INJURED LEFT SHOULDER FROM TRYING TO PUSH CART. CM UNABLE TO LIFT ARM.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates........from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



6-20-2023                                4A2305542250001                                          7020230620054939
                                                                                    DEF FRED MEYER_000517

2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Juliana Proctor**
**2946 S Webster**
**Seattle, WA 98108**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate



(513)483-5134

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



6-20-2023

4A2305542250001

70202306200054939

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**

Phone: (877)957-6437
Fax: (877)498-8441

July 14, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Young
        Client:    The Kroger Co.
        Date of Loss:    06/28/2023
        Claim Number:    4A23071K59F-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, Customer pushing a shopping cart inside the store with the baby in the cart. Customer indicated that the wheels locked up and the infant (8 months old) got jerked and hit his body on his back and the back of his neck on the back side of the seat in the buggy. Customer indicated she took the baby to the doctor indicated that there was nothing wrong.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from
suit with respect to injuries to seller's employees."

**Master Services Agreement-** "Vendor will indemnify and hold Kroger harmless from and against all suits,
proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or
incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for
damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of
Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement-** "Undersigned agrees to indemnify, defend and save harmless Kroger and its
directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's
purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or
willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger
shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents,
representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or
party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify
Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but
arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and
costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers.
Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance
carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to
deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows, :
**Young**
**4345 Andasio Loop Southeast**
**Port Orchard, WA 98366**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The
Kroger Co. in this claim, please contact me immediately at (513)483-5163.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to
this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this
information and other important areas relating to your privacy and data protection, please read our privacy
notice www.sedgwick.com.

Sincerely,
Sedgwick

Jordyn Garves
Liability Claims Associate
(513)483-5163



Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

August 28, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Sherri Boyd
        Client:            M701 Kroger West/Meyer Store #390 4505 South 19th Tacoma, WA 98405
        Date of Loss:      08/21/2023
        Claim Number:      4A2308PW77R-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS TRYING TO PUSH THE CART OUT HOME SIDE DOORS, CART LOCKED UP, CM HIT RIGHT SHIN ON BOTTOM OF CART, RESULTING IN A KNOT AND BRUISING.

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....



As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend, and save harmless Kroger and its directors.... paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees."

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, its employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Sherri Boyd**
**8101 83Rd Avenue Southwest Apt F2**
**Lakewood, WA 98498**
**(253)765-3127**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5127.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Thomasina Bohannon
Liability Claims Associate
(513)483-5127
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..



*C01086203.342-1978*

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:     File



DEF FRED MEYER_000525

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452


sedgwick.

Phone:  (877)957-6437
Fax:  (877)498-8441

September 21, 2023

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:      Melissa Nolen
       Client:             The Kroger Co.
       Date of Loss:       09/05/2023
       Claim Number:       4A230967ZW0-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM GONE THRU CHECK STAND 8 AND THE CART LOCKED UP CAUSING HER TO JERK FORWARD INJURING HER BACK

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates........from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees….."



As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Melissa Nolen**
**323 S Houston**
**East Wenatchee, WA 98802**
**(509)264-3990**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co.  in this claim, please contact me immediately at (513)483-5127.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Thomasina Bohannon
Liability Claims Associate
(513)483-5127
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..



DEF FRED MEYER_000527

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

January 30, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Tina Camden
        Client:            The Kroger Co.
        Date of Loss:      01/08/2024
        Claim Number:      4A24017MS59-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS PUSHING CART OUT AND IT LOCKED, INJURING RT ARM AND SHOULDER. CM'S COFFEE FELL ONTO HER GROCERIES.

Please forward this matter to your insurance carrier.   In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....



As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Tina Camden**
**10415 197Th Street East**
**Graham, WA 98338**
**(253)961-1643**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..



We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

April 12, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Florpina Akana
       Client:          The Kroger Co.
       Date of Loss:    04/06/2024
       Claim Number:    4A24045FHM7-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CART LOCKED UP ON THE CM AS THEY WERE PUSHING IT OUTSIDE THE STORE. WHEN THE CART STOPPED, IT STRUCK INTO THE LEFT SIDE OF THE CM'S CHEST. STRAIN TO LEFT SIDE OF CHEST

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates........from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."



4-12-2024                          4A24045FHM70001                    DEF FRED MEYER_000532

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Florpina Akana**
**9422 185Th Street Court East**
**Puyallup, WA 98375**
**SLORIEAKANA@GMAIL.COM**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8716.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jermaine Gordon
Liability Claims Associate
(513)483-8716



Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



4-12-2024                                          4A24045FHM70001                                    DEF FRED MEYER_000534

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

May 02, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Wick Conrad
        Client:            The Kroger Co.
        Date of Loss:      03/29/2024
        Claim Number:      4A2403Y6509-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

**More specifically, CM STATED THAT THE CART LOCKED UP AND CAUSED PAIN TO NECK AND SHOULDER BLADE.**

**NO CONTACT HAS BEEN MADE WITH THE CM AFTER SEVERAL ATTEMPTS.**

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship *and* the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Wick Conrad**
**33114 1St Place Sw**
**Federal Way, WA 98023**
**(253)391-0365**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8716.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jermaine Gordon
Liability Claims Associate
(513)483-8716



Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:    File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (513)483-8719
Fax: (877)498-8441

May 31, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

| RE: | Claimant Name: | Travis Bevan |
|---|---|---|
| | Client: | The Kroger Co. |
| | Date of Loss: | 05/09/2024 |
| | Claim Number: | 4A24058DD7S-0001 |
| | Location: | Fred Meyer Store No. 608, 915 Northwest 45th St., Seattle, WA  98107 |

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co.  by your company.

More specifically, CM CART LOCKED UP AND HE FELL HEADFIRST OVER SMALL SHOPPING CART, POSSIBLE BACK AND UNKNOWN WRIST STRAIN, ALSO  RECENT SURGERY TO UNKNOWN BODY PART

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and



2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees.....
As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Travis Bevan**
**Unknown**

,
**(701)371-6575**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Iyona Bentley
Liability Claims Representative
(513)483-8719



Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



5-31-2024                                    4A24058DD7S0001                     DEF FRED MEYER_000540

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick®**

Phone: (877)957-6437
Fax: (877)498-8441

June 19, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Lori Hardman
        Client:            The Kroger Co.
        Date of Loss:      06/09/2024
        Claim Number:      4A240698FTV-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, The customer was exiting the store through the third entry after completing a purchase at the self-checkout when her shopping cart locked up.  This caused the customer to strike her front torso against the handle of the shopping cart.  The customer complains of pain in her torso, stomach and ribs.  The customer declined first aid and medical assistance.  The customer reports she will seek medical treatment with her primary care provider.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



DEF FRED MEYER_000541

representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Lori Hardman**
**4821 168Th St Sw E205**
**Lynnwood, WA 98037**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5109.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Brittany Herthel
Liability Claims Associate



(513)483-5109

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick®

Phone: (877)957-6437
Fax: (877)498-8441

July 19, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Amy MacBeth
        Client:            The Kroger Co.
        Date of Loss:      04/29/2024
        Claim Number:      4A240504KSJ-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS GOING OUT AND CART LOCKED UP AND CM HIT HER RIGHT LEG/KNEE

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates........from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."



*C 0 2 0 7 8 0 3 8 . 3 4 2 - 1 9 7 8 *

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors….paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Amy MacBeth**
**12715 Northwest 47Th Avenue**
**Vancouver, WA 98685**
**(708)528-0942**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441.  Your attention to this matter will be greatly appreciated.  If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate
(513)483-5134
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..



We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:     File



7-19-2024                                                4A240504KSJ0001

DEF FRED MEYER_000546

Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



**sedgwick**®

Phone: (877)957-6437
Fax: (877)498-8441

November 07, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:    Maria Bivian
         Client:    The Kroger Co.
         Date of Loss:    10/15/2024
         Claim Number:    4A2410RD0YJ-0001

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS LEAVING THE STORE NEAR THE GROCERY/APPAREL FOYER. CM CLAIMS THE CART LOCKED UP ON HER, POPPED UP AND LANDED ON HER LEFT KNEE. DID NOT REPORT IMMEDIATELY

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees....."



DEF FRED MEYER_000547

As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Maria Bivian**
**4019 NE 94Th Street**
**Vancouver, WA 98665**
**(360)901-5380**
**MARIABIBIAN21@YAHOO.COM**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8716.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jermaine Gordon
Liability Claims Associate
(513)483-8716



Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:      File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (513)483-8719
Fax: (877)498-8441

November 24, 2024

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:    Claimant Name:     Cindy Grewell
       Client:           The Kroger Co.
       Date of Loss:     10/15/2024
       Claim Number:     4A2410H3GQQ-0001
       Location:         BURLINGTON

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM WAS TAKING GROCERIES OUT TO CAR, AFTER SHE WALKED DOWN THE RAMP INTO THE PARKING LOT, THE CART LOCKED UP AND CM RAN INTO CART AND FELL ON BOTH KNEES. PAIN AND SWELLING IN BOTH KNEES

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Cindy Grewell**
**19597 Skyridge Road**
**Mount Vernon, WA 98274**
**(360)708-8146**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Iyona Bentley



DEF FRED MEYER_000551

Liability Claims Representative
(513)483-8719
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.
Cc:      File



Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (877)957-6437
Fax: (877)498-8441

July 30, 2025

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:      Claimant Name:      Kimberly Paulson
         Client:            The Kroger Co.
         Date of Loss:      07/20/2025
         Claim Number:      4A2507NSJQ4-0001
         Location:          BURLINGTON
                            920 South Burlington Blvd  Burlington, WA 98233

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, Customer paid for groceries, while walking out, cart locked up and sudden stop caused her to injure her neck. No physical, seeking medical.

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement-** "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:
**Kimberly Paulson**
**4707 237Th St Sw**
**Mountlake Terrace, WA 98043**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5134.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick

Jenna Plummer
Liability Claims Associate



(513)483-5134

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Cc:     File



7-30-2025                                    4A2507NSJQ40001                          DEF FRED MEYER_000555

Kroger
P O Box 14452
Lexington, KY 40512-4452



Phone: (513)483-8719
Fax: (877)498-8441

January 08, 2026

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610

RE:     Claimant Name:     Karen Martinez
        Client:            The Kroger Co.
        Date of Loss:      11/01/2025
        Claim Number:      4A2512PN2J5-0001
        Location:          TUMWATER
                           555 Trosper Rd S.W.  Tumwater, WA 98512

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

More specifically, CM STATES THEY HAD REUSABLE BAGS, HAD NOT PURCHASED ANYTHING AND THE CART LOCKED UP WHEN THEY WERE LEAVING, RESULTING IN PAIN IN KNEE AND HIP

Please forward this matter to your insurance carrier.  In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co.  in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy.  If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates…….from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the



representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."

**Master Services Agreement**- "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement**- "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations: "**The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's contact information is as follows:

**Karen Martinez**
**Po Box 1243**
**Tenino, WA 98589**
**Phone: 253-569-6395**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-8719.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.

Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Sedgwick



Iyona Bentley
Liability Claims Adjuster
(513)483-8719
Iyona.Bentley@sedgwick.com
Sedgwick manages claims on behalf of Fred Meyer Stores, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.
Cc:      File



Sedgwick Claims Management Services, Inc.
P O Box 14452
Lexington, KY 40512-4452



sedgwick.

Phone: (877)957-6437
Fax: (877)498-8441

2/6/24

Gatekeeper Systems, Inc.
90 Icon
Foothill Ranch, CA 92610 USA

RE:    Claimant Name:    Jean Lubken
       Client:          The Kroger Co. #390, 4505 South 19th, Tacoma WA 98405
       Date of Loss:    12/23/23
       Claim Number:    4A2312Q4CZ0-0001 - LUBKEN, JEAN - 12/23/2023

To Whom It May Concern:

The above referenced claimant has filed a claim with The Kroger Co. for injuries/damages sustained resulting from an alleged product hazard arising from a product supplied to The Kroger Co. by your company.

**More specifically, shopping cart wheel locked up and caused customer to lose her balance and fall to the floor.**

Please forward this matter to your insurance carrier. In accordance with the Multiple Contractual Agreements that governs our business relationship **and** the insurance coverage which names The Kroger Co. as an additional insured, we look to and request that you communicate this information to the appropriate insurer as may be required, and that you respond to, indemnify, and further defend The Kroger Co. in this matter.

I would appreciate you advising the undersigned as to your decision on how you will be handling this matter, as well as the final outcome of any investigation or adjustment process of this claim immediately. There is in an implied duty to additional insureds of a liability policy. If you fail to promptly handle this matter, we may elect to make payment to the customer and recover the amount from your company. **As a convenience, we have included the indemnification language of our multiple agreements.**

**Expense Supply Agreement**- "Seller will protect, defend, indemnify and hold harmless Buyer, its subsidiaries and affiliates.......from and against any and all claims and actions (including those in strict liability,) demands, liabilities, losses, costs, and expenses (including attorney's fees,) including without limitation, liabilities arising from any actual or alleged injury to or death of any person, damage to any property, and any other damage or loss by whomever suffered including Seller's or buyer's agents or employees, resulting or claimed to result, directly or indirectly from 1) The products, including buyer's purchase, use, shipment, storage, delivery, sale, offering for sale, or handling of the Products, or 2) Seller's actual or alleged breach of any of the representations, warranties, guarantees or other terms and conditions contained herein except as to 1) and 2) above, if such liability is caused by the sole negligence or willful misconduct of buyer or its employees..... As to any claims made against Buyer, Seller expressly waives any insulation from liability or immunity from suit with respect to injuries to seller's employees."



2-8-2024                                    4A2312Q4CZ00001

6020240208010128

DEF FRED MEYER_000559

**Master Services Agreement-** "Vendor will indemnify and hold Kroger harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments, and expenses asserted against Kroger or incurred by Kroger, arising out of or in connecting with (i) Vendor's of this agreement, (ii) any claims for damages to property or injuries to persons caused by or from the willful or negligent acts or omissions of Vendor Personnel, or (iii) any claim by any third party regarding or caused by the Services.

**Hold Harmless Agreement-** "Undersigned agrees to indemnify, defend and save harmless Kroger and its directors....paid or incurred or suffered by Kroger in connection with arising (out) of or related to Kroger's purchase, use, sale, or offering for sale the items, except if such accident is caused by the sole negligence or willful misconduct of buyer or its employees"

**Attachment D, Section 7.1 regarding Arizona Locations:** "The Vendor's duty to defend and indemnify Kroger shall not be compromised, modified, or reduced by partial negligence of Kroger, it's employees, agents, representatives, invitees, guests, customers, licensees, vendors, or subcontractors, or any other entity or party. Rather, under the terms described above, the Vendor is required to completely defend and indemnify Kroger. Such duty is not dependent upon a final determination by any arbitrator, judge, or trier of fact, but arises immediately upon the receipt of notice from Kroger, or any authorized representative. All fees and costs of defense and indemnity as provided above shall be borne by the Vendor and/or its insurance carriers. Kroger shall have the right to approve or reject counsel as retained by the Vendor and/or its insurance carrier. Such approval will not be unreasonably withheld. In addition, nothing herein shall be construed to deny Kroger the right to directly participate in the defense of any such claims at its sole cost and expense."

The claimant's attorney's contact information is as follows:

**Attorney Name: Joseph Lombino**
**Firm: Lombino Martino**
**Representing: Jean Lubken**
**Effective: 01/22/24**
**Address 1: 9315 Gravelly Lake Road SW**
**City: Lakewood**
**State: WA**
**Zip: 98499**
**Phone Number: 253-830-2700**

If you have any questions concerning the enclosed, or your organization's ability to indemnify and defend The Kroger Co. in this claim, please contact me immediately at (513)483-5186.

Lastly, I ask that you further acknowledge receipt hereof via facsimile to (877)498-8441 or email. Your attention to this matter will be greatly appreciated. If I can be of further assistance, please do not hesitate to contact me.



2-8-2024

4A2312Q4CZ00001

6020240208010128

DEF FRED MEYER_000560

Sedgwick manages claims on behalf of The Kroger Co..

Sincerely,
Sedgwick

Sedgwick manages claims on behalf of The Kroger Co..
Dennis Campbell
Claims Adjuster - Liability
Sedgwick Claims Management Services, Inc.
Phone: 800-314-1814 x35150
Fax: 877-498-8441
Dennis.Campbell@sedgwick.com

2-8-2024



4A2312Q4CZ00001

6020240208010128

DEF FRED MEYER_000561