IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE, ) | Civil Case No. 2:25-cv-05380-TMC |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF SAMUEL BEN** |
| v. ) | **BEHAR IN SUPPORT OF** |
| ) | **DEFENDANT THE KROGER CO.** |
| THE KROGER CO., a foreign corporation doing ) | **AND FRED MEYER STORES, INC.'S** |
| business in Washington state; and, FRED ) | **RESPONSE TO PLAINTIFF'S** |
| MEYER STORES, INC., a foreign corporation ) | **MOTION FOR SUMMARY** |
| doing business in Washington state, a/k/a ) | **JUDGMENT ON CAUSATION OF** |
| TACOMA-STEVENS FRED MEYER, ) | **INJURIES, NECESSITY OF MEDICAL** |
| GATEKEEPER SYSTEMS, INC., a foreign ) | **TREATMENT, AND** |
| corporation doing business in Washington ) | **REASONABLENESS OF MEDICAL** |
| state ) | **EXPENSES** |
| ) | |
| Defendants. ) | |

I, Samuel ben Behar, declare as follows:

1. I am one of the attorneys for The Kroger Co. and Fred Meyer Stores, Inc (hereinafter "FMS"). I make this Declaration in support of FMS' Response to Plaintiff's Motion for Summary Judgment on Causation of Injuries, Necessity of Medical Treatment, and Reasonableness of Medical Expenses.

2. This Declaration is based on personal knowledge, and I am competent to testify to the matters herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of Excerpts from the Deposition of Cloie Johnson, p. 16; lns. 1-7.

4. Attached hereto as **Exhibit B** is a true and correct copy of Email to counsel re:

Supplemental Disclosure with Report of Dr. Alan Brown, M.D., J.D.

**I HEREBY DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT**.

DATED this 29th day of June, 2026.

**CHOCK BARHOUM LLP**

Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
Address: 121 SW Morrison Street, Suite 500
Portland, OR 97204
Phone: (503) 223-3000
    Attorneys for Defendant The Kroger Co. and
    Fred Meyer Stores, Inc. dba Tacoma-Stevens
    Fred Meyer

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

          Plaintiff,

    v.

THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington State

          Defendants.

Civil Case No. 2:25-cv-05380-TMC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.

Additionally, I hereby certify that a true copy of the foregoing **DECLARATION OF SAMUEL BEN BEHAR IN SUPPORT OF DEFENDANT THE KROGER CO. AND FRED MEYER STORES, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION OF INJURIES, NECESSITY OF MEDICAL TREATMENT, AND REASONABLENESS OF MEDICAL EXPENSES** was served as stated below on:

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
*Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
    Fax #: (253) 620-6565
☒ By e-mail:
    rwilke@gth-law.com
    ileifer@gth-law.com

CERTIFICATE OF SERVICE
KRO224.0010

2:25-cv-05380-TMC

sishii-huffer@gth-law.com
sweger@gth-law.com
☒ By court eFiling Application to the extent registered

Francis S. Floyd
Skyler P. Urban
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
    *Attorneys for Defendant Gatekeeper Systems, Inc.*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #:
☒ By e-mail:
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
ecampbell@nwtrialattorneys.com
skatinas@nwtrialattorneys.com
☒ By court eFiling Application to the extent registered

*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 29th day of June, 2026.

**CHOCK BARHOUM** LLP

_____
Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
121 SW Morrison Street, Suite 500, Portland, OR
(503) 223-3000
    Attorneys for Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer