**In the Matter Of:**

LAROCQUE vs THE KROGER CO.

3:25-cv-05380-MJP

**CLOIE JOHNSON**

*May 27, 2026*



800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

_____
LINDA LAROCQUE,                    )
          Plaintiff,               )
v.                                 )No. 3:25-cv-05380-MJP
THE KROGER CO., a foreign          )
corporation doing business in )
Washington state; and FRED         )
MEYER STORES, INC., a foreign )
corporation doing business in )
Washington state, a/k/a            )
TACOMA-STEVENS FRED MEYER;         )
GATEKEEPER SYSTEMS, INC., a        )
foreign corporation doing          )
business in Washington state, )
          Defendants.              )
_____

DEPOSITION OF CLOIE JOHNSON
_____

10:00 a.m.
May 27, 2026

ESQUIRE
File #J14725056

Reported By:  Judy Robinson, CCR #2171



Q. Okay. You were not opining on the necessity of the medical treatment, correct?

A. That's correct. That was apparent within the records.

Q. Okay. And you're not opining on the causation of the injury, correct?

A. Correct.

Q. Okay. I think that is it for the first one and then I -- most of my questions are about this next report.

A. Okay.

Q. So the next report I have from you is dated February 23rd, 2026.

And in this one, you provide a life care plan, correct?

A. That's right.

Q. Okay. Can you explain to me kind of in broad terms what -- what is a life care plan?

A. So a life care plan is a tool of case management. It's looking at current and future medical treatment needs kind of like the medical bill review is a life care plan in reverse looking retrospectively. Life care plan coordination is identifying what's needed now and in the future based on what brings us together with the requisite input from the appropriate providers.



                    C E R T I F I C A T E

STATE OF WASHINGTON  )
                     )SS.
COUNTY OF KING       )


      I, Judith A. Robinson, Certified Court Reporter and
an officer of the Court under my commission as a Notary
Public, in and for the State of Washington, do hereby
certify that the foregoing deposition was transcribed
under my direction; that the transcript of the
deposition is a full, true and correct transcript to the
best of my ability; that I am neither attorney for, nor
a relative or employee of any of the parties to the
action or any attorney or Counsel employed by the
parties hereto, nor financially interested in its
outcome.

      IN WITNESS WHEREOF, I have hereunto set my hand and
affixed my official seal this 8th day of June, 2026.

                    *Judith A. Robinson*
      _____

                    Judith A. Robinson, Notary Public
                    in and for the State of Washington
                    residing at Seattle.
                    My Commission expires November 4,
                    2028.
                    CCR License #2171

