| | |
|---|---|
| **From:** | Heather Medwedeff <heather@chockbarhoum.com> |
| **To:** | Rob Wilke <rwilke@gth-law.com>, Ian Leifer <ileifer@gth-law.com>, Shane Ishii-Huffer <sishii-huffer@gth-law.com>, Sarah Weger <sweger@gth-law.com>, "Francis S. Floyd" <ffloyd@nwtrialattorneys.com>, Skyler Urban <surban@nwtrialattorneys.com>, Erin Campbell <ecampbell@nwtrialattorneys.com>, Sophia Katinas <skatinas@nwtrialattorneys.com>, "jheld@NWTrialAttorneys.com" <jheld@NWTrialAttorneys.com> |
| **Cc:** | "a5040417e+matter1805700019@maildrop.clio.com" <a5040417e+matter1805700019@maildrop.clio.com>, Sarah Tuthill-Kveton <sarah@chockbarhoum.com>, Samuel ben Behar <sam.behar@chockbarhoum.com>, Michelle Heilbrun <michelle.heilbrun@chockbarhoum.com> |
| **Date:** | 05/08/2026 2:22 PM |
| **Subject:** | Larocque v. The Kroger Co., et al 3:25-cv-05380-TMC |

2026.05.08_Defs Kroger & Fred Meyer 1st Supplemental Disclosure of Expert Testimony with Exhibits.pdf

Dear counsel,

Attached please find Defendants Kroger and Fred Meyer's Supplemental Disclosure of Expert Testimony with exhibits.

Thank you,

**Heather Medwedeff**
**Senior Legal Assistant**
**Direct:** (971) 302-6436
**Email:** heather@chockbarhoum.com |**Service Email:** e-service@chockbarhoum.com



**PORTLAND | TACOMA**

**Mailing/Location:**
121 SW Morrison Street, Suite 500
Portland, OR 97204
**Main:** (503) 223-3000 | **Fax:** (503) 954-3321

Website | vCard | LinkedIn |Facebook

PLEASE NOTE: We require any correspondence, pleadings or discovery that is sent electronically to be copied to our service email at e-service@chockbarhoum.com for electronic service to be accepted.

This message is intended only for the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to return the original message to the sender and delete all messages from your system.

P please consider the environment before printing this email