IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| LINDA LAROCQUE, | ) | Civil Case No. 3:25-cv-05380-TMC |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER DENYING** |
| v. | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT ON** |
| | ) | **CAUSATION OF INJURIES,** |
| THE KROGER CO., A FOREIGN | ) | **NECESSITY OF MEDICAL** |
| CORPORATION DOING BUSINESS IN | ) | **TREATMENT, AND** |
| WASHINGTON STATE; AND, FRED | ) | **REASONABLENESS OF MEDICAL** |
| MEYER STORES, INC., A FOREIGN | ) | **EXPENSES** |
| CORPORATION DOING BUSINESS IN | ) | |
| WASHINGTON STATE, A/K/A TACOMA- | ) | |
| STEVENS FRED MEYER, GATEKEEPER | ) | |
| SYSTEMS, INC., A FOREIGN | ) | |
| CORPORATION DOING BUSINESS IN | ) | |
| WASHINGTON STATE | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court on Plaintiff's Motion for Summary Judgment on Causation of Injuries, Necessity of Medical Treatment, and Reasonableness of Medical Expenses. The Court having considered the records and files and pleadings herein, and being otherwise fully advised, now, therefore:

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment on Causation of Injuries, Necessity of Medical Treatment, and Reasonableness of Medical Expenses is DENIED.

DATED THIS _____ day of _____, 2026.

_____
US DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:
**CHOCK BARHOUM LLP**

_____
Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
Address: 121 SW Morrison Street, Suite 500
Portland, OR 97204
Phone: (503) 223-3000
Attorneys for Defendant The Kroger Co. and
Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred
Meyer

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

    Plaintiff,

v.

THE KROGER CO., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE; AND, FRED MEYER STORES, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE, A/K/A TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE

    Defendants.

Civil Case No. 3:25-cv-05380-TMC

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION OF INJURIES, NECESSITY OF MEDICAL TREATMENT, AND REASONABLENESS OF MEDICAL EXPENSES** was served as stated below on:

| | |
|---|---|
| Robert C. Wilke<br>Gordon Thomas Honeywell, LLP<br>1201 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402<br>*Attorneys for Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>☐ Fax #: (253) 620-6565<br>☑ By e-mail:<br>rwilke@gth-law.com<br>ileifer@gth-law.com<br>sishii-huffer@gth-law.com<br>sweger@gth-law.com |

CERTIFICATE OF SERVICE - 1

3:25-cv-05380-TMC

|   | X | By court eFiling Application to the extent registered |
|---|---|---|

Francis S. Floyd
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
*Attorneys for Defendant*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
☐ Fax #: (206) 441-8484
☑ By e-mail:
  ffloyd@nwtrialattorneys.com
  surban@nwtrialattorneys.com
  ecampbell@nwtrialattorneys.com
  skatinas@nwtrialattorneys.com
X By court eFiling Application to the extent registered

*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 29th day of June, 2026.

**CHOCK BARHOUM LLP**

_____
Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
Address: 121 SW Morrison Street, Suite 500
Portland, OR 97204
Phone: (503) 223-3000
    Attorneys for Defendant The Kroger Co. and Fred
    Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

CERTIFICATE OF SERVICE - 2                    3:25-cv-05380-TMC