UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA LAROCQUE,

Plaintiff,

v.

THE KROGER CO., a foreign corporation
doing business in Washington state; and FRED
MEYER STORES, INC., a foreign corporation
doing business in Washington state, a/k/a
TACOMA-STEVENS FRED MEYER;
GATEKEEPER SYSTEMS, INC., a foreign
corporation doing business in Washington state,

Defendants.

NO. 3:25-cv-05380-MJP

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT

**ORDER**

THIS MATTER came before the Court on Plaintiff Linda LaRocque's Motion for Partial

Summary Judgment. The Court reviewed the records and files herein and the following material

submitted by the parties in support of or in opposition to Plaintiff's Motion:

1. Plaintiff's Motion for Partial Summary Judgment, and supporting declarations and

   exhibits;

2. Defendant Gatekeeper's Response in Opposition to Plaintiff's Motion for Partial

   Summary Judgement, and declarations and exhibits in opposition;

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 1

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

3. Defendant Kroger / Fred Meyers' Response to Plaintiff's Motion for Partial Summary Judgement, and declarations and exhibits in opposition;

4. Plaintiff's Reply; and

5. _____

HAVING reviewed the foregoing records and files, the Court finds that material issues of fact remain. The Court therefore denies Plaintiff's Motion for Partial Summary Judgment.

It is therefore **ORDERED**:

1. Plaintiff's Motion for Partial Summary Judgment is **DENIED**.

DONE IN OPEN COURT this ___ day of _____ 2026.

_____
Honorable Judge Tiffany M. Cartwright

Presented by:

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS, P.S.

By: _____
　　Francis S. Floyd, WSBA No. 10642
　　Skyler P. Urban, WSBA No. 58761
　　3101 Western Ave, Suite 400
　　Seattle, WA 98121
　　206-441-4455
　　ffloyd@nwtrialattorneys.com
　　surban@nwtrialattorneys.com
　　*Attorneys for Defendant Gatekeeper Systems, Inc.*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT - 2