UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA LAROCQUE,

Plaintiff,

v.

THE KROGER CO., a foreign corporation doing business in Washington state; and FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state,

Defendants.

NO. 3:25-cv-05380-MJP

DECLARATION OF SKYLER P. URBAN IN SUPPORT OF DEFENDANT GATEKEEPER SYSTEMS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I am over the age of 18 and am competent to testify to the matters set forth herein and I am one of the attorneys of record for Defendant Gatekeeper Systems, Inc. The facts set forth in this declaration are based on my personal knowledge.

1.     Attached as **Exhibit 1** are true and correct excerpts of Plaintiff's medical records from MultiCare Lakewood, bates throughout the exhibit as "MLC".

2.     Attached as **Exhibit 2** are true and correct excerpts of Plaintiff's medical records from MultiCare Orthopedic and Sports Medicine, bates throughout the exhibit as "MCO&SMM".

DECLARATION OF SKYLER P. URBAN IN SUPPORT OF DEFENDANT GATEKEEPER SYSTEMS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

FLOYD|PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

3.     Attached as **Exhibit 3** are true and correct excerpts of Plaintiff's medical records from MultiCare Health System, bates throughout the exhibit as "MHS".

4.     Attached as **Exhibit 4** are true and correct excerpts of Plaintiff's medical records from Anchor Physical Therapy, bates throughout the exhibit as "APT". Due to the volume of records, these records are not an exhaustive list of Plaintiff's routine treatment at Anchor Physical Therapy. Gatekeeper has selected a set of records that show the general timeline of Plaintiff's treatment.

5.     Attached as **Exhibit 5** are true and correct excerpts of Plaintiff's medical records from Accident & Injury Chiropractic, bates throughout the exhibit as "A&IC". Due to the volume of records, these records are not an exhaustive list of Plaintiff's routine treatment at Accident & Injury Chiropractic. Gatekeeper has selected a set of records that show the general timeline of Plaintiff's treatment.

6.     Attached as **Exhibit 6** are true and correct excerpts of Plaintiff's medical records from MultiCare, bates throughout the exhibit as "MC".

Dated this 29th day of June, 2026.

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS, P.S.

By: _____
Skyler P. Urban, WSBA No. 58761
3101 Western Ave, Suite 400
Seattle, WA  98121
206-441-4455
surban@nwtrialattorneys.com
*Attorney for Defendant Gatekeeper Systems, Inc.*

DECLARATION OF SKYLER P. URBAN IN SUPPORT OF DEFENDANT
GATEKEEPER SYSTEMS, INC.'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

DECLARATION OF SERVICE

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the State of Washington that on the below date, I delivered a true and correct copy of the foregoing via the method indicated below to the following parties:

| Robert C. Wilke<br>Ian M. Leifer<br>Gordon Thomas Honeywell, LLP<br>1201 Pacific Avenue, Ste. 2100<br>Tacoma, WA 98401<br>rwilke@gth-law.com<br>ileifer@gth-law.com | *Counsel for Plaintiff* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |
|---|---|---|
| John R. Barhoum<br>Sarah Tuthill-Kveton<br>Hanna R. Lukes<br>Samuel ben Behar<br>Chock Barhoum, LLP<br>121 SW Morrison St, Suite 500<br>Portland, OR 97204<br>john.barhoum@chockbarhoum.com<br>sarah@chockbarhoum.com<br>hanna.lukes@chockbarhoum.com<br>sam.behar@chockbarhoum.com | *Counsel for Defendants The Kroger Company and Fred Meyer Stores, Inc.* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |

DATED this 29th day of June, 2026.

*s/ Sophia E. S. Katinas*
Sophia E. S. Katinas, Legal Assistant

DECLARATION OF SKYLER P. URBAN IN SUPPORT OF DEFENDANT GATEKEEPER SYSTEMS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3