EXHIBIT 1

## 11/29/2022 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 268854659

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 11/29/2022 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Physical; Imm/Inj |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

**Home Address:** ▮▮▮▮▮▮

**SSN:** ▮▮▮▮▮

**Age:** 67 year old
**DOB:** ▮▮▮▮▮
**Sex:** female
**Marital Status:** Married

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

Telephone Information:
Home Phone — Not on file.
Work Phone — Not on file.
Mobile — 253-273-7247
**Employer:**
No address on file.

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | ▮▮▮▮▮ | | |
| | | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | MOLINA APPLE HEALTH | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | EM00003 |
| **Subscriber DOB:** | | **Ins ID#:** | 110057625187 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX PHARMACY DATA | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 99992170 |
| **Subscriber DOB:** | | **Ins ID#:** | 97684445410 |
| **Pt Relationship to Sub:** | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Visit date: 11/29/2022

## 11/29/2022 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 3:13 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaints

- Physical
- Imm/Inj, onset date 11/29/2022

### Visit Diagnoses

- **Annual physical exam (primary) [Z00.00]**
- Need for vaccination [Z23]
- Retinal tear of left eye [H33.312]
- Myofascial muscle pain [M79.18]
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.37]
- Essential hypertension, benign [I10]
- Diabetes mellitus without complication (Multi-HCC) [E11.9]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Level of Service

| Level of Service |
|---|
| **P PREVENTIVE VISIT,EST,AGE 40-64** |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/29/2022 8:30 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 11/29/2022

Page 882

Printed by 410815 at 7/17/25 3:13 PM
MLC_000921

## 11/29/2022 - Office Visit in Lakewood Family Practice (continued)

**Documents**

Patient Questionnaire and Intake - Medical Health History - Scan on 12/26/2022 0802: Patient Questionnaire and Intake - Medical Health History

Scan (below)

MultiCare

**Place Patient Label Here**

**Staff Use Only**

Patient Name:

**MAIN PROBLEMS / REASON FOR TODAY'S VISIT**

1. Yearly PT.
2. Knee hles - left
3. Eye - left

**FAMILY HISTORY** — IF ANY BLOOD RELATIVE HAS SUFFERED ANY OF THE FOLLOWING PLEASE CIRCLE THE NUMBER AND INDICATE WHICH RELATIVE

| | | | |
|---|---|---|---|
| 1. Epilepsy | 6. Thyroid Disease | 11. Osteoporosis | 16. Lipid Disorder |
| 2. Migraine | 7. Hayfever | 12. Arthritis | 17. Alcoholism |
| 3. Mental Ill | 8. Asthma | 13. Heart Disease | 18. Hepatitis |
| 4. Glaucoma | 9. Anemia | 14. Stroke | 19. Cancer |
| 5. Diabetes | 10. Bleeds Easily | 15. Hypertension | 20. |

**HOSPITAL ADMISSIONS** Not including

| YEAR | ILLNESS OR OPERATION | YEAR | ILLNESS OR OPERATION |
|---|---|---|---|
| | | | |

PT: 172930
LAROCQUE, LINDA J
DOB: 2/5/1958 (64 yrs)
SEX: female
CSN: 298854659

ENC#: 59933472 11/29/2022 8:30 AM
DEPT: Lakewood Family Practice
PROV: Rachel D Dawson, MD
PCP: Rachel D Dawson, MD
REF: No ref. provider found
ACC1: 0005663 Personal/Family
GUAR: Larocque, Steven J
MOLINA APPLE HEALTH
MOLINA APPLE HEALTH

ALLERGIES

| Vaccine | Year of Last | Test/Exam | Year of Last |
|---|---|---|---|
| Tetanus / Td | | Rectal/Stool | |
| Influenza (Flu) | | Cholesterol | |
| Pneumonia | | Eye | |
| Hepatitis | | | |
| Tuberculosis | | | |

**MEDICAL HISTORY** — Mark [C] for current problem. Mark [x] and indicate age when you had any of the following symptoms or diseases.

[ ] Decreased Hearing
[ ] Ringing in ears
[ ] Ear Infections – frequent
[ ] Dizzy Spells   [ ] Fainting Spells
[ ] Failing Vision   [C] Eye Pain
[ ] Double of Blurred Vision
[ ] Nose bleeds – recurrent
[ ] Sinus trouble
[ ] Sore Throats – frequent
[ ] Hoarseness – prolonged
[ ] Hayfever / Allergies
[ ] Pneumonia / Pleurisy
[ ] Bronchitis / Chronic Cough
[ ] Asthma / Wheezing
[ ] Shortness of Breath
[ ] on exertion   [ ] lying flat
[ ] Chest Pain
[ ] High Blood pressure
[C] Heart Murmur   [ ] Swollen Ankles
[ ] Irregular Pulse   [ ] Palpitations
[C] Leg Pain – When Walking
[ ] Varicose Veins / Phlebitis
[ ] Cold Numb Feet

[ ] Loss of Appetite – Recent
[ ] Difficulty Swallowing
[ ] Heartburn   [ ] Peptic Ulcer
[ ] Persistent Nausea / Vomiting
[ ] Abdominal Pain – Chronic
[ ] Gall Bladder Trouble
[ ] Jaundice / Hepatitis
[ ] Diarrhea   [ ] Constipation
[ ] Diverticulosis   [ ] Crohn's / Colitis
[ ] Bloody or Tarry Stools
[ ] Hemorrhoids   [ ] Hernia
**Urination – Overactive Bladder**
[ ] Overnight > Than Twice
[ ] More than 8 times / 24hrs
[ ] Urgency to Urinate [ ] with leakage
[ ] Decrease in force/flow [ ] Painful
[ ] Stress incontinence-urine leakage with exercise/movement
[ ] Blood in Urine
[ ] Kidney Stones
[ ] Urine Infections – frequent
[ ] Sexually Transmitted Diseases
[ ] Weight Loss   [ ] Gain – recent
[ ] Anemia   [ ] Bruise Easily
[ ] Blood Transfusions

[ ] Cancer   [ ] Chronic Fatigue
[ ] Diabetes   [ ] Thyroid Disease
[ ] Seizures   [ ] Stroke
[ ] Tremor / Hands Shaking
[ ] Numbness / Tingling Sensation
[ ] Headaches – Frequent
[C] Arthritis / Rheumatism
[C] Back Pain – Recurrent
[ ] Bone Fracture / Joint Injury
[ ] Osteoporosis
[ ] Foot Pain   [ ] Gout
[ ] Rashes   [ ] Hives
[ ] Psoriasis   [ ] Eczema
[ ] Sleeping or Concentration Difficulty
[ ] Depression   [ ] Nervousness
[ ] Agitation   [ ] Memory Loss
[ ] Moodiness   [ ] Suicidal Thoughts
[ ] Phobias   [ ] Mental Illness
[ ] Feeling of Worthlessness
[ ] Rheumatic Fever   [ ] Scarlet fever
[ ] Chicken Pox   [ ] Polio [ ] Mumps
[ ] Measles   [ ] German Measles
[ ] Tuberculosis   [ ] Herpes
[ ] AIDS / HIV

[ ] Alcohol _____ oz. per week
[ ] Coffee/Tea _____ cups per day
[ ] Smoking _____ cig/day _____ # years
   year quit _____
[ ] Exercise _____ ___ ___
[ ] Street Drugs _____
[ ] Acupuncture / Tattoos
Hair Loss: [ ] Progressive [ ] Recent
**Females – Please Complete**
Menstrual Flow:
[ ] Reg. [ ] Irreg. [ ] Pain/Cramps
Days of flow ___ Length of Cycle _____
Date – 1st Day of last Period _____
[ ] Pain / Bleeding during or after sex
Number of: Pregnancies _3_   Abortions _____
Miscarriages _____   Live Births _3_
Birth Control Method _____
B.C Pill (name) _____
[ ] Flushing / Menopause
Date of Last PAP Test _____
[ ] Normal   [ ] Abnormal
Date of Last Mammogram 11-2022
[X] Normal   [ ] Abnormal

**SYNOPSIS/ADDITIONAL NOTES**
Left eye - tear in back - had laser surgery
11-21-2022 @ Sound Retina

**REVIEWED BY** (Provider's Initials): __   Patient Signature: _____

887271-1 (2/08)

**Clinical Notes**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮   Legal Sex: F
Visit date: 11/29/2022

Page 883

Printed by 410815 at 7/17/25  3:13 PM
MLC_000922

## 11/29/2022 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

### Nursing Note by Destiny Garley, CMA at 11/29/2022 0830

| | | |
|---|---|---|
| Author: Destiny Garley, CMA | Service: — | Author Type: CERTIFIED MEDICAL ASSISTANT |
| Filed: 11/29/22 0838 | Encounter Date: 11/29/2022 | Status: Signed |
| Editor: Destiny Garley, CMA (CERTIFIED MEDICAL ASSISTANT) | | |

**Chief Complaint**

Patient presents with

- Physical

Additional Details: none

Medication list changes/discrepancies: Medication Comments documented by Janee Danielle M Maddox, MA on 9/14/2021 at 0858.
Not taking lotrisome cream or terbinafine
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Destiny Garley, CMA at 11/29/22 0838

### Progress Notes by Rachel D Dawson, MD at 11/29/2022 0830

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: — | Author Type: Physician |
| Filed: 11/29/22 1005 | Encounter Date: 11/29/2022 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Chief Complaint:
Patient presents for physical

History of Present Illness:

Patient reports she just had emergency laser eye surgery she had gone in for her routine diabetic eye examination and was noted to have the beginnings of a retinal tear which they tx w/ laser no problems with the surgery

She is having a hard time w/ balance due to her knee pain
Has to hold on to rails to go up stairs
Can't pick up grandkid who weighs 31 pounds
Can't carry some groceries due to fear of falling
She has not been able to exercise due to knee issues
She is seeing more back issues
Pain waking her up at night though falls asleep ok
Napping maybe 20 minutes in the afternoon
Wishes she could do more

denies sx of low or high blood sugars.
denies sx of  ha, numbness or tingling, cp, sob, palpitations, orthopnea, edema, doe.
Saw cardiologist and cleared for knee surgery

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 11/29/2022

Page 884

Printed by 410815 at 7/17/25  3:13 PM
MLC_000923

## 11/29/2022 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

She has now lost enough weight to have the surgery

**Patient Active Problem List**

Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- DOE (dyspnea on exertion)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia)
- PSVT (paroxysmal supraventricular tachycardia) (CMS/HCC)

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tablets by mouth every 6 hours as needed for pain. Chronic pain exempt | 160 Tablet | 0 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 0 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • rosuvastatin (CRESTOR) 10 mg Tab | Take 1 Tablet by mouth each evening. | 30 Tablet | 5 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 90 Tablet | 2 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓▓ Legal Sex: F
Visit date: 11/29/2022

Page 885

Printed by 410815 at 7/17/25  3:13 PM
MLC_000924

## 11/29/2022 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg into the skin once daily. | 6 mL | 5 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | 120 Tablet | 3 |
| • Insulin Pen Needle (PEN NEEDLES 31GX5/16") 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Omega 3 1200 MG Caps | Take 1 Units by mouth twice daily. | | |
| • zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps | Take 220 mg by mouth once daily. | | |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria) | 1 Each | 0 |
| • Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps | Take 2 Caps by mouth once daily. | 60 Cap | 11 |
| • Melatonin 5 MG Caps | Take 1 Cap by mouth once daily. | 100 Cap | 1 |
| • docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. | 60 Cap | 0 |
| • Cholecalciferol (VITAMIN D3) 1000 UNIT Tab | Take 10,000 Tablets by mouth once daily. | 500 Tab | 3 |
| • ASPIRIN 81 MG OR TABS | Take 81 mg by mouth once daily. | 30 | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
Visit date: 11/29/2022

Page 886

Printed by 410815 at 7/17/25  3:13 PM
MLC_000925

## 11/29/2022 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

No current facility-administered medications on file prior to visit.

**Immunization History**

| Administered | Date(s) Administered | Comments |
|---|---|---|
| • COVID-19 MRNA (MODERNA) 100 MCG/0.5 ML | 11/28/2021 | |
| • COVID-19 VACCINE, VECTOR-NR, RS-AD26 (JANSSEN, J&J) PF 0.5 ML | 04/09/2021 | |
| • H1N1 Influenza | 12/09/2009 | |
| • HEPATITIS B | 09/22/1999 | |
| • INFLUENZA IM NON-PF IIV3 | 09/15/2010 | |
| • | 10/20/2011 | |
| • | 11/20/2013 | |
| • | 11/25/2014 | |
| • INFLUENZA IM NON-PF ccIIV4 (FLUCELVAX) | 10/18/2018 | |
| • INFLUENZA IM PF 3 YEARS+ IIV4 | 10/05/2016 | |
| • INFLUENZA IM PF 3 YRS+ (FLULAVAL 6 MOS+) IIV4 | 10/17/2017 | |
| • INFLUENZA IM PF 6 MOS+ IIV4 | 10/10/2019 | |
| • | 08/29/2020 | |
| • | 10/14/2021 | |
| • INFLUENZA IM PF CCIIV4 (FLUCELVAX) | 10/18/2018 | |
| • INFLUENZA IM ccIIV3 | 11/11/2015 | |
| • INFLUENZA INJECTION | 11/22/1999 | |
| • | 10/09/2000 | |
| • | 10/16/2001 | |
| • | 12/20/2005 | |
| • | 12/04/2007 | |
| • | 09/16/2009 | |
| • | 09/15/2010 | |
| • | 10/20/2011 | |
| • | 11/21/2012 | |
| • | 11/20/2013 | |
| • | 11/25/2014 | |
| • MMR | 10/10/2019 | |
| • PNEUMOCOCCAL POLYSACCHARIDE | 12/04/2007 | |
| • TDAP (ADACEL, BOOSTRIX) ADULT STATE SUPPLIED | 03/01/2019 | |
| • TETANUS | 01/01/1994 | |
| • Tdap | 09/16/2009 | |
| • | 03/01/2019 | |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮ Legal Sex: F
Visit date: 11/29/2022

Page 887

Printed by 410815 at 7/17/25 3:13 PM
MLC_000926

**11/29/2022 - Office Visit in Lakewood Family Practice (continued)**

**Clinical Notes (continued)**

- Tdap (Adacel, Boostrix)          03/01/2019
- ZOSTER RECOMBINANT          03/01/2019
  VACCINE (SHINGRIX)
-                                              05/19/2019

Past Medical History, Social History and Family history reviewed.
See respective modules.

      Review Of Systems
see scanned form which was reviewed with the patient, the checked boxes were noted and the boxes left unmarked
were confirmed negative.
PHYSICAL EXAMINATION:
BP 114/71 | Pulse 70 | Temp (Src) 96.6 (Temporal) | Resp 16 | Ht 5' 6.142"[measured[ (1.68 m) | Wt 247 lb (112.038
kg) | SaO2 99% | LMP 09/14/2009

General appearance: healthy, alert, coherent, oriented normally, no acute distress
Skin: Skin color, texture, and turgor normal. No rashes or lesions.
Head: Normocephalic. No masses, lesions, tenderness or abnormalities.
Eyes: Conjunctivae/corneas clear.
Ears: External ears normal. Canals clear. TMs normal.
Nose/Sinuses: Nares normal. Septum midline. Mucosa normal. No drainage or sinus tenderness.
Oropharynx: Lips, mucosa, tongue and NP normal. Teeth and gums normal.
Neck: Supple. No adenopathy. Thyroid symmetric, normal size, no palpable nodules.
Back: Back symmetric, no curvature. ROM normal. No costovertebral angle tenderness.
Lungs: Good diaphragmatic excursion. Lungs CTA. No wheezes, rales, or rhonchi.
Heart: PMI normal. No lifts, heaves, or thrills. RRR. No murmurs, gallops or rubs.
Breasts: Inspection negative. No nipple abnormalities. No masses. Axillae normal.
Abdomen: Abdomen soft, non-tender. BS normal. No masses, organomegaly or scars
foot nl pulses, hammer toe deformities, no redness or swelling, nl rom ankle, no pain with resistance rom, neg ant
drawer sign, no tenderness with compression metatarsal heads or with palpation foot
Nl monofilament exam
Extremities: Extremities normal. No deformities, edema, or skin discoloration.
Musculoskeletal: Spine ROM normal but w/ discomfort, has to bend knees to touch toes. Muscular strength intact.
Joints grossly normal. Some discomfort w/ palpation low back area
Hip romi no pain
Knee painful rom, no redness
Peripheral pulses: nl carotid, femoral, radial, and pedal pulses
Neuro: Alert. Oriented x4., No obvious motor/sensory deficit.
Pelvic: done by gyn
Rectal:  Current colonoscopy
Ms smiling cheerful
ASSESSMENT/PLAN:

Annual physical

mammo reviewed

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                                      MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
5700 100th St SW                      Visit date: 11/29/2022
LAKEWOOD WA 98499-2767

Page 888                                                              Printed by 410815 at 7/17/25  3:13 PM
MLC_000927

**11/29/2022 - Office Visit in Lakewood Family Practice (continued)**

**Clinical Notes (continued)**

(Z23) Need for vaccination  (primary encounter diagnosis)
Comment:
Plan: P INFLUENZA VIRUS VACCINE, QUADRIVALENT
      (CCIIV4),  0.5 ML DOSAGE, IM USE, P
      IMMUNIZATION ADMIN, INFLUENZA


(H33.312) Retinal tear of left eye
Comment:
Plan:

(M79.18) Myofascial muscle pain
Comment:
Plan: REFERRAL TO PHYSICAL THERAPY


(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
Comment:
Plan: REFERRAL TO PHYSICAL THERAPY


(I10) Essential hypertension, benign
Comment:
Plan:

(E11.9) Diabetes mellitus without complication (CMS/HCC)
Comment:
Plan: P DIABETIC FOOT EXAM



GENERAL PHYSICAL:  Health risk factors including substance use, monthly sbe reviewed, exercise, seatbelt use,
and sexual behaviors reviewed with patient.  Nurse chaperone present for pelvic exam.
labs reviewed
Agreed w/ request for pt for back
Rachel D Dawson, MD



Electronically signed by Rachel D Dawson, MD at 11/29/22 1005


**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
   instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**ASPIRIN 81 MG OR TABS**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▉ Legal Sex: F
Visit date: 11/29/2022

Page 889

Printed by 410815 at 7/17/25  3:13 PM
MLC_000928

## 02/23/2021 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 211771754

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 2/23/2021 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Medication |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | |
|---|---|
| **Home Address:** ███████ | **Telephone Information:** |
| | Home Phone    Not on file. |
| **SSN:** ███████ | Work Phone    Not on file. |
| | Mobile    253-273-7247 |
| **Age:** 67 year old | **Employer:** |
| **DOB:** ███ (63 yrs) | No address on file. |
| **Sex:** female | |
| **Marital Status:** Married | |

**Primary Care Physician:** Rachel D Dawson, MD    **Employer Phone:**
**Referring Physician:**    **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | ███████ | | |
| | | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | MOLINA APPLE HEALTH | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | EM00003 |
| **Subscriber DOB:** | | **Ins ID#:** | 110057625187 |
| **Pt Relationship to Sub:** | Self | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX PHARMACY DATA | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 99992170 |
| **Subscriber DOB:** | | **Ins ID#:** | 97684445410 |
| **Pt Relationship to Sub:** | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 2/23/2021

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 3:14 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Medication

### Visit Diagnoses

- **Chronic pain syndrome (primary) [G89.4]**
- Diabetes mellitus without complication (Multi-HCC) [E11.9]
- Essential hypertension, benign [I10]
- Major depressive disorder, recurrent episode, moderate (CMS-HCC) [F33.1]
- NASH (nonalcoholic steatohepatitis) [K75.81]
- Obstructive sleep apnea (adult) (pediatric) [G47.33]
- Primary osteoarthritis involving multiple joints [M89.49]
- Disorder of lipoid metabolism [E78.9]
- Postmenopausal status [Z78.0]
- Encounter for mammogram to establish baseline mammogram [Z12.31]
- Vitamin D deficiency [E55.9]
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.37]
- Osteoarthritis of cervical spine, unspecified spinal osteoarthritis complication status [M47.812]
- Other diabetic neurological complication associated with type 2 diabetes mellitus (CMS/HCC) [E11.49]
- Hammer toes, bilateral [M20.41, M20.42]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Follow-up and Dispositions

Return in about 4 weeks (around 3/23/2021) for 30 minute.

## Level of Service

| Level of Service |
| --- |
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ████ Legal Sex: F
Visit date: 2/23/2021

Page 1399

Printed by 410815 at 7/17/25 3:14 PM
MLC_001438

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Call Information**

|  | Provider | Department | Center |
|---|---|---|---|
| 2/23/2021 8:00 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 2/23/2021

Page 1400

Printed by 410815 at 7/17/25 3:14 PM
MLC_001439

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Documents**

Patient Questionnaire and Intake - Medical Health History - Scan on 6/9/2021 1726: Patient Questionnaire and Intake - Medical Health History

Scan (below)

LAROCQUE, LINDA J 172930

mrn: 172930

Name: LINDA J. LAROCQUE   DOB: 02/09/1958   Date: 6-2-2021

What problem (s) are you being seen for today? _need to update_
Sleep apnea - issues

### Recent Symptom Experiences

- ☐ Weight loss
- ☐ Persistent Cough
- ☐ Chills
- ☒ Sweats ~ Pain
- ☐ Eye Drainage
- ☐ Eye Itchiness
- ☐ Stuffy nose
- ☐ Runny nose
- ☒ Loud Snoring

- ☐ Sinus drainage
- ☒ Palpitations SVT
- ☐ Lower extremity swelling
- ☐ Heart burn
- ☐ Nausea
- ☐ Vomiting
- ☐ Blood in the urine
- ☐ Waking to urinate

- ☐ Skin rash
- ☐ Itching
- ☒ Joint Pain — left knee
- ☒ Joint Swelling — left knee
- ☐ Excessive thirst
- ☐ Temperature intolerance
- ☐ Easy bruising
- ☐ Enlarged lymph node

### Past Medical History

Have you ever had, or been told you have the following (check all that apply)?

- ☐ Alpha 1 Antitrypsin Deficiency
- ☐ Allergies, Seasonal
- ☐ Allergies, Perennial (All year)
- ☐ Angina
- ☐ Chest Pain
- ☒ Heart rhythm Problem SVT card
- ☐ Asthma
- ☐ Bronchiectasis
- ☒ Cancer: Uterine 2009
- ☐ CVA (Stroke)
- ☐ Chest Trauma
- ☐ Chronic Bronchitis
- ☐ Chronic Sinusitis
- ☐ Congestive Heart Failure
- ☐ Connective Tissue Disease

- ☐ COPD
- ☐ Cystic Fibrosis
- ☐ Blood clots in the legs/DVT
- ☐ Blood clots in the lungs/PE
- ☒ Diabetes - pre
- ☐ Emphysema
- ☐ GE...
- ☐ Hepatitis _____
- ☒ High Blood Pressure - medication
- ☐ Interstitial Lung Disease
- ☐ Kidney Disease
- ☐ Liver Disease
- ☐ Heart Attack
- ☐ Whooping Cough
- ☒ Pneumonia 1992

- ☐ Tracheotomy
- ☐ Ventilator, Prior Support
- ☐ Pulmonary Artery Hypertension
- ☐ Pulmonary fibrosis
- ☐ Rheumatoid Arthritis
- ☐ Sarcoidosis
- ☒ Sleep Apnea 2015
- ☒ Snoring
- ☐ Lupus
- ☐ Thyroid Disease
- ☐ Tuberculosis
- ☒ Heart Valve Problem/ Murmur in septal chamber

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▇▇▇▇   Legal Sex: F
Visit date: 2/23/2021

**02/23/2021 - Office Visit in Lakewood Family Practice (continued)**

**Documents (continued)**

LAROCQUE, LINDA J 172930

## Past Surgical History

Please list all of your past/pending surgeries and procedures. Also include the year (s) it was performed.

| Surgery/Procedure | Year it was done | Surgery/Procedure | Year it was done |
|---|---|---|---|
| Rigid foot/Mortons | 1999 | | |
| Hysterectomy - Uterine Cancer | 2009 | | |

## Family Medical History

Are you adopted? __no__

Have any of your blood relatives had any of the following? If so, who?
- ☐ Alpha 1 Antitrypsin Deficiency _____
- ☐ Asthma_____
- ☐ Cancer (specify type)_____
- ☐ COPD_____
- ☐ Cystic Fibrosis_____
- ☐ Emphysema_____
- ☐ Blood clots in lungs/ Pulmonary Embolism_____
- ☐ Pulmonary Fibrosis_____
- ☐ Tuberculosis_____

## Social History

Marital Status (Please check one)

- ☒ Married
- ☐ Divorced
- ☐ Separated
- ☐ Widowed
- ☐ Domestic Partnership
- ☐ Single

What is your current occupation? _Retired_

What other types of work have you done? _Manager / Asst Restaurant T.Time (Rieus) Treasure House / Michaels_ _Teachers TA - Playground Housekeeping Nordstrom Beeline (400, overthere) Elementary school lunchroom supervisor_

Have you ever smoked cigarettes?

- ☒ No
- ☐ Yes, I've smoked in the past. Year started: _____ How many per day____ Quit? _____
- ☐ Yes, **I'm a current smoker**. How many years_____ How many per day_____

2

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮ Legal Sex: F
Visit date: 2/23/2021

Page 1402

Printed by 410815 at 7/17/25 3:14 PM
MLC_001441

**02/23/2021 - Office Visit in Lakewood Family Practice (continued)**

**Documents (continued)**

LAROCQUE, LINDA J 172930

## Social History Continued

Do you consume alcohol now?

☐ No

☒ Yes. If yes, typical intake per day _month 1-2 Beers_

If you do not consume alcohol now, did you in the past?

☐ If so, how much? _moderation_

Have you ever been exposed to (check all that apply):

| | | |
|---|---|---|
| ☐ Agriculture Work | ☐ Fen/Phen | ☐ Solvent |
| ☐ Asbestos | ☐ Fiberglass | ☐ Toxic Fumes |
| ☐ Beryllium | ☒ Hot Tub | ☐ Welding |
| ☐ Birds Type:_____ | ☐ Silica | ☐ Woodworking |

Where were you born? _____

Where have you lived? _____

List where and how long ago you have recently traveled:

_____

Do you have a living will or advance directive?   Yes   No

Do you have household pets or outside animals?  (Yes)  No  If yes, what kind: _Dogs_____

## Imaging History

Have you ever had a chest X-Ray? _____If yes, when and where:

_____

Have you ever had a chest CT scan? _____ If yes, when and where:

_____

3

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 2/23/2021

Page 1403

Printed by 410815 at 7/17/25  3:14 PM
MLC_001442

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Documents (continued)**

LAROCQUE, LINDA J 172930

### Medications, Allergies and Immunizations

| Medication | Dosage | Frequency | Prescribing Doctor |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Allergic to | Reaction | Allergic to | Reaction |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Have you had the pneumonia shot? Yes     Date: ?
Have you had the flu vaccine? Yes     Date: Sept 2020
Have you had a TB skin test? Yes   Date: ?   Positive (Negative)

4

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮   Legal Sex: F
Visit date: 2/23/2021

Page 1404

Printed by 410815 at 7/17/25  3:14 PM
MLC_001443

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Documents (continued)**

LAROCQUE, LINDA J 172930

LINDA LAROCQUE
DOB 02/09/1958

## Your Medication List as of February 23, 2021 8:43 AM

ⓘ Always use your most recent med list.

**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Quantity: 15 Tab

Take 1 Tab by mouth three times a day as needed for anxiety.

**Aspirin** 81 MG Tabs
Quantity: 30

1 TABLET DAILY

**cholecalciferol** 25 MCG (1000 UNITS) Tabs
Commonly known as: VITAMIN D3
Quantity: 500 Tab

Take 6 Tabs by mouth once daily.

**clotrimazole-betamethasone** 1-0.05 % Lotn
Commonly known as: LOTRISONE
Quantity: 60 mL

Apply 1 application topically twice a day

**docusate sodium** 100 MG Caps
Commonly known as: Colace
Quantity: 60 Cap

Take 1 Cap by mouth twice daily.

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Quantity: 60 Cap

Take 1 Cap by mouth twice daily. Prior auth taking too long patient wishes to pay cash rather than do without

**Glucosamine Chondr 1500 Complx** Caps
Quantity: 60 Cap

Take 2 Caps by mouth once daily.

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Quantity: 90 Cap

Take 1 Cap by mouth once daily.

**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco
Quantity: 160 Tab

Take 1-2 Tabs by mouth every 6 hours as needed for pain. Chronic pain exempt

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Quantity: 120 Tab

Take 1 Tab by mouth three times a day as needed for itching/pruritis.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Quantity: 90 Tab

Take 1 Tab by mouth once daily.

**Melatonin** 5 MG Caps
Quantity: 100 Cap

Take 1 Cap by mouth once daily.

**metformin** 500 MG Tabs
Commonly known as: Glucophage
Quantity: 90 Tab

Take 1 Tab by mouth once daily.

5

Linda J. Larocque (MRN: 172930) (CSN: 211771754) • Printed by [2217] at 2/23/21 8:43 AM          Page 4 of 5  **Epic**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▉▉▉▉   Legal Sex: F
Visit date: 2/23/2021

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Documents (continued)**

LAROCQUE, LINDA J 172930

Linda LAROCQUE
DOB 02/09/1958

### Your Medication List (continued) as of February 23, 2021 8:43 AM

| | |
|---|---|
| **\* OTHER**<br>Quantity: 1 Each | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. |
| **\* OTHER**<br>Quantity: 1 Each | cpap equipment new mask and new hose<br>Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago |
| **pravastatin** 40 mg Tabs<br>Commonly known as: Pravachol<br>Quantity: 90 Tab | Take 1 Tab by mouth each evening. |
| **verapamil** 240 MG Tbcr<br>Commonly known as: CALAN SR<br>Quantity: 90 Tab | Take 1 Tab by mouth once daily. |

LL

**MULTICARE LAKEWOOD CLINIC**
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 2/23/2021

Page 1406

Printed by 410815 at 7/17/25 3:14 PM
MLC_001445

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Documents (continued)**

**External Summary of Care - Scan on 6/9/2021 1729: External Summary of Care**

Scan (below)

LAROCQUE, LINDA J 172930

3/9/2021          MyChart - Health Summary

Name: Linda J Larocque | DOB: 2/9/1958 | MRN: 172930 | PCP: Rachel D Dawson, MD

## Health Summary

## Current Health Issues

Please review your health issues and verify that the list is up to date. **Call 911 if you have an emergency.**

| | | |
|---|---|---|
| **Essential hypertension, benign**<br>Added 6/7/2000 | **Chondromalacia of patella** | **Plantar fascial fibromatosis** |
| **Lesion of plantar nerve** | **Osteoarthritis** | **NASH (nonalcoholic steatohepatitis)**<br>Added 10/12/2004 |
| **Diabetes mellitus without complication**<br>Added 9/20/2005 | **Unspecified vitamin D deficiency**<br>Added 10/20/2011 | **Degeneration of lumbar or lumbosacral intervertebral disc**<br>Added 11/29/2011 |
| **Major depressive disorder, recurrent episode, moderate**<br>Added 11/29/2011 | **Disorder of lipoid metabolism**<br>Added 2/21/2012 | **Other constipation**<br>Added 11/30/2012 |

https://mychart.multicare.org/MyMultiCare/inside.asp?mode=snapshot&printmode=true      1/14

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮ Legal Sex: F
Visit date: 2/23/2021

Page 1407

Printed by 410815 at 7/17/25 3:14 PM
MLC_001446

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Documents (continued)**

LAROCQUE, LINDA J 172930



3/9/2021 · MyChart - Health Summary · LINDA LAROCQUE DoB 2/9/958

| Myofascial muscle pain Added 2/1/2013 | Chronic pain Added 12/24/2014 | Obstructive sleep apnea (adult) (pediatric) Added 7/23/2015 |
|---|---|---|
| Type 2 diabetes mellitus without complication Added 12/10/2015 | Hammer toes, bilateral Added 12/13/2016 | Bilateral carpal tunnel syndrome Added 12/13/2016 |

2

**MULTICARE LAKEWOOD CLINIC**
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: █ Legal Sex: F
Visit date: 2/23/2021

Page 1408

Printed by 410815 at 7/17/25 3:14 PM
MLC_001447

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Documents (continued)**

LAROCQUE, LINDA J 172930

LINDA
LAROCQUE   DOB  02/09/1958

### Allergies as of 2/23/2021

| | Reaction Type |
|---|---|
| Actos [pioglitazone Hydrochloride] | Side Effect |
| Codeine Camsylate | |
| Crestor [rosuvastatin Calcium] | Side Effect |
| Effexor [venlafaxine] | Intolerance |
| Lipitor [atorvastatin Calcium] | |
| Paxil [paroxetine Hydrochloride] | Intolerance |
| Prozac [fluoxetine Hcl] | Intolerance |
| Voltaren [diclofenac Sodium] | |
| Zoloft [sertraline Hcl] | Intolerance |
| Zocor [simvastatin] | Side Effect |

### MyChart Activation

MyChart is your free online resource to schedule your appointments, see your test results, review and refill your medications, get trusted health advice, contact your provider, pay bills, and do so much more.  Go to
https://mychart.multicare.org/mymulticare/
and sign in today.

Need help with MyChart?  Visit MyChart at https://mychart.multicare.org/mymulticare/

3L

Linda J. Larocque (MRN: 172930) (CSN: 211771754) • Printed by [2217] at 2/23/21  8:43 AM         Page 3 of 5  **Epic**

---

**Clinical Notes**

### Progress Notes by Rachel D Dawson, MD at 2/23/2021 0800

| Author: Rachel D Dawson, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 02/23/21 0954 | Encounter Date: 2/23/2021 | Status: Signed |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 2/23/2021

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Editor: Rachel D Dawson, MD (Physician)

Linda J Larocque is 63 yo here for chronic medical conditions:

1.   Pt has been taking cymbalta for chronic pain from spinal arthritis and dm neuropathy as well as depression and hoarding disorder - she can tell a difference when she takes it to the point she has paid cash rather than do without it when insurance gives her push back

2.  Fu chronic pain from spinal arthritis myofascial muscle pain
She is going to chiropractor for adjustments and it is helping
Cont to have pain neck and her left low back area and left lateral hip has been more painful since the fall 11/2019
Saw back specialist but does not want surgery but would like PT at this time
She recognizes she has not been doing hep like she should
15 minutes on the glider at home only, feels she is out of shape and is disappointed she has not lost weight
Also when doing some lifting at home in reorganizing heavy boxes flared her low back left hip area 11/2020 and has not recovered
Walking up stairs at night is painful
She has to pace herself to get stuff done

Hoarding disorder - has been able to get rid of stuff this year - this seems much better

Left knee pain w/ certain movements medial aspect only knows will get better if she can lose weight

**Patient Active Problem List**
Diagnosis
- Essential hypertension, benign denies sx of  ha, numbness or tingling, cp, sob, palpitations, orthopnea, edema, doe.
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)  Due for labs
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC) - hard living w/ spouse her main issues are her marriage.  His life is the tv phone computor he does not spend time w/ her and he is just really unpleasant   They are putting off plans to move.  They are trying to  Work on the house but it has been hard.  She has tried to talk w/ him.  Expecting another grandchild.  Does not get along w/ her daughterinlaw.   Using the xanax when gets anxious.   Daughter is having a hyst for cancer
- Unspecified disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)  Last sleep study done 2015 by dr. clerc dx w/ severe osa and rx cpap  - she uses it but admits cpap machine is now 7 years old and is in bad condition
- Type 2 diabetes mellitus without complication (CMS/HCC)  denies sx of low or high blood sugars. Not checking her bs

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ████  Legal Sex: F
Visit date: 2/23/2021

Page 1410

Printed by 410815 at 7/17/25  3:14 PM
MLC_001449

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Weight stable
Has not been able to lose weight
denies sx of low or high blood sugars.
Last dm eye exam June 2020 in auburn at cascade eye and skin
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Cap by mouth twice daily. Prior auth taking too long patient wishes to pay cash rather than do without | 60 Cap | 0 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tab by mouth three times a day as needed for anxiety. | 15 Tab | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tabs by mouth every 6 hours as needed for pain. Chronic pain exempt | 160 Tab | 0 |
| • metformin (GLUCOPHAGE) 500 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 0 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 0 |
| • pravastatin (PRAVACHOL) 40 mg Tab | Take 1 Tab by mouth each evening. | 90 Tab | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tab by mouth once daily. | 90 Tab | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tab by mouth three times a day as needed for itching/pruritis. | 120 Tab | 0 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Cap by mouth once daily. | 90 Cap | 0 |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Lotion | Apply 1 application topically twice a day | 60 mL | 10 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each | 0 |
| • Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR | Take 2 Caps by mouth once daily. | 60 Cap | 11 |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ██████  Legal Sex: F
Visit date: 2/23/2021

Page 1411

Printed by 410815 at 7/17/25  3:14 PM
MLC_001450

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| 1500 COMPLX) Caps | | | |
| • Melatonin 5 MG Caps | Take 1 Cap by mouth once daily. | 100 Cap | 1 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. | 60 Cap | 0 |
| • Cholecalciferol (VITAMIN D3) 1000 UNIT Tab | Take 6 Tabs by mouth once daily. | 500 Tab | 3 |
| • ASPIRIN 81 MG OR TABS | 1 TABLET DAILY | 30 | 0 |

No current facility-administered medications on file prior to visit.

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above
**Vitals:**

| | 02/23/21 0759 |
|---|---|
| BP: | 124/70 |
| Pulse: | 88 |
| Resp: | 12 |
| Temp: | 96.7 °F (35.9 °C) |
| Weight: | 272 lb 12.8 oz (123.7 kg) |
| Height: | 5' 9" (1.753 m) |

general no acute distress
Heent: perrl, sclera anicteric, no matting, nares clear discharge, pale turbinates, canals clear, tm's nl, oropharynx with postnasal drainage noted but without exudates or erythema
Neck: no abnl la, or tmg, no nuchal rigidity
Lungs: cta, no rales, wheezes, or ronchi, no use of assessory muscles of respiration
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
ext: without edema
skin: without rashes
Abd: soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
mental status: + vegetative signs of depression, no suicidal ideation
foot nl pulses, hammer toes bilaterally deformity, no redness or swelling, nl rom ankle, no pain with resistance rom, neg ant drawer sign, no tenderness with compression metatarsal heads or with palpation foot
Nl monofilament exam but subj numbness both feet

(G89.4) Chronic pain syndrome (primary encounter diagnosis)
Comment:
Plan:

(E11.9) Diabetes mellitus without complication (CMS/HCC)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 2/23/2021

Page 1412

Printed by 410815 at 7/17/25 3:14 PM
MLC_001451

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Comment:
Plan: O CBC WITH DIFF, O COMPREHENSIVE METABOLIC
    PANEL, O LIPID PANEL, O HEMOGLOBIN A1C, O
    MICROALBUMIN UR RANDOM, P DIABETIC FOOT EXAM


(I10) Essential hypertension, benign
Comment:
Plan:

(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
Comment:
Plan:

(K75.81) NASH (nonalcoholic steatohepatitis)
Comment:
Plan: O COMPREHENSIVE METABOLIC PANEL


(G47.33) Obstructive sleep apnea (adult) (pediatric)
Comment:
Plan: REFERRAL TO SLEEP MEDICINE


(M89.49) Primary osteoarthritis involving multiple joints
Comment:
Plan:

(E78.9) Disorder of lipoid metabolism
Comment:
Plan: O LIPID PANEL


(Z78.0) Postmenopausal status
Comment:
Plan: O DEXA BONE DENSITY STUDY


(Z12.31) Encounter for mammogram to establish baseline mammogram
Comment:
Plan: O MAM SCREENING BILATERAL DIGITAL


(E55.9) Vitamin D deficiency
Comment:
Plan: O VITAMIN D25 HYDROXY


(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: ███████ Legal Sex: F
5700 100th St SW            Visit date: 2/23/2021
LAKEWOOD WA 98499-2767

Page 1413                                    Printed by 410815 at 7/17/25  3:14 PM
                                             MLC_001452

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Comment:
Plan: REFERRAL TO PHYSICAL THERAPY


(M47.812) Osteoarthritis of cervical spine, unspecified spinal osteoarthritis complication status
Comment:
Plan: REFERRAL TO PHYSICAL THERAPY


(E11.49) Other diabetic neurological complication associated with type 2 diabetes mellitus (CMS/HCC)
Comment:
Plan:

(M20.41, M20.42) Hammer toes, bilateral
Comment:
Plan:

Agreed to rf for pt
labs ordered and new orders based on results.
mammo and dexa ordered
Recheck in 1 mo
rf to sleep specialist
Encouraged pt to spend more time w/ kids and grandkid
Her husband's actions are out of her control but she can choose to do activities and be w/ people who support her

Rachel D Dawson, MD


Electronically signed by Rachel D Dawson, MD at 02/23/21 0954


**Nursing Note by Sarah A Tryon, LVN/LPN at 2/23/2021 0800**

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 02/23/21 0807 | Encounter Date: 2/23/2021 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

## Chief Complaint
Patient presents with

- Medication


Additional Details:here For Follow up on cymbalta States She Did Not Do Well With Just One cymbalta

Medication list changes/discrepancies: Yes, reviewed
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███  Legal Sex: F
Visit date: 2/23/2021

Page 1414

Printed by 410815 at 7/17/25 3:14 PM
MLC_001453

## 02/23/2021 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 02/23/21 0807

---

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

**ASPIRIN 81 MG OR TABS**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/20/2005 |
| Start date: 12/20/2005 | End date: 2/9/2023 |
| Informant: Self | Quantity: 30 |
| Refill: 0 | |

**Cholecalciferol (VITAMIN D3) 1000 UNIT Tab**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 10,000 Tablets by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 9/24/2012 |
| Start date: 9/24/2012 | End date: 2/9/2023 |
| Quantity: 500 Tab | |

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine M Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Free Text Medication Entry (OTHER)**

| | |
|---|---|
| Discontinued by: Sarah A Tryon, LVN/LPN | Discontinued on: 10/14/2021 |
| Reason for discontinuation: Reorder | |
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/13/2016 |
| Start date: 12/13/2016 | End date: 10/14/2021 |
| Quantity: 1 Each | Refill: No refills remaining |

**Melatonin 5 MG Caps**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

**Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▇▇▇ Legal Sex: F
Visit date: 2/23/2021

Page 1415

Printed by 410815 at 7/17/25 3:14 PM
MLC_001454

## 12/24/2019 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**      **MRN:** 172930
                                          **CSN:** 173187810

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 12/24/2019 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Chronic Pain Management |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | ▮▮▮▮▮▮ | **Telephone Information:** |
| | | Home Phone    Not on file. |
| **SSN:** | ▮▮▮▮ | Work Phone    Not on file. |
| | | Mobile    253-273-7247 |
| **Age:** | 67 year old | **Employer:** |
| **DOB:** | ▮▮▮▮ (61 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD      **Employer Phone:**
**Referring Physician:**                             **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | ▮▮▮▮▮▮ | | |
| | | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | ZZZ REGENCE PPO PREFERRED | **Group Name:** | CITY OF TACOMA |
| **Subscriber Name:** | LAROCQUE,STEVEN J | **Group #:** | 10010327 |
| **Subscriber DOB:** | | **Ins ID#:** | ZLF995784670 |
| **Pt Relationship to Sub:** | Spouse | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX PHARMACY DATA | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 99992170 |
| **Subscriber DOB:** | | **Ins ID#:** | 97684445410 |
| **Pt Relationship to Sub:** | Self | | |

### Accident Information

| | |
|---|---|
| MULTICARE LAKEWOOD CLINIC | Larocque, Linda J |
| 5700 100th St SW | MRN: 172930, DOB: ▮▮▮▮    Legal Sex: F |
| LAKEWOOD WA 98499-2767 | Visit date: 12/24/2019 |

## 12/24/2019 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 3:14 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Chronic Pain Management

### Visit Diagnoses

- **Chronic pain syndrome (primary) [G89.4]**
- Myofascial muscle pain [M79.18]
- Obstructive sleep apnea (adult) (pediatric) [G47.33]
- Primary osteoarthritis involving multiple joints [M15.0]
- Diabetes mellitus without complication (Multi-HCC) [E11.9]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Level of Service

| Level of Service |
|---|
| **P OFFICE/OUTPT VISIT,EST,LEVL IV** |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/24/2019 9:00 AM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Nursing Note by Sarah A Tryon, LVN/LPN at 12/24/2019 0900

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 12/24/19 0918 | Encounter Date: 12/24/2019 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

## Chief Complaint

Patient presents with

- Chronic Pain Management

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ■■■ Legal Sex: F
Visit date: 12/24/2019

Page 1837

Printed by 410815 at 7/17/25 3:14 PM
MLC_001876

**12/24/2019 - Office Visit in Lakewood Family Practice (continued)**

**Clinical Notes (continued)**

Additional Details: here  For  Pain  Appointment

Medication list changes/discrepancies: Yes, reviewed
Allergy list changes/discrepancies : no9ne
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 12/24/19 0918

---

**Progress Notes by Rachel D Dawson, MD at 12/24/2019 0900**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: — | Author Type: Physician |
| Filed: 12/24/19 1155 | Encounter Date: 12/24/2019 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

**CHRONIC NON-CANCER PAIN MANAGEMENT (OPIOID ANALGESIA):**
**WA State Mandated Periodic review - Revised Nov 1, 2012**

**CNCP OVERVIEW**
-----------------------------------------------------------------------------*May Use In Problem List Overview*

Periodic 6 Month Review Date: 12/24/2019
Condition(s) for which opioid analgesic(s) have been prescribed:
(G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

Daily Maintenance opioid dose: hydrocodone 40 mg cymbalta 40 mg
Combined morphine equivalent dose: 40 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
-----------------------------------------------------------------------------*May Use in Problem List Overview*

**HPI**
**Reason For Visit**
Linda is a 56 year old female who presents in follow-up for management of chronic non-cancer pain.
Seeing chiropractor
Getting regular adjustments
She is doing exercises he has assigned - she also went to pt at his office and she showed her how to warm up the muscles and loosen them
Dr. verana
Told her her vertebra are crushed from an old injury
She does rom of her shoulders
Then stands up against the wall and with a towel rolls up and down the wall with her arms leaning into the wall

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▇▇▇▇  Legal Sex: F
Visit date: 12/24/2019

Page 1838

Printed by 410815 at 7/17/25  3:14 PM
MLC_001877

## 12/24/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Can't do steps as still having balance
Also does leg stretches
Crosses her legs over each other
Back muscles feel on fire
Struggles w/ gait balance due to knee arthritis
Can't have knee surgery
spouse is having to take early disability
She is looking to try to get some work to supplement their income
Does not think at this time she could stop meds
Can't get knee surgery until she loses weight

Was going to do noon but too much money $150
Ongoing issues w/ marriage
Spouse has ongoing issues w/ his health
Finances remain tight
She gets up at a set time, listens to joyce meyers each morning to deal w/ spiritual issues.  She is praying a lot and trusting God.

She usually takes about two norco in the am with the cymbalta, usually takes another 2 tabs in the am and at night again
Once pain med kicks in and her joints are not hurting as much ie back and knees and lower abdomen she is able to get up and go on with her day
Last fall was 2 weeks ago was outside feeding squirrels and tripped over uneven ground
Stairs are really difficult for her
She had to stop using the elliptical -
She is using the yoga for arthritis dvd 2-3 times per week

Biggest stressor - found out son's future wife dislikes her due to her hoarding which she feels is unfair and due to her "issues" with the house

**Etiology of Pain**
New diagnostic information regarding etiology of chronic pain condition? Yes chiropractic xrays of spine
Sites of pain, analgesia and functional assessment:peg 432
Change in global pain since last visit: unchanged

**Functional & Behavioral Assessment**
Activities that pain prevents, or significantly limits: see above.
Activities that treatment enables: she is able to care for her spouse, help with family and is looking for work
Behaviors suggestive of abuse or misuse of the prescribed opioids? No

**Rx Review**
Adverse Rx events such as cognitive or functional decline: No
Other opioid related side effects:none
Home storage of pain medication: kept in her purse which is always either in her possession or hidden in her closet.
Prescription Monitoring Program: No irregularities

**Adjunctive Therapies:**  none currently except for yoga and chiropractic care

## MEDICAL HISTORY

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ██████  Legal Sex: F
Visit date: 12/24/2019

Page 1839

Printed by 410815 at 7/17/25  3:14 PM
MLC_001878

## 12/24/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Common Co-Occuring Conditions**
History of sleep apnea? Yes on cpap
HIstory of depression or other psychiatic condition? Compliant w/ antidepressant and feels it is working - she is using the xanax to manage anxiety

**Patient Active Problem List**
Diagnosis
- BENIGN HYPERTENSION
- CHONDROMALACIA PATELLAE
- PLANTAR FASCIITIS
- PLANTAR NERVE LESION
- OSTEOARTHROS NOS-UNSPEC
- FATTY INFILTRATION LIVER
- DIABETES MELLITUS TYPE II-UNCOMPL
- Malignant neoplasm of corpus uteri, except isthmus
- LUMBAGO
- VITAMIN D DEFICIENCY NOS
- LUMB/LUMBOSAC DISC DEGEN
- RECURR DEPR PSYCHOS-MOD
- LIPOID METABOL DIS NOS
- Other constipation
- Myofacial muscle pain

Past Surgical History

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • **colonoscopy & polypectomy | | 2008, 2013 |
| *due in august 2013* | | |
| • P foot/toes surgery proc unlisted | | 1999 |
| *mortons neuroma right* | | |
| • H/o hysterectomy total | | 2009/11 |
| *uterine cancer stage 1aG1 w bso lnd* | | |

**History**
Social History
- Marital Status:                                   Married
  - Spouse Name:                               N/A
  - Number of Children:                       N/A
- Years of Education:                             N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:                                 Never Smoker

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 12/24/2019

Page 1840

Printed by 410815 at 7/17/25  3:14 PM
MLC_001879

## 12/24/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

- Smokeless tobacco:            Never Used
- Alcohol Use:            Yes

           *Comment: 1/mo*

- Drug Use:            No
- Sexual Activity:            Yes

           Partners:            Male

           Birth Control/ Protection:            Surgical

           *Comment: married monogamous, vas*

Other Topics            Concern

- Not on file

Social History Narrative

- No narrative on file

## ROS

Review Of Systems
Skin: Negative
Eyes: Negative
Ears/Nose/Throat: Negative
Respiratory: Negative
Cardiovascular: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Musculoskeletal: see hpi
Neurologic: Negative
Psychiatric: see hpi
Hematologic/Lymphatic/Immunologic: Negative
Endocrine: Negative

## OBJECTIVE
### Exam
**Vitals:**

|  | 12/24/19 0914 |
|---|---|
| BP: | 128/72 |
| Pulse: | 77 |
| Resp: | 14 |
| Temp: | 98.4 °F (36.9 °C) |
| Weight: | 268 lb 14.4 oz (122 kg) |
| Height: | 5' 5" (1.651 m) |

general no acute distress
Ms significant psychosocial stressors
neck romi
shoulder romi
ext elbow romi without discomfort
Knee romi but unable to stand on one leg for more than 5 seconds due to knee pain
wrist romi without discomfort
Back - romi

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓ Legal Sex: F
Visit date: 12/24/2019

Page 1841

Printed by 410815 at 7/17/25 3:14 PM
MLC_001880

## 12/24/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

neg straight leg sign
motor strength 5/5
sensation intact to light touch
gait normal without limp
heel walk nl
toe walk nl
spine straight
mental status: sx as in hpi but pt making positive plans

## Labs

**BUN**

| Date | Value | Range | Status |
|------|-------|-------|--------|
| 11/20/2014 | 18 | 8-24 mg/dL | Final |

**Creatinine**

| Date | Value | Range | Status |
|------|-------|-------|--------|
| 11/20/2014 | 0.77 | 0.6-1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Range | Status |
|------|-------|-------|--------|
| 11/20/2014 | 78 | >59 mL/min | Final |

**SGOT/AST**

| Date | Value | Range | Status |
|------|-------|-------|--------|
| 11/20/2014 | 22 | 5-40 IU/L | Final |

**Bilirubin total**

| Date | Value | Range | Status |
|------|-------|-------|--------|
| 11/20/2014 | 0.7 | 0.2-1.4 mg/dL | Final |

**Bilirubin total**

| Date | Value | Range | Status |
|------|-------|-------|--------|
| 4/5/2007 | 0.8 | 0.2 - 1.4 mg/dL | Final |

**Bili conjugated(dir)**

| Date | Value | Range | Status |
|------|-------|-------|--------|
| 5/6/2008 | 0.2 | 0.0 - 0.5 mg/dL | Final |

**Amphetamine scr ur (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | Negative ( <1000 ng/mL) |

**Barbiturate scr ur (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | Negative ( <300 ng/mL) |

**Benzodiazepin scr ur (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | **Positive** ( >=300 ng/mL) |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▬▬▬▬ Legal Sex: F
Visit date: 12/24/2019

Page 1842

Printed by 410815 at 7/17/25 3:14 PM
MLC_001881

## 12/24/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Cocaine metabol ur (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | Negative ( <300 ng/mL) |

**Opiate scr urine (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | **Positive** ( >=300 ng/mL) |

**Phencyclidine scr ur (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | Negative ( <25 ng/mL) |

**Cannabinoid scr ur (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | Negative ( <50 ng/mL) |

**Tricyclics ur (no units)**

| Date | Value |
|------|-------|
| 11/20/2014 | Negative ( <1000 ng/mL) |

**IMPRESSION**
(G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints
(E11.9) Diabetes mellitus without complication (CMS/HCC)

Significant improvement in her exam with doing yoga as compared to 5/2019 exam

Demonstrated compliance with agreed treatment plan? Yes
Treatment objectives are being met? yes
Changes in treatment plan indicated based on above review? No
CNCP Overview is reflected in the Problem List for "Chronic Pain" Yes

**PLAN**
**Treatment Objectives**
[X] Provide analgesia
[X] Self-care (AODL)
[X] Minimize need for visits to emergency department or urgent care clinics
[X] Minimize adverse events related to pain medication
[X] Comply with terms of treatment agreement
[x ] Maintain gainful employment
[X] Assist with care of family member(s)

**Education** *(Check those that apply)*
[X] Treatment plan is documented in patient instructions & printed AVS *(.PainTreatmentPlan)*

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 12/24/2019

Page 1843

Printed by 410815 at 7/17/25  3:14 PM
MLC_001882

**12/24/2019 - Office Visit in Lakewood Family Practice (continued)**

**Clinical Notes (continued)**

[X] Discussed requirement of pain medication safe storage
[X] Discussed requirement of photo ID for Rx pharmacy pickup
[ ] WA DOH pamphlet provided

**Consultation to Pain Specialist:** Has been seen by various specialists

**Lab Studies**
Urine Drug Screening: not done at this visit
Kidney and liver function have been assessed within past 12 months? Yes: normal

**Pain Agreements**
Signed pain agreement form is in patient record: Yes
changes made to the previous agreement: no
**Follow Up**
State mandated periodic reviews are required take place every 6 months for MED = 40 mg.
The frequency of periodic reviews was discussed with the patient.

More than 50% of the 30-minute visit was spent face-to-face with the patient in counseling and coordination of care.

Pt unable to stop using xanax, gets too anxious, uses on av 15 tabs per mo
No se w/ interactions w/ norco
Aware of increased risk falls, sedation but needs to cont this med

Rachel D Dawson, MD

**Patient Instructions**

Airplane balance exercises

Check out eat this not that - several books online

Check out bob green and his books - all available at the library

Check out calorie king as a resource for calorie counting

Check out lose it

Yoga sundown routine - you tube

Find a good church to go to - where you can get the support you need and accountability

Consider deeper church - burien

Consider talking to lois your old Counsellor

Rachel D Dawson, MD

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▬▬▬▬ Legal Sex: F
Visit date: 12/24/2019

Page 1844

Printed by 410815 at 7/17/25 3:14 PM
MLC_001883

## 12/24/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

## TREATMENT PLAN

I am being treated for the following medical condition(s): (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

I agree to use the following goals to determine whether the treatment of my pain is successful:
    a. A reduction in the overall mount of pain I experience.
    b. An increase in my level of specific physical activities that include: (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(G47.33) Obstructive sleep apnea (adult) (pediatric)
(M15.0) Primary osteoarthritis involving multiple joints

    c. An increase in my level of specific social activities that include: start going to church.
    d. Completion of specific additional diagnostic evaluations or treatments that
       include: urine drug screen
Drug therapy may be adjusted to meet your individual health needs.
Drug prescriptions will include the indication for their use.
The person picking up your prescriptions will be required to show a photo ID.
It is your responsibility to safeguard all medications and keep them is a secure location.
Other treatments or a rehabilitation program may be necessary at the discretion of your health care provider.

Labs prior to next appointment 2/2020

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 12/24/19 1155

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**ASPIRIN 81 MG OR TABS**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/20/2005 |
| Start date: 12/20/2005 | End date: 2/9/2023 |
| Informant: Self | Quantity: 30 |
| Refill: 0 | |

**Cholecalciferol (VITAMIN D3) 1000 UNIT Tab**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Visit date: 12/24/2019

Page 1845

Printed by 410815 at 7/17/25  3:14 PM
MLC_001884

## 05/01/2019 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 159620898

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 5/1/2019 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Chronic Pain Management |
| | | | **Adm Dx:** | |
| | | | | Gestational Age: <None> |

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | ▓▓▓▓▓ | **Telephone Information:** |
| | | Home Phone    Not on file. |
| **SSN:** | ▓▓▓▓ | Work Phone    Not on file. |
| | | Mobile    253-273-7247 |
| **Age:** | 67 year old | **Employer:** |
| **DOB:** | ▓▓▓▓ (61 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

| | | | |
|---|---|---|---|
| **Guarantor Relationship to Pt:** | Spouse | **Acct Type:** | P/F |
| **Guarantor Name:** | | **Acct ID:** | 59613 |
| **Guarantor Address:** | ▓▓▓▓▓ | | |
| | | **DOB:** | 6/11/1959 |
| **Home Phone:** | | | |
| **Guarantor's Employer:** | | | |
| **Work Phone:** | | | |

### Primary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | ZZZ REGENCE PPO PREFERRED | **Group Name:** | CITY OF TACOMA |
| **Subscriber Name:** | LAROCQUE,STEVEN J | **Group #:** | 10010327 |
| **Subscriber DOB:** | | **Ins ID#:** | ZLF995784670 |
| **Pt Relationship to Sub:** | Spouse | | |

### Secondary Insurance

| | | | |
|---|---|---|---|
| **Name of Insurance:** | RX PHARMACY DATA | **Group Name:** | |
| **Subscriber Name:** | LAROCQUE,LINDA J | **Group #:** | 99992170 |
| **Subscriber DOB:** | | **Ins ID#:** | 97684445410 |
| **Pt Relationship to Sub:** | Self | | |

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓    Legal Sex: F
Visit date: 5/1/2019

Page 2065

Printed by 410815 at 7/17/25  3:14 PM
MLC_002104

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 3:14 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Chronic Pain Management

### Visit Diagnoses

- **Chronic pain syndrome (primary) [G89.4]**
- Myofascial muscle pain [M79.18]
- Degeneration of lumbar or lumbosacral intervertebral disc [M51.37]
- Chondromalacia of patella, unspecified laterality [M22.40]
- Pain, joint, knee, left [M25.562]
- Major depressive disorder, recurrent episode, moderate (CMS-HCC) [F33.1]
- Diabetes mellitus without complication (Multi-HCC) [E11.9]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Follow-up and Dispositions

Return in about 6 months (around 11/1/2019).

### Level of Service

**Level of Service**

**P OFFICE/OUTPT VISIT,EST,LEVL IV**

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/1/2019 5:00 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Progress Notes by Rachel D Dawson, MD at 5/1/2019 1700

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 5/1/2019

Page 2066

Printed by 410815 at 7/17/25 3:14 PM
MLC_002105

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: — | Author Type: Physician |
| Filed: 05/01/19 1829 | Encounter Date: 5/1/2019 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

## CHRONIC NON-CANCER PAIN MANAGEMENT (OPIOID ANALGESIA):
## WA State Mandated Periodic review - Revised Nov 1, 2012

### CNCP OVERVIEW
-------------------------------------------------------------------------------*May Use In Problem List Overview*

Periodic 12 Month Review Date: 5/1/2019
Condition(s) for which opioid analgesic(s) have been prescribed: (338.29) Chronic pain (primary encounter diagnosis)
(729.1) Myofacial muscle pain
(722.52) LUMB/LUMBOSAC DISC DEGEN
(717.7) Chondromalacia of patella, unspecified laterality
Daily Maintenance opioid dose: hydrocodone 40 mg cymbalta 40 mg
Combined morphine equivalent dose: 40 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
-------------------------------------------------------------------------------*May Use in Problem List Overview*

### HPI
### Reason For Visit
Linda is a 56 year old female who presents in follow-up for management of chronic non-cancer pain.
Pt cont to get shots in trigger points lower abdomen which helps as needed
 she is caring for a friend who has dementia and his partner who has cancer and needs treatment ie radiation etc
$50 a day which helps and it is what they can afford
Ongoing issues w/ marriage
Spouse has ongoing issues w/ his health
Finances remain tight
She is shopping coupons etc
She is not sure what she is going to do
Pain meds are helping her keep being so active
She gets up at a set time, listens to joyce meyers each morning to deal w/ spiritual issues.  She is praying a lot and trusting God.
grandaughter is the only one who gave her something for her birthday
She usually takes about two norco in the am with the cymbalta, usually takes another 2 tabs in the am and at night again
Once pain med kicks in and her joints are not hurting as much ie back and knees and lower abdomen she is able to get up and go on with her day
Has fallen three times onto her left knee pain around the knee cap and medial and behind the knee, last fall was 2016
She had to stop using the elliptical - did 200 reps over two days bcs seemed to make her worse.
She is thinking about core isometric exercises
She has a portable coleman spa on her deck four foot tall sauna/pool to start using it
She is determined not to let her pain stop her from doing life activities
She is using adult activity coloring books and loves it - relaxing
She is using energy drinks bcs she is tired

### Etiology of Pain
New diagnostic information regarding etiology of chronic pain condition? No

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 5/1/2019

Page 2067

Printed by 410815 at 7/17/25  3:14 PM
MLC_002106

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Sites of pain, analgesia and functional assessment:peg 444 usually - pain today is a little worse because she is working so much in the yard and fixing the house back to the way it should be
Change in global pain since last visit: unchanged

### Functional & Behavioral Assessment
Activities that pain prevents, or significantly limits: see above.
Activities that treatment enables: she is able to care for her family friend, help out with family
Behaviors suggestive of abuse or misuse of the prescribed opioids? No

### Rx Review
Adverse Rx events such as cognitive or functional decline: No
Other opioid related side effects:none
Home storage of pain medication: kept in her purse which is always either in her possession or hidden in her closet.
Prescription Monitoring Program: No irregularities

**Adjunctive Therapies:** none currently except for hep and for trigger point inj

### MEDICAL HISTORY
**Common Co-Occuring Conditions**
History of sleep apnea? No
HIstory of depression or other psychiatic condition? Compliant w/ antidepressant and feels it is working

**Patient Active Problem List**
Diagnosis
- BENIGN HYPERTENSION
- CHONDROMALACIA PATELLAE
- PLANTAR FASCIITIS
- PLANTAR NERVE LESION
- OSTEOARTHROS NOS-UNSPEC
- FATTY INFILTRATION LIVER
- DIABETES MELLITUS TYPE II-UNCOMPL
- Malignant neoplasm of corpus uteri, except isthmus
- LUMBAGO
- VITAMIN D DEFICIENCY NOS
- LUMB/LUMBOSAC DISC DEGEN
- RECURR DEPR PSYCHOS-MOD
- LIPOID METABOL DIS NOS
- Other constipation
- Myofacial muscle pain

Past Surgical History

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| **colonoscopy & polypectomy | | 2008, 2013 |

*due in august 2013*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ██████ Legal Sex: F
Visit date: 5/1/2019

Page 2068

Printed by 410815 at 7/17/25 3:14 PM
MLC_002107

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

- P foot/toes surgery proc unlisted      1999
  *mortons neuroma right*
- H/o hysterectomy total      2009/11
  *uterine cancer stage 1aG1 w bso lnd*

## History
### Social History

- Marital Status:      Married
  - Spouse Name:      N/A
  - Number of Children:      N/A
- Years of Education:      N/A

### Occupational History

- Not on file.

### Social History Main Topics

- Smoking status:      Never Smoker
- Smokeless tobacco:      Never Used
- Alcohol Use:      Yes
  *Comment: 1/mo*
- Drug Use:      No
- Sexual Activity:      Yes
  - Partners:      Male
  - Birth Control/ Protection:      Surgical
  *Comment: married monogamous, vas*

### Other Topics      Concern

- Not on file

### Social History Narrative

- No narrative on file

## ROS

Review Of Systems
Skin: Negative
Eyes: Negative
Ears/Nose/Throat: Negative
Respiratory: Negative
Cardiovascular: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Musculoskeletal: see hpi
Neurologic: Negative
Psychiatric: see hpi
Hematologic/Lymphatic/Immunologic: Negative
Endocrine: Negative

## OBJECTIVE
## Exam

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 5/1/2019

Page 2069

Printed by 410815 at 7/17/25  3:14 PM
MLC_002108

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

**Vitals:**

| | 05/01/19 1701 |
|---|---|
| BP: | 132/74 |
| Pulse: | 118 |
| Resp: | 18 |
| Temp: | 98.1 °F (36.7 °C) |
| Weight: | 270 lb 14.4 oz (122.9 kg) |
| Height: | 5' 9" (1.753 m) |

general no acute distress
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
Lungs  clear to auscultation, no rales, wheezes, or ronchi appreciated, no use of accessory muscles of respiration
Abd:  soft, nontender, nondistended, no hsm, bowel sounds normoactive all four quadrants
Ms significant psychosocial stressors
neck rom very limited w/ discomfort all directions
shoulder rom limited bcs pulls on neck area
ext elbow romi without discomfort
Knee guarding to point I was unable to do stress testing
Limited rom, pt expressed severe pain, romi
Right knee no redness or swelling, romi
wrist romi without discomfort with resistive testing, nl pulses, nl strength, grip. nl sens. no muscle wasting, no redness or swelling.
Back - flexion normal but moving side to side and rotating painful and limited per pt
neg straight leg sign
motor strength 5/5
sensation intact to light touch
gait normal without limp
heel walk nl
toe walk nl
spine straight
mental status: sx as in hpi but pt making positive plans

## Labs

**BUN**

| Date | Value | Range | Status |
|---|---|---|---|
| 11/20/2014 | 18 | 8-24 mg/dL | Final |

**Creatinine**

| Date | Value | Range | Status |
|---|---|---|---|
| 11/20/2014 | 0.77 | 0.6-1.2 mg/dL | Final |

**GFR non African Amer**

| Date | Value | Range | Status |
|---|---|---|---|
| 11/20/2014 | 78 | >59 mL/min | Final |

**SGOT/AST**

| Date | Value | Range | Status |
|---|---|---|---|

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Visit date: 5/1/2019

Page 2070

Printed by 410815 at 7/17/25  3:14 PM
MLC_002109

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| 11/20/2014 | 22 | 5-40 IU/L | Final |

**Bilirubin total**

| Date | Value | Range | Status |
|---|---|---|---|
| 11/20/2014 | 0.7 | 0.2-1.4 mg/dL | Final |

**Bilirubin total**

| Date | Value | Range | Status |
|---|---|---|---|
| 4/5/2007 | 0.8 | 0.2 - 1.4 mg/dL | Final |

**Bili conjugated(dir)**

| Date | Value | Range | Status |
|---|---|---|---|
| 5/6/2008 | 0.2 | 0.0 - 0.5 mg/dL | Final |

**Amphetamine scr ur (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | Negative ( <1000 ng/mL) |

**Barbiturate scr ur (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | Negative ( <300 ng/mL) |

**Benzodiazepin scr ur (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | **Positive** ( >=300 ng/mL) |

**Cocaine metabol ur (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | Negative ( <300 ng/mL) |

**Opiate scr urine (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | **Positive** ( >=300 ng/mL) |

**Phencyclidine scr ur (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | Negative ( <25 ng/mL) |

**Cannabinoid scr ur (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | Negative ( <50 ng/mL) |

**Tricyclics ur (no units)**

| Date | Value |
|---|---|
| 11/20/2014 | Negative ( <1000 ng/mL) |

## IMPRESSION

(G89.4) Chronic pain syndrome  (primary encounter diagnosis)

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███████  Legal Sex: F
Visit date: 5/1/2019

Page 2071

Printed by 410815 at 7/17/25 3:14 PM
MLC_002110

**05/01/2019 - Office Visit in Lakewood Family Practice (continued)**

**Clinical Notes (continued)**

(M79.18) Myofascial muscle pain
(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
(M22.40) Chondromalacia of patella, unspecified laterality

Demonstrated compliance with agreed treatment plan? Yes
Treatment objectives are being met? No: pt using norco so sparingly not achieving goals. For ex no pain meds today so i could see how bad it was
Changes in treatment plan indicated based on above review? Yes: encouraged pt to use the norco twice daily with a third or fourth tab on days she needs to get a lot done
CNCP Overview is reflected in the Problem List for "Chronic Pain" Yes


**PLAN**
**Treatment Objectives**
[X] Provide analgesia
[X] Self-care (AODL)
[X] Minimize need for visits to emergency department or urgent care clinics
[X] Minimize adverse events related to pain medication
[X] Comply with terms of treatment agreement
[ ] Maintain gainful employment
[X] Assist with care of family member(s)

**Education** *(Check those that apply)*
**[X]** Treatment plan is documented in patient instructions & printed AVS *(.PainTreatmentPlan)*
[X] Discussed requirement of pain medication safe storage
[X] Discussed requirement of photo ID for Rx pharmacy pickup
[ ] WA DOH pamphlet provided

**Consultation to Pain Specialist:** Has been seen by various specialists

**Lab Studies**
Urine Drug Screening: not done at this visit
Kidney and liver function have been assessed within past 12 months? Yes: normal

**Pain Agreements**
Signed pain agreement form is in patient record: Yes
changes made to the previous agreement: Yes: will rf 120 tabs monthly for now

**Follow Up**
State mandated periodic reviews are required take place every 12 months for MED < 40 mg.
The frequency of periodic reviews was discussed with the patient.

More than 50% of the 30-minute visit was spent face-to-face with the patient in counseling and coordination of care.

Pt unable to stop using xanax, gets too anxious, uses on av 15 tabs per mo
No se w/ interactions w/ norco
Aware of increased risk falls, sedation but needs to cont this med

Rachel D Dawson, MD

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 5/1/2019

Page 2072

Printed by 410815 at 7/17/25  3:14 PM
MLC_002111

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

## Patient Instructions

### TREATMENT PLAN

I am being treated for the following medical condition(s): (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.18) Myofascial muscle pain
(M51.37) Degeneration of lumbar or lumbosacral intervertebral disc
(M22.40) Chondromalacia of patella, unspecified laterality
(M25.562) Pain, joint, knee, left

I agree to use the following goals to determine whether the treatment of my pain is successful:
    a. A reduction in the overall mount of pain I experience.
    b. An increase in my level of specific physical activities that include: need to exercise 30 minutes twice daily
Isometric exercises
Pool/sauna exercise

    c. An increase in my level of specific social activities that include: no changes.
    d. Completion of specific additional diagnostic evaluations or treatments that
       include: refer to ortho dr. Thompson
Labs
Due for other medical problems - keep appt for your physical
Rachel D Dawson, MD
.
Drug therapy may be adjusted to meet your individual health needs.
Drug prescriptions will include the indication for their use.
The person picking up your prescriptions will be required to show a photo ID.
It is your responsibility to safeguard all medications and keep them is a secure location.
Other treatments or a rehabilitation program may be necessary at the discretion of your health care provider.

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 05/01/19 1829

**Medication List**

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**ASPIRIN 81 MG OR TABS**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/20/2005 |
| Start date: 12/20/2005 | End date: 2/9/2023 |
| Informant: Self | Quantity: 30 |
| Refill: 0 | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
Visit date: 5/1/2019

Page 2073

Printed by 410815 at 7/17/25  3:14 PM
MLC_002112

## 05/01/2019 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### Cholecalciferol (VITAMIN D3) 1000 UNIT Tab

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 10,000 Tablets by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 9/24/2012 |
| Start date: 9/24/2012 | End date: 2/9/2023 |
| Quantity: 500 Tab | |

### docusate sodium (COLACE) 100 MG Caps

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine M Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

### Miscellaneous (OTHER)

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/21/2019 |
| Instructions: Testing kit to be used with current dm test strips. | |
| | |
| Fax to safeway pharmacy fax 253-471-3529 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/26/2015 |
| Start date: 5/26/2015 | End date: 5/21/2019 |
| Quantity: 1 Each | Refill: 0 |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Discontinued by: Sarah A Tryon, LVN/LPN | Discontinued on: 10/14/2021 |
| Reason for discontinuation: Reorder | |
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/13/2016 |
| Start date: 12/13/2016 | End date: 10/14/2021 |
| Quantity: 1 Each | Refill: No refills remaining |

### cyclobenzaprine (FLEXERIL) 10 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/21/2019 |
| Instructions: Take 1 Tab by mouth three times a day as needed for muscle spasm (caution sedation). | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 12/23/2017 |
| Start date: 12/23/2017 | End date: 5/21/2019 |
| Quantity: 30 Tab | Refill: 1 refill by 12/23/2018 |

### Free Text Medication Entry (OTHER)

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/21/2019 |
| Reason for discontinuation: Reorder | |
| Instructions: cpap equipment new mask and new hose | |
| Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/2/2018 |
| Start date: 4/2/2018 | End date: 5/21/2019 |
| Quantity: 1 Each | Refill: No refills remaining |

### metformin (GLUCOPHAGE) 500 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/21/2019 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tab by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/28/2018 |
| Start date: 7/28/2018 | End date: 5/21/2019 |
| Quantity: 90 Tab | Refill: No refills remaining |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███████, Legal Sex: F
Visit date: 5/1/2019

Page 2074

Printed by 410815 at 7/17/25  3:14 PM
MLC_002113

## 10/18/2018 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 153129169

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 10/18/2018 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Knee Pain; Imm/Inj
                                   **Adm Dx:**

                                   Gestational Age: <None>

### Patient Information

**Home Address:** ▮▮▮▮

**SSN:** ▮▮▮

**Age:** 67 year old
**DOB:** ▮▮ (60 yrs)
**Sex:** female
**Marital Status:** Married

**Telephone Information:**
Home Phone     Not on file.
Work Phone     Not on file.
Mobile         253-273-7247
**Employer:**
               No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

|  | Emer Contact 1 | Emer Contact 2 | Mother | Father | Guardian |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

### Guarantor Information

**Guarantor Relationship to Pt:** Spouse
**Guarantor Name:**
**Guarantor Address:** ▮▮▮

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:** P/F
**Acct ID:** 59613

**DOB:** 6/11/1959

### Primary Insurance

**Name of Insurance:** ZZZ REGENCE PPO PREFERRED     **Group Name:** CITY OF TACOMA
**Subscriber Name:** LAROCQUE,STEVEN J               **Group #:** 10010327
**Subscriber DOB:**                                  **Ins ID#:** ZLF995784670
**Pt Relationship to Sub:** Spouse

### Secondary Insurance

**Name of Insurance:** RX PHARMACY DATA              **Group Name:**
**Subscriber Name:** LAROCQUE,LINDA J               **Group #:** 99992170
**Subscriber DOB:**                                  **Ins ID#:** 97684445410
**Pt Relationship to Sub:** Self

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮ Legal Sex: F
Visit date: 10/18/2018

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 3:14 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaints

- Knee Pain (X 1 day Rt knee)
- Imm/Inj, onset date 10/18/2018

### Visit Diagnoses

- **Sprain of right knee, unspecified ligament, initial encounter (primary) [S83.91XA]**
- Need for vaccination [Z23]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Kristen Abrams, ARNP | Kristen Abrams, ARNP |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Level of Service

| Level of Service |
|---|
| **P OFFICE/OUTPT VISIT,EST,LEVL III** |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 10/18/2018 2:40 PM | Kristen Abrams, ARNP | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Nursing Note by Ione M Dorris, MA at 10/18/2018 1440

| | | |
|---|---|---|
| Author: **Ione M Dorris, MA** | Service: — | Author Type: **Medical Assistant** |
| Filed: **10/18/18 1519** | Encounter Date: **10/18/2018** | Status: **Signed** |
| Editor: **Ione M Dorris, MA (Medical Assistant)** | | |

## Chief Complaint
Patient presents with

- Knee Pain
  *X 1 day Rt knee*

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 10/18/2018

Page 2234

Printed by 410815 at 7/17/25 3:14 PM
MLC_002273

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Additional Details: none

Medication list changes/discrepancies: Medication Comments documented by Ione M Dorris, MA on 10/18/2018 at 1515.
Reviewed medications with patient.
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Ione M Dorris, MA at 10/18/18 1519

---

**Progress Notes by Nancy C Minjire, ARNP STDT at 10/18/2018 1440**

| | | |
|---|---|---|
| Author: Nancy C Minjire, ARNP STDT | Service: — | Author Type: Nurse Practitioner |
| Filed: 10/18/18 1656 | Encounter Date: 10/18/2018 | Status: Signed |
| Editor: Nancy C Minjire, ARNP STDT (Nurse Practitioner) | | |

**Chief complain:** hurt knee while gardening

**HPI**
Pt fell when she was walking at home after gardening right knee. Pt has fallen on this knee in the last 2 years. During this injury, Pt was lifting stones and she felt like the over stretched the hamstring and felt something pop on the lateral part of the knee. Knee is now swollen. Pt was not able to bear weight yesterday but today she can walk on the foot. She has been doing stretching exercises to try and lossen the muscle but it still hurts. The pain is shooting all the way up her thigh. Pt also had pain shooting down to the shins. . Pt has fallen multiple times in the last few years and has really and degenerative disease. Pt has been icing the joint and taking ibuprofen.

Medical / Surgical history:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l* | |
| • Lumbago | 6/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC)<br>*heart murmur noted on echo* | |

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███████ Legal Sex: F
Visit date: 10/18/2018

Page 2235

Printed by 410815 at 7/17/25 3:14 PM
MLC_002274

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

- Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled
  *diet controlled*

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 2009/11 |
| • P FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 1999 |

**Allergies:**

**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride]<br>*palpitations* | |
| • Codeine Camsylate<br>*Ok with food* | Nausea |
| • Crestor [Rosuvastatin Calcium]<br>*Myalgias.* | |
| • Effexor [Venlafaxine]<br>*Moody irritable body aches* | |
| • Lipitor [Atorvastatin Calcium]<br>*myalgias* | |
| • Paxil [Paroxetine Hydrochloride]<br>*fatigue* | |
| • Prozac [Fluoxetine Hcl]<br>*Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Voltaren [Diclofenac Sodium]<br>*Gi upset* | |
| • Zoloft [Sertraline Hcl]<br>*ineffective* | |
| • Zocor [Simvastatin]<br>*myalgias* | |

**Medications:**

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ibuprofen (MOTRIN) 800 MG Tab | Take 1 Tab by mouth every 6 hours as needed. for pain | 90 Tab | 0 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tab by mouth three times a day as needed for anxiety. | 15 Tab | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓ Legal Sex: F
Visit date: 10/18/2018

Page 2236

Printed by 410815 at 7/17/25  3:14 PM
MLC_002275

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tabs by mouth every 6 hours as needed for pain. | 160 Tab | 0 |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Lotion | Apply 1 Application externally twice daily. | 60 mL | 11 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Cap by mouth once daily. | 90 Cap | 0 |
| • metformin (GLUCOPHAGE) 500 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 0 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Cap by mouth twice daily. For DM neuropathy and depression | 120 Cap | 2 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 1 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tab by mouth three times a day as needed for itching/pruritis. | 120 Tab | 0 |
| • pravastatin (PRAVACHOL) 40 MG Tab | Take 1 Tab by mouth each evening. | 90 Tab | 2 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tab by mouth once daily. | 90 Tab | 1 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • BAYER MICROLET LANCETS Misc | TEST QD FOR USE WITH BAYER CONTOUR MONITOR. DX E11.9 | 100 Each | 2 |
| • Miscellaneous (OTHER) | Testing kit to be used with current dm test strips. | 1 Each | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███████  Legal Sex: F
Visit date: 10/18/2018

Page 2237

Printed by 410815 at 7/17/25  3:14 PM
MLC_002276

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

|  |  |  |  |
|---|---|---|---|
|  | Fax to safeway pharmacy fax 253-471-3529 |  |  |
| • Blood Glucose Monitoring Suppl (BAYER CONTOUR MONITOR) W/DEVICE Kit | 1 Device once daily. | 1 Kit | 0 |
| • Glucose Blood (BAYER CONTOUR TEST) Strip | 1 Strip once daily. For type 2 dm adult onset 250.00 | 100 Strip | 11 |
| • docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. | 60 Cap | 0 |
| • Cholecalciferol (VITAMIN D3) 1000 UNIT Tab | Take 6 Tabs by mouth once daily. | 500 Tab | 3 |
| • ASPIRIN 81 MG OR TABS | 1 TABLET DAILY | 30 | 0 |
| • barium sulfate (READI-CAT 2) 2 % Suspension | Follow attached directions. | 900 mL | 0 |
| • cyclobenzaprine (FLEXERIL) 10 MG Tab | Take 1 Tab by mouth three times a day as needed for muscle spasm (caution sedation). | 30 Tab | 1 |

No current facility-administered medications on file prior to visit.

**Review of systems**
**General**: Denies fatigue, fever, chills or night sweats.
**Cardiac**: Denies dyspnea, dyspnea on exertion or orthopnea.
**Respiratory**: Denies wheezing, coughing, shortness of breath or sputum production.
**Hematologic**: Denies history of anemia, easy bruising or bleeding or petichiae,
**Gastrointestinal**: Denies history of GERD, nausea or vomiting, abdominal pain, constipation, diarrhea or change in bowel habits.
**Musculoskeletal**: See HPI

**Objective**
**Vitals:**

|  | 10/18/18 1516 |
|---|---|
| BP: | 124/72 |
| Pulse: | 98 |
| Resp: | 20 |
| Temp: | 97.7 °F (36.5 °C) |
| Weight: | 272 lb 12.8 oz (123.7 kg) |
| Height: | 5' 6" (1.676 m) |

Physical Exam

**General**: Pt pleasant and in no acute distress.
**HEENT**:Head is normocephalic and atraumatic **Respiratory**: Chest is symmetrical. Lung sounds are clear to auscultation with no crackles wheezing or cough **Cardiovascular**: Mild non-pitting edema of bilateral extremities.

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 10/18/2018

Page 2238

Printed by 410815 at 7/17/25 3:14 PM
MLC_002277

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Rhythm and rate are regular. S1 and S2 present. No murmurs, S3, S4, rubs or any other adventitious sounds. Pedal pulses are 2+ with no thrills. Capillary refill is less than 3 seconds with warm extremities
**Musculoskeletal**: Right knee erythema with mild swelling on the lateral and anterior knee. Flexion and extension intact. Pt walking with a limp. Was not able to walk on toe tips on tandem walk.

Assessment and plan
(S83.91XA) Sprain of right knee, unspecified ligament, initial encounter  (primary encounter diagnosis)
Comment: Acute
**Plan**
Ice extremity
Elevate Extremity
Continue to use the walking stick
Rest the foot
Continue taking Ibuprofen as needed
Continue using the knee brace for knee support
Once the swelling is gone down, you can start simple exercises to strengthen the knee.
Follow up as needed

(Z23) Need for vaccination
Plan: C INFLUENZA VIRUS VAC, QUAD (CCIV4), PRESERV
    FREE, 0.5 ML DOSE, IM

Electronically signed by:

Nancy C Minjire, ARNP STDT
10/18/2018  4:09 PM

Electronically signed by Nancy C Minjire, ARNP STDT at 10/18/18 1656

**Nursing Note by Sarah A Tryon, LVN/LPN at 10/18/2018 1440**

Author: **Sarah A Tryon, LVN/LPN**          Service: —                          Author Type: **Licensed Practical Nurse**
Filed: **10/18/18 1610**                              Encounter Date: **10/18/2018**        Status: **Signed**
Editor: **Sarah A Tryon, LVN/LPN (Licensed Practical Nurse)**

**Chief Complaint**
Patient presents with

- Knee Pain
    *X 1 day Rt knee*
- Imm/Inj

Additional Details:would like   To  Have  A  Flu  Shot  ,  Given  With  Out  Incident hand  Out given  To  patient

Medication list changes/discrepancies: Yes, reviewed

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮▮ Legal Sex: F
Visit date: 10/18/2018

Page 2239

Printed by 410815 at 7/17/25  3:14 PM
MLC_002278

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 10/18/18 1610

---

**Progress Notes by Kristen Abrams, ARNP at 10/18/2018 1440**

| | | |
|---|---|---|
| Author: **Kristen Abrams, ARNP** | Service: — | Author Type: **Nurse Practitioner** |
| Filed: **10/18/18 1656** | Encounter Date: **10/18/2018** | Status: **Signed** |
| Editor: **Kristen Abrams, ARNP (Nurse Practitioner)** | | |

HPI: 60 yo female here R knee pain X 2 days

Pt has some underlying knee issues and a couple of weeks ago started to feel like maybe she overdid it and bothered her knee. However two days ago she was bending down repeatedly doing gardening when she felt a pop in the R lateral aspect of her knee. She developed sudden pain and swelling. Difficult bearing weight. Has been taking ibuprofen. The pain is kind of generalized right now with increased pain lateral and posterior aspect. She is weight bearing but with a limp.

Review Of Systems
Gen: Denies fever, chills, dizziness

Respiratory: Denies cough, hemoptysis, SOB
Cardiovascular: Denies CP, palpitations
Gastrointestinal: Denies nausea, vomiting, diarrhea, constipation, abdominal pain, blood in stool.
Genitourinary: Denies frequency, urgency, dysuria
Ext: as above

PHYSICAL EXAMINATION:

Body mass index is 44.03 kg/m²., BP 124/72[measured[ | Pulse 98[measured[ | Temp (Src) 97.7[measured[ (Tympanic) | Resp 20[measured[ | Ht 5' 6"[stated[ (1.676 m) | Wt 272 lb 12.8 oz (123.741 kg) | SaO2 96[measured[% | LMP 09/14/2009
General appearance - NAD. AAO X 3.
Msk- diffuse pain of R knee. FROM. No joint laxity. Swelling superior to patella.

ASSESSMENT/PLAN:
(S83.91XA) Sprain of right knee, unspecified ligament, initial encounter  (primary encounter diagnosis)
(Z23) Need for vaccination

Likely sprain or flare of underlying arthritis. Advised ice, rest, has a knee brace she can use.
Once swelling reduces can gradually increase activity as tolerated
FU if no improvement or worsening.

Kristen D Abrams, ARNP

---

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ███████  Legal Sex: F
Visit date: 10/18/2018

Page 2240

Printed by 410815 at 7/17/25  3:14 PM
MLC_002279

## 10/18/2018 - Office Visit in Lakewood Family Practice (continued)

### Clinical Notes (continued)

Electronically signed by Kristen Abrams, ARNP at 10/18/18 1656

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**ASPIRIN 81 MG OR TABS**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/20/2005 |
| Start date: 12/20/2005 | End date: 2/9/2023 |
| Informant: Self | Quantity: 30 |
| Refill: 0 | |

**Cholecalciferol (VITAMIN D3) 1000 UNIT Tab**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 10,000 Tablets by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 9/24/2012 |
| Start date: 9/24/2012 | End date: 2/9/2023 |
| Quantity: 500 Tab | |

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine M Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Miscellaneous (OTHER)**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/21/2019 |
| Instructions: Testing kit to be used with current dm test strips. | |
| | |
| Fax to safeway pharmacy fax 253-471-3529 | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/26/2015 |
| Start date: 5/26/2015 | End date: 5/21/2019 |
| Quantity: 1 Each | Refill: 0 |

**Free Text Medication Entry (OTHER)**

| | |
|---|---|
| Discontinued by: Sarah A Tryon, LVN/LPN | Discontinued on: 10/14/2021 |
| Reason for discontinuation: Reorder | |
| Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/13/2016 |
| Start date: 12/13/2016 | End date: 10/14/2021 |
| Quantity: 1 Each | Refill: No refills remaining |

**cyclobenzaprine (FLEXERIL) 10 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/21/2019 |
| Instructions: Take 1 Tab by mouth three times a day as needed for muscle spasm (caution sedation). | |
| Authorized by: Maria Christina Dajoyag-Mapili, MD | Ordered on: 12/23/2017 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ██████ Legal Sex: F
Visit date: 10/18/2018

Page 2241

Printed by 410815 at 7/17/25  3:14 PM
MLC_002280

## 05/15/2018 - Office Visit in Lakewood Family Practice

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**       **MRN:** 172930

**CSN:** 144542365

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 5/15/2018 | | | No service for | |

**Admitting Physician:**           **Chief Complaint:** Abdominal Discomfort

**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

**Home Address:** ▮▮▮▮▮

**SSN:** ▮▮▮▮

**Age:** 67 year old

**DOB:** ▮▮▮ (60 yrs)

**Sex:** female

**Marital Status:** Married

**Telephone Information:**
Home Phone     Not on file.
Work Phone     Not on file.
Mobile     253-273-7247

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD

**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | 253-273-7085 | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | 253-678-5322 | | | |

---

### Guarantor Information

**Guarantor Relationship to Pt:** Spouse

**Guarantor Name:**

**Guarantor Address:** ▮▮▮▮▮

**Home Phone:**
**Guarantor's Employer:**
**Work Phone:**

**Acct Type:** P/F
**Acct ID:** 59613

**DOB:** 6/11/1959

---

### Primary Insurance

**Name of Insurance:** ZZZ REGENCE PPO PREFERRED     **Group Name:** CITY OF TACOMA

**Subscriber Name:** LAROCQUE,STEVEN J     **Group #:** 10010327

**Subscriber DOB:**     **Ins ID#:** ZLF995784670

**Pt Relationship to Sub:** Spouse

---

### Secondary Insurance

**Name of Insurance:** RX CONTRAST MEDIA     **Group Name:**

**Subscriber Name:**     **Group #:**

**Subscriber DOB:**     **Ins ID#:**

**Pt Relationship to Sub:**

---

### Accident Information

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮   Legal Sex: F
Visit date: 5/15/2018

## 05/15/2018 - Office Visit in Lakewood Family Practice (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 3:14 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Abdominal Discomfort

### Visit Diagnoses

- **Chronic pain syndrome (primary) [G89.4]**
- Myofacial muscle pain [M79.1]
- Alternating constipation and diarrhea [R19.8]
- Migraine without aura and without status migrainosus, not intractable [G43.009]
- Major depressive disorder, recurrent episode, moderate (CMS-HCC) [F33.1]
- Abdominal pain, acute, left lower quadrant [R10.32]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel D Dawson, MD | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Lakewood Family Practice | 5700 100th St SW STE 510 Lakewood WA 98499-2767 | 253-792-6526 | 253-459-6064 |

### Level of Service

| Level of Service |
|---|
| **P OFFICE/OUTPT VISIT,EST,LEVL IV** |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/15/2018 1:00 PM | Rachel D Dawson, MD | LAKEWOOD FP | LWMCC |

## Clinical Notes

### Nursing Note by Sarah A Tryon, LVN/LPN at 5/15/2018 1300

| | | |
|---|---|---|
| Author: Sarah A Tryon, LVN/LPN | Service: — | Author Type: Licensed Practical Nurse |
| Filed: 05/15/18 1349 | Encounter Date: 5/15/2018 | Status: Signed |
| Editor: Sarah A Tryon, LVN/LPN (Licensed Practical Nurse) | | |

## Chief Complaint
Patient presents with

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB:        Legal Sex: F
Visit date: 5/15/2018

Page 2356

Printed by 410815 at 7/17/25 3:14 PM
MLC_002395

## 05/15/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

- Abdominal Discomfort

Additional Details: here  For  Nausea  ,  Diarrhea  , low back pain

Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Sarah A Tryon, LVN/LPN at 05/15/18 1349

**Progress Notes by Rachel D Dawson, MD at 5/15/2018 1300**

| | | |
|---|---|---|
| Author: Rachel D Dawson, MD | Service: — | Author Type: Physician |
| Filed: 05/15/18 1459 | Encounter Date: 5/15/2018 | Status: Signed |
| Editor: Rachel D Dawson, MD (Physician) | | |

Linda J Larocque is a 60-year-old patient with a history of uterine cancer and chronic pain syndrome due to degenerative spine disease and myofascial pain syndrome who presents today with a 5 day history of acute abdominal pain initially on the left but now also felt a little bit on the right
No previous history of similar symptoms
She's just really felt unwell the last 5 days.
Just exhausted sleeping a lot
Lower abdominal cramping that comes and goes
No utisx
Having global body aches
No blood in stool
Has felt hot but did not check her temp
Has felt cold at times as well
Sleeping under a fan which might be a factor
Sx waxing and waning in severity but not going away and not getting better
Stress level really high but really no more than usual with the single exception of a friend has recently been diagnosed with cancer
No urisx, no coughing just occ sneezing
Had a headache for two days (patient with a history of migraines) last week but gone now, when she had the headache turning her head felt like she heard a pounding sensation which is similar to her usual migraines
Sunday thought she might have a uti and drank a gallon of cranberry juice
She has been drinking plenty of fluids
Dm but has not needed to check bs w/ excellent a1c results historically and on metformin
She uses a stool softener
She has had alternating constipation and diarrhea.

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ibuprofen (MOTRIN) 800 MG Tab | Take 1 Tab by mouth every 6 hours | 90 Tab | 2 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ██████  Legal Sex: F
Visit date: 5/15/2018

Page 2357

Printed by 410815 at 7/17/25  3:14 PM
MLC_002396

## 05/15/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | as needed for pain. | | |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 1 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tab by mouth three times a day as needed for anxiety. | 15 Tab | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tabs by mouth every 6 hours as needed for pain. | 160 Tab | 0 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tab by mouth three times a day as needed for itching/pruritis. | 120 Tab | 0 |
| • pravastatin (PRAVACHOL) 40 MG Tab | Take 1 Tab by mouth each evening. | 90 Tab | 2 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Cap by mouth once daily. | 90 Cap | 0 |
| • metformin (GLUCOPHAGE) 500 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tab by mouth once daily. | 90 Tab | 1 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each | 0 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Cap by mouth twice daily. For DM neuropathy and depression | 120 Cap | 0 |
| • cyclobenzaprine (FLEXERIL) 10 MG Tab | Take 1 Tab by mouth three times a day as needed for muscle spasm (caution sedation). | 30 Tab | 1 |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Lotion | Apply 1 Application externally twice daily. | 60 mL | 11 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive | 1 Each | 0 |

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ████    Legal Sex: F
Visit date: 5/15/2018

Page 2358

Printed by 410815 at 7/17/25  3:14 PM
MLC_002397

## 05/15/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | device. | | |
| • BAYER MICROLET LANCETS Misc | TEST QD FOR USE WITH BAYER CONTOUR MONITOR. DX E11.9 | 100 Each | 2 |
| • Miscellaneous (OTHER) | Testing kit to be used with current dm test strips.<br><br>Fax to safeway pharmacy fax 253-471-3529 | 1 Each | 0 |
| • Blood Glucose Monitoring Suppl (BAYER CONTOUR MONITOR) W/DEVICE Kit | 1 Device once daily. | 1 Kit | 0 |
| • Glucose Blood (BAYER CONTOUR TEST) Strip | 1 Strip once daily. For type 2 dm adult onset 250.00 | 100 Strip | 11 |
| • docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. | 60 Cap | 0 |
| • Cholecalciferol (VITAMIN D3) 1000 UNIT Tab | Take 6 Tabs by mouth once daily. | 500 Tab | 3 |
| • ASPIRIN 81 MG OR TABS | 1 TABLET DAILY | 30 | 0 |

No current facility-administered medications on file prior to visit.

**Patient Active Problem List**

**Diagnosis**

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)
- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Unspecified disorder of lipoid metabolism
- Other constipation
- Myofacial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Essential hypertension
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 5/15/2018

Page 2359

Printed by 410815 at 7/17/25  3:14 PM
MLC_002398

## 05/15/2018 - Office Visit in Lakewood Family Practice (continued)

**Clinical Notes (continued)**

PMHX, PSHX, Social HX, Family HX, Meds, Allergies reviewed and updated. See modules.
Ros as above
**Vitals:**

|  | 05/15/18 1333 |
| --- | --- |
| BP: | 118/74 |
| Pulse: | 111 |
| Resp: | 18 |
| Temp: | 97.9 °F (36.6 °C) |
| Weight: | 266 lb 8 oz (120.9 kg) |
| Height: | 5' 5.75" (1.67 m) |

general no acute distress
Heent:  perrl, sclera anicteric, no matting, nares clear discharge, pale turbinates, canals clear, tm's nl, oropharynx with postnasal drainage noted but without exudates or erythema
Neck: no abnl la, or tmg, no nuchal rigidity
Lungs: cta, no rales, wheezes, or ronchi, no use of assessory muscles of respiration
Heart: RRR without murmur, rubs, gallops, or lifts, pmi nondisplaced
ext: without edema
skin: without rashes
Abd:  Soft, left lower quadrant tenderness but without rebound or guarding and very mild right lower quadrant tenderness, nondistended, no hsm, bowel sounds normoactive all four quadrants
Ms alert, situational stressors

A: (G89.4) Chronic pain syndrome  (primary encounter diagnosis)
(M79.1) Myofacial muscle pain
(R19.8) Alternating constipation and diarrhea
(G43.009) Migraine without aura and without status migrainosus, not intractable
(F33.1) Major depressive disorder, recurrent episode, moderate (CMS/HCC)
(R10.32) Abdominal pain, acute, left lower quadrant
P: ua dip neg but am very concerned about any acute abdominal process in this complicated patient
I'm recommending labs and a ct abd and pelvis
To ed if fever 101 or greater I've asked the patient to monitor her temperature
Or worsening abdominal pain or new symptoms

Rachel D Dawson, MD

Electronically signed by Rachel D Dawson, MD at 05/15/18 1459

---

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

MULTICARE LAKEWOOD
CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 5/15/2018

Page 2360

Printed by 410815 at 7/17/25  3:14 PM
MLC_002399