EXHIBIT 2

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:** 297050587

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/22/2023 | | | No service for | |

**Admitting Physician:**          **Chief Complaint:** Left Knee - Post Op; Ort*
                                  **Adm Dx:**

                                  Gestational Age: <None>

---

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-▮

**Age:** 67 year old

**DOB:** ▮ (65 yrs)

**Sex:** female

**Marital Status:** Married

**Telephone Information:**
Home Phone          Not on file.
Work Phone          Not on file.
Mobile              ▮

**Employer:**
          No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | ▮ | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | ▮ | | | |

---

### Guarantor Information

---

### Primary Insurance

---

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▮ Legal Sex: F
Visit date: 6/22/2023

Page 112                    Printed by 410815 at 7/17/25  2:56 PM
                           MCO&SMM_000144

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 2:56 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Post Op - Left Knee
- Orthopedic (Impression: S/P Left total knee replacement with recent contusion injury  DOS:  2/8/2023 (Thompson))

#### Visit Diagnoses

- **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**
- Status post total left knee replacement [Z96.652]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Level of Service

| Level of Service |
| --- |
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN** |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 6/22/2023 8:10 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Nursing Note by Andrea J Steele, MA at 6/22/2023 0810

| | | |
| --- | --- | --- |
| Author: Andrea J Steele, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 06/22/23 0812 | Encounter Date: 6/22/2023 | Status: Signed |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

## Chief Complaint

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: [redacted] Legal Sex: F
Visit date: 6/22/2023

Page 113

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000145

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

Patient presents with
- Left Knee - Post Op
- Orthopedic
  *Impression: S/P Left total knee replacement with recent contusion injury  DOS:  2/8/2023 (Thompson)*

Additional Details:   She has been participating in PT 2x per week and is not making any progress.

Medication list changes/discrepancies: Medication Comments documented by Andrea J Steele, MA on 6/22/2023 at 0809.
Medications current/updated per interview with patient.  Not taking any additional medications.
Andrea J Steele, MA

Allergy list changes/discrepancies : none

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Andrea J Steele, MA at 06/22/23 0812

**Nursing Note by Andrea J Steele, MA at 6/22/2023 0810**

| | | |
|---|---|---|
| Author: **Andrea J Steele, MA** | Service: **Orthopedics** | Author Type: **Medical Assistant** |
| Filed: 06/22/23 1008 | Encounter Date: 6/22/2023 | Status: **Signed** |
| Editor: Andrea J Steele, MA (Medical Assistant) | | |

Fitted patient with knee immobilizer size 20" to Left LE per Dr. Thompson.  Patient tolerated fitting well, understands purpose of brace/splint, and is happy with the fitting.  DME supplied by Rainier Surgical.

Electronically signed by Andrea J Steele, MA at 06/22/23 1008

**Progress Notes by Alexandria Bones, PA-C at 6/22/2023 0810**

| | | |
|---|---|---|
| Author: **Alexandria Bones, PA-C** | Service: **—** | Author Type: **Physician Assistant** |
| Filed: 06/26/23 0844 | Encounter Date: 6/22/2023 | Status: **Signed** |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

### FOLLOW UP

6/22/2023

Linda is seen today for follow up regarding her left knee. Patient states that over the last 2-3 weeks she has noticed a worsening of her knee. Patient states that she has constant pain which keeps her up at night. Patient states that this pain is generalized about the knee and can be sharp and stabbing to a dull ache. Patient states that she is unable to

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ███  Legal Sex: F
Visit date: 6/22/2023

Page 114

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000146

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

lift her leg and as to use manual assistance to do this. Patient states that this has affective her being able to do her own ADL and has had a very significant impact on her mental status. Patient has been unable to participate in planned family activities and trips because of the aftermath of pain and difficulty that she has suffered since the incident at Fred Meyer.

Of note prior to being hit by the cart she was progressing better than expected and had been discharged from supervised physical therapy because her post operative goals had been met. Her decline can be directly attributed to above mentioned incident.

PHYSICAL EXAM:

BP 122/77 | Pulse 74 | Temp (Src) 98 (Tympanic) | Resp 14 | Ht 5' 6"[stated[ (1.676 m) | Wt 253 lb (114.76 kg) | SaO2 [sensor n/a[% | LMP 09/14/2009


Left knee demonstrates nicely healed surgical incision. Moderate STS noted with moderate effusion. ROM 0-110. Inability to demonstrates straight leg raise. Inability to perform active flexion of knee from a seated position.


Impression: S./P Left Total Knee Replacement with excellent progress and prognosis until that of contusive injury on 5-6-23 now with xray findings consistent with Left Patellar Tendon Avulsion/Rupture


Plan: Dr.Thompson has discussed xray findings with the patient and the emergent need for surgical intervention. Patient aggress to understanding and wishes to proceed. Patient will be scheduled for Left knee patellar tendon repair.


Alexandria Bones, PA-C


Electronically signed by Alexandria Bones, PA-C at 06/26/23 0844


**Medication List**

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine M Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD          Ordered on: 5/21/2019

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ███  Legal Sex: F
Visit date: 6/22/2023

Page 115

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000147

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Start date: 5/21/2019                                      Quantity: 1 Each
Refill: No refills remaining

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                        Ordered on: 10/14/2021
Start date: 10/14/2021                                    Quantity: 1 Each
Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Daniel R Guerra, MD                      Discontinued on: 11/8/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Sarah Kleist, ARNP                         Ordered on: 10/7/2022
Start date: 10/7/2022                                     End date: 10/27/2023
Quantity: 90 Tablet                                       Refill: 3 refills by 10/7/2023

### hydrOXYzine hcl (ATARAX) 25 MG Tab

Discontinued by: Rachel D Dawson, MD                      Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis.
Authorized by: Rachel D Dawson, MD                        Ordered on: 7/19/2022
Start date: 7/19/2022                                     End date: 7/5/2023
Quantity: 120 Tablet                                      Refill: 3 refills by 7/19/2023

### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D            Discontinued on: 7/11/2023
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                        Ordered on: 1/24/2023
Start date: 1/24/2023                                     End date: 7/10/2023
Quantity: 180 Capsule                                     Refill: 2 refills by 1/24/2024

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD                      Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                        Ordered on: 1/31/2023
Start date: 1/31/2023                                     End date: 2/26/2024
Quantity: 90 Capsule                                      Refill: No refills remaining

### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria A Bones, PA                   Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane L Turner, PA-C                       Ordered on: 2/9/2023
Start date: 2/9/2023                                      End date: 6/27/2023
Quantity: 21 Tablet                                       Refill: 1 refill by 2/9/2024

### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane L Turner, PA-C                     Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane L Turner, PA-C                       Ordered on: 2/9/2023
Start date: 2/9/2023                                      End date: 12/7/2023
Quantity: 30 Tablet                                       Refill: 1 refill by 2/9/2024

### meloxicam (MOBIC) 7.5 MG Tab

Discontinued by: Alexandria A Bones, PA                   Discontinued on: 6/27/2023

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -            MRN: 172930, DOB: ▇▇▇▇  Legal Sex: F
MOUNTAIN                     Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 116                                                  Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000148

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane L Turner, PA-C
Start date: 2/9/2023
Quantity: 30 Tablet

Ordered on: 2/9/2023
End date: 6/27/2023
Refill: No refills remaining

### rosuvastatin (CRESTOR) 10 mg Tab

Discontinued by: Taja L Anderson, RN
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 90 Tablet

Discontinued on: 7/3/2023

Ordered on: 5/4/2023
End date: 7/3/2023
Refill: 3 refills by 5/3/2024

### alprazolam (XANAX) 0.25 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 5/4/2023
Quantity: 15 Tablet

Discontinued on: 7/6/2023

Ordered on: 5/4/2023
End date: 7/5/2023
Refill: 2 refills by 10/31/2023

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 6/3/2023
Quantity: 160 Tablet

Discontinued on: 11/2/2023

Ordered on: 5/4/2023
End date: 11/2/2023
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).
Authorized by: Rachel D Dawson, MD
Start date: 7/3/2023
Quantity: 160 Tablet

Discontinued on: 7/6/2023

Ordered on: 5/4/2023
End date: 7/6/2023
Refill: No refills remaining

### diclofenac (VOLTAREN) 50 MG Tab EC

Discontinued by: Alexandria A Bones, PA
Instructions: Take 1 Tablet by mouth twice daily.
Authorized by: Alexandria A Bones, PA
Start date: 5/16/2023
Quantity: 60 Tablet

Discontinued on: 8/10/2023

Ordered on: 5/16/2023
End date: 8/10/2023
Refill: No refills remaining

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

Discontinued by: Hanh Q Nguyen, RPh
Instructions: Inject 1.8 mg into the skin once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/5/2023
Quantity: 18 mL

Discontinued on: 7/5/2023

Ordered on: 6/5/2023
End date: 7/3/2023
Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 6/16/2023

Discontinued on: 9/14/2023

Ordered on: 6/16/2023
End date: 9/14/2023

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Visit date: 6/22/2023

Page 117

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000149

## 06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

Quantity: 90 Tablet                                    Refill: 1 refill by 6/15/2024

**Stopped in Visit**

None

**Imaging**

### Imaging

#### XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) (Final result) [704243014]

**XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [704243014]**    Resulted: 06/22/23 1003, Result status: Final result

Order status: Completed                    Resulted by: William Frederick Thompson, MD
Filed by: William Frederick Thompson, MD  06/22/23 1005    Performed: 06/22/23 0857 - 06/22/23 0857
Accession number: 27715442
Narrative:
Images from the original result were not included.
Reason for x-ray: Left knee pain, weakness, history of prior left TKR,
postoperative trauma with symptomatic worsening

Findings
Left knee demonstrates patella alta, with significant change from x-rays
reviewed on 5/9/2023.  Inferior pole patella fracture, nondisplaced on
5/9/2023, now with interval change with superior position of patella and
patella component, consistent with patellar tendon rupture.  The femoral
and tibial components are unremarkable, and unchanged from prior
radiographs.  There is a bone fragment superior lateral left knee,
possible osteochondral loose body.

Impression:
Left knee TKR with patella alta consistent with infrapatellar tendon
rupture.
Osteochondral loose body left knee

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150

Acknowledged by: Alexandria Bones, PA-C on 06/22/23 1407

**Indications**

Status post total left knee replacement [Z96.652 (ICD-10-CM)]

**Signed**

Electronically signed by William Frederick Thompson, MD on 6/22/23 at 1005 PDT

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -     MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
MOUNTAIN          Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 118                                    Printed by 410815 at 7/17/25  2:56 PM
                                            MCO&SMM_000150

**06/22/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Imaging (continued)**

### All Reviewers List

Alexandria Bones, PA-C on 6/22/2023 14:07

## Results                                                                                  (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
|---|---|
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

### Admit

#### ADMIT AS INPATIENT (Cancel Held) [710446988]

Status: **Cancel Held**

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 0845 - 1  occurrence | Class: MHS IP Normal |
| Quantity: 1 | |

**Questionnaire**

| Question | Answer |
|---|---|
| Dx: | Patellar tendon rupture, left, initial encounter |
| Estimated length of stay? | 1 |

**Updates**

| | |
|---|---|
| Level of care: Adult Med/Surg | Patient class: Inpatient |

### Patient Care

#### VITAL SIGNS - Per unit standard (Cancel Held) [710446975]

Status: **Cancel Held**

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Per Unit Standard 06/26/23 0845 - Until | Class: MHS IP Normal |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▆▆▆▆▆  Legal Sex: F
Visit date: 6/22/2023

Page 119

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000151

## Preferred Pharmacy (continued)

**Other Orders - Procedures (continued)**

Specified
Quantity: 1
Order comments: Including respiratory rate and oxygen saturation every 15 minutes while titrating vasoactive infusions and at least hourly while infusions continue.

### RN ASSESSMENT (Cancel Held) [710446981]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1
Order comments: Identify any special needs for discharge.

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### SHOWER - AM of surgery (Cancel Held) [710446982]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1
Order comments: Chlorohexidine shower AM of surgery.

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### IV MAINTENANCE (Cancel Held) [710446984]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Continuous 06/26/23 0845 - Until Specified
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

### DEVICE SEQ COMPRESS W/SLEEVE (Cancel Held) [710446990]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Once 06/26/23 0845 - 1 occurrence
Quantity: 1

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

**Questionnaire**

| Question | Answer |
| --- | --- |
| Type of SCD | KNEE HIGH |

### NURSING COMMUNICATION (MISC) 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy lozenges or tobacco 2-6 hrs before arrival- Clear liquids (8 oz) to include: water, popsicles, clear juice, coffee or teas (NO MILK or CREAMERS) 6-8 hrs be... (Cancel Held) [710446991]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843
Authorized by: Alexandria Bones, PA-C
Frequency: Routine Continuous 06/26/23 0845 - Until Specified
Quantity: 1
Order comments: 0-2 hrs before arrival- Nothing by Mouth: No water, gum, candy lozenges or tobacco 2-6 hrs before arrival- Clear liquids (8 oz) to include: water, popsicles, clear juice, coffee or teas (NO MILK or CREAMERS) 6-8 hrs before arrival- Light snack: Low in fat (fruit or plain toast). No sugary, fried or junk foods like chips or desserts. >8 hrs before arrival- Usual diet. Infants: Stop formula 6 hrs and breast milk 4 hrs prior to arrival

Ordering provider: Alexandria Bones, PA-C
Ordering mode: Standard
Class: MHS IP Normal

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE - 
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

MRN: 172930, DOB: [redacted]    Legal Sex: F
Visit date: 6/22/2023

Page 120

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000152

## Preferred Pharmacy (continued)

### Other Orders - Procedures (continued)

---

**Respiratory Therapy**

#### STANDARD PULSE OXIMETRY on admission (Cancel Held) [710446976]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843     Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Once 06/26/23 0845 - 1  occurrence     Class: MHS IP Normal
Quantity: 1

### Other Orders - Orders

---

**IP Consult**

#### CONSULT TO ANESTHESIA - NERVE BLOCK IF INDICATED (Cancel Held) [710446987]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843     Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Continuous 06/26/23 0845 - Until Specified     Class: MHS IP Normal
Quantity: 1

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for consult: | Peripheral Nerve Block |

Order comments: Indication: Postop Pain Control. If patient is appropriate for nerve block based on procedure and discussion with surgeon.

---

**Nsg Complete**

#### HEIGHT/WEIGHT ON ADMISSION (Cancel Held) [710446977]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843     Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Once 06/26/23 0845 - 1  occurrence     Class: MHS IP Normal
Quantity: 1

#### INITIATE CONSENT (Cancel Held) [710446978]

Status: **Cancel Held**

This order may be acted on in another encounter.
Ordering user: Alexandria Bones, PA-C 06/26/23 0843     Ordering provider: Alexandria Bones, PA-C
Authorized by: Alexandria Bones, PA-C                    Ordering mode: Standard
Frequency: Routine Once 06/26/23 0845 - 1  occurrence     Class: MHS IP Normal
Quantity: 1

**Questionnaire**

| Question | Answer |
|---|---|
| Diagnosis | Left Knee Patella Tendon Rupture |
| Procedure | Left Knee Open Patellar Tendon Repair |

**MD TO RN COMMUNICATION Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079.**

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: ▮▮▮▮    Legal Sex: F
MOUNTAIN                    Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 121                                          Printed by 410815 at 7/17/25  2:56 PM
                                                  MCO&SMM_000153

## Preferred Pharmacy (continued)

**Other Orders - Orders (continued)**

### (Cancel Held) [710446979]

Status: **Cancel Held**

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 0845 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | |

Order comments: Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079.

### MD TO RN COMMUNICATION IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC. (Cancel Held) [710446980]

Status: **Cancel Held**

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Continuous 06/26/23 0845 - Until Specified | Class: MHS IP Normal |
| Quantity: 1 | |

Order comments: IV fluids per anesthesia guidelines. Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079 if not already completed by Preadmit. Exclude for Inpatients at GSH & AMC.

### INSERT IV (Cancel Held) [710446983]

Status: **Cancel Held**

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 0845 - 1  occurrence | Class: MHS IP Normal |
| Quantity: 1 | |

Order comments: Order Saline Flush per policy as indicated to maintain IV. See policy: Title: "IV Therapy: Peripheral IV Device Site Selection, Insertion, Maintenance, and Discontinuation" for more information.

### ORDER TED HOSE - KNEE HIGH (Cancel Held) [710446989]

Status: **Cancel Held**

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Alexandria Bones, PA-C 06/26/23 0843 | Ordering provider: Alexandria Bones, PA-C |
| Authorized by: Alexandria Bones, PA-C | Ordering mode: Standard |
| Frequency: Routine Once 06/26/23 0845 - 1  occurrence | Class: MHS IP Normal |
| Quantity: 1 | |

#### Questionnaire

| Question | Answer |
|---|---|
| Type of Ted hose | KNEE HIGH |

Order comments: Measure patient then place order for correct size Ted hose

**Flowsheets**

**Custom Formula Data**

| Row Name | 06/22/23 0812 |
|---|---|
| OTHER | |
| Ideal Body Weight | 130.73 lbs  -AS |
| Adjusted Body Weight | 179.64 lbs  -AS |
| % Over/Under | 93.53  -AS |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▇▇▇▇  Legal Sex: F
Visit date: 6/22/2023

Page 122

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000154

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Ideal Body Weight | |
| Predicted Body Weight | 59.3 -AS |
| Length (cm) | 167.6 cm -AS |
| IBW/kg (Calculated) Male | 63.8 kg -AS |
| IBW/kg (Calculated) Female | 59.3 kg -AS |
| BSA (Calculated - sq m) | 2.31 sq meters -AS |

**Vitals**

| | |
|---|---|
| MAP (mmHg) | 92 mmHg -AS |

**BMI**

| | |
|---|---|
| BMI (Calculated) | 40.85 -AS |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 59.3 -AS |
| Low Range Vt 6mL/kg | 355.8 mL/kg -AS |
| Adult Moderate Range Vt 8mL/kg | 474.4 mL/kg -AS |
| Adult High Range Vt 10mL/kg | 593 mL/kg -AS |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 40.85 -AS |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 59.3 kg -AS |
| IBW/kg (Calculated) Male | 63.8 kg -AS |

**Encounter Vitals**

| Row Name | 06/22/23 0812 |
|---|---|
| **Encounter Vitals** | |
| BP | 122/77 -AS |
| Pulse | 74 -AS |
| Resp | 14 -AS |
| Temp | 36.7 °C (98 °F) -AS |
| Temp src | Tympanic -AS |
| SpO2 | — 📄 sensor n/a -AS |
| Weight | 114.8 kg (253 lb) 📄 stated -AS |
| Height | 1.676 m (5' 6") 📄 stated -AS |
| Pain Score | FIVE/TEN -AS |
| Pain Loc | KNEE -AS |
| Pain Education | Yes -AS |

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 6/22/2023

Page 123

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000155

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| User Key | | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By |
|---|---|---|---|
| **Initials** | **Name** | **Provider Type** | **Discipline** |
| AS | Andrea J Steele, MA | Medical Assistant | — |

**Patient Instructions**

Patella tendon rupture with change on todays xray

Previous xray showed no change in patella position

Electronically signed by Alexandria Bones, PA-C at 06/22/23 0955

**After Visit Summary**

After Visit Summary (below)

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
MOUNTAIN                 Visit date: 6/22/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 124                                        Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000156

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 293620864

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 5/9/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | |
| | | | **Adm Dx:** | Left knee pain, unspecif* |
| | | | | Gestational Age: <None> |

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-█████

**Age:** 67 year old

**DOB:** ████ (65 yrs)

**Sex:** female

**Marital Status:** Married

Telephone Information:
Home Phone  Not on file.
Work Phone  Not on file.
Mobile  █████████

**Employer:**
No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:** BONES, ALEXANDRIA A

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | ████████ | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | ████████ | | | |

### Guarantor Information

███████████████████████████████████████

### Primary Insurance

███████████████████████████████████████

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -  MRN: 172930, DOB: ████  Legal Sex: F
MOUNTAIN  Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 172

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000204

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 2:56 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Visit Information

#### Provider Information

**Referring Provider**

Alexandria Bones, PA-C

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic & Sports Medicine-Mountain Imaging | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-301-5150 | 253-761-2451 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 5/9/2023 9:30 AM | MTN ORTHO IMAGING RESOURCE | MC ORTHO & SPORTS MOUNTAIN IMAGING | MOSMTAC |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine M Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Melatonin 5 MG Caps**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

**Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps**

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▉▉▉▉   Legal Sex: F
Visit date: 5/9/2023

Page 173

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000205

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

**Medication List (continued)**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |

MULTICARE ORTHOPEDICS &Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: [redacted]     Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 174

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000206

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

Quantity: 90 Tablet                    Refill: 2 refills by 10/4/2023

#### duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles

Discontinued by: Quynh Giao T Nguyen, PHARM D          Discontinued on: 7/11/2023
Instructions: Take 1 Capsule by mouth twice daily.
Authorized by: Rachel D Dawson, MD                     Ordered on: 1/24/2023
Start date: 1/24/2023                                  End date: 7/10/2023
Quantity: 180 Capsule                                  Refill: 2 refills by 1/24/2024

#### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Rachel D Dawson, MD                   Discontinued on: 2/26/2024
Instructions: Take 1 Capsule by mouth once daily.
Authorized by: Rachel D Dawson, MD                     Ordered on: 1/31/2023
Start date: 1/31/2023                                  End date: 2/26/2024
Quantity: 90 Capsule                                   Refill: No refills remaining

#### ondansetron (ZOFRAN) 4 MG Tab

Discontinued by: Alexandria A Bones, PA                Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.
Authorized by: Shane L Turner, PA-C                    Ordered on: 2/9/2023
Start date: 2/9/2023                                   End date: 6/27/2023
Quantity: 21 Tablet                                    Refill: 1 refill by 2/9/2024

#### senna (SENNA, SENOKOT) 8.6 MG Tab

Discontinued by: Shane L Turner, PA-C                  Discontinued on: 12/7/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane L Turner, PA-C                    Ordered on: 2/9/2023
Start date: 2/9/2023                                   End date: 12/7/2023
Quantity: 30 Tablet                                    Refill: 1 refill by 2/9/2024

#### meloxicam (MOBIC) 7.5 MG Tab

Discontinued by: Alexandria A Bones, PA                Discontinued on: 6/27/2023
Instructions: Take 1 Tablet by mouth once daily.
Authorized by: Shane L Turner, PA-C                    Ordered on: 2/9/2023
Start date: 2/9/2023                                   End date: 6/27/2023
Quantity: 30 Tablet                                    Refill: No refills remaining

#### oxyCODONE (ROXICODONE) 5 MG Tab

Discontinued by: Alexandria A Bones, PA                Discontinued on: 6/1/2023
Instructions: Take 1 Tablet by mouth every 4 hours as needed for pain.
Authorized by: Shane L Turner, PA-C                    Ordered on: 2/10/2023
Start date: 2/10/2023                                  End date: 6/1/2023
Quantity: 42 Each                                      Refill: No refills remaining

#### clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Cream

Discontinued by: Marie Betcher, RN                     Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Apply 1 Application externally twice daily. To rash for 14 days
Authorized by: Rachel D Dawson, MD                     Ordered on: 3/8/2023
Start date: 3/8/2023                                   End date: 6/23/2023
Quantity: 45 g                                         Refill: No refills remaining

#### VICTOZA 18 MG/3ML Solution Pen-injector

Discontinued by: Nishy K Hayre, RPh                    Discontinued on: 6/5/2023
Instructions: Inject 1.8 mg into the skin once daily.

MULTICARE ORTHOPEDICS &          Larocque, Linda J
SPORTS MEDICINE -                MRN: 172930, DOB: ███████  Legal Sex: F
MOUNTAIN                         Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 175                                    Printed by 410815 at 7/17/25  2:56 PM
                                                      MCO&SMM_000207

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 3/9/2023 |
| Start date: 3/9/2023 | End date: 6/4/2023 |
| Quantity: 18 mL | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Andrea J Steele, MA          Discontinued on: 6/22/2023
Reason for discontinuation: Discontinued by provider
Instructions: Take 2 Tablets by mouth every 6 hours as needed (chronic pain exempt). for pain chronic pain exempt

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 4/6/2023 |
| Start date: 4/6/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**rosuvastatin (CRESTOR) 10 mg Tab**

Discontinued by: Taja L Anderson, RN          Discontinued on: 7/3/2023
Reason for discontinuation: Dose adjustment
Instructions: Take 1 Tablet by mouth each evening.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/3/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 5/3/2024 |

**alprazolam (XANAX) 0.25 MG Tab**

Discontinued by: Rachel D Dawson, MD          Discontinued on: 7/6/2023
Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 7/5/2023 |
| Quantity: 15 Tablet | Refill: 2 refills by 10/31/2023 |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Andrea J Steele, MA          Discontinued on: 6/22/2023
Reason for discontinuation: Discontinued by provider
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 5/4/2023 | End date: 6/22/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Rachel D Dawson, MD          Discontinued on: 11/2/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 6/3/2023 | End date: 11/2/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

Discontinued by: Rachel D Dawson, MD          Discontinued on: 7/6/2023
Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt).

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/4/2023 |
| Start date: 7/3/2023 | End date: 7/6/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
MOUNTAIN                    Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 176

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000208

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

**Medication List (continued)**

## Imaging

### Imaging

#### XR KNEE 1 OR 2 VIEWS LEFT (Final result) [696598334]

**XR KNEE 1 OR 2 VIEWS LEFT [696598334]**                          Resulted: 06/09/23 1036, Result status: Final result

Ordering provider: Alexandria Bones, PA-C  05/09/23 0907          Order status: Completed
Resulted by: William Frederick Thompson, MD                       Filed by: William Frederick Thompson, MD  06/09/23 1041
Performed: 05/09/23 0937 - 05/09/23 0937                          Accession number: 26794634
Narrative:
Images from the original result were not included.
Reason for x-ray: History of left total knee replacement 2/8/2023.  Recent
trip and stumble, increased left knee pain

Findings
The tibial and femoral components appear well-positioned without evidence
of radiolucency.  Stable appearing implant, cement and bone interfaces.
When compared to immediate postoperative films dated 2/8/2023, the current
x-rays reveal a possible small patellar tip avulsion fracture inferiorly,
not present on previous x-rays.  However the position of the patella body
in relationship to Blumensaat's line is unchanged from x-rays from
2/8/2023, without patellar alto, therefore suggesting intact extensor
mechanism, recommend clinical correlation.
In the AP projection, there is a soft tissue calcification/ossification
superior lateral to the patella, and on lateral view appears anterior to
the distal femur.  Uncertain clinical significance.

Impression:
Left total knee arthroplasty with satisfactory position of implants.
Small avulsion fracture at inferior tip of patella with satisfactory
patella position, recommend clinical correlation regarding extensor
mechanism competence.
Possible osteochondral loose body suprapatellar.


W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care
Multicare Orthopedics and Sports Medicine
Office : 253-301-5150


Acknowledged by: Alexandria Bones, PA-C on 06/12/23 0956


**Indications**

Left knee pain, unspecified chronicity [M25.562 (ICD-10-CM)]

**Signed**

Electronically signed by William Frederick Thompson, MD on 6/9/23 at 1041 PDT

**All Reviewers List**

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: ████    Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 177                                           Printed by 410815 at 7/17/25  2:56 PM
                                                   MCO&SMM_000209

## 05/09/2023 - Ancillary Procedure in MultiCare Orthopedic & Sports Medicine-Mountain Imaging (continued)

**Imaging (continued)**

Alexandria Bones, PA-C on 6/12/2023 09:56

| Results | (Order ) |
|---|---|

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

**Patient Instructions**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
MOUNTAIN Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 178 Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000210

## 05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                             **CSN:**  289348510

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 5/9/2023 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Surgery Followup
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information

**Home Address:**   6824 S Park Ave
                    Tacoma WA 98408-5509

**SSN:**            xxx-xx-███
**Age:**            67 year old
**DOB:**            ███ (65 yrs)
**Sex:**            female
**Marital Status:** Married

Telephone Information:
Home Phone          Not on file.
Work Phone          Not on file.
Mobile              ███

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | ███ | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | ███ | | | |

---

### Guarantor Information

███

---

### Primary Insurance

███

---

### Secondary Insurance

███

---

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: ███   Legal Sex: F
MOUNTAIN                   Visit date: 5/9/2023
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 186

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000218

**05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

## *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 2:56 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Surgery Followup (Left TKR )

### Visit Diagnoses

- **Left knee pain, unspecified chronicity (primary) [M25.562]**
- Right shoulder pain, unspecified chronicity [M25.511]
- Acute pain of right knee [M25.561]
- Idiopathic osteoporosis [M81.8]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Alexandria Bones, PA-C | Alexandria Bones, PA-C |

### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

### Follow-up and Dispositions

Return in about 1 week (around 5/16/2023).

### Level of Service

| Level of Service |
| --- |
| **PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN** |
| **Log History** |
| LOS History |

## Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 5/9/2023 8:50 AM | Alexandria Bones, PA-C | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB:          Legal Sex: F
Visit date: 5/9/2023

Page 187

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000219

**05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Call Information (continued)**

**Clinical Notes**

**Nursing Note by Kevin D Swasey, MA at 5/9/2023 0850**

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 05/09/23 0847 | Encounter Date: 5/9/2023 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

**Chief Complaint**
Patient presents with
- Surgery Followup
  *Left TKR*

Additional Details: Linda J Larocque is a 65 year old female here for left knee(s) surgery follow up, date of surgery 2/8/2023. Patient states that the left knee(s) is having increased pain x one week after hitting her knee on a shopping cart, pain increased at night

**Vitals:**

| | 05/09/23 0843 |
|---|---|
| BP: | 120/70 |
| Pulse: | 88 |
| Resp: | 12 |
| Temp: | 97.9 °F (36.6 °C) |
| TempSrc: | Temporal |
| Weight: | 253 lb (114.8 kg) |
| Height: | 5' 6" (1.676 m) |

Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA

Electronically signed by Kevin D Swasey, MA at 05/09/23 0847

**Progress Notes by Alexandria Bones, PA-C at 5/9/2023 0850**

| | | |
|---|---|---|
| Author: Alexandria Bones, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 05/11/23 1547 | Encounter Date: 5/9/2023 | Status: Signed |
| Editor: Alexandria Bones, PA-C (Physician Assistant) | | |

### POST OPERATIVE FOLLOW UP TOTAL KNEE REPLACEMENT

5/9/2023

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ██████ Legal Sex: F
Visit date: 5/9/2023

Page 188

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000220

**05/09/2023 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Clinical Notes (continued)**

Linda J Larocque is seen today for post operative follow up following a Left Total Knee Replacement performed by Dr.Thompson on 2-8-2033. Patient states that she has been progressing nicely and had been discharged from supervised physical therapy up until that of a week ago when she was walking out of a grocery store using cart as support when it suddenly locked hitting her knee and making her stumble. Patient states that she was told that the carts do this automatically if they do not go through register. Patient states that she has had pain since then and feels that she has taken steps back in recovery.
Patient states that this has been keeping her up at night and her swelling has increased.
Of note her right knee started to become increasingly painful since 4-19 when she was kneeling on floor and felt pop upon standing. She states that it felt like a shift in her knee and she had difficulty initially WB.  She feels discomfort to the lateral aspect of her knee.


PHYSICAL EXAM:

BP 120/70 | Pulse 88 | Temp (Src) 97.9 (Temporal) | Resp 12 | Ht 5' 6"[historical[ (1.676 m) | Wt 253 lb (114.76 kg) | LMP 09/14/2009

Left Knee demonstrates: nicely healed surgical incision. Moderate STS noted most significant to contusion area of impact with trace effusion. Full ROM although discomfort.

Right knee demonstrates mild STS noted. Diminished ROM secondary to discomfort. Increased tenderness to joint line.

XRAYS: reviewed


IMPRESSION: S/P Left Total Knee Replacement, 3 months post op recent contusion to anterior knee
Right Knee OA


PLAN: I have have reassured patient that with some time her knee should return to prior function and comfort. Continue rest, ice, elevation and OTC pain and antiinflammatory remedies for bilateral knee. I have recommended a course of supervised physical therapy for right knee.  I have requested that Linda follow in 1 week for recheck prior to me being out of office , sooner if indicated.


Alexandria Bones, PA-C


DEXA scan is up to date for Linda J Larocque

Electronically signed by Alexandria Bones, PA-C at 05/11/23 1547


**Medication List**

**Medication List**

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓  Legal Sex: F
Visit date: 5/9/2023

Page 189

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000221

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 278668453

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 12/22/2022 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Knee Pain
**Adm Dx:**

Gestational Age: <None>

### Patient Information

**Home Address:** 6824 S Park Ave
Tacoma WA 98408-5509

**SSN:** xxx-xx-███

**Age:** 67 year old
**DOB:** ███ (64 yrs)
**Sex:** female
**Marital Status:** Married

**Telephone Information:**
Home Phone     Not on file.
Work Phone     Not on file.
Mobile     ███

**Employer:**

No address on file.

**Primary Care Physician:** Rachel D Dawson, MD
**Referring Physician:**

**Employer Phone:**
**Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | ███ | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | ███ | | | |

### Guarantor Information

███

### Primary Insurance

███

### Secondary Insurance

███

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ███     Legal Sex: F
Visit date: 12/22/2022

Page 349

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000381

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 2:56 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Knee Pain (Left knee pain )

#### Visit Diagnoses

- **Primary osteoarthritis of left knee (primary) [M17.12]**
- Chronic pain of left knee [M25.562, G89.29]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| William Frederick Thompson, MD | William Frederick Thompson, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedic and Sports Medicine-Mountain | 1550 SOUTH UNION AVENUE STE 210 Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions

#### Level of Service

##### Level of Service

**PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN**

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 12/22/2022 4:00 PM | William Frederick Thompson, MD | MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Nursing Note by Kevin D Swasey, MA at 12/22/2022 1600

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 12/22/22 1541 | Encounter Date: 12/22/2022 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Visit date: 12/22/2022

Page 350

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000382

---

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

**Chief Complaint**
Patient presents with

- Knee Pain
  *Left knee pain*

Additional Details:Linda J Larocque is a 64 year old female here for left knee(s). Patient states that the left knee(s) has been painful for several months , no known injury. Pain with ambulation, weight bearing .
Images ordered
Want to discuss surgery
**Vitals:**

|  | 12/22/22 1538 |
|---|---|
| BP: | 120/70 |
| Pulse: | 77 |
| Resp: | 12 |
| Temp: | 98 °F (36.7 °C) |
| TempSrc: | Temporal |
| Weight: | 247 lb (112 kg) |
| Height: | 5' 6" (1.676 m) |

Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA

Electronically signed by Kevin D Swasey, MA at 12/22/22 1541

**Progress Notes by William Frederick Thompson, MD at 12/22/2022 1600**

| Author: William Frederick Thompson, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 12/23/22 1000 | Encounter Date: 12/22/2022 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

New condition

Primary Care Provider:  Rachel D Dawson, MD

Reason for appt./chief complaint:  Left knee pain

HPI:  Linda J Larocque is a 64 year old female who presents today for evaluation of left knee pain.
The patient is unaccompanied .

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: █████  Legal Sex: F
Visit date: 12/22/2022

Page 351

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000383

**12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Clinical Notes (continued)**

Details regarding current symptoms are provided by the patient as follows:
Onset:  5 years ago; gradual
Duration of current symptoms, leading this evaluation:  2 years
Quality of symptoms/pain:  aching, burning and STS
Severity of symptoms:  moderate
Duration time for symptoms:  constant
Changes or trends in current symptoms:  worsening
Symptoms are associated:  sedentary activity/exertion.
Location of symptoms:  anterior and diffuse
Symptom associations:  denies numbness or tingling in the legs or feet
Patient iterates pain at night.

The **patient** provides self-**reported** level of functional limitations, regarding the **degree of difficulty** in performing usual daily activities and higher level activities as follows [none (0), mild (1), moderate (2), severe (3), extreme (4)]:

- Rising from bed: extreme (4)
- Putting on socks/stockings:  moderate(2)
- Rising from sitting:  extreme (4)
- Bending to the floor:  severe(3)
- Twisting/pivoting on your injured knee:  extreme (4)
- Kneeling:  extreme (4)
- Squatting:  extreme (4)

Other personal patient concerns:  personal safety/risk of falling
- Personal safety/risk of falling:  Yes, concerned
- Job security/self-reported productivity loss related to usual activity (absenteeism and presenteeism)- n/a

**TREATMENT REGIMES** attempted by patient:
Patient reports having engaged in **conservative treatment** to include:

- **Physical therapy** (focusing on improving functionality:  Yes, duration-3 months

- **Personal physical measures**:

| | |
|---|---|
| Strengthening exercises | Yes |
| Activity modification | Yes |
| Assistive devices | Yes, cane |
| Bracing if judged appropriate | No |
| Weight loss/wellness if indicated | Yes, current treatment with PCP |

- **Medications:**

| | |
|---|---|
| Acetaminophen | Yes |
| Oral NSAIDs | Yes, ibu |
| Topical | Yes, biofreeze, salon-pas |
| Intra-articular injection of corticosteroids | No |

Past medical, surgical, social, and family histories have been reviewed and confirmed with patient using medical

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -          MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
MOUNTAIN                   Visit date: 12/22/2022
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 352                                    Printed by 410815 at 7/17/25  2:56 PM
                                                    MCO&SMM_000384

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

history questionnaire.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l* | |
| • Lumbago | 6/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC)<br>*heart murmur noted on echo* | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled<br>*diet controlled* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| • H/O EYE SURGERY<br>*retinal tear tx w/ laser* | Left | 11/2022 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 11/01/2009 |
| • P FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 01/01/1999 |

**Current Outpatient Rx**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tablet by mouth three times a day as needed for anxiety. | 15 Tablet | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tablets by mouth every 6 hours as needed for pain. Chronic pain exempt | 160 Tablet | 0 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ███  Legal Sex: F
Visit date: 12/22/2022

Page 353

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000385

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Capsule by mouth twice daily. | 180 Capsule | 0 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Capsule by mouth once daily. | 90 Capsule | 0 |
| • rosuvastatin (CRESTOR) 10 mg Tab | Take 1 Tablet by mouth each evening. | 30 Tablet | 5 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tablet by mouth once daily. | 90 Tablet | 3 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tablet by mouth once daily. | 90 Tablet | 2 |
| • liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector | Inject 1.8 mg into the skin once daily. | 6 mL | 5 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | 120 Tablet | 3 |
| • Insulin Pen Needle (PEN NEEDLES 31GX5/16") 31G X 8 MM Misc | Use With victoza injections | 100 Each | 11 |
| • Omega 3 1200 MG Caps | Take 1 Units by mouth twice daily. | | |
| • zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps | Take 1 Capsule by mouth once daily. | | |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | 1 Each | 0 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each | 0 |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 12/22/2022

Page 354

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000386

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| Vendor is Apria) | | | |
| • Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps | Take 2 Caps by mouth once daily. | 60 Cap | 11 |
| • Melatonin 5 MG Caps | Take 1 Capsule by mouth once daily. | 100 Cap | 1 |
| • docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. | 60 Cap | 0 |
| • Cholecalciferol (VITAMIN D3) 1000 UNIT Tab | Take 10,000 Tablets by mouth once daily. | 500 Tab | 3 |
| • ASPIRIN 81 MG OR TABS | Take 1 Tablet by mouth once daily. | 30 | 0 |

**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] | |
| *palpitations* | |
| • Codeine Camsylate | Nausea |
| *Ok with food* | |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Lipitor [Atorvastatin Calcium] | |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches? Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Voltaren [Diclofenac Sodium] | |
| *Gi upset* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |

**Social History**

**Socioeconomic History**

- Marital status: Married
    - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

**Occupational History**

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ■■■■■ Legal Sex: F
Visit date: 12/22/2022

Page 355

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000387

**12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Clinical Notes (continued)**

- Not on file

Tobacco Use

- Smoking status:          Never
- Smokeless tobacco:    Never

Substance and Sexual Activity

- Alcohol use:              Yes
    *Comment: 1/mo*
- Drug use:                  No
- Sexual activity:          Yes
    Partners:                Male
    Birth control/protection:    Surgical
    *Comment: married monogamous, vas*

Other Topics                    Concern

- Not on file

Social History Narrative

- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Housing Stability: Not on file

## Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
| CHF | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU | Mother | | |
| GOUT | | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro | Daughter | | |
| epilepsy | | | |
| • Drug/Alcohol | Daughter | | |
| recovering alcoholic | | | |
| • Cancer | Daughter | | |
| uterine ca | | | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -        MRN: 172930, DOB: ▉▉▉▉    Legal Sex: F
MOUNTAIN                 Visit date: 12/22/2022
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 356

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000388

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

- Coronary Artery Disease      Maternal Grandmother
  - *MI*
- Cancer      Maternal Grandmother
  - *BREAST*
- Coronary Artery Disease      Maternal Grandfather
  - *MI*
- Hypertension      Sister
- Diabetes      Paternal Aunt
- Other      Sister
  - *EPILEPSY*
- Diabetes      Sister
- Arthritis      Brother
- Heart      Sister
- Diabetes      Maternal Aunt
- Other      Paternal Aunt
  - *MIGRAINE*
- Neuro      Sister
  - *early alzheimers.*


ROS:
Otherwise negative except for history present illness, as well as that related to active medical problem list

EXAMINATION:
BP 120/70 | Pulse 77 | Temp (Src) 98 (Temporal) | Resp 12 | Ht 5' 6"[historical[ (1.676 m) | Wt 246 lb (111.585 kg) | LMP 09/14/2009
General:  Alert, oriented, in no acute distress. Appears stated age, with normal grooming.

Gait: Mild to moderately antalgic, favoring the affected side with a shortened stance phase.

Left Knee:
Inspection: Deformities -mild to moderate varus deformity left knee.  No visible masses or bruising.  Distal edema -no significant.
Palpation: No warmth, masses, or soft tissue defects.  With active assisted left knee range of motion, evidence of palpable crepitus.  Medial and lateral joint line tender.  Mild to moderate left knee joint effusion, no warmth.
Strength: Adequate functional strength regarding knee flexion and extension, without demonstrable deficits.
Range of motion: Extension and flexion demonstrate 10-100, active assisted. Flexion contracture - present.
Provocative tests: No palpable.
Neurologic: No evidence of foot drop, intact ankle dorsiflexion on affected side
Observation:  unable to rise from seated to standing position unassisted, relies on arms of chair.

X-rays: Obtained and reviewed.  Advanced osteoarthritis left knee tricompartmental predominant medial compartment valgus with secondary varus deformity, grade 4 Kellgren-Lawrence severity

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ███   Legal Sex: F
Visit date: 12/22/2022

Page 357

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000389

**12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Clinical Notes (continued)**

**IMPRESSION:**

|  |  | ICD-10-CM |
|---|---|---|
| 1. | **Primary osteoarthritis of left knee** | **M17.12** |
| 2. | Chronic pain of left knee | M25.562 |
|  |  | G89.29 |

PLAN: I have had a thorough discussion with the patient today regarding the clinical presentation, as well as physical exam and radiographic findings.Treatment options, risk and benefits of each have been emphasized. Conservative/nonsurgical options discussed include personal physical measures and supervised physical therapy, activity modifications, core exercises and weight management program, and use of external braces, over-the-counter analgesics such as anti-inflammatory medications and/or acetaminophen, intra-articular injections. I have discussed the natural history of this condition as being that of steady progression with persistent and worsening symptoms. Also use of an ambulatory aid may be biomechanically/symptomatically helpful.
Surgical options have been discussed such as joint arthroplasty.

In referencing the:
**Bree Collaborative guidelines for TJA**
**DISABILITY DUE TO OSTEOARTHRITIS DESPITE CONSERVATIVE THERAPY**, this patient demonstrates:

- **Documented disability, using the:**
  **Knee injury and Osteoarthritis Outcome Score (KOOS) – Physical Function Shortform(KOOS-PS)** English version

  - **Raw Score (0-28) =** _25_ (from 0 = no difficulty, to 28 = extreme difficulty)

  - **Conversion Score (0-100) =** _77.7_ (from 0 = no difficulty, to 100 = extreme difficulty)
    **(Person interval level score)**

- **Documented osteoarthritis, supporting the need for surgery:**
  Standard x-ray of the affected joint - demonstrates grade 4 Kellgren-Lawrence severity disease

- **Documented failure of conservative therapy** for at least **3 months** (<u>unless</u> symptoms are severe and x-ray findings show advanced osteoarthritis) with patient reported lack of improvement in pain or function
  - **Physical therapy** (focusing on improving functionality and assisting patient with adapting to persistent functional limitations) -yes, duration-3 months. Patient reports **documented conservative therapy**
  - <u>**Trial of 1 or more**</u> of the above listed physical measures - yes
  - <u>**Trial of 1 or more**</u> of the above listed **medications** - yes

The nature of the surgical procedure has been detailed to include: type of incision, type of implants and bearing surfaces; risk of surgery to include infection, the possible need for blood transfusion with inherent risk of viral transmission to include hepatitis/HIV, DVT/PE, limb length discrepancy, prosthetic instability/dislocation, reoperation, incomplete pain relief, catastrophic risk of anesthesia; inpatient hospitalization, postoperative recovery period; need for prophylactic antibiotics postoperatively around the time of other invasive procedures. The patient gives stated understanding with no further questions.

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ████ Legal Sex: F
Visit date: 12/22/2022

Page 358

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000390

**12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Clinical Notes (continued)**

The patient has been provided a medical education pamphlet from MHS Re: Total Knee Replacement (TKR) recipients.

- **Fitness for surgery:**
  - Documented medical requirements related to patient's safety

| | |
|---|---|
| **BMI** less than 40 | Yes |
| **Hemoglobin A1c** less than 8% in patients with diabetes | Yes |
| Adequate **peripheral circulation** to ensure healing | Yes |
| Adequate **nutritional status** to ensure healing | Yes |
| Sufficient **liver function** to ensure healing | Yes |
| Control of **opioid dependency/determination of opioid contracts**, if present | Yes |
| **Avoidance of smoking** for at least 4 weeks preoperatively | N/A, non-smoker |
| **Absence of an active, life-limiting condition** that would likely cause of death before recovery from surgery | Yes |
| **Absence of severe disability** from a condition unrelated to osteoarthritis that would severely limit the benefits of surgery | Yes |
| **Absence of significant dementia** that would interfere with recovery | Yes |

- **Additional Preoperative surgical screening/medical optimization query:**

| | |
|---|---|
| **Current health status (in the last 90 days)**: Any recent hospitalizations, infections, or visits to the ED | No |
| Ongoing need for **Renal dialysis** | No |
| **Rheumatology:** Need for evaluation or medication (DMARDs) dose adjustment | No |
| **Social support:** Where are you planning to reside postoperatively -personal home? | Yes |

- **Documented patient engagement:**

| | |
|---|---|
| Patient participated in **shared decision making**/informed consent | Yes |
| Patient has a **designated personal care** | Yes, husband |

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN 1550 SOUTH UNION AVE TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 12/22/2022

Page 359

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000391

### 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

| partner/"joint coach " | |
|---|---|
| **Patient and care partner** agree to or have actively participated in 1. Surgical consultation, 2. Preoperative evaluation, 3. Joint replacement class and/or required surgical and anesthesia educational programs | Yes |
| Received **MHS TJA information pamphlet** regarding 1. In-hospital care, 2. Postoperative care teaching, 3. Patient's home care and exercise program | Yes |
| Patient participated in end-of-life planning, including completion of **Advance Care Plan (ACP)**/Directive and the **designation of DPA** (Durable Power of Attorney) | Yes, patient counseled |

- **Document optimal preparation for surgery:**

| Evaluate for **cardiac status/devices (pacemaker)** and **pulmonary** fitness | Yes, cardiac clearance for surgery given on 10/31/2022, Dr. Daniel Guerra |
|---|---|
| Obtain/review **basic lab** profile | Yes, normal CMP 9/2/2022; normal hemoglobin A1c-5.7 |
| **X-rays** of affected joint within previous 12 months | Yes, 12/22/2022 |
| Screen for predictors of **delirium (substance abuse)** | N/A |
| Obtain relevant consultations: 1. Evaluate for **dental** hygiene-consultation if necessary, 2. **Refer to anesthesia** for preoperative assessment, 3. Pre-op consult to **Physical Therapy** - instruct in strengthening of upper and lower extremities, 4. Referral for **Allergy testing**, if indicated | N/A, consider preop physical therapy consultation |

** EYE DOCTOR -patient reports recent ophthalmologic evaluation/treatment to include retinal tear without detachment, currently treatment.
Requested for patient to obtain preop clearance for knee surgery from her eye specialist.

I will provisionally request authorization and schedule the patient for:
Left Total Knee Replacement-posterior stabilized

**Documentation for Time-Based Billing**
The total time I personally spent on this encounter: 45 minutes
Chart review, Patient examination, Medication, test or procedure ordering, Patient counseling, Documentation and

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: ▇▇▇▇ Legal Sex: F
MOUNTAIN Visit date: 12/22/2022
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 360

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000392

**12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)**

**Clinical Notes (continued)**

Communication, with PCP and cardiologist

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

**For Providers/Users:**

**Knee injury and Osteoarthritis Outcome Score (KOOS) – Physical Function Shortform(KOOS-PS)** English version

**Providers/User's Guide:**

The short form of the Knee injury and Osteoarthritis Outcome Score (KOOS-PS) was developed from the original long version using Rasch analysis.

The questionnaire is scored by summing the raw response (range 0-28) and then using the nomogram in Table 1, the raw score is converted to a true interval score from 0 to 100 in which 0 represents no difficulty. For example, a person whose raw score summed to 17 would have a score of 46.1 out of 100.

Table 1: Nomogram for converting raw summed scores to interval level scores from 0 (no difficulty) to 100 (extreme difficulty).

| Raw summed score (0-28) | Person interval level score in logits | Person interval level score (0 to 100 scale) |
|---|---|---|
| 0 | -4.21 | 0.0 |
| 1 | -3.68 | 5.6 |
| 2 | -3.20 | 10.5 |
| 3 | -2.78 | 14.8 |
| 4 | -2.42 | 18.63 |
| 5 | -2.09 | 22.0 |
| 6 | -1.81 | 24.9 |
| 7 | -1.56 | 27.5 |
| 8 | -1.34 | 29.7 |
| 9 | -1.15 | 31.8 |
| 10 | -0.97 | 33.6 |
| 11 | -0.80 | 35.3 |
| 12 | -0.64 | 37.0 |
| 13 | -0.49 | 38.6 |
| 14 | -0.33 | 40.3 |
| 15 | -0.15 | 42.0 |
| 16 | 0.03 | 44.0 |
| 17 | 0.24 | 46.1 |
| 18 | 0.47 | 48.5 |

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮▮  Legal Sex: F
Visit date: 12/22/2022

Page 361

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000393

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Clinical Notes (continued)**

| 19 | 0.74 | 51.2 |
|----|------|------|
| 20 | 1.04 | 54.4 |
| 21 | 1.38 | 57.9 |
| 22 | 1.77 | 62.0 |
| 23 | 2.22 | 66.6 |
| 24 | 2.72 | 71.8 |
| 25 | 3.29 | 77.7 |
| 26 | 3.93 | 84.3 |
| 27 | 4.65 | 91.8 |
| 28 | 5.44 | 100.0 |

Electronically signed by William Frederick Thompson, MD at 12/23/22 1000

## Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

**ASPIRIN 81 MG OR TABS**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/20/2005 |
| Start date: 12/20/2005 | End date: 2/9/2023 |
| Informant: Self | Quantity: 30 |
| Refill: 0 | |

**Cholecalciferol (VITAMIN D3) 1000 UNIT Tab**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 10,000 Tablets by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 9/24/2012 |
| Start date: 9/24/2012 | End date: 2/9/2023 |
| Quantity: 500 Tab | |

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine M Bucknam, ARNP | Ordered on: 11/9/2012 |
| Start date: 11/9/2012 | End date: 12/7/2023 |
| Quantity: 60 Cap | Refill: 0 |

**Melatonin 5 MG Caps**

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth as needed. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/1/2019 |
| Start date: 5/1/2019 | End date: 6/23/2023 |
| Quantity: 100 Cap | |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
MOUNTAIN Visit date: 12/22/2022
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 362

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000394

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 2 Capsules by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 5/21/2019 |
| Start date: 5/21/2019 | End date: 6/23/2023 |
| Quantity: 60 Cap | |

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 5/21/2019 |
| Start date: 5/21/2019 | Quantity: 1 Each |
| Refill: No refills remaining | |

### Free Text Medication Entry (OTHER)

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/14/2021 |
| Start date: 10/14/2021 | Quantity: 1 Each |
| Refill: No refills remaining | |

### verapamil (CALAN SR) 240 MG Tab CR

| | |
|---|---|
| Discontinued by: Daniel R Guerra, MD | Discontinued on: 11/8/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Sarah Kleist, ARNP | Ordered on: 10/7/2022 |
| Start date: 10/7/2022 | End date: 10/27/2023 |
| Quantity: 90 Tablet | Refill: 3 refills by 10/7/2023 |

### zinc sulfate (ORAZINC) 220 (50 Zn) MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Entered by: Nicole B Syharath, MA | Entered on: 5/23/2022 |
| End date: 6/23/2023 | |

### Omega 3 1200 MG Caps

| | |
|---|---|
| Discontinued by: Marie Betcher, RN | Discontinued on: 6/23/2023 |
| Reason for discontinuation: Treatment complete | |
| Instructions: Take 1 Units by mouth twice daily. | |
| Entered by: Sarah A Tryon, LVN/LPN | Entered on: 5/25/2022 |
| End date: 6/23/2023 | |

### hydrOXYzine hcl (ATARAX) 25 MG Tab

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 7/6/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for itching/pruritis. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 7/19/2022 |
| Start date: 7/19/2022 | End date: 7/5/2023 |
| Quantity: 120 Tablet | Refill: 3 refills by 7/19/2023 |

### liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector

| | |
|---|---|
| Discontinued by: Nishy K Hayre, RPh | Discontinued on: 1/8/2023 |
| Instructions: Inject 1.8 mg into the skin once daily. | |

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ████  Legal Sex: F
Visit date: 12/22/2022

Page 363

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000395

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Medication List (continued)

| | |
|---|---|
| Authorized by: Rachel D Dawson, MD | Ordered on: 8/30/2022 |
| Start date: 8/30/2022 | End date: 1/7/2023 |
| Quantity: 6 mL | Refill: 5 refills by 8/30/2023 |

**lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab**

| | |
|---|---|
| Discontinued by: Quynh Giao T Nguyen, PHARM D | Discontinued on: 6/16/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/4/2022 |
| Start date: 10/4/2022 | End date: 6/16/2023 |
| Quantity: 90 Tablet | Refill: 2 refills by 10/4/2023 |

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

| | |
|---|---|
| Discontinued by: Himani S Thakar, RPh | Discontinued on: 1/24/2023 |
| Instructions: Take 1 Capsule by mouth twice daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/31/2022 |
| Start date: 10/31/2022 | End date: 1/23/2023 |
| Quantity: 180 Capsule | Refill: No refills remaining |

**hydrochlorothiazide (MICROZIDE) 12.5 MG Caps**

| | |
|---|---|
| Discontinued by: Hanh Q Nguyen, RPh | Discontinued on: 1/31/2023 |
| Instructions: Take 1 Capsule by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 10/31/2022 |
| Start date: 10/31/2022 | End date: 1/30/2023 |
| Action: Patient taking differently | Quantity: 90 Capsule |
| Refill: No refills remaining | |

**rosuvastatin (CRESTOR) 10 mg Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 5/4/2023 |
| Instructions: Take 1 Tablet by mouth each evening. | |
| Authorized by: Daniel R Guerra, MD | Ordered on: 10/31/2022 |
| Start date: 10/31/2022 | End date: 5/4/2023 |
| Quantity: 30 Tablet | Refill: 5 refills by 10/31/2023 |

**alprazolam (XANAX) 0.25 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/9/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2022 |
| Start date: 12/7/2022 | End date: 1/5/2023 |
| Quantity: 15 Tablet | Refill: No refills remaining |

**hydrocodone-acetaminophen (NORCO) 10-325 MG Tab**

| | |
|---|---|
| Discontinued by: Rachel D Dawson, MD | Discontinued on: 1/9/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1-2 Tablets by mouth every 6 hours as needed for pain. Chronic pain exempt | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/7/2022 |
| Start date: 12/7/2022 | End date: 1/5/2023 |
| Quantity: 160 Tablet | Refill: No refills remaining |

### Stopped in Visit

None

MULTICARE ORTHOPEDICS & SPORTS MEDICINE - MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 12/22/2022

Page 364

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000396

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

**Medication List (continued)**

**Imaging**

### Imaging

#### XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) (Final result) [659653162]

**XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [659653162]**   Resulted: 12/22/22 1738, Result status: Final result

Ordering provider: William Frederick Thompson, MD  12/22/22 1541
Resulted by: William Frederick Thompson, MD
Performed: 12/22/22 1544 - 12/22/22 1603

Order status: Completed

Filed by: William Frederick Thompson, MD  12/22/22 1740
Accession number: 23741076

Narrative:
Images from the original result were not included.
Reason for x-ray: Left knee pain

Findings
No acute bone or joint abnormalities.  Left knee demonstrates advanced osteoarthritis, grade 3+/4 Kellgren-Lawrence severity.  Significant measurable narrowing of the joint interval medially, marginal osteophytes noted throughout the knee, medial greater than lateral, secondary varus deformity noted.  Subchondral bone sclerosis about the medial tibial plateau and medial femoral condyle.  Peripatellar osteophyte laterally.

Impression:
Left knee advanced tricompartmental, predominant medial compartment osteoarthritis, grade 3+/4 Kellgren-Lawrence severity.  Secondary varus deformity noted.  No acute pathology.

    W. Frederick Thompson, MD
    Arthroscopic surgery, Joint Replacement, and Fracture Care
  Multicare Orthopedics and Sports Medicine
    Office : 253-301-5150
Acknowledged by: William Frederick Thompson, MD on 12/23/22 1000

**Indications**

Chronic pain of left knee [M25.562, G89.29 (ICD-10-CM)]

**Signed**

Electronically signed by William Frederick Thompson, MD on 12/22/22 at 1740 PST

**All Reviewers List**

William Frederick Thompson, MD on 12/23/2022 10:00

**Results**                                                                                                (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ████  Legal Sex: F
Visit date: 12/22/2022

Page 365

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000397

## 12/22/2022 - Office Visit in MultiCare Orthopedic and Sports Medicine-Mountain (continued)

### Preferred Pharmacy

**Visit Pharmacy**

SAFEWAY PHARMACY #1594 - TACOMA, WA

**Pharmacy Address and Hours**

| Address | Hours |
| --- | --- |
| 707 S 56TH STREET<br>TACOMA WA 98408 | Not open 24 hours |

**Pharmacy Contact**

| Telephone | Fax |
| --- | --- |
| 253-471-1730 | 253-471-3529 |

**Other Orders - Procedures**

**Case Request**

**CASE REQUEST: LEFT TOTAL KNEE REPLACEMENT-posterior stabilized (Active) [659653163]**

Electronically signed by: **William Frederick Thompson, MD on 12/23/22 0955**          Status: **Active**
Ordering user: William Frederick Thompson, MD 12/23/22 0955       Authorized by: William Frederick Thompson, MD
Ordering mode: Standard
Frequency: Routine  12/23/22 -                                    Class: Normal
Quantity: 1
Diagnoses
Chronic pain of left knee [M25.562, G89.29]
Primary osteoarthritis of left knee [M17.12]

**Questionnaire**

| Question | Answer |
| --- | --- |
| Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079? | Yes |
| Tier Level | Tier 2 |
| Tier Level Reason | Pain |

Order comments: ** EYE DOCTOR -patient reports recent ophthalmologic evaluation/treatment to include retinal tear without detachment, currently treatment. Requested for patient to obtain preop clearance for knee surgery from her eye specialist.  DEPUY KNEE SYSTEM

**Indications**

Chronic pain of left knee [M25.562, G89.29 (ICD-10-CM)]
Primary osteoarthritis of left knee [M17.12 (ICD-10-CM)]

**Flowsheets**

**Anthropometrics**

| Row Name | 12/22/22 1618 | 12/22/22 1538 |
| --- | --- | --- |
| Anthropometrics | | |
| Height | — | 1.676 m (5' 6")<br>historical  -KS |
| Weight | 111.6 kg (246 lb)<br>measured  -KS | 112 kg (247 lb)<br>historical  -KS |
| Weight Change | -0.4  -KS | — |
| BMI (Calculated) | 39.72  -KS | 39.89  -KS |

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE -       MRN: 172930, DOB: ▮▮▮▮▮▮  Legal Sex: F
MOUNTAIN                Visit date: 12/22/2022
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 366                                    Printed by 410815 at 7/17/25  2:56 PM
                                            MCO&SMM_000398

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

### Custom Formula Data

| Row Name | 12/22/22 1618 | 12/22/22 1538 |
|---|---|---|
| **OTHER** | | |
| Ideal Body Weight | — | 130.73 lbs  -KS |
| Adjusted Body Weight | — | 177.24 lbs  -KS |
| % Over/Under Ideal Body Weight | — | 88.94  -KS |
| Predicted Body Weight | — | 59.3  -KS |
| Length (cm) | — | 167.6 cm  -KS |
| IBW/kg (Calculated) Male | — | 63.8 kg  -KS |
| IBW/kg (Calculated) Female | — | 59.3 kg  -KS |
| BSA (Calculated - sq m) | — | 2.28 sq meters  -KS |
| **Vitals** | | |
| MAP (mmHg) | — | 87 mmHg  -KS |
| **BMI** | | |
| BMI (Calculated) | 39.72  -KS | 39.89  -KS |
| **Adult IBW/VT Calculations** | | |
| IBW/kg (Calculated) | — | 59.3  -KS |
| Low Range Vt 6mL/kg | — | 355.8 mL/kg  -KS |
| Adult Moderate Range Vt 8mL/kg | — | 474.4 mL/kg  -KS |
| Adult High Range Vt 10mL/kg | — | 593 mL/kg  -KS |
| **Vital Signs** | | |
| BMI (Calculated) | 39.72  -KS | 39.89  -KS |
| **Weight and Growth Recommendation** | | |
| IBW/kg (Calculated) Female | — | 59.3 kg  -KS |
| IBW/kg (Calculated) Male | — | 63.8 kg  -KS |

### Encounter Vitals

| Row Name | 12/22/22 1618 | 12/22/22 1538 |
|---|---|---|
| **Encounter Vitals** | | |
| BP | — | 120/70  -KS |
| Pulse | — | 77  -KS |
| Resp | — | 12  -KS |
| Temp | — | 36.7 °C (98 °F)  -KS |
| Temp src | — | Temporal  -KS |

MULTICARE ORTHOPEDICS &
SPORTS MEDICINE -
MOUNTAIN
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
Visit date: 12/22/2022

Page 367

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000399

## Preferred Pharmacy (continued)

**Flowsheets (continued)**

| | | |
|---|---|---|
| Weight | 111.6 kg (246 lb) measured -KS | 112 kg (247 lb) historical -KS |
| Height | — | 1.676 m (5' 6") historical -KS |
| Pain Score | — | TWO/TEN -KS |
| Pain Loc | — | KNEE -KS |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| KS | Kevin D Swasey, MA | Medical Assistant | — |

**Patient Instructions**

None

MULTICARE ORTHOPEDICS & Larocque, Linda J
SPORTS MEDICINE - MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
MOUNTAIN Visit date: 12/22/2022
1550 SOUTH UNION AVE
TACOMA WA 98405-1946

Page 368

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000400

## 06/03/2021 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930

                                             **CSN:** 216844600

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 6/3/2021 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Knee Pain |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information

| | | |
|---|---|---|
| **Home Address:** | 6824 S Park Ave | **Telephone Information:** |
| | Tacoma WA 98408-5509 | **Home Phone** Not on file. |
| **SSN:** | xxx-xx-▓ | **Work Phone** Not on file. |
| | | **Mobile** ▓ |
| **Age:** | 67 year old | **Employer:** |
| **DOB:** | ▓ (63 yrs) | No address on file. |
| **Sex:** | female | |
| **Marital Status:** | Married | |

**Primary Care Physician:** Rachel D Dawson, MD          **Employer Phone:**
**Referring Physician:** DAWSON, RACHEL D               **Occupation:**

| | **Emer Contact 1** | **Emer Contact 2** | **Mother** | **Father** | **Guardian** |
|---|---|---|---|---|---|
| **Name:** | Larocque,Steven J | Larocque,Christopher | | | |
| **Rel to Pat:** | Spouse | Son | | | |
| **Home Phone:** | ▓ | | | | |
| **Work Phone:** | | | | | |
| **Mobile Phone:** | | ▓ | | | |

### Guarantor Information

▓

### Primary Insurance

▓

### Secondary Insurance

▓

ZZ MULTICARE          Larocque, Linda J
ORTHOPEDICS AND SPORTS MRN: 172930, DOB: ▓  Legal Sex: F
MEDICINE          Visit date: 6/3/2021
3124 S 19TH STREET
TACOMA WA 98405-2486

Page 460                                    Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000492

## 06/03/2021 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

### *Accident Information*

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 2:56 PM

**Medical Records use only -(HAR ID)**

-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaint

- Knee Pain (left knee pain )

#### Visit Diagnoses

- **Primary osteoarthritis of left knee (primary) [M17.12]**
- Left knee pain, unspecified chronicity [M25.562]
- Severe obesity (BMI >= 40) (CMS/HCC) [E66.01]
- Nutritional counseling [Z71.3]
- Exercise counseling [Z71.82]
- Dietary counseling [Z71.3]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
| --- | --- | --- |
| William Frederick Thompson, MD | William Frederick Thompson, MD | Rachel D Dawson, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN | 1550 SOUTH UNION AVENUE, STE 210<br>Tacoma WA 98405-1946 | 253-792-6555 | 253-761-2451 |

#### Follow-up and Dispositions

#### Level of Service

| Level of Service |
| --- |
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 6/3/2021 8:10 AM | William Frederick Thompson, MD | ZZ MC ORTHO & SPORTS MOUNTAIN | MOSMTAC |

### Clinical Notes

#### Progress Notes by William Frederick Thompson, MD at 6/3/2021 0810

| | |
| --- | --- |
| ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE<br>3124 S 19TH STREET<br>TACOMA WA 98405-2486 | Larocque, Linda J<br>MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F<br>Visit date: 6/3/2021 |

## 06/03/2021 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: — | Author Type: Physician |
| Filed: 06/03/21 0855 | Encounter Date: 6/3/2021 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Linda J Larocque is a 63 year old female is seen today in followup for left knee pain.

She was seen approximately 2 years ago, 5/21/2019, for left knee arthritis.

She describes continued pain in the left knee. She has had conservative treatment to include physical therapy supervised for 2 months, use of a lateral support/cane. She does use Tylenol and Norco as needed for chronic low back and knee pain.
She has pain during walking and weightbearing. She localizes the pain over the medial aspect.

Examination:
BP 135/77 | Pulse 70 | Temp (Src) 98 (Temporal) | Resp 13 | Ht 5' 6"[stated[ (1.676 m) | Wt 264 lb (119.75 kg) | LMP 09/14/2009
Body mass index is 42.61 kg/m².
Nontoxic appearance, to include in no acute distress, no visible shortness of breath nor labored breathing.

Left knee:
Inspection - no visible deformity. No masses
Palpation - mild to moderate palpable crepitation with active and passive range of motion. Medial joint line tenderness noted. No warmth or effusion.
Strength - adequate functional strength against gravity and light manual resistance without demonstrable deficits
ROM - extension and flexion - mild flexion contracture, 5–10 degrees. Comfortable flexion to approximately 100°
Provocative - not applicable

X-rays obtained and reviewed. Advanced tricompartmental degenerative joint disease, grade 4 severity, predominant medial and patellofemoral compartment involvement

Labs reviewed comprehensive metabolic panel, and hemoglobin A1c (2/23/2001) - 6.5, with elevated glucose–140

Impression:
Left knee degenerative joint disease–grade 4 severity involving the patellofemoral joint, grade 4 severity involving medial compartment
       Total knee arthroplasty not indicated at this time–needs medical optimization
Diabetes–appears adequately controlled.
Morbid obesity.
Opioid dependence–for both chronic low back and knee pain

Recommendations:
I have explained the diagnostic considerations to the patient today, as well as treatment options with discussion of risks and benefits of each. We have mutually agreed upon the following treatment plan.

We have agreed for the patient to continue conservative management to include medical optimization/wellness program to include weight loss.
She is scheduled to see her pulmonary specialist in 6 weeks to check the status of using CPAP.
She will continue with chiropractic care. She has worked with physical therapy for 2 months, and at this time she can transition to a home program.

ZZ MULTICARE
ORTHOPEDICS AND SPORTS
MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ███████ Legal Sex: F
Visit date: 6/3/2021

Page 462

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000494

**06/03/2021 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)**

**Clinical Notes (continued)**

Continue use of her lateral support/cane, to diminish falling risk.
Continue medical management to include Tylenol and Norco when necessary.

**Documentation for Time-Based Billing**
The total time I personally spent on this encounter: 35 minutes
Chart review, Patient examination, Medication, test or procedure ordering, Patient counseling and Documentation

W. Frederick Thompson, MD
Arthroscopic surgery, Joint Replacement, and Fracture Care

Multicare Orthopedics and Sports Medicine
Office : 253-301-5150

Electronically signed by William Frederick Thompson, MD at 06/03/21 0855

**Nursing Note by Kevin D Swasey, MA at 6/3/2021 0810**

| | | |
|---|---|---|
| Author: Kevin D Swasey, MA | Service: — | Author Type: Medical Assistant |
| Filed: 06/03/21 0802 | Encounter Date: 6/3/2021 | Status: Signed |
| Editor: Kevin D Swasey, MA (Medical Assistant) | | |

**Chief Complaint**
Patient presents with

- Knee Pain
  *left knee pain*

Additional Details: Linda J Larocque is a 63 year old female here for left knee(s) follow up. Patient states that the left knee(s) is getting worse.
Pain with ambulating, swelling, with weight bearing
Last seen 5.21.2019
New images ordered
**Vitals:**

| | 06/03/21 0759 |
|---|---|
| BP: | 135/77 |
| Pulse: | 70 |
| Resp: | 13 |
| Temp: | 98 °F (36.7 °C) |
| TempSrc: | Temporal |
| Weight: | 264 lb (119.7 kg) |
| Height: | 5' 6" (1.676 m) |

ZZ MULTICARE
ORTHOPEDICS AND SPORTS
MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Visit date: 6/3/2021

Page 463

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000495

## 06/03/2021 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA

Electronically signed by Kevin D Swasey, MA at 06/03/21 0802

**Progress Notes by William Frederick Thompson, MD at 6/3/2021 0810**

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: — | Author Type: Physician |
| Filed: 06/03/21 0855 | Encounter Date: 6/3/2021 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Reaching and maintaining a healthy weight is important for overall health and can help to prevent and control many diseases and conditions. If you are overweight, you are at a higher risk of developing serious health problems including heart disease, high blood pressure, type two diabetes, gallstones, joint pain and certain cancers. That is why maintaining a healthy weight is so important. It helps you lower your risk for developing these problems, and may give you more energy to enjoy life.

Electronically signed by William Frederick Thompson, MD at 06/03/21 0855

**Procedures by William Frederick Thompson, MD at 6/3/2021 1409**

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: — | Author Type: Physician |
| Filed: 06/03/21 1258 | Encounter Date: 6/3/2021 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Procedure Orders
1. XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [493249215] ordered by Kevin D Swasey, MA at 06/03/21 0803

MultiCare Health System
Allenmore Hospital
Auburn Medical Center
Covington Medical Center
Deaconess Hospital
Good Samaritan Hospital
Mary Bridge Children's Health Center

ZZ MULTICARE
ORTHOPEDICS AND SPORTS
MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 6/3/2021

Page 464

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000496

## 06/03/2021 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

      Rockwood Clinic
     Tacoma General Hospital
      Valley Hospital

     Other Orders

Patient Name: LAROCQUE, LINDA J
MRN: 172930
DOB: 02/09/1958
Date: 06/03/2021 08:17:04
Physician:    W Frederick Thompson, MD


REASON FOR X-RAY: Chronic left knee pain.

TYPE: Left knee.

VIEWS: 4 views weightbearing series.

FINDINGS: The left knee demonstrates advanced degenerative joint disease, tricompartmental with predominant medial and patellofemoral compartment involvement. Large osteophytes noted both medially and laterally as well as patellofemoral articulation. Secondary varus deformity noted. No acute fracture or dislocation.

IMPRESSION: Left knee advanced grade 4 osteoarthritis, tricompartmental with predominant medial and patellofemoral compartment involvement. No acute pathology.




W Frederick Thompson, MD
Orthopedic Surgery

modl
dd:    06/03/2021 08:43:06
dt:    06/03/2021 11:07:05  Job#: 095525/921414172




Electronically signed by William Frederick Thompson, MD at 06/03/21 1258


**Medication List**

   **Medication List**

ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 6/3/2021

Page 465

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000497

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes**

### Nursing Note by Kevin D Swasey, MA at 5/21/2019 1030

| | | |
|---|---|---|
| Author: **Kevin D Swasey, MA** | Service: — | Author Type: **Medical Assistant** |
| Filed: **05/21/19 1031** | Encounter Date: **5/21/2019** | Status: **Addendum** |
| Editor: **Kevin D Swasey, MA (Medical Assistant)** | | |

**Chief Complaint**

Patient presents with

- Knee Pain
  *left knee pain*

Additional Details:Linda J Larocque is a 61 year old female here for left knee(s). Patient states that the left knee(s) has been painful for x 2015 she had a fall at her home,  recenty the pain has increased , no known injury. Pain with movements. Image ordered also has back injuries

**Vitals:**

| | 05/21/19 1024 |
|---|---|
| BP: | 133/74 |
| Pulse: | 90 |
| Resp: | 17 |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Temporal |
| Weight: | 264 lb (119.7 kg) |
| Height: | 5' 5" (1.651 m) |

Medication list changes/discrepancies: None
Allergy list changes/discrepancies : none
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: self

Kevin D Swasey, MA

Electronically signed by Kevin D Swasey, MA at 05/21/19 1031

### Progress Notes by William Frederick Thompson, MD at 5/21/2019 1030

| | | |
|---|---|---|
| Author: **William Frederick Thompson, MD** | Service: — | Author Type: **Physician** |
| Filed: **05/21/19 1157** | Encounter Date: **5/21/2019** | Status: **Signed** |
| Editor: **William Frederick Thompson, MD (Physician)** | | |

New condition

Primary Care Provider:  Rachel D Dawson, MD

Reason for appt./chief complaint:  Left knee pain

| | | |
|---|---|---|
| ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE 3124 S 19TH STREET TACOMA WA 98405-2486 | Larocque, Linda J MRN: 172930, DOB: ▇▇▇ Visit date: 5/21/2019 | Legal Sex: F |

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

HPI:  Linda J Larocque is a 61 year old female who presents today for evaluation of the left knee.  She describes history of multiple falls to include 2015 when she fell at home, and landed on the left knee.
She recalls 2 separate falls in 2016, September falling on a deck, and then October–falling on her driveway.

She now describes diffuse left knee pain medial and anterior.  She enjoys gardening.  She has tried glucosamine/chondroitin sulfate which provided some pain relief.

She reports history of chronic low back pain and lumbar degenerative disc disease/arthritis.  She reports history of left lower extremity restless leg syndrome.

She does not currently use a lateral support or aid.  She has tried a variety of pain medications in the past to include Norco however tends to avoid using anti-inflammatory medication because history of diabetes.

The patient is accompanied by her son Adam, and grandson Austin.

Past medical, surgical, social, and family histories have been reviewed and confirmed with patient using medical history questionnaire.

Medical comorbidities include:  Diabetes, preprocedural use of narcotics, obesity.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l* | |
| • Lumbago | 6/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC)<br>*heart murmur noted on echo* | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled<br>*diet controlled* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |

ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: [redacted]  Legal Sex: F
Visit date: 5/21/2019

Page 496

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000528

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

- H/O HYSTERECTOMY TOTAL                                                    2009/11
  *uterine cancer stage 1aG1 w bso lnd*
- P FOOT/TOES SURGERY PROC UNLISTED                                         1999
  *mortons neuroma right*

Outpatient Medications as of 5/21/2019:

| Medication | Instructions | Disp | Rfl |
|---|---|---|---|
| alprazolam (XANAX) 0.25 MG Tab | Take 1 Tab by mouth three times a day as needed for anxiety. | Disp: 15 Tab | Rfl: 0 |
| hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tabs by mouth every 6 hours as needed for pain. | Disp: 160 Tab | Rfl: 0 |
| Melatonin 5 MG Caps | Take 1 Cap by mouth once daily. | Disp: 100 Cap | Rfl: 1 |
| pravastatin (PRAVACHOL) 40 mg Tab | Take 1 Tab by mouth each evening. | Disp: 90 Tab | Rfl: 1 |
| duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Cap by mouth twice daily. FOR DM NEUROPATHY AND DEPRESSION | Disp: 120 Cap | Rfl: 2 |
| hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tab by mouth three times a day as needed for itching/pruritis. | Disp: 120 Tab | Rfl: 0 |
| clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Lotion | Apply 1 Application externally twice daily. | Disp: 60 mL | Rfl: 11 |
| Free Text Medication Entry (OTHER) | Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | Disp: 1 Each | Rfl: 0 |
| docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. | Disp: 60 Cap | Rfl: 0 |
| Cholecalciferol (VITAMIN D3) 1000 UNIT Tab | Take 6 Tabs by mouth once daily. | Disp: 500 Tab | Rfl: 3 |

ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ████  Legal Sex: F
Visit date: 5/21/2019

Page 497

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000529

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

ASPIRIN 81 MG OR TABS     1 TABLET DAILY     Disp: 30   Rfl: 0

### Patients documented allergies

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride]<br>   *palpitations* | |
| • Codeine Camsylate<br>   *Ok with food* | Nausea |
| • Crestor [Rosuvastatin Calcium]<br>   *Myalgias.* | |
| • Effexor [Venlafaxine]<br>   *Moody irritable body aches* | |
| • Lipitor [Atorvastatin Calcium]<br>   *myalgias* | |
| • Paxil [Paroxetine Hydrochloride]<br>   *fatigue* | |
| • Prozac [Fluoxetine Hcl]<br>   *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Voltaren [Diclofenac Sodium]<br>   *Gi upset* | |
| • Zoloft [Sertraline Hcl]<br>   *ineffective* | |
| • Zocor [Simvastatin]<br>   *myalgias* | |

### Social History

**Socioeconomic History**

| | |
|---|---|
| • Marital status: | Married |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

**Social Needs**

| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity - worry: | Not on file |
| • Food insecurity - inability: | Not on file |
| • Transportation needs - medical: | Not on file |
| • Transportation needs - non-medical: | Not on file |

**Occupational History**

• Not on file

**Tobacco Use**

| | |
|---|---|
| • Smoking status: | Never Smoker |

ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ████ Legal Sex: F
Visit date: 5/21/2019

Page 498

Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000530

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

- Smokeless tobacco:          Never Used

### Substance and Sexual Activity

- Alcohol use:                Yes
    *Comment: 1/mo*
- Drug use:                   No
- Sexual activity:            Yes
    Partners:                 Male
    Birth control/protection: Surgical
    *Comment: married monogamous, vas*

### Other Topics          Concern

- Not on file

### Social History Narrative

- Not on file

## Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
| *CHF* | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU | Mother | | |
| *GOUT* | | | |
| • Coronary Artery Disease | Maternal Grandmother | | |
| *MI* | | | |
| • Cancer | Maternal Grandmother | | |
| *BREAST* | | | |
| • Coronary Artery Disease | Maternal Grandfather | | |
| *MI* | | | |
| • Hypertension | Sister | | |
| • Diabetes | Paternal Aunt | | |
| • Other | Sister | | |
| *EPILEPSY* | | | |
| • Diabetes | Sister | | |
| • Arthritis | Brother | | |
| • Heart | Sister | | |
| • Diabetes | Maternal Aunt | | |
| • Other | Paternal Aunt | | |
| *MIGRAINE* | | | |
| • Neuro | Sister | | |
| *early alzheimers.* | | | |

ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮    Legal Sex: F
Visit date: 5/21/2019

Page 499

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000531

**05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)**

**Clinical Notes (continued)**

ROS:
Otherwise negative except for history present illness, as well as that related to active medical problem list

EXAMINATION:
BP 133/74 | Pulse 90 | Temp (Src) 98.1 (Temporal) | Resp 17 | Ht 5' 5"[stated[ (1.651 m) | Wt 264 lb (119.75 kg) | LMP 09/14/2009
General:  Alert, oriented, in no acute distress. Appears stated age, with normal grooming.  A pleasant and cordial

Gait: Mild to moderately antalgic, favoring the affected side with a shortened stance phase.

Left knee:
Inspection: Deformities noted include none noted.  No visible masses or bruising.  Distal edema:  Mild, symmetric.
Palpation: No warmth, masses, or soft tissue defects.  Mild to moderate palpable crepitus with active and passive movement.  Medial joint line is tender.  No evidence of warmth or effusion.
Strength: Adequate functional strength regarding knee flexion and extension, without demonstrable deficits.
Range of motion: Extension and flexion demonstrate 5/10- 100. Flexion contracture - present, mild.
Provocative tests:  Not applicable.
Observation:  able to rise from seated to standing position unassisted.

X-rays:  Obtained and reviewed

IMPRESSION:
Left knee degenerative joint disease–grade 4 severity involving the patellofemoral joint, grade 3+ severity involving medial compartment
        Total knee arthroplasty not indicated at this time–needs medical optimization
Diabetes.
Morbid obesity.
Opioid dependence

PLAN: I have had a thorough discussion with the patient today regarding the clinical presentation, as well as physical exam and radiographic findings.Treatment options, risk and benefits of each have been emphasized.
I have discussed the natural history of this condition.
I have recommended a wellness/weight management program to optimize her medical health to include body weight, diabetic control, among others.
I have discussed risk of infection, with catastrophic outcome requiring to additional surgeries to help eradicate infection and save the functional knee.
She agrees with this nonsurgical approach at this time, and will continue with a wellness/weight management program.
Consider left knee replacement surgery once BMI is approximately 38.


*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

ZZ MULTICARE          Larocque, Linda J
ORTHOPEDICS AND SPORTS MRN: 172930, DOB: ███  Legal Sex: F
MEDICINE              Visit date: 5/21/2019
3124 S 19TH STREET
TACOMA WA 98405-2486

Page 500                                      Printed by 410815 at 7/17/25  2:56 PM
                                              MCO&SMM_000532

**05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)**

**Clinical Notes (continued)**

Electronically signed by William Frederick Thompson, MD at 05/21/19 1157

**Procedures by William Frederick Thompson, MD at 5/21/2019 2139**

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: — | Author Type: Physician |
| Filed: 05/22/19 1700 | Encounter Date: 5/21/2019 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Procedure Orders

1. XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [376646108] ordered by Kevin D Swasey, MA at 05/21/19 1026

MultiCare Health System
Allenmore Hospital
Auburn Medical Center
Covington Medical Center
Deaconess Hospital
Good Samaritan Hospital
Mary Bridge Children's Health Center
Rockwood Clinic
Tacoma General Hospital
Valley Hospital

Other Orders

Patient Name: LAROCQUE, LINDA J
MRN: 172930
DOB: 02/09/1958
Date: 05/21/2019 10:50:46
Physician: W Frederick Thompson, MD

REASON FOR X-RAY: Left knee pain, history of multiple falls in distant past.

TYPE: Left knee.

VIEWS: Five views.

FINDINGS: The left knee demonstrates moderately advanced to advanced degenerative joint disease with predominant medial and patellofemoral compartment involvement. Marginal osteophytes noted diffusely with tricompartmental disease/pattern. Significant
medial joint interval narrowing and medial osteophytes. Secondary varus deformity noted. There is also advanced

ZZ MULTICARE
ORTHOPEDICS AND SPORTS
MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
Visit date: 5/21/2019

Page 501

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000533

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Clinical Notes (continued)**

arthrosis of the patellofemoral joint with significant lateral femur spurring. Secondary lateral patellar tilt and subluxation.

IMPRESSION: Left knee advanced degenerative joint disease, grade 4 severity, predominant involvement in the patellofemoral greater than medial compartments, with tricompartmental disease pattern.

W Frederick Thompson, MD
Orthopedic Surgery

modl
dd:     05/21/2019 12:58:35
dt:     05/21/2019 18:33:54  Job#:  170960/839201046

Electronically signed by William Frederick Thompson, MD at 05/22/19 1700

---

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**ASPIRIN 81 MG OR TABS**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 1 Tablet by mouth once daily. | |
| Authorized by: Rachel D Dawson, MD | Ordered on: 12/20/2005 |
| Start date: 12/20/2005 | End date: 2/9/2023 |
| Informant: Self | Quantity: 30 |
| Refill: 0 | |

**Cholecalciferol (VITAMIN D3) 1000 UNIT Tab**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 2/9/2023 |
| Instructions: Take 10,000 Tablets by mouth once daily. | |
| Entered by: Rachel D Dawson, MD | Entered on: 9/24/2012 |
| Start date: 9/24/2012 | End date: 2/9/2023 |
| Quantity: 500 Tab | |

**docusate sodium (COLACE) 100 MG Caps**

| | |
|---|---|
| Discontinued by: Shane L Turner, PA-C | Discontinued on: 12/7/2023 |
| Instructions: Take 1 Cap by mouth twice daily. | |
| Authorized by: Justine M Bucknam, ARNP | Ordered on: 11/9/2012 |

ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486
Larocque, Linda J
MRN: 172930, DOB: ████ Legal Sex: F
Visit date: 5/21/2019

Page 502
Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000534

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

### Medication List (continued)

Start date: 11/9/2012     End date: 12/7/2023
Quantity: 60 Cap     Refill: 0

**Free Text Medication Entry (OTHER)**

Discontinued by: Sarah A Tryon, LVN/LPN     Discontinued on: 10/14/2021
Reason for discontinuation: Reorder
Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD     Ordered on: 12/13/2016
Start date: 12/13/2016     End date: 10/14/2021
Quantity: 1 Each     Refill: No refills remaining

**clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Lotion**

Discontinued by: Rachel D Dawson, MD     Discontinued on: 8/1/2019
Reason for discontinuation: Reorder
Instructions: Apply 1 Application externally twice daily.
Authorized by: Rachel D Dawson, MD     Ordered on: 7/30/2018
Start date: 7/30/2018     End date: 7/31/2019
Quantity: 60 mL     Refill: 11 refills by 7/30/2019

**duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles**

Discontinued by: Rae Y Lee, RPh     Discontinued on: 7/30/2019
Reason for discontinuation: Reorder
Instructions: Take 1 Cap by mouth twice daily. FOR DM NEUROPATHY AND DEPRESSION
Authorized by: Rachel D Dawson, MD     Ordered on: 1/18/2019
Start date: 1/18/2019     End date: 7/29/2019
Quantity: 120 Cap     Refill: 2 refills by 1/18/2020

**hydrOXYzine hcl (ATARAX) 25 MG Tab**

Discontinued by: Rachel D Dawson, MD     Discontinued on: 2/18/2020
Reason for discontinuation: Reorder
Instructions: Take 1 Tab by mouth three times a day as needed for itching/pruritis.
Authorized by: Maria Christina Dajoyag-Mapili, MD     Ordered on: 1/18/2019
Start date: 1/18/2019     End date: 2/15/2020
Quantity: 120 Tab     Refill: No refills remaining

**pravastatin (PRAVACHOL) 40 mg Tab**

Discontinued by: Miy Yong O'Brian, PHARM D     Discontinued on: 8/16/2019
Reason for discontinuation: Reorder
Instructions: Take 1 Tab by mouth each evening.
Authorized by: Rachel D Dawson, MD     Ordered on: 3/1/2019
Start date: 3/1/2019     End date: 8/16/2019
Quantity: 90 Tab     Refill: 1 refill by 2/29/2020

**Melatonin 5 MG Caps**

Discontinued by: Marie Betcher, RN     Discontinued on: 6/23/2023
Reason for discontinuation: Treatment complete
Instructions: Take 1 Capsule by mouth as needed.
Entered by: Rachel D Dawson, MD     Entered on: 5/1/2019
Start date: 5/1/2019     End date: 6/23/2023
Quantity: 100 Cap

**alprazolam (XANAX) 0.25 MG Tab**

Discontinued by: Rachel D Dawson, MD     Discontinued on: 6/19/2019
Reason for discontinuation: Reorder

ZZ MULTICARE ORTHOPEDICS AND SPORTS MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ▇ Legal Sex: F
Visit date: 5/21/2019

Page 503     Printed by 410815 at 7/17/25 2:56 PM
MCO&SMM_000535

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

### Medication List (continued)

Instructions: Take 1 Tab by mouth three times a day as needed for anxiety.
Authorized by: Rachel D Dawson, MD
Start date: 5/20/2019
Quantity: 15 Tab

Ordered on: 5/20/2019
End date: 6/18/2019
Refill: No refills remaining

### hydrocodone-acetaminophen (NORCO) 10-325 MG Tab

Discontinued by: Rachel D Dawson, MD
Reason for discontinuation: Reorder
Instructions: Take 1-2 Tabs by mouth every 6 hours as needed for pain.
Authorized by: Rachel D Dawson, MD
Start date: 5/20/2019
Quantity: 160 Tab

Discontinued on: 6/19/2019

Ordered on: 5/20/2019
End date: 6/18/2019
Refill: No refills remaining

### verapamil (CALAN SR) 240 MG Tab CR

Discontinued by: Miy Yong O'Brian, PHARM D
Reason for discontinuation: Reorder
Instructions: Take 1 Tab by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 90 Tab

Discontinued on: 8/16/2019

Ordered on: 5/21/2019
End date: 8/16/2019
Refill: No refills remaining

### lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab

Discontinued by: Miy Yong O'Brian, PHARM D
Reason for discontinuation: Reorder
Instructions: Take 1 Tab by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 90 Tab

Discontinued on: 8/16/2019

Ordered on: 5/21/2019
End date: 8/16/2019
Refill: No refills remaining

### hydrochlorothiazide (MICROZIDE) 12.5 MG Caps

Discontinued by: Oksana Ekkert, PHARM D
Reason for discontinuation: Reorder
Instructions: Take 1 Cap by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 30 Cap

Discontinued on: 6/17/2019

Ordered on: 5/21/2019
End date: 6/17/2019
Refill: No refills remaining

### metformin (GLUCOPHAGE) 500 MG Tab

Discontinued by: Miy Yong O'Brian, PHARM D
Reason for discontinuation: Reorder
Instructions: Take 1 Tab by mouth once daily.
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 90 Tab

Discontinued on: 8/16/2019

Ordered on: 5/21/2019
End date: 8/16/2019
Refill: No refills remaining

### Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps

Discontinued by: Marie Betcher, RN
Reason for discontinuation: Treatment complete
Instructions: Take 2 Capsules by mouth once daily.
Entered by: Rachel D Dawson, MD
Start date: 5/21/2019
Quantity: 60 Cap

Discontinued on: 6/23/2023

Entered on: 5/21/2019
End date: 6/23/2023

### Free Text Medication Entry (OTHER)

Instructions: cpap equipment new mask and new hose

ZZ MULTICARE
ORTHOPEDICS AND SPORTS
MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 5/21/2019

Page 504

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000536

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Medication List (continued)**

Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD
Start date: 5/21/2019
Refill: No refills remaining

Ordered on: 5/21/2019
Quantity: 1 Each

### Stopped in Visit

**Blood Glucose Monitoring Suppl (BAYER CONTOUR MONITOR) W/DEVICE Kit**

Discontinued by: Rachel D Dawson, MD
Discontinued on: 5/21/2019

**Glucose Blood (BAYER CONTOUR TEST) Strip**

Discontinued by: Rachel D Dawson, MD
Discontinued on: 5/21/2019

**BAYER MICROLET LANCETS Misc**

Discontinued by: Rachel D Dawson, MD
Discontinued on: 5/21/2019

**cyclobenzaprine (FLEXERIL) 10 MG Tab**

Discontinued by: Rachel D Dawson, MD
Discontinued on: 5/21/2019

**barium sulfate (READI-CAT 2) 2 % Suspension**

Discontinued by: Rachel D Dawson, MD
Discontinued on: 5/21/2019

## Imaging

### Imaging

**XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) (Final result) [376646108]**

**XR KNEE 4+ VIEW COMPLETE LEFT (SPECIFY VIEW 3 & 4) [376646108]**   Resulted: 05/21/19 2139, Result status: Final result

Order status: Completed
Performed: 05/21/19 1040 - 05/21/19 1050
Narrative:

Filed by: William Frederick Thompson, MD  05/22/19 1700
Accession number: 15012444

MultiCare Health System
Allenmore Hospital
Auburn Medical Center
Covington Medical Center
Deaconess Hospital
Good Samaritan Hospital
Mary Bridge Children's Health Center
Rockwood Clinic
Tacoma General Hospital
Valley Hospital

Other Orders

Patient Name:   LAROCQUE, LINDA J
MRN:   172930
DOB:   02/09/1958

ZZ MULTICARE
ORTHOPEDICS AND SPORTS
MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB: ███  Legal Sex: F
Visit date: 5/21/2019

## 05/21/2019 - Office Visit in MULTICARE ORTHOPEDIC AND SPORTS MEDICINE-MOUNTAIN (continued)

**Imaging (continued)**

Date:    05/21/2019 10:50:46
Physician:    W Frederick Thompson, MD

REASON FOR X-RAY:  Left knee pain, history of multiple falls in distant past.

TYPE:  Left knee.

VIEWS:  Five views.

FINDINGS:  The left knee demonstrates moderately advanced to advanced degenerative joint disease with predominant medial and patellofemoral compartment involvement.  Marginal osteophytes noted diffusely with tricompartmental disease/pattern.  Significant
 medial joint interval narrowing and medial osteophytes.  Secondary varus deformity noted.  There is also advanced arthrosis of the patellofemoral joint with significant lateral femur spurring.  Secondary lateral patellar tilt and subluxation.

Impression:
:  Left knee advanced degenerative joint disease, grade 4 severity, predominant involvement in the patellofemoral greater than medial compartments, with tricompartmental disease pattern.

W Frederick Thompson, MD
Orthopedic Surgery

modl
dd:    05/21/2019 12:58:35
dt:    05/21/2019 18:33:54  Job#:  170960/839201046

Acknowledged by
William Frederick Thompson, MD on 05/22/19 1715
Tracy A Dunn on 05/23/19 1058

**Transcription**

| Type | ID | Dictating Provider |
|------|-----|--------------------|
| Imaging | 376646108 | William Frederick Thompson, MD |
| Signed by William Frederick Thompson, MD on 05/22/19 at 1700 | | |

MultiCare Health System

ZZ MULTICARE
ORTHOPEDICS AND SPORTS
MEDICINE
3124 S 19TH STREET
TACOMA WA 98405-2486

Larocque, Linda J
MRN: 172930, DOB:          Legal Sex: F
Visit date: 5/21/2019

Page 506

Printed by 410815 at 7/17/25  2:56 PM
MCO&SMM_000538