EXHIBIT 3

## 03/25/2025 - Office Visit in Lakewood Family Practice (continued)

**Medication List (continued)**

### Medication Comment

**Alexis A Dillon, MA on 8/5/2024 0832**

Medds and pharmacy updated

## Imaging

### Imaging

#### MRI Lumbar Spine Without Contrast (Final result) [912716669]

**MRI Lumbar Spine Without Contrast [912716669]**     Resulted: 05/05/25 2216, Result status: Final result

Order status: Completed                   Resulted by: Thang Q Le, MD
Filed by: Radiant, Results Interface  05/05/25 2218     Performed: 05/01/25 0819 - 05/01/25 0903
Accession number: 40595900               Resulting lab: MULTICARE RADIANT INTERFACE
Narrative:
MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

CLINICAL INFORMATION: limited ability to walk due to back pain;Low back
pain, symptoms persist with > 6wks conservative treatment

COMPARISON: Lumbar spine radiograph 1/8/2025.

TECHNIQUE: MRI lumbar spine was performed. The following sequences were
obtained: Multiplanar T1, T2, and sagittal STIR without intravenous
contrast.

FINDINGS:
Suggestion of presence of lumbosacral transitional vertebrae with
lumbarized S1. 12 paired thoracic ribs are confirmed on a chest CT of
11/15/2012. Numbering is counted from above beginning with the first
rib-free vertebrae as L1 to be consistent.

Alignment: Chronic degenerative 4 mm retrolisthesis of L1 over L2, 3 mm
anterolisthesis of L4 over L5, and 4 mm anterolisthesis of L5 over S1.
Marrow: Marrow signal is normal.. Vertebral body heights are preserved.
Disc: Advanced degenerative disc at L1-L2 with obliteration of disc space
associated with fusion of the vertebral bodies. Mild-to-moderate
degenerative change of the remaining disc with slight loss of disc height
and disc desiccation most prominent at L4-L5, L5-S1.
Spinal cord: Conus medullaris terminates normally at the level of L1.
Lumbar spinal cord and cauda equina are normal configuration and signal
characteristic.
Prevertebral space: Unremarkable.
Extraspinal: Unremarkable.

Axial interbody analysis:

T12-L1:  Tiny posterior disc bulge.  Mild ligamentum flavum complex
thickening and facet arthropathy.  No significant disc herniation, spinal
canal narrowing, or neural foraminal stenosis.

L1-L2:  Small posterior disc bulge.  Mild ligamentum flavum complex
thickening and facet arthropathy.  There are mild bilateral neural
foraminal stenoses with partial effacement of perineural fat. No

MULTICARE LAKEWOOD          Larocque, Linda J
CLINIC                      MRN: 172930, DOB: ▓▓▓▓ Legal Sex: F
5700 100th St SW            Visit date: 3/25/2025
LAKEWOOD WA 98499-2767

Page 121                                    Printed by 410815 at 7/17/25  3:37 PM
                                            MHS_000265

## 03/25/2025 - Office Visit in Lakewood Family Practice (continued)

**Imaging (continued)**

significant spinal canal narrowing.

L2-L3:  Tiny posterior disc bulge. Mild ligamentum flavum complex thickening and facet arthropathy.   There are mild bilateral neural foraminal stenoses with partial effacement of perineural fat. No significant spinal canal narrowing.

L3-L4:  Mild ligamentum flavum complex thickening and facet arthropathy. There are mild bilateral neural foraminal stenoses with partial effacement of perineural fat. No significant spinal canal narrowing.

L4-L5: Posterior disc uncovering. Small posterior disc bulge. Moderate ligamentum flavum complex thickening and facet arthropathy.  This results in moderate spinal canal narrowing associated with partial obliteration of surrounding CSF and partial crowding of nerve roots. . There are mild bilateral neural foraminal stenoses with partial effacement of perineural fat. AP spinal canal diameter measures approximately 7 mm.

L5-S1: Posterior disc uncovering.Small posterior disc bulge. Moderate ligamentum flavum complex thickening and facet arthropathy.  This results in moderate spinal canal narrowing associated with partial obliteration of surrounding CSF and partial crowding of nerve roots. . There is moderate bilateral neural foraminal stenoses with obliteration of perineural fat. AP spinal canal diameter measures approximately 7 mm.

S1-S2:  Moderate ligamentum flavum complex thickening and facet arthropathy.  No significant disc herniation, spinal canal narrowing, or neural foraminal stenosis.

Impression:
IMPRESSION:

1. Suggestion of presence of lumbosacral transitional vertebrae with lumbarized S1. 12 paired thoracic ribs are confirmed on a chest CT of 11/15/2012. Numbering is counted from above beginning with the first rib-free vertebrae as L1 to be consistent. Attention recommended if there is any future plans for intervention.

2. No MRI evidence of acute osseous abnormality of the lumbar spine identified.

3. Advanced degenerative disc at L1-L2 with obliteration of disc space associated with fusion of the vertebral bodies.

4. Mild to moderate degenerative disc within the remaining lumbar levels most prominent at L4-L5 and L5-S1.

5. Combination of spondylosis, ligamentum flavum complex hypertrophy, and facet nephropathy resulting in moderate spinal canal narrowing and moderate bilateral neural foraminal stenoses at L4-L5 and L5-S1.

6. Also mild neural foraminal stenoses at L1-L2, L2-L3, and L3-L4.

7. Chronic degenerative 4 mm retrolisthesis of L1 over L2, 3 mm anterolisthesis of L4 over L5, and 4 mm anterolisthesis of L5 over S1.

.......
Providers: To speak with a TRA radiologist, call (253)761-4200.
Patient: For further result information, please contact ordering provider.
Acknowledged by

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓▓  Legal Sex: F
Visit date: 3/25/2025

## 03/25/2025 - Office Visit in Lakewood Family Practice (continued)

### Imaging (continued)

Rachel D Dawson, MD on 05/06/25 1349
Vila L Thomas, MA on 05/07/25 1448

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **55 - Unknown** | MULTICARE RADIANT INTERFACE | Unknown | Unknown | 03/26/13 0741 - Present |

#### Indications

Degenerative lumbar spinal stenosis [M48.061 (ICD-10-CM)]

#### Signed

Electronically signed by Thang Q Le, MD on 5/5/25 at 2218 PDT

#### Result Notes

**Rachel D Dawson, MD**
5/6/2025 1:49 PM PDT
Advise pt to see mychart lab notes  rd

#### All Reviewers List

Vila L Thomas, MA on 5/7/2025 14:48
Rachel D Dawson, MD on 5/6/2025 13:49

## Results                                                                 (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

### Visit Pharmacy

SAFEWAY PHARMACY #1594 - TACOMA, WA

### Pharmacy Address and Hours

| Address | Hours |
|---|---|
| 707 S 56TH STREET TACOMA WA 98408 | Not open 24 hours |

### Pharmacy Contact

| Telephone | Fax |
|---|---|
| 253-471-1730 | 253-471-3529 |

### Flowsheets

MULTICARE LAKEWOOD CLINIC
5700 100th St SW
LAKEWOOD WA 98499-2767

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 3/25/2025

Page 123

Printed by 410815 at 7/17/25  3:37 PM
MHS_000267

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**  **MRN:** 172930
**CSN:** 351232671

---

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 7/10/2024 | | | No service for | |

**Admitting Physician:**   **Chief Complaint:** Surgery Followup
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information



### Guarantor Information



### Primary Insurance



### Secondary Insurance

### Accident Information

**Accident Type:**

---

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███  Legal Sex: F
Visit date: 7/10/2024

Page 491

Printed by 410815 at 7/17/25  3:38 PM

MHS_000635

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

7/17/2025 3:38 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Surgery Followup (S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian))

### Visit Diagnoses

- **Arthritis of right knee (primary) [M17.11]**
- S/P revision of total knee, left [Z96.652]
- Patellar tendon rupture, left, subsequent encounter [S86.812D]
- Severe obesity (BMI >= 40) (CMS/HCC) [E66.01]
- Nutritional counseling [Z71.3]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Zachary B Adler, MD | Zachary B Adler, MD |

### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

### Follow-up and Dispositions

Return in about 3 months (around 10/10/2024).

### Level of Service

| Level of Service |
| --- |
| **PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM, IF USING TIME, 40 MINUTES OR MORE** |

## Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 7/10/2024 3:30 PM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

## Clinical Notes

### Nursing Note by Kasey J Dycus, MA at 7/10/2024 1530

| | | |
| --- | --- | --- |
| Author: Kasey J Dycus, MA | Service: Orthopedics | Author Type: Medical Assistant |
| Filed: 07/10/24 1551 | Encounter Date: 7/10/2024 | Status: Signed |
| Editor: Kasey J Dycus, MA (Medical Assistant) | | |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓ Legal Sex: F
Visit date: 7/10/2024

Page 492

Printed by 410815 at 7/17/25  3:38 PM

MHS_000636

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

**Chief Complaint**
Patient presents with

- Surgery Followup
  *S/p Left knee revision TKR with patellar tendon repair and patellectomy. DOS: 12/4/2023 (Adler/Tamurian)*

Additional Details: Patient stated her knee is doing well and she has continued to do her PT and exercises, which is now on hold for resting for the next 5 weeks. Patient rates her current pain as 0/10.

Patient also mentioned she has issues with her right knee from the medial knee and up the thigh into the lower back.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Spouse

Electronically signed by Kasey J Dycus, MA at 07/10/24 1551

**Progress Notes by Zachary B Adler, MD at 7/10/2024 1530**

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 07/10/24 1739 | Encounter Date: 7/10/2024 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Linda J Larocque  Returns today 7 month(s) status post Left Revision Total knee Arthroplasty with extensor mechanism reconstruction on 12/4/2023 doing well.  Linda J Larocque has not completed physiotherapy and resumed full activity in keeping with standard restrictions for total joint replacment patients. Linda J Larocque has returned to work and/or their previous activities and they are not requiring analgesics for the operative Knee since reconstructive surgery.

Long-leg cast was removed on 3/1/2024. She has been working with physical therapy and her brace unlocked.  She uses a walker to ambulate.

Her primary complaint at this time is progressively severe right knee pain.

PMH:  has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type 2 diabetes mellitus (CMS/HCC), Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC) (2009).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.
PSH:  has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); pr foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); **reconst-recurr disloc patella (Left, 06/26/2023); H/O CARDIAC

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 7/10/2024

Page 493

Printed by 410815 at 7/17/25  3:38 PM

MHS_000637

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

CATHETERIZATION; Intraoperative TEE with complete Doppler and color; p stress treadmil w/o interp; p revise knee joint replace,all parts (Left, 12/04/2023); and p fix patella tendn,secondary (Left, 12/04/2023).
SocHx:
**Social History**

Tobacco Use

- Smoking status:           Never
     Passive exposure:      Never
- Smokeless tobacco:        Never

Substance Use Topics

- Alcohol use:              Yes
     *Comment: 1-2x year*


Medications reviewed. Refer to medication module.
Allergies:
**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Pioglitazone Hydrochloride | Palpitations |
| • Effexor [Venlafaxine] | |
| *Moody irritable body aches* | |
| • Paxil [Paroxetine Hydrochloride] | |
| *fatigue* | |
| • Pravastatin | |
| *Leg aches?  Seemed better off this med* | |
| • Prozac [Fluoxetine Hcl] | Agitation/Anxiety |
| *Given this med postpartum 27 years ago* | |
| • Zoloft [Sertraline Hcl] | |
| *ineffective* | |
| • Codeine Camsylate | Nausea and Itching, Pruritus |
| *Ok with food* | |
| • Lipitor [Atorvastatin Calcium] | Myalgia |
| *myalgias* | |
| • Metoprolol Succinate [Metoprolol] | Fatigue |
| • Voltaren [Diclofenac Sodium] | Nausea |
| *Gi upset* | |
| • Zocor [Simvastatin] | |
| *myalgias* | |


ROS:  A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

BP 138/69 | Pulse 93 | Temp (Src) 96.5 (Temporal) | Resp 18 | Ht 5' 5"[hx[ (1.651 m) | Wt 275 lb (124.739 kg) | LMP 09/14/2009 Body mass index is 45.76 kg/m².

AAOx3, No Acute distress, normal affect and disposition.
Focused exam of the Bilateral lower extremities was performed.
The wound is well healed without signs of infection, no erythema, tenderness or discharge.  Skin does not reveal any new lesions.  Palpation of the regional nodal basin dies not reveal any lymphadenopathy.

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: ▬▬▬  Legal Sex: F
TACOMA WA 98405-1702         Visit date: 7/10/2024

Page 494

Printed by 410815 at 7/17/25  3:38 PM

MHS_000638

**07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

Knee range of motion is 0 passively and -18 actively to 114
Lower extremities reveal no signs of deep venous thrombosis; calves and thighs are soft without swelling, induration or tenderness, Homan's sign is negative.


Range of motion of the Right knee was 0 to 114
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive crepitus, positive joint line tenderness and 2+ effusion was present.
Knee alignment was neutral and there was not a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact.
Foot alignment was neutral.
Distal neurovascular exam was normal with 5/5 motor and intact sensation within the autogenous zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of Gait did reveal an antalgic gait.



Radiographs: Current and prior radiographs were personally reviewed and interpreted by me.
  07/10/2024 1606
**Result Impression**

  I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 7/10/24.

  The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
  grade 0 - no radiographic features of OA are present
  grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
  grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
  grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
  grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

  Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis.  Degenerative changes most severe in the patellofemoral compartment.

  Zachary B Adler, MD
  Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery


A/P

Doing well s/p Left Revision Total  knee Arthroplasty with progressively severe right knee DJD

|  |  | ICD-10-CM |
| --- | --- | --- |
| 1. | **Arthritis of right knee** | **M17.11** |
| 2. | S/P revision of total knee, left | Z96.652 |
| 3. | Patellar tendon rupture, left, subsequent encounter | S86.812 |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 7/10/2024

Page 495

Printed by 410815 at 7/17/25  3:38 PM

MHS_000639

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

| | | D |
| --- | --- | --- |
| 4. | Severe obesity (BMI >= 40) (CMS/HCC) | E66.01 |
| 5. | Nutritional counseling | Z71.3 |

We discussed the treatment options for progressively severe right knee DJD including conservative and surgical managment.  At this point, Linda J Larocque does have radiographic and/or clinical findings that support total knee arthroplasty based on published appropriate use Criteria (Osteoarthritis of the Knee: Surgical Management 2016). However, patient does have modifiable and non-modifiable risk factors which increase the risk of complications associated with arthroplasty.  Specifically, BMI over 40.  I discussed with the patient that based on published Washington state criteria (Bree Collaborative, www.BreeCollaborative.org), BMI should below 40 before elective total joint replacement can safely be performed secondary to the dramatically elevated risk of perioperative complications. These include but are not limited to: Infection, dislocation, implant failure or loosening, need for revision surgery, pneumonia, blood clot, urinary tract infection, pressure ulcers or bed sores, and death.  She has agreed to get their weight below 260 pounds before proceeding with elective arthroplasty.  My recommendation for management of their degenerative joint disease and pain are:

- NSAIDs: Yes, discussed
- Turmeric: No
- Physical Therapy: Yes, continue
- Activity modification: No
- Lateral support: No
- Weight loss: Yes, discussed
- Anti-inflammatory/Plant based diet: No
- Brace: No
- Injection: Yes, right knee injection done today in clinic
-

In regards to her left knee, can discontinue her hinged knee brace at this time.  May wean off of her walker/cane as able.  Continue activities as tolerated per revision TKA protocol  and will continue antibiotic prophylaxis for invasive dental or surgical procedures per their dentists evaluation and current AAOS evidence based protocol.   Return to clinic in 2.5 months.  Linda J Larocque  will need repeat radiographs of the knee.   Patient instructed to return to clinic for signs and or symptoms of infection or dvt.  Linda J Larocque  was counseled today regarding risks and signs and symptoms to watch for  including but not exclusive to: new onset pain, sense of stiffness, instability, persistent pain, prosthetic clicking or squeaking, grinding sensation. In addition, we discussed evidence based surveillance schedule for total joint replacement patients and the need for xrays at 6 months, 1, 3, 5, and 10 yrs after the index procedure.

**Orders Placed This Encounter**
- Large Joint Injection/Arthrocentesis: R knee
  *This order was created via procedure documentation*
- XR Knee 4+ Views Complete Right
  *Rm 7 Adler*
  | Order Specific Question: | Reason for order |
  | --- | --- |
  | Answer: | pain |
  | Order Specific Question: | Radiologist can change order? |
  | Answer: | Yes |
  | Order Specific Question: | Release to patient : |
  | Answer: | Immediate [1] |

Kindest regards,

ALLENMORE BUILDING C      Larocque, Linda J
3124 S 19TH ST            MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
TACOMA WA 98405-1702      Visit date: 7/10/2024

Page 496

Printed by 410815 at 7/17/25  3:38 PM

MHS_000640

**07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

Zachary B Adler, MD, FAAOS
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

-----

Portions of this note were prepared by Elizabeth Turner, ED Scribe, medical scribe, with oversight from Dr. Zachary B Adler.

**BMI Plan**

BMI is documented outside normal parameters and discussed with the patient today.

Current BMI: Estimated body mass index is 45.76 kg/m² as calculated from the following:
  Height as of this encounter: 1.651 m (5' 5").
  Weight as of this encounter: 124.7 kg (275 lb).

Arthritis of right knee  (primary encounter diagnosis)
Plan: XR Knee 4+ Views Complete Right, Large Joint
    Injection/Arthrocentesis: R knee

S/P revision of total knee, left

Patellar tendon rupture, left, subsequent encounter

Severe obesity (BMI >= 40) (CMS/HCC)

Nutritional counseling
Comment: Nutritional counseling performed.

**Goals**
None

Reasons for Referral(s):

Exercise encouragement: Dietary management education, guidance, and counseling (procedure)

Electronically signed by Zachary B Adler, MD at 07/10/24 1739

**Progress Notes by Zachary B Adler, MD at 7/10/2024 1530**

| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
|---|---|---|
| Filed: 07/10/24 1739 | Encounter Date: 7/10/2024 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Page 497

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 7/10/2024

Printed by 410815 at 7/17/25  3:38 PM

MHS_000641

## 07/10/2024 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

Procedure Orders
1. Large Joint Injection/Arthrocentesis: R knee [830098895] ordered by Zachary B Adler, MD

Post-procedure Diagnoses
1. Arthritis of right knee

**Large Joint Injection/Arthrocentesis: R knee** on 7/10/2024 4:55 PM
Indications: pain
Details: 22 G needle, anteromedial approach
Medications: 40 mg triamcinolone 40 mg/mL; 20 mg lidocaine 1 %
Outcome: tolerated well, no immediate complications

Right knee intra-articular injection:

Using sterile technique the Right Knee was prepped and topical anesthetic spray was used as local anesthetic. Using sterile technique, the joint was entered and 1cc of 40mg/cc kenalog (for a total of 40 mg) and 3 cc's of 0.5% plain lidocaine was then injected and the needle withdrawn. There was no medication wasted. The procedure was well tolerated.  The patient is asked to continue to rest the joint for a few more days before resuming regular activities.  It may be more painful for the first 1-2 days.  Watch for fever, or increased swelling or persistent pain in the joint.

Procedure, treatment alternatives, risks and benefits explained, specific risks discussed. Consent was given by the patient. Immediately prior to procedure a time out was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required. Patient was prepped and draped in the usual sterile fashion.

Electronically signed by Zachary B Adler, MD at 07/10/24 1739

---

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

Instructions: cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
Authorized by: Rachel D Dawson, MD                   Ordered on: 5/21/2019
Start date: 5/21/2019                                Quantity: 1 Each
Refill: No refills remaining

**Free Text Medication Entry (OTHER)**

Instructions: Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
Authorized by: Rachel D Dawson, MD                   Ordered on: 10/14/2021
Start date: 10/14/2021                               Quantity: 1 Each
Refill: No refills remaining

**rosuvastatin (CRESTOR) 20 mg Tab**

ALLENMORE BUILDING C        Larocque, Linda J
3124 S 19TH ST              MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
TACOMA WA 98405-1702        Visit date: 7/10/2024

Page 498                                    Printed by 410815 at 7/17/25  3:38 PM

MHS_000642

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**eSignature Scans (continued)**

**Important Message from Medicare - Electronic signature on 12/4/2023 0810 (effective from 12/4/2023) - E-signed**



**MultiCare Tacoma General/Allenmore Hospital**

315 MLK Jr Way
Tacoma, WA 9805
(253) 403-4951
Medicare Provider ID #500129

**Important Message from Medicare**

**Patient Name:** Linda J Larocque
**CSN:** 309313333

**Your Rights as a Hospital Inpatient:**

- You can receive Medicare covered services. This includes medically necessary hospital services and services you may need after you are discharged, if ordered by your doctor.  You have a right to know about these services, who will pay for them, and where you can get them.

- You can be involved in any decisions about your hospital stay.

- You can report any concerns you have about the quality of care you receive to your QIO at: Kepro and toll-free number 1-888-305-6759.  The QIO is the independent reviewer authorized by Medicare to review the decision to discharge you.

- You can work with the hospital to prepare for your safe discharge and arrange for services you may need after you leave the hospital. When you no longer need inpatient hospital care, your doctor or the hospital staff will inform you of your planned discharge date.

- You can speak with your doctor or other hospital staff if you have concerns about being discharged.

_____**Your**

**Right to Appeal Your Hospital Discharge:**

You have the right to an immediate, independent medical review (appeal) of the decision to discharge you from the hospital.  If you do this, you will not have to pay for

| MULTICARE ALLENMORE HOSPITAL 1901 S UNION AVE TACOMA WA 98405-1702 | Larocque, Linda J MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F Adm: 12/4/2023, D/C: 12/8/2023 |

Page 1099

Printed by 410815 at 7/17/25  3:38 PM

MHS_001243

○ the services you receive during the appeal (except for charges like copays and deductibles).

○ If you choose to appeal, the independent reviewer will ask for your opinion. The reviewer also will look at your medical records and/or other relevant information. You do not have to prepare anything in writing, but you have the right to do so if you wish.

○ If you choose to appeal, you and the reviewer will each receive a copy of a detailed explanation about why your covered hospital stay should not continue. You will receive this detailed notice only after you request an appeal.

○ If the QIO finds that you are not ready to be discharged from the hospital, Medicare will continue to cover your hospital services.

○ If the QIO agrees services should no longer be covered after the discharge date, neither Medicare nor your Medicare health plan will pay for your hospital stay after noon of the day after the QIO notifies you of its decision. If you stop services no later than that time, you will avoid financial liability.

○ If you do not appeal, you may have to pay for any services you receive after your discharge date.

## How to Ask For an Appeal of your Hospital Discharge

○ You must make your request to the QIO listed above.

○ Your request for an appeal should be made as soon as possible, but no later than your planned discharge date and before you leave the hospital.

○ The QIO will notify you of its decision as soon as possible, generally no later than 1 day after it receives all necessary information.

○ Call the QIO listed above to appeal, or if you have questions.

## If You Miss The Deadline to Request An Appeal, You May Have Other Appeal Rights:

- If you have Original Medicare: Call the QIO at 1-888305-6759.

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1100

Printed by 410815 at 7/17/25  3:38 PM

MHS_001244

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

- If you belong to a Medicare health plan: Call your plan.

Please sign below to indicate you received and understood this notice.

I have been notified of my rights as a hospital inpatient and that I may appeal my discharge by contacting my QIO.



Signature in Process

Signature captured with Topaz by Linda J. Larocque at 12/4/2023 08:10 AM

You have the right to get Medicare information in an accessible format, like large print, Braille, or audio. You also have the right to file a complaint if you feel you've been discriminated against. Visit Medicare.gov/about-us/accessibility-nondiscrimination-notice, or call 1-800-MEDICARE (1-800-633-4227) for more information. TTY users can call 1-877-486-2048.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1019. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

**Form CMS 10065-IM (Exp. 12/31/2025)**      **OMB Approval 0938-1019**

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1101

Printed by 410815 at 7/17/25 3:38 PM

MHS_001245

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**eSignature Scans (continued)**

**Informed Consent for Procedures - Electronic signature on 12/4/2023 0848: Left revision total knee arthroplasty to hinge, left papillectomy, and left extensor mechanism reconstruction (effective from 12/1/2023) - E-signed**

### INFORMED CONSENT FOR PROCEDURES

I allow Dr. **ADLER, ZACHARY B** to treat the following condition(s): Failed left total knee arthroplasty with chronic extensor mechanism disruption At (Facility): Allenmore Hospital

The procedure(s)
Left revision total knee arthroplasty to hinge, left papillectomy, and left extensor mechanism reconstruction

This procedure(s) have been explained to me. The physician has talked to me about the reasons and expected results for this procedure. This discussion included:
- The nature and purpose of the procedure
- The anticipated results
- Other available treatments, including not having the procedure
- The material risks (those risks that are important to the decision regarding whether to undergo the procedure), complications, and expected benefits of this procedure and for the other available options
- Issues related to recovery from this procedure

Based on the explanation I have been given, I know that some parts of the procedure or surgical tasks may be done by a health care provider other than the physician named in this consent. Examples of surgical tasks may be opening and closing the surgery site, harvesting grafts, and dissecting or removing tissue. The physician has given me facts about these other providers. These facts include the medical actions and/or tasks they will do. I know that other persons than those listed in this consent may also be present. I know that the names of the persons and tasks they do may change. If this occurs, I will be informed of such facts as soon as possible.

**Risk of Procedure**: My consent is given knowing that any operation or procedure has some risks and hazards. The more common risks include:

| | | | | |
|---|---|---|---|---|
| • Infection | • Heart attack | • Nerve injury | • Perforation | • Hematoma |
| • Allergic reactions | • Severe blood loss | • Bleeding | • Blood clots | • Blood transfusion reactions |

**Additional Risks/Comments**: See notes

**All such risks can be serious and possibly fatal.** I have also been made aware of risks and possible complications that are part of this procedure.

**Anesthesia/Sedation and Analgesia**: I consent to have the doctor who is doing this procedure or an anesthesiologist give me the sedation and pain relief that is needed for this procedure. Sedation options have been discussed with me. I know that all options involve risks and possible hazards that may include:
- Serious damage to vital organs such as the brain, heart, lung, liver and kidney
- Paralysis, cardiac arrest and/or brain death causes

**Other Unforeseen Procedures**: I know that during the course of the procedure, unforeseen problems may make procedures other than those stated above necessary. I consent to the above named doctor(s) and/or his/her assistants or designees, to perform such needed procedure(s) based on their best medical judgment.

*I have discussed my condition and treatment with my doctor(s) and/or his/her associates. All of my questions have been answered to my satisfaction. I have been given enough facts so I can make an informed decision on the proposed treatment. I know that I should not sign this form until all my questions have been answered to my satisfaction. I know I should not sign this form until I know and understand all the words or terms on this form. I understand that I am free to refuse the proposed procedure or treatment. I have read and fully understand this form. I freely give consent to this operation/procedure or treatment of my own accord.*

*I am aware that the practice of medicine and surgery is not an exact science. I know that no guarantees have been made to me about the results of the operation or procedure. I have been advised that the proposed procedure may not improve my condition and may, in fact, make it worse.*

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1102

Printed by 410815 at 7/17/25  3:38 PM

MHS_001246

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

**DOS:** 12/4/2023
**Surgeon(s) and Role:**
* **Zachary B Adler, MD - Primary**
* **Shane Turner, PA-C - Assisting PA**
**Surgical Procedure(s):**
**TOTAL KNEE REVISION; Regional, Adductor canal block (Left)**
**REPAIR, TENDON, PATELLAR, OPEN AND PATELLECTOMY (Left)**

**Location:** ALLENMORE OR

**Summary of Contact(s)**
☐ Call completed
      Date/time/initials:
☒ No show
      Date/time/initials: 11/20/2023 9:10 AM JKRN
☐ Cold call
    ☒ Call completed:
        Date/time/initials: 11/21/2023 12:53 PM JKRN
    ☐ Call not completed:
        Date/time/initials:

**PAC Nursing Communication:**

| Date/time/Initials | Documentation |
|---|---|

**11/20/2023 9:10 AM No answer left VMX2 at 253-273-7247. Instructed to call back with any questions about this message or to try to re-schedule this screening. Contacted Camille, MA to please notify surgeon's office of pt's missed appointment. JKRN**

11/21/2023 12:53 PM JKRN   Instructions given verbally and sent via Mychart. Pt verbalized understanding.

**Covid, RSV, Influenza questions:**

Positive test for Covid, RSV, or Influenza in the last 4 weeks?   ☐ Yes ☒ No
Current symptoms?  ☐ Yes ☒ No
      ☐ Cough
      ☐ Wheezing
      ☐ SOB
      ☐ Other (please list):
Hospitalization required?  ☐ Yes ☐ No
Surgeon's office notified?  ☐ Yes ☐ No

**Questions and Pre Anesthesia Testing for Non-Cataract Eye Surgery Patients:**

Is patient diabetic? ☐ Yes ☐ No

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▇▇▇▇ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1105

Printed by 410815 at 7/17/25 3:38 PM

MHS_001249

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

      If yes, order FBS DOS

Is patient on Dialysis? ☐ Yes ☐ No

      If yes, order K+ DOS

Does patient have heart failure with reduced EF (systolic HF)? ☐ Yes ☐ No

      If yes, usual labs and workup per pre anesthesia clinic order set indicated.  Please obtain copy of most recent echo.  Cardiac clearance not needed.

Can patient lie flat for 1-2 hours? ☐ Yes ☐ No

      If no, reason:

      If unable to lie flat due to breathing, significant pain, or psychological reasons then usual labs and workup per pre anesthesia clinic order set indicated.

Does surgeon request general anesthesia? ☐ Yes ☐ No

      If yes, usual labs and workup per pre anesthesia clinic order set indicated.

**\* Non-cataract eye surgery patients do not need any additional pre anesthesia labs or testing unless specified above.**

**\*Strabismus surgery done with general anesthesia**

**Patient needs prior to surgery - See Procedure Pass Task list for labs, clearances, records requests, orders, and other pre-surgery tasks**

Additional DOS Special Needs (not included in Procedure Pass):

_____

☒ TAA Chart review requested

      Date/time/initials:

**Communication with TAA**

**Relevant Medical History:**
Obtained from chart: PSVT, CAD, HTN, HLD, LBB, Heart failure with mildly reduced ejection fraction, OSA, DM

**Clinical Question or concern:**

| Date/time/Initials | Documentation |
|---|---|
| 11/20/2023 9:17 AM JKRN | Last TAA review > 90 days. PHI risk assessment in media 10/13/2023 |

**Recommendations (date/time/initials):**

    ☐ No further evaluation or testing recommended:
    ☐ Cardiac clearance:

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1106

Printed by 410815 at 7/17/25  3:38 PM

MHS_001250

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

☐ Medical clearance:
☐ Follow up with specialist or PCP:
☒ Other:  See TAA note update 11/20/2023 -11/20/2023 9:38 AM JKRN

**SOB with exercise:  no**
**Chest pain with exercise: no**
**Exercise Capacity (≥ 4 METS yes or no):yes**
(If no, please provide reason for activity limitation)

- Can take care of self, such as eat, dress, or use the toilet (1 MET)
- Can walk up a flight of steps or a hill or walk on level ground at 3 to 4 mph without symptoms (4 METs)
- Can do heavy work around the house, such as scrubbing floors or lifting or moving heavy furniture, or climb two flights of stairs (between 4 and 10 METs)
- Can participate in strenuous sports (>10 METs)

**Relevant Studies or Clearances (dates completed):**
**EKG: 2/2/2023**
**ECHO: 6/15/2022**
**Cardiology notes or Clearance:  Guerra 6/26/2023**
**Pacemaker or ICD Information/Clearance:**
    **Cardiologist or Device Clinic managing pacemaker/ICD:**
    **Date of last device interrogation (month/year):**
    **Clearance requested:**  ☐ Yes ☐ No:
**Other relevant information (Lab, ER visits, etc.):**

Electronically signed by Jaynee Krzywicki, RN at 11/21/23 1253

---

**Nursing Notes by Roy Knott, RN at 11/29/2023 0858**

| | | |
|---|---|---|
| Author: **Roy Knott, RN** | Service: **Nursing** | Author Type: **Registered Nurse** |
| Filed: **11/29/23 0858** | Date of Service: **11/29/23 0858** | Status: **Signed** |
| Editor: **Roy Knott, RN (Registered Nurse)** | | |

2 pt identifiers used. MRSA swab completed in each nares. Specimen labeled and walked to lab.
Pt taken to lab in whlchr

Electronically signed by Roy Knott, RN at 11/29/23 0858

---

**Progress Notes by Lawanda A Robinson, CNA at 11/29/2023 0941**

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1107

Printed by 410815 at 7/17/25  3:38 PM

MHS_001251

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: Lawanda A Robinson, CNA | Service: — | Author Type: Certified Nursing Assistant |
| Filed: 11/29/23 0941 | Date of Service: 11/29/23 0941 | Status: Signed |
| Editor: Lawanda A Robinson, CNA (Certified Nursing Assistant) | | |

**Patient here for vitals, ekg. Patient stated she received the surgical wipes from the surgeon office.**

Electronically signed by Lawanda A Robinson, CNA at 11/29/23 0941

**Interval H&P Note by Zachary B Adler, MD at 12/4/2023 1015**

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 12/04/23 1015 | Date of Service: 12/04/23 1015 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

## Pre-Operative H&P Update

**ID:** Linda J Larocque 65 year old female

**Location:** ORAHP/ORAHP
**Hospital Day:** LOS: 0 days

**Attending:** Zachary B Adler, MD
**PCP:** Rachel D Dawson, MD

## Problem List:

**Patient Active Problem List**

| Diagnosis | Date Noted |
|---|---|
| • Coronary artery disease involving native coronary artery of native heart without angina pectoris | 06/26/2023 |
| • Patellar tendon rupture, left, initial encounter | 06/26/2023 |
| • : Left total knee replacement. 02-08-23 | 02/28/2023 |
| • Degenerative joint disease of left knee | 02/08/2023 |
| • Retinal tear of left eye | 11/29/2022 |

*Overview Note:*
11/2022 no sx found incidentally and tx w/ laser

| | |
|---|---|
| • PSVT (paroxysmal supraventricular tachycardia) | 06/30/2022 |
| • Equivocal stress test | 10/21/2021 |
| • NSVT (nonsustained ventricular tachycardia) (CMS/HCC) | 10/21/2021 |
| • SOB (shortness of breath) | 08/30/2021 |
| • HFrEF (heart failure with reduced ejection fraction) (CMS/HCC) | 08/30/2021 |
| • Hammer toes, bilateral | 12/13/2016 |
| • Bilateral carpal tunnel syndrome | 12/13/2016 |
| • Type 2 diabetes mellitus without complication (CMS/HCC) | 12/10/2015 |
| • Obstructive sleep apnea (adult) (pediatric) | 07/23/2015 |
| • Chronic pain | 12/24/2014 |

*Overview Note:*
Periodic 6 Month Review Date: 5/25/2022
Condition(s) for which opioid analgesic(s) have been prescribed:  (G89.4) Chronic pain syndrome
(primary encounter diagnosis)

MULTICARE ALLENMORE          Larocque, Linda J
HOSPITAL                     MRN: 172930, DOB: ███████ Legal Sex: F
1901 S UNION AVE             Adm: 12/4/2023, D/C: 12/8/2023
TACOMA WA 98405-1702

Page 1108                                    Printed by 410815 at 7/17/25  3:38 PM

MHS_001252

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

(M79.18) Myofascial muscle pain
(M15.0) Primary osteoarthritis involving multiple joints
Daily Maintenance opioid dose: hydrocodone 32 mg
Combined morphine equivalent dose: 32 mg
Opiod Risk Tool score: Moderate risk (4-7)
Primary Prescriber: Rachel D Dawson, MD
**A**

| | |
|---|---|
| • Myofascial muscle pain | 02/01/2013 |
| • Other constipation | 11/30/2012 |
| • Disorder of lipoid metabolism | 02/21/2012 |
| • Degeneration of lumbar or lumbosacral intervertebral disc | 11/29/2011 |
| • Major depressive disorder, recurrent episode, moderate (CMS/HCC) | 11/29/2011 |
| • Unspecified vitamin D deficiency | 10/20/2011 |

*Overview Note:*
10/1/21 Regulatory import

| | |
|---|---|
| • Diabetes mellitus without complication (CMS/HCC) | 09/20/2005 |
| • NASH (nonalcoholic steatohepatitis) | 10/12/2004 |
| • Essential hypertension, benign | 06/07/2000 |
| • Chondromalacia of patella | |
| • Plantar fascial fibromatosis | |
| • Lesion of plantar nerve | |

*Overview Note:*
MORTON'S NEUROMA

• Osteoarthritis
*Overview Note:*
L-5

**Allergies:**

Allergies as of 09/29/2023 - Reviewed 09/29/2023

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

Immunizations: states are up to date

Labs as of 10:15 AM, 12/4/2023

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███████ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1109

Printed by 410815 at 7/17/25 3:38 PM

MHS_001253

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

**Hct (%)**

| Date | Value |
| --- | --- |
| 11/29/2023 | 43.0 |

**Hgb (g/dL)**

| Date | Value |
| --- | --- |
| 11/29/2023 | 14.4 |

**WBC (K/uL)**

| Date | Value |
| --- | --- |
| 11/29/2023 | 5.60 |

**Plt (K/uL)**

| Date | Value |
| --- | --- |
| 11/29/2023 | 352 |

**K (mmol/L)**

| Date | Value |
| --- | --- |
| 11/29/2023 | 4.4 |

**Creatinine (mg/dL)**

| Date | Value |
| --- | --- |
| 11/29/2023 | 0.67 |

**INR (no units)**

| Date | Value |
| --- | --- |
| 11/05/2009 | 0.92 |

**HCG urine (no units)**

| Date | Value |
| --- | --- |
| 11/10/2009 | Negative |

**Vital Signs:** BP 123/81 | Pulse 76 | Temp (Src) 97.5 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 95% | LMP 09/14/2009

**Interval / Update Note** Full H&P done within 30 days of procedure and H&P reviewed
Patient examined
No changes to H&P

This interval note was completed within 24 hours following the patient's admission/registration and before the planned procedure.

Zachary B Adler, MD

Electronically signed by Zachary B Adler, MD at 12/04/23 1015

**Source Note: H&P (View-Only)**

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███████  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1110

Printed by 410815 at 7/17/25  3:38 PM

MHS_001254

---

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: **Shane Turner, PA-C** | Service: **Orthopedics** | Author Type: **Physician Assistant** |
| Filed: **12/04/23 1006** | Date of Service: **11/22/23 0830** | Status: **Signed** |
| Editor: **Shane Turner, PA-C (Physician Assistant)** | | Cosigner: **Zachary B Adler, MD** at **12/04/23 1014** |

**11/22/2023**

**PATIENT NAME:** Linda J Larocque
AGE: 65 year old

**SURGEON**: Zachary Adler MD

**REFERRING PHYSICIAN/OTHER CONSULTANTS:** Rachel D Dawson, MD

**Chief Complaint**:
**Chief Complaint**
Patient presents with

- Pre-Op Exam
  *Left total knee revision DOS 12/04/23 ADLER*

**HPI:** This is a 65 year old female who presented to our orthopedic clinic for history of **patella tendon rupture s/p left total knee arthroplasty**. Zachary Adler MD was consulted for evaluation and treatment options. The recommendation was made to proceed with surgery. Linda has exhausted all conservative treatment options and is here for preoperative evaluation for **left total knee revision with patella tendon reconstruction with open patellectomy.** SURGERY DATE: December 4, 2023. Linda J Larocque denies any recent fever, illness, other injury since patient was last seen in our clinic.

**Clearances:**
1. Is cardiac clearance needed? No.
2. Is Pulmonary clearance needed? No.
3. Does patient have any metal allergies? No.
4. Has patient seen a dentist in the last 6 months/ year? Yes.
5. Is Dental clearance needed? No.
6. Do you have Diabetes? Yes. **Last A1c was 5.8 on 6/23/23.**
7. Do you Smoke or use nicotine products? No.
8. Have you had any recent hospitalizations, infections or visits to the ED in the last 90 days? No.

**Current pain medication use: Hydrocodone 10/325mg 2-3 tablets a day.**

**ROS: Pertinent positives listed below**
**Patient Active Problem List**
Diagnosis

- Essential hypertension, benign
- Chondromalacia of patella
- Plantar fascial fibromatosis
- Lesion of plantar nerve
- Osteoarthritis
- NASH (nonalcoholic steatohepatitis)
- Diabetes mellitus without complication (CMS/HCC)

---

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1111

Printed by 410815 at 7/17/25 3:38 PM

MHS_001255

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

- Unspecified vitamin D deficiency
- Degeneration of lumbar or lumbosacral intervertebral disc
- Major depressive disorder, recurrent episode, moderate (CMS/HCC)
- Disorder of lipoid metabolism
- Other constipation
- Myofascial muscle pain
- Chronic pain
- Obstructive sleep apnea (adult) (pediatric)
- Type 2 diabetes mellitus without complication (CMS/HCC)
- Hammer toes, bilateral
- Bilateral carpal tunnel syndrome
- SOB (shortness of breath)
- HFrEF (heart failure with reduced ejection fraction) (CMS/HCC)
- Equivocal stress test
- NSVT (nonsustained ventricular tachycardia) (CMS/HCC)
- PSVT (paroxysmal supraventricular tachycardia)
- Retinal tear of left eye
- Degenerative joint disease of left knee
- : Left total knee replacement. 02-08-23
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Patellar tendon rupture, left, initial encounter

**Current out patient medications:**

**Current Outpatient Medications**

Medication

- verapamil (CALAN SR) 240 MG Tab CR
- liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector
- alprazolam (XANAX) 0.25 MG Tab
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- [START ON 12/4/2023] hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab
- duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles
- hydrocodone-acetaminophen (NORCO) 10-325 MG Tab
- hydrOXYzine hcl (ATARAX) 25 MG Tab
- rosuvastatin (CRESTOR) 20 mg Tab
- aspirin 81 MG Chew Tab
- Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc
- hydrochlorothiazide (MICROZIDE) 12.5 MG Caps
- Free Text Medication Entry (OTHER)
- Free Text Medication Entry (OTHER)
- docusate sodium (COLACE) 100 MG Caps
- senna (SENNA, SENOKOT) 8.6 MG Tab

No current facility-administered medications for this visit.

**Past Medical History:**

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1112

Printed by 410815 at 7/17/25  3:38 PM

MHS_001256

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l  chronic pain syndrome  Norco* | |
| • H/O cardiac arrhythmia | |
| • H/O CHF<br>*6/2022 ECHO EF 45-50%   Dr Guerra cardiologist* | |
| • History of sleep apnea<br>*uses CPAP* | |
| • Hyperlipidemia | |
| • Lumbago | 06/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia<br>*heart murmur noted on echo* | |
| • Prediabetes | |
| • Snores | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled<br>*diet controlled* | |
| • Uterine cancer (CMS/HCC) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| • **RECONST-RECURR DISLOC PATELLA | Left | 06/26/2023 |
| • CARDIAC CATHETERIZATION | Left | 11/2021 |
| • H/O EYE SURGERY<br>*retinal tear tx w/ laser* | Left | 11/2022 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 11/01/2009 |
| • H/O ORAL SURGERY<br>*x 2* | | 2000 |
| • P FIX INFRAPATELLA TENDON,PRIMARY | | 06/26/2023 |
| • P FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 01/01/1999 |
| • P TOTAL KNEE REPLACEMENT | Left | 02/08/2023 |

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ■■■■ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1113

Printed by 410815 at 7/17/25  3:38 PM

MHS_001257

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

### Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
|   *CHF* | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU | Mother | | |
|   *GOUT* | | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro | Daughter | | |
|   *epilepsy* | | | |
| • Drug/Alcohol | Daughter | | |
|   *recovering alcoholic* | | | |
| • Cancer | Daughter | | |
|   *uterine ca* | | | |
| • Coronary Artery Disease | Maternal Grandmother | | |
|   *MI* | | | |
| • Cancer | Maternal Grandmother | | |
|   *BREAST* | | | |
| • Coronary Artery Disease | Maternal Grandfather | | |
|   *MI* | | | |
| • Hypertension | Sister | | |
| • Diabetes | Paternal Aunt | | |
| • Other | Sister | | |
|   *EPILEPSY* | | | |
| • Diabetes | Sister | | |
| • Arthritis | Brother | | |
| • Heart | Sister | | |
| • Diabetes | Maternal Aunt | | |
| • Other | Paternal Aunt | | |
|   *MIGRAINE* | | | |
| • Neuro | Sister | | |
|   *early alzheimers.* | | | |

### Social History

### Socioeconomic History

- Marital status:    Married
  - Spouse name:    Not on file
- Number of children:    Not on file
- Years of education:    Not on file

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ██████ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1114

Printed by 410815 at 7/17/25  3:38 PM

MHS_001258

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| • Highest education level: | Not on file |

**Occupational History**
- Not on file

**Tobacco Use**

| | |
|---|---|
| • Smoking status: | Never |
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |

**Vaping Use**

| | |
|---|---|
| • Vaping Use: | Never used |

**Substance and Sexual Activity**

| | |
|---|---|
| • Alcohol use: | Yes |
| *Comment: 1-2x year* | |
| • Drug use: | Not Currently |
| • Sexual activity: | Yes |
| Partners: | Male |
| Birth control/protection: | Surgical |
| *Comment: married monogamous, vas* | |

**Other Topics**     **Concern**

| | |
|---|---|
| • Have you received a blood transfusion? | No |
| • Regular exercise | No |

**Social History Narrative**
- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

BP 111/72 | Pulse 81 | Temp (Src) 96 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 251 lb 3.2 oz (113.944 kg) | LMP 09/14/2009

Estimated body mass index is 40.54 kg/m² as calculated from the following:
  Height as of this encounter: 1.676 m (5' 6").
  Weight as of this encounter: 113.9 kg (251 lb 3.2 oz).

**Allergies as of 11/22/2023 - Reviewed 11/22/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| • Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| • Effexor [venlafaxine] | | 02/23/2015 |
| • Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| • Pravastatin | | 11/29/2022 |

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1115

Printed by 410815 at 7/17/25 3:38 PM

MHS_001259

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| • Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| • Zoloft [sertraline hcl] | | 07/15/2015 |
| • Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| • Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| • Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| • Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| • Zocor [simvastatin] | | 05/19/2011 |

**PHYSICAL EXAMINATION:**

| | |
|---|---|
| General: | Healthy appearing patient who is cooperative with the exam. |
| Psych: | Appropriate and alert. |
| Skin: | Grossly benign, intact. |
| Head: | Normo-cephalic, Atraumatic |
| Neck: | No obvious masses or abnormalities |
| Chest: | Normal excursion |
| CV: | Negative for irregular heartbeat, chest pain. |
| Abdomen: | Soft, non-tender |
| Neuro: | No gross deficits |

**MUSCULOSKELETAL:** Left knee
Examined by Zachary Adler MD and diagnosed her with **patella tendon rupture s/p left total knee arthroplasty.**

Initial history and physical was reviewed today with the patient and there were no changes present.

**PERTINENT TEST (Lab/X-ray, etc.) RESULTS:** See chart notes and films

**DIAGNOSIS:**
**Patella tendon rupture s/p left total knee arthroplasty**

**PLANNED PROCEDURE:**
**Left total knee revision with patella tendon reconstruction with open patellectomy**

**New x-rays ordered today: Yes.**

**Pre-dental antibiotics: She has historically taken these per her dentist due to her SVT history. Continue these.**

**Oxycodone and Tramadol worked after her left total knee.**

Linda J Larocque was informed of the benefits and potential risks of surgical treatment and informed of alternative treatment options. We went over the risks of infection, bleeding, nerve damage, the chance of not improving, squeaking or clicking of implant(s), implant loosening, possible periprosthetic fracture, possible need for revision, risk of blood clots, pulmonary embolism, possible blood transfusion, the use of blood thinning medication after surgery, the need for physical therapy after surgery, possible death and the risks of anesthesia. Patient accepts the treatment plan as outlined. Linda J Larocque has been given ample opportunity to ask questions about her proposed surgical procedure and consents to such procedure.

Patient Interview and Chart review to screen for significant risk factors for thromboembolic events indicates that there

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1116

Printed by 410815 at 7/17/25  3:38 PM

MHS_001260

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

was **no** documented hx of DVT, PE, TIA, stroke or factors that would potentially increase the risk of VTE with fibrinolytics, therefore, we **will** plan to proceed with Tranexamic Acid.

Linda will be placed on **Xarelto 10mg for 3 weeks** for DVT prophylaxis following surgery. This medication will be given upon discharge from hospital. The patient will wear TED hose, or compression stockings, for 3 weeks following surgery also for DVT prophylaxis.

We reviewed patient's postoperative pain expectation and developed a plan of Care to address postoperative pain:
1. Amount of expected pain relative to the procedure
2. Types of medication that will be used post-op to manage pain
3. Use of mulitmodal pain management to include alternatives to Opioids
4. Discussion about appropriate use of opiates- projected time and weaning back to her baseline pain medication to be complete no later than 3 weeks postop.

All questions were answered and Linda J Larocque understood and was satisfied with this plan.


**Total Joint replacement protocol discharge planning:** Recommend starting outpatient physiotherapy within 2-5 business days of discharge from acute care setting.

**PT referral will be discussed at a later date.**
**DME she has at home.**
**We discussed the goal of DC home postop next day if PT/OT goals are met, voids on her own and pain is well controlled.**
**Linda J Larocque will have family at home with her after surgery.**
**Preop wipes were given today.**

Shane Turner, PA-C

Electronically signed by Shane Turner, PA-C at 12/04/23 1006
Electronically signed by Zachary B Adler, MD at 12/04/23 1014


**OR Nursing by Rian C Schneider, RN at 12/4/2023 1028**

| | | |
|---|---|---|
| Author: Rian C Schneider, RN | Service: Orthopedics | Author Type: Registered Nurse |
| Filed: 12/04/23 1028 | Date of Service: 12/04/23 1028 | Status: Signed |
| Editor: Rian C Schneider, RN (Registered Nurse) | | |

Patient verbalized name, date of birth, site, procedure, surgeon, NPO status, and Allergies:  Allergies Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin].  Consent signed and on chart.  Pt transported to OR 2 per stretcher.

Electronically signed by Rian C Schneider, RN at 12/04/23 1028


**Op Note by Zachary B Adler, MD at 12/4/2023 1034**

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮▮  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1117

Printed by 410815 at 7/17/25  3:38 PM

MHS_001261

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: **Zachary B Adler, MD** | Service: **Orthopedics** | Author Type: **Physician** |
| Filed: **12/04/23 1545** | Date of Service: **12/04/23 1034** | Status: **Signed** |
| Editor: **Zachary B Adler, MD (Physician)** | | |

Preop Diangosis:
1. Failed Left Total Knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Postop Diangosis:
1. Failed Left Total knee Arthroplasty
2. Chronic Left Knee Extensor Mechanism Disruption
3. Morbid obesity with BMI 40.92
4. Hearty failure
5. Type 2 diabetes mellitus

Procedure Performed:
1. Left Revision Hinged Total Knee Arthroplasty, CPT 27487
2. Left Knee Extensor Mechanism Reconstruction, CPT 27381
3. Left Knee Patellectomy, CPT 27350
4. Application disposable negative pressure wound therapy (PICO 30 x 10), CPT 97607


Modifier 22 : YES There was an increased level of technical difficulty encountered during the procedure due to morbid obesity with BMI 40.92.  As such,  surgical dissection, exposure, and implant placement took two times longer than usual given the technical difficulty.

Date of Procedure: 12/4/2023

Surgeon: Zachary B. Adler, MD

First Assist: Robert Tamurian, MD
Second Assist: Jeremiah Steed, MD and Shane Turner, PA-C
Anesthesia:  Local, General and ACB
IVF 1700cc
EBL 300cc
UOP 0cc
Tourniquet Time: 112 and 27 minutes
Findings: failed left TKA secondary to chronic extensor mechanism reconstruction
Specimen: Left knee deep tissue for culture
Drains: none
Complications: None
Outcome: Stable to PACU

Components: Zimmer RHK
Femur: Size E Left with 10mm medial distal/5mm medial posterior/5mm lateral distal augments and 16x100mm stem
Tibia: Size 3 with 51x34 full cone
Tibial Polyethylene Insert: 12 mm

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮▮  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1118

Printed by 410815 at 7/17/25  3:38 PM

MHS_001262

**12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Clinical Notes (continued)**

Mesh: Bard monofilament polypropylene 10x14 inch

Indications for Procedure:
Linda J Larocque is a 65 year old female who developed a failed total knee arthroplasty secondary to chronic extensor mechanism disruption. I counseled Linda J Larocque at length regarding the risks and benefits of revision total knee arthroplasty with patellectomy and marlex mesh extensor mechanism reconstruction including but not exclusive to: extensor lag, recurrent disruption, wear, loosening, infection, stiffness, mechanical failure, dislocation, leg length inequality, need for aggressive post-operative physical therapy, possible chronic persistent pain due to normal joint function despite arthroplasty, activity modifications and restrictions after joint arthroplasty, need for revision surgery as a result of mechanical failure and/or loosening, general risks of orthopaedic extremity surgery such as nerve or blood vessal damage, wound healing difficulty, deep vein thrombosis, pulmonary embolis, perioperative organ system dysfunction, need for blood transfusion, and even perioperative death. Linda J Larocque has taken the opportunity to consider all the above risks and has been given the benefit of a pre-operative consultation and has signed an informed consent documenting the above. All questions were answered and Linda J Larocque demonstrated understanding without barriers to learning. Linda J Larocque has had their medical condition optimized for surgery in conjunction with their primary care physician and wishes to proceed with revision total joint arthroplasty.

Details of the procedure: Linda J Larocque was taken to the operating room theatre, where they were positioned on the operating room table having all bony prominences and sensitve areas padded while a general and/or regional anesthetic was induced per the anesthesia team. An intraoperative sequential compression device was placed on the well leg. The Left knee was prepped and draped in the usual sterile fasion after well padded tourniquet was placed. Personal protective hoods were donned by all technical operating personnel and a standard surgical "Time Out" was performed verifying all instruments and implants were available and sterile prior to procedure. Pre-operative antibiotics were administered prior to incision, compression exsanguination was perfomed, and the pneumotourniquet was inflated to 250 mmHg. A longitudinal incision was made over the Left knee using a #10 blade and a standard median parapatellar approach was carried out after medial and lateral elevation of the subcutaneous flaps. Bovie electorcautery was used to maintain meticulous hemostasis throughout the entire procedure. Parapatellar arthrotomy was performed medial to the patellar tendon, along the medial third of the patella, and down the central aspect of the quadricep tendon. A medial tibial slide was performed to the level of the medial hamstring bursa at the joint line and extended along the tibia as needed for visualization. Deep cultures were then obtained.

Given the very high rising patella secondary to chronic extensor mechanism disruption, patellectomy was performed. This was done by providing by traction across the patella and releasing it from the superficial soft tissues. Patella was then discarded.

Homans were then placed so that I had excellent exposure of the femoral and tibial components. Osteotome was used to dissociate the polyethylene from the tibial baseplate. The femoral component was examined and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the femoral component. This was then removed with a tamp. There was noted to be 5-10 of bone loss distally on the medial and lateral condyle. There was also noted to be 5 of bone loss posteriorly on the medialcondyle. The tibia was then subluxed anteriorly with hyperflexion. The tibial component was then assessed and found to be stable. Microsagittal saw was used around the implant-cement interface in order to free the tibial component. A tamp was used to remove the tibial component in a retrograde fashion. A combination of osteotomes and curettes were used to remove all of the residual cement and nonviable bone and soft tissue around the distal femur and proximal tibia.

Homans were placed medially and laterally to protect the medial and lateral soft tissues and ligaments and the PCL retractor was placed posteriorly to translate the tibia anteriorly. I then sequentially reamed intramedullary until a 14 millimeter reamer provided excellent fit. The proximal tibia cutting guide was then placed over the reamer. This was planned in place anteriorly. Proximal tibia cleanup cut was performed so as to remove a minimal amount of proximal

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1119

Printed by 410815 at 7/17/25  3:38 PM

MHS_001263

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

bone and prepare the proximal tibia for cementation of the final components. Given the appearance of the proximal tibia I did not have to remove excess medial and/or lateral tibial plateau in order to accommodate augments. Reamer was then removed. I then sequentially reamed and broached for the appropriately sized tibial cone. This was found to be size 51x34. Trial cone was then placed. Tibia was then sized and found to be a size 3. Tibial trial was then placed. I then returned my attention to the distal femur.

Homans were placed medially and laterally so as to protect the medial and lateral soft tissues. I then sequentially reamed until a 16 mm reamer provided excellent fit. The appropriately sized distal femoral component and stem was assembled on the back table and impacted on the distal femur. With the trial femoral component in place I then inserted the appropriate thickness polyethylene trial so as to balance the flexion gap. With the trial components in place, a trial spacer of 12 mm provided the best restoration of joint balance  Using the femoral component I was able to perform the indicated distal femur and posterior femur cuts so as to accommodate the appropriate augments which provided excellent femoral component stability and bone contact. The trial components were then removed and the box cutting jig was placed. Box was then cut to accommodate the reivision distal femur. The wound was then irrigated with dilute Betadine solution. This was also allowed to sit for 3 minutes before being evacuated with pulsatile lavage. I then called for an open the femoral and tibial components.

Marlex mesh was then folded on itself 8-10 times and held in the appropriate position with #5 Ethibond suture. I then impacted the tibial cone such that it was 3 middle millimeters deep to the tibial cut. I placed 5 cm of the Marlex mesh into the tibial cone followed by the trial tibial component to make sure these fit appropriately. Once this was found to be acceptable, 2 bags antibiotic cement with 1 g vancomycin powder was then mixed. Cement restrictor was placed in the tibia such that was 1 cm beyond the tip of the tibial component. Third-generation cement technique was then used to cement 5 cm of Marlex mesh anterior to the stem of the tibial component. Tibial component was impacted and all excess cement was removed. Care was taken to make sure there is no cement neither dorsal or ventral to the Marlex mesh as it exited along the inferior border of the tibial baseplate in line with the tibial tubercle. Direct pressure was held until the cement hardened.

Cement restrictor was then placed in the distal femur such it would be 1 cm beyond the tip of the femoral stem. 2 bags of antibiotic cement with 1 g vancomycin powder was then mixed. Third-generation cement technique was then used to cement the femoral component with the appropriate stem and augments. Once the femoral component was impacted down to the level of the osteotomy, all excess cement was removed. Final tibial insert thickness of 12millimeters was then inserted and the knee brought out to full extension. Cold saline was used to mitigate the exothermic reaction during cement curing. The joint was reduced and then washed with a pulsatile jet lavage. Reck was then injected into the periosteal soft tissues.

Vastus medialis and vastus lateralis were then released both superficially and deep so as to provide appropriate excursion to cover the Marlex mesh extensor mechanism reconstruction. A coronal split was then made in the residual patellar tendon and the Marlex mesh was unitized with the soft tissue directly as it exited the anterior tibia such that there was 100% circumferential soft tissue exposure of the Marlex mesh. Above the level of the patellar tendon, the Marlex mesh was then unitized with the vastus lateralis superficially while light longitudinal proximal tension was held on the Marlex mesh. The tendon of the vastus lateralis was then pulled over the Marlex mesh and sewn down over the mesh so as to create layered tendon/Marlex mesh/tendon extensor mechanism reconstruction. The soft tissues were then oversewn with #2 FiberWire in a running #1 Vicryl.

Deep soft tissues were closed with 0 Vicryl, superficial soft tissues with 3-0 Vicryl and a 3-0 nylon for the skin.

Application disposable negative pressure wound therapy (PICO 30 x 10): Given the anatomical location of the patient's incision on the anterior knee and the patient's increased risk for wound complications associated with revision reconstruction with prolonged immobilization extension a disposable negative pressure wound therapy was applied.

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB:          Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1120

Printed by 410815 at 7/17/25  3:38 PM

MHS_001264

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

After incision was closed, clean, and dry the pico was applied in the ideal position. This was then sealed. Power was turned on and dressing was found to be without leak.

The patient was then reversed from their anesthetic state per the anesthesia team and was transferred to their hospital bed. There were no immediate perioperative complications and the pateint was taken to the recovery room on satisfactory and stable condition. I, Dr. Zachary B. Adler was present and directly performed or supervised the entire procedure from incision to completed closure.

**Post-Operative Plan**

DVT Prophylaxis Plan: Xarelto x3 weeks

Antibiotic prophylaxis plan: Ancef x24 hours then Keflex 500PO TID x10 days due to increased risk of prosthetic joint infection from type 2 diabetes and morbid obesity with BMI of 40.9 to

Weight Bearing instructions: Nonweightbearing in a hinged knee brace locked in full extension x 2 to 3 weeks. Anticipate conversion to long-leg cast x 3 months 1 suture removed. After 3 months of long-leg cast immobilization, will place back in hinged knee brace. First month and brace motion will be from 0-45, second month in brace motion will be from 0-60, third month in brace motion will be from 0-90. Once long-leg cast was removed and patient is transition to hinged knee brace, can weight-bear as tolerated with the brace locked in full extension.

Wound Care: Per pico protocol

Discharge Disposition : Home

Follow up with Shane Turner PA-C in 2 Week for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
12/4/2023
3:35 PM

Electronically signed by Zachary B Adler, MD at 12/04/23 1545

**Nursing Notes by Yu Min Ni, RN at 12/4/2023 1659**

| Author: Yu Min Ni, RN | Service: Nursing | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/04/23 1700 | Date of Service: 12/04/23 1659 | Status: Signed |
| Editor: Yu Min Ni, RN (Registered Nurse) | | |

VSS, pain controlled/tolerable. Patient informed of pending transfer. Report given to Christen, RN using SBAR. Any questions addressed and answered.

Transferred to room 2205-1 via cart accompanied by transporter.

Belongings transferred with patient.

Family notified of transfer.

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1121

Printed by 410815 at 7/17/25  3:38 PM

MHS_001265

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Electronically signed by Yu Min Ni, RN at 12/04/23 1700

### Nursing Notes by Kristian P Figueroa, RN at 12/4/2023 1804

| | | |
|---|---|---|
| Author: Kristian P Figueroa, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 12/04/23 1807 | Date of Service: 12/04/23 1804 | Status: Signed |
| Editor: Kristian P Figueroa, RN (Registered Nurse) | | |

Post-op assessment completed. Pt is calm and pleasant. Pt self reports 3/10 pain and denies pain medication at this time. Pt husband is in room with patient currently. P voided in recovery before transfer o med surg. Will continue to monitor.

Electronically signed by Kristian P Figueroa, RN at 12/04/23 1807

### Progress Notes by Shane Turner, PA-C at 12/5/2023 0703

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/05/23 0710 | Date of Service: 12/05/23 0703 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/05/23 1003 |

## ORTHOPEDIC PROGRESS NOTE

12/5/2023

**POD# 1**
Revision left total knee (hinged) with extensor mechanism reconstruction

**Patient Name:** Linda J Larocque

**MRN:** 172930

Admission Date: 12/4/2023

**Surgeon:** Zachary Adler MD

Primary Care Provider: Rachel D Dawson, MD

**SUBJECTIVE:** She is up at bedside this morning. She is doing rather well. She does have family at home to help her when she discharges from the hospital. She still has a fair amount of pain during mobility from the bed to the commode. Otherwise, no new complaints.

**OBJECTIVE:**
VITALS: BP 122/58 | Pulse 79 | Temp (Src) 97.5 (Temporal) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 94% | LMP 09/14/2009, Temp (24hrs), Avg:36.3 °C (97.3 °F), Min:36.1 °C (96.9 °F), Max:36.4 °C (97.5 °F)
,
Intake/Output Summary (Last 24 hours) at 12/5/2023 0703
Last data filed at 12/5/2023 0645

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▇▇▇ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1122

Printed by 410815 at 7/17/25 3:38 PM

MHS_001266

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | Gross per 24 hour |
|---|---|
| Intake | 2380 ml |
| Output | 2415 ml |
| **Net** | **-35 ml** |

,
Today's weight:       12/5/2023 :              Weight: 115 kg (253 lb 8 oz)
GENERAL:  in no apparent distress, well developed and well nourished, alert, and oriented x3.

SKIN: Warm and dry

**EXTREMITIES:**       Left knee
PICO dressing is c/d/I and functioning.
Hnged knee brace is on and locked in extension.
Mild swelling.
Calf is supple and nontender.
DNVI.

**LABS**: last 24 hours
**Labs in the last 24 hours**
**GLUCOSE (POINT OF CARE)**
Collection Time: 12/04/23  9:53 AM

| Result | Value | Ref Range |
|---|---|---|
| Glucose | 94 | 65 - 120 mg/dL |
| Comment | Venous | |

**CULTURE AND GRAM STAIN**
Collection Time: 12/04/23 11:19 AM
Specimen: Knee, Left; Fluid

| Result | Value | Ref Range |
|---|---|---|
| Special Requests | None | |
| Gram stain | Few white blood cells | |
| Gram stain | No organisms seen | |

**BASIC METABOLIC PANEL**
Collection Time: 12/05/23  2:21 AM

| Result | Value | Ref Range |
|---|---|---|
| Na | 139 | 135 - 145 mmol/L |
| K | 4.2 | 3.6 - 5.3 mmol/L |
| Cl | 110 (H) | 98 - 109 mmol/L |
| CO2 | 19 (L) | 21 - 32 mmol/L |
| Anion gap w/o K | 10 | 4 - 12 |
| BUN | 21 | 8 - 24 mg/dL |
| Creatinine | 0.69 | 0.6 - 1.2 mg/dL |
| GFR non African Amer | 85 | >59 mL/min/1.73 m2 |
| GFR African American | 103 | >59 mL/min/1.73 m2 |
| Glucose | 172 (H) | 65 - 120 mg/dL |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL |

**CBC WITH DIFF**
Collection Time: 12/05/23  2:21 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 13.26 (H) | 4.00 - 12.00 K/uL |

MULTICARE ALLENMORE          Larocque, Linda J
HOSPITAL                                MRN: 172930, DOB: ███████  Legal Sex: F
1901 S UNION AVE                  Adm: 12/4/2023, D/C: 12/8/2023
TACOMA WA 98405-1702

Page 1123                                                    Printed by 410815 at 7/17/25  3:38 PM

MHS_001267

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| RBC | 3.50 (L) | 4.00 - 5.50 mil/uL |
| Hgb | 10.8 (L) | 12.0 - 16.0 g/dL |
| Hct | 32.8 (L) | 37 - 47 % |
| MCV | 93.7 | 80 - 98 fL |
| MCH | 30.9 | 27 - 33 pg |
| MCHC | 32.9 | 32 - 37 g/dL |
| RDW | 13.2 | 11.5 - 15.0 % |
| Plt | 334 | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 11.40 (H) | 1.80 - 7.80 K/uL |
| Abs immature grans | 0.06 | 0.00 - 0.07 K/uL |
| Abs lymphs | 1.07 | 0.80 - 3.30 K/uL |
| Abs monos | 0.70 | 0.10 - 1.00 K/uL |
| Abs eos | 0.02 | 0.00 - 0.40 K/uL |
| Abs basos | 0.01 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 85.8 | % |
| Immature grans | 0.5 | 0.0 - 0.9 % |
| Lymphs | 8.1 | % |
| Monos | 5.3 | % |
| Eos | 0.2 | % |
| Basos | 0.1 | % |
| NRBC | 0.0 | 0.0 % |

**ASSESSMENT:**
Acute blood loss anemia, stable

S/p Procedure(s):
Revision left total knee (hinged) with extensor mechanism reconstruction.

**PLAN:**
Continue PT/OT.
Continue Xarelto 10mg BID x 3 weeks postop for DVT prophylaxis.
NWB left leg.
Continue with knee brace locked in extension. No bending of the left knee.
Start Keflex 500mg TID x 10 days this afternoon.
DC planning for home once she passes PT/OT.
Follow up with Shane Turner, PA-C in 2-3 weeks.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C

**Attending Physician:** Zachary Adler MD

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███████ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1124

Printed by 410815 at 7/17/25  3:38 PM

MHS_001268

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Electronically signed by Shane Turner, PA-C at 12/05/23 0710
Electronically signed by Zachary B Adler, MD at 12/05/23 1003

**Progress Notes by Morgan L Zumach, PT ASSIST at 12/5/2023 1234**

| | | |
|---|---|---|
| Author: Morgan L Zumach, PT ASSIST | Service: Physical Therapy | Author Type: Physical Therapy Assistant |
| Filed: 12/05/23 1238 | Date of Service: 12/05/23 1234 | Status: Signed |
| Editor: Morgan L Zumach, PT ASSIST (Physical Therapy Assistant) | | |

Coordinated patient care with patient and evaluating physical therapist Tanya Fosdick. Discussed precautions, barriers to discharge including inaccessible home environment/recommendations for environmental modifications, scheduling caregiver training, and adaptive techniques.

17 minutes spent from 1142-1159. 1 stat unit billed accordingly.

Electronically signed by Morgan L Zumach, PT ASSIST at 12/05/23 1238

**Ancillary Notes by Tatiana Fosdick V, PT at 12/5/2023 1312**

| | | |
|---|---|---|
| Author: Tatiana Fosdick V, PT | Service: Physical Therapy | Author Type: PHYSICAL THERAPY |
| Filed: 12/05/23 1321 | Date of Service: 12/05/23 1312 | Status: Signed |
| Editor: Tatiana Fosdick V, PT (PHYSICAL THERAPY) | | |

### ACUTE PHYSICAL THERAPY EVALUATION

Patient Name: Linda J Larocque
MRN#: 172930
DOB: ▇▇▇▇▇ Age: 65 year old
LOS: 1

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

**Precautions:**
Weight Bearing Status -1: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Other precautions: Falls

**Recommendations for Nursing:**
**Patient should sit up in/on Recliner chair for meals and for environmental interaction**
**Recommend use of Bedside commode.**
**Encourage patient to transfer via squat- or stand-pivot with gait belt, front wheeled walker and 2 person Moderate Assist (one person for CGA, another for managing the LEFT LE by keeping it off the floor), 3 times daily.**
**If ambulatory, promote ambulation in room for short distances (bed<>chair). Progress mobility as able.**

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▇▇▇▇▇ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1125

Printed by 410815 at 7/17/25  3:38 PM

MHS_001269

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

### Assessment / Response to intervention:

Patient admitted with LEFT TKR with patella tendon reconstruction with open patellectomy on 12/4/2023. At baseline patient reports being modified-independent with a FWW over the last six months due to the increasing LEFT knee pain. Currently patient requires mod-assist for all out-of-bed mobility. She transferred via squat-pivot to the recliner, as well as stood at the edge of the chair with a FWW while taking small hops over a foot distance. Patient required my assist to keep her LEFT LE off the ground (NWB per PA Shane Turner, heel-touch WB per Dr. Adler) via the gait belt around her ankle. Eventually she progressed to wrapping the free gait belt end around the walker handle, and could manage the lift of the LEFT LE at CGA. Patient currently presents below baseline mobility status, and appears appropriate for acute skilled PT. When able to reach all acute skilled PT goals with PT staff (mobilize at CGA to min-A due to her husband only being able to provide min-assist), and when able to secure all equipment (a ramp to enter her home), the patient will benefit from discharge home with 24/7 assist and home health PT to follow.

### RECOMMENDATIONS:

**PT Discharge recommendation:** Home with assist, Home Health PT
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair
**Does patient have recommended equipment:** Yes

---

**Subjective:** Pt is agreeable to skilled PT evaluation.

### Home Living:

Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

### Prior Level of Function:

Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

### OBJECTIVE (Current Function):

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Bed Mobility
Supine to Sit: CGA, Bed Rail, HOB elevated

Transfers
Sit to Stand: ModA (assist for LEFT LE management)
Stand to Sit: ModA (assist for LEFT LE management)
Bed to/from Chair: ModA, Cues for safety (for LEFT LE management)
Assistive Device : FWW, Gait Belt

Ambulation
Weight Bearing Status: Non-weight bearing, Heel touch, LLE (NWB on RIGHT LE per Dr. Adler/heel touch for transfers per Dr. Turner)
Distance (feet): 1 foot at the edge of bed
Assistance Level: ModA (assist for LEFT LE management)
Assistive Device: FWW, Gait Belt (another gait belt on patient's LEFT ankle)
Gait Characteristics: Decreased Pace, Unsteady
Verbal Cues: Sequencing, LE advancement, Device management, Safety, Weight bearing

Cognition
Overall Cognitive Status: Within functional limits

Balance
Sitting Balance - Static: Good
Sitting Balance - Dynamic: Good
Standing Balance  - Static: Fair
Standing Balance  - Dynamic: Fair
Time: >11 min
Position: Edge of Bed, Edge of Chair, At walker
Performance: UE support required, Fatigues quickly

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ██████ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1127

Printed by 410815 at 7/17/25  3:38 PM

MHS_001271

**Education/Treatment provided**:
Education Provided: adaptive equipment, adaptive techniques, body mechanics, energy conservation, falls prevention, home exercise program, joint replacement, precautions
Pt/family provided info re: abilities and prognosis: Yes
Pt/family understand precautions/limitations: Yes
Pt/family demonstrates understanding of home program: Yes (it is unclear what the precautions are regarding LEFT hip and ankle ROM; PA Shane Turner noted that he educated patient on those.)

**End of session safety:**
Patient positioned in: **Recliner chair; call light reviewed and within patient's reach**
Bed/Chair Alarm Placed: Yes
Handoff Post Therapy Session: Verbal hand-off to RN completed

Impairments:
Acute Pain, Balance Deficits, Impaired Endurance, Impaired ROM, Impaired Skin Integrity, Knowledge Deficit, Risk of Disuse Syndrome, Risk of Injury
Limitations:
Impaired Bed Mobility, Impaired Gait, Impaired Stair Climbing, Impaired Transfers

Based on clinical judgement within scope of PT Practice:
Patient is presenting below reported baseline level of function.
Factors Limiting Discharge: Inaccessible Living Environment, Severity of Impairments, Comorbidities

Patient **IS appropriate for ongoing therapy- see treatment plan and goals below**

**Treatment Plan**
Gait/Stair Training, Therapeutic Activities/transfer training, Therapeutic Exercise, Home Exercise Program, Balance/Neuro Re-education

**PT Frequency: 1-2x/day for 5-7 days/week for duration of hospital stay or until goals met**

**Goals**
Bed mobility: Modified Independent
Rolling : Modified independent
Sit to/from stand: Contact guard assist, Using FWW
Bed to Chair: Contact guard assist, Using FWW, Stand Pivot, Partial Stand Pivot
Stairs: Ascend/descend 5 stairs (scooting on butt if no ramp is available)
Standing Tolerance: 1 minute, Contact guard assist, Using FWW
Other Goal: WC propulsion for 50 feet
Prognosis for PT Goals: Good

**PT Plan for Next Session: transfer independence progression**

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮▮ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1128

Printed by 410815 at 7/17/25  3:38 PM

MHS_001272

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

**AMPAC Basic Mobility**
Turning in Bed Without Bedrail: A Little
Lying on Back to Sitting on Edge: A Little
Moving Bed to Chair: A Lot
Standing up from Chair: A Lot
Walk in Room: Total
Climbing 3-5 Steps: Total
**JH-AMP AM-PAC Mobility Inpatient Raw Score: 12**

**Billable Unit Time**:
Session time start: 1035
Session time end: 1200

Tatiana V Fosdick, PT

Electronically signed by Tatiana Fosdick V, PT at 12/05/23 1321

**Progress Notes by Shane Turner, PA-C at 12/6/2023 0752**

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/06/23 0849 | Date of Service: 12/06/23 0752 | Status: Addendum |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/06/23 1218 |

## ORTHOPEDIC PROGRESS NOTE

12/6/2023

**POD# 2**
Revision left total knee (hinged) with extensor mechanism reconstruction

**Patient Name:** Linda J Larocque

**MRN:** 172930

Admission Date: 12/4/2023

**Surgeon:** Zachary Adler MD

Primary Care Provider: Rachel D Dawson, MD

**SUBJECTIVE:** She is having trouble with pain control this morning. She does not feel she is ready for discharge home yet. Otherwise, no new complaints.

**OBJECTIVE:**
VITALS: BP 113/73 | Pulse 91 | Temp (Src) 97.1 (Skin ) | Resp 16 | Ht 5' 6" (1.676 m) | Wt 253 lb 8 oz (114.987 kg) | SaO2 93% | LMP 09/14/2009, Temp (24hrs), Avg:36.2 °C (97.1 °F), Min:35.9 °C (96.6 °F), Max:36.6 °C (97.8 °F)

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB:          Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1129

Printed by 410815 at 7/17/25  3:38 PM

MHS_001273

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

,
Intake/Output Summary (Last 24 hours) at 12/6/2023 0752
Last data filed at 12/6/2023 0608

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 3177 ml |
| Output | 5950 ml |
| **Net** | **-2773 ml** |

,
Today's weight:        12/6/2023 :        Weight: 115 kg (253 lb 8 oz)
GENERAL:  in no apparent distress, alert, and oriented x3.

SKIN: Warm and dry

**EXTREMITIES:**        Left knee
PICO dressing is c/d/I and functioning.
Hnged knee brace is on and locked in extension.
Mild swelling.
Calf is supple and nontender.
DNVI.

**LABS**: last 24 hours
Labs in the last 24 hours
**BASIC METABOLIC PANEL**
    Collection Time: 12/06/23  2:47 AM

| Result | Value | Ref Range |
|--------|-------|-----------|
| Na | 141 | 135 - 145 mmol/L |
| K | 4.0 | 3.6 - 5.3 mmol/L |
| Cl | 112 (H) | 98 - 109 mmol/L |
| CO2 | 20 (L) | 21 - 32 mmol/L |
| Anion gap w/o K | 9 | 4 - 12 |
| BUN | 11 | 8 - 24 mg/dL |
| Creatinine | 0.55 (L) | 0.6 - 1.2 mg/dL |
| GFR non African Amer | 111 | >59 mL/min/1.73 m2 |
| GFR African American | 134 | >59 mL/min/1.73 m2 |
| Glucose | 146 (H) | 65 - 120 mg/dL |
| Calcium | 9.0 | 8.5 - 10.5 mg/dL |

**CBC WITH DIFF**
    Collection Time: 12/06/23  2:47 AM

| Result | Value | Ref Range |
|--------|-------|-----------|
| WBC | 7.50 | 4.00 - 12.00 K/uL |
| RBC | 3.18 (L) | 4.00 - 5.50 mil/uL |
| Hgb | 9.8 (L) | 12.0 - 16.0 g/dL |
| Hct | 29.9 (L) | 37 - 47 % |
| MCV | 94.0 | 80 - 98 fL |
| MCH | 30.8 | 27 - 33 pg |
| MCHC | 32.8 | 32 - 37 g/dL |
| RDW | 13.5 | 11.5 - 15.0 % |
| Plt | 252 | 150 - 450 K/uL |
| Differential type | Automated | |
| Abs neuts | 4.77 | 1.80 - 7.80 K/uL |

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ■■■■■  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1130

Printed by 410815 at 7/17/25  3:38 PM

MHS_001274

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Abs immature grans | 0.03 | 0.00 - 0.07 K/uL |
| Abs lymphs | 1.78 | 0.80 - 3.30 K/uL |
| Abs monos | 0.83 | 0.10 - 1.00 K/uL |
| Abs eos | 0.08 | 0.00 - 0.40 K/uL |
| Abs basos | 0.01 | 0.00 - 0.20 K/uL |
| Abs NRBCs | 0.00 | 0.00 K/uL |
| Neuts | 63.6 | % |
| Immature grans | 0.4 | 0.0 - 0.9 % |
| Lymphs | 23.7 | % |
| Monos | 11.1 | % |
| Eos | 1.1 | % |
| Basos | 0.1 | % |
| NRBC | 0.0 | 0.0 % |

**ASSESSMENT:**
Acute blood loss anemia, stable

S/p  Procedure(s):
Revision left total knee (hinged) with extensor mechanism reconstruction

**PLAN:**
Continue PT/OT.
Continue Xarelto for 3 weeks postop for DVT prophylaxis.
NWB left leg.
Continue with knee brace locked in extension. No bending of the left knee.
Continue Keflex TID until 10 days postop.
I have discontinued the Oxycodone and IV Dilaudid. Started her on oral Dilaudid.
DC planning for home possibly tomorrow if her pain is better controlled.
Follow up with Shane Turner, PA-C in 2-3 weeks.

**The PICO dressing pump will automatically turn off 7 days after surgery.**
**When the pump turns off cut the tubing near the attachment and place Tegaderm or other water proof dressing over this area.**
**You can shower with the PICO dressing on. However, do not get the pump wet.**

Shane Turner, PA-C

**Attending Physician:**  Zachary Adler MD

Electronically signed by Shane Turner, PA-C at 12/06/23 0849
Electronically signed by Zachary B Adler, MD at 12/06/23 1218

**Nursing Notes by Kelly D Jameyson, RN at 12/6/2023 1752**

| | | |
|---|---|---|
| Author: **Kelly D Jameyson, RN** | Service: **—** | Author Type: **Registered Nurse** |
| Filed: **12/06/23 1756** | Date of Service: **12/06/23 1752** | Status: **Signed** |
| Editor: **Kelly D Jameyson, RN (Registered Nurse)** | | |

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▬▬▬  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1131

Printed by 410815 at 7/17/25  3:38 PM

MHS_001275

## 12/04/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Pt has been struggling with pain all shift. Obtained order for long acting medication this morning. Pt taking max amount of po dilaudid with minimal relief. Discussed with PA Turner. Pt states that she takes norco at home for chronic back pain. Found Rx in chart for #160 pills of norco 10/325 per month from R Dawson for chronic back pain that pt takes at baseline. This would make her postop pain very difficult to manage. PA Turner increased dose of po dilaudid to 6-8 mg. Will continue with adjunctive medications and nonpharm methods of pain relief.

Electronically signed by Kelly D Jameyson, RN at 12/06/23 1756

---

**Discharge Summary by Shane Turner, PA-C at 12/7/2023 0730**

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 12/07/23 0732 | Date of Service: 12/07/23 0730 | Status: Signed |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 12/07/23 1020 |

## Discharge Summary

Admission Diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Discharge diagnosis: Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
Procedures: LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381]
Surgeon: Zachary Adler MD
Reason for Admission: Linda J Larocque is a 65 year old female who on 12/4/2023 and underwent LEFT P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (TOTAL KNEE REVISION)
P FIX PATELLA TENDN,SECONDARY [27381] (REPAIR, TENDON, PATELLAR, OPEN)
P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] (PATELLECTOMY)
P PART/FULL REMOVAL OF KNEECAP [27350]
P FIX PATELLA TENDN,SECONDARY [27381] without perioperative complications.
Hospital course: Linda J Larocque was admitted for postoperative care consisting of pain control, gait training and mobility. Linda J Larocque remained hemodynamically stable, labs were reviewed, progressed to adequate oral intake of fluids and solids, pain was well controlled on oral analgesics, cleared physical therapy and was considered stable for discharge on POD 3, 12/7/2023 to home.
See med reconciliation for discharge and any modifications to pre-op meds.
Weight Bearing instructions: NWB left leg with knee locked in extension at all times.

**EXAM: Left knee**
PICO dressing is c/d/I and functioning.
No erythema.
No ecchymosis.
Moderate swelling.
Calf is supple and nontender.
DNVI.

---

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1132

Printed by 410815 at 7/17/25 3:38 PM

MHS_001276

---

**Care Plan Notes (continued)**

**Version 1 of 1**

| Author: Korin F Sanda Rogers, RN | Service: **Case Management** | Author Type: **Case Manager** |
| Filed: 12/06/23 1812 | Date of Service: 12/06/23 1807 | Status: **Signed** |

Editor: Korin F Sanda Rogers, RN (Case Manager)

### Case Management Initial Assessment & Plan

**12/6/2023 6:08 PM**
**Linda J Larocque**

**Surrogate Decision Maker/Name(s) & contact information is/are:** Adult children Christopher Larocque (son) .
Healthcare Directive: No, patient does not have advance directive for healthcare treatment.  Patient does not have
current advanced care planning (ACP) paperwork. I offered resources and education regarding ACP, including offer to
complete HCPOA paperwork while in hospital, but patient declined.

Need for interpreter? No. Preferred language English

**Plan**
Based on Information Source: Patient, the patient's Preferences and Goals of Care to return home, information from
the care team, and this CM RN assessment,

Anticipated Discharge Disposition: Home

**CM steps for progression toward transition to next site of care and successful discharge**:
- Case Management Next Steps: Awaiting clinical progression for medical clearance.
- Follow Up appointment within 7-10 days

**Recommendations:**
This CM/SW recommendations for the healthcare team:
- AM PAC > 17 and can likely return to prior living situation. Please mobilize to avoid hospital acquired debility
and skin issues.
- Consider early transition from IV to PO, sublingual, and/or transdermal medication administration routes.
- Consider scheduled medications in lieu of PRN to facilitate transition to facility/home.
- 
- 
- **Transition of Care &/or Social Work Assessment**
- Patient declined home health PT at this time as she states orthopedic surgeon advised her no PT for at least 3
weeks post discharge. Patient will follow up with orhopedic surgeon at follow up appointments for PT if needed.
- No anticipated discharge needs. CM team continues to follow for any discharge needs.
- 
- **Identified SDoH needs:**
  - None identified

Complex Barriers to Discharge: None

**Additional Psychosocial needs identified:**
Who will pick you up when you are ready to leave the hospital?: Stephen Larocque (son)
Contact Information: 253-273-70185

If not enrolled in Meds to Beds program, Discharge Medications will be Filled: Patients preferred pharmacy (Comment
location) (Safeway on 56th Street)

---

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1640

Printed by 410815 at 7/17/25  3:38 PM

MHS_001784

**Care Plan Notes (continued)**

## Readmission
Readmission Assessment: N/A
Is this a Readmission: No

## Prior to Admission Information

PCP Name: Rachel Dawson, MD
Outpatient agency information, if applicable:

## Prior to Admit Living Environment:

Type of Residence: Private Residence
Lives With: Spouse/Domestic Partner;Daughter;Son
Receives Help From: Family
Name of the person the patient has identified to help right after discharge: Steven Larocque (spouse)
Number of steps to get into residence:
Number of levels in residence:
Number of steps within residence:

## Prior to Admit Baseline Functional Status:

Is the patient independent with ADLS: No - Assistive equipment used
Durable Medical Equipment: Cane;Glucose Monitor;Walker (4 Wheeled Walker);CPAP;Shower Chair
On home Oxygen?: No
If yes,

Vendor(s) and current location(s) of DME if known
Is the patient independent with iADLS: No - Assistive equipment used
Patient manages administration of own medications: Yes
Does patient receive outpt hemodialysis: No


Outpatient Nephrologist Name:

## Electronically Signed by:
Korin F Sanda Rogers, BSN, RN


Electronically signed by Korin F Sanda Rogers, RN at 12/06/23 1812


**Care Plan Notes by Mary E Houston, OTR/L at 12/7/2023 1102**

Version 1 of 1

| Author: Mary E Houston, OTR/L | Service: Occupational Therapy | Author Type: OCCUPATIONAL THERAPY |
|---|---|---|
| Filed: 12/07/23 1107 | Date of Service: 12/07/23 1102 | Status: Signed |

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1641

Printed by 410815 at 7/17/25 3:38 PM

MHS_001785

**Care Plan Notes (continued)**

Editor: Mary E Houston, OTR/L (OCCUPATIONAL THERAPY)

Pt has no new OT concerns, will sign off. Mary Houston, OTR/L

Electronically signed by Mary E Houston, OTR/L at 12/07/23 1107

---

**Care Plan Notes by Morgan L Zumach, PT ASSIST at 12/7/2023 1143**

**Version 1 of 1**

| Author: Morgan L Zumach, PT ASSIST | Service: Physical Therapy | Author Type: Physical Therapy Assistant |
|---|---|---|
| Filed: 12/07/23 1144 | Date of Service: 12/07/23 1143 | Status: Signed |
| Editor: Morgan L Zumach, PT ASSIST (Physical Therapy Assistant) | | |

### ACUTE PHYSICAL THERAPY TREATMENT NOTE

Patient Name: Linda J Larocque
MRN#: 172930
DOB: ▉▉▉▉▉ Age: 65 year old
LOS: 3

**ADMIT DIAGNOSIS:** LEFT TKR with patella tendon reconstruction with open patellectomy; Status post total left knee replacement [Z96.652]
Patellar tendon rupture, left, initial encounter [S86.812A]
Patellar tendon rupture, left, subsequent encounter [S86.812D]
**Relevant PMH:** patella tendon rupture s/p left total knee arthroplasty

**Precautions:**
Weight Bearing Status -1: Non-weight bearing, LLE
Other precautions: Falls

**Recommendations for Nursing:**
**Patient should sit up in/on Recliner chair for meals.**
**Recommend use of BSC.**
**Encourage patient to transfer with gait belt, front wheeled walker, and 1 person Contact Guard Assist, 3 times daily.   Provide cues for WB precautions.**

**Assessment / Response to intervention:**
Linda is seen for PT session. Spouse performs teachback of transfer techniques with good safety awareness and ability to facilitate and guard patient during transfers. Noted patient's difficulty to maintain NWB LLE throughout, states "Shane told me I can put the heel down", visibly bears significant weight through the extremity. Reviewed recommendations for wheelchair ramp, patient's bed to be moved downstairs, tub transfer bench, and HHPT servies. Patient states that the PA told her she does not need continued PT due to NWB restrictions of LLE - "you can't do anything with it". Clarified that focus of continued PT would not be LLE, but to strengthen surrounding joints and contralateral LE, improve balance and trunk control, enhance activity tolerance, and facilitate improved ability to maintain WB precautions. Patient ackowledges current difficulty with functional mobility tasks but continues to decline need for HHPT services. Once medically clear, she is appropriate for D/C to home with assist. Continue to recommend HHPT services to enhance safe functional independence and optimize rehab potential.

**RECOMMENDATIONS:**

---

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▉▉▉▉  Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1642

Printed by 410815 at 7/17/25  3:38 PM

MHS_001786

**Care Plan Notes (continued)**

**PT Discharge recommendation:** Home with assist, Home Health PT
**Does patient have appropriate support to discharge to prior living situation?:** Yes
**Equipment recommended for discharge:** FWW, Wheelchair, Tub Transfer Bench (Wheelchair ramp)
**Does patient have recommended equipment:** No- needs community resource options

---

**Subjective:** Patient and spouse agreeable to PT session to focus on caregiver training and discuss recommendations for home.

**Home Living:**
Lives With : Spouse/domestic partner, Son (supportive family)
Type of Residence : Private Residence
Home Layout: Two Level, Laundry in Basement
Number of stairs to enter home: 5 with railing on the LEFT on the way up
Number of stairs within home: 6+1+7 with railing on the RIGHT on the way up
Bathroom Shower/Tub: Tub/Shower Unit
Bathing procedure: Stand
Bathroom Toilet: Standard
Bathroom Accessibility: Accessible via Walker
Home Equipment: FWW, Wheelchair-manual
Does patient use equipment at baseline: Yes (over the last six months the patient has been using the FWW for support)
ADL/IADL equipment: Bath Bench, Bedside Commode, Reacher

**Prior Level of Function:**
Information provided by:: Patient
Independent with at baseline: All ADL's
Needs assistance with at baseline: Transfers, Ambulation, Stairs

**OBJECTIVE (Current Function):**
Default Flowsheet Data (last 6 hours)

PT Treatment

| Row Name | 12/07/23 1100 |
| --- | --- |
| **Pain** | |
| Pre-Session Rating | 4 |
| Post-Session Rating | 6 |
| Pain Location | Left;LEG;KNEE |
| Intervention | Ice;Nursing notified |
| **Bed Mobility** | |
| Supine to Sit | SBA |
| Sit to Supine | SBA |

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ██████ Legal Sex: F
Adm: 12/4/2023, D/C: 12/8/2023

Page 1643

Printed by 410815 at 7/17/25  3:38 PM

MHS_001787

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 306712873

### Account Information

| | | | | |
|---|---|---|---|---|
| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
| 9/29/2023 | | | No service for | |
| **Admitting Physician:** | | | **Chief Complaint:** | Consultation |
| | | | **Adm Dx:** | |
| | | | Gestational Age: <None> | |

### Patient Information



### Guarantor Information

### Primary Insurance

### Secondary Insurance

### Accident Information

**Accident Type:**

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███████, Legal Sex: F
Visit date: 9/29/2023

Page 1908

Printed by 410815 at 7/17/25  3:38 PM

MHS_002052

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Injury Date:**
**Place of Injury:**

7/17/2025 3:38 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Consultation (Left knee)

### Visit Diagnoses

- **Patellar tendon rupture, left, initial encounter (primary) [S86.812A]**
- Status post total left knee replacement [Z96.652]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Zachary B Adler, MD | Zachary B Adler, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Orthopedics & Sports Medicine - Tacoma | 3124 S 19th St STE C340 Tacoma WA 98405-2433 | 253-792-6555 | 253-459-7047 |

### Follow-up and Dispositions

### Level of Service

| Level of Service | Modifiers |
|---|---|
| PR OFFICE/OUTPATIENT ESTABLISHED HIGH MDM 40-54 MIN | DECISION FOR SURGERY |
| **Log History** | |
| LOS History | |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 9/29/2023 8:15 AM | Zachary B Adler, MD | MC ORTHO & SPORTS TAC | MOSMTAC |

## Clinical Notes

### Nursing Note by Kasey J Dycus, MA at 9/29/2023 0815

| Author: Kasey J Dycus, MA | Service: Orthopedics | Author Type: Medical Assistant |
|---|---|---|
| Filed: 09/29/23 0823 | Encounter Date: 9/29/2023 | Status: Addendum |
| Editor: Kasey J Dycus, MA (Medical Assistant) | | |

## Chief Complaint

Patient presents with

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███████, Legal Sex: F
Visit date: 9/29/2023

Page 1909

Printed by 410815 at 7/17/25  3:38 PM

MHS_002053

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

- Consultation
  *Left knee*

Additional Details: Patient presents for consultation for her left knee. Patient is S/P Left TKA on 2/8/23 and Open Patella Tendon Repair on 6/26/23 by Dr. Thompson. Patient stated she went to the grocery store and the cart stopped suddenly causing patient to hit her knee on the cart and her patella to dislocate. Patient stated she is unable to lift her leg and her left hip is also painful. Patient also mentioned she has balance issues. Patient rates her pain as a 3/10 today and takes Norco for the pain.

Medication list changes/discrepancies: None

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

Electronically signed by Kasey J Dycus, MA at 09/29/23 0823

**Progress Notes by Zachary B Adler, MD at 9/29/2023 0815**

| | | |
|---|---|---|
| Author: Zachary B Adler, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 09/29/23 1213 | Encounter Date: 9/29/2023 | Status: Signed |
| Editor: Zachary B Adler, MD (Physician) | | |

Dear Rachel D Dawson, MD,

I had the pleasure of evaluating Linda J Larocque in the Orthopaedic and Sports Medicine Adult Reconstruction clinic at the Multicare Health System today, at your request. I appreciate the referral very much and thank you for allowing me to participate in your patient's care. As you may recall, Linda J Larocque is a 65 year old female who presents today with a chief complaint of left medial, lateral and anterior knee pain.

She had a left total knee arthroplasty by Dr. Fred Thompson on 2/8/2023 (DePuy Attune Size 5 PS femur, Size 6 RP tibia, 8mm PS poly, 38mm patella). Unfortunately, she sustained a postoperative patella tendon rupture on 5/6/23 for which she returned to the operating room with Dr. Thompson on 6/26/2023 for primary repair. After the surgery she was in a knee immobilizer for 6 weeks.

She can only walk 1 block with a walker secondary to pain.

They do have pain at rest. They do have pain at night.

After the documented attempts at conservative treatments, Linda J Larocque reports their pain and dysfunction are worsening.

Prior treatment modalities have included:

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███, Legal Sex: F
Visit date: 9/29/2023

Page 1910

Printed by 410815 at 7/17/25  3:38 PM

MHS_002054

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

- OTC Medications: Yes tylenol
- Prescribed Medications: Yes vicodin (4 pills a day)
- Physical Therapy: Yes
- Steroid Injections: No
- Assistive device: Yes walker
- Brace: Yes

Past medical history, surgical history, allergies, medications, family history, and social history are all reviewed by me on the patient self-assessment/intake form which was signed and dated on this visit. This form is to be scanned into the permanent medical record.

PMH: has a past medical history of ANESTHESIA REACTION, Backache, unspecified, Depressive disorder, not elsewhere classified, Essential hypertension, benign, Generalized osteoarthrosis, involving multiple sites, H/O cardiac arrhythmia, H/O CHF, History of sleep apnea, Hyperlipidemia, Lumbago (06/28/2010), Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC) (10/27/2009), Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus, Paroxysmal supraventricular tachycardia (CMS/HCC), Prediabetes, Snores, Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled, and Uterine cancer (CMS/HCC).

She has no past medical history of Family history of reaction to anesthesia or History of anesthesia reaction.

PSH: has a past surgical history that includes **colonoscopy & polypectomy (2008, 2013); p foot/toes surgery proc unlisted (01/01/1999); H/O HYSTERECTOMY TOTAL (11/01/2009); H/O EYE SURGERY (Left, 11/2022); H/O ORAL SURGERY (2000); Cardiac catheterization (Left, 11/2021); p total knee replacement (Left, 02/08/2023); p fix infrapatella tendon,primary (06/26/2023); and **reconst-recurr disloc patella (Left, 06/26/2023).

Allergies:
**Allergies as of 09/29/2023 - Reviewed 09/29/2023**

| Allergen | Reaction | Noted |
|---|---|---|
| Actos [pioglitazone hydrochloride] | | 05/30/2007 |
| Effexor [venlafaxine] | | 02/23/2015 |
| Paxil [paroxetine hydrochloride] | | 08/20/2009 |
| Pravastatin | | 11/29/2022 |
| Prozac [fluoxetine hcl] | Agitation/Anxiety | 04/30/2015 |
| Zoloft [sertraline hcl] | | 07/15/2015 |
| Codeine camsylate | Nausea and Itching, Pruritus | 11/05/2009 |
| Lipitor [atorvastatin calcium] | Myalgia | 04/04/2011 |
| Metoprolol succinate [metoprolol] | Fatigue | 05/23/2022 |
| Voltaren [diclofenac sodium] | Nausea | 12/19/2007 |
| Zocor [simvastatin] | | 05/19/2011 |

Medications: Current Outpatient Medications: lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab, Take 1 Tablet by mouth once daily., Disp: 100 Tablet, Rfl: 2
duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles, Take 1 Capsule by mouth twice daily., Disp: 180 Capsule, Rfl: 1
alprazolam (XANAX) 0.25 MG Tab, Take 1 Tablet by mouth three times a day as needed for anxiety., Disp: 15 Tablet, Rfl: 2
hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▓▓, Legal Sex: F
Visit date: 9/29/2023

Page 1911

Printed by 410815 at 7/17/25 3:38 PM

MHS_002055

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

### Clinical Notes (continued)

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

hydrOXYzine hcl (ATARAX) 25 MG Tab, Take 1 Tablet by mouth three times a day as needed for itching/pruritus., Disp: 120 Tablet, Rfl: 11

liraglutide (VICTOZA) 18 MG/3ML Solution Pen-injector, Inject 1.8 mg under the skin once daily., Disp: 18 mL, Rfl: 1

rosuvastatin (CRESTOR) 20 mg Tab, Take 1 Tablet by mouth each evening., Disp: 90 Tablet, Rfl: 3

aspirin 81 MG Chew Tab, Chew and swallow 1 Tablet by mouth twice daily., Disp: 84 Tablet, Rfl: 0

Insulin Pen Needle (TECHLITE PEN NEEDLES) 31G X 8 MM Misc, Use With victoza injections, Disp: 100 Each, Rfl: 11

hydrocodone-acetaminophen (NORCO) 10-325 MG Tab, Take 1-2 Tablets by mouth every 6 hours as needed for pain (chronic pain syndrome exempt)., Disp: 160 Tablet, Rfl: 0

hydrochlorothiazide (MICROZIDE) 12.5 MG Caps, Take 1 Capsule by mouth once daily., Disp: 90 Capsule, Rfl: 0

verapamil (CALAN SR) 240 MG Tab CR, Take 1 Tablet by mouth once daily., Disp: 90 Tablet, Rfl: 3

Free Text Medication Entry (OTHER), Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device., Disp: 1 Each, Rfl: 0

Free Text Medication Entry (OTHER), cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago (Patient taking differently: cpap equipment new mask and new hose  Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago Vendor is Apria), Disp: 1 Each, Rfl: 0

docusate sodium (COLACE) 100 MG Caps, Take 1 Cap by mouth twice daily., Disp: 60 Cap, Rfl: 0

diclofenac (VOLTAREN) 50 MG Tab EC, 1 Tablet twice daily., Disp: 60 Tablet, Rfl: 2

senna (SENNA, SENOKOT) 8.6 MG Tab, Take 1 Tablet by mouth once daily., Disp: 30 Tablet, Rfl: 1

Family History: family history includes Alcohol abuse in her daughter; Arthritis in her brother; Cancer in her daughter, maternal grandmother, and mother; Coronary Artery Disease in her maternal grandfather and maternal grandmother; Diabetes in her maternal aunt, paternal aunt, and sister; Drug/Alcohol in her daughter; GU in her mother; Heart in her father, mother, and sister; Hypertension in her father, mother, and sister; Neuro in her daughter and sister; Other in her paternal aunt and sister; Seizures in her daughter; Stroke in her father; Uterine cancer in her daughter.

Social History:  reports that she has never smoked. She has never been exposed to tobacco smoke. She has never used smokeless tobacco. She reports that she does not currently use alcohol. She reports that she does not use drugs.

ROS:  A Complete review of systems was performed.  Except as noted in the HPI and nursing notes.  All other systems were negative.

Vital Signs: BP 117/65 | Pulse 88 | Temp (Src) 95 (Temporal) | Resp 16 | Ht 5' 6.339"[measured without shoes[ (1.685 m) | Wt 247 lb 9.6 oz (112.311 kg) | LMP 09/14/2009 Body mass index is 39.56 kg/m².

General:  AAOX3, No acute distress, normal affect and disposition, well kept and appearing adult female.
Range of motion of the Left knee was -48 active to 126 and -2 to 126 passive with crepitus.
There was no regional adenopathy detected and there were not any skin changes present.
The hip did not reveal pain at the extremes of motion.
Knee exam revealed positive Medial, Lateral joint line tenderenss and 2+ effusion was present.
Knee alignment was neutral and there  was a flexion contracture present.
The ligamentous exam revealed no pseudolaxity.  MCL was intact. Foot alignment was neutral.
>5mm anterior drawer
Distal neurovascular exam was normal with 4/5 motor in the ankle and toes and intact sensation within the autogenous

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ████, Legal Sex: F
Visit date: 9/29/2023

Page 1912

Printed by 410815 at 7/17/25  3:38 PM

MHS_002056

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

zones of the femoral, sciatic, deep and superficial peroneal, and tibial nerves.
Evaluation of gait did reveal an antalgic gait.

Radiographic Data: Current and prior radiographs were personally reviewed and interpreted by me.
3 views left knee dated 8/31/2023 reviewed and interpreted by me. Left total knee arthroplasty in place. Severe patella alta with complete disruption of the extensor mechanism. Likely periprosthetic patella fracture off the inferior pole.

Assessment: Linda J Larocque is a 65 year old female status post left total knee arthroplasty with chronic patellar tendon rupture

|   |   | ICD-10-CM |   |
|---|---|---|---|
| 1. | **Patellar tendon rupture, left, initial encounter** | **S86.812A** | **CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY** |
| 2. | Status post total left knee replacement | Z96.652 | CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY |

Plan:
**Orders Placed This Encounter**
- CASE REQUEST: TOTAL KNEE REVISION, REPAIR, TENDON, PATELLAR, OPEN, PATELLECTOMY
  *Adductor canal block*

  *Clearance:*
  *PCP: No*
  *Dental: No*
  *Cardiac: No*
  *Pulmonary: No*
  *Rheumatology: No*
  *Diabetic with Hb A1c >8: No*
  *Smoker: No*

| Order Specific Question: | Labs, diagnostic tests and NPO status per MHS Preop Evaluation Protocol order set #11079? |
|---|---|
| Answer: | Yes |
| Order Specific Question: | Special needs |
| Answer: | Zimmer RHK revision total knee with cones, flexible osteotomes, tamp, power, DeMayo knee positioner, microsag saw, Shukla total knee extractor, 10"x14" marlex mesh graft |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P REVISE KNEE JOINT REPLACE,ALL PARTS [27487] |
| Order Specific Question: | Additional procedures/CPT®: |

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███, Legal Sex: F
Visit date: 9/29/2023

Page 1913

Printed by 410815 at 7/17/25 3:38 PM

MHS_002057

**09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Answer: | P PART/FULL REMOVAL OF KNEECAP [27350] |
| Order Specific Question: | Additional procedures/CPT®: |
| Answer: | P FIX PATELLA TENDN,SECONDARY [27381] |
| Order Specific Question: | Same Day Discharge? |
| Answer: | No |
| Order Specific Question: | Number of nights staying? |
| Answer: | 2 |
| Order Specific Question: | Tier Level |
| Answer: | Tier 2 [102] |

We discussed the options for treating chronic patellar tendon rupture with extensor mechanism disruption status post left total knee arthroplasty. Unfortunately, this is a very difficult problem. I discussed with her historical treatment options for chronic extensor mechanism disruptions have included primary pair, allograft reconstruction, hamstring autograft reconstruction, etc. Currently, the most successful reconstruction option for chronic extensor mechanism disruption in the presence of total knee arthroplasty is conversion to hinged total knee replacement with Marlex mesh reconstruction of the extensor mechanism and papillectomy. This will require 2 to 3 months of postoperative immobilization in a long-leg cast.

Linda J Larocque was counseled regarding the risks associated with revision Left total knee arthroplasty with extensor mechanism reconstruction including but not exclusive to: wear, loosening, infection, stiffness, dislocation, leg length discrepancy, persistent extensor mechanism weakness/deficiency, persistent pain, prosthetic clicking or squeaking, periprosthetic fracture, internal bleeding associated with blood thinners to prevent dvt, and PE, the possible need for blood bank blood transfusion, postoperative nausea, vomiting, difficulty with pain control, possible need for a urinary catheter and / or delayed urinary dysfunction or symptoms, possible electrolyte abnormalities or organ dysfunction due to the stress of surgery as well as medical and/or cardiac perioperative complications, possible death, need for revision surgery and they were provided a patient information handbook specific to joint replacement if available to refer to while they consider and await scheduling their reconstructive surgery.

We will schedule the procedure and request appropriate pre-operative optimization if indicated. They will return to my adult reconstruction clinic and have an appointment with pre-anesthesia clinic one to two weeks prior to their surgery date for a pre-operative evaluation. Thank you for the referral and the opportunity to participate in the care of your patient. If you have any questions regarding my treatment recommendations don't hesitate to call.

**As Documented in the Office Visit Note Above, Current Milliman criteria for Total Knee Arthoplasty listed below have been met by LAROCQUE,LINDA J.**

Procedure may be indicated for **1 or more** of the following(1):
    Treatment of degenerative joint disease is needed as indicated by **ALL** of the following(4):
        Presence of significant radiographic findings, including knee joint destruction, angular deformity, or severe narrowing
        Optimal medical management has been tried and failed.
        Patient has failed or is not a candidate for more conservative measures (eg, osteotomy, patellofemoral arthroplasty).
        Treatment is needed because of **1 or more** of the following:
- Disabling pain
- Functional disability

Failure of a previous proximal tibial or distal femoral osteotomy
Posttraumatic knee joint destruction

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███, Legal Sex: F
Visit date: 9/29/2023

Page 1914

Printed by 410815 at 7/17/25 3:38 PM

MHS_002058

## 09/29/2023 - Office Visit in MultiCare Orthopedics & Sports Medicine - Tacoma (continued)

**Clinical Notes (continued)**

Distal femur fracture repair in an elderly patient with osteoporosis(5)
Revision procedure for a failed prior reconstruction procedure
Limb salvage for malignancy(6)
Replacement (revision) of previous arthroplasty is needed as indicated by **1 or more** of the following(7):

Disabling pain
Functional disability
Progressive and substantial bone loss
Fracture of patella(8)
Dislocation of patella
Aseptic component instability(9)
Infection(10)
Periprosthetic fracture(11)

## Alternatives to Procedure

- Alternatives include(1)(4):
  - Optimal medical management, which may include:
    - Anti-inflammatory medication
    - Analgesics
    - Flexibility and muscle strengthening exercises
    - Physical therapy
    - Reasonable restriction of activities
    - Cane or crutch use
    - Weight reduction
    - Intra-articular steroids(12)(13)
    - Hyaluronic acid derivatives injection
  - Arthroscopy with or without debridement. See Knee Arthroscopy ⬈ ISC.
  - Osteotomy (high tibial, distal femoral). See Tibial Osteotomy, Adult ⬈ ISC.
  - Patellofemoral arthroplasty(14)
  - Arthrodesis(15)

Greater than 45 minutes was spent reviewing records, evaluating films, face-to-face encounter, creating care plan, and documenting.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Patient is currently being treated for either bipolar disorder or depression, therefore the depression screening was not completed during today's visit.

DEXA scan is up to date for Linda J Larocque

Electronically signed by Zachary B Adler, MD at 09/29/23 1213

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate**

ALLENMORE BUILDING C          Larocque, Linda J
3124 S 19TH ST               MRN: 172930, DOB: ▮▮▮, Legal Sex: F
TACOMA WA 98405-1702         Visit date: 9/29/2023

Page 1915                                    Printed by 410815 at 7/17/25  3:38 PM

MHS_002059

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

### OR Nursing by Felicidad P Trajico, RN at 6/26/2023 1350

| | | |
|---|---|---|
| Author: Felicidad P Trajico, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 06/26/23 1418 | Date of Service: 06/26/23 1350 | Status: Signed |
| Editor: Felicidad P Trajico, RN (Registered Nurse) | | |

Patient verified name, date of birth, surgical site, procedure, surgeon, NPO status, and Allergies: Allergies Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]. Consent signed and on chart. Pt transported to OR 2 per stretcher@1357. Report given to E. Hutchinson, RN@1405.

Electronically signed by Felicidad P Trajico, RN at 06/26/23 1418

### OR Nursing by Felicidad P Trajico, RN at 6/26/2023 1613

| | | |
|---|---|---|
| Author: Felicidad P Trajico, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 06/26/23 1627 | Date of Service: 06/26/23 1613 | Status: Signed |
| Editor: Felicidad P Trajico, RN (Registered Nurse) | | |

Patient transported to PACU 1 per stretcher with O2. Report given to PACU RN per Anesthesia Provider & Felicidad P Trajico, RN using SBAR.

Electronically signed by Felicidad P Trajico, RN at 06/26/23 1627

### Procedures by William Frederick Thompson, MD at 6/26/2023 1622

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: Orthopedics | Author Type: Physician |
| Filed: 06/26/23 1637 | Date of Service: 06/26/23 1622 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Pre-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter

Post-procedure Diagnoses
1. Patellar tendon rupture, left, initial encounter

Procedures
1. P FIX INFRAPATELLA TENDON,PRIMARY [27380 (CPT®)]

### Operative/Procedure Report

PATIENT NAME: Larocque, Linda
MRN: 172930
ENCOUNTER: 297993749
DOB: ███████8
DATE: 6/26/2023
PHYSICIAN: W. FREDERICK THOMPSON, MD

PREPROCEDURE DIAGNOSIS:

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 2203

Printed by 410815 at 7/17/25  3:39 PM

MHS_002347

**06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Clinical Notes (continued)**

Left knee infrapatellar tendon rupture, posttraumatic, following left TKR

POSTPROCEDURE DIAGNOSIS:
Left knee subacute infrapatellar tendon rupture, posttraumatic, following left TKR

PROCEDURE:
Left knee repair of infrapatellar tendon-primary without graft

ASSISTANT: Alexandria Bones, PA-C

ANESTHESIA: general, with image guided adductor canal block per anesthesiologist

DRAINS: none
SPECIMEN: none
ESTIMATED BLOOD LOSS: minimal
COMPLICATIONS: None.
TT: 97 minutes @300 mmHg.
FINDINGS:
Subacute infrapatellar tendon rupture of the left knee, no acute hematoma formation. Some fibers remaining attached to the inferior pole of the patella, with severe, attritional stretching rendering them incompetent
Robust infrapatellar scar tissue, patella alta.

INDICATIONS FOR PROCEDURE: This 65 year old female underwent left TKR 2/8/2023. She was progressing uneventfully, and doing well with routine postoperative supervised physical therapy.
She sustained a traumatic event, involving the left knee, with subsequent severe weakness of the left lower extremity, unable to lift her left leg with straight knee, which she had previously established following surgery, with physical therapy.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room, after which time a universal verification was performed, a general anesthetic was given as well as IV antibiotics.
The left lower extremity was sterilely prepped and draped in the usual manner, below a well-padded tourniquet set at 300 mmHg.

After sterile prep and drape using loban barrier drape, the left lower extremity was exsanguinated with a 6 inch Esmarch, followed by inflation of the tourniquet.
The anterior incision, previously used for left TKR was used for the anterior approach to the left knee, incising through the abundant scar tissue down to the extensor mechanism. The medial and lateral borders of the patellar tendon were palpated and then the 10 blade was used to divide the adjacent tissue to isolate the tendon. Palpation revealed an area of thinning, with scar tissue overlying suggesting complete/near complete rupture of the infrapatellar tendon. The anterior prepatellar region and distal quadriceps tendon was also exposed. The soft tissue defect was established, followed by transversely incising this tissue to expose the patellar tendon. The above-mentioned attritional fibers that were stretched from the patella were incised/excised and to allow for patellar tendon suturing and later repair.
The scarred retropatellar fat pad was partially excised. The surgeon's hand was placed into the medial and lateral gutters and the suprapatellar pouch, to separate any scar tissue, to allow better patella mobilization during repair.

The infrapatellar tendon was sutured with both #2 and #5 FiberWire with locking stitches. 2 vertical drill holes were made through the patellar bone/implant construct with a small drill bit followed by placing passing sutures. Small incisions were made in the distal quadriceps tendon to identify these sutures delivered above the superior pole of the patella.

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▓, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 2204

Printed by 410815 at 7/17/25  3:39 PM

MHS_002348

## 06/26/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Of note the patellar component, cemented on the patella was stable, and showed no signs of loosening or dislodgment.

After passing these sutures, the patella and patellar tendon were reduced to 1 another with tension applied to the #5 FiberWire, while the #2 FiberWire was tensioned and secured with knot-tying. After this the anterior prepatellar retinacular tissue which was thickened, was sewn in a vest over pants fashion, securing this with #2 Ethibond with multiple sutures.

The remaining #5 FiberWire, now in the suprapatellar region, was tied in a modified Bunnell stitch, to the distal quadriceps tendon.

After this repair was completed, the knee was flexed to approximately 95/100 degrees with excellent soft tissue apposition, without separation or retraction.

During this procedure, the exposed soft tissue, bone and implants were constantly bathed with Irrisept. Hemostasis was confirmed prior to closure. The medial patellar dissection/arthrotomy was closed with #2 Ethibond, and the lateral tissues were closed with #1 Vicryl. The subcutaneous tissue was then closed with 2-0 Vicryl followed by staples for the skin. The wound was dressed using flex 7 and Acticoat, followed by a 6 inch Ace wrap, and releasing the tourniquet at 97 minutes.

The knee immobilizer that the patient brought with her to the hospital was reapplied, after refitting this.

She was transferred to the recovery room, in stable condition, and in no acute distress.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*

*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

Electronically signed by William Frederick Thompson, MD at 06/26/23 1637

---

**Nursing Notes by Kim Y Anderson, RN at 6/26/2023 1827**

| | | |
|---|---|---|
| Author: Kim Y Anderson, RN | Service: Nursing | Author Type: Registered Nurse |
| Filed: 06/26/23 1829 | Date of Service: 06/26/23 1827 | Status: Signed |
| Editor: Kim Y Anderson, RN (Registered Nurse) | | |

SBAR report given to Amelia,RN. All questions answered. Pt meets criteria for transfer. VSS. Pt updated on plan of care and verbalized understanding. Transported to 2E with transporter. All belongings sent with pt during transfer.

Electronically signed by Kim Y Anderson, RN at 06/26/23 1829

---

**Ancillary Notes by Sandra K Gaines, RT at 6/26/2023 2047**

| | | |
|---|---|---|
| Author: Sandra K Gaines, RT | Service: — | Author Type: Respiratory Therapist |
| Filed: 06/26/23 2047 | Date of Service: 06/26/23 2047 | Status: Signed |
| Editor: Sandra K Gaines, RT (Respiratory Therapist) | | |

Patient is asleep, IS not started at this time, Rn aware

Electronically signed by Sandra K Gaines, RT at 06/26/23 2047

---

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███████, Legal Sex: F
Adm: 6/26/2023, D/C: 6/27/2023

Page 2205

Printed by 410815 at 7/17/25  3:39 PM

MHS_002349

## 02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Filed: 02/02/23 0848 | Date of Service: 02/02/23 0848 | Status: Signed |
| Editor: Lawanda A Robinson, CNA (Certified Nursing Assistant) | | |

**Patient here for vitals, ekg, surgical wipes. Patient directed to the lab for lab draw.**

Electronically signed by Lawanda A Robinson, CNA at 02/02/23 0848

### H&P by William Frederick Thompson, MD at 2/8/2023 0636

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: — | Author Type: Physician |
| Filed: 02/08/23 0636 | Date of Service: 02/08/23 0636 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

2/8/2023 6:36 AM
Patient examined. Chart reviewed.
No interval health or medical changes.
H&P reviewed and agree with H and P from 1/12/2023
BP 128/87 | Pulse 89 | Temp (Src) 97.2 (Temporal) | Resp 20 | Ht 5' 6" (1.676 m) | Wt 244 lb 6.4 oz (110.859 kg) | SaO2 97% | LMP 09/14/2009
Labs: Reviewed.
Surgical site confirmed with patient and marked.

W Frederick Thompson, MD

Electronically signed by William Frederick Thompson, MD at 02/08/23 0636

### Nursing Notes by Rian C Schneider, RN at 2/8/2023 0818

| | | |
|---|---|---|
| Author: Rian C Schneider, RN | Service: — | Author Type: Registered Nurse |
| Filed: 02/08/23 0818 | Date of Service: 02/08/23 0818 | Status: Signed |
| Editor: Rian C Schneider, RN (Registered Nurse) | | |

Patient verbalized name, date of birth, site, procedure, surgeon, NPO status, and Allergies: Allergies Actos [pioglitazone hydrochloride], Effexor [venlafaxine], Paxil [paroxetine hydrochloride], Pravastatin, Prozac [fluoxetine hcl], Zoloft [sertraline hcl], Codeine camsylate, Lipitor [atorvastatin calcium], Metoprolol succinate [metoprolol], Voltaren [diclofenac sodium], and Zocor [simvastatin]. Consent signed and on chart. Pt transported to OR 3 per stretcher.

Electronically signed by Rian C Schneider, RN at 02/08/23 0818

### Procedures by William Frederick Thompson, MD at 2/8/2023 1007

| | | |
|---|---|---|
| Author: William Frederick Thompson, MD | Service: — | Author Type: Physician |
| Filed: 02/08/23 1014 | Date of Service: 02/08/23 1007 | Status: Signed |
| Editor: William Frederick Thompson, MD (Physician) | | |

Pre-procedure Diagnoses
1. Primary osteoarthritis of left knee

MULTICARE ALLENMORE HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

Page 3027

Printed by 410815 at 7/17/25 3:39 PM

MHS_003171

## 02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Post-procedure Diagnoses
1. Primary osteoarthritis of left knee

Procedures
1. P TOTAL KNEE REPLACEMENT [27447 (CPT®)]

Operative/Procedure Report

PATIENT NAME: Larocque, Linda
MRN: 172930
ENCOUNTER: 280195245
DOB: ▉▉▉▉▉
DATE: 2/8/2023
PHYSICIAN: W. FREDERICK THOMPSON, MD

PREPROCEDURE DIAGNOSIS:  Left knee primary osteoarthritis, marked

POSTPROCEDURE DIAGNOSIS:  Same

PROCEDURE: Left total knee replacement.

ASSISTANT: Alexandria Bones, PA-C

ANESTHESIA:  general and incisional pain solution- RECK, postoperative adductor canal block per anesthesiologist-image guided

COMPONENTS:  Manufacturer - DePuy, femoral -5 PS, tibial - 6 MBT, articular insert -8 mm posterior stabilized RP, patella 38 mm.

DRAINS: None
SPECIMEN:  None
ESTIMATED BLOOD LOSS:  minimal
COMPLICATIONS:  None
TOURNIQUET TIME: 90 minutes @325 mm.Hg.
SURGICAL FINDINGS: Advanced tricompartmental osteoarthritis left knee predominant medial compartment involvement.  Large osteophytes posterior medial, as well as patellofemoral.  Advanced arthrosis of the patella with essentially complete, diffuse articular cartilage loss.  No loose bodies.

INDICATIONS FOR PROCEDURE:  This 64 year old female presents with symptomatic arthritis of the knee which interferes with activities of daily living.

DESCRIPTION OF PROCEDURE:  Informed consent was obtained preoperatively.  The patient was brought to the operating room and positioned on the operating room table in a supine position.  The patient was then administered general anesthesia in the usual fashion.  A formal room timeout was carried out to include identification of patient, site of surgery that had been previously marked by the surgeon, a discussion of the planned procedure, and confirmation that IV antibiotics were given.  A well-padded tourniquet was placed on the left upper thigh, followed by sterile prep and drape, exsanguination of the surgical limb and inflation of the tourniquet.  A longitudinal midline incision was

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▉▉▉▉▉  Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

Page 3028

Printed by 410815 at 7/17/25  3:39 PM

MHS_003172

## 02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

made. A medial parapatellar extensor approach was performed. The patella was everted and retracted laterally, and the knee was examined. Findings included predominant wear in the medial compartment . Retraction medially, laterally, and posteriorly protected the collateral ligaments, posterior neurovascular structures, and surrounding soft tissues. Debridement of tissue including lipo- and fibro-synovial, meniscal, ligamentous, and osseous was performed.

Using intramedullary and external femoral and tibial guide systems to register ankle,hip, and local knee landmarks, routine cuts and alignment decisions were made for a size 5 PS cemented femoral component and a size 6 MBT cemented tibial component. Proper soft tissue balance, motion, and alignment were achieved with a 8 mm thick posterior stabilized and RP high-density polyethylene tibial articular spacer. The posterior cruciate ligament was sacrificed . Releases for proper ligament balancing were not required . This allowed an intraoperative range of motion of 0 to 130 degrees, with a balanced flexion/extension gap and normal contact points in the spacer in both flexion and extension.

The patella was resurfaced with a 38 mm medialized oval dome, all polyethylene component. The patellofemoral tracking was normal.

Throughout this procedure, the soft tissues and bone were irrigated with the antisepsis solution, Irrisept.

Having completed the trial reduction, all trial components were removed. The soft tissues and bone surfaces were cleansed with saline pulsed irrigation lavage then dried. With routine cement technique using 2 packages high viscosity, sequentially the femoral component, the tibial component and the patellar component were cemented in place. Once the cement had cured and all extra cement had been removed, the 8-mm thick posterior stabilized and RP high-density polyethylene tibial articular spacer was locked in position on the tibial base plate.

Final reduction was the same as the trial reduction with respect to range of motion, stability and ligament balance, extensor mechanism function and patellar femoral tracking, and extremity alignment.

Having completed the procedure, the knee was thoroughly cleansed with saline irrigation. A Hemovac wound drain was not placed. Hemostasis was obtained with cautery. The arthrotomy was closed including reapproximation of the synovium, capsule, and extensor mechanism with a combination of #1 Ethibond and #1 Vicryl interrupted and continuous respectively, and the subcutaneous layer with 2-0 Vicryl. Prior to closing the arthrotomy, 50 cc of the periarticular pain block solution was injected about the deep and superficial soft tissues, with care taken to avoid the neurovascular structures, as well as to avoid the skin about the tibial tubercle. Additionally, prior to closure of the arthrotomy, a dilute solution of 2 g of tranexamic acid was applied to the exposed bone and soft tissues for hemostasis. The skin was closed with staples. A sterile compression dressing was applied using xeroform, 4x4's, webril, and a gently applied ace wrap. The tourniquet was deflated without incident after 90 minutes. An orthosis was applied to the joint. The patient was taken to the post-anesthesia care unit in stable condition, in no acute distress.


*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ████████ Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

Page 3029

Printed by 410815 at 7/17/25 3:39 PM

MHS_003173

## 02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Electronically signed by William Frederick Thompson, MD at 02/08/23 1014

### Nursing Notes by Kandis A Thompson, RN at 2/8/2023 1110

| | | |
|---|---|---|
| Author: Kandis A Thompson, RN | Service: — | Author Type: Registered Nurse |
| Filed: 02/08/23 1126 | Date of Service: 02/08/23 1110 | Status: Signed |
| Editor: Kandis A Thompson, RN (Registered Nurse) | | |

Dr. Thompson and Alex Bones, PA-C at patient bedside to assess and explain patient concerns of dorsum foot pain.

Electronically signed by Kandis A Thompson, RN at 02/08/23 1126

### Nursing Notes by Kandis A Thompson, RN at 2/8/2023 1321

| | | |
|---|---|---|
| Author: Kandis A Thompson, RN | Service: — | Author Type: Registered Nurse |
| Filed: 02/08/23 1322 | Date of Service: 02/08/23 1321 | Status: Signed |
| Editor: Kandis A Thompson, RN (Registered Nurse) | | |

Patient informed of pending transfer. Report given to Mohamed C. RN using SBAR. Any questions addressed and answered.

Transferred to room 2204-1 via Bed accompanied by transporter.

Belongings transferred with patient.

Family notified of transfer.

Electronically signed by Kandis A Thompson, RN at 02/08/23 1322

### Discharge Summary by Shane Turner, PA-C at 2/9/2023 0805

| | | |
|---|---|---|
| Author: Shane Turner, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 02/09/23 0806 | Date of Service: 02/09/23 0805 | Status: Attested |
| Editor: Shane Turner, PA-C (Physician Assistant) | | Cosigner: William Frederick Thompson, MD at 02/09/23 0808 |

**Attestation signed by William Frederick Thompson, MD at 02/09/23 0808**

Agree with above.

*W. Frederick Thompson, MD*
*Arthroscopic surgery, Joint Replacement, and Fracture Care*
*Multicare Orthopedics and Sports Medicine*
*Office : 253-301-5150*

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓ Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

Page 3030

Printed by 410815 at 7/17/25  3:39 PM

MHS_003174

**02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Clinical Notes (continued)**

## Discharge Summary

Admission Diagnosis: Chronic pain of left knee [M25.562, G89.29]
Primary osteoarthritis of left knee [M17.12]
Degenerative joint disease of left knee [M17.12]
Discharge diagnosis: Chronic pain of left knee [M25.562, G89.29]
Primary osteoarthritis of left knee [M17.12]
Degenerative joint disease of left knee [M17.12]
Procedures: LEFT P TOTAL KNEE REPLACEMENT [27447] (TOTAL KNEE REPLACEMENT)
Surgeon: William Frederick Thompson MD
Reason for Admission: Linda J Larocque is a 65 year old female who on 2/8/2023 and underwent LEFT P TOTAL
KNEE REPLACEMENT [27447] (TOTAL KNEE REPLACEMENT) without perioperative complications.
Hospital course:  Linda J Larocque was admitted for postoperative care consisting of pain control, gait training and
mobility.  Linda J Larocque remained hemodynamically stable, labs were reviewed, progressed to adequate oral intake
of fluids and solids, pain was well controlled on oral analgesics, cleared physical therapy and was considered stable
for discharge on POD 1, 2/9/2023 to home.
See med reconciliation for discharge and any modifications to pre-op meds.
Weight Bearing instructions: WBAT

### EXAM: Left knee
Dressing is c/d/i.
No erythema.
No ecchymosis.
Mild-moderate swelling.
Calf is supple and nontender.
DNVI.

Total Joint replacement protocol discharge planning: Recommend starting outpatient physiotherapy within 2 business
days of discharge from acute care setting.

### Medication List

**START** taking these medications
**acetaminophen** 500 MG Tabs
Commonly known as: TYLENOL
Take 2 Tablets by mouth every 8 hours for 14 days.

---

**aspirin** 81 MG Chew
Take 1 Tablet by mouth twice daily for 42 days.
Replaces: **Aspirin 81 MG Tabs**

---

**meloxicam** 7.5 MG Tabs
Commonly known as: Mobic
Take 1 Tablet by mouth once daily.

---

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮▮  Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

Page 3031

Printed by 410815 at 7/17/25  3:39 PM

MHS_003175

**02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)**

**Clinical Notes (continued)**

**morPHINE** 15 MG Tbcr
Commonly known as: MS Contin
Take 1 Tablet by mouth every 12 hours for 5 days.

**ondansetron** 4 MG Tabs
Commonly known as: Zofran
Take 1 Tablet by mouth every 8 hours as needed for nausea/vomiting.

**oxyCODONE** 5 MG Tabs
Commonly known as: Roxicodone
Take 1-2 Tablets by mouth every 4 hours as needed for pain for up to 5 days.

**senna** 8.6 MG Tabs
Commonly known as: SENNA, SENOKOT
Take 1 Tablet by mouth once daily.

**CHANGE how you take these medications**
**\* OTHER**
cpap equipment new mask and new hose
Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago
What changed: **additional instructions**

**\* OTHER**
Handicapped parking permit - permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device.
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

**\* OTHER**
RX: Front Wheeled Walker

DX: M17.12

Length of Need: 8-12 weeks
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

**\* OTHER**
RX: Toilet Riser/Raised Commode Seat

DX: M17.12

Length of Need: 8-12 weeks
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

MULTICARE ALLENMORE          Larocque, Linda J
HOSPITAL                     MRN: 172930, DOB: ▉▉▉▉▉ Legal Sex: F
1901 S UNION AVE             Adm: 2/8/2023, D/C: 2/9/2023
TACOMA WA 98405-1702

Page 3032                                    Printed by 410815 at 7/17/25  3:39 PM

MHS_003176

## 02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

**\* OTHER**
RX: Shower Chair/Bench

DX: M17.12

Length of Need: 8-12 weeks
What changed: **Another medication with the same name was changed. Make sure you understand how and when to take each.**

⊕ **\* This list has 5 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**CONTINUE taking these medications**
**alprazolam** 0.25 MG Tabs
Commonly known as: Xanax
Take 1 Tablet by mouth three times a day as needed for anxiety.

**clotrimazole-betamethasone** 1-0.05 % Crea
Commonly known as: LOTRISONE
Apply 1 Application externally twice daily. To rash for 14 days

**docusate sodium** 100 MG Caps
Commonly known as: Colace
Take 1 Cap by mouth twice daily.

**duloxetine** 60 MG Cpep
Commonly known as: Cymbalta
Take 1 Capsule by mouth twice daily.

**hydrochlorothiazide** 12.5 MG Caps
Commonly known as: Microzide
Take 1 Capsule by mouth once daily.

**hydrOXYzine hcl** 25 MG Tabs
Commonly known as: ATARAX
Take 1 Tablet by mouth three times a day as needed for itching/pruritis.

**lisinopril** 20 MG Tabs
Commonly known as: PRINIVIL, ZESTRIL
Take 1 Tablet by mouth once daily.

**Melatonin** 5 MG Caps

**Omega 3** 1200 MG Caps

**PEN NEEDLES 31GX5/16"** 31G X 8 MM Misc

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

Page 3033

Printed by 410815 at 7/17/25  3:39 PM

MHS_003177

## 02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Use   With   victoza injections

---

**rosuvastatin** 10 mg Tabs
Commonly known as: Crestor
Take 1 Tablet by mouth each evening.

---

**verapamil** 240 MG Tbcr
Commonly known as: CALAN SR
Take 1 Tablet by mouth once daily.

---

**Victoza** 18 MG/3ML Sopn
Generic drug: liraglutide
Inject 1.8 mg into the skin once daily.

---

**zinc sulfate** 220 (50 Zn) MG Caps
Commonly known as: Orazinc

---

**STOP taking these medications**
**Aspirin** 81 MG Tabs
Replaced by: **aspirin 81 MG Chew**

---

**cholecalciferol** 25 MCG (1000 UNITS) Tabs
Commonly known as: VITAMIN D3

---

**hydrocodone-acetaminophen** 10-325 MG Tabs
Commonly known as: Norco

---

**ASK your doctor about these medications**
**Glucosamine Chondr 1500 Complx** Caps

**Where to Get Your Medications**

**These medications were sent to SAFEWAY PHARMACY #1594 - TACOMA, WA**
Phone: 253-471-1730

707 S 56TH STREET, TACOMA
WA 98408

- acetaminophen 500 MG Tabs
- alprazolam 0.25 MG Tabs
- aspirin 81 MG Chew
- meloxicam 7.5 MG Tabs
- morPHINE 15 MG Tbcr
- ondansetron 4 MG Tabs
- oxyCODONE 5 MG Tabs
- senna 8.6 MG Tabs

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

## 02/08/2023 - Admission (Discharged) in Allenmore Hospital 2E (continued)

**Clinical Notes (continued)**

Discharge Disposition : Home.
Follow up with Shane Turner, PA-C in 2-3 week(s) for outpatient post-op care and with Rachel D Dawson, MD for non-orthopedic medical needs.

Shane Turner, PA-C
2/9/2023
8:05 AM

Attending: William Frederick Thompson MD

    Electronically signed by Shane Turner, PA-C at 02/09/23 0806
    Electronically signed by William Frederick Thompson, MD at 02/09/23 0808

---

**Nursing Notes by Nancy M Beachler, RN at 2/9/2023 1110**

| | | |
|---|---|---|
| Author: Nancy M Beachler, RN | Service: — | Author Type: Registered Nurse |
| Filed: 02/09/23 1242 | Date of Service: 02/09/23 1110 | Status: Signed |
| Editor: Nancy M Beachler, RN (Registered Nurse) | | |

Patient discharged to home. Went over instructions; medications, diet, exercise, incision care, etc. Questions asked and answered. IV removed. Patient left via wheelchair with belongings.

    Electronically signed by Nancy M Beachler, RN at 02/09/23 1242

---

**H&P by HIM SCANNED DOCUMENT at 2/9/2023 1110**

| | | |
|---|---|---|
| Author: HIM SCANNED DOCUMENT | Service: — | Author Type: Interface Resource |
| Filed: 02/10/23 1407 | Date of Service: 02/09/23 1110 | Status: Signed |
| Editor: HIM SCANNED DOCUMENT (Interface Resource) | | |

MULTICARE ALLENMORE
HOSPITAL
1901 S UNION AVE
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮▮ Legal Sex: F
Adm: 2/8/2023, D/C: 2/9/2023

Page 3035

Printed by 410815 at 7/17/25 3:39 PM

MHS_003179

## 06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**

**MRN:** 172930
**CSN:** 216914261

---

### Account Information

| **Admit Date** | **HAR#** | **Pt Class** | **Hospital Svc** | **Bed** |
|---|---|---|---|---|
| 6/2/2021 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Sleep Apnea
**Adm Dx:**

Gestational Age: <None>

---

### Patient Information



---

### Guarantor Information

---

### Primary Insurance

**Name of Insurance:** MOLINA APPLE HEALTH
**Subscriber Name:** LAROCQUE,LINDA J
**Subscriber DOB:**
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:** EM00003
**Ins ID#:** 110057625187

---

### Secondary Insurance

**Name of Insurance:** RX PHARMACY DATA
**Subscriber Name:** LAROCQUE,LINDA J
**Subscriber DOB:**
**Pt Relationship to Sub:** Self

**Group Name:**
**Group #:** 99992170
**Ins ID#:** 97684445410

---

### Accident Information

---

ZZ MULTICARE PULMONARY Larocque, Linda J
SPECIALISTS  MRN: 172930, DOB: █ Legal Sex: F
316 MLK JR WAY; SUITE 401  Visit date: 6/2/2021
TACOMA WA 98405-4266

Page 5148

Printed by 410815 at 7/17/25  3:40 PM

MHS_005292

## 06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

7/17/2025 3:40 PM

**Medical Records use only -(HAR ID)**

-

## Hospital Account

Not on file

## Reason for Visit

### Chief Complaint

- Sleep Apnea

### Visit Diagnoses

- **OSA on CPAP (primary) [G47.33, Z99.89]**
- Pre-op evaluation [Z01.818]
- BMI 40.0-44.9, adult (CMS-HCC) [Z68.41]

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Lam-Phuong Nguyen, DO | Lam-Phuong Nguyen, DO | Rachel D Dawson, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| MULTICARE PULMONARY SPECIALISTS TACOMA | 316 MLK Jr Way STE 401 Tacoma WA 98405-4266 | 253-403-6850 | 253-403-6860 |

### Follow-up and Dispositions

Return in about 6 weeks (around 7/14/2021).

### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES** |

## Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/2/2021 8:40 AM | Lam-Phuong Nguyen, DO | ZZ MC PULMONARY SPEC - TAC | MULTICARE PU |

## Clinical Notes

### Progress Notes by Lam-Phuong Nguyen, DO at 6/2/2021 0840

| Author: Lam-Phuong Nguyen, DO | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 06/02/21 0930 | Encounter Date: 6/2/2021 | Status: Signed |

ZZ MULTICARE PULMONARY SPECIALISTS
316 MLK JR WAY; SUITE 401
TACOMA WA 98405-4266

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 6/2/2021

MHS_005293

**06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)**

**Clinical Notes (continued)**

Editor: Lam-Phuong Nguyen, DO (Physician)

## PULMONARY CLINIC CONSULT NOTE
**Patient** Linda J Larocque
**MRN** 172930
**Date of Service:** 6/2/2021

### Chief Complaints:
Sleep apnea

**HPI:** 63 year old female with a past medical history of HTN, NASH, h/o NSVT (since the age of 9 per pt), heart murmur - follow with Dr. Ward, DM, OSA on CPAP, h/o uterine CA s/p hysterectomy in 2009 who is referred for evaluation of above chief complaints.

She last saw Dr. Daniel Clerc of CHI in 6/30/2015 for OSA on CPAP and was doing clinically well with good compliance. She was supposed to follow up at one year but seems that she as lost to follow up.
Sister died in 2016, hence she was not able to follow up with sleep medicine

She has not been able to use her CPAP consistently due to multiple stressors over the years due to family related issues.
She feels that the machine is now old, she use it when she feels that she needs it. On the days that she's using it, she feels there sleep apnea is better control but on the days not using it she feels that her sleep apnea is at it was before she started the CPAP.
She has been using the current CPAP machine since 2015, no mask refills for a while - at least a year or more. Current masks in 1 year old. Mask does not always fit.
She denies driving drowsy or driving asleep behind the wheels. No prior car accident. She knows not to drive when feeling sleepy.

Patient reports history of poor sleep, snoring. No apneas when using CPAP. Patient reports a nighttime routine of going to bed around 7-8 pm, waking up for the day around 7-8 am. Waking up twice to void. Falls back asleep typically 10-15 minutes. The patient reports waking up feeling: unrefreshed. + Daytime hypersomnolence. Naps during the day: once

Medications affecting sleep: none
Daily caffeine consumption:  1-2 cup of coffee, rare monster drink
Weekly alcohol consumption:
Illicit drugs:  1-2 beer per month
History of restless legs:  yes
History of sleepwalking/night terrors/enuresis:  none
History of sleep paralysis/hallucinations:  none

She's also having bad knee and awaiting to see orthopedic surgeon (schedule for follow up tmrw). Getting PT/OT
She's able to walk 50 feet because of knee pain/hip pain
No SOB or cough

### Sleep Apnea Screening Questions (STOP BANG)
Snoring: yes
Tiredness/sleepiness: yes
Observed apneas: no

ZZ MULTICARE PULMONARY   Larocque, Linda J
SPECIALISTS   MRN: 172930, DOB: ████████   Legal Sex: F
316 MLK JR WAY; SUITE 401   Visit date: 6/2/2021
TACOMA WA 98405-4266

Page 5150

Printed by 410815 at 7/17/25  3:40 PM

MHS_005294

## 06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)

**Clinical Notes (continued)**

Pressure BP > 140/90 Rx or no Rx:
BMI > 35: yes
Age > 50:  yes
Neck circumference: yes
Gender male: no
Total points:  6 /8
(Low risk less than 3, high risk 3 or more)

**Pertinent exposure/occupational history:**
Tobacco history: lifetime non-smoker
Occupation: Retired. Manager - Taco Time, then at Michels. Also teacher assistant
Lives in Tacoma. Married.
Her son and his wife also lives in the home
Denies any occupational, chemical, or toxic exposures including asbestos, silicosis, beryllium
+ Pets
No TB risk factors
No hot tub exposure
No recent travel

**ROS:** A complete review of systems reviewed during the visit are negative, except as noted in the history of the present illness.
**REVIEW of SYSTEMS:**
- *CONSTITUTIONAL:* negative for excess weight loss or weight gain, fever or night sweats
- *NEUROLOGICAL:* no TIA or stroke symptoms. Fingers tinglineg
- *ENT:* negative for epistaxis, sinus pain, nasal congestion, postnasal drainage, sore throat or change in voice
- *RESPIRATORY:* denies SOB, chest pain, cough
- *CARDIOVASCULAR:* negative for chest pain, orthopnea, PND, or edema
- *GASTROINTESTINAL:* Negative for heartburn, abdominal pain, change in bowel habits, melena
- *MUSCULOSKELETAL:* negative for new joint pain, joint swelling or muscle pain
- *DERMATOLOGIC:* negative for lesions or rashes
- *ALLERGY AND IMMUNOLOGY:* negative for hives, rashes, eczema
- *HEMATOLOGIC AND LYMPHATIC:* negative for bleeding problems or blood clots
- **Immunization History**

| Administered | Date(s) Administered |
| --- | --- |
| H1N1 Influenza | 12/09/2009 |
| HEPATITIS B | 09/22/1999 |
| INFLUENZA IM NON-PF ccIIV4 (FLUCELVAX) | 10/18/2018 |
| INFLUENZA IM PF 3 YEARS+ IIV4 | 10/05/2016 |
| INFLUENZA IM PF 3 YRS+ (FLULAVAL 6 MOS+) IIV4 | 10/17/2017 |
| INFLUENZA IM PF 6 MOS+ IIV4 | 10/10/2019 |
| INFLUENZA IM ccIIV3 | 11/11/2015 |
| INFLUENZA INJECTION | 11/22/1999, 10/09/2000, 10/16/2001, 12/20/2005, 12/04/2007, 09/16/2009, 09/15/2010, 10/20/2011, 11/21/2012, 11/20/2013, 11/25/2014 |
| MMR | 10/10/2019 |
| PNEUMOCOCCAL POLYSACCHARIDE | 12/04/2007 |
| TDAP (ADACEL, BOOSTRIX) ADULT STATE | 03/01/2019 |

ZZ MULTICARE PULMONARY
SPECIALISTS
316 MLK JR WAY; SUITE 401
TACOMA WA 98405-4266

Larocque, Linda J
MRN: 172930, DOB: ███████  Legal Sex: F
Visit date: 6/2/2021

Page 5151

Printed by 410815 at 7/17/25  3:40 PM

MHS_005295

**06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)**

**Clinical Notes (continued)**

SUPPLIED
- TETANUS                                    01/01/1994
- Tdap                                        09/16/2009, 03/01/2019
- Tdap (Adacel, Boostrix)                     03/01/2019
- ZOSTER RECOMBINANT VACCINE (SHINGRIX)    03/01/2019, 05/19/2019

**PMH:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ANESTHESIA REACTION<br>*discovered psvt in pacu* | |
| • Backache, unspecified<br>*Back pain* | |
| • Depressive disorder, not elsewhere classified | |
| • Essential hypertension, benign | |
| • Generalized osteoarthrosis, involving multiple sites<br>*Osteoarthritis gen'l* | |
| • Lumbago | 6/28/2010 |
| • Malignant neoplasm of corpus uteri, except isthmus (CMS/HCC)<br>*tx w/ hyst* | 10/27/2009 |
| • Migraine, unspecified, without mention of intractable migraine without mention of status migrainosus<br>*Migraine* | |
| • Paroxysmal supraventricular tachycardia (CMS/HCC)<br>*heart murmur noted on echo* | |
| • Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled<br>*diet controlled* | |

**PSH:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • **COLONOSCOPY & POLYPECTOMY<br>*due in august 2013* | | 2008, 2013 |
| • H/O HYSTERECTOMY TOTAL<br>*uterine cancer stage 1aG1 w bso lnd* | | 2009/11 |
| • P FOOT/TOES SURGERY PROC UNLISTED<br>*mortons neuroma right* | | 1999 |

**SHx:**
See above
Drugs: denies
ETOH: 1-2 beers per month
**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |

ZZ MULTICARE PULMONARY    Larocque, Linda J
SPECIALISTS                MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
316 MLK JR WAY; SUITE 401  Visit date: 6/2/2021
TACOMA WA 98405-4266

Page 5152                                    Printed by 410815 at 7/17/25  3:40 PM

MHS_005296

**06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |
| *Comment: 1/mo* | |

**FHx:**

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Stroke | Father | | |
| • Heart | Father | | |
| • Hypertension | Father | | |
| • Heart | Mother | | |
| *CHF* | | | |
| • Hypertension | Mother | | |
| • Cancer | Mother | | |
| • GU | Mother | | |
| *GOUT* | | | |
| • Alcohol abuse | Daughter | | |
| • Seizures | Daughter | | |
| • Uterine cancer | Daughter | | |
| • Neuro | Daughter | | |
| *epilepsy* | | | |
| • Drug/Alcohol | Daughter | | |
| *recovering alcoholic* | | | |
| • Cancer | Daughter | | |
| *uterine ca* | | | |
| • Coronary Artery Disease | Maternal Grandmother | | |
| *MI* | | | |
| • Cancer | Maternal Grandmother | | |
| *BREAST* | | | |
| • Coronary Artery Disease | Maternal Grandfather | | |
| *MI* | | | |
| • Hypertension | Sister | | |
| • Diabetes | Paternal Aunt | | |
| • Other | Sister | | |
| *EPILEPSY* | | | |
| • Diabetes | Sister | | |
| • Arthritis | Brother | | |
| • Heart | Sister | | |
| • Diabetes | Maternal Aunt | | |
| • Other | Paternal Aunt | | |
| *MIGRAINE* | | | |
| • Neuro | Sister | | |
| *early alzheimers.* | | | |

ZZ MULTICARE PULMONARY
SPECIALISTS
316 MLK JR WAY; SUITE 401
TACOMA WA 98405-4266

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓▓ Legal Sex: F
Visit date: 6/2/2021

MHS_005297

**06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)**

**Clinical Notes (continued)**

## MEDS:

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • metformin (GLUCOPHAGE) 500 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 0 |
| • verapamil (CALAN SR) 240 MG Tab CR | Take 1 Tab by mouth once daily. | 90 Tab | 3 |
| • alprazolam (XANAX) 0.25 MG Tab | Take 1 Tab by mouth three times a day as needed for anxiety. | 15 Tab | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG Tab | Take 1-2 Tabs by mouth every 6 hours as needed for pain. Chronic pain exempt | 160 Tab | 0 |
| • lisinopril (PRINIVIL, ZESTRIL) 20 MG Tab | Take 1 Tab by mouth once daily. | 90 Tab | 3 |
| • pravastatin (PRAVACHOL) 40 mg Tab | Take 1 Tab by mouth each evening. | 90 Tab | 0 |
| • duloxetine (CYMBALTA) 60 MG Capsule Enteric Coated Particles | Take 1 Cap by mouth twice daily. Prior auth taking too long patient wishes to pay cash rather than do without | 60 Cap | 11 |
| • hydrOXYzine hcl (ATARAX) 25 MG Tab | Take 1 Tab by mouth three times a day as needed for itching/pruritis. | 120 Tab | 0 |
| • hydrochlorothiazide (MICROZIDE) 12.5 MG Caps | Take 1 Cap by mouth once daily. | 90 Cap | 0 |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % Lotion | Apply 1 application topically twice a day | 60 mL | 10 |
| • Free Text Medication Entry (OTHER) | cpap equipment new mask and new hose Adult obstructive sleep apnea - last sleep study done by dr. clerc about three years ago | 1 Each | 0 |
| • Glucosamine-Chondroit-Vit C-Mn (GLUCOSAMINE CHONDR 1500 COMPLX) Caps | Take 2 Caps by mouth once daily. | 60 Cap | 11 |
| • Melatonin 5 MG Caps | Take 1 Cap by mouth once daily. | 100 Cap | 1 |
| • Free Text Medication Entry (OTHER) | Handicapped parking permit - | 1 Each | 0 |

ZZ MULTICARE PULMONARY SPECIALISTS
316 MLK JR WAY; SUITE 401
TACOMA WA 98405-4266

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮    Legal Sex: F
Visit date: 6/2/2021

Page 5154

Printed by 410815 at 7/17/25  3:40 PM

MHS_005298

## 06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| | permanent due to inability to walk 200 feet due to an orthopedic condition without an assistive device. | | |
| • docusate sodium (COLACE) 100 MG Caps | Take 1 Cap by mouth twice daily. | 60 Cap | 0 |
| • Cholecalciferol (VITAMIN D3) 1000 UNIT Tab | Take 6 Tabs by mouth once daily. | 500 Tab | 3 |
| • ASPIRIN 81 MG OR TABS | 1 TABLET DAILY | 30 | 0 |

No current facility-administered medications on file prior to visit.

**Patients documented allergies**

| Allergen | Reactions |
|---|---|
| • Actos [Pioglitazone Hydrochloride] *palpitations* | |
| • Codeine Camsylate *Ok with food* | Nausea |
| • Crestor [Rosuvastatin Calcium] *Myalgias.* | |
| • Effexor [Venlafaxine] *Moody irritable body aches* | |
| • Lipitor [Atorvastatin Calcium] *myalgias* | |
| • Paxil [Paroxetine Hydrochloride] *fatigue* | |
| • Prozac [Fluoxetine Hcl] *Given this med postpartum 27 years ago* | Agitation/Anxiety |
| • Voltaren [Diclofenac Sodium] *Gi upset* | |
| • Zoloft [Sertraline Hcl] *ineffective* | |
| • Zocor [Simvastatin] *myalgias* | |

## PHYSICAL EXAMINATION

**Vitals**: BP 132/86 | Pulse 68 | Temp (Src) 97.9 (Tympanic) | Resp 16 | Ht 5' 6.142"[Measure no shoes[ (1.68 m) | Wt 264 lb (119.75 kg) | SaO2 96% | LMP 09/14/2009
**BMI:** Body mass index is 42.43 kg/m².

**General Appearance**: No acute distress. Well developed.
**Eyes:** clear conjunctiva, no jaundice.
**Neck**: Trachea is midline.
**Chest**: Chest wall is symmetric with normal expansion.
**Cardiac:** Regular rhythm. No murmur, gallop, or rub is heard.

ZZ MULTICARE PULMONARY Larocque, Linda J
SPECIALISTS                       MRN: 172930, DOB: ▮▮▮▮▮  Legal Sex: F
316 MLK JR WAY; SUITE 401  Visit date: 6/2/2021
TACOMA WA 98405-4266

Page 5155

Printed by 410815 at 7/17/25  3:40 PM

MHS_005299

## 06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)

**Clinical Notes (continued)**

**Abdomen:** Soft and non tender.
**Extremities:** No cyanosis or clubbing. No LE edema is present.
**Neuro/Psych:** Alert and oriented. Normal mood and affect.
**Musculoskeletal:** Grossly normal muscle strength and tone.

### LABORATORY & RADIOLOGIC FINDINGS:

#### Pertinent labs reviewed:
2/2021 CBC with hbg 13.6, eos 80. BMP with bicarb 23

#### Diagnostics
**PFTs:** none
**Walking test:** none

#### Imagings
**CT chest:** 11/2012
The central airways are patent. Visualized thyroid gland is unremarkable. No abnormal lymph node enlargement within the mediastinum, hila, or axillae. The heart is normal in size. No pericardial effusion. Coronary calcifications are seen. The intrathoracic aorta is of normal caliber.

No suspicious pulmonary nodule or mass is seen. Mild bibasilar atelectasis is noted. Otherwise, the lungs are clear. No pleural effusion or pneumothorax.

No suspicious osseous lesion is found. Degenerative changes are noted within the thoracic spine.

**CXR:** No recent in the last 5 yrs
**ECHO:** none

**Sleep test: St. Francis Sleep center 5/18/2015**
Severe OSA with AHI of 32.7 with lowest Spo2 78%. Recommend CPAP with pressure 9-11 cm H20.

Compliance report: from 4/29/21-5/28/21 device usage of 17 days, percent use of >4 hrs (50%), average usage 4h22 mins when using. AHI of 2.6. Auto-CPAP wihth mean pressure 9.1

**All labs and imaging reviewed with patients and family.**

### IMPRESSION / RECOMMENDATIONS:
**# OSA on CPAP**
> - Last sleep study done 2015 by Dr. clerc dx w/ severe osa and rx cpap
> - she has not been using her machine like she suppose to be but committed now to her health and taking care of herself better. When using her CPAP, her AHI is down to 2.6 and with better restorative sleep
> - will order for new DME order with new masks, tubings and supplies and mask fitting
> - will reassess her data in 6 wks for response and for compliance
> - if using consistently and having issues with machine, she may benefit from new machine as current one is 6 yrs old
> - f/u in 6 wks for data

**Non-pulmonary medical diagnosis:**
# HTN - manage by PCP. On verapamil, lisniopril

ZZ MULTICARE PULMONARY
SPECIALISTS
316 MLK JR WAY; SUITE 401
TACOMA WA 98405-4266

Larocque, Linda J
MRN: 172930, DOB: ███████ Legal Sex: F
Visit date: 6/2/2021

Page 5156

Printed by 410815 at 7/17/25  3:40 PM

MHS_005300

## 06/02/2021 - Office Visit in MULTICARE PULMONARY SPECIALISTS TACOMA (continued)

**Clinical Notes (continued)**

# NASH
# DM - on metformin
# Depression
# Chronic pain syndrome - from OA knees, DDD cervical, myofascial pain. On Norco + cymbalta
     - will possible need for knee surgery. Will get baseline CXR for pre-op assessment if needed
# h/o uterine CA s/p hysterectomy in 2009
# H/o NSVT f/u with Dr. Ward is recommended. On verapamil

Follow up in six weeks with download
Pathophysiology of sleep apnea discussed.
Health consequences of untreated sleep apnea discussed including cardiovascular risks.
Importance of download at next visit (by smartcard or modem) was discussed.
Troubleshooting techniques for acclimating to cpap were discussed.

General recommendation includes: At 40 evening alcohol and reduce or avoid sedatives and opiates asked appropriate.
Sleep hygiene was discussed.
Patient with sleepiness or sleep apnea must take adequate precaution to prevent drowsy driving. Advised regarding dangers of driving while drowsy.
Weight loss, avoidance of supine sleep and smoking cessation can improve breathing during sleep and are encouraged and all patients.

Went over recommendation in details with pt and she verbalized understanding.
Call if questions or concerns

**Patient Instructions:**

A copy of my evaluation will be sent to the requesting provider. I can be reached at the Multicare Pulmonary Specialist Clinic-at 253-403 6850 if any questions arise.

Time spent with this patient was 40 minutes, greater than 50% of which was spent in the counseling and coordination of care for this patient, addressing above medical issues.

Electronically signed by: Lam-Phuong Nguyen, DO
Multicare Pulmonary Specialists
Office: 253-403-6850

Electronically signed by Lam-Phuong Nguyen, DO at 06/02/21 0930

**Nursing Note by Ashley L Field, MA at 6/2/2021 0840**

| | | |
|---|---|---|
| Author: Ashley L Field, MA | Service: — | Author Type: **Medical Assistant** |
| Filed: 06/02/21 0857 | Encounter Date: 6/2/2021 | Status: **Signed** |
| Editor: Ashley L Field, MA (Medical Assistant) | | |

**Chief Complaint**
Patient presents with

- Sleep Apnea

ZZ MULTICARE PULMONARY
SPECIALISTS
316 MLK JR WAY; SUITE 401
TACOMA WA 98405-4266

Larocque, Linda J
MRN: 172930, DOB: ███ Legal Sex: F
Visit date: 6/2/2021

Page 5157

Printed by 410815 at 7/17/25  3:40 PM

MHS_005301