EXHIBIT 5

| Patient: LaRocque, Linda | Acct #: | DOB: |
|---|---|---|
| Ins Co: TERM-Regence/ACS | Pol #: | Insured ID: |

**Date**    06/06/2019

**Provider**    Joel D. Vranna, D.C.

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar.

R groin pain

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at C4, T5, T6, T7, right L3, right L4 and left pelvis.

activator   thor.

**Assessment:**
Linda reported feeling the same.

**Plan:**
I spent 30 minutes reviewing the radiograph and examination findings, previous history and consultation, with the patient and explored treatment options. This dominated more than 50% of the patient/doctor face-to-face time.

We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return three times per week. to 6-30

**Diagnosis**    M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction

A&IC_000031

**Accident & Injury Chiropractic**
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| Patient: LaRocque, Linda | Acct #: ▮▮▮ | DOB: ▮▮▮ |
| Ins Co: TERM-Regence/ACS | Pol #: ▮▮▮ | Insured ID: ▮▮▮ |

**Date** 08/15/2019

**Provider** Joel D. Vranna, D.C.

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at right C2, left C1, T6, T7, left pelvis and right pelvis.

The patient's cervical spine was adjusted using the seated technique. and trigger point activator
The patient's thoracic spine was adjusted using the prone dorsal technique.

**NO WALL**
Home exercise given for knee

**Assessment:**
Linda reported feeling the same.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan. It is recommended that she return 1x per 2 weeks to 9-15

**Diagnosis** M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction

# Chart Notes

**LaRocque, Linda**

**Accident & Injury Chiropractic**
**1702 South 72nd, Ste A**
**Tacoma, WA 98408-1238**
**Phone: (253) 474-0677**
**Fax: (253) 474-3540**

| Patient: LaRocque, Linda | Acct #: ▆▆▆▆ | DOB: ▆▆▆▆ |
|---|---|---|
| Ins Co: TERM-Regence/ACS | Pol #: ▆▆▆▆ | Insured ID: ▆▆▆▆ |

| Date | 10/24/2019 |
|---|---|
| Provider | Joel D. Vranna, D.C. |

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

migraine increasing after adjustment today

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at left C1, left C2, T6, T7, left pelvis and right pelvis.

The patient's thoracic spine was adjusted using the prone dorsal technique.
manual tx suboccip

Ice was applied for 20 minutes to reduce inflammation and pain in the involved areas, seated
**NO WALL**

**Assessment:**
Linda has had an exacerbation. These are episodic marked deterioration of the patient's condition due to acute flareups of the presenting conditions.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return in 3 weeks.to 11-30

| **Diagnosis** | M99.01: Cervical Segmental Dysfunction |
|---|---|
| | M99.02: Thoracic Segmental Dysfunction |
| | M99.03: Lumbar Segmental Dysfunction |

**Accident & Injury Chiropractic**
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| **Patient:** LaRocque, Linda | **Acct #:** ███ | **DOB:** ███ |
|---|---|---|
| **Ins Co:** TERM-Regence/ACS | **Pol #:** ███ | **Insured ID:** ███ |

**Date   12/30/2019**

**Provider   Joel D. Vranna, D.C.**

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at left C2, right C5, T5, T6, left pelvis and right pelvis.

The patient's thoracic spine was adjusted using the prone dorsal technique.
Trigger point activator in left glut prone, cervical pressure points and traction, prone

Left glut superior and spasm
**\*\*NO WALL\*\***

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return in 3 weeks.to 1-30

**Diagnosis**   M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction

A&IC_000065

# Chart Notes

**LaRocque, Linda**

Accident & Injury Chiropractic
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| **Patient:** LaRocque, Linda | **Acct #:** ▮ | **DOB:** ▮ |
|---|---|---|
| **Ins Co:** TERM-Regence/ACS | **Pol #:** ▮ | **Insured ID:** ▮ |

**Date**   06/25/2020

**Provider**   Joel D. Vranna, D.C.

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar moving boxes   LBP>>

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at left C2, left C3, right C5, right C6, T3, T4, T5, left pelvis and right pelvis. genlte ant wall   hard to move

The patient's lumbar spine was adjusted using the diversified technique.and also activator tight

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return in 3 weeks

**Diagnosis**   M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction

A&IC_000074

| Patient: LaRocque, Linda | Acct #: 37080 | DOB: ▮▮▮▮▮ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 09/16/2020 |
|---|---|
| **Provider** | **M. David Clifton, D.C.** |

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

L hip discomfort from getting out of van.

"drags" left foot when walking, right shoe is more worn than left

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted using the Activator at left C3, right C6, right C7, T4, T5, T6, L2, L3, L4, L5 and sacrum.

The patient's spine was adjusted with activator using the prone dorsal technique.

An extremity subluxation was discovered and adjusted in the bilateral knee drop-board
****Left Knee--Straight A-P with bolster - ONLY****

**Assessment:**
Linda's condition has worsened since her last visit.

I consulted with the patient and performed an examination. X-rays were taken of the left hip.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan. It is recommended that she return in 2 weeks.

| Diagnosis | M99.01: Cervical Segmental Dysfunction |
|---|---|
| | M99.02: Thoracic Segmental Dysfunction |
| | M99.03: Lumbar Segmental Dysfunction |

| Patient: LaRocque, Linda | Acct #: ■■■■ | DOB: ■■■■ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date**  09/26/2020

**Provider**  M. David Clifton, D.C.

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

Severe LBP, with bilateral leg weakness, very difficult to stand up, especially in the morning, woke up with pain friday night/saturday morning with pain going all the way down the leg

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at right C1, left C2, T2, T3, T5, T6, T7, T8, L1, L2, L3 and L4.

The patient's spine was adjusted with activator using the prone dorsal technique.
The patient's lumbar spine was adjusted using the flexion/distraction 20/100 technique.
**Prefers** this helps take away the pain

An extremity subluxation was discovered and adjusted in the bilateral knee drop-board
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling the same.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return twice a week.

**Diagnosis**      M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction

A&IC_000083

**Accident & Injury Chiropractic**
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| Patient: LaRocque, Linda | Acct #: ▮▮▮▮ | DOB: ▮▮▮▮ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 10/26/2020 |
|---|---|
| Provider | J. Erik Bulmer, D.C. |

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

bilateral leg soreness today, increased on the left. Linda did a lot of gardening over the weekend.

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted using the Activator at right C1, right C2, left C4, left C5, right C7, right T1, right T2, left T4, left T5, left T7, right T8, right T9, right T10, left T12, left L3, right L4 and right L5.

The patient's spine was adjusted with activator using the prone dorsal technique.
The patient's lumbar spine was adjusted using the flexion/distraction 30/100 technique.

**Prefers** this helps take away the pain

****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Patients condition is progressing as expected for the injuries sustained and the treatment rendered to date.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return twice a week.

| Diagnosis | M99.01: Cervical Segmental Dysfunction |
|---|---|
| | M99.02: Thoracic Segmental Dysfunction |
| | M99.03: Lumbar Segmental Dysfunction |

A&IC_000093

# Chart Notes

## LaRocque, Linda

**Accident & Injury Chiropractic**
**1702 South 72nd, Ste A**
**Tacoma, WA 98408-1238**
**Phone: (253) 474-0677**
**Fax: (253) 474-3540**

| Patient: LaRocque, Linda | Acct #: ███ | DOB: ███ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 01/26/2021 |
|---|---|
| Provider | J. Erik Bulmer, D.C. |

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at right C6 and left C3.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted using the Activator at right T2, right T3, right T4, left T8, left T9, left T10, right T12, right L4, right L5, left L3, right pelvis and left sacrum.

**Prefers** this helps take away the pain
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan. It is recommended that she return once a week.

| Diagnosis | M99.01: Cervical Segmental Dysfunction |
|---|---|
| | M99.02: Thoracic Segmental Dysfunction |
| | M99.03: Lumbar Segmental Dysfunction |

# Chart Notes

**LaRocque, Linda**

| Patient: LaRocque, Linda | Acct #: ■■■■ | DOB: ■■■■■ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| Date | 02/02/2021 |
|---|---|
| **Provider** | **J. Erik Bulmer, D.C.** |

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at right C2, right C3, left C6, left C7, T4, T3, left pelvis, right sacrum, right L5, right L4 and right L3.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted using the Activator at right T2, right T3, right T4, left T8, left T9, left T10, right T12, right L4, right L5, left L3, right pelvis and left sacrum.

**Prefers** this helps take away the pain
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return once a week.

**Diagnosis**     M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction

A&IC_000117

**Accident & Injury Chiropractic**
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| Patient: LaRocque, Linda | Acct #: ▮ | DOB: ▮ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    06/08/2021**

**Provider   J. Erik Bulmer, D.C.**

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

Moderate left knee pain

Referred to PT: Anchor

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted using the Activator at left C2, left C1, right C5, right C4, left T5, left T4, left T3, right T10, right T9, left L5, left L4 and right L3.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at right pelvis and left sacrum.

left knee adjustment A-P

**Prefers** this helps take away the pain
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return once a week.

| Diagnosis | M99.01: Cervical Segmental Dysfunction |
|---|---|
| | M99.02: Thoracic Segmental Dysfunction |
| | M99.03: Lumbar Segmental Dysfunction |
| | S83.8X2A: Left Knee Sprain |
| | S73.192A: Left Hip Sprain |

A&IC_000135

# Chart Notes

**LaRocque, Linda**

Accident & Injury Chiropractic
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| Patient: LaRocque, Linda | Acct #: ▓▓▓ | DOB: ▓▓▓ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

| **Date** | **09/14/2021** | |
|---|---|---|
| **Provider** | **J. Erik Bulmer, D.C.** | *** *continued from previous page* *** |

**Diagnosis**    M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction
S83.8X2A: Left Knee Sprain
S73.192A: Left Hip Sprain

A&IC_000156

# Chart Notes

**LaRocque, Linda**

| Patient: LaRocque, Linda | Acct #: ▮ | DOB: ▮ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date** 10/14/2021

**Provider** J. Erik Bulmer, D.C.

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

Low back pain
Left knee pain

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted using the Activator at right C1, right C2, left C5, left C4, left C6, left T5, left T4, right T8, right T9, right T10, right L5, right L4, left L3 and left L2.

tight to adj midback

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at right pelvis and left sacrum.

left knee adjustment A-P

**Prefers** this helps take away the pain
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return in 2 weeks.

A&IC_000163

# Chart Notes

**LaRocque, Linda**

**Accident & Injury Chiropractic**
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| Patient: LaRocque, Linda | Acct #: ▮▮▮ | DOB: ▮▮▮ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    05/03/2022**

**Provider    J. Erik Bulmer, D.C.**

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at right pelvis, left L5 and left L4.

Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted using the Activator at right C1, right occiput, left C4, left C5, left T4, left T3, right T8, right T9, left L5 and left L4.

The patient's lumbar spine was adjusted using the flexion/distraction technique.

**Prefers** this helps take away the pain
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return once a week.

**Diagnosis**      M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction
S83.8X2A: Left Knee Sprain
S73.192A: Left Hip Sprain

A&IC_000193

# Chart Notes

**LaRocque, Linda**

**Accident & Injury Chiropractic**
**1702 South 72nd, Ste A**
**Tacoma, WA 98408-1238**
**Phone: (253) 474-0677**
**Fax: (253) 474-3540**

| Patient: LaRocque, Linda | Acct #: 37080 | DOB: ██████ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date   01/04/2023**

**Provider   J. Erik Bulmer, D.C.**

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

Mid back pain bilateral

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at left C3, right C6, right C5, right T4, right T3, T7, left pelvis and right pelvis.

The patient's lumbar spine was adjusted using the flexion/distraction technique.

**Prefers** this helps take away the pain
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan.  It is recommended that she return once a week.

| Diagnosis | M99.01: Cervical Segmental Dysfunction |
|---|---|
| | M99.02: Thoracic Segmental Dysfunction |
| | M99.03: Lumbar Segmental Dysfunction |
| | S83.8X2A: Left Knee Sprain |
| | S73.192A: Left Hip Sprain |

A&IC_000220

# Chart Notes

**LaRocque, Linda**

**Accident & Injury Chiropractic**
1702 South 72nd, Ste A
Tacoma, WA 98408-1238
Phone: (253) 474-0677
Fax: (253) 474-3540

| Patient: LaRocque, Linda | Acct #: ███ | DOB: ███ |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date** 05/03/2023

**Provider** J. Erik Bulmer, D.C.

**Subjective:**
Linda sought treatment today complaining of pain in the cervical, upper thoracic and lumbar

**Objective:**
Multiple subluxations with spasm, hypomobility and end point tenderness were found and adjusted at left C3, left C4, right C6, T3, T2, T6, left pelvis and right pelvis.

The patient's lumbar spine was adjusted using the flexion/distraction technique.

**Prefers** this helps take away the pain
****Left Knee--Straight A-P with bolster - ONLY**** Left knee ligament laxity

**Assessment:**
Linda reported feeling better after the treatment.

**Plan:**
We will continue to treat Linda as per the examination findings and continue the existing treatment plan. It is recommended that she return once a week.

**Diagnosis**   M99.01: Cervical Segmental Dysfunction
M99.02: Thoracic Segmental Dysfunction
M99.03: Lumbar Segmental Dysfunction
S83.8X2A: Left Knee Sprain
S73.192A: Left Hip Sprain

A&IC_000230