EXHIBIT 6

## 11/25/2025 - Office Visit In MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes

#### Nursing Note by Maritess D Jose, LVN/LPN at 11/25/2025 1330

| | | |
|---|---|---|
| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
| Filed: 11/25/2025 1:17 PM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

**Chief Complaint**
Patient presents with
- Left Foot - Pain
- Consultation

Additional Details: States stepped wrong going up the stairs last Thursday night. States that she had bruising. Has warmth and swelling. Rest, ice, Ibuprofen, Tylenol, and elevate. Pain is lateral of foot.

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.
Maritess D Jose, LVN/LPN

Allergy list changes/discrepancies : None

Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient and spouse
Patient accompanied by: Steven Larocque

    Electronically signed by Maritess D Jose, LVN/LPN at 11/25/2025 1:17 PM

#### Progress Notes by Alex A Pittman, PA-C at 11/25/2025 1330

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 11/25/2025 2:44 PM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | Cosigner: Hossein Pakzad Sedigh, MD at 11/25/2025 11:26 PM |

Chief Complaint -left lateral ankle pain

Injury -she states she was going up the stairs last Thursday when she felt a pop in the lateral aspect of her ankle

HPI -67-year-old female status post above noted injury afterwards patient states she had significant ecchymosis and swelling on the lateral aspect of her ankle she denies any inversion she is now here today for orthopedic evaluation and treatment options states this is hard to bear weight and range of motion and strength is limited she denies any numbness

Left foot and ankle exam

Sensory intact

First capillary refill

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓ Legal Sex: F
Visit date: 11/25/2025

Page 123

Printed by 403528 at 2/12/26 4:51 PM

MC_003662

## 11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

No significant ecchymosis

significant swelling lateral aspect of the foot and ankle

Tender to palpation throughout the peroneals

Range of motion is limited in dorsiflexion as well as inversion and eversion

Patient states it is painful to resist dorsiflexion as well as eversion

Nontender to palpation throughout the midfoot 1st through 5th metatarsal phalangeal's

Nontender to palpation throughout the distal third of the fibula tibia and syndesmosis

Not specifically tender to palpation over the ATFL plate PTFL calcaneofibular and deltoid ligament

Diagnosis - 1. Possible peroneal tendon injury left ankle

Clinical Exam and Imaging was discussed with patient. Afterwards we discussed epidemiology and etiology of the diagnosis, as well as treatment options. We worked together to form a treatment plan that is best suited for the above noted diagnosis.


Exam Postives -tender to palpation throughout the peroneals


Imaging -images the left foot and ankle demonstrate no obvious out of acute fracture or dislocation awaiting official read by TRA radiologist


Plan

Medication -continue home medications

Casting/DME -boot immobilization to stabilize ankle

Weightbearing Status-limited left lower extremity

Activity -Limited left lower extremity

Follow up -at this time we discussed various treatment options. Patient would benefit from stat MRI to further assess for potential tendon injury patient placed in a boot today and instructed to limit her activities left lower extremity until MRI was performed patient agrees to this plan


Patient counseled on physical exam findings, Any and all imaging and/or lab findings, as well as the assessment , and plan. Discussed all points with patient at length, and in lay language. Patient verbalized understanding of all patient teaching. Discussed all risks versus benefits of treatment with the patient in detail. Discussed alternatives to selected treatment, including performing no treatment at all. No guarantee is made, offered or suggested regarding treatment

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: ■■■■■ Legal Sex: F
Visit date: 11/25/2025

Page 124

Printed by 403528 at 2/12/26 4:51 PM

MC_003663

**11/25/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)**

**Clinical Notes (continued)**

outcome.

Patient is aware that I am a physician assistant not a medical doctor and as such I act as a physician extender for multicare orthopedics and sports medicine.

Note is being sent to the physician that specializes in the above noted diagnosis for co signature and to ensure appropriate treatment is being followed. If an error in the treatment plan is identified by the surgeon the patient will be contacted to correct plan of care. Otherwise plan will be continued as specified above with agreement from surgeon.

All patient scheduling is decided by multicare orthopedics and sports medicine care line administrators and physicians, including timeframe and pathology being seen, unless otherwise delineated in chart.

*The documentation above was entered into the medical record using voice recognition software. Any errors in spelling, context, or content potentially affecting patient care should be brought to my attention, so appropriate corrective measures can be taken.*

    Electronically signed by Alex A Pittman, PA-C at 11/25/2025 2:44 PM
    Electronically signed by Hossein Pakzad Sedigh, MD at 11/25/2025 11:26 PM

**Procedures by Alex A Pittman, PA-C at 11/25/2025 1646**

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 11/25/2025 4:46 PM | Encounter Date: 11/25/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | |

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB:      Legal Sex: F
Visit date: 11/25/2025

Page 125

Printed by 403528 at 2/12/26 4:51 PM

MC_003664

## 11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor

**MultiCare Health System**

**Patient Name: LAROCQUE, LINDA J**          **MRN:** 172930
                                              **CSN:** 427841273

### Account Information

| Admit Date | HAR# | Pt Class | Hospital Svc | Bed |
|---|---|---|---|---|
| 11/18/2025 | | | No service for | |

**Admitting Physician:**

**Chief Complaint:** Left Hip - Pain; Imm/Inj
**Adm Dx:**

Gestational Age: <None>

### Patient Information



### Guarantor Information

### Primary Insurance

### Secondary Insurance

### Accident Information

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: ▆ Legal Sex: F
Visit date: 11/18/2025

Page 177                                          Printed by 403528 at 2/12/26 4:51 PM

MC_003716

## 11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

**Accident Type:**
**Injury Date:**
**Place of Injury:**

2/12/2026 4:51 PM

**Medical Records use only -(HAR ID)**
-

### Hospital Account

Not on file

### Reason for Visit

#### Chief Complaints

- Pain - Left Hip
- Imm/Inj (USG corticosteroid injection to the left hip. Referred by Dr. Adler)

#### Visit Diagnosis

- Arthritis of left hip (primary) [M16.12]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
| --- | --- | --- |
| Alex A Pittman, PA-C | Alex A Pittman, PA-C | Zachary B Adler, MD |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| MultiCare Orthopedics & Sports Medicine - Gig Harbor | 4545 Point Fosdick Dr Ste 145 Gig Harbor WA 98335-1700 | 253-792-6555 | 253-530-8252 |

#### Level of Service

| Level of Service |
| --- |
| **P NO CHARGE VISIT** |

### Call Information

| | Provider | Department | Center |
| --- | --- | --- | --- |
| 11/18/2025 10:30 AM | Alex A Pittman, PA-C | MC ORTHO & SPORTS GH | MOSGH |

### Clinical Notes

#### Nursing Note by Maritess D Jose, LVN/LPN at 11/18/2025 1030

| | | |
| --- | --- | --- |
| Author: Maritess D Jose, LVN/LPN | Service: Sports Medicine | Author Type: Licensed Practical Nurse |
| Filed: 11/18/2025 9:59 AM | Encounter Date: 11/18/2025 | Status: Signed |
| Editor: Maritess D Jose, LVN/LPN (Licensed Practical Nurse) | | |

### Chief Complaint
Patient presents with
- Left Hip - Pain
- Imm/Inj
  *USG corticosteroid injection to the left hip. Referred by Dr. Adler*

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
Visit date: 11/18/2025

Page 178

Printed by 403528 at 2/12/26 4:51 PM

MC_003717

## 11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)

### Clinical Notes (continued)

Additional Details: Patient is here for a USG injection to the left hip. Referred by Dr. Adler.

Medication list changes/discrepancies: Medications current/updated per interview with patient. Not taking any additional medications.
Maritess D Jose, LVN/LPN

Allergy list changes/discrepancies : None
Health Maintenance: no orders are pended

Medications and allergies reviewed with: Patient
Patient accompanied by: Self only

Electronically signed by Maritess D Jose, LVN/LPN at 11/18/2025 9:59 AM

### Progress Notes by Alex A Pittman, PA-C at 11/18/2025 1030

| | | |
|---|---|---|
| Author: Alex A Pittman, PA-C | Service: Orthopedics | Author Type: Physician Assistant |
| Filed: 11/18/2025 1:02 PM | Encounter Date: 11/18/2025 | Status: Signed |
| Editor: Alex A Pittman, PA-C (Physician Assistant) | | Cosigner: Zachary B Adler, MD at 11/19/2025 2:35 PM |

Chief Complaint - Left hip pain

HPI -67 year-old female here for Left intra-articular hip injection she denies any changes since last visit.

Left hip exam

Sensory intact
Brisk capillary refill

Procedure Left intra-articular hip injection with ultrasound guidance

Risks and benefits were discussed in great detail. Patient gave verbal consent. The patient was laid supine the procedure began with visualization of the hip joint images were saved and stored. Then neurovascular structures medial to the hip were visualized. Images were saved and stored. Afterwards patient was prepped with chlorhexidine using sterile ultrasound gel visualization of hip was obtained. Patient was injected with 40 mg of Kenalog and 3 cc of 1% lidocaine using a 22-gauge 3.5 inch spinal needle injected anteriorly. Visualization with ultrasound was utilized needle pierced the capsule at the femoral neck during the procedure joint capsule was visualized to expand. Post procedure images were saved and

MULTICARE GIG HARBOR
MEDICAL PARK
4545 Point Fosdick Drive
GIG HARBOR WA 98335-1700

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 11/18/2025

Page 179

Printed by 403528 at 2/12/26 4:51 PM

MC_003718

**11/18/2025 - Office Visit in MultiCare Orthopedics & Sports Medicine - Gig Harbor (continued)**

**Clinical Notes (continued)**

stored. Patient tolerated procedure well.

Diagnosis - 1. Left hip pain status post left
intra-articular hip injection

Clinical Exam and Imaging was discussed with patient. Afterwards we
discussed epidemiology and etiology of the diagnosis, as well as
treatment options. We worked together to form a treatment plan that is
best suited for the above noted diagnosis.

Plan

At this time patient will return to activities as tolerated he will follow-
up for repeat evaluation to judge the efficacy of injection. Immediately
after injection patient states she had

HAD IMPROVEMENT

The patient was given warning signs of neurovascular compromise or
infection if any of these occur he will contact clinic as soon as possible
or present to ED

*The documentation above was entered into the medical record using
voice recognition software. Any errors in spelling, context, or content
potentially affecting patient care should be brought to my attention, so
appropriate corrective measures can be taken.*

Electronically signed by Alex A Pittman, PA-C at 11/18/2025 1:02 PM
Electronically signed by Zachary B Adler, MD at 11/19/2025 2:35 PM

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate
instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Free Text Medication Entry (OTHER)**

MULTICARE GIG HARBOR          Larocque, Linda J
MEDICAL PARK                 MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
4545 Point Fosdick Drive      Visit date: 11/18/2025
GIG HARBOR WA 98335-1700

Page 180                                                          Printed by 403528 at 2/12/26 4:51 PM

MC_003719

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

**Medication List (continued)**

### alprazolam (XANAX) 0.25 MG Tab

| | |
|---|---|
| Discontinued by: Jennifer L Reed, ARNP | Discontinued on: 1/21/2026 |

Reason for discontinuation: Reorder
Instructions: Take 1 Tablet by mouth three times a day as needed for anxiety. Must last 3 months

| | |
|---|---|
| Authorized by: Charlotte A Haley, MD | Ordered on: 10/15/2025 |
| Start date: 10/15/2025 | End date: 1/20/2026 |
| Quantity: 15 Tablet | Refill: 2 refills by 4/13/2026 |

**Stopped in Visit**

None

**Medication Comment**

### Alexis A Dillon, MA on 8/5/2024 0832

Medds and pharmacy updated

## Imaging

### Imaging

#### XR Knee 4+ Views Complete Right (Final result) [985591144]

| XR Knee 4+ Views Complete Right [985591144] | Resulted: 11/07/25 0823, Result status: Final result |
|---|---|

| | |
|---|---|
| Ordering provider: Zachary B Adler, MD  11/07/25 0821 | Order status: Completed |
| Filed by: Zachary B Adler, MD  11/07/25 0853 | Performed: 11/07/25 0823 - 11/07/25 0842 |

Accession number: 45314673
Impression:
I personally reviewed and interpreted weight bearing 4 view x-rays of the right knee(s) (weight bearing A) dated 11/7/25.

The Kellgren & Lawrence system is method of classifying the severity of knee osteoarthritis. This is classified into five grades:
grade 0 - no radiographic features of OA are present
grade 1 - doubtful joint space narrowing (JSN) and possible osteophytic lipping
grade 2 - the presence of definite osteophytes and possible JSN on anteroposterior weight-bearing radiograph.
grade 3 - multiple osteophytes, definite JSN, sclerosis, possible bony deformity
grade 4 - large osteophytes, marked JSN, severe sclerosis and definitely bony deformity

Utilizing this scoring system, Linda J Larocque has KL Grade 4 knee arthritis.  Degenerative changes most severe in the patellofemoral and medial compartment.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery
Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

**Indications**

Arthritis of right knee [M17.11 (ICD-10-CM)]

**All Reviewers List**

Zachary B Adler, MD on 11/7/2025 10:33

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▮▮▮▮ Legal Sex: F
Visit date: 11/7/2025

Page 201

Printed by 403528 at 2/12/26 4:51 PM

MC_003740

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Imaging (continued)

#### XR Knee 3 Views Left (Final result) [985591145]

| XR Knee 3 Views Left [985591145] | Resulted: 11/07/25 0823, Result status: Final result |
|---|---|

Ordering provider: Zachary B Adler, MD  11/07/25 0821
Filed by: Zachary B Adler, MD  11/07/25 0852
Accession number: 45314674
Impression:

Order status: Completed
Performed: 11/07/25 0823 - 11/07/25 0842

Radiographs obtained, reviewed, and interpreted by me: 2 views of the left knee on 11/7/25

Prior studies for comparison are dated 5/24/214, 3/1/24, and 12/22/23

Clinical history: Status post left revision total knee arthroplasty.

Findings: AP, lateral, and merchant's views of the left knee demonstrate stable appearance of revision total knee arthroplasty of the left knee without any evidence for loosening, mechanical complication, periprosthetic fracture, or implant malposition. Patella has been excised. There has been no change compared to prior study.

Impression: Stable left revision total knee arthroplasty with associated findings as outlined above.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

#### Indications

S/P revision of total knee, left [Z96.652 (ICD-10-CM)]

#### All Reviewers List

Zachary B Adler, MD on 11/7/2025 10:33

#### XR Hip 2-3 Views Left With Pelvis (Final result) [985594403]

| XR Hip 2-3 Views Left With Pelvis [985594403] | Resulted: 11/07/25 0829, Result status: Final result |
|---|---|

Ordering provider: Zachary B Adler, MD  11/07/25 0828
Filed by: Zachary B Adler, MD  11/07/25 0850
Accession number: 45314885
Impression:

Order status: Completed
Performed: 11/07/25 0823 - 11/07/25 0842

I personally reviewed and interpreted AP Pelvis weight bearing with lateral x-rays of the left hip dated 11/7/25. These reveal mild and moderate degenerative joint disease with mild and moderate osteophyte formation, mild and moderate joint space narrowing, mild subluxation and deformity. The contralateral right hip demonstrates mild DJD.

Tonnis Classification describes progressive degrees of degenerative changes in the hip.

Grade 0: No signs of osetoarthritis
Grade 1: Slight narrowing of the joint space, slight lipping at the joint margin, and slight sclerosis of the femoral head or acetabulum
Grade 2: Small bony cysts, increasing narrowing of the joint space, and moderate loss of femoral head sphericity
Grade 3: Large bony cysts, severe narrowing or obliteration of the joint space, severe femoral head deformity, and/or avascular necrosis

Using this grading system, the patient has Grade 1-2 hip degenerative joint disease of the left hip.

Zachary B Adler, MD
Orthopaedic surgeon specializing in hip and knee arthroplasty, revision total joint replacement, and orthopaedic trauma surgery

Acknowledged by: Zachary B Adler, MD on 11/07/25 1033

ALLENMORE BUILDING C
3124 S 19TH ST
TACOMA WA 98405-1702

Larocque, Linda J
MRN: 172930, DOB: ▓▓▓▓  Legal Sex: F
Visit date: 11/7/2025

Page 202

Printed by 403528 at 2/12/26  4:51 PM

MC_003741

## 11/07/2025 - Ancillary Procedure in MC Ortho & Sports Med-Tac Imaging (continued)

### Imaging (continued)

#### Indications

Arthritis of left hip [M16.12 (ICD-10-CM)]

#### All Reviewers List

Zachary B Adler, MD on 11/7/2025 10:33

**Results**                                                                 (Order )

### END OF IMAGING QUESTIONNAIRE REPORT

### Preferred Pharmacy

#### Patient Instructions

None

ALLENMORE BUILDING C     Larocque, Linda J
3124 S 19TH ST           MRN: 172930, DOB: ▮▮▮▮  Legal Sex: F
TACOMA WA 98405-1702     Visit date: 11/7/2025

Page 203                                  Printed by 403528 at 2/12/26  4:51 PM

MC_003742