UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA LAROCQUE,

Plaintiff,

v.

THE KROGER CO., a foreign corporation doing business in Washington state; and FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state,

Defendants.

NO. 3:25-cv-05380-MJP

DECLARATION OF SKYLER P. URBAN IN SUPPORT OF DEFENDANT GATEKEEPER SYSTEMS, INC.S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

I am over the age of 18 and am competent to testify to the matters set forth herein and I am one of the attorneys of record for Defendant Gatekeeper Systems, Inc. The facts set forth in this declaration are based on my personal knowledge.

1. Attached as **Exhibit A** are true and correct excerpts from the deposition of Gatekeeper's CR 30(b)(6) designee, Ryan Harter.

//

//

DECLARATION OF SKYLER P. URBAN IN SUPPORT OF DEFENDANT GATEKEEPER SYSTEMS, INC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT - 1

**FLOYD | PFLUEGER**
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

Dated this 6th day of July, 2026.

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS, P.S.

By: _____
Skyler P. Urban, WSBA No. 58761
3101 Western Ave, Suite 400
Seattle, WA  98121
206-441-4455
surban@nwtrialattorneys.com
*Attorney for Defendant Gatekeeper*
*Systems, Inc.*

DECLARATION OF SKYLER P. URBAN IN SUPPORT OF DEFENDANT
GATEKEEPER SYSTEMS, INC'S REPLY IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT - 2

# DECLARATION OF SERVICE

Pursuant to RCW 9A.72.085, I declare under penalty of perjury and the laws of the State of Washington that on the below date, I delivered a true and correct copy of the foregoing via the method indicated below to the following parties:

| | | |
|---|---|---|
| Robert C. Wilke<br>Ian M. Leifer<br>Gordon Thomas Honeywell, LLP<br>1201 Pacific Avenue, Ste. 2100<br>Tacoma, WA  98401<br>rwilke@gth-law.com<br>ileifer@gth-law.com | *Counsel for Plaintiff* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |
| John R. Barhoum<br>Sarah Tuthill-Kveton<br>Hanna R. Lukes<br>Samuel ben Behar<br>Chock Barhoum, LLP<br>121 SW Morrison St, Suite 500<br>Portland, OR  97204<br>john.barhoum@chockbarhoum.com<br>sarah@chockbarhoum.com<br>hanna.lukes@chockbarhoum.com<br>sam.behar@chockbarhoum.com | *Counsel for Defendants The Kroger Company and Fred Meyer Stores, Inc.* | ☒ Via Email/E-Service<br>☐ Via U.S. Mail |

DATED this 6th day of July, 2026.

*s/ Sophia E. S. Katinas*
Sophia E. S. Katinas, Legal Assistant

**FLOYD | PFLUEGER**
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455