EXHIBIT A

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

_____

LINDA LAROCQUE,                          )
                                         )
              Plaintiff,                  )
vs.                                      )
                                         )
THE KROGER CO., a foreign                )        Case No.
corporation doing business in            )     2:25-cv-05380
Washington state; and, FRED              )
MEYER STORES, INC., a foreign            )
corporation doing business in            )
Washington state, a/k/a                  )
TACOMA-STEVENS FRED MEYER,               )
GATEKEEPER SYSTEMS, INC., a              )
foreign corporation doing                )
business in Washington state,            )
                                         )
              Defendants.

_____

REMOTE VIDEOTAPED 30(B)(6) DEPOSITION UPON ORAL

EXAMINATION OF GATEKEEPER SYSTEMS, INC. DESIGNEE

RYAN HARTER

_____

1:00 p.m.
April 14, 2026
Remote via Zoom


CARRIE L. PUMNEA, RPR, CCR #2130
CARRIE REPORTING, LLC
16212 Bothell-Everett Highway, Suite F-328
Mill Creek, Washington  98012
206.940.9200
carriereportingllc@outlook.com

talked about in the Purchek ecosystem outside of the SmartExit cameras and the Purchek system itself.

Q. And you said -- I get it that the store can't make any tweaks or modifications on their own. I was just getting at what options they can come to you and say, "Hey, we want this tweaked. We want you to change this."

Is there anything we haven't discussed as far as options that they can request Gatekeeper makes that are feasible?

A. No. Other than the time limits, there's not much that we can change on it.

Q. Okay. When does -- one sec. So empty-cart activations, the smart check, when did -- do you know when Gatekeeper -- I'm sorry, when Gatekeeper first offered that product, what year?

MR. URBAN: Object to form to the extent it's beyond the scope.

A. It was pretty recently. So it wasn't at the time of this installation.

Q. Do you know why Gatekeeper decided to offer that product, what the motivating factor was, if you know?

MR. URBAN: Same objection.

A. To stop empty carts from locking.