UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDA LAROCQUE,

Plaintiff,

v.

THE KROGER CO., et al.,

Defendants.

Case No. 3:25-cv-05380-TMC

ORDER ON PENDING MOTIONS

## I.   ORDER

On August 5, 2026, the Court held a hearing on all pending motions. Dkts. 59, 94, 112, 114. For the reasons stated on the record, the Court ORDERS as follows:

1. The motion for summary judgment submitted by Defendants The Kroger Co. and Fred Meyer Stores, Inc. is DENIED. Dkt. 59.

2. Plaintiff's motion to exclude expert witnesses Alan Brown, M.D., Manuel Meza-Arroyo, and Gadir Hazime is GRANTED. Dkt. 94. Plaintiff's request in that motion for attorney's fees and sanctions under Rule 11 is DENIED.

3. Plaintiff's motion for partial summary judgment is GRANTED IN PART. Dkt. 112. All questions related to causation shall be determined by the jury, but there is no genuine factual dispute that (1) Plaintiff's medical treatment was

ORDER ON PENDING MOTIONS - 1

reasonable and necessary to treat her conditions; and (2) the amounts of Plaintiff's medical expenses were reasonable.

4.      Defendant Gatekeeper's motion for summary judgment is GRANTED IN PART. Dkt. 114. Plaintiff's negligence and construction defect claims against Gatekeeper are dismissed. Plaintiff's WPLA design defect and failure-to-warn claims against Gatekeeper remain and will proceed to trial.

Dated this 5th day of August, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER ON PENDING MOTIONS - 2