IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>Defendants. | Civil Case No. 3:25-cv-05380-TMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER** |

***** ORDER ***.**

The Court having heard Defendant Kroger and Fred Meyer's Motion for Leave to Amend its Answer and responsive briefing, if any, hereby ADJUDGES, DECREES, and ORDERS:

(1) Defendants' Motion is GRANTED;

(2) Defendants shall file and serve the amended answer to the complaint with five (5) business days of this order.

Dated this ______________ day of ________________________, 2026.

______________________________________
THE HON. TIFFANY CARTWRIGHT

Presented by:

**CHOCK BARHOUM LLP**

Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
Address: 121 SW Morrison Street, Suite 500
Portland, OR 97204
Phone: (503) 223-3000
Attorneys for Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>Defendants. | Civil Case No. 3:25-cv-05380-TMC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 10th day of August, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.

Additionally, I hereby certify that a true copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER** was served as stated below on:

| | |
|---|---|
| Robert C. Wilke<br>Gordon Thomas Honeywell, LLP<br>1201 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402<br>Attorneys for *Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>Fax #: (253) 620-6565<br>☑ By e-mail:<br>rwilke@gth-law.com<br>☐ By court eFiling Application to the |

extent registered

Francis S. Floyd
Floyd Pflueger, P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121
Attorneys for *Defendant Gatekeeper Systems, Inc.*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
Fax #: (206) 441-8484
☐ By e-mail:
ffloyd@nwtrialattorneys.com
☐ By court eFiling Application to the extent registered

*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 10th day of August, 2026.

**CHOCK BARHOUM LLP**

Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
Address: 121 SW Morrison Street, Suite 500
Portland, OR 97204
Phone: (503) 223-3000
Attorneys for <Defendant(s)> The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer