IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

FOR THE COUNTY OF PIERCE

| | |
|---|---|
| LINDA LAROCQUE,<br>Plaintiff,<br>v.<br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br>Defendants.<br>. | Case No.: 3:25-cv-05380-TMC<br>**DECLARATION OF SAMUEL BEN BEHAR IN SUPPORT OF DEFENDANTS KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER** |

I, Samuel ben Behar, declare as follows:

1. I am one of the attorneys for The Kroger Co. and Fred Meyer Stores, Inc. (hereinafter "Defendants"). I make this Declaration in support of Defendants' motion for leave to amend its answer. This Declaration is based on personal knowledge and I am competent to testify to the matters herein.
2. Exhibit A is a true and correct copy of Excerpts of Deposition of Steven Larocque.
3. Exhibit B is a true and correct copy of Defendant Kroger's Answer



**CHOCK BARHOUM LLP**
121 SW Morrison St., Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

**I HEREBY DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT**.

DATED this 10th day of August, 2026.

**CHOCK BARHOUM LLP**

Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
Attorney for Defendants The Kroger Co. and Fred Meyer Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **DECLARATION OF SAMUEL BEN BEHAR IN SUPPORT OF DEFENDANTS KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER** was served on:

| | |
|---|---|
| Robert C. Wilke<br>Gordon Thomas Honeywell, LLP<br>1201 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402<br>*Attorneys for Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>☐ Fax #: (253) 620-6565<br>☑ By e-mail:<br>rwilke@gth-law.com |
| Francis S. Floyd<br>Floyd Pflueger, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>*Attorneys for Defendant Gatekeeper Systems, Inc.* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>☐ Fax #: (206) 441-8484<br>☑ By e-mail:<br>ffloyd@nwtrialattorneys.com |

*With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 10th day of August, 2026.

**CHOCK BARHOUM LLP**

Samuel ben Behar, WSBA #46586
Email: sam.behar@chockbarhoum.com
Attorney for Defendants The Kroger Co. and Fred Meyer Stores, Inc.