IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT PIERCE

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE; AND, FRED MEYER STORES, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE, A/K/A TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE,<br><br>Defendant. | No. 3:25-cv-05380-MJP |

VIDEOCONFERENCE DEPOSITION OF STEVEN LAROCQUE

Taken in behalf of the Defendants

* * *

September 11, 2025

BE IT REMEMBERED that the deposition of STEVEN LAROCQUE was taken before Amy A. Dalton, Certified Court Reporter and Notary Public, on September 11, 2025, commencing at the hour of 10:02 a.m., via Zoom.

APPEARANCES:

GORDON THOMAS HONEYWELL
Counsel for Plaintiff
1201 Pacific Ave, Ste 2100
Tacoma, WA 98402
BY ROBERT C. WILKE
rwilke@gth-law.com

CHOCK BARHOUM
Counsel for Fred Meyer
121 SW Morrison St, Ste 500
Portland, OR 97204
BY HANNA R. LUKES
hanna.lukes@chockbarhoum.com

FLOYD PFLUEGER
Counsel for Gatekeeper
3101 Western Ave, Ste 400
Seattle, WA 98121
BY SKYLER P. URBAN
surban@nwtrialattorneys.com

ALSO PRESENT: Linda Larocque

understand what I'm talking about?
    A.   Uh-huh.  Yes.
    Q.   Okay.  So you were -- you were there, correct?
    A.   Yes.
    Q.   Okay.  So why don't you tell me in as much detail as you remember just what happened starting at the very beginning of the day to the very end of that day.
               (Mr. Leifer entered the deposition.)
    A.   Whoa.  We had to go out and get some medical supplies 'cuz I was having a scheduled colonoscopy.  So the wife and I were out driving around and the place we usually get our magnesium -- whatever, the liquid magnesium, we usually got it from Fred Meyer's, so we went over to Fred Meyer's to -- to get the magnesium.  So we go into Fred Meyer's and I grab the cart for my wife because she needs it to help her walk around.  And we go in and we start looking and looking; couldn't seem to find it.  So we didn't want to bother to ask because it was busy, so we said, "Let's just go," so we went to leave.  And so as we were leaving walking out the front door I'm right behind her and as she got to that part, the cart locked up.  She stopped and said

"Ow," and I bumped into her because I was right behind her. She -- I go, "What's wrong? What's wrong?" She goes, "The cart, it stopped, and I hit my knee." And I said, "What?" and I looked at her knee and she had a little mark on there. And then by that time the -- the worker who's standing there, he comes over and we're going "What's going on here?" "Oh, we -- we do that because of people stealing." Of course that makes my wife more upset because she's not stealing. So here we are and he's kind of making jokes about it, and that -- that was, like, his third or fourth time he's had to deal with that today. And my wife was really upset, so I said, "Come on. Let's just get out of here." I pushed the cart out of the way because it was locked and he was trying to unlock it. And I took my wife, we went to the car, we went home, and she complained about the pain. It was -- it was constant. She put her leg up. We put ice on it. And I said, "Should we see a doctor now?" She goes, "No. No. I have -- I'm going to go see my doctor tomorrow. I have an appointment. I'll deal with it." So that's what we did. So we waited at home. She had -- in pain. She had to suffer and wait until her doctor's appointment, and then she went and saw the doctor

Ms. Larocque?
A. I would say about six inches to a foot.
Q. I know you said you heard Ms. Larocque say "Ow." Did you hear any other noises?
A. No.
Q. Did you hear her knee strike the cart?
A. No.
Q. Did you hear the cart come to a halt?
A. No.
Q. Did you hear the wheels, like, skid or stutter?
A. Nope.
Q. How hard did you hit Ms. Larocque when you ran into her?
A. Not that hard, just like a slight touch bump because, you know, she stopped all of a sudden. I did not slam into her. It was just like a bump.
Q. Did you -- like, did you brace yourself with your hands?
A. No.
Q. What part of --
A. I just -- I just, like, walked into her with me, you know, my body (indicating).
Q. Oh, okay. So just for the -- just for the record, you gestured to your body, so, like, you --