HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>Defendants. | NO. 3:25-cv-05380<br><br>[PROPOSED] ORDER DENYING DEFENDANTS KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER<br><br>NOTED: AUGUST 31, 2026 |

The Court has considered Plaintiff Linda LaRocque's Opposition to Defendants Kroger Co. and Fred Meyer Stores, Inc.'s Motion for Leave to Amend Its Answer against together with the material provided by counsel. Based upon those materials, and any oral arguments that took place, it is

ORDERED that Defendants Kroger Co. and Fred Meyer Stores, Inc.'s Motion for Leave to Amend Its Answer is DENIED.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

DONE IN OPEN COURT this ____ day of _________________, 2026.

_______________________________________
HONORABLE TIFFANY M. CARTWRIGHT

Presented by:

GORDON THOMAS HONEYWELL LLP

By ___________________________________
Robert C. Wilke, WSBA No. 49937
rwilke@gthlaw.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for Plaintiff



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565