HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>Defendants. | NO. 3:25-cv-05380<br><br>DECLARATION OF ROBERT C. WILKE IN SUPPORT OF PLAINTTIFF LINDA LAROCQUE'S OPPOSITION TO DEFENDANTS KROGER CO. AND FRED MEYER STORES, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER<br><br>NOTED: AUGUST 31, 2026 |

I, Robert C. Wilke, declare under penalty of perjury as follows:

1. I am one of the attorneys representing Plaintiff Linda Larocque.

2. Attached as **Exhibit 1** is a true and correct copy of Defendant Fred Meyer Stores Response to Plaintiff's First Request for Interrogatories and First Request for Production dated June 27, 2025.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

3. Attached as **Exhibit 2** is a true and correct copy of Defendant Fred Meyer Stores Amended Response to Plaintiff's First Request for Interrogatories and First Request for Production dated July 14, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of Defendant Fred Meyer Stores First Supplemental Amended Response to Plaintiff's First Request for Interrogatories and First Request for Production dated May 8, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of Defendant Kroger Co. Response to Plaintiff's First Request for Interrogatories and First Request for Production dated June 27, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of Defendant Kroger Co. Amended Response to Plaintiff's First Request for Interrogatories and First Request for Production dated July 14, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of Defendant Kroger Co. Second Amended Response to Plaintiff's First Request for Interrogatories and First Request for Production dated September 4, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of Defendant Kroger Co. Third Amended Response to Plaintiff's First Request for Interrogatories and First Request for Production dated September 11, 2025.

9. Attached as **Exhibit 8** is a true and correct copy of Defendant Kroger Co. First Supplemental Response to Plaintiff's First Request for Interrogatories and First Request for Production dated May 8, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the deposition transcript of Steven Larocque.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

Dated this 25th day of August, 2026 in Tacoma, Washington.

Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com

## DECLARATION OF SERVICE

I hereby declare that on August 25, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

| | |
|---|---|
| John R. Barhoum, WSBA #42776<br>Sarah Tuthill-Kveton, WSBA #51801<br>Hanna R. Lukes, WSBA #62610<br>Chock Barhoum LLP<br>121 SW Morrison Street, Suite 500<br>Portland, OR 97204<br>john.barhoum@chockbarhoum.com<br>sarah@chockbarhoum.com<br>hanna.lukes@chockbarhoum.com<br>michelle.heilbrun@chockbarhoum.com<br>devon.haggart@chockbarhoum.com<br>e-service@chockbarhoum.com | ☐ Via Legal Messenger<br>☐ Via U.S. Mail<br>☒ Via CM/ECF E-Filing<br>☒ Via Email |
| Francis S. Floyd, WSBA No. 10642<br>Skyler P. Urban, WSBA No. 58761<br>Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>ffloyd@nwtrialattorneys.com<br>surban@nwtrialattorneys.com<br>ecampbell@nwtrialattorneys.com<br>skatinas@nwtrialattorneys.com | ☐ Via Legal Messenger<br>☐ Via U.S. Mail<br>☒ Via CM/ECF E-Filing<br>☒ Via Email |

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Sarah M. Weger, Legal Assistant
sweger@gth-law.com



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565