HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>Defendants. | NO. 3:25-cv-05380<br><br>[PROPOSED] ORDER ON PLAINTIFF LINDA LAROCQUE'S MOTIONS IN LIMINE |

The Court has considered Plaintiff's motion for an order in limine, together with the material provided by counsel. Based upon those materials, and any oral arguments that took place, it is

ORDERED that the Defendants, its attorneys, and its witnesses shall not directly or indirectly mention, refer to, question, or attempt to convey to the jury in any manner any of the facts or opinions below without first obtaining the permission of the Court outside the presence and hearing of the jury. Further, the Defendants' attorneys are directed to



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

warn and instruct their client, and each of their witnesses to strictly follow this Order.

A. Evidence of Collateral Source Applications and Benefits Should Be Excluded.

RULING: Granted _____ Denied ______ Reserved ____

B. Fred Meyer Defendants Are Bound by the Testimony of their Rule 30(b)(6) Designee, Chad Peterson, and Testimony that Contradicts the Testimony of Mr. Peterson Should Not be Allowed.

RULING: Granted _____ Denied ______ Reserved ____

C. The Court Should Exclude Any Evidence Regarding Drug, Alcohol or Tobacco Use by Plaintiff or Her Friends and Family Members.

RULING: Granted _____ Denied ______ Reserved ____

D. Evidence Relating to Defenses not Alleged In Defendants' Answers or Never Produced in Discovery Responses Should be Excluded.

RULING: Granted _____ Denied ______ Reserved ____



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

E. Any Witnesses or Exhibits Not previously Disclosed During the Course of Discovery or Properly Identified Pursuant to the Pretrial Case Schedule, Unless Used Only for Impeachment Purposes.

RULING: Granted _____ Denied ______ Reserved ____

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

F. Defendants Should Not Be Permitted to Make Claims In Front of the Jury Without Evidence

RULING: Granted _____ Denied ______ Reserved ____

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________

G. Defendants Should Be Precluded from Introducing or Referencing Their Excluded Experts' Opinions or Offering Expert Opinions Through Lay Witnesses or Attorney Argument

RULING: Granted _____ Denied ______ Reserved ____

___________________________________________________________________

___________________________________________________________________

___________________________________________________________________



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

H. Defendant Gatekeeper Should Not Be Permitted to Argue Plaintiff's Human Factors Expert Does Not Meet the Reasonable Consumer Expectation Test Simply Because Levi Dixon Was Not Aware of the Term of Art for that Legal Standard

RULING: Granted _____ Denied ______ Reserved ____

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

I. All parties Should be Required to Provide Twenty-four Hours' Notice to Opposing Counsel of Their Intent to Call Witnesses at the Time of Trial.

RULING: Granted _____ Denied ______ Reserved ____

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

J. Exclusion of All Non-party Witnesses from the Courtroom During the Course of Trial.

RULING: Granted _____ Denied ______ Reserved ____

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

K. Prohibition of Witnesses Commenting on the Credibility of Other Witnesses.

RULING: Granted _____ Denied ______ Reserved ____

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

L. Duty to Inform Witnesses of Motion in Limine Orders.

RULING: Granted _____ Denied ______ Reserved ____

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

M. Defendants Should Not be Permitted to Mislead the jury and Discuss Irrelevant Municipal Codes.

RULING: Granted _____ Denied ______ Reserved ____

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

DATED September ____, 2026.

____________________________________________
HONORABLE TIFFANY M. CARTWRIGHT

Presented by:

GORDON THOMAS HONEYWELL LLP

By: ______________________________________
Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for Plaintiff



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565