IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>V.<br><br>THE KROGER CO., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE; AND, FRED MEYER STORES, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE, A/K/A TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE<br><br>Defendants | Civil Case No. 3:25-cv-05380-TMC<br><br>**DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS THE KROGER CO. & FRED MEYER'S MOTIONS IN LIMINE** |

I, **Sarah Tuthill-Kveton**, declare as follows:

1. I am one of the attorneys for the Defendant THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state (hereafter "Defendants"). I am over 18 years of age and make this declaration based on personal knowledge. I am competent to testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Linda Creamer-Duncan's

Incident Report and Customer Statement dated September 6, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an internal event description, or Cart Stop Claim, detailing the events Linda Creamer-Duncan reported as occurring on September 5, 2020.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's First Amended Initial Disclosures dated March 25, 2026. Plaintiff has not supplemented their disclosures to reflect Ms. Creamer-Duncan's anticipated testimony.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's response to Defendants Interrogatory No. 19, indicating that they do not intend to call Linda Creamer-Duncan at trial. Plaintiff has not supplemented this response.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the deposition of Linda Larocque, taken on September 12, 2025.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Defendant Fred Meyer's Response to Plaintiff's Interrogatory No. 18 asking the identify of the security guard working at Fred Meyer. Defendant clarifies that the security guard is not a Fred Meyer Employee, and works for Off Duty Services.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the transcript of the verbatim report of proceedings before the Honorable Judge Tiffany Cartwright on August 5, 2026, pertaining to Defendants' Motion for Summary Judgment, Plaintiff's Motion for Partial Summary Judgment, Plaintiff's Motion to Exclude, and Co-Defendant's Motion for Summary Judgment.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Levi Dixon's expert opinion report dated February 25, 2026.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Levi Dixon dated May 20, 2026

/ / /

/ / /

/ / /

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND ACCURATE.

Dated this 31st day of August, 2026.

**CHOCK BARHOUM LLP**

Sarah Tuthill-Kveton

Sarah Tuthill-Kveton, WSBA #46586
Email: sarah@chockbarhoum.com
121 SW Morrison Street, Suite 500, Portland, OR
(503) 223-3000
Attorneys for Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

LINDA LAROCQUE,

Plaintiff,

V.

THE KROGER CO., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE; AND, FRED MEYER STORES, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE, A/K/A TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE

Defendants.

Civil Case No. 3:25-cv-05380-TMC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals.

Additionally, I hereby certify that a true copy of the foregoing **DECLARATION OF SARAH TUTHILL-KVETON IN SUPPORT OF DEFENDANTS THE KROGER CO. & FRED MEYER'S MOTIONS IN LIMINE** was served as stated below on:

Robert C. Wilke
Gordon Thomas Honeywell, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
*Attorneys for Plaintiff*

☐ By hand delivery
☐ By first-class mail*
☐ By facsimile transmission
Fax #: (253) 620-6565
☐
☒ By e-mail:

| | |
|---|---|
| | rwilke@gth-law.com<br>ileifer@gth-law.com<br>sishii-huffer@gth-law.com<br>sweger@gth-law.com<br>☒ By court eFiling Application |
| Francis S. Floyd<br>Skyler P. Urban<br>Floyd Pflueger, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>*Attorneys for Defendant Gatekeeper Systems, Inc.* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By facsimile transmission<br>☐ Fax #:<br>☒ By e-mail:<br>ffloyd@nwtrialattorneys.com<br>surban@nwtrialattorneys.com<br>ecampbell@nwtrialattorneys.com<br>skatinas@nwtrialattorneys.com<br>☒ By court eFiling Application |

*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 31st day of August, 2026.

**CHOCK BARHOUM LLP**

Sarah Tuthill-Kveton

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison Street, Suite 500, Portland, OR
(503) 223-3000
Attorneys for Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer