Kroger

# Incident Report

**Claim Number** 302060502180001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 9/5/2020 DIVISION 701 Fred Meyer STORE # 390

**Section A: Store ID**

Address 4505 S 19th City Tacoma State WA Zip

Manager on Duty at Time of Incident Jason Smith Store Phone 253-756-9280

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Linda Creamer Duncan Age 66 Gender: M/(F)

Name of Parent/Guardian N/A

Date of Birth ? Marital Status ? Loyalty ID # ?

Address 2136 S Union Apt E-7 City Tacoma State WA Zip 98405

Home Phone 253-223-8767 Cell Phone Work Phone

Employer N/A Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
Twisted left knee

**Section C: Incident Information**

Date of Incident Sat 9/5/2020 Time of Incident 3^30 AM/(PM)

Date Notified of Incident 9/6/2020 Time Notified 2 AM/(PM)



9-6-2020 302060502180001 6020200907004352

302060502180001

# Incident Report

**Claim Number** 302060502180001

Name of Employee Initially Notified Jason Smith

EUID of Employee Initially Notified JS49553

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
FOOD Entry WAY

Provide Brief Description in ten words or less for Call Center entry shopping cart customer

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

push out of store, wheels locked.
Customer was Jarred and Twisted Knee

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

N/A

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Sprain left Knee

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

#1-877-498-8441

Kroger

# Incident Report

**Claim Number** 302060502180001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known Un Known

Address Phone

**Section D: Witness ID**

1 Name N/A Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above: N/A

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

N/A

Print Name and EUID of Employee Completing This Report

Name Grey Lipscomb EUID 6L52665

Signature Date 9/6/2020

**Remember to check for video and to forward photos**

## Customer Statement

**Claim Number** 302060502180001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 9/6/20 Store Address 4505 S 19th

City TACOMA State WA

**Contact Information**

Name LINDA CREAMER' DUNCAN Age 66 Gender: M/F (F circled)

Parent/Guardian (if minor)

Date of Birth Marital Status

Address 2136 S Union Ave Apt E-M City TACOMA State WA 98405

Home Phone 253-223-8767 Cell Phone

Work Phone Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 9/5/20 Time of Incident 3 34 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Food dept Door WAY

Describe what happened When leaving store, shopping CART wheel locked up, customer Twist left Knee

## Customer Statement

**Claim Number** 302060502180001

Describe any Injuries or Pain from this incident (Please be specific) Sprain left Knee

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Jason Smith

**Witness ID**

1 Name N/A Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

2 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

3 Name ____ Phone ____

Was this person shopping with you? Y/N

What is this person's relationship to you? ____

Your Signature ____ Date ____