| Clmt Name (Last_First) | File Num | Line and ( | Date of Loss | Litigation | Cause Cd Desc | Event Desc |
|---|---|---|---|---|---|---|
| LAROCQUE, LINDA | C530012495-0001-01 | GL-BI | 05-06-2023 | Yes | CLAIMANT STRUCK AGAINST OBJECT | CART LOCKED UP ON CM CAUSING HER TO STRIKE HER KNEE ON THE BACK OF THE CART |
| CREAMER-DUNCAN, LINDA | 30206050218-0001 | GL-BI | 09-05-2020 | No | SHOPPING CART/BASKART | WHILE PUSHING HER CART SHE MANAGED TO LOCK ITS WHEELS AND COULD NOT CONTINUE TO PUSH THE CART. SHE USED HER MOMENTUM TO PUSH THE CART WHICH WA STATIONARY AND TWIST HER LEFT KNEE. NO OTHER INJURIES. DID NOT SEEK MEDICAL TREATMENT AT THE TIME BUT STATED SHE WAS GOING TO SEEK TREATMENT. |