UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>Defendants. | NO. 3:25-cv-05380<br><br>PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES |

Pursuant to Fed.R.Civ.P.26, Plaintiffs provide Initial Disclosures as follows;

**(A) Name, address and telephone numbers of each individual likely to have discoverable information that the disclosing party may use to support its claim:**

1. Linda LaRocque
c/o Gordon Thomas Honeywell LLP
1201 Pacific Ave. Suite 2100
Tacoma, WA 98402
(253) 620-6500



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Ms. LaRocque is the plaintiff in this case. She will testify regarding all aspects of the case, including but not limited to, her injuries sustained on May 6, 2023.

2. Steven LaRocque
c/o Gordon Thomas Honeywell LLP
1201 Pacific Ave. Suite 2100
Tacoma, WA 98402
(253) 620-6500

Steven LaRocque is Linda LaRocque's husband and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

3. Representative for The Kroger Co.
c/o Chock Barhoum LLP
121SW Morrison Street, Suite 500
Portland, OR 97204
(503) 223-3000

A corporative representative of The Kroger Co. will testify about its knowledge of all facts related to the incident at issue in this lawsuit, including but not limited to the anti-theft mechanism that injured Ms. LaRocque as well as other similar incidents.

4. Representative for Fred Meyer Stores, Inc.
c/o Chock Barhoum LLP
121SW Morrison Street, Suite 500
Portland, OR 97204
(503) 223-3000

A corporative representative of Fred Meyer Stores, Inc. will testify about its knowledge of all facts related to the incident at issue in this lawsuit, including but not limited to the anti-theft mechanism that injured Ms. LaRocque as well as other similar incidents involving injuries caused by the shopping cart anti-theft mechanism, as well as its operation of the anti-theft system.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

5. Representative for Gatekeeper Systems Inc.

A corporative representative of Gatekeeper Systems, Inc. will testify about its knowledge of all facts related to the incident at issue in this lawsuit, including but not limited to the anti-theft system it manufactures, sells, installs, and/or maintains.

6. Christopher James LaRocque
9817 Elwood Drive S.W.
Lakewood, WA 98498
(253) 678-5322

Christopher LaRocque is Linda LaRocque's son and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

7. Marion LaRocque
9817 Elwood Drive S.W.
Lakewood, WA 98498
(253) 376-3297

Marion LaRocque is Linda LaRocque's daughter-in-law and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

8. Sarah LaRocque
207w 1650n
Layton, UT 84041
(253) 961-8138

Sarah LaRocque is Linda LaRocque's daughter-in-law and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

9. Kelly Hardy
7116 141st Ave. East
Sumner, WA 98390
(253) 330-3099

Kelly Hardy is Linda LaRocque's friend and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

10. Candy Schnerder
8520 Phillips Rd SW
Lakewood, WA 98498
(253) 431-7446

Candy Schnerder is Linda LaRocque's friend and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

11. Staci Ring
6820 South Park Ave.
Tacoma, WA 98408
(253) 988-6061

Staci Ring is Linda LaRocque's neighbor and friend and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

12. Clay Conklin
6820 South Park Ave.
Tacoma, WA 98408
(425) 922-9498

Clay Conklin is Linda LaRocque's neighbor and friend and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

13. Alex Ortiz
6812 South Park Ave.
Tacoma, WA 98408
(253) 365-2281

Alex Ortiz is Linda LaRocque's neighbor and friend and has knowledge of her injuries and the impact those injuries have had on Ms. LaRocque's life.

14. Brenton Wheeler
8305 33rd Street W
Tacoma, WA 98466

Mr. Wheeler is a Fred Meyer store manager who has knowledge about the store operations as well as the shopping carts and anti-theft wheel locking device at issue in this lawsuit.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

15. Angela Padilla
c/o Chock Barhoum LLP
121SW Morrison Street, Suite 500
Portland, OR 97204
(503) 223-3000

Ms. Padilla was an assistant manager at Fred Meyer who has knowledge about the store operations as well as the shopping carts and anti-theft wheel locking device at issue in this lawsuit.

16. Kenneth Smittling
c/o Chock Barhoum LLP
121SW Morrison Street, Suite 500
Portland, OR 97204
(503) 223-3000

Mr. Smittling was an assistant manager at Fred Meyer who has knowledge about the store operations as well as the shopping carts and anti-theft wheel locking device at issue in this lawsuit.

17. Erika Trifiro

Ms. Trifiro is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

18. Candis Hoptowit

Ms. Hoptowit is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

19. Esther M. Flores

Ms. Flores is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

20. Valerie Powell

Ms. Powell is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

21. Javier Lopez Clavijo

Mr. Lopez Clavijo is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

22. Tamera Simon

Ms. Simon is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

23. Suzanne Yorks

Ms. Yorks is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

24. Jake Shepley

Mr. Shepley is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

25. Richard Willerton

Mr. Willerton is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

26. Roberta Marie Reyes

Ms. Reyes is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

27. Norman P. Smith

Mr. Smith is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

28. Kaidrin McVittie

Ms. McVittie is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

29. Simon Zirians

Mr. Zirians is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

30. Nicholas Harrison

Mr. Harrison is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

31. Stephanie Tisby

Ms. Tisby is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

32. Jodi Marsall

Ms. Marsall is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

33. Juliana Proctor

Ms. Proctor is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

34. Philip Housel

Mr. Housel is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

35. Samantha Swart

Ms. Stewart is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

36. Trisha Young

Ms. Young is the parent of a minor Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

37. Esoli Ibarra

Mr. Ibarra is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

38. Christine Still

Ms. Still is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

39. Melissa A. Hales

Ms. Hales is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

40. Rudolph Robles

Mr. Robles is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

41. Josiah Twombly

Mr. Twombly is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

42. Rich Conrad

Mr. Conrad is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

43. Floripina Akana

Ms. Akana is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

44. Ame LeCocq

Ms. LeCocq is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

45. Amy MacBeth

Ms. MacBeth is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

46. Kimberly Beyer

Ms. Beyer is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

47. Travis Bevan

Mr. Bevan is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

48. Lori K. Hardman

Ms. Hardman is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

49. Julie Balatico

Ms. Balatico is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

50. Ana Paula Mendonca

Ms. Mendonca is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

51. Angelina Corona

Ms. Corona is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

52. Travis Jones

Mr. Jones is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

53. Marian Bivian

Ms. Bivian is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

54. Cindy Grewell

Ms. Grewell is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

55. Alex Salanga

Mr. Salanga is the parent of Maximo Cortez, a minor Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

56. Carmen Hoffman

Ms. Hoffman is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

57. Andrew W. Cleman

Mr. Cleman is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

58. Allison Cleman

Ms. Cleman is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

59. Chantal Brooks

Ms. Brooks is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

60. Suzanne Litwin

Ms. Litwin is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

61. William Leady

Mr. Leady is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

62. Janice Svien

Ms. Svien is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

63. Anna Holt

Ms. Holt is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

64. Rachel Redmond

Ms. Redmond is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

65. Kim Paulson

Ms. Paulson is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

66. Joshua Shannon

Mr. Shannon is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

67. Peter Ocaupo

Mr. Ocaupo is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

68. Ana Ocaupo

Ms. Ocaupo is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

69. Amy Craig

Ms. Craig is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

70. Brenda Alston

Ms. Alston is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

71. Barbara A. Adams

Ms. Adams is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

72. Tissany Gilmore

Ms. Gilmore is a Fred Meyer customer who was injured when attempting to exit the Fred Meyer store when the anti-theft locking mechanism locked without warning



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

and was injured. Fred Meyer Defendants identified this customer, the incident, and their injuries in incident reports produced by Fred Meyer in discovery.

**Medical Providers**

The following providers have knowledge of Ms. Larocque's injuries and the impact those injuries have had on her life.

73. William Frederick Thompson, M.D., MultiCare Orthopedics & Sports Medicine - Mountain, 1550 S. Union Avenue, Tacoma, WA 98405.

74. Alexandria Bones, PA-C, MultiCare Orthopedics & Sports Medicine - Mountain, 1550 S. Union Avenue, Tacoma, WA 98405.

75. Zachary B. Adler, M.D., MultiCare Orthopedics & Sports Medicine – Allenmore, 3124 South 19th Street, Suite 340, Tacoma, WA, 98405.

76. Rachel D. Dawson, M.D., MultiCare Lakewood Clinic, 5700 100th St SW, Suite 510 Lakewood, WA 98499.

77. Anchor Physical Therapy, 1407 E. 72nd Street, Suite A-100, Tacoma, WA 98404.

78. MultiCare Allenmore Hospital, 1901 S. Union Avenue, Tacoma, WA 98405.

79. MultiCare Orthopedics & Sports Medicine – Auburn, 121 N. Division Street, Auburn, WA 98001.

80. MultiCare Tacoma General Hospital, 315 Martin Luther King Jr. Way, Tacoma, WA 98405.

81. MultiCare Lakewood Clinic, 5700 100th Street SW, Lakewood, WA 98499.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

82. Olympic Sports and Spine Physical Therapy Clinic. 6704 Tacoma Mall Blvd., Ste. 100, Tacoma, WA, 98409.

83. Safeway Pharmacy, 707 S 56th St, Tacoma, WA 98408.

**(B) Description of Documents:**

Pursuant to FRCP 26(a)(1)(A)(ii), Ms. LaRocque presently believes the following documents or categories of documents in her possession, custody or control may be used to support her claims in this action, except for impeachment:

1. Medical and billing records related to Ms. LaRocque's injuries.

- Anchor Physical Therapy records and bills.
- MultiCare records and bills. Please note MultiCare provided incomplete billing and medical records. Ms. LaRocque has submitted another records request to MultiCare. Ms. LaRocque will supplement her Initial Disclosures when those billing and medical records are received. Ms. LaRocque has also signed a release for her medical and billing records and provided that to Defendants' counsel who will provide those records to Ms. LaRocque when Defendants receive them.
- MultiCare Imaging records.

Plaintiff is in the process of obtaining additional records and will supplement this disclosure once the records are received.

2. Any other non-privileged documents currently unknown to Ms. LaRocque in her possession or future possession related to the allegations in the Complaint that may become known to her through the course of this litigation.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

**(C) Damages:**

Defendants are liable for healthcare costs, both past and those reasonably likely to be incurred in the future. Defendants are liable for non-economic damages which include past and future pain and suffering, loss of enjoyment of life, emotional distress, and past and future disabilities. As a result of Defendants' negligence, Ms. LaRocque has suffered significant pain, suffering, inconvenience, disability, anxiety, general feelings of depression, mental distress, generalized fears and stress.

**(D) Applicable Insurance Agreements:**

Not applicable. Defendant will produce any applicable insurance agreement(s) pursuant to Fed. R. Civ. Pro. 34.

Dated this 25th day of March 2026.

GORDON THOMAS HONEYWELL LLP

By ______________________________

Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for Plaintiff



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

**DECLARATION OF SERVICE**

I hereby declare that on March 25, 2026, in Tacoma, Washington, I caused the foregoing affixed document to be served on the following parties in the manner indicated herein:

| | | |
|---|---|---|
| John R. Barhoum, WSBA #42776<br>Sarah Tuthill-Kveton, WSBA #51801<br>Hanna R. Lukes, WSBA #62610<br>Chock Barhoum LLP<br>121 SW Morrison Street, Suite 500<br>Portland, OR 97204<br>john.barhoum@chockbarhoum.com<br>sarah@chockbarhoum.com<br>hanna.lukes@chockbarhoum.com<br>michelle.heilbrun@chockbarhoum.com<br>devon.haggart@chockbarhoum.com<br>e-service@chockbarhoum.com | ☒ | Via Email |
| Francis S. Floyd, WSBA No. 10642<br>Skyler P. Urban, WSBA No. 58761<br>Floyd, Pflueger, Kearns, Nedderman, & Gress, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br>ffloyd@nwtrialattorneys.com<br>surban@nwtrialattorneys.com<br>ecampbell@nwtrialattorneys.com<br>skatinas@nwtrialattorneys.com | ☒ | Via Email |

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Shane A. Ishii-Huffer, Paralegal
sishii-huffer@gth-law.com



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565