UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER,<br><br>Defendants. | NO. 2:25-cv-05380<br><br>PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANTS THE KROGER CO. AND FRED MEYER STORES, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION |

**TO: LINDA LAROCQUE and her attorneys of record:**

In accordance with Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Defendants The Kroger Co. and Fred Meyer Stores, Inc. (hereinafter "Defendants") hereby request and demand from Plaintiff Linda Larocque (hereinafter "Plaintiff") that she answer and respond to the following Interrogatories and Requests for Production, separately and fully, under oath, within thirty (30) days of the date of service of these discovery requests.

These interrogatories and requests for production are continuing and supplemental answers are required if you, directly or indirectly, obtain further information of the nature sought herein between the time answers are served and the time of trial.



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

**INTERROGATORY NO. 19**: List the names, addresses, telephone numbers and relationships to you of each person having any knowledge of facts regarding liability, and state the specific knowledge possessed by each person.

**ANSWER**:

Steven LaRocque, 6824 Park Avenue S., Tacoma, WA 98408, (253) 273-7085, Husband.

Defendants Kroger Co. and Fred Meyer Stores Inc. and their employees with knowledge about the incident and the shopping cart anti-theft mechanism and its operation including other customers who were injured by the mechanism. Defendants have not responded to overdue discovery requests or provided their overdue Initial Disclosures.

Gatekeeper Systems, Inc. Ms. LaRocque has filed a motion for leave to amend her complaint to assert negligence and product liability claims against Gatekeeper Systems. Gatekeeper Systems Inc. and its employees have knowledge about the design, manufacture, assembly, sales, testing, installing, and/or maintenance of the anti-theft shopping cart system at issue in this lawsuit.

**INTERROGATORY NO. 20**: List the names, addresses, telephone numbers and relationships to you of each person having any knowledge of facts regarding the damages claimed, to include all persons known to you or your attorney who have any knowledge as to your physical condition, both prior and subsequent to the subject incident, and state the specific knowledge possessed by each person.

**ANSWER**:

Steven LaRocque, 6824 Park Avenue S., Tacoma, WA 98408, (253) 273-7085, Husband.

Christopher James LaRocque, 9817 Elwood Drive S.W., Lakewood, WA 98498,



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

## ATTORNEY CERTIFICATION

I, Robert C. Wilke, as attorney for the Plaintiff named herein, hereby certify that I have read the answers and responses of my clients to the above First Interrogatories and Requests for Production, along with any objection that I have interposed, and that such responses, answers and objections are grounded in fact, not interposed for an improper purpose and otherwise are in compliance with the civil rules.

DATED this 15th day of August 2025.

By: ______________________________
Robert C. Wilke



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565