IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT PIERCE

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE; AND FRED MEYER STORES, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE, A/K/A TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., A FOREIGN CORPORATION DOING BUSINESS IN WASHINGTON STATE,<br><br>Defendants. | No. 3:25-cv-05380-MJP |

DEPOSITION OF LINDA LAROCQUE

10:00 a.m.
September 12, 2025

ESQUIRE
File #J13317722

Reported By: Judy Robinson, CCR #2171

BY MR. URBAN:
Q. All right. Ms. Larocque. Let me take a look at my notes here and see where we are.
Okay. So you mentioned you two came back to the store and decided to get magnesium supplements; is that correct?
A. Correct.
Q. Okay. And your husband retrieved the cart for you?
A. Yes.
Q. Do you recall if it was a full-sized cart or one of those mini carts?
A. Full-sized cart.
Q. While he was retrieving the cart, where did you stand?
A. Close by. We were in the foyer area. He was getting the cart right there.
Q. And you weren't intending to purchase any other grocery just the supplement for him?
A. Just the supplement.
Q. So what was the purpose of the cart?
A. For balance.
Q. Is it fair to say you were still in a recovery period from your surgery?
A. Yes.

C E R T I F I C A T E

STATE OF WASHINGTON )
)SS.
COUNTY OF KING )

I, Judith A. Robinson, Certified Court Reporter and an officer of the Court under my commission as a Notary Public, in and for the State of Washington, do hereby certify that the foregoing deposition was transcribed under my direction; that the transcript of the deposition is a full, true and correct transcript to the best of my ability; that I am neither attorney for, nor a relative or employee of any of the parties to the action or any attorney or Counsel employed by the parties hereto, nor financially interested in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 21st day of September, 2025.

Judy Robinson

Judith A. Robinson, Notary Public
in and for the State of Washington
residing at Seattle.
My Commission expires November 4, 2028.
CCR License #2171