UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE, Plaintiff, | ) |
| v. | ) 3:25-cv-05380-TMC |
| THE KROGER CO., a foreign corporation doing business in Washington State; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington State, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington State, | ) Tacoma, Washington<br>) August 5, 2026<br>) Motion Hearing<br>) 9:00 a.m. |
| Defendants. | ) |

VERBATIM REPORT OF PROCEEDINGS
BEFORE THE HONORABLE TIFFANY CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Proceedings stenographically reported and transcribed with computer-aided technology

Not every element of the *Falk* factors needs to necessarily be met. Different factors can have more weight depending on the individual facts of the case.

One thing about this case, in particular, is that it is not like a complex pharmaceutical case or some sort of very complicated product design or medical testimony. This is the type of case that probably could be decided without any expert testimony because the product is very easy to understand. The setting in which the product is used is something that virtually every juror will have encountered and also understand.

The evidence that plaintiff has put forward goes to a number of factors for the consumer expectations test.

With respect to the gravity of the potential harm, plaintiff has put forward evidence both of the severity of her own injuries, as well as the other incident reports that show the types of injuries that are significant enough to be reported, and both that they can potentially affect more vulnerable consumers, as well as that, you know, the combination of the incident report and the cart classification log and other evidence from Gatekeeper that this issue with the empty cart is sort of a known scenario, is that a reasonable jury could find that the people who are most likely to be injured by the system are the people who are using it in a completely innocent fashion.

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*/s/ Angela Nicolavo*

ANGELA NICOLAVO
COURT REPORTER