UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br>Plaintiff,<br>v.<br>THE KROGER CO., a foreign corporation doing business in Washington state; and FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state,<br>Defendants. | NO. 3:25-cv-05380-TMC<br><br>[PROPOSED] ORDER ON DEFENDANT GATEKEEPER SYSTEMS, INC.'S MOTIONS *IN LIMINE* |

THIS MATTER came before the Court on motion of Defendant Gatekeeper Systems, Inc. for an order excluding certain evidence at trial. Having carefully reviewed the parties' submissions in support of and in opposition to these motions, and having heard the argument of counsel, the Court ORDERS as follows:

**1. Reference to the SmartExit System**

GRANTED DENIED RESERVED

Comments: ____________________________________________



FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

______________________________________________________________

**2. Broad and Vague References to the Purported "Benefits" of SmartExit or Optional Features when Compared to PurCheck.**

GRANTED DENIED RESERVED

Comments: __________________________________________

______________________________________________________________

**3. Argument that Carts Equipped with Gatekeeper Wheels Pose an Inherent or Greater Risk than Standard Carts**

GRANTED DENIED RESERVED

Comments: __________________________________________

______________________________________________________________

**4. Statements or References to Component or Hardware Costs of Gatekeeper Systems**

GRANTED DENIED RESERVED

Comments: __________________________________________

______________________________________________________________

**5. Argument that Gatekeeper Put "Profits Over Customer Safety" or Similar Arguments**

GRANTED DENIED RESERVED

Comments: __________________________________________

______________________________________________________________

**6. Other Lawsuits, Claims, Incidents, including Unrelated Incident Reports and Activation Logs**

GRANTED DENIED RESERVED

Comments: __________________________________________



FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

---

**A. Other Incident Reports**

GRANTED DENIED RESERVED

Comments: ____________________________________________

---

**B. Cart Activation Log**

GRANTED DENIED RESERVED

Comments: ____________________________________________

---

**7. Reptile Theory and Golden Rule Arguments**

GRANTED DENIED RESERVED

Comments: ____________________________________________

---

**8. Statements or Offers Made During Settlement Negotiations**

GRANTED DENIED RESERVED

Comments: ____________________________________________

---

**9. Statements or References to Discovery Disputes**

GRANTED DENIED RESERVED

Comments: ____________________________________________

---



FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

**10. References to the Size, Wealth, or Counsel of Gatekeeper and Co-Defendants**

GRANTED DENIED RESERVED

Comments: ______________________________________________

______________________________________________________________

**11. Evidence or Statements Regarding Gatekeeper's Insurance Coverage or Indemnity**

GRANTED DENIED RESERVED

Comments: ______________________________________________

______________________________________________________________

**12. Departure or Absence of Parties or Representatives From Trial**

GRANTED DENIED RESERVED

Comments: ______________________________________________

______________________________________________________________

**13. Equal Allocation of Trial Time**

GRANTED DENIED RESERVED

Comments: ______________________________________________

______________________________________________________________

DONE IN OPEN COURT this ___ day of ____________________ 2026.

______________________________

Honorable Judge Tiffany M. Cartwright



FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS P.S.
3101 Western Avenue, Suite 400
Seattle, WA 98121-3017
206-441-4455

Presented by:

FLOYD | PFLUEGER
KEARNS, NEDDERMAN & GRESS, P.S.

By: ______________________________
Francis S. Floyd, WSBA No. 10642
Skyler P. Urban, WSBA No. 58761
3101 Western Ave, Suite 400
Seattle, WA 98121
206-441-4455
ffloyd@nwtrialattorneys.com
surban@nwtrialattorneys.com
*Attorneys for Defendant Gatekeeper Systems, Inc.*