# EXHIBIT A

Fax (877) 498-8441

# Incident Report

**Claim Number** 4A24045FHM70001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/6/2024 DIVISION 701 STORE # 424

**Section A: Store ID**

Address 17404 Meridian E City Puyallup State WA Zip 98373

Manager on Duty at Time of Incident Nicole L. Reed Store Phone (253) 445-7840

Store Email Address nicole.Reed@stores.fredmeyer.com

Manager Email Address ______

MOD Schedule for Next 5 Days S 7A-5p M off T 7A-5p W 7A-5p TH 10A-8p F off SA 10A-8p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Akana, Floripina Age 56 Gender: M (F)

Name of Parent/Guardian ______

Date of Birth 7/2/1967 Marital Status ______ Loyalty ID # ______

Address 9422 185th St Ct E City Puyallup State WA Zip 98375

Home Phone ______ Cell Phone (808) 743-2043 Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Ht: 5'2" eyes, brown hair color black, navy long sleeved shirt, blue joggers, black tennis shoes

**Section C: Incident Information**

Date of Incident 4/6/2024 Time of Incident 1:38 AM/(PM)

Date Notified of Incident 4/6/2024 Time Notified 1:40 AM/(PM)



DEF FRED MEYER_000125

4-6-2024 4A24045FHM70001 6020240406003205

Kroger

# Incident Report

**Claim Number** 4A24045FHM70001

Name of Employee Initially Notified Nicole L. Reed

EUID of Employee Initially Notified NR18736

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
main entrance near ad display - Entry A that leads into the produce department.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

I heard the door alarm and saw a woman at entrance. It appeared her cart had locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Main entrance was clean. No hazards present.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left breast - cart jarred into area when it locked up as she was pushing it.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A24045FHM70001

Report Number or Contact Name and Phone# 4A24045FHM70001

Did, or will, the customer seek medical treatment? Y/N unsure

Doctor or Medical Facility Name, if known Madigan or VA

Address ____ Phone ____

**Section D: Witness ID**

1 Name Isabelita Call Employee: Y/(N) Phone (253)720-7819

Address 20705 81st Ct E City Spanaway State WA Zip 98387

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Nicole L. Reed EUID NR18736

Signature Nicole L Reed Date 4/6/2024

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A24045FHM70001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 4/6/2024 Store Address 17404 Meridian E

City Puyallup State WA

**Contact Information**

Name FLO Age____ Gender: M/F

Parent/Guardian (if minor)____

Date of Birth____ Marital Status____

Address____ City____ State____

Home Phone____ Cell Phone____

Work Phone____ Email____

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4/6/24 Time of Incident 1:30 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

BY THE GROCERY DOOR

Describe what happened I WAS PUCHING MY CART ON THE WAY OUT BY THE GROCERY DOOR AND ALL OF A SUDDEN MY CART STOPPED. AND HIT MY LEFT BREAST REAL HARD ON THE HANDLE OF THE CART BECAUSE OF SUDDEN STOP.

Kroger

## Customer Statement

**Claim Number** 4A24045FHM70001

Describe any Injuries or Pain from this incident (Please be specific) LEFT BREAST REALLY PAINFUL FROM THE HARD IMPACT OF THE CART WHEN IT STOPS SUDDENLY.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident NICOLE

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date 4/6/24

# Evidence Report

**Claim Number** 4A24045FHM70001

---

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4/6/24 DIVISION 701 STORE # 424

Date of Incident 4/6/24 Time of Incident 1:38 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Michael Britten

Title and EUID, if applicable Asset protection Specialist/MB66308

**Comments (such as whether video system was not working, incident is not captured etc…)**

Full incident was captured

**Customer Name** ____________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc…to assist with identification on video

Black hair, blue hoodie, blue jeans, black shoes.

Please describe witnesses on video No one stops. ASL Nichole comes to assist and escort customer to the service desk.

Kroger

# Evidence Report

**Claim Number** 4A24045FHM70001

1. **Camera Location/View** GRO ENT PVM

   **Camera/Unit Number** 13/45

   **Recording Time from** 1:38:40 AM/PM (PM circled) to 1:40:00 AM/PM (PM circled)

2. **Camera Location/View** ____________________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ AM/PM to ____________ AM/PM

3. **Camera Location/View** ____________________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ AM/PM to ____________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer** ____________________

**Title and EUID** ____________________

**Photo 1 Date and Time Photo was Taken** ____________ AM/PM

**Brief Description of Scene** ____________________

**Photo 2 Date and Time Photo was Taken** ____________ AM/PM

**Brief Description of Scene** ____________________

**Photo 3 Date and Time Photo was Taken** ____________ AM/PM

**Brief Description of Scene** ____________________

# Evidence Report

**Claim Number** 4A24045FHM70001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report____________________

Signature____________________ Date________________

Kroger

## Customer Statement

**Claim Number** 4A240504KSJ0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/1/24 Store Address 800 Tenney Rd

City Vancouver State WA

**Contact Information**

Name Amy MacBeth Age 37 Gender: M/F (F circled)

Parent/Guardian (if minor) N/A

Date of Birth 12131860 Marital Status Married

Address 12715 NW 47th ave City Vancouver State WA 98685

Home Phone ______ Cell Phone 708 528 0942

Work Phone ______ Email AmyVPen@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one) (cell and email circled)

**Facts**

Date of Incident 4/2a/24 Time of Incident 10:42 AM/PM (AM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

I was exiting, the cart locked due to a malfunction, jamming my right leg/knee. No signs/warnings this could happen that issue.

Describe what happened Security scanned my bag both & that allowed me to continue through the door. On the grocery side door exit.

Kroger

## Customer Statement

**Claim Number** 4A240504KSJ0001

Describe any Injuries or Pain from this incident (Please be specific) Right leg/knee which jammed into stopped cart. Pain in Right knee when weight is on it.

Describe any Personal Property that was damaged (Please be specific) n/A

Please identify the person(s) to whom you reported the incident Security guard

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 5/1/24

Kroger

# Incident Report

**Claim Number** 4A240504KSJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/29/24 DIVISION 701 STORE # 460

**Section A: Store ID**

Address 800 Tenney Rd City Vancouver State WA Zip 98685

Manager on Duty at Time of Incident Kyle Knudsen Store Phone (360)571-2576

Store Email Address Rebecca pekkala @ stores.Fredmeyer.com

Manager Email Address Same

MOD Schedule for Next 5 Days S Kyle M Scott T Scott W Scott
TH Scott F Scott SA Kyle

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ______ Age ______ Gender: M/F

Name of Parent/Guardian ______

Date of Birth ______ Marital Status ______ Loyalty ID # ______

Address ______ City ______ State ______ Zip ______

Home Phone ______ Cell Phone ______ Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc…) ______

**Section C: Incident Information**

Date of Incident 4/29/24 Time of Incident 10:42 (AM)/PM

Date Notified of Incident Called kyle on 4/29/24 Talked too about what happened Time Notified 11:00 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A240504KSJ0001

Name of Employee Initially Notified Kyle Knudsen

EUID of Employee Initially Notified KK85993

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
In front of the Grocery doors leading outside

Provide Brief Description in ten words or less for Call Center entry cart locked up after going out Grocery doors and it hit her Knee/leg

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Went out Grocery doors + the cart locked up and she hit her Knee/leg

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entrances were clear

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
right knee/leg

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A240504KSJ0001

Report Number or Contact Name and Phone# N/A

Did, or will, the customer seek medical treatment? (Y) N

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

n/A

Print Name and EUID of Employee Completing This Report

Name Rebecca Pekkala EUID RP50523

Signature Rebecca Pekkala Date 5/1/24

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 4A2410RD0YJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/15/24 DIVISION Fred Meyer STORE # 460

**Section A: Store ID**

Address 8010 NE Fenney Rd City Vancouver State WA Zip 98605

Manager on Duty at Time of Incident Scott Vetter Store Phone 360-571-2540

Store Email Address Scott.Vetter@Stores-Fredmeyer.com

Manager Email Address gillian.Swarden@Stores.Fredmeyer.com

MOD Schedule for Next 5 Days S 7A-5p M 7A-5p T 7A-5p W 7A-5p TH 7A-5p F 7A-5 SA 7A-5p

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maria Birian Age 32 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 12/12/91 Marital Status Married Loyalty ID # 3609015380

Address 4019 NE 94th ST City Vancouver State WA Zip 98665

Home Phone N/A Cell Phone 3609015380 Work Phone N/A

Employer N/A Title N/A

Work Address N/A City N/A State N/A Zip N/A

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Hair Up, Black hair, Black leggings, Sweatshirt, Nike Shoes

**Section C: Incident Information**

Date of Incident 10/15/24 Time of Incident ~ 10:30 (AM)/PM

Date Notified of Incident 10/21/24 Time Notified 4:30 AM/(PM)

# Incident Report

**Claim Number** 4A2410RD0YJ0001

Name of Employee Initially Notified not @ Store, notified afterwards

EUID of Employee Initially Notified N/A

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
in entrance to grocery / apparel

Provide Brief Description in ten words or less for Call Center entry exiting Store wheels locked cart went up landed on left knee

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

exiting store, wheels locked up cart hit up landed on customers left knee.
Said there was a guard @ door, described as Bald guy.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Signage on all carts showing they lock.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left knee whole left knee

Did Police or Emergency Services Respond? Y/(N) If Yes, Who? NO

# Incident Report

**Claim Number** 4A2410RD0YJ0001

Report Number or Contact Name and Phone# 74677433 (Case # customer provided)

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known a Clinic - no specific DR

Address N Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

-7007, last 4 of reward card

- Stated there were no other customers/witnesses with her aside from potentially Memoguard@door

Print Name and EUID of Employee Completing This Report

Name Gillian Surorden EUID 6827966

Signature [signature] Date 10/21/24

**Remember to check for video and to forward photos**

# Customer Statement

**Claim Number** 4A2410RD0YJ0001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date 10-15-24 Store Address 800 NE tenny RD
City Vancouver State WA

**Contact Information**

Name Maria Bivian Age 32 Gender: M/(F)

Parent/Guardian (if minor) ______

Date of Birth 12-12-91 Marital Status Married

Address 4019 NE 94th ST City Vancouver State WA

Home Phone 360-901-5380 Cell Phone 360-901-5380

Work Phone — Email mariabivian@yahoo.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 10-15-24 Time of Incident 10:30 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery entrance

Describe what happened While ~~Shopp~~ exiting Fredmyers an incident occurred that resulted in an injury to my knee. as I was pushing cart, the wheels unexpectedly stopped. The sudden halt caused my knee to collide. Shopping cart went up and landed down on my knee, as a result of the impact I have been experiencing ~~[illegible]~~ significant knee pain.



DEF FRED MEYER_000141

## Customer Statement

**Claim Number** 4A2410RD0YJ0001

Describe any Injuries or Pain from this incident (Please be specific) Throbing pain left knee, Not allowing to stand long on left leg.

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Scott store manager. 10-21-24

**Witness ID** N/A

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 10-21-24

Kroger

# Incident Report

**Claim Number** ~~4A241121J5V50001~~

4A24121J5V50001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12-2-24 DIVISION Fred Meyer STORE # 652

**Section A: Store ID**

Address 201 S. Water St City Ellensburg State WA Zip 98926

Manager on Duty at Time of Incident Lee Howard Store Phone 509-962-0514

Store Email Address lee.Howard@stores.fredmeyer.com

Manager Email Address ____

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Andy Cleman Age____ Gender: (M)/F

Name of Parent/Guardian ____

Date of Birth____ Marital Status Married Loyalty ID # ____

Address____ City____ State____ Zip____

Home Phone____ Cell Phone 509-925-4015 Work Phone____

Employer____ Title____

Work Address____ City____ State____ Zip____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 11-28-2024 Time of Incident 12:56 AM/(PM)

Date Notified of Incident 12-2-2024 Time Notified 2:30 AM/(PM)

# Incident Report

**Claim Number** ________________

Name of Employee Initially Notified Lee Howard

EUID of Employee Initially Notified L484132

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) Entrance

Provide Brief Description in ten words or less for Call Center entry ________________

Provide Detailed Description of the ~~incident~~
(as witnessed by you) ~~OR~~ (as conveyed by the customer) ~~(~~circle one)

Cart locked on Customer causing injuries.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

________________

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ________________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

________________

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who? ________________

Kroger

# Incident Report

**Claim Number** 4A24121J5V50001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

__________

__________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

__________

__________

__________

Print Name and EUID of Employee Completing This Report

Name Lee Howard EUID LH84132

Signature [signature] Date 12-2-24

**Remember to check for video and to forward photos**

Lee, Store Manager
Fred Meyer (Kroger)
Ellensburg Branch, hand-delivered

December 2, 2024

4A24121J5V50001

Dear Lee,

Last week on Monday, November 25 we met and discussed in detail the incident my wife experienced regarding the dangerous "security cart" protocols. As you recall, she was the victim of an auto-engagement of the security cart while exiting the north door on the evening of November 23. Coincidentally, my eldest daughter experienced an injury from a similar cart malfunction on Thanksgiving Day, only five days later. This marks the second incident of Kroger's unsupervised security carts causing injury to be inflicted upon two members of my family within less than one week.

Here are the details of the second incident:

After purchasing grocery items @ 12:56 pm on Thursday, November 28, my daughter bought a coffee and perused some clothing items for a few minutes before exiting the store through the north door. As she left, the cart she was pushing suddenly locked up with no prior warning. This abrupt and unannounced action caused my daughter's leg to strike the cart, which caused a laceration and bruise. A photo of her injury and a copy of her receipt are attached.

I now must strongly urge you to pursue a resolution to this ongoing and dangerously reckless "security" practice. Any delay in a resolution places your customers at risk of sustaining injuries and places Kroger at risk of litigation. As a reminder, here are the details of two of the possible resolutions we discussed on November 25:

1) **Fix the "security cart" software.** Currently the carts abruptly halt (a.k.a. auto-engage) randomly and incorrectly each day. Tighten up the code and/or the variables in the system so the carts activate only when either a law or store policy has been violated. There should be less than one false positive for every thousand accurate engagements; e.g. less than .10% defaults

2) **Pull the plug on the existing dangerous security cart system**. Not one criminal has been apprehended in Ellensburg via the use of these security carts; however, many customers have been injured and are complaining. This is the best option for Kroger given the acceleration of reported incidents and injuries.

I previously provided you with the RCW for the crime of Reckless Endangerment (RCW 9A.36.050) and suggested you contact Kroger's VP of Security. I will follow up with you in one week to allow you time to resolve this matter.

Knowingly and willfully allowing the current security cart system to continue to injure your own law-abiding customers is not only flagrantly reckless, it is morally and legally wrong. Please resolve this matter as soon as possible.

Andrew W. Cleman
*Shield & Sword*, Citizen's Advocates
(509) 925-4015

cc: Julieann Cleman, victim #1
Allison Cleman, victim #2
Shield & Sword, archives

attachments: Photo of victim #2 leg injury
Copy of Nov 28 receipt, second incident

Cart Jam save

Allison Victim#2

FredMeyer FRESH FOR EVERYONE.

4A24121J5V50001

Now Hiring!
Apply at jobs.fredmeyer.com
201 South Water
509-962-0500
YOUR CASHIER WAS CHEC 504
3760033067 PC HRML TRAY 9.99 F
SC FM SAVINGS 9.00
1.99 (2.00) lb @ 6.99 /lb
WT 93079 ASP PRPL OR 13.91 F
7120306991 PC UMPQUA ICE C 5.99 F
SC FM SAVINGS 1.50
1800000526 PC PILLSBRY CIN 3.49 F
SC FM SAVINGS 0.30
1111086864 PRVTSELC CKI 3.99 F
7027223204 REDDIWHIP TO 5.99 F
85269700823 PC TERRYS CHOCO 4.29 F
SC FM SAVINGS 0.70
2500004496 PC SIMPLY ORANG 3.99 F
SC FM SAVINGS 0.80
4900002468 PC COKE 6PK 5.99 B
89819500127 PC FEVER TREE G 4.99 B
SC FM SAVINGS 1.00
7800021845 SCHWEPPES TN 1.79 B
8811011030 TANQUERAY G 19.99 T
Age Restricted: 21
MR 9341 LIQUOR LT TX 2.83
980020024 PC ROCHER CHOC 12.99 F
SC FM SAVINGS 2.00
REWARDS CARD *******6624
2 @ 0.08
MR 7140 CHECKOUT BAG 0.16
TAX 5.17
**** BALANCE 105.55
US DEBIT Purchase
************9525 - H
REF#: 063185 TOTAL: 105.55
PURCHASE: 105.55 CASHBACK: 0.00
AID: A0000000980840
TC: A6172097938CD802
VERIFIED BY PIN
DEBIT 105.55
CHANGE 0.00
WA 08.4000 % TAX A 1.07
WA 20.5% Spirits Tax 4.10
TOTAL TAX 5.17
TOTAL NUMBER OF ITEMS SOLD = 13
Fred Meyer Savings $ 15.30
Total Coupons $ 15.30
Total Savings (13 Percent) $ 15.30
11/28/24 12:56 652 504 72 999999504
*************************************
Annual Card Savings $1334.51
*************************************
Fuel Points Earned Today: 97
Total Nov Fuel Points: 592
*************************************
GAMING POINTS REWARDS PLUS
Every $30 Spent on participating
items earns Rewards Points.
Visit www.pointsrewardsplus.com
to redeem for rewards.

Your Rewards spending: 21.00



Kroger

# Incident Report

**Claim Number** 4A2411TCVMP0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 11·26·24 DIVISION Fred Meyer 701 STORE # 654

**Section A: Store ID**

Address 11 Grant Rd. City East Wenatchee State OR Zip 98802

Manager on Duty at Time of Incident Greg Johnson Store Phone 509 881·2800

Store Email Address

Manager Email Address greg.johnson@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M off T 5-3 W 7-5 TH off F 4-2 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Carmen Hoffman Age 46 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 9.12.78 Marital Status Single Loyalty ID # 509·741.0851

Address 1618 N. Ashland Ave City East Wenatchee State WA Zip 98802

Home Phone Cell Phone 509·741·0851 Work Phone

Employer Sinclair Systems Int. Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4"

**Section C: Incident Information**

Date of Incident 11·26·24 Time of Incident 9:45-10:15 (AM)/PM

Date Notified of Incident 11·26·24 Time Notified 10:15 (AM)/PM



ACE side.

# Incident Report

**Claim Number** 4A241117CVMP0001

**Name of Employee Initially Notified** Lourdes

**EUID of Employee Initially Notified** ______

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
Apparel Entrance

**Provide Brief Description in ten words or less for Call Center entry**
Shopping cart wheels locked at door

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)** [circled: conveyed by the customer]

Came to shop, chose small cart, decided to get larger cart, cart stopped and injuring neck, arms, back.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

Signs on door talking about carts.

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** ______

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

Upper back, neck, shoulders, arms.

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** N/A

Kroger

# Incident Report

**Claim Number** 4A2411TCVNP0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N Chiropractor

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

Address City State Zip

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Gregory Johnson EUID GJ 35505

Signature [signature] Date 11.26.24

**Remember to check for video and to forward photos**

Kroger

# Customer Statement

**Claim Number** ______________________

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date_______________ Store Address_______________________________________________

City_____________________________ State_________

**Contact Information**

Name_____________________________________________________ Age__________ Gender: M/F

Parent/Guardian (if minor)______________________________________________________

Date of Birth_____________________________ Marital Status_______________________________

Address________________________________________ City_____________________ State_________

Home Phone______________________ Cell Phone________________________

Work Phone______________________ Email_______________________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident___________________________ Time of Incident _____________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____________________________________________________________________________________

_____________________________________________________________________________________

Describe what happened______________________________________________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

_____________________________________________________________________________________

Kroger

## Customer Statement

**Claim Number** ____________________

Describe any Injuries or Pain from this Incident (Please be specific)____________________

____________________

____________________

____________________

Describe any Personal Property that was damaged (Please be specific)____________________

____________________

____________________

Please identify the person(s) to whom you reported the incident____________________

____________________

____________________

____________________

**Witness ID**

1 Name____________________ Phone____________________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________________

2 Name____________________ Phone____________________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________________

3 Name____________________ Phone____________________

Was this person shopping with you? Y/N

What is this person's relationship to you?____________________

Your Signature____________________ Date____________________

# Evidence Report

**Claim Number** ____________________

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE______________ DIVISION______________________________STORE #____________

Date of Incident_________________________ Time of Incident________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

*** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video____________________________________________________

Title and EUID, if applicable________________________________________________________

Comments (such as whether video system was not working, incident is not captured etc...)_________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Customer Name________________________________________Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video_________

______________________________________________________________________________

______________________________________________________________________________

Please describe witnesses on video__________________________________________________

______________________________________________________________________________

______________________________________________________________________________

# Evidence Report

**Claim Number** ____________________

1. **Camera Location/View** ____________________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

2. **Camera Location/View** ____________________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

3. **Camera Location/View** ____________________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer** ____________________

**Title and EUID** ____________________

**Photo 1 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________________

____________________

**Photo 2 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________________

____________________

**Photo 3 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________________

____________________

Kroger

# Evidence Report

**Claim Number** ______________________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________

Signature ______________________ Date ______________________

# Incident Report

Kroger

Claim Number 4A2507NSJQ40001

Report to be completed by Store Management within 24 hours of incident notice

DATE 7/20/25 DIVISION 701 STORE #
701
024

**Section A: Store ID**

Address 920 S Burlington Blvd City Burlington State WA Zip 98233

Manager on Duty at Time of Incident Bill Pelan Store Phone

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Kim Paulson Age 59 Gender: M/F (F circled)

Name of Parent/Guardian

Date of Birth 10-4-65 Marital Status M Loyalty ID # 425 776 5004

Address 4707 237th St. SW City Mountlake Terrace State WA Zip 98043

Home Phone Cell Phone (206) 465-6395 Work Phone

Employer Title

Work Address 20631 Bothell Everett Hwy Ste H City Bothell State WA Zip 98012

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ~~Shoulde~~
Brown hair to shoulders w/ bangs, 165 ibs light colored sweatshirt

# Incident Report

Kroger

**Claim Number** 4A2507NSJQ40001

## Section C: Incident Information

Date of Incident 7/20/25 Time of Incident 1:10 AM/PM (PM circled)

Date Notified of Incident 7/20/25 Time Notified 1:25 AM/PM (PM circled)

Name of Employee Initially Notified Maureen Stewart

EUID of Employee Initially Notified mm65490

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

entrance by Produce

Provide Brief Description in ten words or less for Call Center entry cart locked up at doors

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one) ("as conveyed by the customer" circled)

Exiting store after going thru checkstand & the cart locked up causing her pain & numbness

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

entry/exit doors - no hazards seen

# Incident Report

Claim Number 4A2507NSJQ40004

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

left side face, neck, arm, and hand are numb. left side neck has pain.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N (Y circled) Kim P. is currently in physical therapy for a neck injury. She has an appt. Tuesday 7/22/25 with her physical therapist which was previously scheduled

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Employee: Y/N Phone

# Incident Report

Claim Number 4A2507NSJQ40001

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Kim Paulson stated she was in a car accident 4 mo. ago and is in physical therapy for the injury.

Print Name and EUID of Employee Completing This Report

Name Maureen Stewart

EUID mm65490

Signature [signature] 7/20/25

Date

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2510SW38Y0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10-25-2025 DIVISION 701 FRED MEYER STORE # 265

**Section A: Store ID**

Address 1100 N Meridian City puyallup State WA Zip 98371

Manager on Duty at Time of Incident ______ Store Phone 253-840-8150

Store Email Address ______

Manager Email Address ______

MOD Schedule for Next 5 Days S ______ M ______ T ______ W ______
TH ______ F ______ SA ______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Brenda Alston Age ______ Gender: M/F

Name of Parent/Guardian ______

Date of Birth 4-20-1954 Marital Status ______ Loyalty ID # ______

Address 6516 park st E City Fife State WA Zip 98424

Home Phone 253 304 0983 Cell Phone ______ Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Gray Jacket blue Jeans gray tennis shoes black beanie

**Section C: Incident Information**

Date of Incident 10-25-25 Time of Incident 11:12 (AM)/PM

Date Notified of Incident 10-25-25 Time Notified 11:20 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2510SW38Y0001

Name of Employee Initially Notified Julie

EUID of Employee Initially Notified JW40432

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Aparel exit Door

Provide Brief Description in ten words or less for Call Center entry cart locked up at door customer ran into it

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

customer checked out of Register 201. went out of the aparel door and the cart locked up. After it stopped it unlocked and kept going.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Lower right leg on the middle shin

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Lower right leg. Shin

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
front of right shin - lower leg.

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

# Incident Report

**Claim Number** 4A2510SW38Y0001

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known University of washington federal way

Address ______ Phone ______

**Section D: Witness ID**

1 Name Jeremiah Employee: (Y)/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

Noble Security Jeremyah

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______

Print Name and EUID of Employee Completing This Report

Name Julie williams EUID JW40482

Signature [signature] Date 10-25-25

**Remember to check for video and to forward photos**

Kroger

# Customer Statement

**Claim Number** 4A2510SW38Y0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date__________ Store Address____________________

City__________________ State______

**Contact Information**

Name________________________ Age______ Gender: M/F

Parent/Guardian (if minor)________________________

Date of Birth__________________ Marital Status__________________

Address________________________ City______________ State______

Home Phone______________ Cell Phone________________

Work Phone______________ Email________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident__________________ Time of Incident ________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Describe what happened________________________

Kroger

## Customer Statement

**Claim Number** 4A2510SW38Y0001

Describe any Injuries or Pain from this incident (Please be specific) big bump / bruise on lower right shin

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident First Noble security Jeremiah, then customer Service Desk Ellen. Then Front end relief Assistant Julie

**Witness ID**

1 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature [signature] Date 10/25/25

# Evidence Report

**Claim Number** ____________________

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE________________ DIVISION________________________________ STORE #_____________

Date of Incident___________________________ Time of Incident__________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video________________________________________________

Title and EUID, if applicable______________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**Customer Name**_______________________________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

______________________________________________________________________________

______________________________________________________________________________

Please describe witnesses on video_________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Kroger

# Evidence Report

**Claim Number** ____________

1. **Camera Location/View** ____________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

2. **Camera Location/View** ____________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

3. **Camera Location/View** ____________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer** ____________

**Title and EUID** ____________

**Photo 1 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________

**Photo 2 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________

**Photo 3 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________

# Evidence Report

**Claim Number** ____________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ____________

Signature ____________ Date ____________

Kroger

# Incident Report

**Claim Number** 4A251067FV20001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/6/25 DIVISION 701 Fred Meyer STORE # 688

**Section A: Store ID**

Address 2902 164th St SW City Lynnwood State WA Zip 98087

Manager on Duty at Time of Incident Cheryl Tutt Store Phone 425 787-4900

Store Email Address cheryl.tutt@stores.fredmeyer.com

Manager Email Address Same

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W OFF
TH OFF F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Amy Craig Age 41 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 12/16/84 Marital Status Married Loyalty ID # (425)870-4961

Address 4517 Seahurst Ave City Everett State WA Zip

Home Phone Cell Phone 425 870-3162 Work Phone 425 870-3162

Employer None Title

Work Address N/A City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'5" brunette 180 lbs leggings
tank top

**Section C: Incident Information**

Date of Incident 10/6/25 Time of Incident 4:15 AM/(PM)

Date Notified of Incident 10/6/25 Time Notified 4:20 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A251067FV20001

Name of Employee Initially Notified Cheryl tutt

EUID of Employee Initially Notified cf40891

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery entrance North door

Provide Brief Description in ten words or less for Call Center entry Customers belly hit cart as it locked up

Provide Detailed Description of ~~the incident~~
(as witnessed by you) OR (as conveyed by the customer) (circle one)
customer stated that after checking out through checkstand 3 or 4 she exited the building through north entrance

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Carts have signs on them that talk about locking wheels

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Bruise on adomin, bleeding disorder

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A251067FV20001

Report Number or Contact Name and Phone#____________________

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known____________________

Address____________________ Phone____________________

**Section D: Witness ID**

1 Name____________________ Employee: Y/N Phone____________________

Address____________________ City__________ State______ Zip______

2 Name____________________ Employee: Y/N Phone____________________

Address____________________ City__________ State______ Zip______

3 Name____________________ Employee: Y/N Phone____________________

Address____________________ City__________ State______ Zip______

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Cheryl Tott EUID CF40891

Signature [signature] Date 10/6/25

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A251067FV20001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 10/6/25 Store Address 2902 164th St SW

City Lynnwood State WA

**Contact Information**

Name Amy Craig Age 41 Gender: M/F (F circled)

Parent/Guardian (if minor) ____

Date of Birth 12/16/84 Marital Status married

Address 4517 Seahurst Ave City Everett State WA

Home Phone ____ Cell Phone 425-870-3162

Work Phone ____ Email winterosebud@gmail.com

Preferred Method(s) of contact: Home/cell/work/email (circle one) (email circled)

**Facts**

Date of Incident 10/6/25 Time of Incident 4:15 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
exit doors @ grocery door

Describe what happened Walking after paying for food and exiting to building. Upon exiting my grocery cart suddenly locked and the momentum of my body didn't slamming the cart into my stomach. My stomach is staring to bruise.

Kroger

## Customer Statement

**Claim Number** 4A251067FV20001

Describe any Injuries or Pain from this incident (Please be specific) Upper abdomen under breasts is bruising and pain. Pain is constant and abdomen is tender to touch.

Describe any Personal Property that was damaged (Please be specific) none

Please identify the person(s) to whom you reported the incident store manager Cheryl.

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 10/6/25

Furthest Self checkout 6:15

**Incident Report**

**Claim Number** 4A2508Y1ZPX0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE Aug 29, 2025 DIVISION 701 STORE # 681

**Section A: Store ID**

Address 2801 Bickford City Snohomish State Wa Zip ____

Manager on Duty at Time of Incident Margaret Lacasse Store Phone 360-563-3700

Store Email Address margaret.lacasse@stores.fredmeyer.com

Manager Email Address marc.walton@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 10-8 M 10-8 T 10-8 W 10-8
TH 10-8 F 10-8 SA 10-8

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Peter + Ana Ocampo Age ____ Gender: M/F

Name of Parent/Guardian ____

Date of Birth 1/18/77 Marital Status Married Loyalty ID # 425-210-0077

Address 13931 Broadway Ave City Snohomish State WA Zip 98296

Home Phone ____ Cell Phone 425 8778888 Work Phone ____

Employer Amazon Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____

**Section C: Incident Information**

Date of Incident 08/29/25 Time of Incident @6:15 AM/PM (PM circled)

Date Notified of Incident ____ Time Notified ____ AM/PM

Name of Employee Initially Notified ____

# Incident Report

**Claim Number** 4A2508Y1ZPX0001

EUID of Employee Initially Notified ____________________

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) ______

cart stopped @ per check hit shins

Provide Brief Description in ten words or less for Call Center entry ____________________

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

See above

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

none

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ____________________

None

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Both Shins

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who? ____________________

Report Number or Contact Name and Phone# ____________________

Did, or will, the customer seek medical treatment? Y/N UNKNOWN

Doctor or Medical Facility Name, if known ____________________

# Incident Report

**Claim Number** 4A2508Y1ZPX0001

Address______________________________ Phone______________________

**Section D: Witness ID**

1 Name______________________________ Employee: Y/N Phone______________________

Address______________________ City______________ State________ Zip__________

2 Name______________________________ Employee: Y/N Phone______________________

Address______________________ City______________ State________ Zip__________

3 Name______________________________ Employee: Y/N Phone______________________

Address______________________ City______________ State________ Zip__________

Names and EUID of any employees nearby, if not listed above:

______________________________________________________________

______________________________________________________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________________________________________________________

______________________________________________________________

______________________________________________________________

Print Name and EUID of Employee Completing This Report

Name______________________________ EUID______________________

Signature______________________________ Date______________________

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2507496LJ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7-5-25 DIVISION 701 STORE # 265

**Section A: Store ID**

Address 1100 N. Meridian Street City Puyallup State WA Zip ____

Manager on Duty at Time of Incident ____ Store Phone 253 840 8150

Store Email Address FM00265AllStoreManagement@stores.fredmeyer.com

Manager Email Address ____

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rachael Redmond Age____ Gender: M/F

Name of Parent/Guardian ____

Date of Birth 5-1-1982 Marital Status ____ Loyalty ID # ____

Address 104 Madison AVE #12 City Eatonville State WA Zip 98328

Home Phone ____ Cell Phone 253 500 9790 Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) brown hair - gray sweatshirt.

**Section C: Incident Information**

Date of Incident 7-5-25 Time of Incident 9:45 (AM)/PM

Date Notified of Incident 7-5-25 Time Notified 9:50 (AM)/PM

Kroger

# Incident Report

**Claim Number** 4A2507496LJ0661

Name of Employee Initially Notified Julie Williams

EUID of Employee Initially Notified ______

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery between isle 19 and 25

Provide Brief Description in ten words or less for Call Center entry Cart stopped suddenly and hit customer rib area

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer was walking and cart suddenly stopped and hit customer rib/chest area

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Grocery between isle 19 and 25

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
front stomach / rib cage area.

Did Police or Emergency Services Respond? Y/N If Yes, Who? No

Kroger

# Incident Report

**Claim Number** 4A2507496LJ0001

Report Number or Contact Name and Phone#__________

Did, or will, the customer seek medical treatment? (Y) / N

Doctor or Medical Facility Name, if known__________

Address__________ Phone__________

**Section D: Witness ID**

1 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

2 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

3 Name__________ Employee: Y/N Phone__________

Address__________ City__________ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

__________

__________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

The customer changed her story several times while reporting the incident. She also gave more injuries after she first told me.

Print Name and EUID of Employee Completing This Report

Name Julie Williams EUID JW40432

Signature [signature] Date 7-5 25

**Remember to check for video and to forward photos**

Kroger

# Evidence Report

**Claim Number** 4A2507496LJ0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE________ DIVISION________ STORE #________

Date of Incident 7-5-25 Time of Incident 9:45 (AM)/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video________

Title and EUID, if applicable________

*Comments (such as whether video system was not working, incident is not captured etc...)*________

Customer Name________ Gender: M/F

Please describe the customer's clothing, hair color, etc...to assist with identification on video________

Please describe witnesses on video________

Kroger

# Evidence Report

**Claim Number** 4A2507496LJ0001

1. **Camera Location/View**______________________

   **Camera/Unit Number** __________

   **Recording Time from**__________ **AM/PM to** __________ **AM/PM**

2. **Camera Location/View**______________________

   **Camera/Unit Number** __________

   **Recording Time from**__________ **AM/PM to** __________ **AM/PM**

3. **Camera Location/View**______________________

   **Camera/Unit Number** __________

   **Recording Time from**__________ **AM/PM to** __________ **AM/PM**

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer**______________________________

**Title and EUID**______________________________

**Photo 1 Date and Time Photo was Taken**__________________ **AM/PM**

**Brief Description of Scene**______________________________

______________________________

**Photo 2 Date and Time Photo was Taken**__________________ **AM/PM**

**Brief Description of Scene**______________________________

______________________________

**Photo 3 Date and Time Photo was Taken**__________________ **AM/PM**

**Brief Description of Scene**______________________________

______________________________

Kroger

# Evidence Report

**Claim Number** 4A2507496LJ0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ____________________

Signature ____________________ Date ________________

Kroger

## Customer Statement

**Claim Number** 4A2507496LJ0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7-5-2025 Store Address 1100 N. Meridian Street.

City Puyallup State WA

**Contact Information**

Name Rachael Redmond Age 43 Gender: M/F

Parent/Guardian (if minor) ______

Date of Birth 5-1-1982 Marital Status ______

Address ______ City ______ State ______

Home Phone ______ Cell Phone 253 500 9790

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 7-5-25 Time of Incident 9:45 AM (circled)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
between Isles 19 25

Describe what happened I Was Walking and the cart stopped and I ran into it Hitting myself in the top stomach area.

Kroger

## Customer Statement

**Claim Number** 4A2507496LJ0001

Describe any Injuries or Pain from this incident (Please be specific) Wind was knocked out of me. Cut left shin.

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature [signature] Date 7/5/25

Kroger

# Incident Report

**Claim Number** 4A25046M76Q0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 04/05/2025 DIVISION 701 STORE # 652

**Section A: Store ID**

Address 201 S Water St City Ellensburg State WA Zip 98926

Manager on Duty at Time of Incident Lee Howard Store Phone 509-962-0514

Store Email Address lee.howard@stores.fredmeyer.com

Manager Email Address gustavo.valladares@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name David Firth Age Gender: M/F

Name of Parent/Guardian

Date of Birth Marital Status Loyalty ID #

Address 2082 Bettas Rd City Cle Elum State WA Zip 98922

Home Phone 509.857.2009 Cell Phone Work Phone

Employer Provel Inc Title President

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

**Section C: Incident Information**

Date of Incident 04/05/2025 Time of Incident 3 PM AM/PM

Date Notified of Incident 04/05/2025 Time Notified 3 PM AM/PM

Kroger

# Incident Report

**Claim Number** 4A25046M76Q0001

**Name of Employee Initially Notified** Lee Howard

**EUID of Employee Initially Notified** LH84132

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
Parking lot outside of the Home Entrance

**Provide Brief Description in ten words or less for Call Center entry** Cart locked up in parking lot and caused injury to the customers left leg.

**Provide Detailed Description of the Incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

Customer claimed that the cart locked up in the parking lot when arriving on location. Customer shopped with the cart with not issues. When customer was leaving in the parking lot the cart locked again and caused injury to his leg just below his kneecap

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

incident happened in the parking lot. There are warnings at each entrance door that the carts do lock up

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)**

Gatekeeper Cart Wheel System

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

small cut to left leg, below knee cap

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** No

Kroger

# Incident Report

**Claim Number** 4A25046M76Q0001

**Report Number or Contact Name and Phone#**

**Did, or will, the customer seek medical treatment? Y/N**

**Doctor or Medical Facility Name, if known**

**Address** **Phone**

**Section D: Witness ID**

**1 Name** **Employee: Y/N Phone**

**Address** **City** **State** **Zip**

**2 Name** **Employee: Y/N Phone**

**Address** **City** **State** **Zip**

**3 Name** **Employee: Y/N Phone**

**Address** **City** **State** **Zip**

**Names and EUID of any employees nearby, if not listed above:**

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer woudl like the cart examined by the company that built the system to find out why the cart locked up multiple times.

**Print Name and EUID of Employee Completing This Report**

**Name** Lee Howard **EUID** LH84132

**Signature** [signature] **Date** 04/07/2025

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A2411P7NS80001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 11/18/24 DIVISION Fred Meyer STORE # 53

**Section A: Store ID**

Address 16735 SE 272nd St City Covington State WA Zip 98042

Manager on Duty at Time of Incident Sandra Voeller Store Phone 253 639-7400

Store Email Address ____

Manager Email Address Sandra.Voeller@store.Fredmeyer.com

MOD Schedule for Next 5 Days S 11-9 M 11-9 T 11-9 W 11-9
TH 11-9 F 11-9 SA 11-9

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Maximo Cortez Age 8 Gender (M)/F

Name of Parent/Guardian Alex Salanga

Date of Birth 12/21/~~24~~ 96 Marital Status Single Loyalty ID # ____

Address 28835 184th Pl SE City Kent State WA Zip 98042

Home Phone — Cell Phone 503 935 6702 Work Phone —

Employer Kent School District Title Health Tech

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) black hair, 45 lbs. 4 ft.

**Section C: Incident Information**

Date of Incident 11/18/24 Time of Incident 530 AM/(PM)

Date Notified of Incident 11/18/24 Time Notified 535 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A2411P7NS80001

**Name of Employee Initially Notified** Oma Chouan

**EUID of Employee Initially Notified** OC7H055

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
customer described me that her son was bleeding and I notified the MOD

**Provide Brief Description in ten words or less for Call Center entry**

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

Did not see

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

Did not see

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)**

None

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

Nose bleeding

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** NO

Kroger

# Incident Report

**Claim Number** 4A2411P7NS80001

Report Number or Contact Name and Phone# Alex Salanga 503 935 6702

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Multicare Emergency Room

Address 17700 SE 272nd St Covington WA Phone

**Section D: Witness ID**

1 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

2 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

3 Name ____ Employee: Y/N Phone ____

Address ____ City ____ State ____ Zip ____

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

As we were leaving the store, the cart locked up and my son slammed his face into the handle. Causing him to bleed.

Print Name and EUID of Employee Completing This Report

Name ~~Alexandria~~ Sandra Voelker EUID SC237766

Signature Sandra V[signature] Date 11/18/2024

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A2411P7NS80001

---

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 11/18/24 Store Address 16735 SE 272nd St.

City Covington State WA

**Contact Information**

Name ~~Alex Salanga~~ Maximo Cortez Age 8 Gender: (M)/F

Parent/Guardian (if minor) Alex Salanga

Date of Birth ~~[illegible]~~ 9/27/16 (12/21/96) Marital Status single

Address 28835 184th Pl SE City Kent State WA

Home Phone ____ Cell Phone 503 935 8202

Work Phone ____ Email alexandriar96@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/(email) (circle one)

**Facts**

Date of Incident 11/18/24 Time of Incident 530 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

~~[illegible]~~ ~~[illegible]~~ Grocery lobby

Describe what happened As we were leaving the store, the cart locked up. Causing my son (Maximo) to slam his face into the cart handles. His nose is bleeding and split. We went into the starbucks to clean him up.

---

Kroger

## Customer Statement

**Claim Number** 4A2411P7NS80001

Describe any Injuries or Pain from this incident (Please be specific) Bloody, split nose. Crying from pain. Needed to clean blood up.

Describe any Personal Property that was damaged (Please be specific) None

Please identify the person(s) to whom you reported the incident 2 attendents at the self check out area.

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature [signature] Date 11/18/24

Kroger

# Incident Report

**Claim Number** 4A2410H3GQQ0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 10/15/24 DIVISION 007 STORE # 0024

**Section A: Store ID**

Address 920 S. Burlington Blvd. City Burlington State WA Zip 98233

Manager on Duty at Time of Incident [illegible] Store Phone

Store Email Address bethany.robinson@stores.fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S M T W
TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Cindy Grewell Age 60 Gender: M/F (F circled)

Name of Parent/Guardian N/A

Date of Birth 2/29/64 Marital Status N/A Loyalty ID # (360) 708-8146

Address 19597 Sky Ridge Rd City Mt. Vernon State WA Zip 98274

Home Phone N/A Cell Phone (360) 708-8146 Work Phone "

Employer N/A Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'4, Blond hair, rust colored vest + long sleeve black shirt black pants, hair tied back

**Section C: Incident Information**

Date of Incident 10/14/24 Time of Incident ≈5:05 AM/PM (PM circled)

Date Notified of Incident 10/15/24 Time Notified 5:12 AM/PM (PM circled)

Kroger

# Incident Report

**Claim Number** 4A2410H3GQQ0001

Name of Employee Initially Notified Bethany Robinson

EUID of Employee Initially Notified BR97697

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Outside & to the left of left grocery exit, already past pumpkins & to where cars are.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Customer was taking cart to vehicle when cart locked, tipped, & customer fell on knees.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Happened in the road, en route to car in front of corral behind deli. (white SUV)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Both kneecaps.

Did Police or Emergency Services Respond? Y/N If Yes, Who? Not called.

Kroger

# Incident Report

**Claim Number** ______________

**Report Number or Contact Name and Phone#** ______________

**Did, or will, the customer seek medical treatment? Y/N**

**Doctor or Medical Facility Name, if known** ______________

**Address** ______________ **Phone** ______________

**Section D: Witness ID**

**1 Name** N/A **Employee: Y/N Phone** ______________

**Address** ______________ **City** ______________ **State** ______ **Zip** ______

**2 Name** ______________ **Employee: Y/N Phone** ______________

**Address** ______________ **City** ______________ **State** ______ **Zip** ______

**3 Name** ______________ **Employee: Y/N Phone** ______________

**Address** ______________ **City** ______________ **State** ______ **Zip** ______

**Names and EUID of any employees nearby, if not listed above:**

______________

______________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________

______________

______________

**Print Name and EUID of Employee Completing This Report**

**Name** Bethany Robinson **EUID** BR97697

**Signature** [signature] **Date** 11/15/24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** ____________________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date______________ Store Address________________________________________

City__________________________ State________

**Contact Information**

Name________________________________________________ Age_________ Gender: M/F

Parent/Guardian (if minor)____________________________________________

Date of Birth________________________ Marital Status______________________

Address___________________________________ City_____________________ State________

Home Phone_____________________ Cell Phone____________________

Work Phone_____________________ Email__________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident_______________________ Time of Incident __________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

______________________________________________________________________

______________________________________________________________________

Describe what happened__________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Kroger

## Customer Statement

**Claim Number** ______________

Describe any Injuries or Pain from this incident (Please be specific) Knees are both in pain, no bleeding but red & swollen. Have pic on my phone.

Describe any Personal Property that was damaged (Please be specific) Just self

Please identify the person(s) to whom you reported the incident Priyanka grabbed Birdie Bolin, who called grocery PIC.

**Witness ID**

1 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

2 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

3 Name ______________ Phone ______________

Was this person shopping with you? Y/N

What is this person's relationship to you? ______________

Your Signature ______________ Date 11/05/

Kroger

# Evidence Report

**Claim Number** ____________________

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE______________ DIVISION____________________________ STORE #____________

Date of Incident________________________ Time of Incident________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video__________________________________________________

Title and EUID, if applicable__________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

__________________________________________________________________________________

__________________________________________________________________________________

__________________________________________________________________________________

**Customer Name**__________________________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

__________________________________________________________________________________

__________________________________________________________________________________

Please describe witnesses on video__________________________________________________

__________________________________________________________________________________

__________________________________________________________________________________

Kroger

# Evidence Report

**Claim Number** ____________

1. **Camera Location/View** ____________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

2. **Camera Location/View** ____________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

3. **Camera Location/View** ____________

   **Camera/Unit Number** ____________

   **Recording Time from** ____________ **AM/PM to** ____________ **AM/PM**

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer** ____________

**Title and EUID** ____________

**Photo 1 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________

**Photo 2 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________

**Photo 3 Date and Time Photo was Taken** ____________ **AM/PM**

**Brief Description of Scene** ____________

Kroger

# Evidence Report

**Claim Number** ______________________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________

Signature ______________________ Date ______________________

# Incident Report

**Claim Number** 4A260186L6K0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 1/9/26 DIVISION Fred Meyer STORE # 265

**Section A: Store ID**

Address 1100 N Meridian City Puyallup State WA Zip 98371

Manager on Duty at Time of Incident Fletcher Lane Store Phone 253-840-8150

Store Email Address fletcher.lane@stores.fredmeyer.com

Manager Email Address

MOD Schedule for Next 5 Days S 7-5 M off T 11-9 W 11-9
TH 7-5 F 7-5 SA 11-9

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jacob Jorgensen Age 35 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 5/29/90 Marital Status Married Loyalty ID #

Address 4605 108th Ave E City Edgewood State WA Zip 98372

Home Phone Cell Phone 253-549-5856 Work Phone

Employer Washington State DOT Title Communication Technician

Work Address City Olympia State WA Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
6'4" 260 Brown Hair, Blue Jacket Hiking Boots

**Section C: Incident Information**

Date of Incident 1/9/26 Time of Incident 10:10 (AM)/PM

Date Notified of Incident 1/9/26 Time Notified 10:10 (AM)/PM

# Incident Report

**Claim Number** 4A260186L6K0011

Name of Employee Initially Notified William Sullivan

EUID of Employee Initially Notified WS74168

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
On the sidewalk in front of Apparel entrance

Provide Brief Description in ten words or less for Call Center entry cart locked up on customer and he hit the cart and bruised his shin.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Customer grabbed a cart that was on the sidewalk, was walking, the cart locked up and his momentum carried him forward and his right shin hit the cart.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

No hazards

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

right shin feels bruised.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A260186L6K0001

Report Number or Contact Name and Phone# Fletcher Lane 253-840-8190

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name N/A Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

On the way to customer service, the cart locked up two or three more times.

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FL54660

Signature [signature] Date 1/9/26

**Remember to check for video and to forward photos**

# Evidence Report

**Claim Number** 4A260186L6K0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc… Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane FL54660

Signature [signature] Date 1/9/26

Kroger

## Customer Statement

**Claim Number** 4A260186L6K0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 9 Jan 26 Store Address 1100 N Meridian Ave

City Puyallup State WA

**Contact Information**

Name Jacob Jorgensen Age 35 Gender: (M)/F

Parent/Guardian (if minor) ______

Date of Birth 29 May 1990 Marital Status Married

Address 4605 108th Ave E City Edgewood State WA

Home Phone ______ Cell Phone 253 549 5856

Work Phone ______ Email jacobjorgie@gmail.com

Preferred Method(s) of contact: Home/(cell)/work/email (circle one)

**Facts**

Date of Incident 9 Jan 26 Time of Incident 10:10 (AM)/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc…)
Store Entrance Exterior

Describe what happened I grabbed a shopping cart, Started to push the cart when suddenly the security wheel locked up causing my right shin to strike the cart causing intense pain. As I walked toward the cust service desk the cart locked up several more times.



1-9-2026 4A260186L6K0001 6020260109036321

DEF FRED MEYER_000245

Kroger

## Customer Statement

**Claim Number** 4A260186L6K0001

**Describe any Injuries or Pain from this Incident (Please be specific)** Shin pain, possible bruising

**Describe any Personal Property that was damaged (Please be specific)** N/A

**Please identify the person(s) to whom you reported the incident** William at service desk.

**Witness ID** N/A

**1 Name** ____________ **Phone** ____________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ____________

**2 Name** ____________ **Phone** ____________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ____________

**3 Name** ____________ **Phone** ____________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ____________

**Your Signature** [signature] **Date** 9 Jan 2026

# Incident Report

Kroger

**Claim Number** ______________________

4A24094Z3GK0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 9/5/2024 DIVISION 701 STORE # 208

8:00 am

**Section A: Store ID**

Address 11325 SE Mill Plain Blvd City Vancouver State WA Zip 98683

Manager on Duty at Time of Incident Dana Eckman Store Phone

Store Email Address dana.eckman@stores.fredmeyer.com

Manager Email Address Same as above

MOD Schedule for Next 5 Days S OFF M OFF T 7-5 W 7-5 TH F OFF SA OFF

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Age Gender: M/F (F circled)

Name of Parent/Guardian Angelina Corona

Date of Birth Marital Status Loyalty ID # 44769486133

Address 1916 140th Ave NE #D2-315 City Bellevue State WA Zip 98004

Home Phone 425-591-4448 Cell Phone 425-591-4448 Work Phone

Employer S+S Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'8", Black hair, white blouse & skirt, sandals

Kroger

# Incident Report

**Claim Number** ______________________________

4A24094Z3GK0001

**Section C: Incident Information**

Date of Incident 9-5-2024 Time of Incident 8:16 AM/PM (AM circled)

Date Notified of Incident 9-5-2024 8:16 pm Time Notified

__________ AM/PM

Name of Employee Initially Notified Manager / Dam Eckman

EUID of Employee Initially Notified DE30240

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Grocery entrance lobby

Provide Brief Description in ten words or less for Call Center entry Customer's cart locked up causing customer to collide with cart.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

I checked out w/a cashier who told me to get a cart. I did. It locked up on the way out the door. I did not know it would do this. It jarred my hands neck - hurting my neck & my my jaw. I'm in a lot of pain. Very frustrating to experience this without warning.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Grocery entrance lobby. No hazard other than the shopping cart.

Kroger

# Incident Report

**Claim Number** ______________________________

4A24094Z3GK0001

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ______

N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

Neck, shoulder, jaw and lower back pain. Customer stated they had recently suffered whiplash and incident caused flareup of injury/pain

Did Police or Emergency Services Respond? Y/N If Yes, Who? ______

Report Number or Contact Name and Phone# ______

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Unknown

Address ______ Phone ______

**Section D: Witness ID**

1 Name

Employee: Y/N Phone

# Incident Report

Claim Number ______________________

4A24Ø94Z3GKØØØ1

Address N/A City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above: N/A

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer stated multiple times that they had recently suffered whiplash and that this incident has aggravated those symptoms

Print Name and EUID of Employee Completing This Report

Name Dana Eckman

EUID DE 30240

Signature [signature] 9/5/2024

Date

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A24058DD7S0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 5·9·24 DIVISION Fred Meyer STORE # 608

**Section A: Store ID**

Address 915 NW 45th City Seattle State WA Zip 98107

Manager on Duty at Time of Incident David Barger Store Phone 206·297·4300

Store Email Address David.Barger@stores.fredmeyer.com

Manager Email Address "Same as above"

MOD Schedule for Next 5 Days S OFF M 10A-4P T 10A-4P W OFF TH OFF F 10A-4P SA 10A-4P

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Travis Bevan Age ______ Gender: M/F

Name of Parent/Guardian N/A

Date of Birth N/A Marital Status N/A Loyalty ID # N/A

Address N/A City N/A State N/A Zip N/A

Home Phone N/A Cell Phone 701-371-1575 Work Phone N/A

Employer N/A Title N/A

Work Address N/A City N/A State N/A Zip N/A

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ______

**Section C: Incident Information**

Date of Incident 05·09·2024 Time of Incident 7:35 (AM)/PM

Date Notified of Incident 05·09·2024 Time Notified 7:35 (AM)/PM

# Incident Report

**Claim Number** 4A24058DD7S0001

Name of Employee Initially Notified DAVID BARGER

EUID of Employee Initially Notified DB82479

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
FOOD ENTRY DOOR

Provide Brief Description in ten words or less for Call Center entry
CUSTOMER TRIP/FALL OVER GROCERY CART

Provide Detailed Description of the Incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER LEAVING STORE THROUGH FOOD ENTRY, CART WHEEL LOCKED CUSTOMER TRIPPED OVER CART AND FELL INTO DOOR.
CUSTOMER CALLED AND STATED THEY WANTED TO REPORT AND DOCUMENT THE INCIDENT. THE CUSTOMER HAS NOT FILLED OUT ANY FORMS. AS OF 5/9/24 8:30 AM.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
N/A

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door")
CUSTOMER STATED HE JUST HAD SURGERY, DID NOT SPECIFY WHERE, BUT STATED HIS BACK AND WRIST MAY BE A CONCERN.

Did Police or Emergency Services Respond? Y/(N) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A24058DD7S0001

Report Number or Contact Name and Phone# N/A

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known N/A

Address N/A Phone N/A

**Section D: Witness ID**

1 Name Dalene Apusen Employee: Y/N Phone 408-512-4466

Address 10300 Des Moine Mem Dr. S City Seattle State WA Zip 98168

2 Name N/A Employee: Y/N Phone N/A

Address N/A City N/A State N/A Zip N/A

3 Name N/A Employee: Y/N Phone N/A

Address N/A City N/A State N/A Zip N/A

Names and EUID of any employees nearby, if not listed above:
N/A

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Around 7:45 am - 7:50 am, I saw the subject walk through the grocery exit. The alarms went off which indicated his cart would lock I grabbed the cart key to unlock it, but by the time I reached the →

Print Name and EUID of Employee Completing This Report

Name Dalene Apusen David Barger / EUID D682479

Signature Dalene Apus [signature] Date 05/09/24

Remember to check for video and to forward photos

Kroger

## Customer Statement

**Claim Number** 4A24058DD7S0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 5/9/24 Store Address 915 NW 45TH ST

City SEATTLE State WA 98107

**Contact Information**

Name TRAVIS BEVAN Age ______ Gender: M/F

Parent/Guardian (if minor) ______

Date of Birth ______ Marital Status ______

Address 5970 7th AVE NW City SEATTLE State 98107

Home Phone ______ Cell Phone 701-371-6575

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 5/9/24 Time of Incident 7:35 AM/PM (AM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

FRONT FOOD ENTRANCE

Describe what happened TRAVIS WAS PUSHING SMALL GROCERY CART OUT THROUGH FOOD ENTRY CART WHEEL LOCKED UP. TRAVIS TRIPPED OVER CART AND CRASHED INTO DOOR.

Kroger

## Customer Statement

**Claim Number** 4A24058DD7S0001

Describe any Injuries or Pain from this incident (Please be specific) BACK, WRIST ?

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident DAVID BARGER, STORE MANAGER

**Witness ID**

1 Name DULENE APUSEN Phone 408-512-4466

Was this person shopping with you? Y/(N)

What is this person's relationship to you? STORE SECURITY

2 Name N/A Phone N/A

Was this person shopping with you? Y/N

What is this person's relationship to you? N/A

3 Name N/A Phone N/A

Was this person shopping with you? Y/N

What is this person's relationship to you? N/A

CUSTOMER RELAYED INFO OVER PHONE

Your Signature ______ Date 5/9/24

Kroger

# Witness Statement

**Claim Number** 4A24058DD7S0001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

**Store Address** 915 NW 45th St **City** Ballard **State** WA

**Date and Time of Incident** Approx 7:45 - 7:50 (AM)/PM

**Name of Customer Involved** TRAVIS BEVAN **Gender** (M)/F

**Your Name** Dalene Apusen **Phone** 408-512-4466

**Are you a Kroger employee at the incident location?** Yes (No)

**Are you related to, or are you an acquaintance of the above customer?** Yes (No)

**If yes, please describe your relationship** ________

**What is the best way and time to contact you?** Call or text

**Please describe what you saw, heard or otherwise witnessed about this incident** At around 7:45am - 7:50am, I saw the customer walk through the grocery exit. The alarms went off which indicated his cart would lock up. I grabbed the cart key to unlock it, but by the time I reached the first set of doors, he had reached the second set because he was walking rather quickly. When the cart locked, ~~the~~ momentum made him topple over the cart and fall, and he hit the doors as he went down. The →

**Signature** Dalene Apusen **Date** 05/09/24

Claim Number: 4A24Ø58DD75ØØØ1

WITNESS STATEMENT CONTINUED 5/9/24

art flipped over and the groceries fellout.
went up to him as he was getting up and put his
ems back in the cart. He then mentioned he just had
ugery. He paused for a brief moment then took his
roceries out of the cart and walked to his car. I unlocked
he cart and put it away.

Kroger

# Evidence Report

Claim Number 4A24058DD7S0001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 5-9-24 DIVISION Fred Meyer STORE # 608

Date of Incident 5-9-24 Time of Incident 7:43:02 AM/PM (AM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

*** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video Makenzi Stamos

Title and EUID, if applicable APM/MS45648

Comments (such as whether video system was not working, incident is not captured etc...)

Customer Name Travis Bevan Gender M/F (M circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video glasses, brown hair, blue hoodie, black shorts, black/white Nike shoes, small cart

Please describe witnesses on video Blue-Tac security guard, black uniform, glasses, black shoulder length hair - female

# Evidence Report

**Claim Number** 4A24058DD7S0001

1. Camera Location/View Grocery Door PUM

   Camera/Unit Number Axis M1135

   Recording Time from 6:42:01 (AM)/PM to 8:42:30 (AM)/PM

2. Camera Location/View Grocery Door Left Side

   Camera/Unit Number Axis(ONIF)P3715-PLVE

   Recording Time from 6:42:01 (AM)/PM to 8:42:30 (AM)/PM

3. Camera Location/View ____________________

   Camera/Unit Number __________

   Recording Time from __________ AM/PM to __________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ____________________

Title and EUID ____________________

Photo 1 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ____________________

Photo 2 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ____________________

Photo 3 Date and Time Photo was Taken __________ AM/PM

Brief Description of Scene ____________________

# Evidence Report

**Claim Number** 4A24058DD7S0001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc.: Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Mavenzi Stamos / MS48648

Signature [signature] Date 5/22/24

# Incident Report

**Claim Number** 4A2404X27L60001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4/28/24 DIVISION 701 STORE # 460

**Section A: Store ID** 460

Address ______ City Vancauver State WA Zip 98686

Manager on Duty at Time of Incident Keegan Crawford Store Phone ______

Store Email Address Keegan.Crawford@stores.fredmeyer.com

Manager Email Address ______

MOD Schedule for Next 5 Days S ______ M ______ T ______ W ______
TH ______ F ______ SA ______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Ame LeCocq Age ______ Gender: M/(F)

Name of Parent/Guardian ______

Date of Birth ______ Marital Status Married Loyalty ID # ______

Address 1612 NE 131st Circle City Vancouver State WA Zip 98685

Home Phone 503-313-8275 Cell Phone 503-313-8275 Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ______

**Section C: Incident Information**

Date of Incident 4/27/2024 Time of Incident ≈4:35 AM/(PM)

Date Notified of Incident 4/27/2024 Time Notified 4:45 AM/(PM)

Name of Employee Initially Notified I called & spoke to the store manager, Scott

# Incident Report

**Claim Number** 4A2404X27L60001

**EUID of Employee Initially Notified** ____________________

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
just as I was leaving the north exit of the store

**Provide Brief Description in ten words or less for Call Center entry** Gatekeeper System malfunctioned, causing injury to customer

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

this happened directly to me.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**
Leaving the store after checking out from a cashier, cart slammed on the electronic brakes & I cut & bruised my left shin.

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)**
FRED MEYER IS LIABLE

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**
Left shin - cut, bruise & swelling

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** N (circled)

**Report Number or Contact Name and Phone#** ____________________

**Did, or will, the customer seek medical treatment? Y/N** not yet

**Doctor or Medical Facility Name, if known** ____________________

# Incident Report

**Claim Number** 4A2404X27L60001

Address______________________ Phone______________________

**Section D: Witness ID**

1 Name______________________ Employee: Y/N Phone______________________

Address______________________ City__________ State__________ Zip__________

2 Name______________________ Employee: Y/N Phone______________________

Address______________________ City__________ State__________ Zip__________

3 Name______________________ Employee: Y/N Phone______________________

Address______________________ City__________ State__________ Zip__________

Names and EUID of any employees nearby, if not listed above:

______________________

______________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________________

______________________

______________________

Print Name and EUID of Employee Completing This Report

Name Keegan C. EUID KC23578

Signature [signature] Date 4-28-2024

**Remember to check for video and to forward photos**

Kroger

# Incident Report

**Claim Number** 4A240698FTV0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 6-9-24 DIVISION 701/Fred Meyer STORE # 688

**Section A: Store ID**

Address 2902 164th St SW City Lynnwood State WA Zip 98087

Manager on Duty at Time of Incident Jacob Anderson Store Phone 425 787 4906

Store Email Address cheryl.tutt@stores.fredmeyer.com

Manager Email Address cheryl.tutt@stores.fredmeyer.com

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5
TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Lori Hardman Age 56 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 08.13.67 Marital Status S Loyalty ID # 425.218.5341

Address 4821 168th St. City Lynnwood State WA Zip 98037

Home Phone 425.534.3275 Cell Phone ← same Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) FM - 165 lbs
56 - Brown hair, 5'5
grey shirt, shorts, white shoes

**Section C: Incident Information**

Date of Incident 6-9 Time of Incident 12:55 AM/(PM)

Date Notified of Incident 6-9 Time Notified 1:15 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A240698FPV0001

**Name of Employee Initially Notified** Deborah Holand

**EUID of Employee Initially Notified** DH43818

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**

food lobby

**Provide Brief Description in ten words or less for Call Center entry** walking fast, cart locked up, hit customer in [illegible] torso

**Provide Detailed Description of the incident**
**(as witnessed by you) OR as conveyed by the customer (circle one)** [circled: as conveyed by the customer]

customer checked out at register and was trying to leave and her cart locked up and hit her in the stomach knocking the wind out of her

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

food lobby

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** N/A

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

rib cage, stomach, abdomen
wind knocked out!

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** [circled: N]

Kroger

# Incident Report

**Claim Number** 4A240698FTV0001

**Report Number or Contact Name and Phone#**

**Did, or will, the customer seek medical treatment? (Y)/N**

**Doctor or Medical Facility Name, if known** Primary Care Dr. Perry

**Address** **Phone**

**Section D: Witness ID**

**1 Name** **Employee: Y/N** **Phone**

**Address** **City** **State** **Zip**

**2 Name** **Employee: Y/N** **Phone**

**Address** **City** **State** **Zip**

**3 Name** **Employee: Y/N** **Phone**

**Address** **City** **State** **Zip**

**Names and EUID of any employees nearby, if not listed above:**

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

No signs for carts locking up, no warnings

**Print Name and EUID of Employee Completing This Report**

**Name** Jacob Anderson **EUID** JA28699

**Signature** [signature] **Date** 6/9/24

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 4A240698FTV0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date__________ Store Address__________________________

City____________________ State______

**Contact Information**

Name______________________________ Age______ Gender: M/F

Parent/Guardian (if minor)____________________________

Date of Birth__________________ Marital Status__________________

Address_______________________ City______________ State______

Home Phone______________ Cell Phone________________

Work Phone______________ Email____________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident__________________ Time of Incident ________ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

__________________________________________________

__________________________________________________

Describe what happened______________________________________

__________________________________________________

__________________________________________________

__________________________________________________

__________________________________________________

__________________________________________________

__________________________________________________

Kroger

## Customer Statement

**Claim Number** 4A240698FTV0001

Describe any Injuries or Pain from this incident (Please be specific) left to right side mid torso

Describe any Personal Property that was damaged (Please be specific) N/A

Please identify the person(s) to whom you reported the incident Jacob Anderson

**Witness ID**

1 Name______________________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________________

2 Name______________________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________________

3 Name______________________ Phone______________

Was this person shopping with you? Y/N

What is this person's relationship to you?______________________

Your Signature Lori K Hardman Date 6-9-24

Kroger

# Evidence Report

**Claim Number** 4A240698FPV0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 6/9/24 DIVISION 701 STORE # 688

Date of Incident 6/9/24 Time of Incident 12:55 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Mieral Eshete

Title and EUID, if applicable Asset Protection Manager

**Comments (such as whether video system was not working, incident is not captured etc...)**

Customer Name Cori Herdman **Gender: M/F** (F circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

black hair in a bun, ~~on~~ a blue shirt, dark grey shorts

Please describe witnesses on video

# Evidence Report

**Claim Number** 4A240678FRV0001

1. **Camera Location/View** ~~DVR 7 Cam 3~~ FOD Pucker

   **Camera/Unit Number** ~~Food~~ DVR 7 Cam 3

   **Recording Time from** 12:54:58 AM/PM to 12:56:00 AM/PM

2. **Camera Location/View** Food Pucker

   **Camera/Unit Number** DVR 7 Cam 3

   **Recording Time from** 11:54:58 AM/PM to 13:56:00 AM/PM

3. **Camera Location/View** __________

   **Camera/Unit Number** __________

   **Recording Time from** __________ AM/PM to __________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

**Name of Photographer** __________

**Title and EUID** __________

**Photo 1 Date and Time Photo was Taken** __________ AM/PM

**Brief Description of Scene** __________

**Photo 2 Date and Time Photo was Taken** __________ AM/PM

**Brief Description of Scene** __________

**Photo 3 Date and Time Photo was Taken** __________ AM/PM

**Brief Description of Scene** __________

# Evidence Report

**Claim Number** 4A240698FPV0001

**<u>If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.</u>**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc… Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ____________________

Signature ____________________ Date ____________________

Kroger

# Incident Report

**Claim Number** 4A2401BR3GD0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 1/10/24 DIVISION 701 STORE # 459

**Section A: Store ID**

Address 365 Renton Center SW WAY City RENTON State WA Zip 98057

Manager on Duty at Time of Incident JAMAL GUARDAOUI Store Phone 425 204 5200

Store Email Address GUARDAOUI.JAMAL@stores.Fredmeyer.com

Manager Email Address ↙

MOD Schedule for Next 5 Days S 11A-9P M 11A-9P T 11A-9P W 11A-9P
TH 11A-9P F 11A-9P SA 11A-9P

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name ______ Age ______ Gender: M/F

Name of Parent/Guardian ______

Date of Birth ______ Marital Status ______

Address ______ City ______ State ______ Zip ______

Home Phone ______ Cell Phone ______ Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ______

**Section C: Incident Information**

Date of Incident ______ Time of Incident ______ AM/PM

Date Notified of Incident ______ Time Notified ______ AM/PM

Kroger

## Customer Statement

**Claim Number** 4A2401BR3GD0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

**Date** Jan 10th 2024 **Store Address** 365 Renton Center WAY SW

**City** Renton **State** WA

**Contact Information**

**Name** TinaMartin **Age** 45 **Gender:** M/(F)

**Parent/Guardian (if minor)**

**Date of Birth** 4-26-1978 **Marital Status** Single

**Address** 14109 56th AVE S **City** Tukwila **State** WA

**Home Phone** **Cell Phone** 206 ~~[illegible]~~ (206)637-7263

**Work Phone** **Email** justonetruething@gmail.com

**Preferred Method(s) of contact:** Home/(cell)/work/(email) (circle one)
1st

**Facts**

**Date of Incident** Jan 10th 2024 **Time of Incident** about 4:45 AM/(PM)

**Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
in the deli section

**Describe what happened** I had just entered the store, walking past the deli and produce section when the shopping cart I was pushing suddenly locked up coming to an abrupt stop. I banged my right shin on a metal bar on the cart and stumbled a bit. I made this report in case I am injured and the store is aware of this danger. It is very painful.

Kroger

## Customer Statement

**Claim Number** 4A2401BR3GD0001

Describe any Injuries or Pain from this incident (Please be specific)

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name TYRONE P. SHEFFEY Phone 425-228-4803

Was this person shopping with you? Y/N NO

What is this person's relationship to you? NO

2 Name N/A Phone

Was this person shopping with you? Y/N NO

What is this person's relationship to you? NO

3 Name N/A Phone

Was this person shopping with you? Y/N

What is this person's relationship to you? N/A

Your Signature T. P. Sheffey Date Jan-10-2024

Kroger

# Evidence Report

**Claim Number** 4A2401BR3GD0001

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report JAMAL GUAADAOUI JG90812

Signature ____________________ Date 1/10/24

Kroger

# Incident Report

**Claim Number** 4A2403Y65090001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3/29/24 DIVISION Fred Meyer STORE # 111

**Section A: Store ID**

Address 33702 21st SW City Federal Way State WA Zip 98023

Manager on Duty at Time of Incident Bo Galloway Store Phone 253-952-0100

Store Email Address ____________

Manager Email Address bo.galloway@stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____
TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Rick Conrad Age 56 Gender: (M)/F

Name of Parent/Guardian ____________

Date of Birth 4/9/69 Marital Status ____________ Loyalty ID # ____________

Address 33114 1st PL SW Apt 908 City Federal Way State WA Zip 98023

Home Phone 253-391-0365 Cell Phone ____________ Work Phone ____________

Employer ____________ Title ____________

Work Address ____________ City ____________ State ____________ Zip ____________

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____________

**Section C: Incident Information**

Date of Incident 3/29/24 Time of Incident 5:30 AM/(PM)

Date Notified of Incident 3/29/24 Time Notified 5:45 AM/(PM)

# Incident Report

**Claim Number** 4A2403Y65090001

Name of Employee Initially Notified Bo Gulbeen

EUID of Employee Initially Notified bg92441

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Lobby A by produce. Walked from Liquor after paying

Provide Brief Description in ten words or less for Call Center entry back and neck not feeling good after cart locked up at Produce/Lobby A exit.

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
Purchased groceries from Liquor Dept. after paying, walked up to Lobby A to leave and the cart locked up.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
Neck and back (upper back into shoulder blades.)

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2403Y65090001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name SYDAN BOURMAN Employee: Y/N Phone 253 952 0100

Address 33702 21ST AVE SW City FEDERAL WAY State WA Zip 98023

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

I SAW THIS GENTLEMAN'S CART LOCKED AFTER HE [illegible] THE GROCERY DOORS. HE THEN TRANSFERRED HIS PAPER BAGS AND HIS BOTTLE OF CARLO ROSSI TO ANOTHER SMALL CART THAT WAS ALREADY BY THE DOOR AND THAT ONE WAS EITHER LOCKED OR LOCKED UP ON HIM. I THEN MET HIM BY THE DOOR AND ASKED FOR HIS RECEIPT. HE SHOWED ME HIS RECEIPT AND HE WAS ALREADY IRATE. OTHER THAN THAT HE SEEMED PHYSICALLY SOUND. HE ASKED WHY THE CARTS LOCK UP I SAID IT HAPPENS WHEN THE CARTS DON'T PASS BY THE REGISTER AND SOMETIMES IT JUST DOES IT RANDOMLY.

Print Name and EUID of Employee Completing This Report

Name Bo Galloway EUID bg92441

Signature [signature] Date 3/29/24

**Remember to check for video and to forward photos**

Kroger

# Evidence Report

**Claim Number** 4A2403Y65090001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE________________ DIVISION__________________________________ STORE #______________

Date of Incident____________________________ Time of Incident____________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video____________________________________________________________

Title and EUID, if applicable__________________________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

______________________________________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

**Customer Name**________________________________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video__________

______________________________________________________________________________________

______________________________________________________________________________________

Please describe witnesses on video______________________________________________________________

______________________________________________________________________________________

______________________________________________________________________________________

Kroger

# Evidence Report

**Claim Number** 4A2403Y65090001

1. Camera Location/View ________________

   Camera/Unit Number ________

   Recording Time from ________ AM/PM to ________ AM/PM

2. Camera Location/View ________________

   Camera/Unit Number ________

   Recording Time from ________ AM/PM to ________ AM/PM

3. Camera Location/View ________________

   Camera/Unit Number ________

   Recording Time from ________ AM/PM to ________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ________________

Title and EUID ________________

Photo 1 Date and Time Photo was Taken ________ AM/PM

Brief Description of Scene ________________

Photo 2 Date and Time Photo was Taken ________ AM/PM

Brief Description of Scene ________________

Photo 3 Date and Time Photo was Taken ________ AM/PM

Brief Description of Scene ________________

Kroger

# Evidence Report

**Claim Number** 4A2403Y65090001

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ______________________

Signature ______________________ Date ______________

Kroger

# Incident Report

**Claim Number** 302045935630001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/24/2020 DIVISION BN/28/701 STORE # Burien, W

**Section A: Store ID**

Address 14300 1st Ave S City Seattle State WA zip 98168

Manager on Duty at Time of Incident Eric Georgia Store Phone 206-433-6111

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S M T W TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Erika Infiro Age 43 Gender: M/F (F circled)

Name of Parent/Guardian —

Date of Birth 04/20/76 Marital Status M

Address 11657 16th Ave S City Seattle State WA zip 98168

Home Phone 206 949-1203 Cell Phone 206-949-1203 Work Phone —

Employer Self employed Title Piano teacher

Work Address — City — State — zip —

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

5'10 brown hair short hair/brown eyes, slim,

**Section C: Incident Information**

Date of Incident 2/24/2020 Time of Incident 12:20 AM/PM (PM circled)

Date Notified of Incident 2/24/2020 Time Notified 12:25 AM/PM (PM circled)



Feb. 24. 2020 2:02PM FRED MEYER #028 CSD 206-246-8537 No. 7863 P. 1

TIME RECEIVED February 24, 2020 5:08:41 PM EST REMOTE CSID 2062468537 DURATION 178 PAGES 6 STATUS Received

5220200224028483 302045935630001 2-24-2020

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

DEF FRED MEYER_000358

Kroger

# Incident Report

**Claim Number** 302 045935630001

Name of Employee Initially Notified Tim + Patty Pacholski

EUID of Employee Initially Notified

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) checked out @ SCO #A, went through doors & wheels got locked / customer tripped over

Provide Brief Description in ten words or less for Call Center entry injuring tibia (R) shopping cart trip / no reason why! bruised

Provide Detailed Description of the incident walked through produce doors & wheels on the cart locked @ unknown reason. customer tripped / all of things in cart fell off & clerk / security checked for a reboot

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... lobby by produce department

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") (R) tibia / bruise

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** ____________

302045935630001

Report Number or Contact Name and Phone# ____________

Did, or will, the customer seek medical treatment? Y/N not sure

Doctor or Medical Facility Name, if known —

Address — Phone ____________

**Section D: Witness ID**

1 Name male security @ doors Employee: Y/N Phone ____________

Address ____________ City ____________ State ____________ Zip ____________

2 Name ____________ Employee: Y/N Phone ____________

Address ____________ City ____________ State ____________ Zip ____________

3 Name ____________ Employee: Y/N Phone ____________

Address ____________ City ____________ State ____________ Zip ____________

Names and EUID of any employees nearby, if not listed above:

____________

____________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or Concerns.)**

not safe

unknown reason for taking the cart

____________

Print Name and EUID of Employee Completing This Report

Name Laya Switzer EUID 5298157

Signature ____________ Date 2/24/2020

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 302045935630001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 2/24 Store Address 14300 1st AVE S Seattle WA 98168

City Burien State WA

**Contact Information**

Name Erika Tafiro Age 43 Gender: M/F (F circled)

Parent/Guardian (if minor)

Date of Birth 4/20/76 Marital Status Married

Address 11657 16th Ave S. City Burien State WA

Home Phone 206-949-1203 Cell Phone " "

Work Phone Same Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 2/24/20 Time of Incident 12:25 AM/PM (PM circled)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Produce entry/exit

Describe what happened Wheel on cart locked as I was leaving causing me to trip over top of cart, falling. Cart contents, including my purse spilled out. Left bruise on my right shin/tibia.

Kroger

## Customer Statement

**Claim Number** 302045935630001

Describe any Injuries or Pain from this incident (Please be specific)__________

Describe any Personal Property that was damaged (Please be specific)__________

Please identify the person(s) to whom you reported the incident__________

**Witness ID**

1 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

2 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

3 Name__________ Phone__________

Was this person shopping with you? Y/N

What is this person's relationship to you?__________

Your Signature Erika [illegible] Date 2/24/20

Kroger

## Witness Statement

Claim Number

6R 302045935630001

We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.

Store Address ______ City ______ State ______

Date and Time of Incident ______ AM/PM

Name of Customer Involved Erika Trifiro ______ Gender: M/F

Your Name Er—— ______ Phone ______

Are you a Kroger employee at the incident location? Yes No

Are you related to, or are you an acquaintance of the above customer? Yes No

If yes, please describe your relationship ______

What is the best way and time to contact you? ______

Please describe what you saw, heard or otherwise witnessed about this incident ______

Signature ______ Date ______

Kroger

# Evidence Report

**Claim Number** ________________

302045935630001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE ______________ DIVISION ______________________________ STORE # ____________

Date of Incident ______________________ Time of Incident ________________ AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video ________________________________

Title and EUID, if applicable ________________________________

**Comments (such as whether video system was not working, incident is not captured etc…)** ________

________________________________

________________________________

________________________________

**Customer Name** ________________________________ **Gender: M/F**

Please describe the customer's clothing, hair color, etc…to assist with identification on video ________

________________________________

________________________________

Please describe witnesses on video ________________________________

________________________________

________________________________

1. Camera Location/View ________________________________

   Camera/Unit Number ______________

   Recording Time from ______________ AM/PM to ______________ AM/PM

Kroger

# Evidence Report

**Claim Number** ____________

302045935630001

**Section C:** **Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Produce lobby
right after the security gates

Name and EUID of Employee Completing This Report Lorna Shishchilo

Signature ____________ Date 2/24/2020

Kroger

## Sweep/Floor Inspection Statement

**Claim Number** ________________

302045935630001

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE______________ STORE #__________

Customer Name______________________________________________

Date of Incident ______________________ Time of Incident______________ AM/PM

I (print your name)______________________________________________; on

(date)_________________________, inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately ____________ AM/PM

At that time, the condition of the floor was______________________________________

______________________________________________________________________

______________________________________________________________________

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
|---|---|
| | |
| | |
| | |
| | |
| | |

Signature________________________________________ Date______________

Kroger

## Customer Statement

**Claim Number** 4A2108BF51C0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 8-10-21 Store Address 18325 Aurora Ave N.

City Shoreline State WA

**Contact Information**

Name Tamara Simon Age ____ Gender: M/(F)

Parent/Guardian (if minor) ____

Date of Birth ____ Marital Status ____

Address ____ City ____ State ____

Home Phone ____ Cell Phone 206-850-3630

Work Phone ____ Email tamara@tamarasimon.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8-10-21 Time of Incident 2[40] AM/(PM) (Approximate)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

At N. Lobby Closest to Pharmacy

Describe what happened At N. Lobby customer walked in pushing a large shopping cart -- Turned Back quickly to retrieve cell phone in car -- Cart wheels locked up causing her and the cart to collide.

Kroger

## Customer Statement

**Claim Number** 4A2108BF51C0001

Describe any Injuries or Pain from this incident (Please be specific) Customer Stated: chest Area -- Had the wind knocked out of her

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident

**Witness ID**

1 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

2 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

3 Name Phone

Was this person shopping with you? Y/N

What is this person's relationship to you?

Your Signature Customer Declined to stay + Complete Paperwork Date 8-10-21

Kroger

# Evidence Report

**Claim Number** 4A2108BF51C0001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 8-10-21 DIVISION ______ STORE # 013

Date of Incident 8-10-21 Time of Incident 2^40 AM/PM (circled: PM) (Approximate)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – If incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video ______

Title and EUID, if applicable ______

**Comments (such as whether video system was not working, incident is not captured etc...)** ______

**Customer Name** Tamara Simon **Gender: M/F** (F underlined)

Please describe the customer's clothing, hair color, etc...to assist with identification on video

Caucasian; 4'10"; Salt and Pepper Hair; Short Hair; Dark Turquoise outfit -- Shirt + Pants

Please describe witnesses on video ______

Kroger

# Incident Report

**Claim Number** 4A2108BF51C0001

Report Number or Contact Name and Phone# Tamara Simon 206-850-3630

Did, or will, the customer seek medical treatment? Y/N unknown

Doctor or Medical Facility Name, if known ______

Address ______ Phone ______

**Section D: Witness ID**

1 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Customer was in Tears and Appeared to Truly be in Distress.

Print Name and EUID of Employee Completing This Report

Name Clara Morris EUID CM25717

Signature C. Morris Date 8-10-21

**Remember to check for video and to forward photos**

# Incident Report

**Claim Number** 302057517760001

---

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 7/26/20 DIVISION Fredmeyer STORE # 00385

**Section A: Store ID**

Address 7250 pacific ave City tacoma State WA Zip 98404

Manager on Duty at Time of Incident Brent masterson Store Phone 2534756040

Store Email Address Brent. Masterson@ Stores. Fredmeyer. Com

Manager Email Address ____________

MOD Schedule for Next 5 Days S______ M______ T______ W______
TH______ F______ SA______

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Alicia Cottrell Age 35 Gender: M/F (F circled)

Name of Parent/Guardian ____________

Date of Birth 01/03/1985 Marital Status ______ Loyalty ID # ______

Address 5001 Norpiont way NE City tacoma State WA Zip 98422

Home Phone 253 250 3129 Cell Phone ______ Work Phone ______

Employer ______ Title ______

Work Address ______ City ______ State ______ Zip ______

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) ____________

**Section C: Incident Information**

Date of Incident 7/26/20 Time of Incident 1:21:14 AM/PM (PM circled)

Date Notified of Incident 7/26/20 Time Notified 1:21:14 AM/PM

Kroger

# Incident Report

**Claim Number** 302057517760001

Name of Employee Initially Notified Dylan Richardson

EUID of Employee Initially Notified DR 79418

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Grocery Sidewalk By mail box

Provide Brief Description in ten words or less for Call Center entry Customer fell over curb onto cart

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)
wheel Locked up on small cart fell over side walk
Hurt both knees "L" one worst and ribs.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
Sidewalk by mail box and Loading Zone

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
ribs and knees "L" is the worst

Did Police or Emergency Services Respond? Y/N If Yes, Who? Emergency Services

# Incident Report

**Claim Number** 302057517760001

**Report Number or Contact Name and Phone#**

**Did, or will, the customer seek medical treatment? Y/N**

**Doctor or Medical Facility Name, if known**

**Address** **Phone**

**Section D: Witness ID**

**1 Name** **Employee: Y/N Phone**

**Address** **City** **State** **Zip**

**2 Name** **Employee: Y/N Phone**

**Address** **City** **State** **Zip**

**3 Name** **Employee: Y/N Phone**

**Address** **City** **State** **Zip**

**Names and EUID of any employees nearby, if not listed above:**

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Cart in Question was not Locked up rolled Just fine

**Print Name and EUID of Employee Completing This Report**

**Name** Dylan Richardson **EUID** DR74418

**Signature** [signature] **Date** 7/26/20

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** 302057517760001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 7/26/20 Store Address 7250 pacific Ave

City tacoma State WA

**Contact Information**

Name ______ Age 35 Gender: M/(F)

Parent/Guardian (if minor) ______

Date of Birth 1/3/20 Marital Status ______

Address 5001 Norpoint way NE City tacoma State WA

Home Phone 2532503129 Cell Phone ______

Work Phone ______ Email ______

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 7/26/20 Time of Incident 1:21:14 AM/(PM)

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

Gro parking lot By mail box / Loading area

Describe what happened customer Pushes Small cart, cart Locks up customer fell ontop of cart over curb to Loading Zone.

Kroger

## Customer Statement

**Claim Number** 302057517760001

Describe any Injuries or Pain from this incident (Please be specific) Ribs Both Knees "L" wrist

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident Brent mcsteson

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date 7/28/20

# Evidence Report

**Claim Number** 302057517760001

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 7/26/20 DIVISION Fred meyer STORE # 00385

Date of Incident 7/26/20 Time of Incident 1:21:14 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video Daniel mcpartlon

Title and EUID, if applicable APS Dm 54075

**Comments (such as whether video system was not working, incident is not captured etc...)**

**Customer Name** ______ **Gender: M/F**

**Please describe the customer's clothing, hair color, etc...to assist with identification on video**

pink Shirt Black Leggins Nike Slides

**Please describe witnesses on video**

Kroger

# Evidence Report

**Claim Number** 302057517760001

1. Camera Location/View NE parking lot
   Camera/Unit Number 3
   Recording Time from 1:21:13 - AM/PM (PM circled) to ______ AM/PM
2. Camera Location/View N/A
   Camera/Unit Number N/A
   Recording Time from N/A AM/PM to ______ AM/PM
3. Camera Location/View N/A
   Camera/Unit Number N/A
   Recording Time from N/A AM/PM to ______ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer ______

Title and EUID ______

Photo 1 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 2 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

Photo 3 Date and Time Photo was Taken ______ AM/PM

Brief Description of Scene ______

# Evidence Report

**Claim Number** 302057517760001

**<u>If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.</u>**

**<u>Section C:</u>** **<u>Diagram</u>** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable



Name and EUID of Employee Completing This Report BRENT MASTERSON BM87164

Signature ____________ Date 7/27/20

Kroger

# Incident Report

**Claim Number** 402104A352C0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 4-13-21 DIVISION 701 Fred Meyer STORE # 028

**Section A: Store ID**

Address 11300 1st Ave S City Burien State WA Zip 98168

Manager on Duty at Time of Incident Clare green. Store Phone 206 433 6411

Store Email Address ____

Manager Email Address Clare.Green@Stores.fredmeyer.com

MOD Schedule for Next 5 Days S____ M____ T____ W____ TH____ F____ SA____

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Javier Lopez Clavijo Age 65 Gender (M) F

Name of Parent/Guardian ____

Date of Birth 2-17-55 Marital Status Married

Address 812 SW 126th St City Seattle State WA Zip 98168

Home Phone ____ Cell Phone 509 312 0939 Work Phone ____

Employer Amazon Title logistics

Work Address ____ City Seattle State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) Short male light hair and skin. Black jacket tan pants.

**Section C: Incident Information**

Date of Incident 4-13-21 Time of Incident 4:45 AM/(PM)

Date Notified of Incident 4-13-21 Time Notified 4:50 AM/(PM)

# Incident Report

Claim Number 402104A352C0001

Name of Employee Initially Notified Sara lynn

EUID of Employee Initially Notified SLS0055

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) customer pushed cart through (ALE door) and cart locked up and hit his shin.

Provide Brief Description in ten words or less for Call Center entry

Provide Detailed Description of the Incident Nayeli was telling customer that we couldnt watch his bike he grabbed a small cart and walked it through the ALE door and the wheel locked up and hit his leg.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... ALE door clear.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) none

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door") right leg on the shin.

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 402104A352C0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/(N)

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Nayuli Rodriguez Employee: (Y)/N Phone 206 349 3922

Address City Burien State WA Zip

2 Name Janice Mabura Employee: (Y)/N Phone

Address City Burien State WA Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

Print Name and EUID of Employee Completing This Report

Name Sara Wynn EUID 8150055

Signature [signature] Date 4-13-21

**Remember to check for video and to forward photos**

Kroger

# Evidence Report

**Claim Number** 402104A352C0001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE 4-13-21 DIVISION 701 STORE # 28

Date of Incident 4-13-21 Time of Incident 16:43:30 AM/PM (PM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

Name of Person Who Retrieved Video Susie Adams

Title and EUID, if applicable Asset Protection Specialist SA67387

Comments (such as whether video system was not working, incident is not captured etc...)

Customer Name Javier Clavijo Gender: M/F (M circled)

Please describe the customer's clothing, hair color, etc...to assist with identification on video
LIGHT COLORED HAIR. BLACK JACKET TAN PANTS

Please describe witnesses on video

1. Camera Location/View Apparel doors

   Camera/Unit Number 8

   Recording Time from 15:43:30 AM/PM (PM circled) to 17:43:30 AM/PM (PM circled)

Kroger

# Witness Statement

Claim Number 402104A352C0001

**We appreciate your time. Please complete this with as much detail as possible – the more information you provide, the more useful your statement will be.**

Store Address 14300 1st AVE S City Burien State WA

Date and Time of Incident 4:50 AM/PM (PM circled)

Name of Customer Involved Javier Lopez Gender: M/F (M circled)

Your Name Nayeli Rodriguez Phone (206) 349-3422

Are you a Kroger employee at the incident location? Yes (circled) No

Are you related to, or are you an acquaintance of the above customer? Yes No (circled)

If yes, please describe your relationship

What is the best way and time to contact you? By #, in the morning

Please describe what you saw, heard or otherwise witnessed about this incident

i was explaining to him where he told leave his bike, while he shopped. He grabbed a cart left then came back for a new one. He passed the front doors, & the cart locked. When the cart locked, he said it hit his shin

Signature [signature] Date 4-13-21

# Incident Report

**Claim Number** 4220202UVS0001

Report to be com[pleted] by Store Management within 24 hours of incident notice

DATE 2/11/2022 DIVI[SION] Fred Meyer STORE # 186

**Section A: Store ID**

Address 700 Sleater-Ki[nney Rd] SE Lacey State WA Zip 98503

Manager on Duty at Time of I[ncident] Fletcher Lane Store Phone 360-438-6450

Store Email Address fletcherlane@stores.fredmeyer.com

Manager Email Address as above

MOD Schedule for Next 5 Day[s] -4 M 10-8 T Off W Off
7-3 F 7-5 SA 6-4

**Section B: Customer ID** (provide contact for parent/guardian if minor is involved)

Name Alyce Lar[...] Age 79 Gender: M/(F)

Name of Parent/Guardian

Date of Birth 2/26/42 [Marita]l Status Single - divorced

Address 510 Capitol Way Apt. 303 City Olympia State WA Zip 98501

Home Phone n/A Cell Phone 503-501-0778 Work Phone n/A

Employer Retired Title

Work Address City State Zip

Physical Description (Ht. Wt., H[air,] describe footwear if slip or fall etc...)
5'4.5" 165 R[...], tennis shoes

**Section C: Incident Infor[mation]**

Date of Incident 2/3/20[22] Time of Incident 2:00 AM/(PM)

Date Notified of Incident 2/11/[22] Time Notified 12:35 AM/(PM)

# Incident Report

**Claim Number** 4A220202UVS0001

Name of Employee Initially Notified Fletcher Lane

EUID of Employee Initially Notified FL54660

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) parking lot on B side

Provide Brief Description in ten words or less for Call Center entry cart locked up on a customer and fell on her face and right shoulder

Provide Detailed Description of the incident Customer was walking towards her car. The cart locked up at the edge of the invisible barrier. She removed her 2 bags of groceries took 2 steps forward towards her car, and tripped and fell down forward.

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... unknown. Signs about locking carts in the parking lot, and in the carts. Also on the doors.

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) 1045 LLC - Landlord.

Injury/Damage Claimed (Be specific—for example, "back of lower left leg" or "right front driver's door")

Bruise on right cheek. Chest, arm, shoulder bruised, hospital said they think its fractured. Scraped knee

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A220202UVS0001

Report Number or Contact Name and Phone# Fletcher Lane 360-438-6450

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known Providence St. Peter

Address 413 Lilly Rd NE Olympia 98506 Phone 360-493-7289

**Section D: Witness ID**

1 Name ______ Employee: Y/N. Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

none

______

there did not appear to be anything wrong with the ground.

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FL54660

Signature [signature] Date 2/11/2022

**Remember to check for video and to forward photos**

## Customer Statement

**Claim Number** 4A220202UVS0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

**Date** 2-11-22 **Store Address** 700 Sleater-Kindy Ro

**City** Lacey **State** Washins

**Contact Information**

**Name** Alex Larzon **Age** 80 **Gender: M/F**

**Parent/Guardian (if minor)**

**Date of Birth** 8/26/42 1303 APT **Marital Status** Single

**Address** 510 Capital W **City** Olympia **State** WA

**Home Phone** 503 001 0778 **Cell Phone** X

**Work Phone** X 0335 **Email**

**Preferred Method(s) of contact:** **Home/cell/work/email (circle one)**

Phonen

**Facts**

**Date of Incident** 2-3-2022 **Time of Incident** 2 **AM/PM** (PM circled)

**Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**

parking lot

**Describe what happened** The cart lock up on street fell fell on street at Fred Meyers

## Customer Statement

**Claim Number** 4A220202UVS0001

**Describe any Injuries or Pain from this incident (Please be specific)** Bruised right cheek, chest, arm, shoulder bruised. Hospital thinks its fractured (the shoulder) Scraped knee

**Describe any Personal Property that was damaged (Please be specific)** none

**Please identify the person(s) to whom you reported the incident** Fletcher Lane

**Witness ID**

**1 Name** _____ **Phone** _____

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** _____

**2 Name** _____ **Phone** _____

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** _____

**3 Name** _____ **Phone** 5

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** _____

**Your Signature** Alyce Larson **Date** 2-11-2022

Kroger

## Evidence Report

**Claim Number** 4A220202UVS0001

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane FLS4660

Signature [signature] Date 2/11/22

# Incident Report

**Claim Number** 4A1603J153C0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 3/17/22 DIVISION 701 STORE # 208

**Section A: Store ID**

Address 11325 SE MILL PLAIN BLVD City VANCOUVER State WA Zip 98684

Manager on Duty at Time of Incident IVAN ZAMORA Store Phone 360·253·7053

Store Email Address JOHN.ZAMORA@STORES.FREDMEYER.COM

Manager Email Address SAME.

MOD Schedule for Next 5 Days S___ M___ T___ W___
TH___ F OFF SA OFF

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name RICHARD WILLERTON Age 76 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 2/15/46 Marital Status MARRIED Loyalty ID #

Address 18404 NE 23RD ST City VANCOUVER State WA Zip 98684

Home Phone 360·896·9986 Cell Phone Work Phone

Employer SELF EMPLOYED Title

Work Address City State Zip

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)

6,1" // 220LBS // GRAY // CAMO BOOTS / BLK SWEAT PANTS / DARK TOP

**Section C: Incident Information**

Date of Incident 3/14/22 Time of Incident 1:26 AM/(PM)

Date Notified of Incident 3/14/22 Time Notified 5:22 AM/(PM)

Kroger

# Incident Report

**Claim Number** ____________

**Name of Employee Initially Notified** ____________

**EUID of Employee Initially Notified** ____________

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**

HOME ENTRANCE, CART LOCKED ONCE IN FOYER

**Provide Brief Description in ten words or less for Call Center entry** ____________

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)**

CUSTOMERS PURCHASED ITEMS THROUGH SELF CHECK OUT. PROCEEDED TO EXIT HOME DOORS, UPON WALKING THROUGH FIRST DOOR, CART LOCKED, CUSTOMER BUMPED INTO CART.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

LEFT WRIST PAIN

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)** ____________

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

**Did Police or Emergency Services Respond?** Y/(N) **If Yes, Who?** ____________

Kroger

# Incident Report

**Claim Number** ____

Report Number or Contact Name and Phone#____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known____

Address____ Phone____

**Section D: Witness ID**

1 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

2 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

3 Name____ Employee: Y/N Phone____

Address____ City____ State____ Zip____

Names and EUID of any employees nearby, if not listed above:

____

____

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

____

____

____

Print Name and EUID of Employee Completing This Report

Name____ EUID____

Signature____ Date____

**Remember to check for video and to forward photos**

Kroger

## Customer Statement

**Claim Number** ____________________

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date________________ Store Address____________________________________________

City______________________________State__________

**Contact Information**

Name________________________________________________Age__________Gender: M/F

Parent/Guardian (if minor)________________________________________________

Date of Birth____________________________Marital Status____________________________

Address________________________________________City______________________State__________

Home Phone______________________Cell Phone________________________

Work Phone______________________Email________________________________________

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident___________________________ Time of Incident ____________AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

________________________________________________________________________________

________________________________________________________________________________

Describe what happened________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

Kroger

## Customer Statement

**Claim Number** ____________________

**Describe any Injuries or Pain from this incident (Please be specific)**____________

CANNOT LIFT LEFT ARM WITHOUT PAIN, LEFT ELBOW PAIN,
LEFT WRIST AND LEFT HIP IS FEELING BETTER.
DIFFICULT TO PUT WEIGHT ON LEFT SIDE OF BODY

~~**Describe any Personal Property that was damaged (Please be specific)**~~____________

CUSTOMER HAS RHEUMATOID ARTHRITIS

**Please identify the person(s) to whom you reported the incident**____________

**Witness ID**

**1 Name**____________________ **Phone**____________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?**____________

**2 Name**____________________ **Phone**____________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?**____________

**3 Name**____________________ **Phone**____________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?**____________

**Your Signature**____________________ **Date** 3/17/22

# Evidence Report

**Claim Number** ____________________

**Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

DATE______________ DIVISION____________________________STORE #____________

Date of Incident________________________ Time of Incident_________________AM/PM

**Section A: Video (Please list each camera location separately, if applicable)**

***** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.**

Name of Person Who Retrieved Video__________________________________________

Title and EUID, if applicable_________________________________________________

**Comments (such as whether video system was not working, incident is not captured etc...)**__________

_______________________________________________________________________

_______________________________________________________________________

_______________________________________________________________________

**Customer Name**__________________________________________**Gender: M/F**

**Please describe the customer's clothing, hair color, etc...to assist with identification on video**_________

_______________________________________________________________________

_______________________________________________________________________

**Please describe witnesses on video**__________________________________________

_______________________________________________________________________

_______________________________________________________________________

Kroger

# Evidence Report

**Claim Number** ____________________

1. Camera Location/View____________________

   Camera/Unit Number ____________

   Recording Time from____________ AM/PM to ____________ AM/PM

2. Camera Location/View____________________

   Camera/Unit Number ____________

   Recording Time from____________ AM/PM to ____________ AM/PM

3. Camera Location/View____________________

   Camera/Unit Number ____________

   Recording Time from____________ AM/PM to ____________ AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer____________________

Title and EUID____________________

Photo 1 Date and Time Photo was Taken____________ AM/PM

Brief Description of Scene____________________

Photo 2 Date and Time Photo was Taken____________ AM/PM

Brief Description of Scene____________________

Photo 3 Date and Time Photo was Taken____________ AM/PM

Brief Description of Scene____________________

# Evidence Report

**Claim Number** ____________________

**If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick. Use this form to enclose the photos when mailing. Digital photos should be emailed once Sedgwick contacts you. Save a copy of these digital photos as well.**

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report ____________________

Signature ____________________ Date ____________________

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

4A22083RHPS0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/3/22 DIVISION Fred Meyer (701) STORE # 424

**Section A: Store ID** 424

Address 17404 meridian E City Puyallup State WA Zip 98375

Manager on Duty at Time of Incident Shalis Cheyne Store Phone 253-445-7840

Store Email Address n/a

Manager Email Address mariah.schottz@stores.fredmeyer.com

MOD Schedule for Next 5 Days S___ M___ T 7-5 W 10-8
TH 10-8 F off SA 8-6

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Norman P. Smith Age___ Gender (M) F

Name of Parent/Guardian___

Date of Birth___ Marital Status___ Loyalty ID #___

Address 7015 236th st Ct E City Graham State WA Zip 98338

Home Phone___ Cell Phone 253-691-2718 Work Phone___

Employer___ Title___

Work Address___ City___ State___ Zip___

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'6, 160 lbs grey hair, short to scalp

**Section C: Incident Information**

Date of Incident 8/2/22 Time of Incident 11:00 AM/(PM)

Date Notified of Incident 8/2/22 Time Notified 11:05 AM/(PM)

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

**Name of Employee Initially Notified** Shalis Cheyne

**EUID of Employee Initially Notified** SC21068

**Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**
Front end, produce entrance, door nearest starbucks

**Provide Brief Description in ten words or less for Call Center entry** cart locked up on gentleman, claimed he hurt his back.

**Provide Detailed Description of the incident**
**(as witnessed by you) OR (as conveyed by the customer) (circle one)** [circled: as conveyed by the customer]

gentleman was leaving store, claimed his back was thrown out due to his cart locking up on him at the door.

**Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)**

produce entrance of store, no cones or obstructions

**Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)**

**Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")**

he claimed his lower back

**Did Police or Emergency Services Respond? Y/N If Yes, Who?** [N circled]

Kroger

# Incident Report

**Claim Number** 4A22083RHPS0001

Report Number or Contact Name and Phone#

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known

Address Phone

**Section D: Witness ID**

1 Name Shalis Cheyne Employee: (Y)/N Phone 253-625-4277

Address 21102 55th Ave Ct E City Spanaway State WA Zip 98387

2 Name Employee: Y/N Phone

Address City State Zip

3 Name Employee: Y/N Phone

Address City State Zip

Names and EUID of any employees nearby, if not listed above:

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

I did notice when his cart locked up, he bent over to check on the stuff on bottom of cart.

Print Name and EUID of Employee Completing This Report

Name Shalis Cheyne EUID SC21068

Signature [signature] Date 8/3/22

**Remember to check for video and to forward photos**

CLAIM # 4A22083RHPS0001

FRED MEYER STORE
17404 MERIDIAN
8/2/22 11:04 PM

RECT# 10305Z
~~RECT#~~ 1035Z NORMAN P. SMITH
7015 - 236TH ST. CT. E.
GRAHAM WA 98338
253-691-2218

I WAS LEAVING THE STORE
PUSHING A HEAVILY LOADED CART $430.72
OF GROCERIES WITH MAY CASES OF CANNED
GOODS AS IT WAS SENIOR 1ST TUES AND I WAS
DOING MY MONTHLY ~~SH~~ SHOPPING.
TO GET OVER THE THRESHOLD OF THE DOOR
I SPEED UP SLIGHTY WITH THE HEAY LOAD.
AS I PASSED INTO THE DOOR WAY THE
CART LOCKED UP. I WAS THROWN ~~AGAINST~~
AGAINST THE CART BY MY WALKING MOMENTUM.
I SLAMMED INTO THE HANDLE BAR TWISTING
MY BACK THROWING MY HEAD FORWARD. THE
FOOD ALL LURCHED FORWARD SPILLING IN THE
CART. I COULD HARDLY WALK AND GOT THE MANAGER
TO GET ASSISTANCE TO MY CAR. BY THE TIME I
REACHED MY CAR MY BACK AND NECK ~~AS~~ SIEZED UP
GIVING ME A TERRIBLE HEADACE. MY WIFE WILL HAVE
TO DRIVE ME HOME. I WILL NEED TO GO TO A
DOCTOR TOMMOROW AS IT IS LATE. NORMAN P. SMITH
I AM HAVING TROUBLE WRITTING THIS REPORT. Norman P Smith

X Norman P Smith

X ______________________
witness

Kroger

# Incident Report

**Claim Number** 4A221233G240001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 12/3/22 DIVISION FRED MEYER STORE # 265

**Section A: Store ID**

Address 1100 N MERIDIAN City PUYALLUP State WA Zip 98371

Manager on Duty at Time of Incident CHRISTINE HOPPER Store Phone 253 840 8150

Store Email Address CHRISTINE.HOPPER@STORES.FREDMEYER.COM

Manager Email Address CHRISTINE.HOPPER@STORES.FREDMEYER.COM

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 7-5 TH 7-5 F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name SIMON ZIRIANS Age ~~63~~ 53 Gender: (M)/F

Name of Parent/Guardian ____

Date of Birth 5/7/63 Marital Status MARRIED Loyalty ID # ____

Address 1115 18TH ST NW City PUYALLUP State WA Zip 98371

Home Phone 206 300-4167 Cell Phone ____ Work Phone ____

Employer ____ Title ____

Work Address ____ City ____ State ____ Zip ____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
5'9" WHITE HAIR, MEDIUM BUILD

**Section C: Incident Information**

Date of Incident 12/3/22 Time of Incident 6:00 AM/(PM)

Date Notified of Incident 12/3/22 Time Notified 6:00 AM/(PM)

# Incident Report

**Claim Number** 4A221233G240001

Name of Employee Initially Notified HARRY CHEUNG

EUID of Employee Initially Notified HC20432

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
GROCERY ENTRY WAY

Provide Brief Description in ten words or less for Call Center entry
INJURED HAND ON SHOPPING CART

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

CUSTOMER CART LOCKED UP BY ENTRY WAY. CUSTOMER STOP, DID NOT SEE ANY INJURY OR SIGNS OF DISTRESS

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

AREA WAS CLEAR, NO HAZARDS

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) N/A

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

HANDS WERE BENT

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

Kroger

# Incident Report

**Claim Number** 4A221233G240001

---

**Report Number or Contact Name and Phone#** ______________________

**Did, or will, the customer seek medical treatment? Y/N** (Y circled)

**Doctor or Medical Facility Name, if known** ______________________

**Address** ______________________ **Phone** ______________________

**Section D: Witness ID**

**1 Name** Tina Hackworth **Employee: Y/N** (Y circled) **Phone** 253.508.2048

**Address** 5813 64th St W **City** University place **State** WA **Zip** 98467

**2 Name** ______________________ **Employee: Y/N** **Phone** ______________________

**Address** ______________________ **City** __________ **State** ______ **Zip** ______

**3 Name** ______________________ **Employee: Y/N** **Phone** ______________________

**Address** ______________________ **City** __________ **State** ______ **Zip** ______

**Names and EUID of any employees nearby, if not listed above:**

______________________

______________________

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______________________

______________________

______________________

**Print Name and EUID of Employee Completing This Report**

**Name** HARRY CHONG **EUID** HC20432

**Signature** [signature] **Date** 12/3/22

**Remember to check for video and to forward photos**

---

Kroger

# Customer Statement

**Claim Number** 4A221233G240001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

**Date** 12/3/ 22 **Store Address** 1100 N MERIDIAN

**City** PUYALLUP **State** WA

**Contact Information**

**Name** Simon Zirians **Age** ____ **Gender:** M/F

**Parent/Guardian (if minor)** ____

**Date of Birth** 5/7/63 **Marital Status** ____

**Address** 1115 18th st NW **City** puyallup **State** WA

**Home Phone** 206 300-4162 **Cell Phone** ____

**Work Phone** ____ **Email** Simon.zirians@gmail.com

**Preferred Method(s) of contact:** Home/cell/work/email (circle one)

**Facts**

**Date of Incident** 12/3/22 **Time of Incident** 6:00 AM/PM

**Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)**

Paid at new check out w/ cart - cart locked at Door, hand slamming Back & Bent back

**Describe what happened** ____

Kroger

## Customer Statement

**Claim Number** 4A221233G240001

**Describe any Injuries or Pain from this incident (Please be specific)** NOT AT THIS TIME

**Describe any Personal Property that was damaged (Please be specific)** N/A

**Please identify the person(s) to whom you reported the incident** HARRY CHANG

**Witness ID**

**1 Name**__________ **Phone**__________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?**__________

**2 Name**__________ **Phone**__________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?**__________

**3 Name**__________ **Phone**__________

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?**__________

**Your Signature**__________ **Date** 12/3/22

Tina Hackworth 12/3/2022

2 customers with child in cart going out grocery
doors cart locked up, so I went over to help them.
I asked if they had a reeeipt, the lady gave me
the receipt. I did observe the male customer
kept trying to move the cart. They
were not going that fast. I gave the
reeeipt back, and I unlocked cart. the
lady looked at her husband and was
shaking her head, and asked if he
hurt his hand, and he was holding
his hand like he hurt it. I did not
and he said yes.
observe any injury. She then looked at
me and said Incident Report. I let
her know she could go to customer service.
She looked at me crombled receipt and huffed
and walked out with cart and her family.



12/3/2022

# Incident Report

**Claim Number** 4A2108078720001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 8/18/21 DIVISION Fred Meyer STORE # 186

**Section A: Store ID**

Address 700 Sleater Kinney Rd SE City Lacey State WA Zip 98503

Manager on Duty at Time of Incident Fletcher Lane Store Phone 360-438-6450

Store Email Address fletcher.lane@stores.fredmeyer.com

Manager Email Address Same

MOD Schedule for Next 5 Days S 7-5 M 7-5 T 7-5 W 10-8
TH OFF F 7-5 SA 7-5

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Jake Shapley Age 43 Gender: (M)/F

Name of Parent/Guardian

Date of Birth 07/27/78 Marital Status Married

Address [illegible] 525 75th Way NE City Olympia State WA Zip 98506

Home Phone 360-972-6915 Cell Phone Same Work Phone 360-972-5081

Employer WA State Fish + Wildlife Title Software Engineer

Work Address 1111 Washington St. SE City Olympia State WA Zip 98501

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...)
6'1" 205 Brown Tennis Shoes

**Section C: Incident Information**

Date of Incident 8/18/21 Time of Incident 11:45 (AM)/PM

Date Notified of Incident 8/18/21 Time Notified 11:50 (AM)/PM

# Incident Report

**Claim Number** 4A2108078720001

---

Name of Employee Initially Notified Lisa Salazar

EUID of Employee Initially Notified LT88188

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Parking lot - South side by Sidewalk

Provide Brief Description in ten words or less for Call Center entry customer pushing cart, cart locked up and jammed and twisted left wrist

Provide Detailed Description of the incident customer was pushing the cart up the ramp and it went over the barrier and locked up, causing the customer to stop and jam and twist his wrist

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... Sign a few feet from barrier

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) Gatekeeper

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
jammed / twisted left wrist

Did Police or Emergency Services Respond? Y/N (N circled) If Yes, Who?

Kroger

# Incident Report

**Claim Number** 4A2108078720001

Report Number or Contact Name and Phone# Fletcher Lane 360-438-6450

Did, or will, the customer seek medical treatment? (Y)/N

Doctor or Medical Facility Name, if known kaiser urgent care

Address ______ Phone ______

**Section D: Witness ID**

1 Name none Employee: Y/N. Phone ______

Address ______ City ______ State ______ Zip ______

2 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

3 Name ______ Employee: Y/N Phone ______

Address ______ City ______ State ______ Zip ______

Names and EUID of any employees nearby, if not listed above:

______

______

**Section E: Additional Comments (Please use this area to comment on anything not covered in the Incident Report. This could include Personal observations or concerns.)**

______

______

______

Print Name and EUID of Employee Completing This Report

Name Fletcher Lane EUID FL54660

Signature [signature] Date 8/18/21

**Remember to check for video and to forward photos**

# Customer Statement

**Claim Number** 4A2108078720001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 8/18/21 Store Address

City ~~Olympia~~ Lacey State WA

**Contact Information**

Name Jake Slepley Age 43 Gender: (M)/F

Parent/Guardian (if minor)

Date of Birth 07/27/78 Marital Status M

Address 525 75TH WAY NE City Olympia State WA

Home Phone 360-972-6915 Cell Phone Same

Work Phone 360-972-5081 Email

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 8/18/21 Time of Incident 11:45 AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

South parking lot, sidewalk ramp

Describe what happened I was pushing a cart (with my groceries in it) up a sidewalk ramp, next to my truck. The cart wheels locked up suddenly, jamming and twisting my left ankle.

## Customer Statement

**Claim Number** 4A2108078720001

Describe any Injuries or Pain from this Incident (Please be specific) My left wrist had a sharp pain when the cart stopped and twisted. It is currently tingly, and sore.

Describe any Personal Property that was damaged (Please be specific)

Please identify the person(s) to whom you reported the incident Lisa at customer service

**Witness ID**

1 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

2 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

3 Name ______ Phone ______

Was this person shopping with you? Y/N

What is this person's relationship to you? ______

Your Signature [signature] Date 8/18/21

# Evidence Report

**Claim Number** 4A2108078720001

**Section C: Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable




Name and EUID of Employee Completing This Report Fletcher Lane [illegible]

Signature [signature] Date 8/18/21

Kroger

# Incident Report

**Claim Number** 4A23027YP6V0001

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 2/6/2023 DIVISION 5 STORE # 186

**Section A: Store ID**

Address 700 Sleater Kinney City Olympia State WA Zip 98503

Manager on Duty at Time of Incident Patrick Baker Store Phone 3604386450

Store Email Address

Manager Email Address

MOD Schedule for Next 5 Days S M T W
TH F SA

**Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Stephanie Tisby Age Gender: M/F

Name of Parent/Guardian

Date of Birth 03/05/1969 Marital Status S

Address 914 Taylor Lane NE, unit C City Olympia State WA Zip 98506

Home Phone Cell Phone (253) 682-9433 Work Phone

Employer Title

Work Address City State Zip

Physical Description (Ht.,Wt., Hair Color, describe footwear if slip or fall etc...) Walking out the store, basket locked on me dont Know why I tried to force it back pain Ⓛ ankle pain I have previous back injury

**Section C: Incident Information**

Date of Incident 2/6/2023 Time of Incident 7:35 AM/PM (PM circled)

Date Notified of Incident 2/6/2023 Time Notified 7:43 AM/PM (PM circled)

# Incident Report

**Claim Number** ________________

Name of Employee Initially Notified Tiffany Austel

EUID of Employee Initially Notified tg26848

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) lobby A first set of inside doors closest to starbucks

Provide Brief Description in ten words or less for Call Center entry cart locked up

Provide Detailed Description of the incident cart locked up while walking outside alarm went off. I noticed she had a receipt and unlocked the cart. she called back about 10 mins later saying her back hurt and she wanted to fill out a report

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc... cart lock sign on door

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) ________________

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

back pain and left ankle pain

Did Police or Emergency Services Respond? Y/N If Yes, Who? NO

## Customer Statement

**Claim Number** ________________

Describe any Injuries or Pain from this incident (Please be specific) back pain and left ankle pain

Describe any Personal Property that was damaged (Please be specific)________________

Please identify the person(s) to whom you reported the incident Tiffany Austel

**Witness ID**

1 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

2 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

3 Name________________ Phone________________

Was this person shopping with you? Y/N

What is this person's relationship to you?________________

Your Signature________________ Date________________

Kroger

# Sweep/Floor Inspection Statement

**Claim Number** ____________________

**Manager on Duty: Please provide a separate copy of this to the employee(s) who may have been in the area 30 minutes prior to the incident**

**Employee: Please complete this statement and return it to the manager on duty**

DATE 2/6/23 STORE # 186

Customer Name Stephanie Tisby

Date of Incident 2/6/23 Time of Incident 735 AM/PM (PM circled)

I (print your name) Tiffany Austel, on

(date) 2/6/23, inspected the floor for debris and/or spills.

I completed an inspection of the area where the incident occurred at approximately 7:38pm AM/PM

At that time, the condition of the floor was clean and free of debris

If you know, please list full name and department of other employees who may have been in the area 30 minutes prior to the incident

| Name | Department |
| --- | --- |
| | |
| | |
| | |
| | |
| | |

Signature ____________________ Date ____________

# Evidence Report

**Claim Number** 4A23027YP2V0001

2. Camera Location/View FOD ENTRY PUM

   Camera/Unit Number 5-12

   Recording Time from 7:30:40 AM/PM (PM circled) to 7:31:40 AM/PM (PM circled)

3. Camera Location/View –

   Camera/Unit Number –

   Recording Time from – AM/PM to – AM/PM

**Section B: Photos (If photos are taken, please take photos before the area is cleaned)**

Name of Photographer__________

Title and EUID__________

Photo 1 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 2 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

Photo 3 Date and Time Photo was Taken__________ AM/PM

Brief Description of Scene__________

**Disposable camera photos should be developed and one copy kept at the store before forwarding to Sedgwick. Digital photos should be emailed once Sedgwick contacts you.**

Kroger

## Customer Statement

**Claim Number** 4A230543HTS0001

**This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.**

Date 4-28-23 Store Address 15609 E Sprague Ave

City Spokane Valley State WA

**Contact Information**

Name KAY MAtteson Age 79 Gender: M/(F)

Parent/Guardian (if minor)

Date of Birth 8-11-43 Marital Status Widow

Address POBox 1088 City Otis Orchards State WA

Home Phone Cell Phone 425-508-1012

Work Phone Email builderKAY@GMAIL.com

Preferred Method(s) of contact: Home/cell/work/email (circle one)

**Facts**

Date of Incident 4-28-23 Time of Incident 10:15? AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
Cart Locked on me going out of Store With purchased item with Receipt.

Describe what happened When cart Locked it Jarred my Shoulder that I had ~~[illegible]~~ previously injured. Lady said it was to prevent theft. Seriously?

food exit??

Kroger

## Customer Statement

**Claim Number** 4A230543HTS0001

**Describe any Injuries or Pain from this incident (Please be specific)** Jarred already hurt shoulder

**Describe any Personal Property that was damaged (Please be specific)**

**Please identify the person(s) to whom you reported the incident** talked with doug Shehan

**Witness ID**

**1 Name** ______ **Phone** ______

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______

**2 Name** ______ **Phone** ______

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______

**3 Name** ______ **Phone** ______

**Was this person shopping with you? Y/N**

**What is this person's relationship to you?** ______

**Your Signature** Kay J. Mattern **Date** 4-28-23

Kroger

# Evidence Report

**Claim Number** 4A230543HTS0001

**Please use this form to document video, photos and/or the scene diagram. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.**

**DATE** 5/5/23 **DIVISION** 701 **STORE #** 351

**Date of Incident** 4/28/23 **Time of Incident** 1015 AM/PM (AM circled)

**Section A: Video (Please list each camera location separately, if applicable)**

**Name of Person Who Retrieved Video** asperger

**Title and EUID, if applicable** apm sa56913

**Comments (such as whether video system was not working, incident is not captured etc...)**

unk which door exit reference to customer report

**Customer Name** Kay Mattson **Gender: M/F** (F circled)

**Please describe the customer's clothing, hair color, etc...to assist with identification on video**

**Please describe witnesses on video**

1. **Camera Location/View** food, apparel, home exit doors

   **Camera/Unit Number** dvr 8

   **Recording Time from** 915 AM/PM (AM circled) **to** 1115 AM/PM (AM circled)