HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER; GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br><br>Defendants. | NO. 3:25-cv-05380<br><br>NOTICE OF SETTLEMENT |

Pursuant to LCR 11(b) notice is given that all claims against all parties in this action have been resolved. Any trials or other motions in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties. The parties anticipate filing a stipulated motion to dismiss shortly, and are currently finalizing settlement documents.

//



LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2200
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

DATED this 15th day of September, 2026.

GORDON THOMAS HONEYWELL LLP

Robert C. Wilke, WSBA No. 49937
rwilke@gth-law.com
Ian M. Leifer, WSBA No. 56670
ileifer@gth-law.com
Attorneys for Plaintiffs

CHOCK BARHOUM LLP

s/Sarah Tuthill-Kveton

John R. Barhoum, WSBA No. 42776
john.barhoum@chockbarhoum.com
Samuel ben Behar, WSBA No. 46586
sam.behar@chockbarhoum.com
Sarah Tuthill-Kveton, WSBA No. 51801
sarah@chockbarhoum.com
Hanna R. Lukes, WSBA No. 62610
hanna.lukes@chockbarhoum.com
Attorneys for Defendant The Kroger Co. and Fred Meyer Stores, Inc.

FLOYD, PFLUEGER, KEARNS, NEDDERMAN, & GRESS, P.S.

s/Skyler Urban

Francis S. Floyd, WSBA No. 10642
ffloyd@nwtrialattorneys.com
Skyler P. Urban, WSBA No. 58761
surban@nwtrialattorneys.com
Attorneys for Defendant Gatekeeper Systems, Inc.