IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LINDA LAROCQUE,<br>Plaintiff,<br>v.<br>THE KROGER CO., a foreign corporation doing business in Washington state; and, FRED MEYER STORES, INC., a foreign corporation doing business in Washington state, a/k/a TACOMA-STEVENS FRED MEYER, GATEKEEPER SYSTEMS, INC., a foreign corporation doing business in Washington state<br>Defendants. | Case No.: 3:25-cv-05380-TMC<br>**STIPULATION FOR AND ORDER OF DISMISSAL**<br>**(Clerk's Action Required)** |

## I. STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate and agree that in consideration of a negotiated settlement executed by them,

/ / /

/ / /



**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321

this action should be dismissal with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

**CHOCK BARHOUM LLP**

*s/Sarah Tuthill-Kveton*
Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
121 SW Morrison Street, Suite 500,
Portland, OR
(503) 223-3000
Attorneys for Defendants The Kroger Co. and Fred Meyer Stores, Inc. dba Tacoma-Stevens Fred Meyer.

**Gordon Thomas Honeywell, LLP**

*s/Robert Wilke*
Robert C. Wilke, WSBA #49937
Email: rwilke@gth-law.com
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500
Attorneys for Plaintiff

**FLOYD PFLUEGER, P.S.**

*s/Skyler Urban*
Francis S. Floyd, WSBA #10642
Email: ffloyd@nwtrialattorneys.com
Skyler P. Urban, WSBA #58761
Email: surban@nwtrialattorneys.com
3101 Western Avenue, Suite 400
Seattle, WA 98121
(206) 441-4455
Attorneys for Defendant Gatekeeper Systems, Inc.

/ / /

/ / /

/ / /

## II. ORDER OF DISMISSAL

Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause of action is hereby **DISMISSED** with prejudice and without cost to either party.

DATED this ____ day of ________________________, 2026.

____________________________________
Honorable Judge Tiffany M. Cartwright



**CHOCK BARHOUM LLP**
121 SW Morrison, Suite 500
Portland, OR 97204
t: 503.223.3000 | f: 503.954.3321